# EXHIBIT F

## AFFIDAVIT OF EMMA KINGSDORF SCHWAB

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the above stated Parish and State, personally came and appeared

<p align="center">Emma Kingsdorf Schwab</p>

who did depose and state that:

1. I am over the age of majority and have personal knowledge, information and belief of the facts set forth herein.

2. I am an attorney licensed in the State of Louisiana and an Associate at the law firm of Barrios, Kingsdorf & Casteix, L.L.P.

3. I became involved in the Chinese Drywall MDL as an attorney in 2015, but was already familiar with the litigation having worked for the firm as law clerk before I received my law degree. Dawn Barrios, a Partner and founding member of Barrios, Kingsdorf & Casteix, was appointed by Judge Fallon to the Plaintiffs' Steering Committee at the beginning of this MDL.

4. In 2015, the Knauf settlement was already in place and the litigation was particularly focused on Taishan and its parent companies, which had just recently entered their appearances for the first time. Unlike the Knauf Settlement, where Knauf and the Claims Administrator paid by Knauf (BrownGreer) performed much of the analysis of Plaintiffs' properties, the Taishan properties had no such Claims Administrator to evaluate and vet the Plaintiffs and their properties. This was assigned to me and I was the person principally doing this work.

5. While Plaintiffs were preparing for the June 9, 2015 Class Damages Hearing before Judge Fallon, for which an analysis of each Plaintiff's property was essential to contribute to the formulaic damages model that was being proposed, my office was assigned the responsibility of preparing the principal exhibit, Exhibit 10/79, a spreadsheet containing the objective information necessary for calculating each class

<p align="center">1</p>

members' damages. To accomplish my duties, I was responsible for separating the Exhibit 10/79 Spreadsheet initially created by BrownGreer by firm, distributing firm spreadsheets to counsel, working with individual counsel on collecting missing square footage and collecting attorney and client verifications for inclusion on Exhibit 10/79.

6. My office was assigned by Lead Counsel to create a master list of all Plaintiffs filed on complaints in MDL 2047 against the Taishan defendants. Under my direction, this was accomplished by combining Exhibit 10/79 and the former owners not part of Exhibit 10/79 ("Reserved Properties") and cross-referencing same with the Omnibus complaints and complaints in intervention included in the *Amorin* class to ensure all Plaintiffs with a claim against Taishan had been captured. In addition to the *Amorin* claimants, the new plaintiffs on the *Brooke* complaint (Omni XX) were also added to the Master Spreadsheet.

7. In endeavoring to include only properties with Taishan drywall <u>and</u> verified under air square footage on the Master Spreadsheet, I reviewed all product identification and square footage information for each of the more than 4,500 properties. This extensive vetting process involved carefully examining the product identification indicia and under-air square footage documentation submitted to our office and uploaded to the BrownGreer portal, and working with individual counsel for properties with insufficient indicia to assist counsel to obtain sufficient indicia to overcome any deficiency. If a Plaintiff had not submitted any Taishan indicia, I moved the property to another tab on the Spreadsheet which captured such claimants.

8. My office also created the Product Identification Catalog which included photographs of 44 different markings Plaintiffs contended were manufactured by Taishan.

9. In an effort to settle this litigation, the Court entered a stay in August 2016. After countless meetings, the parties were finally able to agree on the 12 categories of Buckets (A-L), and for the most part agree to which Bucket(s) each property belonged. I worked with Sandra Duggan and others to create a packet for each Bucket evidencing the link between Taishan and the product, and created many PowerPoint presentations which were used in our interactive meetings with the Taishan Defendants. In many instances

the evidence to link a marking and Taishan required reviewing depositions from distributors and supplies, Manufacturer Profile Forms and other evidence.

10. Throughout 2016 and into 2017, my office worked diligently each work day (and oftentimes on the weekend) to assemble all claim files on a FileCloud server for more than 4,000 properties and classify those properties by Product ID Bucket(s). I had to ensure that each claim file included a Plaintiff Profile Form and indicia. One of the purposes of the Master Spreadsheet and FileCloud site was to share the information with the Taishan Defendants. Each property on the Master Spreadsheet was then classified by Photo number from the Product Identification Catalog and a description of the markings was identified. This lengthy vetting process was accomplished by reviewing the photographic indicia submitted, along with inspection reports, delivery invoices, affidavits and other documents.

11. As our efforts to settle the case in 2016 were unsuccessful, the MDL Court lifted the stay in November 2016. At that time, many new *Brooke* Complaints in intervention were filed, and my office was again given the responsibility to vet the indicia, ownership information, and square footage verification for all claims. If a claim had all supporting documentation, it was included on an intervention and then added to the Master Spreadsheet. The Master Spreadsheet I kept was amended daily as information flowed to my office from more than a hundred different firms.

12. After Judge Fallon rendered his April 20, 2017 Findings of Fact and Conclusions of Law from the Class Damages Hearing, my office was charged with obtaining verified square footage for all *Amorin* and *Brooke* properties, approximately 4,500 properties. Individual counsel were required to submit proof to me of under-air square footage in the form of an inspection report, homeowner's insurance form, builder's floor plan, county or parish property tax assessor's report, or appraisal, along with a declaration signed by the attorney attesting to the verified under-air square footage. My office vetted the verifications and declarations, identified the under air square footage and type of proof submitted on the Master Spreadsheet and stored supporting documentation in the appropriate claim file on the FileCloud site. If a submitted document was not sufficient, or if the signed declaration contained information that

3

was not supported by the proof submitted, my office worked with individual counsel to resolve these issues. In many instances, I conducted independent research on the property and obtained information on properties counsel who represented Plaintiffs could not or did not get.

13. Between 2017 and 2018, hundreds of hours were spent populating the Master Spreadsheet as new fields became necessary, such as identifying the Omnibus Complaints that each claimant was filed on, the date of the earliest filed Omnibus Complaint for each claim, identifying whether the claimant had submitted a Plaintiff Profile Form, the current Residential Location Factor and RS Means formula damages, the most current ownership status, counsel information, prior payment information, classifying any new indicia that was provided, whether there had been an assignment of rights and remediation status. The ownership information and prior payments were supplied by BrownGreer.

14. When the MDL court entered PTO 11(A), I was Plaintiffs' Liaison Counsel's designee for Supplemental Plaintiff Profile Forms (SPPF) and worked with counsel for Defendants for reasonable extensions on a case-by-case basis. Information provided in the SPPFs was also transferred to the Master Spreadsheet by my office for each submitted SPPF so that all data was not only located in a single place, but could be searchable. The submission status of each SPPF was also tracked on the Master Spreadsheet such that I was able to determine which claimants had not submitted an SPPF or an incomplete SPPF, and which had been granted an extension. SPPFs were amended daily, which required the Master Spreadsheet be updated as well.

15. In order to clean up the docket in 2018, I worked with counsel for Taishan to identify inactive *Amorin* cases that had not been judicially dismissed, but for which no Taishan indicia had been submitted. To accomplish this, I contacted individual counsel for these inactive plaintiffs to again request proof of Taishan drywall or obtain consent to include the property on a Motion for Voluntary Dismissal. Hundreds of cases were dismissed after obtaining consent from individual counsel. Although these claims were not identified on the Master Spreadsheet as they were never marked as having verified

Product ID, the claims were added to the "dismissed" tab on the Master Spreadsheet in order to track all claims in one place.

16. When the *Amorin* Florida cases were remanded and it was time to pick trial Plaintiffs for non-remediation damages, the Master Spreadsheet that I had prepared was the premier source utilized for selecting those claimants with Product ID Taishan had confirmed or admitted. The Master Spreadsheet also provided other useful information for the selection process because it identified the complete array of current and former owners, and those with other damages such as bankruptcy, loss of use and enjoyment, diminution of value, etc. All of this information was easily searchable and filtered through the Master Spreadsheet.

17. Plaintiffs were permitted to conduct limited discovery on Product Identification in the Florida *Amorin* cases. I assisted with the discovery requests, the Product ID briefing, assisted with the Product ID deposition of Taishan's corporate representative, Mr. Che Gang, and took an active role in preparing the PowerPoint and presentation regarding Product ID before Special Master Tiffani Lee.

18. Defendants were permitted to conduct limited discovery on individual claimants and raise objections related to product identification, ownership, and square footage. Despite the limited areas of discovery, Defendants raised 17 (A-Q) different objections. All 1,700 Florida *Amorin* plaintiffs received at least one objection, with five (5) being the average number of objections each claim received. I transferred the objections and setoffs for each claim to the Master Spreadsheet. I then sent each firm an excerpt of their individual cases with the specific objections raised by Defendants, as well as engaged in thorough back-and-forth discussions with individual counsel on their position for individualized issues. I also had several dozen phone calls and hundreds of emails with defense counsel to resolve issues on both a global and individualized basis. I worked with Sandra Duggan to prepare our Response to the Preliminary Objections, where we addressed each objection category and identified exemplars, utilizing the Master Spreadsheet, when we believed the objection either lacked merit or was inaccurate. Over 500 claims received a square footage objection, where the Defendants disagreed with Plaintiffs square footage even if the square footage difference was

negligible. Again, I worked with individual counsel and Defendants to reduce the number of objections. My meet and confer efforts both with individual counsel and Defendants resulted in the number of objections being reduced significantly in Defendants' Final Contests and Setoffs. I worked with Sandra Duggan to prepare our Response to the Final Objections and took an active role in preparing the PowerPoint and presentation before Special Master Tiffani Lee.

19. After the hearing on the contests and setoffs, I was the point person for the Plaintiffs who worked with our expert, Ron Wright, to update the RS Means numbers to the 2019 numbers, which were used to formulaically calculate remediation damages. This involved updating the Location Factor for each affected zip code and the National Unit Price to the 2019 figures, all of which was incorporated into the Master Spreadsheet. This information was then submitted to Special Master Lee as a Post-Hearing submission.

20. Since the Master Spreadsheet was created, we have distributed excerpts to firms with their individual clients' information. I have been advised by many firms that they rely on the information in my Master Spreadsheet as their clients' claim file.

21. I am aware that the data relied on by Defendants and Settling Attorneys for the 498 participants in the Florida Individual Settlement was information collated by my office in the Master Spreadsheet. Unfortunately, the Settling Attorneys were relying on a dated version of the Master Spreadsheet, and by the time the Florida Individual Settlement was reached, 8 claims included in the 498 Settlement had been judicially dismissed. Nevertheless, the work product relied on for purposes of negotiating the Florida Individual Settlement (Product ID, ownership status, and remediation status) was information collated by my office in a searchable and functional spreadsheet which the settling parties utilized in reaching the amount and Allocation Matrix.

22. My efforts were performed under demanding deadlines. I worked tirelessly for the benefit of all Plaintiffs' counsel, even those whose attorneys and clients separated themselves from the class, such as Parker Waichman and Whitfield Bryson. I have

engaged in countless email exchanges with Parker Waichman[1] and Whitfield Bryson's[2] offices to vet their submitted materials and resolve issues with their claims. Even after the Florida Individual Settlement was announced, I continued to work with these firms to resolve the contests and setoffs for these claims.

23. My efforts were often recognized by counsel for Taishan, who were appreciative of my claimant management efforts to create and constantly update my Master Spreadsheet, and my ability to streamline issues and quickly answer questions by identifying claimants with a certain type of drywall, in a specific area, former owners vs. current owners, remediation status, verified square footage, and other categories.

24. As an arm of the Plaintiffs' Steering Committee, I had a duty to protect all claimants. At all times, my efforts inured to the benefit of all claimants, without exception. The Chinese Drywall Litigation has many complexities, not just because of the number of Plaintiffs, but also because of the number of jurisdictions, the multitude of complaints, and the different Defendants and product markings. Because of this, having a single, accurate, centralized database, the Master Spreadsheet, was critical to the successful resolution of all claims.

FURTHER, AFFIANT SAITH NOT.

_Emma Kingsdorf Schwab_
Emma Kingsdorf Schwab

SWORN AND SUBSCRIBED
BEFORE ME, THIS _6th_ DAY OF AUGUST, 2019.

_Maria H. Romano_
NOTARY PUBLIC
MARIA H. ROMANO
Notary Public - Orleans Parish, LA
Notary ID No. 12380
Commissioned For Life

---

[1] *See* various email exchanges between Emma K. Schwab and Parker Waichman attorney Francisco Albites (attached hereto as Exhibit "1").

[2] *See* various email exchanges between Emma K. Schwab and Whitfield Bryson paralegal Amanda Mkamanga (attached hereto as Exhibit "2").

7

# EXHIBIT 1

# Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Monday, May 15, 2017 6:28 PM |
| **To:** | Albites, Francisco |
| **Cc:** | Dena White |
| **Subject:** | CDW- Rejected Verifications for Sq Ft |
| **Attachments:** | Pauls, Henry 14906 Man O War.pdf; Quaranta, Benito 4541 Rolling Green.pdf; Rappa, Erasmo 2128 SW 5th.pdf; Riley, Estela 419 SW 19th.pdf; Roth, Stephen 6050 Jonathans Bay Circle no 402.pdf; Roy, Gerard 2932 SW 36th.pdf; Sher, Gaulab 30018 Five Farms.pdf; Sistrunk, Earl 6615 Sable Ridge.pdf; Thompson, Benjamin 11527 Hammocks Glade.pdf; Mundy, Terry 436 Llama.pdf; Osborne, Jason 14981 Toscana.pdf; Page, Michael 20092 Larino.pdf; Parikh, Jayesh 7569 Bristol Cir.pdf |

Francisco,

We have reviewed the documents uploaded by your firm and have rejected the ones below. Please submit revised documents to cure these issues before Friday's deadline.

### Mundy
Tax assessor's info doesn't list sq ft and hand drawn floor plans aren't sufficient for verification

### Osborne
Floor plan shows 1451. Declaration states 1789

### Page
Property appraiser verification is for another property, not 20092 Larina Loop

### Parikh
Floor plan shows 1609. Declaration states 2039

### Pauls
Floor plan shows 4169. Declaration states 2844

### Quaranta
Floor plan shows 2532. Declaration states 1113

### Rappa
Property appraiser verification is for another property, not 2128 SW 5th Ave

### Riley
Property appraiser verification is for another property, not 419 SW 19th Terr

### Roth
Floor plan shows 2024. Declaration states 1855

### Roy
Declaration states 2932 Southwest 36th Terrace. Should state 2832.

### Sher
Floor plan shows 3101. Declaration states 2470

**Sistrunk**
Floor plan shows 4092. Declaration states 5682

**Thompson**
Property appraiser verification is for another property, not 11527 Hammocks Glade Drive

In addition to the above, a verification and declaration were uploaded for three properties that were not on the chart we sent: Venetian Village #103, Venetian Village #202, and Venetian Village #204. We have checked our spreadsheets and it appears that no indicia was provided to Brown Greer for units #103 and 204 and no claim has been made by Venetian Village for unit #202. If you have Taishan indicia for units #103 and 204, please send for each unit. If Venetian Village has made a claim for #202 on a Taishan Omni, please identify which Omni and send Taishan indicia for that unit.

Let me know if you have any questions.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, May 17, 2017 4:06 PM
**To:** Emma Kingsdorf Schwab
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Ok, no problem.  I am speaking with Venetian Village manager tomorrow and she may confirm we don't rep 202.  I just wasn't sure and am trying to preserve all claims.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 4:52 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

All Omni 7 plaintiffs were listed on Amorin complaint. The reason why the page except is not sufficient is because this is a claim by the individual property owner, not the condo association, and is represented by another firm.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 3:25 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Ok, just to be clear, Omni 7 is not relevant to our project?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of
this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or
copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all
copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any
individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be
blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to
the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 4:05 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Francisco, what you just sent is a screenshot of Brown Greer's settlement portal. That portal was set up for claims
administration of the GBI settlement and the settlement didn't require that all claims be filed with the court and/or on
an Omni.

The project we are currently working on is separate and distinct- it is not a settlement and the court identified the
definition of the class: "All owners of real properties in the United States, who are named Plaintiffs on the complaints in
Amorin, Germano, Gross, and/or Wiltz (i.e., not an absent class member) asserting claims for remediated damages
arising from, or otherwise related to [Taishan] Chinese Drywall...." See In re Chinese-Manufactured Drywall Prod. Liab.
Litig., 2014 WL 4809520 (E.D. La. Sept. 26, 2014) at *16."

I am not disputing that your firm represents unit 202 o/b/o the association. What I am saying is that I do not have record
of unit 202 being filed on an Omni and without evidence proving otherwise, they are outside the scope of this project.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 2:52 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

You may be right as I'm relatively new to this litigation and there has been a lot of turnover in this firm in the past 8 or so years. From the notes in our file and BG, it appears we do represent unit 202 on behalf of the association. I have been in touch with Allison Grant's firm and my client, the condo association, and am trying to get to the bottom of this. Please see attached BG document that lists us as attorney of record for this unit.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 3:42 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Francisco, we have a claim for this individual unit owner already. This claimant is not represented by your firm. The declaration you uploaded was o/b/o the condo association. I still have not found any claim for unit 202 filed by the condo association.

3

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 2:28 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

#202 is on Omni Complaint VII. Please see attached. Glad I found it.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 3:16 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

We need something showing that they made a claim for this specific unit before the class damages hearing (June 9, 2015) in order for them to be subject to the court's recent ruling for purposes of this project.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 2:08 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

I haven't seen them listed on a complaint by individual unit, other than the individual owner listing it. It seems like Venetian Village was added to the Complaint by claiming 8 units. I will look through the Complaints again.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 2:57 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Francisco,

What are the 8 units? Please send the part of the complaint that lists the 8 units by numbers.

5

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 1:31 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Attached the wrong page, here is the correct one.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Albites, Francisco
**Sent:** Wednesday, May 17, 2017 2:28 PM
**To:** 'Emma Kingsdorf' <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

I found unit #202 on Omni XV.  Please see attached.

I was wondering how 1 unit out of the eight would be missing.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==============================================================

**From:** Albites, Francisco
**Sent:** Wednesday, May 17, 2017 2:13 PM
**To:** 'Emma Kingsdorf' <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Hi Emma,

As requested, please find attached indicia of Taishan CDW for units 103, 202, and 204.  For your reference, I pulled all these documents form the BG portal.  I couldn't find much for unit 103.  I am in the process of trying to find #202 on an Omni Complaint.  If you can help me with that I'd appreciate it.  I also attached better copies of floor plans for the Venetian Village units in case the ones we submitted were not adequate.

Based on the property appraisals I submitted for each unit and now these floor plans, can you please help me determine what is the verified under air sq. ft. for these units?  I couldn't quite figure it out.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be

blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 15, 2017 7:28 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** CDW- Rejected Verifications for Sq Ft

Francisco,

We have reviewed the documents uploaded by your firm and have rejected the ones below. Please submit revised documents to cure these issues before Friday's deadline.

**Mundy**
Tax assessor's info doesn't list sq ft and hand drawn floor plans aren't sufficient for verification

**Osborne**
Floor plan shows 1451. Declaration states 1789

**Page**
Property appraiser verification is for another property, not 20092 Larina Loop

**Parikh**
Floor plan shows 1609. Declaration states 2039

**Pauls**
Floor plan shows 4169. Declaration states 2844

**Quaranta**
Floor plan shows 2532. Declaration states 1113

**Rappa**
Property appraiser verification is for another property, not 2128 SW 5th Ave

**Riley**
Property appraiser verification is for another property, not 419 SW 19th Terr

**Roth**
Floor plan shows 2024. Declaration states 1855

**Roy**
Declaration states 2932 Southwest 36th Terrace. Should state 2832.

**Sher**
Floor plan shows 3101. Declaration states 2470

**Sistrunk**
Floor plan shows 4092. Declaration states 5682

**Thompson**

Property appraiser verification is for another property, not 11527 Hammocks Glade Drive

In addition to the above, a verification and declaration were uploaded for three properties that were not on the chart we sent: Venetian Village #103, Venetian Village #202, and Venetian Village #204. We have checked our spreadsheets and it appears that no indicia was provided to Brown Greer for units #103 and 204 and no claim has been made by Venetian Village for unit #202. If you have Taishan indicia for units #103 and 204, please send for each unit. If Venetian Village has made a claim for #202 on a Taishan Omni, please identify which Omni and send Taishan indicia for that unit.

Let me know if you have any questions.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)



## Emma Kingsdorf Schwab

**From:**      Albites, Francisco <falbites@yourlawyer.com>
**Sent:**      Wednesday, May 17, 2017 4:06 PM
**To:**        Emma Kingsdorf Schwab
**Subject:**   RE: CDW- Rejected Verifications for Sq Ft


Sure thing, I will fix these for you shortly.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 5:02 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Francisco,

The verifications for the claimants listed below have been rejected. Please upload revised materials to remedy these issues.

Escudie
Declaration not signed

Hurley
Floor plan shows 992. Declaration states 1225- SFB is semi-finished basement, which should not be included in living sq ft. total

Marinell
Property appraiser information is for 1047 Gladys Street. Declaration states 1045 Gladys Street. Is the affected property 1045 or 1047? If the former then the property appraiser info is for another property. If the latter, please resubmit declaration with revised address info.

1

<u>Perez</u>
Property appraiser information is for 8129 W 36th Street. Declaration states 8129 W 76th Street. Is the affected property on 76<sup>th</sup> or 36<sup>th</sup> street? If the former then the property appraiser info is for another property. If the latter, please resubmit declaration with revised address info.

<u>Mathieu</u>
We have counsel listed as Morgan and Morgan. I will contact Morgan and Morgan to confirm they are not claiming representation for this claimant.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Wednesday, May 17, 2017 3:58 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

I apologize. I typed #202, but meant #103. The indicia you provided for #103 does not contain any photos of the drywall. Please send photos of markings of Taishan drywall for unit #103.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 3:36 PM

2

**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Proof of indicia for unit 202.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 3:09 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

I have reviewed the indicia for unit #204 and added that claim to your chart. The indicia you provided for #202 does not contain any photos of the drywall. Please send photos of markings of Taishan drywall for unit #202.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Wednesday, May 17, 2017 1:57 PM

**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Francisco,

What are the 8 units? Please send the part of the complaint that lists the 8 units by numbers.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 1:31 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Attached the wrong page, here is the correct one. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=========================================================

**From:** Albites, Francisco
**Sent:** Wednesday, May 17, 2017 2:28 PM

**To:** 'Emma Kingsdorf' <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

I found unit #202 on Omni XV.  Please see attached.

I was wondering how 1 unit out of the eight would be missing.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

**From:** Albites, Francisco
**Sent:** Wednesday, May 17, 2017 2:13 PM
**To:** 'Emma Kingsdorf' <ekingsdorf@bkc-law.com>
**Subject:** RE: CDW- Rejected Verifications for Sq Ft

Hi Emma,

As requested, please find attached indicia of Taishan CDW for units 103, 202, and 204.  For your reference, I pulled all these documents form the BG portal.  I couldn't find much for unit 103.  I am in the process of trying to find #202 on an Omni Complaint.  If you can help me with that I'd appreciate it.  I also attached better copies of floor plans for the Venetian Village units in case the ones we submitted were not adequate.

Based on the property appraisals I submitted for each unit and now these floor plans, can you please help me determine what is the verified under air sq. ft. for these units?  I couldn't quite figure it out.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 15, 2017 7:28 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** CDW- Rejected Verifications for Sq Ft

Francisco,

We have reviewed the documents uploaded by your firm and have rejected the ones below. Please submit revised documents to cure these issues before Friday's deadline.

**Mundy**
Tax assessor's info doesn't list sq ft and hand drawn floor plans aren't sufficient for verification

**Osborne**
Floor plan shows 1451. Declaration states 1789

**Page**
Property appraiser verification is for another property, not 20092 Larina Loop

**Parikh**
Floor plan shows 1609. Declaration states 2039

**Pauls**
Floor plan shows 4169. Declaration states 2844

**Quaranta**
Floor plan shows 2532. Declaration states 1113

**Rappa**
Property appraiser verification is for another property, not 2128 SW 5th Ave

**Riley**
Property appraiser verification is for another property, not 419 SW 19th Terr

**Roth**
Floor plan shows 2024. Declaration states 1855

**Roy**
Declaration states 2932 Southwest 36th Terrace. Should state 2832.

**Sher**

Floor plan shows 3101. Declaration states 2470

**Sistrunk**
Floor plan shows 4092. Declaration states 5682

**Thompson**
Property appraiser verification is for another property, not 11527 Hammocks Glade Drive

In addition to the above, a verification and declaration were uploaded for three properties that were not on the chart we sent: Venetian Village #103, Venetian Village #202, and Venetian Village #204. We have checked our spreadsheets and it appears that no indicia was provided to Brown Greer for units #103 and 204 and no claim has been made by Venetian Village for unit #202. If you have Taishan indicia for units #103 and 204, please send for each unit. If Venetian Village has made a claim for #202 on a Taishan Omni, please identify which Omni and send Taishan indicia for that unit.

Let me know if you have any questions.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Tuesday, May 16, 2017 9:42 AM |
| **To:** | Albites, Francisco; Blackshear, Catherine S. |
| **Subject:** | RE: Corrections |

Yes. Email Dawn@stbassessor.org and ask for parcel listing for property. She is super responsive and parcel listing includes living sq ft.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Tuesday, May 16, 2017 9:39 AM
**To:** Blackshear, Catherine S. <cblackshear@yourlawyer.com>; Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Corrections

Emma,

As with a couple more properties, Mundy's property lies in St. Bernard Parrish in LA. I'm sure you're probably aware but their property appraiser does not list under air sq. ft. nor provides a floor plan. I have been in contact with the property appraiser and she said she will look through her files and send me what she has. If you have another solution, please let us know. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Blackshear, Catherine S.
**Sent:** Tuesday, May 16, 2017 10:33 AM
**To:** ekingsdorf@bkc-law.com
**Cc:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** Corrections

Attached. Still waiting on verification of Mundy.

Catherine S. Blackshear
Attorney
Parker Waichman LLP
27300 Riverview Center Blvd
Suite 103
Bonita Springs, FL 34134
Phone -(239) 390-1000
Fax – (239) 390-0055
CBlackshear@yourlawyer.com
www.yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, May 18, 2017 12:10 PM |
| **To:** | Albites, Francisco |
| **Subject:** | RE: Venetian Village |

We have that claim having National Gypsum drywall per the indicia that was submitted. If you have proof to show Taishan I will look at it but that is the reason why it was not on your list.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:08 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Sam Cavalieri is another one I found Taishan photos for and I will submit them with the packet. Just fyi.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be

blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:46 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Got it. This one has been added to your chart.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 11:22 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

I submitted all the photos we have when I uploaded it to file share. They are in an inspection report.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

===============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:18 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Also, please send Taishan indicia for this client:

Abel, Kenneth

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 18, 2017 11:16 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Please see my responses in red below.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 8:21 PM

3

**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Emma, I have uploaded most of the documents in your chart below.  Please be advised that the following client/properties are not on the list that you provided to us and need to be added:

1)  Young, Elizabeth;
2)  Yusuf, Nejeh;
3)  Yamamoto, Sean;
4)  Yasssa, Alain;
5)  Yudess, Daniel;
6)  Zavala, Carlos;
7)  Woods, Randy;
8)  Zhang, Dong;
9)  Vila, Desiree;
10) Krause, Donald;
11) Love, Nakisha;
12) Pham, Kelly.

<span style="color:red">These are on the list, which is why I indiciated in my email earlier yesterday (below in this string) that we are still awaiting verification and declarations for these properties.</span>

The following clients/properties are St. Bernard Parish properties and we're still waiting to hear back from the Property Appraiser:

1)  James; Ken & Vita, Thomas;
2)  Mundy, Terry and Pamela, 2529 Paul Drive, Meraux, LA;
3)  OIP, LLC;
4)  Fluence, Joseph;
5)  Whitfield, Douglas and Sherry;
6)  Mundy, Terry and Pamela, 436 Llama Drive, Arabi, LA 70043.

<span style="color:red">Did you contact the lady I recommended? We received the documents within 5 minutes from her after we requested them.</span>

The following clients/properties are not our clients nor in our system:

1)  Layton, Clark;<span style="color:red">- BG portal indicates your office represents them. Last item filed was by your firm. If you no longer represent this claimant, please send me the formal withdrawal.</span>
2)  Molina, Carlos and Margarita.<span style="color:red">- we have changed firm name on this one per BG's portal.</span>

Let me know if you have any questions.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 6:22 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

I have reviewed the resubmitted information for the ones I rejected earlier and they have been accepted.

I am still waiting on photo indicia of Taishan markings for Venetian Village #103 before that can be added to your chart.

I am waiting on proof that unit 202 obo condo association filed a claim on a Taishan Omni

I emailed Morgan and Morgan about the Mathieu claim.

Other claims that we have not received verifications from your office:

| | |
|---|---|
| Young, Elizabeth | 2330 Summersweet Drive Alva, Florida 33920 |
| Yusuf, Nejeh | 3732 SW 7th Place #4 Cape Coral, FL 33914 |
| Yamamoto, Sean and Christine | 1113 NE 4th Avenue Cape Coral, FL 33909 |
| Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 |
| Yudess, Daniel and Karen | 1131 Tropicana Parkway W Cape Coral, FL 33993 |
| Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928 |
| Zavala, Carlos | 14119 Danpark Loop Fort Myers, Florida 33912 |
| Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 |
| Layton, Clark | 3208 39th Street West Lehigh Acres, FL 33971 |
| Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 |
| Mundy, Terry and Pamela | 436 Llama Drive Arabi, LA 70032 |
| Whitfield, Douglas and Sherry  deLeon, Gordon and Donna | 2609 Veronica Drive Chalmetta, LA 70043 |

| Fluence, Joseph | 2716 Veronica Drive Chalmette, Louisiana 70043 |
| --- | --- |
| OIP, LLC | 3509 Decomine Street Chalmette, LA 70043 |
| DeLeon, Gordon and Donna | 1209 East Avide Street Chalmette, LA 70043 |
| Mundy, Terry and Pamela | 2529 Paul Drive Meraux, LA 70075 |
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 |
| Vila, Desiree | 2204 Soho Bay Court |
| Avner, Brett and Wendy | 18020 Via Bellamare Lane |
| Callwood, Sandy and Alberto | 11522 Hammocks Glade Drive |
| Derzhko, Miroslam and Jaroslawa (Gloria) | 6953 Topeka Lane |
| Gonzalez, Adalberto and Annette | 11336 Bridge Pine Drive |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive |
| Krause, Donald | 11685 Bald Eagle Way |
| Love, Nakisha | 2540 Middleton Grove Drive |
| Pham, Kelly | 8696 Pegasus Drive |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 5:02 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** Venetian Village

To wrap up the issues with our Venetian Village units, can you let me know if we uploaded the correct information for each property. I understand you're showing we do not rep unit 202 but can you let me know if we're good to go on the rest or if you need me to upload something to file share again. Ty.

Francisco A. Albites, Esq.
Attorney

Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==================================================================

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, May 18, 2017 1:00 PM |
| **To:** | Albites, Francisco |
| **Subject:** | RE: Venetian Village |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:46 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

I just got off the phone with the condominium manager for Venetian village. We do not have any more photos for 1045 unit 103 than what was already provided. Apparently, the property was remediated by the owner before we can get in there to preserve any evidence. Without evidence showing that it was Taishan, we cannot add this claim to your chart.

In regards to 1045, unit 202, she says, and our notes indicate, that we are supposed to be bringing a claim for that unit on behalf of Venetian Village. I do not have all the Complaints so I can go back and look at all of them. Is there any way you can send them to me or point to where I can find them in a quick manner (not scouring through Pacer) given the limited time we have? I would appreciate it. I don't have a quicker way but the class only includes Amorin, Germano, Gross and Wiltz complaints so those are the only ones that need to be looked at.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

1

==============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

==============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 1:28 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Probably wait until you have more than 1

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:11 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Ok sure. I have an inspection report with 4x 12 markings for him. Did you want me to submit all these in piecemeal or wait until I have a nice bunch and then submit?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

==============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 1:10 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

We have that claim having National Gypsum drywall per the indicia that was submitted. If you have proof to show Taishan I will look at it but that is the reason why it was not on your list.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:08 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Sam Cavalieri is another one I found Taishan photos for and I will submit them with the packet.  Just fyi.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:46 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Got it. This one has been added to your chart.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 11:22 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

I submitted all the photos we have when I uploaded it to file share. They are in an inspection report.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or

copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:18 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Also, please send Taishan indicia for this client:

Abel, Kenneth

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 18, 2017 11:16 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Please see my responses in red below.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

🌲 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 8:21 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Emma, I have uploaded most of the documents in your chart below.  Please be advised that the following client/properties are not on the list that you provided to us and need to be added:

1) Young, Elizabeth;
2) Yusuf, Nejeh;
3) Yamamoto, Sean;
4) Yasssa, Alain;
5) Yudess, Daniel;
6) Zavala, Carlos;
7) Woods, Randy;
8) Zhang, Dong;
9) Vila, Desiree;
10) Krause, Donald;
11) Love, Nakisha;
12) Pham, Kelly.

These are on the list, which is why I indiciated in my email earlier yesterday (below in this string) that we are still awaiting verification and declarations for these properties.

The following clients/properties are St. Bernard Parish properties and we're still waiting to hear back from the Property Appraiser:

1) James; Ken & Vita, Thomas;
2) Mundy, Terry and Pamela, 2529 Paul Drive, Meraux, LA;
3) OIP, LLC;
4) Fluence, Joseph;
5) Whitfield, Douglas and Sherry;
6) Mundy, Terry and Pamela, 436 Llama Drive, Arabi, LA 70043.

Did you contact the lady I recommended? We received the documents within 5 minutes from her after we requested them.

The following clients/properties are not our clients nor in our system:

1) Layton, Clark;- BG portal indicates your office represents them. Last item filed was by your firm. If you no longer represent this claimant, please send me the formal withdrawal.
2) Molina, Carlos and Margarita.- we have changed firm name on this one per BG's portal.

Let me know if you have any questions.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax

www.yourlawyer.com
falbites@yourlawyer.com
===============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 6:22 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

I have reviewed the resubmitted information for the ones I rejected earlier and they have been accepted.

I am still waiting on photo indicia of Taishan markings for Venetian Village #103 before that can be added to your chart.

I am waiting on proof that unit 202 obo condo association filed a claim on a Taishan Omni

I emailed Morgan and Morgan about the Mathieu claim.

Other claims that we have not received verifications from your office:

| | |
|---|---|
| Young, Elizabeth | 2330 Summersweet Drive Alva, Florida 33920 |
| Yusuf, Nejeh | 3732 SW 7th Place #4 Cape Coral, FL 33914 |
| Yamamoto, Sean and Christine | 1113 NE 4th Avenue Cape Coral, FL 33909 |
| Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 |
| Yudess, Daniel and Karen | 1131 Tropicana Parkway W Cape Coral, FL 33993 |
| Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928 |
| Zavala, Carlos | 14119 Danpark Loop Fort Myers, Florida 33912 |
| Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 |
| Layton, Clark | 3208 39th Street West Lehigh Acres, FL 33971 |
| Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 |
| Mundy, Terry and Pamela | 436 Llama Drive Arabi, LA 70032 |

| Whitfield, Douglas and Sherry deLeon, Gordon and Donna | 2609 Veronica Drive Chalmetta, LA 70043 |
|---|---|
| Fluence, Joseph | 2716 Veronica Drive Chalmette, Louisiana 70043 |
| OIP, LLC | 3509 Decomine Street Chalmetta, LA 70043 |
| DeLeon, Gordon and Donna | 1209 East Avide Street Chalmette, LA 70043 |
| Mundy, Terry and Pamela | 2529 Paul Drive Meraux, LA 70075 |
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 |
| Vila, Desiree | 2204 Soho Bay Court |
| Avner, Brett and Wendy | 18020 Via Bellamare Lane |
| Callwood, Sandy and Alberto | 11522 Hammocks Glade Drive |
| Derzhko, Miroslam and Jaroslawa (Gloria) | 6953 Topeka Lane |
| Gonzalez, Adalberto and Annette | 11336 Bridge Pine Drive |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive |
| Krause, Donald | 11685 Bald Eagle Way |
| Love, Nakisha | 2540 Middleton Grove Drive |
| Pham, Kelly | 8696 Pegasus Drive |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 5:02 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** Venetian Village

To wrap up the issues with our Venetian Village units, can you let me know if we uploaded the correct information for each property. I understand you're showing we do not rep unit 202 but can you let me know if we're good to go on the rest or if you need me to upload something to file share again. Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==============================================================

## Emma Kingsdorf Schwab

**From:** Emma Kingsdorf Schwab
**Sent:** Thursday, May 18, 2017 3:03 PM
**To:** Albites, Francisco
**Subject:** RE: Venetian Village

Francisco, I don't know how else to explain it: GIB payments were a settlement. The project we are working on is NOT a settlement and per the court's definition of the class the claim had to have been filed on a Taishan Omni prior to June 9, 2015.

Unit 103 meets the definition of the class, but we do not have any proof that it contained Taishan drywall, which is why I was asking for proof and because you uploaded a verification and declaration for this unit.

Whether the unit numbers were a mix-up or typographical error, unless you have proof that this claimant was filed in accordance with the class definition, I don't know what else to tell you.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 2:50 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

My clients say there must be a mix-up. Our records show we represent 202 but not 103, which is indicated in your sheet below. In fact, we received GBI payments for unit 202. I know GBI is separate from Taishan but how can it be said we don't rep 202 if we have received payments for that unit. There has to be a way to substitute 103 for 202.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax

www.yourlawyer.com
falbites@yourlawyer.com
==============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
==============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 2:53 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

As I advised yesterday, the 8 properties as listed on the Omni indicating 8 properties are the following:

| | |
|---|---|
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (1 of 8) #105 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (2 of 8) #103 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (3 of 8) #201 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (4 of 8) #102 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (5 of 8) #204 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (6 of 8) #104 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (7 of 8) #205 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive (8 of 8) #203 |

202 is not included in this set.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 1:41 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Our firm represents Venetian Village (8 properties). That's how it's listed. And we have a ton of stuff for 202 so I'm not sure what happened.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there that should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 2:00 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:46 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

I just got off the phone with the condominium manager for Venetian village. We do not have any more photos for 1045 unit 103 than what was already provided. Apparently, the property was remediated by the owner before we can get in there to preserve any evidence. Without evidence showing that it was Taishan, we cannot add this claim to your chart.

In regards to 1045, unit 202, she says, and our notes indicate, that we are supposed to be bringing a claim for that unit on behalf of Venetian Village. I do not have all the Complaints so I can go back and look at all of them. Is there any way you can send them to me or point to where I can find them in a quick manner (not scouring through Pacer) given the limited time we have? I would appreciate it. I don't have a quicker way but the class only includes Amorin, Germano, Gross and Wiltz complaints so those are the only ones that need to be looked at.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 1:28 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Probably wait until you have more than 1

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:11 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Ok sure.  I have an inspection report with 4x 12 markings for him.  Did you want me to submit all these in piecemeal or wait until I have a nice bunch and then submit?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 1:10 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

We have that claim having National Gypsum drywall per the indicia that was submitted. If you have proof to show Taishan I will look at it but that is the reason why it was not on your list.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 12:08 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Sam Cavalieri is another one I found Taishan photos for and I will submit them with the packet. Just fyi.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:46 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Got it. This one has been added to your chart.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

---

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 11:22 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

I submitted all the photos we have when I uploaded it to file share. They are in an inspection report.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Thursday, May 18, 2017 12:18 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Also, please send Taishan indicia for this client:

Abel, Kenneth

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 18, 2017 11:16 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

Please see my responses in red below.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 8:21 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Emma, I have uploaded most of the documents in your chart below. Please be advised that the following client/properties are not on the list that you provided to us and need to be added:

1) Young, Elizabeth;
2) Yusuf, Nejeh;
3) Yamamoto, Sean;
4) Yasssa, Alain;

   5) Yudess, Daniel;
   6) Zavala, Carlos;
   7) Woods, Randy;
   8) Zhang, Dong;
   9) Vila, Desiree;
   10) Krause, Donald;
   11) Love, Nakisha;
   12) Pham, Kelly.

These are on the list, which is why I indiciated in my email earlier yesterday (below in this string) that we are still awaiting verification and declarations for these properties.

The following clients/properties are St. Bernard Parish properties and we're still waiting to hear back from the Property Appraiser:

   1) James; Ken & Vita, Thomas;
   2) Mundy, Terry and Pamela, 2529 Paul Drive, Meraux, LA;
   3) OIP, LLC;
   4) Fluence, Joseph;
   5) Whitfield, Douglas and Sherry;
   6) Mundy, Terry and Pamela, 436 Llama Drive, Arabi, LA 70043.

Did you contact the lady I recommended? We received the documents within 5 minutes from her after we requested them.

The following clients/properties are not our clients nor in our system:

   1) Layton, Clark;- BG portal indicates your office represents them. Last item filed was by your firm. If you no longer represent this claimant, please send me the formal withdrawal.
   2) Molina, Carlos and Margarita.- we have changed firm name on this one per BG's portal.

Let me know if you have any questions.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 6:22 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

I have reviewed the resubmitted information for the ones I rejected earlier and they have been accepted.

I am still waiting on photo indicia of Taishan markings for Venetian Village #103 before that can be added to your chart.

I am waiting on proof that unit 202 obo condo association filed a claim on a Taishan Omni

I emailed Morgan and Morgan about the Mathieu claim.

Other claims that we have not received verifications from your office:

| | |
|---|---|
| Young, Elizabeth | 2330 Summersweet Drive Alva, Florida 33920 |
| Yusuf, Nejeh | 3732 SW 7th Place #4 Cape Coral, FL 33914 |
| Yamamoto, Sean and Christine | 1113 NE 4th Avenue Cape Coral, FL 33909 |
| Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 |
| Yudess, Daniel and Karen | 1131 Tropicana Parkway W Cape Coral, FL 33993 |
| Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928 |
| Zavala, Carlos | 14119 Danpark Loop Fort Myers, Florida 33912 |
| Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 |
| Layton, Clark | 3208 39th Street West Lehigh Acres, FL 33971 |
| Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 |
| Mundy, Terry and Pamela | 436 Llama Drive Arabi, LA 70032 |
| Whitfield, Douglas and Sherry  deLeon, Gordon and Donna | 2609 Veronica Drive Chalmetta, LA 70043 |
| Fluence, Joseph | 2716 Veronica Drive Chalmette, Louisiana 70043 |
| OIP, LLC | 3509 Decomine Street Chalmette, LA 70043 |
| DeLeon, Gordon and Donna | 1209 East Avide Street Chalmette, LA 70043 |
| Mundy, Terry and Pamela | 2529 Paul Drive Meraux, LA 70075 |

| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 |
| Vila, Desiree | 2204 Soho Bay Court |
| Avner, Brett and Wendy | 18020 Via Bellamare Lane |
| Callwood, Sandy and Alberto | 11522 Hammocks Glade Drive |
| Derzhko, Miroslav and Jaroslawa (Gloria) | 6953 Topeka Lane |
| Gonzalez, Adalberto and Annette | 11336 Bridge Pine Drive |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive |
| Krause, Donald | 11685 Bald Eagle Way |
| Love, Nakisha | 2540 Middleton Grove Drive |
| Pham, Kelly | 8696 Pegasus Drive |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 5:02 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** Venetian Village

To wrap up the issues with our Venetian Village units, can you let me know if we uploaded the correct information for each property. I understand you're showing we do not rep unit 202 but can you let me know if we're good to go on the rest or if you need me to upload something to file share again. Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
==========================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, May 18, 2017 11:16 AM |
| **To:** | Albites, Francisco |
| **Subject:** | RE: Venetian Village |

Please see my responses in red below.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 8:21 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: Venetian Village

Emma, I have uploaded most of the documents in your chart below. Please be advised that the following client/properties are not on the list that you provided to us and need to be added:

1) Young, Elizabeth;
2) Yusuf, Nejeh;
3) Yamamoto, Sean;
4) Yasssa, Alain;
5) Yudess, Daniel;
6) Zavala, Carlos;
7) Woods, Randy;
8) Zhang, Dong;
9) Vila, Desiree;
10) Krause, Donald;
11) Love, Nakisha;
12) Pham, Kelly.

These are on the list, which is why I indiciated in my email earlier yesterday (below in this string) that we are still awaiting verification and declarations for these properties.

The following clients/properties are St. Bernard Parish properties and we're still waiting to hear back from the Property Appraiser:

1

1) James; Ken & Vita, Thomas;
2) Mundy, Terry and Pamela, 2529 Paul Drive, Meraux, LA;
3) OIP, LLC;
4) Fluence, Joseph;
5) Whitfield, Douglas and Sherry;
6) Mundy, Terry and Pamela, 436 Llama Drive, Arabi, LA 70043.

<span style="color:red">Did you contact the lady I recommended? We received the documents within 5 minutes from her after we requested them.</span>

The following clients/properties are not our clients nor in our system:

1) Layton, Clark;<span style="color:red">- BG portal indicates your office represents them. Last item filed was by your firm. If you no longer represent this claimant, please send me the formal withdrawal.</span>
2) Molina, Carlos and Margarita.<span style="color:red">- we have changed firm name on this one per BG's portal.</span>

Let me know if you have any questions.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 17, 2017 6:22 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Venetian Village

I have reviewed the resubmitted information for the ones I rejected earlier and they have been accepted.

I am still waiting on photo indicia of Taishan markings for Venetian Village #103 before that can be added to your chart.

I am waiting on proof that unit 202 obo condo association filed a claim on a Taishan Omni

I emailed Morgan and Morgan about the Mathieu claim.

Other claims that we have not received verifications from your office:

| Young, Elizabeth | 2330 Summersweet Drive Alva, Florida 33920 |
| Yusuf, Nejeh | 3732 SW 7th Place #4 Cape Coral, FL 33914 |
| Yamamoto, Sean and Christine | 1113 NE 4th Avenue Cape Coral, FL 33909 |
| Yassa, Alain | 3402 NW 5th Terrace Cape Coral, FL 33993 |
| Yudess, Daniel and Karen | 1131 Tropicana Parkway W Cape Coral, FL 33993 |
| Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202, Estero, Florida 33928 |
| Zavala, Carlos | 14119 Danpark Loop Fort Myers, Florida 33912 |
| Woods, Randy and Sherry | 3205 North West 76th Jennings, FL 32053 |
| Layton, Clark | 3208 39th Street West Lehigh Acres, FL 33971 |
| Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 |
| Mundy, Terry and Pamela | 436 Llama Drive Arabi, LA 70032 |
| Whitfield, Douglas and Sherry  deLeon, Gordon and Donna | 2609 Veronica Drive Chalmetta, LA 70043 |
| Fluence, Joseph | 2716 Veronica Drive Chalmette, Louisiana 70043 |
| OIP, LLC | 3509 Decomine Street Chalmette, LA 70043 |
| DeLeon, Gordon and Donna | 1209 East Avide Street Chalmette, LA 70043 |
| Mundy, Terry and Pamela | 2529 Paul Drive Meraux, LA 70075 |
| Molina, Carlos and Margarita | 1690 Renaissance Commons Blvd., Unit 1308 |
| Vila, Desiree | 2204 Soho Bay Court |
| Avner, Brett and Wendy | 18020 Via Bellamare Lane |
| Callwood, Sandy and Alberto | 11522 Hammocks Glade Drive |
| Derzhko, Miroslam and Jaroslawa (Gloria) | 6953 Topeka Lane |
| Gonzalez, Adalberto and Annette | 11336 Bridge Pine Drive |
| James, Ken & Vita, Thomas (James & Vita, LLC) | 3808 Gallo Drive |
| Krause, Donald | 11685 Bald Eagle Way |
| Love, Nakisha | 2540 Middleton Grove Drive |
| Pham, Kelly | 8696 Pegasus Drive |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Wednesday, May 17, 2017 5:02 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** Venetian Village

To wrap up the issues with our Venetian Village units, can you let me know if we uploaded the correct information for each property. I understand you're showing we do not rep unit 202 but can you let me know if we're good to go on the rest or if you need me to upload something to file share again. Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

## Emma Kingsdorf Schwab

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Friday, May 19, 2017 3:29 PM
**To:** Emma Kingsdorf Schwab
**Subject:** RE: last batch

In the interest of complying with the deadline, I uploaded our master list of submissions.  I'm sure it's not perfect it may need corrections.  Please let me know if you need anything else.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 3:13 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: last batch

Please submit the declaration with the appraisal report. The inspection report does not need to be re-uploaded.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

1

🌲 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Friday, May 19, 2017 2:06 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** RE: last batch

Can I just submit the corrected declaration for White along with the appraisal report or do you need the 100 pages of the inspection report as well to be uploaded?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 2:46 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: last batch

Pech has been rejected: Declaration states 119 SE 23rd Place. Should state 118 SE 23rd Place. Please upload corrected declaration.

White has been rejected: Declaration states 2,116. Floor plan shows 2,006. Please upload corrected declaration.

Venetian Village #105- we have no evidence that this property contained Taishan drywall. Please provide indicia.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Friday, May 19, 2017 1:35 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: last batch

Is there a reason why you are uploading more items for Venetian Village? They have been reviewed and accepted

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Friday, May 19, 2017 12:59 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: last batch

We still don't have anything for Pech.

The following verifications were uploaded for claims that were not on your chart. Our responses are below:

Blase, Erin- We have reached out to Matthews & Associates to confirm that your firm is representing this client.
Cavalieri, Sam- will add to your chart
Dickinson, William- We have reached out to Colson Hicks to confirm that your firm is representing this client.
Entrust- will add to your chart
Guerriero, Michael- will add to your chart
Jones, Brian- will add to your chart
Martin, Geraldine- photos uploaded do not contain any markings that have been linked to Taishan
Martinez, Juana- photos uploaded do not contain any markings that have been linked to Taishan
Nuccio, Darlene- We have reached out to Allison Grant to confirm that your firm is representing this client.
Reaves, Eugene- we have no evidence of Taishan indicia and nothing was submitted with the verification and declaration.
Reiprecht, Eugene- photos uploaded do not contain any markings that have been linked to Taishan
Sims, Leslie- photos uploaded do not contain any markings that have been linked to Taishan
Warthen, Brian- photos uploaded do not contain any markings that have been linked to Taishan

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, May 18, 2017 7:14 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Subject:** last batch

I'm uploading what appears to be our last batch of clients that are on your most updated list as I type this email. Please let me know if anyone is missing.

I am also uploading clients that your office said did not provide sufficient indicia of Taishan CDW in the spreadsheet you provided with your notes. I am uploading the declaration packets along with all the proof we have of Taishan drywall. I wasn't sure on some of them but I figured you would let us know if it is not accepted. We just want to be sure everyone was accounted for and if they are not accepted then at least we can say we tried.

There were many clients in your spreadsheet with notes that indicate the clients are represented by another firm. All of those clients appear as our clients and there is no indication of any other firm involved. I went ahead and submitted packets for them also.

Finally, please let me know if you need me to upload anything else for our Venetian properties. I understand 202 and 103 can't make a claim. At this time, I just want to make sure the rest of the properties for Venetian Village are accounted for. Thank you for your attention to this matter.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any

individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, September 14, 2017 11:34 AM |
| **To:** | Albites, Francisco; Jill Winn |
| **Subject:** | RE: Christopher Bradley-4420 SW 9th Place, Cape Coral, FL 33914 |

Francisco,

We cannot assert a claim for any property without Taishan indicia.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco [mailto:falbites@yourlawyer.com]
**Sent:** Thursday, September 14, 2017 11:15 AM
**To:** Jill Winn <jwinn@bkc-law.com>; Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** Christopher Bradley-4420 SW 9th Place, Cape Coral, FL 33914

Hello,

I was wondering if we could still try and make claims for some of our clients.   The above named client appears in our system as sub-type unknown but may have a claim against Taishan.  I didn't see his property on any of the spreadsheets.  It appears from our notes he couldn't provide proof of indicia.

Figured it wouldn't hurt to ask.  Please let me know when you have a moment as we're trying to clean up and organize our system.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com

falbites@yourlawyer.com

================================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

================================================================

## Emma Kingsdorf Schwab

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, March 14, 2018 4:14 PM
**To:** Emma Kingsdorf Schwab
**Subject:** RE: Michael Cinicollo, 2339 Kabat Avenue, North Port, FL 34287

That's all we can ask.  Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, March 14, 2018 5:11 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Michael Cinicollo, 2339 Kabat Avenue, North Port, FL 34287

If he gets something that shows Taishan I will certainly submit it, but I can't make any promises that Taishan will consider and accept it.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

1

🌲 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, March 14, 2018 4:08 PM
**To:** Emma Kingsdorf Schwab <eSchwab@bkc-law.com>
**Subject:** RE: Michael Cinicollo, 2339 Kabat Avenue, North Port, FL 34287

Ok. If asked about getting another inspection, would that help if it turns out he had Taishan?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===========================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, March 14, 2018 5:03 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Michael Cinicollo, 2339 Kabat Avenue, North Port, FL 34287

Francisco,

This claim was actually filed on the Amorin complaint, but is not on our master because the report on BrownGreer's portal (which is the same indicia you sent) only includes one photo of drywall, which is USG, a domestic and non-reactive drywall.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, March 14, 2018 3:54 PM
**To:** Emma Kingsdorf Schwab <eSchwab@bkc-law.com>
**Subject:** Michael Cinicollo, 2339 Kabat Avenue, North Port, FL 34287

Hi Emma,

Hope you are well.  I received a call from this client today and I couldn't find him on any of the Taishan complaints.  I was wondering if he is able to make a claim still and be added to one of the complaints.  Please see his inspection report attached.  Please let me know when you have a moment.  Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

# Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Friday, March 30, 2018 3:41 PM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: Juana Martinez |

Thanks, have a great weekend.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Friday, March 30, 2018 4:35 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** Re: Juana Martinez

The markings on the attached report are of National Gypsum and IMG, both of which are not manufactured by Taishan.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

🌲 Please consider the environment before printing this e-mail

On Mar 30, 2018, at 11:01 AM, Albites, Francisco <falbites@yourlawyer.com> wrote:

Hi Emma,

I have a conference call with this client later today.  I thought 4 x 12 was Taishan.  Please let me know why her claim was rejected so I can properly inform her.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

<2027281 Investigations Reports Parker Waichman LLP 7_16_2012 1.pdf>

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Friday, May 25, 2018 10:39 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | Sandra L. Duggan; Lenny Davis; RHERMAN@hhklawfirm.com; Arnold Levin; Dinan, Jay P. |
| **Subject:** | RE: CDW- Taishan Seeking Dismissal of Cases for Failure to Comply with PTO 11A- Parker Waichman |
| **Attachments:** | FA - Notes on Copy of Cases Taishan Seeking Dismissal_Parker Waichman 1.xlsx |

Hello Emma,

We worked on the list you sent to us and added a column at the end indicating the status of each client. I used the number system you provided in the interest of simplicity. Please see it attached.

For those clients that are labeled with a 4, those can proceed to be dismissed since we are not able to locate them after great efforts. For those clients with a 3, they are primarily clients that needed more time due to communication issues. Some of these folks have moved and changed their contact information and it was difficult locating them until recently. If Taishan has made us wait 9 years, we don't see the prejudice of a couple late entries. We have already uploaded some of the SPPF's for these clients and we have uploaded all the clients under category 2 that were just missing the verification page.

Finally, our client, Virgilio Borges, is foreign and lives in Brazil. For some reason, he does not have a profile on the Brown Greer portal so we can't upload his SPPF. I will send you his documents in a separate email. I have reached out to Brown Greer about this issue and we are still having difficulties because he doesn't have a social security number and we can't create his profile. I will keep you posted.

Please let us know if anything else is required. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, May 22, 2018 6:30 PM

**To:** Albites, Francisco <falbites@yourlawyer.com>; Parker, Jerrold S. <jerry@yourlawyer.com>
**Cc:** Sandra L. Duggan <sduggan@lfsblaw.com>; Lenny Davis <LDAVIS@hhklawfirm.com>; RHERMAN@hhklawfirm.com; Arnold Levin <ALevin@lfsblaw.com>
**Subject:** CDW- Taishan Seeking Dismissal of Cases for Failure to Comply with PTO 11A- Parker Waichman

Counsel –

Defendants intend to file a motion to dismiss the cases identified on the attached list for failure to comply with PTO 11A. <u>For each of these Plaintiffs, please tell us whether:</u>

1. the Plaintiff has agreed to voluntary dismissal;
2. the Plaintiff submitted an SPPF but failed to provide a verification and needs more time to do so, and intends to submit the verification ASAP;
3. the Plaintiff failed to provide an SPPF but needs more time and can demonstrate good cause for same;
4. the Plaintiff has not responded to your communications regarding PTO 11A, etc., and therefore should remain on the list for the motion to dismiss; or
5. defendants are wrong and the SPPF + verification were submitted.

**We need this information ASAP (<u>no later than by noon on Friday, May 25<sup>th</sup></u>)** so that we may respond appropriately to defendants.  Thanks.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, August 16, 2018 3:48 PM
**To:** Emma Kingsdorf Schwab
**Subject:** RE: CDW- Florida Amorin Dismissals- Doyle Law Firm

Found them! We have them under Azcarate but it took me on a major fishing expedition. I apologize.

We are ok with a dismissal for this one. They had Palatka.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of
this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or
copying of this communication is strictly prohibited. If you have received this communication in error, please erase all
copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any
individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be
blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to
the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===========================================================

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, August 16, 2018 4:36 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Doyle Law Firm

I understand you can't find anything on you server, but see attached.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

1

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, August 16, 2018 3:31 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Doyle Law Firm

IT confirmed this is not our client, under either name.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, August 16, 2018 10:59 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Doyle Law Firm

Please see beloiw

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

🌲 Please consider the environment before printing this e-mail

**From:** James Doyle <jimmy@doylefirm.com>
**Sent:** Thursday, August 16, 2018 9:57 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** Re: CDW- Florida Amorin Dismissals- Doyle Law Firm

APSC is a subsequent purchase of property without knowledge of Chinese drywall. Azacarte was the original owner that lost it to foreclosure, I believe. Parker Watchman can confirm this I'm sure and can make the decision regarding the Azacarte claims.

Thanks.

Jimmy

On Aug 16, 2018, at 9:48 AM, Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:

Asset Portfolio Servicing Co.

Emma Kingsdorf Schwab
Associate

<BKC_e55199e2-9ca6-443c-ae49-8accc4c91d9a.png>

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab
**Sent:** Wednesday, August 15, 2018 7:37 PM
**To:** James Doyle <jimmy@doylefirm.com>
**Subject:** Re: CDW- Florida Amorin Dismissals- Doyle Law Firm

It's filed on Amorin under Parker waichman but I checked the BG portal after they advised they don't represent this claimant and it was listed as your client under a corporation (and the members listed as the Azacarate). I can't recall the entity's name but believe it also started with an A. I just left the office but will get back to you in the morning with the name.

Emma Kingsdorf Schwab
Associate

Sent from my iPhone

<image001.png>

3

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

On Aug 15, 2018, at 7:24 PM, James Doyle <jimmy@doylefirm.com> wrote:

> Emma:
>
> Please direct me to the omni complaint where this one was filed. I don't have any record of them as a client of the firm. Emails from those early years of CDW are archived, so I'll need an idea when they might have been filed as I search.
>
> Thanks.
>
> Jimmy

>> On Aug 15, 2018, at 6:26 PM, Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:
>>
>> Jimmy,
>>
>> Please add the below to your list as I believe this property is represented by your firm.

| Azacarate, Jose and Lori | 1305 East 9th Street Lehigh Acres FL 33972 |
|---|---|

>> Emma Kingsdorf Schwab
>> Associate
>>
>> <BKC_e55199e2-9ca6-443c-ae49-8accc4c91d9a.png>
>> 701 Poydras Street, Suite 3650
>> New Orleans, LA 70139
>> 504.524.3300 (phone)
>> 504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab
**Sent:** Tuesday, August 14, 2018 2:39 PM
**To:** James Doyle <jimmy@doylefirm.com>
**Subject:** CDW- Florida Amorin Dismissals- Doyle Law Firm

Counsel,

In an attempt to clean up the docket, we have gone through the Florida *Amorin* cases and identified the claims where we believe

4

there is no evidence of Chinese drywall manufactured by Taishan in the property.  In order to avoid a dismissal order from the Court, we would like to file a Notice of Voluntary Dismissal for the cases lacking evidence of product ID. Please let us know by <u>Friday, August 17, 2018</u>, if you consent to including the below claims on the NVD which will be filed in the Southern District of Florida.

In the event you disagree, Taishan will move to dismiss these actions on August 24th.

Thanks so much.  If you have any questions, please don't hesitate to contact me.

| | |
|---|---|
| Jones, Eddie | 11104 Ancient Futures Drive<br>Tampa, FL 33647 |
| Patterson, Rory | 531 Cardinal Street SE<br>Palm Bay, FL 32909 |

Emma Kingsdorf Schwab
Associate

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Wednesday, August 15, 2018 6:40 PM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | Re: CDW- Florida Amorin Dismissals- Parker Waichman |

If that is the case we can dismiss those claimants below that are accounted for moving forward. I left the office so I'll let you know about the rest tomorrow. Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, youare hereby notified that any dissemination, distribution, printing or copying of thiscommunication is strictly prohibited. If you have received this communication in error, pleaseerase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up byhard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted atany time without notice being provided to either the intended recipient or the sender. Further, tothe extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

On Aug 15, 2018, at 7:25 PM, Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:

Francisco,

See my comments below. I am also attaching the email Debbie sent on Monday which attached the lists I'm referencing below.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, August 15, 2018 6:05 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Parker Waichman

I went through your list below and the new one you just emailed to me. We disagree with the filing of the notice of voluntary dismissal (NVD) as to the following claimants:

1) **Cinicollo, Michael**: When I called him he insisted on getting one more inspection to determine whether he has actionable Taishan drywall. He understands that even if he can show proof there is no guarantee his claim will be accepted;

2) **Donnelly, Mary Rose and James**: We filed an SPPF for that property and they should not be on the list. They are under Rose in BG portal. <span style="color:red">This property is included on the active FL tab for unit 4 and unit 704 is the one that we are requesting to dismiss. The SPPF was filed for #4. Please advise</span>

3) **Garrido, Carlos and Olga**: The property address in your list is substantially similar to their affected property for which they have filed an SPPF (unit 4). I'm not sure if that is a typo or not but that would seem like we need to amend the Complaint to show unit 4 and not 3 as opposed to dismissing them. Please advise. <span style="color:red">Again, this property is included on the active tab for unit #4 and unit #3 is the one we are requesting to dismiss. The SPPF was filed for #4. The typos were submitted by your firm at the time of the filing of the Omni complaints. By the time Amorin was filed, the typos and inaccurate properties were corrected, but the incorrect ones were never dismissed.</span>

4) **Leon, Daimarys and Rodriguez, Yalier**: Same thing for this one. The address is substantially similar to the property address for which they submitted an SPPF. I'm concerned about dismissing their case if it is just a typo and we're talking about the same property. <span style="color:red">My response is same as above.</span>

5) **Mundt, Elaine**: Same thing, we filed an SPPF for this client with a substantially similar address and feel it is a typo. <span style="color:red">Same as above.</span>

6) **Sakalauskas, Alberto and Laura**: We filed an SPPF for this property address so it should not be dismissed. <span style="color:red">An SPPF was filed for 3142 SW Martin Street, which is on the active FL tab. We are requesting dismissal of 3142 SW Main Street.</span>

7) **Semyon Lumar Trust**: We filed an SPPF for this property with a substantially similar address. It appears to be a typo. <span style="color:red">Same comments as above</span>

8) **Venetian Village unit 202**: We had a back and forth on this unit a while back. You said we don't rep them (in the Complaint) yet somehow they are on our list. We cannot agree to dismiss them at this time. Please advise. <span style="color:red">The firm names were taken directly from how they were filed on the Amorin intervention, so many firm names are incorrect. Can you attach the email string?</span>

I can't find Azacarate in our system. I don't believe we rep them. <span style="color:red">I just looked them up in BG portal and apparently it's represented by Doyle now. I will reach out to him.</span>

You can include everyone else on the NVD. Please let me know about the above addresses, specifically, the ones that filed an SPPF and have substantially similar addresses as the ones on the list. I am just making sure their claims are protected. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103

Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL
information.  If the reader of this message is not the intended recipient, you are hereby notified that any
dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have
received this communication in error, please erase all copies of the message and its attachments and
notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be
followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or
deleted at any time without notice being provided to either the intended recipient or the
sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service
by email.
===========================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, August 14, 2018 6:03 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Parker Waichman

Francisco,

The only evidence of CDW for Sebastian Covos is for 8129 W 36th Avenue #6. The address identified
below appears to be a mailing address that has never had CDW manufactured by Taishan. Please look
closely at the addresses when going through these so that we don't have to go back and forth on each
property.

Emma Kingsdorf Schwab
Associate

<image001.png>

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Tuesday, August 14, 2018 4:55 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Parker Waichman

I am working on this for you but it may take me a little bit of time. I'm not comfortable voluntarily
dismissing all these clients' claims without at least contacting them first and getting their blessing or at
least giving them a head's up.

We filed an SPPF for Sebastian Covos so he shouldn't be on the list. I will let you know if I find any others. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, August 14, 2018 3:39 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Parker, Jerrold S. <jerry@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>
**Subject:** CDW- Florida Amorin Dismissals- Parker Waichman

Counsel,

In an attempt to clean up the docket, we have gone through the Florida *Amorin* cases and identified the claims where we believe there is no evidence of Chinese drywall manufactured by Taishan in the property. In order to avoid a dismissal order from the Court, we would like to file a Notice of Voluntary Dismissal for the cases lacking evidence of product ID. Please let us know by Friday, August 17, 2018, if you consent to including the below claims on the NVD which will be filed in the Southern District of Florida.

In the event you disagree, Taishan will move to dismiss these actions on August 24th.

Thanks so much. If you have any questions, please don't hesitate to contact me.

| Aguilar, Antonio and Jenny | 208 NW 1st Terrace<br>Cape Coral, Florida 33993 |
|---|---|
| Alexandre, Marie | 4440 26th Street, SW<br>Lehigh Acres, FL 33973 |

| Amtmann, Dennis and Mary | 3602 36th Street Southwest<br>Lehigh Acres, FL 33976 |
|---|---|
| Blain, David | 1525 Corolla Court<br>Reunion, FL 34747 |
| Bradley, Chris | 4420 SW 9th Place<br>Cape Coral, Florida 33914 |
| Casey. William and Pamela | 713 SE 16th Court<br>Ft. Lauderdale, Florida 33316 |
| Chisholm, Donna | 3485 Southwest Funtuna Street<br>Port St. Lucie, FL 34953 |
| Cinicollo, Michael and Gia | 2339 Kabat Avenue<br>Nort Port, FL 34288 |
| Cort, Kenrick | 1512 Roosevelt Avenue<br>Lehigh Acres, FL 33972 |
| Covos, Sebastian | 5861 NW 109 Court<br>Hialeah, FL 33178 |
| Donadio, Gaetano (Guy) | 2531 White Sand Lane<br>Clearwater FL 33763 |
| Donnelly, Mary Rose and James | 11837 Bayport Lane, #704,<br>Ft. Myers, Florida 33908 |
| Douglas, Aprile L. | 5461 River Rock Road, #5<br>Lakeland, Florida 33809 |
| Duenow, Kevin and Joyce | 4214 8th Street, SW<br>Lehigh Acres, FL 33976 |
| Foxwell, Craig and Linda | 1705 Palm View Road<br>Sarasota, Florida 34240 |
| Garcia, Jorge | 13820 BJ Blvd.<br>Bokeelia, FL 33922 |
| Garrido, Carlos and Olga | 8111 W 36th Avenue, Unit #3<br>Hialeah, FL 33018 |
| Gibson, Wayne and Susan | 2454 Harrison Place<br>Lakeland, FL 33810 |
| Graham, Billy and Renee | 11945 Jackson Road<br>Thonotosassa, FL 33592 |
| Hobbs, James and Tammy | 1823 NE 6th Avenue<br>Cape Coral, FL 33909 |
| Joseph, Alexander, Haley and Mogavero, Wayne | 13055 Sail Away Street<br>North Fort Myers, FL 33903 |
| Judy, Robert and Kathie | 1727 Shenandoah Road<br>Wimauma, FL 33598 |
| Ladino, Yonny and Yasira | 4003 12th Street West<br>Lehigh Acres, FL 33971 |
| Leahy, III, Thomas | 3013 13th Street West<br>Lehigh Acres, FL 33971 |

| | |
|---|---|
| Leon, Daimarys and Rodriguez, Yalier | 811 West 36 Avenue<br>Hialeah, FL 33018 |
| Martin, Victor and Geraldine | 11819 Bayport Lane, Unit 402<br>Ft. Myers, Florida 3390 |
| Martinez, Juana | 5305 5th Street W<br>Lehigh Acres, FL 33971 |
| Mundt, Elaine | 11806 Bayport Lane, Unit 1<br>Fort Myers, FL 33908 |
| Muradali, Fazeel | 8032 NW 125 Terrace<br>Parkland, Florida 33076 |
| Murphy, Paul and Danielle | 21573 Baccarat Lane, Building #16, Unit #202<br>Estero, Florida 33928 |
| Nemes, Robert and Frances | 6050 Jonathan's Bay Circle, Unit 202<br>Ft. Myers, Florida 33908 |
| Nukho, Michael, George and Edward | 430 SE 21st Terrace<br>Cape Coral, FL 33990 |
| Peltier, Isaac and Shanon | 2902 Nadine Lane<br>Lehigh Acres, Florida 33971 |
| Piatkowski, Alexander and Candice | 2610 Diplomat Parkway<br>Cape Coral, FL 33993 |
| Rawh, Gunashwer and Heeranjani | 180 Patio Street<br>Lehigh Acres, FL 33974 |
| Reiprecht, Raymond | 10560 SW Stephanie Way, Unit 202<br>Port St. Lucie, FL 34987 |
| Roque, Giovanni and Bertha | 16704 84th Court North<br>Loxahatchee, FL 33470 |
| Sakalauskas, Alberto and Laura | 3142 SW Main Street<br>Port St. Lucie, Florida 34988 |
| Semyon Lumar Trust | 11825 Bayport Ln. #504<br>Ft. Myers, Florida33908 |
| Sutton, Stuart | 809 Nick Bay Place<br>Tampa, FL 33637 |
| Tyree, Crawford and Thilberg-Tyree, Charlotte | 3550 Lansing Loop, Unit #202<br>Estero, FL 33928 |
| Vaiden, Janet | 1442 Hillview Lane<br>Tarpon Springs, Florida 34689 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive, Unit 103<br>Melbourne, FL 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive, Unit 105<br>Melbourne, FL 32904 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive, Unit 202<br>Melbourne, FL 32904 |
| Walton, William | 119 Whispering Oaks Circle<br>St. Augustine, FL 32080 |

| Warthen, Brian and Johnson, Stephanie | 4625 Hickory Stream Lane<br>Mulberry, FL 33860 |
| Yarger, Rodney and Stacey | 1409 Northeast 9th Place<br>Cape Coral, FL 33909 |
| Younes, Deborah | 1145 NE Forrest Avenue<br>Arcadia, FL 34266 |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

Please consider the environment before printing this e-mail

<mime-attachment>

**Emma Kingsdorf Schwab**

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Thursday, November 08, 2018 9:43 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: Mesolella, Vincent |

I just saw him, sorry about that.  I have about 5 spreadsheets open.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
================================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, November 8, 2018 10:39 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Mesolella, Vincent

Because he is on Omni XX (*Brooke*) which is NOT part of the Amorin class.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

1

🌲 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, November 08, 2018 9:39 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** Mesolella, Vincent

Hello Emma,

I'm reviewing our list of Taishan clients and comparing them to the list produced by Taishan. I came across the above client who seems to have fallen through the cracks and I don't see any notes as to why. Can you tell me what happened with Mr. Mesolella's claim?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Tuesday, December 11, 2018 11:19 AM |
| **To:** | Albites, Francisco |
| **Cc:** | Jimmy Faircloth; Brook Landry Villa; Dinan, Jay P. |
| **Subject:** | RE: CDW- Florida Property Damage Claimant Lists |

We cannot seek an extension. If you plan on amending the SPPFs, let me know asap so I can make sure our list is correct.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Tuesday, December 11, 2018 11:01 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Jimmy Faircloth <jfaircloth@faircolthlaw.com>; Brook Landry Villa <bvilla@faircolthlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>
**Subject:** FW: CDW- Florida Property Damage Claimant Lists
**Importance:** High

Hi Emma,

Jay Dinan and I didn't receive this email, please make sure we're on it.

I was out on paternity leave but I am continuing to review the previous list you sent to see who completely remediated amongst our clients and who didn't comply with the Germano protocol but I have not reviewed everyone yet. I intend on filing amended SPPF's for most of our remaining clients. I will try to have the info for you by the 13th but is there anyway we can request a little additional time?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612

239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

---

**From:** Parker, Jerrold S. <jerry@yourlawyer.com>
**Sent:** Tuesday, December 11, 2018 11:41 AM
**To:** Dinan, Jay P. <jdinan@yourlawyer.com>; Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** FW: CDW- Florida Property Damage Claimant Lists
**Importance:** High

Jerry

Jerrold S. Parker
Parker Waichman PR LLC
Law Office Services LLC
1225 Avenue Ponce de Leon
Suite 606
San Juan, Puerto Rico 00907
787-333-3333
www.yourlawyer.com
jerry@yourlawyer.com
Admitted in New York, New Jersey, District of Columbia & Colorado

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Date:** Tuesday, December 11, 2018 at 12:32 PM
**Cc:** "sduggan@lfsblaw.com" <SDuggan@lfsblaw.com>, "Levin, Fishbein, Sedran & Berman" <alevin@lfsblaw.com>, Colson Hicks Eidson <patrick@colson.com>
**Subject:** CDW- Florida Property Damage Claimant Lists

Florida Counsel,

As you're aware, Judge Cooke's November 16, 2018 Order requires Plaintiff to provide a list of property damage claimants split into three categories: 1) claimants with completed SPPF forms who did <u>not</u> remediate their properties or who did <u>not</u> completely remediate their properties according to the attached *Germano* checklist [and are entitled to remediation damages according to the formula adopted by Judge Fallon]; 2) claimants with completed SPPF forms who completely remediated their properties according to the attached *Germano* checklist [and are entitled to recover the actual cost of remediation]; and 3) claimants without

completed SPPF forms [who will be dismissed if they do not complete an SPPF prior to January 14, 2019] (see ECF No. 112, p. 6 & n.1). This list is due <u>Friday, December 14, 2018</u>.

We have reviewed all of the SPPFs and made every effort to place the claimants on the correct list. Please review the attached lists of Florida *Amorin* claimants and confirm that your clients are on the correct list. If any of your clients have not been categorized correctly, let us know by Thursday, December 13th. This information came from the most recently filed SPPFs so if you believe it is incorrect, please also amend your SPPF accordingly. If you amend your client's SPPF to contend partial remediation (as opposed to complete remediation) between now and Friday, please let me know ASAP. If we don't hear from you, we will assume your clients are placed on the correct list.  Thank you.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, December 13, 2018 5:29 PM |
| **To:** | Albites, Francisco |
| **Subject:** | RE: CDW- FL Missing SPPF- Parker Waichman |

We've sent numerous requests about them since the initial deadline in March passed but I apologize for not including them on my email earlier this week. I have my own clients to take care of as well as all my responsibilities for the PSC. I expect all firms to be on top of their own clients and I send out the reminder emails for simply a reminder.

I will keep Nuccio and Malhoe both on the no SPPF list, and the Court will then dismiss them.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, December 13, 2018 5:07 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- FL Missing SPPF- Parker Waichman

Emma,

You caught me out of left field with these clients. We were not alerted of their failure to submit an SPPF before.

Our notes for Malhoe say they have been unresponsive and we haven't heard from them in a long time. I even ran a background search to call at different numbers and email but haven't been able to reach them.

You can voluntarily dismiss Nuccio. I just spoke with Darlene and they no longer wish to pursue.

I will be sending you a response to the complete v. partial remediation project shortly.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP

1

27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, December 13, 2018 5:41 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- FL Missing SPPF- Parker Waichman
**Importance:** High

Francisco,

Will you be filing a SPPF for the below claimants? Please let me know ASAP as the deadline is tomorrow.

| | | |
|---|---|---|
| Malhoe, Ashok | 1617 SE 21st Street | Cape Coral |
| Nuccio, Thomas and Darlene | 198 Shadroe Cove Circle, Bldg 5, Unit 502 | Cape Coral |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)


Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, December 10, 2018 4:32 PM
**To:** 'falbites@yourlawyer.com' <falbites@yourlawyer.com>
**Subject:** CDW- FL Missing SPPF- Parker Waichman

Francisco,

The below claimants have not submitted a verified SPPF. As you will recall, these claimants may not own the remediation rights to the claim but have a claim for some other category of damages and were thus added to the master chart as derivative claimants. We have to provide three lists to Judge Cooke on December 14th, one of which is claimants who have not submitted a verified SPPF. You must submit a verified SPPF by December 14th or these claimants will be dismissed. If any of these claimants would like to voluntarily dismiss their claims, please advise.

| Claimant Name | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Reaves, Eugene and Lori | 202 Shadroe Cove Circle, Unit 402 | Cape Coral | FL | 33991 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive #202 | Melbourne | FL | 32904 |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Thursday, December 13, 2018 6:18 PM |
| **To:** | Sandra L. Duggan |
| **Cc:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: CDW- FL Missing SPPF- Parker Waichman |

Sandra and Emma,

There is no need for directed hostility and scolding. I understand I am ultimately responsible for our 300 taishan clients and I know I'm not blameless.  However, I checked my emails and I don' have any reminders for these 2 particular clients and since Taishan did not move to dismiss them for failure to file an SPPF, on top of the clients being non responsive, I was caught off guard.  Again, I understand I'm responsible for my clients.

Emma will have all of our clients' info by midnight tonight.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Sandra L. Duggan <sduggan@lfsblaw.com>
**Sent:** Thursday, December 13, 2018 6:59 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** 'Emma Kingsdorf Schwab' <eschwab@bkc-law.com>
**Subject:** FW: CDW- FL Missing SPPF- Parker Waichman

Francisco – Emma forwarded your email to me. Judge Fallon set the deadline for submissions of SPPFs many months ago. Then Judge Cooke required the same. Emma has sent you multiple emails regarding this issue. You should not have been caught off guard.

I have sent multiple emails reminding all Florida counsel of all deadlines.  We are filing the required lists of Claimants by Category no later than NOON tomorrow. You MUST have all of your information

to Emma no later than midnight tonight so she can finalize the Court-ordered lists. We are operating under very tight deadlines and there are over 1,700 Plaintiffs to consider – they all must be accurately categorized. This is a huge undertaking.

If you have any questions or concerns, let me know.

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, December 13, 2018 5:07 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- FL Missing SPPF- Parker Waichman

Emma,

You caught me out of left field with these clients. We were not alerted of their failure to submit an SPPF before.

Our notes for Malhoe say they have been unresponsive and we haven't heard from them in a long time. I even ran a background search to call at different numbers and email but haven't been able to reach them.

You can voluntarily dismiss Nuccio. I just spoke with Darlene and they no longer wish to pursue.

I will be sending you a response to the complete v. partial remediation project shortly.


Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, December 13, 2018 5:41 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- FL Missing SPPF- Parker Waichman
**Importance:** High

Francisco,

Will you be filing a SPPF for the below claimants? Please let me know ASAP as the deadline is tomorrow.

| Malhoe, Ashok | 1617 SE 21st Street | Cape Coral |
|---|---|---|
| Nuccio, Thomas and Darlene | 198 Shadroe Cove Circle, Bldg 5, Unit 502 | Cape Coral |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, December 10, 2018 4:32 PM
**To:** 'falbites@yourlawyer.com' <falbites@yourlawyer.com>
**Subject:** CDW- FL Missing SPPF- Parker Waichman

Francisco,

The below claimants have not submitted a verified SPPF. As you will recall, these claimants may not own the remediation rights to the claim but have a claim for some other category of damages and were thus added to the master chart as derivative claimants. We have to provide three lists to Judge Cooke on December 14th, one of which is claimants who have not submitted a verified SPPF. You must submit a verified SPPF by December 14th or these claimants will be dismissed. If any of these claimants would like to voluntarily dismiss their claims, please advise.

| Claimant Name | Affected Property Address | City | State | Zip |
|---|---|---|---|---|
| Reaves, Eugene and Lori | 202 Shadroe Cove Circle, Unit 402 | Cape Coral | FL | 33991 |
| Venetian Village of Brevard Condo Association, Inc. | 1045 Venetian Drive #202 | Melbourne | FL | 32904 |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Monday, April 01, 2019 5:05 PM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: CDW- Flaherty |

That was also an error.  I corrected the SPPF to reflect the purchased the property in May of 2009.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, April 1, 2019 4:57 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Flaherty

Taishan's basis for Objection C for PSC Enterprises is "Claimant reported on SPPF that they became aware of CDW in the property in August 2009 and purchased the property in September 2009." Please advise if this is correct. If incorrect please amend the SPPF asap.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

1

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, March 28, 2019 3:37 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Flaherty

Our old notes here say neither the previous owner, nor him, bought the property knowing it had CDW.  It appears is was bought as an investment in a foreclosure action.  I did have back taxes on it. Anyways, there wasn't a formal sales contract prepared so I'm not sure how Taishan can prove our client knew it had CDW.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, March 28, 2019 4:17 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Flaherty

Thanks. Did PSC Enterprises purchase property with knowledge of CDW? Looking into claims with Objection C and need to know whether this is accurate or not.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, March 28, 2019 9:51 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Flaherty

Took care of it.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, March 27, 2019 7:26 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Flaherty

Thanks! Please upload attached for Anatoly Daniels.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, March 27, 2019 8:48 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Flaherty

Done.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, March 26, 2019 6:32 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- Flaherty

Following up on Robinson, Shehadi, and Sistrunk.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

🌲 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Monday, March 25, 2019 5:22 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** Re: CDW- Flaherty

Ok. I left for the day but I'll take care of it tomorrow. I did upload the last one you asked.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
23700 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, youare hereby notified that any dissemination, distribution, printing or copying of thiscommunication is strictly prohibited.  If you have received this communication in error, pleaseerase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual thereat should be followed up byhard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted atany time without notice being provided to either the intended recipient or the sender.  Further, tothe extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

On Mar 25, 2019, at 6:17 PM, Emma Kingsdorf Schwab <eschwab@bkc-law.com> wrote:

And this for Terry and Wallace Robinson.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 🌲 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, March 25, 2019 3:31 PM
**To:** 'falbites@yourlawyer.com' <falbites@yourlawyer.com>
**Subject:** CDW- Flaherty

5

Please upload to BG portal for Ms. Flaherty.

Emma Kingsdorf Schwab
Associate


<image001.png>

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

<Robinson Verification & Declaration for 2828 Wallace Lake Road.pdf>

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Wednesday, April 03, 2019 3:46 PM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | Brook Landry Villa; Jimmy Faircloth; Dinan, Jay P. |
| **Subject:** | RE: Anthony Carmen/ Joseph Pirczhalski |

I don't believe there is anything to draft if they are not on an Amorin complaint. I believe your general objection is sufficient, if possible. I defer to our co-counsel on this issue.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===========================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, April 3, 2019 4:40 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Francisco,

We represented to Taishan that we concede any claimants not in the *Amorin* class should not be in front of Special Master Lee. Because these claimants have never been filed on a Taishan complaint, much less part of the *Amorin* class, we believe they were not remanded and thus not properly in front of Special Master Lee. I understand you do not agree with our position so please draft something we can include in the global response to support your position regarding this claim.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, April 03, 2019 2:35 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Ok, if they are not on a Taishan complaint I would still like to proceed against Taishan until the court dismisses the case. Taishan made them a settlement offer so we don't want their claim extinguished until PW settlement stay is resolved.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, April 3, 2019 3:27 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Sorry I meant Benoit.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab
**Sent:** Wednesday, April 03, 2019 2:26 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Arndt? If so, it's not a Taishan complaint.

Emma Kingsdorf Schwab
Associate

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, April 03, 2019 2:25 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

I found them in Omni XI.  Please remind me if that is a Taishan complaint. They are under Pirczhalsi Family Revocable Living Trust.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, April 3, 2019 2:59 PM

**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Francisco,

I know we previously discussed this issue, but wanted to confirm that we will concede that Carmen/Pirczhalski is not an *Amorin* class member. I understand you attempted to provide indicia for Carmen/Pirczhalski when you started in 2016. Obviously that was well beyond the filing of the *Amorin* complaint and after the class was certified. Please confirm.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, February 20, 2019 3:15 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

See attached.  It just shows I tried way back when I started here.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, February 20, 2019 2:31 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Thanks, Francisco. Can you send the email? Dena is no longer with our firm.

We are going to make a global objection for all claimants in Objection A, but if we have to put this in front of the Special Master it would likely not prevail as they were never named on the *Amorin* complaint.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, February 20, 2019 11:49 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Ok, then they are not on a Complaint that we can see. I found an old email in 2016 where I discussed this with Dena and Dawn at your firm.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

=================================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, February 20, 2019 12:27 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

That's not a Taishan complaint.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Wednesday, February 20, 2019 10:13 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: Anthony Carmen/ Joseph Pirczhalski

Hello Emma,

Interestingly, I can't find them on a Complaint. I don't have exhibit A list for Omni XVIII. Can you check to see if they are on that and forward it to me please?

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=================================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be

blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

===========================================================

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Tuesday, February 19, 2019 9:13 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** Anthony Carmen/ Joseph Pirczhalski

Can you send me the complaint the above claimants (698 Darlington Ave. SW, Palm Bay, FL 32908) are filed on? I can't seem to find them on Amorin or other Taishan complaint.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

# Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Monday, May 20, 2019 8:29 AM |
| **To:** | Emma Kingsdorf Schwab; Dinan, Jay P. |
| **Cc:** | Jimmy Faircloth; Brook Landry Villa |
| **Subject:** | RE: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman |

The below information is correct, subject to countermand by Jay and our co-counsel.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Saturday, May 18, 2019 5:31 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** Re: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

Hi Francisco,

My understanding is that Hasselschwert, Lopez, Rappa, Karaian, Sellman, and Shehadi should not have received a Contest N and you will upload proof of OOP expenses to the portal for Hasselschwert, Lopez, and Rappa.  You will let me know if you receive proof that Reino and/or Vieau OOP expenses related to remediation was more than the stated amount on their SPPFs and more than the claimants received in prior remediation payments.  You agree with the Contest N (meaning these claimants are not entitled to remediation damages because Special Master Lee sustained this contest and these claimants did not personally incur any remediation expenses) for B. Jones, K. Jones, Kapalian, Keller, Lister, Mendez, Morris, Santiago, and Wilcox. You are attempting to gather more information on Mallin.

Please let me know if the above is correct. We are providing this information to the Special Master Monday afternoon so please get me any new information by Monday at noon.

Many thanks.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** "Albites, Francisco" <falbites@yourlawyer.com>
**Date:** Friday, May 17, 2019 at 5:59 PM
**To:** Emma Schwab <eschwab@bkc-law.com>, "Dinan, Jay P." <jdinan@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>, Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** Re: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

Correction - "portal" not "SA".

Francisco A. Albites, Esq.

Attorney

Parker Waichman LLP

27300 Riverview Center Boulevard

Suite 103

Bonita Springs, Florida 34134

238-390-8612

239-390-0055 Fax

www.yourlawyer.com

**From:** Albites, Francisco
**Sent:** Friday, May 17, 2019 6:58 PM
**To:** Emma Kingsdorf Schwab; Dinan, Jay P.
**Cc:** Jimmy Faircloth; Brook Landry Villa
**Subject:** Re: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

See my responses below.  If  the supporting documents are not on SA (ex. out-of -pocket expenses, receipts, etc..), it is after exhaustive efforts trying to secure them from the clients.  We will continue trying and will upload upon receipt.

Francisco A. Albites, Esq.

Attorney

Parker Waichman LLP

27300 Riverview Center Boulevard

Suite 103

Bonita Springs, Florida 34134

238-390-8612

239-390-0055 Fax

www.yourlawyer.com

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Friday, May 17, 2019 6:13 PM
**To:** Albites, Francisco; Dinan, Jay P.
**Cc:** Jimmy Faircloth; Brook Landry Villa
**Subject:** RE: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

Hi Francisco, my responses are below in red. LMK

Emma Kingsdorf Schwab

Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

---

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Friday, May 17, 2019 4:24 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>; Dinan, Jay P. <jdinan@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

Hello Emma,

See my responses below.

Francisco A. Albites, Esq.

Attorney

Parker Waichman LLP

27300 Riverview Center Boulevard

Suite 103

Bonita Springs, Florida 34134

239-390-8612

239-390-0055 Fax

www.yourlawyer.com

falbites@yourlawyer.com

===========================================================

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Friday, May 17, 2019 2:07 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>
**Subject:** CDW- FL Amorin SM Ruling Contest "N"- Parker Waichman

Counsel,

As you're aware, the Special Master sustained Defendants' Contest "N"(remediation funded by other person or entity). Please advise if any of the below claimants subject to Contest "N" have entered into a subrogation or reimbursement agreement and/or Plaintiff has an obligation to pursue the claim. For any plaintiffs that meet this criteria, please also confirm that evidence of the subrogation or reimbursement agreement is uploaded to the BrownGreer Portal and identify the Doc. ID number. We will be providing this information to the Special Master on Monday, as requested. We will not be providing any subsequent updates thereafter. Please get back to me by Monday, May 20, 2019 at 12:00 CST with this information. Let me know if you have any questions.

| FL Claimant Identifier | Claimant Name | Affected Property Address | City | State | Zip | PW Responses |
|---|---|---|---|---|---|---|
| 575 | Hasselschwert, Craig and Jane | 8499 Chase Preserve Drive | Naples | FL | 34113 | Client remediated himself, no subrogation or assignment. Did claimant pay JL Staten for the remediation or was it done by settlement? If the former, there's no proof uploaded for any OOP expenses. Client paid JJ Staten and all remediation costs. OOP has been requested and will be uploaded upon receipt. |

| 653 | Jones, Brian and Davis, Kimberly | 2015 Sea Ray Shore Drive | Clearwater | FL | 33763 | Signed with KB Homes, doc #347851. The assignment appears comprehensive of all damages. |
|-----|------|------|------|------|------|------|
| 655 | Jones, Kenneth | 6079 SE Crooked Oak Avenue | Hobe Sound | FL | 33455 | Signed with Meritage Homes, doc #369089. The assignment appears comprehensive of all damages, including ALE. Does this mean you agree with Taishan's contest for this claim? I don't see who we can dispute it. |
| 663 | Kapalin, Daniel and Danielle | 14115 Stowbridge Avenue | Tampa | FL | 33626 | Signed with Beazer, doc #308907. The limited assignment is only for Beazer related work and expenses. |
| 664 | Karaian, George and Bernadette | 11842 Bayport Lane 2102 | Ft. Myers | FL | 33908 | Mixed property case with Knauf. No assignment of claims other than to Knauf related drywall. |
| 671 | Keller, Brad and Kerry | 9950 Via San Marco Loop | Ft. Myers | FL | 33905 | Signed with Ryland Homes, doc #346924. The assignment of rights appears to be only for repair and relocation. Did claimant pay anything to Ryland for the remediation or was it done by settlement? If the former, there's no proof uploaded for any OOP expenses. No payment to Ryland, this was done by through a settlement. |
| 738 | Lister, Mindy and Martin | 1698 Brightleaf Circle | Cantonment | FL | 32533 | Settled against the builder, installers, etc., and received 314k. Doc #351764 and 351763. Don't see any assignments or subrogation language on file. The SPPF states the new owners performed the remediation. Is this correct? If so, I assume you are not disputing Taishan's Contest N? I don't see how we can dispute it. |

| 751 | Lopez, Stephen | 622 Wilmington Parkway | Cape Coral | FL | 33993 | Mixed property case with Knauf. No assignment of claims other than to Knauf related drywall. SPPF states remediation was $60k and claimant received $50k in prior remediation payments. There's no evidence of OOP expenses uploaded to the portal. If I missed something, please identify the doc ID. OOP has been requested and will be uploaded upon receipt. |
| 847 | Mallin, Karen and Jonathan | 3008 West San Carlos Street | Tampa | FL | 33629 | Signed with Mobley Homes. Don't see any assignments or subrogation on file. Emailing Levin Papantonio as they have not retained us yet and we don't have their file. |
| 929 | Mendez, Claudia | 12960 Turtle Cove Trail North | Ft. Myers | FL | 33903 | Signed with Meritage Homes, doc #306630. As solid of an assignment as I have seen. Appears to have assigned all claims. |
| 967 | Morris, Robert | 14123 Stilton Street | Tampa | FL | 33626 | Signed with Beazer, doc #308920. The limited assignment is only for Beazer related work and expenses. |
| 1171 | Rappa, Erasmo and Kathleen | 2128 South West 5th Avenue | Cape Coral | FL | 33991 | Client remediated herself, no subrogation or assignment. No evidence of OOP expenses or remediation contract uploaded. Documents have been requested and will be uploaded upon receipt. |
| 1224 | Reino, Frank | 921 SW 23rd Street | Cape Coral | FL | 33990 | Mixed property case with Knauf. No assignment of claims other than to Knauf related drywall. SPPF states remediation cost $67k. Claimant received over $85k in prior remediation payments. Payment was for Knauf drywall only. I'm assuming it cost more to remediate completely for the Taishan percentage. Not sure how to determine that at this time. |
| 1309 | Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 | Signed with Meritage Homes, doc #272879. Appears to have assigned all claims. |

| 1333 | Sellman, Terry and Donna | 10710 Miracle Lane | New Port Richey | FL | 34654 | Client remediated himself, no subrogation or assignment. |
|------|--------------------------|--------------------|-----------------|-----|--------|----------------------------------------------------------|
| 1343 | Shehadi, Fred and Susan | 1423 Joseph Circle | Gulf Breeze | FL | 32563 | Client remediated himself, no subrogation or assignment. |
| 1599 | Vieau, Mark | 11842 Bayport Lane, Building #2103 | Ft. Myers | FL | 33908 | Mixed property case with Knauf. No assignment of claims other than to Knauf related drywall. SPPF states remediation cost $90k. Claimant received over $98k in prior remediation payments. Payment for Knauf drywall only. |
| 1642 | Wilcox, Eric and Karen | 14117 Stowbridge Avenue | Tampa | FL | 33626 | Signed with Beazer, doc #254233. The limited assignment is only for Beazer related work and expenses. |

Emma Kingsdorf Schwab

Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Monday, April 01, 2019 4:59 PM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: CDW- FL Assignment Contests- Parker Waichman |

For Page, we still would maintain all other damages not related to remediation as discussed in our prior emails.

In regards to Tomac, I reviewed the file and realized that box was checked off in error. I went ahead and fixed the SPPF and uploaded his reservation of rights addendum but that is what we meant.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, April 1, 2019 4:43 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Taishan finally wrote me back re: Michael and Rikke Page, "GBI payments made to Lennar. Lennar records show remediation and assignment." Please let me know know PW's position for Page.

In addition, with respect to Tom and Carrie Tomac, Taishan alleges the assignment objection is because "Claimants reported on SPPF that there was an assignment of their right of action for damages when they sold the property." Please let me know PW's position for Tomac.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Friday, February 22, 2019 11:28 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Francisco,

I understand and agree with your position for Entrust, Gill, Overbeck, and Santiago. However, for Caricato, Page, Pruna, and Tomac, even though the homebuilder remediated the property after the claimant sold/lost home, the homebuilders are seeking reimbursement in the *Mitchell* litigation (defendant have agreed to provide us with any assignments produced in that matter, we haven't received anything yet but I will forward when I receive). I think those homeowners are still entitled to pursue other damages, but not remediation. If after reviewing the assignments your position is that the former owners, and not the homebuilders, are entitled to the remediation damages, I would ask that you brief the issue for the Special Master.

Just curious, why did the homeowners decline the homebuilders' offer to remediate?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Friday, February 22, 2019 9:51 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Emma,

Please see our highlighted notes below.  Our responses are based on the information and documents we have on file.  For those clients who assigned their rights to the builder, we believe the only claims they assigned are related to property damage only or for remediation related expenses to repair the property.  All other claims should still be preserved by our clients including, but not limited to, loss of use/enjoyment, lost equity (foreclosure/short sale related damages), diminution of value, etc.  If Taishan disputes it, then let them show what they have. Let us know if you have any questions or need anything else.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

---

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, February 21, 2019 2:45 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** CDW- FL Assignment Contests- Parker Waichman
**Importance:** High

Francisco et al,

Taishan/BNBM have objected to the below claimants receiving remediation damages as it's their position that these claimants have assigned their rights to another person or entity. For each claimant listed below, please respond with the following information:

- Is there an assignment in the file?
- Is claimant pursuing remediation damages and/or other damages?
- if the answer above is yes, what basis do you believe each claimant has a right to pursue these damages?

Please get me your responses by this Friday. Sorry for the short turnaround, but our preliminary responses are due to the Special Master on Monday, February 25th.

| Claimant Name | Affected Property Address | City | State | Zip | Response |
|---|---|---|---|---|---|
| Caricato, Lisa | 13471 Little Gem Circle | Ft. Myers | FL | 33913 | This client lost her home in a short sale and did not remediate.  The buyer purchased the property as-is with the CDW disclosure. We have no assignment of rights on file.  Our client says she didn't assign any rights to anyone.  Our client received a check from the "other loss fund" but the GBI check went to another party (we believe in error). The builder did offer to remediate but our client rejected. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| Entrust (Edward Adams) | 11843 Bayport Lane 804 | Fort Myers | FL | 33908 | This client has a mixed dry board claim, 50% Knauf-50% Taishan. He had the home completely remediated by JJ Stanten who was only compensated for 50% of the work by Knauf. Our client has a contract with JJ Staten to pay back the difference in the remediation job upon receipt of funds from Taishan.  We do not consider that contract an assignment of rights as raised by |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Taishan. Our client subsequently sold the home and did retain his rights in the lawsuit. We will pursue remediation damages and all other damages allowed in the Amorin lawsuit. |
| Gill, Pamela and Theodore | 13464 Little Gem Circle | Ft. Myers | FL | 33913 | These clients assigned their remediation rights to the builder-Beazer. No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |
| Overbeck, David | 13525 Little Gem Circle | Ft. Myers | FL | 33913 | This client assigned his remediation rights to the builder – Beazer.  No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |
| Page, Michael and Rikke | 20092 Larino Loop | Estero | FL | 33928 | These clients lost their home in a short sale and did not remediate.  There is no assignment of rights on file.  These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer.  We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |

| Pruna, David and Jaimy | 8889 SW 225th Terrace | Cutler Bay | FL | 33190 | These clients lost their home in a foreclosure and did not remediate.  There is no assignment of rights on file.  These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer.  We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| --- | --- | --- | --- | --- | --- |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 | These client assigned their remediation rights to the builder – Meritage.  GBI funds did go to the builder.  No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |
| Tomac, Tom and Carrie | 11601 Hammocks Glade Drive | Riverview | FL | 33569 | Our clients owned the home until 01/2017.  They did not remediate.  We have no assignment of rights on file.  They did receive GBI payments.  We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Tuesday, April 02, 2019 9:48 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | Dinan, Jay P.; Brook Landry Villa; Jimmy Faircloth |
| **Subject:** | RE: CDW- FL Assignment Contests- Parker Waichman |

We believe she lost the remediation damages but maintains the rest. Ty.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
=============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, April 1, 2019 6:35 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

I'm solely asking about her remediation claim. Is PW's position that Caricato is still entitled to remediation damages?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139

1

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Monday, April 01, 2019 4:44 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>; Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Hello Emma,

Our client did not sign this release.  Ms. Caricato lost her home in a short sale as a result of the CDW.  This release was done after the fact by the subsequent homeowner with Beazer.  I don't believe any of her related claims should be foreclosed as she was never accounted for.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===========================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===========================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, April 1, 2019 10:41 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Francisco,

See attached assignments which Taishan has provided to us. Please note that the Mary Jane Trust assignment is for 13471 Little Gem Circle, the property Lisa Carciato is making a claim for.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Friday, February 22, 2019 9:51 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Emma,

Please see our highlighted notes below.  Our responses are based on the information and documents we have on file.  For those clients who assigned their rights to the builder, we believe the only claims they assigned are related to property damage only or for remediation related expenses to repair the property.  All other claims should still be preserved by our clients including, but not limited to, loss of use/enjoyment, lost equity (foreclosure/short sale related damages), diminution of value, etc.  If Taishan disputes it, then let them show what they have. Let us know if you have any questions or need anything else.  Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, February 21, 2019 2:45 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Jimmy Faircloth <jfaircloth@fairclothlaw.com>

3

**Subject:** CDW- FL Assignment Contests- Parker Waichman
**Importance:** High

Francisco et al,

Taishan/BNBM have objected to the below claimants receiving remediation damages as it's their position that these claimants have assigned their rights to another person or entity. For each claimant listed below, please respond with the following information:

- Is there an assignment in the file?
- Is claimant pursuing remediation damages and/or other damages?
- if the answer above is yes, what basis do you believe each claimant has a right to pursue these damages?

Please get me your responses by this Friday. Sorry for the short turnaround, but our preliminary responses are due to the Special Master on Monday, February 25th.

| Claimant Name | Affected Property Address | City | State | Zip | Response |
|---|---|---|---|---|---|
| Caricato, Lisa | 13471 Little Gem Circle | Ft. Myers | FL | 33913 | This client lost her home in a short sale and did not remediate. The buyer purchased the property as-is with the CDW disclosure. We have no assignment of rights on file. Our client says she didn't assign any rights to anyone. Our client received a check from the "other loss fund" but the GBI check went to another party (we believe in error). The builder did offer to remediate but our client rejected. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |

| Entrust (Edward Adams) | 11843 Bayport Lane 804 | Fort Myers | FL | 33908 | This client has a mixed dry board claim, 50% Knauf-50% Taishan. He had the home completely remediated by JJ Stanten who was only compensated for 50% of the work by Knauf. Our client has a contract with JJ Staten to pay back the difference in the remediation job upon receipt of funds from Taishan. We do not consider that contract an assignment of rights as raised by Taishan. Our client subsequently sold the home and did retain his rights in the lawsuit. We will pursue remediation damages and all other damages allowed in the Amorin lawsuit. |
|---|---|---|---|---|---|
| Gill, Pamela and Theodore | 13464 Little Gem Circle | Ft. Myers | FL | 33913 | These clients assigned their remediation rights to the builder-Beazer. No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |
| Overbeck, David | 13525 Little Gem Circle | Ft. Myers | FL | 33913 | This client assigned his remediation rights to the builder – Beazer. No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |

| Page, Michael and Rikke | 20092 Larino Loop | Estero | FL | 33928 | These clients lost their home in a short sale and did not remediate.  There is no assignment of rights on file.  These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer.  We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
|---|---|---|---|---|---|
| Pruna, David and Jaimy | 8889 SW 225th Terrace | Cutler Bay | FL | 33190 | These clients lost their home in a foreclosure and did not remediate.  There is no assignment of rights on file.  These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer.  We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 | These client assigned their remediation rights to the builder – Meritage.  GBI funds did go to the builder.  No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |

| Tomac, Tom and Carrie | 11601 Hammocks Glade Drive | Riverview | FL | 33569 | Our clients owned the home until 01/2017. They did not remediate. We have no assignment of rights on file. They did receive GBI payments. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| --- | --- | --- | --- | --- | --- |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Friday, February 22, 2019 11:41 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | Jimmy Faircloth; Dinan, Jay P.; Brook Landry Villa |
| **Subject:** | RE: CDW- FL Assignment Contests- Parker Waichman |

I think we're on the same page.  If there was an assignment of rights they can produce then we'll stick with the other available damages.

In regards to rejecting the builder's offers, I'm not entirely sure but it seems the clients wanted the builder to buy back the house in certain circumstances.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Friday, February 22, 2019 12:28 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Francisco,

I understand and agree with your position for Entrust, Gill, Overbeck, and Santiago. However, for Caricato, Page, Pruna, and Tomac, even though the homebuilder remediated the property after the claimant sold/lost home, the homebuilders are seeking reimbursement in the *Mitchell* litigation (defendant have agreed to provide us with any assignments produced in that matter, we haven't received anything yet but I will forward when I receive). I think those homeowners are still entitled to pursue other damages, but not remediation. If after reviewing the assignments your position is that the former owners, and not the homebuilders, are entitled to the remediation damages, I would ask that you brief the issue for the Special Master.

Just curious, why did the homeowners decline the homebuilders' offer to remediate?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Friday, February 22, 2019 9:51 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Jimmy Faircloth <jfaircloth@fairclothlaw.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Brook Landry Villa <bvilla@fairclothlaw.com>
**Subject:** RE: CDW- FL Assignment Contests- Parker Waichman

Emma,

Please see our highlighted notes below. Our responses are based on the information and documents we have on file. For those clients who assigned their rights to the builder, we believe the only claims they assigned are related to property damage only or for remediation related expenses to repair the property. All other claims should still be preserved by our clients including, but not limited to, loss of use/enjoyment, lost equity (foreclosure/short sale related damages), diminution of value, etc. If Taishan disputes it, then let them show what they have. Let us know if you have any questions or need anything else. Thanks.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
=============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be

blocked or deleted at any time without notice being provided to either the intended recipient or the sender. Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.

============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, February 21, 2019 2:45 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>; Dinan, Jay P. <jdinan@yourlawyer.com>; Jimmy Faircloth <jfaircloth@fairclothlaw.com>
**Subject:** CDW- FL Assignment Contests- Parker Waichman
**Importance:** High

Francisco et al,

Taishan/BNBM have objected to the below claimants receiving remediation damages as it's their position that these claimants have assigned their rights to another person or entity. For each claimant listed below, please respond with the following information:

- Is there an assignment in the file?
- Is claimant pursuing remediation damages and/or other damages?
- if the answer above is yes, what basis do you believe each claimant has a right to pursue these damages?

Please get me your responses by this Friday. Sorry for the short turnaround, but our preliminary responses are due to the Special Master on Monday, February 25th.

| Claimant Name | Affected Property Address | City | State | Zip | Response |
|---|---|---|---|---|---|
| Caricato, Lisa | 13471 Little Gem Circle | Ft. Myers | FL | 33913 | This client lost her home in a short sale and did not remediate. The buyer purchased the property as-is with the CDW disclosure. We have no assignment of rights on file. Our client says she didn't assign any rights to anyone. Our client received a check from the "other loss fund" but the GBI check went to another party (we believe in error). The builder did offer to remediate but our client rejected. We |

| | | | | | will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
|---|---|---|---|---|---|
| Entrust (Edward Adams) | 11843 Bayport Lane 804 | Fort Myers | FL | 33908 | This client has a mixed dry board claim, 50% Knauf-50% Taishan. He had the home completely remediated by JJ Stanten who was only compensated for 50% of the work by Knauf. Our client has a contract with JJ Staten to pay back the difference in the remediation job upon receipt of funds from Taishan. We do not consider that contract an assignment of rights as raised by Taishan. Our client subsequently sold the home and did retain his rights in the lawsuit. We will pursue remediation damages and all other damages allowed in the Amorin lawsuit. |
| Gill, Pamela and Theodore | 13464 Little Gem Circle | Ft. Myers | FL | 33913 | These clients assigned their remediation rights to the builder-Beazer. No other claim should be dismissed or foreclosed, including but not limited to, loss of use/enjoyment, lost equity, diminution of value, etc. |
| Overbeck, David | 13525 Little Gem Circle | Ft. Myers | FL | 33913 | This client assigned his remediation rights to the builder – Beazer. No other claim should be dismissed or foreclosed, including but not limited to, loss |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | of use/enjoyment, lost equity, diminution of value, etc. |
| Page, Michael and Rikke | 20092 Larino Loop | Estero | FL | 33928 | These clients lost their home in a short sale and did not remediate. There is no assignment of rights on file. These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| Pruna, David and Jaimy | 8889 SW 225th Terrace | Cutler Bay | FL | 33190 | These clients lost their home in a foreclosure and did not remediate. There is no assignment of rights on file. These clients did receive GBI payments. The builder offered to remediate initially but our clients rejected the offer. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |
| Santiago, Cesar and Crespo, Eileen | 12978 Turtle Cove Trail | North Ft. Myers | FL | 33903 | These client assigned their remediation rights to the builder – Meritage. GBI funds did go to the builder. No other claim should be dismissed or foreclosed, including but not limited to, loss |

| | | | | | | of use/enjoyment, lost equity, diminution of value, etc. |
|---|---|---|---|---|---|---|
| Tomac, Tom and Carrie | 11601 Hammocks Glade Drive | Riverview | FL | 33569 | | Our clients owned the home until 01/2017. They did not remediate. We have no assignment of rights on file. They did receive GBI payments. We will pursue remediation damages based on the above and damages related to loss of use/enjoyment, lost equity, diminution in value, etc. |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

# Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Thursday, April 04, 2019 9:51 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | Jimmy Faircloth; Brook Landry Villa; Dinan, Jay P. |
| **Subject:** | RE: CDW- FL Final Contests and Setoffs Response |

Yes, nor what I expect you to as it seems pretty inhumane.  There are various objections here to review and respond to for all 300+ of our clients and the deadline is Monday and if we request an extension we can never be accommodated. I'll do what I can and let you know.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Thursday, April 4, 2019 10:41 AM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** RE: CDW- FL Final Contests and Setoffs Response

If there are any glaring issues it is your responsibility to review and let me know. I don't have time either to go through all 1,800 claims and write the response.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Albites, Francisco <falbites@yourlawyer.com>
**Sent:** Thursday, April 04, 2019 9:35 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- FL Final Contests and Setoffs Response

Hey Emma, for some reason this email was stuck in my spam folder and I just pulled it out.  Are we good on our clients as I know I have answered a lot of your questions to some of these objections?  I just don't see how I can review each one for so many claimants in this little time.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com

============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Wednesday, April 3, 2019 6:08 PM
**Subject:** CDW- FL Final Contests and Setoffs Response
**Importance:** High

All,

Attached are Defendants' final contests and setoffs for the Florida *Amorin* claimants. Plaintiffs' response is due April 8th and the hearing will take place before Special Master Lee April 10 and 11.We will respond to the objections globally, but please email me immediately identifying any objections that you believe are coded improperly so that we can include these in our response. If we have discussed your responses for certain claims during the preliminary contest discussions, I have already noted same and you do not need to contact me regarding these. As always, if you have any questions please do not hesitate to contact me.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

# EXHIBIT 2

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Monday, May 22, 2017 6:03 PM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Dena White; Sandy Duggan; Arnold Levin |
| **Subject:** | RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs |
| **Attachments:** | Arnold, Mike and Nicole - 9413 Brighton Avenue - Verification.pdf; Baptist, Judy - 6131 Craigie Road - Declaration.pdf; Bell, Marvaleen - 4720 Terrace -Verification.pdf; Bell, Marvaleen - 4720 Terrace - Declaration.pdf; Bell, Thomas - 180 Tessa Circle - Verification.pdf; Blackburn, Benton & Amy -2076 Mohican Drive - Verification.pdf; Coleman, Tim and Misty - 13091 Concord Drive West - Verification.pdf; Dalton Inc. - 502 A&B Shiloh Road - Verification.pdf; Davis, Lakeisha - 5543 Charlotte Drive - Verification.pdf; Davis, Lakeisha - 5543 Charlotte Drive - Declaration.pdf; Fatta, Joseph and Tracy- 2622 College Street- Verification.pdf; Foster, Van - 1610 13th Street- Verification.pdf; Gibson, Robert and Peggy - 494 County Road - Verification.pdf; Glasscox, Travis - 1441 Valley Grove Road - Verification.pdf; Hodo, Mary and Simpson J&M - 4941 Zoba Circle - Verification.pdf; Hunt, Walter and Catherine II - 16095 Durban Ford Rd - Declaration.pdf; Irvin, Timothy and Karen - 1690 Renaissance Commons Blvd, Unit #1216 - D....pdf; James, Edward and Booker Harris - 5401 7th Avenue North -  Verification.pdf; Jones, Christopher -5527 13th Avenue S - Verification.(1).pdf; Ledford, Samuel - 10308 Renfroe Road - Verification.pdf; Magnolia Holiness Church- 426 3112 John Johnson Road - Verification.pdf; McDonald, Gary and Tricia - 136 Merrill Road - Verification.pdf; McKinley, Jacob - 23 Hammock Road - Verification.pdf; Melton, Carolyn and Jackson, Ivory - 340B13th Avenue - Verification.pdf; Moore, Jerry and Rhonda - 20001 US Hwy 411 - Verification.pdf; Mt Joy Baptist Church- 5640 Smith Lake Damn Road - Verification.pdf; Reed, Randy and Sheri - 494 Cedar Creek Road - Verification.pdf |

Amanda,

We have started reviewing Whitfield Bryson's submissions and have rejected the ones below for the stated reasons. Please upload corrected documents as soon as possible. We are still reviewing the submissions with last names beginning with S through Z.

Arnold

Property appraisal information does not indicate property address. Please re-upload verification to also include the first page from the property appraisal website showing that the building appraisal information is for the claimant property (e.g. the first page should be the page that states owner info, description, property information, etc. and then following that should be the building appraisal page).

Baptist

Declaration states 6313 Craigie Road. It should be 6131 Craigie Road

Bell, Marvaleen

Property appraisal info shows under air sq ft 1272. Declaration states 1539

Bell, Thomas

Property appraisal information does not indicate property address

Blackburn, Amy

Property appraisal information does not indicate property address

<u>Coleman</u>
Property appraisal information does not indicate property address

<u>Dalton</u>
Hand drawn floor plans not accepted

<u>Davis, Lakeisha</u>
Per the property assessor floor plan, the sq ft is 1859. Declaration states 1549.

<u>Fatta</u>
Floor plan shows 2889.55 sq ft. Declaration states 2040

<u>Foster, Van- 1610 13<sup>th</sup></u>
Page 1 is for 1610 13th Street, page 2 is for 1610 13th Court. I went to the assessor's page and it shows under "buildings" base area is 1490. Please upload that page as the verification and revise the declaration

<u>Gibson</u>
Floor plan does not show any measurements so no way to calculate under air sq ft

<u>Glasscox</u>
Plans are for 9302 Birk Meadow, not CDW affected property

<u>Hodo</u>
Appraisal is for 5423 Old Quarry Road, not CDW affected property

<u>Hunt</u>
Declaration states 46095 Durban Fork Road. Correct address is 16095 Durban Fork Road

<u>Irvin</u>
Declaration states unit 1327. Correct unit is 1216

<u>James, Edward</u>
Verification is for 5401 7th Avenue South. Correct address is 5401 7th Avenue North

<u>Jones, Christopher</u>
Number for living sq ft is illegible

<u>Ledford</u>
Hand drawn floor plans not accepted

<u>Magnolia Holiness Church</u>
Property appraisal information does not indicate property address

<u>McDonald, Gary</u>
Property appraisal information does not indicate property address

<u>McKinley</u>
Property appraisal information does not indicate property address

<u>Melton</u>
Floor plan does not indicate under air sq ft

<u>Moore, Jerry and Rhonda</u>
Property appraisal information does not indicate property address

<u>Mt Joy Baptist Church</u>
Hand drawn floor plans not accepted

<u>Reed, Randy and Sheri</u>
Property appraisal information does not indicate property address

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Monday, May 22, 2017 11:22 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

OCXI was not a Taishan Omni and not subject to the Court's recent FOFCOL.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 11:16 AM

**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Haire was on OCXI.

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:50 AM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Arnold- will add claim to your chart
Leone- will add claim to your chart
Johnson- will add claim to your chart
Visionary Ministry- we have a claim for Elvira Kidd at the same address represented by Collins & Horsley. We have indicated on our spreadsheet that they represent Kidd and WBM represents Visionary Ministry. We have proper verification and sq ft for this property already.

Please send excerpt showing Haire was filed on Omni XIII.

Please see the attached showing how Cory Ike and Angelynn Reed was filed.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 10:32 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

I sent the attachments on Friday in an email at 6:12 pm. I have attached them again to this email.

Cory Ike and Angelynn Reed – everything I have, PFS, Indicia, History of property, etc., indicates 32 Ike & Ang Road as the affected property address. 119 Ike & Ang Road is the mailing address. That may be the confusion. What do we need to correct the address?

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:20 AM

**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Taishan Spreadsheet & Docs

Our responses are in the column to the right of your comments

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 8:26 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

Here is some more notes in red for our chart.

Let me know if you need anything else from us.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 4:36 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** FW: Taishan Spreadsheet & Docs

Amanda,

Before looking at the documents submitted, I have gone through the spreadsheet titled "needs to be added" and my responses are in column K. For the ones that we have counsel listed as someone besides WBM, please have an attorney contact me from the firm who we have listed to confirm that WBM is the proper counsel. We will wait to review the documents until these issues have been resolved.

Emma E. Kingsdorf
Associate



5

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Friday, May 19, 2017 1:21 PM
**To:** Dena White
**Subject:** Taishan Spreadsheet & Docs

I have uploaded the spreadsheet and supporting documents to the Sharefile. I uploaded the original spreadsheet that we received and one that is titled "NEEDS TO BE ADDED to WBM....". I uploaded verification of square footage and a declaration for all properties on both spreadsheets.

Let me know if you have any questions or need anything else.

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC 27605*

AMANDA MKAMANGA
WHITFIELD BRYSON & MASON LLP
PO Box 12638    |   Raleigh, North Carolina 27605
900 W. Morgan St   |   Raleigh, North Carolina 27603
P: 919-600-5004    |   F: 919.600.5035
Direct: 202-684-2977
amanda@wbmllp.com





## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Thursday, May 25, 2017 5:18 PM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Dena White |
| **Subject:** | RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs |

Amanda,

The recently uploaded documents have been rejected for the following properties:

<u>Almeida, Ximena-3329 Golden Ave.</u>
Declaration states 3856 sq ft. Verification shows 3600

<u>Almeida, Ximena-3513 Golden Ave.</u>
Declaration states 3600 sq ft. Verification shows 3856

<u>Fulton</u>
Verification does not state that it is under air

<u>Mt. Joy Baptist Church</u>
Verification shows that under air is 5472 (3552+1920). Declaration states 9092.

The remaining recently uploaded documents have been approved.

Notwithstanding the ones noted above, we are still waiting on corrected submissions for: Dalton, Harris, Magnolia Holiness, Shiyou, and Smith Enterprises (2503A, 2503B, and 2507B).


Emma E. Kingsdorf
Associate




701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 25, 2017 9:48 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>

1

**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Not sure what agreement you are referring to and that is certainly not what I am saying. If you look at my response below, the first question about these claims was is WBM still pursing claims for these people? If you are, then you need to submit verifications and declaration for these properties as nothing was uploaded.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Thursday, May 25, 2017 8:36 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Can you send us the sections of the agreements that say that ones that were remediated by another group are dismissed? We don't want to file dismissals and bar the clients from having some means to recover any other loss they may have had.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 24, 2017 3:19 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Is WBM still pursuing claims for Cathy Allen and David Fulton? I understand that the homes were remediated or demolished by Habitat. If what you're saying is that these two claims are no longer viable, please send me the dismissals or withdrawals of representation.

Sheppard has been denied as the verification states 4013 under air sq ft (2675 + 1338). Declaration states 2675.

Emma E. Kingsdorf
Associate

2



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Tuesday, May 23, 2017 4:37 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>; Arnold Levin <ALevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

White – 194 is the correct address.

Nothing has been submitted for the following claimants:
Wiggins, Greg – opted out of the MDL and settled with the builder/supplier outside the MDL.
Allen, Cathy – house was remediated by habitat for humanity
Herrington, Jason – opted out of MDL, we have submitted dismissals for all Omni complaint, but the PSC is refusing to file them. Their case is pending in MS Federal Court. They do not wish to be part of the MDL and we will not be submitted any information on their behalf to pursue the manufacturer in the MDL.
Collins, Braxton - opted out of MDL, we have submitted dismissals for all Omni complaint, but the PSC is refusing to file them. Their case is pending in MS Federal Court. They do not wish to be part of the MDL and we will not be submitted any information on their behalf to pursue the manufacturer in the MDL.
Fulton, David – house was demolished by habitat for humanity

I am working on the others that we are missing information for and will upload them as soon as I get the information.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Tuesday, May 23, 2017 4:53 PM
**To:** Amanda Mkamanga
**Cc:** Dena White; Arnold Levin; Sandy Duggan
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Thank you for uploading corrected documents. The following have been approved:
Arnold
Baptist
Bell, Marvaleen
Bell, Thomas
Blackburn
Coleman
Davis
Fatta
Foster

Hunt
Irvin
McDonald
McKinley
Moore

We did not receive corrected submissions for the following:
Dalton
Gibson
Glasscox
Hodo
James
Jones
Ledford
Magnolia Holiness Church
Melton
Mt Joy Baptist Church

We have reviewed the rest of the submissions and have rejected the following:

<u>Almeida, Ximena- 3329 Golden Drive</u>
Verification does not list under air square footage. If you contact Dawn at Dawn@stbassessor.org and ask for parcel listing for property they will send over document which includes living sq ft.

<u>Almeida, Xiema- 3513 Golden Ave.</u>
Verification does not list under air square footage. If you contact Dawn at Dawn@stbassessor.org and ask for parcel listing for property they will send over document which includes living sq ft.

<u>Reed</u>
Declaration states 2113. Per property appraisal info, sq ft is 3374 (2113+1261)

<u>Seratt</u>
Declaration states 2213 Shore Front Lane. Correct address is 213 Shore Front Lane

<u>Seymore</u>
Verification states 1288 heated sq ft. Declaration states 1938

<u>Sheppard, Austin</u>
Property appraisal info does not indicate property addres

<u>Shiyou</u>
Property appraisal info is for 7110 Shiyou Road, not CDW affected property

<u>Smith Enterprises- 2503A N. Melody Lane</u>
Hand drawn floor plans not accepted

<u>Smith Enterprises- 2503B N. Melody Lane</u>
Hand drawn floor plans not accepted

<u>Smith Enterprises- 2507B N. Melody Lane</u>
Hand drawn floor plans not accepted

<u>Smith, Allen</u>
Floor plan does not have measurements of individual rooms so heated sq ft cannot be calculated (length of 48' can't be used as that includes porch)

<u>Torres</u>
Property appraiser info shows sq ft as 2396. Declaration states 2362

<u>Wallace, Kim</u>
Floor plan does not have measurements of individual rooms so heated sq ft cannot be calculated (length of 48' can't be used as that includes porch)

<u>Weiss</u>
Verification shows 2240 sq ft. Declaration states 2440.

<u>Wester</u>
Property appraisal info does not indicate property address

<u>White, Charles</u>
Verification shows that sq ft is 1680 (the adjusted includes garages, porches, patios, etc.). Also the declaration states 94 Heasletts Road, but the verification is for 194 Heasletts Road. Which is correct CDW affected property?

<u>Wiley, John</u>
Verification shows 2049 sq ft. Declaration states 1240

<u>Yokers</u>
Declaration states it is for address: 309 Lemoyne Road


Nothing has been submitted for the following claimants:
Wiggins, Greg
Allen, Cathy
Herrington, Jason
Collins, Braxton
Fulton, David

Please upload corrected submissions asap.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)



**From:** Emma Kingsdorf
**Sent:** Tuesday, May 23, 2017 10:52 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

There is a representation issue for Roger Clarke as it was on your chart but Allison Grant's firm has sent us their retainer agreement with Mr. Clarke. Please advise.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Monday, May 22, 2017 6:03 PM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>; Sandy Duggan <sduggan@lfsblaw.com>; Arnold Levin <ALevin@lfsblaw.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

We have started reviewing Whitfield Bryson's submissions and have rejected the ones below for the stated reasons. Please upload corrected documents as soon as possible. We are still reviewing the submissions with last names beginning with S through Z.

Arnold
Property appraisal information does not indicate property address. Please re-upload verification to also include the first page from the property appraisal website showing that the building appraisal information is for the claimant property (e.g. the first page should be the page that states owner info, description, property information, etc. and then following that should be the building appraisal page).

Baptist
Declaration states 6313 Craigie Road. It should be 6131 Craigie Road

Bell, Marvaleen
Property appraisal info shows under air sq ft 1272. Declaration states 1539

Bell, Thomas

Property appraisal information does not indicate property address

Blackburn, Amy
Property appraisal information does not indicate property address

Coleman
Property appraisal information does not indicate property address

Dalton
Hand drawn floor plans not accepted

Davis, Lakeisha
Per the property assessor floor plan, the sq ft is 1859. Declaration states 1549.

Fatta
Floor plan shows 2889.55 sq ft. Declaration states 2040

Foster, Van- 1610 13th
Page 1 is for 1610 13th Street, page 2 is for 1610 13th Court. I went to the assessor's page and it shows under "buildings" base area is 1490. Please upload that page as the verification and revise the declaration

Gibson
Floor plan does not show any measurements so no way to calculate under air sq ft

Glasscox
Plans are for 9302 Birk Meadow, not CDW affected property

Hodo
Appraisal is for 5423 Old Quarry Road, not CDW affected property

Hunt
Declaration states 46095 Durban Fork Road. Correct address is 16095 Durban Fork Road

Irvin
Declaration states unit 1327. Correct unit is 1216

James, Edward
Verification is for 5401 7th Avenue South. Correct address is 5401 7th Avenue North

Jones, Christopher
Number for living sq ft is illegible

Ledford
Hand drawn floor plans not accepted

Magnolia Holiness Church
Property appraisal information does not indicate property address

McDonald, Gary
Property appraisal information does not indicate property address

McKinley

Property appraisal information does not indicate property address

Melton
Floor plan does not indicate under air sq ft

Moore, Jerry and Rhonda
Property appraisal information does not indicate property address

Mt Joy Baptist Church
Hand drawn floor plans not accepted

Reed, Randy and Sheri
Property appraisal information does not indicate property address

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Monday, May 22, 2017 11:22 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

OCXI was not a Taishan Omni and not subject to the Court's recent FOFCOL.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 11:16 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Haire was on OCXI.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:50 AM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Arnold- will add claim to your chart
Leone- will add claim to your chart
Johnson- will add claim to your chart
Visionary Ministry- we have a claim for Elvira Kidd at the same address represented by Collins & Horsley. We have
indicated on our spreadsheet that they represent Kidd and WBM represents Visionary Ministry. We have proper
verification and sq ft for this property already.

Please send excerpt showing Haire was filed on Omni XIII.

Please see the attached showing how Cory Ike and Angelynn Reed was filed.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 10:32 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

I sent the attachments on Friday in an email at 6:12 pm.  I have attached them again to this email.

Cory Ike and Angelynn Reed – everything I have, PFS, Indicia, History of property, etc., indicates 32 Ike & Ang Road as the affected property address. 119 Ike & Ang Road is the mailing address. That may be the confusion. What do we need to correct the address?

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:20 AM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Taishan Spreadsheet & Docs

Our responses are in the column to the right of your comments

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

---

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 8:26 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

Here is some more notes in red for our chart.

Let me know if you need anything else from us.

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 4:36 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** FW: Taishan Spreadsheet & Docs

Amanda,

Before looking at the documents submitted, I have gone through the spreadsheet titled "needs to be added" and my responses are in column K. For the ones that we have counsel listed as someone besides WBM, please have an attorney contact me from the firm who we have listed to confirm that WBM is the proper counsel.  We will wait to review the documents until these issues have been resolved.

Emma E. Kingsdorf

Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Friday, May 19, 2017 1:21 PM
**To:** Dena White
**Subject:** Taishan Spreadsheet & Docs

I have uploaded the spreadsheet and supporting documents to the Sharefile. I uploaded the original spreadsheet that we received and one that is titled "NEEDS TO BE ADDED to WBM....". I uploaded verification of square footage and a declaration for all  properties on both spreadsheets.

Let me know if you have any questions or need anything else.

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC  27605*

AMANDA MKAMANGA
WHITFIELD BRYSON & MASON LLP
PO Box 12638        |  Raleigh, North Carolina 27605
900 W. Morgan St    |  Raleigh, North Carolina 27603
P: 919-600-5004     |  F: 919.600.5035
Direct: 202-684-2977
amanda@wbmllp.com







## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Monday, May 29, 2017 1:36 PM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Dena White |
| **Subject:** | RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs |

Amanda, the revised declarations and verifications have been approved. The only remaining claims for WBM that we have not accepted submissions are the following:

| | | |
|---|---|---|
| Dalton, Inc. | 502 A&B Shiloh Road, Cornith, Mississippi 38834. | Hand drawn floor plans not accepted |
| Fulton, David and Marjorie | 3370 Montgomery Street, Mandeville, LA 70448 | Per Amanda's email on 5/23/17, house was d for humanity<br><br>Verification doesn't state under air sq ft |
| Magnolia Holiness Church | 426 3112 John-Johnson Road McIntosh, AL 36553 | Property appraisal info does not indicate pro |
| Shiyou, Norman | 6030 Wanda Circle Kiln, Mississippi 39556 | Property appraisal info is for 7110 Shiyou Ro affected property |
| Smith Enterprises, Inc. (Erik C. Smith - President) | 2503-A North Melody Lane, Corinth, MS 38834 | Hand drawn floor plans not accepted |
| Smith Enterprises, Inc. (Erik C. Smith - President) | 2503-B North Melody Lane, Corinth, MS 38834 | Hand drawn floor plans not accepted |
| Smith Enterprises, Inc. (Erik C. Smith - President) | 2507-B North Melody Lane, Corinth, MS 38834 | Hand drawn floor plans not accepted |

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 25, 2017 5:18 PM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>

**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

The recently uploaded documents have been rejected for the following properties:

<u>Almeida, Ximena-3329 Golden Ave.</u>
Declaration states 3856 sq ft. Verification shows 3600

<u>Almeida, Ximena-3513 Golden Ave.</u>
Declaration states 3600 sq ft. Verification shows 3856

<u>Fulton</u>
Verification does not state that it is under air

<u>Mt. Joy Baptist Church</u>
Verification shows that under air is 5472 (3552+1920). Declaration states 9092.

The remaining recently uploaded documents have been approved.

Notwithstanding the ones noted above, we are still waiting on corrected submissions for: Dalton, Harris, Magnolia Holiness, Shiyou, and Smith Enterprises (2503A, 2503B, and 2507B).

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Thursday, May 25, 2017 9:48 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Not sure what agreement you are referring to and that is certainly not what I am saying. If you look at my response below, the first question about these claims was WBM still pursing claims for these people? If you are, then you need to submit verifications and declaration for these properties as nothing was uploaded.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Thursday, May 25, 2017 8:36 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Can you send us the sections of the agreements that say that ones that were remediated by another group are dismissed? We don't want to file dismissals and bar the clients from having some means to recover any other loss they may have had.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Wednesday, May 24, 2017 3:19 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Is WBM still pursuing claims for Cathy Allen and David Fulton? I understand that the homes were remediated or demolished by Habitat. If what you're saying is that these two claims are no longer viable, please send me the dismissals or withdrawals of representation.

Sheppard has been denied as the verification states 4013 under air sq ft (2675 + 1338). Declaration states 2675.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Tuesday, May 23, 2017 4:37 PM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>; Arnold Levin <ALevin@lfsblaw.com>; Sandy Duggan <sduggan@lfsblaw.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

White – 194 is the correct address.

Nothing has been submitted for the following claimants:
Wiggins, Greg – opted out of the MDL and settled with the builder/supplier outside the MDL.
Allen, Cathy – house was remediated by habitat for humanity
Herrington, Jason – opted out of MDL, we have submitted dismissals for all Omni complaint, but the PSC is refusing to file them. Their case is pending in MS Federal Court. They do not wish to be part of the MDL and we will not be submitted any information on their behalf to pursue the manufacturer in the MDL.
Collins, Braxton - opted out of MDL, we have submitted dismissals for all Omni complaint, but the PSC is refusing to file them. Their case is pending in MS Federal Court. They do not wish to be part of the MDL and we will not be submitted any information on their behalf to pursue the manufacturer in the MDL.
Fulton, David – house was demolished by habitat for humanity

I am working on the others that we are missing information for and will upload them as soon as I get the information.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Tuesday, May 23, 2017 4:53 PM
**To:** Amanda Mkamanga
**Cc:** Dena White; Arnold Levin; Sandy Duggan
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

Thank you for uploading corrected documents. The following have been approved:
Arnold
Baptist
Bell, Marvaleen
Bell, Thomas
Blackburn
Coleman
Davis
Fatta
Foster
Hunt
Irvin
McDonald
McKinley
Moore

We did not receive corrected submissions for the following:

4

Dalton
Gibson
Glasscox
Hodo
James
Jones
Ledford
Magnolia Holiness Church
Melton
Mt Joy Baptist Church


We have reviewed the rest of the submissions and have rejected the following:

Almeida, Ximena- 3329 Golden Drive
Verification does not list under air square footage. If you contact Dawn at Dawn@stbassessor.org and ask for parcel listing for property they will send over document which includes living sq ft.

Almeida, Xiema- 3513 Golden Ave.
Verification does not list under air square footage. If you contact Dawn at Dawn@stbassessor.org and ask for parcel listing for property they will send over document which includes living sq ft.

Reed
Declaration states 2113. Per property appraisal info, sq ft is 3374 (2113+1261)

Seratt
Declaration states 2213 Shore Front Lane. Correct address is 213 Shore Front Lane

Seymore
Verification states 1288 heated sq ft. Declaration states 1938

Sheppard, Austin
Property appraisal info does not indicate property addres

Shiyou
Property appraisal info is for 7110 Shiyou Road, not CDW affected property

Smith Enterprises- 2503A N. Melody Lane
Hand drawn floor plans not accepted

Smith Enterprises- 2503B N. Melody Lane
Hand drawn floor plans not accepted

Smith Enterprises- 2507B N. Melody Lane
Hand drawn floor plans not accepted

Smith, Allen
Floor plan does not have measurements of individual rooms so heated sq ft cannot be calculated (length of 48' can't be used as that includes porch)

Torres
Property appraiser info shows sq ft as 2396. Declaration states 2362

<u>Wallace, Kim</u>
Floor plan does not have measurements of individual rooms so heated sq ft cannot be calculated (length of 48' can't be used as that includes porch)

<u>Weiss</u>
Verification shows 2240 sq ft. Declaration states 2440.

<u>Wester</u>
Property appraisal info does not indicate property address

<u>White, Charles</u>
Verification shows that sq ft is 1680 (the adjusted includes garages, porches, patios, etc.). Also the declaration states 94 Heasletts Road, but the verification is for 194 Heasletts Road. Which is correct CDW affected property?

<u>Wiley, John</u>
Verification shows 2049 sq ft. Declaration states 1240

<u>Yokers</u>
Declaration states it is for address: 309 Lemoyne Road


Nothing has been submitted for the following claimants:
Wiggins, Greg
Allen, Cathy
Herrington, Jason
Collins, Braxton
Fulton, David

Please upload corrected submissions asap.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Tuesday, May 23, 2017 10:52 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

There is a representation issue for Roger Clarke as it was on your chart but Allison Grant's firm has sent us their retainer agreement with Mr. Clarke. Please advise.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Monday, May 22, 2017 6:03 PM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>; Sandy Duggan <sduggan@lfsblaw.com>; Arnold Levin <ALevin@lfsblaw.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Amanda,

We have started reviewing Whitfield Bryson's submissions and have rejected the ones below for the stated reasons. Please upload corrected documents as soon as possible. We are still reviewing the submissions with last names beginning with S through Z.

Arnold
Property appraisal information does not indicate property address. Please re-upload verification to also include the first page from the property appraisal website showing that the building appraisal information is for the claimant property (e.g. the first page should be the page that states owner info, description, property information, etc. and then following that should be the building appraisal page).

Baptist
Declaration states 6313 Craigie Road. It should be 6131 Craigie Road

Bell, Marvaleen
Property appraisal info shows under air sq ft 1272. Declaration states 1539

Bell, Thomas
Property appraisal information does not indicate property address

Blackburn, Amy
Property appraisal information does not indicate property address

Coleman

Property appraisal information does not indicate property address

<u>Dalton</u>
Hand drawn floor plans not accepted

<u>Davis, Lakeisha</u>
Per the property assessor floor plan, the sq ft is 1859. Declaration states 1549.

<u>Fatta</u>
Floor plan shows 2889.55 sq ft. Declaration states 2040

<u>Foster, Van- 1610 13<sup>th</sup></u>
Page 1 is for 1610 13th Street, page 2 is for 1610 13th Court. I went to the assessor's page and it shows under "buildings" base area is 1490. Please upload that page as the verification and revise the declaration

<u>Gibson</u>
Floor plan does not show any measurements so no way to calculate under air sq ft

<u>Glasscox</u>
Plans are for 9302 Birk Meadow, not CDW affected property

<u>Hodo</u>
Appraisal is for 5423 Old Quarry Road, not CDW affected property

<u>Hunt</u>
Declaration states 46095 Durban Fork Road. Correct address is 16095 Durban Fork Road

<u>Irvin</u>
Declaration states unit 1327. Correct unit is 1216

<u>James, Edward</u>
Verification is for 5401 7th Avenue South. Correct address is 5401 7th Avenue North

<u>Jones, Christopher</u>
Number for living sq ft is illegible

<u>Ledford</u>
Hand drawn floor plans not accepted

<u>Magnolia Holiness Church</u>
Property appraisal information does not indicate property address

<u>McDonald, Gary</u>
Property appraisal information does not indicate property address

<u>McKinley</u>
Property appraisal information does not indicate property address

<u>Melton</u>
Floor plan does not indicate under air sq ft

<u>Moore, Jerry and Rhonda</u>

8

Property appraisal information does not indicate property address

<u>Mt Joy Baptist Church</u>
Hand drawn floor plans not accepted

<u>Reed, Randy and Sheri</u>
Property appraisal information does not indicate property address

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf
**Sent:** Monday, May 22, 2017 11:22 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

OCXI was not a Taishan Omni and not subject to the Court's recent FOFCOL.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 11:16 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>

9

**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Haire was on OCXI.

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:50 AM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Chinese Drywall Litigation NC: Taishan Spreadsheet & Docs

Arnold- will add claim to your chart
Leone- will add claim to your chart
Johnson- will add claim to your chart
Visionary Ministry- we have a claim for Elvira Kidd at the same address represented by Collins & Horsley. We have indicated on our spreadsheet that they represent Kidd and WBM represents Visionary Ministry. We have proper verification and sq ft for this property already.

Please send excerpt showing Haire was filed on Omni XIII.

Please see the attached showing how Cory Ike and Angelynn Reed was filed.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

---

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 10:32 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

I sent the attachments on Friday in an email at 6:12 pm. I have attached them again to this email.

Cory Ike and Angelynn Reed – everything I have, PFS, Indicia, History of property, etc., indicates 32 Ike & Ang Road as the affected property address. 119 Ike & Ang Road is the mailing address. That may be the confusion. What do we need to correct the address?

---

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:20 AM
**To:** Amanda Mkamanga

**Cc:** Dena White
**Subject:** RE: Taishan Spreadsheet & Docs

Our responses are in the column to the right of your comments

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 8:26 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

Here is some more notes in red for our chart.

Let me know if you need anything else from us.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 4:36 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** FW: Taishan Spreadsheet & Docs

Amanda,

Before looking at the documents submitted, I have gone through the spreadsheet titled "needs to be added" and my responses are in column K. For the ones that we have counsel listed as someone besides WBM, please have an attorney contact me from the firm who we have listed to confirm that WBM is the proper counsel. We will wait to review the documents until these issues have been resolved.

Emma E. Kingsdorf
Associate



11

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Friday, May 19, 2017 1:21 PM
**To:** Dena White
**Subject:** Taishan Spreadsheet & Docs

I have uploaded the spreadsheet and supporting documents to the Sharefile. I uploaded the original spreadsheet that we received and one that is titled "NEEDS TO BE ADDED to WBM….". I uploaded verification of square footage and a declaration for all properties on both spreadsheets.

Let me know if you have any questions or need anything else.

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC 27605*

**AMANDA MKAMANGA**
WHITFIELD BRYSON & MASON LLP
PO Box 12638    |   Raleigh, North Carolina 27605
900 W. Morgan St   |   Raleigh, North Carolina 27603
P: 919-600-5004    |   F: 919.600.5035
Direct: 202-684-2977
amanda@wbmllp.com





## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Monday, May 22, 2017 10:19 AM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Dena White |
| **Subject:** | RE: Taishan Spreadsheet & Docs |
| **Attachments:** | Copy of Copy of Copy of NEEDS TO BE ADDED to Whitfield Bryson  Mason_Square Footage Verification (2) (002)_EEK.xlsx |

Our responses are in the column to the right of your comments


Emma E. Kingsdorf
Associate




701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)


 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 8:26 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

Here is some more notes in red for our chart.

Let me know if you need anything else from us.


**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 4:36 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** FW: Taishan Spreadsheet & Docs

Amanda,

Before looking at the documents submitted, I have gone through the spreadsheet titled "needs to be added" and my responses are in column K. For the ones that we have counsel listed as someone besides WBM, please have an attorney contact me from the firm who we have listed to confirm that WBM is the proper counsel.  We will wait to review the documents until these issues have been resolved.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Friday, May 19, 2017 1:21 PM
**To:** Dena White
**Subject:** Taishan Spreadsheet & Docs

I have uploaded the spreadsheet and supporting documents to the Sharefile. I uploaded the original spreadsheet that we received and one that is titled "NEEDS TO BE ADDED to WBM….". I uploaded verification of square footage and a declaration for all properties on both spreadsheets.

Let me know if you have any questions or need anything else.

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC  27605*

AMANDA MKAMANGA
WHITFIELD BRYSON & MASON LLP
PO Box 12638    |  Raleigh, North Carolina 27605
900 W. Morgan St  |  Raleigh, North Carolina 27603
P: 919-600-5004   |  F: 919.600.5035
Direct: 202-684-2977
amanda@wbmllp.com





## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Monday, May 22, 2017 10:50 AM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Dena White |
| **Subject:** | RE: Taishan Spreadsheet & Docs |
| **Attachments:** | Omni VII Excerpt- Ike and Reed.pdf |

Arnold- will add claim to your chart
Leone- will add claim to your chart
Johnson- will add claim to your chart
Visionary Ministry- we have a claim for Elvira Kidd at the same address represented by Collins & Horsley. We have indicated on our spreadsheet that they represent Kidd and WBM represents Visionary Ministry. We have proper verification and sq ft for this property already.

Please send excerpt showing Haire was filed on Omni XIII.

Please see the attached showing how Cory Ike and Angelynn Reed was filed.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 10:32 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

I sent the attachments on Friday in an email at 6:12 pm. I have attached them again to this email.

Cory Ike and Angelynn Reed – everything I have, PFS, Indicia, History of property, etc., indicates 32 Ike & Ang Road as the affected property address. 119 Ike & Ang Road is the mailing address. That may be the confusion. What do we need to correct the address?

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Monday, May 22, 2017 11:20 AM

**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** RE: Taishan Spreadsheet & Docs

Our responses are in the column to the right of your comments


Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Monday, May 22, 2017 8:26 AM
**To:** Emma Kingsdorf <ekingsdorf@bkc-law.com>
**Cc:** Dena White <dwhite@bkc-law.com>
**Subject:** RE: Taishan Spreadsheet & Docs

Here is some more notes in red for our chart.

Let me know if you need anything else from us.

**From:** Emma Kingsdorf [mailto:ekingsdorf@bkc-law.com]
**Sent:** Friday, May 19, 2017 4:36 PM
**To:** Amanda Mkamanga
**Cc:** Dena White
**Subject:** FW: Taishan Spreadsheet & Docs

Amanda,

Before looking at the documents submitted, I have gone through the spreadsheet titled "needs to be added" and my responses are in column K. For the ones that we have counsel listed as someone besides WBM, please have an attorney contact me from the firm who we have listed to confirm that WBM is the proper counsel. We will wait to review the documents until these issues have been resolved.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga [mailto:Amanda@wbmllp.com]
**Sent:** Friday, May 19, 2017 1:21 PM
**To:** Dena White
**Subject:** Taishan Spreadsheet & Docs

I have uploaded the spreadsheet and supporting documents to the Sharefile. I uploaded the original spreadsheet that we received and one that is titled "NEEDS TO BE ADDED to WBM….". I uploaded verification of square footage and a declaration for all  properties on both spreadsheets.

Let me know if you have any questions or need anything else.

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC  27605*

**AMANDA MKAMANGA**
WHITFIELD BRYSON & MASON LLP
PO Box 12638   |  Raleigh, North Carolina 27605
900 W. Morgan St   |  Raleigh, North Carolina 27603
P: 919-600-5004   |  F: 919.600.5035
Direct: 202-684-2977
amanda@wbmllp.com





**Emma Kingsdorf Schwab**

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Wednesday, June 28, 2017 11:28 AM |
| **To:** | Amanda Mkamanga; dan@wbmllp.com |
| **Cc:** | Dena White |
| **Subject:** | CDW- Taishan Indicia Needed- Whitfield, Bryson & Mason |

We are unable to connect the indicia submitted on behalf of the clients below to Taishan markings. Please submit photos of Taishan drywall markings by Wednesday, July 5 at noon, to properly preserve these claims. If you no longer believe any of the properties contain Taishan drywall, please advise.

- DeMaio, Edward, Ann Marie and Jonathan- 1660 Renaissance Commons Blvd., Unit 2127, Boynton Beach, FL 33426
- Hatcher, Brian & Amanda- 3010 Washington Circle, Moody, AL 35004
- Jaluka Investments- 1690 Renaissance Commons Blvd., Unit 1524, Boyton Beach, FL 33426
- Tilmann, Stacey Ann and Noah, Kimberly- 1660 Renaissance Commons Blvd., Unit 2502, Boynton Beach, FL 33426
- Zhou, Zhongmin and Huang, Qinxi- 1660 Renaissance Commons Blvd., Unit 2416, Boynton Beach, FL 33426

Thank you.

Emma E. Kingsdorf
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

1



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

**From:** Emma Kingsdorf Schwab
**Sent:** Monday, August 20, 2018 11:14 AM
**To:** Amanda Mkamanga; Joel Rhine; Gary Mason; Stephanie Chase
**Subject:** RE: CDW- Florida Amorin Dismissals- Whitfield Bryson & Mason
**Attachments:** RE: CDW - Motion to Voluntarily Dismiss Certain Florida Claims; 2018.08.24_Plaintiffs' MTD Certain Florida Claims.pdf; 2018.08.24_Memo in Support of Plaintiffs' MTD Certain Florida Claims.pdf; Order Granting MTD Certain Florida Claims.pdf

Counsel,

Please see the attached email and proposed motion to dismiss. For the claims you have not provided consent to include in the motion, Taishan will be moving to dismiss them on Friday.

Please let me know if you have any questions.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga <Amanda@wbmllp.com>
**Sent:** Friday, August 17, 2018 9:14 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>; Joel Rhine <jrr@rhinelawfirm.com>; Gary Mason <GMason@wbmllp.com>; Stephanie Chase <slc@rhinelawfirm.com>
**Subject:** RE: CDW- Florida Amorin Dismissals- Whitfield Bryson & Mason

From Gary Mason:

We do not give our consent to dismiss any of our cases voluntarily. We will deal with this in response to Taishan's motion.  As may be necessary we will consent to dismissal in response to that motion.

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Tuesday, August 14, 2018 3:39 PM
**To:** Joel Rhine; Amanda Mkamanga; Gary Mason; Stephanie Chase
**Subject:** CDW- Florida Amorin Dismissals- Whitfield Bryson & Mason

Counsel,

In an attempt to clean up the docket, we have gone through the Florida *Amorin* cases and identified the claims where we believe there is no evidence of Chinese drywall manufactured by Taishan in the property. In order to avoid a dismissal order from the Court, we would like to file a Notice of Voluntary Dismissal for the cases lacking evidence of product ID. Please let us know by <u>Friday, August 17, 2018</u>, if you consent to including the below claims on the NVD which will be filed in the Southern District of Florida.

In the event you disagree, Taishan will move to dismiss these actions on August 24th.

Thanks so much. If you have any questions, please don't hesitate to contact me.

| | |
|---|---|
| Balassone, Arthur and Barbara | 1660 Renaissance Commons Blvd., Unit 2404 Boynton Beach, Florida 33426 |
| DeMaio, Edward, Ann Marie and Jonathan | 1660 Renaissance Commons Blvd. - Unit 2127 Boynton Beach, FL 33426 |
| Gani, Jacques and Rose | 1660 Renaissance Commons Blvd., Unit 2525 Boynton Beach, Florida 33426 |
| Hummer, Charles | 2617 Jaylene Road North Port, Florida 34288 |
| Loutfy, Tarek and Andrea | 1660 Renaissance Commons Blvd, Unit 2424 Boynton Beach, FL 33426 |
| Lozano, Jorge and Cristinia | 81 N.W. 114 Passage Doral, Florida 33178 |
| Luntz, George and Adrienne | 1660 Renaissance Commons Blvd., Unit 2516 Boynton Beach, Florida 33426 |
| Marks, Edward | 1660 Renaissance Commons Blvd, Unit 2118 Boynton Beach, Florida 33426 |
| Miller, William and Teresa | 1660 Renaissance Commons Blvd, Unit 2608 Boynton Beach, Florida 33426 |
| Sheperd, Wesley | 1660 Renaissance Commons Blvd, Unit 2614 Boynton Beach, FL 33426 |
| Tempel, Harvey and Lisa | 1660 Renaissance Commons Blvd., Unit 2312 Boynton Beach, Florida 33426 |
| Tilmann, Stacey Ann and Noah, Kimberly | 1660 Renaissance Commons Blvd., Unit 2502 Boynton Beach, Florida 33426 |
| Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2218, Boynton Beach, Florida 33426 |

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Wednesday, September 26, 2018 12:53 PM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Pat Wallace |
| **Subject:** | RE: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson |

Sorry for the confusion. I meant Williams. Mary Rowland signed the verification page for Williams. Who is that?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab
**Sent:** Wednesday, September 26, 2018 9:32 AM
**To:** Amanda Mkamanga <Amanda@wbmllp.com>
**Cc:** Pat Wallace <pat@wbmllp.com>
**Subject:** RE: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

Amanda I see the verification page and SPPF was uploaded this morning for Johnson. Who is Mary Rowland?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

1

**From:** Amanda Mkamanga <Amanda@wbmllp.com>
**Sent:** Wednesday, September 26, 2018 8:47 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Pat Wallace <pat@wbmllp.com>
**Subject:** RE: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

Sorry that is what I mean. Williams verification page has been uploaded. I just don't know about Johnson.

---

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Wednesday, September 26, 2018 9:37 AM
**To:** Amanda Mkamanga
**Cc:** Pat Wallace
**Subject:** Re: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

The SPPFs were submitted, but not the verification pages.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

On Sep 26, 2018, at 8:32 AM, Amanda Mkamanga <Amanda@wbmllp.com> wrote:

> I know Deborah Williams SPPF was submitted. I am checking on Johnson.

> **From:** Pat Wallace
> **Sent:** Wednesday, September 26, 2018 9:21 AM
> **To:** 'Emma Kingsdorf Schwab'
> **Cc:** Amanda Mkamanga
> **Subject:** RE: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

> Thanks, Emma.

> Amanda, see below.

> PATRICK M. WALLACE
> WHITFIELD BRYSON & MASON LLP
> 900 W. Morgan St    |   Raleigh, North Carolina 27603
> P: 919.600.5016    |   F: 919.600.5035
> pat@wbmllp.com

2

*Please note our new mailing address – P. O. Box 12638, Raleigh, NC  27605*

<image001.jpg>

<image002.jpg>

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Tuesday, September 25, 2018 5:23 PM
**To:** Pat Wallace
**Subject:** RE: CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

Pat,

As you will recall, at last month's status conference Judge Fallon granted Fred and Sylvia Johnson and Deborah WIlliams a 30-day extension to submit a verified SPPF.

This is just a reminder that Judge Fallon will be dismissing these claimants at the status conference on Thursday, September 27th if a verified SPPF is not submitted tomorrow.

Emma Kingsdorf Schwab
Associate

<image003.png>

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Emma Kingsdorf Schwab
**Sent:** Thursday, August 02, 2018 5:16 PM
**To:** Joel Rhine <jrr@rhinelawfirm.com>; Amanda Mkamanga <Amanda@wbmllp.com>; Gary Mason <GMason@wbmllp.com>; Stephanie Chase <slc@rhinelawfirm.com>
**Subject:** CDW- Taishan and CNBM MTD Rule to Show Cause- Whitfield Bryson

Counsel,

Please be advised that the clients listed below are on Taishan and CNBM's Motion to Dismiss for not complying with PTO 11A. The matter will be heard on August 14, 2018 at 9:45am. You should be present at the hearing via telephone and be prepared to show cause why your claims should not be dismissed. A copy of the Rule to Show Cause is attached.

The PSC filed the attached Motion to Clarify earlier today requesting that the show cause order be limited to the *Amorin* complaints remaining in the MDL and the case caption amended to reflect only the Louisiana and Virginia *Amorin* complaints. You should be present at the hearing via telephone even if you have filed the SPPF(s) or your clients have been remanded out of the MDL.

Please let me know if you have any questions.

| | | | | |
|---|---|---|---|---|
| Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | Boynton Beach | FL | 33426 |
| England, Charles P., Sr. | 2516 Reunion Drive | Violet | LA | 70092 |
| Ercolino, Vincent | 1690 Renaissance Commons Blvd., Unit 1206 | Boynton Beach | FL | 33426 |
| Falls, Jameson and Lauren | 852 Barkley Drive | Alabaster | AL | 35007 |
| Fulton, David and Marjorie | 3370 Montgomery Street | Mandeville | LA | 70448 |
| Johnson, Fred and Sylvia | 1562 Davis Acres Drive | Alpine | AL | 35226 |

| Jones, Christopher B. | 5527 13th Avenue South | Birmingham | AL | 35222 |
| Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310 | Boynton Beach | FL | 33426 |
| Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202 | Boynton Beach | FL | 33426 |
| Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417 | Boynton Beach | FL | 33426 |
| Poggio, James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33981 |
| Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210 | Boynton Beach | FL | 33426 |
| Rodriguez, Otonier and Margarita | 14141 Whitter Lane | Port Charlotte | FL | 33981 |

| Thrower, Christopher | 541 Ledbetter Road | Munford | AL | 36268 |
| Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424 | Boynton Beach | FL | 33426 |
| Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219 | Boynton Beach | FL | 33426 |
| Wiley, John | 1541 Gerona Terrace | North Point | FL | 34286 |
| Wiley, Thad | 1660 Renaissance Commons Blvd., Unit 2111 | Boynton Beach | FL | 33426 |
| Williams, Deborah | 2101 Caluda Lane | Violet | LA | 70092 |

Emma Kingsdorf Schwab
Associate

701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Emma Kingsdorf Schwab |
| **Sent:** | Wednesday, October 03, 2018 2:08 PM |
| **To:** | Amanda Mkamanga; Pat Wallace |
| **Cc:** | slc@rhinelawfirm.com; Joel Rhine; 'Renee Dupont' |
| **Subject:** | RE: Draft List of Proposed Dismissals |
| **Attachments:** | 21699_Order Setting Final Deadline for SPPF Submissions.pdf |

Amanda,

The email you attached was my reminder that I sent to firms that were granted an additional 30 days to submit an SPPF and was simply stating that they would be dismissed at the September 27th status conference for noncompliance. Your firm was on the line during the August 14th status conference and the 30 day extension was requested by your firm. The Order setting the deadline for these claimants is attached.

You are welcome to make the argument (and any other argument) to defendants that since the September status conference was continued from September 13 to September 27th it was reasonable to assume that the SPPF extension was also continued since an Order hadn't been entered dismissing those claimants.

If you would like to set up a call with defendants please advise when you're available.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga <Amanda@wbmllp.com>
**Sent:** Wednesday, October 03, 2018 1:35 PM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>; Pat Wallace <pat@wbmllp.com>
**Cc:** slc@rhinelawfirm.com; Joel Rhine <jrr@rhinelawfirm.com>; 'Renee Dupont' <rdupont@pbclawfirm.com>
**Subject:** RE: Draft List of Proposed Dismissals

Based on your email it wasn't due until the 27th. (see attached email) Where did the date of the 14th come in?

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Wednesday, October 03, 2018 10:38 AM
**To:** Amanda Mkamanga; Pat Wallace
**Subject:** FW: Draft List of Proposed Dismissals
**Importance:** High

1

Please see below re: Ms. Williams' SPPF. Please let me know when you're available this week to have a call with defendants to discuss the late submission of the SPPF.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Eikhoff, Christy Hull
**Sent:** Tuesday, October 02, 2018 9:21 PM
**To:** Emma Kingsdorf Schwab; Manupipatpong, Mae
**Cc:** Lawson, Matt
**Subject:** RE: Draft List of Proposed Dismissals

Hi Emma,

Thank you for letting us know about Juanita Bridges, Michael Sims, and Deborah Williams. We've looked into them, and because they submitted their SPPFs/SPPF verifications more than a week after September 14, the final SPPF deadline set out in Judge Fallon's August 20, 2018 Order, we believe they should remain on the proposed dismissals list.

Please let me know if you would like to discuss further.

Thank you,

Christy Hull Eikhoff
Alston & Bird, LLP
404-881-4496 direct
404-881-7000 main
Assistant: Scott Bobo (scott.bobo@alston.com)
Christy.eikhoff@alston.com

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Thursday, September 27, 2018 12:40 PM
**To:** Manupipatpong, Mae <Mae.Manupipatpong@alston.com>
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>
**Subject:** RE: Draft List of Proposed Dismissals

Sorry for the delay in responding, Mae. Let me reach out to BrownGreer to see if they can open these up.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Manupipatpong, Mae <Mae.Manupipatpong@alston.com>
**Sent:** Thursday, September 27, 2018 9:42 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>
**Subject:** RE: Draft List of Proposed Dismissals

Hi Emma,

I searched the BG Portal for Bridges and Sims, but nothing came up.

Thank you,

**Mae Manupipatpong**
Associate
Alston & Bird LLP
1201 West Peachtree Street, Suite 4200
Atlanta, Georgia 30309-3424
404-881-7157
Email: mae.manupipatpong@alston.com

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Thursday, September 27, 2018 10:38 AM
**To:** Manupipatpong, Mae <Mae.Manupipatpong@alston.com>
**Cc:** Eikhoff, Christy Hull <Christy.Eikhoff@alston.com>; Lawson, Matt <Matt.Lawson@alston.com>
**Subject:** Re: Draft List of Proposed Dismissals

Thanks, Mae. An SPPF has been submitted for Bridges, Sims, and Deborah Williams.

Emma Kingsdorf Schwab
Associate

Sent from my iPhone



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

On Sep 27, 2018, at 9:29 AM, Manupipatpong, Mae <Mae.Manupipatpong@alston.com> wrote:

    Hi Emma,

    Please find attached our draft list of claimants who have not complied with the Court's new and final
    deadline for SPPF submissions.

    Thank you,

    **Mae Manupipatpong**
    Associate
    Alston & Bird LLP
    1201 West Peachtree Street, Suite 4200
    Atlanta, Georgia  30309-3424
    404-881-7157
    Email: mae.manupipatpong@alston.com

NOTICE: This e-mail message and all attachments may contain legally privileged and
confidential information intended solely for the use of the addressee. If you are not the
intended recipient, you are hereby notified that you may not read, copy, distribute or
otherwise use this message or its attachments. If you have received this message in error,
please notify the sender by email and delete all copies of the message immediately.

&lt;Taishan - Draft List of Proposed Dismissals.pdf&gt;

## Emma Kingsdorf Schwab

**From:** Amanda Mkamanga <Amanda@wbmllp.com>
**Sent:** Tuesday, April 02, 2019 3:44 PM
**To:** Emma Kingsdorf Schwab
**Subject:** RE: CDW- Santillo

I received the release and sent it to Gary to review. I am waiting on him to advise on how I should respond. Feel free to contact him directly at gmason@wbmllp.com or 202-640-1160.

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Tuesday, April 02, 2019 4:37 PM
**To:** Amanda Mkamanga
**Subject:** RE: CDW- Santillo

Hi Amanda, please let me know asap re: this. If the objection was coded in error I'd like to raise it with defendants before they issue their final contests this evening.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Amanda Mkamanga <Amanda@wbmllp.com>
**Sent:** Friday, March 29, 2019 6:15 AM
**To:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Subject:** RE: CDW- Santillo

Gary says that we need to review the releases provided to us by Kerry and we will get back to you.

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Thursday, March 28, 2019 3:58 PM
**To:** Amanda Mkamanga
**Subject:** CDW- Santillo

Amanda,

Can you confirm that Keith Santillo assigned his remediation claim?

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

## Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Amanda Mkamanga <Amanda@wbmllp.com> |
| **Sent:** | Thursday, April 04, 2019 10:03 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Cc:** | 'Linda Nielsen'; Julie Rhoades |
| **Subject:** | FW: CDW- FL Final Contests and Setoffs Response |
| **Attachments:** | CDW- FL Final Contests and Setoffs- Taishan and BNBM.xlsx; Taishan - Florida Contests and Setoffs.pdf; Exhibit A - Chart of BNBM-Specific Special Master Contests (00239226xB9970).pdf |
| | |
| **Importance:** | High |

Louis Robinson was submitted through us. Please forward any correspondence related to his case to me (Whitfield Bryson & Mason) Matthews is the referral firm, but we have primary contact with the client since we have handled his case.

**From:** Linda Nielsen [mailto:lnielsen@thematthewslawfirm.com]
**Sent:** Thursday, April 04, 2019 10:58 AM
**To:** Amanda Mkamanga
**Cc:** Julie Rhoades
**Subject:** FW: CDW- FL Final Contests and Setoffs Response
**Importance:** High

Amanda,

We got this email today and Louis Robinson is on the CDW-FL Final Contests And Setoffs, do we need to anything with this.

Thanks

Linda E. Nielsen
Legal Assistant
Newcases/Maildept
Matthews & Associates/ 2905 Sackett St./ Houston, TX 77098/
713-522-5250 main/ 713-535-7179 direct/ 888-520-5250 toll free/ 713-535-7184 fax/
lnielsen@dpmlawfirm.com

**From:** Emma Kingsdorf Schwab [mailto:eschwab@bkc-law.com]
**Sent:** Wednesday, April 3, 2019 5:08 PM
**Subject:** CDW- FL Final Contests and Setoffs Response
**Importance:** High

All,

Attached are Defendants' final contests and setoffs for the Florida *Amorin* claimants. Plaintiffs' response is due April 8th and the hearing will take place before Special Master Lee April 10 and 11.We will respond to the objections globally, but please email me immediately identifying any objections that you believe are coded improperly so that we can include these in our response. If we have discussed your responses for certain claims

Case 1:11-cv-22408-MGC Document 320-8 Entered on FLSD Docket 08/08/2019 Page 198 of 198

during the preliminary contest discussions, I have already noted same and you do not need to contact me regarding these. As always, if you have any questions please do not hesitate to contact me.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

