IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| Relates to ALL ACTIONS (except *The Mitchell Co., Inc., v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF FILING OF ALLOCATION MODEL AND ALLOCATION NEUTRAL REPORT

NOTICE TO ALL COUNSEL OF RECORD:

As required by Section 6.5 of the Class Settlement Agreement, the Allocation Neutral files his Allocation Model and Report (Ex. "1" to this Notice).

THIS, the 19th day of August, 2019.

Respectfully submitted,

**ALLOCATION NEUTRAL**

*/s/ J. Cal Mayo, Jr.*
J. CAL MAYO, JR. (MB NO. 8492)

OF COUNSEL:

MAYO MALLETTE PLLC
5 University Office Park
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com