UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S UNOPPOSED MOTION FOR AN ORDER: (1) PRELIMINARILY APPROVING THE CLASS SETTLEMENT AGREEMENT WITH TAISHAN; (2) PRELIMINARILY CERTIFYING A SETTLEMENT CLASS; (3) DIRECTING THE DISSEMINATION OF CLASS NOTICE; (4) SCHEDULING A FAIRNESS HEARING; AND (5) CONTINUING THE STAY OF LITIGATION OF <u>CLAIMS AGAINST TAISHAN AND THE ADDITIONAL RELEASED PARTIES</u>**

Proposed Settlement Class Counsel (Arnold Levin, Stephen J. Herman, Richard J. Serpe, Patrick S. Montoya and Sandra L. Duggan) hereby move for Preliminary Approval of the Class Settlement Agreement (the "Agreement") with Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively "Taishan") and Certification of a Settlement Class pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e). Class Counsel seek entry of a Preliminary Approval Order finding preliminarily that: (1) the Agreement is fair, reasonable and adequate; (2) the requirements for certifying the Settlement Class under Rule 23(a) and Rule 23(b)(3) have been met; and (3) Class Members shall be notified of the terms of the Agreement and of their rights in connection therewith.

In addition, Class Counsel respectfully request that the Court: (1) approve the form of Class notice; (2) approve the Allocation Model developed by the Allocation Neutral and filed on the Court docket; (3) approve the Claim Form; (4) schedule a fairness hearing to determine whether

the Agreement should be given final approval ("Fairness Hearing"); (5) establish dates for the dissemination of Class notice, opt-outs, and objections to the Agreement and other relevant deadlines; and (6) continue the stay of litigation of Claims against Taishan and the Additional Released Parties.

Settlement Class Counsel have met and conferred with Taishan's Counsel and Counsel for the Additional Released Parties and can represent that the motion is not opposed.

For the reasons set forth in the accompanying memorandum of law, this motion should be granted.

Respectfully submitted,

Dated: August 20, 2019            By: */s/ Stephen J. Herman*
                                                    Russ M. Herman (Bar No. 6819)
                                                    Leonard A. Davis (Bar No. 14190)
                                                    Stephen J. Herman (Bar No. 23129)
                                                    Charles King (Bar No.34621)
                                                    Herman, Herman & Katz, LLC
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    SHerman@hhklawfim.com
                                                    *Plaintiffs' Liaison Counsel MDL 2047 and*
                                                    *Settlement Class Counsel*

                                                    Arnold Levin
                                                    Fred S. Longer
                                                    Sandra L. Duggan
                                                    Keith Verrier
                                                    Levin Sedran & Berman LLP
                                                    510 Walnut Street, Suite 500
                                                    Philadelphia, PA 19106
                                                    Phone: (215) 592-1500
                                                    Fax: (215) 592-4663
                                                    alevin@lfsblaw.com
                                                    *Plaintiffs' Lead Counsel MDL 2047 and Settlement*
                                                    *Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 20th day of August, 2019.

*/s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and*
*Settlement Class Counsel*