# CHINESE DRYWALL CLASS SETTLEMENT

# CLAIM FORM

*For the Taishan Class Action Settlement*

***THIS CLAIM FORM MUST BE COMPLETED, SIGNED UNDER OATH, AND UPLOADED TO THE BROWNGREER SETTLEMENT PORTAL ON OR BEFORE DATE , 2019, OR YOUR CLAIM MAY BE DENIED.***

**The Taishan Class Settlement**

This Taishan Class Settlement is intended to resolve all claims against Taishan and the Additional Released Parties. **This Claim Form shall only be completed by owners of Affected Properties with Covered Chinese Drywall who are not named on a *Brooke* Complaint or who are not listed on the Master Spreadsheet filed on the MDL Docket at _____.**

Covered Chinese Drywall is defined as all drywall products alleged to be attributable to Taishan and/or the Additional Released Parties, including, but not limited to: BNBM and Dragon Brand; C&K; Chinese Manufacturer #2 (purple stamp); Crescent City Gypsum; DUN; IMT Gypsum; ProWall; TAIAN TAISHAN and Taihe edge tape; MADE IN CHINA MEET[S] OR EXCEED[S]; various Drywall dimensions, including 4feet[x/*]12feet[x/*]1/2inch; Venture Supply; and White Edge Tape, boards with no markings or boards with no markings other than numbers or letters. Covered Chinese Drywall excludes the following drywall products: Knauf, Knauf Tianjin, KPT, Bedrock, ProRoc, Panel Rey, IMG, USG, Shamrock Gold, Lafarge, Georgia Pacific, National Gypsum, and any drywall manufactured outside of the People's Republic of China.

**Deadline**

In order to be eligible to receive a payment from the Settlement, **this Claim Form and all required supporting evidence and corroborating documents and information must be uploaded to the BrownGreer Settlement Portal ("the Portal") by DATE**. The Claim Form and supporting proofs must be uploaded to the Portal at https://www3.browngreer.com/Drywall/Logon.aspx.

**Multiple Affected Properties**

If any Claimant owns or has owned more than one Affected Property, that Claimant must complete and submit a separate Claim Form for each Affected Property.

**General Instructions**

Upload this Claim Form and all required documentation as required by Section VI of this Claim Form to the BrownGreer Settlement Portal at: https://www3.browngreer.com/Drywall/Logon.aspx. All supporting documentation must be uploaded under the appropriate "Document Type" tab on the Portal. Failing to submit the supporting documentation will result in your claim being denied.

In completing this form, you must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. If you are represented by counsel, you should consult with your attorney if you have any questions regarding the completion of this form. Your attorney may assist you in completing this form. You must provide the documents and other evidence that are required by this document to prove your claim. You should submit all of your materials together. You should retain the original documents related to all copies submitted to the Claims Administrator. **This Claim Form must be signed under oath and notarized by the named claimant(s), in hard copy, and by counsel, if represented, and uploaded separately to the Portal.**

1

| I. | PERSONAL AND BACKGROUND INFORMATION OF CLAIMANT(S) |

### A. CLAIMANT

First Name _____  M.I. _____  Last Name _____

Current Street Address _____

City _____  State _____  ZIP Code _____

Telephone Number (_____) _____ – _____

E-mail Address _____

Claimant Type  ☐ Person(s)   ☐ Business

### B. ADDITIONAL CLAIMANT (if applicable.)

First Name _____  M.I. _____  Last Name _____

Current Street Address _____

City _____  State _____  ZIP Code _____

Telephone Number (_____) _____ – _____

E-mail Address _____

Claimant Type  ☐ Person(s)   ☐ Business

| II. | REPRESENTATION BY LEGAL COUNSEL |

Are you represented by any lawyer in connection with this claim?

☐ Yes   ☐ No

If "Yes," provide the following requested information:

Lawyer's First Name _____ Last Name _____

Law Firm's Name _____

Law Firm's Street Address _____

City _____  State _____  ZIP Code _____

Lawyer's Telephone Number  (_____) _____ – _____

Lawyer's Fax Number        (_____) _____ – _____

Lawyer's E-mail Address _____

| | |
|---|---|
| **III.** | **DESCRIPTION AND INFORMATION RELATED TO THE AFFECTED PROPERTY** |

A. Affected Property Street Address _____

City _____ State _____ ZIP Code _____

B. Total Under Air Square Footage

Verify the number of the under air square footage of this Affected Property. Under air Square Footage is defined as the area within the house that receives ventilation from the home's heating and air systems, not including garages, attics or basements that are not part of this ventilation system.

    Total Under Air Square Footage: _____

C. Remediation Status (removal and replacement of Covered Chinese Drywall)

☐ Completely Remediated     ☐ Partially Remediated     ☐ No Remediation

    If completely or partially remediated, identify the following:

    Dates of remediation _____

    Total cost of remediation _____

    Who performed the remediation work _____

    Did you assign the legal right to pursue your remediation claim to the party that performed the remediation or any other third party? ☐ Yes     ☐ No

D. Prior Payments Received

    ☐ I **have** received prior payments related to damages caused by Chinese Drywall in the Affected Property.

        Source: _____
        Amount of payments received: $_____

        Source: _____
        Amount of payments received: $_____

        Source: _____
        Amount of payments received: $_____

    ☐ I **have not** received any prior payment related to damages caused by Chinese Drywall in the Affected Property.

## IV. GENERAL ELIGIBILITY

A. Ownership of Affected Property as of May 23, 2019

☐ I **currently own** the Affected Property containing Covered Chinese Drywall.

☐ I **previously owned** the Affected Property containing Covered Chinese Drywall.
Date Ownership Transferred: _____

☐ I **have never owned** the Affected Property containing Covered Chinese Drywall but am submitting this claim on behalf of a minor, deceased, or incompetent Claimant who owns or has owned the Affected Property.
Your Full Name: _____
Relationship to Claimant: _____

B. When did you acquire the Affected Property? Month/Day/Year _____

When was Chinese Drywall installed in the Affected Property? _____

When did you become aware that the Property contained Chinese Drywall? _____

## V. DRYWALL MARKINGS

A list of Covered Chinese Drywall products that are included in the Taishan Class Settlement is provided below. **Please check all that apply.**
☐ BNBM/ Dragon Brand
☐ C&K
☐ Chinese Manufacturer #2 (purple stamp)
☐ Crescent City
☐ DUN
☐ IMT Gypsum
☐ ProWall
☐ TAIAN TAISHAN or Taihe edge tape
☐ MADE IN CHINA MEET[S] OR EXCEED[S] ASTM C1396 04 STANDARD
☐ Drywall 4feet[x/*]12feet[x/*]1/2inch
☐ Venture Supply
☐ White edge tape, boards with no markings or boards with no markings other than numbers or letters.[1]

For Affected Properties containing white edge tape and/or no markings, in addition to photographic indicia, one of the following corroborating evidence must be submitted:
☐ Certified inspection report of elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm.
☐ Certified laboratory confirmation of the presence of sulfur in the blackening of the grounding wires and/or air conditioning coils.
☐ Other clear and convincing evidence such as sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained Covered Chinese Drywall.

---

[1] The CPSC Identification Guidance for Problem Drywall, March 18, 2011 (https://www.cpsc.gov/s3fs-public/IDguidance031811.pdf) utilizes confirmed markings of Chinese origin as important corroborating evidence. Since this category of markings is not confirmed with recognized markings, you must provide one other enumerated Corroborating Evidence from Step 2 of the CPSC Guidance Document to establish the existence of Covered Chinese Drywall.

4

## VI. DOCUMENTATION PROOF REQUIRED TO BE ELIGIBLE FOR AN ALLOCATION PAYMENT

**Proof Requirement #1: Proof that the property has or had Covered Chinese Drywall identified in Section V**

*You must provide proof of Covered Chinese Drywall based on one of the following: photographic indicia, sales or delivery records, chain of custody records, inspection report(s) or other proof that demonstrates that the property contains or contained the Chinese Drywall identified above. If no markings are on the drywall, corroborating evidence must be submitted as identified in Section V.*

□ I **have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.
□ I **do not have** documents supporting this proof requirement.

**Proof Requirement #2: Proof of the under air square footage of the Affected Property.**

*You must provide proof of under air square footage based on one of the following: Builder's floor plan, tax assessor's record identifying under air square footage, appraisal, ANSI sketch, condominium association document, or other proof demonstrating the square footage under air of the Affected Property.*

□ I **have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.
□ I **do not have** documents supporting this proof requirement.

**Proof Requirement #3: Proof of ownership of the Affected Property.**

*You must provide proof of ownership based on one of the following: Deed, mortgage documents, purchase documents or other conveyance record demonstrating ownership of the Affected Property.*

□ I **have** documents supporting this proof requirement, and I have uploaded copies of these documents simultaneously with this Claim Form.
□ I **do not have** documents supporting this proof requirement.

**Proof Requirement #4: Proof of remediation costs <u>if the Affected Property has been remediated.</u>**

*You must provide proof of remediation based on one of the following: Invoices, receipts, remediation contract, cancelled checks, or other proof of actual remediation expenses.*

□ The Affected Property **has been** remediated and I have uploaded documents supporting this proof requirement simultaneously with this Claim Form.
□ The Affected Property **has been** remediated but I do not have documents supporting this proof requirement or I have not submitted these documents.
□ The Affected Property **has not** been remediated such that no proof is required.

**Proof Requirement #5: Proof of assignment of right of remediation claim**

□ The remediation claim for the Affected Property **has been** assigned to a third party and I have uploaded documents supporting this proof requirement simultaneously with this Claim Form.
□ The remediation claim for the Affected Property **has been** assigned to a third party but I do not have documents supporting this proof requirement.
□ The remediation claim for the Affected Property **has not been** assigned to a third party or I have not remediated the Affected property such that no proof is required.

**Proof Requirement #6: Sign the Affidavit on the following page which includes a certification that the proof documents submitted comprise all of the available documentation to prove Requirements #1 - #5. <u>This affidavit must be signed by the named claimant(s), in hard copy, and uploaded separately to the Portal.</u>**

**Owner Affidavit**

*By signing below, I acknowledge that that the materials provided comprise all of the available documentation to demonstrate that the Affected Property contained or contains Chinese Drywall. I certify that I am 18 years of age or older and otherwise legally competent to sign this Claim Form.*

*By signing below, I declare under penalty of perjury that the information provided in this form and the documents provided herewith are true and correct to the best of my knowledge, information, and belief. I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746, that I have read and reviewed the Real Property Claim Form and evidence submitted in support of all claims.*

*By signing below, I also understand that if the Claims Administrator at any time has reason to believe that I have made an intentional misrepresentation, omission, and/or concealment of a material fact in this form or have provided fraudulent documentary proof in support of my claim, the Claims Administrator may discontinue processing the claim and report the alleged misrepresentation, omission, and/or concealment of a material fact and/or alleged fraudulent proof to the court, and that I may be subject to fines, imprisonment, contempt of court, or any other remedy available by law.*

*I also understand that there may be financial consequences to me as well if I fail to provide accurate answers to the Claim Form where such information is necessary to determine the proper and legal payee of settlement funds.*

_____  _____
**Claimant Signature**                                         **Additional Claimant Signature (If Applicable)**

_____  _____
Print Name                           Date            Print Name                          Date

_____
**Attorney Signature (If Applicable)**              _____
                                                    County, State

_____
Print Name                           Date            _____
                                                    Notary Public