# J. CAL MAYO, JR.

5 UNIVERSITY OFFICE PARK
2094 OLD TAYLOR ROAD
POST OFFICE BOX 1456
OXFORD, MISSISSIPPI 38655
DIRECT: (662) 513-4897
cmayo@mayomallette.com

**PROFESSIONAL EXPERIENCE:**

MAYO MALLETTE PLLC (2000-present)
Oxford, Mississippi
> Commercial, Complex Tort, Employment, Higher Education, and Intellectual Property Litigation
>
> Special Master for Chinese Dry Wall Litigation (E.D. La.)
> Special Master for Gemstone Foods Litigation (N.D. Ala.)

MAYO MCDAVID PLLC (1998-2000)
Oxford, Mississippi
> Commercial, Employment, and Intellectual Property Litigation

UNIVERSITY OF MISSISSIPPI (1996-98)
Associate University Attorney and Special Assistant Attorney General
University, Mississippi
> Higher Education, Employment, and Constitutional Law

LAKE, TINDALL, LLP (1994-95)
Jackson, Mississippi
> Intellectual Property and Commercial Litigation

BUTLER, SNOW, O'MARA, STEVENS & CANNADA (1989-1994)
Jackson, Mississippi
> Commercial, Complex, and Intellectual Property Litigation

**EDUCATION:**

University of Virginia, J.D. (1989)
Charlottesville, Virginia

University of Mississippi, B. Accy. *magna cum laude* (1986)
University, Mississippi
        Hall of Fame, Taylor Medalist, Phi Kappa Phi, Carrier Scholar

Louisville High School (1982)
Louisville, Mississippi

**TEACHING EXPERIENCE:**

University of Mississippi:

        Adjunct Professor, School of Law (1999-2001)
        Courses: Intellectual Property, Pre-Trial Practice, and Insurance

        Adjunct Professor, School of Accountancy (1997-99)
        Courses: Principles of Accountancy (I and II)

        Adjunct Professor, Department of Economics and Finance (1996-97)
        Course: Business Law

**CLE AND WORKSHOP PRESENTATIONS**:

        *Title IX and Due Process: Current Legal Issues in Student Sexual Misconduct Procedures*
        Mississippi Education Law Conference
        University of Mississippi School of Law
        June 14, 2019
        University, Mississippi

        *Commonwealth v. Roy Smith: Lessons in Trial Advocacy*
        *Preparing and Delivering an Effective Closing Argument*
        Mississippi Bar Litigation Section
        March 30, 2010
        Jackson, Mississippi

        *Commonwealth v. Roy Smith: Lessons in Trial Advocacy*
        Mississippi Bar Litigation Section
        January 16, 2009
        Oxford, Mississippi

        *Establishing, Evaluating and Ending University-Employee Relationships*
        Mississippi Institutions of Higher Learning Employment Law Workshops
        Spring Semester 2005 - Spring Semester 2006

*Training Your Witness: A Visit to the Woodshed*
NACUA Annual Conference
June 23, 2001
San Diego, California

**PROFESSIONAL MEMBERSHIPS AND HONORS:**

American College of Trial Lawyers, Fellow (Inducted 2013)
State Committee - Chair (2018-20)
Moot Court Competition Committee (2015-present)

American Bar Association
Litigation Section

Mississippi Bar Association
Litigation Section - Chair (2008-09)
Appellate Section

*Best Lawyers in America*
Commercial Litigation (since 1998)

National Association of College and University Attorneys (1996-present)

American Bar Foundation, Fellow (Inducted 2018)

Mississippi Bar Foundation, Fellow (Inducted 2012)
Board of Trustees (2018-21)

Fifth Circuit Bar Association

Lafayette County Bar Association

Associate, Charles Clark Chapter, American Inns of Court (1993-95)

Master, William Keady Chapter, American Inns of Court (2002-present)

**CIVIC AND COMMUNITY SERVICE:**

Ole Miss Athletics Foundation Board of Directors
President (2006-present)

University of Mississippi Foundation Board of Directors (2004-10)

Lamar Order, University of Mississippi School of Law (2001-present)
>	Chair (2018-19)

Oxford Charger Athletics Booster Club
>	President (2012-13)

Mississippi Economic Council
>	Council on Government (1993-94)
>	Council on Education (1991-93)
>	Leadership Mississippi (1990-91)

St. Peter's Episcopal Church (Oxford)
>	Senior Warden (2000-02)
>	Vestry Member (1999-2002)
>	Stewardship Director (1998-99)

St. Andrew's Episcopal Cathedral (Jackson)
>	Vestry Member (1994-95)
>	Clerk of the Vestry (1993-94)
>	Stewardship Director (1992)

**PERSONAL:**

Born February 9, 1964, in Louisville, Mississippi; married to former Caroline Connell Salmon of Clarksdale, Mississippi; children: Virginia Coan (26), William (24), Callie (24), and Thomas (18)

## Significant Published Opinions

*Miss. Div. Sons of Confed. Veterans v. Univ. of Miss.*, 2018 Miss. App. LEXIS 425 (Sept. 4, 2018)
*State v. Walgreen Co.*, 250 So. 3d 465 (Miss. 2018)
*Doe v. Univ. of Miss.*, 2018 U.S. Dist. LEXIS 123181 (S.D. Miss. July 24, 2018)
*Nutt v. Ole Miss Ath. Found.*, 2017 U.S. Dist. LEXIS 126062 (Aug. 9, 2017)
*Luvata Grenada v. Danfoss*, 2015 WL 3484697 (N.D. Miss. June 2, 2015)
*Hays v. LaForge*, 113 F.Supp.3d 883 (N.D. Miss. 2015)
*Kobaisy v. Univ. of Miss.*, 624 Fed. Appx. 195 (5th Cir. 2015)
*Harvey v. Caesars Entertainment Operating Co.*, 55 F.Supp.3d 901 (N.D. Miss. 2014)
*Hill v. Univ. of Miss.*, 2014 WL 793322 (N.D. Miss. Feb. 26, 2014)
*Coleman & Coleman Enterprises v. Waller Funeral Home*, 106 So. 3d 309 (Miss. 2013)
*Miss. Farm Bureau v. Miss. Dept. of Mental Health*, 99 So. 3d 781 (Miss. App. 2012)
*Jackson HMA v. Miss. St. Dept. of Health*, 98 So. 3d 980 (Miss. 2012)
*Scruggs v. Wyatt*, 60 So. 3d 758 (Miss. 2011)
*Young v. Scruggs*, 2010 WL 2301641 (S.D. Miss. June 7, 2010)
*Abdelwahab v. Jackson St. Univ.*, 2010 WL 384416 (S.D. Miss. Jan. 27, 2010)
*Limbert v. Miss. Univ. for Women Alumnae Assoc.,* 998 So. 2d 993 (Miss. 2008)

*Peoples Bank v. Bryan Brothers Cattle Co.*, 504 F.3d 549 (5th Cir. 2007)
*United Investors Life Ins. v. Nationwide Life Ins.*, 2007 WL 2258806 (5th Cir. May 30, 2007)
*United Investors Life Ins. v. Nationwide Life Ins.*, 2006 WL 1699346 (N.D. Miss. June 16, 2006)
*Johnson v. Alcorn St. Univ.*, 929 So. 2d 398 (Miss. App. 2006)
*Bryan Bros. Cattle Co. v. Glenbrook Cattle Co.*, 2006 WL 1233069 (N.D. Miss. May 1, 2006)
*Wilson v. Delta St. Univ.*, 143 Fed. Appx. 611, 201 Ed. Law Rep. 871 (5th Cir. 2005)
*Black v. Ansah*, 876 So. 2d 395 (Miss. App. 2003)
*Luvene v. Metropolitan Life Ins. Co.*, 2000 WL 341253 (N.D. Miss. March 22, 2000)
*IHL Board of Trustees v. Brewer*, 732 So. 2d 934 (Miss. 1999)
*Scott v. Univ. of Miss.*, 148 F.3d 493 (5th Cir. 1998)
*Trilogy Comm. v. Times Fiber Comm.*, 47 F.Supp.2d 774 (S.D. Miss. 1998)
*Trilogy Comm. v. Times Fiber Comm.*, 109 F.3d 739 (Fed. Cir. 1997)
*Refrigeration Sales v. State ex rel. Segrest*, 645 So. 2d 1351 (Miss. 1994)
*State ex rel. Moore v. Molpus*, 578 So. 2d 624 (Miss. 1991)