# EXHIBIT 7

# JOHN S. FREUD, ESQUIRE
## CURRICULUM VITAE

General Civil Trial Practice, including Complex Commercial/Construction/Real Estate/Securities Litigation, Creditor's Rights, Employee/Civil Rights, Environmental, Government/Administrative, Insurance/Coverage/Bad Faith/Surety, Intellectual Property, Landlord/Tenant/ADA Compliance, Marine, Mass Tort/Class Action, Nursing Home, Personal Injury, Product and Professional Liability, Property Damage, Professional Malpractice, Title Insurance, Wrongful Death

### EDUCATION:

A. <u>Colleges</u>:  Brandeis University - Waltham, Massachusetts
      Bachelor of Arts, Magna Cum Laude (1977)

   Harvard University (Summer, 1975)

B. <u>Law School</u>:   University of Miami School of Law
      Coral Gables, Florida
         Juris Doctorate (1981)

### HONORS/DISTINCTIONS

A. Martindale-Hubbell - AV Rating (highest available rating)
B. Best's Directory of Recommended Insurance Attorneys
C. Hines Insurance Counsel
D. Who's Who in America/American Law
E. Who's Who of Emerging Leaders in America

### MEMBERSHIPS IN PROFESSIONAL ORGANIZATIONS

A. The Florida Bar (active)
B. The Massachusetts Bar (inactive status)
C. Florida Academy of Professional Mediators, Inc. (Diplomate - highest distinction available)
D. Florida Windstorm Network - Listed Umpire

### ADMISSIONS TO PRACTICE

A. Florida Supreme Court
B. Trial Bar, United States District Courts
   (Southern, Middle and Northern Districts of Florida)
C. United States Court of Appeals, Fifth and Eleventh Circuits
D. Supreme Court, Commonwealth of Massachusetts
E. United States Supreme Court
F. Certified Mediator - Fl. Supreme Ct.; Federal District Court; NASD
G. Certified Arbitrator - Fl. Supreme Ct.; NASD