## Curricula Vitae of Class Settlement Counsel

1. **Arnold Levin** of Levin Sedran & Berman LLP

2. **Sandra L. Duggan** of Levin Sedran & Berman LLP

3. **Stephen J. Herman** of Herman Herman & Katz LLC

4. **Richard J. Serpe** of The Law Offices of Richard J. Serpe, P.C.

5. **Patrick S. Montoya** of Colson Hick Eidson

### ARNOLD LEVIN
### LEVIN SEDRAN & BERMAN

Levin Sedran & Berman is a litigation firm specializing in complex litigation on both a local and national level.

Arnold Levin is the senior partner in the law firm of Levin Sedran & Berman.  He graduated from Temple University, B.S., in 1961, and Temple Law School, LLB, in 1964.  He was Articles Editor of the Temple Law Quarterly.  He served as a Captain in the United States Army (MPC).

The Firm has and continues to litigate major antitrust and products liability cases, including: ***In re Commercial Explosives Antitrust Litigation***; ***In re Graphite Electrodes Antitrust Litigation; In re Clozapine Antitrust Litigation; In re Travel Agents Commission Antitrust Litigation; In re Three Mile Island Litigation; In re Orthopedic Bone Screws Products Liability Litigation; In re Diet Drugs Products Liability Litigation; In re Rezulin Products Liability Litigation; In re Propulsid Products Liability Litigation; In re PPA Products Liability Litigation; In re Vioxx Products Liability Litigation; In Re Chinese-Manufactured Drywall Products Liability Litigation; In re Human Tissue Products Liability Litigation; In re CertainTeed Corp. Roofing Shingles Products Liability Litigation; In re National Football League Players' Concussion Litigation; In re Pool Products Distribution Market Antitrust Litigation; In re Testosterone Replacement Therapy Products Liability Litigation; In re Zoloft (Sertraline Hydrochloride) Products Liability Litigation; In re Yasmin and Yaz Marketing, Sales Practices and Relevant Products Liability Litigation; In re Fresenius Granuflo/ Naturalyte Dialysate Products Liability Litigation; and Exxon Valdez Oil Spill Litigation***; ***In re Capacitors Antitrust Litigation***; ***In re Apple, Inc., Device Performance Litigation***; ***In re Intel Corp. CPU Marketing, Sales Practices and Products Liability Litigation.***

Mr. Levin is admitted to the Supreme Court of Pennsylvania; the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, and Western District of Pennsylvania; the United States Courts of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Tenth and Eleventh Circuits; the United States Supreme Court; and the U.S. Claims Court.  He has appeared pro hac vice in various federal and state courts throughout the United States.

He is a member of the following bar associations:  Philadelphia (Member: State Judicial Procedure Committee, 1978—; Federal Rules of Civil Procedure Committee, 1978—), Pennsylvania, American (Vice Chairman, Maritime Insurance Law Committee, 1981-1982) and International Bar Associations; Philadelphia Trial Lawyers Association (Member, Board of Directors, 1978-1981); Pennsylvania Association for Justice (Co-Chairman, Antitrust Section, 1977—); American Association for Justice (Secretary, 1977-1978, Vice Chairman, 1978-1979 and Chairman, 1979-1980, Commercial Litigation Section; Member: Amicus Curiae Committee, 1979-1980, 1992-1997; Trial Subject Advisory Committee, 1979-1980; Chairman, Environmental Law Essay Contest, 1983); Maritime Law Association of the United States.  He is also a Fellow of the International Society of Barristers.  He is a past Chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America. He is a member of the Pennsylvania Trial Lawyers Consultation Committee, Class Action Section, a fellow of the Roscoe Pound Foundation.  He was chosen by his peers to be listed in Best Lawyers of America.  He has been recognized as one of 500 leading lawyers in America by Lawdragon and The Legal 500 USA.  In addition, U.S. News and World Report designated Mr. Levin's firm as one of the top 22 national plaintiffs' firms in mass torts and complex litigation.  Further, he has been further recognized as one of the top 100 trial lawyers by The National Trial Lawyers Association.  He was also named to the National Law Journal's Inaugural List of America's Elite Trial Lawyers.  He also has an "av" rating in Martindale-Hubbell and is listed in Martindale-Hubbell's Register of Preeminent Lawyers.

He has lectured on class actions, complex litigation, mass torts, environmental, and antitrust litigation extensively before national and state bar associations, including the Pennsylvania Bar Institute, the Philadelphia Trial Lawyers Association, the Pennsylvania Trial Lawyers Association, The Association of Trial Lawyers of America, The Belli Seminars, the Philadelphia Bar Association, American Bar Association, the New York Law Journal Press, and the ABA-ALI London Presentations.

Mr. Levin was Co-Lead Counsel of the Plaintiffs' Legal Committee and Plaintiffs' Liaison Counsel in *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.) and

he is Co-Lead Counsel of the Plaintiffs' Management Committee and Plaintiffs' Liaison Counsel in *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*, MDL No. 1203 (E.D. Pa.). He was a member of the Plaintiffs' Executive Committee in *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D. NY) and was a member of the Plaintiffs' Executive Committee and Lead Trial Counsel in *In re Asbestos School Litigation*, Master File No. 83-0268 (E.D. Pa.). He was a member of the Plaintiffs' Steering Committee in *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D. La.) and *In re Yasmin and Yaz Marketing, Sales Practices and Relevant Products Liability Litigation,* MDL No. 2100 (S.D. Ill.). He was a member of the Plaintiffs' Steering Committee and Plaintiffs' Negotiating Committee in *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D. La.). He was also a member of the Plaintiffs' Steering Committee and the Plaintiffs' Negotiating Committee in *Silicone Gel Breast Implants Products Liability Litigation*, Master File No. CV-92-P-10000-S (N.D. Ala.). He was a member of the Plaintiffs' Steering Committee in *In re Telectronics Pacing Systems, Inc. Accufix Artrial "J" Leads Products Liability Litigation*, MDL No. 1057 (S.D. Ohio); *In re Baxter Healthcare Corporation Gammagard Products Liability Litigation*, MDL No. 1060-R (C.D. Calif.); *In re Norplant Product Liability Litigation,* MDL No. 1038 (E.D. Tex.); *In re Copley Pharmaceutical, Inc., "Albuterol" Products Liability Litigation*, MDL No. 1013 (D. Wyoming); *In re Pool Products Distribution Market Antitrust Litigation*, MDL No. 2328 (E.D. La.); and *In re Testosterone Replacement Therapy Products Liability Litigation,* MDL No. 2545 (N.D. Ill.). He was the Court-appointed medical monitoring lead counsel in *In re Human Tissue Products Liability Litigation,* MDL No. 1763 (D.N.J.). Mr. Levin is Lead Counsel of the Plaintiffs' Steering Committee, Class Counsel, and Chair of the Fee Committee in *In re Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (E.D. La.). He was a member of the Plaintiffs' Steering Committee and Subclass Counsel for Subclass 1 in *In re National Football League Players' Concussion Litigation*, MDL No. 2323 (E.D. Pa.). In July, 2015, Mr. Levin was appointed by the Honorable Carl J. Barbier to serve as Special Counsel to the Plaintiffs' Fee and Cost Committee in the BP Oil Spill Litigation, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.), in connection with the submission of the application for

common benefit attorneys' fees and the allocation of fees amongst class counsel and common benefit attorneys.

In more than 50 years of practicing law, Mr. Levin has been appointed as lead counsel and/or a member of more than 100 steering committees in the fields of mass torts, antitrust, and securities class actions and MDL proceedings.

### SANDRA L. DUGGAN
### LEVIN SEDRAN & BERMAN

Levin Sedran & Berman is a litigation firm that specializes in complex MDL and class litigation on both a local and national level.  Sandra L. Duggan, is Of-Counsel to the firm.  She received her J.D. degree in 1985 from Columbia Law School and a B.A. from Washington University in St. Louis, where she was *Phi Beta Kappa*.  Since 1989, Ms. Duggan has focused her practice on class actions and complex multidistrict litigation.  She was a named partner in the firm of Kronfeld Newberg & Duggan prior to joining Levin Sedran & Berman.

Ms. Duggan was appointed as a member of the Plaintiffs' Executive Committee in the certified national asbestos property damage class action, *Prince George Center, Inc. v. U.S. Gypsum, et al.* (C.C.P. Phila.), and she is counsel for class plaintiffs in the Title IX discrimination suit, *Cohen v. Brown University, et al.* (D.R.I.).  Ms. Duggan's former firm was Co-Lead Counsel in *In re School Asbestos Litigation*, (E.D. Pa.) and she participated in the Asbestos Claimants Committees in the Celotex and National Gypsum Chapter 11 bankruptcies.  She has also worked on the *In re EXXON VALDEZ* litigation and other securities fraud, shareholder and property damage class actions in federal and state courts.

Ms. Duggan has worked with Levin Sedran & Berman extensively in *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.); *In re Diet Drugs Litigation*, MDL No. 1203 (E.D. Pa.); *In re Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047 (E.D. La.); *In re VIOXX Products Liability Litigation*, MDL No. 1657 (E.D. La.), and she assisted Co-Lead Counsel and Subclass

Counsel with negotiating the class settlement in *In re National Football League Players' Concussion Litigation*, MDL No. 2323 (E.D. Pa.).   In July 2015, Ms. Duggan was appointed, along Arnold Levin, by the Honorable Carl J. Barbier to serve as Special Counsel to the Plaintiffs' Fee and Cost Committee in the BP Oil Spill Litigation, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL No. 2179 (E.D. La.).

Ms. Duggan served as a class action expert in *In re "Non-Filing" Insurance Fee Litigation*, MDL No. 1130 (M.D. Ala.).  She was a contributing author and editor of the Third Edition of Herbert B. Newberg, Newberg On Class Actions, (3d ed. 1992) and she earned a Public Justice Achievement Award in July, 1999 from Public Justice for her work on the Brown University Title IX Litigation.

# STEPHEN J. HERMAN

820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax No. (504) 561-6024
E-Mail: sherman@hhklawfirm.com

---

## PERSONAL

Born, in New Orleans, Louisiana, on November 22, 1968.
Married, in 1994, to the Honorable Karen Kirshbom Herman, Criminal District Court for the Parish of Orleans, Section I.
Children: Alexandra Rae Herman, 19, and Harris Andrew Herman, 16.

---

## EDUCATION

**Isidore Newman School**                                                                                     **New Orleans, LA**
    Board of Regents Scholar, 1987.
    National Merit Letter of Commendation, 1986.

**Dartmouth College**                                                                                               **Hanover, NH**
    Bachelor of Arts, 1991.
    GPA, Overall: 3.3;  Major (English): 3.6.
    Third Honor Group, 1989-1990.
    Citation of Excellence in the Study of Milton, 1990.
    Citation of Excellence in the Study of Shakespeare, 1990.
    Winner of the Elenor Frost Playwriting Competition, 1991.

**Tulane University School of Law**                                                                      **New Orleans, LA**
    Juris Doctor, *Magna Cum Laude,* 1994.
    GPA: 3.52; Class Rank: Top Ten Percent.
    *Order of the Coif.*

---

## EMPLOYMENT

**Herman, Herman & Katz, L.L.C.**                                                                    **New Orleans, LA**
    Associate, 1995 - 2001.
    Partner, 2002 -

**Herman Gerel, L.L.P.**                                                                                          **Atlanta, GA**
    Associate, 1999 - 2001.
    Partner, 2002 -

**Justice Harry T. Lemmon, Louisiana Supreme Court**                                     **New Orleans, LA**
    Judicial Clerk, 1994-1995.

**Democratic Senatorial Campaign Committee**                                              **Washington, DC**
    Paid Intern, 1989.

---

## ACADEMIC POSITIONS

**Tulane University Law School**                                                                       **New Orleans, LA**
    Adjunct Professor, Advanced Civil Procedure: Complex Litigation, 2009-2016.
    Adjunct Associate Professor, 2017 -

**Loyola University School of Law**                                                                     **New Orleans, LA**
    Adjunct Professor, Advanced Torts Seminar on Class Actions, 2005 -

---

## PROFESSIONAL APPOINTMENTS

**Louisiana Attorney Disciplinary Board**
    Hearing Committee Member, 4th and 5th Circuits, 2008-2010.
    Lawyer Chairman, Hearing Committee 56, 2010 -2013.

**Southeast Louisiana Legal Services**, Board of Directors, 2009-2011

**Louisiana State Law Institute**, Code of Civil Procedure Committee, Sub-Committee on Multi-District Litigation, 2009.

**Louisiana Supreme Court Committee** on Rules of Professional Conduct for Class Actions, Mass Torts and Complex Litigation, 2015 -

**LSBA Rules of Professional Conduct Committee**, 2016-

---

## ADMISSIONS TO PRACTICE

**State of Louisiana**, Supreme Court and all inferior courts, 1994.

**United States District Courts**, Eastern, Western, and Middle Districts of Louisiana, 1995.

**U.S. Fifth Circuit Court of Appeals**, 1995.

**U.S. Ninth Circuit Court of Appeals**, 2004.

**U.S. Second Circuit Court of Appeals**, 2009.

**U.S. Supreme Court**, 2007.

---

## BAR AND TRIAL ASSOCIATIONS

**International Academy of Trial Lawyers.**
  Fellow, 2015 -

**American Bar Association, 1994  -**
  Fellow, American Bar Foundation.
  Member, Labor and Employment Section, 2004-2017.
  Member, Tort Trial and Insurance Practice Section, 2014 -
  Member, Litigation Section, 2015 -

**American Association for Justice, (formerly ATLA), 1995 -**
  Executive Committee, 2011-2012.
  Board of Governors, 2014 -
  State Delegate, Louisiana, 2007 - 2013.
      Chair, AAJ State Delegates, 2011-2012.
  National College of Advocacy (NCA) Board of Trustees, 2011-2017.
  *Harry Philo Award,* 2018.
  Wiedemann-Wysocki Award, 2001, 2011.
  Heavy Lifting Award, 2012.
  AAJ Endowment Board, 2010 -
  "Fellow" - National College of Advocacy.
  Co-Chair, Gulf Oil Spill Litigation Group, 2010 -
  Co-Chair, Chinese Drywall Litigation Group, 2009 -2011.
  Co-Chair, Dialysis Products Litigation Group, 2012.
  ATLA Press Advisory Board, 1999-2002, 2007-2010.
  Legal Affairs Committee, 2016 -
  *Amicus Curiae* Committee, 2008 -
  Keyperson Committee, 1996 -
  AAJ PAC Eagle / M-Club.
  Leaders' Forum Member.
  Constitutional Litigation Committee, 1997 -
  Member, Commercial Law Section, 1996 -
  Member, Insurance Law Section, 1996 -
  Member, Product Liability Section, 2014 -
  Member, Jury Bias Litigation Group, 2015 -
  Member, Class Action Litigation Group, 2009 -
  Member, Preemption Task Force, 2008 -
  Member, Rule 23 Working Group, 2014 -
  Member, 30(b)(6) Working Group, 2017 -
  Member, Tobacco Litigation Group, 1996 -
  Member, Health Care Finance Litigation Group, 1998 -
  Member, Electronic Discovery Litigation Group, 2004 -

**Louisiana State Bar Association, 1994 -**
  Fellow, Louisiana Bar Foundation.
  Rules of Professional Conduct Committee, 2016 -
  Member, Consumer Protection Section, 1996-1998.
  Cuba Task Force, 2016-2017.

**Louisiana Association for Justice, (formerly LTLA), 1995 -**
  President, 2014-2015.
  *Stalwart Award,* 2017.
  Executive Committee, 2011-2017.

**BAR AND TRIAL ASSOCIATIONS** (cont.)

>Chair, Maritime Section, 2012-2013.
>Chair, Law Office Technology Section, 2006-2007.
>Board of Governors, 2004 -
>Council of Directors, 2006 -
>AAJ State Delegate, 2007 -2013.
>*Amicus Curiae* Committee, 1999 -
>President's Advisory Board, 1996-1997, 1999 -2000.
>Constitutional Litigation Committee, 1996 -
>Key Contacts Committee, 1997 -
>Speakers Bureau, 1999 -

**Civil Justice Foundation.**
>President, 2003-2004.
>Board of Trustees, 1999 - 2012.
>*President's Award, 2001.*

**Public Justice, (formerly TLPJ).**
>Executive Committee, 2015-2016, 2017-2018.
>Board of Trustees, 2010 -
>Membership Committee Co-Chair, 2008-2009.
>Louisiana State Network Coordinator, 2000-2012.

**Roscoe Pound Foundation (Pound Civil Justice Institute).**
>Board of Trustees, 2015 -
>Treasurer, 2018 -
>Secretary, 2016-2018.

**Litigation Counsel of America.**
>Senior Fellow, 2016 -
>Fellow, 2007-2016.

**Federal Bar Association, New Orleans Chapter.**
>Board of Trustees, 2018 -

**Bar Association of the Fifth Federal Circuit.**

**New Orleans Bar Association.**
>Board of Trustees, 2018 -

**Mississippi Trial Lawyers Association.**

**Attorney Information Exchange Group** (AIEG).

**National Association of Legal Fee Analysis** (NALFA).
>Nation's Top Attorney Fee Experts: Assessing Fees in Class Actions, 2018.

**Injury Board.**

---

## PUBLICATIONS

America and the Law: Challenges for the 21ˢᵗ Century, Austin & Winfield, 1998, (revised edition, Gravier House Press, 1999).

"Duties Owed by Appointed Counsel to MDL Litigants Whom They Do Not Formally Represent" Loyola Law Review, Vol. 64, p.1 (Spring 2018).

"HMO Litigation" Tort Litigation: Preparation and Tactics - 2000 and Beyond (West 2003).

"Spoliation of Evidence" Civil Trial Practice: Winning Techniques of Successful Trial Attorneys (Lawyers & Judges Publishing, 2000), revised and reprinted in, Aircraft Accident Reconstruction and Litigation (Lawyers & Judges Publishing, 2003).

"Percentage Fee Awards in Common Fund Cases" Tulane Law Review Vol. 74, Nos. 5-6, p.2033 (June 2000).

Contributing Author, "Lead Counsel Duties" Standards and Best Practices for Large and Mass Tort MDLs (Bolch Judicial Institute, Duke Law School) (posted for comment May 14, 2018).

Editorial Board, Guidelines and Best Practices Implementing 2018 Amendments to Rule 23 (Duke Law School Center for Judicial Studies) (in progress).

Contributing Author, "Procedures and Standards for Objections and Settlement of Objections Under Rule 23(e)(5)" Guidelines and Best Practices Implementing 2018 Amendments to Rule 23 (Duke Law School Center for Judicial Studies) (in progress).

"Evidence Preservation and Spoliation" TRIAL Magazine, September 2005, p.50.

## PUBLICATIONS (cont.)

"Federal Preemption: *Geier* and Its Implications" <u>Louisiana Advocates</u> Vol.XVI, No.1, p.8 (Jan. 2001).

"The Use and Abuse of Privilege in Discovery" <u>Australian Products Liability Reporter</u>, Vol. 10, No.5 (June 1999).

"Understanding Spoliation of Evidence" <u>TRIAL Magazine</u> March 2001, p.45.

Review of *In Defense of Tort Law,* <u>TRIAL Magazine</u> November 2001, p.86.

"Proposed Changes to Rule 23: Consulting with Practicing Attorneys" <u>Sidebar</u> Vol. 3, No. 2, p.7 (Spring 2002),
    reprinted in, The Federal Lawyer Vol. 49, No.8, p.14 (Sept. 2002).

"Fighting Mandatory Arbitration" <u>Louisiana Advocates</u> Vol.XVII, No.5, p.13 (May 2002).

"*Roark v. Humana:* What This New Decision Means for Your Medical Malpractice Cases Involving HMOs"
    <u>Louisiana Advocates</u> Vol. XVIII, No. 1, p.8 (Jan. 2003).

"TLPJ Urges Trial Lawyers to Fight Court Secrecy" <u>Louisiana Advocates</u> Vol.XVII, No.6, p.13 (June 2002).

"Federal Court Upholds Rights of Plaintiffs Who Opted Out of Nationwide Class Action Settlement to Pursue Individual Claims"
    <u>Louisiana Advocates</u> Vol. XVIII, No. 1, p.14 (Jan. 2003).

"U.S. Supreme Court Rules Asbestosis Victims Can Recover Damages Based on Fear of Cancer"
    <u>Louisiana Advocates</u> Vol.XVII, No.6, p.7 (June 2003).

"Being a Savvy Blogger" <u>Louisiana Advocates</u> (July 2007), p.12.

"How to Maximize the Advantages of E-Mail and Eliminate the Risks" <u>Louisiana Advocates</u> (August 2007), p.6.

"Standing on the Shoulders of Those Who Came Before Us" <u>Louisiana Advocates</u> Vol. XXIX, No.10 (Oct.  2014).

"To Protect and Preserve an Independent Judiciary" <u>Louisiana Advocates</u> Vol. XXIX, No.12 (Dec. 2014).

"Hot Coffee" <u>Louisiana Advocates</u> Vol. XXX, No.2 (Feb. 2015).

"Personal Remarks" <u>Louisiana Advocates</u> Vol. XXX, No.5 (May 2015).

"How I Spent My Summer Vacations (and Still Remember the Lessons Learned)" <u>Louisiana Advocates</u> Vol. XXX, No.6 (June 2015).

"The Long Arc of Justice" <u>Louisiana Advocates</u> Vol. XXX, No.8 (Aug. 2015).

---

## SPEECHES AND PAPERS

"Removal by Preemption Under the *Avco* Exception...." Litigation at Sunrise, 1996 ATLA Annual Convention, Boston,
    Massachusetts, July 23, 1996.

"Spoliation of Evidence and Related Topics" Yours to Choose Seminar, LTLA, New Orleans, Louisiana, December 28, 1996.

"The Use and Abuse of Privilege in Discovery" Litigation at Sunrise, 1998 ATLA Annual Convention, Washington D.C., July 1998,
    and Yours to Choose Seminar, LTLA, Baton Rouge, Louisiana, December 30, 1998.

"Force-Placed Insurance: Banks' Failure to Disclose" Last Chance Seminar, LTLA, New Orleans, Louisiana, December 18, 1998.

"HMO Litigation" Winter Ski Seminar, LTLA, Aspen, Colorado, March 6, 2000,
    and Last Chance Seminar, Winning With the Masters, LTLA, New Orleans, Louisiana, Dec. 14, 2000.

"Class Action Litigation Against HMOs" 2001 ATLA Annual Convention, Montreal, Canada, July 17, 2001.

"Managing Complex Litigation for the Louisiana Paralegal" Institute for Paralegal Education, New Orleans, Louisiana, July 9, 1999.

"Subrogation and Loss Recovery in Louisiana" National Business Institute, New Orleans, Louisiana, March 24, 2000.

"Can We 'Import' Better Law in Personal Injury Cases?" LTLA Spring CLE Retreat, Orlando, Florida, March 31, 2002.

"Case Evaluation and Other Pre-Filing Considerations" Tobacco Litigation Group, ATLA Annual Convention, Atlanta, Georgia,
    July 21, 2002.

"Proving Fraud in Tobacco Cases" ATLA Annual Convention, Atlanta, Georgia, July 21, 2002.

"Preparing and Taking Depositions for Use at Trial" STLA, New Orleans, Louisiana, February 28, 2003, and
    LTLA *A La Carte* Seminar, New Orleans, Louisiana, December 30, 2004.

"Trial and Post-Trial Motions: The Plaintiff's Perspective" National Business Institute, New Orleans, Louisiana, June 20, 2003.

"A Practical Framework for Class Action Litigation" ABA National Institute on Class Actions, San Francisco, California, Oct. 24, 2003,
    and Washington, D.C., Nov. 7, 2003.

"Identifying Spoliation of Evidence Issues and Related Issues Surrounding the Preservation and Discovery of Electronic Data"
    National Business Institute, New Orleans, LA, March 30, 2004, and Lafayette, LA, December 2, 2004.

### SPEECHES AND PAPERS (cont.)

"Civil Discovery Sanctions" Dealing with Destruction: Preservation and Spoliation of Electronic Data and Other Evidence in Louisiana,
    National Business Institute, New Orleans, LA, March 30, 2004, and Lafayette, LA, December 2, 2004.

"Plaintiff's Personal Injury from Start to Finish" National Business Institute, New Orleans, Louisiana, November 30, 2004,
    and New Orleans, Louisiana, June 30, 2006.

"Litigating the Class Action Suit in Louisiana" National Business Institute, New Orleans, Louisiana, January 7, 2005.

"Proposed Changes to the Federal Rules" Electronic Discovery Teleseminar, May 10, 2005, and,
    ATLA Annual Convention, Toronto, Canada, July 25, 2005.

"Recent Decisions Affecting E-Discovery" E-Discovery: Get Ready to Apply the New FRCP Changes,
    National Business Institute, New Orleans, Louisiana, December 20, 2006.

"E-Discovery Procedures and Compliance with the New Rules" E-Discovery: Get Ready to Apply the New FRCP Changes,
    National Business Institute, New Orleans, Louisiana, December 20, 2006.

"Conducting Forensic Analysis" E-Discovery: Get Ready to Apply the New FRCP Changes,
    National Business Institute, New Orleans, Louisiana, December 20, 2006.

"E-Discovery Under the New Rules" LTLA *A La Carte* Seminar, New Orleans, Louisiana, December 29, 2006.

"The E-Discovery Amendments to the Federal Rules: Panel Discussion - E-Discovery Practical Considerations"
    Federal Bar Association, New Orleans Chapter, February 2, 2007.

"The E-Discovery Amendments to the Federal Rules: Panel Discussion - E-Discovery Ethics"
    Federal Bar Association, New Orleans Chapter, February 2, 2007.

"Class Action Reforms Post CAFA: Leverage the Reforms and Emerging Trends" Strafford Publications,
    CLE Teleconference, March 20, 2007.

"Electronic Evidence Symposium: New Rules, E-Discovery, Spoliation & Sanctions" New Orleans Bar Association,
    2007 Bench Bar Conference, Point Clear, Alabama, March 30, 2007.

"Personal Injury Cases: Calculating and Proving Damages" National Business Institute, New Orleans, LA, October 16, 2007.

"Vioxx Litigation: History, Overview and Navigating Through the Settlement Process" AAJ Weekend With the Stars,
    New York, NY, December 8, 2007.

"E-Discovery: Applying the New FRCP Changes" National Business Institute, New Orleans, LA, Dec. 13, 2007.

"Rethinking Depositions: Discovery vs. Trial" LAJ CLE A La Carte, Baton Rouge, LA, December 27, 2007.

"E-Discovery: A Changing Landscape - Practical & Legal Perspectives" SeminarWeb, January 16, 2008.

"Approaches to Defense Expert Depositions - Technique & Style" AAJ Mid-Winter Convention, Puerto Rico, January 26, 2008.

"E-Discovery Workshop" National Disability Rights Network Annual Conference, New Orleans, LA, June 4, 2008.

"San Diego Fire Cases" Litigation at Sunrise, AAJ Annual Convention, Philadelphia, PA, July 16, 2008.

"E-Discovery: The Paralegal's Role and Ethical Considerations" AAJ Annual Convention, Philadelphia, PA, July 16, 2008.

"Preparation of Expert Testimony" National Business Institute, New Orleans, LA, October 30, 2008.

"Avoiding Common Ethical Pitfalls" Building Your Civil Trial Skills, National Business Institute, New Orleans, LA, December 18, 2008.

"Documentary Evidence" Personal Injury Trials: Getting the Most out of Your Evidence, National Business Institute,
    New Orleans, LA, April 29, 2009.

"Electronic Evidence" Personal Injury Trials: Getting the Most out of Your Evidence, National Business Institute, New Orleans, LA,
    April 29, 2009.

"Ethics and Professionalism" AAJ Jazz Fest Seminar, New Orleans, LA, May 3, 2009.

"12 Lessons in Litigation" Web 2.0 and The Trial Bar, InjuryBoard.com, St. Petersburg, FL, June 5, 2009.

Moderator, Chinese Drywall Litigation Seminar, AAJ, New Orleans, Louisiana, August 11, 2009.

"Re-Thinking Experts" LAJ Post-Legislative Retreat, Carmel, CA, June 30, 2009, LAJ Last Chance Seminar, New Orleans, LA,
    December 10, 2009, and, LAJ CLE a la Carte, Baton Rouge, LA, December 30, 2009.

"Re-Thinking Experts" SeminarWeb! Live, December 17, 2009.

"Avoiding Common Ethical Pitfalls" Building Your Civil Trial Skills, National Business Institute, New Orleans, LA, December 18, 2009.

"Evaluating Class Actions: How Do You Know When You Have One?" LAJ CLE a la Carte, New Orleans, LA, December 30, 2009.

"Predatory Lending and Sub-Prime Class Actions" AAJ Mid-Winter Convention, Maui, Hawaii, January 30, 2010.

**SPEECHES AND PAPERS**  (cont.)

"Coast Guard / MMS Hearings" Gulf Coast Oil Spill Symposium, LSBA, New Orleans, LA, May 25, 2010.

Moderator, Gulf Coast Oil Spill Litigation Teleseminar, AAJ, June 2, 2010.

"Chinese Drywall Litigation" LSBA Summer School for Lawyers, Sandestin, Florida, June 7, 2010.

"12 Lessons in Litigation" LAJ Post-Legislative Retreat, Carmel, CA, June 29, 2010, (invited) (submitted paper) (could not attend).

Moderator, Chinese Drywall Litigation Program, AAJ, Vancouver, British Columbia, July 14, 2010.

Status of BP Claims Facility and Escrow Fund, Gulf Coast Oil Spill Litigation Group Program. Vancouver, British Columbia, July 16. 2010.

Update on MDL Issues and Litigation in the Eastern District of Louisiana, Gulf Coast Oil Spill, Vancouver, British Columbia, July 16, 2010.

"Oil Pollution Act of 1990: An Overview" Gulf Coast Oil Spill Litigation Group Program. Vancouver, British Columbia, July 16. 2010.

Oil Spill Litigation Panel Discussion: Liability, Punitive Damages, Environmental Issues, etc., HB Litigation Conference,
    Miami, Florida, November 4, 2010.

"Class Actions and Mass Torts" Avoyelles Parish Bar Association, Marksville, Louisiana, November 5, 2010.

"Ethical Issues in Litigation" SeminarWeb! Live, November 8, 2010.

"Ethics and Professionalism" Last Chance Seminar, Louisiana Association for Justice, New Orleans, Louisiana,
    December 9, 2010.

"Ethics and Professionalism" CLE a la Carte, Louisiana Association for Justice, New Orleans and Baton Rouge, Louisiana,
    December 30, 2010.

"Ethics and Professionalism in Litigation" AAJ Annual Convention, San Francisco, California, July 2013.

"The BP Oil / *Deepwater Horizon* Oil Spill Litigation:  An Overview" Louisiana State Bar Association 20th Annual Admiralty Symposium,
    New Orleans, Louisiana - September 20, 2013.

Faculty, Essentials of Civil Litigation AAJ Trial Advocacy College, Tulane Law School, New Orleans, Louisiana, October 7-10, 2013.

"Multi-District Litigation" National Association of Women Judges, New Orleans, Louisiana, October 11, 2013.

"Ethical Questions Raised by the BP Oil Spill Litigation" 22nd Annual Admiralty and Maritime Law Conference, South Texas College
    of Law, Houston, Texas, October 18, 2013.

"BP / Deepwater Horizon Oil Spill Litigation" Louisiana Judicial Conference, Evidence and Procedure Seminar,
    New Orleans, Louisiana, February 20, 2014.

"Ethical and Professional Issues in MDLs" LSBA Annual MDL Conference, New Orleans, Louisiana, March 14, 2014.

"'Legalnomics': Lessons from the Field of Behavioral Economics About Perception and Decision-Making for Trial Lawyers"
    LAJ a la Carte, New Orleans and Baton Rouge, Louisiana, December 29-30, 2014, and
    Mississippi Association for Justice Annual Convention, June 12, 2015.

"When the Levee Breaks – Resolving Complex Claims: Lesson of the Deepwater Horizon, Katrina, and More" ABA Section of
    Litigation, Annual Conference, New Orleans, Louisiana, April 15, 2015.

"E-Discovery: It's Not Just for Big Civil Suits in Federal Court Anymore" NOBA Bench-Bar Conference, Point Clear, April 17, 2015.

"Ethical and Professional Questions in Mass Tort Cases" LSBA Summer School for Lawyers, Sandestin, Florida, June 10, 2015.

"Telling Our Story: The Trial Lawyer's Journey" LAJ Post-Legislative Retreat, Carmel, California, June 22, 2015, and
    AAJ Weekend with the Stars, New York, New York, December 12, 2015.

Faculty Moderator, Pound Civil Justice Institute 2015 Forum for State Appellate Court Judges, "Contracting Transparency: Public
    Courts, Privatizing Processes, and Democratic Practices" and "Judicial Transparency in the 21st Century",  Montreal, Canada,
    July 11, 2015.

"Sidestepping Some of the *Daubert* Landmines" AAJ Annual Convention, Montreal, Canada, July 14, 2015.

"Unsettling Issues with Mass Tort Settlements" ABA Annual Convention, Chicago, Illinois, July 31, 2015.

Stephen J. Herman and James Bilsborrow, "Much Ado About Nothing: The So-Called 'No-Injury Class'" August 18, 2015.

"Class Actions, Mass Torts and Potential Changes to Rule 23" NOBA Bench-Bar Conference, Point Clear, March 10, 2016.

"Attacks on the Judiciary" LSBA Summer School for Lawyers and Judges, Sandestin, Florida, June 6, 2016.

"Procedure & Tactics in Complex Appellate Proceedings: A Case Study" Texas State Bar, Advanced Civil Appellate Practice,
    Austin, Texas, September 8, 2016.

"Ethics – Important Recent Developments that Impact Litigators on Both Sides of the 'V'" LSBA 23rd Annual Admiralty Symposium,
    New Orleans, Louisiana , September 16, 2013.

## SPEECHES AND PAPERS  (cont.)

Duke Law Center for Judicial Studies MDL Conference, Panel 1: Extent of Co-Lead Counsel's and PSC's Fiduciary Responsibility to All Plaintiffs, Washington, DC, October 27, 2016.

"Federal State Coordination: Peacefully Co-existing in Parallel Universes" LSBA 16th Annual Class Action / Complex Litigation Symposium, New Orleans, Louisiana, November 11, 2016.

Moderator, "Pros/Cons of State MDLs: Complex Litigation Rules of Professional Responsibility" LSBA 16th Annual Class Action / Complex Litigation Symposium, New Orleans, Louisiana, November 11, 2016.

"Managing Complex Litigation" NOBA Masters of the Courtroom, New Orleans, Louisiana, December 15, 2016.

"Fool Me Once, Shame on You (and Other Thoughts on Professionalism)" NOBA Procrastinators' Program, New Orleans, Louisiana, December 28, 2016.

"A Conversation on Intergenerational Professionalism" NOBA Bench-Bar Conference, Point Clear, Alabama, April 2, 2017.

"Litigating the Disaster Case" ABA Business Section, New Orleans, Louisiana, April 6, 2017.

"Defense Perspective" AAJ Future of Class Actions Conference, Nashville, Tennessee, May 11, 2017.

"Duties Owed by Appointed Counsel to MDL Litigants Whom They Do Not Formally Represent" AAJ Mass Torts Best Practices Seminar, Boston, MA, July 21, 2017.

"Handling Complex Litigation" EDLA First Biennial Bench and Bar Conference, September 28, 2017.

"Duties Owed by Appointed Counsel to MDL Litigants Whom They Do Not Formally Represent" LSBA 17th Annual Class Action/Complex Litigation Symposium, New Orleans, LA, November 10, 2017.

Faculty, AAJ Advanced Deposition College, New Orleans, LA, January 2018.

"Social Media as Evidence" LAJ / La. Judicial College Evidence & Procedure Seminar, New Orleans, Louisiana, March 16, 2018.

Duke Law Center for Judicial Studies MDL Conference, Panel 3: Standards in Determining Optimum Number of PSC Members and Amounts of Common Benefit Fund, Atlanta, Georgia, April 26, 2018.

"Emerging Issues in Civil Litigation" George Mason University Law & Economics Center 12th Annual Judicial Symposium on Civil Justice Issues, Arlington, Virginia, May 21, 2018.

Panel: Update on La. Supreme Court Committee on Ethical Rules in Complex Litigation and Multi-District Litigation, LSBA Summer School for Lawyers, Sandestin, Florida, June 5, 2018.

"Ethics of Class Action Settlements" AAJ Annual Convention, Denver, Colorado, July 8, 2018.

"Punitive Damages After *Batterton, Tabingo,* and *McBride*: What's Next?" LAJ High Stakes on High Seas, New Orleans, Louisiana, August 17, 2018, and LSBA 25th Annual Admiralty Symposium, New Orleans, Louisiana, September 14, 2018.

Program Coordinator / Moderator, LSBA Personal Injury Seminar, September 7, 2018.

Faculty, AAJ Mass Tort Deposition College, New Orleans, Louisiana, October 24-26, 2018.

"The 'Take No Prisoners' Deposition" AAJ Mass Tort Deposition College, New Orleans, Louisiana, October 24, 2018.

"So, You Settled the Case: Now What?" AAJ Class Action Seminar, New York, NY, December 6, 2018 (invited).

"Ethics" NOBA Procrastinators' Program, New Orleans, LA, December 19, 2018 (invited).

"Four Hot Spots to Avoid Legal Malpractice" AAJ Mid-Winter Convention, Miami, FL, February 5, 2019 (invited).

"The Trial Lawyer's Journey" Western Trial Lawyers Convention, Park City, Utah, March 1, 2019 (invited).

---

## REPORTED CASES

Alliance for Affordable Energy vs. New Orleans City Council,, No. 96-0700 (La. 7/2/96), 677 So.2d 424.

O'Reilly and Griffith vs. Brodie, et al and PMIC, 975 S.W.2d 57 (Tex. App. 4th Dist. - San Antonio 1998),
   *review denied,* (Aug. 25, 1998); and, 42 *ATLA Law Reporter* 264 (Sept. 1999).

Marchesani v. Pellerin-Milnor, 248 F.3d 423 (5th Cir. 2001), *and,* 269 F.3d 481 (5th Cir. 2001); and,
   *ATLA Law Reporter,* Vol. 46, p.240 (Sept. 2003), and *Louisiana Advocates* Vol.XVIII, No.4 (April 2003) p.14.

Scott v. American Tobacco, No. 01-2498 (La. 9/25/01), 795 So.2d 1176, *and,* No. 02-2449 (La. 11/15/02), 830 So.2d 294,
   *and,* No. 2004-2095 (La. App. 4th Cir. 2/7/07), 949 So.2d 1266, *writ denied,* 973 So.2d 740 (La. 2008),
   *cert. denied,* 128 S.Ct. 2908 (2008), *and, later proceeding,* No. 2009-0461 (La. App. 4th Cir. 4/23/2010), 36 So.3d 1046,
   *writ denied,* 44 So.3d 686 (La. 2010), *cert. denied,* 131 S.Ct. 3057 (2011).

**REPORTED CASES** (cont.)

Schultz v. Texaco Inc., 127 F.Supp.2d 443 (S.D.N.Y. 2001), *and,* 308 F.Supp.2d 289 (S.D.N.Y. 2004),
    *and,* 2009 WL 455163 (S.D.N.Y. Feb. 24, 2009).

Oubre / Orrill v. Louisiana Citizens Fair Plan, No. 09-0566 (La. App. 4th Cir. 12/09/09), 26 So.3d 994, *and,* No. 2009-0888 (La. App. 4th
    Cir. 4/21/2010), 38 So.3d 457, *writ denied,* 45 So.3d 1035 (La. 2010);  *and,* No. 2011-0097 (La. 12/16/2011), 79 So.3d 987.

In re Oil Spill by the Oil Rig Deepwater Horizon, 808 F.Supp.2d 943 (E.D.La. 2011) ("B1 Order");  *and* 910 F.Supp.2d 891
    (E.D.La. 2012), *aff'd,* 739 F.3d 790 (5th Cir. 2014) ("*Deepwater Horizon II*"), *cert. denied,* 135 S.Ct. 754 (2014);
    744 F.3d 370 (5th Cir. 2014) ("*Deepwater Horizon III*"); 785 F.3d 986 (5th Cir. 2015) ("*Rule 79 Decision*"); 785 F.3d 1003
    (5th Cir. 2015) ("*Non-Profits Decision*"); 793 F.3d 479 (5th Cir. 2015) ("*Data Access Appeal*"); 858 F.3d 298 (5th Cir. 2017) ("*495
    Appeal*");  *and,* 295 F.R.D. 112 (E.D.La. 2013) (approval of Medical Benefits Settlement);  *and,* 21 F.Supp.3d 657 (E.D.La. 2014)
    ("Phase One Trial Findings and Conclusions").

Duhon v. Activelaf d/b/a SkyZone, No.2016-1818 (La. 10/19/2016), 218 So.3d 1001 (and 2016 WL 6123820) (*amicus curiae*).

Bulot v. Intracoastal Tubular, No. 00-2161 (La. 2/9/01), 778 So.2d 583 (*amicus curiae*).

Dumas v. Angus Chemical, No. 97-2356 (La. 11/14/97), 702 So.2d 1386.

Sommers v. State Farm, No. 99-2586 (La. App. 4th Cir. 5/3/00), 764 So.2d 87.

Andrews v. TransUnion Corp., No. 2004-2158 (La. App. 4th Cir. 8/17/2005), 917 So.2d 463,
    *writ denied,* 926 So.2d 495 (La. 4/17/06), and MDL No. 1350;  *Louisiana Advocates,* Vol.XXIV, No.5 (May 2009), p.14.

Bratcher v. National Standard Life, 365 F.3d 408 (5th Cir. 2004), *cert. denied,* 125 S.Ct. 277 (2004).

Bauer v. Dean Morris, 2011 WL 3924963 (E.D.La. Sept. 7, 2011).

Schafer v. State Farm, 507 F.Supp.2d 587 (E.D.La. 2007), *and,* 2008 WL 131225 (E.D.La. Jan 10, 2008).

Moeckel v. Caremark Inc., 385 F.Supp.2d 668 (M.D. Tenn. 2005).

In re Managed Care Litigation, 150 F.Supp.2d 1330 (S.D.Fla. 2001).

Lakeland Anesthesia v. Aetna U.S. Healthcare, 2000 U.S. Dist LEXIS 8540 (E.D.La. June 15, 2000), *Andrews Managed Care Litigation
    Reporter,* Vol.I, Issue 13 (July 17, 2000) p.12.

Mays v. National Bank of Commerce, 1998 U.S. Dist. LEXIS 20698 (N.Dist. Miss. Nov. 20, 1998),
    *aff'd* No. 99-60167 (5th Cir. April 11, 2000).

Jones v. Hyatt, No. 94-2194 (La. App. 4th Cir. 9/25/96), 681 So.2d 381 (appeal counsel).

Delcambre v. Blood Systems, Inc., No. 2004-0561 (La. 1/19/05), 893 So.2d 23 (*amicus curiae*).

---

**VERDICTS, DECISIONS, REPORTED SETTLEMENTS AND AWARDS**

Scott v. American Tobacco, et al, Civil District Court for the Parish of Orleans, State of Louisiana, No. 96-8461, July 28, 2003,
    (Jury verdict in Phase I trial for class of Louisiana smokers finding tobacco industry liable for fraud, conspiracy, and
    intentional torts, and responsible for the establishment of a court-supervised medical monitoring and/or cessation program),
    and, May 21, 2004 (Jury verdict in Phase II in the amount of $591 Million for 10-year comprehensive court-supervised
    smoking cessation program), *aff'd, in part,* No. 2004-2095 (La. App. 4th Cir. 2/7/07) (upholding award of $279 Million fund
    to Class for 10-year cessation program), *on subsequent appeal,* No. 2009-0461 (La. App. 4th Cir. 4/23/2010), 36 So.3d 1046
    (ordering Defendants to deposit $241 Million, plus interest, into the Registry of the Court), *writ denied,* 44 So.3d 686 (La. 2010),
    *cert. denied,* 131 S.Ct. 3057 (2011) (Member of Trial Team, Philip Morris Team, and co-Lead of Briefing Team).

In re Oil Spill by the Oil Rig *Deepwater Horizon*, 21 F.Supp.3d 657 (E.D.La. 2014) (Phase One Trial Findings & Conclusions that
    BP was guilty of gross negligence and reckless and willful misconduct) (Co-Liaison Counsel for Plaintiffs and member of the
    Trial Team).

In re Oil Spill by the Oil Rig *Deepwater Horizon*, 910 F.Supp.2d 891 (E.D.La. 2012), *aff'd,* 739 F.3d 790 (5th Cir. 2014),
    *rehearing en banc denied,* 756 F.3d 320 (5th Cir. 2014), *cert. denied,* 135 S.Ct. 734 (2014) (approving Economic & Property
    Damages Class Settlement), *and,* 295 F.R.D. 112 (E.D.La. 2013) (approving Medical Benefits Class Settlement)
    (Settlements in Excess of $12.9 Billion) (Co-Lead Class Counsel).

Hernandez v. Knauf, No.09-6050, 2010 WL 1710434, *In re Chinese-Manufactured Drywall Products Liability Litigation,*
    MDL No. 2047 (E.D.La. April 27, 2010) (awarding over $164,000 in remediation and other damages, plus interest, costs,
    and reasonable attorneys' fees, in first bellwether trial, holding that all drywall, insulation, entire electrical system, HVAC
    system and copper plumbing must be removed) (Co-Lead Trial Counsel).

**VERDICTS, DECISIONS, REPORTED SETTLEMENTS AND AWARDS** (cont.)

*Marchesani v. Pellerin-Milnor,* 248 F.3d 423 (5th Cir. 2001), *and,* 269 F.3d 481 (5th Cir. 2001), and,
*Louisiana Advocates* Vol.XVIII, No.4 (April 2003) p.14, and *ATLA Law Reporter,* Vol. 46, p.240 (Sept. 2003)
($3.375 million settlement).

*Turner v. Angelo Iafrate, et al,* No. 596-274 (La. 24th JDC), *Louisiana Advocates,* Vol.XXI, No.10, p.15 (Oct. 2006), and,
*AAJ Law Reporter,* Vol.L, No.6 (Aug. 2007) ($4.5 million settlement).

*Niven v. Boston Old Colony, et al,* 24th JDC, State of Louisiana, No.373-299, December 28, 1998, (judgment of $529,027.02
for plaintiff against La. DOTD - total damages $5,290,270.20), *rev'd,* No. 99-783 (La. App. 5th Cir. 1/25/2000).

*Schultz v. Stoner, et al,* 127 F.Supp.2d 443 (S.D.N.Y. 2001), *and,* 308 F.Supp.2d 289 (S.D.N.Y. 2004), *and,* 2009 WL 455163
(S.D.N.Y. Feb. 24, 2009) (summary judgment granted in favor of mis-classified employees' right to benefits under the
Texaco pension plans).

*Oubre v. Louisiana Citizens Fair Plan,* No. 2011-0097 (La. 12/16/2011), 79 So.3d 987 (affirming class judgment of $92.8 million).

*In re: Vioxx Prod. Liab. Lit.,* MDL No. 1657 (E.D.La.), *Louisiana Advocates,* Vol.XXIII, No.1 (Jan. 2008) ($4.85 Billion Settlement
Fund) (Co-Chair of Sales & Marketing Committee, Insurance Committee, Member of Drafting Team for PNC).

*Andrews v. TransUnion Corp.,* No. 2004-2158 (La. App. 4th Cir. 8/17/2005), 917 So.2d 463,
*writ denied,* 926 So.2d 495 (La. 4/17/06), and MDL No. 1350, *Louisiana Advocates,* Vol.XXIV, No.5 (May 2009), p.14
($75 million settlement fund and significant additional in-kind relief).

*DeGarmo v. Healthcare Recoveries, Inc.,* No. 5:94cv14 (N.D.W.Va. 2001), 45 *ATLA Law Reporter* 180 (June 2002),
and *Louisiana Advocates,* Vol.XVI, No.9, p.10 (Sept. 2001) ($3 million settlement for class of policyholders for unlawful
subrogation practices).

*Galuzska v. Rosamond and GEICO,* No.618-435 (La. 24th JDC), *Louisiana Advocates,* Vol.XXIII, No.6 (June 2008)
($925,000 settlement in auto case).

*Marberry v. Sears,* 15th JDC, State of Louisiana, No.96-3244, December 7, 1998, (judgment of $195,054.96 for plaintiff).

*Kettles v. Hartford Life,* 1998 U.S. Dist. LEXIS 12899 (E.D.La. Aug. 14, 1998) (summary judgment for plaintiff awarding
over $80,000 in disability benefits).

---

## EXPERT TESTIMONY

*Mitchell v. Freese,* Civil Action No. 61C11:16-CV-00023, Circuit Court, Rankin County, Mississippi, (report August 24, 2017),
(testimony, arbitration proceeding, November 15, 2017) (ethical and professional duties to clients and co-counsel in
mass tort cases).

*U.S. ex. rel. Boogaerts v. Vascular Access Centers,* No. 17-2786, United States District Court for the Eastern District of Louisiana,
(declaration submitted on November 2, 2018 in support of fee petition for prevailing relator in *qui tam* case).

*Holmes v. Pigg,* No. 2007-2803, Civil District Court, Parish of Orleans, State of Louisiana, (deposition September 20, 2011)
(legal malpractice liability arising out of an ERISA case).

---

## OTHER ACTIVITIES, APPEARANCES, RECOGNITION, AND AWARDS

A/V Rated, Martindale-Hubbell.

Finalist, Trial Lawyer of the Year Award, TLPJ, 2005.

Leadership in the Law Recipient, *New Orleans CityBusiness,* 2010, 2017, 2018.
Hall of Fame, 2018.

Louisiana Appleseed, Board of Trustees, 2018 -

Top 500 Lawyers in America, *Lawdragon,* 2013, 2018.

Best Lawyers in America, 2012 -

"Lawyer of the Year" in the area of Product Liability Litigation, in New Orleans, by Best Lawyers, 2016.

"Superlawyer" in the area of Class Actions and Mass Torts, 2007 -

Top 100 Trial Lawyers, American Trial Lawyers Association, 2008 -

Million Dollar Advocates Forum.

**OTHER ACTIVITIES, APPEARANCES, RECOGNITION, AND AWARDS** (cont.)

Appointed Plaintiffs' Co-Liaison Counsel / Co-Lead Class Counsel, *In re: Deepwater Horizon,*
　　MDL No. 2179, Civil Action No. 2:10-md-02179, USDC for the Eastern District of Louisiana.

Appointed to the Plaintiffs' Steering Committee, *In re: Express Scripts Pharmacy Benefits Management Litigation,*
　　MDL No. 1672, Civil Action No. 4:05-md-01672-SNL, USDC for the Eastern District of Missouri.

Appointed to the Plaintiffs' Executive Committee, *In re: Cox Set-Top Box Antitrust Litigation,*
　　MDL No. 2048, Civil Action No. 5:09-ml-02048-C, USDC for the Western District of Oklahoma.

Appointed to the Plaintiffs' Executive Committee, *In re: Budeprion XL Marketing and Sales Litigation,*
　　MDL No. 2107, Civil Action No. 09-md-2107, USDC for the Eastern District of Pennsylvania.

Host Committee, Fifth Circuit Judicial Conference, New Orleans, Louisiana, April 19-22, 1998.

Curator *Ad Hoc, Boomco LLC vs. Ambassador Inn Properties, et al,* CDC No. 98-21208, Parish of Orleans, State of Louisiana.

Moderator, "Winning With the Masters", Last Chance Seminar, LTLA, New Orleans, Louisiana, December 19, 1998.

Moderator, "Winning With the Masters", Last Chance Seminar, LTLA, New Orleans, Louisiana, December 14, 2000.

Welcome, ATLA Jazz Fest Seminar, New Orleans, Louisiana, May 1, 2003.

Guest Appearance, *It's the Law* "Challenges for the 21st Century" New Orleans Bar Association, March 15, 1999.

Guest Appearance, *Bev Smith Show* "Is Tobacco Litigation Good For America?" American Urban Radio Network, June 8, 2000.

Guest Appearance, *The Morning Show* "Are Tobacco Lawsuits Good For America?" KRLV Radio, June 9, 2000.

Guest Appearance, *On the Air with Mike Bung* "Tobacco Litigation and Challenges for the 21st Century" 1540 AM, June 15, 2000.

Guest Lecturer, "The Nuremberg Trials" Touro Synagogue Religious School, April 2003.

Judge, ATLA Student Trial Advocacy Competition, Finals, New Orleans, Louisiana, March 26, 1999.

Associate Member, Louisiana Injured Employees Union Education Fund, 1999 - 2003.

Board of Directors, Touro Synagogue Brotherhood, 1998 - 2000.

Top Individual Fundraiser, Susan G. Komen Race for the Cure, Oct. 25, 2014.

Member, Mystery Writers Association, 1999 -

Author of Three Novels: The Gordian Knot (Gravier House Press 1998), The Sign of Four (Gravier House Press 1998), and
　　A Day in the Life of Timothy Stone (Gravier House Press 1999), as well as a fourth book, My Life As a Spy (Dec. 2018).

Maintains Website / Blog regarding Legal, Literary and Other Issues, including updates of What's New in Products Liability,
　　Class Actions, Legal Ethics and Professionalism, ERISA Litigation, Electronic Discovery and Spoliation,
　　at: www.gravierhouse.com.

# Richard J. Serpe

**580 E. Main Street, Suite 310 │ Norfolk, VA 23510**
**(757) 233-0009 │ rserpe@serpefirm.com**

## Education

University of Virginia                                                                Charlottesville, VA
     B.A. (Economics), 1983
Tulane University School of Law                                                   New Orleans, LA
     Juris Doctor (Law), 1986
     Order of the Coif
Tulane University School of Law                                                   New Orleans, LA
     LL.M. (Admiralty), 1989

## Employment

Law Offices of Richard J. Serpe, P.C., President                              Norfolk, VA
     2007 – Present
Glasser & Glasser, P.L.C., Partner                                               Norfolk, VA
     1992 – 2007
Martzell & Bickford, Associate                                                  New Orleans, LA
     1986 - 1992

## Professional Licenses

Admitted to Bar, Louisiana, 1986
Admitted to Bar, Texas, 1987
Admitted to Bar, Virginia, 1991

## Court Appointments

Plaintiffs' Steering Committee
     *In re: Chinese Manufactured Drywall Products Liability Litigation*
          MDL No. 2047, USDC for the Eastern District of Louisiana
Fee Committee
     *In re: Chinese Manufactured Drywall Products Liability Litigation*
          MDL No. 2047, USDC for the Eastern District of Louisiana
Class Counsel for Porter Blaine/Venture Supply Settlement Class
     *In re: Chinese Manufactured Drywall Products Liability Litigation*
          MDL No. 2047, USDC for the Eastern District of Louisiana
Class Counsel for Builders Mutual Insurance Company Settlement Class
     *In re: Chinese Manufactured Drywall Products Liability Litigation*
          MDL No. 2047, USDC for the Eastern District of Louisiana
Class Counsel for Nationwide Insurance Company Settlement Class
     *In re: Chinese Manufactured Drywall Products Liability Litigation*
          MDL No. 2047, USDC for the Eastern District of Louisiana

Class Counsel for Tobin Trading/Builders Plaster & Drywall/JMM Drywall/Insurers
     Settlement Class
      *In re:  Chinese Manufactured Drywall Products Liability Litigation*
        MDL No. 2047, USDC for the Eastern District of Louisiana
Liaison Counsel for Plaintiffs
      *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*
        2:11-CV-377, USDC for the Eastern  District of Virginia
Lead Counsel
      *Philip Allen, et al. v. Venture Supply, Inc., et al.*
        CL10-6976, Circuit Court, Norfolk, Virginia

## Professional Associations

°      Maritime Law Association, Proctor in Admiralty
°      American Bar Association
°      American Association of Justice
°      Virginia Bar Association
°      Norfolk and Portsmouth Bar Association
°      Virginia Trial Lawyers Association
°      Louisiana State Bar Association
°      State Bar of Texas
°      Virginia Brain Injury Association

## Awards and Honors

Virginia Super Lawyers                             2006 – 2019
Best Lawyers in America                          2006 – 2019
Martindale-Hubbell, AV® Preeminent™

## Publications and Speaking Engagements

Virginia Trial Lawyers Association
     Courage to Fight Injustice, Law Office Management Interchange
Virginia Trial Lawyers Association
     Trial from Start to Finish, Cutting Edge Technology for Presenting a Case
Mass Torts Made Perfect
     Chinese Drywall – News from the Trial Front
Lorman Education Services
     Maritime – Personal Injury from the Plaintiff Perspective

# Patrick S. Montoya

**Colson Hicks Eidson**
**Coral Gables, FL**
**305-476-7400**
patrick@colson.com

## Education

Davidson College                                                  Davidson, NC
         B.A. (Political Science), 1997
         Minor: Ethnic Studies

         Thomas J. Watson Fellowship                        Spain & Brazil
         1997-1998

University of Miami School of Law                              Miami, FL
         Juris Doctor (Law), 2001
         *Cum Laude*
         Moot Court Board, Member
         Inter-American Law Review, Member

## Employment

Morgan Lewis & Bockius                                  Miami, FL
         2001 – 2002, Associate

Colson Hicks Eidson                                    Coral Gables, FL
         2002-2007, Associate
         2007-present, Partner

## Professional Licenses

Admitted to Bar, Florida, 2001

## Court Appointments (Personal)

Plaintiffs' Steering Committee
         *In re:  Chinese Manufactured Drywall Products Liability Litigation*
         MDL No. 2047, USDC for the Eastern District of Louisiana

Interim Liaison Counsel for Class Plaintiffs
         *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*
         1:11-CV-22408-MGC, USDC for the Southern District of Florida

Co-Liaison Counsel for Miami-Dade County Plaintiffs
>*In re: Chinese Drywall,* consolidated case proceedings in case number 09-200,000, Eleventh Judicial Circuit Miami-Dade County

United States District Court for Southern District of Florida's *Ad Hoc* Committee, appointed by Hon. Donald J. Graham

**Colson Hicks Eidson MDL appointments**

Lead Counsel (Personal Injury Track)
>*In re: Takata Airbags Product Liability*, MDL No. 2599 (S.D. Fla.)

National co-lead Counsel
>*Bridgestone/Firestone Tires, MDL No. 1373 (S.D. Ind.)*

Lead and Liaison Counsel
>*In re: Monat Haircare Products,* MDL No. 2841 (S.D. Fla.)

Plaintiffs' Steering Committee

>*21st Century Oncology Data Breach*, MDL No.2737 (M.D. Fla.)

>*In re: Toyota Sudden Unintended Acceleration*, MDL No. 2151 (C.D. Cal.)

>*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,* on April 20, 2010, MDL No. 2179 (E.D. La.).

**Professional Associations**

- Dade County Bar Association, Board of Directors
- American Association of Justice, Board of Governors
- United States District Court for the Southern District of Florida's Ad Hoc Committee on Rules and Procedures
- Davidson College, South Florida Alumni Chapter, Vice-President
- Cuban American Bar Association, Member
- Gwen S. Cherry, Black Woman Lawyers Association, Member
- Florida Association of Women Lawyers, Miami-Dade Chapter, Member
- American Bar Association, Fellow

**Honors and Awards**

- Hon. Theodore Klein Award, Florida Association of Women Lawyers ("FAWL")
- Listed as a 2013 Rising Star by Daily Business Review
- Top Up & Comer in South Florida, South Florida Legal Guide from 2009 – 2013
- Florida Rising Stars by SuperLawyers, 2010 – 2012
- Florida SuperLawyer 2013-2019

- Top 40 Lawyers Under 40 by Cystic Fibrosis Foundation, 2009
- Donor Next Door Award, Dade Community Foundation

**Publications and Speaking Engagements**

- Published works
  - *Florida Evidence and Procedure,* ALM Publishing
  - *Federal Court Tips*, Daily Business Review, Miami
  - *10 Tips Leading to Efficient and Effective E-discovery for the Small Law Firm*, Florida Bar Journal

- Classes/Seminars
  - Lecturer, Pain & Suffering, Exacerbation of Pre-Existing Injuries, Loss of Earning, and Life Care Plans, National Business Institute, Ft. Lauderdale, FL
  - Lecturer, The Auto Injury Trial, National Business Institute, Ft. Lauderdale, FL
  - Lecturer, "The Rules of Evidence: A Practical Toolkit, Handling Email, Social Media and Other ESI"
  - Presenter, Opening Argument, "SuperStars In Trial," Dade County Bar Association
  - Lecturer, "Depo 101, Expert Witnesses," Dade County Bar Association, Young Lawyers Section CLE
  - Moderator, "Knock-Out Closing Arguments," View from the Bench CLE Seminar
  - Panelist, "Winning Deposition Techniques," View from the Bench CLE Seminar
  - Lecturer, "Ethical Considerations"
  - Lecturer, "Trucking Industry and the Law"
  - Presenter, "The New Ediscovery Rules," 2012 FSBAA Summer Conference, St. Petersburg, FL
  - Presenter, "Through the Looking Glass: Handling Mass Tort through the BP Oil Spill Experience," Broward County Bar Association
  - Presenter, "What You Need to Know to Navigate Florida's New E-discovery Rules," Webinar
  - Presenter, "Attacking Opposing Expert Testimony," National Business Institute
  - Presenter, "Evidence, Experts and Hearsay in the Courtroom," National Business Institute
  - Presenter, "Facing and Navigating the risks of US 'Taxation of Costs' laws" at ACEDS 2012 Conference in Hollywood, FL
  - Presenter, "You Can't Spell Sunshine without 'ESI': What you should expect under the new Florida e-discovery state rules" at ACEDS 2012 Conference in Hollywood, FL

- o Presenter, "Evidence to the Trial Lawyers" Seminar for the Collier County Bar Association
- o Presenter, "E-Discovery for Paralegals: Effectively Preserving Evidence" webinar for the Institute for Paralegal Education
- o Presenter, "The Evolution of Multi-District Litigation" at the American Bar Association Seminar, "Environmental, Mass Torts and Products Liability Litigation Committees' Joint CLE Seminar" in Hollywood, Florida
- o Presenter, "Cross-Examination of Expert Witnesses" at the Florida Institute of Certified Public Accountants conference
- o Presenter, The Harris Martin Chinese Drywall Conference at the Fountainbleau, featuring the following panel discussions: "The Case Against Taishan/Taihe," "Knauf-Pilot Program for Repairs" and "Inex and Banner Proposed Class Action Settlements—Objections and Opt-Out Issues"
- o Adjunct Professor, Legal Research and Writing Program, University of Miami School of Law
- o Lecturer, Litigating Catastrophically Injured Infant Cases, Association of Trial Lawyers of America
- o Adjunct Professor, Business Law, Carlos Albizu University, Miami, Florida
- o Adjunct Professor, University of Miami Paralegal Program, Core Course and Florida Procedures, Presented by the Florida Bar
- o Lecturer, Discovery Practice and Procedures in Tort Litigation, Basic Tort Litigation CLE
- o Lecturer, Products Liability and Medical Malpractice an Interactive Overview, Basic Tort Litigation CLE, Presented by the Florida Bar
- o Lecturer, "Professional Component of Clinical Pathology Fees and Recent Battles With HMOs," Association of Pathology Chairs 2007 Annual Meeting
- o Lecturer, "Florida Bar Advertising and Regulations," Lorman Seminars
- o Lecturer, "Countdown to Trial: A Crash Course in Trial Preparation for Paralegals," Institute for Paralegal Education
- o Lecturer, "Building and Litigating the Class Action Case," National Business Institute
- o Lecturer, "Legal Drafting Tips for Paralegals: Pleadings, Motions and Briefs," Institute for Paralegal Education
- o Lecturer, "How Discovery Is Being Affected by Caselaw and Changes," Institute for Paralegal Education
- o Lecturer, "Paralegal Litigation Skills: Managing Civil Discovery," Institute for Paralegal Education
- o Lecturer, "Representing Your Client in Federal Court," National Business Institute
- o Lecturer, "Document Management in the Trenches: How Paralegals Can Get (And Stay) Organized," Institute for Paralegal Education