MINUTE ENTRY
FALLON, J.
AUGUST 20, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 13-609 – Guilfort Dieuvil | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Kerry Miller, Esq. for Knauf Defendants
              Stephen Herman Esq. and Russ Herman, Esq. for Plaintiff Guilfort Dieuvil

Objections to the Special Master's Report by Plaintiff Guilfort Dieuvil (21104)

After Argument – Motion was passed for 15 days to allow the parties time to come to a final resolution of this matter without further Court involvement

JS10:   :37