UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

Before the Court is a motion to enforce the settlement agreement filed by Defendant Knauf. R. Doc. 22154. The Court having been informed that the settlement at issue has been partially funded in accordance with the Knauf settlement agreement,

**IT IS ORDERED** that Knauf's motion, R. Doc. 22154, be and hereby is **DENIED WITHOUT PREJUDICE AS MOOT**. Knauf is free to reurge the motion in the event the subsequent wave(s) of funding does not comply with the terms of the Knauf settlement.

New Orleans, Louisiana, this 21st day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE

1