UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

## PROPOSED AGENDA
## FOR AUGUST 29, 2019 STATUS CONFERENCE

**Joint Report**
  **Section**

    I.     PRE-TRIAL ORDERS

    II.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

    III.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    IV.   TAISHAN, BNBM AND CNBM DEFENDANTS

    V.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    VI.   BENNETT CLASS ACTION

    VIII.  ATTORNEY FEES

    IX.   MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

    XI.   SUGGESTION OF REMAND

    XII.  NEXT STATUS CONFERENCE