IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL    MDL NO. 2047

   PRODUCTS LIABILITY LITIGATION

Relates to ALL ACTIONS (except *The Mitchell*   SECTION : L

*Inc., v. Knauf Gips KG, et al., Civil Action*   JUDGE FALLON

No. 09-4115 (E.D. La.))      MAG. JUDGE WILKINSON

## NOTICE OF FILING OF SUPPLEMENT TO ALLOCATION MODEL
## AND ALLOCATION NEUTRAL REPORT

NOTICE TO ALL COUNSEL OF RECORD:

 As required by Section 6.5 of the Class Settlement Agreement, the Allocation Neutral

files his Supplement to Allocation Model and Report (Ex. "1" to this Notice).

 THIS, the 28th day of August, 2019.

         Respectfully submitted,

         **ALLOCATION NEUTRAL**

         */s/ J. Cal Mayo, Jr.*
         J. CAL MAYO, JR. (MB NO. 8492)

OF COUNSEL:

MAYO MALLETTE, PLLC
5 University Office Park
2094 Old Taylor Road
P.O. Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com