MINUTE ENTRY
FALLON, J.
AUGUST 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:  Sandra Duggan, Esq., for Plaintiffs
              Christina Eikhoff, Esq. for Taishan Defendants

MOTION for an Order: (1) Preliminarily Approving the Class Settlement Agreement with Taishan; (2) Preliminarily Certifying a Settlement Class; (3) Directing the Dissemination of Class Notice; (4) Scheduling a Fairness Hearing; and (5) Continuing the Stay of Litigation of Claims Against Taishan and the Additional Released Parties by Settlement Class Counsel (22305)

After Argument – Motion was Granted with a separate order to be issued

JS10:   :40