# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

### SETTLEMENT CLASS COUNSEL'S NOTICE OF FILING OF THE MASTER SPREADSHEET OF KNOWN SETTLEMENT CLASS MEMBER CLAIMS

In connection with Section 12.1.1 of the Class Settlement Agreement (MDL Rec. Doc. 22305-2), Settlement Class Counsel hereby files the Master Spreadsheet of Known Settlement Class Member Claims ("Master Spreadsheet"). A Portable Document Format ("PDF") version of the Master Spreadsheet is attached hereto as Exhibit "A," and will also be posted on the Chinese Drywall Website, www.ChineseDrywallSettlement.com.

Dated: August 29, 2019           Respectfully Submitted,

                              By:   /*s*/ Stephen M. Herman
                                    Russ M. Herman (La Bar No. 6819)
                                    Leonard A. Davis (La Bar No. 14190)
                                    Stephen J. Herman (La Bar No. 23129)
                                    Herman, Herman & Katz, LLC
                                    820 O'Keefe Avenue
                                    New Orleans, LA 70113
                                    Phone: (504) 581-4892
                                    rherman@hhklawfirm.com
                                    *Plaintiffs' Liaison Counsel MDL 2047*
                                    *and Settlement Class Counsel*

Arnold Levin (on the brief)
Fred S. Longer (on the brief)
Sandra L. Duggan (on the brief)
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*
*and Settlement Class Counsel*

Patrick Montoya
Fla. Bar No. 0524441
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047*
*and Settlement Class Counsel*

Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009
rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047*
*and Settlement Class Counsel*

Dawn M. Barrios (on the brief)
Emma Kingsdorf Schwab (on the brief)
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
eschwab@bkc-law.com
*Plaintiffs' Steering Committee MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of August, 2019.

Respectfully Submitted,

By: */s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*
*and Settlement Class Counsel*