UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

On August 29, 2019, the Court granted preliminary approval of the settlement agreement reached between Class Counsel and the Chinese Defendants. The parties having reached an agreement,

**IT IS ORDERED** that Taishan's motion to dismiss, R. Doc. 19998, be and hereby is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that the Plaintiffs' Steering Committee's motion to sever and reserve claims for attorney's fees, R. Doc. 22199, be and hereby is **DENIED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that the trials and pre-trial conference of these matters, currently set for December 2, 2019; January 6, 2020; January 21, 2020; February 3, 2020; February 18, 2020; March 2, 2020; March 16, 2020; March 30, 2020, be and hereby are **CONTINUED** without date.

New Orleans, Louisiana, this 29th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE