## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

### SETTLEMENT CLASS COUNSEL'S NOTICE OF FILING
### LONG FORM NOTICE

In connection with Order (1) Preliminarily Approving the Class Settlement Agreement With Taishan; (2) Preliminarily Certifying a Settlement Class; (3) Directing the Dissemination of Class Notice; (4) Scheduling a Fairness Hearing; and (5) Staying All Claims Against Taishan and the Additional Released Parties, signed by the Court on August 29, 2019, and entered on the docket on August 30, 2019 [Rec. Doc.22314], a Portable Document Format ("PDF") version of the Long Form Notice is attached hereto as Exhibit "A," and will also be posted on the Chinese Drywall Website, www.ChineseDrywallSettlement.com.

Dated: September 5, 2019            Respectfully Submitted,

By:     /s/ Stephen M. Herman
        Russ M. Herman (La Bar No. 6819)
        Leonard A. Davis (La Bar No. 14190)
        Stephen J. Herman (La Bar No. 23129)
        Herman, Herman & Katz, LLC
        820 O'Keefe Avenue
        New Orleans, LA 70113
        Phone: (504) 581-4892
        rherman@hhklawfirm.com
        *Plaintiffs' Liaison Counsel MDL 2047*
        *and Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047
and Settlement Class Counsel*

Patrick Montoya
Fla. Bar No. 0524441
Colson, Hicks, Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
patrick@colson.com
*Plaintiffs' Steering Committee MDL 2047
and Settlement Class Counsel*

Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009
rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047
and Settlement Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File & Serve Xpress (formerly LexisNexis File & Serve) in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 5th day of September, 2019.

Respectfully Submitted,

By: */s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfirm.com

*Plaintiffs' Liaison Counsel MDL 2047*
*and Settlement Class Counsel*