UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:** ALL CASES

# ORDER

With respect to the monthly status conference in the above-captioned matter, scheduled for September 20, 2019 at 2:00 p.m.,

**IT IS ORDERED** that anyone wishing to audit the monthly status conference call (800) 260-0702 and enter access code 471693.

New Orleans, Louisiana, this 9th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE