# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## ORDER

On August 29, 2019, the Court preliminarily approved a Class Settlement Agreement with Taishan. R. Doc. 22316. Pursuant to the terms of the settlement, Taishan has deposited the initial payment into the Court's treasury. Accordingly,

**IT IS ORDERED** that funds be transferred from the Court's treasury to the Court's registry by the Court's Budget and Financial Administrator.

New Orleans, Louisiana on this 11th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE