UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| **This document relates to cases:** | ) | MAG. JUDGE WILKINSON |
| **09-6690 and 11-3023** | ) | |
| | ) | |
| _____ | ) | |

## MOTION TO DEPOSIT SETTLEMENT FUNDS INTO THE REGISTRY OF THE COURT

The Law Firm of Colson Hicks Eidson, by and through undersigned counsel, moves this Court for an Order allowing the deposit of settlement funds for Claimants Alvaro Nunez and Carlos Cespedes into the registry of the Court, as follows:

1. On October 10, 2017, the Law Firm of Colson Hicks Eidson received $3,290.63 in trust for Claimant Alvaro Nunez as recovery from the Chinese Drywall Settlement Program Repair and Relocation Global Settlement. Upon receipt of the funds, undersigned counsel attempted multiple times to contact the Claimant via phone, e-mail, regular and registered mail to arrange to transfer the funds to him. To date, the Claimant has been unresponsive.

2. On November 5, 2018, the Law Firm of Colson Hicks Eidson received $625.46 in trust for Claimant Carlos Cespedes as recovery from the Chinese Drywall Settlement Program Other Loss Fund. Upon receipt of the funds, undersigned counsel attempted multiple times to contact the Claimant via phone, e-mail, regular

and registered mail to arrange to transfer the funds to him. To date, the Claimant has been unresponsive.

3. Because these Claimants have not responded to undersigned counsel's numerous requests to provide wiring instructions and taxpayer identification number necessary in order to disburse the funds, their recovery amounts should be deposited into the registry of the Court. Those funds may then be disbursed to the Claimants upon their request and once they have provided the necessary information to the Court.

WHEREFORE, Colson Hicks Eidson, by and through undersigned counsel, request that the Court enter an order granting their Motion to Deposit Settlement Funds Into the Registry of the Court.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of September, 2019. I further certify that the above and foregoing has been served on Claimant Alvaro Nunez, via certified mail, regular mail,  at 17433 SW 22 Street, Miramar, FL, 33029, and via and electronic mail alvaro33@comcast.net; AnaHidalgo@hotmail.com; and on Claimant Carlos Cespedes, via certified mail, regular mail,  at 8620 SW 21 Street, Miami, FL, 33155, and via and electronic mail cespedescarlos63@yahoo.com; norah1935@gmail.com.

/s/  Patrick S. Montoya
PATRICK S. MONTOYA

2

Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:     (305) 476-7444
*Counsel for Plaintiffs*