UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to all cases** | ) ) ) ) | MAG. JUDGE WILKINSON |

# ORDER

Considering the law firms of law firms of Colson Hicks Eidson's Motion to Deposit Settlement Funds Into the Registry of the Court.

IT IS ORDERED that the Motion to Deposit Settlement Funds Into the Registry of the Court is GRANTED and funds for Claimants Alvaro Nunez and Carlos Cespedes shall be deposited into the registry of the Court.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge