UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to case numbers 09-6690 and 11-3023** | ) ) ) ) ) | MAG. JUDGE WILKINSON |

# ORDER

Considering the law firm of Colson Hicks Eidson's Motion to Deposit Settlement Funds Into the Registry of the Court, R. Doc. 22322,

**IT IS ORDERED** that the Motion to Deposit Settlement Funds Into the Registry of the Court is **GRANTED** and funds for Claimants Alvaro Nunez and Carlos Cespedes shall be deposited into the registry of the Court. Claimants are instructed to contact the Court's financial unit at 504 589 7785 for further instructions regarding collection.

New Orleans, Louisiana, this 20th day of September, 2019.

_____
Eldon E. Fallon
United States District Court Judge