UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**GUILFORT DIEUVIL (13-609)** | |

# ORDER

At the request of the parties,

**IT IS ORDERED** that a telephone status in the above-captioned matter be set for Thursday, October 3, 2019, at 8:30 a.m.

New Orleans, Louisiana, this 23rd day of September, 2019.

*[signature]*

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1