UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

The Court has received a copy of the statement read by Ms. Tina Ramsey at the September 20, 2019 monthly status conference in the above-captioned matter. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

New Orleans, Louisiana, this 23rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

Thank you for letting me speak. Its hard to know where to begin. When we started out my parent Gave us a choice of a 16x80 used Mobile home or a new 14x52 new Mobile home I was pregant with are first child and we only wanted the best for her. We Choose the smaller new mobile home because we knew it would be clean and no worries we quickly out grew are mobile Home. we started talking and planning to build a home on are land we owned. my husband drew up all the plans and blueprints himself. he was allowed to pull all the proper permits Expect the A/C it took us 6 years to build our dream home we needed space we have 3 Children each had gotten there own room, my oldest was 14 when we moved in. When we were building our home our kids grand parents bought the windows as gifts for there birthdays our home was all of our dreams.

Are home was estimated at 346 thousand dollar by the insurance company. when we moved in we only owed 5,000 on are home About 6 months to a year we started having A/C problems at that time it was under warrenty so no worries the kids computers started going out. We got on to them for being to ruff only to find out we had C.D.W. We really didn't know what that meant When the inspector came out and cut holes in the walls of every room in Our house

he was going to try and fix them I told him no my husband would but after speaking with the lawyer we decided not to because it will all have to come out any way. we stopped all are additional plans we had for are home because it would all have to come back down so there is still holes in our walls now. we worried a lot about are kids health. I looked up everything i could find about CDW. I found a Face book group. I talked to afew people and one gave me a number to a doctor that I belive the court used years ago. He was in a Conference but took my call he was very nice. He said the best he could tell me it to keep my house aired out the best i could Respiratory problems is what i need to look for my son has C.O.P.D. and Asthma. my grandson will be 2 years of age in December he lives with us and has started having nose bleeds the stress is overwhelming along with health issues we also have to worry about when is are A/C going to give out again along with other appliances

your Honor we have M.E.E.T. - C.D.W. Tashian agreed they made MEET in the florida cases they were paid 87.70 a square foot at 100% of under air. I have MEET and not getting near that amount. they aslo put me in the 75% under air group

I have family and friends that live in florida. We bought are Drywall at the same place and time Also tashian is paying 10% of there attorney fees how is that fair

I was at the last meeting held here last month and talked with a few attorneys afterwards they told me the global group were getting better than florida cases and the MFN had to come in and pull them up to are level they went from $67.00 a square foot to 87.70 we should be treated as good

The neutral attorney in Mississippi needs to be fired after talking to a few contractors we need to have a special group remove are toxic Drywall its also has to be discyaurded properly that cost a lot more than normal I dont belive he knows what he is doing. we need someone who knows about toxic Drywall removal and disposal

my house has spray foam insulation through out the entire exterior wall the wiring is incased in the foam thats going to costs lots of money and time to remove

My husband worked 23 years in the industrial Construction field. he made good money. he had a light heat stroke and not able to work in the direct sun. we now have our own business we build outdoor furniture. we can not afford to move out and pay rent. So that will have to Come out of our settlement. very worried that when we get everything out we wont be able to afford to put it back

your honor Flarida Group came out much better and I am very happy for them but we need to be treated just as fair

The attorney here tell me the global Group Came out better. Thats just not true the past Few months have been so stressful. I have missed work and cried almost everyday. I have gone to my doctor and have started medication for Anxiety and high blood pressure

our offer is 148 thousand of which could be more or less depends. Of that my attorney will get 33.3% of. My Attorney is a very nice lady, we talk as if she's one of my Girl friends, but when it comes to knowing anything about this case she is clueless. I listen to the conference calls and even been here on a few occasions and will have questions she will tell me i know more than her

When she found out what the settlement was, I told her we may get around 90 thousand. She said surly her fees wouldn't come out of are settlement

She will be receiving basically half what I am getting and has not had to fight for us as the Attornys here in the court room. This also dosen't seam Fair. I know the Attornys deserve there fair share for all there time, effort, & exspences but I am having to rebuild my dream home that should have never had to be redone and praying i have enuff to aleast finish it livable