MINUTE ENTRY
FALLON, J.
SEPTEMBER 26, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The parties discussed the status of the case and procedural plans to move it forward. The parties represented that discovery was wrapping up and outlined a number of actions that will be undertaken in the coming months to prepare the cases for trial. Accordingly,

**IT IS ORDERED** that Jimmy Doyle file proposed amendments to the pleadings by October 3, 2019, to which objections will be due on October 10, 2019.

**IT IS FURTHER ORDERED** that the parties meet and confer regarding necessary amendments to the Case Management Order and submit a letter to the Court requesting such changes by October 10, 2019.

**IT IS FURTHER ORDERED** that the parties participate in a telephone status conference with the Court on Thursday, October 31, 2019 at 9:30 a.m. The Court will initiate the call.

JS10(00:31)

1