MINUTE ENTRY
FALLON, J.
OCTOBER 3, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Guilfort Dieuvil* No. 13-609 | * * * | |

## MINUTE ENTRY

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. As Liaison Counsel, Steve Herman participated on behalf of Plaintiff Guilfort Dieuvil. Kerry Miller participated on behalf of the Knauf Defendants. The parties discussed the status of the case. Accordingly,

**IT IS ORDERED** that the parties provide the Court with a recommendation regarding the amount due to Mr. Dieuvil. Plaintiff's recommendation shall be due by Thursday, October 10, 2019. Defendant's opposing recommendation shall be due by Thursday, October 17, 2019.

JS10(00:11)