**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 3, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>All Cases | * * * | |

## MINUTE ENTRY

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. Sandra Duggan, Arnold Levin, and Richard Serpe participated on behalf of the Plaintiffs. Christy Eikhoff, Harry Rosenberg, David Venderbush, Bernard Taylor, and Jim Stengel participated on behalf of the Defendants. The parties discussed issues raised by class members in communication with the Court. Accordingly,

**IT IS ORDERED** that the parties participate in a telephone status conference on Wednesday, October 9, 2019 at 10:00 a.m. The parties will use the following dial-in information: 877-336-1839; access code: 4227405; security code: 100919.

JS10(00:13)

1