UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** ALL CASES

## ORDER

**IT IS ORDERED** that the Telephone Status Conference scheduled for Wednesday, October 9, 2019 at 10 a.m. is hereby **CANCELLED**.

New Orleans, Louisiana, this 4th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

1