# EXHIBIT A

| | INTERVENING PLAINTIFFS | |
|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF AFFECTED PROPERTY** |
| 1. | Robert Amuso | 9461 Ambrose Lane, Kimberly, AL 35091 |
| 2. | BACO ANNETTA, LLC | 363 NE 30 AVE, Homestead, FL 33033 |
| 3. | Loretha J. Armstrong | 121 11th Avenue East, Bradenton, FL 34208 |
| 4. | Christopher Payton & Arrowhead Lodge, LLC | 19 Money Hill Lane, Poplarville, MS 39470 |
| 5. | Lisa Lofton o.b.o. Estate of Catherine Baber | 121 Country Club Drive, Pass Christian, MS 39571 |
| 6. | David Neil Baldwin | 909 High Ridge Drive, Friendswood, TX 77546 |
| 7. | Hanh Bich Thi Tran | 1008 Washington Court, Moody, AL 35004 |
| 8. | Martin Kuntz | 1417 SW Devera Place, Port St. Lucie, FL 34953 |
| 9. | Shona Blonsky | 8220 SW 60 Court, South Miami, FL 33143 |
| 10. | Leslie S. Bogard & Rachel Renee Schoerner | 451 Linda Drive, Biloxi, MS 39531 |
| 11. | William D. Brady | 2089 Knollwood Place, Birmingham, AL 35242 |
| 12. | Sarah B. Brousseau | 437 Delgado Drive, Baton Rouge, LA 70808 |
| 13. | Kenneth Butcher | 4020 Island Lakes Drive, Winter Haven, FL 33881 |
| 14. | Richard Calevro | 5040 Georgia Street, Bay St. Louis, MS 39520 |
| 15. | Marfelia Calderon | 3441 SW Haines Street, Port St. Lucie, FL 34953 |
| 16. | Leslie M. Cason | 124 Arbor Hill Lane, Huntsville, AL 35824 |
| 17. | Michael M. Christovich | 829 East Scenic Drive, Pass Christian, MS 39571 |
| 18. | Carl J. Cordier, Jr. | 11429 Maxine Drive, New Orleans, LA 70128 |
| 19. | Prabha Dhume | 150 Spencer Avenue, New Orleans, LA 70124 |
| 20. | Mary Ann Ferry | 101 Lakeside Drive, Waveland, MS 39576 |
| 21. | Alice Ginart | 2104 Olivia Street, Meraux, LA 70075 |
| 22. | Suzan Grande & CJ Properties | 7 Nevin Court, Conroe, TX 77301 |
| 23. | Wanda Green | 1709 Seacrest Drive, Gautier, MS 39553 |
| 24. | Jason Hallmark | 775 Ridgefield Way, Odenville, AL 35120 |
| 25. | Earnest Hamilton | 160 Blairs Circle, Pell City, AL 35215 |

| 26. | Gary Helmick | 13237 Emerald Acres Avenue, Dover, FL 33527 |
|---|---|---|
| 27. | Simin Liu | 3016 Taft Park, Metairie, LA 70002 |
| 28. | George W. Humphries, III & George W. Humphries, IV | 11209 Texas Street, Bay St. Louis, MS 39520 |
| 29. | Nancy Ijemere | 7012 Eagle Point Trail, Birmingham, AL 35242 |
| 30. | Matthew L. Issman & Susan A. Issman | 669 Timberwood Loop, Madisonville, LA 70447 |
| 31. | Terri Lee | 3258 Clubhouse Road, Mobile, AL 36605 |
| 32. | Renee Lee | 308 Italian Isle, Gautier, MS 39553 |
| 33. | Catherine S. Martinez | 6507 Memphis Street, New Orleans, LA 70124 |
| 34. | Kerry McCann | 73244 Penn Mill Road, Covington, LA 70435 |
| 35. | Andree McCullar | 603 East Second Street, Pass Christian, MS 39571 |
| 36. | Susan Niemiec | 6881 Brompton Drive, Lakeland, FL 33809 |
| 37. | Bernice Pendelton | 5224 Pasteur Boulevard, New Orleans, LA 70122 |
| 38. | Bich Nguyen | 9549 Homestead Drive, Baton Rouge, LA 70817 |
| 39. | Kristal Province | 86048 Highway 450, Franklinton, LA 70438 |
| 40. | Lin H. Robinson | 131 Sea Oaks Drive, Long Beach, MS 39560 |
| 41. | Rose Russo | 9800 Quinta Artesa Way, Unit 105, Ft. Myers, FL 33908 |
| 42. | Debra Thomas | 32793 A Waterview Drive East, Loxley, AL 36551 |
| 43. | Suzanne Tolliver | 4531 Darwin Boulevard, Port St. Lucie, FL 34953 |
| 44. | Aliesky Santiago | 14763 SW 35 Lane, Miami, FL 33185 |
| 45. | Christian Vest o.b.o. Estate of Timothy Hoffman | 624 NE 2nd Place, Cape Coral, FL 33909 |
| 46. | Ruby Xiaochun Xi | 4220 Vincennes Place, New Orleans, LA 70125 |
| 47. | Karma Zelenenki | 4331 Ferrari Drive, Sebring, FL 33872 |