IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| Relates to ALL ACTIONS (except *The Mitchell Inc., v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | SECTION : L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**NOTICE OF FILING OF CORRESPONDENCE**

NOTICE TO ALL COUNSEL OF RECORD:

Notice is given to all counsel of correspondence dated September 28, 2019, from Keith H. Morgan, Jr., to the Allocation Neutral (Ex. "1" to this Notice).

THIS, the 8th day of October, 2019.

Respectfully submitted,

**ALLOCATION NEUTRAL**

/s/ J. Cal Mayo, Jr.
J. CAL MAYO, JR. (MB NO. 8492)

OF COUNSEL:

Mayo Mallette, PLLC
5 University Office Park
2094 Old Taylor Road
P.O. Box 1456
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
cmayo@mayomallette.com