

EXHIBIT "1"

September 27, 2019

Mr. J. Cal Mayo, Jr., Partner
Mayo Mallette PLLC
2094 Old Taylor Road
Post Office Box 1456
Oxford, Mississippi 38655

Dear Mr. Mayo:

For the past eleven years my wife and I have waited with low expectations that we would receive a fair and reasonable reimbursement for the direct and associated other costs due to the necessary remediation of the toxic Taishan CDW in our primary residence. Now "at the eleventh hour", I find in your Allocation Model and Allocation Neutral Report that I'm in Bucket F (IMT Gypsum) and, thus, entitled to a ridiculously insignificant final settlement amount, which will result in approximately 50 cents on the dollar for only my direct remediation costs. If your allocation is allowed to stand, my low expectations will be realized in spades.

I have three straight-forward questions/comments for which I would appreciate your response, since you are the sole author of the Allocation Model, based on your use of the terms- "I assign, I assign, I have assigned" on page 3 of you report.
1) You have assigned the Taishan Victims in Buckets B, C, F, G and L a 80% "haircut". Please explain your reasoning/justification for this severe discount. Why not 30%, 40% or 50%? Seems very arbitrary and capricious. After all, Taishan is funding $248,000,000 regardless of how you, subject to Court approval, allocate this fixed funded amount. A discount of 40% say, instead of 80%, will not cost Taishan a penny more. Yes, I realize other buckets would be adjusted some, but the objective should be a fair and equitable settlement for ALL parties. Have I suffered less than a Victim in Bucket A? I don't think so.
2) How vigorously did the representatives of the PSC pursue Taishan so as to be completely satisfied they did not produce the toxic drywall included in the above-mentioned five buckets? If the pursuit was not aggressive and thorough then all the more reason the 80% "haircut" is unreasonable and unacceptable. Somebody in China had to produce this toxic product. There has to be some paper trail.
3) On little or no information, I figure there must be 800-900 victims in these five buckets. No small number of families being disadvantaged by your calculations. Will this be enough to get the Court's attention? There has got to be a more fair and equitable way.

The following is strictly an "editorial comment". I'm a retired CPA, having had a 40+ year career as a partner with a state-wide firm, an international firm- KPMG, and my

own local, four partner firm. I have been blessed financially through my career and have invested reasonable well. Thus, whether I receive another $25,000 net in the final settlement or the more appropriate $140,000, it will not make any difference in how we live out our remaining years- I'm 79 and my wife is 77. BUT, this is a matter of PRINCIPLE.

Yes, I do realize I can op-out of this settlement, which is a ridiculous non-option.

I intend to file this letter as is, to the four required parties, as an OBJECTION to the proposed Settlement.

I feel at the end of the day, I have been thoroughly beaten up by this ordeal and now I'm being pissed on by your Allocation Model.

GO GATORS!!!

Respectfully,

*[signature]*

Keith H. Morgan, Jr.
6545 Caicos Ct.
Vero Beach, FL 32967
772-532-3695
kmorgan-antilles@comcast.net
#2135
MDL No. 2047