UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL         PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047   SECTION: L   JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | | |

**SETTLEMENT ADMINISTRATOR'S MOTION FOR DEPOSIT OF DISPUTED ATTORNEY FEE FUNDS INTO THE REGISTRY OF THE COURT**

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve the deposit of certain disputed attorney fee funds registry of the Court, as detailed in the Memorandum in Support filed concurrently with this Motion.

WHEREFORE, the Settlement Administrator requests that this Honorable Court allow the Settlement Administrator to deposit these disputed funds into the registry of the Court.

Respectfully submitted,

   /s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*