UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL            PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | | |

**MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DEPOSIT OF DISPUTED ATTORNEY FEE FUNDS INTO THE REGISTRY OF THE COURT**

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve the deposit of disputed attorney fee funds into the registry of the Court.

On July 9, 2019, the Court entered an Order disbursing attorney fee funds to the Settlement Administrator for distribution to eligible firms (Rec. Doc. 22288).  In the course of distributing The Settlement Administrator received notice from several parties that there was a dispute between firms as to the proper payee of attorney fees for certain addresses, a list of which is attached as Exhibit A.  Upon receiving notification of the dispute, the Settlement Administrator held the attorney fee funds allocated to the disputed properties.  The parties have informed the Settlement Administrator that they have attempted to resolve their dispute but have reached an impasse and require judicial intervention to resolve this dispute.

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the deposit into the registry of the Court in the amount of $6,866,796.33, which is the total allocated as fees for the properties listed on Exhibit A.

1

Respectfully submitted,

\_\_/s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*