| Row | Affected Property Address |
|---|---|
| 1. | 1011 Grassy View Lane, Houston, TX, 77073 |
| 2. | 1035 Verde Trails, Houston, TX, 77073 |
| 3. | 10424 Gallant Road, Gallant, AL, 35972 |
| 4. | 1055 Verde Trail Drive , Houston, TX, 77073 |
| 5. | 1060 Kings Way, Birmingham, AL, 35242 |
| 6. | 1063 Verde Trails Drive , Houston, TX, 77073 |
| 7. | 10706 Country Square Blvd. , Baytown, TX, 77523 |
| 8. | 1071 Verde Trails Drive, Houston, TX, 77073 |
| 9. | 10718 Country Square Blvd. , Baytown, TX, 77523 |
| 10. | 1079 Verde Trails Drive , Houston, TX, 77073 |
| 11. | 10907 Northam Drive, Tomball, TX, 77375 |
| 12. | 11829 Longwood Garden Way , Houston, TX, 77047 |
| 13. | 11913 Sanspereil Drive , Houston, TX, 77047 |
| 14. | 11916 Princess Garden Way , Houston, TX, 77047 |
| 15. | 11916 Prior Park Drive , Houston, TX, 77047 |
| 16. | 11927 Longwood Garden Way , Houston, TX, 77047 |
| 17. | 12418 SW 230th Street , Miami, FL, 33170 |
| 18. | 1302 Legacy Drive, Hoover, AL, 35242 |
| 19. | 1322 Railroad Drive, Hayden, AL, 35079 |
| 20. | 13623 Johns Road, Vance, AL, 35490 |
| 21. | 13911 Brayford Place Court , Houston, TX, 77014 |
| 22. | 13919 Brayford Place Court , Houston, TX, 77014 |
| 23. | 14123 Seagler Spring Lane , Houston, TX 77044 |
| 24. | 1415 Scout Trace, Hoover, AL, 35244 |
| 25. | 1430 Brocks Trace , Birmingham, AL, 35244 |
| 26. | 14903 Hyde Park Place, Houston, TX, 77069 |
| 27. | 1495 Milner Crescent , Birmingham, AL, 35205 |
| 28. | 1605 Palcio Real Drive , Houston, TX, 77047 |
| 29. | 1626 Trail Oaks Court, Kingwood, TX, 77339 |
| 30. | 1637 Dunhill Drive, Birmingham, AL, 35215 |
| 31. | 1639 Nichole Woods Drive , Houston, TX, 77047 |
| 32. | 1647 Nichole Woods Drive , Houston, TX, 77047 |
| 33. | 1651 Nichole Woods Drive , Houston, TX, 77047 |
| 34. | 1657 Nicole Woods Drive , Houston, TX, 77047 |
| 35. | 1673 Nichole Woods Drive , Houston, TX, 77047 |
| 36. | 16907 Melvin Oaks Court, Houston, TX, 77095 |
| 37. | 1821 Lake Cyrus Club Drive, Hoover, AL, 35244 |
| 38. | 1882 Cedar Circle , Dayton, TX, 77535 |
| 39. | 18902 Telford Way, Tomball, TX, 77375 |
| 40. | 18903 Bressingham Drive , Tomball, TX, 77375 |
| 41. | 18915 Telford Way , Tomball, TX, 77375 |
| 42. | 19103 Crystola Park , Spring, TX, 77373 |
| 43. | 19106 Coxwold Lane , Tomball, TX, 77375 |
| 44. | 19130 Center Park Drive, Spring, TX, 77373 |

| | |
|---|---|
| **45.** | 19306 Aquatic Drive, Humble, TX, 77346 |
| **46.** | 19314 Aquatic Drive , Humble, TX, 77346 |
| **47.** | 19506 Green Chase Lane , Houston, TX, 77583 |
| **48.** | 1978 Magnolia Circle, Dayron, TX, 77535 |
| **49.** | 19923 Cypresswood Square , Spring, TX, 77373 |
| **50.** | 2001 Cardinal Ridge Court , Friendswood, TX, 77546 |
| **51.** | 2008 Sparrow Circle , Friendswood, TX, 77546 |
| **52.** | 201 Robert Lee Drive, Gadsden, AL, 35903 |
| **53.** | 2010 Lulach Lane , Conroe, TX, 77301 |
| **54.** | 210 Wild Bird Drive , Spring, TX, 77373 |
| **55.** | 21111 Normand Meadows Lane , Humble, TX, 77338 |
| **56.** | 21119 Escala Drive, Humble, TX, 77338 |
| **57.** | 21122 Field House Court, Humble, TX, 77338 |
| **58.** | 21122 Field House Court, Humble, TX, 77338 |
| **59.** | 21126 Escala Drive , Humble, TX, 77338 |
| **60.** | 21126 Field House Court , Humble, TX, 77338 |
| **61.** | 21126 Wortham Oaks Drive, Humble, TX, 77338 |
| **62.** | 21127 Normand Meadows , Humble, TX 77338 |
| **63.** | 21139 Grandin Wood Court , Humble, TX, 77338 |
| **64.** | 21142 Sprouse Circle , Humble, TX, 77338 |
| **65.** | 21142 Wortham Oaks Drive, Humble, TX, 77338 |
| **66.** | 21146 Grandin Wood Court , Humble, TX, 77338 |
| **67.** | 21147 Grandin Wood Court , Humble, TX, 77338 |
| **68.** | 21442 Olympic Forest Drive , Porter, TX, 77365 |
| **69.** | 21466 Pleasant Forest Bend, Porter, TX, 77364 |
| **70.** | 21475 Forest Colony , Porter, TX, 77365 |
| **71.** | 21511 Skyla Circle , Humble, TX, 77338 |
| **72.** | 21514 Skylar Circle, Humble, TX, 77338 |
| **73.** | 21543 Trilby Way , Humble, TX, 77338 |
| **74.** | 21631 Trilby Way , Humble, TX, 77338 |
| **75.** | 2200 Jefferson Crossing , Conroe, TX, 77304 |
| **76.** | 2305 Tarrytown Crossing Drive , Conroe, TX, 77304 |
| **77.** | 2348 Arbor Glenn , Hoover, AL, 35224 |
| **78.** | 2402 Solo Ridge Drive , Spring, TX, 77373 |
| **79.** | 24114 Park Gwen Drive , Spring, TX, 77373 |
| **80.** | 2421 Chalybe Trail, Hover, AL, 35226 |
| **81.** | 25222 Ibris Ranch Drive , Katy, TX, 77494 |
| **82.** | 2805 Knob Hill Street , Pearland, TX, 77581 |
| **83.** | 2813 Angelique Drive , Violet, LA, 70092 |
| **84.** | 30 Lang Place, Ragland, AL, 35131 |
| **85.** | 303 E Celestine Street, Chalmette, LA, 36571 |
| **86.** | 307 Burris Park Drive, Spring TX |
| **87.** | 330 Gershwin  Drive, Houston, TX, 77079 |
| **88.** | 3612 Old Leeds Road, Mt. Brook, AL, 35213 |
| **89.** | 3916 Quail Run, Pearland, TX, 77581 |

| | |
|---|---|
| 90. | 4020 Crossings Lane, Hoover, AL, 35242 |
| 91. | 4295 Lexie Circle, Trussville AL |
| 92. | 43 Pleasant Circle, Odenville, AL, 35120 |
| 93. | 43 Pleasant Circle, Odenville, AL, 35120 |
| 94. | 4380 Comanche Trail Blvd, Jacksonville, FL, 32259 |
| 95. | 4543 New Hope Terrace , Katy, TX, 77449 |
| 96. | 467 Magnolia Circle, Warrior, AL, 35180 |
| 97. | 4807 Plum Forest Road , Houston, TX, 77084 |
| 98. | 4911 Wellington Way , Houston, TX, 77069 |
| 99. | 4915 Wellington Way , Houston, TX, 77069 |
| 100. | 4919 Wellington Way , Houston, TX, 77069 |
| 101. | 501 Falcons Lake Drive, Friendswood, TX, 77546 |
| 102. | 506 Fossil Rock Road , Springville, AL, 35146 |
| 103. | 512 Falcon Lake Drive , Friendswood, TX, 77546 |
| 104. | 5203 Manorfield Drive , Katy, TX, 77494 |
| 105. | 5223 Bathgate Lane, Houston, TX, 77084 |
| 106. | 529 57th Street, Birmingham, AL, 35212 |
| 107. | 5503 Silver Cannon Lane, Rosharon, TX, 77583 |
| 108. | 5516 Moss Hill Lane, Rosharon, TX, 77583 |
| 109. | 5609 Savannah Woods Lane , Rosharon, TX, 77583 |
| 110. | 6006 SW 8th Street #1 , Miami, FL, 33144 |
| 111. | 603 Trail Springs Court, Kingwood, TX, 77339 |
| 112. | 607 Trial Springs Court, Kingwood, TX, 77339 |
| 113. | 6309 Larrycrest Drive , Pearland, TX, 77584 |
| 114. | 6412 Larrycrest Drive, Pearland, TX, 77365 |
| 115. | 6509 Hillcock Lane , Pearland, TX, 77584 |
| 116. | 701 60th Street, Fairfield, AL, 35064 |
| 117. | 7248 Firetower Road , Kiln, MS, 39556 |
| 118. | 7514 Deloache , Humble, TX, 77338 |
| 119. | 7602 Desco Drive, Humble, TX, 77338 |
| 120. | 7606 Desco Drive , Humble, TX, 77338 |
| 121. | 7610 Desco Drive , Humble, TX, 77338 |
| 122. | 7634 Desco Drive, Humble, TX, 77338 |
| 123. | 7650 Desco Drive, Humble, TX, 77338 |
| 124. | 8226 Sugar Cane Drive, Baytown, TX, 77523 |
| 125. | 838 NE 14th Street, Fort Lauderdale, FL, 33304 |
| 126. | 86 Cherry Hills, Jersey Village, TX, 77064 |
| 127. | 86 Legends Lane, Arley, AL, 35057 |
| 128. | 864 8th Street West, Birmingham, AL, 35204 |
| 129. | 9076 106 Court, Vero Beach, FL, 32967 |
| 130. | 99 Hilton Drive, Sylacauga, AL, 35151 |
| 131. | 115 Winners Circle , Calera, AL, 35040 |
| 132. | 1327 Legacy Drive , Birmingham, AL, 35242 |
| 133. | 185 Shadow Cove Lane , Trussville, AL, 35173 |
| 134. | 2033 Hamilton Place , Birmingham, AL, 35215 |

| | |
|---|---|
| **135.** | 2351 Arbor Glenn , Hoover, AL, 35244 |
| **136.** | 2379 Arbor Glenn , Birmingham, AL, 35244 |
| **137.** | 3081 Arbor Bend , Birmingham, AL, 35244 |
| **138.** | 31995 Butler Drive, Spanish Fort, AL, 36527 |
| **139.** | 3612 Old Leeds Road, Mt. Brook, AL, 35213 |
| **140.** | 564 Lakeview Circle , Alpine, AL, 35014 |
| **141.** | 801 16th Avenue #2A , Tuscaloosa, AL, 35401 |
| **142.** | 801 16th Avenue #2B , Tuscaloosa, AL, 35401 |
| **143.** | 801 16th Avenue #2C , Tuscaloosa, AL, 35401 |
| **144.** | 801 16th Avenue #2D , Tuscaloosa, AL, 35401 |
| **145.** | 801 16th Avenue #3A , Tuscaloosa, AL, 35401 |
| **146.** | 801 16th Avenue #3B , Tuscaloosa, AL, 35401 |
| **147.** | 801 16th Avenue #3C , Tuscaloosa, AL, 35401 |
| **148.** | 801 16th Avenue #3D , Tuscaloosa, AL, 35401 |
| **149.** | 813 Boulder Lake Court , Birmingham, AL, 35242 |
| **150.** | 10 Acton Loop Road , Moody, AL, 35004 |
| **151.** | 100 Farmingdale Drive , Harpersville, AL, 35078 |
| **152.** | 100 Jewel Circle, Bessemer, AL, 35020 |
| **153.** | 100 Linden Lane, Birmingham, AL 35424 |
| **154.** | 1001 Seminole Place, Calera, AL, 35040 |
| **155.** | 1005 Taylors Circle , Moody, AL, 35004 |
| **156.** | 1007 Taylors Circle, Moody, AL 35004 |
| **157.** | 101 Linden Lane, Birmingham, AL 35424 |
| **158.** | 1012 Highland Park Place, Birmingham, AL, 35242 |
| **159.** | 1012 Washington Court , Moody, AL, 35004 |
| **160.** | 1016 Woodbrook Road, Birmingham, AL, 35215 |
| **161.** | 1020 Columbia Circle , Birmingham, AL, 35242 |
| **162.** | 1021 Columbia Circle , Birmingham, AL, 35242 |
| **163.** | 1025 Columbia Circle , Birmingham, AL, 35242 |
| **164.** | 1025 kings Way, Birmingham, AL 35242 |
| **165.** | 1031 Maryanna Road, Calera, AL, 35031 |
| **166.** | 1036 Kings Way , Birmingham, AL, 35242 |
| **167.** | 1040 Seminole Place , Calera, AL, 35040 |
| **168.** | 1045 Little Sorrel Drive , Calera, AL, 35040 |
| **169.** | 1050 Edgewater Lane , Chelsea, AL, 35043 |
| **170.** | 1054 Little Sorrel Drive , Calera, AL, 35040 |
| **171.** | 1078 Kings Way , Birmingham, AL, 35242 |
| **172.** | 1080 Dunnavant Road , Birmingham, AL, 35242 |
| **173.** | 1092 Dunnavant Place, Birmingham, AL, 35242 |
| **174.** | 1095 Dunnavant Place , Birmingham, AL, 35242 |
| **175.** | 1096 Dunnavant Place, Birmingham, AL, 35242 |
| **176.** | 1099 Dunnavant Place , Birmingham, AL, 35242 |
| **177.** | 1100 Dunnavant Place, Birmingham, AL, 35242 |
| **178.** | 1104 Dunnavant Place , Birmingham, AL, 35242 |
| **179.** | 11151 Elysian Circle, Daphne, AL, 36526 |

| | |
|---|---|
| **180.** | 1129 Dunnavant Place , Birmingham, AL, 35242 |
| **181.** | 1129 Springhill Lane , Birmingham, AL, 35242 |
| **182.** | 1136 Dunnavant Place , Birmingham, AL, 35242 |
| **183.** | 1140 Hardwood Cove Road, Birmingham, AL, 35242 |
| **184.** | 120 Maple Trace, Hoover, AL, 35244 |
| **185.** | 12106 Danny Drive , McCalla, AL, 35111 |
| **186.** | 1229 Glenstone Place , Moody, AL, 35004 |
| **187.** | 1233 Glenstone Place, Moody, AL, 35004 |
| **188.** | 12535 Maddox Road, Chunchula, AL, 36521 |
| **189.** | 1256 Glenstone Place , Moody, AL, 35004 |
| **190.** | 1262 Washington Drive , Moody, AL, 35004 |
| **191.** | 1272 Washington Drive, Moody, AL, 35004 |
| **192.** | 1278 Easterwood Blvd., Gardendale, AL, 35071 |
| **193.** | 1283 Washington Drive , Moody, AL, 35004 |
| **194.** | 129 Cheaha Trail , Childersburg, AL, 35044 |
| **195.** | 1403 Lovelady Lane, Lawley, AL, 36793 |
| **196.** | 1412 Sutherland Place, Birmingham, AL, 35242 |
| **197.** | 1431 Scout Trace , Hoover, AL, 35244 |
| **198.** | 1441 Valley Grove Road, Remlap, AL, 35133 |
| **199.** | 145 Farmingdale Drive, Harpersville, AL, 35078 |
| **200.** | 1464 Edward Street, Dolomite, AL, 35061 |
| **201.** | 149 Farmingdale Drive, Harpersville, AL, 35078 |
| **202.** | 1499 Highway 57 , Vincent, AL, 35178 |
| **203.** | 1514 11th Street North, Birmingham, AL, 35204 |
| **204.** | 155 Silo Hill Road , Madison, AL, 35758 |
| **205.** | 1562 Davis Acres Drive, Alpine, AL, 35014 |
| **206.** | 1568 Pleasant Grove Road, Dolomite, AL, 35061 |
| **207.** | 1610 13th Street North, Birmingham, AL, 35204 |
| **208.** | 17062 Equestrian Lane, Fairhope, AL, 36532 |
| **209.** | 171 Silo Hill Road, Madison, AL 35758 |
| **210.** | 1728 Mayfair Drive , Birmingham, AL, 35209 |
| **211.** | 174 Silo Hill Road, Madison, AL, 35758 |
| **212.** | 183 Cashion Avenue, Wetumpka, AL, 36092 |
| **213.** | 184 Red Bay Drive , Maylene, AL, 35114 |
| **214.** | 194 Heasletts Road, Childersburg, AL, 35044 |
| **215.** | 2000 Hamilton Place , Birmingham, AL, 35215 |
| **216.** | 2000 Mountain View Road, Birmingham, AL, 35210 |
| **217.** | 20001 Highway 411, Springville, AL, 35146 |
| **218.** | 2005 River Lake Drive, Birmingham, AL, 35244 |
| **219.** | 201 Courtside Drive , Birmingham, AL, 35242 |
| **220.** | 2025 Hamilton Place , Birmingham, AL, 35215 |
| **221.** | 2028 Pratt Highway, Bham, AL, 35214 |
| **222.** | 2029 Hamilton Place , Birmingham, AL, 35215 |
| **223.** | 2037 Hamilton Place , Birmingham, AL, 35215 |
| **224.** | 2041 Hamilton Place , Birmingham, AL, 35215 |

| | |
|---|---|
| **225.** | 2045 Hamilton Place , Birmingham, AL, 35215 |
| **226.** | 2049 Hamilton Place, Birmingham, AL, 35215 |
| **227.** | 205 12th Street, Pleasant Grove, AL, 35127 |
| **228.** | 205 41st Street South , Birmingham, AL, 35222 |
| **229.** | 2076 Mohican Drive, Waverly, AL, 36879 |
| **230.** | 2081 Arbor Hill Parkway , Hoover, AL, 35244 |
| **231.** | 2126 Chelsea Ridge Drive , Columbiana, AL, 35051 |
| **232.** | 213 Shore Front Lane, Wilsonville, AL, 35186 |
| **233.** | 2134 Timberline Drive , Calera, AL, 35040 |
| **234.** | 2135 Chelsea Ridge Drive , Columbiana, AL, 35051 |
| **235.** | 2149 Timberline Drive , Calera, AL, 35040 |
| **236.** | 220 Wild Timber Parkway , Pelham, AL, 35124 |
| **237.** | 225 Beech Street , Birmingham, AL, 35213 |
| **238.** | 2279 Abbeyglen Circle , Birmingham, AL, 35226 |
| **239.** | 2284 Bellevue Court, Hoover, AL, 35226 |
| **240.** | 2285 Bellevue Court, Hoover, AL, 35226 |
| **241.** | 2289 Bellevue Court, Hoover, AL, 35226 |
| **242.** | 2289 Bellevue Court, Hoover, AL, 35226 |
| **243.** | 2291 Abbeyglen Circle, Hoover, AL, 35226 |
| **244.** | 2293 Bellevue Court , Hoover, AL, 35226 |
| **245.** | 2301 Bellevue Court, Hoover, AL, 35226 |
| **246.** | 2305 Bellevue Court, Birmingham, AL, 35226 |
| **247.** | 2336 Arbor Glen , Birmingham, AL, 35244 |
| **248.** | 2340 Arbor Glenn , Hoover, AL, 35244 |
| **249.** | 2360 Arbor Glenn , Birmingham, AL, 35244 |
| **250.** | 2364 Arbor Glenn , Birmingham, AL, 35244 |
| **251.** | 2364 Chalybe Trail, Hoover, AL 35226 |
| **252.** | 2371 Bellevue Terrace , Hoover, AL, 35266 |
| **253.** | 2372 Arbor Glenn , Hoover, AL, 35244 |
| **254.** | 2375 Arbor Glenn , Hoover, AL, 35244 |
| **255.** | 2376 Arbor Glenn , Hoover, AL, 35244 |
| **256.** | 2380 Arbor Glenn , Hoover, AL, 35244 |
| **257.** | 2391 Arbor Glenn , Hoover, AL, 35244 |
| **258.** | 2395 Arbor Glenn , Hoover, AL, 35244 |
| **259.** | 2396 Arbor Glenn , Hoover, AL, 35244 |
| **260.** | 2400 Arbor Glenn , Hoover, AL, 35244 |
| **261.** | 2412 Arbor Glenn , Hoover, AL, 35244 |
| **262.** | 245 Courtside Drive, Birmingham, AL, 35242 |
| **263.** | 2708 20th Avenue North, Birmingham, AL, 35234 |
| **264.** | 294 Grande View Parkway, Maylene, AL, 35114 |
| **265.** | 297 Seven Oaks Drive , Cook Springs, AL, 35052 |
| **266.** | 301 Highland View Drive , Birmingham, AL, 35242 |
| **267.** | 3061 Arbor Bend , Birmingham, AL, 35244 |
| **268.** | 3066 Arbor Bend , Hoover, AL, 35244 |
| **269.** | 3070 Arbor Bend , Hoover, AL, 35244 |

| | |
|---|---|
| **270.** | 3074 Arbor Bend , Hoover, AL, 35244 |
| **271.** | 3086 Arbor Bend , Birmingham, AL, 35244 |
| **272.** | 3089 Arbor Bend, Hoover, AL, 35244 |
| **273.** | 32 Ike & Ann Road, McIntosh, AL, 36553 |
| **274.** | 320 Hillstone Drive, Pell City, AL, 35125 |
| **275.** | 3253 Arbor Hill Trace , Hoover, AL, 35242 |
| **276.** | 331 Stonegate Drive , Birmingham, AL, 35242 |
| **277.** | 3408 13th Avenue North, Birmingham, AL, 35204 |
| **278.** | 3423 Jeanne Lane , Hueytown, AL, 35023 |
| **279.** | 3608 Morgans Run, Bessemer, AL 35022 |
| **280.** | 3698 Old Margaret Road #1 , Odenville, AL, 35120 |
| **281.** | 3698 Old Margaret Road #2 , Odenville, AL, 35120 |
| **282.** | 3698 Old Margaret Road #3 , Odenville, AL, 35120 |
| **283.** | 392 Woodward Court , Birmingham, AL, 35242 |
| **284.** | 406 Miles Drive , Bessemer, AL, 35023 |
| **285.** | 4291 Boulder Lake Circle, Vestavia Hills, AL 35242 |
| **286.** | 4337 Boulder Lake Circle , Birmingham, AL, 35242 |
| **287.** | 4337 Village Green Way , Birmingham, AL, 35226 |
| **288.** | 4361 Boulder Lake Circle , Birmingham, AL, 35242 |
| **289.** | 4364 Boulder Lake Circle, Birmingham, AL, 35242 |
| **290.** | 4720 Terrace Street, Birmingham, AL, 35208 |
| **291.** | 4739 Quarter Staff Road, Birmingham, AL, 35223 |
| **292.** | 4926 Paradise Lake Circle, Birmingham, AL, 35244 |
| **293.** | 494 Cedar Creek Road, Odenville, AL, 35120 |
| **294.** | 494 County Road 800, Calera, AL, 35040 |
| **295.** | 4941 Zoba Circle, Birmingham, AL, 35235 |
| **296.** | 5387 Quail Ridge Road, Gardendale, AL, 35071 |
| **297.** | 5401 7th Avenue, Lipscomb, AL, 35020 |
| **298.** | 541 Ledbetter Road, Munford, AL, 35268 |
| **299.** | 5527 13th Avenue South, Birmingham, AL, 35222 |
| **300.** | 5813 Chestnut Trace , Hoover, AL, 35244 |
| **301.** | 603 Ridgefield Way , Odenville, AL, 35120 |
| **302.** | 6201 Eastern Valley Road, McCalla, AL, 35111 |
| **303.** | 6201 Eastern Valley Road, McCalla, AL, 35111 |
| **304.** | 704 Cahaba Manor Drive , Pelham, AL, 35124 |
| **305.** | 712 Boulder Lake Lane , Birmingham, AL, 35242 |
| **306.** | 715 Boulder Lake Lane , Birmingham, AL, 35242 |
| **307.** | 723 Boulder Lake Lane , Birmingham, AL, 35242 |
| **308.** | 7400 Arabia Avenue, Birmingham, AL, 35224 |
| **309.** | 801 Boulder Lake Court, Vestavia Hills, AL, 35242 |
| **310.** | 802 Jackson Trace Circle, Morris, AL, 35116 |
| **311.** | 805 Boulder Lake Court , Birmingham, AL, 35242 |
| **312.** | 812 Boulder Lake Court, Birmingham, AL, 35242 |
| **313.** | 816 Boulder Lake Court, Birmingham, AL, 35242 |
| **314.** | 821 Vannessa Drive , Trussville, AL, 35173 |

| | |
|---|---|
| **315.** | 86 Legends Lane, Arley, AL, 35057 |
| **316.** | 875 Lovejoy Road, Ashville, AL, 35953 |
| **317.** | 917 Alford Avenue, Hoover, AL, 35226 |
| **318.** | 940 46th St. Ensley 35208, Ensley, AL, 35208 |
| **319.** | 9413 Brighton Avenue, Elberta, AL, 36530 |
| **320.** | 9439 Ambrose Lane, Kimberly, AL 35091 |
| **321.** | 9444 Ambrose Lane , Kimberly, AL, 35091 |
| **322.** | 949 Golf Course Road, Pell City, AL, 35128 |
| **323.** | 992 Carrington Drive, Mount Olive, AL, 35117 |
| **324.** | VA Settlement Fees |