UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL            PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | | |

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION TO DEPOSIT DISPUTED ATTORNEY FEES INTO THE REGISTRY OF THE COURT**

Considering the Settlement Administrator's Motion for to deposit funds into the registry of the Court;

IT IS ORDERED BY THE COURT that the Motion to deposit funds into the registry of the Court is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge