## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

### ORDER

The Court has scheduled two upcoming monthly status conferences in the above-captioned matter. These status conferences are scheduled for October 23, 2019 at 9:00 a.m. and November 22, 2019 at 9:00 a.m. The Court has received several calls and emails from claimants who plan to attend these upcoming status conferences. Accordingly,

**IT IS ORDERED** that any claimant who is represented by individual counsel and wishes to address the Court at a monthly status conference must be accompanied by their attorney.

New Orleans, Louisiana this __9th__ day of _____October_____.

_____
U.S. District Court Judge