UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

ORDER REGARDING COMMUNICATIONS WITH COURT
DURING THE CLASS NOTICE PERIOD

On August 29, 2019, this Court entered an order ("Preliminary Approval Order") preliminarily certifying the Settlement Class, preliminarily approving the Class Settlement Agreement ("Settlement") with Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively "Taishan") and other released parties, directing the dissemination of Class Notice, scheduling a Fairness Hearing, and providing other related directives. R. Doc. 22314.  The Preliminary Approval Order set forth procedures for opting out of the Settlement.  R. Doc. 22314 at ¶ 16).  The Order also set forth procedures for objecting to the Settlement, any terms of the Settlement, or the approval process.  R. Doc. 22314 at ¶ 17. The deadline for making opt-out requests or objections is November 27, 2019.  R. Doc. 22314 at ¶¶ 16, 17.  The time between the Court's entry of the Preliminary Approval Order and this deadline is called the "Class Notice Period."

During the Class Notice Period, the Court has received written and telephonic communications from members of the preliminarily certified Settlement Class.  The Court issues this Order in response to those inquiries:

1. Under the law, as well as the ethical constraints imposed on judges, the Court cannot advise parties as to whether they should accept or reject the Settlement.  Claimants

should discuss their options with their primary counsel or Class Counsel.  Additional information is available at www.ChineseDrywallSettlement.com.

2.  As stated in the Preliminary Approval Order, the Court will hold a Fairness Hearing on December 11, 2019, at 9:00 a.m. "to consider comments on and objections to the proposed Agreement."  R. Doc. 22314 at ¶19.  Parties represented by counsel who wish to address the Court at the Fairness Hearing shall make a written request through their counsel of record.  Parties not represented by counsel who wish to address the Court at the Fairness Hearing may make a written request directly to the Court.


New Orleans, Louisiana this 9th day of ___October___.


_____

U.S. District Court Judge