UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CLASS COUNSEL'S
## NOTICE OF FILING IN FLORIDA *AMORIN* CASE

PLEASE TAKE NOTICE of the filing into the record of the below listed pleadings, which have been filed in response to Class Counsel's Motion and Memorandum of Law for an Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement, which was filed in the District Court for the Southern District of Florida on August 8, 2019 [ECF No. 320] and filed into this MDL via Notice of Filing on August 9, 2019 [Rec. Doc. 22303]:

1. Notice and Incorporated Memorandum in Opposition to Class Counsel's Motion for an Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement (ECF No. 320), and For Discovery and a Hearing (attached hereto as Exhibit "1"); and

2. Class Counsel's Reply Memorandum of Law in Support of Their Motion for an Award of Common Benefit Costs and/or Fees Out of the Proceeds of the Florida Individual Settlement (attached hereto as Exhibit "2").

Respectfully submitted,

Dated:  October 9, 2019

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Charles King (Bar No.34621)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 9th day of October, 2019.

          <u>/s/ Stephen J. Herman</u>
          Stephen J. Herman
          HERMAN, HERMAN & KATZ, LLC
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          sherman@hhklawfirm.com