UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL         :     MDL NO. 2047
        PRODUCTS LIABILITY LITIGATION            :
                                                                        :
                                                                      :     SECTION: L
This Document Relates to All Cases                        :
                                                                      :     JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :     MAG. JUDGE WILKINSON

**ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION TO DEPOSIT DISPUTED ATTORNEY FEES INTO THE REGISTRY OF THE COURT**

      Considering the Settlement Administrator's Motion for to deposit funds into the registry of the Court;

      **IT IS ORDERED** that the Motion is **GRANTED** and that the sum of $6,866,796.33 be deposited into the registry of the Court. At a later date, the Court shall set a procedure for distribution of the funds in an appropriate manner.

      New Orleans, Louisiana, this 10th day of October, 2019.

                                                Eldon E. Fallon
                                                United States District Court Judge