UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese Manufactured Drywall Products Liability Litigation<br><br>*This Document Relates to:*<br><br>*All Cases* | MDL 09-md-2047<br><br>SECTION "L"<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JOHN C. WILKINSON, JR. |

AFFIDAVIT

**COUNTY OF HENRICO**

**COMMONWEALTH OF VIRGINIA**

    **BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**JACOB S. WOODY**

who, of full age, after being duly sworn, upon his oath deposes and says:

1. The matters set forth in this Affidavit are based upon my personal knowledge.

2. My name is Jacob S. Woody. I am a Partner at BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia.

3. BrownGreer PLC is the court-approved Settlement Administrator for the various settlements in MDL-2047, including the Knauf Class Settlement Agreement and the Global, Banner, and INEX settlements. In my role for BrownGreer PLC, I was responsible for the day-to-day operation of the Chinese Drywall Settlement Program.

EXHIBIT A

4. As Settlement Administrator, BrownGreer PLC accepted and reviewed class member settlement claims to the Knauf Class Settlement Agreement and Global, Banner, and INEX settlements. As part of its role, and where appropriate pursuant to the applicable settlement agreement, BrownGreer PLC made eligibility and allocation determinations, including but not limited to the Other Loss Fund of the Knauf Class Settlement Agreement. BrownGreer PLC was also responsible for releasing the approved-settlement benefits to the appropriate individual/entity.

5. The Other Loss Fund was one of two funds established by the Knauf Class Settlement Agreement. The second fund was the Remediation Fund.

6. Pursuant to Section 4.7 of the Knauf Class Settlement Agreement, class members were allowed to seek compensation from the Other Loss Fund for certain types of claims, including but not limited to claims for Pre-Remediation Alternative Living Expenses, Loss of Net Equity, Loss of Furniture, Property Taxes and Property Insurance. The Remediation Fund did not provide benefits for these types of claims.

7. Claims for Loss of Furniture, Property Taxes and Property Insurance are covered by the Miscellaneous claim category under the Other Loss Fund.

8. Claimant, Guilfort Dieuvil, made a Miscellaneous claim to the Other Loss Fund and was awarded $2,656.36.

9. Claims for Pre-Remediation Alternative Living Expenses are covered by the Pre-Remediation Alternative Living Expenses claim category under the Other Loss Fund.

10. Guilfort Dieuvil made a Pre-Remediation Alternative Living Expense claim to the Other Loss Fund. However, BrownGreer PLC denied the claim because no supporting documentation was presented and a denial notice was issued to Mr. Dieuvil on May 29,

2014. BrownGreer PLC never received any further information from Mr. Dieuvil as to this Other Loss Fund claim.

11. Claims for Loss of Net Equity are covered by the Foreclosure/Short Sale claim category to the Other Loss Fund.

12. Guilfort Dieuvil never filed any claims to the Other Loss Fund for Loss of Net Equity.

13. In terms of the Global, Banner, and INEX ("GBI") Settlements, Guilfort Dieuvil made claims to the GBI settlement. Mr. Dieuvil was awarded and received $37,402.88 for his GBI settlement claim.

14. As part of the administration of the Knauf Class Settlement Agreement, BrownGreer PLC would issue the total and milestone allocation for Remediation Fund benefits depending on whether a claim was Option 1, Option 2, or Option 3.

15. The allocation for Remediation Fund benefits would not change (increase or decrease) even if there was a delay in a release of the Remediation Fund benefits. The Remediation Fund allocation would remain the same even if the delays caused an increase or decrease in remediation costs due to any reason, including but not limited to owner/contractor issues, owner neglect damages, deficient documents, etc.

16. Once approved for release, Brown Greer would issue the Remediation Fund benefits for Option 1, Option 2, and Option 3 claims to the appropriate individual/entity based on the applicable Option. For Option 1 claims, BrownGreer PLC paid Remediation Funds to the Program Contractor. For Option 2 claims, BrownGreer PLC paid the Owner's licensed contractor, and for Option 3 claims, BrownGreer PLC would calculate the discounted cash-out option and pay the claimant directly.

_____
Jacob S. Woody

SWORN TO AND SUBSCRIBED

BEFORE ME, THIS 14th

DAY OF OCTOBER, 2019

_Kendra Marie Copeland_
Notary Signature

Kendra Marie Copeland
Printed Name

7773562
Notary No.

My commission expires 3/31/22

