UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * | | |

**PROPOSED AGENDA**
**FOR OCTOBER 23, 2019 STATUS CONFERENCE**

**Joint Report**
   **Section**

      I.     PRE-TRIAL ORDERS

      II.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

      III.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

      IV.   TAISHAN, BNBM AND CNBM DEFENDANTS

      V.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

      VI.   BENNETT CLASS ACTION

      VIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

      X.    SUGGESTION OF REMAND

      XI.   NEXT STATUS CONFERENCE