# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

## ORDER

The Court has received a letter from Mr. Russell Moody regarding the above-captioned matter. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record so that Settlement Class Counsel may take appropriate action.

New Orleans, Louisiana this 23rd day of     October     .

*[signature: Eldon E. Fallon]*

U.S. District Court Judge

Cc:
Russell Moody
806 NW 38th Pl.
Cape Coral, FL 33993

October 21, 2019

Russell Moody
806 NW 38th Place
Cape Coral, FL 33993
(239) 284-2068
russmoody@comcast.net

Honorable Eldon E. Fallon
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA  70130

Your Honor,

    My wife, Bev, and I are members of the Amorin Class. We have ProWall Chinese drywall putting us in one of the five "20%" Buckets. We need at least $65/SqFt to cover remediation costs. If we opt in, we'll likely get less than $10/SqFt.

    I have sent emails addressed to, or copied to the Court via Mr. Dean Oser. I am writing this letter to you, in part, because Mr. Oser informed me that the most proper fashion to address the Court would be to write a letter to you. The problem with "snail mail" is that the lag time precludes timely resolution of critical matters prior to Court imposed deadlines.

    While we intend to raise several serious objections should we opt in, including the unlawful denial of our Constitutional right to a jury trial, our immediate concern is our opt in/opt out decision. Class Counsel and our attorney are refusing to provide all relevant information that may be pertinent to our decision. Attachment 1 is my latest request for information. Attachment 2 is a string of email exchanges with Class Counsel in my unsuccessful attempts to get relevant information. I have also exchanged numerous emails, had phone calls, and face-to-face meetings with my attorney, Mr. Albanis, Morgan & Morgan, to no avail.

    Also, I've gotten conflicting answers, but no specific information on the role Product ID played in the secret settlement negotiations, information that is clearly relevant to our opt in/opt out decision.

    I believe that the problem I'm facing, and I see other plaintiffs facing, is due, at least in part, to the conflict of interest of Class Counsel and plaintiffs' attorneys who, I believe, have clearly put seeing this Settlement approved before the best interests of their clients.

    I ask the Court to compel Class Counsel and all plaintiffs' attorneys to provide all relevant information that may be pertinent to our opt in/opt out decision.

    I also ask the Court to extend the November 27, 2019 deadline due to the delays that plaintiffs have encountered in getting relevant information from Class Counsel and their attorneys that may be pertinent to their opt in/opt out decision.

Respectfully,

*Russell Moody* (signature)

Russell Moody