UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| **This document relates to cases:** 09-6690 and 11-3023 | ) ) ) ) | MAG. JUDGE WILKINSON |

**MOTION TO DEPOSIT SETTLEMENT FUNDS FOR RENE AND LARRY GALVIN INTO THE REGISTRY OF THE COURT AND FOR THE COURT'S DETERMINATION REGARDING DISTRIBUTION OF THE FUNDS**

The Law Firm of Colson Hicks Eidson, by and through undersigned counsel, moves this Court for an Order allowing the deposit of settlement funds for Claimants Rene and Larry Galvin into the registry of the Court, as follows:

1. The Law Firm of Colson Hicks Eidson received $6,692.34 in trust for Claimants Rene and Larry Galvin as recovery from the Chinese Drywall Settlement Program Repair and Relocation Global Settlement.

2. Claimants Rene and Larry Galvin are divorced and have not been able to agree regarding the proper distribution of the funds.

3. Undersigned Counsel has, on numerous occasions attempted to resolve the distribution of the funds between Rene and Larry. While Rene and Larry disagree on the distribution, they have agreed that Court intervention is needed.

4. The Galvins inability to agree on distribution puts Undersigned Counsel in an irreconcilable conflict.

1

5. Because these Claimants have not been able to provide Undersigned Counsel with the instructions necessary to disburse the funds, their recovery should be deposited into the registry of the Court so that the Court may make a determination regarding the proper distribution. Those funds may then be disbursed to the Claimants upon their request and pursuant to the instruction of the Court.

WHEREFORE, Colson Hicks Eidson, by and through undersigned counsel, request that the Court enter an order granting their Motion to Deposit Settlement Funds For Rene and Larry Galvin Into the Registry of the Court.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 25th day of October, 2019. I further certify that the above and foregoing has been served on Claimant Rene Galvin, via certified mail, regular mail, at 315 New Street, #222, Philadelphia, PA, 19106, and via and electronic mail lourene@aol.com; and on Claimant Larry Galvin, via certified mail, regular mail, at 203 Burning Tree Blvd., Absecon, NJ, 08201, and via and electronic mail atmlarry@gmail.com.

/s/  Patrick S. Montoya
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400

Fax: (305) 476-7444
*Counsel for Plaintiffs*