UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| **This document relates to cases: 09-6690 and 11-3023** | ) ) ) ) | MAG. JUDGE WILKINSON |

### NOTICE OF PAYMENT OF CESPEDES CLAIM AND THAT SETTLEMENT FUNDS FOR THIS CLAIMANT NO LONGER REQUIRE DEPOSIT INTO THE REGISTRY OF THE COURT

The Law Firm of Colson Hicks Eidson, by and through undersigned counsel, hereby files its Notice of Payment of Cespedes Claim and That Settlement Funds for this Claimant No Longer Require Deposit Into the Registry of the Court. Undersigned Counsel previously filed a Motion to Deposit Settlement Funds Into the Registry of the Court for Claimant Alvaro Nunes and Carlos Cespedes because these Claimants had been unresponsive for months [ECF No. 22322]. The Court entered an order granting the Motion on September 20, 2019 [ECF No. 22324]. In the time between the filing of the Motion and the present, Mr. Cespedes contacted Undersigned Counsel and Undersigned Counsel was able to transfer the Settlement Funds in question to Mr. Cespedes. Because of this, Undersigned Counsel no longer needs to deposit the Settlement Funds for Mr. Cespedes into the Registry of the Court. Pursuant to the Court's order, Undersigned Counsel will deposit Settlement Funds for Alvaro Nunez into the Registry of the Court.

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 18th day of September, 2019. I further certify that the above and foregoing has been served on Claimant Alvaro Nunez, via certified mail, regular mail, at 17433 SW 22 Street, Miramar, FL, 33029, and via and electronic mail alvaro33@comcast.net; AnaHidalgo@hotmail.com; and on Claimant Carlos Cespedes, via certified mail, regular mail, at 8620 SW 21 Street, Miami, FL, 33155, and via and electronic mail cespedescarlos63@yahoo.com; norah1935@gmail.com.

            /s/ Patrick S. Montoya
            PATRICK S. MONTOYA
            Fla. Bar No. 524441
            Patrick@colson.com
            COLSON HICKS EIDSON
            255 Alhambra Circle, Penthouse
            Coral Gables, FL 33134
            Phone: (305) 476-7400
            Fax:    (305) 476-7444
            *Counsel for Plaintiffs*