UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047  SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |
| This Document Relates to All Cases | | |

## NOTICE OF COMPLIANCE

Please take notice that, in accordance with the Court Order dated October 15, 2019 (Rec. Doc. 22343), the Settlement Administrator has deposited disputed attorneys' fees into the registry of the Court.  The parties who have indicated that they have an interest in the funds are:

1. Gary Mason, Whitfield, Bryson & Mason

2. Dan Bryson, Whitfield, Bryson & Mason

3. Christopher Coffin, Pendley Baudin & Coffin, LLP

4. Brian Collins, Collins & Horsley (formerly)

5. Ed Gentle, Gentle, Turner & Sexton (counsel for Brian Collins)

6. Eddie Sexton, Gentle, Turner & Sexton (counsel for Brian Collins)

7. David Horsley, Collins & Horsley (formerly)

8. Joe Buffington, The Law Offices of Joe Buffington

9. Steve Mullins, Luckey & Mullins

The Settlement Administrator provided these parties with a copy of the Motion after it was filed and notified them that the funds would be returned to the Registry pending adjudication by the Court.

Respectfully submitted,

___/s/ Jacob Woody_____

        Jacob S. Woody, Esquire (Va. Bar No. 77485)
        BrownGreer, PLC
        250 Rocketts Way
        Richmond, VA 23231
        Telephone:  (804) 521-7200
        jswoody@browngreer.com
        *Settlement Administrator for the Chinese Drywall*
            *Settlement Program*