**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Wiltz, et al. v. Beijing New | ) | MAG. JUDGE WILKINSON |
| Building Materials, et al. | ) | |
| Case No. 10-361 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| Case No. 11-1672 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| Case No. 11-1395 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| 11-1673 | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**FOR RUSSELL & BEVERLY MOODY**

NOW INTO COURT, come the law firm of Morgan & Morgan, P.A. and Pete V. Albanis,

who, pursuant to Local Rule 83.2.11, hereby move to withdraw as counsel of record on behalf of

Russell & Beverly Moody for the reasons set forth in the accompanying Memorandum in Support.

Respectfully Submitted,

Dated: October 25, 2019

*/s/ Pete V. Albanis*
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax:    (239) 433-6836

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 25th day of October, 2019.  I further certify that the above and foregoing has been served on Plaintiffs Russell Moody and Beverly Moody whose present address is 806 NW 38th Place, Cape Coral, FL 33993, along with notification of all pending deadlines and court appearances in the litigation, via certified mail, electronic mail, and regular mail. Pursuant to L.R. 83.2.11, Mr. & Mrs. Moody may be reached at 239-284-2068.

*/s/ Pete V. Albanis*