UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building Materials, et al. Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1672 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1395 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. 11-1673 | ) ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, P.A. and Pete V. Albanis, hereby file their Memorandum in Support of their Motion to Withdraw as Counsel for Russell & Beverly Moody. In support thereof, Movants state as follow:

1. Movants have encountered irreconcilable differences with Mr. & Mrs. Moody on issues involving their case.

2. Mr. Moody has accused plaintiffs' counsel, including the undersigned, of having a conflict of interest in their pursuit of the Taishan settlement. (See, e.g., Mr. Moody's October 21, 2019 letter to this Court at D.E. 22346).

3. Given the perceived conflict and the irreconcilable differences, Movants are unable to continue representing Mr. & Mrs. Moody in this matter.

4. Movants have advised Mr. & Mrs. Moody of all deadlines related to the Taishan settlement and pending court appearances.

WHEREFORE, the law firm of Morgan & Morgan, P.A. and Pete V. Albanis request this Honorable Court to enter an Order permitting their withdrawal as counsel of record for Russell and Beverly Moody.

Respectfully Submitted,

*/s/ Pete V. Albanis*
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax:    (239) 433-6836

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of October, 2019.  I further certify that the above and foregoing has been served on Plaintiffs Russell Moody and Beverly Moody, 806 NW 38th Place, Cape Coral, FL 33993.

*/s/ Pete V. Albanis*