UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building Materials, et al.<br>Case No. 10-361 ) ) ) ) | MAG. JUDGE WILKINSON |
| Amorin v. Taishan Gypsum Co., Ltd., et al.<br>Case No. 11-1672 ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al.<br>Case No. 11-1395 ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al.<br>11-1673 ) ) | |

**ORDER GRANTING MORGAN & MORGAN, P.A.'S MOTION TO WITHDRAW
AS COUNSEL FOR RUSSELL & BEVERLY MOODY**

Considering the law firm of Morgan & Morgan, P.A.'s and Pete V. Albanis' Motion to Withdraw as Counsel of Record for Plaintiffs Russell and Beverly Moody and supporting Memorandum thereto, and finding that Morgan & Morgan, P.A. has complied with Local Rule 83.2.11,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiffs Russell and Beverly Moody is Granted. Morgan & Morgan, P.A. and Pete V. Albanis are discharged from any further obligation and relieved of any further appearance in these cases on behalf of Russell and Beverly Moody. Morgan & Morgan, P.A. shall serve this Order on Russell and Beverly Moody via electronic mail and regular U.S. mail at their last known address within 10 days of the entry of this Order. Until such time as a Notice of Appearance is filed by new counsel, all pleadings

pertinent to their claims shall be served on Plaintiffs Russell & Beverly Moody at 806 NW 38th Place, Cape Coral, FL 33993.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge