UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION "L" |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | |
| Wiltz, et al. v. Beijing New | ) | MAG. JUDGE WILKINSON |
| Building Materials, et al. | ) | |
| Case No. 10-361 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| Case No. 11-1672 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| Case No. 11-1395 | ) | |
| | ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. | ) | |
| 11-1673 | ) | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned

will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for

the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New

Orleans, Louisiana 70130, on November 20, 2019, for an Order granting their Motion to Withdraw

as Counsel of Record for Russell and Beverly Moody

Dated: October 25, 2019

Respectfully Submitted,

/s/ Pete V. Albanis
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax:    (239) 433-6836

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing Motion, Memorandum, and Notice of Submission have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of October, 2019.  I further certify that the above and foregoing has been served on Plaintiffs Russell Moody and Beverly Moody, 806 NW 38th Place, Cape Coral, FL 33993.

*/s/ Pete V. Albanis*