1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4    *****************************************************************

5    IN RE:  CHINESE-MANUFACTURED
     DRYWALL PRODUCTS
6    LIABILITY LITIGATION

7
                              CIVIL DOCKET NO. 09-MD-2047 "L"
8                             NEW ORLEANS, LOUISIANA
                              WEDNESDAY, OCTOBER 23, 2019, 9:00 A.M.
9

10
     THIS DOCUMENT RELATES TO
11   ALL CASES

12   *****************************************************************

13
            TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
14          HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE
15

16
     APPEARANCES:
17

18
     FOR THE PLAINTIFFS'
19   LIAISON COUNSEL:               HERMAN HERMAN KATZ
                                    BY:  LEONARD A. DAVIS, ESQUIRE
20                                       STEPHEN HERMAN, ESQUIRE
                                    820 O'KEEFE AVENUE
21                                  NEW ORLEANS, LA  70113

22

23                                  LEVIN, FISHBEIN, SEDRAN & BERMAN
                                    BY:  SANDRA L. DUGGAN, ESQUIRE
24                                  510 WALNUT STREET, SUITE 500
                                    PHILADELPHIA, PA 19106
25

                          ***OFFICIAL TRANSCRIPT***

08:48:19

1    APPEARANCES CONTINUED:

2

3                                    GAINSBURGH BENJAMIN DAVID
                                     MEUNIER AND WARSHAUER
4                                    BY:  GERALD E. MEUNIER, ESQUIRE
                                     2800 ENERGY CENTRE
5                                    1100 POYDRAS STREET, SUITE 2800
                                     NEW ORLEANS, LA  70163
6

7
                                     COLSON HICKS EIDSON
8                                    BY:  PATRICK S. MONTOYA, ESQUIRE
                                     225 ALHAMBRA CIRCLE, PENTHOUSE
9                                    CORAL GABLES, FL  33134

10

11                                   LAMBERT & NELSON
                                     BY:  CAYLE PETERSON, ESQUIRE
12                                   701 MAGAZINE STREET
                                     NEW ORLEANS, LA  70130
13

14
     FOR THE STATE/FEDERAL
15   COORDINATION COMMITTEE:         LAW OFFICES OF RICHARD J. SERPE
                                     BY:  RICHARD SERPE, ESQUIRE
16                                   580 EAST MAIN STREET, SUITE 310
                                     NORFOLK, VA 23510
17

18
     FOR TAISHAN GYPSUM CO.,
19   LTD, AND TAI'AN TAISHAN
     PLASTERBOARD CO., LTD.:         ALSTON & BIRD
20                                   BY:  CHRISTINA H. EIKHOFF, ESQUIRE
                                     ONE ATLANTIC CENTER
21                                   1201 WEST PEACHTREE STREET
                                     ATLANTA, GA 30309
22

23

24

25

*OFFICIAL TRANSCRIPT*

```
1    APPEARANCES CONTINUED:

2


3    FOR THE KNAUF
     LIAISON COUNSEL:              BAKER DONELSON BEARMAN
4                                  CALDWELL & BERKOWITZ
                                   BY:  KERRY J. MILLER, ESQUIRE
5                                  201 ST. CHARLES AVENUE, SUITE 3600
                                   NEW ORLEANS, LA  70170
6


7


8    FOR THE TAISHAN, BNMB
     ENTITIES AND CNBM ENTITIES
     LIAISON COUNSEL:              PHELPS DUNBAR
9                                  BY:  HARRY ROSENBERG, ESQUIRE
                                   365 CANAL STREET, SUITE 2000
10                                 NEW ORLEANS, LA  70130

11


12   FOR TAISHAN GYPSUM CO.,
     LTD, AND TAI'AN TAISHAN
13   PLASTERBOARD CO., LTD.:       ALSTON & BIRD
                                   BY:  CHRISTINA H. EIKHOFF, ESQUIRE
14                                      BERNARD TAYLOR, SR., ESQUIRE
                                   ONE ATLANTIC CENTER
15                                 1201 WEST PEACHTREE STREET
                                   ATLANTA, GA 30309
16


17
                                   ALSTON & BIRD
18                                 DAVID VENDERBUSH, ESQUIRE
                                   90 PARK AVENUE, 15TH FLOOR
19                                 NEW YORK, NY  10016

20

21

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    CHINA NATIONAL BUILDING
      MATERIALS GROUP CORPORATION
 4    AND CHINA NATIONAL BUILDING
      MATERIALS COMPANY LIMITED
 5    (COLLECTIVELY, "CNBM"):      GORDON, ARATA, MCCOLLAM,
                                   DUPLANTIS & EAGAN
 6                                 BY:  EWELL E. EAGAN, JR., ESQUIRE
                                        DONNA P. CURRAULT, ESQUIRE
 7                                       ALEX B. ROTHENBERG, ESQUIRE
                                   201 ST. CHARLES AVENUE, 40TH FLOOR
 8                                 NEW ORLEANS, LA  70170

 9

10    ALSO PRESENT:               JACOB WOODY, BROWNGREER
                                   SARAH OLSON, PLAINTIFF
11

12

13    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                   CERTIFIED REALTIME REPORTER
14                                 CERTIFIED MERIT REPORTER
                                   500 POYDRAS STREET, ROOM B406
15                                 NEW ORLEANS, LA  70130
                                   (504) 589-7779
16                                 Cathy_Pepper@laed.uscourts.gov

17

18    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.

19

20

21

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

1                              **I N D E X**

2

3                                                                <u>PAGE</u>

4

5      FAIRNESS HEARING ON DECEMBER 11TH, 2019.............  10

6      INITIAL PAYMENT UNDER THE SETTLEMENT HAS BEEN FULLY

7      MADE BY TAISHAN.....................................  11

8      LONG FORM NOTICE WAS MAILED TO EVERY SINGLE KNOWN

9      CLASS MEMBER........................................  11

10     ESTIMATE LETTERS WERE SENT BY BROWNGREER TO EVERY

11     PLAINTIFF ON THE MASTER SPREADSHEET.................  11

12     CLASS COUNSEL HAS SET UP A SETTLEMENT WEBSITE,

13     CHINESEDRYWALLSETTLEMENT.COM, AND A CALL CENTER......  11

14     UPDATED MASTER SPREADSHEET BY THE END OF THE MONTH...  13

15     NEXT CONFERENCE IS NOVEMBER 22ND, 2019 .............  16

16

17

18

19

20

21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2               WEDNESDAY, OCTOBER 23, 2019
 3               M O R N I N G   S E S S I O N
 4                 (COURT CALLED TO ORDER)
 5
 6
 7          THE DEPUTY CLERK:  All rise.
 8          THE COURT:  Be seated, please.  Good morning, ladies
 9    and gentlemen.
10          VOICES:  Good morning, Judge.
11          THE COURT:  Let's call the case.
12          THE DEPUTY CLERK:  MDL 2047, In re:  Chinese
13    Manufactured Drywall Products Liability Litigation.
14          THE COURT:  Would counsel make their appearance for the
15    record, please.
16          MR. ROSENBERG:  Good morning, Judge Fallon.
17    Harry Rosenberg, liaison counsel for Taishan, BNBM, and CNBM.
18          MR. DAVIS:  Good morning, Your Honor.  Leonard Davis on
19    behalf of the Plaintiffs' Steering Committee.
20          THE COURT:  We're here today for our monthly status
21    conference.  The case initially started with numbers of
22    plaintiffs against numbers of defendants.  The unusual factor
23    in this particular case is that I had about 20,000 individual
24    claimants, which is not necessarily unusual or unwieldy, but in
25    this particular case I had a thousand defendants, which is
```

*OFFICIAL TRANSCRIPT*

09:02:31  1    unusual for this type of litigation.

09:02:34  2             In any event, the two types of defendants that

09:02:40  3    were involved in the case were manufacturers, and they were

09:02:49  4    grouped into the Chinese manufacturers and the German

09:02:54  5    manufacturers.  The case proceeded against the German

09:02:57  6    manufacturers, Knauf, first, and it was resolved, settled, so

09:03:05  7    they are no longer in the case, with the potential exceptions

09:03:10  8    of one or two individual cases.

09:03:13  9             The case then proceeded with vigor against the

09:03:18 10    Chinese defendants, Taishan and others, and the case proceeded.

09:03:26 11    There were trials and so forth, both state and federal, and the

09:03:33 12    parties reached an agreement not too long ago.  It's a

09:03:40 13    class-action settlement agreement, and that's where we are at

09:03:48 14    this particular point.

09:03:49 15             I had received a number of letters from

09:03:52 16    individuals -- individual people, not lawyers -- questioning

09:04:03 17    various aspects of it, and perhaps I should at least address

09:04:08 18    what the concept is as best, at least, I can.

09:04:14 19             Let me say a word about class actions.  Maybe the

09:04:23 20    complexity of society, nationwide sales, opportunities of goods

09:04:31 21    and material, instantaneous communication, and perhaps even

09:04:37 22    lawyer advertising, this has brought about a situation where

09:04:42 23    the traditional case, the traditional common-law case of one

09:04:47 24    plaintiff, one defendant has morphed into numbers of plaintiffs

09:04:56 25    and sometimes numbers of defendants.  Therefore, some vehicle

*OFFICIAL TRANSCRIPT*

09:05:00  1    had to be established legislatively and enforced judicially to

09:05:07  2    deal with this situation where you had multiple plaintiffs,

09:05:12  3    20,000 individual plaintiffs, with a thousand lawyers, or

09:05:17  4    thereabouts, filing suit.

09:05:20  5        The traditional method of one plaintiff, one

09:05:26  6    defendant -- one lawyer for the plaintiff, one lawyer for the

09:05:30  7    defendant -- wasn't a vehicle that was able to be handled;

09:05:34  8    therefore, legislatively a method of dealing with that type of

09:05:40  9    litigation was created, and it was called a *class action*.

09:05:44  10       It was adopted in the Federal Rules of Civil

09:05:49  11   Procedure 23 to create a class action which created a method of

09:05:55  12   dealing with litigation that involved multiple parties on at

09:06:01  13   least one side of the case.  In order to qualify as a class

09:06:07  14   action, you had to have some commonality.  It just wasn't the

09:06:11  15   fact that you had a case, you had to have some commonality, and

09:06:15  16   those commonalities had to preponderate in order for you to

09:06:22  17   have an opportunity to join together as a class.

09:06:30  18       The class action has some advantages to it, at

09:06:36  19   least from the plaintiffs' standpoint, from the litigants'

09:06:40  20   standpoint.  They can join together, and they can pool their

09:06:44  21   costs so that it's not one person paying all of the costs.  The

09:06:50  22   group, in a sense, pays the costs and attorney's fees, pays the

09:06:56  23   attorney's fees, and they don't do it up front.  They are able

09:07:00  24   to pool their resources, so to speak.  They have a common

09:07:07  25   representation.  They are able to collect information more

*OFFICIAL TRANSCRIPT*

09:07:15  1   easily and house that information more easily, so those are

09:07:22  2   advantages.

09:07:23  3         But there are some disadvantages, and the

09:07:29  4   disadvantages are sort of like a family situation where you

09:07:34  5   have 12 kids, and the turkey comes on the table, and 12 want a

09:07:43  6   drumstick.  There are only two.  There are two drumsticks, and

09:07:47  7   so if everybody wants a drumstick, they compromise on they get

09:07:53  8   a piece of it.  They don't get the whole drumstick.  There are

09:07:57  9   not 12 drumsticks on a turkey.  That's a disadvantage.

09:08:03 10         Sometimes the disadvantages outweigh the

09:08:07 11   advantages.  What to do in that situation.  Well, the

09:08:12 12   legislation allows for that.  They allow for you to leave the

09:08:16 13   table.  You go on your own and get your own turkey, and that's

09:08:27 14   what the opt-out means in this type of litigation.

09:08:34 15         So there are advantages and there are

09:08:36 16   disadvantages, and the litigants are notified of this.  They

09:08:41 17   are notified of the dinner, and they can come to the table or

09:08:46 18   they don't have to come to the table.  If they don't want to

09:08:49 19   come to the table, though, they have to tell people.  They have

09:08:53 20   to say, "I'm not going to be there," so that they don't set a

09:08:57 21   table for you.  So you have to say, "I want out.  I'm opting

09:09:03 22   out of this litigation," and you have that opportunity.

09:09:06 23         So the notice goes out and everybody is notified

09:09:14 24   of it.  They have the opportunity to ask questions of their

09:09:21 25   attorney.  Whatever question they have, they have an

*OFFICIAL TRANSCRIPT*

09:09:24  1    opportunity to do so.

09:09:26  2            I received a long letter from Mr. Moody, who had

09:09:33  3    a number of questions, but he has met already five or six or

09:09:37  4    seven times with his attorney, and his attorney has endeavored

09:09:41  5    to answer those questions.

09:09:43  6            Sometimes the answers are not satisfactory, but

09:09:48  7    they are answers.  If you don't like the answer, you have the

09:09:51  8    opportunity to say, "I'm not coming to the dinner, folks.  I'm

09:09:55  9    just letting you know, I'm out," and go to your own place and

09:10:05 10    seek to obtain your dinner.

09:10:06 11            So that's what we're doing, and the notice has

09:10:11 12    gone out, and we are having a last fairness hearing on

09:10:19 13    December 11th, is it, December 11th.  Everybody has been

09:10:24 14    notified, and it's very costly to notify everybody, but the

09:10:29 15    class counsel has a duty, and they've extended a lot of

09:10:38 16    resources and time to make sure that everybody was noticed.

09:10:41 17            It seems to me that it's a fair notice.  It's an

09:10:46 18    adequate notice.  They are doing everything they can.  They

09:10:50 19    have call operators to explain what the facts are, what the

09:10:56 20    opportunities are, what the disadvantages are, answer any

09:11:00 21    questions, and so people have an opportunity to do that, and

09:11:06 22    we'll have that hearing.

09:11:08 23            Today I have a status conference just to find out

09:11:13 24    what's happening and what response it's having, so I'll hear

09:11:17 25    from the parties at this time.

*OFFICIAL TRANSCRIPT*

09:11:20  1      MS. DUGGAN:  Good morning, Your Honor.  Sandra Duggan
09:11:23  2  on behalf of the plaintiffs.  Your Honor, I would like to
09:11:26  3  report that the initial payment under the settlement has been
09:11:29  4  fully made by Taishan.  Those monies are now safely held in the
09:11:34  5  court registry.  The notice has gone out, long form notice was
09:11:38  6  mailed to every single known class member and estimate letters
09:11:42  7  were sent by BrownGreer to every plaintiff on the master
09:11:45  8  spreadsheet.
09:11:47  9           Under the settlement and the Court's approval
09:11:50 10  notice, class members had until October 3rd to dispute the
09:11:54 11  information on the master spreadsheet.  BrownGreer has received
09:11:57 12  all of the disputes and will be publishing a revised master
09:12:00 13  spreadsheet by the end of this month, and that will go on the
09:12:04 14  docket so everybody can see it.
09:12:06 15           Class counsel has set up a settlement website,
09:12:10 16  ChineseDrywallSettlement.com.  We also have a call center that
09:12:14 17  has been functioning, and I believe it's been working very
09:12:18 18  well.  On the website itself there has been over 99,000 views,
09:12:23 19  and 72,000 of those have been from new users from all 50 states
09:12:28 20  plus the District of Columbia.
09:12:30 21           As regarding the call center, we've had over 200
09:12:35 22  callers.  Class counsel have been returning the phone calls.
09:12:37 23  We have been responding to emails, and we have inquiries from
09:12:40 24  class members from 21 different states.
09:12:42 25           So we feel that the notice is working, people are

*OFFICIAL TRANSCRIPT*

09:12:45  1    asking questions, and we are answering all of those questions

09:12:48  2    to the best of our abilities:

09:12:50  3              THE COURT:  All right.  Anything from defense counsel?

09:12:53  4              MS. EIKHOFF:  No.  Just to reiterate the report of

09:13:00  5    Ms. Duggan that we do believe that the notice is working and

09:13:03  6    agree that it has been fair and adequate.

09:13:05  7              THE COURT:  Okay.

09:13:07  8                   Jake, do you want to give me some feel for what's

09:13:09  9    happening?

09:13:10 10              MR. WOODY:  Yes, Judge.  We did receive the challenges

09:13:14 11    that Ms. Dugan referred to.  We've received 109 of them that

09:13:18 12    break down into various categories.

09:13:20 13              THE COURT:  What are the major categories of concern?

09:13:22 14              MR. WOODY:  The biggest category of concern is the one

09:13:26 15    that affects the dollar values the most, which is people who

09:13:30 16    want to switch from -- they claim that they in Amorin, we have

09:13:34 17    them in Brook, or they are in neither, and they want to be in

09:13:36 18    one of them, but those do affect the claim values the most, but

09:13:40 19    they also are fairly black and white for us to deal with.

09:13:45 20              THE COURT:  The square footage, is that an issue?

09:13:48 21              MR. WOODY:  Square footage, we did receive some

09:13:50 22    challenges on that.  Most of the challenges are for a

09:13:52 23    relatively small amount of square footage, so no matter how we

09:13:57 24    rule on that, it won't really affect the payouts too much.

09:14:00 25                   I don't see anything in the challenges that will

*OFFICIAL TRANSCRIPT*

09:14:02  1   have a significant impact on the estimates that we've already

09:14:04  2   made because when you have this many people and this much

09:14:08  3   money, it takes quite a bit of shifting to really change the

09:14:11  4   dollar values too much, but we are reviewing them and will

09:14:14  5   issue decisions in an updated master spreadsheet by the end of

09:14:19  6   the month.

09:14:19  7         THE COURT:  Okay.

09:14:21  8         MR. WOODY:  Thank you, Your Honor.

09:14:21  9         THE COURT:  All right.  Anything further?

09:14:23 10           Richard?

09:14:24 11         MR. SERPE:  Good morning, Your Honor.  Richard Serpe

09:14:32 12   for the PFC and class counsel.

09:14:35 13           Late last night around 9:00 p.m. I received an

09:14:38 14   e-mail from one of the Virginia class members, Sarah Olson, and

09:14:41 15   she has requested to briefly address the Court this morning.

09:14:44 16         THE COURT:  Sure.  Ms. Olsen, you're in court?  Would

09:14:48 17   you come forward, please, ma'am.

09:14:59 18           Okay.  I appreciate you being here.  I hope the

09:15:02 19   weather is okay for you to here in New Orleans.

09:15:05 20         MS. OLSON:  Much better than Wisconsin.  Thank you.

09:15:10 21         THE COURT:  Great.  Fine.  Yes, ma'am.

09:15:14 22         MS. OLSON:  I wasn't truly expecting to do this today.

09:15:17 23   I apologize.  I'm on vacation.

09:15:17 24         THE COURT:  That's alright.

09:15:18 25         MS. OLSON:  So when I realized last night that I was in

*OFFICIAL TRANSCRIPT*

09:15:21  1    the town where this was at, I felt obligated to at least come

09:15:26  2    and watch.

09:15:26  3         THE COURT:  Sure.

09:15:28  4         MS. OLSON:  So I apologize, I didn't prepare very well.

09:15:31  5         THE COURT:  That's okay.  I appreciate you being here.

09:15:36  6         MS. OLSON:  In 2010 my husband and I received a letter

09:15:39  7    from our builder telling us that we had Chinese drywall in our

09:15:44  8    house, and he was on deployment at the time.  We're both Navy

09:15:47  9    veterans.  We graduated from the Naval Academy.

09:15:52 10         I didn't quite appreciate what that meant until I

09:15:54 11    started looking in on it.  At the time we had a

09:15:58 12    two-and-a-half-year-old son who was clearly not developing

09:16:01 13    correctly.  So for us, this has been a very emotional journey.

09:16:06 14    Since then we've had a third child.  We moved out of that house

09:16:09 15    as soon as we could because we were all very ill.

09:16:12 16         We -- I very vividly remember the first time we

09:16:16 17    met with Richard Serpe.  My husband had just finished a tour at

09:16:22 18    the Pentagon in a Chinese think tank, and we were sitting at

09:16:25 19    our dining room table, and he looked over at me he says, "We

09:16:29 20    will never see a penny from this case," just from the culture

09:16:33 21    and what he had learned in that job.

09:16:36 22         So we have been trying hard, not always

09:16:41 23    succeeding very well, in moving on for the past 10 years or so,

09:16:45 24    and every once in a while there is something that comes up that

09:16:48 25    reminds us of the emotional part of this.  But the rational

**OFFICIAL TRANSCRIPT**

09:16:54  1    part of this we've always tried to keep in the back of our mind
09:16:57  2    that if we ever got something, we would be appreciative that
09:17:02  3    there was something versus nothing.  I can't imagine being in
09:17:05  4    the class of getting very little.
09:17:07  5              We're very fortunate that the lawyers we had
09:17:10  6    worked to put us in the class where we are.  I can't imagine we
09:17:14  7    would ever look at this settlement and think we're whole.
09:17:19  8    There is no way you can take an autistic child and another one
09:17:23  9    with chronic anxiety and say this doesn't affect us every day
09:17:28  10   of our lives.  Financially, we lost almost everything we had
09:17:32  11   trying to compensate for this.
09:17:36  12             I wish I could stand here and say there has got
09:17:38  13   to be a better solution.  I don't have that -- you know, with
09:17:44  14   all these people.  I guess I just want to say that for all of
09:17:50  15   you in this business room, this may not be emotional to you,
09:17:57  16   and there may never be a way to prove what we've had to go
09:18:01  17   through, the emotional, the diagnoses of PTSD, the constant
09:18:07  18   triggers that will follow us through the rest of our life.
09:18:10  19   Every day I wake up and I have to say how am I going to get my
09:18:15  20   son a successful member of society?  You may not be able to
09:18:17  21   capture that when you're making these decisions.
09:18:20  22             Please remember that there are real people behind
09:18:22  23   this, and as much as we can all say something is better than
09:18:28  24   nothing, the amount of money and energy we've expended, you can
09:18:33  25   never compensate us enough.

*OFFICIAL TRANSCRIPT*

09:18:36  1          I used to look at, you know, people in

09:18:40  2     New Orleans, right, who lived through tragedies such as

09:18:45  3     hurricanes, and we've had houses with trees fall on them in

09:18:47  4     Virginia when we were in the military, there was never really a

09:18:50  5     good solution to this problem.  There wasn't an insurance that

09:18:53  6     helped us.  You know, this is it.  This is all we're going to

09:18:57  7     get.

09:18:58  8          So, I guess what I would say is, yes, more would

09:19:03  9     help, but I appreciate the time and the energy that everybody

09:19:08 10     has put into this, and, frankly, we want to move on with our

09:19:12 11     lives as much as possible.

09:19:15 12          Thank you.

09:19:16 13     THE COURT:  Okay.  Well, thanks for being here.  I

09:19:18 14     appreciate it.  I appreciate your comments.

09:19:21 15     MS OLSON:  Thank you.

09:19:30 16     THE COURT:  Anything further from anyone?

09:19:33 17          Okay.  With that, we'll end the conference then

09:19:36 18     and I'll see you all, when is the next one, November 22nd.

09:19:45 19          Okay.  Anything further?  Thank you all very

09:19:48 20     much.  Court will stand in recess.

09:19:50 21     THE DEPUTY CLERK:  All rise.

22     (WHEREUPON, at 9:19 a.m., the proceedings were

23     concluded.)

24                    *   *   *

25

*OFFICIAL TRANSCRIPT*

1                     REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11                            *s/Cathy Pepper*

12                            Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
13                            Registered Merit Reporter
                              Official Court Reporter
14                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov
15

16

17

18

19

20

21

22

23

24

25

                         **OFFICIAL TRANSCRIPT**

| 0 | 5 |
|---|---|

**09-MD-2047** [1] - 1:7

**1**

**10** [2] - 5:5, 14:23
**10016** [1] - 3:19
**109** [1] - 12:11
**11** [4] - 5:7, 5:9, 5:11, 5:13
**1100** [1] - 2:5
**11th** [2] - 10:13
**11TH** [1] - 5:5
**12** [3] - 9:5, 9:9
**1201** [2] - 2:21, 3:15
**13** [1] - 5:14
**15TH** [1] - 3:18
**16** [1] - 5:15
**19106** [1] - 1:24

**2**

**20,000** [2] - 6:23, 8:3
**200** [1] - 11:21
**2000** [1] - 3:9
**201** [2] - 3:5, 4:7
**2010** [1] - 14:6
**2019** [3] - 1:8, 5:15, 6:2
**2019.............** [1] - 5:5
**2047** [1] - 6:12
**21** [1] - 11:24
**225** [1] - 2:8
**22nd** [1] - 16:18
**22ND** [1] - 5:15
**23** [3] - 1:8, 6:2, 8:11
**23510** [1] - 2:16
**2800** [2] - 2:4, 2:5

**3**

**30309** [2] - 2:21, 3:15
**310** [1] - 2:16
**33134** [1] - 2:9
**3600** [1] - 3:5
**365** [1] - 3:9
**3rd** [1] - 11:10

**4**

**40TH** [1] - 4:7

**5**

**50** [1] - 11:19
**500** [2] - 1:24, 4:14
**504** [1] - 4:15
**510** [1] - 1:24
**580** [1] - 2:16
**589-7779** [1] - 4:15

**7**

**701** [1] - 2:12
**70113** [1] - 1:21
**70130** [3] - 2:12, 3:10, 4:15
**70163** [1] - 2:5
**70170** [2] - 3:5, 4:8
**72,000** [1] - 11:19

**8**

**820** [1] - 1:20

**9**

**90** [1] - 3:18
**99,000** [1] - 11:18
**9:00** [2] - 1:8, 13:13
**9:19** [1] - 16:22

**A**

**A.M** [1] - 1:8
**a.m** [1] - 16:22
**abilities** [1] - 12:2
**ability** [1] - 17:8
**able** [4] - 8:7, 8:23, 8:25, 15:20
**above-entitled** [1] - 17:9
**Academy** [1] - 14:9
**action** [5] - 7:13, 8:9, 8:11, 8:14, 8:18
**actions** [1] - 7:19
**address** [2] - 7:17, 13:15
**adequate** [2] - 10:18, 12:6
**adopted** [1] - 8:10
**advantages** [4] - 8:18, 9:2, 9:11, 9:15
**advertising** [1] - 7:22
**affect** [3] - 12:18, 12:24, 15:9
**affects** [1] - 12:15
**ago** [1] - 7:12

**agree** [1] - 12:6
**agreement** [2] - 7:12, 7:13
**ALEX** [1] - 4:7
**ALHAMBRA** [1] - 2:8
**ALL** [1] - 1:11
**allow** [1] - 9:12
**allows** [1] - 9:12
**almost** [1] - 15:10
**alright** [1] - 13:24
**ALSO** [1] - 4:10
**ALSTON** [2] - 2:19, 3:13, 3:17
**Amorin** [1] - 12:16
**amount** [2] - 12:23, 15:24
**AND** [6] - 2:3, 2:19, 3:8, 3:12, 4:4, 5:13
**answer** [4] - 10:5, 10:7, 10:20
**answering** [1] - 12:1
**answers** [2] - 10:6, 10:7
**anxiety** [1] - 15:9
**apologize** [2] - 13:23, 14:4
**appearance** [1] - 6:14
**APPEARANCES** [4] - 1:16, 2:1, 3:1, 4:1
**appreciate** [6] - 13:18, 14:5, 14:10, 16:9, 16:14
**appreciative** [1] - 15:2
**approval** [1] - 11:9
**ARATA** [1] - 4:5
**aspects** [1] - 7:17
**ATLANTA** [2] - 2:21, 3:15
**ATLANTIC** [2] - 2:20, 3:14
**attorney** [3] - 9:25, 10:4
**attorney's** [2] - 8:22, 8:23
**autistic** [1] - 15:8
**AVENUE** [4] - 1:20, 3:5, 3:18, 4:7

**B**

**B406** [1] - 4:14
**BAKER** [1] - 3:3
**BEARMAN** [1] - 3:3
**BEEN** [1] - 5:6
**BEFORE** [1] - 1:14
**behalf** [2] - 6:19, 11:2
**behind** [1] - 15:22
**BENJAMIN** [1] - 2:3
**BERKOWITZ** [1] - 3:4

**BERMAN** [1] - 1:23
**BERNARD** [1] - 3:14
**best** [3] - 7:18, 12:2, 17:8
**better** [3] - 13:20, 15:13, 15:23
**biggest** [1] - 12:14
**BIRD** [3] - 2:19, 3:13, 3:17
**bit** [1] - 13:3
**black** [1] - 12:19
**BNBM** [1] - 6:17
**BNMB** [1] - 3:7
**break** [1] - 12:12
**briefly** [1] - 13:15
**Brook** [1] - 12:17
**brought** [1] - 7:22
**BrownGreer** [2] - 11:7, 11:11
**BROWNGREER** [2] - 4:10, 5:10
**builder** [1] - 14:7
**BUILDING** [2] - 4:3, 4:4
**business** [1] - 15:15
**BY** [16] - 1:19, 1:23, 2:4, 2:8, 2:11, 2:15, 2:20, 3:4, 3:9, 3:13, 4:6, 4:17, 4:18, 5:7, 5:10, 5:14

**C**

**CALDWELL** [1] - 3:4
**CALL** [1] - 5:13
**CALLED** [1] - 6:4
**callers** [1] - 11:22
**CANAL** [1] - 3:9
**capture** [1] - 15:21
**case** [14] - 6:11, 6:21, 6:23, 6:25, 7:3, 7:5, 7:7, 7:9, 7:10, 7:23, 8:13, 8:15, 14:20
**cases** [1] - 7:8
**CASES** [1] - 1:11
**categories** [2] - 12:12, 12:13
**category** [1] - 12:14
**Cathy** [2] - 17:3, 17:12
**CATHY** [1] - 4:13
**Cathy_Pepper@laed .uscourts.gov** [2] - 4:16, 17:14
**CAYLE** [1] - 4:12
**CCR** [2] - 4:13, 17:12
**center** [2] - 11:16, 11:21
**CENTER** [2] - 2:20, 3:14

**CENTER.....** [1] - 5:13
**CENTRE** [1] - 2:4
**CERTIFICATE** [1] - 17:1
**CERTIFIED** [2] - 4:13, 4:14
**Certified** [3] - 17:3, 17:4, 17:12
**certify** [1] - 17:7
**challenges** [4] - 12:10, 12:22, 12:25
**change** [1] - 13:3
**CHARLES** [2] - 3:5, 4:7
**child** [2] - 14:14, 15:8
**CHINA** [2] - 4:3, 4:4
**Chinese** [5] - 6:12, 7:4, 7:10, 14:7, 14:18
**CHINESE** [1] - 1:5
**CHINESE-MANUFACTURED** [1] - 1:5
**ChineseDrywallSettl ement.com** [1] - 11:16
**CHINESEDRYWALL SETTLEMENT. COM** [1] - 5:13
**CHRISTINA** [2] - 2:20, 3:13
**chronic** [1] - 15:9
**CIRCLE** [1] - 2:8
**CIVIL** [1] - 1:7
**Civil** [1] - 8:10
**claim** [2] - 12:16, 12:18
**claimants** [1] - 6:24
**CLASS** [2] - 5:9, 5:12
**class** [17] - 7:13, 7:19, 8:9, 8:11, 8:13, 8:17, 8:18, 10:15, 11:6, 11:10, 11:15, 11:22, 11:24, 13:12, 13:14, 15:4, 15:6
**class-action** [1] - 7:13
**clearly** [1] - 14:12
**CLERK** [3] - 6:7, 6:12, 16:21
**CNBM** [2] - 3:8, 6:17
**CO** [4] - 2:18, 2:19, 3:12, 3:13
**collect** [1] - 8:25
**COLLECTIVELY** [1] - 4:5
**COLSON** [1] - 2:7
**Columbia** [1] - 11:20
**coming** [1] - 10:8
**comments** [1] - 16:14

Committee [1] - 6:19
COMMITTEE [1] - 2:15
common [2] - 7:23, 8:24
common-law [1] - 7:23
commonalities [1] - 8:16
commonality [2] - 8:14, 8:15
communication [1] - 7:21
COMPANY [1] - 4:4
compensate [2] - 15:11, 15:25
complexity [1] - 7:20
compromise [1] - 9:7
COMPUTER [1] - 4:18
concept [1] - 7:18
concern [2] - 12:13, 12:14
concluded [1] - 16:23
CONFERENCE [2] - 1:13, 5:15
conference [3] - 6:21, 10:23, 16:17
constant [1] - 15:17
CONTINUED [2] - 2:1, 3:1, 4:1
COORDINATION [1] - 2:15
CORAL [1] - 2:9
CORPORATION [1] - 4:3
correct [1] - 17:7
correctly [1] - 14:13
costly [1] - 10:14
costs [3] - 8:21, 8:22
counsel [7] - 6:14, 6:17, 10:15, 11:15, 11:22, 12:3, 13:12
COUNSEL [4] - 1:19, 3:3, 3:8, 5:12
court [3] - 11:5, 13:16, 16:20
Court [6] - 13:15, 17:4, 17:5, 17:6, 17:13, 17:14
COURT [20] - 1:1, 4:13, 6:4, 6:8, 6:11, 6:14, 6:20, 12:3, 12:7, 12:13, 12:20, 13:7, 13:9, 13:16, 13:21, 13:24, 14:3, 14:5, 16:13, 16:16
Court's [1] - 11:9
create [1] - 8:11
created [2] - 8:9, 8:11
CRR [2] - 4:13, 17:12

culture [1] - 14:20
CURRAULT [1] - 4:6

## D

DAVID [2] - 2:3, 3:18
DAVIS [2] - 1:19, 6:18
Davis [1] - 6:18
deal [2] - 8:2, 12:19
dealing [2] - 8:8, 8:12
DECEMBER [1] - 5:5
December [2] - 10:13
decisions [2] - 13:5, 15:21
defendant [3] - 7:24, 8:6, 8:7
defendants [5] - 6:22, 6:25, 7:2, 7:10, 7:25
defense [1] - 12:3
deployment [1] - 14:8
DEPUTY [3] - 6:7, 6:12, 16:21
developing [1] - 14:12
diagnoses [1] - 15:17
different [1] - 11:24
dining [1] - 14:19
dinner [3] - 9:17, 10:8, 10:10
disadvantage [1] - 9:9
disadvantages [5] - 9:3, 9:4, 9:10, 9:16, 10:20
dispute [1] - 11:10
disputes [1] - 11:12
DISTRICT [3] - 1:1, 1:2, 1:14
District [4] - 11:20, 17:6, 17:14
DOCKET [1] - 1:7
docket [1] - 11:14
DOCUMENT [1] - 1:10
dollar [2] - 12:15, 13:4
DONELSON [1] - 3:3
DONNA [1] - 4:6
down [1] - 12:12
drumstick [3] - 9:6, 9:7, 9:8
drumsticks [2] - 9:6, 9:9
Drywall [1] - 6:13
DRYWALL [1] - 1:5
drywall [1] - 14:7
Dugan [1] - 12:11
DUGGAN [2] - 1:23, 11:1
Duggan [2] - 11:1, 12:5
DUNBAR [1] - 3:8
DUPLANTIS [1] - 4:5

duty [1] - 10:15

## E

e-mail [1] - 13:14
EAGAN [2] - 4:5, 4:6
easily [2] - 9:1
EAST [1] - 2:16
Eastern [1] - 17:6
EASTERN [1] - 1:2
EIDSON [1] - 2:7
EIKHOFF [3] - 2:20, 3:13, 12:4
ELDON [1] - 1:14
emails [1] - 11:23
emotional [4] - 14:13, 14:25, 15:15, 15:17
END [1] - 5:14
end [3] - 11:13, 13:5, 16:17
endeavored [1] - 10:4
energy [2] - 15:24, 16:9
ENERGY [1] - 2:4
enforced [1] - 8:1
ENTITIES [2] - 3:8
entitled [1] - 17:9
ESQUIRE [16] - 1:19, 1:20, 1:23, 2:4, 2:8, 2:11, 2:15, 2:20, 3:4, 3:9, 3:13, 3:14, 3:18, 4:6, 4:6, 4:7
established [1] - 8:1
ESTIMATE [1] - 5:10
estimate [1] - 11:6
estimates [1] - 13:1
event [1] - 7:2
EVERY [2] - 5:8, 5:10
EWELL [1] - 4:6
exceptions [1] - 7:7
expecting [1] - 13:22
expended [1] - 15:24
explain [1] - 10:19
extended [1] - 10:15

## F

fact [1] - 8:15
factor [1] - 6:22
facts [1] - 10:19
fair [2] - 10:17, 12:6
fairly [1] - 12:19
FAIRNESS [1] - 5:5
fairness [1] - 10:12
fall [1] - 16:3
FALLON [1] - 1:14
Fallon [1] - 6:16
family [1] - 9:4

federal [1] - 7:11
Federal [1] - 8:10
fees [2] - 8:22, 8:23
felt [1] - 14:1
filing [1] - 8:4
financially [1] - 15:10
fine [1] - 13:21
finished [1] - 14:17
first [2] - 7:6, 14:16
FISHBEIN [1] - 1:23
five [1] - 10:3
FL [1] - 2:9
FLOOR [2] - 3:18, 4:7
folks [1] - 10:8
follow [1] - 15:18
footage [3] - 12:20, 12:21, 12:23
FOR [6] - 1:18, 2:14, 2:18, 3:3, 3:7, 3:12
foregoing [1] - 17:7
form [1] - 11:5
FORM [1] - 5:8
forth [1] - 7:11
fortunate [1] - 15:5
forward [1] - 13:17
frankly [1] - 16:10
front [1] - 8:23
fully [1] - 11:4
FULLY [1] - 5:6
functioning [1] - 11:17

## G

GA [2] - 2:21, 3:15
GABLES [1] - 2:9
GAINSBURGH [1] - 2:3
gentlemen [1] - 6:9
GERALD [1] - 2:4
German [2] - 7:4, 7:5
goods [1] - 7:20
GORDON [1] - 4:5
graduated [1] - 14:9
great [1] - 13:21
group [1] - 8:22
GROUP [1] - 4:3
grouped [1] - 7:4
guess [2] - 15:14, 16:8
GYPSUM [2] - 2:18, 3:12

## H

half [1] - 14:12
handled [1] - 8:7
hard [1] - 14:22
Harry [1] - 6:17

HARRY [1] - 3:9
HAS [2] - 5:6, 5:12
hear [1] - 10:24
HEARD [1] - 1:14
HEARING [1] - 5:5
hearing [2] - 10:12, 10:22
held [1] - 11:4
help [1] - 16:9
helped [1] - 16:6
hereby [1] - 17:6
HERMAN [2] - 1:19, 1:20
HICKS [1] - 2:7
Honor [5] - 6:18, 11:1, 11:2, 13:8, 13:11
HONORABLE [1] - 1:14
hope [1] - 13:18
house [3] - 9:1, 14:8, 14:14
houses [1] - 16:3
hurricanes [1] - 16:3
husband [2] - 14:6, 14:17

## I

ill [1] - 14:15
imagine [2] - 15:3, 15:6
impact [1] - 13:1
IN [1] - 1:5
individual [4] - 6:23, 7:8, 7:16, 8:3
individuals [1] - 7:16
information [3] - 8:25, 9:1, 11:11
initial [1] - 11:3
INITIAL [1] - 5:6
inquiries [1] - 11:23
instantaneous [1] - 7:21
insurance [1] - 16:5
involved [2] - 7:3, 8:12
IS [1] - 5:15
issue [2] - 12:20, 13:5
itself [1] - 11:18

## J

JACOB [1] - 4:10
Jake [1] - 12:8
job [1] - 14:21
join [2] - 8:17, 8:20
journey [1] - 14:13
JR [1] - 4:6
Judge [3] - 6:10, 6:16,

12:10
**JUDGE** [1] - 1:14
**judicially** [1] - 8:1

## K

**KATZ** [1] - 1:19
**keep** [1] - 15:1
**KERRY** [1] - 3:4
**kids** [1] - 9:5
**KNAUF** [1] - 3:3
**Knauf** [1] - 7:6
**KNOWN** [1] - 5:8
**known** [1] - 11:6

## L

**LA** [7] - 1:21, 2:5, 2:12, 3:5, 3:10, 4:8, 4:15
**ladies** [1] - 6:8
**LAMBERT** [1] - 2:11
**last** [3] - 10:12, 13:13, 13:25
**late** [1] - 13:13
**LAW** [1] - 2:15
**law** [1] - 7:23
**lawyer** [3] - 7:22, 8:6
**lawyers** [3] - 7:16, 8:3, 15:5
**learned** [1] - 14:21
**least** [5] - 7:17, 7:18, 8:13, 8:19, 14:1
**leave** [1] - 9:12
**legislation** [1] - 9:12
**legislatively** [2] - 8:1, 8:8
**LEONARD** [1] - 1:19
**Leonard** [1] - 6:18
**letter** [2] - 10:2, 14:6
**letters** [2] - 7:15, 11:6
**LETTERS** [1] - 5:10
**letting** [1] - 10:9
**LEVIN** [1] - 1:23
**Liability** [1] - 6:13
**LIABILITY** [1] - 1:6
**liaison** [1] - 6:17
**LIAISON** [3] - 1:19, 3:3, 3:8
**life** [1] - 15:18
**LIMITED** [1] - 4:4
**litigants** [1] - 9:16
**litigants'** [1] - 8:19
**litigation** [5] - 7:1, 8:9, 8:12, 9:14, 9:22
**Litigation** [1] - 6:13
**LITIGATION** [1] - 1:6
**lived** [1] - 16:2

**lives** [2] - 15:10, 16:11
**LONG** [1] - 5:8
**look** [2] - 15:7, 16:1
**looked** [1] - 14:19
**looking** [1] - 14:11
**lost** [1] - 15:10
**Louisiana** [2] - 17:5, 17:6
**LOUISIANA** [2] - 1:2, 1:8
**LTD** [4] - 2:19, 2:19, 3:12, 3:13

## M

**ma'am** [2] - 13:17, 13:21
**MADE** [1] - 5:7
**MAGAZINE** [1] - 2:12
**mail** [1] - 13:14
**MAILED** [1] - 5:8
**mailed** [1] - 11:6
**MAIN** [1] - 2:16
**major** [1] - 12:13
**MANUFACTURED** [1] - 1:5
**Manufactured** [1] - 6:13
**manufacturers** [4] - 7:3, 7:4, 7:5, 7:6
**master** [4] - 11:7, 11:11, 11:12, 13:5
**MASTER** [2] - 5:11, 5:14
**material** [1] - 7:21
**MATERIALS** [2] - 4:3, 4:4
**matter** [2] - 12:23, 17:9
**MCCOLLAM** [1] - 4:5
**MDL** [1] - 6:12
**means** [1] - 9:14
**meant** [1] - 14:10
**MECHANICAL** [1] - 4:17
**member** [2] - 11:6, 15:20
**MEMBER.................. ................... [1] - 5:9**
**members** [3] - 11:10, 11:24, 13:14
**MERIT** [1] - 4:14
**Merit** [2] - 17:4, 17:13
**met** [2] - 10:3, 14:17
**method** [3] - 8:5, 8:8, 8:11
**MEUNIER** [2] - 2:3, 2:4
**military** [1] - 16:4

**MILLER** [1] - 3:4
**mind** [1] - 15:1
**money** [2] - 13:3, 15:24
**monies** [1] - 11:4
**month** [2] - 11:13, 13:6
**MONTH..** [1] - 5:14
**MONTHLY** [1] - 1:13
**monthly** [1] - 6:20
**MONTOYA** [1] - 2:8
**moody** [1] - 10:2
**morning** [7] - 6:8, 6:10, 6:16, 6:18, 11:1, 13:11, 13:15
**morphed** [1] - 7:24
**most** [3] - 12:15, 12:18, 12:22
**move** [1] - 16:10
**moved** [1] - 14:14
**moving** [1] - 14:23
**MR** [7] - 6:16, 6:18, 12:10, 12:14, 12:21, 13:8, 13:11
**MS** [8] - 11:1, 12:4, 13:20, 13:22, 13:25, 14:4, 14:6, 16:15
**multiple** [2] - 8:2, 8:12

## N

**NATIONAL** [2] - 4:3, 4:4
**nationwide** [1] - 7:20
**Naval** [1] - 14:9
**Navy** [1] - 14:8
**necessarily** [1] - 6:24
**NELSON** [1] - 2:11
**never** [4] - 14:20, 15:16, 15:25, 16:4
**new** [1] - 11:19
**New** [2] - 13:19, 16:2
**NEW** [1] - 1:8, 1:21, 2:5, 2:12, 3:5, 3:10, 3:19, 4:8, 4:15
**NEXT** [1] - 5:15
**next** [1] - 16:18
**night** [2] - 13:13, 13:25
**NO** [1] - 1:7
**NORFOLK** [1] - 2:16
**nothing** [2] - 15:3, 15:24
**notice** [9] - 9:23, 10:11, 10:17, 10:18, 11:5, 11:10, 11:25, 12:5
**NOTICE** [1] - 5:8
**noticed** [1] - 10:16

**notified** [4] - 9:16, 9:17, 9:23, 10:14
**notify** [1] - 10:14
**November** [1] - 16:18
**NOVEMBER** [1] - 5:15
**number** [2] - 7:15, 10:3
**numbered** [1] - 17:9
**numbers** [4] - 6:21, 6:22, 7:24, 7:25
**NY** [1] - 3:19

## O

**O'KEEFE** [1] - 1:20
**obligated** [1] - 14:1
**obtain** [1] - 10:10
**October** [1] - 11:10
**OCTOBER** [2] - 1:8, 6:2
**OF** [4] - 1:2, 1:13, 2:15, 5:14
**OFFICES** [1] - 2:15
**OFFICIAL** [1] - 4:13
**Official** [2] - 17:5, 17:13
**old** [1] - 14:12
**Olsen** [1] - 13:16
**OLSON** [7] - 4:10, 13:20, 13:22, 13:25, 14:4, 14:6, 16:15
**Olson** [1] - 13:14
**ON** [2] - 5:5, 5:11
**once** [1] - 14:24
**one** [14] - 7:8, 7:23, 7:24, 8:5, 8:6, 8:13, 8:21, 12:14, 12:18, 13:14, 15:8, 16:18
**ONE** [2] - 2:20, 3:14
**operators** [1] - 10:19
**opportunities** [2] - 7:20, 10:20
**opportunity** [6] - 8:17, 9:22, 9:24, 10:1, 10:8, 10:21
**opt** [1] - 9:14
**opt-out** [1] - 9:14
**opting** [1] - 9:21
**ORDER** [1] - 6:4
**order** [2] - 8:13, 8:16
**ORLEANS** [8] - 1:8, 1:21, 2:5, 2:12, 3:5, 3:10, 4:8, 4:15
**Orleans** [2] - 13:19, 16:2
**outweigh** [1] - 9:10
**own** [3] - 9:13, 10:9

## P

**p.m** [1] - 13:13
**PA** [1] - 1:24
**PAGE** [1] - 5:3
**PARK** [1] - 3:18
**part** [2] - 14:25, 15:1
**particular** [3] - 6:23, 6:25, 7:14
**parties** [3] - 7:12, 8:12, 10:25
**past** [1] - 14:23
**PATRICK** [1] - 2:8
**paying** [1] - 8:21
**payment** [1] - 1:13
**PAYMENT** [1] - 5:6
**payouts** [1] - 12:24
**pays** [2] - 8:22
**PEACHTREE** [2] - 2:21, 3:15
**penny** [1] - 14:20
**Pentagon** [1] - 14:18
**PENTHOUSE** [1] - 2:8
**people** [9] - 7:16, 9:19, 10:21, 11:25, 12:15, 13:2, 15:14, 15:22, 16:1
**PEPPER** [1] - 4:13
**Pepper** [3] - 17:3, 17:11, 17:12
**perhaps** [2] - 7:17, 7:21
**person** [1] - 8:21
**PETERSON** [1] - 2:11
**PFC** [1] - 13:12
**PHELPS** [1] - 3:8
**PHILADELPHIA** [1] - 1:24
**phone** [1] - 11:22
**piece** [1] - 9:8
**place** [1] - 10:9
**plaintiff** [1] - 7:24, 8:5, 8:6, 11:7
**PLAINTIFF** [2] - 4:10, 5:11
**plaintiffs** [5] - 6:22, 7:24, 8:2, 8:3, 11:2
**Plaintiffs'** [1] - 6:19
**PLAINTIFFS'** [1] - 1:18
**plaintiffs'** [1] - 8:19
**PLASTERBOARD** [2] - 2:19, 3:13
**plus** [1] - 11:20
**point** [1] - 7:14
**pool** [2] - 8:20, 8:24
**possible** [1] - 16:11
**potential** [1] - 7:7
**POYDRAS** [2] - 2:5, 4:14

**prepare** [1] - 14:4
**preponderate** [1] - 8:16
**PRESENT** [1] - 4:10
**problem** [1] - 16:5
**Procedure** [1] - 8:11
**proceeded** [3] - 7:5, 7:9, 7:10
**proceedings** [2] - 16:22, 17:9
**PROCEEDINGS** [3] - 1:13, 4:17, 6:1
**PRODUCED** [1] - 4:18
**Products** [1] - 6:13
**PRODUCTS** [1] - 1:5
**prove** [1] - 15:16
**PTSD** [1] - 15:17
**publishing** [1] - 11:12
**put** [2] - 15:6, 16:10

## Q

**qualify** [1] - 8:13
**questioning** [1] - 7:16
**questions** [6] - 9:24, 10:3, 10:5, 10:21, 12:1
**quite** [2] - 13:3, 14:10

## R

**rational** [1] - 14:25
**RE** [1] - 1:5
**re** [1] - 6:12
**reached** [1] - 7:12
**real** [1] - 15:22
**realized** [1] - 13:25
**really** [3] - 12:24, 13:3, 16:4
**REALTIME** [1] - 4:13
**Realtime** [2] - 17:3, 17:12
**receive** [2] - 12:10, 12:21
**received** [6] - 7:15, 10:2, 11:11, 12:11, 13:13, 14:6
**recess** [1] - 16:20
**record** [2] - 6:15, 17:8
**RECORDED** [1] - 4:17
**referred** [1] - 12:11
**regarding** [1] - 11:21
**Registered** [1] - 17:3
**registered** [1] - 17:13
**registry** [1] - 11:5
**reiterate** [1] - 12:4
**RELATES** [1] - 1:10
**relatively** [1] - 12:23

**remember** [2] - 14:16, 15:22
**reminds** [1] - 14:25
**report** [2] - 11:3, 12:4
**Reporter** [7] - 17:3, 17:4, 17:5, 17:12, 17:13, 17:13
**REPORTER** [3] - 4:13, 4:13, 4:14
**REPORTER'S** [1] - 17:1
**representation** [1] - 8:25
**requested** [1] - 13:15
**resolved** [1] - 7:6
**resources** [2] - 8:24, 10:16
**responding** [1] - 11:23
**response** [1] - 10:24
**rest** [1] - 15:18
**returning** [1] - 11:22
**reviewing** [1] - 13:4
**revised** [1] - 11:12
**RICHARD** [2] - 2:15, 2:15
**Richard** [3] - 13:10, 13:11, 14:17
**rise** [2] - 6:7, 16:21
**RMR** [2] - 4:13, 17:12
**room** [2] - 14:19, 15:15
**ROOM** [1] - 4:14
**ROSENBERG** [2] - 3:9, 6:16
**Rosenberg** [1] - 6:17
**ROTHENBERG** [1] - 4:7
**rule** [1] - 12:24
**Rules** [1] - 8:10

## S

**s/Cathy** [1] - 17:11
**safely** [1] - 11:4
**sales** [1] - 7:20
**SANDRA** [1] - 1:23
**Sandra** [1] - 11:1
**Sarah** [1] - 13:14
**SARAH** [1] - 4:10
**satisfactory** [1] - 10:6
**seated** [1] - 6:8
**SEDRAN** [1] - 1:23
**see** [4] - 11:14, 12:25, 14:20, 16:18
**seek** [1] - 10:10
**sense** [1] - 8:22
**SENT** [1] - 5:10
**sent** [1] - 11:7

**Serpe** [2] - 13:11, 14:17
**SERPE** [3] - 2:15, 2:15, 13:11
**set** [2] - 9:20, 11:15
**SET** [1] - 5:12
**settled** [1] - 7:6
**SETTLEMENT** [2] - 5:6, 5:12
**settlement** [5] - 7:13, 11:3, 11:9, 11:15, 15:7
**seven** [1] - 10:4
**shifting** [1] - 13:3
**side** [1] - 8:13
**significant** [1] - 13:1
**single** [1] - 11:6
**SINGLE** [1] - 5:8
**sitting** [1] - 14:18
**situation** [4] - 7:22, 8:2, 9:4, 9:11
**six** [1] - 10:3
**small** [1] - 12:23
**society** [2] - 7:20, 15:20
**solution** [2] - 15:13, 16:5
**sometimes** [3] - 7:25, 9:10, 10:6
**son** [2] - 14:12, 15:20
**soon** [1] - 14:15
**sort** [1] - 9:4
**SPREADSHEET** [1] - 5:14
**spreadsheet** [4] - 11:8, 11:11, 11:13, 13:5
**SPREADSHEET........ .......** [1] - 5:11
**square** [3] - 12:20, 12:21, 12:23
**SR** [1] - 3:14
**ST** [2] - 3:5, 4:7
**stand** [2] - 15:12, 16:20
**standpoint** [2] - 8:19, 8:20
**started** [2] - 6:21, 14:11
**State** [1] - 17:4
**state** [1] - 7:11
**STATE/FEDERAL** [1] - 2:14
**States** [2] - 17:5, 17:14
**STATES** [2] - 1:1, 1:14
**states** [2] - 11:19, 11:24
**status** [2] - 6:20, 10:23

**STATUS** [1] - 1:13
**Steering** [1] - 6:19
**STENOGRAPHY** [1] - 4:17
**STEPHEN** [1] - 1:20
**STREET** [8] - 1:24, 2:5, 2:12, 2:16, 2:21, 3:9, 3:15, 4:14
**succeeding** [1] - 14:23
**successful** [1] - 15:20
**suit** [1] - 8:4
**SUITE** [5] - 1:24, 2:5, 2:16, 3:5, 3:9
**switch** [1] - 12:16

## T

**table** [7] - 9:5, 9:13, 9:17, 9:18, 9:19, 9:21, 14:19
**TAFAN** [2] - 2:19, 3:12
**TAISHAN** [5] - 2:18, 2:19, 3:7, 3:12, 3:12
**Taishan** [3] - 6:17, 7:10, 11:4
**TAISHAN................... ................** [1] - 5:7
**tank** [1] - 14:18
**TAYLOR** [1] - 3:14
**THE** [29] - 1:14, 1:18, 2:14, 3:3, 3:7, 5:6, 5:11, 5:14, 6:7, 6:8, 6:11, 6:12, 6:14, 6:20, 12:3, 12:7, 12:13, 12:20, 13:7, 13:9, 13:16, 13:21, 13:24, 14:3, 14:5, 16:13, 16:16, 16:21
**thereabouts** [1] - 8:4
**therefore** [2] - 7:25, 8:8
**they've** [1] - 10:15
**third** [1] - 14:14
**THIS** [1] - 1:10
**thousand** [2] - 6:25, 8:3
**TO** [4] - 1:10, 5:8, 5:10, 6:4
**today** [3] - 6:20, 10:23, 13:22
**together** [2] - 8:17, 8:20
**tour** [1] - 14:17
**town** [1] - 14:1
**traditional** [3] - 7:23, 8:5
**tragedies** [1] - 16:2
**transcript** [1] - 17:7

**TRANSCRIPT** [2] - 1:13, 4:17
**trees** [1] - 16:3
**trials** [1] - 7:11
**tried** [1] - 15:1
**triggers** [1] - 15:18
**true** [1] - 17:7
**truly** [1] - 13:22
**trying** [2] - 14:22, 15:11
**turkey** [3] - 9:5, 9:9, 9:13
**two** [5] - 7:2, 7:8, 9:6, 14:12
**two-and-a-half-year-old** [1] - 14:12
**type** [3] - 7:1, 8:8, 9:14
**types** [1] - 7:2

## U

**UNDER** [1] - 5:6
**under** [2] - 11:3, 11:9
**United** [2] - 17:5, 17:14
**UNITED** [2] - 1:1, 1:14
**unusual** [3] - 6:22, 6:24, 7:1
**unwieldy** [1] - 6:24
**UP** [1] - 5:12
**up** [4] - 8:23, 11:15, 14:24, 15:19
**updated** [1] - 13:5
**UPDATED** [1] - 5:14
**users** [1] - 11:19

## V

**VA** [1] - 2:16
**vacation** [1] - 13:23
**values** [3] - 12:15, 12:18, 13:4
**various** [2] - 7:17, 12:12
**vehicle** [2] - 7:25, 8:7
**VENDERBUSH** [1] - 3:18
**versus** [1] - 15:3
**veterans** [1] - 14:9
**views** [1] - 11:18
**vigor** [1] - 7:9
**Virginia** [2] - 13:14, 16:4
**vividly** [1] - 14:16
**VOICES** [1] - 6:10

*OFFICIAL TRANSCRIPT*

| **W** |
|:---:|

**wake** [1] - 15:19
**WALNUT** [1] - 1:24
**wants** [1] - 9:7
**WARSHAUER** [1] - 2:3
**WAS** [1] - 5:8
**watch** [1] - 14:2
**weather** [1] - 13:19
**website** [2] - 11:15, 11:18
**WEBSITE** [1] - 5:12
**WEDNESDAY** [2] - 1:8, 6:2
**WERE** [1] - 5:10
**WEST** [2] - 2:21, 3:15
**WHEREUPON** [1] - 16:22
**white** [1] - 12:19
**whole** [2] - 9:8, 15:7
**Wisconsin** [1] - 13:20
**wish** [1] - 15:12
**WOODY** [5] - 4:10, 12:10, 12:14, 12:21, 13:8
**word** [1] - 7:19

| **Y** |
|:---:|

**year** [1] - 14:12
**years** [1] - 14:23
**YORK** [1] - 3:19

| **"** |
|:---:|

**"CNBM"** [1] - 4:5

*OFFICIAL TRANSCRIPT*