UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| **This document relates to cases:** **09-6690 and 11-3023** | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

Considering the law firms of law firms of Colson Hicks Eidson's Motion to Deposit Settlement Funds Into the Registry of the Court and for the Court's Determination Regarding Distribution of the Funds.

IT IS ORDERED that the Motion to Deposit Settlement Funds Into the Registry of the Court and for the Court's Determination Regarding Distribution of the Funds is GRANTED and funds for Claimants Larry and Rene Galvin in the amount of $6,692.34 shall be deposited into the registry of the Court. Future distribution to the Claimants shall be upon order of this Court.

New Orleans, Louisiana, this 25th day of October, 2019.

_____
Eldon E. Fallon
United States District Court Judge