UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

**SETTLEMENT ADMINISTRATORS'S NOTICE OF FILING OF REVISED MASTER SPREADSHEET OF KNOWN SETTLEMENT CLASS MEMBER CLAIMS**

The Settlement Administrator has reviewed the challenges to the Master Spreadsheet of Known Settlement Class Member Claims ("Master Spreadsheet") submitted by claimants and hereby files a Revised Master Spreadsheet with updated information for claimants who submitted a successful challenge. A Portable Document Format ("PDF") version of the Master Spreadsheet is attached hereto as Exhibit "A," and will also be posted on the Chinese Drywall Website, www.ChineseDrywallSettlement.com. The Settlement Administrator will also send an individual notification to counsel that includes the basis for the Settlement Administrator's ruling on each challenge.

Dated: October 31, 2019            Respectfully submitted,

                                                      __/s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
jswoody@browngreer.com
*Settlement Administrator for the Chinese Drywall Settlement Program*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on D upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 31st day of October, 2019.

                                        Respectfully submitted,

                                        __/s/ Jacob Woody_____
                                        Jacob S. Woody, Esquire (Va. Bar No. 77485)
                                        BrownGreer, PLC
                                        250 Rocketts Way
                                        Richmond, VA 23231
                                        Telephone:  (804) 521-7200
                                        Facsimile:  (804) 521-7299
                                        jswoody@browngreer.com
                                        *Settlement Administrator for the Chinese Drywall Settlement Program*