# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## ORDER

On October 15, 2019, the Court granted the Settlement Administrator's Motion to Deposit Disputed Attorney Fee Funds into the Registry of the Court. R. Doc. 22343. On October 25, 2019, the Settlement Administrator filed a Notice of Compliance indicating the specific parties with an interest in these funds. R. Doc. 22350. Accordingly,

**IT IS ORDERED** any party with an interest in these funds file a motion addressing the allocation of these funds by December 2, 2019 to allow for a submission date of December 18, 2019.

New Orleans, Louisiana this 31st day of October.

_____
U.S. District Court Judge