**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 31, 2019**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| | * | **MDL NO. 2047** |
| | * | |
| | * | **SECTION L (5)** |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller participated on behalf of Defendants. The parties discussed the status of the case and procedural plans to move it forward. The parties discussed Defendant's proposed changes to the Case Management Order and the Court adopted the proposed changes. An amended CMO is forthcoming.

The parties also discussed Plaintiffs' Motion to Intervene. For the reasons discussed during the status conference,

**IT IS ORDERED** that Plaintiffs' Motion to Intervene, R. Doc. 22334 is **GRANTED**.

JS10(00:14)