UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS', ROBERT AMUSO, et al.,
CLASS ACTION INTERVENTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, exported, distributed, delivered, supplied, inspected, marketed, sold and/or installed by the Defendants.

Intervening plaintiffs have moved the Court to allow permissive intervention in the *Bennett* civil action, because they are all absent class members defined in that class action. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Bennett* class action complaint, as amended, herein by reference (¶¶ 22-144).

The Intervening Plaintiffs seek to be class representatives for the class identified in *Bennett*. The Knauf Defendants named in the *Bennett* class action, as amended, are liable to Intervening Plaintiffs for their role in the design, manufacture, importing,

distributing, delivery, supply, marketing inspecting, installing, or sale of the defective drywall at issue in the litigation

Each Intervening Plaintiff is identified in the chart below:

| | **INTERVENING PLAINTIFFS** | |
|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF AFFECTED PROPERTY** |
| 1. | Robert Amuso | 9461 Ambrose Lane, Kimberly, AL 35091 |
| 2. | BACO ANNETTA, LLC | 363 NE 30 AVE, Homestead, FL 33033 |
| 3. | Loretha J. Armstrong | 121 11th Avenue East, Bradenton, FL 34208 |
| 4. | Christopher Payton & Arrowhead Lodge, LLC | 19 Money Hill Lane, Poplarville, MS 39470 |
| 5. | Lisa Lofton o.b.o. Estate of Catherine Baber | 121 Country Club Drive, Pass Christian, MS 39571 |
| 6. | David Neil Baldwin | 909 High Ridge Drive, Friendswood, TX 77546 |
| 7. | Hanh Bich Thi Tran | 1008 Washington Court, Moody, AL 35004 |
| 8. | Martin Kuntz | 1417 SW Devera Place, Port St. Lucie, FL 34953 |
| 9. | Shona Blonsky | 8220 SW 60 Court, South Miami, FL 33143 |
| 10. | Leslie S. Bogard & Rachel Renee Schoerner | 451 Linda Drive, Biloxi, MS 39531 |
| 11. | William D. Brady | 2089 Knollwood Place, Birmingham, AL 35242 |
| 12. | Sarah B. Brousseau | 437 Delgado Drive, Baton Rouge, LA 70808 |
| 13. | Kenneth Butcher | 4020 Island Lakes Drive, Winter Haven, FL 33881 |
| 14. | Richard Calevro | 5040 Georgia Street, Bay St. Louis, MS 39520 |
| 15. | Marfelia Calderon | 3441 SW Haines Street, Port St. Lucie, FL 34953 |
| 16. | Leslie M. Cason | 124 Arbor Hill Lane, Huntsville, AL 35824 |
| 17. | Michael M. Christovich | 829 East Scenic Drive, Pass Christian, MS 39571 |
| 18. | Carl J. Cordier, Jr. | 11429 Maxine Drive, New Orleans, LA 70128 |
| 19. | Prabha Dhume | 150 Spencer Avenue, New Orleans, LA 70124 |
| 20. | Mary Ann Ferry | 101 Lakeside Drive, Waveland, MS 39576 |
| 21. | Alice Ginart | 2104 Olivia Street, Meraux, LA 70075 |
| 22. | Suzan Grande & CJ Properties | 7 Nevin Court, Conroe, TX 77301 |

| | | |
|---|---|---|
| 23. | Wanda Green | 1709 Seacrest Drive, Gautier, MS 39553 |
| 24. | Jason Hallmark | 775 Ridgefield Way, Odenville, AL 35120 |
| 25. | Earnest Hamilton | 160 Blairs Circle, Pell City, AL 35215 |
| 26. | Gary Helmick | 13237 Emerald Acres Avenue, Dover, FL 33527 |
| 27. | Simin Liu | 3016 Taft Park, Metairie, LA 70002 |
| 28. | George W. Humphries, III & George W. Humphries, IV | 11209 Texas Street, Bay St. Louis, MS 39520 |
| 29. | Nancy Ijemere | 7012 Eagle Point Trail, Birmingham, AL 35242 |
| 30. | Matthew L. Issman & Susan A. Issman | 669 Timberwood Loop, Madisonville, LA 70447 |
| 31. | Terri Lee | 3258 Clubhouse Road, Mobile, AL 36605 |
| 32. | Renee Lee | 308 Italian Isle, Gautier, MS 39553 |
| 33. | Catherine S. Martinez | 6507 Memphis Street, New Orleans, LA 70124 |
| 34. | Kerry McCann | 73244 Penn Mill Road, Covington, LA 70435 |
| 35. | Andree McCullar | 603 East Second Street, Pass Christian, MS 39571 |
| 36. | Susan Niemiec | 6881 Brompton Drive, Lakeland, FL 33809 |
| 37. | Bernice Pendelton | 5224 Pasteur Boulevard, New Orleans, LA 70122 |
| 38. | Bich Nguyen | 9549 Homestead Drive, Baton Rouge, LA 70817 |
| 39. | Kristal Province | 86048 Highway 450, Franklinton, LA 70438 |
| 40. | Lin H. Robinson | 131 Sea Oaks Drive, Long Beach, MS 39560 |
| 41. | Rose Russo | 9800 Quinta Artesa Way, Unit 105, Ft. Myers, FL 33908 |
| 42. | Debra Thomas | 32793 A Waterview Drive East, Loxley, AL 36551 |
| 43. | Suzanne Tolliver | 4531 Darwin Boulevard, Port St. Lucie, FL 34953 |
| 44. | Aliesky Santiago | 14763 SW 35 Lane, Miami, FL 33185 |
| 45. | Christian Vest o.b.o. Estate of Timothy Hoffman | 624 NE 2nd Place, Cape Coral, FL 33909 |
| 46. | Ruby Xiaochun Xi | 4220 Vincennes Place, New Orleans, LA 70125 |
| 47. | Karma Zelenenki | 4331 Ferrari Drive, Sebring, FL 33872 |

**DEMAND FOR JURY TRIAL**

Intervening Plaintiffs, individually and on behalf of the Class Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

**PRAYER FOR RELIEF**

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a. An order certifying the case as a class action;

b. An order certifying the Class;

c. An order appointing Plaintiffs as the Class Representatives;

d. An order appointing the undersigned as counsel for the Class;

e. Compensatory, statutory, and/or punitive damages;

f. Pre and post-judgment interest as allowed by law;

g. Injunctive relief;

h. An award of attorney's fees as allowed by law;

i. An award of taxable costs; and

j. Any and all such further relief as this Court deems just and proper.

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-332-1362
jimmy@doylefirm.com
*Attorney for Plaintiffs*

Dated:   October 7, 2019