**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** *09-3156; 09-3192; 09-3193; 09-3243;* **09-3282; 09-3309; 09-3422; 09-3423; 09-3424; 09-3425; 09-3426; 09-3427; 09-3525; 09-3526; 09-3535; 09-3536; 09-3634; 09-3635; 09-3636; 09-3637; 09-3638; 09-3639; 09-3923; 09-4100; 09-4102; 09-4154; 09-4273** | **JUDGE FALLON** **MAGISTRATE JUDGE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel comes, Becnel Law Firm, LLC, and submits its Ex Parte Motion to Withdraw Daniel E. Becnel, Jr. as Counsel of Record. Mr. Becnel has been placed on inactive status with the Court and Bar. Salvadore Christina, Jr. of the Becnel Law Firm is already enrolled in these matters.

Wherefore, the Becnel Law Firm, LLC prays that this Court will enter an order withdrawing Daniel E. Becnel, Jr. as additional counsel of record in these matters.

                                            Respectfully Submitted:

                                            /S/ Salvadore Christina, Jr.
                                            Salvadore Christina, Jr. (27198)
                                            Becnel Law Firm, LLC
                                            425. W. Airline Hwy, Ste B.
                                            LaPlace, La. 70068
                                            Telephone: 985.536.1186
                                            Facsimile: 985.536.6445

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed on this the 4th day of November, 2019 electronically with the Clerk of Court with the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system.

/s/ Salvadore Christina, Jr.
Salvadore Christina, Jr.