# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *09-3156; 09-3192; 09-3193; 09-3243; 09-3282; 09-3309; 09-3422; 09-3423; 09-3424; 09-3425; 09-3426; 09-3427; 09-3525; 09-3526; 09-3535; 09-3536; 09-3634; 09-3635; 09-3636; 09-3637; 09-3638; 09-3639; 09-3923; 09-4100; 09-4102; 09-4154; 09-4273* | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw attorney Daniel E. Becnel, Jr.;

IT IS ORDERED that Daniel E. Becnel, Jr. be withdrawn as a counsel of record for the cases referenced above.

New Orleans, Louisiana this _____ day of _____, 2019.

_____
JUDGE, Eastern District of Louisiana