UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY           MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
*09-3156; 09-3192; 09-3193; 09-3243;*   MAGISTRATE JUDGE WILKINSON
09-3282; 09-3309; 09-3422; 09-3423;
09-3424; 09-3425; 09-3426; 09-3427;
09-3525; 09-3526; 09-3535; 09-3536;
09-3634; 09-3635; 09-3636; 09-3637;
09-3638; 09-3639; 09-3923; 09-4100;
09-4102; 09-4154; 09-4273
******************************************************************

## ORDER

Considering the foregoing Motion to Withdraw attorney Daniel E. Becnel, Jr.;

IT IS ORDERED that Daniel E. Becnel, Jr. be withdrawn as a counsel of record for the cases referenced above.

New Orleans, Louisiana this __6th__ day of ____November____, 2019.

_____
UNITED STATES DISTRICT JUDGE