**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 14, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * **CIVIL ACTION** * * **MDL NO. 2047** * * **SECTION L (5)** |
| **THIS DOCUMENT RELATES TO:** *Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The parties represented that they were have difficulty agreeing on the locations of six upcoming depositions. Accordingly,

**IT IS ORDERED** that the depositions of the Huntsville Plaintiffs will be held in Birmingham, Alabama, and the depositions of the Fort Myers Plaintiffs will be held in Fort Myers, Florida.

**IT IS FURTHER ORDERED** that the parties participate in a telephone status conference on Tuesday, December 10 at 9:00 a.m. The Court will initiate the call.

JS10(00:13)

1