UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**MOTION FOR LEAVE TO EXCEED PAGE LIMITATION
AND TO SET BRIEFING SCHEDULE**

NOW COMES Settlement Class Counsel, who upon suggesting to the Court that Settlement Class Counsel's Memorandum of Law in Support of Their Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys exceeds the page limitation allowed by the Federal Rules of Civil Procedure and this Court, Settlement Class Counsel requests leave of court to exceed the page limitation and allow the filing of the attached proposed Motion, Memorandum in Support, Exhibits, Proposed Order and Notice of Submission ("filing").

Additionally, certain deadlines are currently in place regarding the Fairness Hearing for final approval of the Taishan Settlement, and Settlement Class Counsel request that the same deadlines apply to this filing.

WHEREFORE mover prays that this motion be granted and that the Settlement Class Counsel's Memorandum of Law in Support of Their motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys can exceed the page limitation as set by the Federal Rules of Civil Procedure and this Court, and that

the filing be filed into the record, and further that the deadline dates that are currently in place for the Taishan Settlement be established for this filing. In other words, any response to the filing shall be filed on or before November 27, 2019, and any Reply by movant shall be filed on or before December 6, 2019, and the matter set for submission on December 11, 2019.

                                      Respectfully submitted,

Dated: November 19, 2019        By: */s/ Stephen J. Herman*
                                      Russ M. Herman (Bar No. 6819)
                                      Leonard A. Davis (Bar No. 14190)
                                      Stephen J. Herman (Bar No. 23129)
                                      Charles King (Bar No.34621)
                                      Herman, Herman & Katz, LLC
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      SHerman@hhklawfim.com
                                      *Plaintiffs' Liaison Counsel MDL 2047 and*
                                      *Settlement Class Counsel*

                                      Arnold Levin
                                      Fred S. Longer
                                      Sandra L. Duggan
                                      Keith Verrier
                                      Levin Sedran & Berman LLP
                                      510 Walnut Street, Suite 500
                                      Philadelphia, PA 19106
                                      Phone: (215) 592-1500
                                      Fax: (215) 592-4663
                                      alevin@lfsblaw.com
                                      *Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of November, 2019.

>   */s/ Stephen J. Herman*
>   Stephen J. Herman
>   Herman, Herman & Katz, LLC
>   820 O'Keefe Avenue
>   New Orleans, LA 70113
>   Phone: (504) 581-4892
>   Fax: (504) 561-6024
>   SHerman@hhklawfim.com
>   *Plaintiffs' Liaison Counsel MDL 2047 and*
>   *Settlement Class Counsel*