## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## **O R D E R**

Considering the Motion for Leave to Exceed Page Limitation and to Set Briefing Scheduling;

IT IS ORDERED BY THE COURT that the motion be GRANTED and Settlement Class Counsel's Motion for and Memorandum in Support of an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys, as well as all exhibits, Proposed Order and Notice of Submission, be filed into the record herein.

IT IS FURTHER ORDERED BY THE COURT that all responses to the Settlement Class Counsel's Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys be filed on or before November 27, 2019 and any Reply by movant be filed on or before December 6, 2019, and that the matter is set for submission on December 11, 2019.

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge