UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except The Mitchell co.,Inc. v. Knauf Gips KG, et al, jCivil Action No. 09-4115 (E.D. La.) | |

CORRECTED AFFIDAVIT OF PHILIP A. GARRETT, C.P.A.

STATE OF LOUISIANA :

PARISH OF ORLEANS :

Philip A. Garrett, being duly sworn according to law deposes and says:

1. I am a certified public accountant. For over 35 years I was associated with the public accounting firm of Wegman Dazet & Company and I am now associated with the firm of Philip A. Garrett, CPA. A copy of my curriculum vitae summarizing my training and experience in the field of public accounting is attached to this report and affidavit as Exhibit "1."

2. Pretrial Order No. 9 approved my retention to assist and provide accounting services to the Plaintiffs' Liaison Counsel, the PSC and the Court in MDL No. 2047, as follows:

> Plaintiffs' Liaison Counsel has retained and the Court approves the retention of Philip Garrett, CPA ("PG"), to assist and provide accounting services to Plaintiffs' Liaison Counsel, the Plaintiff's Steering Committee, and the Court in MDL 2047. PG will be assisting in compiling submissions and will provide reports to Plaintiff's Liaison Counsel who shall submit them with the Court on a monthly basis. These reports will include both time and expenses and will

1

> summarize, with back-up detail, the submissions of all firms.
> Submission of time and expense records to PG and the Court shall be
> considered as if submitted under seal.

3. Pretrial Order No. 9A (PTO 9A) supplemented Pretrial Order No. 9 by setting forth the time and expense reporting procedures for submission of plaintiffs' counsel's time and expense submissions relating to matter common to all claimants in State Court Chinese Drywall litigation matters.

4. Pretrial Order No. 9 requires that all time and expenses submitted must be incurred only for work authorized in advance by the Plaintiffs' Steering Committee (PSC) and that the time and expense guidelines are intended for all activities performed and expenses incurred by counsel that relates to matters common to all claimants in MDL 2047. PTO 9A extended these procedures as referenced above.

5. In connection with this assignment I reviewed the time and expense records of those counsel in MDL 2047 who submitted such records and who, I am advised, will petition the Court for an award of fees and costs for "common benefit" services in the Chinese Drywall Litigation.

6. During the period from July 2009 through today, my work as the Court- appointed "accountant" primarily involved a review of these time and expense reports to determine whether they complied with the dictates of PTO No. 9.

7. On January 10, 2014, the Court entered PTO 28. This order provided direction and established guidelines for the efficient presentation to the Court to allow for the determination of making an award of attorney's fees and disbursement of litigation expenses, and subsequently an allocation from such an award. It also directed the members of the Fee Committee (FC) to file a Joint Fee Petition for an award of attorney's fees and reimbursement of expenses.  Submissions were made pursuant to PTO 28 addressed time reported through December 31, 2013 and expenses incurred through December 31, 2014.

8. Collectively these orders established a procedure for reviewing all submissions of time and expense. As part of my ongoing duties to assist in compiling submissions and making reports, among other things, I  disallowed from inclusion in submissions the following items:

> a. Any submission or report of professional time and expense in which the hours of service were not properly coded in accordance with Pretrial Order No. 9;

> b. Any item of expense for which proper receipts or other proof of payment has not been submitted;

c. Any item of time or expense which was incurred in connection with the litigation of any individual case or group of individual cases involving a person or persons who made a claim for a Chinese drywall affected property, unless counsel was authorized by a member of the PSC or FC to perform such work primarily for the common benefit of Chinese drywall litigants in MDL No. 2047 and the state litigation with which it is coordinated.

9. Any items of time and expense that were disallowed are reported to the Court in the regular monthly reports provided by me. Under PTO Nos. 9 and 9A, my determination as to whether to disallow any item of time and expense from inclusion in allowed time or expenses was a matter of procedural convenience for the Court and not a determination on the merits. I made no subjective judgment regarding the value of any time allowed and attempted to judge solely upon objective criteria. Both orders made it clear that a disallowance by me was without prejudice to a determination by the Court of the merits of any submission at a time and manner determined by the Court.

10. For this Affidavit, I reviewed submissions of time and expense from 29 separate law firms who claimed to participate in common benefit time beginning January 1, 2014 through the present, and 17 law firms who had held costs beginning January 1, 2015 through the present.  Earlier time and expense submissions had previously been presented to the MDL Court in a prior fee and cost reimbursement application, which fees and costs have been paid pursuant to the MDL Court's directives.

11. The review process has been ongoing since time and expense submissions first began being submitted pursuant to PTO No. 9, which was due on September 15, 2009, and required the expenditure of 2,818.48 hours of professional accounting time by myself and the members of my staff since January 1, 2014. Billings for this professional time are $602,998.72

12. The protocol which I observed in reviewing the time and expense submissions of the common benefit counsel consisted of four (4) segments

a. Initially, we reviewed each submission to determine if it complied with the form requirements of PTO No. 9. Among other things, this examination focused on whether the Fee Applicant reported time  according to the guidelines of PTO No.9, whether appropriate time records were included with the submission, whether the position (e.g., partner, associate, paraprofessional or investigator) of each timekeeper was disclosed, whether the reported time was properly categorized in accordance with the requirements of PTO No. 9,

3

and whether the Fee Applicant attached records documenting its claimed expenses. If we discovered deficiencies in compliance with the procedural requirements of PTO No. 9, they were brought to the attention of the common benefit counsel by means of the Garrettco-ccms portal on the internet.

b. Once we received a time or expense record that was in proper form, we examined the submission rigorously to determine if there were circumstances present which would require us to disallow items of time and expense from inclusion under the terms of PTO No. 9. If we determined that there were such items, we transmitted our review notes and determination to allow the firm to correct the deficiencies.

In the review notes, we clearly advised the applicant of each type of item contained in the submission which was subject to disallowance. The notes allowed the Firm to correct the deficiencies in its submission insofar as it was able to truthfully do so.

c. We also checked the arithmetic accuracy of the summaries of time and expense submitted by each counsel based on the underlying detail records that were supplied to us. This procedure was limited to items of time and expense.

13. As a consequence of this process of review, Class Counsel and other common benefit fee applicants have submitted a significant number of hours of time since January 1, 2014 through August 31,2019.

14. The total number of hours of professional time was reported as 123,824.72. At the direction of Lead Counsel, I removed all time coded as "other" administrative time (Code 190) , which was the classification used to code time expended on fee related matters, primarily work performed by the Fee Committee. This reduced the total professional time by 14,588.50 hours, which results in the total professional time directed to prosecuting the action as 109,236.22. A summary reflecting hours expended since January 1, 2014 is attached hereto as Exhibit "2" .

15. For purposes of this Affidavit, I performed a mathematical calculation by taking the total amount of common benefit hours as of January 1, 2014 and multiplied that amount by an hourly rate. For this Affidavit, the hourly rate used was counsels' Reported Actual Hourly Rate at Inception.

16. The total computed amount of the common benefit hours (less the "190" hours) multiplied by the Reported Actual Hourly Rate at Inception was calculated as $75,314,627.75.

17. The total amount of "held expenses" as defined by PTO No. 9,[1] incurred by common benefit counsel which has been properly documented as eligible for reimbursement under the terms of the applicable pretrial orders is $1,166,418.88 as of October 31, 2019 for costs from January 1, 2015 through August 31,2019.  A summary reflecting Held Costs expended since January 1, 2015 is attached hereto as Exhibit "3".

18. In addition to the reimbursable "held expenses" incurred by each common benefit counsel individually, certain reimbursable "shared expenses," as defined by PTO No. 9,[2] were incurred by the PSC.

19. The PSC funded many of its common expenses in this litigation by periodically levying assessments on its members. To pursue claims against the Taishan Defendants, fewer members of the PSC participated in making assessments.  The PSC then assessed those counsel continuing to prosecute claims against the Taishan Defendants proportionate to the amount of hours expended. These assessments were assessed after January 1,2015 and collected by September 30,2019 totaling $1,669,824.00 (Exhibit 4).  The "shared expenses" incurred for the administration of the MDL from the PSC's account paid from the assessments was then scrutinized. Since January 1, 2015, the PSC incurred $4,608,411.27 in properly documented shared expenses which expenses are properly subject to reimbursement.  A summary reflecting Shared Costs expended since January 1, 2015 to September 30, 2015 is attached hereto as Exhibit "5".

---

[1]PTO 9 states: "Held Costs are those that will be carried by each attorney in MDL 2047 and reimbursed as and when determined by the PSC."
[2] PTO 9 states: "Shared Costs are costs that will be paid out of a separate Plaintiffs' Steering Committee MDL 2047 Fund account to be established by Plaintiffs' Liaison Counsel and to be funded by all members of the PSC and others as determined by the PSC."

22. Copies of all the law firm's submissions provided to me are available to the Court through protected access via my Case Cost Management System.

PHILIP A. GARRETT, C.P.A.

Sworn & Subscribed

before me this 9th

day of January 2020.

NOTARY PUBLIC

LINDA W. DeLAUGHTER
Notary Public
STATE of LOUISIANA
NOTARY ID # 12159
St. Tammany Parish

My Commission Expires at Death

# Exhibit 1

# PHILIP A. GARRETT, CPA
## P.O.Box 354
## Meraux, LA  70075
## 985-635-1500
## pgarrett@garrettco.com

### Education and Certification

- Bachelor of Science in Accounting, University of New Orleans, December 1972
- Certified Public Accountant

### Significant Career Experience:

Over 45 years of accounting, auditing, and consulting experience in serving clients in a variety of industries.   Associated with Wegmann Dazet and Company from staff to managing partner. Retired on December 31,2007 and started Philip A. Garrett, CPA later in 2008.

In addition to accounting and auditing services, Mr. Garrett has provided consulting assistance covering a broad array of matters.   The following list highlights selected issues and experience:

- Sale and purchase of business entities ranging in asset values up to $100 million
- Business valuations
- Preparation of financial packages to assist clients in arranging for financing of major projects and acquisitions
- Reconstruction of financial records
- Employee benefits and compensation
- Business plans, budgeting, and financial projections
- Assistance in the acquisition and installation of computer systems
- Financial reorganization
- Tax, financial, and retirement planning
- Representation before tax authorities
- Evaluation of financial and accounting documents of borrowers for banks

**Multi-District Litigation**

Serve as court appointed accountant to assist and report on plaintiffs' time and costs for litigation. Cases involve issuance of reports on time and costs as well as testimony in certain instances. Have worked on the following MDL's:

- Propulsid Product Liability  MDL1355
- Vioxx Product Liability MDL 1657
- Chinese Drywall MDL 2047
- BP "Deepwater Horizon"  MDL 2179
- TI "Bogalusa Papermill" class action
- Pool Corporation MDL 2328
- Granuflo MDL 2428
- Xarelto MDL 2592
- Benicar MDL 2606 (costs only)

**Training and Teaching Experience**

Guest lecturer for the University of New Orleans, Louisiana State Society of CPAs and numerous business associations.  Topics include:

- Planning for Profits
- Getting Behind the Numbers
- Cash Flow Analysis
- Tax Planning, both corporate and individual
- Valuation of a Closely-Held Corporation
- Pricing Strategies
- Cost Reduction

**Professional Affiliations**

- American Institute of Certified Public Accountants
- Society of Louisiana Certified Public Accountants

**<u>Bankruptcy Consulting Experience</u>**

Experience in bankruptcy and litigation support consulting and/or expert testimony includes the following issues:

- Examiner for U.S. Bankruptcy Court to report on adherence of debtor to court order
- Use of loan proceeds--real estate project
- Arbitration of fixed asset dispute
- Analysis of construction documents
- Evaluation of profitability plan of debtor in bankruptcy
- Damage calculation
- Assistance to debtors and creditors with bankruptcy process

**Litigation Experience As Consultant Or Expert Witness** -- (All cases where a report and/or expert testimony was completed not including MDL cases)

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Defendant | Robert Grocers | Schonekas, Evans and McGoey | 2013 | Report and deposition |
| Plaintiff | VanHoose Insurance Agency | Joe Ward | 2012 | Consultation and report |
| Defendant | Polyflow, Inc | Nancy Degan | 2011 | Consultation and report |
| Plaintiff | John Davis, CPA | Al Ajubita and Rodney Cashe | 2010 | Consultation and testimony and reports |
| Plaintiff | Concerned Care Home Health | Joe Ward | 2010 | Report and testimony |
| Plaintiff | Hess Construction | Joe Ward | 2009 | Report and testimony |
| Plaintiff | Dr. Hawthorne et al | Nancy Degan | 2009 | Consultation |
| Plaintiff | Action Screen Printers | Stephen Chiccarelli | 2008 | Report |
| Plaintiff | Quality Amusements | Joe Friend Breazeale, Sachee & Wilson | 2008 | Consultation and Report |
| Defendant | Houston National Insurance Co. | Eric Burt Degan, Blanchard & Nash | 2008 | Consultation |
| Defendant | State Farm Insurance | Burt Carnahan | 2008 | Consultation,Report & Deposition |
| Plaintiff | Big River Enterprises, Inc | Steven Griffith | 2008 | Report |
| Plaintiff | Premier Industries | George Pivach | 2007 | Report and Consultation |
| Plaintiff | Robert Grocers et al | Phil Franco | 2007-Present | Testimony, Report and Deposition |
| Plaintiff | Fordoche vs TEPI | Joe Ward | 2007 | Report and Deposition |
| Debtor | Pelts and Skins (alligator farm) | Doug Draper | 2007 | Report and Testimony |
| Plaintiff | The Wood Group | Ben Banta | 2007 | Report and Analysis |
| Defendant | Preston Law Firm vs Cowan Law Firm | Kyle Schonekas | 2007 | Arbitration Testimony and Deposition |

| Type of Client | Client | Attorney or Law Firm | Date | Services |
|---|---|---|---|---|
| Plaintiff | BCM, LLC, et al. v. Copeland of New Orleans | Roy Cheatwood | 2006 | Testimony in State Court in Lafayette, LA |
| Plantiff | Jon Sgular et al vs Emerson Process Mgmt et al | Michael Lehman Couhig Partners | 2006 - 2007 | Report and deposition |
| Defendant | Arr-Maz Products vs. Sonitrol (ADT) Damages calculation after building destroyed by fire | Michael Lehman Couhig Partners | 2005-2006 | Report only |
| Defendant | Jitney Jungle Bankruptcy Valuation of Company as of preference period | Doug Draper | 2005 | Report only |
| Plaintiff | Cross Marine v. Soloman Smith Barney Securities case – Return on Investment | Bruce Schewe | 2004-2005 | Report only |
| Defendant | Bruno, et al. v. Hattier, Sanford and Reynoir, LLP Securities case – Return on Investment | Bruce Schewe | 2005 | Report only |
| Plaintiff | Decorte, et al. v. Eddie Jordan, et al. | Clem Donelon/ Lisa Brener | 2004-2005 | Report, Deposition & Federal Court Testimony |
| Defendant | John B. Steigner v. Elaine D. Scott, et al. | Maurice Mathieu/ Burt Carnahan | 2004 | Report for Mediation |
| Defendant | City of New Orleans v. Municipal Administrative Services, Inc. | Randy Smith | 2004 | Deposition & Federal Court Testimony |
| Plaintiff | JRL Enterprises, Inc. v. Procorp Associates, Inc. et al. | Joseph Ward | 2003/2005 | Report, Depositions, and Federal Court Testimony |
| Plaintiff | Evans Industries, Inc. v. J.D. Edwards World Solutions Company et al. | Stone Pigman | 2003-2004 | Report and Testifying at Arbitration |

Other cases dating back into the 1990's are available upon request

# Exhibit 2

**CHINESE DRYWALL**
**Lodestar value sortable Report (by Firm) from January 2014 to August 2019**
**Posted From 2000-11-01 to 2019-11-01**
**(as of 2019-11-01 11:26:47)**

EXHIBIT 2

| Firm | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours | Amount | 190 hours | Value | Net Billable Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allison Grant, P.A. | 321.55 | 205.55 | 478.25 | 602.95 | 0 | 148.1 | 1,756.40 | $790,380.00 | (55.35) | ($24,907.50) | $ 765,472.50 |
| Anderson Kill, PC | 11.5 | 9.25 | 0 | 17.75 | 0 | 0 | 38.5 | $22,061.25 | (11.50) | ($6,346.25) | $ 15,715.00 |
| Barrios, Kingsdorf & Casteix | 994.1 | 649.65 | 776.95 | 5,507.70 | 93 | 921.2 | 8,942.60 | $4,054,878.75 | (673.60) | ($396,492.50) | $ 3,658,386.25 |
| Becnel Law Firm LLC | 14.75 | 77 | 445.5 | 11 | 0 | 0 | 548.25 | $258,787.50 | (14.75) | ($6,040.00) | $ 252,747.50 |
| Colson - Hicks Edison PA | 760.25 | 778.35 | 1,242.85 | 36.75 | 8 | 0 | 2,826.20 | $1,308,190.00 | (0.50) | ($75.00) | $ 1,308,115.00 |
| Gainsburgh, Benjamin, et al | 1,745.20 | 760.65 | 1,064.95 | 1,332.65 | 25.5 | 76.8 | 5,005.75 | $1,832,310.00 | (1090.10) | ($396,512.50) | $ 1,435,797.50 |
| Hausfeld LLP | 324.5 | 685.75 | 152 | 1,586.50 | 37.5 | 395.75 | 3,182.00 | $1,765,899.25 | (232.00) | ($90,595.00) | $ 1,675,304.25 |
| HHK | 4,502.25 | 7,027.00 | 9,267.75 | 2,303.00 | 1,187.75 | 2,530.50 | 26,818.25 | $15,260,325.00 | (1491.25) | ($780,506.25) | $ 14,479,818.75 |
| Irpino Law Firm | 295.5 | 2,484.50 | 3,895.50 | 1,156.75 | 337.25 | 106 | 8,275.50 | $3,098,812.50 | (185.50) | ($70,012.50) | $ 3,028,800.00 |
| Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, PA | 154.75 | 0 | 0 | 0 | 0 | 30.5 | 185.25 | $83,362.50 | (154.75) | ($69,637.50) | $ 13,725.00 |
| Law Offices of Robert M. Becnel | 11.75 | 1 | 0 | 16.25 | 0 | 0 | 29 | $10,150.00 | 0.00 | $0.00 | $ 10,150.00 |
| Lemmon Law Firm, LLC | 9.75 | 1.8 | 1 | 11.1 | 0 | 0 | 23.65 | $14,280.00 | (0.50) | ($325.00) | $ 13,955.00 |
| Leopold Kuvin, P.A. | 1.25 | 0 | 0 | 0 | 0 | 0 | 1.25 | $187.50 | 0.00 | $0.00 | $ 187.50 |
| Levin, Sedran & Berman | 12,959.00 | 10,230.00 | 8,831.00 | 8,496.00 | 1,516.75 | 5,016.50 | 47,049.25 | $51,506,540.00 | (9660.75) | ($10,851,581.25) | $ 40,654,958.75 |
| Lieff Cabraser Heimann & Bernstein | 24.8 | 108.4 | 0.2 | 0.5 | 0 | 0 | 133.9 | $55,280.00 | (3.90) | ($1,647.50) | $ 53,632.50 |
| Martzell Bickford | 61 | 0 | 0 | 0 | 0 | 76 | 137 | $10,275.00 | (12.00) | ($900.00) | $ 9,375.00 |
| Morgan & Morgan | 23.25 | 163.75 | 3,174.25 | 8.5 | 0 | 72.35 | 3,442.10 | $1,631,536.25 | (5.50) | ($3,387.50) | $ 1,628,148.75 |
| Mrachek, Fitzgerald | 66.05 | 8.85 | 72 | 48.5 | 0 | 6 | 201.4 | $46,397.50 | (22.75) | ($3,412.50) | $ 42,985.00 |
| Parker Waichman LLP | 0.5 | 9.75 | 0 | 0 | 0 | 0 | 10.25 | $6,837.50 | 0.00 | $0.00 | $ 6,837.50 |
| Pendley Baudin & Coffin, LLP | 20 | 0 | 0 | 0 | 0 | 0 | 20 | $4,625.00 | 0.00 | $0.00 | $ 4,625.00 |
| Podhurst Orseck, P.A | 89 | 6.5 | 0.75 | 4.5 | 0 | 5.75 | 106.5 | $78,557.50 | 0.00 | $0.00 | $ 78,557.50 |
| Reeves & Mestayer, PLLC | 706.25 | 26.25 | 428 | 0 | 0 | 0 | 1,160.50 | $537,480.00 | 0.00 | $0.00 | $ 537,480.00 |
| Richard J. Serpe, P.C. | 1,030.70 | 1,068.75 | 494 | 3,194.50 | 5.5 | 1,517.00 | 7,310.45 | $2,961,916.00 | (644.00) | ($380,550.00) | $ 2,581,366.00 |
| Seeger Weiss LLP | 645.5 | 748.25 | 1,876.25 | 842.25 | 0 | 142.75 | 4,255.00 | $1,949,795.00 | (310.25) | ($120,508.75) | $ 1,829,286.25 |
| The Lambert Firm | 24.7 | 90.67 | 1,039.90 | 18.75 | 0 | 0 | 1,174.02 | $438,543.75 | (3.80) | ($1,555.00) | $ 436,988.75 |
| The Steckler Law Firm | 159.25 | 199 | 590 | 2 | 1.5 | 0 | 951.75 | $687,131.25 | (15.75) | ($11,812.50) | $ 675,318.75 |
| Thornhill Law Firm | 10.5 | 0 | 0 | 6 | 0 | 0 | 16.5 | $6,600.00 | 0.00 | $0.00 | $ 6,600.00 |
| VM Diaz and Partners, LLC | 73.75 | 6.75 | 0 | 2 | 0 | 0 | 82.5 | $40,271.25 | 0.00 | $0.00 | $ 40,271.25 |
| Whitfield Bryson and Mason, LLP | 108 | 0 | 33 | 0 | 0 | 0 | 141 | $70,022.50 | 0.00 | $0.00 | $ 70,022.50 |
| Total: | 25,149.35 | 25,347.42 | 33,864.10 | 25,205.90 | 3,212.75 | 11,045.20 | 123,824.72 | $88,531,432.75 | (14,588.50) | ($13,216,805.00) | $ 75,314,627.75 |
| Task code 190 hours | (14,588.50) | | | | | | (14,588.50) | ($13,216,805.00) | | | |
| | 10,560.85 | 25,347.42 | 33,864.10 | 25,205.90 | 3,212.75 | 11,045.20 | 109,236.22 | 75,314,627.75 | | | |

# Exhibit 3

**Chinese Drywall MDL 2047**
**Held Cost Report - Highest Cost - January 2015 to August 2019**

(as of 2019-10-30 16:22:09)

EXHIBIT 3

| | Firm | Case | Fax | Mail | Print | Lexis | Phone | Travel | Clerical | Experts | Depo | Grand Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Allison Grant, P.A. | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,672.87 | $0.00 | $0.00 | $0.00 | $6,672.87 | 1 |
| 2 | Barrios, Kingsdorf & Casteix | MDL 2047 | $0.00 | $215.20 | $1,040.25 | $6,650.81 | $1,314.75 | $8,443.71 | $11.52 | $0.00 | $0.00 | $17,676.24 | 2 |
| 3 | Colson - Hicks Edison PA | MDL 2047 | $0.00 | $1,865.92 | $23,328.95 | $5,095.96 | $0.00 | $47,896.29 | $0.00 | $0.00 | $125.00 | $78,312.12 | 3 |
| 4 | Gainsburgh, Benjamin, et al | MDL 2047 | $0.00 | $719.34 | $16,698.88 | $929.60 | $560.46 | $4,931.70 | $75.00 | $124.88 | $185.21 | $24,225.07 | 4 |
| 5 | Hausfeld LLP | MDL 2047 | $0.00 | $284.42 | $2,956.29 | $9,010.77 | $546.97 | $11,100.73 | $13,549.84 | $0.00 | $0.00 | $37,449.02 | 5 |
| 6 | HHK | MDL 2047 | $0.00 | $96.00 | $0.00 | $6,565.02 | $1,505.72 | $12,947.31 | $0.00 | $3,733.34 | $225.84 | $25,073.23 | 6 |
| 7 | Irpino Law Firm | MDL 2047 | $0.00 | $32.00 | $19,785.00 | $710.00 | $0.00 | $32,501.16 | $0.00 | $0.00 | $0.00 | $53,028.16 | 7 |
| 8 | Lemmon Law Firm, LLC | MDL 2047 | $0.00 | $0.00 | $17.50 | $0.00 | $0.00 | $47.93 | $0.00 | $0.00 | $0.00 | $65.43 | 8 |
| 9 | Levin, Sedran & Berman | MDL 2047 | $255.50 | $24,995.64 | $40,128.34 | $196,032.16 | $13,087.31 | $468,818.95 | $30.00 | $0.00 | $785.00 | $744,132.90 | 9 |
| 10 | Morgan & Morgan | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,188.13 | $0.00 | $0.00 | $0.00 | $35,188.13 | 10 |
| 11 | Pendley Baudin & Coffin, LLP | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $229.95 | $0.00 | $0.00 | $0.00 | $229.95 | 11 |
| 12 | Reeves & Mestayer, PLLC | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,020.12 | $0.00 | $0.00 | $0.00 | $6,020.12 | 12 |
| 13 | Richard J. Serpe, P.C. | MDL 2047 | $0.00 | $0.00 | $0.00 | $206.80 | $0.00 | $7,652.40 | $0.00 | $0.00 | $0.00 | $7,859.20 | 13 |
| 14 | Seeger Weiss LLP | MDL 2047 | $0.00 | $1,073.69 | $264.60 | $1,890.88 | $137.70 | $66,275.52 | $39.20 | $834.74 | $7,493.10 | $78,009.43 | 14 |
| 15 | The Lambert Firm | MDL 2047 | $0.00 | $0.00 | $642.00 | $625.30 | $0.00 | $389.91 | $0.00 | $4,000.00 | $1,684.64 | $7,341.85 | 15 |
| 16 | The Steckler Law Firm | MDL 2047 | $0.00 | $480.60 | $17,809.50 | $36.10 | $0.00 | $22,710.71 | $0.00 | $0.00 | $0.00 | $41,036.91 | 16 |
| 17 | Whitfield Bryson and Mason, LLP | MDL 2047 | $0.00 | $39.69 | $0.00 | $0.00 | $0.00 | $4,058.56 | $0.00 | $0.00 | $0.00 | $4,098.25 | 17 |
| | | Total: | $255.50 | $29,802.50 | $122,671.31 | $227,753.40 | $17,152.91 | $735,885.95 | $13,705.56 | $8,692.96 | $10,498.79 | $1,166,418.88 | |

# Exhibit 4

**Chinese Drywall MDL 2047**
**Assessments by Firm**
As of September 30, 2019

**EXHIBIT 4**

|  | Taishan |
|---|---|
| **Firm** | |
| **PSC MEMBERS** | |
| | |
| Barrios Kingsdorf & Casteix | $54,718.00 |
| Breit-Drescher | $31,236.00 |
| Colson Hicks Eidson | $80,000.00 |
| Gainsburgh, Benjamin et al | $54,340.00 |
| Herman Herman Katz & Cotlar | $603,133.00 |
| Lambert & Nelson | $7,753.00 |
| Levin, Fishbein, Sedran & Berman | $603,133.00 |
| Lumpkin & Reeves PLLC | $9,936.00 |
| Morgan & Morgan | $18,477.00 |
| Seeger Weiss | $44,482.00 |
| Law Office of Richard Serpe, PC | $39,000.00 |
| Steckler Gresham Cochran PLLC | $15,768.00 |
| | **$1,561,976.00** |

| **COMMITTEE CO-CHAIRS** | |
|---|---|
| **Firm** | |
| Hausefeld LLP | $33,104.00 |
| Irpino Law Firm | $72,039.00 |
| | **$105,143.00** |

| **COMMITTEE MEMBERS** | |
|---|---|
| **Firm** | |
| Reeves & Mestayer, PLLCs | $2,705.00 |
| | **$2,705.00** |
| **Grand Total** | **$1,669,824.00** |

# Exhibit 5

# Chinese Drywall MDL 2047
# Expenses by Vendor Summary
# January 2015 - September 2019

## EXHIBIT 5

|  | Total |
|---|---|
| Abacus Consulting Services | 144,006.39 |
| AES Corporation | 0.00 |
| Amann Business Systems, Inc. | 28,372.83 |
| Amazon.com | 75.00 |
| Anthony Irpino | 933.64 |
| AsherMeyers | 3,680.00 |
| Atlas Technology Group | 0.00 |
| Avansic E-Discovery & Digital Forensics | 1,868.25 |
| Back to the Garden | 79.00 |
| Baillie Lumber Co. | 0.00 |
| Baoan International Investment Co., Ltd. | 0.00 |
| Barrios Kingsdorf & Casteix | 1,820.00 |
| Berman & Wright Architecture, Engineering & Planning, LLC | 221,159.79 |
| Between the Bread | 631.60 |
| Blue Silk Consulting | 594.48 |
| BNK International, LLC | 0.00 |
| BNY Mellon | 75.00 |
| Breit-Drescher | 2,597.29 |
| Brooke Staffing Companies, Inc. | 2,609.25 |
| Brown Greer, PLC | 7,910.64 |
| Cathy Pepper, CCR RMR CRR | 2,275.85 |
| Celetrans, Inc. | 8,929.25 |
| Central Parking System | 3,625.00 |
| CitiGroup | 75.00 |
| Civil Action Group dba APS Int'l Ltd | 12,715.92 |
| Clerk of Court Louisiana Supreme Court | 20.00 |
| Clerk, U.S. District Court | 15,000.00 |
| CNBM (USA) Corp. | 0.00 |
| Colson Hicks Eidson | 11,770.50 |
| Corrosion Testing Laboratories, Inc. | 25,139.00 |
| Costco Wholesale Corporation | 75.00 |
| Cottage Catering | 208.53 |
| CT Corportation | 4,914.00 |
| CTIEC-TECO American Technology Inc. | 150.00 |
| Davis Construction Supply, LLC | 75.00 |
| Docusource | 22,883.91 |
| Domengeux Wright Roy Edwards & Colomb, LLC | 51,425.64 |
| Donald E. Snelling | 47,505.00 |
| EAC & Son's Corporation | 75.00 |
| Exchange Centre, LLC | 57,572.13 |
| FedEx | 34.08 |
| File & ServeXpress | 30,692.20 |
| FileLink | 26,268.14 |
| Gainsburgh, Benjamin et al | 55,000.00 |
| General Growth Properties, Inc. | 75.00 |
| Golkow, Inc. | 358,230.75 |
| Great Western Building Materials | 0.00 |

# Chinese Drywall MDL 2047
# Expenses by Vendor Summary
# January 2015 - September 2019

## EXHIBIT 5

| | Total |
|---|---|
| Hampton Affiliates | 0.00 |
| Hampton Investment Company | 150.00 |
| Herman, Herman & Katz, LLC | 304,547.47 |
| Holland & Knight | 56,643.43 |
| Hongbin Wang | 8,780.03 |
| Hugh Lambert | 118.56 |
| Hull Forest Products, Inc. | 75.00 |
| iCONECT Development, LLC | 13,153.00 |
| Informed Investigations | 5,700.00 |
| Integra Realty Resources | 222,843.75 |
| International Business Machines Corporation | 75.00 |
| Intuit Quickbooks | 686.05 |
| Jacob F. Abbott | 12,040.00 |
| Jeffrey J. Chang | 75.00 |
| Jennifer Greene | 902.92 |
| Jeremy Seal | 35.01 |
| Jill Erwin | 344.60 |
| Jodi Simcox, RMR, FCRR | 648.10 |
| John Hu | 7,421.90 |
| Johnston, Hoefer, Holwadel & Eldridge | 186,064.04 |
| JP Morgan Chase & Co. | 225.00 |
| Jushi USA Fiberglass Co., Ltd. | 0.00 |
| Karen Anderson Ibos, RPR, CRR | 2,725.90 |
| Kate Robinson | 6.18 |
| Kaufman, Rossin & CO. | 374,428.50 |
| Kentwood Springs | 84.10 |
| Landmark Research Group, LLC | 27,052.25 |
| Larry A. Tawwater | 400.00 |
| Law Office of Richard Serpe, PC | 11,993.86 |
| Law Offices of Richard J. Serpe | 2,483.90 |
| Legal Language Services | 701.25 |
| Legal-Eze | 3,829.86 |
| Legier & Company | 2,728.75 |
| Leni's Restaurant | 3,085.61 |
| Leonard A. Davis | 23,156.53 |
| Levin Sedran & Berman LLP | 153,570.02 |
| Lowe's Companies, Inc. | 0.00 |
| Madelyn O'Brien | 190.00 |
| Mary V. Thompson, RMR F CRR | 1,463.25 |
| Mayo Mallette PLLC | 73,266.25 |
| Mediation Solutions, Inc. | 22,500.00 |
| Metro Business Supplies | 43.93 |
| Min Zhang | 77.35 |
| Morgan Stanley | 150.00 |
| Murphy Overseas USA Astoria Forest Products, LLC | 75.00 |
| New Jersey Institute of Technology | 75.00 |
| Next Generation Computer Consulting, LLC | 48,409.73 |

# Chinese Drywall MDL 2047
# Expenses by Vendor Summary
# January 2015 - September 2019

## EXHIBIT 5

|  | Total |
|---|---|
| Nichelle Drake | 619.55 |
| Northern Trust Corporation | 0.00 |
| Office Depot | 134.02 |
| OfficeLink | 891.23 |
| Opus Legalis | 18.50 |
| PABCO Building Products, LLC | 75.00 |
| Paulette Zibilich | 5,232.02 |
| Perry, Balhoff, Mengis & Burns, LLC | 35,518.71 |
| Philip A. Garrett,CPA | 632,673.59 |
| Plum Creek Timber Company, Inc. | 75.00 |
| Popeye's | 84.22 |
| Precision Trial Solutions, Inc. | 24,411.75 |
| Preservation Resource Center | 25,000.00 |
| Professional Shorthand Reporters, Inc. | 6,539.85 |
| Professor Curtis J. Milhaupt | 50,050.00 |
| R.S. Means | 0.00 |
| Regina Valenti | 8,113.38 |
| Reliable | 5,102.66 |
| Restech | 13,759.88 |
| Robert Klonoff | 19,625.00 |
| Ronald C. Brown | 2,090.00 |
| Russ M. Herman ESQ | 209,032.13 |
| Rust Consulting | 9,286.22 |
| Ryan Greenblatt PA | 7,017.50 |
| Sabiston Consultants | 1,868.75 |
| Salvadore Christina | 81.20 |
| Sandra Duggan | 1,084.38 |
| Schiff, Scheckman & White LLP | 15,876.90 |
| Scoggin Appraisal & Consulting, Inc. | 2,400.00 |
| Simpson, Gumpertz & Heger, Inc. | -1,000.00 |
| Sinnott Nuckols & Logan PC | 12,200.00 |
| Smith-Edwards-Dunlap Company | 4,287.63 |
| Southern Imaging Solutions | 185,199.61 |
| State Street Corporation | 0.00 |
| Steckler Gresham Cochran PLLC | 800.00 |
| Stepan Company | 0.00 |
| Steven J. Lane, Esq | 0.00 |
| Steven J. Zika | 75.00 |
| Strategic Advantage, Inc. Management Consultants | 10,350.00 |
| Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 75.00 |
| Susan Zielie, RPR, FCRR | 175.45 |
| T. Rowe Price Group, Inc. | 0.00 |
| Tana J. Hess | 63.35 |
| Target Corporation | 75.00 |
| Terri A. Hourigan, RPR, CRR | 1,031.30 |
| The Farwell Group | 36,060.00 |
| The Home Depot | 0.00 |

# Chinese Drywall MDL 2047
# Expenses by Vendor Summary
# January 2015 - September 2019

## EXHIBIT 5

|  | Total |
|---|---|
| Thomson Reuters - West Publishing Corp. | 206,272.52 |
| Tommy Li | 0.00 |
| Tong Xu | 252.68 |
| Toni D. Tusa, CCR | 878.35 |
| Tonkon Torp LLP | 59,746.98 |
| Trial Vault | 168,000.30 |
| Triorient Trading, Inc. | 0.00 |
| Tsui-Yao Li | 1,305.00 |
| U.S. Embassy Beijing | 2,275.00 |
| Unified Engineering | 43,081.66 |
| United Suntech Craft, Inc. | 0.00 |
| Vasquez Law Office | 745.00 |
| Velez Construction | 16,338.36 |
| Veritext Florida Reporting | 279.40 |
| Verizon Wireless | 475.00 |
| Wal-Mart Stores, Inc. | 225.00 |
| Westerlund Log Handlers, LLC | 0.00 |
| Western Wood Lumber Co. | 75.00 |
| WH International, Inc. | 0.00 |
| Whitney Natl Bank - CDW MDL 2047 | 225.00 |
| Yan Gao | 57,255.85 |
| Yanes Investigations | 752.25 |
| **TOTAL** | **$ 4,608,411.27** |