# EXHIBIT 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22408-Civ-COOKE

EDUARDO AND CARMEN AMORIN, *et al.*,
individually and on behalf of all others similarly
situated

      Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD., f/k/a
SHANDONG TIASHE DONGXIN CO. LTD.;
TAIAN TAISHAN PLASTERBOARD CO.
LTD., *et al.*,

      Defendants.
_____/

### ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL DEADLINES

Having considered the parties' Joint Case Management Plan (ECF No. 45), the Court hereby **ORDERS** as follows:

1. The Court **ADOPTS** the parties' Schedule of Pretrial Deadlines attached here as Attachment A.

2. **Pretrial Conference**. No Pretrial Conference shall be held in this action, unless the Court determines that a pretrial conference is necessary. Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

3. **Trial Instructions**. All exhibits must be pre-marked. The Plaintiff's exhibits shall be marked numerically preceded by the letter "P." Defendant's exhibits shall be marked numerically preceded by the letter "D." For example, Plaintiff's exhibit shall be marked P-1, P-2, P-3 etc. Likewise, Defendant's exhibit shall be marked D-1, D-2, D-3 etc. A typewritten exhibit list setting forth the number and letter, and description of each exhibit must be submitted at the time of trial. The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office.

4. **Motion for Continuance**. A Motion for Continuance shall not stay the

requirement for the filing of a Pretrial Stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least fourteen days prior to the date on which the trial calendar is scheduled to commence. A continuance of the trial date will be granted only on a showing of compelling circumstances.

5. **Non-Compliance**. Non-compliance with any provision of this Order may subject the offending party to sanctions, including denial of the motion, dismissal of claims or striking of defenses. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

6. **Settlement**. If this case is settled, counsel are directed to inform the Court promptly by calling Chambers and submitting an appropriate order for dismissal within ten days of notification of settlement to the Court, pursuant to Fed. R. Civ. P. 41(a)(1). The case will remain on the trial calendar until an order dismissing the action is entered by the Court.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 13th day of August 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Counsel of record*

### *Attachment A*: Pretrial Deadlines, Pretrial Conferences and Trial Dates

**August 24, 2018**  Parties shall submit simultaneous briefs in support of staying, dismissing, resolving, or otherwise disposing of the non-Florida claims.

**August 31, 2018**  Parties shall submit simultaneous Trial Plans, which must contain a list of case-wide, non-plaintiff-specific issues to be resolved in advance of the first set of trials of Florida claims and a proposal for the selection and ordering of claims for trial. Parties shall address in their respective Trial Plans issues of liability and a methodology and timetable for resolution of Florida claims for remediation damages and non-remediation damages, including claims for alternate living expenses, loss of use and enjoyment, diminution of value, damages resulting from bankruptcy, foreclosure, and/or short sale, lost rent, bodily injury, punitive damages, and attorneys' fees.

**September 14, 2018**  All case-wide, non-plaintiff-specific dispositive *and* other pretrial motions and accompanying memoranda of law must be filed.

**September 21, 2018**  The Court and the parties shall select the first twenty (20) Florida claims to be tried (the "Priority Claimants").

**September 28, 2018**  Parties shall furnish opposing counsel with a written list containing the names and addresses of all fact witnesses intended to be called by them in their case in chief at trial of the Priority Claimants, and other than rebuttal or impeachment witnesses only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party.  The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information.

**November 16, 2018**  All fact discovery must be completed on the Priority Claimant claims.

**December 20, 2018**  All Priority-Claimant-specific dispositive *and* other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and accompanying memoranda of law must be filed.

**December 20, 2018**  Plaintiffs must furnish expert witness lists to the Defendants, along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Plaintiffs shall make their experts available for deposition by Defendants.

**January 16, 2019**  Defendants must furnish expert witness lists to the Plaintiffs along with the summaries/reports required by Fed. R. Civ. P. 26(a)(2), and only those expert witnesses shall be permitted to testify. Within the fourteen-day period thereafter, Defendants shall make their experts available for deposition by Plaintiffs.

**January 31, 2019**  All expert discovery must be completed.

**February 28, 2019**  All *Daubert* motions and accompanying memoranda of law must be filed.

**March 28, 2019**  [for the Priority Claimant trials, with rolling dates for remaining trials] (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). The pretrial stipulation shall include each Plaintiff's non-binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; and

(b) Joint Summary of Respective Motions *in Limine* must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions *in limine*. The Summary shall also include for each evidentiary issue: (*i*) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (*ii*) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

**April 26, 2019**  Final proposed jury instructions must be submitted for the Priority Claimant trials. *(A courtesy copy shall be submitted to chambers at cooke@flsd.uscourts.gov, in Microsoft Word format).* Each party's trial witness list, with one-sentence synopsis and time needed for direct and cross examination; proposed *voir dire* questions; and deposition designations.

**April 29, 2019**  Trial date for Priority Claimants, with rolling dates for remaining trials. Post-trial motions must be filed pursuant to Federal Rules of Civil Procedure.

**May 13, 2019** [or after rulings on post-trial motions, whichever is later] Mediation. To be scheduled for two weeks following resolution of all post-trial motions for Priority Claimants.