# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>                            v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>        Defendants. | Case No. 1:11-CV-22408-MGC |

**PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STAY ALL NON-FLORIDA *AMORIN* CLAIMS**

Plaintiffs submit this Reply Memorandum in Support of its Motion to Stay All Non-Florida *Amorin* Claims. [ECF No. 49].

Defendants argue in their Opposition that the Court should dismiss, rather than stay, the non-Florida claims. Defendants attempt to support this position by making the broad general statement that the claims are "impermissibly duplicative of claims being pursued in other federal courts, and because this Court lacks personal jurisdiction over Defendants with respect to non-Florida claims." [ECF No. 58]. Yet, Defendants completely ignore that Plaintiffs are not requesting this Court to substantively deal with these claims. Plaintiffs are simply asking the Court to stay the non-Florida *Amorin* claims as a protective measure while the claims proceed in the MDL or another jurisdiction, which is well within the Court's discretion. Dismissal would constitute error as the *Amorin* protective actions were filed to preserve jurisdiction. *See Burger v. Am. Mar. Officers Union*, 1999 WL 46962, at *2 (5th Cir. Jan.

27, 1999). Defendants will make any argument they can to avoid jurisdiction, which is why a stay is the appropriate action to take.

For the reasons stated in Plaintiffs' Motion to Stay [ECF No. 49] and Opposition to Defendants' Motion to Dismiss [ECF No. 57], the non-Florida *Amorin* claims should be stayed.

Dated: September 14, 2018

Respectfully submitted,

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

      I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 14th day of September, 2018.

      /s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

4