# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,

      Plaintiffs,

        v.

TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,

      Defendants.

Case No. 1:11-CV-22408-MGC

### PLAINTIFFS' MOTION AND MEMORANDUM OF LAW TO ADOPT PLAN FOR RESOLUTION OF FLORIDA *AMORIN* PLAINTIFFS' CLAIMS FOR REMEDIATION AND OTHER DAMAGES

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of August 14, 2018 (Doc.47), Plaintiffs hereby file their Motion and Incorporated Memorandum of Law to Adopt Plan for Resolution of Florida *Amorin* Plaintiffs' Claims for Remediation and Other Damages and in support thereof, state as follows:

## I.    INTRODUCTION

After more than nine years of pretrial proceedings in the MDL and a Class Damages Hearing for all *Amorin* Plaintiffs, it is time to resolve efficiently and fairly the 1,700 claims for damages to properties in Florida resulting from defective Chinese Drywall.[1] These homeowners deserve to have their day in court as soon as possible. Liability is already established by virtue of numerous defaults entered against Defendants for willfully refusing to appear in the litigation at the outset and orchestrating a plan to avoid the MDL Court's jurisdiction and delay these proceedings.[2] <u>The only issue remaining is the amount of Plaintiffs' damages.</u>

---

[1] *See* Timeline of Key Events (attached hereto as Exhibit "A"), illustrating the significant delays that have occurred in these proceedings due to the recalcitrance of Defendants.

[2] *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, ¶¶ 13-15 (E.D. La. Sept. 26, 2014) (itemizing defaults that were entered); *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*,

All *Amorin* Plaintiffs are members of a certified class for damages to properties with Chinese Drywall manufactured by Taishan and/or BNBM.[3]   Judge Fallon held an evidentiary Class Damages Hearing on June 9, 2015, after BNBM finally appeared in the case for the first time and Taishan returned to the litigation following a Contempt Order and Injunction. Defendants fully participated at this hearing and presented expert testimony. Thereafter, the MDL Court entered a Class Damages Order concluding that:

- Plaintiffs' remediation damages should be "calculated by multiplying the under air square footage of the affected properties listed in the revised Class Plaintiffs' Spreadsheet by $105.91 *as adjusted* by the RS Means location factor."[4]   In so ruling, the MDL Court recognized that "[t]he alternative to estimating property damages on a class-wide basis would

---

2018 WL 279629, *8-9 (E.D. La. Jan. 2, 2018) (in denying Defendants' motion to vacate defaults, Judge Fallon pointed to substantial evidence demonstrating that Defendants' "absence in the litigation was a calculated strategy," and noted that "the Court is disheartened that delay tactics have permeated every aspect of Defendants' litigation strategy: from their initial failure to appear to their now perpetual motions to re-litigate settled matters.").

[3] On September 26, 2014, the MDL Court certified *Amorin* as follows:

> All owners of real properties in the United States, who are named Plaintiffs on the complaints in *Amorin*, *Germano*, *Gross*, and/or *Wiltz* (*i.e.*, not an absent class member), asserting claims for remediated damages arising from, or otherwise related to Chinese Drywall manufactured, sold, distributed, supplied, marketed, inspected, imported or delivered by the Taishan Defendants.

*Chinese Drywall*, 2014 WL 4809520, at *16.   The Class Notice made clear that the *Amorin* Class "includes all current *and* former owners."   MDL Rec. Docs. 18028-1 at fn. 2 & 18086-18 at fn. 2 (emphasis added).  Taishan and BNBM were deliberately absent when the class was certified.

[4] *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2017 WL 1421627, *24 (E.D. La. Apr. 21, 2017).  This formula for calculating remediation damages on behalf of the *Amorin* Class was developed by Plaintiffs' experts George J. Inglis, P.E. and Ronald E. Wright, P.E. of Berman & Wright Architecture, Engineering & Planning, LLC. Mr. Wright and Mr. Inglis worked closely together throughout these proceedings to perform their calculations of remediation damages, but only Mr. Inglis testified at the evidentiary Class Damages hearing after Mr. Wright's wife became ill.  Mr. Wright has since provided updated calculations of Plaintiffs' remediation damages as of 2017, and is prepared to testify, if necessary, regarding his formulaic determination of remediation damages.

be a series of costly (and wasteful), individualized mini-trials, inspections, and estimates that would not provide a meaningfully more reliable estimate for class remediation damages."[5]

- "Ultimately, all such claims will be based on verifications, not only of the under air living space square footage of the contaminated property, but also the presence of Taishan Drywall in those properties."[6]

- Defendants will have an opportunity to assert contests to square footage, product ID, and ownership, and seek set-offs.[7]

- Further, "[t]he Taishan Property Owners will still have an opportunity at later phases to seek damages for alternative living expenses and loss of use and enjoyment of their properties."[8]

In accordance with the Class Damages Order, beginning in June 2017, Plaintiffs submitted the totality of their evidence supporting their claims for remediation and other property damages to Defendants *via* the BrownGreer Chinese Drywall portal,[9] a Sharefile to which Defendants (and the MDL Court) have full access, Plaintiff Profile Forms, and Supplemental Plaintiff Profile Forms. This verified evidence is summarized on a master excel spreadsheet that contains detailed, updated (and in some cases amended) information regarding: (i) under air square footage (reflecting any changes due to remodeling in the home)[10]; (ii) ownership as of June 9, 2015 (including transfer of ownership and assignments

---

[5] *Id.*

[6] *Id.*

[7] *Id.*

[8] *Id.*

[9] BrownGreer has served as the Settlement Administrator for the Knauf class settlements in the MDL. BrownGreer also maintains in its database the profile forms and supplemental profile forms of the *Amorin* Plaintiffs.

[10] In certain instances, multiple Plaintiffs have asserted claims related to the same property (*e.g.*, a condominium association has a claim for remediation damages with respect to a unit in the building and the owner of that same unit has a claim for other damages). In order to avoid unfairly duplicating square footage calculations under these circumstances, Plaintiffs have only counted the square footage

of claims)[11]; (iii) RS Means calculations for remediation damages using 2017 data, adjusted for local factors; (iv) product ID[12]; (v) prior payments received from one or more of the MDL class settlements[13]; (vi) bankruptcies, foreclosures, and/or short sales; (vii) prior remediations; and (viii) other damages, such as alternative living expenses, loss of use and enjoyment, lost rent, and diminution of value.[14]

---

of the property for one claimant on the spreadsheet and inserted a zero for square footage for the other claimant(s).

[11] It is important to understand that ownership status is not relevant in the context of a condominium association asserting standing to bring claims for remediation damages related to affected units in the condominium building. Where applicable, said condominium associations have so indicated on their profile forms produced to Defendants.

[12] For product ID, Plaintiffs indicated for each property on the spreadsheet whether there was evidence (*e.g.*, home inspections, drywall samples, testing reports, invoices, bills of lading, shipping records, delivery slips, affidavits, photographs, etc.) demonstrating the existence of one or more of the following "brands" of Chinese Drywall in the property, which Plaintiffs contend was manufactured by Taishan and/or BNBM: (A) BNBM/Dragon board; (B) C&K; (C) Chinese Manufacturer #2 (purple stamp); (D) Crescent City Gypsum; (E) DUN; (F) IMT Gypsum; (G) ProWall; (H) Taian Taishan or Taihe Tape; (I) Made in China Meet or Exceeds; (J) various Drywall dimensions, including 4feetx12feetx1/2inch and 4feet*12feet*1/2inch; (K) Venture Supply; and/or (L) White Edge Tape, boards with no markings, or boards with no markings other than numbers. Certain Plaintiffs may have evidence of additional brands of drywall they contend were manufactured by Defendants. The markings on these "brands" of Taishan and BNBM drywall are shown in the Taishan Product Identification Catalogue [MDL Rec. Doc. 21527-1] (attached hereto as Exhibit "B"), the Drywall Indicia Guide [MDL Rec. Doc. 12061-10] (attached hereto as Exhibit "C"), Taishan's Manufacturer Profile Form (attached hereto as Exhibit "D"), TTP's Manufacturer Profile Form (attached hereto as Exhibit "E"), and BNBM's Manufacturer Profile Form (attached hereto as Exhibit "F"). In the spreadsheet, Plaintiffs have summarized the markings found on the boards in each property, but all of the evidence of indicia (photos, invoices, etc.) has been uploaded by Plaintiffs to BrownGreer's Chinese Drywall portal, which Defendants can readily access.

[13] Nine class settlements were approved in the MDL: Knauf (KPT Pilot Program), L&W, Banner, Global, InEx, and four Virginia settlements.

[14] Contemporaneous with this motion, Plaintiffs will be filing a motion to submit via conventional filing a flash drive containing the master excel spreadsheet with details of the Florida Plaintiffs' property damages claims and evidence of product ID, square footage, ownership, etc. is filed herewith under seal *via* manual attachment. This spreadsheet will also be provided to the Court and served on the parties *via* email and/or flash drive. Due to its volume (the spreadsheet has 72 columns), a legible pdf cannot be provided.

Plaintiffs' proposed Plan for Resolution of Florida claims takes into account all of the hard work done in the MDL Court over the past nine-plus years, as well as the extensive discovery and evidence already provided to Defendants concerning Plaintiffs' property damages claims. Plaintiffs seek to reduce judicial labor and propose that remediation damages – calculated according to a formula approved by Judge Fallon following an evidentiary hearing with expert testimony – should be finalized expeditiously as part of a claims process before a Special Master. The only items open for determination are: (i) verification of square footage; (ii) proof of Defendants' product in the property; and (iii) proof of ownership. There is no need for any trial of remediation damages. The Special Master can determine whether to assess additional property damages, such as alternate living expenses and loss of use and enjoyment, on a class-wide basis or through a claims process.

Therefore, the only trials at issue will be for individualized bodily injury claims, which are not capable of adjudication on a class-wide basis, and punitive damages.[15] Given this Court's directive that "two years from now this case will be over in some way, shape, or form,"[16] Plaintiffs' Plan for Resolution, which contemplates a claims process for remediation damages and groups of trials for other damages, is not only feasible and efficient, but satisfies due process.

## II.    BACKGROUND

Taishan and BNBM, with guidance and direction from their parent CNBM companies, deliberately sat on the sidelines for years while the litigation proceeded and they allowed default judgments to be entered against them because, according to Defendants, all of their "major assets … are located in China" and there is "no convention or treaty on mutual recognition and enforcement of judgments between China and the U.S."[17] Therefore, "the

---

[15] This litigation involves predominantly property damage claims. Personal injury claims are not a major factor.

[16] Transcript of Status Conference dated 7/13/2018, at 21:4-5.

[17] *Chinese Drywall*, 2018 WL 279629, at *8.

possibility of the U.S. judgments being enforced in China is very low."[18]  At this point, it is well established that:

- Chinese Drywall is defective.  In fact, "[e]ven the Defendants' experts agree that the drywall is defective and needs to be removed."[19]

- The proper scope of remediation requires "removal and disposal of all damaged and affected building components in the properties, replacement of all drywall, replacement of entire HVAC assembly, replacement of entire electrical system (including receptacles and switches), replacement of all copper and silver plumbing and electrical switches, replacement of all items that are likely to be damaged during demolition (i.e., cabinets, trim and baseboards), replacement of items that are ultimately more efficient to replace than restore, such as carpet and flooring, a complete cleaning of the premises, and confirmation from an independent and qualified engineering company to confirm the quality and completeness of the cleanup and provide the necessary assurances for insurance, resale potential and peace of mind for the affected property owners."[20]

- "Given the unique circumstances surrounding Chinese drywall and the absence of efficient and appropriate alternatives, a formulaic method used to calculate remediation damages is fair and reasonable. [Plaintiffs' expert's] estimation of remediation costs – rather than a series of individual inspections and individual mini-trial estimates – spares the Taishan Property Owners from the costs and further delay of individual inspections, which may cost thousands of dollars per person, take several months or years to complete and, most likely, will not lead to a more precise estimate than the ones provided by [Plaintiffs' expert]."[21]

## III.   PLAINTIFFS' PLAN FOR RESOLUTION OF FLORIDA CLAIMS

---

[18] *Id.*

[19] *Chinese Drywall*, 2017 WL 1421627, *14 (¶ 57).

[20] *Id.* at *8 (¶ 17).

[21] *Id.* at *14 (¶ 55) (referring to the calculations and formulaic methodology of Mr. George J. Inglis, P.E.).

## A.    <u>Plaintiffs' Plan Is Fair, Reasonable, and Efficient.</u>

Plaintiffs' proposed Plan for Resolution of Florida Claims, as set forth in Exhibit "G" hereto, will fairly and efficiently complete the process of adjudicating legitimate Chinese Drywall claims that have been pending for more than nine years. The use of a Special Master to verify the square footage, product ID, and ownership proofs already submitted in this litigation promotes judicial economy and utilizes the discovery generated in this case while it was pending in the MDL. An evidentiary hearing to assess class damages for Plaintiffs' remediation claims occurred in the Transferee Court three years ago, <u>with the presence and participation of Defendants</u>. Defendants vigorously defended their positions in the Class Damages Hearing. All parties were given an opportunity to present evidence in support of their positions, cross-examine witnesses, submit proposed findings of fact and conclusions of law, and file supplemental briefs.[22]

The judicial labor here has been completed. The only items left to determine are: (i) whether Plaintiffs' square footage calculations are accurate; (ii) whether Plaintiffs' proofs of product ID can be attributed to Taishan and/or BNBM; and (iii) whether Plaintiffs' owned or own the affected property. These verifications can be accomplished through a claims process and the use of a Special Master so as not to burden this Court's docket. Defendants can make appropriate contests or request set-offs. There is no need to reinvent the wheel or revisit previously adjudicated issues. Defendants are in default and liability is established. The amount of remediation damages per square foot was tried in the MDL and approved by Judge Fallon. For these reasons, the calculation of class-wide remediation damages can be accomplished fairly and efficiently through a Special Master within the timeframe set by the Court.

Plaintiffs' claims for other property damages (*e.g.*, alternate living expenses, loss of use and enjoyment, lost rent, diminution of value, bankruptcy, foreclosure, and/or short sale) can

---

[22] Defendants filed motions to reconsider Judge Fallon's Class Damages Order and BNBM sought to immediately appeal that order pursuant to 28 U.S.C. § 1292(b). *See* MDL Doc. 20778 and 20781. These motions were denied. *See* MDL Rec. Doc. 21727 and 20910.

efficiently be resolved through a Special Master, or tried before a jury, depending on the circumstance.

Finally, an initial set of Priority Claimants' trials of individualized claims for bodily injury and punitive damages can proceed according to the schedule set forth in the Case Management Plan approved by the Court (Doc.47).

**B.    Plaintiffs' Plan for Resolution Comports with Due Process.**

Plaintiffs' Plan follows the parameters already established in the Class Damages Order for resolution of remediation damages claims on behalf of all *Amorin* Class Members. Defendants already had an opportunity to contest these damages at the Class Damages Hearing, and their motions for reconsideration and immediate interlocutory appeal were denied. The Special Master can determine, for each class member, whether sufficient evidence of square footage, product ID, and ownership has been presented, as well as additional other objective damages using the appropriate burden of proof, subject to review and modification or approval by the Court. Plaintiffs' proposal affords Defendants an opportunity to obtain limited discovery, for good cause shown, and to present contradictory evidence (if any) with regard to product ID, as well as whatever argument Defendants might have that Plaintiffs' evidence is insufficient to support an award of these property damages.  For individualized personal injury damages, Defendants will be entitled to full discovery (subject to normal limitations) and a jury trial if the Court sees fit.

While arguing over the structure of a plan to resolve the claims of the *Amorin* Plaintiffs with properties in Louisiana, Defendants objected to a proposal in the MDL that was similar to Plaintiffs' proposal here. In the MDL, Defendants mischaracterized the Plaintiffs' proposed process to resolve these Chinese Drywall claims for the sole purpose of asserting vaguely identified constitutional and due process concerns.  Defendants suggested that (i) a hearing before a Special Master does not satisfy due process, (ii) Defendants are entitled to broad and sweeping discovery from each and every Plaintiff to challenge their remediation damages claims and other straightforward and objective damages claims, and (iii) the process articulated above somehow shifts the burden of proof from the Plaintiffs to the Defendants

on damages. These arguments, however, lack merit and are designed to further delay the resolution of Plaintiffs' claims.

### 1. The Court Is Permitted to Appoint a Special Master to <u>Hear Plaintiffs' Claims After Default.</u>

After default, a Defendant retains the right to contest damages, but the district court retains broad discretion on how to determine those damages. A court may conduct a hearing or may choose not to if all of the essential evidence is of record. *See* Fed. R. Civ. P. 55(b); *see also S.E.C. v. Smyth*, 420 F.3d 1225, 1231-32 n.13 (11th Cir. 2005) (discussing permissive tone of Rule 55(b)(2)); S.*E.C. v. First Fin. Group of Tex., Inc.*, 659 F.2d 660, 669 (5th Cir. 1981) (no hearing is necessary where all essential evidence is already of record). In addition, because the Court has the authority to "conduct hearings or make referrals," *see* Fed. R. Civ. P. 55(b)(2) (emphasis added), referral to a Special Master in this case – subject to review by this Court – is a proper and preferred way to resolve the sheer volume of cases in the most expeditious manner.

What is required to satisfy due process in this circumstance is "the opportunity [for Defendants] to be heard." *See Smyth*, 420 F.3d at 1232 (quoting *Mullane v. Central Hanover Bank & Trust, Co.*, 339 U.S. 306, 314 (1950) (internal citation omitted)). Here, Defendants had notice and an opportunity to be heard at the Class Damages Hearing prior to the MDL Court determining the class-wide damages formula and narrowing the remaining open issues to: ownership, square footage, and product identification. Defendants were heard. Now, Defendants will have a further opportunity to contest product identification, square footage and ownership; and they will have an opportunity to be fully heard before the Special Master with respect to non-personal injury damages, and before a jury as to personal injury claims. This satisfies governing rules as well as due process.

"'The fundamental requirement of due process is the opportunity to be heard at a meaningful time and in a meaningful manner.'" *Reams v. Irvin*, 561 F.3d 1258, 1263 (11th Cir. 2009) (quoting *Mathews v. Eldridge*, 424 U.S. 319, 333 (1976) (internal citation omitted)). What that means depends upon the individual circumstances of each case "because 'due

process is a flexible concept that varies with the particular circumstances of each case.'" *Id*.
(quoting *Grayden v. Rhodes*, 345 F.3d 1225, 1232-33 (11th Cir. 2003)). Here, Defendants have
had sufficient notice and a meaningful opportunity to be heard, and the forum is tailored
adequately, as it should be, to meet the specific needs of this case.

### 2. Defendants Are Only Entitled to Necessary Discovery.

While couched in constitutional language, it has often seemed as though Defendants'
position was that unless they are granted broad and sweeping discovery, they are essentially
being deprived of a fair hearing. The imposition of an abusive discovery regime – including
depositions of each and every Plaintiff – is Defendants' last stab at unnecessarily delaying this
matter even further. However, their desire to delay the action does not render the Plaintiffs'
streamlined proposal unconstitutional. Plaintiffs' proposal balances the equities of what has
transpired with Defendants' need to obtain relevant information. Defendants should not be
permitted to have this case proceed as it would have, had they answered the original
complaints over nine years ago and litigated the matter on a normal track. Instead,
Defendants engaged in numerous dilatory delay tactics that caused the litigation to proceed
at a glacial pace.[23]

This Court, and all district courts, always have the discretion to limit irrelevant and
harassing discovery. *See, e.g., Moore v. Armour Pharmaceutical Co.*, 927 F.2d 1194, 1197 (11th
Cir. 1991) (court has wide discretion in setting the limits of discovery). Here, liability has
already been established by default, so no discovery is needed. As for remediation damages,
there are only three relevant areas of inquiry – ownership, square footage, and product
identification – and there is little to no discovery needed on those specific and narrow issues.[24]
Other non-personal injury damages are equally narrow and require little discovery. That

---

[23] *See Chinese Drywall*, 2018 WL 279629, at *10 ("Nearing its ninth year, this case involving the Chinese
Entities has only made glacial progress. This MDL was consolidated in 2009. [the CNBM/BNBM
Defendants] did not make an appearance until 2015. And now, in 2018, [Defendants] are asking this
Court to go back to square one.").

[24] *See Chinese Drywall*, 2017 WL 1421627, *24-25 (¶ 23).

being said, under Plaintiffs' proposed Plan for Resolution, Defendants can seek limited discovery in these areas with a showing of good cause. Furthermore, Defendants will have an opportunity for full discovery with respect to Plaintiffs' personal injury claims.

### 3. Plaintiffs' Plan Does Not Shift the Burden of Proof.

It is important to note that while a Plaintiff may have the burden to prove damages in a default proceeding, all reasonable inferences from the evidence are drawn in the Plaintiff's favor. *See, e.g., Finkel v. Romanowicz*, 577 F.3d 79, 87 (2d Cir. 2009); *Au Bon Pain Corp. v. Artect, Inc.*, 653 F.2d 61, 65 (2d Cir. 1981). And, there are no constitutional restrictions on the type of evidence Plaintiffs are allowed to present to satisfy that burden. *See, e.g., United States v. Watts,* 896 F.3d 1245, 1251 (11th Cir. 2018) ("'no distinction is to be made between the weight given to either direct or circumstantial evidence'") (quoting *United States v. Mieres–Borges*, 919 F.2d 652, 656–57 (11th Cir. 1990) (internal citation omitted)); *Tyson Foods, Inc. v. Bouaphakeo*, __ U.S. __, 136 S. Ct. 1036, 1046 (2016) ("A representative or statistical sample, like all evidence, is a means to establish or defend against liability. Its permissibility turns not on the form a proceeding takes – be it a class or individual action – but on the degree to which the evidence is reliable in proving or disproving the elements of the relevant cause of action").

Remediation damages have already been established in this case on a class-wide basis at a hearing in which Plaintiffs bore the burden of proof, and Defendants contested with evidence to support their position. With respect to the remaining, non-personal injury issues, Plaintiffs are entitled to present competent evidence from which damages to any Class Member or other Plaintiff may be reasonably inferred by the appropriate legal burden – establishing damages as more likely than not. Defendants, in turn, will be permitted to argue that the evidence is insufficient to establish damages for some or all of the Class Members, or to present contrary evidence, if any. Then, the Special Master, subject to review and potential modification or approval by the Court, can either accept or reject the Plaintiffs' evidence, in whole or in part, and make appropriate damage awards to each *Amorin* Plaintiff.

There is simply no burden-shifting here.

## IV.    CONCLUSION

Plaintiffs' counsel and the Plaintiffs' Steering Committee in the MDL have collaborated and cooperated to compile the detailed and substantial evidence supporting Plaintiffs' damages claims, to which Defendants have had full access for many months. It is time now to finalize Plaintiffs' remediation damages, assess other property damages, and try the personal injury claims and punitive damages that remain on behalf of 1,700 Florida Plaintiffs. These property owners have been waiting since 2009 to be heard. Plaintiffs respectfully request that this Honorable Court adopt the Plaintiffs' Plan for Resolution of Florida Claims (attached hereto as Exhibit "G").

## CERTIFICATION OF PRE-FILING CONFERENCE
## PURSUANT TO S.D. FLA. L.R. 7.1(A)(3)

Counsel for Plaintiffs has engaged in extensive discussions with Defendants in a good faith effort to resolve the issues raised in this motion and has been unable to do so.

Dated: August 31, 2018                              Respectfully submitted,


                                                   /s/ Patrick S. Montoya, Esq.
                                                   Patrick Shanan Montoya
                                                   Fla. Bar No. 0524441
                                                   Email: Patrick@colson.com
                                                   Colson Hicks Eidson
                                                   255 Alhambra Circle, PH
                                                   Coral Gables, FL 33134-2351
                                                   Telephone: (305) 476-7400
                                                   Facsimile: (305) 476-7444
                                                   *Interim Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 31st day of August, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

## SERVICE LIST

Arnold Levin, Esq.
Sandra Duggan, Esq.
Frederick S. Longer, Esq.
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500
*Attorneys for Plaintiffs*

Dawn Barrios, Esq.
Emma Kingsdorf Schwab, Esq.
BARRIOS, KINGSDORF & CASTEIX,
LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139,
504-524-3300
*Attorneys for Plaintiffs*

Leonard A. Davis, Esq.
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue,
New Orleans, Louisiana 70113,
PH: (504) 581-4892
*Attorneys for Plaintiffs*

Pearl Anna Robertson, Esq.
IRPINO, AVIN, HAWKINS, LLP
2216 Magazine Street
New Orleans, LA 70130
504-525-1500
*Attorneys for Plaintiffs*

James V. Doyle, Esq.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500 Fax: 844-638-5812
Jim.Doyle@DoyleFirm.com
*Attorney for Plaintiffs*

Jay P. Dinan
FL Bar No.: 876593
Email: jdinan@yourlawyer.com
Parker Waichman LLP
27300 Riverview Center Boulevard, Suite
103
Bonita Springs, Florida 34134
Office: 239.390.1000
Fax: 239.390.0055
*Counsel for Parker Waichman LLP*
*Plaintiffs*

Jimmy Faircloth, Esq.
Faircloth, Melton, & Sobel
Gras Town Plaza,
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802,
(225) 343-9535
*Attorney for Plaintiffs*

Scott A. George, Esq.
Jeffrey S. Grand, Esq.
Christopher Seeger, Esq.
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102,
(215) 564-2300
*Attorney for Plaintiffs*

Jeffrey A. Breit, Esq.
BREIT DRESCHER IMPREVENTO, P.C.
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757-622-6000
*Attorney for Plaintiffs*

Richard S. Lewis, Esq.
Hausfeld LLP,
1700 K Street, NW., Ste. 650
Washington, DC 20006
(202) 540-7200
*Attorney for Plaintiffs*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE,
PC
580 E. MAIN STREET, SUITE 310
Norfolk, Virginia 23510
757-233-0009
*Attorney for Plaintiffs*

David Venderbush, Esq.
Cristine McAlister Brown, Esq.
Michael P. Kenney, Esq.
Kristine McAlister Brown, Esq.
Christina Hull Eikhoff, Esq.
Bernard Taylor, Esq.
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
PH 404-881-7000 Fax: 404-881-7777
kristy.brown@alston.com

*Attorney for Defendant Taishan Gypsum Co.
Ltd, & Tai'an Taishan Plasterboard Co.,*

Enjolique Dion Aytch
Akerman LLP
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
(954) 463-2700
Fax: (954) 463-2224
Email: enjolique.aytch@akerman.com
*Taishan Gypsum Co., Ltd., f/k/a Shandong
Taihe Dongxin Co., Ltd.*

Craig P. Kahl, Esq.
Aballi Milne Kalil, PA
2250 Suntrust International Center
One Southeast Third Avenue
Miami, Florida 33131
Tel: 305-373-6600
Tel: 305-372-5924
Fax: 305-373-7929
*Attorneys for BNBM PLC*

Eric Matthew Hairston, Esq.
Andrew K. Davidson, Esq.
L. Christopher Vejnoska, Esq.
James L. Stengel, Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Fancisco, CA 94105
Tel: 415-773-5700

*Attorneys for Beijing News Building
Materials Public*

# EXHIBIT "A"

## TIMELINE OF KEY EVENTS IN CHINESE DRYWALL LITIGATION

| | |
|---|---|
| *May 8, 2009* | Initial complaint served on Taishan under The Hague Convention in *Mitchell*. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 832 (E.D. La. 2012), *aff'd*, 742 F.3d 576 & 753 F.3d 521 (5th Cir. 2014). |
| *May 11, 2009* | Taishan seeks approval from CNBM/BNBM about its plan "not to respond" to Chinese Drywall litigation because "there is no judicial treaty signed between China and the U.S. on mutual recognition and enforcement of court judgements, and Taishan Company does not have assets within the continental U.S., even if the lawsuit was lost, the U.S. court cannot enforce Taishan's assets in China." *See* MDL Rec. Doc. 21641-4. |
| *June 15, 2009* | MDL 2047 established. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 626 F. Supp. 2d 1346 (J.P.M.L 2009). |
| *August 3, 2009* | Taishan served under The Hague Convention in *Germano*. *See Chinese Drywall*, 894 F. Supp. 2d at 832. |
| *November, 2009* | Default judgment obtained against Taishan for failure to respond to complaints. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520, at ¶ 13 (E.D. La. Sept. 26, 2014). |
| *May, 2010 through July, 2014* | Default judgments obtained against all Defendants for failure to respond to complaints. *See Chinese Drywall*, 2014 WL 4809520, at ¶¶ 13-15. |
| *February 19, 2010* | Evidentiary hearing in *Germano*. *See Chinese Drywall*, 2014 WL 4809520, at ¶ 15. |
| *May 11, 2010* | Final default judgment against Taishan entered in *Germano*. *See Chinese Drywall*, 2014 WL 4809520, at ¶ 15. |
| *June 10, 2010* | Taishan enters its appearance seeking to open default judgments and challenge personal jurisdiction and service of process. *See Chinese Drywall*, 894 F. Supp. 2d at 832. |
| *October, 2010 through January, 2012* | Substantial jurisdictional discovery conducted. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2018 WL 279629, at *3 (E.D. La. Jan. 2, 2018). |
| *September 4, 2012* | MDL Court denies Taishan's motions to dismiss and motions to vacate default judgments. *See Chinese Drywall*, 894 F. Supp. 2d 829. |

| | |
|---|---|
| *January 28, 2014 and May 20, 2014* | Fifth Circuit affirms the MDL Court's jurisdictional rulings over Taishan. *See Chinese Drywall*, 742 F.3d 576 & 753 F.3d 521. |
| *June 20, 2014* | Taishan ordered to appear on July 17, 2014 for judgment debtor examination. *See Chinese Drywall,* 2018 WL 279629, at *3. |
| *July 17, 2014* | Taishan refuses to appear in Court, fires American counsel, and flees jurisdiction. Taishan held in civil and criminal contempt of court. Taishan and its affiliates and subsidiaries enjoined from doing business in U.S. *See Chinese Drywall,* 2018 WL 279629, at *3, 8-9. |
| *September 26, 2014* | *Amorin* class certified. *Chinese Drywall,* 2014 WL 4809520, at ¶ 79. |
| *February, 2015* | BNBM finally enters its appearance and Taishan returns to the jurisdiction to participate in evidentiary class damages hearing. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.,* 2017 WL 1421627, at *5 (E.D. La. Apr. 21, 2017). |
| *June 9, 2015* | MDL Court holds class damages hearing and Defendants participate. *Chinese Drywall,* 2018 WL 279629, at *4. |
| *April, 2015 and April, 2017* | CNBM and BNBM file motions to dismiss based on personal jurisdiction. |
| *April 21, 2017* | MDL Court enters Class Damages Order approving formula to determine remediation damages based on square footage and cost to remediate home by zip code. *See Chinese Drywall,* 2017 WL 1421627, at *24-25. |
| *April 21, 2017* | MDL Court rules that BNBM is Taishan's agent under Florida law and has sufficient minimum contacts in Florida related to its sales of BNBM Dragon Board. *Chinese Drywall,* 2018 WL 279629, at *4. |
| *May, 2017 through the present* | Appeals on CNBM/BNBM motions to dismiss and additional motions filed. |
| *June 6, 2018* | *Amorin* cases remanded to Florida. *See* JPML Doc. 524; *see also* MDL Rec. Doc. 21242 (Suggestion of Remand Order dated 3/12/2018). |

# EXHIBIT "B"





# Drywall Markings
# Photo Exhibit

Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Interior Wall Drywall Stamp from Second Floor Bedroom Closet



Tapered

3

edge          1020      cootkd



4

CLOSET
2ND
FLOOR

Drywall    4feetx12feetx1/2inch

5



6







Interior Wall Drywall
Stamp from AC Room

9



10



Interior Wall Drywall Stamp from Living Room



12



13

Case 2:09-md-02047-EEF-MBN Document 22363-12 Filed 11/19/19 Page 35 of 46











Paper Edge Tape from Kitchen



Interior Wall Drywall Stamp from Kitchen

15





16

MADE IN CHINA. MEET OR EXCEEDS ASTM C1396.04 STANDARD



18



Grueninger, S-Indicia-0215



Grueninger, S-Indicia-0219

19



CravenD(38th St.)0014
20



21



22



**BNBM DRAGON BRAND GYPSUM WALLBOARD**

**TYPE DBX-1**

**R19374**

**5/8" OR 15.9mm THICK**

**GYPSUM BOARD**

**ISSUE NO. F-3851**

**FIRE RESISTANCE CLASSIFICATION**

**SEE UL FIRE RESISTANCE DIRECTORY**

24

3 of 4 page










ceiling 16oc wall 21oc ma





29



Bell, P-Indicia-0204















34







37

Nell Boothe
483 Tranquill Drive
Winder, GA 30680

Daniel K. Bryson

38

ENTURE SUPPLY INC. MFG TAIHE CHINA

39

VENTURE SUPPLY INC.MFG TAIHE CHINA

40



*PHOTOS*

Dun Gypsum Board in Attic

Drywall in AC Closet





Attic Drywall



42





Delayo, W-Indicia-0029

# Product ID Bible

■ Buckets

- A (BNBM/Dragon)- p. 22-26
- B (C&K)- p. 34-36
- C (Chinese Man. #2)- p. 37
- D (Crescent City)- p. 27-29
- E (DUN)- p. 42
- F (IMT)- p. 30-33

- G (ProWall)- p. 43-44
- H (Taian Taishan or Edge Tape)- p. 1, 14-16
- I (Made in China, Meet[s] or Exceed[s])- p. 13, 17-21
- J (Drywall 4feet[x/*]12feet[x/*]1/2inch)- p. 2-11
- K (Venture Supply)- p. 38-41
- L (White Edge Tape or Blank Boards)- p. 12

# EXHIBIT "C"

**Drywall**

**Indicia**

**Guide**

**KPT CHINESE Drywall**

   # 1     Knauf Plasterboard (Tianjin) Ltd.                       page  3 - 4

## NON-KPT CHINESE DRYWALL

   # 2     Crescent City     page  5

   # 3     Taihe     page  6

   # 4     Taishan     page  7 - 8

   # 5     Venture Supply     page  9

   # 6     BNBM     page  10

   # 7     C&K     page  11

   # 8     Dragon Brand     page  12

   # 9     IMG     page  13

   # 10     Bedrock Gypsum     page  14

   # 11     IMT     page  15

   # 12     ProWall Inc.     page  16

   # 13     KNAUF MADE IN GERMANY – Counterfeit Board     page  17

   # 14     LAFARGE MADE IN GERMANY – Counterfeit Board     page  18

   # 15     Unknown Chinese Manufacturer 1     page  19

   # 16     Unknown Chinese Manufacturer 2     page  20

   # 17     Unknown Chinese Manufacturer 3     page  21

## NON-REACTIVE DRYWALL

   # 18     National Gypsum     page  22

   # 19     American Gypsum     page  23 - 25

   # 20     CertainTeed/ProRoc     page  26 - 27

   # 21     Georgia Pacific     page  28 - 29

   # 22     Lafarge     page  30 - 31

   # 23     NORGIPS USA Inc.     page  32

   # 24     Panel Rey     page  33

   # 25     USG     page  34 - 35

   # 26     PT Knauf Gypsum Indonesia Ltd.     page  36

   # 27     Guangdong Knauf New Building Material Products Co. Ltd.     page  37

   # 28     Knauf Plasterboard (Wuhu) Co. Ltd.     page  38

   # 29     Knauf do Brasil Ltd.     page  39

   # 30     Knauf Gips KG     page  40

   # 31     James Hardie     page  41

   # 32     Federal Gypsum Company     page  42

   # 33     Temple Inland     page  43

   # 34     Flintcote Company     page  44

Case 2:09-md-02047-EEF-MBN Document 22268-13 Filed 11/19/19 Page 70 of 201
Case 2:09-md-02047-EEF-MBN Document 20741-4 Filed 03/31/2020 Page 70 of 45

## Reactive KPT Chinese Drywall

**M1:**

Label:



Marking:        **KNAUF – TIANJIN CHINA – ASTM C36**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Indicia photos must clearly indicate the presence of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TIANJIN CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

## Non - reactive KPT Chinese Drywall (subject to Section 4.9 of the Settlement   Agreement)

**M 2:**

Label:



Marking:        **KNAUF – TianJin, China – ASTM C36 -  [DATE]  [TIME]**

Printing Type:  BLUE – DOUBLE – DOT

Requirements:   Photo must allow unique identification of KPT drywall by displaying the full marking or distinctive parts such as "KNAUF-" and/or "TianJin, CHINA" in blue-double-dot printing.

Please note that photos only displaying "KNAUF", "ASTM C36" or parts of it are not a unique indicia for KPT and therefore insufficient.

Case 2:09-md-02047-EEF-MBN Document 22268-12 Filed 11/19/19 Page 71 of 201
Case 2:09-md-02047-EEF-JCW Document 20641-1 USD Filed 12/31/2018 Page 45 of 45


## Insufficient Indicia for KPT

| | |
|---|---|
| Edge Tape: | Blue – Yellow |
| Label: | |



| | |
|---|---|
| Marking: | " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD " |
| Note: | The blue-yellow edge tape is also used by other Knauf companies, see Guangdong Knauf New Building Material Products Co. Ltd (# 27, p. 36), and therefore an insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 as stated above. |

| | |
|---|---|
| Front marking: | " K " |
| Label: | |



| | |
|---|---|
| Note: | The label "K" on the front side of the drywall sheet is used by most Knauf companies and therefore insufficient indicia for KPT. Please provide a photo either of the marking M1 or M2 of the back side of the board as stated above. |

Case 2:09-md-02047-EEF-MBN Document 22068-12 Filed 11/18/19 Page 72 of 201
Case 2:09-cv-02047-EEF-JCW Document 320 Page 80 HSD Docket 01/31/2018 Page 8 of 45

## NON – KPT CHINESE DRYWALL

### # 2     Crescent City

**Marking:**

Label:



Marking:     **Made in China Crescent City Gypsum**

Printing Type:     black letters

Case 2:09-cv-02047-EEF-JCW Document 1206-1 Filed 06/31/2009 Page 45 of 45

NON – KPT
CHINESE
DRYWALL

## # 3    Taihe

**Marking:**

Label:





Marking:        **MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396 04 STANDARD**

Printing Type:  black letters

Edge Tape:      White – Blue – Green

Label





Marking:        " Taihe "   +   white triangle in red circle   +   [chinese symbols]

NON – KPT
CHINESE
DRYWALL

**M 1:**

Label:



Marking:  **4feetX12feetX1/2inch      DrYwall     [DATE] [TIME]**

Printing Type:  black letters

**M 2:**

Label:



Marking:  **TAIAN  TAISHAN**

Printing Type:  black letters

**M 3:**   **Drywall  4feetx12feetx1/2inch**

Label:



Marking:  **Drywall  4feetx12feetx1/2inch**

Printing Type:  black letters

Case 2:09-md-02047-EEF-MBN Document 22363-12 Filed 11/19/19 Page 75 of 201
Case 2:09-md-02047-EEF-JCW Document 320 Scanned ebon HOSTiben-41-06/31/2009 Page 9 of 45

**M 4:**

Label:



Marking:    **DRYWALL  4feet*12feet*1/2inch**

Printing Type:  black letters

---

Edge Tape:   White – Glossy  (<u>Material:</u> plastic)

Label:



Marking:     no marking on edge tape

NON – KPT
CHINESE
DRYWALL

# # 5    Venture Supply

**M 1:**

Label:



Marking:       **VENTURE SUPPLY INC.**  MFG TAJHE CHINA

Printing Type:   black letters

**M 2:**

Label:



Marking:       **VENTURE SUPPLY INC.**  MFG TAIHE CHINA

Printing Type:   black letters

NON – KPT
CHINESE
DRYWALL

### # 6    BNBM

---

**M 1:**

Label:



Marking:     **BEIJING NEW BUILDING MATERIALS CO LTD.**

Printing Type:   Blue letters,  framed

---

**M 2:**

Label:



Marking:     **BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY
Beijing, China ASTM 1396-04  [DATE]  [TIME]**

Printing Type:   black letters

**NON – KPT CHINESE DRYWALL**

## # 7   C & K

**Marking:**

Label



Marking:   **C&K GYPSUM BOARD ASTM C 1396 MADE IN CHINA**

Printing Type:   black letters

---

Edge Tape:   Blue – Grey – White

Label:





Marking:   " C&K"   +   [Chinese symbol]

NON – KPT CHINESE DRYWALL

# # 8   Dragon Brand

**Marking:**

Label:



Marking:         **DRAGON BRAND DRYWALL PER ½" 4`X12`ASTM C 1396  MADE IN CHINA    [TIME] [DATE]**

Printing Type:   black letters

Edge Tape:      Light – Dark Blue – White

Label:



Marking:         " DRYWALL "

p. 12

NON – KPT
CHINESE
DRYWALL

**# 9    IMG**

**Marking:**

Label:



Marking:        **IMG ASTM C 1396** Made in CHINA [DATE]

Printing Type:  black letters

Edge Tape:      Blue – White

Label:



Marking:        n/a

NON – KPT CHINESE DRYWALL

# # 10  Bedrock Gypsum

| | |
|---|---|
| Edge Tape: | Yellow – Black – White |
| Label: |  |
| Marking: | Bedrock Gypsum$^{TM}$ Manufactured to ASTM C 1396 388 Market Street 4th Floor, San Francisco CA 94111 Made in China |

NON – KPT
CHINESE
DRYWALL

# # 11   IMT

**Marking:**

Label:



Marking:   **MADE IN CHINA IMTGYPSUM.COM ASTM C 1396**

Printing Type:   black letters

Case 2:09-md-02047-EEF-MBN Document 22863-3 Filed 11/10/19 Page 83 of 201
Case 2:09-md-02047-EEF-MBN Document 2206-1 HOSD Dec. 01/30/31/2019 Page 17 of 45

**NON – KPT CHINESE DRYWALL**

## # 12 Pro Wall Inc.

Marking:

Label:



Marking: **MADE IN CHINA MEETS ASTM C36/C1396 STANDARD**

Printing Type: black letters

Edge Tape: White – Blue – Yellow

Label:



Marking: " ½" x 12`TE    ProWall "

NON – KPT
CHINESE
DRYWALL

# # 13   KNAUF MADE IN GERMANY

## COUNTERFEIT BOARD

**M 1:**

Label:



Marking:   GYPSUM WALLBOARD [DATE] [TIME] -96-  MADE IN   GERMANY BY   **KNAUF**
MADE TO ASTM C36          ½"  THICK          FDG GYPSUM

Printing Type:   blue – single – dot   **and**   blue – double – dot

Note:   This marking is apparently a counterfeit board and has not been
produced by any Knauf company

" FDG " is the wrong shortcut of flue gas desulflurization

**Correct:  FGD**

**M 2:**

Label:



Marking:      **[DATE]    MADE IN GERMANY**

Printing Type:   black letters

Note:      Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no
typical marking for any German company

Case 2:09-md-02047-EEF-MBN   Document 22061-10   Filed 11/06/19   Page 19 of 45

**NON – KPT CHINESE DRYWALL**

# # 14  LAFARGE MADE IN GERMANY

**Marking:**

Label:



| Marking: | **LAFARGE   [DATE] [TIME]** | | **GER 1    ASTM C36** |
| --- | --- | --- | --- |
| | **MADE IN GERMANY** | | |

Printing Type:   black letters

Note:   This is assumingly a counterfeit board produced in China

Printing " MADE IN GERMANY "  **and**  [DATE] (Month/Day/Year) is no typical marking for any German company

NON – KPT
CHINESE
DRYWALL

# # 15   Unknown Chinese Manufacturer 1

**Marking:**

Label:



Marking:        **[DATE]  J  [TIME]  1   MEETS ASTM C36**

Printing Type:   black letters

Note:          Unknown Chinese Manufacturer

NON – KPT
CHINESE
DRYWALL

# # 16   Unknown Chinese Manufacturer 2

**Marking:**

Label:





Marking:  **Manufactured to Conform to ASTM Standard C36**

**4 x 12 x 1/2**          **MADE IN CHINA**

Printing Type:  black letters

Note:          Unknown Chinese Manufacturer

Case 2:09-md-02047-EEF-MBN Document 2206-10 SD Docket 12/30/11 Page Page 22 of 45

**Marking:**

Label:



Marking:  **MADE IN CHINA ASTM C 1396**

Printing Type:  black letters

Note:  Unknown Chinese Manufacturer

**NON REACTIVE DRYWALL**

# # 18   National Gypsum

**M 1:**

Label:



Marking: **National Gypsum company**

Printing Type:  black letters

**M 2:**

Label:



Marking:  **GridMarX** $^{TM}$ **Patent Product**
**National Gypsum Properties**
**PRODUCT  INFO  @  www.gridmarx.com**

Printing Type:  black letters

Edge Tape:  White – Black – Yellow

Label:



Marking:  (12,7 x 3658mm)      National Gypsum Company  Charlotte, NC 28211

NON
REACTIVE
DRYWALL

# # 19   American Gypsum

**M 1:**

Label:



Marking:        **ARMENDARTZ  [TIME]**

Printing Type:   black letters

**M 2:**

Label:



Marking:        **UNDERWRITER LABORATORIES INC.  [DATE]**
                **[NAME, eg. C. Stone]**

Printing Type:   black letters

Note:           There are different varieties of the marking behind [DATE]

Case 2:09-md-02047-EEF-MBN   Document 22362-3   Filed 11/16/19   Page 91 of 201
Case 2:09-md-02047-EEF-MBN   Document 22061-10   Filed 12/06/19   Page 13 of 45

**M 3:**

Label:



Marking: **Gypsum Board F-3724 FIRE RESISTANCE CLASSIFICATION SEE UL FIRE RESISTANCE DIRECTORY R14169**

Printing Type:   blue – single – dot

Edge Tape:   Blue – White – Red

Label:



**M 1:**   AMERICAN GYPSUM, ALBUQUERQUE, NM

Label:



**M 2:**   MANUFACTURED TO MEET ASTM C1396 AND C36

Case 2:09-md-02047-EEF-MBN Document 23363-3 Filed 11/19/19 Page 92 of 201
Case 2:09-md-02047-EEF-JCW Document 1200-4 Filed 02/01/2010 Page 25 of 45

| Edge Tape: | White – Purple |
| --- | --- |

Label:



**M 1:**   AMERICAN GYPSUM, INTERIOR CEILING BOARD  Panel de techo para interiors

Label:



**M 2:**   MANUFACTURED BY AMERICAN GYPSUM, DALLAS, TX

Case 2:09-md-02047-EEF-MBN   Document 22863-3   Filed 11/16/19   Page 92 of 201
Case 2:09-md-02047-EEF-MBN   Document 22061-10   Filed 12/06/31/2018   Page 27 of 45

**Marking:**

Label:





Marking:  **GYPSUM BOARD ISSUE NO. F-3600 FIRE RESISTANCE CLASSIFICATION SEE UL PRODUCTS CERTIFIED FOR CANADA DIRECTORY AND FIRE RESISTANCE DIRECTORY R3660**

**MADE IN USA ASTM 1396 & C36  CAN/CSA**

Printing Type:  black letters

---

Edge Tape:  Black – Blue

Label:



Marking:  CertainTeed     ProRoc      REGULAR GYPSUM BOARD

Case 2:09-md-02047-EEF-MBN   Document 22863-3   Filed 11/10/19   Page 94 of 201
Case 2:09-md-02047-EEF-MBN   Document 2061-6   Filed 12/20/10   Page 28 of 45

**NON REACTIVE DRYWALL**

# 20   CertainTeed / ProRoc

| | |
|---|---|
| Edge Tape: | White with Red letters |
| Label: |  |
| Marking: | ProRoc   PANEL DE YESO TIPO X |

Case 2:09-md-02047-EEF-MBN Document 22863-3 Filed 11/16/19 Page 95 of 201
Case 2:09-md-02047-EEF-MBN Document 2261-6 Filed 12/11/2009 Page 25 of 45

## M 1:

Label:



Marking:         **GP DENSGLASS ULTRA**

Printing Type:   black letters

## M 2:

Label:



Marking:         **[DATE]   IN1B   [TIME]   GP TR: CERTIFIED 96% RECYCLED**

Printing Type:   black letters

## M 3:

Label:



Marking:         **DENS SHIELD TILE BACKER  [DATE]**

Printing Type:   black letters

Case 2:09-md-02047-EEF-MBN   Document 22863-3   Filed 11/19/19   Page 96 of 201
Case 2:09-md-02047-EEF-MBN   Document 20261-1   Filed 04/30/2019   Page 30 of 45

**NON REACTIVE DRYWALL**

**M 4:**

Label:

Marking:      **[DATE]  /  TX1   08**

Printing Type:  black letters

Edge Tape:   Black – White – Red

Label:



Marking:      TOUGHROCK

Case 2:09-md-02047-EEF-MBN Document 23863-3 Filed 12/16/19 Page 97 of 201
Case 2:09-md-02047-EEF-MBN Document 22061-3 Filed 12/07/2018 Page 31 of 45

**M 1:**

Label:



Marking:  LABORATORIES INC. GYPSUM BOARD FIRE RESISTANCE DIRECTORY IN WIDE TYPE LGC6A

Printing Type:  black letters

**M 2:**

Label:



Marking:  [DATE]        PALATKA, FL            [TIME]

Printing Type:  black letters

NON REACTIVE DRYWALL

**# 22   Lafarge**

**M 3:**

Label:



Marking:          [TIME]   [COLOUR]   TEAM

Printing Type:    black letters

Note:             [Colour] could be WHITE, YELLOW, BLUE or RED

Edge Tape:        white

Label:



Marking:          LAFARGE    Manufactured by Lafarge North America Inc.

                  Fabricado por Lafarge North America Inc.

NON
REACTIVE
DRYWALL

### # 23   NORGIPS Inc.

**M 1:**

Label:





Marking:        NORGIPS USA INC. GYPSUM WALLBOARD THICKNESS ½"

Printing Type:  blue letters

**M 2:**

Label:



Marking:        MADE IN POLAND OPOLEN

Printing Type:  blue letters

**NON REACTIVE DRYWALL**

# # 24  Panel Rey

**M 1:**

Label:



Marking:        PANEL REY 2

Printing Type:  black letters

**M 2:**

Label:





Marking:        ½"X12´ REG   [TIME]   [DATE]

Printing Type:  black letters

Edge Tape:      White - Blue

Label:



Marking:        Hecho en Mèxico por PANEL REY S.A., Hidalgo

Case 2:09-md-02047-EEF-MBN Document 22268-18 Filed 11/19/19 Page 101 of 201
Case 2:09-md-02047-EEF-MBN Document 20688-41 Filed 10/31/2016 Page 35 of 45

**M 1:**

Label:





Marking:        100 % RECYCLED PAPER SINCE 1967

Printing Type:  black letters

**M 2:**

Label:



Marking:        GYPSUM BOARD

Printing Type:  black letters,  framed

Case 2:09-md-02047-EEF-MBN Document 22868-18 Filed 11/19/19 Page 102 of 201
Case 2:09-md-02047-EEF-JCW Document 3290 Filed 12/31/2009 Page 36 of 45

**NON REACTIVE DRYWALL**

## # 25   USG

| Edge Tape: | White – Blue |
|---|---|

**Label:**



**M 1:**   USG SHEETROCK  Brand    Interior Ceiling Panel  Sag-Resistant

**Label:**



**M 2:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

| Edge Tape: | White – Yellow – Green |
|---|---|

**Label:**



**Marking:**   United States Gypsum Company
125 South Franklin Street, Chicago, IL 60606
A Subsidiary of USG Corporation

Case 2:09-md-02047-EEF-MBN Document 22963-18 Filed 11/19/19 Page 103 of 201
Case 2:09-md-02047-EEF-MBN Document 20861-11 USDC Docket 26/31/2019 Page 98 of 45

**NON REACTIVE DRYWALL**

# # 26  PT Knauf Gypsum Indonesia Ltd.

**M 1:**

Label:





Marking: **KNAUF –** PLASTERBOARD 48  STD  12,5x1220x3660 mm TE NATURAL  GYPSUM     [DATE] ASTM C36

Printing Type: blue letters

Note: plant number:  48

Edge Tape: Grey – Blue

Label:



Marking: STANDARD BOARD     KNAUF

NON
REACTIVE
DRYWALL

## # 27  Guangdong Knauf New Building Material Products Co. Ltd.

**M 1:**

Label:



Marking:  Dongguan China ASTM C 36

Printing Type:  blue – single – dot

**M 2:**

Label:



Marking:  plant number: 38

Printing Type:  blue – single – dot

Edge Tape:  Blue – Yellow

Label:



Marking:  " KNAUF    CERTIFIED TO ISO 9001    KNAUF    STANDARD BOARD "

Case 2:09-md-02047-EEF-MBN Document 22268-18 Filed 11/19/19 Page 105 of 201
Case 2:09-md-02047-EEF-MBN Document 20688-206 HSD Docket 10/31/2019 Page 39 of 45

**NON REACTIVE DRYWALL**

## # 28   Knauf Plasterboard (Wuhu) Co. Ltd.

**M 1:**

Label:



 

Marking:       KNAUF – WuHu,   China – ASTM C36 – [DATE]  [TIME]

Printing Type:  blue letters

**M 2:**

Label:



Marking:       KNAUF  [Chinese symbols]  18  (plant number)

Printing Type:  blue letters

Edge Tape:     Blue – Yellow - White

Label:



Marking:       " KNAUF "

p. 38

NON REACTIVE DRYWALL

# 29   Knauf do Brasil Ltd.

**Marking:**

Label:







Marking:          KNAUF ST – 12,5mm – ARMAZENAR EM LOCAL SECO - OO

Printing Type:   blue – double – dot             blue – single – dot

Edge Tape:     Blue - Yellow

Label:

Marking:          " KNAUF "

p. 39

Case 2:09-cv-06687-EEF-MBN Document 1-1 Filed 10/31/2009 Page 41 of 45

**NON REACTIVE DRYWALL**

## # 30  Knauf Gips KG

**Marking:**

Label:





| | | |
|---|---|---|
| Marking: | CE KNAUF | AUSBAUPLATTE |
| Printing Type: | blue – or – red – double dot | blue – single - dot |

NON
REACTIVE
DRYWALL

# # 31   James Hardie

**Marking:**

Label:



Marking:         HARDIEBACKER

Case Case 2:09-md-02047-EEF-Document Document Filtration HUSD Docket 10/31/2019 Page Page 49 of 45

NON
REACTIVE
DRYWALL

# # 32  Federal Gypsum Company

| | |
|---|---|
| Edge Tape: | White - Green |
| Label: |  |
| Marking: | Federal Gypsum Company |

NON REACTIVE DRYWALL

# # 33  Temple Inland

**Marking:**

Label:



Marking:         A071806 01144

Printing Type:  black letters

Edge Tape:   White – Blue – Pink

Label:







Marking:        Temple Inland      ½" X 12              54

Case 2:09-md-02047-EEF-MBN Document 22062-18 Filed 11/19/19 Page 111 of 201
Case 3:15-md-02047-EEF-MBN Document 3250 in RUSD Docket 10/31/2018 Page 45 of 45

**NON REACTIVE DRYWALL**

# # 34   Flintcote Company

**Marking:**

Label:



Marking:     THE FLINTCOTE COMPANY

# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 Section L |
| | |
| This Document Relates to ALL CASES | JUDGE FALLON MAG. JUDGE WILKINSON |

## TAISHAN GYPSUM CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

I. **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

    A.    Manufacturer Name: Taishan Gypsum Co. Ltd. ("Taishan")[1]

    B.    Address: **Dawenkou, Daiyue Distirct, Shandong Province, P.R. China**

    C.    Phone number: **(0086) (538) 8811449**

    D.    Email address: **taihe@public.tnptt.sd.cn**

    E.    Web site: **www.taihegroup.com**

    F.    President or CEO: **None. Jia Tongchun is the Legal Representative and Chairman of the Board of Taishan**

    G.    Headquarters if Foreign: **Taian, China**

    H.    Address of USA Headquarters: **None**

    I.    Name of supervisor at USA Headquarters: **None**

    J.    Principal Place of Business in USA: **None**

---

[1] Taishan is responding to Defendant Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

K.    List of all offices or locations in USA where entity has done business at any time in 2001 through 2009

       **Taishan has never had an office in the US or otherwise operated out of any location in the US.**

L.    Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-I(L) for each entity.)

## II.   COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | Address: | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | Phone Number: | (212) 918-3000 | 504-523-1580 |
| D. | Fax Number: | (212) 918-3100 | 504-524-0069 |
| E. | E-Mail: | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.cm |

## III.   CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1.    Product Identification:

    Name of Manufacturer(s)' drywall product:

    **Taishan manufactured drywall to US dimensions on a made-to-order OEM basis on two isolated occasions for a U.S. purchaser, Venture Supply, Inc. ("Venture Supply").**

    Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

    **The drywall was imprinted with the following marks: VENTURE SUPPLY INC. MFG: SHANDONG TAIHE, CHINA. The drywall also had sealing tape on its edges with the marking "Venture Supply."**

    List all trademarks applicable to the product:

    **No Taishan trademarks were applicable to the drywall manufactured by Taishan and sold to Venture Supply. Taishan is unaware whether Venture Supply or any other parties applied their own trademarks to drywall manufactured by Taishan.**

    Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

    **In 2007, the company changed its name from Shandong Taihe Dongxin Co. to Taishan Gypsum Co. Ltd. Accordingly to the best of Taishan's knowledge, drywall manufactured**

for Venture Supply was not known by any other names other than the product markings described above.

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

With regards to drywall that was exported to the US, Taishan manufactured only standard drywall to US dimensions.

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

Taishan has no knowledge of the brand names under which Venture Supply may have resold it.

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | Taishan sold the drywall to Venture Supply in China. Venture Supply took title to the drywall in China and shipped the drywall to the United States. However, Taishan referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. |
| Address of Exporter: | See I (B.) above |

Date of Export: __2 / 24 / 2006__    (Month / Day / Year)

Date of Export: __7 / 20 /2006__    (Month / Day / Year)

Name of all ports through which shipment was in transit: Unknown

Name of final port where shipment was offloaded: Taishan does not have knowledge of where the drywall purchased by Venture Supply was offloaded. The drywall left the port in China on vessels bound for Norfolk, VA and Camden, NJ respectively.

Date shipment was offloaded: Unknown

| | |
|---|---|
| Amount of Drywall exported: | The February 24, 2006 and July 20, 2006 shipments of drywall by Venture Supply to the United States contained 100,000 and 53,912 sheets of drywall respectively. |
| Name of shipper: | Unknown |
| Address of shipper: | |
| Mode of Shipment: | Venture Supply shipped the drywall to the U.S. by ocean-going freight. |
| Name of vessel: | The bills of lading for the February 24, 2006 and July 20, 2006 shipments indicate that the shipments were shipped aboard the Vessel Glykofiloussa and the Vessel Atlantic Fortune respectively. |

3. Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | Venture Supply, Inc. |
| Address of Importer: | 1140 Azalea Garden Road, Norfolk, VA 23502-5612 |

Date of Import:   Unknown

Amount of Drywall imported:

**As described above, the February 24, 2006 and July 20, 2006 shipments of drywall contained 100,000 and 53,912 sheets of drywall respectively.**

4.    Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**Venture Supply, Inc.**

5.    Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**Tobin Trading, Inc. executed the contracts for both sales of drywall on behalf of Venture Supply.**

6.    If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage:       **Taishan stored the drywall for a limited time at its facility prior to inspection and acceptance by Venture Supply's agent in China.  Taishan has no knowledge regarding any further storage of the drywall after Taishan delivered it to Venture Supply in China.**

Address of entity providing storage:     See I (B.) above

**Dates product was stored:  Taishan stored Venture Supply's second order of drywall at its facility between February 2006 and June 2006 (dates are approximate).**

_____/_____/_____ (Month / Day / Year) to ____/_____/_____     (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7.    Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

**Taishan sold drywall to Venture Supply pursuant to two written agreements that are already in the record in *Germano, et al. v. Taishan Gypsum Co., Ltd.*, et al., Case No. 09-6687. The agreements were negotiated and executed in China and provided for dispute resolution in China.**

8. For all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001-2009, please indicate whether you provided any of the following

    a. Express warranties;    The Venture Supply agreements described the quantity of drywall, the price, the dimensions and the Chinese GBT specification applicable to the order.

    b. Product specifications;    China GB/T9775-1999.

    c. Product information and/or instructions for storage or use

In the normal course of business, a package of drywall manufactured by Taishan contained the following warnings:

    (1) Pickup/do not turn over

    (2) Breakable

    (3) Avoid rain/moisture

IV. **INSURANCE**

    A. Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

        i. For each policy, identify the following:

        Insurer: Taishan has no insurance policies that relate to the Shipments.

        Dates policy in effect:

        ____/____/____ (Month / Day / Year) to ____/____/____ /(Month / Day /

        Year)

        Policy Number:

        Type of Policy:

        Insurance Agent

        Policy Coverage Limits

        Produce a copy of the Declaration page, exclusions and policy of insurance.

    B. Identify all claims you have made on any insurance policies relating to the manufacture or shipment of products identified in Section V above.

        1. For each claim please provide the following:

        Date: ____/____/____ (Month / Day / Year)

        Insurer:

        Description of claim:

        Insurer's response to claim:

        If in litigation:

        Caption of Case:

        Name and address of attorneys involved:

_____
_____
_____
_____

Insurance carriers involved:

_____
_____
_____
_____

## CERTIFICATION

     I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

_____   _____   2010.10.13
Signature                     Print Name             Date

美国地区法院

路易斯安那州东部区

| | |
|---|---|
| 关于：中国制造的石膏板产品责任诉讼 | 跨地区诉讼第 2047 号 |
| | L 部分 |

本文件相关案件              FALLON 法官
所有案件                   WILKINSON 司法官

### 泰山石膏股份有限公司制造商资料表

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商均必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如问答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被同答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人保密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

1.     **填写本资料表的被告制造商的联系信息**

     A.     制造商名称：泰山石膏股份有限公司（"泰山"）[1]

     B.     地址：中华人民共和国山东省泰安市岱岳区大汶口

     C.     电话号码：(0086) (538) 8811449

     D.     电邮地址：taihe@public.taptt.sd.cn

     E.     网址：www.taihegroup.com

     F.     总裁或首席执行官：无。贾同春为泰山的法定代表人及董事长

     G.     总部（如位于国外）：中国泰安

     H.     美国总部地址：无

     I.     美国总部主管姓名：无

     J.     美国主要营业地点：无

     K.     于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表泰山从未在美国设立过办事处或以其它方式于美国任何地点经营。

     L.     上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

---

[1] 泰山就此等跨地区法律程序填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：(i) 本表格或其附件所披露任何信息的相关性或可受理性；(ii) 法律程序文件送达的有效性或有关法律程序文件的送达；(iii) 本法院或任何其它法院对其的司法管辖权；和／或 (iv) 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

Hogan Lovells

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别问答第 I(B)-I(L) 项。）

II. 被告制造商的律师信息

| | | | |
|---|---|---|---|
| A. | 姓名： | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | 地址： | HOGAN LOVELLS US LLP<br>875 3rd Avenue<br>New York, New York 10022 | STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | 电话号码： | (212) 918-3000 | 504-523-1580 |
| D. | 传真号码： | (212) 918-3100 | 504-524-0069 |
| E. | 电邮： | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.em |

III. 中国石膏板产品识别和经销链

1.  产品识别：

制造商的石膏板产品的名称：

泰山曾单独分别两次按美国尺寸以 OEM 代工定制方式为美国采购商 Venture Supply, Inc. （"Venture Supply"）制造石膏板。

说明石膏板产品上的任何标识（例如，批号、批量号、序列号、颜色标识、UPC 代码等）：

该等石膏板印有以下标识：VENTURE SUPPLY INC. MFG：SHANDONG TAIHE, CHINA。边缘处的封边带上印有"Venture Supply"标识。

列出适用于该产品的所有商标：

泰山制造并销售给 Venture Supply 的石膏板上并无使用任何泰山商标，泰山并不知晓 Venture Supply 或任何其他方是否有将其商标使用于泰山为其制造的石膏板上。

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

2007 年，上述公司由山东泰和东新股份有限公司更名为泰山石膏股份有限公司。因此，就泰山所知，为 Venture Supply 制造的石膏板除上述产品标识外并无使用任何其它名称。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的方式：

对出口至美国的石膏板，泰山仅按照美国尺寸生产标准石膏板

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售货方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

泰山不知道 Venture Supply 可能以哪些品牌名称转售这些石膏板。

2. 货运信息（请说明向美国装运或进口美国的每批货物的以下信息）：

| | |
|---|---|
| 出口商名称： | 泰山在中国将石膏板出售给 Venture Supply。Venture Supply 在中国获得石膏板的所有权，并将石膏板运往美国。但泰山为按照中国税法准备发票，将其自身称为"出口商"。 |
| 出口商地址： | 请参阅上文第 1 (B.) 项 |
| 出口日期： | 2 / 24 / 2006（月 / 日 / 年） |
| 出口日期： | 7 / 20 / 2006（月 / 日 / 年） |

货物运输经过的所有港口名称：不详

货物卸载的最终目的港名称：泰山不知道 Venture Supply 所购买的石膏板在哪里卸货。石膏板在中国港口分别装载于前往弗吉尼亚州诺福克和新泽西州卡姆登的轮船。

货物卸载日期：不详

| | |
|---|---|
| 出口的石膏板数量： | Venture Supply 于 2006 年 2 月 24 日和 2006 年 7 月 20 日向美国运送的该两批石膏板数量分别为 100,000 张和 53,912 张。 |
| 运货人名称： | 不详 |
| 运货人地址： | |
| 运输方式： | Venture Supply 通过海运向美国运送石膏板。 |
| 轮船名称： | 2006 年 2 月 24 日和 2006 年 7 月 20 日的该两批货物的提单显示货物分别搭载于 Glykofiloussa 号和 Atlantic Fortune 号轮船。 |

3. 进口商信息（提供每名进口商的以下信息）：

| | |
|---|---|
| 进口商名称： | Venture Supply, Inc. |
| 进口商地址： | 1140 Azalea Garden Road, Norfolk, VA 23502-5612 |

进口日期：不详

进口的石膏板数量：

如上所述，于 2006 年 2 月 24 日和 2006 年 7 月 20 日运送的该两批石膏板数量分别为 100,000 张和 53,912 张。

4. 美国经销商：

如您知晓有任何经销商或石膏板承包商 / 安装商将您的产品运往美国，请提供有关信息：

Venture Supply, Inc.

Hogan Lovells

5.  您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

    **Tobin Trading, Inc.** 代表 **Venture Supply** 签订两批石膏板的销售合同。

6.  请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

    提供存储的实体名称：        于 **Venture Supply** 的代理在中国验收石膏板前的一段有限时间内，泰山曾将石膏板存储在其工厂内。在泰山在中国向 **Venture Supply** 交货后，泰山并不知道石膏板的任何进一步存储情况。

    提供存储的实体地址：        请参阅上文第 I (B.) 项

    产品存储日期：泰山约于 2006 年 2 月至 2006 年 6 月期间将 **Venture Supply** 订购的第二批石膏板存储于泰山的工厂内。

    _____／_____／_____（月／日／年）至 _____／_____／_____（月／日／年）

    存储的产品数量：

    为存储所付价格：

    存储仓库的联络人姓名：

    电话号码：

    电邮地址：

    请列出就产品存储提出或收到的任何投诉：

7.  请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

    泰山根据两份书面协议向 **Venture Supply** 出售了石膏板，该两份协议已载于 *Germano 等诉泰山石膏股份有限公司等*一案（案件编号：09-6687）的记录中。该两份协议在中国商定并签署，并规定在中国解决任何相关争议。

8.  请就 2001 年至 2009 年运往或交付至美国境内或供进口美国的中国石膏板，说明您是否提供了以下任何事项：

    a.  明示担保：        **Venture Supply** 协议载明石膏板的数量、价格、尺寸和适用于该等订单的中国 GBT 规格。

    b.  产品规格：        中国 GB/T9775-1999。

    c.  产品信息和／或存储或使用说明

在正常业务过程中，泰山铸造的石膏板的包装会载有以下警告信息：

(1) 抬起／请勿倒置

(2) 易碎

(3) 避免雨淋／潮湿

Hogan Lovells

IV.   保险

  A.   请列明与索赔有关的所有保单，包括所有一般商业综合责任保险、产品责任保险、建造险、董监事及高级管理人员责任险和超额保险保单。

    1.   请就每份保单提供以下信息：

      承保人：        泰山没有就该等批次的货物购买任何保险。

      保单生效日期：

      ___/___/___（月/日/年）至 ___/___/___（月/日/年）

      保单编号： _____

      保单类型： _____

      保险代理： _____

      保单承保范围限制： _____

      请提供保险的声明页、例外情况和保单副本。

  B.   请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

    1.   请就每项索赔提供以下信息：

      日期： ___/___/___（月/日/年）

      承保人：

      索赔说明： _____

      承保人对索赔的回应： _____

      是否正进行诉讼： _____

      案件标题： _____

      所涉律师姓名和地址：

      _____
      _____
      _____
      _____

      所涉保险公司：

      _____
      _____
      _____
      _____

<u>声明</u>

本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为真实且准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑罚。

_____      _____      _2010 . 10 . 13_

签名                            正楷姓名                         日期

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

## **DECLARATION OF YUEN HIU SUM**

This is a declaration being made in accordance with and pursuant to

28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of

the United States of America that the following statements are true and correct:

1.      I am over eighteen (18) years of age, am competent to testify to

the matters contained herein, and have personal knowledge of these facts.

2.      I am a senior translator with the law firm of Hogan Lovells

International LLP, and work in the firm's office in Shanghai, China.

3.      I am fluent in the languages of Chinese and English.

4. Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5. Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Taishan Gypsum Co., Ltd.

6. I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

_____
Yuen Hiu Sum

# EXHIBIT "E"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | : | MDL No. 2047<br>Section L |
| | : | |
| | : | |
| | : | |
| | : | JUDGE FALLON |
| This Document Relates to | : | MAG. JUDGE WILKINSON |
| ALL CASES | : | |

### TAI'AN TAISHAN PLASTERBOARD CO. LTD. MANUFACTURER PROFILE FORM

All Defendant Drywall Manufacturers must complete and submit this Defendant Manufacturers' Profile Form. Each Defendant Drywall Manufacturer must complete and sign a Defendant Manufacturers' Profile Form for all shipments or deliveries of Chinese Drywall into, or for importation into, the US from 2001 through 2009. Each Defendant Drywall Manufacturer must complete and sign a separate Exhibit A for any individual named Plaintiff with an action pending in Federal Court. If additional knowledge becomes known after completion, this Defendant Manufacturers' Profile Form must be supplemented. If additional space is needed to answer any questions or complete your responses, additional pages may be attached. In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Defendant Manufacturers' Profile Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. Please print legibly or type your responses in English.

### I. CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM

    A.    Manufacturer Name: **Tai'an Taishan Plasterboard Co. Ltd. ("TTP")**[1]

    B.    Address: **Houzhou Villiage, Dawenkou, Daiyue District, Taian, Shandong Province, P.R. China**

    C.    Phone number: **(0086) (538) 8811966**

    D.    Email address:

    E.    Web site:

    F.    President or CEO: **None. Song Qinghai was the Plant Manager for TTP.**

    G.    Headquarters if Foreign: **Taian, China**

    H.    Address of USA Headquarters: **None**

    I.    Name of supervisor at USA Headquarters: **None**

    J.    Principal Place of Business in USA: **None**

---

[1] **TTP is responding to Defendant Manufacturers' Profile Form without waiving any of its rights to object, in these or in any other proceedings, to: (i) The relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.**

K. List of all offices or locations in USA where entity has done business at any time in 2001 through 2009.

**TTP has never had an office in the US or otherwise operated out of any location in the US.**

L. Name of Manager at each office or location identified in I(J) above **Not applicable**

(If you have identified more than one entity in I(A) above separately answer I(B)-1(L) for each entity.)

## II. COUNSEL INFORMATION OF DEFENDANT MANUFACTURER

| | | | |
|---|---|---|---|
| A. | Name: | **Joe Cyr**<br>**Frank Spano**<br>**Eric Statman**<br>**Matthew Galvin** | **Richard C. Stanley**<br>**Thomas P. Owen, Jr.** |
| B. | Address: | **HOGAN LOVELLS US LLP**<br>**875 3rd Avenue**<br>**New York, New York 10022** | **STANLEY, REUTER, ROSS,**<br>**THORNTON & ALFORD, LLC**<br>**909 Poydras Street, Suite 2500**<br>**New Orleans, Louisiana 70112** |
| C. | Phone Number: | **(212) 918-3000** | **504-523-1580** |
| D. | Fax Number: | **(212) 918-3100** | **504-524-0069** |
| E. | E-Mail: | **joe.cyr@hoganlovells.com**<br>**frank.spano@hoganlovells.com**<br>**eric.statman@hoganlovells.com**<br>**matthew.galvin@hoganlovells.com** | **rcs@stanleyreuter.com**<br>**tpo@stanleyreuter.em** |

## III. CHINESE DRYWALL PRODUCT IDENTIFICATION AND CHAIN OF DISTRIBUTION

1. Product Identification:

   Name of Manufacturer(s)' drywall product:

   **TTP manufactured drywall to US dimensions on a made-to-order OEM basis and sold the drywall exclusively in China. Each such sale is identified on the Chart attached hereto as Exhibit A.**

   Identify any markings on the drywall product (e.g. lot number, batch number, serial number, color markings, UPC codes, etc.):

   **TTP printed markings on the drywall in accordance with the purchasers' instructions. All such markings are set forth on Exhibit A.**

   List all trademarks applicable to the product:

   **TTP is unaware whether any other parties applied their own trademarks to drywall manufactured by TTP.**

   Is the drywall that is the subject of this litigation known or referred to, either by the public or only internally within your company, by any other names, brand names, titles, or designations? Provide a detailed list of all names, brand names, titles, and designations by which this drywall is known:

   **As set forth above, certain purchasers requested that the drywall bear particular markings. Those markings are described to the best of TTP's knowledge on Exhibit A on the column labeled "Product Markings." Additionally, certain purchasers requested that the tape attached to the edges of the drywall bear certain markings. Those markings are described to**

the best of TTP's knowledge on Exhibit A on the column labeled "Edge Sealing Tape Markings."

Is the drywall that is the subject of this litigation manufactured in any other types or versions? Please describe such other types and how they may be identified:

**With regards to drywall that was exported to the US, TTP manufactured only standard drywall to US dimensions.**

Is the drywall that is the subject of this litigation sold by any other party under its own name? If so, provide a list of all parties selling your drywall under their names, and the brand names under which the drywall is sold:

**TTP has no knowledge of the brand names under which the purchasers of its drywall may have resold it.**

2. Shipment Information (identify the following for each shipment to, or for importation to, the United States):

| | |
|---|---|
| Exporter Name: | **TTP sold drywall to purchasers, which were primarily Chinese trading companies, exclusively in China. The purchasers took title to the drywall in China and the drywall was then shipped to the United States. However, when TTP made sales to US-based distributors in China, TTP referred to itself as the "exporter" for purposes of preparing tax invoices under Chinese tax law. In these instances, TTP is listed in the "Exporter" column on Exhibit A.** |
| Address of Exporter: | **Where known, the address of the purchaser of TTP's drywall in China, which may have arranged for the shipment of the drywall to the United States, is provided on Exhibit A.** |
| Date of Export: | **Approximate dates for each sale of drywall by TTP in China are set forth on Exhibit A.** |

Name of all ports through which shipment was in transit: **Unknown**

Name of final port where shipment was offloaded: **Where TTP has information about the stated destinations of certain shipments of drywall, such information is provided on Exhibit A.**

Date shipment was offloaded: **Unknown**

| | |
|---|---|
| Amount of Drywall exported: | **The quantity of drywall for each TTP sale of drywall in China is set forth at Exhibit A.** |
| Name of shipper: | **Unknown** |
| Address of shipper: | **Unknown** |
| Mode of Shipment: | **Unknown** |
| Name of vessel: | **Unknown** |

3. Importer Information (identify the following for each importer):

| | |
|---|---|
| Importer Name: | **Where known, the party that imported the drywall that TTP sold in China is identified in the "Importer" column on Exhibit A.** |

Address of Importer: **Where known, the addresses of the party that imported the drywall that TTP sold in China are provided on Exhibit A.**

Date of Import: **Unknown**

Amount of Drywall imported:

**The quantity of drywall TTP sold to each purchaser in China is set forth at Exhibit A.**

4. Distributor in USA:

To the extent you are aware of the distributor or drywall contractor/installer, for any shipments of your product to the USA, provide such information:

**TTP does not have knowledge regarding whether or to what extent the purchasers of its drywall in China identified on Exhibit A were involved in the distribution or installation of that drywall in the USA. Moreover, TTP does not have knowledge regarding other companies or individuals who may have distributed or installed that drywall in the USA.**

5. Are you aware of any brokers or intermediary agents involved in the supply chain who purchased or took possession of your product, either directly from you or from a successor in distribution? If so, identify such brokers or intermediary agents by name, address, and phone number, and provide any correspondence or other documentation in your possession concerning such brokers or agents.

**TTP does not have knowledge regarding whether any of the purchasers of its drywall in China identified on Exhibit A served as brokers or intermediary agents involved in the supply chain for the drywall. Moreover, TTP does not have knowledge of other companies or individuals who may served as brokers or intermediary agents with respect to the drywall.**

6. If any of your Chinese drywall was stored at any time by or for you at any location, identify the following:

Name of entity providing storage: **Generally, TTP stored drywall for a limited time at its facility prior to delivery to the purchaser in China. TTP has no knowledge concerning any further storage of drywall after TTP delivered it to the purchaser in China.**

Address of entity providing storage:

Dates product was stored:

____/____/____ (Month / Day / Year) to ____/____/____ (Month / Day / Year)

Quantity of product stored:

Price paid for storage:

Name of contact person at storage facility:

Phone number:

Email address:

List any complaints made or received regarding storage of the product:

7. Describe all agreements existing between the manufacturer and: exporters; importers; shippers; and distributors, relating to each shipment of Chinese drywall to, or for importation to, the United States.

If in litigation:

Caption of Case:

Name and address of attorneys involved:

Insurance carriers involved:

### CERTIFICATION

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

Signature 朱状满3      Print Name 朱庆海      Date 2010.10.14

美国地区法院

路易斯安那州东部区

| | | |
|---|---|---|
| 关于：中国制造的石膏板产品责任诉讼 | ： | 跨地区诉讼第 2047 号 |
| | ： | L 部分 |
| | ： | |
| 本文件相关案件 | ： | FALLON 法官 |
| 所有案件 | ： | WILKINSON 司法官 |

**泰安市泰山纸面石膏板有限公司制造商资料表**

所有被告石膏板制造商均必须填写并提交本被告制造商资料表。每名被告石膏板制造商均必须填写并签署一份被告制造商资料表，列明从 2001 年至 2009 年所有运往或交付至美国境内或供进口美国的中国石膏板。每名被告石膏板制造商均必须对于联邦法院待决诉讼中的任何位原告之列的个人填写并签署一份独立的附件 A。如在完成本被告制造商资料表后得知其它信息，则必须加以补充。如回答任何问题或填写答复的空间不够，可另加附页。此外，如在回复任何问题时需要提供任何附件或文件，请指明本被告制造商资料表中与该具体附件或文件相关的具体问题。

本资料表中的问题均为非争议性问题，并应被回答而无异议。填写本资料表，并不表示您放弃律师工作成果和／或律师 — 委托人守密特权。同样，通过披露顾问的身份，此等顾问可以保持为非作证专家，且受到法律提供的所有保护。请以英文清楚书写或键入您的答复。

I. **填写本资料表的被告制造商的联系信息**

    A.    制造商名称：泰安市泰山纸面石膏板有限公司（"TTP"）[1]

    B.    地址：中华人民共和国山东省泰安市岱岳区大汶口后周村

    C.    电话号码：(0086) (538) 8811966

    D.    电邮地址：

    E.    网址：

    F.    总裁或首席执行官：无。宋庆海为 TTP 的工厂经理。

    G.    总部（如位于国外）：中国泰安

    H.    美国总部地址：无

    I.    美国总部主管姓名：无

    J.    美国主要营业地点：无

---

[1] TTP 填写被告制造商资料表，但不放弃其于此等法律程序或任何其它法律程序中就以下事项提出异议的任何权利：**(i)** 本表格或其附件所披露任何信息的相关性或可受理性；**(ii)** 法律程序文件送达的有效性或有关法律程序文件的送达；**(iii)** 本法院或任何其它法院对其的司法管辖权；和／或 **(iv)** 以任何理由对于可能向其递送的任何证据披露要求提出异议，理由包括但不限于，该等证据披露违反了《关于从国外调取民事或商事证据的海牙公约》。

K. 于 2001 年至 2009 年期间内的任何时间，该实体在美国经营所在的所有办事处或地点列表。

**TTP 从未在美国设立过办事处或以其它方式于美国任何地点经营。**

L. 上文第 I(J) 项中指明的每个办事处或地点的经理姓名不适用

（如果您在上文第 I(A) 项中列明多于一个实体，请就每个实体分别回答第 I(B)-1(L) 项。）

**II.** <u>被告制造商的律师信息</u>

| | | | |
|---|---|---|---|
| A. | 姓名： | Joe Cyr<br>Frank Spano<br>Eric Statman<br>Matthew Galvin | Richard C. Stanley<br>Thomas P. Owen, Jr. |
| B. | 地址： | **HOGAN LOVELLS US LLP**<br>875 3rd Avenue<br>New York, New York 10022 | **STANLEY, REUTER, ROSS,<br>THORNTON & ALFORD, LLC**<br>909 Poydras Street, Suite 2500<br>New Orleans, Louisiana 70112 |
| C. | 电话号码： | (212) 918-3000 | 504-523-1580 |
| D. | 传真号码： | (212) 918-3100 | 504-524-0069 |
| E. | 电邮： | joe.cyr@hoganlovells.com<br>frank.spano@hoganlovells.com<br>eric.statman@hoganlovells.com<br>matthew.galvin@hoganlovells.com | rcs@stanleyreuter.com<br>tpo@stanleyreuter.em |

**III.** <u>中国石膏板产品识别和经销链</u>

1. 产品识别：

制造商石膏板产品的名称：

**TTP 曾按美国尺寸以 OEM 代工定制方式制造石膏板，并仅在中国出售石膏板。每笔有关销售均已在本文随附表格附件 A 中说明。**

说明石膏板产品上的任何标识（例如，批号、批量号、序列号、颜色标识、UPC 代码等）：

**TTP 根据采购商的指示在石膏板上打印标识。全部该等标识均列于附件 A。**

列出适用于该产品的所有商标：

**TTP 并不知晓其他方是否有将其商标使用于 TTP 生产的石膏板上。**

本诉讼中所涉石膏板是否有任何其它名称、品牌名称、称呼或称号为公众所知或所用，或仅在贵公司内部使用？请提供用以指涉案石膏板的所有名称、品牌名称、称呼或称号的详细列表：

如上所述，某些采购商要求在石膏板上设置指定标识。我们已根据我们所知，在附件 A 注明"产品标识"的一栏中说明该等标识。此外，某些采购商还要求在石膏板边缘处粘贴的封

边带上设置某些标识。我们已根据我们所知，在附件 A 注明"封边带标识"的一栏中说明该等标识。

本诉讼所涉石膏板是否具有任何其它类型或版本？请说明这些其它类型以及识别该等类型的的方式：

**对出口至美国的石膏板，TTP 仅按照美国尺寸生产标准石膏板。**

是否有任何其他方以其自身名义出售本诉讼所涉石膏板？如有，请提供以其自身名义出售贵方石膏板的各方列表，以及出售该等石膏板的品牌名称列表：

**TTP 不知道其石膏板采购商可能以哪些品牌名称转售这些石膏板。**

2.    货运信息（请说明向美国装运或进口美国的每批货物的以下信息）：

| | |
|---|---|
| 出口商名称： | **TTP 仅在中国向采购商（以中国国内贸易公司为主）出售石膏板。该采购商在中国获得石膏板的所有权，然后将石膏板运至美国。但为根据中国税法报税，当 TTP 于中国向位于美国的经销商出售石膏板时，会将其自身称为"出口商"。在此情况下，TTP 会被列于附件 A 的"出口商"一栏中。** |
| 出口商地址： | **在中国采购 TTP 石膏板并可能将石膏板运至美国的采购商的地址列于附件 A 中（如知晓）。** |
| 出口日期： | **TTP 于中国出售每批石膏板的大概日期载于附件 A 中。** |

货物运输经过的所有港口名称：**不详**

货物卸载的最终目的港名称：**特定批次石膏板货运的宣称目的港信息载于附件 A 中（如 TTP 掌握此等信息）。**

货物卸载日期：**不详**

| | |
|---|---|
| 出口的石膏板数量： | **TTP 在中国销售的每批石膏板数量均载于附件 A 中。** |
| 运货人名称／姓名： | 不详 |
| 运货人地址： | 不详 |
| 运输方式： | 不详 |
| 轮船名称： | 不详 |

3.    进口商信息（提供每名进口商的以下信息）：

| | |
|---|---|
| 进口商名称： | **进口 TTP 在中国出售的石膏板的进口商情况载于附件 A 的"进口商"一栏（如知晓）。** |
| 进口商地址： | **进口 TTP 在中国出售的石膏板的进口商地址载于附件 A 中（如知晓）。** |

进口日期：**不详**

进口的石膏板数量：

**TTP 在中国向每名采购商出售的石膏板数量载于附件 A 中。**

4.    美国经销商：

如您知晓有任何经销商或石膏板承包商／安装商将您的产品运往美国，请提供有关信息：

**TTP 并不知道附件 A 所列在中国购买其石膏板的采购商是否在美国参与这些石膏板的经销或安装或其参与程度。此外，TTP 也不知道可能在美国经销或安装这些石膏板的其它公司或个人的情况。**

5.     您是否知晓在整个供应链中是否有任何经纪人或中介代理商直接从您处或从后续经销商购买或拥有您的产品？如有，请说明该等经纪人或中介代理商的名称／姓名、地址和电话号码，并提供您掌握的有关该等经纪人或代理商的任何往来信函或其它文件。

    **TTP 并不知道附件 A 所列在中国购买其石膏板的任何采购商是否曾作为经纪人或中介代理商参与该等石膏板的供应链。此外，TTP 也不知道可能担任该等石膏板经纪人或中介代理商的其它公司或个人的情况。**

6.     请说明由您或代表您在任何时间将任何您的中国石膏板存放于任何地点的情况：

    提供存储的实体名称：         **一般而言，在中国向采购商交货前，TTP 会将石膏板在其工厂内存储一段有限的时间。在 TTP 在中国将石膏板交付于采购商后，TTP 并不知道石膏板的任何进一步存储情况。**

    提供存储的实体地址：

    产品存储日期：

    ＿＿／＿＿／＿＿（月／日／年）至＿＿／＿＿／＿＿＿（月／日／年）

    存储的产品数量：

    为存储所付价格：

    存储仓库的联络人姓名：

    电话号码：

    电邮地址：

    请列出就产品存储提出或收到的任何投诉：

7.     请说明制造商就每批运往或进口到美国的中国石膏板与出口商、进口商、运货人及经销商签订的所有协议。

    **TTP 根据与石膏板采购商的书面协议或非正式信函往来，以 OEM 代工定制方式制造石膏板。**

8.     请就 2001 年至 2009 年运往或进口到美国的中国石膏板的所有货物或交付，说明您是否提供了以下任何事项：

    a.   明示担保；       **TTP 与在中国购买其石膏板的采购商的书面协议或非正式信函往来一般会说明石膏板的数量、价格、尺寸和适用于具体订单的任何其它规格（如有）。**

    b.   产品规格；       **如附件 A 所示，某些采购商要求石膏板符合 ASTM C1396 04**

规定。

c. 产品信息和／或存储或使用说明

在正常业务过程中，TTP 制造的石膏板的包装会载有以下警告信息：

(1) 抬起／请勿倒置

(2) 易碎

(3) 避免雨淋／潮湿

**IV. 保险**

A. 请列明与索赔有关的所有保单，包括所有一般商业综合责任险、产品责任险、建造险、董事及高级管理人员责任险和超额保险保单。

1. 请就每份保单提供以下信息：

承保人：**TTP 没有就相关批次的货物购买任何保险。**

保单生效日期：

___／___／___（月／日／年）至 ___／___／___（月／日／年）

保单编号：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保单类型：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保险代理：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

保单承保范围限制：＿＿＿＿＿＿＿＿＿＿＿

请提供保险的声明页、例外情况和保单副本。

B. 请说明您就生产或运输上文第 V 节所述产品对任何保单提起的全部索赔。

1. 请就每项索赔提供以下信息：

日期：___／___／___（月／日／年）

承保人：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

索赔说明：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

承保人对索赔的回应：＿＿＿＿＿＿＿＿＿

是否正进行诉讼：＿＿＿＿＿＿＿＿＿＿＿

案件标题：＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

所涉律师姓名和地址：＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

所涉保险公司：

_____

_____

_____

_____

声明

　　本人根据《美国法典》第 28 编第 1746 节声明，就本人所知，提供于本被告制造商资料表的全部信息均为其真实准确，并且本人已提供本声明中所要求的所有由本人拥有、照管或控制的文件，否则愿受美利坚合众国法律项下的伪证罪刑判。

签名 _____

正楷姓名 _____

日期 2010.10.14

Hogan Lovells

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL No. 2047 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE <br> JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

### DECLARATION OF YUEN HIU SUM

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Yuen Hiu Sum, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the law firm of Hogan Lovells International LLP, and work in the firm's office in Shanghai, China.

3. I am fluent in the languages of Chinese and English.

4.      Based upon my ability to speak, read, and write Chinese and English fluently, I have been responsible for translating various communications and documents relating to the above-captioned lawsuit.

5.      Among the documents I have translated is the Defendant Manufacturers' Profile Form prepared on behalf of Tai'An Taishan Plasterboard Co., Ltd.

6.      I hereby certify that I translated the Defendant Manufacturers' Profile Form between the English and Chinese languages. I further certify that the English version of the Defendant Manufacturers' Profile Form is a true and accurate translation of the Chinese version of the Defendant Manufacturers' Profile Form. I also certify that the English version of the Defendant Manufacturers' Profile Form and the Chinese version of the Defendant Manufacturers' Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 13, 2010.

_____
Yuen Hiu Sum

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 1 | 2006-3-13 | Shandong Oriental International Trading Corp. | Unknown | 82,000 | ¥ 2,052,005 | Made in China Cr | White edge sealing tape (without words printed thereon) | |
| 2 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 109,300 | ¥ 2,736,007 | | | |
| 3 | 2006-3-13 | Shandong Oriental International Trading Corp., Ltd. | Unknown | 4,500 | ¥ 112,999 | | | |
| 4 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥ 87,518 | | | |
| 5 | 2006-3-21 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3000 | ¥ 75,015 | | | |
| 6 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 95,740 | ¥ 2,516,384 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | Shanghai Yuyuan Market Import & Export Co. Ltd. last known address is:  19 Wen Chuan Rd. Shanghai, China. |
| 7 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,190 | ¥ 110,118 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 8 | 2006-4-22 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 41,625 | ¥ 1,094,080 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 2 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 9 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,360 | ¥87,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 10 | 2006-4-23 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 10,080 | ¥173,981 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 11 | 2006-4-26 | Qingdao Aoni Decoration Board and Materials Co., Ltd. | Unknown | 460 | ¥ 11,502 | | White edge sealing tape (without words printed thereon) | |
| 12 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 1,300 | ¥34,190 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 13 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 335,500 | ¥8,819,442 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |
| 14 | 2006-4-28 | Shanghai Yuyuan Market Import & Export Co., Ltd. | Unknown | 4,080 | ¥107,225 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | White edge sealing tape (without words printed thereon) | The last known address of Shanghai Yuyuan Market Import & Export Co. Ltd. is listed at row 6 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 3 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 15 | 2006-4-28 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 44,125 | ¥ 1,062,810 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is:<br><br>Jin Yu Mansion Room 2013  No.129 Xuan Wu Men W. Road, Beijing, China. |
| 16 | 2006-5-9 | Taian Taigao Trading Co., Ltd. | Unknown | 19,920 | ¥ 466,344 | | | Taian Taigao Trading Co.,Ltd.'s last known address is:<br><br>No.157 Dongyue Road, Taian, China. |
| 17 | 2006-5-12 | Nantong Economic and Technological Development Zone Corporation | Unknown | 3,840 | ¥ 116,796 | | | |
| 18 | 2006-5-14 | Taian Taigao Trading Co., Ltd. | Unknown | 14,250 | ¥ 333,923 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 19 | 2006-5-15 | Taian Taigao Trading Co., Ltd. | Unknown | 76,085 | ¥ 1,781,150 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 20 | 2006-5-24 | Taian Taigao Trading Co., Ltd. | Unknown | 16,550 | ¥ 2,309,688 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 4 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|----------------|-----------------|
| 21 | 2006-5-26 | Taian Taigao Trading Co., Ltd. | Unknown | 67,825 | ¥ 387,345 | | | Taian Taigao Trading Co.,Ltd.'s last known address is listed at row 16 above. |
| 22 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 32,850 | ¥ 880,037 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | Beijing Building Materials Import & Export Co., Ltd.'s last known address is: Jin Yu Mansion Room 2013  No.129 Xuan Wu Men W. Road, Beijing, China. |
| 23 | 2006-5-15 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,110 | ¥ 110,165 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 24 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 25 | 2006-5-15 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 7,380 | ¥ 95,645 | | | |
| 26 | 2006-5-18 | Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | Unknown | 4,600 | ¥ 111,461 | | | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 5 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 27 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 3,500 | ¥ 87,518 | | | |
| 28 | 2006-5-19 | Lianyungang Yuntai International Trade Co., Ltd. | Unknown | 2,925 | ¥ 73,015 | | | |
| 29 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥ 89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 30 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,780 | ¥ 89,926 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 31 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,525 | ¥ 60,732 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 32 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 6 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 33 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 34 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 35 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 36 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 37 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 7 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 38 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 39 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 40 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 41 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,675 | ¥ 111,337 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 42 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 8 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 43 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 44 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 45 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 46 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 47 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ￥102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 9 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|----------------|------------------|
| 48 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 49 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words [printed thereon]) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 50 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,125 | ¥ 102,350 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 51 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥ 15,859 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 52 | 2006-5-22 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,700 | ¥40,681 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 10 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 53 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 54 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 55 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,175 | ¥111,982 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 56 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 57 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 11 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 58 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | White edge sealing tape (without words printed thereon) | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 59 | 2006-5-24 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,300 | ¥114,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 60 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,000 | ¥80,370 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 61 | 2006-5-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,950 | ¥78,763 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 62 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 6,000 | ¥77,760 | | White edge sealing tape (without words printed thereon) | |
| 63 | 2006-5-28 | Qingdao Kanghong Import and Export Co., Ltd. | Unknown | 1,380 | ¥17,885 | | White edge sealing tape (without words printed thereon) | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 12 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|-----------|-------|
| 64 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 3,025 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 65 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 330 | ¥81,564 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 66 | 2006-5-29 | Orient International Holding Shanghai Foreign Trade Co., Ltd. | Unknown | 6,725 | ¥97,877 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 67 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,625 | ¥89,704 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 68 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,850 | ¥63,439 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 69 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 13 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 70 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 71 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 72 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 73 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 74 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 14 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 75 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 76 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 77 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 78 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 79 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 15 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 80 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 81 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 82 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 83 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 84 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 85 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 86 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 87 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 88 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above |
| 89 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 17 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 90 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 91 | 2006-6-2 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,200 | ¥104,076 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 92 | 2006-6-10 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,775 | ¥89,926 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 93 | 2006-6-11 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2,025 | ¥34,934 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 94 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 18 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 95 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 96 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 97 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 98 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 99 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,505 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 19 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 100 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,500 | ¥116,453 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 101 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 102 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,214 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 103 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 104 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 20 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|------------|------|
| 105 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 106 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4,000 | ¥99,120 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 107 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3,800 | ¥94,164 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 108 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 2200 | ¥56,906 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 109 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 21 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 110 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 111 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 112 | 2006-6-13 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 4000 | ¥103,560 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 113 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 114 | 2006-6-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 115 | 2006-6-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 22 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|--------------------|-------|
| 116 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 117 | 2006-6-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 118 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 3300 | ¥81,774 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 119 | 2006-6-25 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 8,765 | ¥226,848 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 120 | 2006-6-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,800 | ¥66,278 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 121 | 2006-6-26 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 960 | ¥16,570 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 23 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|----------------------------|------------------|
| 122 | 2006-6-26 | Jiangsu Sainty International Economic & Technical Cooperation Co., Ltd. | Unknown | 550 | ¥14,176 | | | |
| 123 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 124 | 2006-6-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 125 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 1,350 | ¥34,900 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 126 | 2006-6-27 | Beijing Building Materials Import & Export Co., Ltd. | Unknown | 675 | ¥16,702 | DRYWALL 4feetX12feetX1/2inch | Blue and white edge sealing tape: IMTGYPSUM | The last known address of Beijing Building Materials Import & Export Co., Ltd. is listed at row 22 above. |
| 127 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,320 | ¥34,188 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 24 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 128 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 129 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥85,470 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 130 | 2006-6-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1980 | ¥51,282 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 131 | 2006-6-29 | Zibo International Economic and Technical Cooperation Corporation | Unknown | 985 | ¥25,484 | | White edge sealing tape (without words [printed thereon]) | |
| 132 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 133 | 2006-7-8 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 134 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 25 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 135 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 136 | 2006-7-9 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 137 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 138 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 139 | 2006-7-10 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 140 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 141 | 2006-7-13 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥86,380 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 142 | 2006-7-14 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 26 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 143 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 144 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 145 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 146 | 2006-7-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 147 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 148 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 149 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 150 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 27 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 151 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 152 | 2006-7-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 153 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 154 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 155 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 156 | 2006-7-24 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 157 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 158 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 28 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 159 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 160 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 161 | 2006-7-25 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 162 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 163 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 164 | 2006-7-26 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 165 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 166 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 29 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|------------------|------------------|
| 167 | 2006-7-27 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,650 | ¥67,916 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 168 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 169 | 2006-7-28 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 170 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,980 | ¥50,937 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 171 | 2006-7-29 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 172 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 173 | 2006-7-30 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 174 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 30 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 175 | 2006-7-31 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 176 | 2006-8-1 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 177 | 2006-8-2 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.<br><br>Wood Nation's last known address was:<br><br>10740 Plantation Bay Drive Tampa, FL 33647. |
| 178 | 2006-8-2 | TTP | Triax Trading | 5,760 | $24,422.40 | | | |
| 179 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 180 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 181 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 31 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 182 | 2006-8-3 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 183 | 2006-8-8 | TTP | Wood Nation | 13,200 | $55,440.00 | TAIAN TAISHAN PLASTERBOARD CO., GYPSUM DRYWALL PER ASTM C 1396 04 CONTACT: 813-994-6499 | Edge sealing tape: TTPC | The purchaser reportedly shipped the drywall to Tampa, USA.[1]  Wood Nation's last known address is listed above at row 177. |
| 184 | 2006-8-15 | Shanghai Kaidun Development Co., Ltd. | Unknown | 950 | ¥16,402 | Mega Gypsum | White edge sealing tape (without words printed thereon) | |
| 185 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 186 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 187 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 188 | 2006-8-15 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,300 | ¥84,895 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

[1] All references to destinations is based upon a review of documents in TTP's possession.  TTP has no first hand knowledge of the products' destination in fact.

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 32 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|----------------------------|------------------|
| 189 | 2006-8-16 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 4,400 | ¥169,790 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 190 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 1,940 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 191 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 192 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 193 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 194 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 600 | ¥16,097 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 195 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 2,900 | ¥49,417 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 196 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 725 | ¥12,354 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 33 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 197 | 2006-8-17 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 150 | ¥4,024 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 198 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 199 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 200 | 2006-8-18 | Hangzhou Great Import and Export Co., Ltd. | Unknown | 500 | ¥12,950 | | White edge sealing tape (without words [printed thereon]) | |
| 201 | 2006-8-18 | Shanghai Yujin Industry Co., Ltd. | Unknown | 630 | ¥16,596 | | White edge sealing tape (without words [printed thereon]) | |
| 202 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 203 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | "Taishan" edge sealing tape; laser code: MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 204 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 205 | 2006-8-21 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 34 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|-----------|--------|------------------|------------------|------------------|
| 206 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 207 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 208 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 209 | 2006-8-22 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 210 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 211 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 212 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 3,640 | ¥61,771 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |
| 213 | 2006-8-23 | SIIC Shanghai International Trade Group Pudong Co., Ltd. | Unknown | 760 | ¥20,122 | MADE IN CHINA MEET OR EXCEED ASTM C1396 04 STANDARD | "Taishan" edge sealing tape | |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 35 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|-----|--------|------------------|-------------|-------|
| 214 | 2006-9-8 | Shandong Yuanhua International Trading Co., Ltd. | Unknown | 2,600 | ¥71,630 | Made in China, ceiling | Edge sealing tape: CRESCENT CITY | |
| 215 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York. Shenzhen Yongfeng Investment. Co., Ltd's last known address was: 1900-12 International Chamber of Commerce Center Shenzhen, China. |
| 216 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,730 | $8,105.60 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York. Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 36 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|------|--------|------------------|----------------------------|------------------|
| 217 | 2006-9-15 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,640 | $10,847.20 | Marathon Construction | Edge sealing tape/laser code: Marathon Construction | The purchaser reportedly shipped the drywall to New York. Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed in row 215 above |
| 218 | 2006-9-15 | TTP | GD Distributors LLC | 880 | $11,601.22 | | | The purchaser reportedly shipped the drywall to New Orleans. |
| 219 | 2006-10-5 | TTP | TOV Trading | 2,000 | $5,200.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York. The last known address for TOV Trading is: 5014 20th Avenue Brooklyn, NY 11204 |
| 220 | 2006-10-5 | TTP | TOV Trading | 14,000 | $37,100.00 | | Edge sealing tape: OEG | The purchaser reportedly shipped the drywall to New York is listed at row 219 above. |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 37 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|--------------|----------|----------|-------------------------------------|--------|------------------|----------------------------|------------------|
| 221 | 2006-10-5 | TTP | TOV Trading | 3,400 | $13,850.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 222 | 2006-10-5 | TTP | TOV Trading | 9,000 | $23,400.00 | | Edge sealing tape: OEG | The last known address for TOV Trading is listed at row 219 above. |
| 223 | 2006-11-16 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 9,100 | $25,025.00 | | Edge sealing tape/laser code: Marathon Construction. | The purchaser reportedly shipped the drywall to the USA. |
| 224 | 2006-11-24 | Xuzhou Hanbang Global Trade Co., Ltd. | Unknown | 960 | ¥16,213 | | White edge sealing tape (without words [printed thereon]) | |
| 225 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 810 | ¥13,413 | | White edge sealing tape (without words [printed thereon]) | |
| 226 | 2006-11-27 | China Xuzhou International Economic & Technological Cooperation Co., Ltd. | Unknown | 150 | ¥2,484 | | White edge sealing tape (without words [printed thereon]) | |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 38 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|---|---|---|---|---|---|---|---|---|
| 227 | 2006-12-2 | TTP | Stone Pride International Corp. | 2,640 | $10,032.00 | | White edge sealing tape (without words [printed thereon]) | |
| 228 | 2006-12-26 | Jiangsu Easthigh Group Import & Export Co. , Ltd. | Unknown | 1,360 | ¥21,855 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to the USA. |
| 229 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 7,280 | $20,020.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York. |
| 230 | 2006-12-28 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 2,600 | $11,824.00 | | Edge sealing tape/laser code: Marathon Construction, | |
| 231 | 2007-1-12 | Qingdao Joy Industrial & Development Co., Ltd. | Unknown | 1,900 | ¥31,266 | | White edge sealing tape (without words [printed thereon]), no laser code | |
| 232 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 1,800 | $5,005.00 | | Edge sealing tape/laser code: Marathon Construction, | The purchaser reportedly shipped the drywall to New York.<br><br>Shenzhen Yongfeng Investment. Co., Ltd's last known address is listed at row 215 above |
| 233 | 2007-2-9 | TTP | Shenzhen Yongfeng Investment Co., Ltd. | 3,900 | $17,737.20 | | Edge sealing tape/laser code: Marathon Construction, | Shenzhen Yongfeng Investment. Co., Ltd's last known address was listed at row 215 above |

EXHIBIT A to the Defendant Manufacturers' Profile Form

- 39 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|------|----------|----------|----------|--------|------------------|----------------------------|------------------|
| 234 | 2007-4-30 | TTP | Oriental Trading Company LLC | 2,000 | 7738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 235 | 2007-4-30 | TTP | B America Corporation | 660 | $5,656.20 | | White edge sealing tape (without words [printed thereon]) | The purchaser reportedly shipped the drywall to Miami. |
| 236 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 237 | 2007-5-28 | TTP | Oriental Trading Company LLC | 5,880 | $15,288.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 238 | 2007-5-28 | TTP | Oriental Trading Company LLC | 1,960 | $5,096.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 239 | 2007-5-28 | TTP | Oriental Trading Company LLC | 4,900 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 240 | 2007-6-12 | TTP | Oriental Trading Company LLC | 2,940 | $12,740.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |
| 241 | 2007-6-26 | TTP | Oriental Trading Company LLC | 2,000 | $7,738.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami. |

**EXHIBIT A to the Defendant Manufacturers' Profile Form**

- 40 -

| No. | Date (Y/M/D) | Exporter | Importer | Quantity (approx. number of sheets) | Amount | Product Markings | Edge Sealing Tape Markings | Additional Notes |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 242 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6,700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |
| 243 | 2007-7-3 | TTP | Oriental Trading Company LLC | 6700 | $25,795.00 | | Edge sealing tape: DUN Drywall | The purchaser reportedly shipped the drywall to Miami, USA. |

# EXHIBIT "F"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| | : |
| This Document Relates to | : JUDGE FALLON |
| ALL CASES | : MAG. JUDGE WILKINSON |

---

### DEFENDANT AFFILIATE/SUBSIDIARY/PARENT MANUFACTURERS' PROFILE FORM

CNBM/BNBM/TG must complete and submit this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form[1].  CNBM/BNBM/TG must complete and sign a Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form for all activity in the US from 2001 through present.  If additional knowledge becomes known after completion, this Form must be supplemented.  If additional space is needed to answer any questions or complete your responses, additional pages may be attached.  In addition, if any attachments or documents are provided in response to any question, please identify the specific question within this Form that relates to the specific attachment or document.

The questions contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  Please print legibly or type your responses in English.

I.   **CONTACT INFORMATION OF DEFENDANT MANUFACTURER COMPLETING THIS PROFILE FORM**

A.   Name of Affiliate, Subsidiary or Parent of Drywall Manufacturer: Beijing New Building Materials Public Limited Company ("BNBMPLC")[2]

B.   Address: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

C.   Phone number: +86 400-898-5566

D.   Email address: bnbm@bnbm.com.cn

E.   Web site: www.bnbm.com.cn

F.   President or CEO: Yu CHEN (General Manager)

G.   Headquarters if Foreign: 15F, Building 2, Guohai Plaza, No. 17 Fuxing Road, Haidian District, Beijing, China

H.   Address of USA Headquarters: None

---

[1] Affiliate shall mean a financial relationship with a parent (or parent-like) entity, a vertical relationship with a subsidiary (or subsidiary-like) entity, and a horizontal relationship between entities that share a common parent (or parent-like) entity.
[2] BNBMPLC is submitting this Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form in these multidistrict proceedings without waiving any of its rights to object, in these or in any other proceedings, to: (i) the relevance or admissibility of any information disclosed on this form or its attachments; (ii) the sufficiency of process or the service of process upon it; (iii) the jurisdiction of this or any other court over it; and/or (iv) any discovery that may be served upon it on any grounds including, without limitation, that such discovery violates the Hague Convention to the Taking of Evidence Abroad in Civil or Commercial Matters.

I.  Name of supervisor at Foreign and/or USA Headquarters: <u>None</u>

J.  Principal Place of Business in USA: <u>None</u>

K.  List of all offices or locations in USA where entity has done business at any time in 2001 through present: <u>None</u>

L.  List of all officers, agents or representatives who have transacted or done business with individuals or companies in the USA at any time from 2001 through present: <u>Kai Cai (Assistant to the Manager of International Business Department from 2005-2007) (former employee); Kailong Lu (Assistant to the Manager of International Business Department from 2005-2006) (former employee) (See fn. 2)</u>

M.  Name of Manager at each office or location identified in H, I and/or J above: <u>None</u>

(If you have identified more than one entity in I(A) above separately answer I(B)-I(M) for each entity.)

II.  **COUNSEL INFORMATION OF DEFENDANT MANUFACTURER**

A.  Name: <u>Michael Barr; Michael Moore; Richard Fenton</u>

B.  Address: <u>Dentons US LLP, 1221 Avenue of the Americas New York, NY 10020-1089 USA</u>

C.  Phone Number: <u>+1 212 768 6700</u>

D.  Fax Number: <u>+1 212 768 6800</u>

E.  E-Mail: <u>Michael.barr@dentons.com;Michael.moore@dentons.com; Richard.fenton@dentons.com</u>

III.  **AFFILIATE AND SUBSIDIARY INFORMATION**

A.  Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction[3]: <u>See Table A</u>

B.  Address of each entity identified in A above: <u>See Table A</u>

C.  Identification of the type of business identified in A above: <u>See Table A</u>

D.  Phone number of each entity identified in A above: <u>See Table A</u>

E.  Initial state of incorporation and location where each entity transacts business identified in A above: <u>See Table A</u>

F.  Listing of all trademarks, patents and service marks for each entity identified in A above: <u>See Table A</u>

G.  The full name including any trade names or other names which the entity identified in A above transacts business: <u>See Table A</u>

H.  Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: <u>See Table A</u>

---

[3] Consistent with the Court's instructions at the March 26, 2015 conference, Table A lists all direct subsidiaries/affiliates responsive to this request to the best of BNBMPLC's current knowledge. BNBMPLC's response is not an admission that any listed subsidiary is an "affiliate," as used in the Court's July 17, 2014 Contempt Order [Doc. No. 17869] or any other pleading.

## IV.  __INSURANCE__

A.  A.Identify all policies of insurance, including all CGL, Product Liability, Builder's Risk, D&O and Excess insurance policies relating to claims.

1.  For each policy, identify the following:

Insurer:  __None_____

Dates policy in effect:

___/ ___/ _____ (Month / Day / Year) to ___/ ___/ _____ (Month / Day / Year)

Policy Number:  _____

Type of Policy:  _____

Insurance Agent  _____

Address of Insurance  _____

Agent in the United States  _____

Policy Coverage Limits  _____

Produce a copy of the Declaration page, exclusions and policy of insurance.

B.  Identify all claims you have made on any insurance policies regarding this matter.

1.  For each claim please provide the following:

Date:  ___/ ___/ _____ (Month / Day / Year)

Insurer: _____

Description of claim: _____

Insurer's response to claim: _____

If in litigation:

Caption of Case: _____

Name and address of attorneys involved: _____

_____

_____

Insurance carriers involved: _____

_____

**CERTIFICATION**

    I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Defendant Manufacturers' Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration, to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| _X̶S̶Ø̶F̶Ø̶_ | _CHEN YU_ | _03/04/2015_ |
| Signature | Print Name | Date |

| TABLE A | | |
|---|---|---|
| **SUBSIDIARY/AFFILIATE INFORMATION** | | |
| **III.**<br><br>**A. Name of every subsidiary or affiliate that transacts business in the United States or within its jurisdiction** | Taishan Gypsum Co., Ltd.<br><br>For relevant disclosure, please see the Profile Form of Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd.<br><br>For relevant disclosure, please see the Profile Form of Beijing New Building Material (Group) Co., Ltd |
| **B. Address of each entity identified in A above :** | | |
| **C. Identification of the type of business identified in A above:** | Drywall sales | Drywall export agency |
| **D. Phone number of each entity identified in A above:** | | |
| **E. Initial state of incorporation and location where each entity transacts business identified in A above:** | | |
| **F. Listing of all trademarks, patents and service marks for each entity identified in A above:** | Taishan | |

| G.  The full name including any trade names or other names which the entity identified in A above transacts business: | Taishan Gypsum Co., Ltd. | Beijing New Building Material (Group) Co., Ltd. |
|---|---|---|
| H.  Describe all agreements existing between the entity identified in A above and between any manufacturer, exporter, importer, shipper or distributor of Chinese drywall for the importation to the United States: | | See Table B |

| TABLE B |
| :-- |

| BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS EXPORT AGENT |
| :-- |

| November 2005 | Export of drywall to EAC & Son's Corp. |
| :-- | :-- |
| November 2005 | Export of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| November 2005 | Export of drywall to Wood Nation, Inc. |

| TABLE C | |
|---|---|
| BNBMPLC DRYWALL SALES FOR WHICH BNBM GROUP WAS NOT EXPORT AGENT | |
| February 2006 | Sale of drywall to Great Western Building Materials/Boan International Investment Co., Ltd. |
| March and April 2006 | Sale of drywall to Triorient Trading Co. |
| March 2006 | Sale of drywall to Davis Construction Supply Co. |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
: 
This Document Relates to : JUDGE FALLON
ALL CASES : MAG. JUDGE WILKINSON

PEOPLE'S REPUBLIC OF CHINA

CITY OF SHANGHAI

DECLARATION OF JIA LISHUANG

This is a declaration being made in accordance with and pursuant to 28 U.S.C. § 1746.

I, Jia Lishuang（贾立双）, declare under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

1. I am over eighteen (18) years of age, am competent to testify to the matters contained herein, and have personal knowledge of these facts.

2. I am a senior translator with the Shanghai Transbridge Co., Ltd., and work in the office in Shanghai, China. Shanghai Transbridge Co., Ltd is a professional translation service provider in China.

3. I am fluent in the languages of Chinese and English.

4. I hereby certify that I translated Beijing New Building Materials Public Limited Company's ("BNBMPLC") Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Form ("BNBMPLC 's Profile Form") between the English and Chinese languages. I further certify that the English version of the BNBMPLC 's Profile Form is a true and accurate translation of the Chinese version of the BNBMPLC 's Profile Form. I also certify that the English version of the BNBMPLC 's Profile Form and the Chinese version of the BNBMPLC 's Profile Form are accurate translations of one another.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April ___, 2015

贾立双

Jia lishuang

# EXHIBIT "G"

## **PLAINTIFFS' PROPOSED PLAN FOR RESOLUTION OF FLORIDA CLAIMS**

### *Determination of Product ID Categories Attributable to Taishan, TTP, and/or BNBM*

1.　　On or before _____, 2018 [within 15 days of the date of the Order Adopting the Plan for Resolution], Defendants shall admit or deny in writing whether the following product ID categories were manufactured by Taishan Gypsum, TTP, and/or BNBM: (A) BNBM/Dragon board; (B) C & K; (C) Chinese Manufacturer #2 (purple stamp); (D) Crescent City Gypsum; (E) DUN; (F) IMT Gypsum; (G) ProWall; (H) Taian Taishan or Taihe Tape; (I) Made in China Meet or Exceeds; (J) various Drywall dimensions, including 4feetx12feetx1/2inch and 4feet*12feet*1/2inch; (K) Venture Supply; (L) White Edge Tape, boards with no markings, or boards with no markings other than numbers; and any other product ID categories for which individual Plaintiffs' counsel submits proof. In the event Defendants deny a product ID category was manufactured by Taishan, TTP, and/or BNBM, Defendants shall set forth with specificity the basis for the denial and both describe and attach all documents and identify all witnesses whose testimony, in whole or in part, form the basis for Defendants' denial that the product ID category was manufactured by Taishan, TTP, and/or BNBM.

2.　　On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall provide evidence and reasons why each of the product ID categories denied by Defendants, if any, should be attributable to Taishan, TTP, and/or BNBM. In the event Plaintiffs seek additional limited discovery from Defendants regarding specific product ID categories, Plaintiffs shall file an application for same with the Special Master.

3.　　On or before _____, 2018 [within 60 days of the date of the Order Adopting the Plan for Resolution], the Special Master shall review the written submissions of the parties with respect to product ID categories and determine whether an oral presentation is advisable or warranted. Thereafter, no later than _____, 2018 [within 30 days following the written submissions or oral presentation, whichever is later], the Special Master shall issue a Report and Recommendation to the Court as to whether the product ID categories denied by Defendants, if any, were manufactured by Taishan, TTP, and/or BNBM, and whether those product ID categories should be attributed to Defendants.

4.      Following the issuance of a Report and Recommendation by the Special Master as to whether the product ID categories denied by Defendants, if any, were manufactured by Taishan, TTP, and/or BNBM, the Court shall accept, reject, or modify the Special Master's Report and Recommendations as to which of the product ID categories denied by Defendants are attributable to Taishan, TTP, and/or BNBM.

### *Limited Discovery Regarding Square Footage/Product ID/Ownership Verification*

5.      On or before _____, 2018 [within 15 days of the date of the Order Adopting the Plan for Resolution], Defendants shall serve Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, with discovery they seek from any individual Florida Plaintiffs limited to only (a) whether the Plaintiff owns or owned the affected property and whether an assignment of Plaintiff's claim for remediation damages was made; (b) whether the under air square footage of the property in question is accurate; and (c) whether there is evidence of product ID in the property in question. In the event Defendants seek depositions from any of the Florida Plaintiffs, Defendants are required to show good cause why such depositions are necessary.

6.      On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall respond in writing to any and all ownership/square footage/product ID verification discovery requested by Defendants pursuant to Paragraph 5.

7.      In the event the parties disagree as to the necessity for the ownership/square footage/product ID verification discovery requested by Defendants, the Special Master shall hear those disagreements and issue a Report and Recommendation.

8.      All ownership/square footage/product ID verification discovery of Florida Plaintiffs shall be completed no later than _____, 2018 [within 90 days of the date of the Order Adopting the Plan for Resolution].

### *Judgment on Remediation Damages for Florida Plaintiffs*

9.      On or before _____, 2018 [within 15 days of the date of the Order], Plaintiffs shall submit updated calculations of Florida Plaintiffs' remediation damages, performed by Plaintiffs' experts Mr. Ronald E. Wright, P.E. and Mr. George J. Inglis, P.E. of Berman & Wright Architecture, Engineering & Planning, LLC., using the formula

approved in the MDL, *i.e.*, multiplying the under air square footage of each affected Florida property by the national square foot unit price for remediation in 2018 (with certified industrial hygienist (CIH) costs included), as adjusted by the RS Means local factor for each affected property in Florida.

10.     Following the completion of limited ownership/square footage/product ID verification discovery of Florida Plaintiffs, and no later than _____, 2018 [within 120 days of the date of the Order Adopting the Plan for Resolution], Defendants shall file with the Court and serve on Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, all contests and requests for set-offs from the remediation damages calculations for Florida Plaintiffs.

11.     On or before _____, 2018 [within 150 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall respond to Defendants' contests and requests for set-offs from the remediation damages for Florida Plaintiffs.

12.     The Special Master shall assess class remediation damages for Florida Plaintiffs and issue a Report and Recommendation.  In the event a Plaintiff does not have any additional claims, the Court will issue a judgment as to that Plaintiff's remediation damages.

### *Limited Discovery Related to Florida Plaintiffs' Other Damages Claims*

13.     On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Defendants shall serve Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, with non-duplicative discovery they seek from any individual Plaintiffs regarding claims for damages other than remediation damages (*e.g.*, alternate living expenses, loss of use and enjoyment, lost rent, bankruptcy, foreclosure, short sale) ("Other Damages").

14.     On or before _____, 2018 [within 45 days of the date of the Order], Plaintiffs shall respond in writing to any and all discovery requested by Defendants regarding claims for Other Damages pursuant to Paragraph 13.

15.     In the event the parties disagree as to the necessity for or scope of discovery requested by Defendants regarding Other Damages, the Special Master shall resolve those disagreements and issue a Report and Recommendation.

16.     All discovery related to claims for Other Damages shall be completed no later than _____, 2018 [within 135 days of the date of the Order Adopting the Plan for Resolution].

17.     The Special Master shall assess claims for Other Damages and issue a Report and Recommendation.

### *Trials of Claims for Personal Injury*

18.     Pretrial proceedings and motion practice related to claims for bodily injury and punitive damages shall follow the schedule set forth in the Joint Case Management Plan approved by the Court (Doc.47).

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,**

      **Plaintiffs,**

          **v.**

**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.,** *et al.*,

      **Defendants.**

**Case No. 1:11-CV-22408-MGC**

### ORDER GRANTING PLAINTIFFS' MOTION TO ADOPT PLAN FOR RESOLUTION OF FLORIDA *AMORIN* PLAINTIFFS' CLAIMS FOR REMEDIATION AND OTHER DAMAGES

THIS MATTER is before the Court on the Plaintiffs' Motion to Adopt Plan for Resolution of Florida *Amorin* Plaintiffs' Claims for Remediation and Other Damages, filed August 31, 2018.

The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

The Motion is GRANTED. The Plaintiffs' proposed Plan for Resolution, which is attached hereto as Exhibit "A," is hereby ADOPTED.

DONE and ORDERED in Chambers, Miami, Florida, this ___ day of _____, 2018.

_____

MARCIA G. COOKE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record

## EXHIBIT "A"

## PROPOSED PLAN FOR RESOLUTION OF FLORIDA CLAIMS

### *Determination of Product ID Categories Attributable to Taishan, TTP, and/or BNBM*

1.      On or before _____, 2018 [within 15 days of the date of the Order Adopting the Plan for Resolution], Defendants shall admit or deny in writing whether the following product ID categories were manufactured by Taishan Gypsum, TTP, and/or BNBM: (A) BNBM/Dragon board; (B) C & K; (C) Chinese Manufacturer #2 (purple stamp); (D) Crescent City Gypsum; (E) DUN; (F) IMT Gypsum; (G) ProWall; (H) Taian Taishan or Taihe Tape; (I) Made in China Meet or Exceeds; (J) various Drywall dimensions, including 4feetx12feetx1/2inch and 4feet*12feet*1/2inch; (K) Venture Supply; (L) White Edge Tape, boards with no markings, or boards with no markings other than numbers; and any other product ID categories for which individual Plaintiffs' counsel submits proof. In the event Defendants deny a product ID category was manufactured by Taishan, TTP, and/or BNBM, Defendants shall set forth with specificity the basis for the denial and both describe and attach all documents and identify all witnesses whose testimony, in whole or in part, form the basis for Defendants' denial that the product ID category was manufactured by Taishan, TTP, and/or BNBM.

2.      On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall provide evidence and reasons why each of the product ID categories denied by Defendants, if any, should be attributable to Taishan, TTP, and/or BNBM. In the event Plaintiffs seek additional limited discovery from Defendants regarding specific product ID categories, Plaintiffs shall file an application for same with the Special Master.

3.      On or before _____, 2018 [within 60 days of the date of the Order Adopting the Plan for Resolution], the Special Master shall review the written submissions of the parties with respect to product ID categories and determine whether an oral presentation is advisable or warranted. Thereafter, no later than _____, 2018 [within 30 days following the written submissions or oral presentation, whichever is later], the Special Master shall issue a Report and Recommendation to the Court as to whether the product ID

categories denied by Defendants, if any, were manufactured by Taishan, TTP, and/or BNBM, and whether those product ID categories should be attributed to Defendants.

4.      Following the issuance of a Report and Recommendation by the Special Master as to whether the product ID categories denied by Defendants, if any, were manufactured by Taishan, TTP, and/or BNBM, the Court shall accept, reject, or modify the Special Master's Report and Recommendations as to which of the product ID categories denied by Defendants are attributable to Taishan, TTP, and/or BNBM.

### *Limited Discovery Regarding Square Footage/Product ID/Ownership Verification*

5.      On or before _____, 2018 [within 15 days of the date of the Order Adopting the Plan for Resolution], Defendants shall serve Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, with discovery they seek from any individual Florida Plaintiffs limited to only (a) whether the Plaintiff owns or owned the affected property and whether an assignment of Plaintiff's claim for remediation damages was made; (b) whether the under air square footage of the property in question is accurate; and (c) whether there is evidence of product ID in the property in question. In the event Defendants seek depositions from any of the Florida Plaintiffs, Defendants are required to show good cause why such depositions are necessary.

6.      On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall respond in writing to any and all ownership/square footage/product ID verification discovery requested by Defendants pursuant to Paragraph 5.

7.      In the event the parties disagree as to the necessity for the ownership/square footage/product ID verification discovery requested by Defendants, the Special Master shall hear those disagreements and issue a Report and Recommendation.

8.      All ownership/square footage/product ID verification discovery of Florida Plaintiffs shall be completed no later than _____, 2018 [within 90 days of the date of the Order Adopting the Plan for Resolution].

### *Judgment on Remediation Damages for Florida Plaintiffs*

9.      On or before _____, 2018 [within 15 days of the date of the Order], Plaintiffs shall submit updated calculations of Florida Plaintiffs' remediation damages, performed by Plaintiffs' experts Mr. Ronald E. Wright, P.E. and Mr. George J. Inglis, P.E. of Berman & Wright Architecture, Engineering & Planning, LLC., using the formula approved in the MDL, *i.e.*, multiplying the under air square footage of each affected Florida property by the national square foot unit price for remediation in 2018 (with certified industrial hygienist (CIH) costs included), as adjusted by the RS Means local factor for each affected property in Florida.

10.     Following the completion of limited ownership/square footage/product ID verification discovery of Florida Plaintiffs, and no later than _____, 2018 [within 120 days of the date of the Order Adopting the Plan for Resolution], Defendants shall file with the Court and serve on Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, all contests and requests for set-offs from the remediation damages calculations for Florida Plaintiffs.

11.     On or before _____, 2018 [within 150 days of the date of the Order Adopting the Plan for Resolution], Plaintiffs shall respond to Defendants' contests and requests for set-offs from the remediation damages for Florida Plaintiffs.

12.     The Special Master shall assess class remediation damages for Florida Plaintiffs and issue a Report and Recommendation.  In the event a Plaintiff does not have any additional claims, the Court will issue a judgment as to that Plaintiff's remediation damages.

### *Limited Discovery Related to Florida Plaintiffs' Other Damages Claims*

13.     On or before _____, 2018 [within 30 days of the date of the Order Adopting the Plan for Resolution], Defendants shall serve Plaintiffs' Liaison Counsel and individual Plaintiffs' counsel, as appropriate, with non-duplicative discovery they seek from any individual Plaintiffs regarding claims for damages other than remediation damages (*e.g.*, alternate living expenses, loss of use and enjoyment, lost rent, bankruptcy, foreclosure, short sale) ("Other Damages").

14.     On or before _____, 2018 [within 45 days of the date of the Order], Plaintiffs shall respond in writing to any and all discovery requested by Defendants regarding claims for Other Damages pursuant to Paragraph 13.

15.     In the event the parties disagree as to the necessity for or scope of discovery requested by Defendants regarding Other Damages, the Special Master shall resolve those disagreements and issue a Report and Recommendation.

16.     All discovery related to claims for Other Damages shall be completed no later than _____, 2018 [within 135 days of the date of the Order Adopting the Plan for Resolution].

17.     The Special Master shall assess claims for Other Damages and issue a Report and Recommendation.

### *Trials of Claims for Personal Injury*

18.     Pretrial proceedings and motion practice related to claims for bodily injury and punitive damages shall follow the schedule set forth in the Joint Case Management Plan approved by the Court (Doc.47).