# **EXHIBIT 15**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,
v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.
_____/

### DEFENDANTS' NOTICE OF SELECTION OF PRIORITY CLAIMANTS

Pursuant to the Court's August 13, 2018 Order [Rec. Doc. 47] establishing a deadline for the selection of the "first twenty (20) Florida claims to be tried" (the "Priority Claimants"), Taishan Gypsum Co., Ltd., Tai'an Taishan Plasterboard Co., Ltd., and BNBM PLC (collectively "Defendants") submit the following Notice of Selection of Priority Claimants for the Court's consideration.

### BACKGROUND

The Court entered an Order on the parties' Joint Case Management Plan on August 13, 2018. That Order included a deadline of September 21, 2018 for the selection of twenty Priority Claimants. [Rec. Doc. 47].

On August 31, 2018, the parties submitted separate proposed trial plans [Rec. Docs. 52 and 53]. Defendants' proposed plan included a proposal for the selection of Priority Claimants. That proposal provided a rational process for selection of representative claims that will assist in resolving this litigation and providing guidance to the parties for the

remainder of the claims – whether through the mandatory mediation process or otherwise. Defendants sought Plaintiffs' agreement and participation in the Priority Claimant selection process prior to this filing. *See* Exhibit A. Plaintiffs did not agree with Defendants' selection process.  *See id.*

The Court has not, to date, ruled on the parties' competing trial plans. In the absence of a Court ruling and in an effort to comply with the Court's September 21, 2018 deadline, Defendants have proceeded with the selection of Priority Claimants as proposed in their Trial Plan [Rec. Doc. 53].

## SELECTION OF PRIORITY CLAIMANTS

Defendants' selection process is described in detail in the attached Declaration of attorney Matthew D. Lawson. *See* Exhibit B. In summary, the process incorporates the following steps and features:

- Selection from each of the product identification ("Product ID") categories associated with the Florida *Amorin* claims.
- Selection of up to four claimants per product identification category, depending on category sizes and/or scope.
- Use of an internet-based random number generator to randomly select claimants within the identified Product ID categories.

As outlined in the attached Declaration, the randomized selection process returned the following list of Priority Claimants:

| Product ID Category | Claimant |
|---|---|
| A. BNBM/Dragonbrand | • Wayne and Mandy Siegel (Claimant #1415), 9355 Cobblestone Brooke Court, Boynton Beach, FL |
| B. C&K | • Nikita Toppin (Claimant #1596), 19227 Stone Hedge Drive, Tampa, FL |
| C. Purple Stamp | • Catherine Patchan (Claimant #1085), 1345 Lyonshire Drive, Wesley Chapel, FL |

| Product ID Category | Claimant |
|---|---|
| F. IMT | • Thad Wiley (Claimant #1691), 1660 Renaissance Commons Blvd., Unit 2111, Boynton Beach, FL |
| G. ProWall | • Scott and Jackie Shaw (Claimant #1379), 3125 SW 22nd Avenue, Cape Coral, FL |
| H. Taian/Taishan | • Jorge Junco (Claimant #674), 536 Vincinda Crest Way, Tampa, FL;<br>• Luna Ocean Residences Condominium Association, Inc. (Claimant #799), 704 N. Ocean Blvd., Unit 902, Pompano Beach, FL |
| I. Made in China [Meets or Exceeds] | • Susan Bourguignon (Claimant #148), 14149 Citrus Crest Circle, Tampa, FL<br>• Ronald and Debra Garraffa (Claimant #454), 13025 Beech Street, Odessa, FL<br>• H. Harris Investments, Inc (Claimant #562), 4487 Governors Street, Pace, FL<br>• Francisco and Maricellis Santana, Ramon and Caren Santana (Claimant #1346), 11311 Bridge Pine Drive, Riverview, FL |
| J. Drywall [with dimensions] | • Nekette Jerome (Claimant #654), 11609 Hammocks Glade Drive, Riverview, FL<br>• George and Amy Metcalfe (Claimant #961), 106 NW Willow Grove Avenue, Port St. Lucie, FL<br>• Guenter and Eveline Pech (Claimant #1100), 118 SE 23rd Place, Cape Coral, FL<br>• Michael Dunbar (Claimant #1634A), 1045 Venetian Drive (6 of 8) #104, Melbourne, FL |
| K. Venture Supply | • Rosemary Knight (Claimant #705), 21311 Morning Mist Way, Land O'Lakes, FL |
| L. Other | • June Garrett (Claimant #455), 2310-2312 NE 8th Place, Cape Coral, FL<br>• Sheridan Beach Club (Claimant #1395), 519 E. Sheridan Blvd. #206, Dania Beach, FL<br>• Douglas Swartz (Claimant #1567), 2230 NW Juanita Place, Cape Coral, FL |

| Product ID Category | Claimant |
|---|---|
|  | • RSM of Florida One, LLC, (Claimant #797A), 704 N. Ocean Blvd., Unit 801, Pompano Beach, FL |
| Total: 20 |  |

## CONCLUSION

Defendants respectfully request that the Court adopt the list of Priority Claimants and proceed with fact discovery of the Priority Claimants as described in the Court's August 13 Order.

Dated:  September 21, 2018

Respectfully submitted,

**AKERMAN LLP**
Las Olas Centre II - Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301
Tel:  (954) 463-2700
Fax:  (954) 463-2224

By: /s/ Enjoliqué D. Aytch
    Enjoliqué D. Aytch, Esq.
    enjolique.aytch@akerman.com
    Florida Bar No.:  0104881

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777

Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
bernard.taylor@alston.com
mike.kenny@alston.com

christy.eikhoff@alston.com
david.venderbush@alston.com

*Attorneys for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Craig P Kalil
Joshua D. Poyer
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska
Eric Matthew Hairston
Andrew K. Davidson
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com

James L. Stengel
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com

*Counsel for BNBM PLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/Enjoliqué D. Aytch*

## SERVICE LIST:

*Attorneys for CNBM and the BNBM Entities*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
Andrew K. Davidson
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
T: 415-773-5700
Email: cvejnoska@orrick.com
 ehairston@orrick.com
 adavidson@orrick.com

Craig P Kalil
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com

James L. Stengel (NY Bar No. 1800556)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T: 212-506-5000
Email: jstengel@orrick.com

*Attorney for Zhejiang Provincial Second Light Industry Enterprises Group*

Hongwei Shang
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com

*Attorneys for Plaintiffs*

Arnold Levin
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
215-592-1500
Fax: 592-4663
Email: alevin@lfsblaw.com

Natalie Marie Rico
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134
305-476-7400
Fax: 305-476-7444
Email: rico.natalie@gmail.com

Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
Email: cseeger@seegerweiss.com

Dawn M. Barrios
Barrios Kingsdorf & Casteix
701 Poydras Street
One Shell Square Suite 3650
New Orleans, LA 70139-3650
504-524-3300
Email: barrios@bkc-law.com

Emma Kingsdorf Schwab
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
504-524-3300
Email: eschwab@bkc-law.com

Frederick S. Longer
Levin Fishbein Sedrin & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
215-592-1500
Fax: 592-4663
Email: flonger@lfsblaw.com

Jay Patrick Dinan
Parker Waichman LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
239-390-8609
Fax: 239-390-0055
Email: jdinan@yourlawyer.com

Jeffrey A. Breit
Breit Drescher Imprevento PC
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757-622-6000
Email: Jeffrey@breit.law

Pearl Anna Robertson
Irpino Avin Hawkins
Email: probertson@irpinolaw.com

Richard S. Lewis
Hausfeld, LLP
1700 K. Street, N.W.
Washington, DC 20006
202-408-4600
Email: rlewis@hausfeld.com

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 E Main Street
Suite 310
Norfolk, VA 23510
757-233-0009
Email: rserpe@serpefirm.com

Sandra Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500
Email: sduggan@lfsblaw.com

Scott George
Seeger Weiss, LLP
1515 Market Street
Suite 1380
Philadelphia, PA
215-553-7980
Email: sgeorge@seegerweiss.com

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
Fax: 476-7444
Email: patrick@colson.com

Jeffrey S. Grand
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
(212) 584-0700
Email: jgrand@seegerweiss.com

Jimmy Faircloth
Faircloth, Melton, & Sobel
Gras Town Plaza
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
(225) 343-9535
Email: jfaircloth@fairclothlaw.com

Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
Email: ldavis@hhklawfirm.com

James V. Doyle
Doyle Law Firm, PC
201 Biscayne Blvd.
28th Floor
Miami, FL 33131
305-677-3388
Fax: 844-638-5812
Email: jim.doyle@doylefirm.com (Inactive)

# EXHIBIT A

## Aytch, Enjolique (Ptnr-Ftl)

| | |
|---|---|
| **From:** | Aytch, Enjolique (Ptnr-Ftl) |
| **Sent:** | Friday, September 21, 2018 12:45 PM |
| **To:** | Montoya, Patrick |
| **Cc:** | Rico, Natalie |
| **Subject:** | Re: Amorin v. Taishan Gypsum |

Thanks for your response, Patrick. We understand your position.

**Enjoliqué D. Aytch**
Partner
Akerman LLP | 350 East Las Olas Boulevard, Suite 1600 | Ft. Lauderdale, FL 33301
D: 954 759 8970 | T: 954 463 2700 | F: 954 847 5349
Admitted to Practice in Florida and Georgia
enjoliqué.aytch@akerman.com
Sent from my iPhone

On Sep 21, 2018, at 10:49 AM, Montoya, Patrick <patrick@colson.com> wrote:

> Thanks Enjolique. We'll need to agree to disagree.
>
> Regards,
>
> Patrick S. Montoya
> Partner
> Colson Hicks Eidson
> 255 Alhambra Circle, Penthouse
> Coral Gables, FL 33134
> Office:  305.476.7400
> Fax:       305.476.7444
> email:  Patrick@colson.com
>
> ---
>
> **From:** enjolique.aytch@akerman.com <enjolique.aytch@akerman.com>
> **Sent:** Thursday, September 20, 2018 4:54 PM
> **To:** Montoya, Patrick <patrick@colson.com>
> **Cc:** Rico, Natalie <natalie@colson.com>
> **Subject:** Amorin v. Taishan Gypsum
>
> Dear Patrick,
>
> I hope all is well. As you know, the Joint Case Management Plan (ECF No. 47) provides that by tomorrow, September 21, 2018, "The Court and the parties shall select the first twenty (20) Florida claims to be tried."  We write regarding the selection protocol so the parties can stay on schedule while the Court is considering the parties' submitted trial plan proposals.
>
> As we explained in our Trial Plan filed on August 31 (ECF No. 53), to ensure the appropriate level of claim diversity (particularly given the mandatory mediation following the Priority Claimant trials), we propose that a certain number of claimants shall be selected at random from each of the drywall product identification (Product ID) categories that have already been established between the parties. The distribution would be the following:

1

| Product ID Category | Number of Priority Claimants to Pull |
|---|---|
| A. BNBM/Dragonbrand | 1 |
| B. C&K | 1 |
| C. Purple Stamp | 1 |
| D. Crescent City | 0 (none in Florida) |
| E. DUN | 0 (none in Florida) |
| F. IMT | 1 |
| G. ProWall | 1 |
| H. Taian/Taishan | 2 |
| I. Made in China [Meets or Exceeds] | 4 |
| J. Drywall [with dimensions] | 4 |
| K. Venture Supply | 1 |
| L. Other | 4 |
| Total: | 20 |

To accomplish this in a randomized way, we propose to sort the Plaintiffs' claimant spreadsheet filed on August 31 by the relevant categories above, and then utilize an Internet-based random number generator to select Priority Claimant(s) for each category. We can then submit the list of the 20 Priority Claimants to the Court with an explanation of the randomized selection process.

Your proposed plan for resolution in this case states that "an initial set of Priority Claimants' trials of individualized claims for bodily injury and punitive damages can proceed according to the schedule set forth in the Case Management Plan approved by the Court." (ECF No. 52, at 8). While this statement does not describe a selection process, we discern from its focus on "bodily injury and punitive damages" that you would not be agreeable to our proposal. But if you are, and you would like to participate in the randomized selection process we've identified, please do advise us at your earliest convenience.

We plan to run the selection process late tomorrow morning. Upon completion of the selection process, we will submit **tomorrow** a filing with the Court that sets forth the results.

Thank you,
Enjoliqué

**Enjoliqué D. Aytch**
Partner
Akerman LLP | 350 East Las Olas Boulevard, Suite 1600 | Ft. Lauderdale, FL 33301
D: 954 759 8970 | T: 954 463 2700 | F: 954 847 5349
Admitted to Practice in Florida and Georgia
enjoliqué.aytch@akerman.com


vCard | Profile



700+ Lawyers
24 Offices
akerman.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

      Plaintiffs,
v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

      Defendants.
_____/

## DECLARATION OF MATTHEW D. LAWSON

I, Matthew D. Lawson, hereby declare:

I am an attorney with the law firm of Alston & Bird LLP, counsel for Defendants Taishan Gypsum Co., Ltd., Tai'an Taishan Plasterboard Co., Ltd. in the above-captioned matter. Except where otherwise indicated, I have personal knowledge of the facts stated herein.

1. On September 21, 2018, I conducted the Priority Claimant selection process outlined below with attorney Christina Hull Eikhoff of Alston & Bird as a witness. I conducted the selection process to comport with the Court's August 13 Order to "select the first twenty (20) Florida claims to tried." [ECF No. 47]. I randomly selected the Priority Claimants in the method outlined in Defendants' Proposed Trial Plan. [ECF No. 53].

2. For this selection process, I used the Plaintiffs' "master spreadsheet" (the "Spreadsheet") that lists all active claims in this matter, and which Plaintiffs conventionally filed [Rec. Doc. 56] after the Court granted leave for conventional filing [Rec. Doc. 55].

3.       The Spreadsheet lists 1852 claims with claim-specific identifying information and a unique number for each claim. Among the claim-specific information is the type of drywall product identification ("Product ID") allegedly found at each claimant's property. The Spreadsheet lists that information in Column R entitled "Product Bucket(s)." The category letters in the Product Bucket(s) column correspond with the parties' prior identification of Product ID categories. *See* Plaintiffs' Motion to Adopt Plan for Resolution of Florida *Amorin* Plaintiffs' Claims, Rec. Doc. 52 at 4, footnote 12. The Product Bucket(s) column identifies the following twelve Product ID categories for the Florida *Amorin* claims.

4.   I applied data filters to Column R to determine the number of claims associated with each Product ID category. The results are as follows:[1]

| Product ID Category | Number of Claimants |
|---|---|
| A.   BNBM/Dragonbrand | 58 |
| B.   C&K | 59 |
| C.   Purple Stamp | 41 |
| D.   Crescent City Gypsum | 0 |
| E.   DUN | 0 |
| F.   IMT | 77 |
| G.   ProWall | 105 |
| H.   Taian/Taishan | 123 |
| I.   Made in China [Meets or Exceeds] | 282 |
| J.   Drywall [with dimensions] | 1075 |
| K.   Venture Supply | 5 |
| L.   Other | 95 |

5.   The protocol did not permit "redo" or substitute selection of claimants except in one potential circumstances, which did not occur. To fulfill the requirement of exactly twenty

---

[1] The sum of the category totals exceeded the total of 1852 claims because some claims fall into multiple Product ID categories.

2

Priority Claimants, the protocol required the random selection of a substitute claimant if the process selected a claim multiple times in the same or different categories. Ultimately, no duplicate claims were randomly selected during the process and no substitutions were needed.

6. The protocol called for the random selection of twenty Priority Claimants across ten Product ID categories.[2] The protocol called for one claim to be randomly selected for each of six Product ID categories, and multiple claims to be randomly selected for Category H (two claims), Category I (four claims), Category J (four claims), and Category L (four claims).

7. To begin the random selection process, I applied the data filter for Category A to Column R, which displayed 58 claims ordered from smallest to largest Claimant Identifier number in Column A. I then accessed Google's random number generator[3] to generate a random number between 1 and 58. That yielded the number 46. The 46th claim out of the 58 (ordered from smallest to largest Claimant Identifier number) was Wayne and Mandy Siegel (Claimant #1415), 9355 Cobblestone Brooke Court, Boynton Beach, FL.

8. I repeated that for Product ID Categories B, C, F, G, H, I, J, K, and L. Where a Product ID category called for multiple randomly selected claimants, I generated the corresponding number of random numbers. The complete results of the random drawing of the twenty Priority Claimants are as follows:

---

[2] Claimants were randomly selected from only 10 of the 12 Product ID categories because, as shown in the chart above, zero claims fall under Categories D and E.

[3] Google's random number generator can be accessed at: https://www.google.com/search?source=hp&ei=ARClW6WOBoXusQWXkZjQBw&q=random+number+generator or by searching for "Random Number Generator" in a Google Search.

3

| Product ID Category | Random # | Claimant |
|---|---|---|
| A. BNBM/Dragonbrand | 46 | • Wayne and Mandy Siegel (Claimant #1415), 9355 Cobblestone Brooke Court, Boynton Beach, FL |
| B. C&K | 50 | • Nikita Toppin (Claimant #1596), 19227 Stone Hedge Drive, Tampa, FL |
| C. Purple Stamp | 28 | • Catherine Patchan (Claimant #1085), 1345 Lyonshire Drive, Wesley Chapel, FL |
| F. IMT | 73 | • Thad Wiley (Claimant #1691), 1660 Renaissance Commons Blvd., Unit 2111, Boynton Beach, FL |
| G. ProWall | 92 | • Scott and Jackie Shaw (Claimant #1379), 3125 SW 22nd Avenue, Cape Coral, FL |
| H. Taian/Taishan | 39, 60 | • Jorge Junco (Claimant #674), 536 Vincinda Crest Way, Tampa, FL;<br>• Luna Ocean Residences Condominium Association, Inc. (Claimant #799), 704 N. Ocean Blvd., Unit 902, Pompano Beach, FL |
| I. Made in China [Meets or Exceeds] | 16, 46, 90, 184 | • Susan Bourguignon (Claimant #148), 14149 Citrus Crest Circle, Tampa, FL<br>• Ronald and Debra Garraffa (Claimant #454), 13025 Beech Street, Odessa, FL<br>• H. Harris Investments, Inc (Claimant #562), 4487 Governors Street, Pace, FL<br>• Francisco and Maricellis Santana, Ramon and Caren Santana (Claimant #1346), 11311 Bridge Pine Drive, Riverview, FL |
| J. Drywall [with dimensions] | 367, 547, 627, 1038 | • Nekette Jerome (Claimant #654), 11609 Hammocks Glade Drive, Riverview, FL<br>• George and Amy Metcalfe (Claimant #961), 106 NW Willow Grove Avenue, Port St. Lucie, FL |

| Product ID Category | Random # | Claimant |
|---|---|---|
| | | • Guenter and Eveline Pech (Claimant #1100), 118 SE 23rd Place, Cape Coral, FL<br>• Michael Dunbar (Claimant #1634A), 1045 Venetian Drive (6 of 8) #104, Melbourne, FL |
| K. Venture Supply | 3 | • Rosemary Knight (Claimant #705), 21311 Morning Mist Way, Land O'Lakes, FL |
| L. Other | 21, 74, 77, 89 | • June Garrett (Claimant #455), 2310-2312 NE 8th Place, Cape Coral, FL<br>• Sheridan Beach Club (Claimant #1395), 519 E. Sheridan Blvd. #206, Dania Beach, FL<br>• Douglas Swartz (Claimant #1567), 2230 NW Juanita Place, Cape Coral, FL<br>• RSM of Florida One, LLC, (Claimant #797A), 704 N. Ocean Blvd., Unit 801, Pompano Beach, FL |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: September 21, 2018     Respectfully submitted,

/s/ *Matthew D. Lawson*
Matthew D. Lawson

5