# EXHIBIT 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,
v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.
_____/

**PARTIES' JOINT MOTION FOR STATUS CONFERENCE**

The parties request a status conference in this matter. Pursuant to the Court's Order Setting Civil Trial Date and Pretrial Deadlines of August 14, 2018 ("Court's Scheduling Order") (ECF No. 47), on August 31, 2018, the parties submitted simultaneous Trial Plans outlining, *inter alia*, a proposal for the selection and ordering of claims for trial, the scope of issues for resolution, and a methodology and timetable for resolution of claims. The parties' competing Trial Plans are irreconcilably different in all of those areas. *Compare* Plaintiffs' Trial Plan (ECF No. 52) and Defendants' Trial Plan (ECF No. 53). The parties request a status conference in this matter for guidance as to moving forward in compliance with the Court's Scheduling Order given the competing Trial Plans.

By way of example, under the Court's Scheduling Order, by September 21, 2018, the Court and the parties were to select the first twenty (20) Florida claims to

be tried ("Priority Claimants"). Because of the parties' divergent approaches to scope and methodology for claim resolution, the parties could not agree on the twenty (20) Priority Claimants. Plaintiffs and Defendants thus each suggested separate slates of twenty (20) Priority Claimants (ECF No. 72 and 73). None of the parties' Priority Claimants overlap. As further reason for the status conference, the parties seek to preserve their clients' and the court's resources so they focus on only twenty (20) cases, as opposed to forty (40), in compliance with the discovery deadlines in the Court's Scheduling Order. Nevertheless, in an abundance of caution, the parties have agreed to proceed with discovery on all forty (40) Priority Claimants until the Court can give further guidance.

WHEREFORE, the Parties respectfully request a status conference in this matter regarding the Trial Plans, including Priority Claimant selection.

Dated: October 1, 2018

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

**AKERMAN LLP**
Las Olas Centre II - Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224

By: /s/ Enjoliqué D. Aytch
    Enjoliqué D. Aytch, Esq.
    enjolique.aytch@akerman.com
    Florida Bar No.: 0104881

**CERTIFICATE OF SERVICE**

      I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 1st day of October, 2018.

      /s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*