# EXHIBIT 21

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 11-22408-Civ-COOKE

EDUARDO AND CARMEN AMORIN, *et al.*,
individually and on behalf of all others similarly
situated

      Plaintiffs,

vs.

TAISHAN GYPSUM CO., LTD., f/k/a
SHANDONG TIASHE DONGXIN CO. LTD.,
TAIAN TAISHAN PLASTERBOARD CO.
LTD., *et al.*,

      Defendants.

_____/

## ORDER APPOINTING SPECIAL MASTER

      This case involves a certified class action brought by property owners in Florida, Louisiana, and Virginia against companies responsible for problematic Chinese-manufactured drywall. After the United States Judicial Panel on Multidistrict Litigation consolidated this action to a District Court for the Eastern District of Louisiana, this case was remanded to this Court.

      Fed. R. Civ. P. 53(a)(1)(C) allows the Court to appoint a Special Master to assist the expeditious resolution of disputes. In the interests of efficiency and consistency, the Court appoints a Special Master whose duties and terms of appointment are detailed below.

### APPOINTMENT

      The Court appoints Tiffani G. Lee, a partner in the law firm of Holland & Knight LLP in Miami. Ms. Lee had indicated no conflicts in undertaking this task. Counsel may file an objection to the appointment if there are specific conflicts that would preclude the appointment of this Special Master. Such objections must be filed within 10 days of this order.

      The Court has considered the fairness of imposing the likely expenses on the parties and will take the necessary steps to protect against unreasonable expenses or delay. The

Special Master shall be compensated at the rate of $550/hour, the expense of which shall be shared equally by the parties and paid on a monthly basis. The Special Master shall maintain and provide summary fee statements to Plaintiffs' and Defendants' Counsel.

### DUTIES

1. The Special Master will proceed with all reasonable diligence to facilitate the resolution of the Property Damage Claims as laid out in this Court's Order and Trial Plan. This includes, but is not limited to, coordinating disclosure and discovery schedules with the lawyers, resolving privilege or similar questions, and monitoring scheduling of depositions.
2. The Special Master may modify the deadlines in the Order and Trial Plan as necessary.
3. If unable to resolve discovery disputes, the Special Master shall issue a Report and Recommendation to the District Court on any pending discovery dispute. Objections to the Special Master's Report and Recommendation must be filed within five days of the filing of the Report with a response due by opposing counsel within five days of the filing of the Objections. The Court will apply the standard of review indicated in Rule 53 in deciding whether to adopt the Special Master's Report and Recommendation.
4. The Special Master will not participate in settlement discussions other than those related to discovery and scheduling issues.
5. In a separate order, the Court will refer this case to a Magistrate Judge to handle pretrial, non-dispositive, non-discovery matters.

**DONE and ORDERED** in Chambers, Miami, Florida, this 16th day of November 2018.

_____
MARCIA G. COOKE
United States District Judge

2

Copies furnished to:
*Counsel of record*
*Tiffani Lee, Esq.*
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131
(305) 789-7725
tiffani.lee@hklaw.com