# EXHIBIT 22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 1:11-CV-22408-MGC**

EDUARDO AND CARMEN AMORIN, *et al.*,
individually, and on behalf of all others
similarly situated,

      Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., *et al.*,

      Defendants.

_____/

### THE PARTIES' JOINT STIPULATION REGARDING AUTHENTICATION AND HEARSAY AS TO CERTAIN CATEGORIES OF DOCUMENTS FOR PRIORITY CLAIMANTS

      The Parties hereby stipulate that the discovery documents properly falling within the categories enumerated below shall be treated as authentic under Federal Rules of Evidence 901 and/or 902 and satisfying Federal Rule of Evidence 803(6), provided, however, that this stipulation does not apply to (1) handwritten documents; (2) any handwritten notation(s) on any discovery documents; (3) any discovery documents reflecting related party transactions; and (4) any hearsay within hearsay (or double hearsay) statements.

      The parties further stipulate that records custodians will not need to be called as witnesses at trial for the purposes of establishing authenticity and Federal Rule of Evidence 803 (6) status for these specific categories of documents. The Parties reserve any and all other objections to the admission of this evidence, including but not limited to objections as to the relevance (as to subject matter, time period, or other grounds) of any category of documents or individual documents falling within any enumerated category.

1

a. Recorded warranty deeds;

b. Executed purchase, sale agreements for the real property at issue in this case;

c. Executed purchase and sale agreements for initial construction of the property at issue in this case;

d. Fully executed agreements between the buyer and seller of the subject property purporting to retain a right to pursue the claims at issue in this case;

e. HUD-1 Settlement Statements;

f. Executed mortgage loan agreements for the property at issue in this case

g. Lender-issued mortgage statements for the property at issue in this case;

h. Written correspondence from lenders consenting to or rejecting requests for mortgage forbearance;

i. Filed, fully executed state and federal income tax returns;

j. Statements issued by FDIC-insured banking institution in the regular course of business;

k. Retail receipts, invoices, or cancelled checks for sale or rental of goods relevant to damages alleged in this case;

l. Bills issued by utility, cable and power providers;

m. Government-issued certificates of occupancy;

n. Issued and authorized Title insurance policies and certificates;

o. Fully executed Attorney-client engagement letters and/or retainer

2

agreements;

p.   Where the claim involves a foreclosure of the property at issue in this case, lender issued promissory notes, executed mortgage agreements, lender-issued notices of default, filed or served foreclosure complaints (and exhibits or attachments thereto), filed foreclosure pleadings, fully executed modification agreements, lender-issued notice of lis pendens, lender-issued written correspondence to claimant regarding delinquency, default or foreclosure related to the property at issue in this case;

q.   Where the claim involves a short sale of the property at issue in this case, executed short sale purchase contract, lender or bank generated sales addendum, HUD (Estimated Closing Statement), executed listing agreements or short sale addenda, lender generated approval documents, bills of sale, executed compliance agreements and non-coercion statements, final buyers gap affidavit, tax proration documents, lender-issued written correspondence to claimant regarding delinquency, default or foreclosure related to the property at issue in this case;

r.   Court orders and court- or clerk-endorsed pleadings;

s.   Issued and effective Homeowners' insurance policies;

t.   Fully executed rental agreements/leases for the property at issue in this case or relevant to damages for alternative living expenses alleged in this case;

u.   Statements or bills issued by homeowner associations and condominium associations for maintenance or dues;

v.   Government-issued property appraisals and property tax notices;

    w. Floor plans of the property at issue in this case provided by the builder or developer at the time of construction;

    x. Printouts of Multiple Listing Service ("MLS") postings for the property at issue in this case, provided that the website/url source information is included on the face of the original document;

    y. Company-issued invoices for moving services;

    z. Company-issued invoices for storage services; and

    aa. Company-issued invoices for service or repair of air conditioning, HVAC, appliances or fixtures in the property at issue in this case.

The Parties further stipulate, subject to all limitations and reservations of rights set forth in the opening paragraphs to this stipulation, that the discovery documents properly falling within the additional categories enumerated below shall be treated as authentic under Federal Rules of Evidence 901 and/or 902 and that records custodians will not need to be called as witnesses at trial for the purposes of establishing authenticity for these specific categories of documents. For avoidance of confusion, the Parties specifically reserve their objections regarding any purported application of Federal Rule of Evidence 803 (6) status to documents within the following categories.

    bb. Fully executed contracts and scopes of work with contractors or subcontractors for the property at issue in this case;

    cc. Invoices and receipts for work performed by contractors and subcontractors on the property at issue in this case;

    dd. Written correspondence made by or on behalf of a claimant and sent to any lender related to a mortgage, loan, delinquency, default, short sale, or

foreclosure related to the property at issue in this case.

It is so stipulated.

Dated:  January 3, 2019                                   Respectfully submitted,

                                                          /s/ Patrick S. Montoya, Esq.
                                                          Patrick Shanan Montoya
                                                          Fla. Bar No. 0524441
                                                          Email: Patrick@colson.com
                                                          Colson Hicks Eidson
                                                          255 Alhambra Circle, PH
                                                          Coral Gables, FL  33134-2351
                                                          Telephone:  (305) 476-7400
                                                          Facsimile:  (305) 476-7444
                                                          *Interim Lead Counsel for Plaintiffs*

                                                          /s/ Enjoliqué Aytch, Esq.
                                                          Enjoliqué Aytch
                                                          Fla. Bar No. 0104881
                                                          Email: enjolique.aytch@akerman.com
                                                          Akerman LLP
                                                          Las Olas Centre II, Suite 1600
                                                          350 East Las Olas Boulevard
                                                          Fort Lauderdale, FL  33301-2229
                                                          Telephone: (954) 463-2700
                                                          Facsimile: (954) 463-2224
                                                          *Counsel for Taishan Gypsum Co., Ltd.*

                                                          Craig P Kalil
                                                          Aballi Milne Kalil P.A.
                                                          SunTrust International Center
                                                          1 SE 3rd Avenue
                                                          Suite 2250
                                                          Miami, FL 33131
                                                          305-373-6600
                                                          Fax: 305-373-7929
                                                          Email: ckalil@aballi.com
                                                          *Attorney for Beijing New Building Materials*

                                                          *Counsel for BNBM PLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via

email on January 3, 2019 on all counsel or parties of record on the Service List below.

/s/ Patrick S. Montoya
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH

SERVICE LIST

Hongwei Shang
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendant Zheihang Provincial*
*Second Light Industry Enterprises Group*


**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Pending Pro Hac Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Pending Pro Hac Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*

7

*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Pending Pro Hac Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Pending Pro Hac Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Pending Pro Hac Vice Attorney for Beijing New*
*Building Materials*

8

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Pending Pro Hac Vice Attorney for Beijing New
Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Pending Pro Hac Vice Attorney for Beijing New
Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Pending Pro Hac Vice Attorney for Beijing New
Building Materials*