# EXHIBIT 31 part 3



*Posh*
PF
FRENCH
CLEANERS
& LAUNDERERS

**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME   ROSEN, KEVIN

ACCT. NO.   R2406256   TICKET NUMBER ▶ 5500007   CK.

LUIS DI   STORE/EMP. NO./PC   LOCATION   LOT NO.

DATE / TIME
08/08/09 11:45

1 SJKT TEAL-COTN-LADY-LIND-BELT-BELT-
BELT-                                    13.25

Ready   Wednesday 08/12/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

1  Piece(s)        Subtotal  $  10.60
3  Belt(s)              Tax  $   0.00
          Environmental Fee  $   0.80

Discount included     Total  $  11.40

KROSEN - 000175



KROSEN - 000176



KROSEN - 000177



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER ▶ 549986

LUIS DI    STORE/EMP. NO./PC    LOCATION    LOT NO.    CK.

DATE / TIME:
08/08/09 11:13

1 PANT BLAC-STRP-COTT-PLEA-          7.20
1 SJKT BLAC-COTN-LIND-              11.50

A BUSINESS FOUNDED ON QUALITY
DRIVEN BY EXCELLENCE

Ready Wednesday 08/12/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
2  Piece(s)        Subtotal  $    14.96
                        Tax  $     0.00
        Environmental Fee  $     1.12

Discount included        Total $    16.08

KROSEN - 000178





KROSEN - 000180



KROSEN - 000181



KROSEN - 000182



**Posh**
**FRENCH CLEANERS**
**& LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME   ROSEN,   KEVIN

ACCT. NO.   R2406256      TICKET NUMBER   549990      CK.

LUIS DI   STORE/EMP. NO./PC   LOCATION      LOT NO.

DATE / TIME   08/08/09 11:19

1  DRES BLAC-COTN-LACE-FANC-LIND-FLAR-
   DLUX-                              48.00

A BUSINESS FOUNDED ON QUALITY
CPF
DRIVEN BY EXCELLENCE

Ready   Wednesday 08/12/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
1  Piece(s)           Subtotal  $   38.40
                           Tax  $    0.00
               Environmental Fee  $    2.88

Discount included       Total  $   41.28

KROSEN - 000183



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN,  KEVIN

ACCT. NO.  R2406256  TICKET NUMBER  549991

LUIS DI   STORE/EMP. NO./PC  LOCATION   LOT NO.   CK.

DATE/TIME
08/08/09 11:21

1 DRES BLUE-SILK-LIND-FLAR-DLUX-   28.00

Ready  Wednesday 08/12/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

| 1 Piece(s) | Subtotal | $ | 22.40 |
|---|---|---|---|
| | Tax | $ | 0.00 |
| | Environmental Fee | $ | 1.68 |

Discount included        Total $   24.08

KROSEN - 000184



KROSEN - 000185



KROSEN - 000186





KROSEN - 000188



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME   ROSEN, KEVIN

ACCT. NO.   R2406256   TICKET NUMBER   549978

LUIS DI   STORE/EMP. NO./PC   LOCATION   LOT NO.   CK.

DATE / TIME
08/08/09 10:55

1 S2PC WHIT-SILK-LADY-LIND-DLUX-   27.65

Ready   Wednesday 08/12/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
2 Piece(s)   Subtotal   $   22.12
Tax   $   0.00
Environmental Fee   $   1.66

Discount included   Total $   23.78

KROSEN - 000189



KROSEN - 000190



KROSEN - 000191

PUSH FRENCH CLEANERS
16950 JOG RD
DELRAY BEACH, FL 334

TERMINAL I.D.:                    8063
MERCHANT # :

08/21/09          5:36 PM

SWIPED

SALE
BATCH: 000447
INV:000084

AUTH: 096195

TOTAL           $545.18

KEVIN ROSEN

CUSTOMER COPY

KROSEN - 000192



KROSEN - 000193



16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN, KEVIN

ACCT. NO.  R2406256   TICKET NUMBER  550490

LUIS DI   STORE/EMP. NO./PC  LOCATION   LOT NO.   CK.

DATE / TIME
08/15/09 08:44

1 OJKT BLAC-COTT-LIND-                   19.75

Ready   Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
1  Piece(s)         Subtotal  $  15.80
                         Tax  $   0.00
           Environmental Fee  $   1.19

Discount included        Total  $  16.99

KROSEN - 000194





KROSEN - 000196



KROSEN - 000197



KROSEN - 000198



KROSEN - 000199



KROSEN - 000200



KROSEN - 000201



KROSEN - 000202



KROSEN - 000203



Posh
FRENCH
CLEANERS
& LAUNDERERS

**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER 550501

LUIS DI    STORE/EMP. NO./PC    LOCATION    LOT NO.    CK.

DATE / TIME
08/15/09 08:55

3 SCRF YELW-PASH-GRAY-PASH-WHIT-BROW-
  BLAC-CHEK-CSHM-                        38.00
2 MISC                                   16.00

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  5  Piece(s)        Subtotal   $   43.20
                         Tax   $    0.00
            Environmental Fee   $    3.24
Discount included        Total  $   46.44

KROSEN - 000204



KROSEN - 000205



KROSEN - 000206



KROSEN - 000207



**POSH FRENCH CLEANERS & LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER 5505100

LUIS DI    STORE/EMP. NO./PC    LOCATION    LOT NO.    CK.

DATE / TIME 08/15/09 09:38

1 OJKT BEIG-LTRM-    22.25

A BUSINESS FOUNDED ON QUALITY
DRIVEN BY EXCELLENCE

Ready    Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

1 Piece(s)    Subtotal    $    17.80
                Tax    $    0.00
        Environmental Fee    $    1.34

Discount included    Total $    19.14

KROSEN - 000208



KROSEN - 000209



**Posh**
**FRENCH CLEANERS**
**& LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER ♦ 550512

LUIS DI | STORE/EMP. NO./PC | LOCATION | LOT NO. | CK.

DATE / TIME
08/15/09 09:48

2 DRES ORAN-BLAC-PRNT-SILK-FANC-LIND-
  CHIL- // -PINK-PRNT-SILK-FANC-LIND-
  CHIL-                                   36.00

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
2  Piece(s)         Subtotal  $   28.80
                         Tax  $    0.00
              Environmental Fee  $    2.16

Discount included       Total  $   30.96

KROSEN - 000210



**Posh FRENCH CLEANERS & LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256   TICKET NUMBER ▸ 550513

LUIS DI   STORE/EMP. NO./PC   LOCATION   LOT NO.   CK.

DATE / TIME
08/15/09 09:50

2 DRES WHIT-SILK-FANC-CHIL-LIND- // -
  PINK-SILK-CHIL-FANC-LIND-        38.00
1 MISC                             0.00

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  3  Piece(s)        Subtotal  $   30.40
                         Tax  $    0.00
              Environmental Fee  $    2.28

Discount included       Total  $   32.__

KROSEN - 000211



KROSEN - 000212



**BABIES "R" US**

6409/98 1911:4 33882   082209 02:39PM        REFUND

Tell us what you think about your store visit today
**FOR A CHANCE TO WIN $500!**
VISIT WWW.BRU-SURVEYS.COM
See website for complete rules.
Este estudio de mercado esta disponible en espanol.

PLEASE RESPOND BY 08/24/09
TO PARTICIPATE

STORE 6409
ACCESS CODE 0912-9298-1081

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**BABIES "R" US**

(561) 477-3337
Boca Raton, FL 33428
A RECEIPT IS REQUIRED FOR ALL RETURNS

6409/98 1911:4 33882   082209 02:39PM        REFUND

RECEIPT 1: S-6409 R-05 T-0828 D-07/27/09 27833
LOYALTY NUMBER #2100019736957
FALL CORDN                           10.99-T1
  L40389-000173      12
  SUBTOTAL                           10.99-
END RECE
SUBTOTAL                                  pay

T1        TAX                         0.72-
TOTAL                               11.71-
                                    11.71-
REFUND DUE                           0.00

5364099819110 3903

Get FREE product safety & recall info @www.recalls.gov
FOR JOB OPPORTUNITIES, APPLY ONLINE @ WWW.RUSCAREERS.COM

KROSEN - 000213

*Drywall makeout*

# BABiES Я US

6409/05 0828:2 27833   072709 11:59AM   SALE

Tell us what you think about your store visit today
**FOR A CHANCE TO WIN $500!**
VISIT WWW.BRU-SURVEYS.COM
See website for complete rules.
Este estudio de mercado esta disponible en espanol.

PLEASE RESPOND BY  07/29/09
TO PARTICIPATE
STORE 6409
ACCESS CODE 0502-0787-2258

-----------------------------------------

# BABiES Я US

(561) 477-3337
Boca Raton, FL 33428
A RECEIPT IS REQUIRED FOR ALL RETURNS

6409/05 0828:2 27833   072709 11:59AM   SALE

| QUILTED CRIB PAD | 14.99 T1 |
| 717851390890 | |
| FALL CORDN | 8.99 T1 |
| 388610-000173  12 | |
| SPRING TODDLER | 10.99 T1 |
| 329134-D04070  12 | |
| FALL BOTTOMS | 6.99 T1 |
| 549902-650177  12 | |
| FALL BOTTOMS | 6.99 T1 |
| 549061-930174  12 | |
| FALL CORDN | 10.99 T1 |
| 680389-000173  12 | |
| FALL BOTTOMS | 6.99 T1 |
| 548944-2001/1  12 | |
| NEW VINYL   CONTOUR PAD | 22.99 T1 |
| 717851390692 | |
| NEW VINYL   CONTOUR PAD | 22.99 T1 |
| 717851390692 | |
| SUBTOTAL  IC  9 | 112.91 |
| T1  6.5002 TAX | 7.34 |
| **TOTAL** | **120.25** |
| | 120.25 |

/0006144S

STACEY ROSEN



LOYALTY NUMBER H21000019736957

||||| ||||||| ||| |||| ||||
536409050828920802

Get FREE product safety & recall info @www.recalls.gov
FOR JOB OPPORTUNITIES, APPLY ONLINE @ WWW.RUSCAREERS.COM

EOS        CN
Cargo Van
Moving
WELCOME

3D12421665-001

DATE        08/01/09
TIME        6:34 PM
AUTH# 03481S

MASTERCARD
ROSEN/KEVIN

PUMP   PRODUCT   PPG
08      UNLD    $2.599

GALLONS        TOTAL
18.525         $48.15

THANK YOU
HAVE A NICE DAY

KROSEN - 000215

CN
TownHouse

THE HOME DEPOT 6315
1400 WATERFORD PLACE
DELRAY BEACH, FL 33444 (561)272-5127

SALE          6315   00 01111    07/31/09
              0015 SCOT59    05:02 PM



043156994540 DBLTKEY1SDSN <A>          35.84
736511590296 KEYTAGS <A>                0.97
736511590684 68SCHLAGEKEY <A>
   4@1.58                                6.32
073088058034 TOILET SEAT <A>
   4@13.88                               55.52
049000018011 BEV-NBCDEP <A>             1.38
                    SUBTOTAL          100.03
                    SALES TAX            6.50
                    TOTAL             $106.53
                                      106.53
                                         TA



6315 59 01111 07/31/2009 1950

RETURN POLICY DEFINITIONS
POLICY ID   DAYS    POLICY EXPIRES ON
A     1      90        10/29/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES

KROSEN - 000216

LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
*******************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
8826 2570

Password:
9381 2511

Entries must be entered by 08/30/2009.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

KROSEN - 000217

CM

Cleaning Supplies
Townhouse

S U P E R C E N T E R
WE SELL FOR LESS
MANAGER DAVID MESCHI
( 954 ) 971 - 7170
POMPANO BEACH,FL
ST# 2962 OP# 00003831 TE# 17 TR# 05659
WONDER MOP    007173602000         7.97 X
12 PK TTWL    073785778654         5.00 X
12 PK TTWL    073785778654         5.00 X
                    SUBTOTAL      17.97
     TAX 1   6.000 %               1.08
                       TOTAL      19.05
               CASH  TEND         20.00
               CHANGE DUE          0.95

# ITEMS SOLD 3

TC# 2514 0718 3713 2780 6322

Find simple tips and earth-friendly
products at walmart.com/green
     08/01/09    12:37:08

KROSEN - 000218

WE VALUE YOUR OPINION!

WE WANT TO KNOW ABOUT YOUR SHOPPING
EXPERIENCE TODAY AT WAL-MART

Please complete a survey about
today's store visit at:

http://www.survey.walmart.com

You will need to enter the
following online:

ID #:   79D74X112FVF

IN RETURN FOR YOUR TIME YOU COULD
RECEIVE ONE OF FIVE $1000
WALMART SHOPPING CARDS

Must be 18 or older and a legal
resident of the 50 US or DC to
enter. No purchase necessary to
enter or win. To enter without
purchase and for complete official
rules visit
www.entry.survey.walmart.com.
Sweepstakes period ends on the date
shown in the official rules.  Survey
must be taken within TWO weeks
of today.

Esta encuesta también se encuentra
en español en la página del Internet

THANK YOU



Save money. Live better.

Continued on back...

KROSEN - 000219

*Water Filter - Leased*
*Townhouse*



THE HOME DEPOT 6315
1400 WATERFORD PLACE
DELRAY BEACH, FL 33444  (561)272-5127

|  | 6315 00017 66468 | 08/04/09 |
| SALE |  32 IJC1YJ | 04:23 PM |

084691125013 MWFDS <A>            39.99
           SALES TAX              2.60
           TOTAL               $42.59
                                42.59
                                   TA



6315 17 66468 08/04/2009 0201

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90       11/02/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
*****************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
139540 133242

Password:
9404 133225

Entries must be entered by 09/03/2009.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

KROSEN - 000220



KROSEN - 000221



**TARGET**
EXPECT MORE PAY LESS.

WEST BOCA RATON - 561-483-3400
07/27/2009 09:43 AM EXPIRES 10/25/09

**BABY**
| | | | |
|---|---|---|---|
| 031018361 | TG CR PANT | T | 4.00 |
| 031018426 | TG CR DRESS | T | 7.99 |
| 031018475 | TG CR TANKS | T | 5.00 |
| 031018489 | TG CR TANKS | T | 5.00 |
| 031019023 | TG CR SS TEE | T | 4.00 |
| 031038003 | IG CH DRESS | T | 9.99 |
| 031054106 | IG GK DRESS | T | 12.99 |
| 031054135 | IG GK DRESS | T | 12.99 |
| 031071451 | IG XH SHORT | T | 9.99 |
| 031072295 | IG XH SS TOP | T | 6.99 |
| 031072310 | TG XH SS TOP | T | 6.99 |

**HOME**
| | | | |
|---|---|---|---|
| 062060269 | F MATT PAD | T | 21.99 |

SUBTOTAL 107.92
T = FL TAX 6.5000% on 107.92 7.01
TOTAL 114.93

CHARGE 114.93

Target Pharmacy  We're here to help!
9am - 9pm M-F
9am - 6pm Sat
9am - 6pm Sun

REC#2-9208-0638-0074-4056-0 VCD#752-259-139

----------------------------------------



Win a
$5000
GiftCard

Tell us about your last shopping experience
at Target for a chance to win a
$5000 Target GiftCard!

Locate the Gift Registry
Kiosk and select GUEST SURVEY.
Or at home, log onto:

www.Target.com/survey
User ID:  7079 1936 2992
Password:  559 440

Cuéntanos acerca de tu última experiencia
de compra en Target y tendrás la oportunidad
de ganar una tarjeta de regalo Target
GiftCard por valor de $5000.
En el kiosco del registro de regalos,
selecciona "Guest Survey" o visita
www.target.com desde tu casa e ingresa
la contraseña y N° de usuario de arriba.
Normas disponibles en "Servicio al huésped"

ONE WINNER!
Guest must be 18 or older to enter.
Sweepstakes runs from
02/01/09 through 07/31/09
Complete rules at Guest
Service Desk and Target.com/survey.

KROSEN - 000222

POSH FRENCH CLEANERS
16950 JOG RD
DELRAY BEACH, FL 334

TERMINAL I.D.:                    8063
MERCHANT # :

08/08/09              3:54 PM

MASTERCARD

SWIPED

SALE
BATCH: 000436
INV:000099

AUTH: 06028S

TOTAL              $139.43

KEVIN ROSEN

CUSTOMER COPY

KROSEN - 000223



POSH
FRENCH
CLEANERS
& LAUNDERERS

**16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852**

**498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988**

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER 549639

LUIS DI    STORE/EMP. NO./PC    LOCATION    LOT NO.    CK.

DATE/TIME 08/08/09 15:39

5 SO\H WHIT- \ -BLUE- \ -BLUE-WHIT-
STRP- \ -GRAY- \ -BLAC-NSTA-    11.50

NONE
Ready  Wednesday 08/05/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

| 5  Piece(s) | Subtotal | $ | 9.20 |
| | Tax | $ | 0.00 |
| | Environmental Fee | $ | 0.69 |
| scount included | Total | $ | 9.89 |

KROSEN - 000224



**Posh**
**FRENCH CLEANERS**
**& LAUNDERERS**

**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256     TICKET NUMBER ▶ 549635

LUIS DI     | STORE/EMP. NO./PC | LOCATION | LOT NO. | CK.

DATE/TIME 08/05/09 15:38

2 SHOR BEIG-COTN- // -BEIG-COTN-CRGO-                15.90

2 SHRT WHIT-LINE- // -BLUE-RED -GREE-
  STRP-COTT-                                          14.90

Ready  Wednesday 08/05/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  4  Piece(s)        Subtotal  $  21.5
                          Tax  $   0.0
           Environmental Fee  $   1.6

Discount included        Total $   23.17

KROSEN - 000225



KROSEN - 000226



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

*Posh*

**FRENCH CLEANERS**
**& LAUNDERERS**

ROSEN, KEVIN

NAME

ACCT. No. R2406256     TICKET NUMBER 549636

LUIS DI    STORE/EMP. NO./PC | LOCATION | LOT NO. | CK.

08/04/09 15:39

3 SHRT BROW-BEIG-PRNT-COTT- // -NAVY-
  BLUE-STRP-COTT- // -BLUE-LITE-CHEK-
  COTT-                                    21.85
1 PANT BLAC-COTT-                           6.95

Ready  Wednesday 08/05/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
 4  Piece(s)        Subtotal  $   20.15
                         Tax  $    0.00
              Environmental Fee  $    1.51

Discount included     Total  $   21.66
Repr.

KROSEN - 000227



16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT.NO. R2406256    TICKET NUMBER 549637

LUIS DI    STORE/EMP. NO./PC    LOCATION    LOT NO.    CK.

DATE/TIME 08/05/09 15:39

4 PANT BLAC-COTT- // -BLAC-COTT- // -
WHIT-LINE- // -BLAC-STRP-COTT-    20.80

Ready   Wednesday 08/05/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
4  Piece(s)        Subtotal   $   20.16
                        Tax   $    0.00
          Environmental Fee   $    1.51

Discount included    Total  $   21.67
Repr.

KROSEN - 000228



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

*Posh*
*the*
**FRENCH CLEANERS**
& LAUNDERERS

ROSEN, KEVIN
NAME

ACCT. NO. R2406256      TICKET NUMBER 549638

LUIS DI

| STORE/EMP. NO./PC | LOCATION | LOT NO. | CK. |

08/04/09 15:39

6 SO\H GRAY- \ -BLUE- \ -NAVY-STRP-
\ -WHIT-GREE-BLUE-STRP- \ -BLAC-
BLUE-STRP- \ -BLUE-LITE-STRP-NSTA-
                                          13.80

NONE
Ready  Wednesday 08/05/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
 6  Piece(s)        Subtotal  $  11.04
                         Tax  $   0.00
            Environmental Fee  $   0.83

Discount included      Total  $  11.87
Repr.

KROSEN - 000229



KROSEN - 000230





**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

**498 WEST HILLSBORO BLVD.**
**DEERFIELD BEACH, FL 33441**
**(954) 427-9988**

Posh
FC
FRENCH
CLEANERS
& LAUNDERERS

NAME    ROSEN, KEVIN

ACCT. NO.   R2406256    TICKET NUMBER   550491

LUIS DI    STORE/EMP. NO./PC   LOCATION    LOT NO.    CK.

DATE/TIME
08/21/09 11:28

1 BLNK ORAN-TWIN-                      29.00

A BUSINESS FOUNDED ON QUALITY
CPF
DRIVEN BY EXCELLENCE

Ready  Tuesday 08/25/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  1  Piece(s)         Subtotal  $    23.20
                           Tax  $     0.00
               Environmental Fee  $     1.74

Discount included     Total  $    24.94
Repr.

KROSEN - 000232





**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME    ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER ▶ 550493

LUIS DI    STORE/EMP. NO./PC LOCATION    LOT NO.    CK.

DATE / TIME
08/21/09 11:29

1 OJKT BLAC-COTT-LIND-                    21.25

A BUSINESS FOUNDED ON QUALITY
CPF
DRIVEN BY EXCELLENCE

Ready   Tuesday 08/18/09
MONDAY – FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  1   Piece(s)          Subtotal   $    17.00
                           Tax   $     0.00
              Environmental Fee   $     1.27

Discount included     Total  $   18.27

KROSEN - 000234



**Posh FRENCH CLEANERS & LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER  550494

LOTS D1    STORE/EMP. NO./PC  LOCATION    LOT NO.    CK.

DATE / TIME
08/21/09 11:29

1 SWTR GRAY-COTT-HEVY-                    11.25

*A BUSINESS FOUNDED ON QUALITY*
*CPF*
*DRIVEN BY EXCELLENCE*

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
1  Piece(s)        Subtotal  $    9.00
                        Tax  $    0.00
          Environmental Fee  $    0.68

Discount included      Total  $    9.68
Repr.

KROSEN - 000235



KROSEN - 000236



KROSEN - 000237



16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER ♦ 550498

LUIS DI    STORE/EMP. NO./PC LOCATION    LOT NO.    CK.

DATE/TIME
08/21/09 11:28

1 BLNK BEIG-PINK-PRNT-TWIN-    29.00

Ready Tuesday 08/25/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  1 Piece(s)    Subtotal  $   23.20
                Tax       $    0.00
        Environmental Fee $    1.74
Discount included    Total  $   24.94

KROSEN - 000238







**Posh**
**FRENCH CLEANERS**
**& LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN, KEVIN

ACCT. NO.  R2406256      TICKET NUMBER ▶ 550501

LUIS DI    STORE/EMP. NO./PC  LOCATION     LOT NO.     CK.

DATE / TIME
08/21/09 11:28

3 SCRF YELW-PASH-GRAY-PASH-WHIT-BROW-
  BLAC-CHEK-CSHM-                    38.00
2 MISC                               16.00

A BUSINESS FOUNDED ON QUALITY
DRIVEN BY EXCELLENCE

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
 5  Piece(s)          Subtotal  $   43.20
                          Tax   $    0.00
               Environmental Fee  $    3.24

Discount included     Total $    46.44

KROSEN - 000241



KROSEN - 000242



*Posh*
FRENCH CLEANERS
& LAUNDERERS

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER 550503

LUIS DI    STORE/EMP. NO./PC  LOCATION    LOT NO.    CK.

DATE/TIME
08/21/09 11:28

6 MISC                                      60.00

Ready  Tuesday 08/25/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
  6  Piece(s)          Subtotal  $   48.00
                            Tax  $    0.00
              Environmental Fee  $    3.60
Discount included       Total  $   51.60

KROSEN - 000243



KROSEN - 000244



**16950 JOG ROAD**
**DELRAY BEACH, FL 33446**
**(561) 498-8852**

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN,  KEVIN

ACCT. NO.  R2406256    TICKET NUMBER ▶ 550510

LUIS DI    STORE/EMP. NO./PC  LOCATION          LOT NO.          CK.

DATE / TIME
08/21/09 11:28

1 OJKT BEIG-LTRM-                    22.25

*A BUSINESS FOUNDED ON QUALITY*
*CF*
*DRIVEN BY EXCELLENCE*

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

| 1  Piece(s) | Subtotal | $ | 17.80 |
| | Tax | $ | 0.00 |
| | Environmental Fee | $ | 1.34 |
| Discount included | Total | $ | 19.14 |

KROSEN - 000245



KROSEN - 000246



KROSEN - 000247



Repr.

**Posh &**
**FRENCH CLEANERS**
**& LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  **ROSEN, KEVIN**

ACCT. NO.  R2406256    TICKET NUMBER ► **550513**

| LUIS D1 | STORE/EMP. NO./PC | LOCATION | LOT NO. | CK. |

DATE / TIME
08/21/09 11:28

2 DRES WHIT-SILK-FANC-CHIL-LIND- // -
  PINK-SILK-CHIL-FANC-LIND-        38.00
1 MISC                             0.00

Ready  Tuesday 08/18/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
 3  Piece(s)        Subtotal  $   30.40
                         Tax  $    0.00
            Environmental Fee  $    2.28

Discount included      Total  $   32.68
Repr.

KROSEN - 000248



KROSEN - 000249

```
POSH FRENCH CLEANERS
    16950 JOG RD
DELRAY BEACH, FL 334

TERMINAL I.D.:
MERCHANT #  :              0063

09/23/09         6:03 PM

MASTERCARD
SWIPED

SALE
BATCH: 000474
INV:000058

AUTH: 00513S

TOTAL          $280.18


KEVIN ROSEN


       CUSTOMER COPY
```

KROSEN - 000250

```
          POSH FRENCH CLEANERS
              16950 JOG RD
          DELRAY BEACH, FL 334

          TERMINAL I.D.:            8063
          MERCHANT #  :

          08/29/09         9:10 AM

          MASTERCARD

          SWIPED

          SALE
          BATCH: 000454
          INV:000123

          AUTH: 00719S

          TOTAL           $111.80


          KEVIN ROSEN


                CUSTOMER COPY
```

KROSEN - 000251



**Posh French Cleaners & Launderers**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER 550497

LUIS DI | STORE/EMP. NO./PC | LOCATION | LOT NO. | CK.

DATE / TIME
08/25/09 08:54

1 SJKT BROW-LTHR-LIND-          65.00

Ready  Tuesday 08/25/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM

| 1 Piece(s) | Subtotal | $ | 52.00 |
| | Tax | $ | 0.00 |
| | Environmental Fee | $ | 3.90 |

Discount included      Total  $   55.90

KROSEN - 000252



**POSH FRENCH CLEANERS & LAUNDERERS**

16950 JOG ROAD
DELRAY BEACH, FL 33446
(561) 498-8852

498 WEST HILLSBORO BLVD.
DEERFIELD BEACH, FL 33441
(954) 427-9988

NAME  ROSEN, KEVIN

ACCT. NO. R2406256    TICKET NUMBER ►550485

LUIS DI    STORE/EMP. NO./PC  LOCATION    LOT NO.    CK.

DATE / TIME
08/25/09  08:54

1 SJKT BLAC-LTHR-LIND-                65.00

Ready  Tuesday 08/25/09
MONDAY - FRIDAY AFTER 5:00 PM
SATURDAYS AFTER 10:00 AM
1  Piece(s)       Subtotal   $    52.00
                       Tax   $     0.00
         Environmental Fee   $     3.90

Discount included    Total  $    55.90
Repr.

KROSEN - 000253

POSH FRENCH CLEANERS
16950 JOG RD
DELRAY BEACH FL 334

TERMINAL I.D.:                    8063
MERCHANT #  :

09/04/09          5:43 PM

MASTERCARD

SWIPED

SALE
BATCH: 000459
INV:000097

AUTH: 00453S

TOTAL          $55.90

KEVIN ROSEN

CUSTOMER COPY

KROSEN - 000254



KROSEN - 000255

*COLD WATER.* *2 cycle*

## PrePaid

## 25126 ✓

5/8/2009 11:43 AM
LAUNDRY
282 SOUTH FEDERAL HWY
DEERFIELD BEACH, FL 33441
954-480-5964

2298
**KEVIN ROSEN**

| Qty | Dept | Description | Amount |
|-----|------|-------------|--------|
| 1 | LAU | Wash Dry Fold Service | 96.60 |
| | | 96 CLUB Pounds. | |

Sub Total: 96.60
Tax: 0.00

## TOTAL: 96.60

Tendered: 96.60
Change Due: 0.00

Paid by: CreditCard

Swiped
ROSEN/KEVIN
Signature
Buyer agrees to pay total amount above according
to cardholder agreement with Issuer.

Employee: L. DALE
Thanks!

## Ready: 08/09/09 3 PM

KROSEN - 000256



# Receipt
# 25296



8/16/2009 5:28 PM
LAUNDRY
282 SOUTH FEDERAL HWY
DEERFIELD BEACH, FL 33441
954-480-6964

3

## SALES CUSTOMER
000-000-0000

| Qty | Dept | Description | Amount |
|-----|------|-------------|--------|
| 1 | ADJ | Customer Card $20.00 | 20.00 |
| 1 | ADJ | Customer Card - $1.00 | 1.00 |
| 1 | ADJ | Customer Card - $1.00 | 1.00 |
| 1 | ADJ | Customer Card - $0.25 | 0.25 |

Sub Total: 22.25
Tax: 0.00

## TOTAL: 22.25
Tendered: 22.25
Change Due: 0.00

Paid by: Cash
Employee: L, DALE
Thanks!

KROSEN - 000257



**PrePaid**

**25219**

8/12/2009 2:26 PM
LAUNDRY
282 SOUTH FEDERAL HWY
DEERFIELD BEACH, FL 33441
954-480-6964

2298
**KEVIN ROSEN**

| Qty Dept Description | Amount |
|---|---|
| 1  LAU  Wash Dry Fold Service | 19.55 |
| 17 CLUB Pounds |  |

Sub Total: 19.55
Tax: 0.00

**TOTAL: 19.55**

Tendered: 19.55
Change Due: 0.00

Paid by: CreditCard
***** Credit Card Authorization ********
MC
Card#
Swiped
ROSEN/STACEY

Signature
Never declare the total amount above according to purchase agreement with Issuer.
*************************************

Employee: D, L
Thanks!

**Ready: 08/13/09  5 PM**

KROSEN - 000258

CP



## Receipt
## 25271

9/16/2009 6:26 PM
LAUNDRY
282 SOUTH FEDERAL HWY
DEERFIELD BEACH, FL 33441
954-480-6954

2298
**KEVIN ROSEN**

| Qty | Dept | Description | Amount |
|-----|------|-------------|--------|
| 1 | LAU | Wash Dry Fold Service | 90.85 |
| | | 79 CLUB Pounds | |

Sub Total: 90.85
Tax: 0.00
**TOTAL: 90.85**
Tendered: 90.85
Change Due: 0.00

Paid by: Cash
Employee: L. DALE
Thanks!

KROSEN - 000259

CD

Comforters

## Receipt
## 25634



8/30/2009 6:26 PM
LAUNDRY
282 SOUTH FEDERAL HWY
DEERFIELD BEACH, FL 33441
954-460-6964

SALES CUSTOMER
000-000-0000

| Qty | Dept | Description | Amount |
|-----|------|-------------|--------|
| 1 | ADJ | Customer Card $10.00 | 10.00 |
| 1 | ADJ | Customer Card - $1.00 | 1.00 |
| 1 | ADJ | Customer Card - $1.00 | 1.00 |
| 1 | ADJ | Customer Card - $0.25 | 0.25 |

Sub Total: 12.25
Tax: 0.00

## TOTAL: 12.25
Tendered: 12.25
Change Due: 0.00

Paid by: Cash
Employee: L, DALE
Thanks!

KROSEN - 000260

CN
Caso Van Gas

U GAS
5101 N FED. HWY
BOCA RATON

ROSEN/KEVIN
INVOICE# 006021
DATE 08/09/09  13:03
PUMP # 07
PRODUCT: UNLD
GALLONS:        5.358
PRICE/G:      $ 2.799
FUEL  SALE   $ 15.00
AUTH# 09357S
    ****CHARGE****

THANK YOU
HAVE A NICE DAY

KROSEN - 000261

5540 Trieste Way



EXPECT MORE. PAY LESS.

WEST BOCA RATON - 561-483-3400
08/06/2009 09:27 AM EXPIRES 11/04/09

CLEANING SUPPLIES
002090057    CORN BROOM        T    6.99
002090230    PLUNGER           T    4.99

HOME
253030081    BOUNTY PIPO       T   17.99
253060023    UP BATH           T   11.69

                    SUBTOTAL       41.66
        T = FL TAX 6.5000% on   41.66    2.71
                    TOTAL        44.37

           MASTERCARD CHARGE    44.37

Target Pharmacy   We're here to help!
           9am - 9pm M-F
           9am - 6pm Sat
           9am - 6pm Sun

REC#2-9218-0638-0078-8958-3 VCD#759-258-849

KROSEN - 000262



CD

FedEx Office.

FedEx Kinko's is now FedEx Office

August 11,2009 22:28                     Page: 1
Receipt #: 511550
MasterCard #:
2009/08/11 22:14

Qty    Description                      Amount

55     ES B&W S/S White 8.5 x11          4.95


              SubTotal                    4.95
              Taxes                       0.32
              Total                       5.27

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

2501 N FEDERAL HWY
BOCA RATON, FL 33431
(561) 367-9577
www.fedexkinkos.com
Please recycle this receipt.

KROSEN - 000263

CD



FedEx Office.

FedEx Kinko's is now FedEx Office

August 11,2008 21:27                           Page: 1
Receipt #: 511532
MasterCard #: ▓▓▓▓▓▓▓▓▓▓
2008/08/11 19:32

Qty   Description                              Amount

954   ES B&W S/S White 8.5 x11                 85.86


                  SubTotal                     85.86
                  Taxes                          5.58
                  Total                         91.44


The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

2501 N FEDERAL HWY
BOCA RATON, FL 33431
(561) 367-9577
www.fedexkinkos.com
Please recycle this receipt.

KROSEN - 000264

CD
/ Townhouse

**THANKS A LOCK**
9834 GLADES ROAD
BOCA RATON, FL 33434
561-852-0433
SE CORNER @ GLADES & 441

08-08-2009    NO #:0000
SHOP REKEY        *10.50T1

SUBTTL            *10.50
                  *0.68T1

**TOTAL**         *11.18
AMOUNT            *20.00
CHANGE            *8.82

PM 3-08   0018
THANKS PLEASE COME AGAIN
HOURS MON-FRI 8:30-6:00
SAT 8:30-3:00 CLOSED SUN
EMERGENCY AFTER HOURS
SERVICE ALWAYS AVAILABLE

KROSEN - 000265

THE HOME DEPOT 0204
9820 GLADES ROAD. BOCA RATON,FL 33434
STORE MGR KAMAL AKBAR    (561)451-0240

SALE        0204 00057 13664    09/04/09
                   14 SCO157    01:35 PM



071649241901 PADLOCK <A>          11.49
              SALES TAX            0.75
              TOTAL              $12.24
                                 12.24
                                    TA

0204 57 13664 09/04/2009 8796

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A    1       90       12/03/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE

KROSEN - 000266

```
*****************************************
```

## ENTER FOR A CHANCE TO WIN A $5,000 HOME DEPOT GIFT CARD!

Share Your Opinion With Us! Complete the brief survey about your store visit and enter for a chance to win at:

www.homedepot.com/opinion

## ¡PARTICIPE EN UNA OPORTUNIDAD DE GANAR UNA TARJETA DE REGALO DE THD DE $5,000!

Comparta Su Opinion! Complete a breve encuesta sobre su visita a la tienda y tenga la oportunidad de ganar en:

www.homedepot.com/opinion

### User ID:
### 27821 27674

### Password:
### 9454 27617

Entries must be entered by 10/04/2009.
Entrants must be 18 or older to enter
See complete rules on website. No
purchase necessary.

KROSEN - 000267

# THE HOME DEPOT 6315
1400 WATERFORD PLACE
DELRAY BEACH, FL 33444  (561)272-5127

          6315 00057 41871    09/19/09
SALE               14 SCOT57    08:09 AM



071649241901 PADLOCK <A>          11.49
          SALES TAX               0.75
          TOTAL                 $12.24
                                 12.24
                                   TA



57 41871 09/19/2009 8179

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1     90      12/18/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
** *****"**** ***-*""**"*********

                              ANCE

KROSEN - 000268

THE HOME DEPOT 6315
1400 WATERFORD PLACE
DELRAY BEACH, FL 33444  (561)272-5127

SALE

6315 00056 94047      08/06/09
14 SCOT56      06:52 PM



051131972155 AIR FILTER <A>      24.97
031949146054 17X29 FILTER <A>      15.88
403.97
SUBTOTAL      40.85
SALES TAX      2.66
TOTAL      $43.51
43.51  TA



6315 56 94047 08/06/2009 2444

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A      1      90      11/04/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
*******************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinión! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
194698  188439

Password:
9406  188383

Entries must be entered by 09/05/2009.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

KROSEN - 000269



# TWO MEN AND A TRUCK®

## "Movers Who Care®"

0161- 8383

7682 Wiles Road
Coral Springs, FL 33067
(954) 575-1771 • (561) 994-1616
Fax (954) 575-1781
**Each franchise independently
owned and operated**
www.twomen.com
MV240

## HOME MOVING SHEET

| | |
|---|---|
| Move Date: Sat Sep 26, 2009 | Job #: BO15817 |
| ETA: 8:00 AM | Zone: Local |
| Truck: 103-Boca | Activity: Moving |
| Confirm: BYRF-HOUS-BOY | Type: Home |
| Team: 2 | Booked: Wed Sep 23, 2009 |
| | Scheduler: Renee |

Customer/Phones:
Rosen, Kevin

▮▮▮▮▮▮▮▮▮▮▮▮

Move From:
House
The Oakes
17830 Monte Vista DR
Boca Raton, FL 33496
Floor: 1

Move To:
Storage
None
Boca Raton, FL 33496
Floor: 1

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Quantity | Item |
|---|---|
| 1 | pcs Living Rm |
| 1 | Drive Time (Bet |
| 5 | Boxes |
| 1 | Grnd to Grnd Fl |

Extras    Note
crated chandelier

Boxes: Billing: Invoice
Amount:
Delivery:

**PLEASE READ CAREFULLY: THIS CONTRACT FOR SERVICE IS REQUIRED BY COUNTY ORDINANCE AND MUST INCLUDE THE TERMS AND COSTS ASSOCIATED WITH YOUR MOVE. IN ORDER FOR THE CONTRACT FOR SERVICE TO BE ACCURATE YOU MUST DISCLOSE ALL INFORMATION RELEVANT TO THE MOVE TO THE MOVER. COUNTY ORDINANCE REQUIRES THAT A MOVER RELINQUISH**

KROSEN_000270

**PLEASE READ CAREFULLY: THIS CONTRACT FOR SERVICE IS REQUIRED BY COUNTY ORDINANCE AND MUST INCLUDE THE TERMS AND COSTS ASSOCIATED WITH YOUR MOVE. IN ORDER FOR THE CONTRACT FOR SERVICE TO BE ACCURATE YOU MUST DISCLOSE ALL INFORMATION RELEVANT TO THE MOVE TO THE MOVER. COUNTY ORDINANCE REQUIRES THAT A MOVER RELINQUISH POSSESSION OF YOUR GOODS AND COMPLETE YOUR MOVE UPON PAYMENT OF NO MORE THAN THE SPECIFIED MAXIMUM AMOUNT DUE AT DELIVERY.**

DECLARATION OF VALUE: The Customer hereby declares the value of all goods, including the contents of containers, received or transported, or later received and / or transported for the Customer as set forth below. Such value to be the agreed value for all purpose whatsoever: EITHER A OR B

A. I herby declare the value of the goods tendered to the Company to be $.60 _____ per pound per article, and agree to the Company's limited liability as set forth in Section 1, subdivision (A) & (B) on the reverse side hereof. Signature _____

"By signing this form, you are waiving certain valuable coverage which protects your possessions above the minimum amounts set by law. Please read carefully."

B. I hereby declare the value of the goods deposited with the company to be $ _____ and agree in the alternative to the limitation of the Company's liability as set forth in Section 1, subdivision _____ on the reverse side hereof and agree to pay the additional valuation charge of $ _____ per hundred dollars of valuation, the value herein declared shall not be less than _____ of weight in the shipment. If the value specified is less, then the value and the charge thereof shall be increased to meet the minimum requirement of $ _____ . If not weighed, a constructive weight, based upon seven pounds per cubic foot, will be used in addition to the foregoing. If the shipment _____ such item(s) and its (their) value(s) must be listed immediately below, and such declaration will be in addition t_____

Total dec_____

Lanserv Inc. D.B.A. **TWO MEN A___** Florida as a Mover. Registration No. 1M49.

Please read the front and reverse side for terms and conditions covering th___ ___ash, Cashier's Check, Traveler's Check, or Money Order, or Valid Credit Card (Visa, M___ ___er, AMEX) payment in full of all charges is required before delivery.

White Copy/Office (numerical)    Green Copy/Office (chronological)    Yellow Copy/Customer



# TWO MEN AND A TRUCK.

## "Movers Who Care."

0161-    8298

7682 Wiles Road
Coral Springs, FL 33067
(954) 575-1771 • (561) 994-1616
Fax (954) 575-1781
Each franchise independently
owned and operated
www.twomen.com
MV240

**HOME MOVING SHEET**

Move Date: Sat Sep 05, 2009
ETA: 8:00 AM
Truck: 104-Boca
SYS#: BY04-HGU4-SC2
Team: 3

Job #: BO15734
Zone: Local
Activity: Moving
Type: Home
Booked: Wed Sep 02, 2009
Scheduler: Bruce

Move From:
House
The Oakes
17630 Monte Vista Drive
Boca Raton, FL 33496
Floor: 1/2

Storage
none
Boca Raton, FL 33496
Note: Customer understand she pays for actual time used.
Assuming ground floor storage.

Boxes: Billing: Invoice
Amount:
Delivery:

---

**PLEASE READ CAREFULLY: THIS CONTRACT FOR SERVICE IS REQUIRED BY COUNTY ORDINANCE AND MUST INCLUDE THE TERMS AND COSTS ASSOCIATED WITH YOUR MOVE. IN ORDER FOR THE CONTRACT FOR SERVICE TO BE ACCURATE YOU MUST DISCLOSE ALL INFORMATION RELEVANT TO THE MOVE TO THE MOVER. COUNTY ORDINANCE REQUIRES THAT A MOVER RELINQUISH POSSESSION OF YOUR GOODS AND COMPLETE YOUR MOVE UPON PAYMENT OF NO MORE THAN THE SPECIFIED MAXIMUM AMOUNT DUE AT DELIVERY.**

DECLARATION OF VALUE: The Customer hereby declares the value of all goods, including the contents of containers, received or transported, or later received and / or transported for the Customer as set forth below: Such value to be the agreed value for all purpose whatsoever: EITHER A OR B
A. I herby declare the value of the goods tendered to the Company to be $.60 per pound per article, and agree to the Company's limited liability as set forth in Section 1, subdivision (A) & (B) on the reverse side hereof. Signature

"By signing this form, you are waiving certain valuable coverage which protects your possessions above the minimum amounts set by law. Please read carefully."

B. I hereby declare the value of the goods deposited with the company to be $ and agree in the alternative to the limitation of the Company's liability as set forth in Section 1, subdivision (A) & (C) on the reverse side hereof and agree to pay the additional valuation charge of $ per hundred dollars of valuation, the value herein declared shall not be less than $ for each pound of weight in the shipment. If the value specified is less, then the value and the charge thereof shall be increased to meet the minimum requirement of $ times the weight of the shipment in pounds. If not weighed, a constructive weight, based upon seven pounds per cubic foot, will be used in addition to the foregoing. If the shipment contains any article, the value of which is in excess of $ such item(s) and its (their) value(s) must be listed immediately below, and such declaration will be in addition to the above declared value. Signature

Total declared value of all articles: $

| 2 Hour Minimum | | Moving Rate: | 1 | Truck(s) | 2 | Men $ | /hr |
|---|---|---|---|---|---|---|---|
| Trip Charge | =$ | | | | | KROSEN - 000272 | |
| Moving    Hours @ $    /hr. | =$ | | | | | | |

PRINTED DATA ONLY ABOVE THIS LINE ———— DO NOT CIRCLE EXPIRATION DATE

DATE  9/5/03    CLERK

COPY

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

| | TAX | |
|---|---|---|
| SALES | TIP | |
| SLIP | MISC. | |
| TOTAL | $ 77.50 | |

**PLEASE F** ... **RED BY COUNTY ORDINANCE**
**AND MUS** ... **R MOVE. IN ORDER FOR THE**
**CONTRA** ... **LL INFORMATION RELEVANT**
**TO THE** ... **THAT A MOVER RELINQUISH**
**POSSESS** ... **PAYMENT OF NO MORE THAN**
**THE SP**

DECLARATI... ...ived or transported, or later received and / or transported
for the Custom...
A. I herby declare... ...pany's limited liability as set forth in Section 1, subdivi-
sion (A) & (B) on the reverse side ...

"By signing this form, you are waiving certain valuable coverage which prot... ...ounts set by law. Please read carefully."

B. I hereby declare the value of the goods deposited with the company to be $_____ and agree in the alternative to limit...itation of the Company's liability as set forth in Section 1, subdivision (A) & (C) on the reverse side hereof and agree to pay the additional valuation charge of $_____ per hundred dollars of valuation, the value herein declared shall not be less than $_____ for each pound of weight in the shipment. If the value specified is less, then the value and the charge thereof shall be increased to meet the minimum requirement of $_____ times the weight of the shipment in pounds. If not weighed, a constructive weight, based upon seven pounds per cubic foot, will be used in addition to the foregoing. If the shipment contains any article, the value of which is in excess of $_____ such item(s) and its (their) value(s) must be listed immediately below, and such declaration will be in addition to the above declared value. Signature

Total declared value of all articles: $_____

| **2 Hour Minimum** | | | | Moving Rate: | Truck(s) | Men $ | /hr |
|---|---|---|---|---|---|---|---|
| Trip Charge | | =$ | | | | | |
| Moving | Hours @ $ | /hr. | =$ | | | | |
| Moving | Hours @ $ | /hr. | =$ | | | | |

| | Dep | Arrival | Downtime | Dep | Arrival |
|---|---|---|---|---|---|
| Movers: | | | | | |
| Extras | @ $ | /hr. | =$ |
| Extras | @ $ | /hr. | =$ |
| Valuation Coverage | | =$ |
| Packing Supplies | + tax | =$ |
| Packing | Hours @ $ | /hr. | =$ |
| Other | | =$ |

Visa
Card#
Expire
Custom

Subtotal  =$
Adjustment  =$
Balance Due  =$ 77.50

At Origin:  Customer Signature  X

At Delivery:  Customer Signature  X

Customer Waives Inventory

Lanserv Inc. D.B.A. **TWO MEN AND A TRUCK**® is registered with the State of Florida as a Mover.  Registration No. IM49.

Please read the front and reverse side for terms and conditions covering this Contract for Services.  The final settlement of Cash, Cashier's Check, Traveler's Check, or Money Order, or   Valid Credit Card (Visa, MC, Discover, AMEX) payment in full

White Copy/Office (numerical)      Green Copy/Office (chronological)      Yellow Copy

KROSEN - 000273

Case 2:09-md-02047-EEF-MBN Document 22363-42 Filed 11/19/19 Page 101 of 201
Case 1:11-cv-22408-MGC Document 270-1 Entered on FLSD Docket 05/30/2011 Page 283 of 459

Page 1 of 1

**02 Mission Bay Self Storage**
20273 State Rd. 7
Boca Raton, FL 33498
(561) 470-8884

# RECEIPT

| | |
|---|---|
| **Trans. Date & Time:** | 9/4/2009 12:59:17 PM |
| **Transaction #:** | 85441081 |
| **Account Name:** | Merchandise Only |
| **Account ID:** | -9 |

Merchandise Only

**Trans. Received By:** Lillian - 84477

| Item | Quantity | Item Price | Tax Amt | Sub Total |
|---|---|---|---|---|
| (b) Protection Kit-glassguard | 2 | $7.49 | 0.97 | $15.95 |
| (b) Box- Small 16x12x12 | 2 | $1.27 | 0.17 | $2.71 |
| (b) Drop Cloth | 5 | $10.49 | 3.41 | $55.86 |
| | | Trans Total | | $74.52 |
| | | Amount Recd | | $74.52 |
| | | Change | | $0.00 |

**Payment Method(s)**
Credit Card ▓▓▓▓▓ $74.52

**Customer's Signature** _____

**Manager's Signature** _____

KROSEN - 000274

Page 1 of 1

## 02 Mission Bay Self Storage
20273 State Rd. 7
Boca Raton, FL 33498
(561) 470-8884

# RECEIPT

| | |
|---|---|
| **Trans. Date & Time:** | 9/4/2009 12:45:07 PM |
| **Transaction #:** | 85438782 |
| **Account Name:** | Rosen, Kevin |
| **Account ID:** | 3958171 |

Rosen, Kevin
P.o. Box 810544
Boca Raton, FL 33481

**Trans. Received By:**    Carney - 95433

| Item | Quantity | Item Price | Tax Amt | Sub Total | Paid Thru |
|---|---|---|---|---|---|
| Unit F238 | 1 | $1,883.00 | 122.4 | $2,005.40 | 05/31/2010 |
| Unapplied Credit Unit F238 | 1 | $247.07 | 0 | $247.07 | 5/31/2010 |
| | | | Trans Total | $2,252.47 | |
| | | | Amount Recd | $2,252.47 | |
| | | | Change | $0.00 | |

**Payment Method(s)**
Credit Card ▓▓▓▓▓▓▓  $2,252.47

*Paid through end of Sept 201*

**Customer's Signature** _____     **Manager's Signature** _____

KROSEN - 000275

Page 1 of 1

**02 Mission Bay Self Storage**
20273 State Rd. 7
Boca Raton, FL 33498
(561) 470-8884

## RECEIPT

| | |
|---|---|
| **Trans. Date & Time:** | 9/4/2009 12:41:26 PM |
| **Transaction #:** | 85436567 |
| **Account Name:** | Rosen, Kevin |
| **Account ID:** | 3958171 |

Rosen, Kevin
P.o. Box 810544
Boca Raton, FL 33481

**Trans. Received By:**    Carney - 95433

| Item | Quantity | Item Price | Tax Amt | Sub Total | Paid Thru |
|---|---|---|---|---|---|
| Unit F238 | 1 | $511.10 | 33.22 | $544.32 | 10/31/2009 |
| Administration Fee | 1 | $15.00 | 0 | $15.00 | |
| Discount | 1 | ($87.44) | -5.68 | ($93.12) | |
| | | Trans Total | | $466.20 | |
| | | Amount Recd | | $466.20 | |
| | | Change | | $0.00 | |

**Payment Method(s)**
Credit Card ▉▉▉▉▉▉ $466.20

**Customer's Signature** _____    **Manager's Signature** _____

KROSEN - 000276



## PARKER CRYSTALS

*3310 N.E. 14ᵀᴴ Terrace*
*Pompano Beach, FL 33064*
*Phone: 954-709-3659 * Fax: 954-941-4333*
*Email: Brad@ParkerCrystals.com*

**INVOICE #** PC-09-705

**CUSTOMER:**

Kevin Rosen
17830 Monte Vista Dr
Boca Raton, FL 33496

**PRODUCTS:**

Boxes, Tape, Bubble, Wood, Screws, etc. = $170.00
Cost of Rental Lift for day = $130.00

**Total:**          **$300.00**

**SERVICES:**

10.25x Standard (2 person) Rate @ $160.00/hr = $1640.00

**Total:**          **$1640. 00**

**Total Amount:**   **$1940.00**

Paid Via Check # ▮▮▮ on 9/19/09

## Total Due: $0.00

(Please make checks payable to <u>Parker Crystals</u>)

Total amount is due upon receipt.
Amount is payable in US funds via Cash, Check, or Money Order.

**www.PARKERCRYSTALS.com**

KROSEN - 000277



**Special Rate**

Special Rate: _Freemove in (Price Match_
Valid to: _10/30/09_ _indefinate_
Standard Rate: _$220_ **Self Storage Rental Agreement**
Start Date: _09/30/09_ Incorporating the Florida Self-Service Storage Facility Act
Tenant Initials: _____

**Owner**

### Occupant Information

| | |
|---|---|
| Name: | Kevin Rosen |
| Address: | P.O. Box 810544 |
| | Boca Raton, FL |
| | 33496 |
| Phone Number: | |
| Email: | |
| Birth Date: | |
| Drivers License #: | |

| | |
|---|---|
| Name: | Boca Raton Stor-All, Ltd. |
| Address: | 20599 81st Way South |
| | Boca Raton, FL |
| | 33434 |
| Phone Number: | 561-451-4772 |

### Rental Information

| | | | |
|---|---|---|---|
| Rental Agreement Date: | 09/19/2009 | Move in Date: | 09/19/2009 |
| Rental Agreement Number: | 171 | Monthly Due Date: | 30 |
| Space Number: | 1063 | Next Due Date: | 09/30/2009 |
| Approximate Space Size: | 10.00X15.00 | Rental Agreement Type: | Month To Month |

### Rental and Merchandise Charges

| | | | |
|---|---|---|---|
| Monthly Rental Charge: | $260.00 | Less Discount: | $260.00 |
| Protection Option: | $0.00 | Merchandise: | $0.00 |
| Sales Tax: | $0.00 | Sales Tax: | $0.00 |
| Total Monthly Payment: | $260.00 | Administration Fee: | $20.00 |
| | | Total Due at Move In: | $20.00 |

1. **Term.** This Rental Agreement ("Agreement") is entered into on the date stated above by and between the Owner as listed at the top of this Agreement, Stor-All Management, LLC and its agents, hereinafter called "Owner", and the occupant as listed at the top of this Agreement, hereinafter referred to as "Occupant", whose last known address is at the top of this Agreement. For the consideration provided in this Agreement, the Occupant agrees to rent from the Owner, and the Owner agrees to let the Occupant use and occupy the storage Space listed above (hereinafter referred to as the "Space") in the self service storage facility ("Facility"). OCCUPANT HAS EXAMINED THE SPACE AND FACILITY AND ACCEPTS THEM "AS IS." Owner does not represent or guarantee the safety of the Facility or the property stored by the Occupant. THE RULES AND REGULATIONS POSTED AT THE FACILITY ARE BY REFERENCE MADE PART OF THIS AGREEMENT, which rules and regulations may be modified by Owner to assist the operation, safety, and cleanliness of the Facility at any time. The Space is to be used for the purposes specified and subject to the conditions herein set forth, for a minimum of one month, beginning with the date of the Agreement (see attached; hereinafter called "due date") and continuing month-to-month until terminated or renewed. This Agreement can be extended longer, however, if Occupant pays rent in advance for a longer term or if a manager or person in higher capacity for Owner consents in writing, though in no case shall any term run longer than a year without renewal.

2. **Occupancy Charges.** Occupant shall pay Owner all of the following charges:
   a. **Rent:** Rental payments (listed on attached) are due and payable in advance of due date each month. If any monthly installment is not paid when due or if any check delivered in payment is dishonored, the Occupant shall be deemed to be in default under the terms of this Agreement. The Occupant's failure to perform any of its obligations under the terms and conditions of this Agreement or the Occupant's breach of the peace shall also constitute a default hereunder. The Occupant agrees and understands that partial payments made to cure a default for nonpayment of rent will not delay or stop foreclosure and sale of Occupant's property. The tender of partial payments shall not serve to waive or avoid the legal effect of prior notices given to Occupant. Only full payment on the Occupant's account prior to the published auction date will stop a scheduled sale of the property.
   b. **Rent Bills:** Owner does not send monthly rent bills; except on request and for a fee of $2.00 per bill each month. Said bill is a courtesy and failure to receive a bill for any reason whatsoever is not an excuse for not paying the rent on time.
   c. **Administration Fee:** Owner requires Occupant to pay a one-time administration fee of $20.00 at inception of this Agreement.
   d. **Late Charges:** If Occupant does not pay in full any monthly payment within five (5) days of due date, Occupant shall pay Owner a $10.00 late charge for each delinquent Agreement. If Occupant does not make payment within fifteen (15) days of due date, Occupant shall pay Owner a second late charge of $25.00 per delinquent Agreement.
   e. **Returned Checks:** If any of Occupant's checks or any checks used in payment of his rent are returned for any reason, Occupant shall pay Owner, on demand, a service charge of $35.00 for each returned check. Owner will not re-deposit NSF checks and Occupant agrees to immediately redeem, in cash, the face amount of such check plus $35.00. Owner will pursue all available legal remedies for collection of NSF check, including possible prosecution and civil lawsuit in accordance with Florida laws.
   f. **Lien Sale Preparation Fee:** Occupant shall pay a $75.00 lien sale preparation fee plus all required advertising costs to Owner any time Occupant's account is in continuous default for a period of thirty (30) days, whether or not lien sale actually takes place.
   g. **Clean-up Charge:** If Occupant does not return the Space to Owner in "broom clean" condition, Occupant shall pay, on demand, cleanup charge of $25.00 per hour required to clean-up the Space plus any disposal costs.
   h. **Property Damage:** Occupant shall pay Owner the cost of any repairs to property damaged by Occupant or anyone on property on his behalf.
   i. **Delayed Closing Charge:** Occupant shall pay Owner $50.00 per hour for any portion of every hour Owner has to keep gates and facility open due to Occupant's not leaving the property before or at the posted closing time.
   j. **Lock Cut Fee:** If Occupant's lock must be cut, Occupant shall be responsible for Lock Cut Fee of $50.00.

Page 1 of 3

KROSEN - 000278

Boca Raton Stor-All, Ltd.
20599 81st Way South
Boca Raton, FL 33434 (USA)
Phone/Fax No :-  5614514772 / 5614514874
boca@stor-all.com

# RECEIPT

Rosen, Kevin
P.O. Box 810544
Boca Raton, FL  - 33496 (USA)

| | |
|---|---|
| **Receipt #** | 617 |
| **Payment Date** | 9/19/2009 4:18:45 PM |
| **Lease #** | 171 |

**Charges Applied**

| Unit # | Unit Type | Description | From Date | To Date | Total | Paid | Allowance | Due | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1063 | 10X15P | Administration Fee | 09/19/2009 | 10/18/2009 | $20.00 | $0.00 | $0.00 | $20.00 | $20.00 | $0.00 |
| 1063 | 10X15P | Rent | 09/30/2009 | 10/29/2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | $20.00 | $0.00 | $0.00 | $20.00 | $20.00 | $0.00 |

| Payment Type | Amount | | | | |
|---|---|---|---|---|---|
| Cash | $0.00 | | | **Total Due** | $20.00 |
| Check | $0.00 | | | **Total Paid** | $20.00 |
| Credit Card | $20.00 | **Authorization #** ▮▮▮ | **Credit Card #** ▮▮▮ | **Balance Due** | $0.00 |
| Total | $20.00 | **Credit Card Type** Master Card | | **Total Tax Paid** | $0.00 |

**Paid Thru Date**   10/29/2009

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if  Credit Voucher)**

X_____

**Signature of the Customer**

**Signature of the Manager**

KROSEN - 000279



**Bank of America**  Online Banking

**Interest Checking** ▮ **Check Image**

**Check Image:**

```
KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544                          9/22/09        53-27/631 FL
                                                           Date      275

Pay to the
Order of  Vernick + Daughter, Inc   $ 120.00

One hundred twenty Dollars ——————     Dollars

Bank of America                      Bank of America Advantage®
ACH R/T 063100277

For  Plumping / Garbage Disposal
     5540 NE Fiesta Way FX
```

KROSEN - 000280

# VERNICK & DAUGHTERS, INC.

## PLUMBING SERVICE

9530 Trivolo Place, Boca Raton, FL 33434-5626 • Fax: (561) 488-1771

### Telephone (561) 487-7799

E-Mail: vernickand@bellsouth.net • State License: #CFC020317

| DATE | CONTRACT |
| --- | --- |
| 9-08-09 | |

DEVELOPMENT — *Mrs. Estate*  GATE CODE   MAP CODE

NAME — *Rosen*   BLDG. #   UNIT #

ADDRESS — *5540 NE Trinste*

CITY/STATE/ZIP — *Boca Raton*

TELEPHONE (HOME)

TELEPHONE (OFFICE)

TELEPHONE (FAX)

TELEPHONE (CELLULAR)

TECHNICIAN'S NAME — *Steve Vork*   JOB CODE

| TASK NUMBER | QTY | AC-CEPT | DE-CLINE | DESCRIPTION OF WORK | VALUE RATE |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

## OBSERVATIONS / RECOMMENDATIONS

## PLEASE PAY FROM THIS CONTRACT - NO FURTHER STATEMENT WILL BE RENDERED

**WORK AUTHORIZATION:** I, the undersigned, am an authorized representative of the premises at which the above mentioned work is to be done. I hereby authorize you to perform diagnosis/solution and to use such labor and material as you deem advisable. I agree that Vernick & Daughters will retain title to any equipment or materials furnished until final and complete payment is made, and if payment is not made as agreed, Vernick & Daughters shall have the right to remove same and will be held harmless for any damages resulting from the removal thereof. In the event it shall become necessary to collect this herein above described sums, or any part thereof, I agree to pay all the costs thereof, including reasonable attorney's fees and cost and litigation in Palm Beach County. A monthly service charge of 1.5% will be added on all unpaid balances after 30 days, up to $1,000. I agree to pay reasonable attorney's fees and court costs in the event of legal action. If my check is returned for insufficient funds, I could be liable for 3 times the amount of the check, or $500, whichever is greater, plus the face value of the check and court costs. I have read and agreed to all terms and conditions set forth on the face and reverse hereof and have received a copy of this contract.

I hereby authorize you to proceed with the above work at a flat rate of $_____

Authorized Signature _____

**ACCEPTANCE OF WORK PERFORMED:** I find the service rendered and material installed in connection with the above mentioned work to have been completed in a satisfactory manner. I agree that the amount set forth in this contract in the space labeled "Contract Total" to be the total and complete menu rate/minimum charge. I agree to pay reasonable attorney's fees and court costs in the event of legal action. A monthly service charge of 1.5% will be added after 30 days. I acknowledge that I have read and received a legible copy of this contract.

Acceptance Signature _____

### PAYMENT OPTIONS

☐ CASH   ☐ CREDIT CARD   ☐ CHECK

AUTHORIZATION #

WORK ORDER #

PURCHASE ORDER #

NAME ON C.C. _____ CHECK #

C.C. TYPE _____ EXP. DATE

C.C. NUMBER _____ DATE

| | |
| --- | --- |
| CONTRACT TOTAL | |
| SERVICE CALL FEE | $88.00 |

WHITE - File Copy   YELLOW - Customer Copy

KROSEN - 000281



KROSEN - 000282



KROSEN - 000283

# Home Fitness Headquarters, Inc.
COMMERCIAL SALES AND SERVICE DIVISION
1945 N. Federal Highway
Boca Raton, FL 33432
Phone: 561.955.0005     Fax: 561.955.0007

# Invoice

Number:   5341

Date:   **August 25, 2009**

**Bill To:**

Kevin Rosen
Stacy
17380 Monte Vista Dr.
Boca Raton, FL 33496

**Ship To:**

Kevin Rosen
Stacy
5540 NE Trieste Way
Boca Raton, FL 33487

| Terms | Home Phone | Work Phone | Fax/Cell Phone | Sales Rep |
|-------|-----------|-----------|---------------|-----------|
| M/Card | | | Cell - ███████ | Rob Territo |

| Description | Qty. | Price | 6.5% T | 6.0% T | Amount |
|-------------|------|-------|--------|--------|--------|
| Trip Charge | 1.00 | 100.00 | | | 100.00 |
| Labor - $100.00/hour | 0.75 | 100.00 | | | 75.00 |
| Discount | 1.00 | (50.00) | | | (50.00) |

| | | |
|---|---|---|
| Sub-Total | | **$125.00** |
| PBC Tax 6.50% on 0.00 | | 0.00 |
| BRC Tax 6.00% on 0.00 | | 0.00 |
| Total | | **$125.00** |

All sales on parts, special orders, floor models, service,
used equipment, repairs, freight & shipping charges,
and labor are final unless otherwise stated on receipt.

Amount Paid:  125.00
Amount Due:  0.00

KROSEN - 000284

# comcast

**Contact us:** www.comcast.com 1-561-COMCAST

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

Every employee at Comcast has made a commitment to provide superior customer service. Your total satisfaction is our number one priority.

| Account Number | |
|---|---|
| Billing Date | 09/10/09 |
| Total Amount Due | $92.91 |
| Payment Due by | 10/01/09 |
| | Page 1 of 2 |

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 243.08 |
| Payment - 08/26/09 - thank you | -117.49 |
| Payment - 09/06/09 - thank you | -125.59 |
| New Charges - see below | 92.91 |
| **Total Amount Due** | **$92.91** |
| Payment Due by | 10/01/09 |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 79.35 |
| Comcast High-Speed Internet | 19.95 |
| Partial Month Charges & Credits | -15.62 |
| *Effective 08/27/09, you made changes to your account. See the following pages for more details.* | |
| Taxes, Surcharges & Fees | 9.23 |
| Total New Charges | $92.91 |

Thank you for being a valued Comcast customer!

028201 1/1

1 6

KROSEN - 000285

## THOMPSON PEST CONTROL, INC.

• 1100 NW 48th St., Ft. Lauderdale, FL 33309 • (954) 772-1988

| | |
|---|---|
| Name | Rosen Stacey |
| Address | 5540 NW Treese Way |
| City | Boca |
| Zip | |
| Date | 9-4-09 |
| Route/Service Day | (R) Friday |

☐ General ☐ Monthly
☐ Fleas ☐ Commercial
☐ E.O.M. ☐ Residential
☐ Rodents ☐ Odd Job
☐ Start Service ☐ Clean-Out
☐ Blow Dusting ☐ Rodent Proofing
☐ Other

Apt. ____ Suite ____ ☐ Duplex/Tri/Quad Building ____

**Rodent Bait**
☐ RATS Bait Stations ☐ Refilled
Bait Stations w/Bait
LOCATION:

☐ MICE Put Glueboards
Put Traps
Bait Stations w/Bait

**Ant Bait**
☐ Bait Stations Refilled
☐ Bait Stations w/Bait
LOCATION:

☐ Granules ☐ Spot Treat ☐ Perimeter Termidor
☐ Tree Trimming ☐ Perimeter

Comments:

| | |
|---|---|
| Type Pest: | Work Done |
| ☐ Work | |
| ☐ Home | Phone Numbers |
| ☐ Cell | |

Past Balance $ ____
$ ____
$ ____

| Complaint | $ |
| Bad Check # | $ |
| Bank Charge | $ |
| Past Balance | $ |
| Price | $ |
| Tax | $ |
| Fuel | $ |
| Sub Total | $ |
| X months | $ |
| Chemical | |
| Paid | Date $ |
| Credit | $ |
| **TOTAL** | $ 27 |

* **IMPORTANT** - All customers are asked to mail in payments within 30 days or be subject to a $5 late fee.

---

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL 875

Date 9-4-09

Pay to the Order of _Thompson Pest Control, Inc_ | $ 27.00

_Twenty Seven 00/100_ Dollars

Bank of America
Bank of America Advantage®

ACH R/T 063100277

For _Service 9-4-09 Inside Perimeter_

KROSEN - 000286



KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON FL 33487

**Page** 1 of 3
**Account Number**
**Billing Date** Sep 2, 2009

**Web Site** att.com

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | .00 |
| Payment | .00 |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 113.88 |
| **Total Amount Due** | **$113.88** |
| Amount Due in Full by | Sep 24, 2009 |

## Billing Summary

| Questions? Visit **att.com** | Page | |
|---|---|---|
| **Plans and Services** | 1 | 95.50 |
| 1 888 757-6500 | | |
| **PIN: 8760** | | |
| Repair Service: | | |
| 611 | | |
| **AT&T Long Distance Service** | 2 | 18.38 # |
| 1 888 757-6500 | | |
| # New services provided and billed | | |
| **Total Current Charges** | | **113.88** |

## News You Can You Use Summary

• PREVENT DISCONNECT
• ELECTRONIC PAYMENTS
• PAYMENT OPTIONS
• CUSTOMER SUPPORT
• CARRIER CHANGES
• LIFELINE
• MOVING SOON?
See "News You Can Use" for additional information.

Return bottom portion with your check in the enclosed envelope.

## AT&T Benefits

• Thank you for choosing a package plan tailored for your needs.
AT&T lets you choose how, when and where you communicate.

## Plans and Services

**Monthly Service - Sep 2 thru Oct 1**
Service is billed in advance from the 2nd of each month.
1. **Complete Choice® Enhanced** — 26.
    Residential Line
    Three-Way Calling
    Call Forwarding
    Call Waiting ID
    Call Return
    Caller-ID Name-Number Delivery
    Anonymous Call Blocking
2. Non Published Service — 3.
**Total Monthly Service** — 29.

**Additions and Changes to Service**
This section of your bill reflects charges and credits resulting from account activity.

| Item No. | Description | Quantity | Monthly Rate | Amou Bill |
|---|---|---|---|---|
| | Activity on Aug 3, 2009 | | | |
| | Order No. NR199DJ4 | | | |
| | One-Time Charges | | | |
| 3. | Service Order Charge | 1 | | 10. |
| | Services Established | | | |
| | (Monthly Charges are prorated from Aug 04, 2009 to your Billing Date, Sep 2, 2009) | | | |
| 4. | Federal Universal Service Fee | 1 | .83 | |
| 5. | Non Published Service | 1 | 3.65 | 3. |
| 6. | Federal Subscriber Line Charge | 1 | 6.50 | 6. |
| 7. | Complete Choice® Enhanced | 1 | 26.00 | 25. |
| | Total for NR199DJ4 | | | 45. |
| | Activity on Aug 6, 2009 | | | |
| | Order No. FR84VX38 | | | |
| | Services Removed | | | |
| | (Monthly Charges were Billed in Advance and are Prorated from Aug 07, 2009 through Sep 01, 2009) | | | |
| 8. | Monthly Charges | 3 | 10.98 | 9. |
| 9. | Monthly Charges | 1 | 26.00 | 22. |
| | Total for FR84VX38 | | | 32. |
| | Order No. TR84VX38 | | | |
| | Services Added | | | |
| | (Monthly Charges are prorated from Aug 07, 2009 to your Billing Date, Sep 2, 2009) | | | |
| 10. | Federal Universal Service Fee | 1 | .83 | |

Local Services provided by AT&T Florida.

U.S. Pat. D410,950 and D414,510

KROSEN - 000287

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

9-9-09 Date

Pay to the
Order of AT+T                                     $ 113.88

One Hundred Thirteen + 88/100                    Dollars

Bank of America                  Bank of America Advantage®

 **comcast.**

**Contact us:** www.comcast.com  1-561-COMCAST

| Account Number | |
|---|---|
| Billing Date | 08/09/09 |
| Unpaid Balance | **$117.49** |
| New Charges | $125.59 |
| Total Amount Due | $243.08 |
| Payment Due by | 09/01/09 |
| | Page 1 of 2 |

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

Every employee at Comcast has made a commitment to provide superior customer service.

Your total satisfaction is our number one priority.

**Parents:**

Do you know you have options to help determine which programming is appropriate for your family?
Visit: www.comcast.com/parentalcontrols and learn more about parental control features that are available as part of your Comcast cable service.

**Monthly Statement Summary**

| | |
|---|---|
| Previous Balance | 117.49 |
| Payments - received by 08/09/09 | 0.00 |
| **Unpaid Balance** | **117.49** |
| New Charges - *see below* | 125.59 |
| **Total Amount Due** | **$243.08** |
| Payment Due by | 09/01/09 |

**New Charges Summary**

| | |
|---|---|
| Comcast Cable Television | 92.80 |
| Comcast High-Speed Internet | 19.95 |
| Taxes, Surcharges & Fees | 12.84 |
| Total New Charges | **$125.59** |

*Thank you for being a valued Comcast customer!*

028047 1/1

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.

 **comcast.**

7201 N FEDERAL HWY
BOCA RATON FL 33487

AT 01 028047 97932E 70 A**3DGT
KEVIN ROSEN
KEVIN ROSEN
P.O. BOX 810544
BOCA RATON FL 33481-0544

| Account Number | |
|---|---|
| **Payment Due by** | **09/01/09** |
| **Total Amount Due** | **$243.08** |
| **Amount Enclosed** | $ 125-59 |

Make checks payable to Comcast

COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

KROSEN - 000289

01638 586963 04 3     0 0024308     10



# comcast

## Service Details

Contact us: 🌐 www.comcast.com 📞 1-561-COMCAST

| | | | |
|---|---|---|---|
| **Account Number** | | | |
| **Billing Date** | | 08/09/09 | |
| **Unpaid Balance** | | $117.49 | |
| **New Charges** | | $125.59 | |
| **Total Amount Due** | | $243.08 | |
| **Payment Due by** | | 09/01/09 | |
| | | Page 2 of 2 | |

### Comcast Cable Television

| | | |
|---|---|---|
| Digital Preferred | 08/31 – 09/30 | 40.95 |
| Plus Includes HBO Starz And OnDemand Movies | | |
| Basic Cable | 08/31 – 09/30 | 0.00 |
| Provided by your Association | | |
| HDTV/DVR Service | 08/31 – 09/30 | 31.90 |
| 2 @ $15.95 each | | |
| HDTV Service | 08/31 – 09/30 | 6.95 |
| Digital Add'l | 08/31 – 09/30 | 13.00 |
| Additional Outlet Service | | |
| 2 @ $6.50 each | | |
| **Total Comcast Cable Television** | | **$92.80** |

### Comcast High-Speed Internet

| | | |
|---|---|---|
| Internet Service | 08/31 – 09/30 | 19.95 |
| Promotional Price | | |
| Your promotion ends on 02/28/10 | | |
| **Total Comcast High-Speed Internet** | | **$19.95** |

### Taxes, Surcharges & Fees

| | | |
|---|---|---|
| Cable Television | | |
| State | 08/31 – 09/30 | 7.45 |
| Communications Services Tax | | |
| Local | 08/31 – 09/30 | 4.65 |
| Communications Services Tax | | |

### Taxes, Surcharges & Fees cont.

| | | |
|---|---|---|
| Sales Tax | 08/31 – 09/30 | 0.74 |
| **Total Taxes, Surcharges & Fees** | | **$12.84** |

KROSEN - 000290



KROSEN - 000291



**FLORIDA PUBLIC**
U T I L I T I E S

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395
Customer Service: (561) 832-0872
www.fpuc.com

**Account #:**
Service Period: 08/04–08/14
Route: 001520

Page: Page 1 of 1
Billing Date: 08/25/2009

Service Location:
KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON, FL 33404

| Previous Account Balance | Less Payments | Past Due Or Credit Balance | Current Charges | Current Charges Due On | Total NOW Due |
|---|---|---|---|---|---|
| $68.00CR | $0.00 | $68.00CR | $78.67 | 09/14/2009 | $10.67 |

\* A Late Payment Fee will apply if amount due is greater than $5.00 and is not paid by due date.

\* Past due balances are due immediately and subject to previous disconnect dates.

\* The APR for installment contracts is 18%.

**Meter Information** - meter # 94927W

| Current Reading | | 0000269 |
|---|---|---|
| Previous Reading | - | 0000263 |
| CCF's Used | = | 6 |
| Multiplying Factor | X | 1.0400 |
| Total Therms Used | = | 6.24 |

**Energy Usage**

| | Last Year | This Year |
|---|---|---|
| Therms This Month | 0 | 6 |
| Therms/Day | 0 | 1 |
| Service Days | 0 | 10 |

**\*\*Amount Includes the following charges\*\***

| Customer Charge | 3.67 |
|---|---|
| Base Energy per therm | 0.58560 |
| PGA per therm | 0.30000 |

Visit www.fpuc.com for handy payment options
like EzPay, QuickPay, Budget Billing or EFT.

**Current Account Activity**

| Billing For    RS   GRS31 | |
|---|---|
| Natural Gas Service Amount\*\* | 9.19 |
| Gas Change Acct Fee | 23.00 |
| Gas Deposit Residential | 45.00 |
| Boca Raton Franchise Fee | 0.32 |
| Boca Raton Municipal Tax | 0.84 |
| Florida Gross Receipts Tax | 0.32 |
| **TOTAL NATURAL GAS CHARGES** | **78.67** |
| **Total Current Charges** | **$78.67** |

---



**FLORIDA PUBLIC**
U T I L I T I E S

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395

Address Service Requested

3113 000000785
Route: 001520

KEVIN ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

To ensure proper credit: Please return this portion with payment, make check / money order payable to FPU and indicate account number.

| Current Charges Due On: | 09/14/2009 |
|---|---|
| Account Number: | |
| **Amount Due:** | **$10.67** |
| Check Number: _____ 3878 | |
| Amount Enclosed: _____ 10.67 | |

Please check box to indicate address / phone changes and EFT enrollment on the reverse side.  ☐

Florida Public Utilities
P.O. Box 7005
Marianna, FL 32447-7005

KROSEN 000292

FB090524.1-3113-000000785-0000

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

8·31·09

63-27/631 FL
875

Pay to the
Order of _FPU_

$ 10.67

_Ten + 67/100_ Dollars

**Bank of America**

ACH R/T 063100277

Service 08/04—08/14

Bank of America Advantage®

Case 1:07-md-01657-EEF-DEK Document 22363-12 Entered on FLSD Docket 05/13/2019 Page 303 of 459



Florida Power & Light Company
PO Box 025576
Miami, FL 33102

/ 27

The amount enclosed includes the following donation:

FPL Care To Share                    $ _____

Please request changes on the back.
Notes on the front will not be detected.

B    2,3,4,7,8    4105

AUTO **80 8106    167800

KEVIN ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Total amount you owe | New charges due by | Amount enclosed |
|---|---|---|
| $220.61 | Sep 25 2009 | $ 220.61 |

**Account number: 40675-93253**

## Your electric statement

For: Aug 06 2009 to Sep 04 2009 (29 days)
Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

Statement date:        Sep 04 2009
Next meter reading:    Oct 06 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 52.22 | 52.22 CR | 0.00 | 0.00 | 220.61 | **$220.61** | Sep 25 2009 |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 46897 |
| Previous reading | - 45186 |
| kWh used | **1711** |

**Energy usage**

| | |
|---|---|
| kWh this month | 1711 |
| Service days | 29 |
| kWh per day | 59 |

**\*\*The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.52 |
| Fuel: | $98.67 |
| *(First 1000 kWh at $0.053510)* | |
| *(Over 1000 kWh at $0.063510)* | |
| Non-fuel: | $86.86 |
| *(First 1000 kWh at $0.046330)* | |
| *(Over 1000 kWh at $0.057010)* | |

| | |
|---|---|
| Amount of your last bill | 52.22 |
| Payment received - Thank you | 52.22 CR |
| Balance before new charges | $0.00 |

| **New charges** (Rate: RS-1 RESIDENTIAL SERVICE) | |
|---|---|
| Electric service amount | 191.05** |
| Storm charge | 0.72 |
| Gross receipts tax | 4.92 |
| Franchise charge | 11.89 |
| Utility tax | 12.03 |
| Total new charges | $220.61 |

**Total amount you owe**                          **$220.61**

- Payment received after **September 25, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.



paid 9-9-09

$220.61

Please have your account number ready when contacting FPL.

| | |
|---|---|
| Customer service: | (561) 994-8227 |
| | 1-800-226-3545 |
| Outside Florida: | 1-800-226-3545 |
| To report power outages: | 1-800-4OUTAGE (468-8243) |
| Hearing/speech impaired: | 711 (Relay) 1000294 |
| Online at: | www.FPL.com |



Florida Power & Light Company
PO Box 025576
Miami, FL 33102

**KEVIN D. ROSEN**
**STACEY A. ROSEN**
P.O. BOX 810544
BOCA RATON, FL 33481-0544

9-9-09 Date

$ 220.61

Pay to the
Order of _FPL_

_Two Hudred Twenty +61/00_ Dollars

**Bank of America**

**Bank of America Advantage®**

63-27/631 FL
875

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

8-21-09
Date

Pay to the
Order of  Edward + Jacqueline Dijanni          | $ 2836.25

Two Thousand Eight Hundred Thirty Six 25/100 Dollars

Bank of America

September 09
Less A/C +
Microwave
Repairs

Bank of America Advantage®

ACH R/T 063100277

For Trust Townhouse Rent                               NP

FIRST CLASS AC & APPLIANCE
4980 SW 52 ST UNIT # 118
DAVIE, FL 33314
954-797-5921

Order # 4717755

ACCT#: 9542406256          TICKET #:       123948          DATE OF ORDER: 08/06/2009
STACEY ROSEN                              ADCD   AGENT:   MAP:
5540 NW BATESTE WAY                               PROMISED: THU  08/06/2009
TOLL BROTHERS                                     TIME  " UNSCHED     4002
BOCA RATON, FL                                    PURCHASE DT:  8/03/2009
HOME#:                    WORK#:          EXT:      0      P.O.  #

MAKE              PRODUCT          MODEL              MFG #            SERIAL
GENERAL ELECTRIC  MICROWAVE OVEN   JVM1870SK03                        LL901602B

TROUBLE REPORTED:
UNIT NEEDS MAG AND DIODE                          CROSS ST: E. ON YAMATO N ON US1 ON E
COLLECTED SC:                                     C.O.D.

| QTY | MAKE | PART NO. | DESCRIPTION | PRICE | EXTENSION |
|-----|------|----------|-------------|-------|-----------|
| 1 |  | WD27X10880 | MAG |  | 108.31 |
|  |  | WD27X10592 | Diode |  | 39.75 |

SERVICE PERFORMED:
Installed new MAG + Diode
Unit is working

| | | |
|---|---|---|
| TOTAL MATERIALS | | 148.06 |
| SERVICE CALL | | N/C |
| LABOR | | 80.00 |
| | | 228.06 |
| TAX | | 13.6? |
| TOTAL | | 241.75 |

TECHNICIAN:          1ST DT SVC:
LOCATION: W          2ND DT SVC:
1- TIME IN:     OUT:        TOTAL:      HRS
2- TIME IN:     OUT:        TOTAL:      HRS

SIGNATURE
Customer assumes responsibility for any charges not paid by warranty for labor
and parts. Appliance and surroundings are left in good condition.

KROSEN - 000297

FIRST CLASS AC & APPLIANCE
4050 SW 52 ST UNIT # 118
DAVIE, FL 33314
954-797-5921

ACCT#: 9862406256          TICKET #:        123901        DATE OF ORDER: 08/04/2009
STACEY ROSEN                                 ADCD          AGENT:CB MAP:
5545 NW TRILATE WAY                                        PROMISED: WED  08/05/2009
TOLL BROTHERS                                              TIME " UNSCHED    :00P
BOCA RATON, FL                                             PURCHASE.DT:   8/03/2009
HOME#: 954-288-6256   WORK#:              EXT:      0      P.O. #

MAKE              PRODUCT         MODEL           MFG #              SERIAL
GENERAL ELECTRAL MICROWAVE OVEN  JVM1870SK03                        LL901602B

TROUBLE REPORTED:
NW: HEATS, BUT NO COOKS.                     CROSS ST: E. ON YAMATO X ON US1 ON R
COD COLLECT SC #79
                                        C.O.D.

QTY   MAKE  PART NO.          DESCRIPTION            PRICE       EXTENSION

Unit is not Heating, Unit Needs a new

SERVICE PERFORMED:                          TOTAL MATERIALS
                                             SERVICE CALL
                                             LABOR

TECHNICIAN:UNASSIGNED 187 DT SVC:
  LOCATION: W          2ND DT SVC:
1- TIME IN:            OUT:        TOTAL:         HRS
1- TIME IN:            OUT:        TOTAL:         HRS
                                             TOTAL:

SIGNATURE
Customer assumes responsibility for any charges not paid by warranty for labor
and parts .Appliance and surroundings are left in good condition.

KROSEN - 000298

# HVAC SERVICE ORDER INVOICE

**DESIGN AIR CONDITIONING, INC.**
4259 NW 1st Avenue
BOCA RATON, FLORIDA 33431

(561) 395-9390 — Paul

13235

BILL TO
Rosen
5540 NE Wade Way
Boca Raton Fl

THIS WORK IS TO BE: ☑ C.O.D. ☐ CHARGE ☐ NO CHARGE

NAME: Tenant
STREET: Wade Place
CITY: Boca Raton Fl
DATE: 8/3/09
PHONE: 954-240-6236

WORK TO BE PERFORMED: 2nd floor no cool — ck. a/c unit

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | REFRIGERANT R- LBS. | 26 | 52 |

## WORK PERFORMED

System low on charge found leak — cap, valve leaked check system — no leak?

Check or found the Return Valve

TOTAL MATERIALS: 52

## TOTAL SUMMARY
TOTAL MATERIALS: 
TOTAL LABOR: 

Thank You

KROSEN- 000299

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.



# comcast.

| | |
|---|---|
| **Account Number** | |
| Billing Date | 08/02/09 |
| Total Amount Due | $117.49 |
| Payment Due by | 08/24/09 |
| | Page 1 of 2 |

**Contact us:** @ **www.comcast.com** 📞 **1-561-COMCAST**

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

Every employee at Comcast has made a commitment to provide superior customer service.

Your total satisfaction is our number one priority.

Welcome to your Entertainment Advantage!

Our billing policy is to provide a monthly billing statement which is payable in advance of services rendered. Please remit promptly to avoid late/collection fees and/or service interruptions.

Thank you for allowing us to serve you.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 0.00 |
| Payments - received by 08/02/09 | 0.00 |
| New Charges - *see below* | 117.49 |
| **Total Amount Due** | **$117.49** |
| Payment Due by | 08/24/09 |

### New Charges Summary

| | |
|---|---|
| Partial Month Charges & Credits | 105.46 |
| *Effective 08/02/09, you made changes to your account. See the following pages for more details.* | |
| Other Charges & Credits | 0.00 |
| Taxes, Surcharges & Fees | 12.03 |
| Total New Charges | $117.49 |

Thank you for being a valued Comcast customer.

028841 1/1



$117.49

---

Detach and enclose this coupon with your payment. Please write your account number on your check or money order. Do not send cash.



7201 N FEDERAL HWY
BOCA RATON FL 33487

AT 01 028841 94277E 85 A**3DGT
|ı|lıl·l·ıll|ı|ı·ıl·l|ı·llıl·lı|ıl|l|ı·ll·ı|ıll|
KEVIN ROSEN
KEVIN ROSEN
P.O. BOX 810544
BOCA RATON FL 33481-0544

| | |
|---|---|
| **Account Number** | |
| **Payment Due by** | **08/24/09** |
| **Total Amount Due** | **$117.49** |
| **Amount Enclosed** | $ 117.49 |

Make checks payable to Comcast

|ıl·l··ııl·ıl·ı|ıll||ll|ıl·ıllıl·ıll·ll·l·ıl|
COMCAST
PO BOX 105184
ATLANTA GA 30348-5184

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

8-24-09

Date

Pay to the
Order of _Comcast_____ | $ 117-49

One Hundred Seventeen + 49/100 _____ Dollars

**Bank of America**

ACH R/T 063100277

Bank of America Advantage®

For____

MP

*City of Boca Raton*

UTILITIES PROCESSING CENTER
P.O. Box 533503
Atlanta, GA 30353-3503

FINANCIAL SERVICES DEPARTMENT

**Account**
# Statement

** Initial Bill **

## ACCOUNT INFORMATION

**WATER BILL**
For Inquiries Call: (561) 393-7750
201 W. Palmetto Park Road
Hearing Impaired TDD # (561) 367-7046
8:00 A.M. - 4:45 P.M. Monday-Friday

| | |
|---|---|
| ACCOUNT: | |
| SERVICE ADDRESS: | 5540 NE TRIESTE WAY |
| BILLING DATE: | 8/04/09 |

53167W18-X-1
27 X SP 0-360
KEVIN & STACEY ROSEN
P.O. BOX 810544
BOCA RATON FL 33481

| | |
|---|---|
| **PREVIOUS BALANCE** | .00 |
| **TOTAL CURRENT CHARGES** | 250.00 |
| **TOTAL AMOUNT DUE** | **250.00** |

*Balance is due when rendered. A late fee of $15.00 is charged on payments not received within 30 days of billing date.*

## DETAIL INFORMATION

| RATE CLASS | : | SINGLE FAMILY |
|---|---|---|

| Service | | Consumption | Charge | Total |
|---|---|---|---|---|
| WA | DEPOSIT | | 250.00 | 250.00 |

## SPECIAL MESSAGE

BOCA RATON HAS NEWS FOR YOU! STAY IN TOUCH AND STAY INFORMED ELECTRONICALLY. VISIT WWW.MYBOCA.US AND CLICK ON 'SIGN UP FOR ELECTRONIC COMMUNICATIONS' TO RECEIVE COMMUNICATIONS FROM THE CITY VIA E-MAIL OR TEXTING.

Payment
# Coupon

PLEASE FOLD ON PERFORATION BEFORE TEARING - RETURN BOTTOM PORTION WITH YOUR PAYMENT
MAKE CHECKS PAYABLE TO THE CITY OF BOCA RATON

## ACCOUNT INFORMATION

ACCOUNT:
| | |
|---|---|
| SERVICE ADDRESS: | 5540 NE TRIESTE WAY |
| SERVICE PERIOD: | to |
| BILLING DATE: | 8/04/09 |

KEVIN & STACEY ROSEN
P.O. BOX 810544
BOCA RATON FL 33481

INDICATE MAILING ADDRESS CHANGE BELOW:

## AMOUNT DUE

**TOTAL AMOUNT DUE** **250.00**

## AMOUNT ENCLOSED

250.00

ALL PAYMENTS MUST BE MADE IN U.S. FUNDS

*Mail Payment To:*

UTILITIES PROCESSING CENTER
CITY OF BOCA RATON
PO BOX 533503
ATLANTA GA 30353-3503

KROSEN - 000302

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

8-21-09  Date

63-27/631 FL
875

Pay to the
Order of  City of Boca Raton  $250.00

Two Hundred Fifty  and  00/100  Dollars

Bank of America

Bank of America Advantage®

KROSEN - 000303

Florida Power & Light Company
PO Box 025576
Miami, FL 33102

FPL

/ 27

Please request changes on the back.
Notes on the front will not be detected.

The amount enclosed includes the following donation:

FPL Care To Share                    $ _____

B    2,3,4,8    4105 3

#BWNDJNQ ***    AUTO **BO 8106
#5730443BQ357398#         177916
KEVIN ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Account number | Total amount you owe | New charges due by | Amount enclosed |
|---|---|---|---|
| ▮▮▮▮▮ | $52.22 | Aug 28 2009 | $ |

## Your electric statement
For: Aug 01 2009 to Aug 06 2009 ( 5 days)
Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

### Account number:

Statement date:         Aug 07 2009
Next meter reading:    Sep 04 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 52.22 | $52.22 | Aug 28 2009 |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 45186 |
| Previous reading | - 44867 |
| **kWh used** | **319** |

**Energy usage**

| | |
|---|---|
| kWh this month | 319 |
| Service days | 5 |
| kWh per day | 64 |

| | |
|---|---|
| Balance before new charges | $0.00 |
| **New charges** (Rate: RS-1 RESIDENTIAL SERVICE) | |
| Electric service amount | 32.35 |
| Storm charge | 0.13 |
| Gross receipts tax | 0.83 |
| Franchise charge | 2.01 |
| Utility tax | 2.02 |
| Service charge | 14.88 |
| Total new charges | $52.22 |

**Total amount you owe**                              **$52.22**

- Payment received after **August 28, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.
- This billing period is less than a month; bill factors are available upon request.
- The Service/Initial Charge is a one-time charge to defray administrative costs required to start your electric service or to make a change to your account at your request.





Florida Power & Light Company
PO Box 025576
Miami, FL 33102

Please have your account number ready when contacting FPL.
Customer service:          (561) 994-8227
Outside Florida:           1-800-226-3545
To report power outage:    1-800-4OUTAGE (468-8243)
Hearing/speech impaired:   711 (Relay Service)
Online at:                 www.FPL.com



KROSEN - 000305

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

8-24-09

Date

Pay to the Order of _Thompson Pest Control, Inc._ | $ 45.00

_Forty five + 00/100_ Dollars

**Bank of America**

Bank of America Advantage®

ACH R/T 063100277

MP

---

## THOMPSON PEST CONTROL, INC. • 1100 NW 48th St., Ft. Lauderdale, FL 33309 • (954) 772-1988

Name _Rosen, Stacy_

Address _5540 NE TRIESTE WAY_

City _BOCA Raton_ Zip _____

Building _____ Apt. _____ Suite _____ Duplex/Tri/Quad ☐

Date _8-9-09_ Route/Service Day ①

- ☑ General
- ☐ Monthly
- ☐ Commercial
- ☐ Odd Job
- ☑ Start Service
- ☐ Blow Dusting
- ☐ Other _____

- ☐ Fleas
- ☐ E.O.M.
- ☐ Residential
- ☐ Clean-Out
- ☐ Rodents
- ☐ Rodent Proofing

**Rodent Bait**
- ☐ RATS
  - ☐ Refilled ____ Bait Stations
  - ☐ ____ Bait Stations w/Bait
- ☐ MICE
  - ☐ Put ____ Glueboards
  - ☐ Put ____ Traps

LOCATION: _____

**Ant Bait**
- ☐ Refilled ____ Bait Stations
- ☐ ____ Bait Stations w/Bait

LOCATION: _$27 monthly_

**Granules**
- ☐ Perimeter ☐ Spot Treat

**Termidor**
- ☐ Perimeter ☐ Tree Trimming

Comments: _____

Past Balance

_____ $ _____
_____ $ _____
_____ $ _____

Complaint _____ $ _____
Bad Check # _____ $ _____
Bank Charge _____ $ _____
Past Balance _____ $ _____
Price _____ $ _____
Tax _____ $ _____
Fuel _____ $ _____
Sub Total _____ $ _____
  X months _____
Paid _____ Date _____ $ _____
Credit _____ $ _____
TOTAL _____ $ _45_

**Phone Numbers**
- ☐ Home _____
- ☐ Cell _____
- ☐ Work _____

Type Pest: _____
Work Done _suspend_
Chemical _____

***IMPORTANT** - All customers are asked to mail in payments within 30 days or be subject to a $5 late fee.*

ROSEN - 000306

## STANDARD FLOOD INSURANCE APPLICATION



Fidelity National Indemnity Insurance Co
PO Box 33003
St. Petersburg, FL 33733
Office: (800)820-3242
Fax: (800)850-3299

| AGENCY INFORMATION | | INSURED MAILING AND PROPERTY | |
|---|---|---|---|
| Agency Number | 89453 | Mailing: | 5540 NE TRIESTE WAY *PO BOX 810544* |
| Agency | WEEKES AND CALLAWAY INC | | BOCA RATON, FL 33487-5203 *Boca Raton, FL 33481* |
| Address | 3945 W ATLANTIC AVE | Property: | 5540 NE TRIESTE WAY |
| City, State, Zip | DELRAY BEACH, FL 33445-3902 | | BOCA RATON, FL 33487-5203 |
| Phone Number | (561) 278-0448 | Phone: | 5614474909 |

| Applicant | KEVIN D ROSEN | Bill To | Insured |
|---|---|---|---|
| | STACEY A ROSEN | Disaster Assist | No |
| Effective Date | 09/10/2009 | Waiting Period | Standard 30 Day Wait |
| Term | 12 months | Policy Number | |

### BUILDING INFORMATION

| | | | |
|---|---|---|---|
| County or Parrish | PALM BEACH | Condominium Coverage | No |
| Located within City Limits | Yes | Property Owned by State Gov't | No |
| Flood Zone | A05 | Small Business Risk | No |
| Community Name | BOCA RATON, CITY OF | Insured Principal Residence | Yes |
| Community Number | 120195 | Course of Construction | No |
| Panel Number & Suffix | 0002 C | Household Contents | Yes |
| Community Program Type | Regular | Building Elevated | Building is not elevated |
| Location Of Contents | Lowest Floor Above Ground Level and Higher Floors | Replacement Cost | $ 0 |
| | | Building Post-FIRM | Yes |
| Building Occupancy | Other Residential | | |
| Building Type | Three or More Floors | | |
| Construction Date | 01/01/2006 | | |

### ELEVATION INFORMATION

| | | | |
|---|---|---|---|
| Lowest Adjacent Grade | 9.4 feet | Elevation Certification Date | 08/17/2006 |
| Lowest Floor Elevation | 10.1 feet | Building Flood Proofed | No |
| Base Flood Elevation | 7.0 feet | | |
| Elevation Difference | 3 feet | | |

09  QT40567078 99        189.00

KROSEN - 000307



## STANDARD FLOOD INSURANCE APPLICATION

**FIDELITY**
NATIONAL INDEMNITY INSURANCE COMPANY

Fidelity National Indemnity Insurance Co
PO Box 33003
St. Petersburg, FL 33733
Office: (800)820-3242
Fax: (800)850-3299

### COVERAGE AND RATING

| Coverage | Basic Limits | | | Additional Limits | | | Ded % 0.0% | Ded Amount | Basic and additional | | Premium Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Basic Cov | Rate | Ann Prem | Additional Cov | Rate | Ann Prem | | | Total amount of ins | | |
| BLDG | $0.00 | 0.2 | $0.00 | $0.00 | 0.08 | $0.00 | $0.00 | $0.00 | | $0.00 | $0.00 |
| CNTS | $20,000.00 | 0.38 | $76.00 | $80,000.00 | 0.12 | $96.00 | $0.00 | $500.00 | | $100,000.00 | $172.00 |
| | | | | | | | | Annual subtotal | | | $172.00 |
| | | | | | | | | ICC Premium | | | $0.00 |
| | | | | | | | | Subtotal | | | $172.00 |
| | | | | | | | | | CRS% | 10% | $18.00 |
| | | | | | | | | Subtotal | | | $154.00 |
| | | | | | | | | Rounded Subtotal | | | $154 |
| | | | | | | | | Federal service fee | | | $35.00 |
| | | | | | | | | Total amount due | | | $189.00 |

### INFORMATION AFFIRMATION

The photographs of the risk were taken on the following date: 8-12-09

The above statements are correct to the best of my knowledge. I understand that any false statements may be punishable by fine or imprisonment under applicable federal law.

Full amount of premium must accompany this application for issuance.

Please retain a signed copy of this application in your files for audit purposes.

KEVIN + STACEY ROSEN _____ 8-12-09
Print Name of Insured    Signature of Insured    Date

Danna Petravelli _____ 8/13/09
Print Name of Agent/Broker    Signature of Agent/Broker    Date

### LEGAL INFORMATION

**Non-Discrimination**
No person or organization shall be excluded from participation in, denied the benefits of, or subjected to discrimination under the Program authorized by the Act, on the grounds of race, color, creed, sex, age or national origin.

**Privacy Act**
The information requested is necessary to process your application for flood insurance. The authority to collect the information is Title 42, U.S. Code, Section 4001 to 4028. It is voluntary on your part to furnish the information. It will not be disclosed outside the Federal Emergency Management Agency except to the servicing office acting as the government's fiscal agent, to routine users, to your agent and any mortgagee named on your policy.

**IMPORTANT NOTE:** This application is non-binding and subject to review and approval by the company. Please submit the following information with your transmittal for review and approval: Elevation Certificate including the compliant photographs that show the front and back of the building and are taken within 90 days of the submission date. If the Building is a split-level or has multi-level areas at ground level, at least two additional photographs showing views of both sides of the building must be submitted. *All photographs must measure 3" x 3" and provide a good clear image of the building's distinguishing features (Color photographs are preferred). For more information refer to Cert 1 Section II of the NFIP Manual.

20090811104124

09 QT40567078 99          189.00

KROSEN - 000308



Company Use

**FRJW4649300-01-0000**

## Homeowners Wind Only Application

| APPLICANT | | | | AGENCY |
|---|---|---|---|---|
| **Name:** | KEVIN D ROSEN, Stacey A Rosen | **Agent's Name:** | Patricia Katherine Augustyn | |
| **Mailing Address:** | P.O. Box 810544 BOCA RATON, FL 33481 | **Agency Name:** | WEEKES & CALLAWAY, INC. | |
| | | **Address:** | 3845 W Atlantic Ave Delray Beach, FL 33445 | |
| | **Phone** | **FL License:** | A009806    **Citizens ID:**   2808 | |

**LOCATION**

**Property Address :**
5540 NE TRIESTE WAY
BOCA RATON, FL, 33487

**FL County :**   PALM BEACH

If dwelling does not have a street address, indicate lot, block, addition or section, township, range, town name.

**FORM**

**Form:**
[ ] HW-2 Homeowners
[X] HW-4 Tenant Contents
[ ] HW-6 Condo Unit Owner

**PREMIUM**

| Grand Subtotal | Add'l Surcharges | Total Est. Premium |
|---|---|---|
| $496 | $102 | $598 |

**INSD.**

| | Named Insured(s) | Occupation | Social Security Number | D.O.B. |
|---|---|---|---|---|
| 1st | KEVIN D ROSEN | Attorney | | |
| 2nd | Stacey A Rosen | Homemaker/Real Est | | |

**INTERESTS**

| | Type / Name / Address / Zip Code | Loan Number |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## BASIC COVERAGES

**LIMITS**

| | Coverage Limits |
|---|---|
| A. Dwelling | $15,000 |
| B. Other Structures | N/A |
| C. Personal Property | $150,000 |
| D. Loss of Use | $15,000 |

**DEDUCTIBLES**

**Hurricane Deductible:**
[ ] $500  [X] 2%  [ ] 3%  [ ] 4%  [ ] 5%  [ ] 10%

**Other Windstorm or Hail Deductible:**
[X] $500  [ ] 2%  [ ] 3%  [ ] 4%  [ ] 5%

## OTHER COVERAGES

**OTHER COVERAGES**

[X] Personal Property Replacement Cost (HW 04 90)
[X] Increased Fungi (Mold) Limit (HW 03 33)
  [ ] $25,000      [X] $50,000
[ ] Increased Loss Assessment (HW 04 35)
  [ ] $2000       [ ] $3000
[ ] Ordinance or Law  [ ] 25%-included  [ ] 50% Incr. Limit (HW 04 77)
[ ] Permitted Incidental Occupancy (HW 04 42)
  Describe business:                    Employees
  [ ] Located in main dwelling, or  [ ] Located in Other Structures (see below)

[ ] Other Structures-Increased Limit (HW 04 48)
[ ] Exclusion of Coverage B - Other Structures (HW 04 12)
[ ] Structures Rented to Others (HW 04 40)
[ ] HW-6 ONLY - Unit-Owners Rental to Others (HW 17 33)
[ ] Additional Insured (HW 04 41)
[ ] Additional Interest (HW 04 10)

**OTHER STRUCTURES**

| | Other Coverage | Structure Description | Construction Type | Coverage Limit $ |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

**IMPORTANT:** Other structures partially or entirely over water are not eligible for coverage.

CIT - HW - Ed. 07/2009 -     Page 1 of 4                    08/11/2009 04:01 PM

KROSEN - 000309

## UNDERWRITING INFORMATION CONTINUED

**UNDERWRITING INFORMATION**

1. Is any business conducted on the residence premises?   ☐ Yes  ☒ No

   If Yes, describe

   (Properties with business exposures that are not Permitted Incidental Occupancies are not eligible for coverage.)

2. Is your property condemned or scheduled to be condemned?   ☐ Yes  ☒ No

3. Does dwelling have any existing damage?   ☐ Yes  ☒ No

   Existing damage description:

4. Is the property in a state of disrepair?   ☐ Yes  ☒ No

5. Is the roof damaged or does the roof have visible signs of leaks?   ☐ Yes  ☒ No

6. Is dwelling or any other structure homemade, rebuilt or constructed with extensive remodeling?   ☐ Yes  ☒ No

   If yes, has the construction been approved by local government building or zoning department or has a certificate of occupancy been issued?   ☐ Yes  ☒ No

7. Was the dwelling originally built for purposes other than a residence and later remodeled for residential use?   ☐ Yes  ☒ No

8. Is the property located on a farm, ranch, orchard or grove; or where non-incidental farming activities or ranching operations occur?   ☐ Yes  ☒ No

9. Is the dwelling vacant or unoccupied?   ☐ Yes  ☒ No

   (New purchases or buildings nearing completion are considered vacant if they are not occupied within 30 days of the requested effective date.)

10. Is the dwelling used as a fraternity or sorority house or any similar housing arrangement?   ☐ Yes  ☒ No

11. Is the dwelling rented for periods of 30 days or less?   ☐ Yes  ☒ No

    If yes, how many times in one calendar year?

    ☐ 1 or 2 times   ☐ 3 to 5 times   ☐ 6 to 12 times   ☐ More than 12 times

12. Indicate all that apply to applicant(s):

    ☐ Canceled for material misrepresentation on an application for insurance or on a claim in the past 7 years.

    ☐ Canceled for insurance fraud in the past 15 years.

    ☐ Convicted of arson in the past 25 years.

    ☒ None of the above.

13. Is the main structure partially or entirely over water?   ☐ Yes  ☒ No

14. Is property built on a landfill previously used for refuse?   ☐ Yes  ☒ No

15. Is property located on a barrier island?   ☐ Yes  ☒ No

16. Is this a commercial property?   ☐ Yes  ☒ No

17. If Condo/Apt/Twhs:

    Name of the complex:   Trieste at Boca

    Specific unit number:   5540

    Building / Phase number:   1

## PAYMENT PLANS

Select One:   ( Mortgagee, Lienholder & Premium Finance Co. are not eligible for Quarterly and Semi-Annual Payment Plans)

| ☒ FULL PAYMENT: | Premium Amount Due | Due Date |
| --- | --- | --- |
| Payment 1 | 100% of policy premium | Policy Effective Date |

| ☐ QUARTERLY PAYMENT PLAN*: | Premium Amount Due | Due Date |
| --- | --- | --- |
| Payment 1 | 40% of policy premium, plus $3 installment fee & $10 service fee | Policy Effective Date |
| Payment 2 | 20% of policy premium, plus $3 installment fee | 90 days from the policy effective date |
| Payment 3 | 20% of policy premium, plus $3 installment fee | 180 days from the policy effective date |
| Payment 4 | 20% of policy premium, plus $3 installment fee | 270 days from the policy effective date |

| ☐ SEMI-ANNUAL PAYMENT PLAN*: | Premium Amount Due | Due Date |
| --- | --- | --- |
| Payment 1 | 60% of policy premium, plus $3 installment fee & $10 service fee | Policy Effective Date |
| Payment 2 | 40% of policy premium, plus $3 installment fee | 180 days from the policy effective date |

| Bill To At Renewal: | | |
| --- | --- | --- |
| ☐ Insured | Name: | KEVIN + STACEY ROSEN |
| ☐ Mortgagee/Lienholder | Address 1: | P.O. BOX 810544 |
| ☒ Other (complete information to right) | Address 2: | |
| | City/State/Zip: | BOCA RATON, FL 33481 |

| ☐ Premium Financed (Complete information to right) | Name: | |
| --- | --- | --- |
| A copy of the premium finance contract is required. | Address 1: | |
| | Address 2: | |
| | City/State/Zip: | |

* You may change this payment plan to another payment plan only at a renewal of your policy.

**INSPECT**

**PROPERTY INSPECTION**

The applicant authorizes Citizens and their agents or employees, access to the applicant's/insured's residence premises for the limited purpose of obtaining relevant underwriting data. Inspections requiring access to the dwelling will be scheduled in advance with the applicant. Citizens is under no obligation to inspect the property and if an inspection is made, Citizens in no way implies, warrants or guarantees the property is safe, structurally sound or meets any building codes or requirements.

**L&O**

**ORDINANCE OR LAW COVERAGE - Applicable to CIT HW2 and CIT HW6 policies, but not CIT HW4.**

Ordinance or Law coverage in the amount of 25% of Coverage A will be included in your policy to pay for the increased cost you have to spend to repair or replace damaged buildings in accordance with ordinances or laws that regulate construction, repair or demolition. This Ordinance or Law coverage may be increased to 50% of Coverage A for an additional premium. Your election of one amount of Ordinance or Law coverage (25% or 50%) constitutes the rejection of the other amount. Your signature on this application creates a presumptive conclusion that you made an informed election of Ordinance or Law coverage.

08/11/2009 04:01 PM

CIT - HW - Ed. 07/2009 -   Page 3 of 4

KROSEN - 000310

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

8-1-09
Date

Pay to the
Order of    Citizens                                    $ 598.00

Five Hundred Ninety Eight 00/100    Dollars

Bank of America

ACH R/T 063100277

Bank of America Advantage®

MP

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

8-1-09
Date

Pay to the
Order of    Fidelity National                          $ 189.00

One Hundred Eighty Nine 00/100    Dollars

Bank of America

ACH R/T 063100277                3540 NE Trieste
                                    Way

Bank of America Advantage®

MP

KROSEN - 000311

CITY MATTRESS
W BOCA RATON #54
9293 GLADES RD
BOCA RATON, FL 33434
(561) 487-1181

DUPLICATE

Merchant ID: 441810238097

## Sale

Entry Method: Manual

Apprvd: Online                    Batch#: 000035

08/01/09                          16:02:28

Host Response: Success

Invoice #: 000003          Appr Code: 024795

Total:                $        319.50

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

X----------------------------------------

Merchant Copy

NO CASH REFUNDS AT ANYTIME

KROSEN - 000312

# City Mattress

| | SALES ORDER |
|---|---|
| | 54864055 |

| SCHEDULED DATE MONDAY | DATE |
|---|---|
| 08/03/09 | 08/01/09 |

SOLD TO:
KEVIN ROSEN
5540 NE TRIESTE WAY
TRIESTE
HIGHLAND BEACH,FL 33487
Home: ▮▮▮▮▮▮▮

SHIP TO:
KEVIN ROSEN
5540 NE TRIESTE WAY
TRIESTE
HIGHLAND BEACH,FL 33487

| | Terms | Sls Person | Customer # | Store |
|---|---|---|---|---|
| | CASH ON DELV | TODD SCHWARTZSEID | 51546703 | 54 |

| | Printed: 08/01/09 13:40:39 |
|---|---|
| D - DELIVERY | PLEASE SET UP. NO REMOVAL |

| Ln# | Model/Brand/Description | | Ord | Shp | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | D LIDO-TXLB<br>BRAND: CITYMATTRESS | 3/3XL FOUNDATION | 2 | 2 | 110.00 | 220.00 |
| 2 | D 777G<br>BRAND: HHUB | 6/6 FRAME W/GLIDES | 1 | 1 | 80.00 | 80.00 |

```
                      ==================================================
                                Merchandise:                   300.00
                                Sales Tax:                       19.50
                                TOTAL ORDER:                    319.50
                                Amount Paid:
                                MASTER CARD:        08/01/09    -319.50
```



## Online Banking

**Interest Checking -** ▮▮ **Check Image**

Check Image:



Sender's Copy

**FedEx**

1101 CLINT MOORE RD
BOCA RATON, FL 33487

Location:           BCTCE
Device ID:          BCTCE-POS4
Employee:           1B7155
Transaction:        72046992319

FEDEX HOME DELIVERY
04573501034467   0.20 lb (S)
Padded Envelope
7140555578741          1 (T)

Shipment subtotal:              11.97
Merchandise taxable subtotal:    1.00
Tax(FL) 6.000%                   0.06
Tax(County) 0.500%               0.01
Total Due:                      13.04

(M) CreditCard:                 13.04

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service Guide
at fedex.com for details. All merchandise sales final.
FedEx disclaims all warranties, express or implied,
including, without limitation, the implied warranties of
merchantability and fitness for a particular purpose.
This packaging is sold 'as is' 'with all faults.' By
paying for and accepting this packaging, you agree to
release and hold FedEx harmless for any claims, suits,
disputes or causes of action relating to this packaging
as well as any related incidental or consequential
damages incurred by you or any other party.

11.97
1.00
0.08
0.01
13.04

13.04

at fedex.com

dEX 1.800.463.3339.

sing this FedEx Ground Order Form,
and in the current FedEx Service Guide,
log this FedEx Ground Order Form.

**3 Package Information**
Residential Delivery Address [ ]   Nonresidential (Business) Delivery Address [ ]

Number of Packages

Declared Value $
Our liability is limited to $100 per package unless you declare a higher value. See back for details. For multiple packages to one delivery address, enter the shipping agent per package or enclose a value for each package.

**4 Delivery Signature Options** If you require a signature, check N below.
No Signature Required [ ]   Direct Signature [ ]   Indirect Signature [ ]

**5 FedEx Home Delivery® Premium Service Upgrades**
FedEx Date Certain [ ]   FedEx Evening Home Delivery [ ]   FedEx Appointment Home Delivery [ ]

**6 Payment** Bill to:
Sender [ ]   Recipient [ ]   Third Party [ ]   Credit Card [ ]   Cash/Check [ ]

FedEx Acct. No.

FedEx Use Only

Weight

Base Rate   Total Charge

Tracking Number

Employee Number

Rev. Date 11/07 • Part 158276 • ©1994–2007 FedEx • PRINTED IN U.S.A. • DP-255WVSC

# Sender's Copy

## 1 From
Date 7-31-09

KEVIN ROSEN

PO BOX 310544

BCA RATIO        FL 33481
                 516-413-0045

LAURERO NEYANNI

10515 FAIRWAY COURT

CARMEL           CA 93983

Slip and track your packages at fedex.com

Questions? Go to fedex.com or call 1.800.GoFedEx 1.800.463.3339.

The FedEx Ground Order Form is for FedEx Ground shipments within the U.S. By using this FedEx Ground Order Form, you agree to the service conditions on the back of the Sender's Copy of this document and in the current FedEx Service Guide, including terms that limit our liability. Hazardous materials cannot be shipped using this FedEx Ground Order Form.

## 3 Package Information
☐ Residential (Delivery) Address    ☐ Nonresidential (Business) Delivery Address

Number of Packages _____   Weight _____

Declared Value $ _____

## 4 Delivery Signature Options
☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

## 5 FedEx Home Delivery® Premium Service Upgrades
☐ FedEx Date Certain Home Delivery®
☐ FedEx Evening Home Delivery®
☐ FedEx Appointment Home Delivery®

## 6 Payment  Bill to:
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct. No. _____

| FedEx Use Only | Weight | Base Rate | Total Charge |
|---|---|---|---|
| Tracking Number | | $ | $ |
| Employee Number | | | |

Rev. Date 11/07 • Part 156276 • ©1994-2007 FedEx • PRINTED IN U.S.A. • OP-253WVSC

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

KROSEN 000316



# City Mattress
### of Florida

|  | SHIPPING TICKET | ORDER # |
|---|---|---|
|  |  | 51546703 |

| DELIVERY DATE | DATE |
|---|---|
| 08/11/06 | 02/19/06 |

SOLD TO:
KEVIN ROSEN
17830 MONTE VISTA DRIVE
THE OAKS
BOCA RATON, FL 33496

SHIP TO:
KEVIN ROSEN
17830 MONTE VISTA DRIVE
THE OAKS
BOCA RATON, FL 33496

930-1200 AM

| CUSTOMER PHONE # | TERMS | CUST. NO. | SALESPERSON | WAREHOUSE |
|---|---|---|---|---|
| HOME #: ███ | CASH ON DELV | 51546703 | TODD | 50 |

| SHIP VIA | ROUTE # | DELIVERY INSTRS : PRINTED: 08/10/06  13:06:17 |
|---|---|---|
| ZZZZZ | 50A | PLEASE SET UP |

| LINE NO. | MODEL | DESCRIPTION | SHP | BKD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | WAHEGURU2-KPLM<br>  Pick From: 0521A<br>  Brand: PRANA | 6/6 PLUSH MATT | 1 | 0 | 5255.00 | 5255.00 |
| 2 | STRETCHTERRY-KMP<br>  Pick From: LINENS<br>  Brand: PCFC | 6/6 PROGUARD MATT PAD | 1 | 0 | 0.00 | 0.00 |
| 3 | PRANA4.5-QSPW<br>  Pick From: 0208C<br>            0208C<br>            0208C<br>            0208C<br>  Brand: LATX | 4.5"MED-SOFT LATEX PILLOW | 4 | 0 | 0.00 | 0.00 |

| | | |
|---|---|---|
| MERCHANDISE SUB-TOTAL | | 5255.00 |
| SUB-TOTAL | | 5255.00 |
| DEPOSIT APPLIED | | -625.00 |

10% DISCOUNT. FRIEND OF MARC SCHILLER

3-1-06

DUE ON SHIPMENT: 4630.00

KROSEN-000318

# City Mattress
## of Florida

|  | 51546703 |
|---|---|
|  | SALES ORDER |

| ESTIMATED DATE | DATE |
|---|---|
| 04/29/06 | 02/19/06 |

**SOLD TO:**
KEVIN ROSEN
101 PLAZA REAL SOUTH #313
ROYAL PALM PLACE
BOCA RATON, FL 33432

**SHIP TO:**
KEVIN ROSEN
101 PLAZA REAL SOUTH #313
ROYAL PALM PLACE
BOCA RATON, FL 33432

Home:

| TERMS | SLSPERSN | CUSTOMER # | STORE |
|---|---|---|---|
| CASH ON DELV | TODD | 51546703 | 51 |

| | | REMARKS | PRINTED: 02/19/06 15:44:18 |
|---|---|---|---|
| D - DELIVERY | 04/29/06 | PLEASE SET UP | |

| LINE NO. | MODEL NUMBER | DESCRIPTION | ORDR | SHIP | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 D | WAHEGURU2-KPLM BRAND: PRANA | 6/6 PLUSH MATT | 1 | 0 | 5839.00 | 5839.00 |
| 2 D | STRETCHTERRY-KMP BRAND: PCFC | 6/6 PROGUARD MATT PAD | 1 | 0 | 0.00 | |
| 3 D | PRANA4.5-9SPW BRAND: LATX | 4.5"MED-SOFT LATEX PILLOW | 4 | 0 | 0.00 | |

| | MERCHANDISE: | 5839.00 |
|---|---|---|
| | SALES TAX: | 375.34 |
| | TOTAL: | 6214.34 |
| | VISA: 02/19/06 | -625.00 |

CITY MATTRESS #51
28 E ROYAL PALM RD
BOCA RATON, FL 33432-4923
561-368-6531

MERCHANT ID: 286400036195000
DATE: 02/19/06 3:54:23 PM

RECORD NUMBER: 003
ACCOUNT:
CARD TYPE:
TRAN TYPE: SALE
AUTH CODE: 027185

96/07

625.00

AMOUNT:

ROSEN/KEVIN D
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

NO REFUNDS ON PRODUCT RETURNS
MERCHANT COPY

0.00
Net Owed

| AMOUNT DUE: | 5589.34 |
|---|---|

KROSEN - 000319

Case 9:18-cv-80017-RLR Document 270-11 Entered on FLSD Docket 05/30/2019 Page 147 of 201
Case 9:18-cv-80017-RLR Document 22363-42 Filed 11/19/19 Page 147 of 201
of 459

# City Mattress
## of Florida

KROSEN - 000320



CITY MATTRESS
E BOCA RATON #51
70 SOUTH FIE HWY
BOCA RATON FL 33432
(561) xxx-3531

Merchant ID: 441810236107

## Sale

MASTERCARD

Entry Method: Swiped
Approved: Online                Batch#: 000101
07/29/09                              18:48:49
Host Response: Success

Invoice #: 000004          Appr Code: 07265S

Total:                      $      1,215.17

Customer Copy

NO CASH REFUND AT ANYTIME

KROSEN - 000322

# CityMattress

| | |
|---|---|
| **SALES ORDER** | |
| | 51863269 |

| SCHEDULED DATE SATURDAY | DATE |
|---|---|
| 08/01/09 | 07/29/09 |

SOLD TO:
  KEVIN ROSEN
  17830 MONTE VISTA DRIVE
  THE OAKS
  BOCA RATON,FL 33496
Home: 954 675-8098

SHIP TO:
  KEVIN ROSEN
  5540  NE TRIESTE WAY
  TRIESTE
  HIGHLAND BEACH,FL 33487

| | Terms | Sls Person | Customer # | Store |
|---|---|---|---|---|
| | CASH ON DELV | TODD SCHWARTZSEID | 51546703 | 51 |

| | Printed: | 07/29/09 14:22:47 |
|---|---|---|
| D - DELIVERY | PLEASE SET UP. NO REMOVAL | |

| Ln# | Model/Brand/Description | | Ord | Shp | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | D EVERGLADES-KFETM<br>BRAND: CITYMATTRESS | 6/6 FIRM EUROTOP MATT | 1 | 1 | 700.00 | 700.00 |
| 2 | D KEYWEST-FPLM<br>BRAND: CITYMATTRESS | 4/6 PLUSH MATT | 1 | 0 | 285.00 | 285.00 |
| 3 | D LUXPRO-KMP<br>BRAND: PCFC | 6/6 LUXURY PROTECTION PAD | 1 | 1 | 50.00 | 50.00 |
| 4 | D LUXPRO-FMP<br>BRAND: PCFC | 4/6 LUXURY PROTECTION PAD | 1 | 1 | 40.00 | 40.00 |
| 5 | D ALLERSURE-QPW<br>BRAND: PCFC | 5/0 PILLOW | 2 | 2 | 13.00 | 26.00 |
| 6 | D ALLERSURE-SPW<br>BRAND: PCFC | STD. PILLOW | 4 | 0 | 10.00 | 40.00 |

| | | |
|---|---|---|
| Merchandise: | | 1141.00 |
| Sales Tax: | | 74.17 |
| TOTAL ORDER: | | 1215.17 |
| Amount Paid: | | |
| MASTER CARD: | 07/29/09 | -1215.17 |
| Amount Due: | | 0.00 |

KROSEN : 000323

CD ✓

Baby Mattress

SALES DRAFT

BABY LOVE INC
6931 NW 88TH AVE
TAMARAC, FL 33321
TERMINAL 1586664

025537697800
07/29/2009   12:09:32

MC

AUTH. TRANS. ID.   MCWON2VFG
INVOICE       3401.1 002
AUTH. CODE   03698S
AV. CODE   NY

SALE TOTAL            $169.59

CUSTOMER COPY

KROSEN - 000324

## baby l♥ve®

303995

6931 N.W. 88th Ave.
Tamarac, FL 33321
Phone: (954) 720-2300

| CUSTOMER'S ORDER NO. | | | DATE 7/29/09 |
|---|---|---|---|

NAME **STACEY ROSEN**

ADDRESS **POB 81544**

CITY, STATE, ZIP. **BOCA RATON, FL 33483**

SOLD BY **MR/CH**

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cogts 150 Cal Mothers | Two | 159 99 |
| 2 | | | 9 60 |
| 3 | | | |
| 4 | | | 169 59 |
| 5 | | | |
| 6 | PICK UP | | |
| 7 | | | Paid |
| 8 | BY ALLISON PROBSTAIN | | |
| 9 | | | |
| 10 | | | 7/29/9 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | MC |
| 18 | | | |
| 19 | | | |
| 20 | | | |

RECEIVED BY **FOX**

adams
5805

KEEP THIS SLIP FOR REFERENCE

KROSEN - 000325

JUL-28-2009 12:01PM FROM-BABY LOVE INC +9546725193 T-102 P.001/001 F-020

Est. 1973

# baby love®

6931 N.W. 88 Ave. (Pine Island Rd.)
Tamarac, FL 33321 • Phone: (954) 720-2300 Fax:(954) 718-5744

*5540 Trieste Way*

*ATTENTION:* __M1 CNASL_____ IN THE FURNITURE DEPARTMENT

PURCHASED BY (Billing Address for Credit Card)
Name: __STACEY A. ROSEN__
Address: __POB_____ 810544__
City: __BOCA RATON__ State: __FL__ Zip: __33481__
Home #_____ Work#_____ Fax #_____

SEND TO (If Different Than Above )
Name: __PICK UP BY ALLISON PROBST__
Address: _____
City:_____ State:_____ Zip:_____
Home#_____ Work#_____ Fax #_____

- **International Credit Cards Are Not Accepted. Mainland U.S. billing address only.**
- American Express purchases can only be delivered to the billing address.
- SPECIAL ORDER - FINAL SALE   YES_____   NO_____
- Please Charge to my Amex _____ Visa _____ MasterCard __√__ Discover_____
- I understand this order can take approximately_____ to_____ weeks to arrive. *STOCK*
- i would like you to order the following product from : __COMPLETE__

| QTY | COLOR | MODEL# | DESCRIPTION | PRICE EACH | TOTAL PRICE |
|-----|-------|--------|-------------|------------|-------------|
| 1 | | #150 | CRIB MATTRESS | $_____.__ | $ 159.99 |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |
| | | | | $_____.__ | $_____.__ |

*SIGNATURE* X _____

Merchandise Total $ 159.99
Tax $ 9.60
Subtotal $_____.__
UPS $_____.__
Delivery/Set-up $_____.__
TOTAL ORDER $ 169.59
Deposit $_____.__
C.O.D. $_____.__

*\* If applicable to this purchase please call us with your
credit card information after faxing your order*

All *UPS* and *Special Orders* from: **DUTALIER & RELAX-R**
**Must be paid in full at time of purchase**

KROSEN - 000326

303995

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE 7/29/09 | |
|---|---|---|---|---|---|

NAME *STACEY ROSEN*

ADDRESS *POB 81544*

CITY, STATE, ZIP *BOCA RATON, Fl 33483*

SOLD BY *MR/CX*   CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | *1* | *Cost to social mother* | *Tax* | 159 99 |
| 2 | | | | 9 60 |
| 3 | | | | |
| 4 | | | | 169 59 |
| 5 | | | | |
| 6 | | *PICK UP* | | |
| 7 | | | | |
| 8 | | *BY ALLISON PROB* | | |
| 9 | | | | |
| 10 | | *Alison Vee probst* | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | *Taken 7/31/09* | | M.C |
| 19 | | | | |
| 20 | | | | |

RECEIVED BY

**adams** 5805   KEEP THIS SLIP FOR REFERENCE

KROSEN - 000327



# TWO MEN AND A TRUCK®

0161-    8134

## "Movers Who Care."

7682 Wiles Road
Coral Springs, FL 33067
(954) 575-1771 • (561) 994-1616
Fax (954) 575-1781
**Each franchise independently
owned and operated**
www.twomen.com
MV240

### HOME MOVING SHEET

Move Date: Sat Aug 01, 2009
ETA: 8:00 AM
Truck: 104-Boca
Confirm: BX5Q-HGUS-BOH
Team: 2

Job #: BO15576
Zone: Local
Activity: Moving
Type: Home
Booked: Thu Jul 30, 2009
Scheduler: Renee

Customer/Phones:
Rosen, Kevin
(H)

Move From:
House
The Oakes
17830 Monte Vista Dr
Boca Raton, FL 33496
Floor: 1/2

Move To:
Townhouse
Triesta
5540 NE Triesta Way
Boca Raton, FL 33487
Floor: 1/2/3
Note: Stretch wrap Leather Sofas
##

Customer understands ONLY paying for the time used.

TMT is licensed,bonded,and insured.We were also awarded

| Quantity | Item | Extras | Note | Boxes | Misc | Invoice |
|---|---|---|---|---|---|---|
| 11 | pcs Living Rm | | NO Damages | | Amount: | |
| 7 | pcs Bed/rm #2 | | | | Delivery: | |
| 9 | pcs Patio | | | | | |
| 7 | pcs Dining Rm | | | | | |

**PLEASE READ CAREFULLY: THIS CONTRACT FOR SERVICE IS REQUIRED BY COUNTY ORDINANCE AND MUST INCLUDE THE TERMS AND COSTS ASSOCIATED WITH YOUR MOVE. IN ORDER FOR THE CONTRACT FOR SERVICE TO BE ACCURATE YOU MUST DISCLOSE ALL INFORMATION RELEVANT TO THE MOVE TO THE MOVER. COUNTY ORDINANCE REQUIRES THAT A MOVER RELINQUISH POSSESSION OF YOUR GOODS AND COMPLETE YOUR MOVE UPON PAYMENT OF NO MORE THAN THE SPECIFIED MAXIMUM AMOUNT DUE AT DELIVERY.**

DECLARATION OF VALUE: The Customer hereby declares the value of all goods, including the contents of containers, received or transported, or later received and / or transported for the Customer as set forth below. Such value to be the agreed value for all purpose whatsoever. EITHER A OR B
A. I herby declare the value of the goods tendered to the Company to be $.60    per pound per article, and agree to the Company's limited liability as set forth in Section 1, subdivision (A) & (B) on the reverse side hereof. Signature

"By signing this form, you are waiving certain valuable coverage which protects your possessions above the minimum amounts set by law. Please read carefully."

B. I hereby declare the value of the goods deposited with the company to be $         and agree in the alternative to the limitation of the Company's liability as set forth in Section 1, subdivision (A) & (C) on the reverse side hereof and agree to pay the additional valuation charge of $     per hundred dollars of valuation, the value herein declared shall not be less than $     for each pound of weight in the shipment. If the value specified is less, then the value and the charge thereof shall be increased to meet the minimum requirement of $     times the weight of the shipment in pounds. If not weighed, a constructive weight, based upon seven pounds per cubic foot, will be used in addition to the foregoing. If the shipment contains any article, the value of which is in excess of $     such item(s) and its (their) value(s) must be listed immediately below, and such declaration will be in addition to the above declared value. Signature

Total declared value of all articles: $

| | **2 Hour Minimum** | Moving Rate: | Truck(s) | | $ |
|---|---|---|---|---|---|
| Trip Charge | | =$ | | | |
| Moving | Hours @ $ | /hr | =$ | | |

Customer understands ONLY
paying for the time used.

TMT is licensed bonded and
insured. We were also awarded

Floor: 1/2/3

Note: Stretch wrap Leather Sofas

| Quantity | Item | Extras | Note | Boxes | Billing | Invoice |
|---|---|---|---|---|---|---|
| 11 | pcs Living Rm | | No Damages | | Account | |
| 7 | pcs Bedrm #2 | | | | Delivery | |
| 5 | pcs Patio | | | | | |
| | pcs Dining Rm | | | | | |

**PLEASE READ CAREFULLY: THIS CONTRACT FOR SERVICE IS REQUIRED BY COUNTY ORDINANCE AND MUST INCLUDE THE TERMS AND COSTS ASSOCIATED WITH YOUR MOVE. IN ORDER FOR THE CONTRACT FOR SERVICE TO BE ACCURATE YOU MUST DISCLOSE ALL INFORMATION RELEVANT TO THE MOVE TO THE MOVER. COUNTY ORDINANCE REQUIRES THAT A MOVER RELINQUISH POSSESSION OF YOUR GOODS AND COMPLETE YOUR MOVE UPON PAYMENT OF NO MORE THAN THE SPECIFIED MAXIMUM AMOUNT DUE AT DELIVERY.**

DECLARATION OF VALUE: The Customer hereby declares the value of all goods, including the contents of containers, received or transported, or later received and / or transported for the Customer as set forth below. Such value to be the agreed value for all purpose whatsoever. EITHER A OR B
A. I hereby declare the value of the goods tendered to the Company to be $.60 ____ per pound per article, and agree to the Company's limited liability as set forth in Section 1, subdivision (A) & (B) on the reverse side hereof. Signature ____

"By signing this form, you are waiving certain valuable coverage which protects your possessions above the minimum amounts set by law. Please read carefully."

B. I hereby declare the value of the goods deposited with the company to be $ ____ and agree in the alternative to the limitation of the Company's liability as set forth in Section 1, subdivision (A) & (C) on the reverse side hereof and agree to pay the additional valuation charge of $ ____ per hundred dollars of valuation, the value herein declared shall not be less than $ ____ for each pound of weight in the shipment. If the value specified is less, then the value and the charge thereof shall be increased to meet the minimum requirement of $ ____ times the weight of the shipment in pounds. If not weighed, a constructive weight, based upon seven pounds per cubic foot, will be used in addition to the foregoing. If the shipment contains any article, the value of which is in excess of $ ____ such item(s) and its (their) value(s) must be listed immediately below, and such declaration will be in addition to the above declared value. Signature ____

Total declared value of all articles: $ ____

| **2 Hour Minimum** | | | | Moving Rate: | Truck(s) ____ Men $ 78 /hr |
|---|---|---|---|---|---|
| Trip Charge | | =$ | | | |
| Moving | Hours @ $ ____ /hr. | =$ | | 850 | |
| Moving | Hours @ $ ____ /hr. | =$ | | | |
| Extras | @ $ ____ /hr. | =$ | | Dep | Arrival | Downtime | Dep | Arrival |
| Extras | @ $ ____ /hr. | =$ | | Movers: | |
| Valuation Coverage | | =$ 175.00 | | Visa | |
| Packing Supplies | + tax | =$ | | Card# | |
| Packing | Hours @ $ ____ /hr. | =$ | | Expire | |
| Other  Stretch Wrap | | =$ 30.00 | | Customers New Phone Number: | |
| | Subtotal =$ | | | | 3.45 |
| Adjustment  1/2 Hour lunch | =$ | | At Origin: Customer Signature | Time |
| | Balance Due =$ 128.50 | | | At Delivery: Customer Signature | Time 5.30 |

Dep Arrival Downtime Dep Arrival

Lanserv Inc. D.B.A. **TWO MEN AND A TRUCK®** is registered with the State of Florida as a Mover. Registration No. IM49.

Customer Waives Inventory                    Date 8/11/09

Please read the front and reverse side for terms and conditions covering this Contract for Services. The final settlement of this amount must be made in:
Cash, Cashier's Check, Traveler's Check, or Money Order, or    Valid Credit Card (Visa, MC, Discover, AMEX) payment in full of all charges is required before delivery.

White Copy/Office (numerical)        Green Copy/Office (chronological)        Yellow Copy/Customer

KROSEN - 000330



KROSEN - 000331



KROSEN - 000332



## City of Boca Raton

UTILITIES PROCESSING CENTER
P.O. Box 533503
Atlanta, GA 30353-3503

FINANCIAL SERVICES DEPARTMENT

### Account

# Statement

**WATER BILL**
For Inquiries Call: (561) 393-7750
201 W. Palmetto Park Road
Hearing Impaired TDD # (561) 367-7046
8:00 A.M. - 4:45 P.M. Monday-Friday

**ACCOUNT INFORMATION**

| | |
|---|---|
| ACCOUNT: | |
| SERVICE ADDRESS: | 5540 NE TRIESTE WAY |
| BILLING DATE: | 12/16/09 |

| | |
|---|---|
| PREVIOUS BALANCE | .00 |
| TOTAL CURRENT CHARGES | 117.74 |
| **TOTAL AMOUNT DUE** | **117.74** |

*Balance is due when rendered. A late fee of $15.00 is charged on payments not received within 30 days of billing date.*

\*\*AUTO\*\*SCH 3-DIGIT 334 5 PS3 56090W4C-A-1
1278 1 AT 0.357



KEVIN & STACEY ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

LASS : SINGLE FAM

**DETAIL INFORMATION**

| CYCLE/ROUTE : 20/55 | RATE CLASS : | SINGLE FAMILY |
|---|---|---|
| Last payment amount/date: | 145.25 | 11/02/09 |

| | Service Period | | Days | Meter Number | Units | Current | Previous |
|---|---|---|---|---|---|---|---|
| WA | 10/07/09 | 12/09/09 | 63 | 006554112 | TNGL | 17792 | 16112 |

| Service | | Consumption | Charge | Total |
|---|---|---|---|---|
| WA | CUSTOMER CHARGE | | 5.45 | |
| WA | CAPACITY CHARGE | | 18.71 | |
| WA | COMMODITY CHARGE | 16.80 | 11.93 | 36.09 |
| SW | SEWER CHARGE | | 50.93 | 50.93 |
| GB | CURBSIDE COLLECTION | | 10.00 | 10.00 |
| ST | STORMWATER-TOWNHOUSE | | 3.48 | 3.48 |
| FL | 1-1/2 INCH FIRELINE | | 12.86 | 12.86 |
| | UTILITY TAX | | 4.89 | 4.89 |
| | DEPOSIT INTEREST | | | .51 - |

*Paid 12-31-09*
*# 117-74*

**SPECIAL MESSAGE**

DURING THIS HOLIDAY SEASON PROTECT YOUR HOME! BE SURE DOORS AND WINDOWS ARE LOCKED AND YOUR ALARM IS ACTIVATED. ADDITIONALLY, DON'T DISPLAY GIFTS AND OTHER VALUABLES SO THAT THEY CAN BE SEEN FROM A WINDOW OR DOORWAY.

KROSEN 000333

**comcast**

Contact us: @ www.comcast.com 1-561-COMCAST

| Account Number | |
|---|---|
| Billing Date | 12/11/09 |
| **Unpaid Balance** | **$49.64 - Due Now** |
| New Charges | $108.34 - Due 01/01/10 |
| Total Amount Due | $157.98 |
| | Page 1 of 2 |

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

**Our records show that we have not received payment for last month's Comcast service(s). The amount past due is listed as Unpaid Balance. To avoid a possible loss of service, please pay this bill immediately.**

If you have already paid your previous balance, please disregard this notice and pay the New Charges on your statement. Thank you.

Every employee at Comcast has made a commitment to provide superior customer service. Your total satisfaction is our number one priority.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 49.64 |
| Payments - received by 12/11/09 | 0.00 |
| **Unpaid Balance - Due Now** | **49.64** |
| New Charges - Due by 01/01/10 | 108.34 |
| *see below for more information* | |
| **Total Amount Due** | **$157.98** |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 72.86 |
| Comcast High-Speed Internet | 19.95 |
| Other Charges & Credits | 5.00 |
| Taxes, Surcharges & Fees | 10.53 |
| Total New Charges | **$108.34** |

Thank you for being a valued Comcast customer!



Paid 12/3/09
$157.98

KROSEN - 000334

## A. Settlement Statement

**U.S. Department of Housing and Urban Development** 

OMB Approval No. 2502-0265

**B. Type of Loan**

| 1 ☐ FHA | 2 ☐ FmHA | 3 ☒ Conv. Unins | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4 ☐ VA | 5 ☐ Conv. Ins | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**D. NAME OF BORROWER:** Florida Campbell Real Estate Holdings, Inc.

**ADDRESS OF BORROWER:** 5231 NE 33rd Avenue, Fort Lauderdale, FL 33308

**E. NAME OF SELLER:** Kevin Rosen and Stacey Rosen, husband and wife

**ADDRESS OF SELLER:** P.O. Box 810544

**F. NAME OF LENDER:** Boca Raton, FL 33481

**ADDRESS OF LENDER:**

**G. PROPERTY LOCATION:** 17830 Monte Vista Drive
Boca Raton, FL 33496

**H. SETTLEMENT AGENT:** FORMAN & ALTINO, P.A.

**PLACE OF SETTLEMENT:** 2101 W. COMMERCIAL BLVD., SUITE 2800, FT. LAUDERDALE FL 33309
2101 W. COMMERCIAL BLVD., SUITE 2800, FT. LAUDERDALE FL 33309

**I. SETTLEMENT DATE:** 12/23/2009

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100.GROSS AMOUNT DUE FROM BORROWER** | | **400.GROSS AMOUNT DUE TO SELLER** | |
| 101.Contract sales price | 501,000.00 | 401.Contract sales price | 501,000.00 |
| 102.Personal property | | 402.Personal property | |
| 103.Settlement charges to borrower (line 1400) | 2,232.46 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106.City/town taxes          to | | 406.City/town taxes          to | |
| 107.County taxes   12/23/2009 to 12/31/2009 | 411.90 | 407.County taxes   12/23/2009 to 12/31/2009 | 411.90 |
| 108.Assessments | | 408.Assessments | |
| 109.Assessments   12/23/2009 to 12/31/2009 | 172.39 | 409.Assessments   12/23/2009 to 12/31/2009 | 172.39 |
| 110.                          to | | 410.                          to | |
| 111.                          to | | 411.                          to | |
| 112.                          to | | 412.                          to | |
| **120.GROSS AMOUNT DUE FROM BORROWER ▶** | **503,816.75** | **420.GROSS AMOUNT DUE TO SELLER ▶** | **501,584.29** |
| **200.AMOUNTS PAID BY OR IN BEHALF OF BORROWER** | | **500.REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201.Deposit or earnest money | 25,000.00 | 501.Excess deposit (see instructions) | |
| 202.Principal amount of new loan(s) | | 502.Settlement charges to seller(line 1400) | 42,592.70 |
| 203.Existing loan(s) taken subject to | | 503.Existing loan(s) taken subject to | |
| 204. | | 504.Payoff of first mortgage loan | 174,949.20 |
| | | Wahovia Mortgage | |
| 205. | | 505.Payoff of second mortgage loan | |
| 206.Principal amount of new loan(s) | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| 209a | | 509a | |
| 209b | | 509b | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210.City/town taxes          to | | 510.City/town taxes          to | |
| 211.County taxes          to | | 511.County taxes          to | |
| 212.Assessments          to | | 512.Assessments          to | |
| 213.          to | | 513.          to | |
| 214.          to | | 514.          to | |
| 215.          to | | 515.          to | |
| 216.          to | | 516.          to | |
| 217.          to | | 517.          to | |
| 218.          to | | 518.          to | |
| 219.          to | | 519.          to | |
| **220.TOTAL AMOUNTS PAID BY OR IN BEHALF OF BORROWER ▶** | **25,000.00** | **520.TOTAL REDUCTIONS IN AMOUNT DUE SELLER ▶** | **217,541.90** |
| **300.CASH AT SETTLEMENT FROM/TO BORROWER** | | **600.CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301.Gross amount due from borrower (line 120) | 503,816.75 | 601.Gross amount due to seller (line 420) | 501,584.29 |
| 302.Less amounts paid by/for borrower (line 220) | 25,000.00 | 602.Less reductions in amount due seller (line 520) | 217,541.90 |
| **303.CASH ☒ From ☐ To  BORROWER** | **478,816.75** | **603.CASH ☒ To ☐ From  SELLER ▶** | **284,042.39** |

SUBSTITUTE FORM 1099 Seller Statement: For information contained in Blocks E,G,H, and I on Line 401 and Buyer's part of real estate (lines 406-408). This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

SELLER INSTRUCTIONS:   If this real estate was your principal residence, file Form 1040 for any gain, with your income tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 (and/or for Exchanges, Form 8824).

You are required by law to provide [see box H] with your correct taxpayer identification number.  If you do not provide [see box H] with your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law, and Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

PAGE 1   (For 1099's Questions call Debbie @ (954) 735-0000)

SELLER'S SIGNATURE

HUD-1 (3-86) RESPA, HB 4305.2

KROSEN - 000335

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

PAGE 2

| L.  Settlement Charges | | Paid From Borrower's Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| 700.  TOTAL SALES/BROKER'S COM. based on price  501,000.00  @   6.00  % =   30,060.00 | | | |
| Division of Commission (line 700) as follows: | | | |
| 701.   15,030.00 | to  Boca Executive Realty | | |
| 702.   15,030.00 | to  Lang Realty | | |
| 703.  Commission paid at Settlement | | | 30,060.00 |
| 704.  Processing Fee | to  Boca Executive Realty | 250.00 | |
| 800.  Items Payable In Connection With Loan | | | |
| 801.  Loan Origination Fee            % | to | | |
| 802.  Loan Discount                   % | to | | |
| 803.  Appraisal Fee | to | | |
| 804.  Credit Report | to | | |
| 805.  Lender's Inspection Fee | to | | |
| 806.  Mortgage Insurance Application Fee | to | | |
| 807. | to | | |
| 808. | to | | |
| 809. | to | | |
| 810. | to | | |
| 811. | to | | |
| 812. | to | | |
| 813. | to | | |
| 814. | to | | |
| 815. | to | | |
| 900.  Items Required By Lender To Be Paid In Advance | | | |
| 901.  Interest from          to          @          /day | | | |
| 902.  Mortgage Insurance Premium for        months to | | | |
| 903.  Hazard Insurance Premium for        years to | | | |
| 904.        years to | | | |
| 905.        years to | | | |
| 1000.  Reserves  Deposited  With  Lender | | | |
| 1001. Hazard insurance        months@        per month | | | |
| 1002. Mortgage insurance        months@        per month | | | |
| 1003. City property taxes        months@        per month | | | |
| 1004. County property taxes        months@        per month | | | |
| 1005. Annual assessments        months@        per month | | | |
| 1006.        months@        per month | | | |
| 1007.        months@        per month | | | |
| 1008.        months@        per month | | | |
| 1009. | | | |
| 1100.  Title  Charges | | | |
| 1101. Settlement or closing fee | to | | |
| 1102. Abstract or title search | to  First American Title Ins./F & A. P.A. | | 225.00 |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to | | |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to  Forman & Altino, P. A. | | 4,732.00 |
|   (includes above items numbers: | | | |
| 1108. Title insurance | to  First American Title Ins./F & A. P.A. | | 2,580.00 |
|   (includes above items numbers: | | | |
| 1109. Lender's coverage: Risk Premium | INS AMT: | | |
| 1110. Owner's coverage: Risk Premium  2,580.00 | INS AMT: 501,000.00 | | |
| 1110a | | | |
| 1111. | to | | |
| 1112. | to | | |
| 1113. | to | | |
| 1200.  Government  Recording  and  Transfer  Charges | | | |
| 1201. Recording Fees: Deed $10.60; L-Mortgage(s)  ; S-Mortgage(s)  ; Releases $19.10 | | | 29.70 |
| 1202. City/county tax/stamps: Deed  ; L-Mortgage(s)  ; S-Mortgage(s) | | | |
| 1203. State tax/stamps: Deed $3,507.00; L-Mortgage(s)  ; S-Mortgage(s) | | | 3,507.00 |
| 1204. | | | |
| 1205. | | | |
| 1300.  Additional  Settlement  Charges | | | |
| 1301. Lien Search | to  A.S.A.P. Tax and Lien Search, Inc. | | 250.00 |
| 1302. HOA Estoppel Letter - Continental Group | to  Reimb. Forman & Altino, P. A. | | 175.00 |
| 1303. Federal Express Payoff | to  Forman & Altino, P. A. | | 25.00 |
| 1304. Fax/Phone/Photocopies | to  Forman & Altino, P. A. | | 25.00 |
| 1305. Capital Contribution | to  The Oaks at Boca Raton Property | 1,982.46 | |
| 1306. Attorney's Fee | to  Berman, Kean & Riguera | | 984.00 |
| 1307. | to | | |
| 1308. | to | | |
| 1309. | to | | |
| 1400.  Total Settlement  Charges   (enter on lines 103, Section J and 502, SectionK)  ▶ | | 2,232.46 | 42,592.70 |

CERTIFICATION

I have carefully reviewed the HUD - 1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD - 1 Settlement Statement.
Florida Campbell Real Estate Holdings, Inc.

DATE: 12/23/2009

By: _____  Borrower

By: _____  Borrower

_____  Seller
Kevin Rosen

_____  Seller
Stacey Rosen

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.
FORMAN & ALTINO, P.A.

_____  12/23/2009
Settlement Agent                Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form.  Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

KROSEN-000336
581005

KROSEN - 000337

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX

☑ Track your expenses...
☐ Clothing   ☐ Food
☐ Credit Card   ☐ Utilities   ☐ Transportation
☑ Entertainment   ☐ Insurance   ☐ Mortgage
                                 ☐ Other:

☐ TAX DEDUCTIBLE ITEM

11 39 09

3918

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 125 00 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Stan Coby
and of twenty five
1783-
1 Rug + 2 ottomans Lake Vista

3918

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

5540 NE Trieste Way

TERMS:                                                     ORDER TAKEN BY

DESCRIPTION OF WORK                          AMOUNT

9X9    Chinese
2 Ottoman                          125

12 Dolls          Pd

GENERAL RELEASE:
We always use the utmost care in cleaning your oriental and area rugs, however, due to the fabrics, materials and dyes used in the manufacturing process, we find it necessary to obtain your authorization before proceeding with the above item/s.
Please note we have a written a complete description of the rug as you have brought it to us and listed any problems associated with the item/s.
I release the cleaner from all responsibility in their attempts to remove spots and/or stains from my carpet/s, that have been previously cleaned or spot cleaned.
We are not responsible for items left over 7 days after completion. You will be notified when all items are complete (usually 5-7 business days unless otherwise noted on invoice. ANY ITEMS LEFT OVER 7 DAYS WILL CHARGE A STORAGE FEE OF $2.00 PER DAY.
All Repairs and Orders over $200.00 will require a 50% Deposit.
SIGNATURE

| | |
|---|---|
| PICK UP & DELIVERY | |
| FUEL SURCHARGE | |
| TAX | |
| SUBTOTAL | |
| DEPOSIT | |

*Thank You!*
PAY THIS AMOUNT ➔   125 00

KROSEN - 000338

**Boca Raton Stor-All, Ltd.**
**Boca Raton**
**20599 81st Way South**
**Boca Raton, FL 33434(USA)**
**(561)451-4772**



# Invoice

Kevin Rosen
P.O. Box 810544
Boca Raton, FL - 33496 (USA)

**Invoice# :** 600249

| | |
|---|---|
| Date : | 11/16/2009 |
| Unit # | 1063 |
| Lease # | 171 |
| Paid Thru Date | 11/29/2009 |

Dear  Kevin Rosen :

Please Remit your payments to the above mentioned address.

| Charge Date | Description | Total |
|---|---|---|
| **New Dues** | | |
| 11/30/2009 | Rent Charged - 11/30/2009 to 12/29/2009 | $234.30 |

| | |
|---|---|
| **Total Due** | $234.30 |
| **Prepaid Rent/Fee** | $0.00 |
| **Balance Due** | $234.30 |

KROSEN - 000339
Boca Raton Stor-All, Ltd.

**Bank of America**

**Online Banking**

**Interest Checking** -  **Check Image**

**Check Image:**

KROSEN - 000341

Case 2:09-md-02047-EEF-MBN  Document 22363-12  Filed 11/19/19  Page 169 of 201

**Boca Raton Stor-All, Ltd.**

**Boca Raton**
**20599 81st Way South**
**Boca Raton, FL 33434(USA)**
**(561)451-4772**

# Invoice

Kevin Rosen
P.O. Box 810544
Boca Raton, FL  - 33496 (USA)

**Invoice# :**  600201

| | |
|---|---|
| Date : | 10/16/2009 |
| Unit # | 1063 |
| Lease # | 171 |
| Paid Thru Date | 10/29/2009 |

Dear  Kevin Rosen :

Please Remit your payments to the above mentioned address.

| Charge Date | Description | Total |
|---|---|---|
| **New Dues** | | |
| 10/30/2009 | Rent Charged - 10/30/2009 to 11/29/2009 | $234.30 |

| | |
|---|---|
| **Total Due** | $234.30 |
| **Prepaid Rent/Fee** | $0.00 |
| **Balance Due** | $234.30 |



KROSEN - 000342

Boca Raton Stor-All, Ltd.



**Bank of America** — **Online Banking**

Interest Checking - Check Image

Check Image:



KROSEN - 000343



Online Banking

**Interest Checking**     **Check Image**

Check Image:



KROSEN - 000344

**Bank of America** 〰〰〰　　　　　Online Banking

**Interest Checking -** ▮▮▮ **Transaction Details**

**Transaction Details:**

**Description:**　AT&T SERVICES DES:CHECKPAYMT CHECK # ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

**Posting date:**　07/31/2009

**Amount:**　$68.27

**Type:**　ACH Debit

**Account number:**　Interest Checking ▮▮▮▮

**Additional Details:**

**My Description:**

Boca Raton Stor-All, Ltd.
20599 81st Way South
Boca Raton, FL 33434 (USA)
Phone/Fax No :-  5614514772 / 5614514874
boca@stor-all.com

# RECEIPT

Rosen, Kevin
P.O. Box 810544
Boca Raton, FL  - 33481 (USA)

| | |
|---|---|
| **Receipt #** | 1077 |
| **Payment Date** | 12/31/2009 10:00:37 AM |
| **Lease #** | ▮▮▮▮ |

## Charges Applied

| Unit # | Unit Type | Description | From Date | To Date | Total | Paid | Allowance | Due | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1063 | 10X15P | Rent | 12/30/2009 | 01/29/2010 | $234.30 | $0.00 | $0.00 | $234.30 | $234.30 | $0.00 |
| 1063 | 10X15P | Rent | 01/30/2010 | 02/27/2010 | $234.30 | $0.00 | $0.00 | $234.30 | $234.30 | $0.00 |
| 1063 | 10X15P | Rent | 02/28/2010 | 03/29/2010 | $234.30 | $0.00 | $0.00 | $234.30 | $234.30 | $0.00 |
| | | | | | $702.90 | $0.00 | $0.00 | $702.90 | $702.90 | $0.00 |

| Payment Type | Amount | | | | | |
|---|---|---|---|---|---|---|
| **Cash** | $0.00 | | | | **Total Due** | $234.30 |
| **Check** | $702.90 | **Check #** | 4012 | **Bank Name**  063100277 | **Total Paid** | $702.90 |
| **Credit Card** | $0.00 | | | | **Balance Due** | ($468.60) |
| **Total** | $702.90 | | | | **Total Tax Paid** | $42.90 |

**Paid Thru Date**   3/29/2010

**Signature of the Customer**                                    **Signature of the Manager**

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

63-27/631 FL
875

12-31-09        Date

Pay to the
Order of _Boca Raton Stor - All Fed._     | $ 762.90

_Seven Hundred Sixty two + 90/100_ _____ Dollars

**Bank of America**

Bank of America Advantage®

ACH R/T 063100277

_Rent_
12/30/09 - 03/29/10

For _Unit 1063_

KROSEN - 000347



**FLORIDA PUBLIC**
U T I L I T I E S

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395
Customer Service: (561) 832-0872
www.fpuc.com

Account #: ▮▮▮▮▮
Service Period: 08/14-09/16
Route: 001520

Page: Page 1 of 1
Billing Date: 09/24/2009

Service Location:
KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON, FL 33404

| Previous Account Balance | Less Payments | Past Due Or Credit Balance | Current Charges | Current Charges Due On | Total NOW Due |
|---|---|---|---|---|---|
| $10.67 | $10.67CR | $0.00 | $27.71 | 10/14/2009 | $27.71 |

* A Late Payment Fee will apply if amount due is greater than $5.00 and is not paid by due date.

* Past due balances are due immediately and subject to previous disconnect dates.

* The APR for installment contracts is 18%.

**Meter Information** - meter # 94927W

| Current Reading | | 0000283 |
|---|---|---|
| Previous Reading | − | 0000269 |
| CCF's Used | = | 14 |
| Multiplying Factor | X | 1.0400 |
| Total Therms Used | = | 14.56 |

**Energy Usage**

| | Last Year | This Year |
|---|---|---|
| Therms This Month | 0 | 15 |
| Therms/Day | 0 | 0 |
| Service Days | 0 | 33 |

**\*\*Amount Includes the following charges\*\***

| Customer Charge | 11.00 |
|---|---|
| Base Energy per therm | 0.58560 |
| PGA per therm | 0.30000 |

**Current Account Activity**

Billing For     RS   GRS31

| Natural Gas Service Amount** | 23.90 |
|---|---|
| Boca Raton Franchise Fee | 0.84 |
| Boca Raton Municipal Tax | 2.22 |
| Florida Gross Receipts Tax | 0.75 |
| **TOTAL NATURAL GAS CHARGES** | **27.71** |
| **Total Current Charges** | **$27.71** |

Live comfortably & conserve energy; call FPU today for a FREE Energy Survey



KROSEN - 000348



**Online Banking**

**Interest Checking -** ▉ **Check Image**

Check Image:





KROSEN - 000349

KROSEN - 000350



## comcast.

| | |
|---|---|
| **Account Number** | ████████ |
| Billing Date | 09/10/09 |
| Total Amount Due | $92.91 |
| Payment Due by | 10/01/09 |
| | Page 1 of 2 |

**Contact us:** @ www.comcast.com 📞 1-561-COMCAST

### KEVIN ROSEN

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

Every employee at Comcast has made a commitment to provide superior customer service. Your total satisfaction is our number one priority.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 243.08 |
| Payment - 08/26/09 - thank you | -117.49 |
| Payment - 09/06/09 - thank you | -125.59 |
| New Charges - *see below* | 92.91 |
| **Total Amount Due** | **$92.91** |
| Payment Due by | 10/01/09 |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 79.35 |
| Comcast High-Speed Internet | 19.95 |
| Partial Month Charges & Credits | -15.62 |
| *Effective 08/27/09, you made changes to your account. See the following pages for more details.* | |
| Taxes, Surcharges & Fees | 9.23 |
| Total New Charges | $92.91 |

**Thank you for being a valued Comcast customer!**

028201 1/1



KROSEN - 000351



**Interest Checking -** ▇▇▇ **Check Image**

Check Image:



KROSEN - 000352

**comcast.**

| Account Number | |
|---|---|
| Billing Date | 10/11/09 |
| Total Amount Due | $113.91 |
| Payment Due by | 11/01/09 |
| | Page 1 of 2 |

Contact us:  www.comcast.com 1-561-COMCAST

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

# News from Comcast

Every employee at Comcast has made a commitment to provide superior customer service. Your total satisfaction is our number one priority.



paid 10-26-09

$113.9

## Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 92.91 |
| Payment - 09/28/09 - thank you | -92.91 |
| New Charges - see below | 113.91 |
| **Total Amount Due** | **$113.91** |
| Payment Due by | 11/01/09 |

## New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 82.34 |
| Comcast High-Speed Internet | 19.95 |
| Taxes, Surcharges & Fees | 11.62 |
| Total New Charges | $113.91 |

**Thank you for being a valued Comcast customer!**



KROSEN - 000353



## Online Banking

**Interest Checking** ▮▮▮▮ **: Check Image**

**Check Image:**





# comcast.

**Contact us:** @ www.comcast.com ⊙ **1-561-COMCAST**

| Account Number | ▉▉▉▉▉▉ |
|---|---|
| Billing Date | 11/09/09 |
| Total Amount Due | $49.64 |
| Payment Due by | 12/01/09 |
| | Page 1 of 2 |

**KEVIN ROSEN**

For service at:
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

## News from Comcast

Dear Valued Customer:

Due to a computer processing error, your November bill was delayed. Your payment due date is listed on your bill as December 1st. However, because of the processing error, your payment due date has been extended to December 13th. If you have already made payment, please disregard this notice. We apologize for any inconvenience. If you have any questions or concerns, we are available 24/7 at 1(800) COMCAST.

Every employee at Comcast has made a commitment to provide superior customer service. Your total satisfaction is our number one priority.

### Monthly Statement Summary

| | |
|---|---|
| Previous Balance | 113.91 |
| Payment - 10/30/09 - thank you | -113.91 |
| New Charges - *see below* | 49.64 |
| **Total Amount Due** | **$49.64** |
| Payment Due by | 12/01/09 |

### New Charges Summary

| | |
|---|---|
| Comcast Cable Television | 56.90 |
| Comcast High-Speed Internet | 19.95 |
| Partial Month Charges & Credits | -31.14 |
| *Effective 10/20/09, you made changes to your account. See the following pages for more details.* | |
| Taxes, Surcharges & Fees | 3.93 |
| Total New Charges | $49.64 |

018245 1/1

**Thank you for being a valued Comcast customer!**


Paid 12/12/09
$49.64

KROSEN - 000355



## Online Banking

Interest Checking ▬▬▬ : Check Image

Check Image:



KROSEN - 000356



*City of Boca Raton*

UTILITIES PROCESSING CENTER
P.O. Box 533503
Atlanta, GA 30353-3503

FINANCIAL SERVICES DEPARTMENT

Account

# Statement

**WATER BILL**
For Inquiries Call: (561) 393-7750
201 W. Palmetto Park Road
Hearing Impaired TDD # (561) 367-7046
8:00 A.M. - 4:45 P.M. Monday-Friday

**ACCOUNT INFORMATION**

| | |
|---|---|
| ACCOUNT: | |
| SERVICE ADDRESS: | 5540 NE TRIESTE WAY |
| BILLING DATE: | 10/15/09 |

| | |
|---|---|
| PREVIOUS BALANCE | .00 |
| TOTAL CURRENT CHARGES | 145.25 |
| **TOTAL AMOUNT DUE** | 145.25 |

*Balance is due when rendered. A late fee of $15.00 is charged on payments not received within 30 days of billing date.*

```
**AUTO**SCH 3-DIGIT 334 7 P53 5S759W3D-A-1
1bb7 1 AT 0-357
```



KEVIN & STACEY ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

**DETAIL INFORMATION**

| | | | |
|---|---|---|---|
| RATE CLASS : | SINGLE FAMILY | | |
| Last payment amount/date: | 250.00 | 8/26/09 | |

| Service Period | Days | Meter Number | Units | Current | Previous |
|---|---|---|---|---|---|
| 8/03/09  10/07/09 | 65 | 006554112 | TNGL | 16112 | 14551 |

| | Consumption | Charge | Total |
|---|---|---|---|
| CUSTOMER CHARGE | | 5.90 | |
| CAPACITY CHARGE | | 20.27 | |
| COMMODITY CHARGE | 15.61 | 11.08 | |
| SEWER CHARGE | | 55.18 | 37.25 |
| CURBSIDE COLLECTION | | 10.00 | 55.18 |
| STORMWATER-TOWNHOUSE | | 3.77 | 10.00 |
| 1-1/2 INCH FIRELINE | | 13.93 | 3.77 |
| UTILITY TAX | | 5.12 | 13.93 |
| TRANSFER FEE CITY | | | 5.12 |
| | | | 20.00 |



paid 10-26-09

$ 145.25

KROSEN - 000357



## Bank of America       Online Banking

**Interest Checking**    **Check Image**

     **Check Image:**



KROSEN - 000358



KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON FL 33487-5203

| | |
|---|---|
| Page | 1 of 3 |
| Account Number | |
| Billing Date | Oct 2, 2009 |
| Web Site | att.com |

## Monthly Statement

### Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 113.88 |
| Payment Received 9-12 Thank You! | 113.88CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 60.79 |
| **Total Amount Due** | **$60.79** |
| Amount Due in Full by | **Oct 24, 2009** |

### Billing Summary

| Questions? Visit **att.com** | Page | |
|---|---|---|
| **Plans and Services** | 1 | 46.69 |
| 1 888 757-6500 | | |
| **PIN: 8760** | | |
| Repair Service: | | |
| 611 | | |
| **AT&T Long Distance Service** | 2 | 14.10 |
| 1 888 757-6500 | | |
| **Total Current Charges** | | **60.79** |



### News You Can Use Summary

- PREVENT DISCONNECT
- ELECTRONIC PAYMENTS
- DIRECTORY DEADLINE
- MOVING SOON?
- CARRIER CHANGES
- LINE CONNECTION CHG
- PAYMENT OPTIONS

See "News You Can Use" for additional information.

### AT&T Benefits

• Thank you for choosing a package plan tailored for your needs.
AT&T lets you choose how, when and where you communicate.

### Plans and Services

**Monthly Service - Oct 2 thru Nov 1**

| | | |
|---|---|---|
| 1. | **Complete Choice® Enhanced** | 26.00 |
| | Residential Line | |
| | Three-Way Calling | |
| | Call Forwarding | |
| | Call Waiting ID | |
| | Call Return | |
| | Caller-ID Name-Number Delivery | |
| | Anonymous Call Blocking | |
| 2. | Non Published Service | 3.65 |
| **Total Monthly Service** | | **29.65** |

**Directory Assistance**

411

| | | |
|---|---|---|
| 3. | 3 Call(s) billed at $1.50 each | **4.50** |

**Surcharges and Other Fees**

| Item No. | Description | Quantity | |
|---|---|---|---|
| 4. | Federal Universal Service Fee | 1 | .83 |
| 5. | Federal Subscriber Line Charge | 1 | 6.50 |
| **Total Surcharges and Other Fees** | | | **7.33** |

**Government Fees and Taxes**

| Item No. | Description | Quantity | |
|---|---|---|---|
| 6. | Federal Excise Tax | | 1.23 |
| 7. | FL - State Communications Tax | | .99 |
| 8. | FL - Local Communications Tax | | 2.38 |
| 9. | Telecommunications Access System Act Surcharge | 1 | .11 |
| 10. | Emergency 911 Service | 1 | .50 |
| **Total Government Fees and Taxes** | | | **5.21** |

| **Total Plans and Services** | | | **46.69** |

Local Services provided by AT&T Florida.

U.S. Pat. D410,950 and D414,510

KROSEN - 000359



## Online Banking

**Interest Checking** ▮▮▮▮: **Transaction Details**

### Transaction Details:

    **Description:**  AT&T SERVICES DES:CHECKPAYMT CHECK #: ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

    **Posting date:**  10/28/2009

    **Amount:**  $66.30

    **Type:**  ACH Debit

    **Account number:**  Interest Checking ▮▮▮▮

### Additional Details:

    **My Description:**

KROSEN - 000360



**FLORIDA PUBLIC**
U T I L I T I E S

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395
Customer Service: (561) 832-0872
www.fpuc.com

Account #: ▮▮▮▮▮▮
Service Period: 10/14-11/12
Route: 001520

Page: Page 1 of 1
Billing Date: 11/20/2009

Service Location:
KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON, FL 33404

| Previous Account Balance | Less Payments | Past Due Or Credit Balance | Current Charges | Current Charges Due On | Total NOW Due |
|---|---|---|---|---|---|
| $28.01 | $28.01CR | $0.00 | $30.40 | 12/10/2009 | $30.40 |

* A Late Payment Fee will apply if amount due is greater than $5.00 and is not paid by due date.

* Past due balances are due immediately and subject to previous disconnect dates.

* The APR for installment contracts is 18%.

**Meter Information** - meter # 94927W

| Current Reading | | 0000311 |
|---|---|---|
| Previous Reading | - | 0000296 |
| CCF's Used | = | 15 |
| Multiplying Factor | X | 1.0400 |
| Total Therms Used | = | 15.60 |

| Energy Usage | Last Year | This Year |
|---|---|---|
| Therms This Month | 0 | 16 |
| Therms/Day | 0 | 1 |
| Service Days | 0 | 29 |

| **Amount Includes the following charges** | |
|---|---|
| Customer Charge | 11.00 |
| Base Energy per therm | 0.58560 |
| PGA per therm | 0.40000 |

**Current Account Activity**

Billing For   RS  GRS31

| Natural Gas Service Amount** | 26.38 |
|---|---|
| Boca Raton Franchise Fee | 0.92 |
| Boca Raton Municipal Tax | 2.30 |
| Florida Gross Receipts Tax | 0.80 |
| **TOTAL NATURAL GAS CHARGES** | **30.40** |
| **Total Current Charges** | **$30.40** |



Paid 11-23-09

$30.40

KROSEN - 000361

# Bank of America

## Online Banking

**Interest Checking** ___ **Check Image**

**Check Image:**





KROSEN - 000362



## FLORIDA PUBLIC
U T I L I T I E S

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395
Customer Service: (561) 832-0872
www.fpuc.com

**Account #:** [REDACTED]
**Service Period:** 09/16-10/14
**Route:** 001520

**Page:** Page 1 of 1
**Billing Date:** 10/23/2009

**Service Location:**
KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON, FL 33404

| Previous Account Balance | Less Payments | Past Due Or Credit Balance | Current Charges | Current Charges Due On | Total NOW Due |
|---|---|---|---|---|---|
| $27.71 | $27.71CR | $0.00 | $28.01 | 11/12/2009 | $28.01 |

\* A Late Payment Fee will apply if amount due is greater than $5.00 and is not paid by due date.

\* Past due balances are due immediately and subject to previous disconnect dates.

\* The APR for installment contracts is 18%.

**Meter Information** - meter # 94927W

| | | |
|---|---|---|
| Current Reading | | 0000296 |
| Previous Reading | - | 0000283 |
| CCF's Used | = | 13 |
| Multiplying Factor | X | 1.0400 |
| Total Therms Used | = | 13.52 |

**Current Account Activity**

| Billing For   RS   GRS31 | |
|---|---|
| Natural Gas Service Amount** | 24.33 |
| Boca Raton Franchise Fee | 0.85 |
| Boca Raton Municipal Tax | 2.14 |
| Florida Gross Receipts Tax | 0.69 |
| **TOTAL NATURAL GAS CHARGES** | **28.01** |
| **Total Current Charges** | **$28.01** |

| Energy Usage | Last Year | This Year |
|---|---|---|
| Therms This Month | 0 | 14 |
| Therms/Day | 0 | 1 |
| Service Days | 0 | 28 |

| **\*\*Amount Includes the following charges\*\*** | |
|---|---|
| Customer Charge | 11.00 |
| Base Energy per therm | 0.58560 |
| PGA per therm | 0.40000 |



paid 10-26-09
$28.01

Sign up for Budget Billing! Your bills will be balanced & predictable. Visit www.fpuc.com.

KROSEN - 000363

 **Bank of America**      **Online Banking**

---

**Interest Checking ▇▇▇ : Check Image**

    **Check Image:**





KROSEN - 000364

## Your electric statement

For: Sep 04 2009 to Oct 06 2009 (32 days)
Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

**Account number:** ███████████

Statement date:        Oct 06 2009
Next meter reading:    Nov 04 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 220.61 | 220.61 CR | 0.00 | 0.00 | 219.20 | **$219.20** | Oct 27 2009 |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 48598 |
| Previous reading | - 46897 |
| **kWh used** | **1701** |

**Energy usage**

| | |
|---|---|
| kWh this month | 1701 |
| Service days | 32 |
| kWh per day | 53 |

**\*\*The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.52 |
| Fuel: | $98.03 |
| *(First 1000 kWh at $0.053510)* | |
| *(Over 1000 kWh at $0.063510)* | |
| Non-fuel: | $86.29 |
| *(First 1000 kWh at $0.046330)* | |
| *(Over 1000 kWh at $0.057010)* | |

| | |
|---|---|
| Amount of your last bill | 220.61 |
| Payment received - Thank you | 220.61 CR |
| Balance before new charges | $0.00 |

**New charges** (Rate: RS-1 RESIDENTIAL SERVICE)

| | |
|---|---|
| Electric service amount | 189.84\*\* |
| Storm charge | 0.72 |
| Gross receipts tax | 4.89 |
| Franchise charge | 11.79 |
| Utility tax | 11.96 |
| Total new charges | $219.20 |

**Total amount you owe**          **$219.20**

- Payment received after **October 27, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.

- FPL is planning to add a new power plant in Nov-Dec which will result in a base rate adjustment and lower fuel charges. The regularly scheduled change to the storm surcharge adjustment will also change then. To learn more visit www.FPL.com/ratechanges or call 800-226-3545.





Florida Power & Light Company
PO Box 025576
Miami, FL 33102

Please have your account number ready when contacting FPL.
Customer service:        (561) 994-8227
Outside Florida:         (800) 226-3545
To report power outages: 1-800-4OUTAGE (468-8243)
Hearing/speech impaired: 711 (Relay Service)
Online at:               www.FPL.com

KR-FTZ-000365



**Bank of America**                                    Online Banking

**Interest Checking**     ▮  **Transaction Details**

**Transaction Details:**

    **Description:**  FPL PAYMENT CTR DES:BILL PYMT CHECK # ▮▮▮▮▮▮▮▮▮

    **Posting date:**  10/20/2009

    **Amount:**  $219.20

    **Type:**  ACH Debit

    **Account number:**  Interest Checking- ▮▮▮

    **Additional Details:**

    **My Description:**

KROSEN - 000366

## Your electric statement

For: Nov 04 2009 to Dec 07 2009 (33 days)
Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

**Account number:** ▓▓▓▓▓▓

Statement date:       Dec 07 2009
Next meter reading:   Jan 08 2010

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 196.74 | 196.74 CR | 0.00 | 0.00 | 149.78 | **$149.78** | **Dec 28 2009** |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 51285 |
| Previous reading | – 50107 |
| **kWh used** | **1178** |

**Energy usage**

| | |
|---|---|
| kWh this month | 1178 |
| Service days | 33 |
| kWh per day | 36 |

**\*\*The electric service amount includes the following charges:**

Customer charge:    $5.69
Fuel:               $63.31
 (First 1000 kWh at $0.052230)
 (Over 1000 kWh at $0.062230)
Non-fuel:           $57.84
 (First 1000 kWh at $0.047440)
 (Over 1000 kWh at $0.058460)

| | |
|---|---|
| Amount of your last bill | 196.74 |
| Payment received - Thank you | 196.74 CR |
| Balance before new charges | $0.00 |

**New charges** (Rate: RS-1 RESIDENTIAL SERVICE)

| | |
|---|---|
| Electric service amount | 126.84\*\* |
| Storm charge | 3.05 |
| Gross receipts tax | 3.33 |
| Franchise charge | 8.03 |
| Utility tax | 8.53 |
| Total new charges | $149.78 |

**Total amount you owe**      **$149.78**

– Payment received after **December 28, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.

– Your bill will go down in Jan. due to lower fuel and non-fuel cost recovery clause costs projected for 2010. There will also be a one-time credit to your Jan. bill to reverse an over-recovery of fuel costs in 2009. To learn more, visit www.FPL.com/rates or call 888-615-9595.





Florida Power & Light Company
PO Box 025576
Miami, FL 33102

Please have your account number ready when contacting FPL.
Customer service:        (561) 994-8227
Outside Florida:         1-800-226-3545
To report power outages: 1-800-4OUTAGE (468-8243)
Hearing/speech impaired: 711 (Relay Service)
Online at:               **www.FPL.com**

Case 2:14-cv-02689-AEC Document 020.10 Filed on FLSD Docket 05/13/2019 Page 377 of 459

# Bank of America     Online Banking

---

**Interest Checking** ▬▬ **Transaction Details**

### Transaction Details:

| | |
|---|---|
| **Description:** | FPL PAYMENT CTR DES:BILL PYMT CHECK # ▬▬▬▬▬ |
| **Posting date:** | 12/14/2009 |
| **Amount:** | $149.78 |
| **Type:** | ACH Debit |
| **Account number:** | Interest Checking ▬▬▬ |

### Additional Details:

### My Description:

KROSEN - 000368

# Your electric statement

For: Oct 06 2009 to Nov 04 2009 (29 days)

Account number: ▮▮▮▮▮▮▮

Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

Statement date: Nov 04 2009
Next meter reading: Dec 07 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 219.20 | 219.20 CR | 0.00 | 0.00 | 196.74 | **$196.74** | **Nov 25 2009** |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 50107 |
| Previous reading | - 48598 |
| **kWh used** | **1509** |

**Energy usage**

| | |
|---|---|
| kWh this month | 1509 |
| Service days | 29 |
| kWh per day | 52 |

**\*\*The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.69 |
| Fuel: | $83.91 |
| *(First 1000 kWh at $0.052230)* | |
| *(Over 1000 kWh at $0.062230)* | |
| Non-fuel: | $77.19 |
| *(First 1000 kWh at $0.047440)* | |
| *(Over 1000 kWh at $0.058460)* | |

| | |
|---|---|
| Amount of your last bill | 219.20 |
| Payment received - Thank you | 219.20CR |
| Balance before new charges | $0.00 |

**New charges** (Rate: RS-1 RESIDENTIAL SERVICE)

| | |
|---|---|
| Electric service amount | 166.79\*\* |
| Storm charge | 3.91 |
| Gross receipts tax | 4.38 |
| Franchise charge | 10.56 |
| Utility tax | 11.10 |
| Total new charges | $196.74 |

**Total amount you owe**      **$196.74**

- Payment received after **November 25, 2009** is considered **LATE**; a late payment charge of **1.50%** will apply and your account may be subject to an adjusted deposit billing.
- Ladders and power lines don't mix! Be sure to always stay safe by looking up to see if power lines are nearby before you begin work outside. Always stay at least 10 feet away from power lines. Go to www.FPL.com/safety for more safety information.





Florida Power & Light Company
PO Box 025576
Miami, FL 33102

Please have your account number ready when contacting FPL.

| | |
|---|---|
| Customer service: | (561) 994-8227 |
| Outside Florida: | 1-800-226-3545 |
| To report power outages: | 1-800-4OUTAGE (468-8243) |
| Hearing/speech impaired: | 711 (Relay Service) |
| Online at: | www.FPL.com |

000369



# Bank of America

## Online Banking

---

**Interest Checking** ▬▬▬ **Transaction Details**

### Transaction Details:

**Description:** FPL PAYMENT CTR DES:BILL PYMT CHECK # ▬▬▬▬▬▬▬▬▬▬▬

**Posting date:** 11/12/2009

**Amount:** $196.74

**Type:** ACH Debit

**Account number:** Interest Checking ▬▬▬

### Additional Details:

**My Description:**

KROSEN - 000370

Florida Power & Light Company
PO Box 025576
Miami, FL 33102

/    27

Please request changes on the back.
Notes on the front will not be detected.

The amount enclosed includes the following donation:

FPL Care To Share                $ _____

B    2,3,7,8     4105 4

AUTO **B0 8106
                    161183

KEVIN ROSEN
PO BOX 810544
BOCA RATON FL 33481-0544

Make check payable to FPL in U.S. funds
and mail along with this coupon to:

FPL
GENERAL MAIL FACILITY
MIAMI FL 33188-0001

| Account number | Total amount you owe | New charges due by | Amount enclosed |
|---|---|---|---|
|  | $196.74 | Nov 25 2009 | $ |

## Your electric statement

For: Oct 06 2009 to Nov 04 2009 (29 days)
Customer name: KEVIN ROSEN
Service address: 5540 NE TRIESTE WAY

Account number:

Statement date:      Nov 04 2009
Next meter reading:  Dec 07 2009

| Amount of your last bill | Payments (-) | Additional activity (+ or -) | Balance before new charges (=) | New charges (+) | Total amount you owe (=) | New charges due by |
|---|---|---|---|---|---|---|
| 219.20 | 219.20 CR | 0.00 | 0.00 | 196.74 | **$196.74** | Nov 25 2009 |

**Meter reading** - Meter 7C04273

| | |
|---|---|
| Current reading | 50107 |
| Previous reading | - 48598 |
| kWh used | **1509** |

**Energy usage**

| | |
|---|---|
| kWh this month | 1509 |
| Service days | 29 |
| kWh per day | 52 |

**\*\*The electric service amount includes the following charges:**

| | |
|---|---|
| Customer charge: | $5.69 |
| Fuel: | $83.91 |
| *(First 1000 kWh at $0.052230)* | |
| *(Over 1000 kWh at $0.062230)* | |
| Non-fuel: | $77.19 |
| *(First 1000 kWh at $0.047440)* | |
| *(Over 1000 kWh at $0.058460)* | |

| | |
|---|---|
| Amount of your last bill | 219.20 |
| Payment received - Thank you | 219.20CR |
| Balance before new charges | $0.00 |

**New charges** (Rate: RS-1 RESIDENTIAL SERVICE)

| | |
|---|---|
| Electric service amount | 166.79\*\* |
| Storm charge | 3.91 |
| Gross receipts tax | 4.38 |
| Franchise charge | 10.56 |
| Utility tax | 11.10 |
| Total new charges | $196.74 |

**Total amount you owe**                    $196.74

- Payment received after **November 25, 2009** is considered **LATE**; a late payment charge of **1.50 %** will apply and your account may be subject to an adjusted deposit billing.
- Ladders and power lines don't mix! Be sure to always stay safe by looking up to see if power lines are nearby before you begin work outside. Always stay at least 10 feet away from power lines. Go to www.FPL.com/safety for more safety information.



Florida Power & Light Company
PO Box 025576
Miami, FL 102

Please have your account number ready when contacting FPL.
Customer service:      (561) 994-8227
Outside Florida:       KROSEN-2000071
To report power outages: 1-800-4OUTAGE (468-8243)
Hearing/speech impaired: 711 (Relay Service)
Online at:             www.FPL.com



KROSEN - 000372

**CHUBB**

*PERSONAL INSURANCE STATEMENT*
**NEW POLICY**
**PAGE 1**

| | |
|---|---|
| Writing Company:<br>FEDERAL INSURANCE COMPANY | Statement Date: 08/19/09<br>Policy Term: 08/10/09 - 08/10/10 |

Policy Number:
Account Number:

KEVIN D ROSEN
STECEY A ROSEN
PO BOX 810544
BOCA RATON , FL 33481-0544

**Insured:**     **KEVIN D ROSEN**
                 **STECEY A ROSEN**

Coverage:                              Home

Location:                 5540 NE TRIESTE WAY
                          BOCA RATON , FL 33487

---

### IMPORTANT MESSAGES

**Coverage Options.** Chubb offers insurance for homes, autos, art, jewelry, yachts and businesses. Contact your agent or broker for more information.

**Pay by Phone.** End late payment worries, and avoid a close call — with one simple call. Pay your Chubb premium by phone at 1-800-682-4822.

### STATEMENT SUMMARY

| | |
|---|---|
| Premium & Charges (see detail below) | $1,127.52 |
| **Total Amount Due** | **$1,127.52** |
| Minimum Amount Due | $296.01 |
| **Payment Due Date** | **09/06/09** |

---

### PREMIUM & CHARGES *(Refer to your policy papers for details about your coverage, premium and any policy changes.)*

| Policy Term | Transaction | Effective Date | Coverage | Amount |
|---|---|---|---|---|
| 08/10/09 - 08/10/10 | New Policy | 08/10/09 | Home | $1,102.00 |
| | New Policy | 08/10/09 | State Surcharge | 25.52 |
| **Total Premium & Charges** | | | | **$1,127.52** |

---

**For Coverage Questions Please Call:**
WEEKES & CALLAWAY, INC.
3945 WEST ATLANTIC AVE.
DELRAY BEACH , FL 33445-3902
1-561-278-0448

**For Claims Reporting and Information Please Call:**
1-800-CLAIMS-0 (252-4670)

© Copyright 2003 by Chubb & Son Inc. Form no. Q8000001ed. 04/04

**Billing/Payment Options & Information:**
Visit **www.chubb.com/personal** to access your account, pay online and review payment history.

Customer Care Team, 1-800-682-4822 (Service Reps available M-F, 8am-6pm ET; Automated Service available 24/7).

*Please have your policy number ready, and note that payment by credit card is not available.*



*Please return this coupon with your payment. Write your **Account Number** on your check, make it **payable to Chubb**, and mail your check so we receive it by the Due Date. Thank you for insuring through Chubb.*

Account No. 1624 0237 5676 001P
KEVIN D ROSEN
STECEY A ROSEN

CHUBB GROUP OF INSURANCE COMPANIES
PO BOX 7247-0180
PHILADELPHIA PA 19170-0180

**Payment Due Date:**                **09/06/09**
*Payment must be received by this date, to avoid a cancellation notice.*

| | |
|---|---|
| **Total Amount Due:** | **$1,127.52** |
| Minimum Amount Due: | $296.01 |

**Amount Enclosed:**        $ 1127-52



KROSEN - 000373



KROSEN - 000374