# EXHIBIT 32 part 5

Case 2:09-md-02047-EEF-MBN Document 22363-49 Filed 11/18/19 Page 2 of 201
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2019 Page 1 of
526

# EXHIBIT D11

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #13**
**Date:** 5/16/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Fence

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
Additional Fence

| 1 Additional Fence | 160 lf additional Bronze Aluminum Fence, including one (1) addtional gate. | 3,850.00 |
|---|---|---|
| | **TOTAL:** | **$3,850.00** |

*[handwritten notes:]*

Good
99 feet
90 99 feet approx.

No gate

3 feet back front/left

80 LF (one side only)
No addt. Gate
Need price △
Confirm we get 2 gates
Permanent Fence 10'2" from street
on side (north) on property — not on utility
exemat; approved by zoning + HOA

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

*[signature]* Calvin Guinan 5/16/05

| ALBANESE-POPKIN THE OAKS | Date | ROSEN, KEVIN & STACEY | Date |
|---|---|---|---|

Page 1 of 1

KROSEN - 001714



KROSEN - 001715

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN KEVIN & STACEY

Work Order #11
**Date:** 5/16/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Plumbing

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:
Plumbing Upgrades

| | | | |
|---|---|---|---|
| 1 Plumbing Upgrades | Plumbing as Re-Selected through Ferguson's | | 1,630.00 |
| 2 Discount per Contract | 15% Discount per Contract Specifications. | | -244.50 |
| | | **TOTAL:** | **$1,385.50** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS        7-25-05
                                Date

ROSEN, KEVIN & STACEY        Date

Page 1 of 1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #12**
**Date:** 5/16/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Pavers

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Pavers

| | | | |
|---|---|---|---|
| 1 | Pavers - Rear | Additional 335 sf of Standard Pavers at rear deck. | 1,507.50 |
| 2 | Circular Drive | Circular Drive in Standard Pavers. | 720.00 |
| 3 | Discount per Contract | 15% Discount per Contract Specifiations | -334.13 |
| | | **TOTAL:** | **$1,893.37** |



☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 5-16.05          _____
ALBANESE-POPKIN THE OAKS    Date          ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 001717

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| James Walter<br>Fax Number: 561-994-5613 | Date: May 26, 2005 |
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment
☒ Please Review
❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:     3

**Comments:**

Dear Dianne:

Thank you for faxing the Revised Memorandum #11 dated May 23, 2005 re: Roof Tile. Stacey and I appreciate The Oaks allowing us to switch our roof tile from Portofino Blend to Peachtree Blend without expense.

We initially selected the Portofino Blend as it was our intention to paint the exterior of the house a shade of yellow given that we were first informed that we could not paint the house the color green that we prefer. Since James Gipe recently notified us after speaking with Gavin that we could paint the exterior of our house the shade and color of green presently seen on a certain Charlse Watt house in the Grand Estates Collection, we are changing the roof tile. This is the basis of our decision to change the roof tile.

My preference was to hold off signing the change in roof tile until after you contacted Charlse Watt, obtained the paint specification and provided us with a sample for our written approval. Notwithstanding, yesterday you suggested that I proceed with signing the Revised Memorandum for logistical reasons. Accordingly, I have signed the Revised Memorandum subject to our receipt and written approval of the sample. As soon as you obtain the sample, please notify me so we can finalize the paperwork on the exterior color of the house, including the trim.

Again, I want to express our appreciation for this accommodation. Thank you for your assistance.

Kevin

KROSEN - 001718

Case 2:09-md-02047-EEF-MBN Document 22363-49 Filed 11/18/19 Page 8 of 201
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2019 Page 7 of
526

# Albanese-Popkin

## The Oaks Development Group, L.P.

### REVISED MEMORANDUM

Date: May 23, 2005
Pages: 1
Memo # 11
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject: Roof Tile**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have re-selected your roof tile to be Peachtree Blend. If you agree with
this selection, please sign this form and fax it back to my attention at ▮▮▮▮▮

Thank you,

*Please read the attached fax cover sheet 5/26/05
which is made part of this document*

Dianne

**EXTERIOR**

**Roof tile**                    **Profile: Antigua**
                    **Color: Peachtree Blend**

_____                    5-26-05
Approved                                        Date

1200 S Rogers Circle, #11

MAY-25-2005 WED 04:27 PM albanese        FAX NO.        P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | ▮▮▮▮ | Pages: | 2 Including Cover Sheet |
| phone | ▮▮▮▮ | Date: | 5/25/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin and Stacey

Please be advised, I received your fax for the work order # 9, 6, and 14, as well as the copies of checks # 2409, 2410, and 2411.

I will be typing selection memos for the selections Stacey confirmed she wants, and I will be faxing you some answers from our last meeting regarding the work orders that were incorrect. Annie is waiting on some answers as well. Meanwhile, please sign the revised roof tile selection.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001720

P. 1

* * * Communication Result Report ( May.26. 2005  7:58AM ) * * *

FAX HEADER: NASD

Date/Time: May.26. 2005  7:57AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 0116 Memory TX | 9945613 | P. 3 | OK | |

---

Reason for error
E.1) Hang up or line fail       E.2) Busy
E.3) No answer                  E.4) No facsimile connection

---

## Fax Cover Sheet

| Send to: | From: |
|----------|-------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| James Walter | Date: May 26, 2005 |
| Dianne Chamberlin | |
| Fax Number: 561-677-7119 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment!
☒ Please Review
☐ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for faxing the Revised Memorandum #11 dated May 23, 2005 re: Roof Tile. Stacey and I appreciate The Oaks allowing us to switch our roof tile from Portofino Blend to Peachtree Blend without expense.

We initially selected the Portofino Blend as it was our intention to paint the exterior of the house a shade of yellow given that we were first informed that we could not paint the house the color green that we prefer. Since James Gipe recently notified us after speaking with Gavin that we could paint the exterior of our house the shade and color of green presently seen on a certain Charlie Watt house in the Grand Estates Collection, we are changing the roof tile. This is the basis of our decision to change the roof tile.

My preference was to hold off signing the change in roof tile until after you contacted Charlie Watt, obtained the paint specification and provided us with a sample for our written approval. Notwithstanding, yesterday you suggested that I proceed with signing the Revised Memorandum for logistical reasons. Accordingly, I have signed the Revised Memorandum subject to our receipt and written approval of the sample. As soon as you obtain the sample, please notify me so we can finalize the paperwork on the exterior color of the house, including the trim.

Again, I want to express our appreciation for this accommodation. Thank you for your assistance.

Kevin

KROSEN - 001721

P. 1

* * * Communication Result Report ( May. 26. 2005 7:59AM ) * * *

FAX HEADER: NASD

Date/Time: May. 26. 2005 7:57AM

| File Mode | Destination | Pg (s) | Result | Page Not Sent |
|-----------|-------------|--------|--------|---------------|
| 0118 Memory TX | 9945613 | P. 3 | OK | |

```
Reason for error
    E.1) Hang up or line fail          E.2) Busy
    E.3) No answer                     E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Waller Fax Number 561-691-6608 | Date: May 26, 2005 |
| Dianne Chamberlin Fax Number: 561-477-7113 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☒ Please Review
☐ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:   3

**Comments:**

Dear Dianne:

Thank you for faxing the Revised Memorandum #11 dated May 23, 2005 re: Roof Tile. Stacey and I appreciate The Oaks allowing us to switch our roof tile from Portofino Blend to Peachtree Blend without expense.

We initially selected the Portofino Blend as it was our intention to paint the exterior of the house a shade of yellow given that we were first informed that we could not paint the house the color green that we prefer. Since James Gipe recently notified us after speaking with Gavin that we could paint the exterior of our house the shade and color of green presently seen on a certain Chateau Walt house in the Grand Estates Collection, we are changing the roof tile. This is the basis of our decision to change the roof tile.

My preference was to hold off signing the change in roof tile until after you contacted Charlie Walt, obtained the paint specification and provided us with a sample for our written approval. Notwithstanding, yesterday you suggested that I proceed with signing the Revised Memorandum for logistical reasons. Accordingly, I have signed the Revised Memorandum subject to our receipt and written approval of the sample. As soon as you obtain the sample, please notify me so we can finalize the paperwork on the exterior color of the house, including the trim.

Again, I want to express our appreciation for this accommodation. Thank you for your assistance.

Kevin

KROSEN - 001722

P. 1

```
*  *  *  Communication Result Report ( May.26. 2005  8:00AM )  *  *  *
                                              FAX HEADER: NASD
```

Date/Time: May.26. 2005  7:57AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 0117 Memory TX | 4777113 | P. 3 | OK | |

```
Reason for error
   E.1) Hang up or line fail          E.2) Busy
   E.3) No answer                      E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to: | From: |
|----------|-------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| James Waller | Date: May 26, 2005 |
| Fax Number: 561-994-5413 | |
| Dianne Chamberlin | Phone Number: |
| Fax Number: 561-477-7113 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☒ Please Review
☐ For your information

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for faxing the Revised Memorandum #11 dated May 23, 2005 re: Roof Tile. Stacey and I appreciate The Oaks allowing us to switch our roof tile from Portofino Blend to Peachtree Blend without expense.

We initially selected the Portofino Blend as it was our intention to paint the exterior of the house a shade of yellow given that we were first informed that we could not paint the house the color green that we prefer. Since James Gipe recently notified us after speaking with Gavin that we could paint the exterior of our house the shade and color of green presently seen on a certain Charlie Watt house in the Grand Estates Collection, we are changing the roof tile. This is the basis of our decision to change the roof tile.

My preference was to hold off signing the change in roof tile until after you contacted Charlie Watt, obtained the paint specification and provided us with a sample for our written approval. Notwithstanding, yesterday you suggested that I proceed with signing the Revised Memorandum for logistical reasons. Accordingly, I have signed the Revised Memorandum subject to our receipt and written approval of the sample. As soon as you obtain this sample, please notify me so we can finalize the paperwork on the exterior color of the house, including the trim.

Again, I want to express our appreciation for this accommodation. Thank you for your assistance.

Kevin

KROSEN - 001723

P. 1

* * * Communication Result Report (May.26. 2005 8:01AM) * * *

FAX HEADER: NASD

Date/Time: May.26. 2005 7:57AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 0119 Memory TX | 4777113 | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Waller | Date: May 26, 2005 |
| Fax Number: | Phone |
| Dianne Chamberlin Fax Number: 561-477-7113 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☒ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 39 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

Thank you for faxing the Revised Memorandum #11 dated May 23, 2005 re: Roof Tile. Stacey and I appreciate The Oaks allowing us to switch our roof tile from Portofino Blend to Peachtree Blend without expense.

We initially selected the Portofino Blend as it was our intention to paint the exterior of the house a shade of yellow given that we were first informed that we could not paint the house the color green that we prefer. Since James Gipe recently notified us after speaking with Gavin that we could paint the exterior of our house the shade and color of green presently seen on a certain Charles Watt house in the Grand Estates Collection, we are changing the roof tile. This is the basis of our decision to change the roof tile.

My preference was to hold off signing the change in roof tile until after you contacted Charles Watt, obtained the paint specification and provided us with a sample for our written approval. Notwithstanding, yesterday you suggested that I proceed with signing the Revised Memorandum for logistical reasons. Accordingly, I have signed the Revised Memorandum subject to our receipt and written approval of the sample. As soon as you obtain the sample, please notify me so we can finalize the paperwork on the exterior color of the house, including the trim.

Again, I want to express our appreciation for this accommodation. Thank you for your assistance.

Kevin

KROSEN - 001724

MAY-25-2005 WED 04:27 PM albanese                FAX NO.                            P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

### REVISED MEMORANDUM

Date: May 23, 2005
Pages: 1
Memo # 11
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                        **Subject: Roof Tile**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have re-selected your roof tile to be Peachtree Blend. If you agree with this selection, please sign this form and fax it back to my attention at ███████████

Thank you,

Dianne

### EXTERIOR

**Roof tile**                                **Profile: Antigua**
                                             **Color: Peachtree Blend**

_____                      _____
Approved                                     Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001725

MAY-25-2005 WED 04:27 PM albanese                    FAX NO.                    P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 5/25/05 |
| Cc: | | RE: | |

☐ Urgent   X for Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Kevin and Stacey

Please be advised, I received your fax for the work order # 9, 6, and 14, as well as the copies of checks # 2409, 2410, and 2411.

I will be typing selection memos for the selections Stacey confirmed she wants, and I will be faxing you some answers from our last meeting regarding the work orders that were incorrect. Annie is waiting on some answers as well. Meanwhile, please sign the revised roof tile selection.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001726

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

# WORK ORDER

To:
  ROSEN, KEVIN & STACEY

Work Order #15
Date: 5/16/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Electrical Revisions

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Electrical Revisions per Red Line Drawings

| | | | |
|---|---|---|---|
| 1 | Electrical Revisions | Electrical Revisions per Red Line Drawings | 380.00 |
| 2 | Discount per Contract | 15% Discount per Contract Specifications | -57.00 |

**TOTAL:** **$323.00**

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 5-16-05
ALBANESE-POPKIN THE OAKS    Date

_____
ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 001727



Fax: (561) 477-7113
WORK ORDER #15

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

**March 16, 2005**

**Electrical Changes:**

Electrical changes as per Red Line Drawing:

| | |
|---|---:|
| -One (1) Outlet in Kitchen for Water Cooler | $ 70.00 |
| -One (1) Switch and J-Box for Sconce Light on rear patio | |
|     From Living Room | $ 160.00 |
| -One (1) Outlet for Central Vac | $ 80.00 |
| -One (1) Extra Switch for Hi-Hat in Kitchen | $ 70.00 |

_____

**Approved:**          **Date:**

KROSEN - 001728

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
    ROSEN, KEVIN & STACEY

**Work Order #11**
    **Date:** 5/16/2005
    **Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Plumbing

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
    Plumbing Upgrades

| | | | |
|---|---|---|---|
| 1 | Plumbing Upgrades | Plumbing as Re-Selected through Ferguson's | 1,630.00 |
| 2 | Discount per Contract | 15% Discount per Contract Specifications. | -244.50 |
| | | **TOTAL:** | **$1,385.50** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_Kevin Guinan_    5.16.05
ALBANESE-POPKIN THE OAKS    Date

_____
ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 001729

*atta: Annie   7 PAGES.*

**SOLTYS PLUMBING**
1395 NW 17TH AVE. SUITE #103
DELRAY BEACH, FL 33445
PHONE: 561-243-2218 FAX: 561-243-2022

DATE:  (REVISED 5/16/05)
BUILDER:  ALBANESE/POPKIN
LOT:  30-G1-OAKS
CUSTOMER:  ROSEN

| QTY | LOCATIONS | SELECTION COST | ALLOW | DIFFERENCE |
|---|---|---|---|---|
| | **MASTER BATH-BISC & BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | BIDET | 547 | 547 | 0 |
| 1 | BIDET TRIM | 886 | 855 | 31 |
| 2 | FAUCET | 950 | 941 | 9 |
| 2 | LAVS | 223 | 223 | 0 |
| 1 | TUB | 1999 | 1999 | 0 |
| 1 | TUB FAUCET | 804 | 706 | 98 |
| 1 | SHOWER | 599 | 448 | 151 |
| | | | | |
| | **POWDER ROOM-BISC AND ANTIQUE BRASS** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | FAUCET | 490 | 471 | 19 |
| 1 | LAVS | 111 | 111 | 0 |
| | | | | |
| | **SECONDARY-BATHS #3 & GUEST - TUBS-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | TUB | 854 | 854 | 0 |
| 2 | TUB/SHWR TRIM | 157 | 232 | -75 |
| | | | | |
| | **SECONDARY-BATHS #4 & #5-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | 2-LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | SHWR TRIM | 113 | 194 | -81 |
| | | | | |
| | **CABANA - BISC AND BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | LAV | 111 | 111 | 0 |
| 1 | FAUCET | 332 | 155 | 177 |
| | | | | |
| | CONTINUED ON PAGE 2 | | | |

KROSEN - 001730

**PAGE #2- ALBNAESE/POPKIN @ THE OAKS**
**LOT 30-G1-ROSEN RES. RVISED 5/16/05**

| QTY | | SELECTIONS | ALLOWANCE | DIFFERENCE |
|---|---|---|---|---|
| | **KITCHEN** | | | |
| 1 | SINK | 975 | 750 | 225 |
| 1 | FAUCET | 381 | 206 | 175 |
| | | | | |
| | **LAUNDRY** | | | |
| 1 | SINK | STD | STD | 0 |
| 1 | FCT | STD | STD | 0 |
| | | | | |
| | | | | |

| | |
|---|---|
| SUB TOTAL | $965.00 |
| FREIGHT | 105.00 |
| TAX | 70.00 |
| | 490.00 |

**EXTRA** : MAS & CABANA ., & PR -SUPPLYS,
TRIPS, EXC. DRAINS, WASTE & OVERFLOW

| | |
|---|---|
| **TOTAL** | $1,630.00 |

**NOTE: DOES NOT INCLUDE SPECIAL PLATING !!!**

KROSEN - 001731


**FERGUSON ENTERPRISES, INC.**

FEI BOCA RATON #121
1041 SOUTH ROGERS CIRCLE
BOCA RATON, FL 33487-2803

Deliver To:  TERRY
From:        Lindsey Loudakis
Comments:

09:55:16 MAY 04 2005

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 1

Phone : 561-997-8735
Fax  : 561-997-2680

**Bid No.......:** B02537
**Bid Date....:** 03/01/05
**Quoted By.:** LL

*Cust Phone:* 561-988-3318
*Terms........:* NET 10TH PROX

**Customer:** SOLTYS PLUMBING
1395 NW 17TH AVE
SUITE 103
DELRAY BEACH, FL 33445

**Ship To:** SOLTYS PLUMBING
1395 NW 17TH AVE
SUITE 103
DELRAY BEACH, FL 33445

*Cust PO#...:*

*Job Name:* OAKS LOT 30-G1

| Item | Description | Quantity |
|---|---|---|
| | **** MASTER BATH **** | |
| | ---- | |
| | --LAVATORY FAUCET | |
| SP-W17.2-T-SN | W/SPRD WYNDHAM SATIN NICK | 2 |
| | ---- | |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 2 |
| | ---- | |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | ---- | |
| | --WATER CLOSET SUPPLIES | |
| B48215S | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 |
| K9453-BN | LH TRIP LEV *SANRAP BN | 1 |
| | ---- | |
| | --BIDET | |
| K4854-96 | VC BIDET *SANTRO BISC | 1 |
| | ---- | |
| | --BIDET SUPPLIES | |
| B41215S | 1/2 COMP X 3/8 COMP STRT VLV SN | 2 |
| B43215S | 3/8 OD X 20 LAV BULLNOSE RSR SN | 2 |
| B44115S | 5/8 OD SURE GRIP FLG SN | 2 |
| | ---- | |
| | --BIDET FAUCET | |
| SP-W17-4-1-BN | BIDET FCT WYNDHAM | 1 |

KROSEN - 001732

RightFax                 5/4/2005 10:02   PAGE 002/004   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 2

Phone : 561-997-8735
Fax  : 561-997-2680

09:55:15 MAY 04 2005

*Reference No:* B02537

| Item | Description | Quantity |
|------|-------------|----------|
| | ---- | |
| | --TUB | |
| JN645969 | 62X43 5 LH WP *GALLER OYST | 1 |
| G150162001 | 17 - 22 PVC 8CH40 W&O L/ TRIM | 1 |
| G240722FW1 | BATH & WP CABLE W&O TRIM BN | 1 |
| | --- | |
| | --TUB FAUCET | |
| SP-W17-8-T-BN | ROMAN TUB WYNDHAM | 1 |
| | --- | |
| | --SHOWER | |
| SP-W17-6.2-T-TOSN | TRIM ONLY SHWR TRIM | 1 |
| S5861X | *TEMPTR SHWR VLV W/ST CP | 1 |
| B482155 | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 |
| | --- | |
| | *** BATH 3 & GUEST **** | |
| | --- | |
| | --LAVATORY FAUCET | |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
| | ---- | |
| | --LAVATORY SINK | |
| K2905-8-0 | 19X16 8 LAV *FARMIN WHIT | 2 |
| | ---- | |
| | --WATER CLOSET | |
| K4276-0 | 12 EB BOWL 2 TRAP *WELLWO WHIT | 2 |
| K4620-0 | 1.6 RI CLST TANK ONLY *WELLWO WHIT | 2 |
| C800TMWH | EB PLAS CLST SEAT WHIT | 2 |
| | --- | |
| | --TUB | |
| | --SPECIFY RIGHT OR LEFT | |
| | --DRAIN | |
| | ---- | |
| K715-0 | 60X30 LH CI BATH *VILLAG WHIT | 2 |
| KEE62AW | 1-1/2 PVC L&T BATH DRN | 2 |
| | --- | |
| | --TUB/SHOWER TRIM VALVE | |
| K304-KS-NA | WM P/BAL VLV W/ ST *RITTEM | 2 |
| KT395-4-CP | 1HDL LEV P/BAL T&S TRIM *DEVONS CP | 2 |
| | ---- | |
| | ---- | |
| | **** BATH 4 & 5 **** | |
| | ---- | |

p. 4

May 16 2005 10:43AM   HP LASERJET FAX

KROSEN - 001733

RightFax          5/4/2005 10:02   PAGE 003/004   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 3

Phone : 561-997-8735
Fax  : 561-997-2680

09:55:15 MAY 04 2005

Reference No: B02537

| Item | Description | Quantity |
|---|---|---|
| | --LAVATORY FAUCET | |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
| | ---- | |
| | --LAVATORY SINK | |
| K2905-8-0 | 19X16 B LAV *FARMIN WHIT | 2 |
| | ---- | |
| | --WATER CLOSET | |
| K4620-0 | 1.6 RI CLST TANK ONLY *WELLWO WHIT | 2 |
| K4276-0 | 12 EB BOWL 2 TRAP *WELLWO WHIT | 2 |
| C800TMWH | EB PLAS CLST SEAT WHIT | 2 |
| | ---- | |
| | --SHOWER | |
| K304-KS-NA | WM P/BAL VLV W/ ST *RITTEM | 2 |
| K1396-4-CP | 1HDL LEV P/BAL SHWR TRIM *DEVONS CP | 2 |
| | --- | |
| | ---- | |
| | **** POWDER ROOM **** | |
| | ---- | |
| | --LAVATORY FAUCET | |
| SP-R1ARBEJLAB/AB | RUBINET ETRUSCAN WDSPRD FCT AB/AB | 1 |
| | ---- | |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | ---- | |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | ---- | |
| | ---- | |
| | **** CABANA BATH **** BN | |
| | ---- | |
| | --LAVATORY FAUCET | |
| K394-4-BN | 2HDL LEV W/SPRD LAV FCT *DEVONS BN | 1 |
| | --- | |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | ---- | |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | ---- | |
| | --WATER CLOSET SUPPLIES | |
| K9453-BN | LH TRIP LEV *SANRAP BN | 1 |

p.5          May 16 2005 10:43AM   HP LASERJET FAX

KROSEN - 001734

RightFax                    5/4/2005 10:02   PAGE 004/004   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES. INC.
FEI BOCA RATON #140

Page # 4

09:55:15 MAY 04 2005

Phone : 561-997-8735
Fax  : 561-997-2680

*Reference No:* 802537

| Item | Description | Quantity | |
|------|-------------|----------|--|
| B4B215S | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 | |
| | --- | | |
| | --- | | |
| | **** KITCHEN **** | | |
| | --- | | |
| | --SINK | | |
| FGNX11028 | *EUROPR 28X20 12D 1B UC SS SINK | 1 | |
| IBADGER5 | 1/2HP DISP *BADGER | 1 | |
| | --- | | |
| | --FAUCET | | |
| K12177-BN | 1HDL LEV PO KITC FCT *FAIRFA BN | 1 | |
| | SHIPPING AND HANDLING | | |
| | --- | | |
| | RESTOCK FEE WILL APPLY TO | | |
| | ALL RETURNED NON-STOCK | | |
| | ITEMS | | |

KROSEN - 001735

May 11, 2005

Pages: 1
Facsimile

To:     Albanese-Popkin Development Group, Inc.
        James Gipe
        Project Superintendent

From:   Stacey Rosen
        The Oaks, Pod G-1, Lot 30

Dear James,

Per our conversation this morning, we would like to change our roof tile selection from Antigua, Portofino Blend to the new roof tile color in Charles Watt's section of the Oaks (waiting to hear from you on the name of the new roof tile color and exterior color of the house) that we discussed. You also informed me that there will be no charge to us for making this change.

Thank you,

Stacey Rosen

KROSEN - 001736

Confirmation Report — Memory Send

Page          : 001
Date & Time: May-11-05  01:14pm
Line 1        :
Line 2        :
Machine ID : FedEx Kinko,s #1071 561-367-9577

| Job number | : | 561 |
|---|---|---|
| Date | : | May-11 01:14pm |
| To | : | ☎4777113 |
| Number of pages | : | 001 |
| Start time | : | May-11 01:14pm |
| End time | : | May-11 01:14pm |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 561          *** SEND SUCCESSFUL ***

**May 11, 2005**

Pages: 1
Facsimile:

To:    Albanese-Popkin Development Group, Inc.
       James Gipe
       Project Superintendent

From:  Stacey Rosen
       The Oaks, Pod G-1, Lot 30

Dear James,

Per our conversation this morning, we would like to change our roof tile selection from
Antigua, Portofino Blend to the new roof tile color in Charles Watt's section of the Oaks
(waiting to hear from you on the name of the new roof tile color and exterior color of the
house) that we discussed. You also informed me that there will be no charge to us for
making this change.

Thank you,

Stacey Rosen

KROSEN - 001737

FedEx Kinko's          (561) 367-9577
2501 N FEDERAL HWY
BOCA RATON,     FL 33431

QTY/LIST     DISC     PRICE     AMOUNT
1    FAX LOCAL SEND
     1.00     0.00     1.00     1.00

SUB    1.00   TX   0.05   TOT    1.05
                          CASH   20.00
                          CHG    18.95

CWB791 TR   1117&25 RG 5A 05/11/05 13:20
Make it. Print it. Pack it. Ship it.

KROSEN - 001738

# Fax Cover Sheet

| Send to: | From: |
|---|---|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| James Walter Fax Number: 561-994-5613 | Date: May 6, 2005 |
| Dianne Chamberlin Fax Number: 561-477-7113 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:   2

**Comments:**

Dear Dianne and Jim:

Selection Memo #11 - Roof Tile. I have signed and attached the Selection Memo dated April 29, 2005.

Kevin

KROSEN - 001739

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: April 29, 2005
Pages: 1
Memo # 11
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject:  Roof Tile**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per Jamie, you have decided to use **Portofino Blend** as your roof tile. If you agree with this selection,
please sign this form and fax it back to my attention at ████████

Thank you,


Dianne

---

**EXTERIOR**

**Roof tile**                         **Profile: Antigua**
                                      **Color: Portofino Blend**




_____          5-6-05
_____          _____
Approved                             Date


1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

* * * Communication Result Report ( May. 6. 2005 7:40AM ) * * *

P. 1

FAX HEADER: NASD

Date/Time: May. 6. 2005 7:39AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 9461 Memory TX | 9945613 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to:<br>Albanese-Poplin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| James Walter<br>Fax Number: 561-994-5613 | Date: May 6, 2005 |
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Phone Number: ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☑ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

Comments:

Dear Dianne and Jim:

Selection Memo #11 - Roof Tile. I have signed and attached the Selection Memo dated April 29, 2005.

Kevin

KROSEN - 001741

P. 1

* * * Communication Result Report ( May. 6. 2005 7:41AM ) * * *

FAX HEADER: NASD

Date/Time: May. 6. 2005  7:40AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 9462 Memory TX | 9945613 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail
E.2) Busy
E.3) No answer
E.4) No facsimile connection

## Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group<br>James Walter<br>Fax Number: 561-994-5613 | From:<br>Kevin D. Rosen, Esq.<br>Date: May 6, 2005 |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☑ For your Information

Total pages, including cover:  2

Comments:

Dear Dianne and Jim:

Selection Memo #11 - Roof Tile.  I have signed and attached the Selection Memo dated April 29, 2005.

Kevin

KROSEN - 001742

```
                          * * *   Communication Result Report ( May. 6. 2005  7:42AM ) * * *
                                                                    FAX HEADER: NASD

Date/Time: May. 6. 2005  7:40AM


File Mode               Destination                    Pg(s)      Result          Page
                                                                                  Not Sent
-----------------------------------------------------------------------------------------
9463 Memory TX          4777113                        P. 2       OK


------------------------------------------------------------------------------------------
 Reason for error
      E.1) Hang up or line fail                   E.2) Busy
      E.3) No answer                              E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Walter Fax Number: 561-994-5613 | Date: May 6, 2005 |
| Dianne Chamberlin Fax Number: 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover:  2

**Comments:**

Dear Dianne and Jim:

Selection Memo #11 - Roof Tile. I have signed and attached the Selection Memo
dated April 29, 2005.

Kevin

KROSEN - 001743

* * * Communication Result Report ( May. 6. 2005  7:50AM ) * * *

P. 1

FAX HEADER: NASD

Date/Time: May. 6. 2005  7:49AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 9466 Memory TX | 4777113 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

---

## Fax Cover Sheet

| Send to:                          | From:                      |
|-----------------------------------|----------------------------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq.       |
| James Walter                      | Date: May 4, 2005          |
| Fax Number: 561-994-6613          |                            |
| Dianne Chamberlin                 | Phone Number:              |
| Fax Number: 561-477-7113          |                            |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover:  2

Comments:

Dear Dianne and Jim:

Selection Memo #11 - Roof Tile. I have signed and attached the Selection Memo
dated April 29, 2005.

Kevin

KROSEN - 001744

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**

ROSEN, KEVIN & STACEY

**Work Order #11**
**Date:** 4/28/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Plumbing

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Plumbing Upgrades

| 1 | Plumbing Upgrades | Plumbing Selections through Ferguson's | 1,509.00 |
|---|---|---|---|
| | | **TOTAL:** | **$1,509.00** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  /  4-28-05
ALBANESE-POPKIN THE OAKS            Date

_____
ROSEN, KEVIN & STACEY            Date

Page 1 of 1

SULIYS PLUMBING
1395 NW 17TH AVE. SUITE #103
DELRAY BEACH, FL 33445
PHONE: 561-243-2218  FAX: 561-243-2022

DATE: 4/28/2005
BUILDER: ALBANESE/POPKIN
LOT: 30-G1-OAKS
CUSTOMER: ROSEN

| QTY | LOCATIONS | SELECTION COST | ALLOW | DIFFERENCE |
|---|---|---|---|---|
| | **MASTER BATH-BISC & BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | BIDET | 547 | 547 | 0 |
| 1 | BIDET TRIM | 886 | 855 | 31 |
| 2 | FAUCET | 950 | 941 | 9 |
| 2 | LAVS | 223 | 223 | 0 |
| 1 | TUB | 1999 | 1999 | 0 |
| 1 | TUB FAUCET | 804 | 706 | 98 |
| 1 | SHOWER | 599 | 448 | 151 |
| | | | | |
| | **POWDER ROOM-BISC AND ??** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | FAUCET | TBD | 471 | |
| 1 | LAVS | 111 | 111 | 0 |
| | | | | |
| | **SECONDARY-BATHS #3 & GUEST - TUBS-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | TUB | 854 | 854 | 0 |
| 2 | TUB/SHWR TRIM | 157 | 232 | -75 |
| | | | | |
| | **SECONDARY-BATHS #4 & #5-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | 2-LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | SHWR TRIM | 113 | 194 | -81 |
| | | | | |
| | **CABANA - BISC AND BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | LAV | 111 | 111 | 0 |
| 1 | FAUCET | 332 | 155 | 177 |
| | | | | |
| | CONTINUED ON PAGE 2 | | | |

P. 1

APr 28 2005 10:30AM  HP LASERJET FAX

KROSEN - 001746

PAGE #2- ALBNAESE/POPKIN @ THE OAKS
LOT 30-G1-ROSEN RES. 4/28/05

| QTY | | SELECTIONS | | ALLOWANCE | | DIFFERENCE | |
|---|---|---|---|---|---|---|---|
| | **KITCHEN** | | | | | | |
| 1 | SINK | | 975 | | 750 | | 225 |
| 1 | FAUCET | | 381 | | 206 | | 175 |
| | | | | | | | |
| | **LAUNDRY** | | | | | | |
| 1 | SINK | STD | | STD | | | 0 |
| 1 | FCT | STD | | STD | | | 0 |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| SUB TOTAL | $946.00 |
| FREIGHT | 105.00 |
| TAX | 68.00 |
| | 390.00 |
| TOTAL | $1,509.00 |

EXTRA : MAS & CABANA -SUPPLYS,
TRIPS, EXC. DRAINS, WASTE & OVERFLOW
NOTE: PR. TBD ON SUPPLYS, TRIPS ETC.

Apr 28 2005 10:30AM  HP LASERJET FAX

KROSEN - 001747

RightFax          3/8/2005 11:19   PAGE 001/004   Fax Server

 **FERGUSON
ENTERPRISES,
INC.**

FEI BOCA RATON #121
1041 SOUTH ROGERS CIRCLE
BOCA RATON, FL 33487-2803

Deliver To:   TERRY
From:    Lindsey Loudakis
Comments:

10:34:44 MAR 08 2005

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 1

Phone : 561-997-8735
Fax : 561-997-2680

Bid No.......: B02537                                  Cust Phone: 561-988-3318
Bid Date....: 03/01/05
Cluoted By..: LL                                       Terms........: NET 10TH PROX

Customer: SOLTYS PLUMBING              Ship To: SOLTYS PLUMBING
          1395 NW 17TH AVE                      1395 NW 17TH AVE
          SUITE 103                             SUITE 103
          DELRAY BEACH, FL 33445                DELRAY BEACH, FL 33445

Cust PO#...:                           Job Name: OAKS LOT 30-G1 Rosen

| Item | Description | Quantity |
|---|---|---|
| | **** MASTER BATH **** | |
| | --- | |
| | --LAVATORY FAUCET   3" | |
| SP-W17.2-T-SN | W/SPRD WYNDHAM SATIN NICK | 2 |
| | --- | |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 2 |
| | --- | |
| | --WATER CLOSET | |
| K3436-96 | 1.6 "2 VC EB 1PC CLST *SANRAP BISC | 1 |
| | --- | |
| | --WATER CLOSET SUPPLIES | |
| B4821SS | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 |
| K9453-BN | LH TRIP LEV *SANRAP BN | 1 |
| | --- | |
| | --BIDET | |
| K4B34-96 | VC BIDET *SANTRO BISC | 1 |
| | --- | |
| | --BIDET SUPPLIES | |
| B4121SS | 1/2 COMP X 3/8 COMP STRT VLV SN | 2 |
| B4321SS | 3/8 OD X 20 LAV BULLNOSE RSR SN | 2 |
| B4411SS | 5/8 OD SURE GRIP FLG SN | 2 |
| | --- | |
| | --BIDET FAUCET | |
| SP-W17-4-T-BN | BIDET FCT WYNDHAM | 1 |

KROSEN - 001748

RightFax          3/8/2005 11:19    PAGE 002/004    Fax Server



**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 2

Phone : 561-997-8735
Fax   : 561-997-2680

10:34:44 MAR 08 2005

*Reference No:* B02337

| Item | Description | Quantity |
|------|-------------|----------|
|      | ---- | |
|      | --TUB | |
| JN845969 | 62X43.5 LH WP *GALLER OYST | 1 |
| G150162001 | 17 .22 PVC SCH40 W&O L/ TRIM | 1 |
| G240722FW1 | BATH & WP CABLE W&O TRIM BN | 1 |
|      | --- | |
|      | --TUB FAUCET | |
| SP-W17-8-T-BN | ROMAN TUB WYNDHAM | 1 |
|      | ---- | |
|      | --SHOWER | |
| SP-W17-6.2-1-TOSN | TRIM ONLY SHWR TRIM | 1 |
| SS861X | *TEMPER SHWR VLV W/ST CP | 1 |
| B4B215S | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 |
|      | *** BATH 3 & GUEST **** | |
|      | --LAVATORY FAUCET | 8" |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
|      | --LAVATORY SINK | |
| K2905-8-0 | 19X16 8 LAV *FARMIN WHIT | 2 |
|      | ---- | |
|      | --WATER CLOSET | |
| K4276-0 | 12 EB BOWL 2 TRAP *WELLWO WHIT | 2 |
| K4650-0 | 1.6 PI CLST TANK ONLY *WELLWO WHIT | 2 |
| C8003TWWH | EB PLAS CLST SEAT WHIT | 2 |
|      | ---- | |
|      | --TUB | |
|      | --SPECIFY RIGHT OR LEFT | |
|      | --DRAIN | |
|      | ---- | |
| K715-0 | 60X30 LH CI BATH *VILLAG WHIT | 2 |
| KEE63AW | 1-1/2 PVC L&T BATH DRN | 2 |
|      | --- | |
|      | --TUB/SHOWER TRIM VALVE | |
| K304-KS-NA | WM P/BAL VLV W/ ST *RITTEM | 2 |
| KT395-4-CP | 1HDL LEV P/BAL T&S TRIM *DEVONS CP | 2 |
|      | ---- | |
|      | **** BATH 4 & 5 **** | |

Apr 28 2005 9:24AM    HP LASERJET FAX

KROSEN - 001749

RightFax          3/8/2005 11:19    PAGE 003/004    Fax Server


**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #340

Page # 3

Phone : 561-997-8735
Fax  : 561-997-2680

10:34:44 MAR 08 2005

*Reference No:* 802537

| Item | Description | Quantity | | | |
|---|---|---|---|---|---|
| | --LAVATORY FAUCET | | | | |
| K3941-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 | | | |
| | ---- | | | | |
| | - LAVATORY SINK | | | | |
| K2905-E-0 | 19X16 B LAV *FARMIN WHIT | 2 | | | |
| | ---- | | | | |
| | --WATER CLOSET | | | | |
| K4620-0 | 1.6 RI CLST TANK ONLY *WELLWO WHIT | 2 | | | |
| K4276-0 | 12 E9 BOWL 2 TRAP *WELLWO WHIT | 2 | | | |
| C8001MWH | EB PLAS CLST SEAT WHIT | 2 | | | |
| | ---- | | | | |
| | --SHOWER | | | | |
| K3041-KS-NA | WM P/BAL VLV W/ ST *RITTEM | 2 | | | |
| KT356-4-CP | 1HDL LEV P/BAL SHWR TRIM *DEVONS CP | 2 | | | |
| | ---- | | | | |
| | **** POWDER ROOM **** | | | | |
| | --LAVATORY FAUCET | | | | |
| | TO BE DETERMINED | | | | |
| | ---- | | | | |
| | --LAVATOR SINK | | | | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 | | | |
| | ---- | | | | |
| | --WATER CLOSET | | | | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 | | | |
| | ---- | | | | |
| | **** CABANA BATH **** | BN | | | |
| | ---- | | | | |
| | --LAVATORY FAUCET | 8" | | | |
| K3941-4-BN | 2HDL LEV W/SPRD LAV FCT *DEVONS BN | 1 | | | |
| | ---- | | | | |
| | --LAVATORY SINK | | | | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 | | | |
| | ---- | | | | |
| | --WATER CLOSET | | | | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 | | | |
| | ---- | | | | |
| | --WATER CLOSET SUPPLIES | | | | |
| K9453-BN | LH T18P LEV *SANRAP BN | 1 | | | |

KROSEN - 001750

RightFax          3/8/2005 11:19  PAGE 004/004  Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FE: BOCA RATON # 40

Page # 4

Phone : 561-997-8735
Fax  : 561-997-2680

10:34:44 MAR 08 2005

*Reference No:* B02537

| Item | Description | Quantity | | |
|------|-------------|----------|---|---|
| B482153 | 1/2 COMP X 3/8 CLS1 SPLY KIT BN | 1 | | |
| | ---- | | | |
| | ---- | | | |
| | **** KITCHEN **** | | | |
| | ---- | | | |
| | --SINK | | | |
| FGNX1102B | *EUROPR 28X20 12D FB UC SS SINK | 1 | | |
| BADGER5 | 1/2HP DISP *BADGER | 1 | | |
| | ---- | | | |
| | --FAUCET | | | |
| K15160-BN | 1HDL LEV PO KITC FCT *CORALA BN | 1 | | |
| | SHIPPING AND HANDLING | | | |
| | ---- | | | |
| | RESTOCK FEE WILL APPLY TO | | | |
| | ALL RETURNED NON-STOCK | | | |
| | ITEMS | | | |

*Single Hole.* (handwritten)

KROSEN - 001751

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**

    ROSEN, KEVIN & STACEY
    5825 NW 42nd Way
    Boca Raton, FL 33496

**Work Order #9**
    **Date:** 3/10/2005
    **Job:** G001-030 POD G-1, L030 ROSEN

**Description:** TV Outlet

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

    TV outlet in Loft

| | | | |
|---|---|---|---|
| 1 | TV Outlet in Loft | Additional TV Outlet in Loft | 85.00 |
| 2 | Less Discount | 15% Discount per Contract Specifications | -12.75 |

    **TOTAL:**   **$72.25**

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

| | |
|---|---|
| _Kevin Rosen_ / 4-8-05 | |
| ALBANESE-POPKIN THE OAKS    Date | ROSEN, KEVIN & STACEY    Date |

Page 1 of 1

KROSEN - 001752

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #8**
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Structured Cabling

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Structure Cabling

| | | | |
|---|---|---|---:|
| 1 | Structured Cabling | Structured Cabling - Level 1<br>Prepares for Cable TV & Standard Satellite to (6) Locations; Prepares<br>for In-Home Computer Network & Satellite to (6) Locations; Runs<br>Cable Feeds to Outside Satellite Dish Location. | 1,175.00 |
| 2 | Less Discount | 15% Discount per Contract Specifications. | -176.25 |
| | | **TOTAL:** | **$998.75** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date          4-7-05

ROSEN, KEVIN & STACEY          Date

Page 1 of 1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #7**
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Radio Back-up for Alarm

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Radio Back up for Alarm

| | | | |
|---|---|---|---|
| 1 | Radio Back-Up | Radio Back-Up for Alarm System. | 490.00 |
| 2 | Less Discount | 15% Discount per Contract Specifications | -73.50 |
| | | **TOTAL:** | **$416.50** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  4-7-05
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY            Date

Page 1 of 1

KROSEN - 001754

Case 2:09-md-02047-EEF-MBN Document 22363-49 Filed 11/18/19 Page 44 of 201
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2014 Page 43 of
526

**ALBANESE-POPKIN** THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #6**
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Speaker System

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Speaker System

| | | |
|---|---|---|
| 1 Speaker System | Speaker System - Package A<br>(5) Pair of Niles CM6MP In-Ceiling Speakers; (1) Pair of Niles OS3<br>Patio Speakers; (6) Niles Autoformer Volume Controls. | 3,500.00 |
| 2 Less Discount | 15% Discount per Contract Specifications. | -525.00 |
| | **TOTAL:** | **$2,975.00** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_Kevin Jordan_ 4.7.05

ALBANESE-POPKIN THE OAKS        Date

_____

ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 001755

*Kevin D. Rosen*





**VIA FACSIMILE 561-994-5613 & U.S. MAIL**

March 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.   Check #2367 in the amount of $29,410.00 for Work Order #1 - Upgrade to Impact Glass.

2.   Check #2368 in the amount of $19,283.00 for Work Order #2 - Upgrade Staircase

3.   Check #2369 in the amount of $659.30 for Work Order #3 - In Wall Pest Control

4.   Check #2370 in the amount of $552.50 for Work Order #4 - Gas Line - Barbecue

5.   Check #2371 in the amount of $388.45 for Work Order #5 - Upgrade Dining Room
Columns

6.   Check #2372 in the amount of $583.95 for Work Order #10 - Angled Archway

Stacey and I look forward to receiving the staircase wood samples so that we may finalize our
selection of the wood species and stain.

Very truly yours,

Kevin D. Rosen

cc:   Rebecca Quezada, Design Coordinator
      (via facsimile 5

```
                                                                              P. 1
              * * *  Communication Result Report ( Mar.14. 2005  9:00AM ) * * *
                                                              FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:57AM

                                                                          Page
 File·Mode        ·     Destination                 · . Pg(s)    Result   Not Sent
 -----------------------------------------------------------------------------------
 6998 Memory TX   ·     9945613                      · P.  3 ·   OK

```

```
 Resson for error
    E.1) Hang up or line fail                 E.2) Busy
    E.3) No answer                            E.4) No facsimile connection
```

*Kevin D. Rosen*



**VIA FACSIMILE 561-994-5613 & U.S. MAIL**

March 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.  Check #2367 in the amount of $29,410.00 for Work Order #1 - Upgrade to Impact Glass.

2.  Check #2368 in the amount of $19,283.00 for Work Order #2 - Upgrade Staircase

3.  Check #2369 in the amount of $659.30 for Work Order #3 - In Wall Pest Control

4.  Check #2370 in the amount of $552.50 for Work Order #4 - Gas Line - Barbecue

5.  Check #2371 in the amount of $388.45 for Work Order #5 - Upgrade Dining Room Columns

6.  Check #2372 in the amount of $583.95 for Work Order #10 - Angled Archway

Stacey and I look forward to receiving the staircase wood samples so that we may finalize our selection of the wood species and stain.

Very truly yours,

Kevin D. Rosen

cc:

KROSEN - 001757

```
 * * * Communication Result Report ( Mar.14. 2005  9:02AM ) * * *                    P. 1

                                                    FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:58AM


                                                                            Page
 File Mode          Destination              Pg(s)        Result      Not Sent
 ---------------------------------------------------------------------------------
 6999 Memory TX     9945613                  P. 3         OK

 --------------------------------------------------------------------------------------
 Reason for error
   E.1) Hang up or line fail                    E.2) Busy
   E.3) No answer                               E.4) No facsimile connection
```



Kevin D. Rosen

VIA FACSIMILE 561-994-5613 & U.S. MAIL

March 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.   Check #2367 in the amount of $29,410.00 for Work Order #1 – Upgrade to Impact Glass.

2.   Check #2368 in the amount of $19,283.00 for Work Order #2 – Upgrade Staircase

3.   Check #2369 in the amount of $659.30 for Work Order #3 – In Wall Pest Control

4.   Check #2370 in the amount of $552.50 for Work Order #4 – Gas Line - Barbecue

5.   Check #2371 in the amount of $388.45 for Work Order #5 – Upgrade Dining Room Columns

6.   Check #2372 in the amount of $583.95 for Work Order #10 – Angled Archway

Stacey and I look forward to receiving the staircase wood samples so that we may finalize our selection of the wood species and stain.

Very truly yours,

Kevin D. Rosen

cc:   Rebecca Quezada, Design Coordinator

KROSEN - 001758

P. 1

```
*  *  *  Communication Result Report ( Mar. 14. 2005  9:04AM )  *  *  *
                                                      FAX HEADER: NASD

Date/Time: Mar. 14. 2005  8:58AM

                                                                              Page
File Mode          Destination              Pg(s)        Result        Not Sent
--------------------------------------------------------------------------------
7000 Memory TX     4777113                  P.  3        OK
```

```
--------------------------------------------------------------------------------
Reason for error
   E.1) Hang up or line fail            E.2) Busy
   E.3) No answer                       E.4) No facsimile connection
```



**VIA FACSIMILE 561-994-5613 & U.S. MAIL**

March 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1. Check #2367 in the amount of $29,410.00 for Work Order #1 - Upgrade to Impact Glass.

2. Check #2368 in the amount of $19,283.00 for Work Order #2 - Upgrade Staircase

3. Check #2369 in the amount of $659.30 for Work Order #3 - In Wall Pest Control

4. Check #2370 in the amount of $552.50 for Work Order #4 - Gas Line - Barbecue

5. Check #2371 in the amount of $388.45 for Work Order #5 - Upgrade Dining Room Columns

6. Check #2372 in the amount of $582.95 for Work Order #10 - Angled Archway

Stacey and I look forward to receiving the staircase wood samples so that we may finalize our selection of the wood species and stain.

Very truly yours,

Kevin D. Rosen

cc:   Rebecca Quezada, Design Coordinator

KROSEN - 001759

P. 1

* * * Communication Result Report ( Mar.14. 2005 9:06AM ) * * *

FAX HEADER: NASD

Date/Time: Mar.14. 2005 8:58AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 7001 Memory TX | 4777113 | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

---

*Kevin D. Rosen*

VIA FACSIMILE 561-994-8613 & U.S. MAIL

March 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1. Check #2367 in the amount of $29,410.00 for Work Order #1 - Upgrade to Impact Glass.

2. Check #2368 in the amount of $19,283.00 for Work Order #2 - Upgrade Staircase.

3. Check #2369 in the amount of $659.30 for Work Order #3 - In Wall Pest Control

4. Check #2370 in the amount of $552.50 for Work Order #4 - Gas Line - Barbecue

5. Check #2371 in the amount of $338.45 for Work Order #5 - Upgrade Dining Room Columns

6. Check #2372 in the amount of $583.95 for Work Order #10 - Angled Archway

Stacey and I look forward to receiving the staircase wood samples so that we may finalize our selection of the wood species and stain.

Very truly yours,

Kevin D. Rosen

cc: Rebecca Quezada, Design Coordinator

KROSEN - 001760

**KEVIN D. ROSEN**
**STACEY A. ROSEN**

2367
63-27/631 FL
875

Date 3-14-05

Pay to the order of Albanese Popkin The Oaks Development Group $ 29,410.00

Twenty Nine Thousand Four Hundred Ten & 00/100 Dollars

Bank of America

ACH R/T 063100277

Lot 30 G-1 Monte Verde The Oaks

Memo WO #1 - upgrade Impact Glass

MP

---

Bank of America Advantage®

**KEVIN D. ROSEN**
**STACEY A. ROSEN**

2368
63-27/631 FL
875

Date 3-14-05

Pay to the order of Albanese Popkin The Oaks Development Group $ 19,283.00

Nineteen Thousand Two Hundred Eighty Three & 0/100 Dollars

Bank of America

ACH R/T 063100277

Lot 30 G-1 Monte Verde The Oaks

Memo WO #2 - upgrade Staircase

MP

---

Bank of America Advantage®

**KEVIN D. ROSEN**
**STACEY A. ROSEN**

2369
63-27/631 FL
875

Date 3-14-05

Pay to the order of Albanese Popkin The Oaks Development Group $ 659.30

Six Hundred Fifty Nine & 30/100 Dollars

Bank of America

ACH R/T 063100277 Lot 30 G-1 Monte Verde The Oaks

Memo WO #3 - In-Wall Pest Control

MP

KROSEN - 001761

Check 2372 — Bank of America Advantage

KEVIN D. ROSEN
STACEY A. ROSEN
2372
63-27/631 FL 875
Date 3-14-05
Pay to the order of Alfarese Popkin The Oaks Development Group $ 583.95
Five Hundred Eighty Three & 95/100 Dollars
Bank of America
ACH R/T 063100277 Lot 30 G-1 Monte Verde The Oaks
Memo WO#10 - Angled Archway



Check 2371 — Bank of America Advantage

KEVIN D. ROSEN
STACEY A. ROSEN
2371
63-27/631 FL 875
Date 3-14-05
Pay to the order of Alfarese Popkin The Oaks Development Group $ 388.45
Three Hundred Eighty Eight & 45/100 Dollars
Bank of America
ACH R/T 063100277 Lot 30 G-1 Monte Verde The Oaks
Memo WO#5 - Upside Patio Room Columns



Check 2370 — Bank of America Advantage

KEVIN D. ROSEN
STACEY A. ROSEN
2370
63-27/631 FL 875
Date 3-14-05
Pay to the order of Alfarese Popkin The Oaks Development Group $ 552.50
Five Hundred Fifty Two & 50/100 Dollars
Bank of America
ACH R/T 063100277 Lot 30 G-1 Monte Verde The Oaks
Memo WO#4 - Gas Line - Barbecue

KROSEN - 001762

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
| --- | --- |
| James Walter<br>Fax Number: 561-994-5613 | Date: March 14, 2005 |
| Rebecca Quezada<br>Fax Number: 561-477-7113 | Phone Number: █████ |
| | |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover:     2

**Comments:**

Dear Jim and Rebecca:

I have signed the selection memo dated March 3, 2005 on "Drywall". Thank you for your assistance with this matter.

Kevin

KROSEN - 001763

P. 1

* * * Communication Result Report ( Mar.14. 2005  8:52AM ) * * *

FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:51AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 6993 Memory TX | 9945613 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail        E.2) Busy
E.3) No answer                   E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Waller Fax Number: 561 994 6613 | Date: March 14, 2005 |
| Rebecca Quezada Fax Number: 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover:  2
Comments:
Dear Jim and Rebecca:

I have signed the selection memo dated March 3, 2005 on "Drywall". Thank you for your assistance with this matter.

Kevin

KROSEN - 001764

P. 1

```
*  *  *  Communication Result Report ( Mar.14. 2005. 8:53AM )  *  *  *
                                                    FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:52AM


                                                                    Page
File Mode         Destination              Pg(s)      Result     Not Sent
----------------------------------------------------------------------------
6994 Memory TX    -    9945613             P. 2       OK


----------------------------------------------------------------------------
Reason for error
     E.1) Hang up or line fail             E.2) Busy
     E.3) No answer                        E.4) No facsimile connection
```

## Fax Cover Sheet

| Send To: | From: |
|---|---|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| James Walter | Date: March 14, 2005 |
| Fax Number: 561-994-5613 | |
| Rebecca Quezada | Phone Number: |
| Fax Number: 561-477-7113 | |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
- ☐ Please Review
- ☐ For your Information

Total pages, including cover:  2
Comments:

Dear Jim and Rebecca:

I have signed the selection memo dated March 3, 2005 on "Drywall". Thank you for your assistance with this matter.

Kevin

KROSEN - 001765

```
                                                                            P. 1

            * * * Communication Result Report ( Mar.14. 2005  8:54AM ) * * *

                                                    FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:52AM

                                                            Page
File Mode          Destination              Pg(s)    Result    Not Sent
------------------------------------------------------------------------
6995 Memory TX     4777113                  P. 2     OK

------------------------------------------------------------------------
    Reason for error
        E.1) Hang up or line fail           E.2) Busy
        E.3) No answer                      E.4) No facsimile connection
```

## Fax Cover Sheet

| | |
|---|---|
| **Send to:** Albanese-Popkin Development Group | **From:** Kevin D. Rosen, Esq. |
| James Waller Fax Number 561-994-5613 | Date: March 14, 2005 |
| Rebecca Quexado Fax Number 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover:  2

**Comments:**

Dear Jim and Rebecca:

I have signed the selection memo dated March 3, 2005 on "Drywall". Thank you for your assistance with this matter.

Kevin

KROSEN - 001766

P.1

* * * Communication Result Report ( Mar.14. 2005  8:54AM ) * * *

FAX HEADER: NASD

Date/Time: Mar.14. 2005  8:52AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6996 Memory TX | 4777112 | P. 2 | OK | |

Reason for error
E.1) Hang up or line fail                E.2) Busy
E.3) No answer                           E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Waller Fax Number: 561-994-5613 | Date: March 14, 2005 |
| Rebecca Quezada Fax Number: 561-477-7113 | Phone Number: ███ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover:   2
Comment:
Dear Jim and Rebecca:

I have signed the selection memo dated March 3, 2005 on "Drywall". Thank you for your assistance with this matter.

Kevin

KROSEN - 001767

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### **MEMORANDUM**

Date: March 3, 2005
Pages: 1
Memo #6
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                                   **Subject: Drywall**

**From: Rebecca Quezada**

Hi Kevin & Stacy,

You have selected to have the Ceilings in knockdown and your walls in the Orange peel for your home at the Oaks. Please sign below, indicating your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**INTERIOR**

**Drywall:**

**Ceiling: Knockdown**
**Walls: Orange Peel**

_____                    3-14-05
Approved                                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001768

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: March 3, 2005
Pages: 1
Memo #2
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                                         **Subject: Interior Frame Changes**

**From: Rebecca Quezada**

Hi Kevin & Stacy,

You have selected to not have any additional Interior Frame changes for your home at the Oaks. Please sign below, indicating your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**INTERIOR**

**Framing:**

### NO ADDITIONAL CHANGES

_____                    _____
Approved                                                      Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001769

# Fax Cover Sheet

███████████████

| **Send to:**<br>Albanese-Popkin Development Group | **From:**<br>Kevin D. Rosen, Esq. |
|---|---|
| James Walter<br>Fax Number: 561-994-5613 | Date: March 10, 2005 |
| Rebecca Quezada<br>Fax Number: 561-477-7113 | Phone Number: ████████████ |
| | |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
- ❑ Please Review
- ❑ For your Information

Total pages, including cover:     12
**Comments:**

Dear Jim and Rebecca:

I have signed the following Work Orders: 1) "Upgrade Windows to Imp. Glass" in the amount of $29,410.00; and 2) "Upgrade Staircase" in the amount of $19,283.00. Please note that I clarified the staircase work order to state inclusion of railing on the bridge in lieu of the low wall, and that the railing will be curved and without straight angles. Please advise me whom I should deliver payment for the two work orders.

The Work Orders for "Add In Wall Pest Control", "Gas Line for Future Barbecue" and "Upgrade Dining Room Columns" are in error. The discount should be calculated at 15%, not 10%. Please prepare new work orders with the corrected discounts. I kindly ask that the work orders be carefully reviewed for mistakes before I am asked to sign off. Also, please note that the price of $1,897.00 for upgrading the dining room columns is in error. The price does not include the credit for the standard wood columns which Gavin acknowledged by handwriting the dollar credit "<1440> wood" on our upgrade options list, a copy of which I attach and I provided to Rebecca on March 1. Accordingly, please adjust the price with the credit for wood columns.

Rebecca, I have signed the selection memos dated March 3, 2005 on "Window Frame, Tint & Glass Type", "Floor Outlets", "Stucco and Texture", "Ceiling Coffers", and "Exterior Pre Cast."

Jim, per our phone call of yesterday, you will have the plans in the hands of the county by the end of this week for permit review and approval.

Rebecca, thank you for your time during our day-long marathon meeting on March 1st and for meeting with Stacey yesterday.

KROSEN - 001770

P. 1

```
* * * Communication Result Report ( Mar.10. 2005  9:13AM ) * * *
                                                    FAX HEADER: NASD
```

Date/Time: Mar.10. 2005  9:09AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6829 Memory TX | 9945613 | P. 12 | OK | |

```
Reason for error
    E.1) Hang up or line fail          E.2) Busy
    E.3) No answer                     E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to:<br>Allcanese-Pooblin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| James Walter<br>Fax Number: 561-994-5613 | Date: March 10, 2005 |
| Rebecca Quezada<br>Fax Number: 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover:  12
Comments:

Dear Jim and Rebecca:

I have signed the following Work Orders: 1) "Upgrade Windows to Imp. Class" in the amount of $29,410.00; and 2) "Upgrade Staircase" in the amount of $19,283.00. Please note that I clarified the staircase work order to state inclusion of railing on the bridge in lieu of the low wall, and that the railing will be curved and without straight angles. Please advise me whom I should deliver payment for the two work orders.

The Work Orders for "Add In Wall Pest Control", "Gas Line for Future Barbecue" and "Upgrade Dining Room Columns" are in error. The discount should be calculated at 18%, not 10%. Please prepare new work orders with the corrected discounts. I kindly ask that the work orders be carefully reviewed for mistakes before I am asked to sign off. Also, please note that the price of $1,897.00 for upgrading the dining room columns is in error. The price does not include the credit for the standard wood columns which Gavin acknowledged by handwriting the dollar credit "<1440+ wood" on our upgrade options list, a copy of which I attach and I provided to Rebecca on March 1. Accordingly, please adjust the price with the credit for wood columns.

Rebecca, I have signed the selection memos dated March 3, 2005 on "Window Frame, Tint & Glass Type", "Floor Outlets", "Stucco and Texture", "Ceiling Coffers", and "Exterior Pre Cast."

Jim, per our phone call of yesterday, you will have the plans in the hands of the county by the end of this week for permit review and approval.

Rebecca, thank you for your time during our day-long marathon meeting on March 1st and for meeting with Stacey yesterday.

KROSEN - 001771

```
* * * Communication Result Report ( Mar.10. 2005  8:57AM ) * * *

                                                    P. 1

                                            FAX HEADER: NASD

Date/Time: Mar.10. 2005  8:54AM

                                                                    Page
File Mode              Destination           Pg(s)    Result    Not Sent
--------------------------------------------------------------------------
6826 Memory TX         9945613               P. 12    OK
```

```
Reason for error
 E.1) Hang up or line fail              E.2) Busy
 E.3) No answer                         E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to:                               | From:                    |
|----------------------------------------|--------------------------|
| Alcanese-Poplin Development Group      | Kevin D. Rosen, Esq.     |
| James Walter                           | Date: March 10, 2005     |
| Fax Number: 561-994-5613               |                          |
| Rebecca Quezada                        | Phone Number:            |
| Fax Number: 561-477-7113               |                          |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover:  12

Comments:

Dear Jim and Rebecca:

I have signed the following Work Orders: 1) "Upgrade Windows to Imp. Glass" in the amount of $29,410.00; and 2) "Upgrade Staircase" in the amount of $19,283.00.  Please note that I clarified the staircase work order to state inclusion of railing on the bridge in lieu of the low wall, and that the railing will be curved and without straight angles. Please advise me whom I should deliver payment for the two work orders.

The Work Orders for "Add in Wall Pest Control", "Gas Line for Future Barbecue" and "Upgrade Dining Room Columns" are in error.  The discount should be calculated at 15%, not 10%.  Please prepare new work orders with the corrected discounts.  I kindly ask that the work orders be carefully reviewed for mistakes before I am asked to sign off.  Also, please note that the price of $1,897.00 for upgrading the dining room columns is in error.  The price does not include the credit for the standard wood columns which Gavin acknowledged by handwriting the dollar credit "<1140> wood" on our upgrade options list, a copy of which I attach and I provided to Rebecca on March 1. Accordingly, please adjust the price with the credit for wood columns.

Rebecca, I have signed the selection memos dated March 3, 2005 on "Window Frame," Tint & Glass Type", "Floor Outlets", "Stucco and Texture", "Ceiling Coffers", and "Exterior Pre Cast."

Jim, per our phone call of yesterday, you will have the plans in the hands of the county by the end of this week for permit review and approval.

Rebecca, thank you for your time during our day-long marathon meeting on March 1st and for meeting with Stacey yesterday.

KROSEN - 001772

P. 1

```
*  *  *   Communication Result Report ( Mar.10. 2005  9:15AM )  *  *  *
                                            FAX HEADER: NASD
```

Date/Time: Mar.10. 2005  9:09AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6830 Memory TX | 4777113 | P. 12 | OK | |

```
Reason for error
  E.1) Hang up or line fail          E.2) Busy
  E.3) No answer                     E.4) No facsimile connection
```

## Fax Cover Sheet

| Send to: Albanese-Poplin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Walter Fax Number: 561-994-5613 | Date: March 10, 2005 |
| Rebecca Quezada Fax Number: 561-477-7113 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  12

Comments:

Dear Jim and Rebecca:

I have signed the following Work Orders: 1) "Upgrade Windows to Imp. Glass" in the amount of $29,410.00; and 2) "Upgrade Staircase" in the amount of $19,283.00. Please note that I clarified the staircase work order to state inclusion of railing on the bridge in lieu of the low wall, and that the railing will be curved and without straight angles. Please advise me whom I should deliver payment for the two work orders.

The Work Orders for "Add in Wall Pad Control", "Gas Line for Future Barbeque" and "Upgrade Dining Room Columns" are in error. The discount should be calculated at 10%, not 10%. Please prepare new work orders with the corrected discounts. I kindly ask that the work orders be carefully reviewed for mistakes before I am asked to sign off. Also, please note that the price of $1,897.00 for upgrading the dining room columns is in error. The price does not include the credit for this standard wood columns which Gavin acknowledged by handwriting the dollar credit "<1140> wood" on our upgrade options list, a copy of which I attach and I provided to Rebecca on March 1. Accordingly, please adjust the price with the credit for wood columns.

Rebecca, I have signed the selection memos dated March 3, 2005 on "Window Frame, Tint & Glass Type", "Floor Outlets", "Stucco and Texture", "Ceiling Coffers", and "Exterior Pre Cast."

Jim, per our phone call of yesterday, you will have the plans in the hands of the county by the end of this week for permit review and approval.

Rebecca, thank you for your time during our day-long marathon meeting on March 1st and for meeting with Stacey yesterday.

KROSEN - 001773

P. 1

* * * Communication Result Report ( Mar.10. 2005 8:59AM ) * * *

FAX HEADER: NASD

Date/Time: Mar.10. 2005 8:55AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6827 Memory TX | 4777113 | P. 12 | OK | |

---

Reason for error
E.1) Hang up or line fail            E.2) Busy
E.3) No answer                       E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| James Waller Fax Number: 561-994-6613 | Date: March 10, 2005 |
| Rebecca Quesada Fax Number: 561-477-7113 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover:   12
Comments:
Dear Jim and Rebecca:

I have signed the following Work Orders: 1) "Upgrade Windows to imp. Glass" in the amount of $29,410.00; and 2) "Upgrade Staircase" in the amount of $17,283.00. Please note that I clarified the staircase work order to state inclusion of railing on the bridge in lieu of the low wall, and that the railing will be curved and without straight angles. Please advise me when I should deliver payment for the two work orders.

The Work Orders for "Add in Wall Pest Control", "Gas Line for Future Barbecue" and "Upgrade Dining Room Columns" are in error. The discount should be calculated at 15%, not 10%. Please prepare new work orders with the corrected discounts. I kindly ask that the work orders be carefully reviewed for mistakes before I am asked to sign off. Also, please note that the price of $1,897.00 for upgrading the dining room columns is in error. The price does not include the credit for the standard wood columns which Gavin acknowledged by handwriting the dollar credit "<1440> wood" on our upgrade options list a copy of which I attach and I provided to Rebecca on March 1. Accordingly, please adjust the price with the credit for wood columns.

Rebecca, I have signed the selection memos dated March 3, 2005 on "Window Frame, Tint & Glass Type", "Floor Outlets", "Stucco and Texture", "Ceiling Coffers", and "Exterior Pre Cast."

Jim, per our phone call of yesterday, you will have the plans in the hands of the county by the end of this week for permit review and approval.

Rebecca, thank you for your time during our day-long marathon meeting on March 1st and for meeting with Stacey yesterday.

KROSEN - 001774

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #1**
**Date:** 12/21/2004
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade Windows to Imp. Glass

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade all windows and Patio Doors to Impact Glass.
Does not Include Front Entry

| | | | |
|---|---|---|---|
| 1 Upgrade Windows to Imp. Glass | Upgrade Windows to Imp. Glass | | 34,600.00 |
| 2 Discount Per Contract | 15% Discount per Contract Specifications. | | -5,190.00 |
| | | **TOTAL:** | **$29,410.00** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  3-9-05       _____  3-10-05
ALBANESE-POPKIN THE OAKS   Date        ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 001775

Case 2:09-md-02047-EEF-MBN Document 22363-49 Filed 11/18/19 Page 65 of 201
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2015 Page 64 of
526

2005/03/09 13:40:16 Albanese-Popkin 5619945613          Page:1/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #2
Date: 3/9/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade Staircase

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Staircase from Closed Stringer Carpeted Tread to an Open Stringer with Stained Wood (Mahogany or Walnut) Treads and Painted Stringer and Risers.
Upgrade Railing to include a Full Railing System at 2nd floor balcony with Stained Wood Railing and Newel Posts to match Treads and Standard Rod Iron Balasters. Includes Balcony Railing in lieu of Low Wall at Loft *and Bridge.*
*Railing to be curved and without straight angles.*

| | | | |
|---|---|---|---|
| 1 | Upgrade Staircase | Upgrade Staircase | 19,283.00 |
| | | TOTAL: | $19,283.00 |

☑ SCHEDULE IMPACT 2 Weeks

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  3/9/5
ALBANESE-POPKIN THE OAKS        Date

_____  3-10-05
ROSEN, KEVIN & STACEY        Date

Page 1 of 1

2005/03/09 13:40:16  Albanese-Popkin 5619945613                    Page:2/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph.: (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #3
Date: 3/9/2005
Job: G001-030  POD G-1, L030  ROSEN

Description:   Add in wall Pest Control

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Add in wall Pest Control System

| 1 Add in wall Pest Control | Add in wall Pest Control | 776.00 |
|---|---|---|
| 2 15% Discount | 15% Discount per Agreement | -77.60 |
| | TOTAL: | $698.40 |

Error
Not 15% discount

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   3/9/5
ALBANESE-POPKIN THE OAKS      Date

_____
ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 001777

2005/03/09 13:40:16  Albanese-Popkin 5619945613          Page:3/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #4
Date: 3/9/2005
Job: G001-030  POD G-1, L030  ROSEN

Description:  Gas Line for Future Barbecue

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Add Gas Line for Future Barbecue.

| | | | |
|---|---|---|---|
| 1 Gas Line for Future Barbecue | Gas Line for Future Barbecue | | 650.00 |
| 2 15% Discount | 15% Discount per Agreement | | -65.00 |
| | | TOTAL: | $585.00 |

*Error- not 15% discount*

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  3/9/5
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 001778

2005/03/09 13:40:16 Albanese-Popkin 5619945613        Page:4/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33467
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #5
Date: 3/9/2005
Job: G001-030 POD G-1, L030 ROSEN

Description:   Upgrade Dining Room Columns

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade Dining Room Columns from Wood to Cast Stone Columns with Corithian Capitols

| | | | |
|---|---|---|---|
| 1 Upgrade Dining Room Columns | Upgrade Dining Room Columns | | 1,897.00 |
| 2 15% Discount | 15% Discount per Agreement | | -189.70 |
| | | TOTAL: | $1,707.30 |

*Error - not 15% discount*
*Error - Price is without credit for wood columns*
*See attached price sheet*

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  3/9/5
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 001779

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax    (561) 994-5613



THE OAKS
*at Boca Raton*

### Lot #30 G1 Rosen Residence
### Upgrade Options List
Monte Verde

| OPTION # | DESCRIPTION | | PRICE |
|---|---|---|---|
| 14). | Add Spa 12" Raised, 6' x 6' as Part of Pool with four (4) Jets, 3. One (1) – 100 Watt Light and Waterline Tile, including 400,000 BTU Gas Heater and 1 ½ HP Pump | $ | 12,750.00 |
| 15). | Add Raised Beam Wall with Water Feature - 12' x 3' Wall with Five (5) Water "Spitters" (No Planters) | $ | 6,440.00 |
| 16). | Outdoor Shower | $ | 1,025.00 |
| 17). | Gas Line BBQ | $ | 650.00 |
| 18). | Additional 650 sqft rear Paver (*Allowance*) | $ | 3,000.00 |
| 19). | Speaker Package (Per Pair) | $ | 710.00 |
| 20). | Added Landscape *Allowance* | *$* | *4,000.00* |
| 21). | BBQ - Standard | | $ 6,780.00 |
| | Includes DCS 30" Gas BBQ, Stainless Steel Access Door, 6 to 8 Linier Feet of Concrete Cabinet / Counter Top with Tumbled Marble Counter Top and 4" Backsplash | | |
| 22). | BBQ - Center With Refrigerator | | $ 8,950.00 |
| 23). | Summer Kitchen BBQ with Sink & Refrigerator | | $ 11,750.00 |
| 24). | Upgrade to Impact Glass | | $ 34,600.00 |
| | *Stone Columns/ With Corinthean & Arches* | | |
| 25). | Dinng Room add 2 | $ | ⟨1,897.00⟩ ⟨440⟩ wood |
| 26). | Family Room add 2 | $ | 1,897.00 |
| 27). | Patio add 3 Columns | $ | 3,900.00 |
| 28). | Front (4 long / 4 short) | $ | 1,000.00 |
| | *Spiral Columns* | *Credit for wood Coloums* | |
| 29). | Dinng Room add 2 | $ | ⟨2,496.00⟩ ⟨440⟩ wood |
| 30). | Family Room add 2 | $ | 2,495.00 |
| 31). | Patio add 3 Columns | $ | 4,100.00 |
| 32). | *Arches Interior (Trim)* | | |
| | **Family room** | | |
| | 6" Trim Surround | $ | 1,080.00 |
| | 4" Trim Surround | $ | 837.00 |

Page 2 of 3

*Concrete Slab*

KROSEN - 001780

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: March 3, 2005
Pages: 1
Memo #3
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**

**From: Rebecca Quezada**

**Subject: Window Frame, Tint & Glass Type**

---

Hi Kevin & Stacy,

You have selected to have Bronze Frame and Bronze Tint with Impact Glass for your home at the Oaks. Please sign below, indicating your approval and fax back to me at 561-477-7113.

Thanks!


Rebecca

**EXTERIOR**

**Windows:**

Glass type: Impact Glass
Frame: Bronze
Tint: Bronze

3-10-05

_____     _____
Approved                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001781

Case 2:09-md-02047-EEF-MBN Document 22363-49 Filed 11/18/19 Page 71 of 201
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2015 Page 70 of
526

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: March 3, 2005
Pages: 1
Memo #1
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                              **Subject: Floor Outlets**

**From: Rebecca Quezada**

Hi Kevin & Stacy,

You have selected to not add any floor outlets in your home at the Oaks. Please sign below, indicating
your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**INTERIOR**

**Floor Outlets:**

                              **NONE**

_____                    3-10-05
_____
Approved                                     Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001782

# *Albanese–Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: March 3, 2005
Pages: 1
Memo #5
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject: Stucco Texture**

**From: Rebecca Quezada**

Hi Kevin & Stacy,

You have selected to have the Smooth stucco Texture for your home at the Oaks. Please sign below, indicating your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**EXTERIOR**

**Stucco:**

**Texture: Smooth**

3-10-05

_____          _____
Approved                                              Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001783

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: March 3, 2005
Pages: 1
Memo #4
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                              **Subject: Ceiling Coffers**

**From: Rebecca Quezada**

---

Hi Kevin & Stacy,

You have selected to have no additional Ceiling Coffers in your home at the Oaks. Please sign below,
indicating your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**INTERIOR**

**Ceiling Coffers:**

### NO ADDITIONAL COFFERS

3-10-05

---                                        ---
Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL. 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001784

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: March 3, 2005
Pages:  1
Memo #7
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject:  Exterior Pre Cast**

**From: Rebecca Quezada**

Hi Kevin & Stacy,

You have selected to have No Additional Exterior Pre Cast Embellishments for your home at the Oaks.
Please sign below, indicating your approval and fax back to me at 561-477-7113.

Thanks!

Rebecca

**EXTERIOR**

**Pre Cast:**

### NO ADDITIONAL EXTERIOR PRE CAST

3-10-05

_____          _____
Approved                                           Date

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001785

## MEMO

| | |
|---|---|
| TO | James Walter<br>Fax Number 561-994-5613 |
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along the bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room columns" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Stacey.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC:     Rebecca Quezada   Fax Number 561-477-7113

KROSEN - 001786

## MEMO

| | |
|---|---|
| TO | James Walter<br>Fax Number ███████ |
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along the bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room columns" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Stacey.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC:    Rebecca Quezada  Fax Number ███████

KROSEN - 001787

P. 1

* * * Communication Result Report ( Mar.11. 2005 2:05PM ) * * *

FAX HEADER: NASD

Date/Time: Mar.11. 2005 1:48PM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6938 Memory TX | 4777113 | P. 5 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

---

**MEMO**

| | |
|---|---|
| TO | James Walter |
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along this bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room columns" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Stacey.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC:   Rebecca Quesada  Fax Number ████████

KROSEN - 001788

P. 1

```
* * * Communication Result Report ( Mar.11. 2005  2:05PM ) * * *
                                        FAX HEADER: NASD
```

Date/Time: Mar.11. 2005  1:48PM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 6940 Memory TX | 4777113 | P. 5 | OK | |

```
--------------------------------------------------------------------------------
Reason for error
     E.1) Hang up or line fail              E.2) Busy
     E.3) No answer                         E.4) No facsimile connection
```

MEMO

| | |
|---|---|
| TO | James Walter |
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along the bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room column" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Stacey.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC:  Rebecca Quezada  Fax Number [REDACTED]

KROSEN - 001789

P. 1

\* \* \* Communication Result Report ( Mar.11. 2005  2:10PM ) \* \* \*

FAX HEADER: NASD

Date/Time: Mar.11. 2005  1:48PM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 6934 Memory TX | 9945613 | P. 5 | OK | |

Reason for error
E.1) Hang up or line fail            E.2) Busy
E.3) No answer                       E.4) No facsimile connection

---

MEMO

| TO | James Walter |
|----|--------------|
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along the bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room columns" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Stacey.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC:   Rebecca Quezada  Fax No.

KROSEN - 001790

P. 1

```
* * * Communication Result Report ( Mar. 11. 2005  2:11PM ) * * *

                                              FAX HEADER: NASD

Date/Time: Mar. 11. 2005  1:48PM

                                                                    Page
 File Mode        Destination                Pg(s)    Result       Not Sent
 ---------------------------------------------------------------------------
 6936 Memory TX   9945613                     P. 5    OK
```

```
Reason for error
  E.1) Hang up or line fail              E.2) Busy
  E.3) No answer                         E.4) No facsimile connection
```

MEMO

| | |
|---|---|
| TO | James Walter ▬▬▬▬▬ |
| FROM | Kevin D. Rosen, Esq. |
| SUBJECT | The Oaks, Pod G-1, Lot 30 - Rosen |
| DATE | March 11, 2005 |

Dear Jim:

Thank you for calling me this morning to discuss the work orders and thereafter faxing another set of work orders.

As to the staircase, we discussed the language that I added to the work order regarding curvature of the railings, including the second floor, and railings along the bridge in lieu of the low wall. You confirmed to me that these features are included in the staircase work order. Thank you for your cooperation in that regard.

As to the corrected "in wall pest control system", "add gas line for future barbeque" and "upgrade dining room columns" work orders, I have signed and attached them to this fax.

Thank you for the "add angled archway" work order. I have signed and attached it as well. I appreciate your thoughts on a decorative topping for the archway. I will discuss this further with Shanny.

Finally, per your request, I will send you checks for full payment of all signed work orders.

Attachments

CC: Rebecca Quesada  Fax Number: ▬▬▬▬▬

KROSEN - 001791

2005/03/11 11:30:11  Albanese-Popkin 5619945613          Page:1/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
  ROSEN, KEVIN & STACEY

Work Order #3
  Date: 3/9/2005
  Job: G001-030  POD G-1, L030  ROSEN

Description:  Add in wall Pest Control

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
    Add in wall Pest Control System

| | | | |
|---|---|---|---|
| 1 | Add in wall Pest Control | Add in wall Pest Control | 776.00 |
| 2 | 15% Discount | 15% Discount per Agreement | -116.70 |
| | | TOTAL: | $659.30 |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 3/11/5          _____  3-1-05
ALBANESE-POPKIN THE OAKS       Date          ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 001792

2005/03/11 11:30:11  Albanese-Popkin 5619945613                      Page:2/4

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #4
Date: 3/9/2005
Job: G001-030  POD G-1, L030  ROSEN

Description:  Gas Line for Future Barbecue

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

    Add Gas Line for Future Barbecue.

| | | | |
|---|---|---|---:|
| 1 | Gas Line for Future Barbecue | Gas Line for Future Barbecue | 650.00 |
| 2 | 15% Discount | 15% Discount per Agreement | -97.50 |

                                                   TOTAL:  $552.50

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  3/11/5          _____  3-11-05
ALBANESE-POPKIN THE OAKS        Date          ROSEN, KEVIN & STACEY          Date

                                                Page 1 of 1

KROSEN - 001793

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #5
Date: 3/9/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:**  Upgrade Dining Room Columns

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade Dining Room Columns from Wood to Cast Stone Columns with Corithian Capitols

| 1 | Upgrade Dining Room Columns | Upgrade Dining Room Columns | 1,897.00 |
| 2 | Credit Wood Columns | Credit for Wood Columns | -1,440.00 |
| 3 | 15% Discount | 15% Discount per Agreement | -68.55 |
| | | **TOTAL:** | **$388.45** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____        3/11/05                    _____        3-11-05
ALBANESE-POPKIN THE OAKS        Date              ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 001794

2005/03/11 11:30:11 Albanese-Popkin 5619945613                    Page:4/4

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #10
Date: 3/11/2005
Job: G001-030  POD G-1, L030  ROSEN

Description:   Add Angeled Archway in Liv. Rm

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Add Angeled Archway in Living Room in Drywall and Metal Framing with Plywood Sub Top for Plant Shelf. Top
Arch to be at 11'-4" and Springline of Arch at 9'-0". Top of Plant Shelf to be at 13'-0".

| | | | |
|---|---|---|---|
| 1 | Add Angeled Archway in Liv. Rm | Add Angeled Archway in Liv. Rm | 687.00 |
| 2 | 15% Discount | 15% Discount per Agreement | -103.05 |
| | | TOTAL: | $583.95 |

☑  SCHEDULE IMPACT 2 days

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____    3/11/5          _____    3-1-05
ALBANESE-POPKIN THE OAKS      Date            ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 001795

Mar.10. 2005 8:58AM NASD   Albanese-Popkin 5619945613        No.6827 P. 3/12

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
  ROSEN, KEVIN & STACEY
  5███████████
  B███████████

Work Order #2
Date: 3/9/2005
Job: G001-030 POD G-1, L030 ROSEN

Description:   Upgrade Staircase

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Staircase from Closed Stringer Carpeted Tread to an Open Stringer with Stained Wood (Mahogany or
Walnut) Treads and Painted Stringer and Risers.
Upgrade Railing to include a Full Railing System at 2nd floor balcony with Stained Wood Railing and Newel Posts
to match Treads and Standard Rod Iron Balasters. Includes Balcony Railing in lieu of Low Wall at Loft *and Bridge.*
*Railing to be curved and without straight angles.*

| 1 Upgrade Staircase | Upgrade Staircase | 19,283.00 |
|---|---|---|
| | TOTAL: | $19,283.00 |

*[handwritten signatures and notes]*

APPROVED

☑  SCHEDULE IMPACT 2 Weeks

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____    3/9/5         _____    3-10-05
ALBANESE-POPKIN THE OAKS      Date          ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 001796

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax    (561) 994-5613


THE OAKS
at Boca Raton

### Lot # 30 G1 Rosen Residence
### Upgrade Options List
#### Monte Verde

| OPTION # | DESCRIPTION | PRICE |
|---|---|---|
| 1). | Flooring (See Attached List) | (see attached) |
| | **Kitchen** | |
| 2). | Install Under Cabinet Lights with Valence @ Kitchen | $ 1,120.00 |
| 3). | Cabinet Embellishment Upgrade(*Allowance*) | *$ 3,500.00* |
| 4). | BullNose Counter Top (standard) Upgrade to OGEE | $ 1,330.00 |
| | **Master Bath** | |
| 5). | Install DurRock In Master Bathroom Shower | $ 260.00 |
| 6). | Steam Unit | $ 4,925.00 |
| 7). | Step Up add Two Columns / Arch Above Tub | $ 2,520.00 |
| 8). | Provide In Wall Pest Control | $ 776.00 |
| 9). | **Crown Molding (Entire First Floor)** | |
| | Maser Suite | $ 1,170.00 |
| | Master Vestibule | $ 570.00 |
| | Master Bath | $ 1,155.00 |
| | Foyer | $ 885.00 |
| | Bedroom #6 | $ 825.00 |
| | #6 Vestibule | $ 525.00 |
| | Bath #6 | $ 435.00 |
| | Powder Room | $ 450.00 |
| | Living Room | $ 1,320.00 |
| | Kitchen | $ 795.00 |
| | Family Room | $ 960.00 |
| | Breakfast | $ 495.00 |
| | Cabana | $ 525.00 |
| | Utility | $ 435.00 |
| | **Living Room** | |
| 10). | Decorative Firplace Wall (*Allowance*) | *$ 7,500.00* |
| 11). | Provide Interior Wet Bar - (Excludes Refrigerator) Cabinetry, Granite Top with 4" Granite Splashes and 110V Outlet and Bar Sink with Faucet | $ 6,580.00 |
| 12). | Provide Rough-in Only (Water Supply, Drain, Electrical) for Wet Bar | $ 850.00 |
| 13). | Upgrade at Library from Carpet to 3 1/4" Oak Flooring @ $17 Per SqFt | $ 3,281.00 |
| | **Pool** | |

** All Prices Contained Herin Are Subject To Change Without Notice.

1 of 1

KROSEN - 001797

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone  (561) 994-1375
Fax     (561) 994-5613



### Lot # 30 G1 Rosen Residence
### Upgrade Options List
Monte Verde

| OPTION # | DESCRIPTION | PRICE |
|---|---|---|
| 14). | Add Spa 12" Raised, 6' x 6' as Part of Pool with four (4) Jets, 3. One (1) – 100 Watt Light and Waterline Tile, including 400,000 BTU Gas Heater and 1 ½ HP Pump | $  12,750.00 |
| 15). | Add Raised Beam Wall with Water Feature - 12' x 3' Wall with Five (5) Water "Spitters" (No Planters) | $   6,440.00 |
| 16). | Outdoor Shower | $   1,025.00 |
| 17). | Gas Line BBQ | $     650.00 |
| 18). | Additional 650 sqft rear Paver (*Allowance*) | $   3,000.00 |
| 19). | Speaker Package (Per Pair) | $     710.00 |
| 20). | Added Landscape *Allowance* | *$     4,000.00* |
| 21). | BBQ - Standard | $   6,780.00 |
|  | Includes DCS 30" Gas BBQ, Stainless Steel Access Door, 6 to 8 Linier Feet of Concrete Cabinet / Counter Top with Tumbled Marble Counter Top and 4" Backsplash |  |
| 22). | BBQ - Center With Refrigerator | $   8,950.00 |
| 23). | Summer Kitchen BBQ with Sink & Refrigerator | $ 11,750.00 |
| 24). | Upgrade to Impact Glass | $  34,600.00 |
|  | *Stone Columns/ With Corinthean & Arches* |  |
| 25). | Dinng Room add 2 | $   1,897.00 |
| 26). | Family Room add 2 | $   1,897.00 |
| 27). | Patio add 3 Columns | $   3,900.00 |
| 28). | Front (4 long / 4 short) | $   1,000.00 |
|  | *Spiral Columns* |  |
| 29). | Dinng Room add 2 | $   2,496.00 |
| 30). | Family Room add 2 | $   2,495.00 |
| 31). | Patio add 3 Columns | $   4,100.00 |
| 32). | *Arches Interior (Trim)* |  |
|  | **Family room** |  |
|  |     6" Trim Surround | $   1,080.00 |
|  |     4" Trim Surround | $     837.00 |

** All Prices Contained Herin Are Subject To Change Without Notice.                                    2 of 2

KROSEN - 001798

## Albanese-Popkin The Oaks Development Group, LP



1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

**Lot # 30 G1 Rosen Residence**
**Upgrade Options List**
Monte Verde

| OPTION # | DESCRIPTION | | PRICE |
|---|---|---|---|
| | **Dinning Room** | | |
| | 6" Trim Surround | $ | 1,280.00 |
| | 4" Trim Surround | $ | 992.00 |
| | **Vestibule / Den/ Bedroom #6 Entrance** | | |
| | 6" Trim Surround | $ | 960.00 |
| | 4" Trim Surround | $ | 744.00 |
| | **Master Suite Entrance**  *Arch into Master* | | |
| | 6" Trim Surround | $ | 1,040.00 |
| | 4" Trim Surround | $ | 806.00 |
| 33). | **Paint** | | |
| | Color Change (5 Rooms) | $ | 1,600.00 |
| | Garage Door Faux Finish | $ | 2,500.00 |
| 34). | Circle Driveway Add Approximately 174 Sqft. | $ | 696.00 |
| 35). | ***Cabinets Upgrade*** | | |
| | Secondary Baths (Only) Guest Bath, 3rd, 4th, & 5th Bathroom Cabinets | | |
| | level 5 | $ | 472.00 |
| | level 6 | $ | 710.40 |
| | level 7 | $ | 904.00 |
| | level 8 | $ | 1,001.60 |
| | level 9 | $ | 1,118.40 |
| | level 10 | $ | 1,174.40 |
| 36). | Kitchen Cabinets Upgrade to level 10 | $ | 10,376.00 |
| 37). | Kitchen 72" Harth at Cooktop Including upper and lower sections bumped out (Level 10) | $ | 7,560.00 |
| | 48" Harth (Level 10) | $ | 5,986.00 |
| 38). | Finished Back to Knee wall including End panel and Furniture Base(Level 10) | $ | 1,260.00 |
| 39). | Applied Molding at Knee Wall | $ | 420.00 |
| 40). | Habber Sham Island - Per Selection. | $ | 3,870.00 |
| 41). | Granite Style Edge (Demi Dupont) | $ | 2,030.00 |
| 42). | Standard Carpeting Credit ($17 psy) or 159.78 sy | $ | (2,716.26) |
| 43). | Fantasy Green Marble in Kitchen Countertop  *Is this including Island* | $ | 2,950.00 |
| 44). | Franke Sink Single Basin In Kitchen | $ | 410.00 |

** All Prices Contained Herin Are Subject To Change Without Notice.

3 of 3

KROSEN - 001799

Rosen Residence
Lot #30-G1
Monte Verde

## Flooring Upgrade Options
### Base is 18"x18" Saternia Straight

| | | | Upgrade Price |
|---|---|---|---|
| **Marble** | | | |
| **24"x24" DV Chizzeled (Straight)** | | | |
| Foyer | 98 | $ | 1,126.41 |
| Dining Room | 202 | $ | 2,321.79 |
| Living Room | 480 | $ | 5,517.12 |
| Breakfast | 60 | $ | 689.64 |
| Family Room | 286 | $ | 3,287.28 |
| Kitchen | 252 | $ | 2,896.49 |
| Guest / Den | 193 | $ | 3,634.19 |
| Guest Closet | 16 | $ | 301.28 |
| Master Vest | 56 | $ | 1,054.48 |
| Master Bedroom | 317 | $ | 5,969.11 |
| Loft, Hall & Bridge | 488 | $ | 9,189.04 |
| Cabanna | 63 | $ | 724.12 |
| Utility | 108 | $ | 1,241.35 |
| Powder Room | 40 | $ | 610.96 |
| Total | | $ | **38,563.27** |
| **24"x24" DV Chizzeled (Diagonal)** | | | |
| Foyer | 98 | $ | 1,233.43 |
| Dining Room | 202 | $ | 2,542.37 |
| Living Room | 480 | $ | 6,041.28 |
| Breakfast | 60 | $ | 755.16 |
| Family Room | 286 | $ | 3,599.60 |
| Kitchen | 252 | $ | 3,171.67 |
| Guest / Den | 193 | $ | 3,844.95 |
| Guest Closet | 16 | $ | 318.75 |
| Master Vest | 56 | $ | 1,115.63 |
| Master Bedroom | 317 | $ | 6,315.27 |
| Loft, Hall & Bridge | 488 | $ | 9,721.94 |
| Cabanna | 63 | $ | 792.92 |
| Utility | 108 | $ | 1,359.29 |
| Powder Room | 40 | $ | 654.64 |
| Total | | $ | **41,466.89** |

*** All Prices Contained Herin are Subject to Change Without Notice*

KROSEN - 001800

### 24"x24" Brushed Palltium Cream (Straight)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,081.14 |
| Dining Room | 202 | $ | 2,228.46 |
| Living Room | 480 | $ | 5,295.36 |
| Breakfast | 60 | $ | 661.92 |
| Family Room | 286 | $ | 3,155.15 |
| Kitchen | 252 | $ | 2,780.06 |
| Guest / Den | 193 | $ | 3,545.02 |
| Guest Closet | 16 | $ | 293.89 |
| Master Vest | 56 | $ | 1,028.61 |
| Master Bedroom | 317 | $ | 5,822.66 |
| Loft, Hall & Bridge | 488 | $ | 8,963.58 |
| Cabanna | 63 | $ | 695.02 |
| Utility | 108 | $ | 1,191.46 |
| Powder Room | 40 | $ | 592.48 |
| Total | | $ | 37,334.81 |

### 24"x24" Brushed Palltium Cream (Diagonal)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,186.78 |
| Dining Room | 202 | $ | 2,446.22 |
| Living Room | 480 | $ | 5,812.80 |
| Breakfast | 60 | $ | 726.60 |
| Family Room | 286 | $ | 3,463.46 |
| Kitchen | 252 | $ | 3,051.72 |
| Guest / Den | 193 | $ | 3,753.08 |
| Guest Closet | 16 | $ | 311.14 |
| Master Vest | 56 | $ | 1,088.98 |
| Master Bedroom | 317 | $ | 6,164.38 |
| Loft, Hall & Bridge | 488 | $ | 9,489.65 |
| Cabanna | 63 | $ | 762.93 |
| Utility | 108 | $ | 1,307.88 |
| Powder Room | 40 | $ | 635.60 |
| Total | | $ | 40,201.21 |

### 24"x36" Brushed Palltium Cream (Staggered)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,186.78 |
| Dining Room | 202 | $ | 2,446.22 |
| Living Room | 480 | $ | 5,812.80 |
| Breakfast | 60 | $ | 726.60 |
| Family Room | 286 | $ | 3,463.46 |
| Kitchen | 252 | $ | 3,051.72 |
| Guest / Den | 193 | $ | 3,753.08 |
| Guest Closet | 16 | $ | 311.14 |
| Master Vest | 56 | $ | 1,088.98 |
| Master Bedroom | 317 | $ | 6,164.38 |
| Loft, Hall & Bridge | 488 | $ | 9,489.65 |
| Cabanna | 63 | $ | 762.93 |
| Utility | 108 | $ | 1,307.88 |
| Powder Room | 40 | $ | 635.60 |
| Total | | $ | 40,201.21 |

*\*\* All Prices Contained Herin are Subject to Change Without Notice*

KROSEN - 001801

## 24"x24" H/F Nuvolato (Straight)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 801.25 |
| Dining Room | 202 | $ | 1,651.55 |
| Living Room | 480 | $ | 3,924.48 |
| Breakfast | 60 | $ | 490.56 |
| Family Room | 286 | $ | 2,338.34 |
| Kitchen | 252 | $ | 2,060.35 |
| Guest / Den | 193 | $ | 2,993.82 |
| Guest Closet | 16 | $ | 248.19 |
| Master Vest | 56 | $ | 868.67 |
| Master Bedroom | 317 | $ | 4,917.30 |
| Loft, Hall & Bridge | 488 | $ | 7,569.86 |
| Cabanna | 63 | $ | 515.09 |
| Utility | 108 | $ | 883.01 |
| Powder Room | 40 | $ | 478.24 |
| Total | | $ | **29,740.70** |

## 24"x24 H/F Nuvolato (Diagonal)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 897.29 |
| Dining Room | 202 | $ | 1,849.51 |
| Living Room | 480 | $ | 4,394.88 |
| Breakfast | 60 | $ | 549.36 |
| Family Room | 286 | $ | 2,618.62 |
| Kitchen | 252 | $ | 2,307.31 |
| Guest / Den | 193 | $ | 3,182.96 |
| Guest Closet | 16 | $ | 263.87 |
| Master Vest | 56 | $ | 923.55 |
| Master Bedroom | 317 | $ | 5,227.96 |
| Loft, Hall & Bridge | 488 | $ | 8,048.10 |
| Cabanna | 63 | $ | 576.83 |
| Utility | 108 | $ | 988.85 |
| Powder Room | 40 | $ | 517.44 |
| Total | | $ | **32,346.52** |

## Slate

### Slate 16x16 Kasmire (Straight)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 210.50 |
| Powder | 40 | $ | 85.92 |
| Utility | 108 | $ | 231.98 |
| Dining Room | 202 | $ | 433.90 |
| Living Room | 480 | $ | 1,031.04 |
| Breakfast | 60 | $ | 128.88 |
| Family Room | 286 | $ | 614.33 |
| Cabana | 63 | $ | 135.32 |
| Kitchen | 252 | $ | 541.30 |
| Total | | $ | **3,413.17** |

### Slate 16x16 Kasmire (Diagonal)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 239.90 |
| Powder | 40 | $ | 97.92 |
| Utility | 108 | $ | 264.38 |
| Dining Room | 202 | $ | 494.50 |

*\*\* All Prices Contained Herin are Subject to Change Without Notice*

KROSEN - 001802

| | | | |
|---|---|---|---|
| Living Room | 480 | $ | 1,175.04 |
| Breakfast | 60 | $ | 146.88 |
| Family Room | 286 | $ | 700.13 |
| Cabana | 63 | $ | 154.22 |
| Kitchen | 252 | $ | 616.90 |
| Total | | $ | **3,889.87** |

## Wood

### Brazillian Cherry or Brazillian Walnut (IPE)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 897.29 |
| Dining Room | 202 | $ | 1,849.51 |
| Living Room | 480 | $ | 4,394.88 |
| Breakfast | 60 | $ | 549.36 |
| Family Room | 286 | $ | 2,618.62 |
| Kitchen | 252 | $ | 2,307.31 |
| Guest / Den | 193 | $ | 3,182.96 |
| Guest Closet | 16 | $ | 263.87 |
| Master Vest | 56 | $ | 923.55 |
| Master Bedroom | 317 | $ | 5,227.96 |
| Loft, Hall & Bridge | 488 | $ | 8,048.10 |
| Total | | $ | **30,263.41** |

### Oak Plank

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,189.52 |
| Dining Room | 202 | $ | 2,451.88 |
| Living Room | 480 | $ | 5,826.24 |
| Breakfast | 60 | $ | 728.28 |
| Family Room | 286 | $ | 3,471.47 |
| Kitchen | 252 | $ | 3,058.78 |
| Guest / Den | 193 | $ | 3,758.48 |
| Guest Closet | 16 | $ | 311.58 |
| Master Vest | 56 | $ | 1,090.54 |
| Master Bedroom | 317 | $ | 6,173.26 |
| Loft, Hall & Bridge | 488 | $ | 9,503.31 |
| Total | | $ | **37,563.34** |

### Ash (Plank)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,377.49 |
| Dining Room | 202 | $ | 2,839.31 |
| Living Room | 480 | $ | 6,746.88 |
| Breakfast | 60 | $ | 843.36 |
| Family Room | 286 | $ | 4,020.02 |
| Kitchen | 252 | $ | 3,542.11 |
| Guest / Den | 193 | $ | 4,128.66 |
| Guest Closet | 16 | $ | 342.27 |
| Master Vest | 56 | $ | 1,197.95 |
| Master Bedroom | 317 | $ | 6,781.26 |
| Loft, Hall & Bridge | 488 | $ | 10,439.30 |
| Total | | $ | **42,258.61** |

| | | |
|---|---|---|
| Aster Installation (On all flooring Except Wood and Chizzled Products) per sqft | $ | 6.30 |
| Pebble Stone Installation (per Sqft.) | $ | 28.00 |

*\*\* All Prices Contained Herin are Subject to Change Without Notice*

KROSEN - 001803

Rosen Residence
Lot #30-G1
Monte Verde

## Flooring Upgrade Options
### Base is 18"x18" Saternia Straight

| | | Upgrade Price |
|---|---|---|
| **Marble** | | |
| **24"x24" DV Chizzeled (Straight)** | | |
| Foyer | 98 | $ 1,126.41 |
| Dining Room | 202 | $ 2,321.79 |
| Living Room | 480 | $ 5,517.12 |
| Breakfast | 60 | $ 689.64 |
| Family Room | 286 | $ 3,287.28 |
| Kitchen | 252 | $ 2,896.49 |
| Guest / Den | 193 | $ 3,634.19 |
| Guest Closet | 16 | $ 301.28 |
| Master Vest | 56 | $ 1,054.48 |
| Master Bedroom | 317 | $ 5,969.11 |
| Loft, Hall & Bridge | 488 | $ 9,189.04 |
| Cabanna | 63 | $ 724.12 |
| Utility | 108 | $ 1,241.35 |
| Powder Room | 40 | $ 610.96 |
| Total | | $ **38,563.27** |
| **24"x24" DV Chizzeled (Diagonal)** | | |
| Foyer | 98 | $ 1,233.43 |
| Dining Room | 202 | $ 2,542.37 |
| Living Room | 480 | $ 6,041.28 |
| Breakfast | 60 | $ 755.16 |
| Family Room | 286 | $ 3,599.60 |
| Kitchen | 252 | $ 3,171.67 |
| Guest / Den | 193 | $ 3,844.95 |
| Guest Closet | 16 | $ 318.75 |
| Master Vest | 56 | $ 1,115.63 |
| Master Bedroom | 317 | $ 6,315.27 |
| Loft, Hall & Bridge | 488 | $ 9,721.94 |
| Cabanna | 63 | $ 792.92 |
| Utility | 108 | $ 1,359.29 |
| Powder Room | 40 | $ 654.64 |
| Total | | $ **41,466.89** |

KROSEN - 001804

**24"x24" Brushed Palltium Cream (Straight)**

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,081.14 |
| Dining Room | 202 | $ | 2,228.46 |
| Living Room | 480 | $ | 5,295.36 |
| Breakfast | 60 | $ | 661.92 |
| Family Room | 286 | $ | 3,155.15 |
| Kitchen | 252 | $ | 2,780.06 |
| Guest / Den | 193 | $ | 3,545.02 |
| Guest Closet | 16 | $ | 293.89 |
| Master Vest | 56 | $ | 1,028.61 |
| Master Bedroom | 317 | $ | 5,822.66 |
| Loft, Hall & Bridge | 488 | $ | 8,963.58 |
| Cabanna | 63 | $ | 695.02 |
| Utility | 108 | $ | 1,191.46 |
| Powder Room | 40 | $ | 592.48 |
| Total | | $ | **37,334.81** |

**24"x24" Brushed Palltium Cream (Diagonal)**

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,186.78 |
| Dining Room | 202 | $ | 2,446.22 |
| Living Room | 480 | $ | 5,812.80 |
| Breakfast | 60 | $ | 726.60 |
| Family Room | 286 | $ | 3,463.46 |
| Kitchen | 252 | $ | 3,051.72 |
| Guest / Den | 193 | $ | 3,753.08 |
| Guest Closet | 16 | $ | 311.14 |
| Master Vest | 56 | $ | 1,088.98 |
| Master Bedroom | 317 | $ | 6,164.38 |
| Loft, Hall & Bridge | 488 | $ | 9,489.65 |
| Cabanna | 63 | $ | 762.93 |
| Utility | 108 | $ | 1,307.88 |
| Powder Room | 40 | $ | 635.60 |
| Total | | $ | **40,201.21** |

**24"x36" Brushed Palltium Cream (Staggered)**

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,186.78 |
| Dining Room | 202 | $ | 2,446.22 |
| Living Room | 480 | $ | 5,812.80 |
| Breakfast | 60 | $ | 726.60 |
| Family Room | 286 | $ | 3,463.46 |
| Kitchen | 252 | $ | 3,051.72 |
| Guest / Den | 193 | $ | 3,753.08 |
| Guest Closet | 16 | $ | 311.14 |
| Master Vest | 56 | $ | 1,088.98 |
| Master Bedroom | 317 | $ | 6,164.38 |
| Loft, Hall & Bridge | 488 | $ | 9,489.65 |
| Cabanna | 63 | $ | 762.93 |
| Utility | 108 | $ | 1,307.88 |
| Powder Room | 40 | $ | 635.60 |
| Total | | $ | **40,201.21** |

KROSEN - 001805

**24"x24" H/F Nuvolato (Straight)**

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 801.25 |
| Dining Room | 202 | $ | 1,651.55 |
| Living Room | 480 | $ | 3,924.48 |
| Breakfast | 60 | $ | 490.56 |
| Family Room | 286 | $ | 2,338.34 |
| Kitchen | 252 | $ | 2,060.35 |
| Guest / Den | 193 | $ | 2,993.82 |
| Guest Closet | 16 | $ | 248.19 |
| Master Vest | 56 | $ | 868.67 |
| Master Bedroom | 317 | $ | 4,917.30 |
| Loft, Hall & Bridge | 488 | $ | 7,569.86 |
| Cabanna | 63 | $ | 515.09 |
| Utility | 108 | $ | 883.01 |
| Powder Room | 40 | $ | 478.24 |
| Total | | $ | **29,740.70** |

**24"x24 H/F Nuvolato (Diagonal)**

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 897.29 |
| Dining Room | 202 | $ | 1,849.51 |
| Living Room | 480 | $ | 4,394.88 |
| Breakfast | 60 | $ | 549.36 |
| Family Room | 286 | $ | 2,618.62 |
| Kitchen | 252 | $ | 2,307.31 |
| Guest / Den | 193 | $ | 3,182.96 |
| Guest Closet | 16 | $ | 263.87 |
| Master Vest | 56 | $ | 923.55 |
| Master Bedroom | 317 | $ | 5,227.96 |
| Loft, Hall & Bridge | 488 | $ | 8,048.10 |
| Cabanna | 63 | $ | 576.83 |
| Utility | 108 | $ | 988.85 |
| Powder Room | 40 | $ | 517.44 |
| Total | | $ | **32,346.52** |

## Slate

### Slate 16x16 Kasmire (Straight)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 210.50 |
| Powder | 40 | $ | 85.92 |
| Utility | 108 | $ | 231.98 |
| Dining Room | 202 | $ | 433.90 |
| Living Room | 480 | $ | 1,031.04 |
| Breakfast | 60 | $ | 128.88 |
| Family Room | 286 | $ | 614.33 |
| Cabana | 63 | $ | 135.32 |
| Kitchen | 252 | $ | 541.30 |
| Total | | $ | **3,413.17** |

### Slate 16x16 Kasmire (Diagonal)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 239.90 |
| Powder | 40 | $ | 97.92 |
| Utility | 108 | $ | 264.38 |
| Dining Room | 202 | $ | 494.50 |

### Slate 16x16 Kasmire (Diagonal)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 239.90 |
| Powder | 40 | $ | 97.92 |
| Utility | 108 | $ | 264.38 |
| Dining Room | 202 | $ | 494.50 |
| Living Room | 480 | $ | 1,175.04 |
| Breakfast | 60 | $ | 146.88 |
| Family Room | 286 | $ | 700.13 |
| Cabana | 63 | $ | 154.22 |
| Kitchen | 252 | $ | 616.90 |
| Total | | $ | **3,889.87** |

## Wood

### Brazillian Cherry or Brazillian Walnut (IPE)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 897.29 |
| Dining Room | 202 | $ | 1,849.51 |
| Living Room | 480 | $ | 4,394.88 |
| Breakfast | 60 | $ | 549.36 |
| Family Room | 286 | $ | 2,618.62 |
| Kitchen | 252 | $ | 2,307.31 |
| Guest / Den | 193 | $ | 3,182.96 |
| Guest Closet | 16 | $ | 263.87 |
| Master Vest | 56 | $ | 923.55 |
| Master Bedroom | 317 | $ | 5,227.96 |
| Loft, Hall & Bridge | 488 | $ | 8,048.10 |
| Total | | $ | **30,263.41** |

### Oak Plank

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,189.52 |
| Dining Room | 202 | $ | 2,451.88 |
| Living Room | 480 | $ | 5,826.24 |
| Breakfast | 60 | $ | 728.28 |
| Family Room | 286 | $ | 3,471.47 |
| Kitchen | 252 | $ | 3,058.78 |
| Guest / Den | 193 | $ | 3,758.48 |
| Guest Closet | 16 | $ | 311.58 |
| Master Vest | 56 | $ | 1,090.54 |
| Master Bedroom | 317 | $ | 6,173.26 |
| Loft, Hall & Bridge | 488 | $ | 9,503.31 |
| Total | | $ | **37,563.34** |

### Ash (Plank)

| | | | |
|---|---|---|---|
| Foyer | 98 | $ | 1,377.49 |
| Dining Room | 202 | $ | 2,839.31 |
| Living Room | 480 | $ | 6,746.88 |
| Breakfast | 60 | $ | 843.36 |
| Family Room | 286 | $ | 4,020.02 |
| Kitchen | 252 | $ | 3,542.11 |
| Guest / Den | 193 | $ | 4,128.66 |
| Guest Closet | 16 | $ | 342.27 |
| Master Vest | 56 | $ | 1,197.95 |
| Master Bedroom | 317 | $ | 6,781.26 |
| Loft, Hall & Bridge | 488 | $ | 10,439.30 |
| Total | | $ | **42,258.61** |

KROSEN - 001807

**24"x24 H/F Nuvolato (Diagonal)**

| | | | | |
|---|---|---|---|---|
| Foyer | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 897.29 |
| Dining Room | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 1,849.51 |
| Living Room | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 4,394.88 |
| Breakfast | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 549.36 |
| Family Room | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 2,618.62 |
| Kitchen | 18"x 18: Saturnia Straight | 24"x24" H/F Nuvolato (Diagonal) | $ | 2,307.31 |
| Guest / Den | Carpet | 24"x24" H/F Nuvolato (Diagonal) | $ | 3,182.96 |
| Guest Closet | Carpet | 24"x24" H/F Nuvolato (Diagonal) | $ | 263.87 |
| Master Vest | Carpet | 24"x24" H/F Nuvolato (Diagonal) | $ | 923.55 |
| Master Bedroom | Carpet | 24"x24" H/F Nuvolato (Diagonal) | $ | 5,227.96 |
| Loft, Hall & Bridge | Carpet | 24"x24" H/F Nuvolato (Diagonal) | $ | 8,048.10 |
| Cabanna | | 24"x24" H/F Nuvolato (Diagonal) | $ | 576.83 |
| Utility | | 24"x24" H/F Nuvolato (Diagonal) | $ | 988.85 |
| Powder Room | | 24"x24" H/F Nuvolato (Diagonal) | $ | 517.44 |
| | Total | | **$** | **32,346.52** |

14,690

KROSEN - 001808



Albanese-Popkin The Oaks Development Group LP
1200 South Rogers Circle Unit #11
Boca Raton, Florida 33487
Phone: (561) 994-1375
Fax: (561) 994-5613



| To: | Kevin Rosen | From: | Jim Walter |
|---|---|---|---|
| Fax: | ███████ | Pages: | 2 including cover |
| Phone: | | Date: | 12/16/2004 |
| Re: | Flooring Options | CC: | |

☐ **Urgent**  ☐ **For Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**

KROSEN - 001809

**Albanese-Popkin The Oaks Development**
1200 South Rogers Circle, Unit #11
Boca Raton, Florida 33487
Phone:    (561) 994-1375
Fax:       (561) 997-2626



## Upgrade Options
Monte Verde
Rosen Residence lot 30 G1

12/15/2004

1 ).    Upgrade from 18"x18" Saturnia (Straight) to 24"x24" (Diagonal)

| | | | |
|---|---|---|---:|
| a. | Foyer | $ | 225 |
| b. | Powder | $ | 95 |
| c. | Utility | $ | 245 |
| d. | Dining Room | $ | 457 |
| e. | Living Room | $ | 1,086 |
| f. | Breakfast | $ | 138 |
| g. | Family Room | $ | 648 |
| h. | Cabana | $ | 145 |
| i. | Kitchen | $ | 569 |
| | | Total    $ | 3,608 |

2 ).    Upgrade from Carpet to "Bamboo Stye" Wood Flooring

| | | | |
|---|---|---|---:|
| a. | Master Suite | $ | 4,689 |
| b. | Master Suite Hall | $ | 829 |
| c. | HER WIC | $ | 1,465 |
| d. | HIS WIC | $ | 668 |
| | | Total    $ | 7,651 |

KROSEN - 001810

JUL-27-2005 WED 04:28 PM albanese      FAX NO.      P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 7/27/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the work order for your electrical and the additional fence. Please review and sign the electrical work order. As soon as Annie gives me status on the itsman, I will let you know.,

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001811

JUL-27-2005 WED 04:28 PM albanese          FAX NO.                    P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

**Work Order #13**
**Date:** 7/5/2005
**Job:** G001-030  POD G-1, L030 ROSEN

**Description:** Fence

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:

Additional Fence

| | | |
|---|---|---|
| 1  Additional Fence | 90 lf additional Bronze Aluminum Fence, including one (1) addtional gate. | 2,166.00 |
| 2  Discount Per Contract | 15% Discount per Contract specifications. | -324.90 |
| | **TOTAL:** | **$1,841.10** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   1·5·05
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 001812

JUL-27-2005 WED 04:29 PM albanese      FAX NO.      P. 03

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
    ROSEN, KEVIN & STACEY

**Work Order #15**
**Date:** 7/25/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Electrical Revisions

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Electrical Revisions per Red Line Drawings

| | | | |
|---|---|---|---|
| 1 | Electrical Revisions | Electrical Revisions per Red Line Drawings | 1,275.00 |
| 2 | Discount per Contract | 15% Discount per Contract Specifications | -191.25 |
| | | **TOTAL:** | **$1,083.75** |

☐ SCHEDULE IMPACT:

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 7-25-05
ALBANESE-POPKIN THE OAKS    Date

_____ _____
ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 001813



THE OAKS
*at Boca Raton*

Fax: (561) 477-7113
WORK ORDER #15

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

**March 16, 2005**
**Revised July 5, 2005**
**Revised July 25, 2005**

**Electrical Changes:**

Electrical changes as per Red Line Drawing:

| | |
|---|---|
| -One (1) Outlet in Kitchen for Water Cooler | $    70.00 |
| -One (1) Switch and J-Box for Sconce Light on rear patio from Living Room | Per Code – N/C |
| -Relocate One (1) Outlet for Central Vac | No Charge |
| -One (1) 3-Way Switch for Hi-Hat in Kitchen | $    80.00 |
| -Add (1) 220 GFI Outlet for Spa Hot Tub next to Pool Pump | $  750.00 |
| -Add (5) Dimmer Switches: Dining Room, Living Room, Master Bedroom, Master Bath and Family Room | $  375.00 |

**TOTAL:**                          **$ 1,275.00**

Approved: _____     Date: _____

KROSEN - 001814

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 17, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ☒ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  2

**Comments:**

Dear Dianne and Jim:

Dianne, per your fax of July 14, 2005, I have signed and attached Memo #19 - Entry Doors. You confirmed by phone call on July 14, 2005 that you in fact had the signed Memo #23 - Exterior Door Hardware.

On another note, on May 22, 2005, I mailed the following checks to Jim which have not cleared my bank:

| 1. | Check #2409 | $ 72.25 | Work Order #9 - TV Outlet |
| 2. | Check #2410 | $2,975.00 | Work Order #6 - Speaker System |
| 3. | Check #2411 | $3,793.55 | Work Order #14 - Upgrade Granite |

Jim, please confirm that you received the checks.

Thank you for your assistance.

Kevin

KROSEN - 001815

JUL-15-2005 FRI 12:09 PM albanese          FAX NO.                    P. 02

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 28, 2005
Pages:  1
Memo # 19
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**                    **Subject:  Entry Doors**

Hi Kevin,

Per today's conversation, 6/28/05, you have confirmed you do not want to upgrade your entry door.
Therefore, as per my meeting with Stacey on 5/16/05, she selected standard entry door with applied
molding # WM390, in a 2 panel design for your home at The Oaks. If you agree with this selection, please
sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Entry Doors:**

          **Style: 2 Panel Design**
          **Molding: Standard # WM390**

7-17-05

------------------------                              ------------------------
Approved                                              Date

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001816

TRANSMISSION VERIFICATION REPORT

```
TIME  : 07/17/2005 10:49
NAME  : ROYAL PALM PLACE
FAX   : 15613628265
TEL   : 15613628265
SER.# : BROK1J739433
```

| | |
|---|---|
| DATE,TIME | 07/17  10:48 |
| FAX NO./NAME | |
| DURATION | 00:00:41 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: July 17, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☒ Reply ASAP
☐ Please comment
☐ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  2

**Comments:**

Dear Dianne and Jim:

Dianne, per your fax of July 14, 2005, I have signed and attached Memo #19 - Entry Doors. You confirmed by phone call on July 14, 2005 that you in fact had the signed Memo #23 - Exterior Door Hardware.

On another note, on May 22, 2005, I mailed the following checks to Jim which have not cleared my bank:

1.  Check #2409  $  72.25    Work Order #9 - TV Outlet

KROSEN - 001817

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/17/2005 10:48
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME        07/17  10:47
FAX NO./NAME      ████████
DURATION          00:00:56
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 17, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ████████ |

☐ Urgent
☒ Reply ASAP
☐ Please comment
☐ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Dianne and Jim:

Dianne, per your fax of July 14, 2005, I have signed and attached Memo #19 - Entry Doors. You confirmed by phone call on July 14, 2005 that you in fact had the signed Memo #23 - Exterior Door Hardware.

On another note, on May 22, 2005, I mailed the following checks to Jim which have not cleared my bank:

1    Check #2409  $   72.25    Work Order #9 - TV Outlet

KROSEN - 001818

| TRANSMISSION VERIFICATION REPORT |
|---|

```
                                    TIME  : 07/17/2005 10:45
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 15613628265
                                    TEL   : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME           07/17  10:45
FAX NO./NAME        ███████
DURATION            00:00:30
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: | From: Kevin D. Rosen, Esq. |
|---|---|
| Albanese-Popkin Development Group | |
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: July 17, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number ████████ |

☐ Urgent
☒ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover: 2

**Comments:**

Dear Dianne and Jim:

Dianne, per your fax of July 14, 2005, I have signed and attached Memo #19 - Entry Doors. You confirmed by phone call on July 14, 2005 that you in fact had the signed Memo #23 - Exterior Door Hardware.

On another note, on May 22, 2005, I mailed the following checks to Jim which have not cleared my bank:

1    Check #2409 $ 72.25    Work Order #9 - TV Outlet

KROSEN - 001819

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
```

```
                                    TIME   : 07/17/2005 10:47
                                    NAME   : ROYAL PALM PLACE
                                    FAX    : 15613628265
                                    TEL    : 15613628265
                                    SER.#  : BROK1J739433
```

```
DATE,TIME          07/17  10:46
FAX NO./NAME       9945613
DURATION           00:00:41
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:                                          | From:                          |
| Albanese-Popkin Development Group                 | Kevin D. Rosen, Esq.           |
| Dianne Chamberlin<br>Fax Number: 561-477-7113     | Date: July 17, 2005            |
| James Watler<br>Fax Number: 561-994-5613          | Phone Number: 9▓▓▓▓▓           |

☐ Urgent
☒ Reply ASAP
☐ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover:  2

**Comments:**

Dear Dianne and Jim:

Dianne, per your fax of July 14, 2005, I have signed and attached Memo #19 - Entry Doors. You confirmed by phone call on July 14, 2005 that you in fact had the signed Memo #23 - Exterior Door Hardware.

On another note, on May 22, 2005, I mailed the following checks to Jim which have not cleared my bank:

    1.    Check #2409  $  72.25    Work Order #9 - TV Outlet

KROSEN - 001820

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 30, 2005
Pages: 1
Memo # 23
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Exterior Door Hardware**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Schlage Camelot and Accent Lever entry door hardware for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

### EXTERIOR

**Entry Door / Exterior Panel Hardware:**

> **Manufacturer: Schlage**
> **Style: Camelot Accent Lever**
> **Finish: Rubbed Bronze # 613**

**Entry Door / Interior Panel Hardware:**

> **Manufacturer: Schlage**
> **Style: Accent Lever**
> **Finish: Rubbed Bronze # 613**

Approved _____          Date _____

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001821

JUL-15-2005 FRI 12:09 PM albanese     FAX NO.     P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)





| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 3 2 Including Cover Sheet |
| phone | | Date: | 7/14/05 |
| Cc: | | RE: | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

I have been asked to submit your selection on the front door. Since you confirmed you are not upgrading your front door, please sign off on the selection which states the type molding and a two panel design. The color selection is on another memo  Also, please sign off on the entry door hardware.

Jim is on vacation this week. He will be back next week. I will ask him about the dark color you have selected for your garage and front door, and find out if there are additional charges.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001822

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 28, 2005
Pages: 1
Memo # 19
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: Entry Doors

Hi Kevin,

Per today's conversation, 6/28/05, you have confirmed you do not want to upgrade your entry door. Therefore, as per my meeting with Stacey on 5/16/05, she selected standard entry door with applied molding # WM390, in a 2 panel design for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477 7113.

Thank you,

Dianne

**EXTERIOR**

**Entry Doors:**

Style: 2 Panel Design
Molding: Standard # WM390
Finish: Sherwin Williams "Black Bean" # SW6006

_____          _____
Approved                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33 187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001823

JUN-28-2005 TUE 02:04 PM albanese      FAX NO.        P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
*at Boca Raton*



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** | | **Pages:** | 3 Including Cover Sheet |
| **phone** | | **Date:** | 6/28/05 |
| **Cc:** | | **RE:** | |

☐ Urgent   **X for Review**   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Kevin,

Per today's conversation you have confirmed you don't want to upgrade your entry door. Therefore, please find the memo selection on the entry door style and finish, as well as the memo selection for the garage door finish. This is a color Stacey liked when we saw the Sherwin Williams color selection.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001824

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 27, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover:  4

**Comments:**

Dear Dianne:

Thank you for meeting with me on June 24. I have signed and attached the following memoranda:

1.      Revised Memo #11 - Roof Tile dated June 27, 2005.

2.      Revised Memo #21 - Exterior Paint dated June 27, 2005.

Thank you for your assistance.

Kevin

KROSEN - 001825

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### REVISED MEMORANDUM

Date: June 27, 2005
Pages: 1
Memo # 11
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                          **Subject: Roof Tile**

**From: Dianne Chamberlin**

Hi Kevin,

Per our meeting on 6/24/05 regarding your roof tile Peachtree Blend being discontinued, you have re-selected your roof tile to be Riviera Blend for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Roof Tile:**

                         **Profile: Antigua**
                         **Color: Riviera Blend**

_____                          6-27-05
Approved                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001826

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### REVISED MEMORANDUM

Date: June 27, 2005
Pages: 1
Memo # 21
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject: Exterior Paint**
**From: Dianne Chamberlin**

Hi Kevin,

Per our meeting on 6/24/05, you have decided to change the stucco color of your home at The Oaks. Your new stucco color is to match the paint color (gold tone) as shown in the house located at 17776 Villa Club Way. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

"Sample must be approved by client prior to painting the house"

**Exterior Paint:**

Stucco: To match Lot 6, C-3, 17776 Villa Club Way

6-27-05

Approved _____          Date _____

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001827

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 3 Including Cover Sheet |
| phone | | Date: | 6/27/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin and Stacey

Please find copy of the revised memo selections. Please review, sign, and fax them back to my attention.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001828

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME   : 06/27/2005 20:06
                              NAME   : ROYAL PALM PLACE
                              FAX    : 15613628265
                              TEL    : 15613628265
                              SER.#  : BROK1J739433
```

| | |
|---|---|
| DATE,TIME | 06/27  20:05 |
| FAX NO./NAME | 9945613 |
| DURATION | 00:01:10 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 27, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 – Rosen

Total pages, including cover:  4

## Comments:

Dear Dianne:

Thank you for meeting with me on June 24. I have signed and attached the following memoranda:

1.      Revised Memo #11 - Roof Tile dated June 27, 2005.

2.      Revised Memo #21 - Exterior Paint dated June 27, 2005.

Thank you for your assistance.

KROSEN - 001829

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME    : 06/27/2005 20:02
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

| | |
|---|---|
| DATE,TIME | 06/27  20:01 |
| FAX NO./NAME | 9945613 |
| DURATION | 00:01:10 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 27, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  4

**Comments:**

Dear Dianne:

Thank you for meeting with me on June 24. I have signed and attached the following memoranda:

1.   Revised Memo #11 - Roof Tile dated June 27, 2005.

2.   Revised Memo #21 - Exterior Paint dated June 27, 2005.

Thank you for your assistance.

KROSEN - 001830

TRANSMISSION VERIFICATION REPORT

```
                                     TIME   : 06/27/2005 20:04
                                     NAME   : ROYAL PALM PLACE
                                     FAX    : 15613628265
                                     TEL    : 15613628265
                                     SER.#  : BROK1J739433
```

```
DATE,TIME               06/27  20:03
FAX NO./NAME            ▇▇▇▇▇▇
DURATION                00:00:49
PAGE(S)                 04
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 27, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: 9▇▇▇▇▇▇ |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Dianne:

Thank you for meeting with me on June 24. I have signed and attached the following memoranda:

1. Revised Memo #11 - Roof Tile dated June 27, 2005.

2. Revised Memo #21 - Exterior Paint dated June 27, 2005.

Thank you for your assistance.

TRANSMISSION VERIFICATION REPORT

```
TIME  : 06/27/2005 20:00
NAME  : ROYAL PALM PLACE
FAX   : 15613628265
TEL   : 15613628265
SER.# : BROK1J739433
```

```
DATE,TIME        06/27  20:00
FAX NO./NAME     
DURATION         00:00:49
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 27, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  4

**Comments:**

Dear Dianne:

Thank you for meeting with me on June 24. I have signed and attached the following memoranda:

1.    Revised Memo #11 - Roof Tile dated June 27, 2005.

2.    Revised Memo #21 - Exterior Paint dated June 27, 2005.

Thank you for your assistance.

KROSEN - 001832

**Kevin D. Rosen**
Attorney at Law

**VIA FACSIMILE 5      & U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 – Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator
      (via facsimile

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME   : 06/26/2005 13:45
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

| | |
|---|---|
| DATE,TIME | 06/26  13:44 |
| FAX NO./NAME | |
| DURATION | 00:01:11 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD ECM |



*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮ **& U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

Di... Chamberlin, Design Coordinator

KROSEN - 001834

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 06/26/2005 13:47
                              NAME  : ROYAL PALM PLACE
                              FAX   : 15613628265
                              TEL   : 15613628265
                              SER.# : BROK1J739433
```

```
  DATE,TIME           06/26  13:46
  FAX NO./NAME        4777113
  DURATION            00:00:58
  PAGE(S)             04
  RESULT              OK
  MODE                STANDARD
                      ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮▮ **& U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

KROSEN - 001835

**Kevin D. Rosen**
Attorney at Law
101 Plaza Real South, #113
Boca Raton, Florida 33432
(954) 675-8098

**VIA FACSIMILE 561-994-5613 & U.S. MAIL**

June 28, 2005

James Waites
Senior Project Manager
Albanese-Popkin Development Group, Ltd.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

TRANSMISSION VERIFICATION REPORT
TIME : 06/28/2005 15:50
NAME : ROYAL PALM PLACE
FAX : 15613628265
TEL : 15613628265

DATE,TIME 06/28 15:49
FAX NO./NAME 4777113
DURATION 00:00:53
PAGE(S) 01
RESULT OK
MODE STANDARD ECM

06/23/05 11:28 AM Pg 1 of 1

The **Stock Profits** REPORT

- INVESTOR ALERT -
Symbol: DRGO
Company: Dragon Gold Res Inc.
Website: www.dragon-gold.com

***Recent Picks:***
NAUC +450% in three weeks!
ABLE +308% in 2 weeks!
CYDS +1,100% in 2 weeks!
ELU +1,100% in 2 weeks!

**Our Next Pick: DRGO**

**Over a 950% potential return!**
Price Target: $1.60 3mos
Price Target: $8.00 1year
Recent Price: $0.22

## Strong Buy Recommendation

Dragon Gold just witnessed one of the easiest doubles of all-time. Company developments sent the DRGO share-price substantially higher. Now once again Gold Prices are climbing and DRGO share prices are going to be directly affected along with much of the gold sector.

**A share-price gain of 125% in just 12 trading days!**

That was shortly after our last prediction of a bull market in the Gold Sector just a few months ago. Now the Market is poised to rise again on a much larger scale as oil prices rise and the US Dollar slides.

*"All of the sudden…there is a lot of interest in the Gold sector."*
*-Paul Taylor – Chief Investment Officer, BMO Harris Private Banking*

China recently opened up its highly prolific mining industry to foreign participation for the first time and has quickly become the hottest spot on the planet for major new gold discoveries by North American exploration companies. And Dragon Gold has positioned itself perfectly, holding Seven of the hottest exploration permits in the Shaanxi Province!

*Dragon Gold* (Symbol-DRGO) represents an opportunity for you to be an early participant in a fast-emerging company that is on the move.

## Gold Potential

With a potential $4.4 Billion in revenues and approximately 50 million shares outstanding, you do the math on just how high the share price of DRGO could go as gold prices continue to RISE!

What we now know, well ahead of Wall Street.....is that the Shaanxi province of China may hold even greater potential than Nevada's world-renowned Carlin trend, which boasts 50,000 million plus ounces of gold production to date. **That's a value of more than $22Billion at current gold prices.**

With a confirmed mineral deposit and an expansive land position in both Mongolia and China, it is realistic that DRGO could be considering takeover bids from majors at $40 to $50 within 2-3 years.

## Price Target & Valuations

The Price Target and valuations have been determined using fundamental analysis (Earnings projections, Price/Earnings ratio etc…)

DRGO currently has a Market Cap of $4 Mill and the potential reserves are estimated at over 10 million ounces worth over $4.4 BILLION at today's gold prices. Should DRGO only extract 10% of those reserves, DRGO would justify an $8.00 stock price based on earnings alone! That is not even factoring in a multiple which is typically 15 times for a company like Placer Dome!

## Why should you *buy DRGO?*

1. Dragon Gold has secured the pole position on seven of "the hottest" exploration permits within the gold-rich Shaanxi Province. Preliminary indicators have already revealed potential gold reserves of over 10 million ounces, which would be worth over $4.4 BILLION in revenues at current gold prices!

2. Dragon Gold has alerted investors that a large gold/copper/silver discovery has been made on the properties RIGHT NEXT DOOR to two of its Mongolian licenses. One of these deposits is estimated at over $1.4 Billion

3. Dragon Gold is on the fast track to legendary status in China gold circles due to the addition to its management team in the form of Mr Minghe Chen, the reigning Chairman of the powerful China Mining Association.

4. Recent Institutional purchases of LARGE numbers of shares by a known Mutual Fund.

5. Possible takeover bids by mining conglomerates.

## Final Word

For those of you who just took 125% profits on Dragon Gold – it's time to load up AGAIN. If you missed out…Take Action on DRGO NOW for the next round of BIG-TIME profits!

**IF YOU HAVE RECEIVED THIS FAX IN ERROR AND WOULD LIKE TO BE REMOVED PLEASE CALL 1-866-323-7544**

Disclaimer: The publications and advertisements are not endorsements, recommendations. Analysis or advisories of any nature by the publisher. Publisher does not give tax or investment advice or advocate the purchase or sale of any security or investment. An offer to buy or sell can be made only with accompanying disclosure documents and only in the states and provinces for which they are approved. It is strongly recommended that any purchase or sale decision should be discussed with a financial planner or Broker prior to completing any such purchase or sale decision. We are not registered investment advisors, or broker-dealers, or members of any financial regulatory bodies. Since we received compensation from some of the advertised companies there is an inherent conflict of interest in our statements and opinions and such statements and opinions cannot be considered independent. Compensation: In keeping with section 17b of the securities act of 1933 this information was approved and provided by payee/representatives. No warranties are made. And affiliate of BTI paid $40,000 for the marketing of this publication from a third party non affiliate of BTI that is and apparent conflict of interest since the 3rd party may sell stock in the open market.

*Kevin D. Rosen*
101 Plaza Real South, #313
Boca Raton, Florida 33432
(954) 675-8008

VIA FACSIMILE 561-994-5613 & U.S. MAIL

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

TRANSMISSION VERIFICATION REPORT

TIME : 06/23/2005 17:02
NAME : ROYAL PALM PLACE
FAX : 15613628265
TEL : 15613628265
SER.# : BROK19739433

BUSY: BUSY/NO RESPONSE

DATE,TIME 06/23 17:02
FAX NO./NAME 2494
DURATION 00:00:00
PAGE(S) 00
RESULT BUSY
MODE STANDARD

STANDARD BUYER'S CONFIDENTIALITY
AND WARRANTY AGREEMENT

The undersigned (the "Buyer") understands and acknowledges that the "Broker" has a valid agreement with the owner(s) (the "Seller") of the business and/or property described below (the "Business") whereby Broker has been retained, for an agreed upon commission, to represent Seller in the sale of the Business. Buyer understands and acknowledges the Broker is acting as the agent of the Seller and that Broker's primary duty is to represent the interests of the Seller. The Business that is the subject of this Standard Buyer's Confidentiality and Warrant Agreement (the "Agreement") is as follows:

Description of Business: Large, Extremely Successful Specialty Building Trades Contractor. InDivest listing number: 14469

Asking Price and Terms: $2,890,000 (price). $1,000,000 down payment, 1,890,000 Seller Financing.

In order to induce Broker or Seller to furnish information regarding the Business (the "Information") to Buyer for Buyer's evaluation and possible purchase of said Business and in consideration for Broker's or Seller's furnishing such information, Buyer understands, agrees, represents and warrants to Broker and Seller as follows:

1. The word "Buyer," as used herein, shall mean and include the undersigned individually, as a member of a partnership, as an employee, stockholder, officer or director of a corporation, as an agent, adviser or consultant for or to any business entity and in any other capacity whatsoever.

2. The Information is of a proprietary and confidential nature, the disclosure of which to any other party will result in damage to the Seller and/or Business, and Buyer further represents and warrants as follows:

(A) The Information furnished by Broker or Seller has not been publicly disclosed, has not been made available to Buyer by any party or source other than Broker or Seller and is being furnished only upon the terms and conditions contained in this Agreement.

(B) Buyer will not disclose the Information, in whole or in part, to any party other than persons within Buyer's organization, including independent advisers/consultants, who have a need to know such Information for purposes of evaluating or structuring the possible purchase of the Business. Buyer accepts full responsibility for full compliance with all provisions of this Agreement by such other persons.

(C) Buyer will not disclose, except to the extent required by law, to any parties other than the persons described in Paragraph 2(B) above that the Business is available for purchase or that evaluations, discussions or negotiations are taking place concerning a possible purchase.

(D) Buyer will not utilize, now or at any time in the future, any trade secret(s), as that term may be defined under statutory or common law, that is/are included in the furnished Information for any purpose other than evaluating the possible purchase of the Business, including, without limitation, not utilizing same in the conduct of Buyer's or any other party's present or future business(es).

(E) In addition to the prohibition against utilizing trade secret(s), Buyer will not utilize any other furnished information for any purpose other than evaluating the possible purchase of the Business, specifically including, without limitation, not utilizing same to enter into and/or engage in competition with the Business or assist or promote any other party(s) in so doing. The foregoing prohibition against utilizing said Information in competing with the Business shall remain in effect for three (3) ... within the presently existing marketing area of the Business.

2005/06/20 10:05:14  Albanese-Popkin 5619945613          Page:3/3

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax    (561) 994-5613

LOT # 30-G1

Rosen Residence

Work Order #16

Date: 6-14-05

Revised 6-20-05



THE OAKS
at Boca Raton

| Room | Standard Finish | Upgrade Finish | Upgrade Price |
|------|-----------------|----------------|---------------|
| Foyer | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 225.01 |
| Living Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 1,082.97 |
| Breakfast | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 137.76 |
| Family Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 656.66 |
| Kitchen | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 565.85 |
| Cabanna | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 144.65 |
| Utility | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 247.97 |
| Powder Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ 94.15 |
| | | Total | $ 3,155.01 |
| | | 15% Discount | $ (473.25) |
| | | Total | $ 2,681.76 |

Albanese/Popkin The Oaks Development, LP    6-20-05    Mr. & or Mrs. Rosen    6-26-05
                                            Date                            Date

KROSEN - 001838

2005/06/20 10:05:14 Albanese-Popkin 5619945613          Page:2/3

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
    ROSEN, KEVIN & STACEY
    5825 NW 42nd Way
    Boca Raton,

Work Order 16
Date: 6/14/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Marble & Tile Flooring

**ALBANESE-POPKIN THE OAKS submits a Work Order for the following :**
    Marble Tile Flooring Upgrades per attached List Dated 6-20-05

**Change Order Detail:**

| | | |
|---|---|---|
| 1 Marble & Tile Flooring | Marble & Tile Flooring per attached List Dated 6-14-05 & Revised 6-20-05 | 3,155.01 |
| 2 Discount per agreement | 15% Discount per Agreement | -541.87 |
| | **TOTAL:** | $2,613.14 |

*hand-written:* -473.25

*hand-written:* $2,681.76

*hand-written:* ＊ Corrected by Kevin Rosen per review with Dianne

*signature* ALBANESE-POPKIN THE OAKS   Date 6-20-05

*signature* ROSEN, KEVIN & STACEY   Date 6-26-05

Page 1 of 1

KROSEN - 001839



KROSEN - 001840

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 21, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❏ Urgent
- ❏ Reply ASAP
- ❏ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
- ❏ Please Review
- ☒ For your Information

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for meeting with me today and for permitting us to re-select the paver pattern.  We appreciate the courtesy.  I have signed and attached Revised Memo #25 - Paver Pattern.

Thank you for your assistance.

Kevin

KROSEN - 001841

# Albanese-Popkin

## The Oaks Development Group, L.P.

### REVISED MEMORANDUM

Date: June 21, 2005
Pages: 1
Memo # 25
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Paver Pattern**

Hi Kevin & Stacy,

Per your request on 6/21/05, you have selected standard 45 – Herringbone pattern for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Paver Pattern:**

**STANDARD: 45 - HERRINGBONE**

6-21-05

Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001842



KROSEN - 001843

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 06/21/2005 10:48
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 15613628265
                                    TEL   : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME              06/21  18:47
FAX NO./NAME           9945613
DURATION               00:01:09
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 21, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

Thank you for meeting with me today and for permitting us to re-select the paver pattern. We appreciate the courtesy. I have signed and attached Revised Memo #25 – Paver Pattern.

Thank you for your assistance.

Kevin

TRANSMISSION VERIFICATION REPORT

```
TIME   : 06/21/2005 18:51
NAME   : ROYAL PALM PLACE
FAX    : 15613628265
TEL    : 15613628265
SER.#  : BROK1J739433
```

```
DATE,TIME          06/21  18:50
FAX NO./NAME       9945613
DURATION           00:01:09
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 21, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for meeting with me today and for permitting us to re-select the paver pattern. We appreciate the courtesy. I have signed and attached Revised Memo #25 - Paver Pattern.

Thank you for your assistance.

Kevin

KROSEN - 001845

TRANSMISSION VERIFICATION REPORT

```
TIME   : 06/21/2005 18:49
NAME   : ROYAL PALM PLACE
FAX    : 15613628265
TEL    : 15613628265
SER.#  : BROK1J739433
```

```
DATE,TIME          06/21  18:48
FAX NO./NAME       4777113
DURATION           00:00:56
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 21, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for meeting with me today and for permitting us to re-select the paver pattern. We appreciate the courtesy. I have signed and attached Revised Memo #25 - Paver Pattern.

Thank you for your assistance.

Kevin

KROSEN - 001846

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/21/2005 18:46
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME         06/21  18:45
FAX NO./NAME      4777113
DURATION          00:00:56
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

| **Send to:** Albanese-Popkin Development Group | **From:** Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 21, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

Thank you for meeting with me today and for permitting us to re-select the paver pattern. We appreciate the courtesy. I have signed and attached Revised Memo #25 - Paver Pattern.

Thank you for your assistance.

Kevin

*Kevin D. Rosen*

**VIA FACSIMILE** ███████ **& U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 – Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator
       (via facsimile 561-477-7113)

KROSEN - 001848

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 06/26/2005 13:45
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 15613628265
                                    TEL   : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME            06/26  13:44
FAX NO./NAME         9945613
DURATION             00:01:11
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```



**Kevin D. Rosen**

**VIA FACSIMILE** ████████ **& U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

Dianne Chamberlin, Design Coordinator

KROSEN - 001849

```
┌────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT           │
└────────────────────────────────────────────┘
```

```
                    TIME   : 06/26/2005 13:47
                    NAME   : ROYAL PALM PLACE
                    FAX    : 15613628265
                    TEL    : 15613628265
                    SER.#  : BROK1J739433
```

```
DATE,TIME                06/26  13:46
FAX NO./NAME             4777113
DURATION                 00:00:58
PAGE(S)                  04
RESULT                   OK
MODE                     STANDARD
                         ECM
```

*Kevin D. Rosen*
Attorney at Law



**VIA FACSIMILE 5** ▉▉▉▉▉ **& U.S. MAIL**

June 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

KROSEN - 001850

**Kevin D. Rosen**
Attorney at Law
7101 Plaza Real South, #313
Boca Raton, Florida 33432
(954) 675-8098

**VIA FACSIMILE 561-994-5613 & U.S. MAIL**

June 28, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, L.P.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

Thank you for your assistance.

Very truly yours,

Kevin D. Rosen

June 26, 2005
2L15 9/16

James Walter 2 4 2
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

BUSY: BUSY/NO RESPONSE

Dear Jim:

I have enclosed the signed Work Order #16 - Marble Flooring with Check #2432 dated June 27, 2005 in the amount of $2,681.76 as satisfaction of payment of Work Order #16. Please note that I corrected the discount calculation and total on the work order after reviewing it with Dianne.

PAGE(S) 00
RESULT BUSY
MODE STANDARD

Thank you for your assistance.

Very truly yours,

TIME : 06/26/2005 17:52
NAME : ROYAL PALM PLACE
FAX : 15613628265
TEL : 15613628265
SER.# : BROK13739433

TRANSMISSION VERIFICATION REPORT

Kevin D. Rosen

Kevin D. Rosen
101 Plaza Real South, #313
Boca Raton, Florida 33432
(561) 750-8608

STANDARD BUYER'S CONFIDENTIALITY
AND WARRANTY AGREEMENT

VIA FACSIMILE 561-994-3613 & U.S. MAIL

The undersigned (the "Buyer") understands and acknowledges that Robert Esnes, Highview Business Services, the "Broker" has a valid agreement with the owner(s) (the "Seller") of the business and/or property described below (the "Business") whereby Broker has been retained, for an agreed upon commission, to represent Seller in the sale of the Business. Buyer understands and acknowledges the Broker is acting as the agent of the Seller and that Broker's primary duty is to represent the interests of the Seller. The Business that is the subject of this Standard Buyer's Confidentiality and Warrant Agreement (the "Agreement") is as follows:

Description of Business: Large, Extremely Successful, Specialty Building Trades Contractor. InDivest listing number: 14469

Asking Price and Terms: $2,890,000 (price). $1,000,000 down payment, 1,890,000 Seller Financing.

In order to induce Broker or Seller to furnish information regarding the Business (the "Information") to Buyer for Buyer's evaluation and possible purchase of said Business and in consideration for Broker's or Seller's furnishing such information, Buyer understands, agrees, represents and warrants to Broker and Seller as follows:

1. The word "Buyer," as used herein, shall mean and include the undersigned individually, as a member of a partnership, as an employee, stockholder, officer or director of a corporation, as an agent, adviser or consultant for or to any business entity and in any other capacity whatsoever.

2. The Information is of a proprietary and confidential nature, the disclosure of which to any other party will result in damage to the Seller and/or Business, and Buyer further represents and warrants as follows:

(A) The Information furnished by Broker or Seller has not been publicly disclosed, has not been made available to Buyer by any party or source other than Broker or Seller and is being furnished only upon the terms and conditions contained in this Agreement.

(B) Buyer will not disclose the Information, in whole or in part, to any party other than persons within Buyer's organization, including independent advisers/consultants, who have a need to know such Information for purposes of evaluating or structuring the possible purchase of the Business. Buyer accepts full responsibility for full compliance with all provisions of this Agreement by such other persons.

DATE, TIME 06/26 13:48
FAX NO./NAME 5945613
DURATION 00:01:11
PAGE(S) 04
RESULT OK
MODE STANDARD ECM

(C) Buyer will not disclose, except to the extent required by law, to any parties other than the persons described in Paragraph 2(B) above that the Business is available for purchase or that evaluations, discussions or negotiations are taking place concerning a possible purchase.

(D) Buyer will not utilize, now or at any time in the future, any trade secret(s), as that term may be defined under statutory or common law, that is/are included in the furnished Information for any purpose other than evaluating the possible purchase of the Business, including, without limitation, not utilizing same in the conduct of Buyer's or any other party's present or future business(es).

TIME : 06/26/2005 13:49
NAME : ROYAL PALM PLACE
FAX : 15613628265
TEL : 15613628265
SER.# : BROK13739433

(E) In addition to the prohibition against utilizing trade secret(s), Buyer will not utilize any other furnished information for any purpose other than evaluating the possible purchase of the Business, specifically including, without limitation, not utilizing same to enter into and/or engage in competition with the Business or assist or promote any other party(s) in so doing. The foregoing prohibition against utilizing said Information in competing with the Business shall remain in effect for three (3) ... within the presently existing marketing area of the Business.

TRANSMISSION VERIFICATION REPORT

2005/06/20 10:05:14  Albanese-Popkin 5619945613          Page:3/3

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax    (561) 994-5613

LOT # 30-G1
**Rosen Residence**
Work Order #16
Date: 6-14-05
Revised 6-20-05



| Room | Standard Finish | Upgrade Finish | | Upgrade Price |
|------|-----------------|----------------|---|---------------|
| Foyer | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 225.01 |
| Living Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 1,082.97 |
| Breakfast | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 137.76 |
| Family Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 656.66 |
| Kitchen | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 565.85 |
| Cabanna | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 144.65 |
| Utility | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 247.97 |
| Powder Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 94.15 |
| | | Total | $ | 3,155.01 |
| | | 15% Discount | $ | (473.25) |
| | | Total | $ | 2,681.76 |

6-20-05                                              6-26-05

Albanese/Popkin The Oaks Development, LP    Date        Mr. & or Mrs. Rosen        Date

KROSEN - 001853

2005/06/20 10:05:14  Albanese-Popkin 5619945613          Page:2/3

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
   ROSEN, KEVIN & STACEY
   5825 NW 42nd Way
   Boca Raton,

Work Order 16
Date: 6/14/2005
Job: G001-030 POD G-1, L030 ROSEN

Description:  Marble & Tile Flooring

ALBANESE-POPKIN THE OAKS submits a Work Order for the following :
   Marble Tile Flooring Upgrades per attached List Dated 6-20-05

Change Order Detail:

| | | |
|---|---|---|
| 1  Marble & Tile Flooring | Marble & Tile Flooring per attached List Dated 6-14-05 & Revised 6-20-05 | 3,155.01 |
| 2  Discount per agreement | 15% Discount per Agreement | -541.87 |
| | **TOTAL:** | **$2,613.14** |

*-473.25*

*$2,681.76*

\* *Corrected by Kevin Rosen per review with Dianne*

ALBANESE-POPKIN THE OAKS     6-20-05
                  Date

ROSEN, KEVIN & STACEY     6-26-05
                  Date

Page 1 of 1

KROSEN - 001854



# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From: _(signature)_<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

❑ Urgent
❑ Reply ASAP
❑ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover:  1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

      Santos Mahogany Tread
      Bleached Stain
      Oil Based Finish
      Santos Mahogany Riser stained to match tread
      TBD at later date: semi-gloss or high-gloss

Please note that we do not want the staircase, risers, handrail or balcony painted anywhere. Rather, we wish to stain all wood to match the tread.

When Donna at Designer Floors has finished the sample, we will select the gloss and notify you.

Thank you for your assistance.

Kevin

KROSEN - 001856

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/20/2005 13:00
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 15613628265
                                    TEL   : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME              06/20  13:00
FAX NO./NAME           4777113
DURATION               00:00:20
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

❏ Urgent
❏ Reply ASAP
❏ Please comment
❏ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

> Santos Mahogany Tread
> Bleached Stain

KROSEN - 001857

TRANSMISSION VERIFICATION REPORT

```
TIME   : 06/20/2005 12:58
NAME   : ROYAL PALM PLACE
FAX    : 15613628265
TEL    : 15613628265
SER.#  : BROK1J739433
```

```
DATE,TIME           06/20  12:58
FAX NO./NAME        9945613
DURATION            00:00:25
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment                 RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover:  1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

        Santos Mahogany Tread
        Bleached Stain

KROSEN - 001858

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 06/20/2005 13:01
                              NAME  : ROYAL PALM PLACE
                              FAX   : 15613628265
                              TEL   : 15613628265
                              SER.# : BROK1J739433
```

```
DATE,TIME            06/20  13:01
FAX NO./NAME         9945613
DURATION             00:00:25
PAGE(S)              01
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

      Santos Mahogany Tread
      Bleached Stain

KROSEN - 001859

TRANSMISSION VERIFICATION REPORT

TIME  : 06/20/2005 13:02
NAME  : ROYAL PALM PLACE
FAX   : 15613628265
TEL   : 15613628265
SER.# : BROK1J739433

| | |
|---|---|
| DATE,TIME | 06/20  13:02 |
| FAX NO./NAME | 2767990 |
| DURATION | 00:00:19 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

      Santos Mahogany Tread
      Bleached Stain

KROSEN - 001860

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  :  06/20/2005 12:59
                              NAME  :  ROYAL PALM PLACE
                              FAX   :  15613628265
                              TEL   :  15613628265
                              SER.# :  BROK1J739433
```

```
DATE,TIME               06/20  12:59
FAX NO./NAME            2767990
DURATION                00:00:20
PAGE(S)                 01
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ▮ |
| Designer Floors c/o Donna<br>Fax Number: 561-276-7990 | |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover: 1

**Comments:**

Dear Dianne and Jim:

In furtherance of our Work Order #2 - Upgrade Staircase, please note the following specifications for our staircase and balcony:

> Santos Mahogany Tread
> Bleached Stain

KROSEN - 001861

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 17, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover:  5

**Comments:**

Dear Dianne:

Thank you for meeting with me today.  I have signed and attached the following memoranda:

1.      Memo #24 - Exterior Trim Color

2.      Memo #15 (Revised)  - Stair/Balcony Railing

3.      Memo #25 - Paver Pattern

Thank you for your assistance.

Kevin

KROSEN - 001862

```
TRANSMISSION VERIFICATION REPORT
```

```
                                TIME  : 06/17/2005 01:48
                                NAME  : ROYAL PALM PLACE
                                FAX   : 15613628265
                                TEL   : 15613628265
                                SER.# : BROK1J739433
```

```
DATE,TIME          06/17  01:47
FAX NO./NAME       4777113
DURATION           00:01:05
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 17, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 5

**Comments:**

Dear Dianne:

Thank you for meeting with me today. I have signed and attached the following memoranda:

1.    Memo #24 - Exterior Trim Color

2.    Memo #15 (Revised)  - Stair/Balcony Railing

3.    Memo #25 - Paver Pattern

KROSEN - 001863

```
┌─────────────────────────────────────────────┐
│      TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────────┘
                              TIME  : 06/17/2005 01:44
                              NAME  : ROYAL PALM PLACE
                              FAX   : 15613628265
                              TEL   : 15613628265
                              SER.# : BROK1J739433
```

```
  DATE,TIME                06/17  01:43
  FAX NO./NAME             9945613
  DURATION                 00:01:30
  PAGE(S)                  05
  RESULT                   OK
  MODE                     STANDARD
                           ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 17, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 5

## Comments:

Dear Dianne:

Thank you for meeting with me today. I have signed and attached the following memoranda:

1.  Memo #24 - Exterior Trim Color

2.  Memo #15 (Revised) - Stair/Balcony Railing

3.  Memo #25 - Paver Pattern

KROSEN - 001864

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 13, 2005
Pages: 1
Memo # 24
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Exterior Trim Color**

Hi Kevin & Stacy,

Per our phone conversation on 6/13/05, you have selected your trim, pre-cast and gutter color for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Trim:**

**TRIM: SHERWIN WILLIAMS "DIVINE WHITE" # SW6105**

**PRE-CAST: BONE**

**GUTTER: CAMEO**

_____          6-17-05
Approved                                                      Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001865

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 15, 2005
Pages: 1
Memo # 15
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject:  Stair / Balcony Railing**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard " S " shape railing for your stairs and balcony for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**INTERIOR**

**Stair / Balcony Railing:**

                    **STANDARD: " S " SHAPE**

_____          6-17-05
Approved                                  _____
                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001866



KROSEN - 001867

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 15, 2005
Pages: 1
Memo # 25
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Paver Pattern**

Hi Kevin & Stacy,

Per your fax dated 6/13/05, you have selected standard 90° – Herringbone pattern for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Paver Pattern:**

**STANDARD: 90° - HERRINGBONE**

_____
Approved

6-17-05
_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001868



*Kevin D. Rosen*

**VIA FACSIMILE 56_____ & U.S. MAIL**

June 16, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #8 - Structure Cabling with Check #2424 dated June 16, 2005 in the amount of $998.75 as satisfaction of payment of Work Order #8.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator
        (via facsimile 561-477-7113)

KROSEN - 001869

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #8
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Structured Cabling

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Structure Cabling

| | | | |
|---|---|---|---|
| 1 Structured Cabling | ✳ | Structured Cabling - Level 1 Prepares for Cable TV & Standard Satellite to (6) Locations; Prepares for In-Home Computer Network & Satellite to (6) Locations; Runs Cable Feeds to Outside Satellite Dish Location. | 1,175.00 |
| 2 Less Discount | | 15% Discount per Contract Specifications. | -176.25 |
| | | **TOTAL:** | **$998.75** |

✳ = Attached hereto is C.K. Security Systems' Description ✳
of Level I structured Cabling Package - 1 Page

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 4-7-05
ALBANESE-POPKIN THE OAKS          Date

_____ 6-16-05
ROSEN, KEVIN & STACEY          Date

Page 1 of 1



*Attachment to*
*Work Order #8*
*Rosen)*
*G001-030*
*Pod G-1, L030*

# C.K.'S Security Systems, Inc

12-20-04
# STRUCTURED CABLING PACKAGES

STRUCTURED CABLING IS DESIGNED TO PREPARE THE HOMEOWNER FOR FUTURE UPGRADES & ADVANCES IN TECHNOLOGY. THE FOLLOWING PACKAGES REPRESENT 3 LEVELS OF PREPARATION.

LEVEL 1-$1175.00
-PREPARES FOR CABLE TV & STANDARD SATELLITE BY RUNNING 2 COAXIAL CABLES TO 6 LOCATIONS.
-PREPARES FOR IN HOME COMPUTER NETWORK & SATELLITE BY RUNNING 2 CAT5 CABLES TO 6 LOCATIONS.
-RUN 6 COAXIAL CABLE FEEDS TO OUTSIDE SATELLITE DISH LOCATION.
-INCLUDES (2) 28 INCH STRUCTURED CABLE ENCLOSURES.

LEVEL 2-$1550.00
-PREPARES FOR CABLE TV, STANDARD SATELLITE, 2 TUNER TIVO, & HI DEFINITION OFF AIR ANTENNA BY RUNNING 4 COAXIAL CABLES TO 6 LOCATIONS.
-PREPARES FOR HOME COMPUTER NETWORK & SATELLITE BY RUNNING 2 CAT5 CABLES TO 6 LOCATIONS.
-RUN 6 COAXIAL CABLE FEEDS TO OUTSIDE SATELLITE DISH LOCATION.
-INCLUDES (2) 28 INCH STRUCTURED CABLE ENCLOSURES.

LEVEL 3-$1875.00
-PREPARES FOR CABLE TV, STANDARD SATELLITE, 2 TUNER TIVO, & HI DEFINITION OFF AIR ANTENNA BY RUNNING 4 COAXIAL CABLES TO 6 LOCATIONS.
-PREPARES FOR VIDEO DISTRIBUTION BY RUNNING 1 COAXIAL CABLE FROM 6 TV LOCATIONS TO THE MAIN ENTERTAINMENT CENTER.
-PREPARES FOR HOME COMPUTER NETWORK & SATELLITE BY RUNNING 2 CAT5 CABLES TO 6 LOCATIONS.
-RUN 6 COAXIAL CABLE FEEDS TO OUTSIDE SATELLITE DISH LOCATION.
-INCLUDES (2) 28 INCH STRUCTURED CABLE ENCLOSURES.

301 S.E. 4th Street ◆ Boynton Beach, FL 33435
Phone: (561) 330-9838 ◆ Fax (561) 737-1347

KROSEN - 001871

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 06/16/2005 09:28
                                    NAME : ROYAL PALM PLACE
                                    FAX  : 15613628265
                                    TEL  : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME                    06/16  09:27
FAX NO./NAME                 4777113
DURATION                     00:01:02
PAGE(S)                      04
RESULT                       OK
MODE                         STANDARD
                             ECM
```

*Kevin D. Rosen*



**VIA FACSIMILE 5** ▓ **& U.S. MAIL**

June 16, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #8 - Structure Cabling with Check #2424 dated June 16, 2005 in the amount of $998.75 as satisfaction of payment of Work Order #8.

Very truly yours,

Kevin D. Rosen

cc:  Dianne Chamberlin, Design Coordinator
     (via facsimile 561-477-7113)

KROSEN - 001873

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                              TIME   : 06/16/2005 09:27
                              NAME   : ROYAL PALM PLACE
                              FAX    : 15613628265
                              TEL    : 15613628265
                              SER.#  : BROK1J739433
```

| | |
|---|---|
| DATE,TIME | 06/16  09:25 |
| FAX NO./NAME | 9945613 |
| DURATION | 00:01:22 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

*Kevin D. Rosen*

101

Bo

**VIA FACSIMILE** ████ **& U.S. MAIL**

June 16, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #8 - Structure Cabling with Check #2424 dated June 16, 2005 in the amount of $998.75 as satisfaction of payment of Work Order #8.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator
        (via facsimile 561-477-7113)

KROSEN - 001874

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

Thank you for your voice mail message of today regarding the availability of the work order regarding the Saturnia flooring.

This evening, I realized that I inadvertently advised you on June 13 to obtain a work order for 24" X 24" H/F Nuvolato (Diagonal). The work order should not be for Nuvolato; rather, the work order should be for the standard Saturnia upgraded to 24" X 24" on Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options sheet from 12/15/04 which details the pricing for the Saturnia upgrade that we have selected. Unfortunately, I could not locate the Upgrade Options sheet during our meeting earlier this week which thereby misdirected me to the wrong flooring.

By copy of this fax to Jim, I kindly request a work order for Items:

      1a (Foyer)
      1b (Powder)
      1c (Utility)
      1e (Living Room)
      1f (Breakfast)
      1g (Family Room)
      1h( Cabana)
      1i (kitchen)

Please call me when the work order is ready. I apologize for any inconvenience that I may have caused you or Jim.

Kevin

KROSEN - 001875

**Albanese-Popkin The Oaks Development**
1200 South Rogers Circle, Unit #11
Boca Raton, Florida 33487
Phone:     (561) 994-1375
Fax:        (561) 997-2626



## Upgrade Options
Monte Verde
**Rosen Residence lot 30 G1**

12/15/2004

1 ). Upgrade from 18"x18" Saturnia (Straight) to 24"x24" (Diagonal)

| | | | |
|---|---|---|---|
| a. | Foyer | $ | 225 |
| b. | Powder | $ | 95 |
| c. | Utility | $ | 245 |
| d. | Dining Room | $ | 457 |
| e. | Living Room | $ | 1,086 |
| f. | Breakfast | $ | 138 |
| g. | Family Room | $ | 648 |
| h. | Cabana | $ | 145 |
| i. | Kitchen | $ | 569 |
| | Total | $ | 3,608 |

2 ). Upgrade from Carpet to "Bamboo Stye" Wood Flooring

| | | | |
|---|---|---|---|
| a. | Master Suite | $ | 4,689 |
| b. | Master Suite Hall | $ | 829 |
| c. | HER WIC | $ | 1,465 |
| d. | HIS WIC | $ | 668 |
| | Total | $ | 7,651 |

KROSEN - 001876



Albanese-Popkin The Oaks Development Group LP
1200 South Rogers Circle Unit #11
Boca Raton, Florida 33487
Phone: (561) 994-1375
Fax:    (561) 994-5613



| To: | Kevin Rosen | From: | Jim Walter |
|---|---|---|---|
| Fax: | 561-361 | Pages: | 2 including cover |
| Phone: | | Date: | 12/16/2004 |
| Re: | Flooring Options | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

KROSEN - 001877

TRANSMISSION VERIFICATION REPORT

TIME   : 06/15/2005 08:21
NAME   : ROYAL PALM PLACE
FAX    : 15613628265
TEL    : 15613628265
SER.#  : BROK1J739433

DATE,TIME        06/15  08:20
FAX NO./NAME     4777113
DURATION         00:00:41
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for your voice mail message of today regarding the availability of the work order regarding the Saturnia flooring.

This evening, I realized that I inadvertently advised you on June 13 to obtain a work order for 24" X 24" H/F Nuvolato (Diagonal). The work order should not be for Nuvolato; rather, the work order should be for the standard Saturnia upgraded to 24" X 24" on Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options sheet from 12/15/04 which details the pricing for the Saturnia upgrade that we have

KROSEN - 001878

```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT             │
└─────────────────────────────────────────────┘
```

```
TIME  :  06/15/2005 08:24
NAME  :  ROYAL PALM PLACE
FAX   :  15613628265
TEL   :  15613628265
SER.# :  BROK1J739433
```

```
DATE,TIME           06/15  08:23
FAX NO./NAME        4777113
DURATION            00:00:41
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

## Comments:

Dear Dianne:

Thank you for your voice mail message of today regarding the availability of the work order regarding the Saturnia flooring.

This evening, I realized that I inadvertently advised you on June 13 to obtain a work order for 24" X 24" H/F Nuvolato (Diagonal). The work order should not be for Nuvolato; rather, the work order should be for the standard Saturnia upgraded to 24" X 24" on Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options sheet from 12/15/04 which details the pricing for the Saturnia upgrade that we have

KROSEN - 001879

TRANSMISSION VERIFICATION REPORT

TIME : 06/15/2005 08:23
NAME : ROYAL PALM PLACE
FAX : 15613628265
TEL : 15613628265
SER.# : BROK1J739433

| | |
|---|---|
| DATE,TIME | 06/15 08:22 |
| FAX NO./NAME | 9945613 |
| DURATION | 00:00:55 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: █ |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

Thank you for your voice mail message of today regarding the availability of the work order regarding the Saturnia flooring.

This evening, I realized that I inadvertently advised you on June 13 to obtain a work order for 24" X 24" H/F Nuvolato (Diagonal). The work order should not be for Nuvolato; rather, the work order should be for the standard Saturnia upgraded to 24" X 24" on Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options sheet from 12/15/04 which details the pricing for the Saturnia upgrade that we have

KROSEN - 001880

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/15/2005 08:26
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME          06/15  08:25
FAX NO./NAME       9945613
DURATION           00:00:55
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

Thank you for your voice mail message of today regarding the availability of the work order regarding the Saturnia flooring.

This evening, I realized that I inadvertently advised you on June 13 to obtain a work order for 24" X 24" H/F Nuvolato (Diagonal). The work order should <u>not</u> be for Nuvolato; rather, the work order should be for the standard Saturnia upgraded to 24" X 24" on Diagonal. For your ease of reference, I have attached a copy of the Upgrade Options sheet from 12/15/04 which details the pricing for the Saturnia upgrade that we have

KROSEN - 001881

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover:  2

**Comments:**

Dear Dianne and Jim:

Stacey and I respectfully decline the Radio Back up for Alarm, Work Order #7 attached hereto.  Thank you for your assistance.

Kevin

KROSEN - 001882

```
┌─────────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT          │
└─────────────────────────────────────────────┘

                              TIME  : 06/14/2005 21:39
                              NAME  : ROYAL PALM PLACE
                              FAX   : 15613628265
                              TEL   : 15613628265
                              SER.# : BROK1J739433


   DATE,TIME          06/14  21:39
   FAX NO./NAME       4777113
   DURATION           00:00:27
   PAGE(S)            02
   RESULT             OK
   MODE               STANDARD
                      ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 2

**Comments:**

Dear Dianne and Jim:

Stacey and I respectfully decline the Radio Back up for Alarm. Work Order #7 attached hereto. Thank you for your assistance.

Kevin

KROSEN - 001883

TRANSMISSION VERIFICATION REPORT

```
                                   TIME   : 06/14/2005 21:50
                                   NAME   : ROYAL PALM PLACE
                                   FAX    : 15613628265
                                   TEL    : 15613628265
                                   SER.#  : BROK1J739433
```

```
DATE,TIME          06/14  21:49
FAX NO./NAME        9945613
DURATION            00:00:37
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 15, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Dianne and Jim:

Stacey and I respectfully decline the Radio Back up for Alarm, Work Order #7 attached hereto. Thank you for your assistance.

Kevin

KROSEN - 001884

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-4375

## WORK ORDER

To:
   ROSEN, KEVIN & STACEY

Work Order #7
   **Date:** 3/10/2005
   **Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Radio Back-up for Alarm

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Radio Back up for Alarm

| | | | |
|---|---|---|---|
| 1 | Radio Back-Up | Radio Back-Up for Alarm System. | 490.00 |
| 2 | Less Discount | 15% Discount per Contract Specifications | -73.50 |
| | | **TOTAL:** | **$416.50** |

Declined 6-15-05

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 4-7-05
ALBANESE-POPKIN THE OAKS     Date

_____
ROSEN, KEVIN & STACEY     Date

Page 1 of 1

KROSEN - 001885

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: June 14, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 12

**Comments:**

Dear Dianne:

Thank you for meeting with me yesterday. I have signed and attached the following memoranda:

1.     Memo #12 - Electrical Trim Color

2.     Memo #13 - Exterior Lanterns

3.     Memo #14 - Pavers

4.     Memo #15 - Stair Railing

5.     Memo #17 - Interior Trim

6.     Memo #18 - Interior Doors

7.     Memo #20 - Garage Doors

8.     Memo #21 - Exterior Paint

9.     Memo #22 - Interior Door Hardware

Thank you for your assistance.

Kevin

KROSEN - 001886

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME    :  06/14/2005 02:14
NAME    :  ROYAL PALM PLACE
FAX     :  15613628265
TEL     :  15613628265
SER.#   :  BROK1J739433
```

```
DATE,TIME          06/14  02:12
FAX NO./NAME       4777113
DURATION           00:02:27
PAGE(S)            12
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 14, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover:  12

**Comments:**

Dear Dianne:

Thank you for meeting with me yesterday. I have signed and attached the following memoranda:

1.      Memo #12 - Electrical Trim Color

2.      Memo #13 - Exterior Lanterns

3.      Memo #14 - Pavers

KROSEN - 001887

TRANSMISSION VERIFICATION REPORT

```
TIME   : 06/14/2005 02:19
NAME   : ROYAL PALM PLACE
FAX    : 15613628255
TEL    : 15613628255
SER.#  : BROK1J739433
```

```
DATE,TIME        06/14  02:16
FAX NO./NAME     9945613
DURATION         00:03:32
PAGE(S)          12
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: June 14, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover:  12

**Comments:**

Dear Dianne:

Thank you for meeting with me yesterday. I have signed and attached the following memoranda:

1.     Memo #12 - Electrical Trim Color

2.     Memo #13 - Exterior Lanterns

3.     Memo #14 - Pavers

KROSEN - 001888

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: May 16, 2005
Pages: 1
Memo # 12
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: **Electrical Trim Color**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected your Electrical Trim Color to be Almond throughout your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**ELECTRICAL**

**Electrical Trim Color**

**Standard Color: Almond throughout**

6-17-05

_____        _____
Approved                         Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001889

# *Albanese-Popkin*

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: May 16, 2005
Pages: 1
Memo # 13
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**

**Subject: Exterior Lanterns**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard Exterior Lanterns. The size and placement of the lantern will be determined by our lighting specialist. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**ELECTRICAL**

**Exterior Lanterns**

Standard # 16313 AP, per Albanese-Popkin's Design Center. Exact size and placement to be provided by lighting specialist.

6-13-05

_____
Approved

_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001890

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: May 16, 2005
Pages: 1
Memo # 14
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                          **Subject: Pavers**

**From: Dianne Chamberlin**

---

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard Color Blend, Dark Orange/Tan/Charcoal, pavers. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Pavers:**

*Pattern Type 90° - Herringbone (See Loose attachment)*

                    Manufacturer: Tremron
                    Color: Dark Orange/Tan/Charcoal

6-13-05

_____                    _____
Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001891



G-13-05

Attachment to Memo #14
Lot 30, G-1 Rosen Residence

KROSEN - 001892

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 15
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                                    **Subject:  Stair Railing**

**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard " S " shape railing for your stairs in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**INTERIOR**

**Stair Railing:**

                            Standard: " S " Shape

_____                        6-13-05
Approved                                       _____
                                               Date

\* See 1 page attachment \*
Stair Railing Design

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001893



# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 17
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Interior Trim**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard Victoria 5 ¼" interior base profile, and standard Victoria 3 ½" interior casing profile for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

### INTERIOR

Trims:

STANDARD BASE PROFILE: VICTORIA 5 ¼"
STANDARD CASING PROFILE: VICTORIA 3 ½"

6-13-05

_____          _____
Approved                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001895

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 18
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Interior Doors**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected standard interior doors with applied molding
# WM390 for your home at The Oaks. If you agree with this selection, please sign this form and fax it back
to my attention at fax 561-477-7113.

Thank you,

Dianne

### INTERIOR

**Doors:**

STYLE: STANDARD FLAT PANEL
MOLDING: STANDARD # WM390

6-13-05

_____        _____
Approved                            Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001896

# *Albanese-Popkin*

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 20
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Garage Doors**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected standard raised panel garage door for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Garage Doors:**

### STYLE: STANDARD RAISED PANEL

6-13-05

_____
Approved

_____
Date

\* Color to be determined and sample approved by client prior to painting the garage doors. \*

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001897

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 21
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Exterior Paint**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected the same exterior paint as shown in Lot 18, B-3 located at 9551 Grand Estates Way, for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

### EXTERIOR

"Sample must be approved by client prior to painting the house"

**Exterior Paint:**

Stucco: To match Lot18, B-3, 9551 Grand Estates Way

6-13-05

Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001898

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 22
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Interior Door Hardware**

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Schlage Accent Lever interior door hardware with finish Antique Pewter # 620 for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

**INTERIOR**

**Door Hardware**

Manufacturer: Schlage
Style: Accent Lever
Finish: Antique Pewter

_____
Approved

6-13-05
_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001899

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order **16**
Date: 6/14/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Marble & Tile Flooring

ALBANESE-POPKIN THE OAKS submits a Work Order for the following :
Marble Tile Flooring Upgrades per attached List Dated 6-14-05

**Change Order Detail:**

| | | | |
|---|---|---|---|
| 1 | Marble & Tile Flooring | Marble & Tile Flooring per attached List Dated 6-14-05 & Revised 6-16-05 | 3,612.43 |
| 2 | Discount per agreement | 15% Discount per Agreement | -541.87 |
| | | **TOTAL:** | **$3,070.56** |

ALBANESE-POPKIN THE OAKS          Date 6-16-05

ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 001900

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax     (561) 994-5613

LOT # 30-G1
**Rosen Residence**
**Work Order #16**
Date: 6-14-05
Revised 6-16-05



| Room | Standard Finish | Upgrade Finish | | Upgrade Price |
|---|---|---|---|---|
| Foyer | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 225.01 |
| Dining Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 457.42 |
| Living Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 1,082.97 |
| Breakfast | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 137.76 |
| Family Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 656.66 |
| Kitchen | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 565.85 |
| Cabanna | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 144.65 |
| Utility | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 247.97 |
| Powder Room | 18"x 18: Saturnia Straight | 24"x24" Roman Standard Diagonal | $ | 94.15 |
| | | **Total** | $ | **3,612.43** |
| | | **15% Discount** | $ | **(541.87)** |
| | | **Total** | $ | **3,070.57** |

_Albanese Popkin_  6-16-05

| Albanese/Popkin The Oaks Development, LP | Date | Mr. & or Mrs. Rosen | Date |
|---|---|---|---|

KROSEN - 001901



**Kevin D. Rosen**

**VIA FACSIMILE 5 & U.S. MAIL**

May 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.    Check #2409 in the amount of $72.25 for Work Order #9 - TV Outlet.

2.    Check #2410 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3.    Check #2411 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

Per our discussion with Dianne, we are awaiting receipt of the corrected work orders for the Radio Back-Up for Alarm, Structured Cabling, Plumbing Upgrades, Additional Fence, and Electrical Revisions per Red Line Drawings. We are holding the work order on pavers given that Tim with Master Gardeners is re-designing the layout and size of our pool which should decrease the amount of additional pavers for the rear deck.

Thank you.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator
       (via facsimile 561-477-7113)

KROSEN - 001902

P. 1

\* \* \* Communication Result Report ( May.22. 2005 10:19AM ) \* \* \*

FAX HEADER: NASD

Date/Time: May.22. 2005 10:17AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 9976 Memory TX | 9945613 | P. 5 | OK | |

```
Reason for error
  E.1) Hang up or line fail        E.2) Busy
  E.3) No answer                   E.4) No facsimile connection
```

*Kevin D. Rosen*

VIA FACSIMILE 5 █████ U.S. MAIL

May 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.   Check #2409 in the amount of $72.25 for Work Order #9 - TV Outlet.

2.   Check #2410 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3.   Check #2411 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

Per our discussion with Dianne, we are awaiting receipt of the corrected work orders for the Radio Back-Up for Alarm, Structured Cabling, Plumbing Upgrades, Additional Fence, and Electrical Revisions per Red Line Drawings. We are holding the work order on pavers given that Tim with Master Gardeners is re-designing the layout and size of our pool which should increase the amount of additional pavers for the rear deck.

Thank you.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator
      (via facsimile 561-477-7113)

KROSEN - 001903

```
*  *  *  Communication Result Report ( May. 22. 2005 10:20AM )  *  *  *

                                                        P. 1

                                            FAX HEADER: NASD

Date/Time: May.22. 2005 10:17AM

                                                                    Page
  File Mode          Destination          Pg(s)      Result        Not Sent
  ----------------------------------------------------------------------------
  9977 Memory TX      9945613              P.  5      OK




  ----------------------------------------------------------------------------
  Reason for error
    E.1) Hang up or line fail            E.2) Busy
    E.3) No answer                       E.4) No facsimile connection
```

Kevin D. Rosen

VIA FACSIMILE ████████ U.S. MAIL

May 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1. Check #2409 in the amount of $72.25 for Work Order #9 - TV Outlet.

2. Check #2410 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3. Check #2411 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

Per our discussion with Dianne, we are awaiting receipt of the corrected work orders for the Radio Back-Up for Alarm, Structured Cabling, Plumbing Upgrades, Additional Fence, and Electrical Revisions per Red Line Drawings. We are holding the work order on pavers given that Tim with Master Gardeners is re-designing the layout and size of our pool which should decrease the amount of additional pavers for the rear deck.

Thank you.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator
        (via facsimile 561-477-7113)

KROSEN - 001904

P. 1

\* \* \* Communication Result Report ( May.22. 2005 10:22AM ) \* \* \*

FAX HEADER: NASD

Date/Time: May.22. 2005 10:17AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 9978 Memory TX | 4777113 | P. 5 | OK | |

Reason for error
  E.1) Hang up or line fail
  E.3) No answer
  E.2) Busy
  E.4) No facsimile connection

VIA FACSIMILE 5████ U.S. MAIL

May 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.  Check #2409 in the amount of $72.25 for Work Order #9 - TV Outlet.

2.  Check #2410 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3.  Check #2411 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

Per our discussion with Dianne, we are awaiting receipt of the corrected work orders for the Radio Back-Up For Alarm, Structured Cabling, Plumbing Upgrades, Additional Fence, and Electrical Revisions per Red Line Drawings. We are holding the work order on pavers given that Tim with Master Gardeners is re-designing the layout and size of our pool which should decrease the amount of additional pavers for the rear deck.

Thank you.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator
      (via facsimile 561-477-7113)

KROSEN - 001905

P. 1

* * * Communication Result Report ( May. 22. 2005 10:23AM ) * * *

FAX HEADER: NASD

Date/Time: May. 22. 2005 10:17AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 9979 Memory TX | 4777113 | P. 5 | OK | |

--------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail               E.2) Busy
E.3) No answer                          E.4) No facsimile connection

Kevin D. Rosen

**VIA FACSIMILE** ██████ **& U.S. MAIL**

May 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following checks as satisfaction of payment of the following work orders:

1.   Check #2409 in the amount of $72.25 for Work Order #9 - TV Outlet.

2.   Check #2410 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3.   Check #2411 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

Per our discussion with Dianne, we are awaiting receipt of the corrected work orders for the Radio Back-Up for Alarm, Structured Cabling, Plumbing Upgrades, Additional Fence, and Electrical Revisions per Red Line Drawings. We are holding the work order on pavers given that Tim with Master Gardeners is re-designing the layout and size of our pool which should decrease the amount of additional pavers for the rear deck.

Thank you.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator
       (via facsimile 561-477-7113)

KROSEN - 001906

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #14**
**Date:** 5/16/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Granite Upgrades

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
Upgrade Granite at Kitchen and Powder Room

| | | |
|---|---|---|
| 1 Kitchen Granite | Upgrade Kitchen Granite Counter Top to Level 3 Madura Gold with 1 1/2" Beveled Edge. | 2,950.00 |
| 2 Powder Room Granite | Upgrade Powder Room Countertop to Level 2 Emperador Dark with 1 1/2" Beveled Edge. | 1,513.00 |
| 3 Discount per Contract | 15% Discount per Contract Specifications. | -669.45 |
| | **TOTAL:** | **$3,793.55** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  5-16-05
ALBANESE-POPKIN THE OAKS            Date

_____  5-24-05
ROSEN, KEVIN & STACEY            Date

Page 1 of 1

KROSEN - 001907

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #6**
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Speaker System

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:

Speaker System

| | | |
|---|---|---|
| 1 Speaker System | Speaker System - Package A<br>(5) Pair of Niles CM6MP In-Ceiling Speakers; (1) Pair of Niles OS3 Patio Speakers; (5) Pair of Niles Fire Rated Enclosures; (6) Niles Autoformer Volume Controls - Wire, Materials and Labor to Install. | 3,500.00 |
| 2 Less Discount | 15% Discount per Contract Specifications. | -525.00 |
| | **TOTAL:** | **$2,975.00** |

□ SCHEDULE IMPACT
□ We have proceeded with this change to achieve schedule.
☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS      Date 5-6-05

ROSEN, KEVIN & STACEY      Date 5-21-05

Page 1 of 1

KROSEN - 001908

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #9**
**Date:** 3/10/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** TV Outlet

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

TV outlet in Den

| | | | |
|---|---|---|---|
| 1 | TV Outlet in Den | Additional TV Outlet in Den | 85.00 |
| 2 | Less Discount | 15% Discount per Contract Specifications | -12.75 |
| | | **TOTAL:** | **$72.25** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____    5-6-05          _____    5-21-05
ALBANESE-POPKIN THE OAKS      Date            ROSEN, KEVIN & STACEY       Date

Page 1 of 1

KROSEN - 001909

JUL-28-2005 THU 09:41 AM albanese      FAX NO.      P. 03

*atta: Annie   7 PAGES.*

**SOLTYS PLUMBING**
1395 NW 17TH AVE. SUITE #103
DELRAY BEACH, FL 33445
PHONE: 561-243-2218 FAX: 561-243-2022

DATE: (REVISED 5/16/05)
BUILDER: ALBANESE/POPKIN
LOT: 30-G1-OAKS
CUSTOMER: ROSEN

| QTY | LOCATIONS | SELECTION COST | ALLOW | DIFFERENCE |
|---|---|---|---|---|
| | **MASTER BATH-BISC & BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | BIDET | 547 | 547 | 0 |
| 1 | BIDET TRIM | 886 | 855 | 31 |
| 2 | FAUCET | 950 | 941 | 9 |
| 2 | LAVS | 223 | 223 | 0 |
| 1 | TUB | 1999 | 1999 | 0 |
| 1 | TUB FAUCET | 804 | 706 | 98 |
| 1 | SHOWER | 599 | 448 | 151 |
| | **POWDER ROOM-BISC AND ANTIQUE BRASS** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | FAUCET | 490 | 471 | 19 |
| 1 | LAVS | 111 | 111 | 0 |
| | **SECONDARY-BATHS #3 & GUEST - TUBS-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | TUB | 854 | 854 | 0 |
| 2 | TUB/SHWR TRIM | 157 | 232 | -75 |
| | **SECONDARY-BATHS #4 & #5-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | 2-LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | SHWR TRIM | 113 | 194 | -81 |
| | **CABANA - BISC AND BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | LAV | 111 | 111 | 0 |
| 1 | FAUCET | 332 | 155 | 177 |

CONTINUED ON PAGE 2

P. 1

May 16 2005 10:43AM HP LASERJET FAX

KROSEN - 001911

JUL-28-2005 THU 09:42 AM albanese          FAX NO.                    P. 04

**PAGE #2- ALBNAESE/POPKIN @ THE OAKS**
**LOT 30-G1-ROSEN RES. RVISED 5/16/05**

| QTY | | SELECTIONS | ALLOWANCE | DIFFERENCE |
|---|---|---|---|---|
| | **KITCHEN** | | | |
| 1 | SINK | 975 | 750 | 225 |
| 1 | FAUCET | 381 | 206 | 175 |
| | **LAUNDRY** | | | |
| 1 | SINK | STD | STD | 0 |
| 1 | FCT | STD | STD | 0 |

| | |
|---|---|
| SUB TOTAL | $965.00 |
| FREIGHT | 105.00 |
| TAX | 70.00 |

**EXTRA** : MAS & CABANA ., & PR -SUPPLYS,
TRIPS, EXC: DRAINS, WASTE & OVERFLOW          490.00

**TOTAL**          $1,630.00

NOTE: DOES NOT INCLUDE SPECIAL PLATING !!!

P. 2

Mar 16 2005 10:43AM  HP LASERJET FAX

KROSEN - 001912