# EXHIBIT 32 part 7

ALBANESE-POPKIN THE OAKS

Contract Item Billing Summary

02-27-2006    Page 1
System Date: 02-27-2006
System Time: 3:50 pm

| Job | Contract Item Description | Original Contract | Approved Changes | Revised Contract | Billed | Cash Receipt | Buyer's Balance |
|---|---|---|---|---|---|---|---|
| G001 030 | | | | | | | |
| G001-030 | Rosen, Kevin & Stacey | | | | | | |
| | 60-00100 Upgrade Windows to Imp Glass | | 29,410.00 | 29,410.00 | 29,410.00 | 29,410.00 | |
| | 60-00200 Upgrade Staircase | | 19,283.00 | 19,283.00 | 19,283.00 | 19,283.00 | |
| | 60-00300 Add in wall Pest Control | | 659.30 | 659.30 | 659.30 | 659.30 | |
| | 60-00400 Gas Line for Future Barbeque | | 552.50 | 552.50 | 552.50 | 552.50 | |
| | 60-00500 Upgrade dining Room Columns | | 388.45 | 388.45 | 388.45 | 388.45 | |
| | 60-00600 Speaker system | | 2,975.00 | 2,975.00 | 2,975.00 | 2,975.00 | |
| | 60-00700 Radio Back-up for Alarm | | 998.75 | 998.75 | 998.75 | 998.75 | |
| | 60-00800 Structure Cabling | | 72.25 | 72.25 | 72.25 | 72.25 | |
| | 60-00900 TV Outlet | | 583.95 | 583.95 | 583.95 | 583.95 | |
| | 60-01000 Add angled archway in living r | | 1,385.50 | 1,385.50 | 1,385.50 | 1,385.50 | |
| | 60-01100 Plumbing | | 2,704.70 | 2,704.70 | 2,704.70 | 2,704.70 | |
| | 60-01200 Pavers - Revised | | 1,692.35 | 1,692.35 | 1,692.35 | 1,692.35 | |
| | 60-01300 Fence | | 3,793.55 | 3,793.55 | 3,793.55 | 3,793.55 | |
| | 60-01400 Granite Upgrades | | 446.25 | 446.25 | 446.25 | 446.25 | |
| | 60-01500 Electrical Revision | | 2,681.76 | 2,681.76 | 2,681.76 | 2,681.76 | |
| | 60-01600 Marble & Tile Flooring | | 210.00- | 210.00- | 210.00- | | 210.00- |
| | 60-01700 Credit Powder Rm Mirror | | 102.00 | 102.00 | 102.00 | 102.00 | |
| | 60-01800 WOW 1S Master Shower Enclosure | | 5,335.45 | 5,335.45 | 5,335.45 | 5,335.45 | |
| | 60-01900 Pool Upgrade | | 431.80 | 431.80 | 431.80 | 431.80 | |
| | 60-02000 Pool Tile Upgrade | | 9,948.82 | 9,948.82 | 9,948.82 | 9,948.82 | |
| | 60-02100 Cabinet Upgrades | | 837.90 | 837.90 | 837.90 | 837.90 | |
| | 60-02203 Appliance Upgrades | | 255.00 | 255.00 | 255.00 | 255.00 | |
| | 60-02300 Kitchen Counter Top Upgrades | | 2,269.50 | 2,269.50 | 2,269.50 | 2,269.50 | |
| | 60-02500 Upgrade Exterior Columns | | 116.42- | 116.42- | 116.42- | | 116.42- |
| | 60-02600 Carpet Changes | | 1,628.60 | 1,628.60 | 1,628.60 | 1,628.60 | |
| | 60-02700 Change Bath 1 & Shower to Tub | | 416.50 | 416.50 | 416.50 | 416.50 | |
| | 60-02800 Additional High Hats & Elect | | 605.00- | 605.00- | 605.00- | | 605.00- |
| | 60-02900 Credit - Transom Windows | | 2,536.44 | 2,536.44 | 2,536.44 | | 2,536.44 |
| | 60-03000 Upgrade to Stainless Steel | | | | | | |
| | **Totals** | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| | **REPORT TOTALS** | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |

Report Totals:

KROSEN - 002073

Feb. 27 2006 05:57PM P5

DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

# WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #29
Date: 1/25/2006
Job: G001-030 POD G-1, L030 ROSEN

Description: Credit -Transom Windows

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Credit for Transom Window above doors @ Bedroom #4

| | | | |
|---|---|---|---|
| 1 | Credit -Transom Window | Credit -Transom Window | -605.00 |
| | | **TOTAL:** | **-$605.00** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____     _____
ALBANESE-POPKIN THE OAKS          Date

_____     _____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002074

Feb. 27 2006 05:57PM P6

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #17
Date: 8/12/2005
Job: G001-030 POD G-1, L030 ROSEN

Description: Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | |
|---|---|---|
| | | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | |
| | TOTAL: | -$210.00 |

APPROVED

CC: Dianne
Gary
Jim W.

COMPLETED _____

DISTRIBUTED _____

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date 8·12·05

ROSEN, KEVIN & STACEY          Date 8-15-15

Page 1 of 1

KROSEN - 002075

Feb. 27 2006 05:58PM P7

NOV-23-2005 WED 12:20 PM albanese

ROYAL PALM PLACE
FAX NO.

2005/11/23 09:04:39 Albanese-Popkin ¦619945613

PAGE 02
P. 12

Page:3/3

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #29
Date 11/23/2005
Job G001-030 POD G-1, L030 ROSEN

Description: Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Hold Over II Lemony
Omit Carpet in Master Suite.

| | | | |
|---|---|---|---|
| 1 Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | | 679.80 |
| 2 Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | | 143.78 |
| 3 Omit Carpet Master Suite | Omit Carpet Master Suite | | -1,240.00 |
| | | TOTAL: | -$116.42 |

COMPLETED _____

DISTRIBUTED _____

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☒ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          11/23/           Date

11-24-05

ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002076

Feb. 27 2006 05:56PM P1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## Letter of Transmittal

**To:** DIANNE CHAMBERLIN
(Albanese-Popkin Development)

**Subject:** Work Order #30 Appliances

**Transmittal #: 110**
**Date:** 2/27/2006
**Job:** G001-030 POD G-1, L030 ROSEN

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

**WE ARE SENDING YOU**   ☐ Attached          ☐ Under separate cover via None the following items:

☐ Shop drawings    ☐ Prints         ☐ Plans          ☐ Samples
☐ Copy of letter   ☑ Change order   ☐ Specifications  ☐ Other

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 2/27/06 | 30 | Upgrade to Stainless Appliance |

**THESE ARE TRANSMITTED as checked below:**

☑ For approval           ☐ Approved as submitted        ☐ Resubmit ___ copies for approval
☐ For your use           ☐ Approved as noted            ☐ Submit ___ copies for distribution
☐ As requested           ☐ Returned for corrections     ☐ Return ___ corrected prints
☐ For review and comment ☐ Other
☐ FOR BIDS DUE           ☐ PRINTS RETURNED AFTER LOAN TO US

**Remarks:** I have faxed a copy of this Work Order to Kevin.

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME       **Signature:** _____

If enclosures are not as noted, kindly notify us at once.                      Page 1 of 1

KROSEN - 002077

*Kevin D. Rosen*

10
B

**VIA FACSIMILE** & U.S. MAIL

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 - Additional High Hats and
Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile



KROSEN - 002079

P. 1

x x x Communication Result Report ( Jan. 26. 2006 7:20AM ) x x x

Fax Header)

Date/Time: Jan. 26. 2006 7:19AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7688 | Memory TX | | P.  2 | OK | |

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                   E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

*Kevin D. Rosen*

**VIA FACSIMILE** ■■■ **U.S. MAIL**

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 – Additional High Hats and Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002080

P. 1

* * * Communication Result Report ( Jan. 26. 2006 7:21AM ) * * *

Fax Header)

Date/Time: Jan. 26. 2006 7:19AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7689 | Memory TX | 4777113 | P. 2 | OK | |

---

Reason for error
   E. 1) Hang up or line fail      E. 2) Busy
   E. 3) No answer              E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size

*Kevin D. Rosen*

▮▮▮▮▮▮▮▮▮▮▮▮

VIA FACSIMILE ▮▮ U.S. MAIL

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 – Additional High Hats and Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc: Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮▮▮▮▮▮)

KROSEN - 002081

Feb. 27 2006 05:57PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33467
Ph : (561) 994-1375

## WORK ORDER

To:
   ROSEN, KEVIN & STACEY

Work Order #30
Date: 2/27/2006
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade to Stainless Appliance

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
   Upgrade to Appliances to Stainless Steel per attached list Dated 2-27-06

| | |
|---|---:|
| 1  Upgrade to Stainless Appliance | 2,536.44 |
| **TOTAL:** | **$2,536.44** |

# WORK ORDER MUST BE APPROVED WITH FULL PAYMENT WITHIN TEN (10) DAYS OTHERWISE IT WILL BE VOID AND WILL NOT BE REISSUED AT A LATER DATE

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   2/27/6
ALBANESE-POPKIN THE OAKS     Date

_____   _____
ROSEN, KEVIN & STACEY     Date

Page 1 of 1

KROSEN - 002082

Feb. 27 2006 05:57PM  P3

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

Lot # 30 G1
Rosen Residence
Date: 2-27-06
Work Order # 30

THE OAKS
at Boca Raton

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side W/ Water & Ice Dispenser # KSSC42QMS | 42" | Stainless | $ 1,406.21 |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | KitchenAid # KEBC207KSS | 30" | Stainless | $ 560.46 |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | GE Micro-CT # JEM31SF | 0.8 CF | Stainless | $ 91.86 |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | KitchenAid # KGCS166GSS | 36" | Stainless | $ 83.87 |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | KitchenAid # KUDI02FRSS | 24" | Stainless | $ 394.05 |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | |
| Washer | KitchenAid # KAWS850LQ | | White | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | WO#22 |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | WO#22 |
| | | | | Total Work Order #30 | | | $ 2,536.44 |

_____
Albanese Popkin The Oaks Development, LP   Date  2/27/6

_____
Mr. & or Mrs. Rosen          Date

KROSEN - 002083

ALBARESE-POPKIN THE OAKS

Contract Item Billing Summary

02-27-2006          Page 1
System Date: 02-27-2006
System Time: 3:50 pm

| Job | Contract Item Description | Original Contract | Approved Changes | Revised Contract | Billed | Cash Receipt | Buyer's Balance |
|---|---|---|---|---|---|---|---|
| G001 030 | Rosen, Kevin & Stacey | | | | | | |
| G001-030 | 60-00100 Upgrade Windows to Imp Glass | | 29,410.00 | 29,410.00 | 29,410.00 | 29,410.00 | |
| | 60-00200 Upgrade Staircase | | 19,283.00 | 19,283.00 | 19,283.00 | 19,283.00 | |
| | 60-00300 Add in wall Pest Control | | 659.30 | 659.30 | 659.30 | 659.30 | |
| | 60-00400 Gas Line for Future Barbeque | | 552.50 | 552.50 | 552.50 | 552.50 | |
| | 60-00500 Upgrade dining Room Columns | | 388.45 | 388.45 | 388.45 | 388.45 | |
| | 60-00600 Speaker system | | 2,975.00 | 2,975.00 | 2,975.00 | 2,975.00 | |
| | 60-00700 Radio Back-up for Alarm | | 998.75 | 998.75 | 998.75 | 998.75 | |
| | 60-00800 Structure Cabling | | 72.25 | 72.25 | 72.25 | 72.25 | |
| | 60-00900 TV Outlet | | 583.95 | 583.95 | 583.95 | 583.95 | |
| | 60-01000 Add angled archway in living r | | 1,385.50 | 1,385.50 | 1,385.50 | 1,385.50 | |
| | 60-01100 Plumbing | | 2,704.70 | 2,704.70 | 2,704.70 | 2,704.70 | |
| | 60-01200 Pavers - Revised | | 1,692.35 | 1,692.35 | 1,692.35 | 1,692.35 | |
| | 60-01300 Fence | | 3,793.55 | 3,793.55 | 3,793.55 | 3,793.55 | |
| | 60-01400 Granite Upgrades | | 446.25 | 446.25 | 446.25 | 446.25 | |
| | 60-01500 Electrical Revision | | 2,681.76 | 2,681.76 | 2,681.76 | 2,681.76 | |
| | 60-01600 Marble & Tile Flooring | | 210.00- | 210.00- | 210.00- | | 210.00- |
| | 60-01700 Credit Powder Rm Mirror | | 102.00 | 102.00 | 102.00 | 102.00 | |
| | 60-01800 MOR '8 Master Shower Enclosure | | 5,335.45 | 5,335.45 | 5,335.45 | 5,335.45 | |
| | 60-01900 Pool Upgrade | | 431.80 | 431.80 | 431.80 | 431.80 | |
| | 60-02000 Pool Tile Upgrade | | 9,948.82 | 9,948.82 | 9,948.82 | 9,948.62 | |
| | 60-02100 Cabinet Upgrades | | 837.90 | 837.90 | 837.90 | 837.90 | |
| | 60-02200 Appliance Upgrades | | 255.00 | 255.00 | 255.00 | 255.00 | |
| | 60-02300 Kitchen Counter Top Upgrades | | 2,269.50 | 2,269.50 | 2,269.50 | 2,269.50 | |
| | 60-02500 Upgrade Exterior Columns | | 116.42- | 116.42- | 116.42- | | 116.42- |
| | 60-02600 Carpet Changes | | 1,628.60 | 1,628.60 | 1,628.60 | -,628.60 | |
| | 60-02700 Change Bath # 4 Shower to Tub | | 416.50 | 416.50 | 416.50 | 416.50 | |
| | 60-02800 Additional High Hats & Elect | | 605.00- | 605.00- | 605.00- | | 605.00- |
| | 60-02900 Credit - Transom Windows | | 2,536.44 | 2,536.44 | 2,536.44 | | 2,536.44 |
| | 60-03000 Upgrade to Stainless Steel | | | | | | |
| | **Totals** | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| Report Totals: | REPORT TOTALS | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| | | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |

KROSEN - 002084

FROM : (5 [redacted]
ALBA
DEVELOPMENT GROUP, L.P.
BOCA RATON, FL 33487
Ph : (561) 994-1375

Feb. 27 2006 05:57PM P5

## WORK ORDER

To:
ROSEN, KEVIN & STACEY
[redacted]

Work Order #29
Date: 1/25/2006
Job: G001-030 POD G-1, L030 ROSEN

Description: Credit - Transom Windows

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit for Transom Window above doors @ Bedroom #4

| | | | | |
|---|---|---|---|---|
| 1 | Credit -Transom Window | Credit -Transom Window | | -605.00 |
| | | | TOTAL: | -$605.00 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

FROM :

Feb. 27 2006 05:57PM P6

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #17
Date: 8/12/2005
Job: G001-030 POD G-1, L030 ROSEN

Description:   Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | |
|---|---|---|
| | | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | |
| | TOTAL: | -$210.00 |

APPROVED

C.C. Diane
Gary
Jim W.

COMPLETED _____
DISTRIBUTED _____

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  8-12-05
ALBANESE-POPKIN THE OAKS        Date

_____  8-15-05
ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002086

FROM :          11/22/2005  19:45    15613528265          Feb. 27 2006 05:58PM  P7

NOV-23-2005 WED 12:20 PM albanese          ROYAL PALM PLACE          PAGE  02
                                                FAX NO.                    P. 12
2005/11/23 09:04:39  Albanese-Popkin  619945613          Page:5/5

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 894-1375

### WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #29
Date  11/23/2005
Job  G001-030 POD G-1, L030 ROSEN

Description:  Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Hold Over II Lemony
Omit Carpet in Master Suite.

| 1 | Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | 679.80 |
| 2 | Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | 143.78 |
| 3 | Omit Carpet Master Suite | Omit Carpet Master Suite | -1,240.00 |
| | | TOTAL: | -$116.42 |

COMPLETED _____

DISTRIBUTED _____

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☒  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          11/23/y    Date

11-24-05
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002087

FROM :

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

Feb. 27 2006 05:56PM P1

## Letter of Transmittal

**To:** DIANNE CHAMBERLIN
(Albanese-Popkin Development)

**Subject:** Work Order #30 Appliances

**Transmittal #:** 110
**Date:** 2/27/2006
**Job:** G001-030 POD G-1, L030 ROSEN

*561-361-9540*

**WE ARE SENDING YOU**
☐ Attached
☐ Shop drawings ☐ Prints
☐ Copy of letter ☑ Change order

☐ Under separate cover via None the following items:
☐ Plans ☐ Samples
☐ Specifications ☐ Other

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 2/27/06 | 30 | Upgrade to Stainless Appliance |

**THESE ARE TRANSMITTED as checked below:**

☑ For approval
☐ For your use
☐ As requested
☐ For review and comment
☐ FOR BIDS DUE

☐ Approved as submitted
☐ Approved as noted
☐ Returned for corrections
☐ Other
☐ PRINTS RETURNED AFTER LOAN TO US

☐ Resubmit ___ copies for approval
☐ Submit ___ copies for distribution
☐ Return ___ corrected prints

**Remarks:** I have faxed a copy of this Work Order to Kevin.

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME      **Signature:** _____

If enclosures are not as noted, kindly notify us at once.

Page 1 of 1

KROSEN - 002088

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Sprint<br>Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment                    RE: The Oaks, Pod G-1, Lot 30 – Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 6

### Comments:

Dear Jim, Dianne and Roger,

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday.  Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint.  I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002089

P. 1

※ ※ ※ Communication Result Report ( Jan. 25. 2006 9:33AM ) ※ ※ ※

Fax Header)

Date/Time: Jan. 25. 2006 9:30AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7667 | Memory TX | ▮▮▮ | P. 6 | OK | |

----------------------------------------------------------------

```
Reason  for  error
    E. 1)  Hang  up  or  line  fail              E. 2)  Busy
    E. 3)  No  answer                            E. 4)  No  facsimile  connection
    E. 5)  Exceeded  max.  E-mail  size
```

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Spini Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ▮▮▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 6

**Comments:**

Dear Jim, Dianne and Roger.

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday. Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint. I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002090

P. 1

x  x  x  Communication Result Report ( Jan. 25. 2006  9:31AM ) x  x  x

Fax Header)

Date/Time: Jan. 25. 2006  9:30AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7666 | Memory TX | ■■■■■■■ | P.  6 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Sprint Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ■■■■■ |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 6

Comments:

Dear Jim, Dianne and Roger,

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday. Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint. I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002091

 **MAIL**

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 24 Jan 2006 17:13:00 -0800 (PST) |
| **From:** | "kevin rosen" ██████████████████ |
| **Subject:** | Fwd: Work Order #28 |
| **To:** | "James Walter" ██████████████ |
| **CC:** | "Dianne Chamberlin" < █████████████ |

Hi Jim,

I reviewed the Work Order. Two things: (1) The Work Order does not reflect a 15% discount; and (2) I recollect, based upon our phone call of today, that you were going to apply my outstanding credits (i.e. master carpet credit, powder room credit, and impact glass transom balcony #4 credit [amt. to be advised by you], against this Work Order which wasn't done.

For the sake of getting this Work Order signed-off to Roger, I really don't care whether you apply the outstanding credits to the next work order and I hand write the 15% discount ($73.50) off the total and fax it back to you. If I don't hear from you by 9:00 a.m. on Wednesday, Jan. 25, I will write the discount on the Work Order and fax it back to you and Dianne with a check to follow later this week.

Kevin


--- Jim Walters < ███████████████████ > wrote:

> Subject: Work Order #28
> Date: Tue, 24 Jan 2006 17:20:33 -0500
> From: "Jim Walters" ██████████
> To: "kevin rosen" < █████████████
>
> Sorry I missed the 5:00 PM deadline.
>
> Jim
>


Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com


Attachments

Files:

📎 **Work_Order__28.tif** (84k)

KROSEN - 002092

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33467
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #28
Date: 1/24/2006
Job: G001-030  POD G-1, L030 ROSEN

Description:   Additional High Hats & Elect.

ALBANESE-POPKIN THE OAKS submits a WORK ORDER  for the following changes in work:

Add 3 High Hats in Living Room on Existing Switch
Add 1 Outlet for TV

| 1 Additional High Hats & Elect. | Additional High Hats & Elect. | 490.00 |
|---|---|---|

TOTAL:   $490.00

*Less 15% discount per Contract Specifications*   − $ 73.50

*Total $ 416.50*

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   1/24/06
ALBANESE-POPKIN THE OAKS          Date

_____   1-25-06
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002093

Yahoo! Mail - k█████████████████

Page 1 of 1

# YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Subject:** | Work Order #28 |
| **Date:** | Tue, 24 Jan 2006 17:20:33 -0500 |
| **From:** | "Jim Walters" <█████████████ |
| **To:** | "kevin rosen" <█████████████ |

Sorry I missed the 5:00 PM deadline.

Jim

---

### Attachments

Files:

📎 **Work_Order__28.tif** (84k)

http://us.f545.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=5584_369291_43708_1392_8...   1/24/2006

KROSEN - 002094

JAN-13-2006 FRI 10:04 AM Albanese-Popkins          FAX NO.               P. 02



KROSEN - 002095

Albanese-Popkin The Oaks Development
Boca Raton, Florida 33487
Phone: (561) 477-7330
Fax:    (561) 477-7113



THE OAKS
at Boca Raton

To: Kevin Rosen          From: Roger Sprint.

Fax: ▮          Pages: 2,

Phone: ▮          Date: 1-13-06

Re: 306-1          CC:

☑ Urgent  ☑ For Review  ☐ Please Comment  ☑ Please Reply  ☐ Please Recycle

message:

Kevin.

        Hello. I met with
Ralph from Traylor Electric
and said to only add
6 regular High Hats instead
of mini's He mentioned from
your suggestion that it would
be very expensive to add 20
High hats or mini's. Please
review and advise.

                Thank You.
cell 561-239-5541          Roger Sprint.

KROSEN - 002096



*Kevin D. Rosen*

**VIA FACSIMILE :**     **& U.S. MAIL**

January 3, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #27 - Change Bath #4 Shower to Tub with check #2554 in the amount of $1,628.60. Once again, please pass along my appreciation to Gary for his override and waiver of the $750.00 change order fee.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

JAN-03-2006 TUE 03:12 PM Albanese-Popkins          FAX NO.          P. 02

FROM : (561)994-5613          FAX NO. :561-994-5613          Jan. 03 2006 03:29PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1376

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #27
Date: 1/3/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:   Change Bath #4 Shower to Tub

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Change Bath #4 Shower to a Kohler #K715/716 Tub in White including tub faucet.
*After Rough.

| | | |
|---|---|---|
| 1 Change Bath #4 Shower to Tub | Change Bath #4 Shower to Tub | 1,918.00 |
| 2 15% Discount per agreement | 15% Discount | -287.40 |
| | **TOTAL:** | **$1,628.60** |

*Faucet to Match Bath #3 hardware
+ Divert
Spout
+ Handle

Kohler
KT395-4
Polished Chrome

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   1/3/6          _____   1-3-06
ALBANESE-POPKIN THE OAKS   Date          ROSEN, KEVIN & STACEY   Date

Page 1 of 1



KROSEN - 002099

JAN-03-2006 TUE 03:12 PM Albanese-Popkins     FAX NO. 5614777113     P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|-----|------------------------|-------|-------------------|
| Fax: |  | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 1/03/06 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the work order for changing from a shower to a tub in bath # 4.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002100

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/02/2006 05:30
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME              01/02  05:29
        FAX NO./NAME
        DURATION              00:00:51
        PAGE(S)               04
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

KROSEN - 002101

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 01/02/2006 05:31
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 1
                                    TEL   : 1
                                    SER.# : BROKIJ739433
```

```
DATE,TIME                01/02  05:30
FAX NO./NAME
DURATION                 00:00:50
PAGE(S)                  04
RESULT                   OK
MODE                     STANDARD
                         ECM
```

KROSEN - 002102

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 01/02/2006 05:32
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK1J739433
```

```
DATE,TIME                    01/02  05:31
FAX NO./NAME
DURATION                     00:00:51
PAGE(S)                      04
RESULT                       OK
MODE                         STANDARD
                             ECM
```

KROSEN - 002103

# Fax Cover Sheet

| **Send to:** | **From:** |
|---|---|
| Jack Miller<br>Kitchen Art | Kevin D. Rosen, Esq. |
| Fax Number: 561-852-6334 | Date: December 27, 2005 |
| Phone Number: 954-520-1715 | Phone Number: ▮ |

- ❏ Urgent
- ❏ Reply ASAP
- ❏ Please comment
- ☒ Please Review
- ❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 – Rosen

Total pages, including cover: 1

**Comments:**

Dear Jack,

Thank you for speaking with me today about the cabinet heights in the bathrooms. Please order the cabinets as follows:

1. Master 34 ½" Tall plus Tops

2. Guest/Den (1st Floor): 34 ½" Tall plus Top

3. Powder (1st Floor): 34 ½" Tall plus Top

4. Cabana (1st Floor): 31 5/8" Tall plus Top

5. Baths 3, 4 and 5 (2nd Floor): 31 5/8" Tall plus Tops

Thank you for your flexibility in handling this without charge to us.

Happy Holidays to you and your family!

Kevin

12-27-05

TRANSMISSION VERIFICATION REPORT

```
TIME  : 12/27/2005 04:00
NAME  : ROYAL PALM PLACE
FAX   : █████████████
TEL   : █████████████
SER.# : BROK1J739433
```

```
DATE,TIME           12/27  04:00
FAX NO./NAME        ████████████
DURATION            00:00:19
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

```
┌─────────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT                │
└─────────────────────────────────────────────────┘

                          TIME  : 12/27/2005 04:01
                          NAME  : ROYAL PALM PLACE
                          FAX   : ██████████
                          TEL   :
                          SER.# : BROK1J739433
```

```
┌───────────────────────────────────────────────────────────────────┐
│                                                                     │
│   DATE,TIME            12/27  04:01                                  │
│   FAX NO./NAME         █████████                                     │
│   DURATION             00:00:19                                      │
│   PAGE(S)              01                                            │
│   RESULT               OK                                            │
│   MODE                 STANDARD                                      │
│                        ECM                                           │
│                                                                     │
└───────────────────────────────────────────────────────────────────┘
```

KROSEN - 002106

Case 2:09-md-02047-EEF-MBN Document 22363-51 Filed 11/18/19 Page 36 of 167
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2019 Page 39 of 395
of 526

DEC-08-2005 THU 02:39 PM albanese      FAX NO.      P. 01

7768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** |  | **Pages:** | 3 Including Cover Sheet |
| **phone** | | **Date:** | 12/08/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

The following is the revised appliance work order. Please sign, and fax back to my attention.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002107

DEC-08-2005 THU 02:39 PM albanese                    FAX NO.                      P. 02

FROM : (561)994-5613        FAX NO. :561-994-5613        Dec. 08 2005 03:26PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                                 Work Order #22
ROSEN, KEVIN & STACEY               Date: 11/14/2005
                                    Job: G001-030 POD G-1, L030 ROSEN

**Description:**  Appliance Upgrades

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Appliance Upgrades per attached list dated 11-7-05 and Revised 12-7-05

| | | | |
|---|---|---|---|
| 1 | Appliance Upgrades | Appliance Upgrades per attached list dated 11-7-05 and Revised 12-7-05 | 1,428.80 |
| 2 | 15% Discount | 15% Discount per agreement | -214.32 |
| | | **TOTAL:** | $1,214.48 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____        12/8/5        _____        _____
ALBANESE-POPKIN THE OAKS        Date          ROSEN, KEVIN & STACEY              Date

Page 1 of 1

KROSEN - 002108

DEC-08-2005 THU 02:39 PM albanese          FAX NO.                P. 03

FROM : (561)994-5613          FAX NO. :561-994-5613          Dec. 08 2005 03:26PM P3

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-4375
Fax   (561) 994-5613

THE OAKS
at Boca Raton

Lot # 30 G1
Rosen Residence
Date: 11-4-05 Revised 11-7-05 & 12-7-05
Work Order # 22

| Kitchen Appliance | Size | Color | Standard | Upgrade | Size | Color | Price $ |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | 42" | Black | KitchenAid # KSSS42QMB | KitchenAid Refrigerator Side By Side Without Water Dispenser # KSSS42F0X | 42" | Paneled | $ 67.75 / $ 838.37 |
| Double Oven | 30" | Black | KitchenAid # KEBC207KBL | | | | |
| Microwave | 0.8 CF | Black | GE Micro-CT # JEW919FBB | | | | |
| Gas Cooktop | 35" | Black | KitchenAid # KGCS166GBL | | | | |
| Dishwasher | 24" | Black | KitchenAid # KUDI02IRBL | B. Aluminum | | | |
| Slide Out Hood | 36" | | KitchenAid CVTB 350 CFM Wall Hood # KHMC055YBA | KitchenAid Hood Trim Kit # 4396204 Whirlpool 8 Cycle 3 Temp Dual Washer # GHW915PW | 36" | Black | $ 522.70 |
| Washer | | White | KitchenAid # KAWS850LQ | | 27" | White | $ 1,428.80 |
| Dryer | | White | KitchenAid # KEYS850LQ | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | $ 214.32 |
| 15% Discount | | | | | | | $ 1,214.48 |
| Total | | | | | | | |

Albanese Popkin The Oaks Development, LP   Date  12/8/

Mr. & or Mrs. Rosen          Date

KROSEN - 002109



KROSEN - 002110

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: November 28, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☒ Please Review
☐ For your Information

Total pages, including cover:  3

**Comments:**

Dear Jim and Dianne:

I have enclosed a signed copy of Memo #40 - Counter Tops 4X4 Color signed on 11/28/05.

Kevin

KROSEN - 002111

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/27/2005 03:34
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME                   11/27  03:33
        FAX NO./NAME
        DURATION                    00:00:39
        PAGE(S)                     03
        RESULT                      OK
        MODE                        STANDARD
                                    ECM
```

KROSEN - 002112

TRANSMISSION VERIFICATION REPORT

```
TIME  : 11/27/2005 03:35
NAME  : ROYAL PALM PLACE
FAX   : ████████████
TEL   : ████████████
SER.# : BROK1J739433
```

```
DATE,TIME         11/27  03:34
FAX NO./NAME      ██████████
DURATION          00:00:54
PAGE(S)           03
RESULT            OK
MODE              STANDARD
                  ECM
```

KROSEN - 002113

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/27/2005 03:36
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
     DATE,TIME                    11/27  03:35
     FAX NO./NAME
     DURATION                     00:00:39
     PAGE(S)                      03
     RESULT                       OK
     MODE                         STANDARD
                                  ECM
```

KROSEN - 002114

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 25, 2005
Pages: 1
Memo # 40
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                    Subject: **COUNTER TOPS 4 X 4 COLOR**
From: Dianne Chamberlin

Hi Kevin,

Per our meeting back on September, the following is the color selection for your 4 x 4 counter top for your secondary bathrooms in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

**Counter Top Color:**

Bath # 3: Gold 4 x 4 tumbled
Bath # 4: DV 4 x 4 tumbled
Bath # 5: Noche 4 x 4 tumbled
Guest Bathroom: Classic 4 x 4 tumbled
Cabana: Gold 4 x 4 tumbled

11-28-05

_____          _____
Approved                         Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002115

NOV-28-2005 MON 10:33 AM albanese          FAX NO.                    P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 11/28/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following are your 4 x 4 tumble marble selections for your counter tops. Please note, according to Just Tile and Marble's selections, the color for bath # 4 is ' DV " instead of " Nuvolato ". If this information is correct, please sign and fax back the memorandum.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002116

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: November 24, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❏  Urgent
❏  Reply ASAP
❏  Please comment                        RE:  The Oaks, Pod G-1, Lot 30 - Rosen
☒  Please Review
❏  For your Information

Total pages, including cover:  3

**Comments:**

Dear Jim and Dianne:

I have enclosed a signed copy of Memo #39 - Carpet dated 11/08/05 and the corresponding Work Order #26 - Carpet Changes dated 11/23/05.

Kevin

KROSEN - 002117

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #26
Date  11/23/2005
Job   G001-030  POD G-1, L030 ROSEN

**Description:**   Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Held Over II Lemony
Omit Carpet in Master Suite.

| | | | |
|---|---|---|---:|
| 1 Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | | 979.80 |
| 2 Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | | 143.78 |
| 3 Omit Carpet Master Suite | Omit Carpet Master Suite | | -1,240.00 |
| | | **TOTAL:** | -$116.42 |

Ⓡ  SCHEDULE IMPACT

Ⓡ  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          11/23/   Date

ROSEN, KEVIN & STACEY          Date    11-24-05

Page 1 of 1

KROSEN - 002118

NOV-15-2005 TUE 02:17 PM albanese          FAX NO.                    P. 02

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: November 8, 2005
Pages: 1
Memo # 39
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin                    Subject: CARPET

Hi Kevin,

Per your meeting with Sue at Carpet Connection, the following is your standard carpet selection for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### FLOORING:

Carpet:

LOFT & BRIDGE: NEW GENERATION COLOR SAND TREASURE OVER 3/8 REBOND PAD.

BEDROOM # 3: HELD OVER II COLOR LEMONY OVER 3/8 REBOND.

BEDROOM # 4: WARRIER COLOR TOMAHAC GRAY OVER 3/8 REBOND.

BEDROOM # 5: WARRIER COLOR NEW EARTH OVER 3/8 ROBOND PAD.

_____                    11-24-05
Approved                                    Date

1200 S Rogers Circle #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002119

TRANSMISSION VERIFICATION REPORT

```
TIME    : 11/22/2005 19:46
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433
```

```
DATE,TIME        11/22  19:45
FAX NO./NAME
DURATION         00:00:55
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

KROSEN - 002120

TRANSMISSION VERIFICATION REPORT

```
TIME  : 11/22/2005 19:45
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME          11/22  19:44
FAX NO./NAME
DURATION           00:00:40
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002121

TRANSMISSION VERIFICATION REPORT

```
TIME    : 11/22/2005 19:42
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433
```

```
DATE,TIME       11/22  19:41
FAX NO./NAME
DURATION        00:00:40
PAGE(S)         03
RESULT          OK
MODE            STANDARD
                ECM
```

KROSEN - 002122

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/22/2005 19:44
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME          11/22  19:43
FAX NO./NAME
DURATION           00:00:55
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002123



***Kevin D. Rosen***

101
Boc

**VIA FACSIMILE 5          & U.S. MAIL**

November 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #25 - Upgrade Exterior Columns with check #2532 in the amount of $2,269.50. I have selected this upgrade with the understanding that I am not charged a change fee for upgrading the exterior columns from standard to Corinthian Capitols.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002124

NOV-23-2005 WED 12:19 PM albanese      FAX NO.     P. 11
2005/11/23 09:04:39  Albanese-Popkin 5619945613    Page.2/3

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #25
Date. 11/23/2005
Job G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade Exterior Columns

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade All Exterior Columns to Corrithian Capitols.

| | | | |
|---|---|---|---|
| 1 Upgrade Exterior Columns | Upgrade Exterior Columns | | 2,670.00 |
| 2 15% Discount per Agreement | 15% Discount | | -400.50 |
| | | TOTAL: | $2,269.50 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  11/23/__      _____  11-26-05
ALBANESE-POPKIN THE OAKS    Date      ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002125

**Bank of America Advantage**

KEVIN D. ROSEN
STACEY A. ROSEN
101 PLAZA REAL SOUTH, APT. 313
BOCA RATON, FL 33432

2532

63-27/631 FL
875

Date 11-26-05

Pay Albanese Popkin The Oaks Development Group $ 2,269.50
to the order of

Two Thousand Two Hundred Sixty Nine ⁵⁰/₁₀₀ Dollars

**Bank of America**

ACH R/T 063100277

Lot 30 G#
More Vedra
The Oaks

Memo Not 25 - Upgrade Exterior Columns

MP

KROSEN - 002126

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 11/24/2005 19:41
                                    NAME   : ROYAL PALM PLACE
                                    FAX    : ▇▇▇▇▇▇▇▇▇▇
                                    TEL    : ▇▇▇▇▇▇▇▇▇▇
                                    SER.#  : BROK1J739433
```

```
DATE,TIME              11/24  19:41
FAX NO./NAME           ▇▇▇▇▇▇▇▇▇
DURATION               00:00:39
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002127

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME  : 11/24/2005 19:40
NAME  : ROYAL PALM PLACE
FAX   : 1
TEL   : 1
SER.# : BROK1J739433
```

```
DATE,TIME        11/24  19:39
FAX NO./NAME
DURATION         00:00:52
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

KROSEN - 002128

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/24/2005 19:38
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME               11/24  19:37
FAX NO./NAME
DURATION                00:00:32
PAGE(S)                 03
RESULT                  OK
MODE                    STANDARD
                        ECM
```

KROSEN - 002129

TRANSMISSION VERIFICATION REPORT

```
                          TIME : 11/24/2005 19:39
                          NAME : ROYAL PALM PLACE
                          FAX  :
                          TEL  :
                          SER.# : BROK1J739433
```

```
DATE,TIME            11/24  19:38
FAX NO./NAME
DURATION            00:00:39
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 002130

*Kevin D. Rosen*

10
Bo

**VIA FACSIMILE** ▮▮▮ **& U.S. MAIL**

November 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following Work Orders and checks:

1.  Work Order #21 - Upgrade Cabinets with check #2515 in the amount of $9,948.82.

2.  Work Order #22 - Appliance Upgrades with check #2516 in the amount of $837.90.

3.  Work Order #23 - Kitchen Counter Top Upgrade with check #2517 in the amount of $255.00.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮

2005/11/14 16:22:38  Albanese-Popkin 5619945613          Page:1/5

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #21**
**Date:** 11/7/2005
**Job:** G001-030  POD G-1, L030 ROSEN

**Description:**   Cabinet Upgrades

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:
Upgrade Cabinets per attached list dated 11-7-05

| | | |
|---|---|---:|
| 1  Cabinet Upgrades | Cabinet Upgrades per attached list dated 11-7-05 | 11,704.50 |
| 2  15% Discount | 15% Discount per agreement | -1,755.68 |
| | **TOTAL:** | **$9,948.82** |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   11/14/15     _____ 11-14-05
ALBANESE-POPKIN THE OAKS     Date           ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002132

## Albanese-Popkin The Oaks Development Group, LP

**1200 South Rogers Circle, #11**
**Boca Raton, Florida 33487**
Phone  (561) 994-1375
Fax      (561) 994-5613



**LOT # 30 G-1**
**Residence - Rosen**
**Work Order #21**
**Date: 9-22-05**
**Revised 11-7-05**

| ROOM | DESCRIPTION | UPGRADE |
|------|-------------|---------|
| CABINETRY | | |
| Kitchen | Base Level 5 | $          - |
| | Cherry Premium on above | $  1,087.50 |
| | Bump and Raise Hood Area | $     630.00 |
| | Glass doors with finished interior in above (2) | $     675.00 |
| | False Doors & Frun. Base on back of Sink Island | $  2,700.00 |
| | Applied Corbels on Island (2) | $  1,350.00 |
| | Drawer Bank Below of Cooktop | $     270.00 |
| | Wood Panels on Ref | $  1,725.00 |
| | False Doors on end runs (Standard SM Island) (2) | $     480.00 |
| | Double Trash PO | $     270.00 |
| | Micro Tower Cabinet | $     577.50 |
| | Rollouts Shelves (6) | $     675.00 |
| | Convert Standard Cabinet to Drawer Bank | $     270.00 |
| Master Bath | Base Level 5 Haze | $          - |
| | Convert  Base cabinets to Drawer Bank (2) | $     540.00 |
| Cabana | Base Level 3 with Haze Pedistol Std | $          - |
| | Plywood Top Ready for tile B/O | $          - |
| Bath # 3 | Base Level 3 with Haze | $          - |
| | Plywood Top Ready for tile B/O | $          - |
| Guest Bath | Base Level 3 with Haze | $          - |
| | Plywood Top Ready for tile B/O | $          - |
| Powder Room | Base Level 3 with Haze | $          - |
| | Upgrade to Level 6 | $     453.00 |
| Laundry | Base Level 2 Foil w/ Laminate Top & 4" Splash | $          - |
| | | $ 11,704.50 |
| | 15% Discount | $ (1,755.68) |
| | **Total Work Order #21** | **$9,948.82** |

_(signature)_   11/14/5                          _(signature)_   11-14-05
Albanese Popkin The Oaks Development, LP    Date        Mr. & or Mrs. Rosen    Date

_Attachment to WO #21_
_dated 11-7-05_

KROSEN - 002133

2005/11/14 16:22:38 Albanese-Popkin 5619945613 Page:3/5

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #22
**Date:** 11/14/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Appliance Upgrades

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Appliance Upgrades per attached list dated 11-7-05

| | | | |
|---|---|---|---|
| 1 | Appliance Upgrades | Appliance Upgrades per attached list dated 11-7-05 | 985.76 |
| 2 | 15% Discount | 15% Discount per agreement | -147.86 |
| | | **TOTAL:** | **$837.90** |

*Jim,*
*Please order black*
*trim / handles for*
*refrigerator. Thanks!*
*Kevin*

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date          ROSEN, KEVIN & STACEY          Date

11/14/8                                                 11-14-05

Page 1 of 1

KROSEN - 002134

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

**Lot # 30 G1**
**Rosen Residence**
**Date: 11-4-05  Revised 11-7-05**
**Work Order # 22**

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side Without Water Dispenser # KSSS42FMX | 42" | B. Aluminum | $ (443.04) |
| | | | | | | Black | |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | | | | |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | | | | |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | | | | |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | | | | |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | KitchenAid Hood Trim Kit # 4360204 | 36" | Black | $ 67.73 |
| | | | | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | $ 838.37 |
| Washer | KitchenAid # KAWS850LQ | | White | | | | |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | $ 522.70 |
| | | | | | | | $ 985.76 |
| | 15% Discount | | | | | | $ 147.86 |
| | Total | | | | | | $ 837.90 |

_____     _____
Albanese Popkin The Oaks Development, LP      Date

_____     1/14/05
Mr. & or Mrs. Rosen                          Date

KROSEN - 002135

2005/11/14 16:22:39  Albanese-Popkin 5619945613

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #23**
**Date:** 11/14/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Kitchen Counter Top Upgrade

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Add Bump Out at Cooktop in Beveled Edge.

| | | | |
|---|---|---|---|
| 1 | Kitchen Counter Top Upgrade | Kitchen Counter Top Upgrade | 300.00 |
| 2 | 15% Discount | 15% Discount per agreement | -45.00 |
| | | **TOTAL:** | **$255.00** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  11/14/__        _____  11-14-05
ALBANESE-POPKIN THE OAKS    Date            ROSEN, KEVIN & STACEY         Date

Page 1 of 1

KROSEN - 002136







TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/13/2005 04:27
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
      DATE,TIME              11/13  04:25
      FAX NO./NAME
      DURATION              00:02:16
      PAGE(S)               07
      RESULT                OK
      MODE                  STANDARD
                            ECM
```

KROSEN - 002138

TRANSMISSION VERIFICATION REPORT

```
TIME  : 11/13/2005 04:22
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME          11/13  04:20
FAX NO./NAME
DURATION           00:02:17
PAGE(S)            07
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002139

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/13/2005 04:25
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME         11/13  04:23
FAX NO./NAME
DURATION          00:01:43
PAGE(S)           07
RESULT            OK
MODE              STANDARD
                  ECM
```

KROSEN - 002140

NOV-15-2005 TUE 02:17 PM albanese     FAX NO.     P. 02

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: November 8, 2005
Pages: 1
Memo # 39
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin     **Subject: CARPET**

Hi Kevin,

Per your meeting with Sue at Carpet Connection, the following is your standard carpet selection for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### FLOORING:

Carpet:

LOFT & BRIDGE: NEW GENERATION COLOR SAND TREASURE OVER 3/8 REBOND PAD.

BEDROOM # 3: HELD OVER II COLOR LEMONY OVER 3/8 REBOND.

BEDROOM # 4: WARRIER COLOR TOMAHAC GRAY OVER 3/8 REBOND.

BEDROOM # 5: WARRIER COLOR NEW EARTH OVER 3/8 ROBOND PAD.

Approved _____     Date _____

1200 S Rogers Circle #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002141

NOV-15-2005 TUE 02:17 PM albanese       FAX NO.       P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
at Boca Raton

# Fax



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 11/15/05 |
| Cc: | | RE: | |

☐ Urgent   X for Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Kevin,

The following is the memo selection for your carpet selection. Please review, sign, and fax it back to my attention.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002142



October 31, 2005

Mr. and Mrs. Kevin Rosen

Dear Kevin and Stacey;

Through the development of our model homes in the Oak Point Estates, we have enhanced the layout of the kitchen in the Monte Verde Model series. Even though your slab has been poured, we wanted to give you the opportunity for this enhancement. We have attached a plan of the revision for your review. We are offering you the chance to alter your home to include these changes now before the slab is poured.

I am sure you are aware that home prices have dramatically increased since you purchased your home, the price of this kitchen change is just one of the factors that increased the price. That cost for this change will be $15,200.00 which includes additional cabinets at the standard Level 5 and additional Level 1 granite countertops.

Please notify your design coordinator if you are interested in proceeding with this upgrade. Time is of the essence and this offer will only be available until November 15th, 2005.

Sincerely,

Gavin Guinan
V.P. of Operations

**ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP**
1200 S. Rogers Circle #11 • Boca Raton, FL 33487
Telephone: (561) 994-1375  Facsimile: (561) 997-2626

KROSEN - 002143



LOT 27 — THE OAKS
Scale ⅜: 1'0"

KITCHEN — FLOOR PLAN

fridge & freezer

shelves

cook top

Dishwasher

KROSEN - 002144



KITCHEN ISLAND— ELEVATION N

(1) Drawer

(2) doors
w/ shelves

KITCHEN — ELEVATION B

Dishwasher

wood panels

KITCHEN ISLAND— ELEVATION M

KITCHEN — ELEVATION O

LOT 27 — THE OAKS
Scale ⅜: 1'0"

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE:  The Oaks, Pod G-1, Lot 30 – Rosen
❑ Please Review
❑ For your Information

Total pages, including cover:  2

**Comments:**

Dear Jim and Dianne:

We have decided against mullions.  Per Dianne's request, I have written "no mullions" on the kitchen drawing, a copy of which is attached.

Kevin

KROSEN - 002146



KROSEN - 002147

TRANSMISSION VERIFICATION REPORT

TIME : 10/20/2005 21:24
NAME : ROYAL PALM PLACE
FAX  :
TEL  :
SER.# : BROK1J739433

DATE,TIME          10/20  21:23
FAX NO./NAME
DURATION           00:00:51
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM

KROSEN - 002148

TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/20/2005 21:25
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME              ██████ ██:25
FAX NO./NAME
DURATION               00:00:41
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002149

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 10/20/2005 21:23
                                        NAME  : ROYAL PALM PLACE
                                        FAX   :
                                        TEL   :
                                        SER.# :
```

```
        DATE,TIME              10/20  21:22
        FAX NO./NAME
        DURATION              00:00:41
        PAGE(S)               02
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

KROSEN - 002150

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☑ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002151



NEED
SELECTION
STILL TRUE
9-30-05
YES
10-14-05

| Cabinets | AVON |
| Door | PROVIDENCE |
| DR HDW | 1586 - WN |
| DRW HDW | |
| Counter | 7494-58 CARRARA MICA |
| Approved By: | |
| Date: | |

Address
The Oaks
Lot 30 G1 - Rosen Residence
Laundry Layout
5-5-05 (MF)

W3041    W2741    DRIP PIN
30-DRYER    30-WASHER    B16R
FS    BS30

108"
Drip Rod
Behind Valance

Note: This drawing is an artistic
interpretation of the general appearance of
the design. It is not meant to be an exact
rendition.

KITCHEN ART
Designed: 8/17/2005
Printed: 8/17/2005

LOT 30 G1 - Rosen Residence - Laundry    View 1    Drawing #: 1

08/29/2005  12:47

KROSEN - 002152

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 10/14/2005 18:32
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME              10/14  18:32
FAX NO./NAME
DURATION               00:00:50
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☒ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002153

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/14/2005 18:35
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME           10/14  18:34
FAX NO./NAME
DURATION            00:00:50
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☑ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002154

```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘
                          TIME   : 10/14/2005 18:31
                          NAME   : ROYAL PALM PLACE
                          FAX    :
                          TEL    :
                          SER.#  : BROK1J739433
```

```
DATE,TIME              10/14   18:30
FAX NO./NAME
DURATION               00:00:38
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☑ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME   : 10/14/2005 18:34
                                    NAME   : ROYAL PALM PLACE
                                    FAX    :
                                    TEL    :
                                    SER.# : BROK1J739433
```

```
DATE,TIME        10/14  18:33
FAX NO./NAME
DURATION         00:00:38
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

### 101 Plaza Real South, #313
### Boca Raton, Florida 33432

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment      RE: The Oaks, Pod G-1, Lot 30 - Rosen
☑ Please Review
❑ For your Information

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002156



**VIA FACSIMILE**       **& U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
    ROSEN, KEVIN & STACEY

Work Order #20
**Date:** 9/29/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Pool Tile Upgrade

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:
    Pool Tile Upgrade

| | | | |
|---|---|---|---|
| 1 | Pool Tile Upgrade | Upgrade Pool Tile from Standard to TE-2 (Lauderdale Tile) | 508.00 |
| 2 | Discount | Less 15% Discount per Contract Specifications | -76.20 |
| | | **TOTAL:** | **$431.80** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_signature_ 9·30·05
ALBANESE-POPKIN THE OAKS    Date

_signature_ 10-9-05
ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002158



TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/09/2005 11:53
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   : 1
                                    SER.# : BROK1J739433
```

```
DATE,TIME               10/09  11:52
FAX NO./NAME
DURATION                00:00:36
PAGE(S)                 03
RESULT                  OK
MODE                    STANDARD
                        ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE 5**▮▮▮ **& U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮

KROSEN - 002160

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 10/09/2005 11:55
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME                    10/09  11:55
FAX NO./NAME
DURATION                     00:00:37
PAGE(S)                      03
RESULT                       OK
MODE                         STANDARD
                             ECM
```

**Kevin D. Rosen**

**VIA FACSIMILE** & **U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002161

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT        │
└─────────────────────────────────────────┘

                              TIME  : 10/09/2005 11:51
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK1J739433
```

```
DATE,TIME              10/09  11:50
FAX NO./NAME
DURATION               00:00:51
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



**VIA FACSIMILE 5          & U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 10/09/2005 11:54
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME              10/09  11:53
        FAX NO./NAME
        DURATION              00:00:50
        PAGE(S)               03
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE**   **, & U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator (via facsimile 5

KROSEN - 002163

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: 9 ████ |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002164

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 36
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: **Kevin & Stacy**
From: **Dianne Chamberlin**

Subject: **POOL COPING**

Hi Kevin,

Per our meeting you have selected your Pool Coping to be Old Chicago for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR:**

**Pool Coping:**

### STANDARD OLD CHICAGO

_____
Approved

10-5-05

_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002165

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 37
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: POOL PLASTER**

Hi Kevin,

Per our meeting you have selected your Pool Plaster to be Sky Blue for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**EXTERIOR:**

**Pool Plaster:**

**STANDARD SKY BLUE**

10-5-05

_____
Approved

_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002166

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 38
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                                   Subject: **FINISH FLOOR BY STAIRS**
From: Dianne Chamberlin

Hi Kevin,

Per your selections, your first floor finish at bottom of the stairs is Marble, and the second floor finish at top of stairs is Carpet in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**INTERIOR:**

**Finish Floor:**

FIRST FLOOR FINISH AT BOTTOM OF STAIRS: MARBLE

SECOND FLOOR FINISH AT TOP OF STAIRS: CARPET

10-5-05

_____                          _____
Approved                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002167

TRANSMISSION VERIFICATION REPORT

```
TIME    : 10/05/2005 21:39
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROKIJ739433
```

```
DATE,TIME        10/05 21:38
FAX NO./NAME
DURATION
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002168

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/05/2005 21:41
NAME   : ROYAL PALM PLACE
FAX    : 1
TEL    : 1
SER.#  : BROK1J735433
```

```
DATE,TIME          10/05  21:40
FAX NO./NAME
DURATION           00:01:07
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| **Send to:** Albanese-Popkin Development Group | **From:** Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number |

❏ Urgent
❏ Reply ASAP
❏ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❏ Please Review
☑ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002169

TRANSMISSION VERIFICATION REPORT

TIME : 10/05/2005 21:42
NAME : ROYAL PALM PLACE
FAX :
TEL :
SER.# :

| | |
|---|---|
| DATE,TIME | 10/05 21:41 |
| FAX NO./NAME | |
| DURATION | 00:00:48 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❏ Please Review
☒ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002170



# THE OAKS
### at Boca Raton

Fax: (561) 477-7113
WORK ORDER

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

**September 28, 2005**

9/29/05
SKY BLUE

**Pool Upgrades:**

- ~~Hawaiian Blue Gem~~                          ~~$1,605.00~~
- Pool Tile
  ~~TE-1~~ or TE-2 or ~~TE-3~~                   $   508.00
                                                 - 15%
                                                 $431.80

**\*\*Less 15% Discount**

_____
**Approved:**                    **Date:**

KROSEN - 002171

# Fax Cover Sheet

| **Send to:**<br>C.K.'s Security Systems, Inc.<br>301 S.E. 4th Street<br>Boynton Beach, Florida 33435 | **From:**<br>Kevin D. Rosen, Esq. |
|---|---|
| Attention: Robert Sclafano<br>Fax Number: 561-737-1347 | Date: September 25, 2005 |
| | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☑ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002172

# C.K.'S SECURITY SYSTEMS, INC

301 S.E. 4TH STREET
BOYNTON BEACH, FL 33435
561-330-9838
FAX 561-737-1347

# Estimate

| DATE | ESTIMATE NO. |
|------|--------------|
| 6/29/2005 | 12577 |

| Customer |
|----------|
| Rosen |

| PROJECT |
|---------|
| G1-30 Oaks |

| DESCRIPTION | UNIT | UNIT PRICE | TOTAL |
|-------------|------|------------|-------|
| CAMERA SYSTEM--PREWIRE ONLY | | 630.00 | 630.00T |
| -PREWIRE ONLY FOR 7 CAMERA LOCATIONS | | | |
| **A MEETING WILL BE REQUIRED TO VERIFY CAMERA LOCATIONS AT THE NEW HOME PRIOR TO STARTING PREWIRE FOR ALBANESE. | | | |
| PAYMENT SCHEDULE | | | |
| 100% UPON PREWIRE COMPLETION | | | |
| Sales Tax | | 6.50% | 40.95 |

Any alteration or deviation from above specifications involving extra cost, will be executed only upon written orders, and will become an extra charge over and above the estimate. Owner to carry fire, tornado and other necessary insurance upon above work. All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified.
WARRANTY 1-YEAR PARTS
90-DAYS LABOR

| TOTAL | $670.95 |
|-------|---------|

Approval Signature

9-24-05

KROSEN - 002173

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 09/25/2005 14:25
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 1
                                    TEL   : 1
                                    SER.# : BROK1J739433
```

```
DATE,TIME           09/25  14:24
FAX NO./NAME
DURATION            00:00:38
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to:<br>C.K.'s Security Systems, Inc.<br>301 S.E. 4th Street<br>Boynton Beach, Florida 33435 | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Attention: Robert Sclafano<br>Fax Number: 561-737-1347 | Date: September 25, 2005 |
| | Phone Number: 9 |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☒ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002174

TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/25/2005 14:23
NAME    : RO        CE
FAX     : 1
TEL     : 1
SER.#   : BROKIJ739433
```

```
DATE,TIME           09/25  14:22
FAX NO./NAME
DURATION            00:00:39
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to:<br>C.K.'s Security Systems, Inc.<br>301 S.E. 4th Street<br>Boynton Beach, Florida 33435 | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Attention: Robert Sclafano<br>Fax Number: 561-737-1347 | Date: September 25, 2005 |
|  | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002175



*Kevin D. Rosen*

**VIA FACSIMILE** & **U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.      Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.      Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.      Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.      Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002176

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #12**
**Date:** 9/12/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Pavers - Revised

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Pavers - Revised per Hardscape dated 6-1-05 - Revised (9-12-05

| | | | |
|---|---|---|---|
| 1 | Pavers - Rear | Additional 531 sf of Standard Pavers at rear deck. | 2,400.00 |
| 2 | Circular Drive | Circular Drive in Standard Pavers - Revised per Hardscape dated 6-1-05 - Honoring price given per s.f. on original Work Order #12 - Recalculation of s.f. of driveway - totaling 173 sf additional. | 782.00 |
| 3 | Discount per Contract | 15% Discount per Contract Specifiations | -477.30 |
| | | **TOTAL:** | **$2,704.70** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS        Date            ROSEN, KEVIN & STACEY        Date

9-12-05

Page 1 of 1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #13
**Date:** 9/12/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Fence

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Additional Fence

| | | |
|---|---|---|
| 1 Additional Fence | 90 lf additional Bronze Aluminum Fence with (2) Gates (Per Builder). One (1) gate must be located at the Lake Bank so therefore you can place the other Gate at either side of the house. If you choose to add (1) additional Gate - The cost will be $175. | 1,991.00 |
| 2 Discount Per Contract | 15% Discount per Contract Specifications. | -298.65 |
| | **TOTAL:** | **$1,692.35** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  9-12-05
ALBANESE-POPKIN THE OAKS    Date

_____  9-22-05
ROSEN, KEVIN & STACEY    Date

Page 1 of 1
1 page attachmat

KROSEN - 002178

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #19**
**Date:** 8/23/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Pool Upgrade

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade Pool

| | | |
|---|---|---|
| 1 Extra Pool | Pool Per Contract Specifications 84lf — 84 1f<br>Additional 18lf per Hardscape dated 6-1-05<br>Total of 102lf | 6,277.00 |
| 2 Discount | 15% Discount per Contract Specifications | -941.55 |
| | **TOTAL:** | **$5,335.45** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 9-12-05
ALBANESE-POPKIN THE OAKS          Date

_____ 9-22-05
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002179



9-22-05
Attachment to Wo #13

KROSEN - 002180



| TRANSMISSION VERIFICATION REPORT |

TIME    : 09/22/2005 12:26
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433

DATE,TIME      09/22 12:24
FAX NO./NAME
DURATION       00:01:35
PAGE(S)        06
RESULT         OK
MODE           STANDARD
               ECM



*Kevin D. Rosen*

**VIA FACSIMILE** █████████ **U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.  Signed Work Order #13 – Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.  Signed Work Order #12 – Pavers – Revised with check #2479 in the amount of $2,704.70 as payment.

3.  Signed Work Order #19 – Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.  Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────────┘

                          TIME   : 09/22/2005 12:17
                          NAME   : ROYAL PALM PLACE
                          FAX    :
                          TEL    :
                          SER.#  : BROK1J733433

┌─────────────────────────────────────────────────────────┐
│  DATE,TIME           09/22  12:15                         │
│  FAX NO./NAME                                             │
│  DURATION            00:01:59                             │
│  PAGE(S)             06                                   │
│  RESULT              OK                                   │
│  MODE                STANDARD                             │
│                      ECM                                  │
└─────────────────────────────────────────────────────────┘
```



*Kevin D. Rosen*

**VIA FACSIMILE** ████████ **& U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1. Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2. Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3. Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4. Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

KROSEN - 002183

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 09/22/2005 12:19
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME          09/22  12:18
FAX NO./NAME
DURATION           00:01:24
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE**         **& U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.    Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.    Signed Work Order #12 - Pavers – Revised with check #2479 in the amount of $2,704.70 as payment.

3.    Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.    Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

KROSEN - 002184

---

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 09/22/2005 12:22
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME         09/22  12:20
FAX NO./NAME
DURATION
PAGE(S)           06
RESULT            OK
MODE              STANDARD
                  ECM
```

---

*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮ **U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.  Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.  Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.  Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.  Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

KROSEN - 002185



*Hand delivered 9-26-05*

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### **MEMORANDUM**

Date: September 22, 2005
Pages: 1
Memo # 35
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: COUNTER TOPS**

Hi Kevin,

Per our meeting back on May 5th, you have selected standard Crema Marfil counter top for your Master Bath with a 1 1/2" beveled 5/8" edge, and your secondary bathrooms will have 4" x 4" Tumbled Marble counter top. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

**Counter Top:**

Master Bathroom: Standard Crema Marfil with 1 ½" Beveled 5/8" Edge.
Secondary Bathrooms: 4 x 4 Tumbled Marble.

_____
Approved

*9-26-05*
_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002186



# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone  (561) 994-1375
Fax    (561) 994-5613

## THE OAKS
at Boca Raton

Lot # 30 G1
Rosen Residence
Date: 9-12-05
Work Order #

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | ✗ KitchenAid # KSSA42QMX | 42" | S. Steel | ✓ KitchenAid SXS Filtrat # KSSS42QMB | 42" | Black | $ 204.48 |
| | | | | KitchenAid Panel Kit for Refrigerator ? # 2220868 | | Black | $ (340.80) |
| Microwave/Oven Combo | ✓ KitchenAid # KEMC307KBL | 30" | Black | ✗ KitchenAid Flat Central Double Oven # KEBC207KBL | 30" | Black | $ 281.16 |
| Microwave Trim Kit | KitchenAid # 8171555 | | Black | ✗ GE Micro-CT Microwave # JEM31BFBB | 0.8 CF | Black | |
| Gas Cooktop | ✓ KitchenAid # KGCS166GBL | 36" | Black | | | | |
| Dishwasher | ✗ KitchenAid # KUDP02FRBL | 24" | Black | KitchenAid 3 Cycle 6 Options Mono Dishwasher # KUDIO2IRBL | 24" | Black | $ (265.19) |
| Downdraft (Hood) | KitchenAid # KIRD861HSS | | | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | $ (209.61) |
| | | | | ✗ KitchenAid Hood Trim Kit # 4390204 | | Black | $ 67.73 |
| Washer | ✗ KitchenAid # KAWS850LQ | | White | ✗ Maytag Neptune Horizontal Axis Washer # MAH5500BWW | | White | $ 439.63 |
| Washer | ✗ KitchenAid # KAWS850LQ | | White | ✓ Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | | White | $ 838.37 |
| Dryer | ✗ KitchenAid # KEYS850LQ | | White | ✗ Maytag Neptune Rear Control Gas Dryer # MDG6500AWW | | White | $ 414.07 |
| Dryer | ✗ KitchenAid # KEYS850LQ | | White | ✓ Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | | White | $ 522.70 |

KEVIN, THIS IS THE
APPLIANCE INFO.

PLEASE REVIEW IT
& LET ME KNOW
WHICH ITEMS YOU
WANT SO THAT I
CAN HAVE A WORK
ORDER WRITTEN.

THANK YOU,
Diane

KROSEN - 002187

# Fax Cover Sheet

10
Bc

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ✕ Please Review
- ❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 – Rosen

Total pages, including cover: 2

## Comments:

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002188

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 12, 2005
Pages: 1
Memo # 34
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Shower Enclosures**

Hi Kevin,

Per our conversation, you have selected standard shower enclosures per your specs. for the bathrooms in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

*Upgraded Master shower pull a hinge to Satin nickel finish, per U50 #18.*

Dianne

**INTERIOR**

**Shower Enclosures:**

**STANDARD PER SPECS.**

_____                    9-22-05
Approved                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002189

---

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 09/21/2005 21:13
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROKIJ739433
```

```
DATE,TIME          09/21  21:12
FAX NO./NAME
DURATION           00:00:37
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Developmen' Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002190

```
┌─────────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT               │
└─────────────────────────────────────────────────┘
```

```
                              TIME    :  09/21/2005 17:38
                              NAME    :  ROYAL PALM PLACE
                              FAX     :
                              TEL     :
                              SER.#   :  BROK1373543█
```

```
        DATE,TIME              09/21  17:38
        FAX NO./NAME
        DURATION              00:00:27
        PAGE(S)               02
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number ██████ |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002191

TRANSMISSION VERIFICATION REPORT

```
TIME    : 09/21/2005 17:37
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : ██████████████
```

```
DATE,TIME           09/21  17:36
FAX NO./NAME
DURATION            00:00:27
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

'01 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ████████ |

❏ Urgent
❏ Reply ASAP
❏ Please comment
☒ Please Review
❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002192

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 12, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment            RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #32 - Entry Door Color and Memo #33 - Garage Door Color.

Kevin

KROSEN - 002193

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/12/2005 18:26
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME        09/12  18:25
FAX NO./NAME
DURATION         00:00:49
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to: | From: |
|---|---|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| Dianne Chamberlin <br> Fax Number: 561-477-7113 | Date: September 12, 2005 |
| James Walter <br> Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #32 - Entry Door Color and Memo #33 - Garage Door Color.

Kevin

KROSEN - 002194

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 33
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          Subject: **Garage Door Color**
From: Dianne Chamberlin

Hi Kevin,

Per your e-mail, you have stated you want your Garage Door Color to match the Garage Door Color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

### EXTERIOR

**Garage Door Color:**

Sample to be applied for customer's approval prior to painting the door.

**COLOR TO MATCH GARAGE DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

9-12-05

_____                    _____
Approved                                      Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002195

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 32
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: **Entry Door Color**

Hi Kevin,

Per your e-mail, you have stated you want your Entry Door color to match the entry door color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Entry Door Color:**

> **Sample to be applied for customer's approval prior to painting the door.**

> **COLOR TO MATCH FRONT DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

9-12-05

_____                    _____
Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002196

SEP-08-2005 THU 10:31 AM albanese          FAX NO.                    P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | █████████ | Pages: | 3 Including Cover Sheet |
| phone | | Date: | 9/8/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please review and sign off the following memorandum regarding the garage and front door color.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002197



**VIA FACSIMILE 5            & U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

AUG-29-2005 MON 01:21 PM albanese

FAX NO.

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

**WORK ORDER**

Work Order #18
Date: 8/22/2005
Job: G001-030 POD G-1, L030 ROSEN

To: ROSEN, KEVIN & STACEY

Description: Master Shower Enclosure

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Master Shower Enclosure

| | | |
|---|---|---|
| 1  Master Shower Enclosure | Upgrade Master Shower Enclosure (76" Frameless) - Standard Pull and Hinges in Satin Nickel Finish. | 120.00 |
| 2  Discount | 15% Discount per Contract Specifications. | -18.00 |
| | TOTAL: | $102.00 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☐ We will not proceed with this change until formal direction from OWNER is received.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_Gavin Guinan_  8-23-05
Date
A/ ALBANESE-POPKIN THE OAKS

ROSEN, KEVIN & STACEY

Dat

Page

KROSEN - 002199



KROSEN - 002200

```
                    TRANSMISSION VERIFICATION REPORT

                                                       TIME  : 09/12/2005 18:29
                                                       NAME  : ROYAL PALM PLACE
                                                       FAX   :
                                                       TEL   :
                                                       SER.# : BROK1J739433
```

```
    DATE,TIME                    09/12  18:28
    FAX NO./NAME                 00:00:38
    DURATION                     03
    PAGE(S)                      OK
    RESULT                       STANDARD
    MODE                         ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE 5⬛⬛⬛⬛⬛ & U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile 561-477-7113)

KROSEN - 002201

TRANSMISSION VERIFICATION REPORT

TIME : 09/12/2005 18:31
NAME : ROYAL PALM PLACE
FAX :
TEL :
SER.# : BROK1J735435

| DATE,TIME | 09/12  18:30 |
|---|---|
| FAX NO./NAME | |
| DURATION | 00:00:52 |
| PAGE(S) | 03 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |



**VIA FACSIMILE 5** █████ **& U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:  Dianne Chamberlin, Design Coordinator (via facsimi█

KROSEN - 002202

SEP-09-2005 FRI 02:20 PM albanese                    FAX NO.                         P. 02/03

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 33
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: **Kevin & Stacy**
From: **Dianne Chamberlin**                    Subject: **Garage Door Color**

Hi Kevin,

Per your e-mail, you have stated you want your Garage Door Color to match the Garage Door Color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

## EXTERIOR

**Garage Door Color:**

Sample to be applied for customer's approval prior to painting the door.

**COLOR TO MATCH GARAGE DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

Approved        :                              Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002203

AUG-29-2005 MON 01:20 PM albanese     FAX NO.     P. 01/04

7768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
*at Boca Raton*

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|-----|------------------------|-------|-------------------|
| Fax: |  | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 8/29/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please review and sign off the following work orders.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002204

AUG-29-2005 MON 01:20 PM albanese      FAX NO.      P. 02/04

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**Work Order #12**
Date: 8/23/2005
Job: G001-030 POD G-1, L030 ROSEN

To:
ROSEN, KEVIN & STACEY

**Description:** Pavers - Revised

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Pavers - Revised per Hardscape dated 6-1-05

| | | | |
|---|---|---|---|
| 1 Pavers - Rear | Additional 531 sf of Standard Pavers at rear deck. | | 2,400.00 |
| 2 Circular Drive | Circular Drive in Standard Pavers - Revised per Hardscape dated 6-1-05 | | 904.00 |
| 3 Discount per Contract | 15% Discount per Contract Specifications | | -495.60 |
| | | TOTAL: | $2,808.40 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_Kevin Popinau_    8-23-05
ALBANESE-POPKIN THE OAKS    Date

ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002205

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

Work Order #19
Date: 8/23/2005
Job: G001-030  POD G-1, L030 ROSEN

To:
ROSEN, KEVIN & STACEY

Description:   Pool Upgrade

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Pool

| | | | | |
|---|---|---|---|---|
| | | 18' Extra Pool per Hardscape dated 6-1-05. | | 6,277.00 |
| 1 | Extra Pool | | | -941.55 |
| 2 | Discount | 15% Discount per Contract Specifications | | |
| | | | TOTAL: | $5,335.45 |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   8·23·05
ALBANESE-POPKIN THE OAKS      Date

ROSEN, KEVIN & STACEY                     Date

Page 1 of 1

KROSEN - 002206

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #18
Date: 8/22/2005
Job: G001-030 POD G-1, L030 ROSEN

Description: Master Shower Enclosure

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Master Shower Enclosure

| | | | |
|---|---|---|---|
| 1 | Master Shower Enclosure | Upgrade Master Shower Enclosure (76" Frameless) - Standard Pull and Hinges in Satin Nickel Finish. | 120.00 |
| 2 | Discount | 15% Discount per Contract Specifications. | -18.00 |
| | | TOTAL: | $102.00 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_(signature)_    8-23-05
ALBANESE-POPKIN THE OAKS    Date

ROSEN, KEVIN & STACEY     Date

Page 1 of 1

KROSEN - 002207



# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: 9 |

❑ Urgent
❑ Reply ASAP
❑ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.      Memo #28 - Screen Enclosure

2.      Memo #29 - Closet Organizers

3.      Memo #30 - Mirrors

4.      Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002208

P. 1

* * * Communication Result Report ( Aug.15. 2005  8:14AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.15. 2005  8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|----------------|
| 2734 Memory TX | ▮▮▮▮▮ | P. 7 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Poplin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Wolter Fax Number: 561-994-6613 | Phone Number: ▮▮▮▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 7

Comments:

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.   Memo #28 - Screen Enclosure

2.   Memo #29 - Closet Organizers

3.   Memo #30 - Mirrors

4.   Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002209

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 28
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Screen Enclosure**

Hi Kevin,

Per our conversation, you have selected **Not** to have a Screen Enclosure in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax # 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Screen Enclosure:**

**NO SCREEN ENCLOSURE**

_____          8-15-05
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002210

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 29
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject: Closet Organizers**
**From: Dianne Chamberlin**

Hi Kevin,

Per our conversation, you have selected to have standard shelving per your specs. in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

**Closet Organizers:**

**STANDARD SHELVING PER SPECS.**

8-15-05

_____          _____
Approved                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33-187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002211

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 30
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                    Subject: Mirrors
From: Dianne Chamberlin

Hi Kevin,

Per our conversation, you have selected to have standard mirrors per your specs. in the Master Bathroom and Secondary Bathrooms, except in the Powder Room. If you agree with this selection, please sign this form and fax it back to my attention at fax Number ▮▮▮▮▮▮▮▮

Thank you,

Dianne

---

### INTERIOR

Mirrors:

### STANDARD MIRRORS PER SPECS. IN MASTER BATHROOM AND SECONDARY BATHROOM.

### NO MIRROR IN THE POWDER ROOM

8-15-05

_____          _____
Approved                        Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002212

AUG-12-2005 FRI 02:32 PM albanese          FAX NO.                    P. 01/04

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| **To:** | Kevin and Stacey Rosen | **From:** | Dianne Chamberlin |
| **Fax:** | ████████ | **Pages:** | 4 Including Cover Sheet |
| **phone** | | **Date:** | 8/12/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

Please review and sign the following selections. As soon as I have the credit work order for the mirror in the Powder Room I will fax it to you.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002213

AUG-12-2005 FRI 03:13 PM albanese      FAX NO.      P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

Work Order #17
**Date:** 8/12/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Credit Powder Room Mirror

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | | |
|---|---|---|---|
| | | | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | |
| | | **TOTAL:** | -$210.00 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 8·12·05
ALBANESE-POPKIN THE OAKS    Date

_____ 8-15-05
ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002214

AUG-12-2005 FRI 03:13 PM albanese        FAX NO.        P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 8/12/05 |
| Cc: | | RE: | |

□ Urgent    X for Review    □ Please Comment    □ Please Reply    □ Please Recycle

Dear Kevin,

Please review and sign the following credit work order.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002215

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002216

P. 1

* * * Communication Result Report ( Aug.16. 2005 7:44AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005 7:43AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2775 Memory TX | ███████ | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer

E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group<br>Dianne Chamberlin<br>Fax Number: 561-477-7113<br>James Walter<br>Fax Number: 561-994-6613 | From:<br>Kevin D. Rosen, Esq.<br>Date: August 16, 2005<br>Phone Number: ████████ |
|---|---|

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002217

P. 1

* * * Communication Result Report ( Aug.16. 2005  7:45AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005  7:44AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2778 Memory TX | ▌ | P.  3 | OK | |

----------------------------------------------------------

Reason for error
E.1) Hang up or line fail       E.2) Busy
E.3) No answer                  E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Waller Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002218

P. 1

* * * Communication Result Report ( Aug.16. 2005 7:46AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005 7:43AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2776 Memory TX | ███████ | P. 3 | OK | |

---

Reason for error
E.1) Hang up or line fail                E.2) Busy
E.3) No answer                            E.4) No facsimile connection

## Fax Cover Sheet

███████████

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen. Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter Fax Number: 561-994-6613 | Phone Number ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment                RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002219

P. 1

* * * Communication Result Report ( Aug.16, 2005  7:47AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16, 2005  7:44AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2779 Memory TX | ██████ | P.  3 | OK | |

----------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail
E.3) No answer

E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter Fax Number: 561-994-6613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment!
☐ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 – Interlor Point.

Kevin

KROSEN - 002220

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 15, 2005
Pages: 1
Memo # 31
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin                            Subject: Interior Paint

Hi Kevin,

Per your e-mail, you have selected the color for your Drywall/Ceiling to be Benjamin Moore "Bone White" full formula, and the color for your trim to be Benjamin Moore "Bone White" ¼ formula. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### INTERIOR

Paint Color:

DRYWALL/CEILING: BENJAMIN MOORE "BONE WHITE" FULL FORMULA

INTERIOR TRIM: BENJAMIN MOORE "BONE WHITE" ¼ FORMULA

8-16-05

Approved                                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002221

AUG-15-2005 MON 12:34 PM albanese          FAX NO.                    P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| **To:** | Kevin and Stacey Rosen | **From:** | Dianne Chamberlin |
|---|---|---|---|
| **Fax** |  | **Pages:** | 2 Including Cover Sheet |
| **phone** | | **Date:** | 8/15/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**    X **for Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Dear Kevin,

Please review and sign off the following selection memo on the interior paint color.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002222

# Fax Cover Sheet

███████████████

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ████████ |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.      Memo #28 - Screen Enclosure

2.      Memo #29 - Closet Organizers

3.      Memo #30 - Mirrors

4.      Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002223

P. 1

* * * Communication Result Report ( Aug.15. 2005 8:14AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.15. 2005  8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2734 Memory TX | ▮▮▮▮▮ | P.  7 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ▮▮▮▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
❑ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.    Memo #28 - Screen Enclosure

2.    Memo #29 - Closet Organizers

3.    Memo #30 - Mirrors

4.    Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002224

P. 1

* * * Communication Result Report ( Aug.15. 2005 8:18AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.15. 2005 8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2733 Memory TX | ██████ | P. 7 | OK | |

--------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Waller Fax Number: 561-994-6613 | Phone Number: ███ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.   Memo #28 - Screen Enclosure

2.   Memo #29 - Closet Organizers

3.   Memo #30 - Mirrors

4.   Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002225

AUG-12-2005 FRI 02:33 PM albanese      FAX NO.      P. 03/04

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 28
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Screen Enclosure**

Hi Kevin,

Per our conversation, you have selected **Not** to have a Screen Enclosure in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax # 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Screen Enclosure:**

**NO SCREEN ENCLOSURE**

_____
Approved

8-15-05
_____
Date

1200 S Rogers Circle, #11
Boca Raton, Fl. 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002226

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages:  1
Memo # 29
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

**Subject:  Closet Organizers**

Hi Kevin,

Per our conversation, you have selected to have standard shelving per your specs. in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### INTERIOR

**Closet Organizers:**

#### STANDARD SHELVING PER SPECS.

_____ 8-15-05

Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33 l87
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002227

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 30
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          Subject: **Mirrors**
From: Dianne Chamberlin

Hi Kevin,

Per our conversation, you have selected to have standard mirrors per your specs. in the Master Bathroom and Secondary Bathrooms, except in the Powder Room. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477 7113.

Thank you,

Dianne

---

**INTERIOR**

**Mirrors:**

**STANDARD MIRRORS PER SPECS. IN MASTER BATHROOM AND SECONDARY BATHROOM.**

**NO MIRROR IN THE POWDER ROOM**

8-15-05

_____          _____
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002228

AUG-12-2005 FRI 02:32 PM albanese     FAX NO.     P. 01/04

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** |  | **Pages:** | 4 Including Cover Sheet |
| **phon** | | **Date:** | 8/12/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**  X **for Review**  ☐ **Please Comment**  ☐ **Please Reply**  ☐ **Please Recycle**

Dear Kevin,

Please review and sign the following selections. As soon as I have the credit work order for the mirror in the Powder Room I will fax it to you.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002229

AUG-12-2005 FRI 03:13 PM albanese          FAX NO.                    P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:

ROSEN, KEVIN & STACEY

Work Order #17
Date: 8/12/2005
Job: G001-030  POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | | |
|---|---|---|---|
| | | | -210.00 |
| 1  Credit Powder Room Mirror | Credit Powder Room Mirror | | |
| | | **TOTAL:** | **-$210.00** |

SCHEDULE IMPACT

We have proceeded with this change to achieve schedule.

As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date 8-12-05

ROSEN, KEVIN & STACEY          Date  8-15-05

Page 1 of 1

KROSEN - 002230

AUG-12-2005 FRI 03:13 PM albanese        FAX NO.         P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | ▓▓▓▓▓▓▓ | Pages: | 2 Including Cover Sheet |
| phone | ▓▓▓▓▓▓▓ | Date: | 8/12/05 |
| Cc: | | RE: | |

☐ Urgent   X for Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Kevin,

Please review and sign the following credit work order.

If you have any questions, please let me know.

Thank you,
Dianne.

**ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP**

KROSEN - 002231



*Kevin D. Rosen*

10
B

**VIA U.S. MAIL**

August 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

Per Dianne's request of August 9, 2005, I have re-signed and enclosed the electrical plan.

Very truly yours,

Kevin D. Rosen

Enclosure

KROSEN - 002232

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)





| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
| Fax: | ██████████ | Pages: | 1 Including Cover Sheet |
| phone | ██████████ | Date: | 8/9/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Per our conversation, enclosed please find two copies of the red line plan. As stated earlier, the purpose is for the date on the work order to match the date on the plans. This way, there will be no confusions. The work order date is 8/8/05.

I thank you.

Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002233

Yahoo! Mail - ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Page 1 of 1

## YAHOO! MAIL

Print - Close Window

| | |
|---|---|
| **Date:** | Thu, 11 Aug 200▉ ▉▉▉▉▉▉ ▉▉▉▉ (PDT) |
| **From:** | "kevin rosen" <k▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| **Subject:** | The Oaks, Rosen, Lot 30 - G1 |
| **To:** | "Dianne Chamberlin" <d▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |

Hi Dianne,

I received your memo of August 9, 2005 with electrical plan. Per your request, I have re-signed the plan which will go in the mail tomorrow to Jim Walter's attention at your corporate office.

Best wishes,

Kevin

---

Start your day with Yahoo! - make it your home page
http://www.yahoo.com/r/hs

KROSEN - 002234



1ST FLOOR ELECTRICAL PLAN

GARCIA BRENNER STROMBERG
ARCHITECTURE

ROSEN RESIDENCE
LOT 30 g 1 @ THE OAKS OF BOCA RATON

ALBANESE POPKIN DEVELOPMENT GROUP LP
PALM BEACH COUNTY, FLORIDA

KROSEN - 002235



2ND FLOOR ELECTRICAL PLAN

ROSEN RESIDENCE
LOT 30 g 1 @ THE OAKS OF BOCA RATON

GARCIA BRENNER STROMBERG
A R C H I T E C T U R E

ALBANESE POPKIN DEVELOPMENT GROUP LP
PALM BEACH COUNTY, FLORIDA

KROSEN - 002236

Kevin & Stacey Rosen - Chinese Drywall Expenses and Damages

## Albanese Construction Upgrades

| Date Signed | Work Order # | Description | Amount |
|---|---|---|---|
| 3/10/2005 | 1 | Impact Glass | $ 29,410.00 |
| 3/10/2005 | 2 | Staircase | $ 19,283.00 |
| 3/11/2005 | 3 | In Wall Pest Control | $ 659.30 |
| 3/11/2005 | 4 | Gas Line for Barbeque | $ 552.50 |
| 3/11/2005 | 5 | Dining Room Columns | $ 388.45 |
| 5/21/2005 | 6 | Speaker System | $ 2,975.00 |
| N/A | 7 | DECLINED - Radio Back-Up Alarm System | $ - |
| 6/16/2005 | 8 | Structured Cabling | $ 998.75 |
| 5/21/2005 | 9 | TV Outlet | $ 72.25 |
| 3/11/2005 | 10 | Angled Archway Living Room | $ 583.95 |
| 8/1/2005 | 11 | Plumbing Fixtures | $ 1,385.50 |
| 9/22/2005 | 12 | Additional Pavers | $ 2,704.70 |
| 9/22/2005 | 13 | Additional Fence | $ 1,692.35 |
| 5/21/2005 | 14 | Upgrade Granite Kitchen/Powder | $ 3,793.55 |
| 8/8/2005 | 15 | Electrical Revisions | $ 446.25 |
| 6/26/2005 | 16 | Marble Flooring | $ 2,681.76 |
| 8/15/2005 | 17 | Powder Room Mirror (Credit) | $ (210.00) |
| 9/12/2005 | 18 | Master Shower Enclosure | $ 102.00 |
| 9/22/2005 | 19 | Pool | $ 5,335.45 |
| 9/24/2005 | N/A | C.K. Security - Pre-Wire Camera Security | $ 670.95 |
| 10/9/2005 | 20 | Pool Tile Upgrade | $ 431.80 |
| 11/14/2005 | 21 | Cabinets | $ 9,948.82 |
| 11/14/2005 | 22 | Appliances | $ 837.90 |
| 11/14/2005 | 23 | Kitchen Counter Top | $ 255.00 |
| 5/8/2006 | 24 | Kitchen Backsplash | $ 212.50 |
| 11/26/2005 | 25 | Exterior Columns | $ 2,269.50 |
| 11/24/2005 | 26 | Carpet (Credit) | $ (116.42) |
| 1/3/2006 | 27 | Bath Shower to Tub | $ 1,628.60 |
| 1/9/2006 | N/A | C.K. Security - Pre-Wire Camera Security | $ 766.80 |
| 1/25/2006 | 28 | Electrical / High Hats | $ 416.50 |

KROSEN - 002237

| | | | | |
|---|---|---|---|---|
| 2/27/2006 | 29 | Transom Window (Credit) | $ | (605.00) |
| 2/27/2006 | 30 | Stainless Steel Appliance | $ | 1,605.02 |
| 5/3/2006 | 31 | Wood Flooring | $ | 4,502.00 |
| 6/8/2006 | 32 | Bath #4 Counter Top | $ | 1,116.00 |
| 6/9/2006 | 33 | Re-Paint Ceilings | $ | 4,733.82 |
| 6/19/2006 | N/A | Landscape | $ | 13,300.00 |
| | | **TOTAL** | $ | 114,828.55 |

KROSEN - 002238