# EXHIBIT 32 part 8

# EXHIBIT D12

OMB NO. 2502-0265

| A. | | | B. TYPE OF LOAN: | | | |
|---|---|---|---|---|---|---|
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | | 1. ☐ FHA   2. ☐ FmHA   3. ☒ CONV. UNINS.   4. ☐ VA   5. ☐ CONV. INS. | | | |
| SETTLEMENT STATEMENT | | | 6. FILE NUMBER: | | 7. LOAN NUMBER: | |
| | | | LCT04BNACSBN | | | |
| | | | 8. MORTGAGE INS CASE NUMBER: | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "[POC]" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
U.S. 3AB  (of) HAB ADJUSTMENTS (NOT RESPONSIBLE)

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Michael Rosen and Robin Rosen | Albanese-Popkin The Oaks | Choice Mortgage Bank 40 S.E. 5th Street, Suite 502 Boca Raton, FL 33432 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 17538 Middlebrook Way Boca Raton, FL 33498 Palm Beach County, Florida | Cross Country Title, Inc. | November 6, 2006 |
| | PLACE OF SETTLEMENT | |
| | 5355 Town Center Rd., Ste.901 Boca Raton, FL 33486 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | 1,600,000.00 | 401. Contract Sales Price | 1,600,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 13,329.91 | 403. | |
| 104. Work Orders to Albanese-Popkin The Oaks | 225,000.00 | 404. Work Orders | 225,000.00 |
| 105. HOA Capital Contribution to The Oaks at Boca Raton | 1,943.45 | 405. | |
| Adjustments For Items Paid By Seller In advance | | Adjustments For Items Paid By Seller In advance | |
| 106. City/Town Taxes          to | | 406. City/Town Taxes          to | |
| 107. County Taxes             to | | 407. County Taxes             to | |
| 108. Assessments              to | | 408. Assessments              to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. HOA Reimb 10/1-11/6/06 | 727.05 | 411. HOA Reimb 10/1-11/6/06 | 727.05 |
| 112. 1 1/2% Development Fee | 24,000.00 | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 1,864,877.44 | 420. GROSS AMOUNT DUE TO SELLER | 1,825,727.05 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | 187,500.00 | 501. Excess Deposit (See instructions) | |
| 202. Principal Amount of New Loan(s) | 600,000.00 | 502. Settlement Charges to Seller (Line 1400) | 67,918.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Earn. Credit from Addison Mizn | 20,000.00 | 504. Payoff of first Mortgage to One Savings Bank | 619,307.58 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by Seller | 182,500.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller | | Adjustments For Items Unpaid By Seller | |
| 210. City/Town Taxes          to | | 510. City/Town Taxes          to | |
| 211. County Taxes             to | | 511. County Taxes             to | |
| 212. Assessments              to | | 512. Assessments              to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 832,500.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 1,069,725.98 |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross Amount Due From Borrower (Line 120) | 1,864,877.44 | 601. Gross Amount Due To Seller (Line 420) | 1,825,727.05 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 832,500.00) | 602. Less Reductions Due Seller (Line 520) | 1,069,725.98 |
| 303. CASH ( X FROM ) ( TO ) BORROWER | 1,032,377.44 | 603. CASH ( X TO ) ( FROM ) SELLER | 756,001.07 |

This undersigned hereby acknowledges receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower _____

Michael Rosen

Robin Rosen

Seller  Albanese-Popkin The Oaks Development Group, L.P., a Florida limited partnership

BY: Albanese-Popkin Development Group, LLC a Florida limited liability company, General Partner

BY: _____

MROSEN - 000001

Page 2

## L. SETTLEMENT CHARGES

| | | | PAID FROM BORROWERS FUNDS AT SETTLEMENT | PAID FROM SELLERS FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price | $ 1,600,000.00 @ 6.0000 % = 104,000.00 | | | |
| Division of Commission (line 700) as Follows: | | | | |
| 701. $ 104,000.00 to The Oaks at Boca Raton Realty | | | | |
| 702. $ | to | | | |
| 703. Commission Paid at Settlement | | POC $40000.00t | | 64,000.00 |
| 704. Co-Broker Credit-Page 1 of HUD | to Michael & Robyn Rosen | POC $20000.00 | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | | |
| 801. Loan Origination Fee | % to | | | |
| 802. Loan Discount | % to | | | |
| 803. Appraisal Fee | to Paragon Appraisal | | 650.00 | |
| 804. Digital Imaging Fee | to Document Resource Management | | 45.00 | |
| 805. Lender's Inspection Fee | to | | | |
| 806. Mortgage Ins. App. Fee | to | | | |
| 807. Assumption Fee | to | | | |
| 808. Tax Service Fee | to | | | |
| 809. Flood Certification Fee | | | | |
| 810. | | | | |
| 811. | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | |
| 901. Interest From 11/06/06 to 12/01/06 @ $ 103.740000/day ( 25 days %) | | | 2,596.50 | |
| 902. Mortgage Insurance Premium for months to | | | | |
| 903. Hazard Insurance Premium for 1.0 years to Citi Insurance Group | | POC $6,155.00t | | |
| 904. | | | | |
| 905. | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | | |
| 1001. Hazard Insurance | months @ $ per month | | | |
| 1002. Mortgage Insurance | months @ $ per month | | | |
| 1003. City/Town Taxes | months @ $ per month | | | |
| 1004. County Taxes | months @ $ per month | | | |
| 1005. Assessments | months @ $ per month | | | |
| 1006. | months @ $ per month | | | |
| 1007. | months @ $ per month | | | |
| 1008. | months @ $ per month | | | |
| 1100. TITLE CHARGES | | | | |
| 1101. Settlement or Closing Fee | to Cross Country Title, Inc. | | 425.00 | |
| 1102. Abstract or Title Search | to | | | |
| 1103. Internet Download Fee | to Siegel, Lipman, Dunay & Shepard | | 75.00 | |
| 1104. E-File Digital imaging | to Foranis | | 35.00 | |
| 1105. copy/fax/mail/courier | to Siegel, Lipman, Dunay & Shepard | | 75.00 | |
| 1106. Notary Fees | to | | | |
| 1107. Attorney's Fees | to Weisman, Brodie, Starr & Margoles, P.A. | | 750.00 | |
| (includes above item numbers) | | | | |
| 1108. Title Insurance | to Cross Country Title, Inc. | | 200.00 | |
| (includes above item numbers) | | | | |
| 1109. Lender's Coverage | $ 690,000.00 | | | |
| 1110. Owner's Coverage | $ 1,600,000.00 | | | |
| 1111. Florida Form 9 | to Cross Country Title, Inc. | | 677.50 | |
| 1112. ALTA 5.1/8.1 | to Cross Country Title, Inc. | | 50.00 | |
| 1113. Overnight/Shipping | to Cross Country Title, Inc. | | 75.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | |
| 1201. Recording Fees: Deed $ 19.10; Mortgage $ 163.60; Releases $ | | | 163.60 | 19.10 |
| 1202. City/County Tax/Stamps: Deed ; Mortgage 1,200.00 | | | 1,200.00 | |
| 1203. State Tax/Stamps: Deed ; Mortgage 2,100.00 | | | 2,100.00 | |
| 1204. Termination of NOC x 2 | to Palm Beach County | | | 37.10 |
| 1205. Assignment of Mortgage | to Palm Beach County | | 18.50 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | |
| 1301. Survey | to | | | |
| 1302. Pest Inspection | to | | | |
| 1303. 2006 R.E. Tax Bill | to Tax Collector, Palm Beach County | | 699.89 | 3,852.20 |
| 1304. 4th Qtr HOA 11/8-12/31/06 | to The Oaks at Boca Raton POA | | 1,155.38 | |
| 1305. 2007-1st Qtr HOA | to The Oaks at Boca Raton POA | | 3,843.48 | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | | 13,205.91 | 67,916.40 |

By signing page 1 of this document, the signatories acknowledge receipt of a completed copy of page 2 of this two-page document

Cross Country Title, Inc.
Seller/Agent

Certified to be a true copy.

[1CF11483/POSER/1LOT1483ROSER/1S]

MROSEN - 000002

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/18/19 Page 5 of 218
Case 2:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2019 Page 4 of 189
F:\Agree\Oaks\K-lot 148, B-1 Rosen

# THE OAKS AT BOCA RATON

Agreement for Purchase and Sale of Spec Home Under Construction

In this Agreement, the word BUYER refers to buyer or buyers who have signed the Agreement. The word SELLER means or refers to **ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P.**, a Florida limited partnership, whose address is 1200 S. Rogers Circle, Suite 11, Boca Raton, Florida 33487.

If the first letter of the word is capitalized in this Agreement, that word will have the meaning given to it in this Agreement or in the Community Documents (as defined in Paragraph 14, of this Agreement).

Buyer(s): ____ MICHAEL ROSEN AND ROBYN ROSEN, HIS WIFE _____

Address: ___█████████████████

City: ___█████████                              County: ___████████████

State: _____ Florida                            Zip Code: ___█████

Cell Phone: __█████████____ Cell Phone: ████████____ Fax: _____
E-Mail Address:_____
Social Security Number(s): _____

Estimated Completion Date of Home (See Paragraph 7): ___June 30, 2006 ON OR BEFORE 8/20/06

On-Site Salesperson: _____ Alan Hechtman _____

Cooperating Broker (See Paragraph 16-If not filled in, there is none): _Addison Mizner Realty_____

1.     **PURCHASE AND SALE**. Seller agrees to sell to, and Buyer agrees to purchase from Seller, the single family dwelling ("Home") and the "Lot" on which it is situated, as hereinafter described, for the price and on the terms and conditions now about to be set forth:

Lot #:____ 148 _____ Block _B-1___ Model: ___Montecito Spec____ Garage Orientation: _As Per Plan

A.     DESCRIPTION OF HOME AND PARCEL

Buyer agrees to buy the Home constructed or to be constructed on Lot 148, Block B-1 ("Property") of The Oaks at Boca Raton, Plat Three, according to the Plat recorded in Plat Book 87, Page 4, Public Records of Palm Beach County, Florida, (the "Community"), together with the rights and subject to the obligations applicable thereto as set forth in the Community Documents (hereinafter defined).

| | | |
|---|---|---|
| The "Total Purchase Price" for the Property is: | $ ____ 1,600,000.00 _____ | |
| Base Price: | $ ___ N/A _____ | |
| Options & Extras: | $ ___ N/A _____ | |
| Total Purchase Price: | $ ____ 1,600,000.00 _____ | |

PAYMENT:

| | | |
|---|---|---|
| A. Payment upon execution of Agreement | (10% of Total Purchase Price) | $ _____ 160,000.00 |
| B. Balance of Total Purchase Price due at closing | (90% of Total Purchase Price) | $ ___ 1,440,000.00 |
| C. Total balance due at closing | | $_____ 1,440,000.00 |

Buyer shall make each payment in full and in clear U.S. funds, within five (5) banking days from the date of Seller's request, time being of the essence for all such payments. If Buyer fails to tender the payment as required by this paragraph, then Buyer shall be deemed to be in default of this Agreement and Seller may pursue any and all remedies Seller may have under this Agreement. If Seller elects to accept any such payment at a later date, Buyer shall pay to Seller, together with the additional deposit, a sum equal to interest at the highest lawful rate on the amount of the additional deposit from the date such payment was due to Seller to the date such payment was made to Seller. Furthermore, if Seller elects to accept such payment at a later date Buyer expressly understands and agrees that Buyer shall

1

MROSEN - 000003

pay to Seller along with such additional deposit and accrued interest as previously defined. Failure to do so will be deemed a material default hereunder. In addition, Buyer expressly acknowledges that Buyer has been advised by Seller that no construction will commence until such time as all deposits and other payments required to be made hereunder are received by Seller from Buyer as required herein.

     This Agreement and the deposits will not give Buyer any lien or claim against the Property and the Buyer's rights hereunder will be subordinate to those of any lender holding a mortgage, whether or not such a mortgage secures the advancement of construction funds.

**BUYER ALSO AGREES TO PAY ALL OTHER SUMS REQUIRED TO BE PAID BY BUYER IN THIS AGREEMENT.**

The balance due at closing must be paid by cashier's check or wire transfer of funds cleared the United States Treasury, only. All payments must be made in U.S. Funds and all cashier's checks must be payable on a bank located in Palm Beach, Broward or Dade County, Florida, U.S.A.

2. **TITLE EVIDENCE**. Prior to Closing, Seller shall deliver to Buyer a title insurance commitment issued by a Florida licensed title insurer agreeing to issue to Buyer, upon recording of the deed, an owner's policy of title insurance (ALTA Form B) in the amount of the Total Purchase Price, insuring Buyer's title to the Property, subject only to the following permitted exceptions ("Permitted Exceptions").

A.    Liability for all taxes affecting the Property starting the year Buyer receives title and continuing thereafter.

B.    All laws and all restrictions, covenants, conditions, limitations, agreements, reservations and easements recorded in the Public Records of Palm Beach County, or otherwise established with respect to the Property; for example, zoning restrictions, property use limitations and obligations, easements (right-of-way), plat restrictions, agreements relating to telephone lines, water and sewer lines and other utilities, provided however, none of the foregoing shall render title unmarketable or prohibit use of the Property for residential purposes.

C.    The restrictions, covenants, conditions, easements, terms and other provisions imposed by the documents contained or referred to in the Community Documents, as described in Paragraph 14 (and any other documents which Seller, in its sole discretion, believes to be necessary or appropriate) which are recorded by Seller now or at any time after the date of this Agreement in the Public Records of Palm Beach County, Florida, and as amendments to any of such documents.

D.    Pending governmental liens for public improvements as of closing.

E.    Any state of facts which any accurate survey of the Property would show.

F.    Perpetual easement for encroachments now or hereinafter existing caused by the settlement or movement of improvements or caused by minor inaccuracies in building or rebuilding.

G.    Buyer's mortgage, if any.

H.    All standard printed exceptions contained in an ALTA Owner's title insurance policy customarily issued in Palm Beach County, Florida. Provided however, upon delivery by Seller of customary affidavits and delivery of a survey at closing, exceptions relating to parties in possession, mechanic's liens, the "gap" and the survey will be deleted at closing. Notwithstanding the foregoing, Buyer acknowledges that certain minor encroachments are routinely disclosed on a survey (such as an encroachment of a driveway over a utility easement) and Buyer agrees to accept an exception for minor encroachments shown on a survey.

Buyer shall have five (5) days from the date of receiving the title insurance commitment to examine it. If Buyer finds title unmarketable, Buyer shall, within five (5) days of receiving the title insurance commitment, notify Seller in writing specifying details. If defects render title unmarketable, Seller shall have one hundred twenty (120) days from receipt of notice within which to remove defects, failing which, Buyer shall have the option of (i) either accepting the title as it then is or (ii) demanding a refund of the deposit(s) and monies paid for options and upgrades which shall immediately be returned to Buyer; whereupon Buyer and Seller shall be deemed to have released one another of all further obligations under this Agreement. Seller will use reasonable efforts to remove title defects, but shall not be obligated to institute suit nor expend any sums in excess of three percent (3%) of the Total Purchase Price. For purposes of this Agreement, title is defective only if matters are revealed which are not disclosed by or approved in this Agreement.

MROSEN - 000004

Unless Seller receives written notice from Buyer within five (5) days after the Effective Date of the Agreement or five (5) days prior to closing, whichever occurs first, Seller will direct the title agent and insurer referred to above to issue the title insurance commitment referred to above and a title insurance policy after Closing. In the event Buyer timely delivers such notice, (i) Seller shall have no obligation to deliver or cause to be delivered to Buyer a title insurance commitment and title insurance policy; (ii) Buyer shall be responsible for obtaining and delivering a title commitment to Seller a minimum of five (5) days prior to Closing (if Buyer shall be deemed to waive Buyer's right to make title and title related objections and Buyer shall be deemed to accept title subject to the Permitted Exceptions and all other matters affecting title); (iii) Buyer shall be responsible to directly pay all costs and fees arising from or related to the title commitment, title policy and the Closing of the transaction described herein; (iv) Seller shall have no obligation to provide Buyer with any prior owner's title insurance policy, base title, certificates of good standing, corporate resolution of Seller, estoppel letters, etc; and (v) Buyer shall be responsible for all costs and expenses (including a Delayed Closing Charge) if Closing is delayed as a result of the foregoing.

3.  **DEPOSITS**. SELLER HEREBY PROVIDES TO THE BUYER THE RIGHT TO HAVE DEPOSIT FUNDS (UP TO 10 PERCENT OF THE PURCHASE PRICE) IN AN INTEREST BEARING ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED IN WRITING BY THE BUYER.

If Buyer elects to have the deposit funds in an escrow account, Buyer will be obligated to pay to the Seller at the time of closing an interest charge calculated pursuant to the formula set forth below:

Seller may borrow money in an amount equal to the funds held in escrow for construction purposes only, in which case any interest which the Seller pays on such a loan for a period not to exceed 12 months shall be paid by the Buyer at the time of closing, but the Buyer shall be credited for any interest accrued on the escrow account.

We have read the foregoing language and we agree that an escrow is:(____ required); (_X_ waived) on 10% deposit of $160,000.00.

4.  **CONSTRUCTION SPECIFICATIONS**. The Home will be constructed in substantial accordance with the plans and specifications kept in Seller's construction office ("Seller's Plans and Specifications"). Buyer acknowledges and agrees that it is a widely observed construction industry practice for plans and specifications for any home or building to be changed and adjusted from time to time in order to accommodate on-going "in the field" construction factors. Buyer further agrees that these changes and adjustments are essential in order to permit all components of the Home to be integrated into a well functioning and aesthetically pleasing product in an expeditious manner. Because of the foregoing, Buyer acknowledges that such changes may occur and agrees that it is reasonable and for Buyer's benefit to allow Seller the flexibility to make such changes in the Home provided that such changes do not materially or adversely affect the size or dimensions of the Home. The Home may be constructed on the lot as a reverse of that shown on the plans, on any sales and promotional material or as the model may have been constructed.

Without limiting Seller's general right to make the changes referred to above, Buyer specifically agrees that changes in the location of utility (including, but not limited to electrical, television and telephone) lead-ins and outlets, air-conditioning equipment, ducts and components, lighting fixtures and electric panel boxes may be made. Buyer further agrees that Seller may "site" the Home in a position that is different from that of the Model and the Seller's Plans and Specifications.

Buyer agrees that all Change Orders for construction modifications must be submitted to Seller and approved by Seller. Buyer understands and agrees that Seller will not be obligated to accept any Change Orders after application for building permit is submitted. Non-structural Change Orders, if any, accepted by Seller subsequent to commencement of construction shall be at Seller's sole and absolute discretion and with such Change Order, the Closing Date may be extended. Payment for all costs set forth on all Change Orders shall be made by Buyer to Seller at the time each Change Order is accepted by Seller. Seller shall not be obligated to undertake any change pursuant to a Change Order until Buyer has made payment in full to Seller for all items on the Change Order.

Buyer acknowledges that in the course of construction of any building or other improvements, certain changes, deviations or omissions may be desirable or required by governmental authorities or job conditions. Any changes, deviations or omissions required by job conditions or governmental authorities are hereby authorized by Buyer. Any costs or expenses resulting from any change, deviation, addition or omission required by governmental authorities, arising subsequent to the execution of this Agreement, shall be evidenced on a Change Order presented by the Seller to the Buyer, which shall be executed by the Buyer.

5.  **MATERIALS AND COLOR SELECTIONS**. Buyer agrees and acknowledges that certain wall coverings, decorations and furnishing in any model displayed to Buyer are for display purposes only and are not included as part of this Agreement. Further, Buyer understands and agrees that certain

3

MROSEN - 000005

other items (or where appropriate, upgraded versions of such items) which may be seen in the Model or in illustrations, are not included with the sale of the Buyer's Home. Buyer further understands and agrees that items of this nature will not be included in Buyer's Home unless specifically provided for in Seller's published list of standard items (if any) or in a Rider or Schedule to this Agreement signed by both Buyer and Seller.

If circumstances arise which warrant changes of suppliers, manufacturers, brand names or other items, Seller may substitute equipment, material, appliances, etc. which are of equal or better quality to that designated on Seller's Plans and Specifications. Buyer further understands and agrees that certain of the finishing items, such as tile, marble, carpet, cabinets, stone, brickwork, roof tile, pool finishes, wood, paint, stain and mica are subject to size and color variations, grain and quality variations, and may vary in accordance with availability and changes by manufacturers from those shown in the model, if any, or illustrations or brochures or those included in the specifications or as shown in Seller's construction office.

Buyer may select certain standard colors and/or materials in the Home. Buyer understands and agrees that Buyer must submit Buyer's selections to Seller in writing within ten (10) days of the date the list of selections is made available to Buyer. If these selections are not delivered to Seller in writing within the time period stated above, then it is understood and agreed that the choices may be made by Seller in its discretion and be binding on Buyer. In that event, Seller's selections shall be binding upon Purchaser and shall not be a basis upon which Buyer may: (i) fail or refuse to close this transaction as scheduled; (ii) make any claim against Seller or (iii) fail or refuse to make any payment when due, in full.

6. **INSULATION**. Seller has advised Buyer by way of an Insulation Rider attached to this Agreement as required by the rules of the Federal Trade Commission, that it currently intends to install in the Home the insulation disclosed in that Rider. The R-Value and other information shown in the Rider is based solely on the information given by the appropriate manufacturers (based on the thicknesses listed) and Buyer agrees that Seller is not responsible for the manufacturers' errors. All of the insulation information is subject to Seller's general right, under Paragraph 4 of this Agreement, to make changes in Seller's Plans and Specifications, and to applicable limitations of Seller's liability to Buyer.

7. **COMPLETION DATE**. Seller estimates that the Home will be substantially completed on or about the date indicated on the first page of this Agreement. Buyer acknowledges and agrees, however, that this estimate is given to Buyer for convenience only and is subject to change from time to time for any reason and without creating any liability of Seller. Seller does, however, agree to substantially complete construction of the Home in the manner specified in this Agreement by a date no later than one (1) year and eleven (11) months from the date Buyer and Seller execute this Agreement, subject however, to delays caused by Buyer or acts of God, the unavailability of materials, strikes, other labor problems, governmental orders, or other events which would support a defense based upon impossibility of performance for reasons beyond Seller's control.

8. **SUBSTANTIAL COMPLETION**. Whenever this Agreement requires Seller to complete or substantially complete an item of construction, that item will be understood to be complete when the same is substantially complete in Seller's reasonable opinion. Notwithstanding the foregoing, however, the Home will not be considered complete or substantially complete by Seller for purposes of this Agreement unless Seller has obtained a Certificate of Occupancy (or its equivalent) from the proper governmental authority.

9. **INSPECTION PRIOR TO CLOSING**. Except as provided herein, for reasons of safety and/or requirements under policies of insurance held by Seller, neither Buyer nor any agent of Buyer shall be permitted to enter the Lot or the Home until after Buyer has closed this Agreement and has taken possession of the Home, whereupon Buyer's rights shall be as set forth in the Community Documents. Buyer agrees to abide by such
restriction and not to enter upon or interfere in any way with the construction of the Home or communicate with any of Seller's contractors, subcontractors, suppliers or workmen or interfere with any other improvements of the Community.

Prior to Closing and upon notice from Seller, Buyer or Buyer's designated representative shall inspect the Home with Seller and together with Seller compile a Punch List specifying any outstanding work required to conform the Home to this Agreement. Buyer's failure to perform Buyer's obligations hereunder shall not delay, postpone, or otherwise interfere with the Closing. Seller shall have a reasonable period of time to complete all work required under the Punch List in a workmanlike manner. The fact that Seller has to complete the work set forth under the Punch List shall not delay, or postpone the Closing, or Buyer's obligation to close and pay the balance of the Purchase Price, or be grounds for a reduction of or credit against the Purchase Price or be grounds for placing a portion of the Purchase Price in escrow pending completion of such items. The provisions of this paragraph shall survive the Closing.

4

MROSEN - 000006

The Property constitutes a part of the Community which may result in the construction of additional improvements by Seller. The Seller is not obligated, however, for the construction or completion of any additional improvements of any other portion of the Community as a pre-condition to the obligation of Buyer to close after substantial completion of the Home by Seller.

10. **CLOSING DATE**. Buyer will be given at least ten (10) days notice of the time and place of Closing, which shall be in Palm Beach County, Florida, at a location designated by Seller ("Closing Notice"). Seller is authorized to postpone the Closing for any reason and Buyer will close on the new date, time and place Seller specifies in a Notice of Postponement (as long as at least three (3) days' notice of the new date, time and place are given). A change of time or place of Closing only (that is, one not involving a change of date) will not require any additional notice period. Any Notice of Closing, Postponement or Rescheduling must be given in writing. All of these notices to Buyer will be sent or directed to the address specified on the first page of this Agreement unless Seller has received written notice from Buyer of a change prior to the date the Closing Notice is given. These notices (other than a change of address) will be effective on the date mailed or placed in an express delivery system (i.e. Federal Express). An Affidavit of one of Seller's employees or agents stating the Notice of Closing, Postponement or Rescheduling was mailed or placed with an express delivery system shall be presumed to establish that the Closing Notice was received.

If Seller agrees to a delay of Closing at the request of Buyer (which Seller is not obligated to do), Buyer will pay to Seller, at the Closing (or in advance if so required by Seller) a late closing charge equal to eighteen percent (18%) per annum on the Total Purchase Price of the Property, computed from the originally scheduled Closing Date through the actual Closing Date.

IF BUYER FAILS TO CLOSE AS REQUIRED BY THIS PARAGRAPH, BUYER WILL BE IN DEFAULT OF THIS AGREEMENT.

11. **CLOSING DOCUMENTS**. At Closing, Buyer will receive (i) a Special Warranty Deed to the Property, (ii) Seller's form of Owner's (No Lien) Affidavit, (iii) a copy of the Certificate of Occupancy or equivalent from the governmental agency having jurisdiction over the Home, and (iv) the FIRPTA Affidavit (collectively the "Closing Documents"). The Special Warranty Deed will be subject to (that is, contain exceptions for) all of the Permitted Exceptions described in Paragraph 2. When Buyer receives the Special Warranty Deed at Closing, Buyer will sign all papers reasonably necessary or appropriate to effectuate the intent of this Agreement.

At the same time Buyer receives the Closing Documents, Buyer agrees to pay the balance of the Total Purchase Price and any additional amounts Buyer owes under this Agreement. Buyer will not be entitled to take possession of the Property until all funds have been received by Seller in accordance with this Agreement. Seller will pay the costs of documentary stamps on the Deed and recording fees for the Deed.

12. **CLOSING COSTS**. Buyer understands that, in addition to the Total Purchase Price for the Property, Buyer must pay certain other fees or costs when Buyer accepts title at Closing. These include the following:

A. At the Closing, the Buyer, in addition to the payment of balance of the Purchase Price and any other sums due under this Agreement, shall pay a "development fee" equal to one and one-half percent (1 ½%) of the total Purchase Price (inclusive of all Change Orders) to cover costs, expenses and fees incurred by Seller in connection with the development of the Property. Buyer understands and agrees that the "development fee" is not for payment of closing costs or settlement fees, but rather covers various costs and expenses of Seller as well as Seller's attorneys' fees in connection with the development;

B. The Property's prorata share of the assessments for The Oaks at Boca Raton Property Owners Association, Inc. (the "Association"), commencing as of the date of closing or from the date of issuance of the Certificate of Occupancy, whichever occurs first;

C. A contribution to the Capital Improvement Fund of the Association, equal to three (3) months of the Association's annual assessment for the Property. This contribution shall be collected and maintained in a separate account for the use and benefit of the Association. The Capital Improvement Fund of the Association shall be disbursed by the Board of Directors for the Association in accordance with the Association documents;

5

MROSEN - 000007

D.     A prepayment of the Association assessments for the Property for the quarter immediately following the quarter in which closing occurs;

E.     Loan fees, loan closing costs and all other related sums, including but not limited to, interest, points, attorneys fees, recording fees, documentary stamps, intangible tax, credit report, abstracting, inspection fees and title insurance charged by Buyer's lender, if any;

F.     Any utility or similar deposits attributable to the Property;

G     Any late closing charges provided for elsewhere in this Agreement; and

H.     Real estate taxes shall be prorated as of the date of closing or from the date of issuance of the Certificate of Occupancy, whichever occurs first.

13.     **DEFAULT**.  If Buyer defaults under this Agreement (beyond the expiration of any notice period, if applicable), all Buyer's rights under this Agreement will end and Buyer authorizes Seller to keep all deposits made or agreed to be made and other pre-closing advance payments (including, without limitation, those on options, extras, upgrades and the like) Buyer has then made and all interest which was earned on them, all as agreed and liquidated damages and not as a penalty. The parties acknowledge that the extent and amount of actual damages is uncertain and as such the amounts provided for above are agreed and liquidated damages.

If Seller defaults under this Agreement, Buyer will give Seller notice of it and if Seller has not commenced appropriate action to cure the default within ten (10) days after such notice is given, Buyer will have the choice of either (i) receiving a refund of all deposits and prepayments for options, extras, upgrades and the like actually paid under this Agreement; (ii) specifically enforcing this Agreement; or (iii) any other remedy available to Buyer in law or in equity.  When Buyer elects one of the remedies available to Buyer, Buyer will be deemed to have waived the other one(s); provided that notwithstanding anything to the contrary contained herein, Buyer shall have whatever remedies, including specific performance and damages, in the event Seller fails to fulfill its obligations to deliver the Property within one (1) year and eleven (11) months as provided in Paragraph 7 of this Agreement.

14.     **ASSOCIATION; RECEIPT OF COMMUNITY DOCUMENTS**.  Upon taking title to the Property, Buyer shall automatically become a member of the Association described in the Community Documents (defined below).  Buyer understands Buyer's membership will take effect at Closing.  At that time, Buyer agrees to accept all liabilities and obligations of such membership.

Buyer acknowledges receipt from Seller, prior to Buyer's signing this Agreement, of copies of the following documents (the "Community Documents"):

A.     Declaration of Covenants, Conditions and Restrictions for The Oaks at Boca Raton.

B.     Articles of Incorporation and By-laws of the Association.

C.     Rules and Regulations of the Association described in the Community Documents.

D.     Operating Budget for the Association (which may be in estimated form).

Buyer acknowledges and agrees that the Community Documents permit The Oaks at Boca Raton Venture, L.P., developer of The Oaks at Boca Raton ("Developer"), or Seller, as the case may be, to make amendments to them and that any changes it makes to them prior to Closing (i) will not necessarily be delivered to Buyer (however, such amendments will be a part of the Public Records of the County) and (ii) will not affect Buyer's obligation to perform any or all of the duties under this Agreement, unless such changes have a material and adverse effect on the market value of the Property.

Buyer understands that the budget for the Association is not guaranteed.  The budget is subject to change at any time and from time to time to reflect actual and projected expenditures.  These changes may occur before or after Closing but will not affect any of Buyer's obligations under this Agreement (except as to resulting changes in Closing prorations).  Buyer recognizes and agrees that Buyer's assessments may include expenses attributable to common areas which are not yet complete or usable by Buyer.

15.     **USE OF THE REMAINING PROPERTY**.  As long as Seller, Developer or other builders own property in the Community, Seller, Developer or such other builders may keep a sales center, offices and model homes in the Community (including on the common areas).  Such persons' salespeople may show homes, erect advertising signs and do whatever else is necessary and helpful for sales, leasing or management.  This use of such property must be reasonable, and cannot unreasonably interfere with

6

MROSEN - 000008

Buyer's use and enjoyment of the Property and the common areas.

In addition to the foregoing, Seller, Developer and other builders and their affiliates, contractors, subcontractors, licensees an designees may conduct such blasting, construction, excavation, repair and other activities in or around the Community as are deemed necessary or appropriate in the sole discretion of the party conducting such activities. Without limiting the generality of the foregoing, and as a material inducement to Seller to enter into this Agreement, Buyer acknowledges and agrees:

SELLER, DEVELOPER AND/OR THE OTHER PARTIES DESCRIBED ABOVE WILL BE CONDUCTING EXCAVATION, CONSTRUCTION AND OTHER ACTIVITIES WITHIN OR AROUND THE COMMUNITY, BOTH BEFORE AND AFTER BUYER CLOSES UNDER THIS AGREEMENT. BUYER RECOGNIZES THEIR RIGHTS TO DO SO AND WILL NOT (i)DEEM ANY OF THESE ACTIVITIES TO BE NUISANCES OR NOXIOUS OR OFFENSIVE ACTIVITIES, (ii) ENTER, OR ALLOW ANY OTHERS UNDER BUYER'S CONTROL TO ENTER ANY AREAS WHERE SUCH ACTIVITIES ARE BEING CONDUCTED (EVEN WHEN THEY HAVE TEMPORARILY CEASED, SUCH AS DURING NON-WORKING HOURS) AND (iii) HOLD SELLER OR DEVELOPER LIABLE OR SUE SELLER OR DEVELOPER FOR ANY DAMAGE OR INJURY ARISING FROM OR CONNECTED WITH ANY OF THE ACTIVITIES DESCRIBED ABOVE.

The provisions of this paragraph will not limit the generality or effect of any similar provisions in any of the Community Documents and, without limiting the generality of paragraph 27 of this Agreement, will continue to be effective after (survive) Closing.

The provisions of this Paragraph 15 will survive Closing.

16.     **SALES COMMISSIONS**. Seller shall pay the cooperating broker, if any, named on the first page of this Agreement. By signing this Agreement, Buyer is representing and warranting to Seller that Buyer has not consulted or dealt with any other broker, salesperson, agent or finder and that Buyer will indemnify and hold Seller harmless for and from any such person or company claiming otherwise, including commissions, attorneys' fees and court costs.

The provisions of this Paragraph 16 shall survive Closing.

17.     **NOTICES**. Except for the provisions set forth in Paragraph 10, whenever Buyer or Seller is required to notify the other, the notice must be in writing addressed to the address set forth on page one of this Agreement and it must be sent by express mail, courier or certified mail, postage prepaid, with a return receipt requested.
A change of address notice is effective when it is received. All other written notices are effective on the day they are properly mailed or placed with an express courier, whether or not received.

18.     **TRANSFER OR ASSIGNMENT**. Buyer has no right to assign, sell or transfer his interest in this Agreement without Seller's prior written consent, which Seller may withhold in its own discretion. Buyer covenants and agrees that prior to closing, Buyer shall not: (a) list or advertise the Property for sale with any broker, in any multiple listing service, in any classified or other advertisement, or otherwise (including, without limitation, "by owner") , and/or (b) enter into any agreement (verbal or written) for an assignment of Agreement or the rights thereunder, or any agreement (verbal or written) for a transfer of title to the Property to any third party.

19.     **OTHERS BOUND BY THIS AGREEMENT**. This Agreement will bind Buyer's heirs and personal representatives. If Buyer is a corporation or other business entity, this Agreement will bind any successor corporation or entity. If Buyer has received permission to assign or transfer Buyer's interest in this Agreement, this Agreement will bind anyone receiving Buyer's interest.

20.     **PUBLIC RECORDS**. Buyer authorizes Seller to record the documents necessary to establish and operate the Community and the portion of it in which the Property is located, all other documents Seller deems necessary or appropriate, and all amendments and supplements to them in the Public Records of the County.

21.     **LITIGATION.** In any suit or other proceeding brought by either Buyer or Seller, the prevailing party will be entitled to recover reasonable attorneys' fees, reasonable costs and expenses actually incurred by the prevailing party in such suit or proceeding or in any appeal and Buyer and Seller agree that venue for such litigation shall be in Palm Beach County, Florida.

22.     **FLORIDA LAW**. This Agreement will be governed by the laws of the State of Florida.

23.     **TIME OF THE ESSENCE**. The performance of all obligations on the precise times stated in this Agreement is of absolute importance and failure to perform any of them on time is a default, time being of the essence.

7

MROSEN - 000009

24. **RECORDING**. Neither this Agreement, nor any notice of memorandum hereof may be recorded among the Public Records and such recording shall constitute a default under this Agreement by the recording party.

25. **COMMUNITY**. The developer of the Community is The Oaks at Boca Raton Venture, L.P. Buyer acknowledges and agrees that Seller has not made any representations, warranties or guarantees whatsoever in connection with this Agreement, as to the design, construction, completion, use, benefits or value of the Community of which the Property is a part. Buyer is purchasing the Property from Seller and regardless of any direct or indirect benefits which the Seller may receive from having Buyer purchase property in the Community, Buyer has not (and will not have) paid or given any consideration to Seller for any such representation, warranty or guaranty and Buyer has neither received nor relied on any such representation, warranty or guaranty from Seller as to the design, construction, completion, use, benefits or value of the Community.

26. **RETURN OF COMMUNITY DOCUMENTS**. If this Agreement is cancelled for any reason, Buyer will return to Seller all of the Community Documents Seller has delivered to Buyer in the same condition Buyer received them, reasonable wear and tear excepted. If Buyer fails to return them, Buyer will pay Seller $50.00 (which may be withheld from Buyer's deposits if Buyer is then entitled to a refund) to defray Seller's cost of preparation, printing and delivery.

27. **SURVIVAL**. The provisions and disclaimers in this Agreement which are intended to have effect after Closing (but only those provisions and disclaimers) will continue to be effective after (survive) Closing and delivery of the deed.

28. **INDUCEMENT**. Buyer acknowledges that the primary inducement for Buyer to purchase under this Agreement is the Property itself and not the Common Areas of the Community or any other part of it. Buyer also acknowledges that he was not induced to purchase the Property or sign this Agreement by any oral statement or oral representation made by Seller or Seller's agents.

29. **RADON GAS**. Radon is a naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Buyer acknowledges that Seller has made no geological or environmental test or surveys of the Community. Seller makes no representations or warranty concerning geological or environmental matters including, but not limited to, radon gas. Seller specifically excludes such geological or environmental matters from any warranties given under this Agreement. If Buyer requires more information concerning this potential risk, additional information may be obtained from the U.S. Environmental Protection Agency and state and local authorities.

30. **RECEIPT OF DISCLOSURES**. Seller and the salesperson hereby disclose to Buyer that it is acting as the Real Estate Broker-Salesperson or Salesperson with respect to the purchase of the Property solely on behalf of Seller as an agent. Accordingly, it undertakes no duty of disclosure, representation or otherwise to Buyer in this transaction. This disclosure is given in accordance with Section 475.25(l)(q), Florida Statutes and Rule 21V-10.033, Florida Administrative Code. Buyer acknowledges receipt of this disclosure, the disclosure summaries for the Community, the Agency Disclosure and Notice of the Closing Expenses prior to signing this Agreement.

31. **WATER LEVELS**. Buyer acknowledges that all lakes and canals (singularly, referred to as "Lake Area" and collectively referred to as "Lake Areas") within the Community are designed as water management areas and are not designed as aesthetic features. Permits from various regulatory agencies govern the control of water levels. Due to varying climatic conditions, environmental conditions of water use requirements, including, without limitation, fluctuations in ground water elevations, priorities established by governmental authorities, and other causes out of the control of Developer, Seller and the Association, the water levels in the Lake Areas, depending on conditions, will rise and fall as often as daily and on occasion the water level may decline significantly and result in changes to the appearance of the Lake Areas. These water level fluctuations and changes in the appearance of the Lake Areas are considered normal occurrences. Buyer further understands and acknowledges that neither the Developer, Seller, nor the Association, have control over such water level fluctuation nor associated impacts to plant growth in the Lake Areas. Therefore, Buyer agrees to release and hold harmless Developer, Seller and the Association from and against any and all claims, demands, damages, costs and expenses of whatever nature or kind, including attorneys' fees and costs, arising from or relating in any manner to the Lake Areas, including, without limitation, water level fluctuations, permitting, construction and maintenance thereof. Buyer shall not alter, modify, expand, or fill any Lake Area without the prior written approval of the Developer, Seller, the U.S. Army Corps of Engineers, and such other local, state and federal authorities as may have relevant jurisdiction over such matters.

The provisions of this paragraph 31 shall survive closing and delivery of the deed to Buyer.

8

MROSEN - 000010

32.    SUBORDINATION. Buyer acknowledges and agrees that all his rights hereunder are subordinate to the lien of any mortgage which now or shall hereafter encumber the subject property prior to Closing and to all amendments, modifications, renewals, consolidations and extensions thereof, and all voluntary and involuntary future advances made thereunder. However, Seller agrees to cause any such mortgage to be discharged of record at the time of Closing.

33.    SEVERABILITY. Should any part, clause, provision or condition of this Agreement be held by a court of competent jurisdiction to be void, invalid or inoperative, including but not limited to compliance with 15 U.S.C. 1702(a)(2) of the Interstate Land Sales Full Disclosure Act ("Act"), the parties agree that such invalidity shall not effect any other part, clause, provision or condition hereof, and that the remainder of this Agreement shall be effective as though such void part, clause, provision or condition had not been contained herein. Additionally, if the interpretation of a provision of the Agreement or a condition within the Agreement could invalidate the Agreement pursuant to the Act, then this Agreement shall be modified accordingly so that the offending part, clause, provision or condition of the Agreement will either be deleted or modified so that the intent of the parties can be fulfilled and yet the offending provision is removed.

34.    WAIVER OF JURY TRIAL. Each party hereby knowingly, voluntarily, and intentionally waives the right to a trial by jury with respect to any litigation between the parties, including, but not limited to any and all cause or causes of action, defenses, counterclaims, crossclaims, third party claims, and intervenor's claims, whether now existing or hereafter arising and whether sounding in contract, tort, equity or otherwise, regardless of the cause or causes of action, defenses or counterclaims alleged or the relief sought by any party, and regardless of whether such causes or action, defenses or counterclaims alleged or the relief sought by any party, and regardless of whether such causes of action, defenses or counterclaims are based on, or arise out of, under or in connection with this agreement or its subject matter, out of any alleged conduct or course of conduct, dealing or course of dealing, statements (whether verbal or written), or otherwise. Any party hereto may file a copy of this agreement with any court as conclusive evidence of the consent of the parties hereto to the waiver of any right they may have to trial by jury.

35. DAMAGE BEFORE COMPLETION. If between the date of this Agreement and the Closing, the Property is damaged by fire or other casualty, the following shall apply:

    A. Risk of loss to the improvements by fire or other casualty until the Closing is assumed by Seller. Seller shall have no obligation to repair or replace the improvements; provided, however, if Seller elects to repair or replace such loss or damage to the improvements, this Agreement shall continue in full force and effect and Buyer shall not have the right to reject title or receive a credit against or abatement in the Purchase Price. In such event Seller shall be entitled to a reasonable period of time within which to complete repairs or replacement. Any proceeds received from insurance or in satisfaction of any claim or action in connection with such loss or damage shall belong entirely to Seller.

    B. If Seller notifies Buyer that it does not elect to repair or replace any such loss or damage, then this Agreement shall be deemed cancelled and of no further force or effect, and Seller shall refund to Buyer all deposits made hereunder, whereupon the parties shall be released and discharged of all claims and obligations hereunder, except that if Buyer is then otherwise in default under this Agreement, Seller shall retain all such deposits as liquidated damages.

36.    LITTORAL ZONES/AQUATIC LAKE PLANTINGS. In addition to the foregoing, the Buyer hereby stipulates and agrees that any and all conservation areas required by governmental authority to be located within the Community shall be dedicated as Common Areas and shall be the perpetual responsibility of the Association and may in no way be altered from the natural or permitted state. Activities prohibited within any and all conservation areas which may be required to be located within the Community, including, but are not limited to, construction or placing of buildings on or above the ground; dumping or placing of soil or other substances such as trash; removal or destruction of trees, shrubs or other vegetation (with the exception of "exotic" and/or "nuisance" vegetation removal); excavation; dredging or removal of soil material; diking or fencing and any other activities detrimental to drainage, flood control, water conservation, erosion control or fish and wildlife habitat conservation or preservation.

Furthermore, the Palm Beach County Department of Environmental Resource Management ("DERM") requires littoral zone lake plantings to be installed and maintained in certain areas in the Community. These plantings may not be disturbed, trimmed or removed by any other persons other than the Association who must first receive approval from DERM. The ongoing maintenance, cost and perpetual obligation of such plantings shall remain the responsibility of the Association after the Developer's representatives resign from the Board of Directors. Any Member(s) of the Association or Buyer who damages the referenced plantings shall be solely responsible for the cost or repairing same, as well as any fines, costs, or other charges imposed by DERM or any other agency or governmental entity arising from such damage. All Buyers shall be deemed to have acknowledged and agreed that views of, including but not limited to, any lakes or other bodies of water in or outside of the Community may be

9

MROSEN - 000011

altered by the presence of such plantings.

All work pursuant to this Section and all expenses incurred or allocated to the Association pursuant to the Community Documents shall be paid for by the Association through assessments (either general or special) imposed in accordance herewith.

The provisions of Paragraph 36 shall survive closing.

37.    **INTERLOCAL/SCHOOL AGREEMENT.** By receipt of a copy of the Community Documents and acceptance of a special warranty deed conveying a lot or lots to the respective Buyer, Buyer does hereby agree to join in and consent to any application, petition or agreement involving an interlocal/school agreement supported by Seller and which will benefit the Community in Seller's sole and reasonable discretion. Buyer additionally acknowledges that school boundaries periodically change within Palm Beach County and Seller does not provide any warranty or guaranty to Buyer as to a child's attendance at a specific school for a specific period of time.

38.    **ADDITIONAL LAND.** Currently, the Developer of The Oaks at Boca Raton has submitted plans to the County to add the approximate 118 +/- acres property to the east of The Oaks [Additional Land] to the Community. If the Developer finalizes the approvals for this Additional Land, then the following, among other changes not yet determined, may at the Developer's option, occur: (i) the Additional Land will be added as part of the Community; (ii) the Community Documents will govern the Additional Land and the homes, common areas, and other improvements constructed thereon as part of the Community, (iii) the Rec facility and common areas serving the Community may be enlarged and/or modified with the homes in the Additional Land having the same use rights as the homes in the existing Community; and (iv) the current planned entrance on Clint Moore Road may be relocated further to the east.

39.    **WARRANTY; DISCLAIMER OF IMPLIED WARRANTIES.** Seller grants to Buyer a limited warranty, the form of which is available at Seller's office. Buyer acknowledges that at the time of execution of this Agreement, Seller has no reason to know of any particular purpose Buyer might have in purchasing the Home and items of personal property sold pursuant to this Agreement other than normal residential use. Buyer further acknowledges that normal swelling, expansions and contractions of materials and construction, and any cracks appearing as a result thereof or as a result of settlement of, in, or on the Home shall not be deemed to be construction defects. Seller makes no other warranties with respect to the fitness, merchantability, habitability, intended use, workmanship, construction or physical condition of either the Home, any fixtures or items of personal property sold pursuant to this Agreement or any other real or personal property conveyed hereby.

This limited warranty is expressly in lieu of any other warranties, express or implied, except for the limited warranty. Seller disclaims any and all implied warranties or merchantability and fitness as to the home, and all fixtures or items of personal property whatsoever conveyed hereby, whether arising from custom, usage of trade, course of dealing, case law or otherwise. Seller shall not be liable for any defects in the work performed by third party contractors not hired by Seller, nor for any adverse impact to the Home, Property or Community caused thereby. Further, should Buyer elect to use a third party contractor that is a subcontractor of Seller, Buyer acknowledges that Seller makes no representations relative to the performance by such third party contractor. Seller will not be liable for damages or injury to any improvements Buyer makes to the Property, or the Buyer's personal property, or for any consequential damages including, but not limited to, inability to possess the Home, inconvenience, or loss of time, due to any defects.

The provisions of this Paragraph 39 will survive Closing.

40.  **CASH TRANSACTION.** The transaction covered by this Agreement shall be on an all cash basis and shall not be subject to Buyer procuring financing.

41.  **ENTIRE AGREEMENT.** This Agreement, together with the Addenda attached hereto, constitute the entire Agreement for Purchase and Sale of the Property and once the Agreement is signed, the Agreement can only be amended in writing. ANY CURRENT OR PRIOR AGREEMENT, REPRESENTATIONS, UNDERSTANDINGS AND ORAL STATEMENTS, INCLUDING BUT NOT LIMITED TO RENDERINGS OR REPRESENTATIONS CONTAINED IN SALES BROCHURES, ADVERTISING OR SALES MATERIALS AND ORAL STATEMENTS OF SALES REPRESENTATIVES, IF NOT EXPRESSED IN THIS AGREEMENT OR IN THE COMMUNITY DOCUMENTS, ARE VOID AND HAVE NO EFFECT. BUYER ACKNOWLEDGES AND AGREES THAT BUYER HAS NOT RELIED ON ANY SUCH ITEMS.

10

MROSEN - 000012



42. **SPECIAL CLAUSES**. The following attached addenda are incorporated into and made a part of this Agreement:

       ·  Common Facilities Disclosure
       ·  Notice of Closing Costs
       ·  Homeowner Association Disclosure Addendum
       ·  Insulation Rider
       ·  Specifications Rider
       ·  Swimming Pool Disclosure
       ·  Zoning Conditions Disclosure
       ·  Other: Platting Addendum

BY SIGNING BELOW, BUYER AND SELLER AGREE TO BE BOUND BY ALL OF THE TERMS AND PROVISIONS OF THIS AGREEMENT, INCLUDING THOSE PARAGRAPHS AS PRINTED ON THE REVERSE SIDES OF THE PAGES. BUYER IS ADVISED TO CAREFULLY REVIEW SUCH TERMS AND PROVISIONS AS WELL AS THE VARIOUS DISCLAIMERS APPEARING IN THIS AGREEMENT.

NOTE: BEFORE BUYER SIGNS THIS AGREEMENT, BUYER SHOULD READ IT AND THE COMMUNITY DOCUMENTS CAREFULLY AND IS FREE TO CONSULT AN ATTORNEY OF BUYER'S CHOICE.

Witnesses:                                   SELLER:

                                             ALBANESE-POPKIN THE OAKS DEVELOPMENT
                                             GROUP, L.P., a Florida limited partnership, by
                                             ALBANESE-POPKIN DEVELOPMENT GROUP, LLC.,
                                             a Florida limited liability Company, General Partner

_Donna M. Sandberg_

                                             By: _____
                                                  Leonard A. Albanese, Manager

_____                      Date: _____5-9-06_____

                                             BUYER:

_____                      _____
                                             Michael Rosen

                                             _____
                                             Robyn Rosen

_____                      Date: ___05/09/06___

MROSEN - 000013

## COMMON FACILITIES DISCLOSURE

As required by Florida Law, the purchaser(s) of property in The Oaks of Boca Raton (the "Development") are advised that the following recreational or other facilities are available for use by the property owners in the Development.

A Community Building of approximately _____ 20,000 _____ square feet with swimming pool and tennis courts.

There will be charges for the use of the facilities listed above. The Declarant, the Association or other entity which owns and/or operates the facilities have the right to levy assessments which are used, in part, for the operation and upkeep of the facilities. Further, there may be other property (e.g., private roads, parks) in the Community and/or Development which is owned or operated by the Association.

By signing below, the purchaser(s) acknowledges receipt of this disclosure prior to the execution of a contract to purchase property in the Community and Development.

Purchaser: _____
Michael Rosen

Purchaser: _____
Robyn Rosen

Date: 05/09/06

wpdocs\\facilitiesOaksatBocaRaton.wpd

12

MROSEN - 00001

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/18/19 Page 17 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2015 Page 16 of
189

## THE OAKS AT BOCA RATON
## NOTICE OF CLOSING EXPENSES

Pursuant to the rules promulgated by the Department of Legal Affairs, Buyer is hereby warned that upon Closing, additional costs may be required to be paid by the Buyer in the form of closing costs, which may include the following:

1.  The balance of the Purchase Price, plus any unpaid extras (i.e., Change Orders).

2.  Prorated portion of the current real property taxes and assessments from the date of closing or from the date of issuance of the Certificate of Occupancy, whichever occurs first.

3.  A "development fee" equal to one and one-half percent (1 ½ %) of the Purchase Price.

4.  A prorated portion of the Associations assessments from the date of closing or from the date of issuance of the Certificate of Occupancy, whichever occurs first and a working capital contribution equal to three (3) months assessments for The Oaks at Boca Raton Property Owners Association, Inc.

5.  Buyer's own hazard and liability insurance.

6.  Attorney's fees for Buyer's attorney, if any.

7.  Default interest, delayed closing charges or penalties.

In addition, if the Buyer obtains a mortgage, additional costs may be demanded from the Buyer by the lender.

c:\wpdocs\closingexp.OaksatBocaRaton.wpd

13

MROSEN - 000018

THE OAKS AT BOCA RATON
PURCHASE AND SALE AGREEMENT
HOMEOWNER ASSOCIATION DISCLOSURE ADDENDUM

**THIS ADDENDUM** to The Oaks at Boca Raton Purchase and Sale Agreement (the "**Agreement**") made between Albanese-Popkin The Oaks Development Group, L.P., a Florida limited partnership, ("**Seller**"), and MICHAEL ROSEN AND ROBYN ROSEN, ("**Buyer**"), for the purchase of the property located at _____ (Lot 148, B-1), is hereby entered into and made a part of said Agreement as if fully set forth therein.

**W I T N E S S E T H:**

1.  In the event of any conflict between the terms and provisions of this Addendum and any terms and provisions of the Agreement, the terms and provisions of this Addendum shall control. Capitalized terms which are employed in this Addendum without definition but which are defined in the Agreement shall have the same meaning in this Addendum as in the Agreement.

2.  Association Memberships:

(A)  As a purchaser of property in this Community, you <u>X</u> will _____ will not be obligated to be a member of a Homeowners' Association ("Association").

(B)  There have been or will be recorded restrictive covenants (the "Covenants") governing the use and occupancy of properties in this Community.

(C)  You <u>X</u> will _____ will not be obligated to pay assessments to the Association. You <u>X</u> will _____ will not be obligated to pay Assessments to the respective municipality, county or special district. All Assessments are subject to periodic change.

(D)  Your failure to pay Special Assessments or Assessments levied by a Mandatory Homeowners' Association could result in a lien on your property.

(E)  There _____ is <u>X</u> is not an obligation to pay rent or land use fees for recreational or other commonly used facilities as an obligation of membership in the Homeowners' Association. (If such obligation exists, then the amount of the current obligation is $1,793.48 per quarter.)

(F)  The Covenants _____ can <u>X</u> cannot be amended without the approval of the Association Membership or, if no mandatory Association exists, parcel owners.

(G)  The Statements contained in this disclosure form are only summary in nature, and, as a Prospective Purchaser, you should refer to the Covenants and the Association Governing Documents before purchasing property.

(H)  These Documents are matters of Public Record and can be obtained from the Record Office in the County where the Property is located.

3.  Buyer acknowledges that this Homeowner Association Disclosure Addendum was provided to Buyer prior to Buyer's execution of the Agreement.

**BUYER:**

Michael Rosen

Robyn Rosen

**DATE EXECUTED BY BUYER:**

_____, 200___

**SELLER:**

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., a Florida limited partnership, by ALBANESE-POPKIN DEVELOPMENT GROUP, LLC., a Florida limited liability Company, General Partner

By _____
Leonard A. Albanese, Manager

**DATE EXECUTED BY SELLER:**

_____May 9_____, 2006

14

MROSEN - 000012

## INSULATION DISCLOSURE

Seller presently intends to install insulation in the Property as follows:

1. Material: __Fiberglass batts, foil-backed paper__

2. R-Value: __R-30 / R-11 / R-4.1__

3. Thickness: __9" / 4" / N/A__
   Living / O/S / O/S

4. Location: __area ceilings/ frame walls / block walls__ (unless otherwise specified, insulation will not be installed in outside garage walls, garage ceilings or interior walls).

Pursuant to rules of the Federal Trade Commission, Seller reserves the right to change such insulation by delivering written notice of the changes to Purchaser.

_____    _____
                                    Michael Rosen

_____    _____
                                    Robyn Rosen

                                    Date of Execution: __08/09/06__

15

MROSEN - 000017

THE OAKS AT BOCA RATON
DISCLOSURE
Residential Swimming Pool Safety Act

Chapter 515, Florida Statutes, effective October 1, 2000, sets forth certain pool safety feature and disclosure requirements regarding drowning prevention and pool ownership.

All new residential swimming pools, spas, and hot tubs must be equipped with at least one pool safety feature as specified in the chapter, designed to deny, delay or detect unsupervised entry to a swimming pool, spa, or hot tub, in order to reduce drowning and near-drowning incidents.

The State of Florida Department of Health shall be responsible for producing its own or adopting a nationally recognized publication that provides the public with information on drowning prevention and the responsibilities of pool ownership and also for developing its own or adopting a nationally recognized drowning prevention education program for the public and for persons violating the pool safety requirements of the chapter. As of the date hereof, no publication has been prepared or adopted.

DEFINITIONS.

The term:

"Approved safety pool cover" means a manually or power-operated safety pool cover that meets all of the performance standards of the American Society for Testing and Materials (ASTM) in compliance with standard F1346-91.

"Barrier" means a fence, dwelling wall, or nondwelling wall, or any combination thereof, which completely surrounds the swimming pool and obstructs access to the swimming pool, especially access from the residence or from the yard outside the barrier.

"Exit alarm" means a device that makes audible, continuous alarm sounds when any door or window which permits access from the residence to any pool area that is without an intervening enclosure is opened or left ajar.

RESIDENTIAL SWIMMING POOL SAFETY FEATURE OPTIONS AND PENALTIES.

In order to pass final inspection and receive a certificate of completion, a residential swimming pool must meet at least one of the following requirements relating to pool safety features:

(1)     The pool must be isolated from access to a home by an enclosure that meets the pool barrier requirements of s. 515.29;

(2)     The pool must be equipped with an approved safety pool cover;

(3)     All doors and windows providing direct access from the home to the pool must be equipped with an exit alarm that has a minimum sound pressure rating of 85 dB A at 10 feet; or

(4)     All doors providing direct access from the home to the pool must be equipped with a self-closing, self-latching device with a release mechanism placed no lower than 54 inches above the floor.

RESIDENTIAL SWIMMING POOL BARRIER REQUIREMENTS.

A residential swimming pool barrier must have all of the following characteristics:

(1)     The barrier must be at least 4 feet high on the outside.

(2)     The barrier may not have any gaps, openings, indentations, protrusions, or structural components that could allow a young child to crawl under, squeeze through, or climb over the barrier.

16

MROSEN - 000018

(3) The barrier must be placed around the perimeter of the pool and must be separate from any fence, wall, or other enclosure surrounding the yard unless the fence, wall, or other enclosure or portion thereof is situated on the perimeter of the pool, is being used as part of the barrier, and meets the barrier requirements of this section.

(4) The barrier must be placed sufficiently away from the water's edge to prevent a young child or medically frail elderly person who may have managed to penetrate the barrier from immediately falling into the water.

Gates that provide access to swimming pools must open outward away from the pool and be self-closing and equipped with a self-latching locking device, the release mechanism of which must be located on the pool side of the gate and so placed that it cannot be reached by a young child over the top or through any opening or gap. A wall of a dwelling may serve as part of the barrier if it does not contain any door or window that opens to provide access to the swimming pool.

A barrier may not be located in a way that allows any permanent structure, equipment, or similar object to be used for climbing the barrier.

### DROWNING PREVENTION EDUCATION PROGRAM; PUBLIC INFORMATION PUBLICATION.

The Department of Health shall develop a drowning prevention education program, which shall be made available to the public at the state and local levels and which shall be required as set forth in s. 515.27(2) for persons in violation of the pool safety requirements of this chapter. The Department may charge a fee, not to exceed $100, for attendance at such a program. The drowning prevention education program shall be funded using fee proceeds, state funds appropriated for such purpose, and grants. The Department, in lieu of developing its own program, may adopt a nationally recognized drowning prevention education program to be approved for use in local safety education programs.

The Department shall also produce, for distribution to the public at no charge, a publication that provides information on drowning prevention and the responsibilities of pool ownership. The Department, in lieu of developing is own publication, may adopt a nationally recognized drowning prevention and responsibilities of pool ownership publication.

c:\wpdocs\poolsafety.Oaksat BocaRaton.wpd

17

MROSEN - 000019

## THE OAKS AT BOCA RATON
### ZONING CONDITION DISCLOSURES

PORTIONS OF THE PROPERTY ARE IMMEDIATELY ADJACENT TO THE CLINT MOORE ANIMAL
HOSPITAL, WHICH IS A VETERINARY CLINIC AND COMMERCIAL DOG KENNEL, AND WHICH
HAS OUTDOOR DOG RUNS AND EXERCISE AREAS, WHICH AMONG OTHER THINGS COULD
GENERATE NOISE. EACH OWNER ACKNOWLEDGES AND AGREES THAT THE USES OF THE
CLINT MOORE ANIMAL HOSPITAL PREDATE THE DEVELOPMENT OF THE PROJECT AND THAT
IN ACQUIRING THE RESPECTIVE LOT, BUYER HAS HAD AN OPPORTUNITY TO INSPECT THE
CONDITIONS PRESENTED BY THE USES OF THE CLINT MOORE ANIMAL HOSPITAL AND
KNOWINGLY AND VOLUNTARILY ACKNOWLEDGES AND ACCEPTS SUCH CONDITIONS, AND
WAIVES, RELEASES, INDEMNIFIES AND HOLDS HARMLESS THE DEVELOPER, SELLER AND
THE ASSOCIATION FROM ANY AND ALL CLAIMS, DEMANDS, LIABILITIES, COSTS AND
EXPENSES, INCLUDING BUT NOT LIMITED TO REASONABLE ATTORNEYS' FEES AND COSTS
ARISING FROM OR RELATED TO SUCH CONDITIONS.

PORTIONS OF THE PROJECT ARE IMMEDIATELY ADJACENT AND NEAR CERTAIN
AGRICULTURAL FACILITIES AND A PACKING PLANT, THE ACTIVITIES OF THESE
FACILITIES, AMONG OTHER THINGS MAY GENERATE NOISE, ODORS AND TRUCK TRAFFIC.
OWNER ACKNOWLEDGES AND AGREES THAT THESE USES PREDATE THE PROJECT AND THAT,
IN ACQUIRING ITS LOT, BUYER HAS HAD AN OPPORTUNITY TO INSPECT THE CONDITIONS
PRESENTED THEREBY AND KNOWINGLY AND VOLUNTARILY ACKNOWLEDGES AND ACCEPTS
SUCH CONDITIONS, AND WAIVES, RELEASES, INDEMNIFIES AND HOLDS HARMLESS THE
DEVELOPER, SELLER, AND THE ASSOCIATION FROM ANY AND ALL CLAIMS, DEMANDS,
LIABILITIES, COSTS AND EXPENSES, INCLUDING BUT NOT LIMITED TO REASONABLE
ATTORNEYS' FEES AND COSTS ARISING FROM OR RELATED TO SUCH CONDITIONS.

BUYER: _____

Michael Rosen

Robyn Rosen

Date: 05/09/06

c:\wpdocs\ zoningdis\Oaksat BocaRaton.wpd

18

MROSEN - 000020

F:\Agree\Oaks\Add Lot 148, B-1 Rosen

ADDENDUM "1"
TO THE AGREEMENT FOR SALE AND PURCHASE BY AND BETWEEN
ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., (SELLER) AND
MICHAEL ROSEN AND ROBYN ROSEN, HIS WIFE, (BUYER)
FOR THE SALE AND PURCHASE OF LOT 148, B-1, THE OAKS AT BOCA RATON

IT IS HEREBY MUTUALLY AGREED UPON AS FOLLOWS:

1.    In addition to the purchase price set forth in paragraph 1 of the above referenced Contract in the amount of $1,600,000.00 the Buyer shall pay to the Seller the additional sum of $225,000.00 for extras and options (included in the specs attached to the Contract), thereby resulting in an adjusted total contract price of $1,825,000.00.

2.  The additional sum of $225,000.00 shall be payable as follows:

$ 22,500.00 10%

(a)       $45,000.00 - (20%) payable upon execution hereof, time being of the essence.

$ 202,500.00 90

(b)       $180,000.00 - (80%) representing the balance due, payable by means of a cashier's check drawn on a local bank or wire transfer of funds, payable immediately upon issuance of the Certificate of Occupancy for the subject residence, however, in no event later than five (5) days prior to closing, whichever occurs first, time being of the essence.

3.    As part of the additional consideration, the Seller agrees to do the work listed as Schedule A. See attached.

4.    In the event there exists a conflict between the terms and provisions of this Addendum "1"and the terms and provisions of the Agreement for Purchase and Sale, then the terms and provisions of this Addendum "1" shall control and prevail.  Except as modified herein, all terms and provisions of the above referenced Agreement for Purchase and Sale shall remain in full force and effect.

SELLER:
ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.
A Florida limited partnership

By: Albanese-Popkin Development Group, LLC
a Florida limited liability Company, General Partner

By: _____
Leonard A. Albanese
Manager

Date: 5/9/06

Date: 05/09/06

BUYER:

_____
Michael Rosen

_____
Robyn Rosen

MROSEN - 000021

F:\Agree\Oaks\Add 2 K Lot 148, B-1 Rosen

ADDENDUM "2"
TO THE AGREEMENT FOR SALE AND PURCHASE BY AND BETWEEN
ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., (SELLER) AND
MICHAEL ROSEN AND ROBYN ROSEN, HIS WIFE, (BUYER)
FOR THE SALE AND PURCHASE OF LOT 148, B-1 THE OAKS AT BOCA RATON

1. The above referenced Contract is subject to Buyer obtaining a written loan commitment in a form satisfactory to Seller and Seller's construction lender, in their sole and absolute discretion, setting forth that Buyer has obtained a firm written commitment for a ninety (90%) percent mortgage loan in the amount of $1,440,000.00, which loan is to be funded at closing with Seller. Buyer must provide the aforesaid written loan commitment to Seller no later than the end of business on Wednesday, May ~~17~~ 31, 2006. In the event Buyer does not provide the aforesaid loan commitment Seller may at Seller's option, elect to cancel this Agreement in which event Seller shall return Buyer's initial deposit and the Contract shall thereafter be deemed null and void and of no further force and effect.

2. In the event there exists a conflict between the terms and provisions of this Addendum "2" and the terms and provisions of Addendum "1" or the terms and provisions of the Agreement for Purchase and Sale, then the terms and provisions of this Addendum "2" shall control and prevail. Except as modified herein, all terms and provisions of the above referenced Agreement for Purchase and Sale shall remain in full force and effect.

SELLER:
ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.
A Florida limited partnership

By: Albanese-Popkin Development Group, LLC
a Florida limited liability Company, General Partner

By: _____
Leonard A. Albanese
Manager

Date: 5/9/06

Date: 05/09/06

BUYER:

_____
Michael Rosen

_____
Robyn Rosen

MROSEN - 000022

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/18/19 Page 25 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2015 Page 24 of 189
Schedule 1

- Buyer shall have the option to reselect Standard Rear Pavers
- No Carpet shall be installed
- Gas Stub for future generator
- Install ¾" Oak Flooring in Loft and Upstairs Hallway (Buyer shall select Stain Color)
- Install Faux 1x6 Pecky Cypress in Upstairs Master Covered Patio and Downstairs Covered Patio
- Install Full ceramic Tile Back Splash on Barbeque Wall ($3.00 per SF Material Allowance)
- Install one 36" Subzero Refrigerator (601R-0) and one 36" Subzero Freezer (601F-0) ✓
- Install Bosch Dishwasher with cabinet panel (SHV46C13UC)
- Install Black Kitchenaid Double Oven (KEBC207KBL)
- Install Black Thermador Cook Top (SGS365CB 5 Burner Gas Cook Top in Black Sealed Burners)
- Install a Dry Bar with Cabinets and Granite Counter Top in the Living Room
- Refinish Master Bathroom and Morning Bar
- Install Dark Emperadour Slab Counter Top on Master Morning Bar
- $300.00 (Three Hundred Dollars) additional allowance for Plumbing Fixtures in each Secondary Bath and $1,5000.00 (One Thousand Five Hundred Dollars) Additional Master Bath Allowance for Plumbing Fixtures

2

MROSEN - 000023

F:\Agree\Oaks\Add Lot 148, B Rosen

ADDENDUM "3"

TO THE AGREEMENT FOR SALE AND PURCHASE BY AND BETWEEN
ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P., (SELLER) AND
MICHAEL ROSEN AND ROBYN ROSEN, HIS WIFE, (BUYER)
FOR THE SALE AND PURCHASE OF LOT 148, B, THE OAKS AT BOCA RATON
IT IS HEREBY MUTUALLY AGREED UPON AS FOLLOWS:

1. **ATTORNEYS' REVIEW:** The above referenced Contract is hereby made contingent

upon and subject to Buyer's attorney's review and approval of the aforesaid Contract no later than

Friday, May 12, 2006 at 4:00 P.M. In the event Buyer's attorney does not approve the Contract

prior to Friday, May 12, 2006 at 4:00 P.M. Buyer may elect to cancel this agreement and receive a

complete refund of any and all deposits paid provided that Buyer delivers to Seller, c/o Edward D.

Popkin, at 5355 Town Center Road, Suite 801, Boca Raton, FL 33486, written notice of Buyer's

election to cancel this agreement. In the event Buyer elects to cancel as heretofore set forth then, in

such event, this Contract shall be deemed null and void and of no further force and effect.

In the alternative, if Buyer does not provide written notice of their election to cancel this

Agreement on or before Friday, May 12, 2006 at 4:00 P.M. then, in such event, Buyer's right to

terminate and the contingency provision contained herein shall be deemed waived and the above

referenced Contract shall remain in full force and effect. Time shall be of the essence with respect

to this provision.

2. In the event there exists a conflict between the terms and provisions of this Addendum

"1" and the terms and provisions of the Agreement for Purchase and Sale, then the terms and

provisions of this Addendum "3" shall control and prevail. Except as modified herein, all terms and

provisions of the above referenced Contract for Sale and Purchase shall remain in full force and

effect.

SELLER:
ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, L.P.
A Florida limited partnership

By: Albanese-Popkin Development Group, LLC
a Florida limited liability Company, General Partner

By: _____
Leonard A. Albanese
Manager

Date: 5/9/06

BUYER:

Date: 05/09/06

_____
Michael Rosen

_____
Robyn Rosen

MROSEN - 000024

Exhibit B

## *Client Selections Report*

*Client*    Spec. - 148-B1



THE OAKS
at Boca Raton

| Category | Selection Description | WO# | WO Amount | Selected |
|---|---|---|---|---|
| Cabinets | Upgraded Kitchen Cabinets see Attached | | | |
| Cabinets | **POWDER ROOM: Furniture style Vanity purchased from Ferguson's (see plumbing portfolio). This Vanity INCLUDES a granite top <Venetian Gold Granite>, and sink. The faucet was purchased as a separate item on the Plumbing Order. | | | |
| Ceiling Coffers | Upgrade Living Room Ceiling - (beams/crown) Box Beam coffer standard, with painted drywall finish | | | |
| Closet Organizers | Standard closet shelving in all bedroom closets and linen closets. | | | |
| Counter Tops | Upgraded Counter Tops;KITCHEN & BUTLER'S P> Arius Gold Granite, Baveled Edge. MASTER BATH> Onyx,Beveled Edge. CABANA> Crema Marfil, Baveled Edge. BATHS #2, #3, #4 and MASTER MORNING BAR> Saturnia Mrble, Baveled Edge. | | | |
| Door Hardware | Interior Doors: Schlage Sierra Egg Knob in Oil Rubbed Bronze #613 | | | |
| Door Hardware | FRONT DOOR HARDWARE: Emtek Greely. Bronze Finish. | | | |
| Drywall Finishes | Upgrade to Include a Drywall Niche in Foyer | | | |
| Drywall Finishes | Standard: Orange peel walls. Knockdown ceilings. Upgrade to Slick bathrooms. | | | |
| Drywall Finishes | Upgrade to to Include Drywall Niche in Dining Room. | | | |
| Electrical Plan | Upgraded Electrical to Include additional Hi-Hats, Undercounter Lighting in Kitchen. | | | |
| Electrical Plan | Structured Cabling | | | |

*Tuesday, May 02, 2006*        *Page 1 of 4*

*Client*    Spec. - 148-B1

MROSEN - 000025

| Category | Selection Description | WO# | WO Amount | Selected |
|---|---|---|---|---|
| Electrical Plan | House Speaker System | | | |
| Electrical Plan | 2 additional Hi-Hats | | | |
| Electrical Trim Color | White throughout home : Almond in Kitchen | | | |
| Exterior Paint | Stucco: Benjamin Moore "Linen White" #912. Trim: Sherwin Williams "Navajo White" #SW6126 | | | |
| Exterior Railings | Upgrade to Belly Rail at Front Entry | | | |
| Exterior Railings | Standard Straight Railing on Back of Home (there are work orders for Belly Rails on the Front) | | | |
| Exterior Railings | Upgrade to Belly Rail at Bedroom #5 | | | |
| Fireplace | NO FIREPLACE added to this home | | | |
| Floor Outlets | NO FLOOR OUTLETS | | | |
| Garage Doors | Standard Raised Panel Garage Doors. | | | |
| Gutters & Downspouts | Color: Cameo | | | |
| Hardscape | Raised Spa (18"), 6' x 6' as part of pool including 400,000 BTU Gas Heater | | | |
| Hardscape | 10' of Extra Pool | | | |
| Hardscape | Add a Sun Shelf | | | |
| Hardscape | Pre-Wire for Future Jandy System | | | |
| Hardscape | Add a Fill Line | | | |
| Home Theater | No home theater. | | | |
| Interior Doors | Standard Interior Doors with applied molding #WM390. | | | |
| Interior Paint | Ceilings and Walls: Sherwin Williams "Antique White" SW6119. Trim: Sherwin Williams "Pure White" SW7005. | | | |

*Tuesday, May 02, 2006*                                                                                     *Page 3 of 4*

Client   Spec. - 148-B1

| Category | Selection Description | WO# | WO Amount | Selected |
|---|---|---|---|---|
| Interior Trims | Standard SD-5 5 1/2" Base, and M-3 3 1/4" Case. | | | |
| Island Sink | Island Veggie sink including Kohler K5336 Sink/K16160 faucet and disposal | | | |
| Landscaping | Upgraded Landscaping Package | | $45,000.°° allowance — plan to be forwarded... 5/10/2006 | |
| Landscaping | Upgraded Landscaping Package | | | |
| Mirrors | Standard Mirrors in all locations, excluding Powder room. No Mirror in powder room. | | | |
| Morning Bar | Upgrade :Master Bedroom morning bar, with Granite Top Undercounter Refigerator and Sink | | | |
| Other or Additional items not listed | Additional Stucco Banding, and Add "Big" Outlookers. | | | |
| Other or Additional items not listed | Upgrade: Gas Rough In for Future Pool Heater | | | |
| Other or Additional items not listed | No Screen Enclosure | | | |
| Other or Additional items not listed | Upgrade to Include a Butlers Pantry in Kitchen Area. | | | |
| Outdoor BBQ | Upgraded to a Complete Summer Kitchen BBQ Center. | | | |
| Pavers and Pool Coping | Pool Coping Upgrade to Coral Lock, color IVORY | | | |
| Pool Tile & Plaster Color | Pool Tile: Upgrade to IC-109 | | | |
| Pool Tile & Plaster Color | Pool Plaster: Blue | | | |
| Pre-Cast Stone | Color: Buff | | | |
| Roof Tile | Regal "Marigold" | | | |
| Shower Enclosures | MASTER> 3/8" Glass, Brushed Nickel Finish, Frameless with Custom "C" pull. BATH #2, #4 and CABANA> 3/8" Glass, Polished Chrome Finish, Frameless with Custom back to back "C" pull. | | | |

Tuesday, May 02, 2006                                                                 Page 3 of 4

Client    Spec. - 118-B1

| Category | Selection Description | WO# | WO Amount | Selected |
|---|---|---|---|---|
| Staircase Materials & Balcony Railing | Open Stringer with stained Oak Treads (stained Minwax Jacobean #2750) and Painted Risers (painted Sherwin Williams "Pure White" #SW7005. | | | |
| Tile Flooring & Walls | Upgraded Flooring in common area to large Palatum Cream includes Library, and Guest Bath Floor | | | |
| Window Frames, Color & Glass Type | Bronze Frames/Bronze Glass Tint. Impact Glass | | | |

➤ Kitchen backsplash to be full height -
to be 4×4 tumbled marble

• $3,000.⁰⁰ Allowance for master closet finish)

• Dry Bar handles to match Kitchen's -

• garage Doors to be Tudor Brown

• Remaining appliance list to be fixed
no later than May 10th, 2006.

• CH 318 Applied molding 2 panel
design. Front door.

Tuesday, May 02, 2006                                                    Page 4 of 4

Client    Spec - 148-B1

MROSEN - 000028



CLOSET SYSTEMS

To: _____MR+MRS Rosen_____

From: _____JAMIE_____

Date: _____8/23_____

Pages: _____1 of 3_____

Find revised Design for "Her" Closet. Pls
call w/any questions

① Her Closet  -  Added Dresser unit  + 595
                  Granite top option  + 400

② His Closet  -  Granite top option  +295
                                12 q  0

990 South Rogers Circle, Suite 2 • Boca Raton, Florida 33487
1-800-794-8169 • 561-912-9881 • Fax 561-912-9818
www.jiclosets.com

MROSEN - 000029

FROM :                                    PHONE NO. :                    Jun. 15 2005 01:31PM P2



MROSEN - 000030

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 33 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2013 Page 32 of
189

FROM :

PHONE NO. :

Jun. 15 2005 01:31PM P3



MROSEN - 000031

APPLICATION#: ███████████          11/06/06
LOANS:
BORROWERS                          PROPERTY
ROBYN M. ROSEN                     17538 MIDDLEBROOK WAY
                                   BOCA RATON, FL 33496

ITEMIZATION OF AMOUNT FINANCED

| | | | |
|---|---|---|---|
| $ | 595,933.00 | Total amount financed | $ 595,933.00 |
| $ | 2,568.50 | Interim Interest | |
| $ | 425.00 | Settlement or closing fee | |
| $ | 750.00 | Attorney's fees | |
| $ | 75.00 | DOWNLOAD FEE | |
| $ | 35.00 | E-FILE DIGITAL IMAGING | |
| $ | 75.00 | COURIER | |
| $ | 18.50 | ASSIGNMENT OF MORTGAGE | |
| $ | 45.00 | DIGITAL IMAGING FEE | |
| $ | 75.00 | COPY/FAX/MAIL | |
| $ | 4,067.00 | Total prepaid finance charges | $ 4,067.00 |
| $ | 950.00 | Appraisal Fee | |
| $ | 8,155.00 | Hazard Insurance Premium | |
| $ | 200.00 | Title Insurance | |
| $ | 752.50 | ENDORSEMENT | |
| $ | 257.10 | Recording fee | |
| $ | 1,200.00 | City/county tax/stamps | |
| $ | 2,100.00 | State tax/stamps | |
| $ | 699.95 | COLLECT & PAY MOV. TAXES | |
| $ | 14,314.55 | Total amount paid to others | |

LOAN AMOUNT          $    600,000.00

PAYMENT INFORMATION

THE FIRST PAYMENT FOR YOUR Fixed Rate Fixed Term - 30 YR

FOR:        $  600,000.00
AT:            6.250000%
WHICH WILL PAY OFF IN 360 PAYMENTS

IS BROKEN DOWN AS FOLLOWS:

| | |
|---|---|
| PRINCIPAL &/OR INTEREST | $   3,694.30 |
| Mortgage Insurance | 0.00 |
| Taxes and Assessments | 0.00 |
| Insurance | 0.00 |
| Other | 0.00 |
| TOTAL PAYMENT | $   3,694.30 |

Date ___/___/___

_____
ROBYN M. ROSEN

_____
Michael Rosen

OMB NO. 2502-0285

| A. | | B. TYPE OF LOAN: |
|---|---|---|
| U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | | 1. ☐ FHA  2. ☐ FmHA  3. ☒ CONV. UNINS.  4. ☐ VA  5. ☐ CONV. INS. |
| **SETTLEMENT STATEMENT** | | 6. FILE NUMBER:  7. LOAN NUMBER: |
| | | 8. MORTGAGE INS CASE NUMBER: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside the closing they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Michael Rosen and Robyn Rosen | Albanese-Popkin The Oaks | Choice Mortgage Bank 40 S.E. 1st Street, Suite 507 Boca Raton, FL 33432 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | I. SETTLEMENT DATE: |
|---|---|---|
| 17538 Middlebrook Way Boca Raton, FL 33496 Palm Beach County, Florida | Cross Country Title, Inc. | November 6, 2006 |
| | PLACE OF SETTLEMENT: | |
| | 5355 Town Center Rd., Ste.501 Boca Raton, FL 33486 | |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER:** | | **400. GROSS AMOUNT DUE TO SELLER:** | |
| 101. Contract Sales Price | 1,600,000.00 | 401. Contract Sales Price | 1,600,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (Line 1400) | 13,205.91 | 403. | |
| 104. Work Orders to Albanese-Popkin The Oaks | 225,000.00 | 404. Work Orders | 225,000.00 |
| 105. HOA Capital Contribution to The Oaks at Boca Raton | 1,943.48 | 405. | |
| *Adjustments For Items Paid By Seller in advance* | | *Adjustments For Items Paid By Seller in advance* | |
| 106. City/Town Taxes to | | 406. City/Town Taxes to | |
| 107. County Taxes to | | 407. County Taxes to | |
| 108. Assessments to | | 408. Assessments to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. HOA Reimb 10/1-11/6/06 | 727.05 | 411. HOA Reimb 10/1-11/6/06 | 727.05 |
| 112. 1 1/2% Development Fee | 24,000.00 | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 1,864,877.44 | **420. GROSS AMOUNT DUE TO SELLER** | 1,825,727.05 |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER:** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER:** | |
| 201. Deposit or earnest money | 182,500.00 | 501. Excess Deposit (See Instructions) | |
| 202. Principal Amount of New Loan(s) | 600,000.00 | 502. Settlement Charges to Seller (Line 1400) | 67,918.40 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Comm. Credit from Addison Mizn | 20,000.00 | 504. Payoff of first Mortgage to Ohio Savings Bank | 810,307.58 |
| 205. | | 505. Payoff of second Mortgage | |
| 206. | | 506. Deposit retained by seller | 182,500.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| *Adjustments For Items Unpaid By Seller* | | *Adjustments For Items Unpaid By Seller* | |
| 210. City/Town Taxes to | | 510. City/Town Taxes to | |
| 211. County Taxes to | | 511. County Taxes to | |
| 212. Assessments to | | 512. Assessments to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 802,500.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,060,725.98 |
| **300. CASH AT SETTLEMENT FROM/TO BORROWER:** | | **600. CASH AT SETTLEMENT TO/FROM SELLER:** | |
| 301. Gross Amount Due From Borrower (Line 120) | 1,864,877.44 | 601. Gross Amount Due To Seller (Line 420) | 1,825,727.05 |
| 302. Less Amount Paid By/For Borrower (Line 220) | ( 802,500.00 ) | 602. Less Reductions Due Seller (Line 520) | ( 1,060,725.98 ) |
| **303. CASH ( X FROM) ( TO ) BORROWER** | 1,062,377.44 | **603. CASH ( X TO) ( FROM ) SELLER** | 765,001.07 |

The undersigned hereby acknowledge receipt of a completed copy of pages 1&2 of this statement & any attachments referred to herein.

Borrower: _Michael Rosen_  _Robyn Rosen_

Seller: Albanese-Popkin The Oaks Development Group, L.P., a Florida limited partnership

BY: Albanese-Popkin Development Group, LLC a Florida limited liability company, General Partner

By: _[signature]_

MROSEN - 000033

Page 3

## L. SETTLEMENT CHARGES

| | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL COMMISSION Based on Price $ 1,600,000.00 @ 6.5000 % 104,000.00 | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ 104,000.00 to The Oaks at Boca Raton Realty | | | |
| 702. $ to | | | |
| 703. Commission Paid at Settlement | POC $40000.00s | | |
| 704. Co-Broker Credit-Page 1 of HUD | to Michael & Robyn Rosen | POC $20000.00 | | 64,000.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee % to | | | |
| 802. Loan Discount % to | | | |
| 803. Appraisal Fee | to Paragon Appraisal | 950.00 | |
| 804. Digital Imaging Fee | to Document Resource Management | 45.00 | |
| 805. Lender's Inspection Fee | to | | |
| 806. Mortgage Ins. App. Fee | to | | |
| 807. Assumption Fee | to | | |
| 808. Tax Service Fee | | | |
| 809. Flood Certification Fee | | | |
| 810. | | | |
| 811. | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From 11/06/06 to 12/01/06 @ $ 102.740000/day ( 25 days %) | | 2,568.50 | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for 1.0 years to Galt Insurance Group | POC $6,155.00s | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance | months @ $ per month | | |
| 1002. Mortgage Insurance | months @ $ per month | | |
| 1003. City/Town Taxes | months @ $ per month | | |
| 1004. County Taxes | months @ $ per month | | |
| 1005. Assessments | months @ $ per month | | |
| 1006. | months @ $ per month | | |
| 1007. | months @ $ per month | | |
| 1008. | months @ $ per month | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or Closing Fee | to Cross Country Title, Inc. | 425.00 | |
| 1102. Abstract or Title Search | to | | |
| 1103. Internet Download Fee | to Siegel, Lipman, Dunay & Shepard | 75.00 | |
| 1104. E-File Digital Imaging | to Forensis | 35.00 | |
| 1105. copy/fax/mail/courier | to Siegel, Lipman, Dunay & Shepard | 75.00 | |
| 1106. Notary Fees | to | | |
| 1107. Attorney's Fees | to Weisman, Brodie, Starr & Margoles, P.A. | 750.00 | |
| (includes above item numbers: | ) | | |
| 1108. Title Insurance | to Cross Country Title, Inc. | 200.00 | |
| (includes above item numbers: | ) | | |
| 1109. Lender's Coverage | $ 600,000.00 | | |
| 1110. Owner's Coverage | $ 1,600,000.00 | | |
| 1111. Florida Form 9 | to Cross Country Title, Inc. | 677.50 | |
| 1112. ALTA 8.1/8.1 | to Cross Country Title, Inc. | 50.00 | |
| 1113. Overnight/Shipping | to Cross Country Title, Inc. | 75.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees: Deed $ 19.10; Mortgage $ 163.60; Releases $ | | 163.60 | 19.10 |
| 1202. City/County Tax/Stamps: Deed | Mortgage 1,200.00 | 1,200.00 | |
| 1203. State Tax/Stamps: Deed | Mortgage 2,100.00 | 2,100.00 | |
| 1204. Termination of NOC x 2 | | | 37.10 |
| 1205. Assignment of Mortgage | to Palm Beach County | 18.50 | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | to | | |
| 1302. Pest Inspection | to | | |
| 1303. 2006 R.E. Tax Bill | to Tax Collector, Palm Beach County | 699.86 | 3,862.20 |
| 1304. 4th Qtr HOA 11/6-12/31/06 | to The Oaks at Boca Raton POA | 1,155.38 | |
| 1306. 2007-1st Qtr HOA | to The Oaks at Boca Raton POA | 1,943.48 | |
| 1400. TOTAL SETTLEMENT CHARGES (Enter on Lines 103, Section J and 502, Section K) | | 13,206.91 | 67,916.40 |

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 of this two-page statement.

Cross Country Title, Inc.
Settlement Agent

Certified to be a true copy.

[ LOT149E1ROSEN / LOT149D1ROSEN / 18 ]

MROSEN - 000034

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 6 of 6

**Loan #**
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

| | | |
|---|---|---|
| Interest Rate: | | 6.25% |
| Payment Due Date: | | 12/1/2009 |
| Monthly Payment Amt: | | $0.00 |
| Current Escrow Balance: | | $0.00 |
| Current Principal Balance: | | $0.00 |

**Mailing Address:**

Activity for Period 10/1/2006 – 1/31/2010

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 6 | 6/1/2007 | 6/1/2007 | 6/1/2007 | $3,694.31 | PAYMENT |
| | $594.29 | $3,110.02 | $0.00 | $0.00 | $0.00 |
| 5 | 5/1/2007 | 5/1/2007 | 5/1/2007 | $3,694.31 | PAYMENT |
| | $581.26 | $3,113.05 | $0.00 | $0.00 | $0.00 |
| 4 | 4/2/2007 | 4/2/2007 | 4/1/2007 | $3,694.31 | PAYMENT |
| | $578.25 | $3,116.06 | $0.00 | $0.00 | $0.00 |
| 3 | 3/2/2007 | 3/2/2007 | 3/1/2007 | $3,694.31 | PAYMENT |
| | $575.26 | $3,119.05 | $0.00 | $0.00 | $0.00 |
| 2 | 2/7/2007 | 2/7/2007 | 2/1/2007 | $3,694.31 | PAYMENT |
| | $572.28 | $3,122.03 | $0.00 | $0.00 | $0.00 |
| 1 | 1/2/2007 | 1/2/2007 | 1/1/2007 | $3,694.31 | PAYMENT |
| | $569.31 | $3,125.00 | $0.00 | $0.00 | $0.00 |

MROSEN - 000041

**Loan #**
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 5 of 6

| | |
|---|---|
| Interest Rate: | 6.25% |
| Payment Due Date: | 12/1/2009 |
| Monthly Payment Amt: | $0.00 |
| Current Escrow Balance: | $0.00 |
| Current Principal Balance: | $0.00 |

Mailing Address:

### Activity for Period 10/1/2006 -- 1/31/2010

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 14 | 2/1/2008 | 2/1/2008 | 2/1/2008 | $3,694.31 | PAYMENT |
| | $609.08 | $3,085.23 | $0.00 | $0.00 | $0.00 |
| 13 | 1/2/2008 | 1/2/2008 | 1/1/2008 | $3,694.31 | PAYMENT |
| | $605.93 | $3,088.38 | $0.00 | $0.00 | $0.00 |
| 12 | 12/3/2007 | 12/3/2007 | 12/1/2007 | $3,694.31 | PAYMENT |
| | $602.79 | $3,091.52 | $0.00 | $0.00 | $0.00 |
| 11 | 11/5/2007 | 11/5/2007 | 11/1/2007 | $3,694.31 | PAYMENT |
| | $599.67 | $3,094.64 | $0.00 | $0.00 | $0.00 |
| 10 | 10/2/2007 | 10/2/2007 | 10/1/2007 | $3,694.31 | PAYMENT |
| | $596.56 | $3,097.75 | $0.00 | $0.00 | $0.00 |
| 9 | 9/4/2007 | 9/4/2007 | 9/1/2007 | $3,694.31 | PAYMENT |
| | $593.47 | $3,100.84 | $0.00 | $0.00 | $0.00 |
| 8 | 8/3/2007 | 8/3/2007 | 8/1/2007 | $3,694.31 | PAYMENT |
| | $590.39 | $3,103.92 | $0.00 | $0.00 | $0.00 |
| 7 | 7/2/2007 | 7/2/2007 | 7/1/2007 | $3,694.31 | PAYMENT |
| | $587.33 | $3,106.98 | $0.00 | $0.00 | $0.00 |

MROSEN - 000042

Loan #
ROBYN M ROSEN

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 4 of 6

Interest Rate: 6.25%
Payment Due Date: 12/1/2009
Monthly Payment Amt: $0.00
Current Escrow Balance: $0.00
Current Principal Balance: $0.00

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:**

Activity for Period 10/1/2006 – 1/31/2010

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 22 | 9/2/2008 | 9/2/2008 | 9/1/2008 | $3,694.31 | PAYMENT |
| | $633.28 | $3,061.03 | $0.00 | $0.00 | $0.00 |
| 21 | 8/1/2008 | 8/1/2008 | 8/1/2008 | $3,694.31 | PAYMENT |
| | $630.00 | $3,064.31 | $0.00 | $0.00 | $0.00 |
| 20 | 7/1/2008 | 7/1/2008 | 7/1/2008 | $3,694.31 | PAYMENT |
| | $626.74 | $3,067.57 | $0.00 | $0.00 | $0.00 |
| 19 | 6/2/2008 | 6/2/2008 | 6/1/2008 | $3,694.31 | PAYMENT |
| | $623.49 | $3,070.82 | $0.00 | $0.00 | $0.00 |
| 18 | 5/1/2008 | 5/1/2008 | 5/1/2008 | $3,694.31 | PAYMENT |
| | $620.26 | $3,074.05 | $0.00 | $0.00 | $0.00 |
| 17 | 4/1/2008 | 4/1/2008 | 4/1/2008 | $3,694.31 | PAYMENT |
| | $617.05 | $3,077.26 | $0.00 | $0.00 | $0.00 |
| 16 | 3/3/2008 | 3/3/2008 | 3/1/2008 | $3,694.31 | PAYMENT |
| | $613.85 | $3,090.46 | $0.00 | $0.00 | $0.00 |
| 15 | 2/1/2008 | 2/1/2008 | 2/1/2008 | $305.69 | PRINCIPAL PAYMENT |
| | $305.69 | $0.00 | $0.00 | $0.00 | $0.00 |

MROSEN - 000043

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 3 of 6

Loan #
ROBYN M ROSEN

Interest Rate: 6.25%
Payment Due Date: 12/1/2009
Monthly Payment Amt: $0.00
Current Escrow Balance: $0.00
Current Principal Balance: $0.00

Mailing Address:

Property Address:
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

Activity for Period 10/1/2006 – 1/31/2010.

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 30 | 5/8/2009 $680.16 | 5/8/2009 $3,034.15 | 5/1/2009 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 29 | 4/10/2009 $656.74 | 4/10/2009 $3,037.57 | 4/1/2009 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 28 | 3/13/2009 $653.33 | 3/13/2009 $3,040.98 | 3/1/2009 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 27 | 2/6/2009 $649.95 | 2/6/2009 $3,044.36 | 2/1/2009 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 26 | 1/9/2009 $646.58 | 1/9/2009 $3,047.73 | 1/1/2009 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 25 | 12/5/2008 $643.23 | 12/5/2008 $3,051.08 | 12/1/2008 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 24 | 11/7/2008 $639.90 | 11/7/2008 $3,054.41 | 11/1/2008 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 23 | 10/1/2008 $636.58 | 10/1/2008 $3,057.73 | 10/1/2008 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |

MROSEN - 000044

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 2 of 6

**Loan #**
ROBYN M ROSEN

| Interest Rate: | 6.25% |
| Payment Due Date: | 12/1/2009 |
| Monthly Payment Amt: | $0.00 |
| Current Escrow Balance: | $0.00 |
| Current Principal Balance: | $0.00 |

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:**

Activity for Period  10/1/2006  —  1/31/2010

| Reference # | Tran Date<br>Principal Amt | Effective Date<br>Interest Amt | Due Date<br>Escrow Amt | Total Tran Amt<br>Fees/Other Amt | Transaction Description<br>Suspense Amt |
|---|---|---|---|---|---|
| 38 | 12/7/2009 | 12/7/2009 | 12/1/2009 | $10.60 | RECORDING FEE PAID |
| | $0.00 | $0.00 | $0.00 | $10.60 | $0.00 |
| 37 | 11/24/2009 | 11/24/2009 | | $30.00 | FAX FEE ASSESSED |
| | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 |
| 36 | 11/9/2009 | 11/9/2009 | 11/1/2009 | $3,694.31 | PAYMENT |
| | $881.06 | $3,013.25 | $0.00 | $3,694.31 | $0.00 |
| 35 | 10/9/2009 | 10/8/2009 | 10/1/2009 | $3,694.31 | PAYMENT |
| | $677.53 | $3,016.78 | $0.00 | $3,694.31 | $0.00 |
| 34 | 9/9/2009 | 9/9/2009 | 9/1/2009 | $3,694.31 | PAYMENT |
| | $674.02 | $3,020.29 | $0.00 | $3,694.31 | $0.00 |
| 33 | 8/4/2009 | 8/4/2009 | 8/1/2009 | $3,694.31 | PAYMENT |
| | $670.53 | $3,023.78 | $0.00 | $3,694.31 | $0.00 |
| 32 | 7/5/2009 | 7/3/2009 | 7/1/2009 | $3,694.31 | PAYMENT |
| | $667.05 | $3,027.26 | $0.00 | $3,694.31 | $0.00 |
| 31 | 6/5/2009 | 6/5/2009 | 6/1/2009 | $3,694.31 | PAYMENT |
| | $663.59 | $3,030.72 | $0.00 | $0.00 | $0.00 |

MROSEN - 000045

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 1 of 6

**Loan #**
ROBYN M ROSEN

Interest Rate: 6.25%
Payment Due Date: 12/1/2009
Monthly Payment Amt: $0.00
Current Escrow Balance: $0.00
Current Principal Balance: $0.00

**Mailing Address:**

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

Activity for Period 10/1/2006 — 1/31/2010

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 46 | 12/30/2009 | 12/30/2009 | | $-197.90 | DISBURSEMENT TO MORTGAGOR |
| | $0.00 | $0.00 | $-197.90 | $0.00 | $0.00 |
| 45 | 12/30/2009 | 12/30/2009 | 12/1/2009 | $197.90 | PAYMENT |
| | $0.00 | $0.00 | $197.90 | $0.00 | $-197.90 |
| 44 | 12/7/2009 | 12/7/2009 | | $0.00 | RECORDING FEE ASSESSED |
| | $0.00 | $0.00 | $0.00 | $10.60 | $0.00 |
| 43 | 12/7/2009 | 12/7/2009 | | $10.60 | NO DESC |
| | $0.00 | $0.00 | $0.00 | $-10.60 | $0.00 |
| 42 | 12/7/2009 | 12/7/2009 | | $-10.60 | NO DESC |
| | $0.00 | $0.00 | $0.00 | $-30.00 | $0.00 |
| 41 | 12/7/2009 | 12/7/2009 | 12/1/2009 | $-30.00 | PAYMENT IN FULL |
| | $577,863.52 | $3,603.41 | $0.00 | $581,466.93 | $-581,466.93 |
| 40 | 12/7/2009 | 12/7/2009 | 12/1/2009 | $0.00 | PAYMENT |
| | $0.00 | $0.00 | $0.00 | $581,664.83 | $581,664.83 |
| 39 | 12/7/2009 | 12/7/2009 | 12/1/2009 | $0.00 | FAX FEE PAID |
| | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 |
| | | | | $39.00 | $0.00 |

MROSEN - 000046

THE HOME DEPOT 6325
15050 JOG ROAD
DELRAY BEACH,FL 33446 (561)498-1251

```
        6325 00011 51109    08/15/09
SALE    11 DEX4ZO          08:29 AM
```



```
001949150037 CUTTOFIT FLR <A>    7.86
             SALES TAX           0.52
             TOTAL              $8.38
XXXXXXXXXXXX3013 AMEX            8.38
AUTH CODE 30FF98/8110506          TA
```



```
6325 11 51109 08/15/2009 0685
```

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    1    90    11/13/2009

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

GUARANTEED LOW PRICES
LOOK FOR THOUSANDS OF
LOWER PRICES STOREWIDE
************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

¡PARTICIPE EN UNA
OPORTUNIDAD DE GANAR
UNA TARJETA DE
REGALO DE THD
DE $5,000!

¡Comparta Su Opinion! Complete la breve
encuesta sobre su visita a la tienda y
tenga la oportunidad de ganar en:

www.homedepot.com/opinion

User ID:
108832  102518

Password:
9415  102507

Entries must be entered by 09/14/2009.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

Solty's Plumbing
2201 W Atlantic Ave
Delray Beach, FL 33445
561 55 3411

```
MERCHANT ID:           ...
02810012484            ...
07/07/09               ...
SALE                   (1)
```

TOTAL:                 $441.00

```
AMEX                   Swiped
ACCT number:    XXXX
 APPROVAL #             ...
DEBIT ID:              ...
Auth Code 0406        Approved
```

# THANKS-A-LOCK

9834 Glades Road, Suite C1
Boca Raton, Florida 33434
Boca Raton (561) 852-0433   Boynton/Delray (561) 243-2626   Broward (954) 784-0002
E-mail: thanksalock@bellsouth.net

| DATE 8/12/09 | PHONE | P.O. NO. |
|---|---|---|

| BILLING INFORMATION | JOB LOCATION IF DIFFERENT FROM BILLING |
|---|---|
| NAME Robin Rosen | NAME |
| ADDRESS | ADDRESS Bristol Point |

| DESCRIPTION | QTY X UNIT PRICE | EXT AMOUNT |
|---|---|---|
| Service Call | | 59 |
| Move / deliver / Install customer Safe | | 89 |
| | | |
| | | |
| | | |
| | improvments a moving. | |
| | | |
| | | |

**Payment Info**

Cash _____ Unpaid

Check X  # _____

Charge _____ Type ____

Ref # _____ Auth # _____

| | SUBTOTAL | |
|---|---|---|
| | TAX | |
| | PAY THIS AMOUNT DUE AT COMPLETION | 148 |

By signing this invoice, I agree that I have the authority to order the work outlined above which has been satisfactorily completed, checked, and is functioning properly. I agree that the seller retains title to equipment/materials furnished until the final payment made. If payment is not made as agreed, seller can remove said equipment/materials at buyer's expense. Any damage resulting from said removal shall not be the responsibility of the seller. All work is covered by a 90 day parts and labor warranty if supplied and installed by seller. No products have a warranty on the finish unless otherwise specified on this invoice. All warranty service must be performed between the hours of 9 am to 4 pm Mon-Fri. All other hours are subject to full service charges. Call backs due to customer using the wrong key will be charged a service call. Any changes after completion of the job will be billed at full charges. Total balance is payable on receipt. If a third party is responsible for payment, it is customer's responsibility to ensure that the payment is made. Customer agrees to guarantee such payment. A late charge of 1.5% per month will be applied to any outstanding amounts after 30 days. All returned checks will be subject to the maximum fees allowable by law. Customer agrees to pay all collection costs, legal fees, and court fees in collection of outstanding invoices. All claims and returned goods must be accompanied by this invoice.

Printed name _____     Signed _____

No  45417        **PLEASE PAY FROM THIS INVOICE. NO STATEMENT WILL FOLLOW.**

MROSEN - 000051

FLA MOVER REG. # IM93
Joe Bonnie & Son Moving and Storage
is registered with the State of Florida as a mover.

**ESTIMATED**
**COST OF SERVICES**

PBC #M01-0017

#Call when on way

**Joe Bonnie & Son Moving & Storage**
235 North Congress Ave. Delray Beach, FL 33445
(561)272-2122   Fax (561)276-4040   E-Mail joe.bonnie@joebonniemovers.com

Estimate Date 7/23/09 (Time) ~4PM   Pack Date 8/3   Load Date 7/14   Delivery/ Unpack Date 8/12 - 8/13

**ORIGIN INFORMATION**   Recommended by: Moved Before
Shipper Rosen (Michael & Robyn)   Phone (Home) _____
Address _____ Apt. _____   (Work) _____
City, St, Zip _____ Community _____   (Mobile) _____
Additional Contact _____   Additional Contact Number(s) _____
____ House / Apt. (G.F. (2/3) ____ Elevator / Condo __X__ Long / Stair Carry ____ Storage ____ Public Storage ____ Extra Stop
__X__ Drill ____ Piano (____ Type) ____ Appl/Two Wheel Dolly   Plastic Wrap ///// Sofa(s) //// //// Chair(s) //// Rug(s)
Special Notes:   //// //// //// ////
Wall Mount TV Plasma (Several Big/Flat)   Alot of
Art glass   No garage moving —
Mirror   Customer may want
   to color tag or settle

**DIRECTIONS**   items to stay at House
Clint more west past Lyons to 1st dev on right.   84c...   to prevent error or
   confusion during load/u

**DESTINATION INFORMATION**   ie Will charge pe/off
Consignee Same   Phone _____   City, St, Zip Delray or TBA
Address _____ Community _____   City, St, Zip _____ ____ Storage ____ Public Storage ____ Extra Stop
____ House / Apt. (G.F./ 2/3) ____ Elevator / Condo __X__ Long / Stair Carry ____ Storage ____ Public Storage ____ Extra Stop   MBE down @
Special Notes:   destination
When Packing check with Robyn - some things will stay
Packers   Waive Overnite 8/12

**MOVE**
1 # of Van(s) 10 # of Men @ $ 196   Hourly Rate
Number of Hours(s) to Load Shipment   16 $7/2 @   19 1/2 - 15 1/2 Hr
Number of Hours to Drive and/or Extra P/U or Del.   14 + @ 14 = (1/2 Stg)
Number of Hours to Unload Shipment   16 lots @   2912 - 3038
Number of Hour(s) of Travel Time ( Before and After Job)   1 @ + 1
TOTAL ESTIMATED COST OF MOVE   Fuel 850

**PACKING AND MATERIALS**   Pack Wall Mount
| | Cartons | Pack Labor | Material | Total | |
|---|---|---|---|---|---|
| | 5.25 | 35 @ 24 | @ | 1015 | Pack Wall Mount |
| | 1.5 | 56 @ 9.75 | @ | 295.50 | or Plasma TVs |
| | 3.0 | 21 @ 16 | @ | 326 | Mother of Pearl |

DEPOSIT

MROSEN - 000052

PAGE 1

# X-PERT CARPET CARE

22350 Sands Point Dr.
Boca Raton FL 33433

Boca Raton **561-477-9440**
Delray Bch. **561-272-0393**

☐ *INVOICE*   ☐ *ESTIMATE*

| CREW | | DAY | DATE 8-12-09 |
| JOB # | | VEHICLE NO. | |
| METER END | | MILEAGE END | |
| METER START | | MILEAGE START | |
| TOTAL HOURS | | TOTAL MILES | |

NAME: Rosin
ADDRESS: Oaks House to Bristal Pointe
CITY: Boca Raton   STATE:   ZIP:
HOME PHONE:   WORK PHONE:

REG ☐ COMM ☐ REDO ☐
CHECK ☑ CASH ☐ CHARGE ☐ VISA ☐ MC ☐

| ROOM | SIZE | SQ. FT. | UNIT | PRICE | TOTALS | |
|------|------|---------|------|-------|--------|--|
| | Wool area rug 8X10 | | | | 80 | W |
| | Wool area rug 10X12 | | | | 120 | W |
| 2 | tan w/ brown stripe chrs | 25 | | | 50 | W |
| 2 | Blue w/ white print chrs | 25 | | | 50 | W |
| 2 | white slip covered chrs | 30 | | | 60 | W |
| 5 | dnrm chrs | 10 | | | 50 | W |
| 2 | 8' nubuck sofas - fabric st & back | 65 | | | 130 | W |
| 1 | solid brown 8' sofa | | | | 65 | W |
| 2 | brown chrs | 35 | | | 70 | W |
| | Blue & Green sofa sect 8' x 8' | | | | 130 | W |
| 2 | queen mattress + box | 75 | | | 150 | W |
| 1 | twin mattress + box | 45 | | | 45 | W |
| 1 | king mattress + boxes | 85 | | | 85 | W |
| 1 | lrge brown ottoman | 35 | | | 35 | W |
| 1 | Grn sofa 8'5 | 90 | | | 90 | W |

| C.C. | S.G. | AD REF. | TOTALS | |
| F.C. | WATER X | | | |
| DEOD. | OTHER | CALL BACK | | |
| STAIN RES. | MAP BACK ☐ | YES   NO | | |

CARPETS LOOSE AT SEAMS OR ALONG WALLS OR CONCRETE FLOORS, OR INCORRECT
INSTALLATIONS ARE CLEANED AT CUSTOMERS RISK.
ANY QUESTIONS REGARDING OUR WORKMANSHIP MUST BE REPORTED WITHIN 10 DAYS
AFTER COMPLETION OF WORK OR WILL BE SUBJECT TO A SERVICE CHARGE AT OUR OPTION.

*Thank You*

MAKE
CHECKS PAYABLE TO   *X-pert Carpet Care*

X *CUSTOMERS SIGNATURE*

Copyright Business to Business 1992:   Phone 1-800-841-0080

MROSEN - 000053

PAGE 2

# X-PERT
## CARPET CARE

22350 Sands Point Dr.
Boca Raton FL 33433

Boca Raton **561-477-9440**
Delray Bch. **561-272-0393**

☐ *INVOICE*    ☐ *ESTIMATE*

| | |
|---|---|
| CREW | DATE 8-12-09 |
| JOB # | VEHICLE NO. |
| METER END | MILEAGE END |
| METER START | MILEAGE START |
| TOTAL HOURS | TOTAL MILES |

NAME *Rosen*

ADDRESS

CITY          STATE      ZIP

HOME PHONE          WORK PHONE

REC'D   COMM ☐   REDO ☐
CHECK   CASH ☐   CHARGE ☐   VISA ☐  MC ☐

| ROOM | SIZE | SQ. FT. | UNIT | PRICE | TOTALS | |
|---|---|---|---|---|---|---|
| 2 small kid cases | | | 15 | | 30 | W |
| 1 white bathm c AR | | | 25 | | 25 | W |
| white & blue chas | | | 35 | | 35 | W |
| 1  8X10 white & blue wool rug | | | 40 | | 40 | W |
| 1 white 5' side | | | 55 | | 55 | W |
| 2 cornices 60' | | | 15 | | 30 | W |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| C.C. | S.G. | AD REF. | | TOTALS | | | | 145 | W |
|---|---|---|---|---|---|---|---|---|---|
| F.C. | WATER X | | | | | | | | |
| DEOD. | OTHER | CALL BACK | | | | | | | |
| STAIN RES. | MAP BACK ☐ | YES    NO | | | | | | | |

CARPETS LOOSE AT SEAMS OR ALONG WALLS OR CONCRETE FLOORS, OR INCORRECT
INSTALLATIONS ARE CLEANED AT CUSTOMERS RISK.
ANY QUESTIONS REGARDING OUR WORKMANSHIP MUST BE REPORTED WITHIN 10 DAYS
AFTER COMPLETION OF WORK OR WILL BE SUBJECT TO A SERVICE CHARGE AT OUR OPTION.

X *CUSTOMERS SIGNATURE*

*Thank You*

MAKE
CHECKS PAYABLE TO   *X-pert Carpet Care*

Copyright Business In Business 1992   Phone 1-800-841-0080

MROSEN - 000054

PAGE 1

# X-PERT CARPET CARE

22350 Sands Point Dr.
Boca Raton FL 33433

Boca Raton  **561-477-9440**
Delray Bch.  **561-272-0393**

☐ INVOICE    ☐ ESTIMATE

| | |
|---|---|
| NAME | CREW | DAY | DATE |
| | JOB # | VEHICLE NO. |
| | METER END | MILEAGE END |
| | METER START | MILEAGE START |
| CITY          STATE      ZIP | TOTAL HOURS | TOTAL MILES |
| HOME PHONE          WORK PHONE | RES.☐   COMM ☐   REDO ☐ |
| | CHECK☐  CASH ☐  CHARGE ☐  VISA ☐ MC ☐ |

| ROOM | SIZE | SQ. FT. | UNIT | PRICE | TOTALS | |
|---|---|---|---|---|---|---|
| Wool area rug | 8x10 | | | | 80 | W |
| Wool area rug | 10x12 | | | | 120 | W |
| 2 tan w/ brown stripe chrs | | 25 | | | 50 | W |
| 2 Blue and white print chrs | | 25 | | | 50 | W |
| 2 white std covered chrs | | 30 | | | 60 | W |
| 5 Denim chrs | | 10 | | | 50 | W |
| 2 8' nubuck sofas - fabric at back | 65 | | | 130 | W |
| 1 solid brown 8' sofa | | | | 65 | W |
| 2 brown chrs | | 35 | | | 70 | W |
| Blue & Green sofa sect | 8 x 8 | | | | 130 | W |
| 2 Green mattress + box | | 75 | | | 150 | W |
| 1 twin mattress + box | | 45 | | | 45 | W |
| 1 King mattress + boxes | | 95 | | | 95 | W |
| 1 lrg brown ottoman | | 35 | | | 35 | W |
| 1 6pt sofa sls | | 90 | | | 90 | W |

| | | | TOTALS | | | |
|---|---|---|---|---|---|---|
| C.C. | S.G. | AD REF. | | | | |
| F.C. | WATER X | | | | | |
| DEOD. | OTHER | CALL BACK | | | | |
| STAIN RES. | MAP BACK ☐ | YES    NO | | | | |

CARPETS LOOSE AT SEAMS OR ALONG WALLS OR CONCRETE FLOORS, OR INCORRECT INSTALLATIONS ARE CLEANED AT CUSTOMERS RISK.
ANY QUESTIONS REGARDING OUR WORKMANSHIP MUST BE REPORTED WITHIN 10 DAYS AFTER COMPLETION OF WORK OR WILL BE SUBJECT TO A SERVICE CHARGE AT OUR OPTION.

X CUSTOMERS SIGNATURE

*Thank You*

MAKE
CHECKS PAYABLE TO  **X-pert Carpet Care**

Copyright Business to Business 1992  Phone 1-800-841-0080

# X-PERT
## CARPET CARE

PAGE 2

22350 Sands Point Dr.
Boca Raton FL 33433

Boca Raton **561-477-9440**
Delray Bch. **561-272-0393**

☐ *INVOICE*   ☐ *ESTIMATE*

| CREW | | DAY | DATE 8-17-09 |
| JOS # | | VEHICLE NO. | |
| METER END | | MILEAGE END | |
| METER START | | MILEAGE START | |
| TOTAL HOURS | | TOTAL MILES | |

NAME Rosen

ADDRESS

CITY                STATE      ZIP

HOME PHONE          WORK PHONE

RES ☐   COMM ☐   REDO ☐
CHECK ☐   CASH ☐   CHARGE ☐   VISA ☐ MC ☐

| ROOM | SIZE | SQ. FT. | UNIT | PRICE | TOTALS | |
|------|------|---------|------|-------|--------|---|
| 2 small led class | | | 15 | | 30 | W |
| 1 white Dstrm c All | | | 25 | | 25 | W |
| 1 white & blue class | | | 35 | | 35 | W |
| 1 4x10 white blue wool rug | | | 40 | | 40 | W |
| 1 white 5' sofa | | | 55 | | 55 | W |
| 2 cornices 6' | | | 15 | | 30 | W |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| C.C. | S.G. | AD REF. | | TOTALS | 145 W |
| F.C. | WATER X | | | | |
| DEOD. | OTHER | CALL BACK | | | |
| STAIN RES. | MAP BACK ☐ | YES   NO | | | |

CARPETS LOOSE AT SEAMS OR ALONG WALLS OR CONCRETE FLOORS, OR INCORRECT
INSTALLATIONS ARE CLEANED AT CUSTOMERS RISK.
ANY QUESTIONS REGARDING OUR WORKMANSHIP MUST BE REPORTED WITHIN 10 DAYS
AFTER COMPLETION OF WORK OR WILL BE SUBJECT TO A SERVICE CHARGE AT OUR OPTION.

X *CUSTOMERS SIGNATURE*

*Thank You*

MAKE
CHECKS PAYABLE TO   *X-pert Carpet Care*

Copyright Business to Business 1992    Phone 1-800-841-0080

MROSEN - 000056

# CLIMATE CONTROL SERVICES

"Since 1973"

* AIR CONDITIONING SERVICE & REPLACEMENTS
* MAJOR APPLIANCE SERVICE CONTRACTS
* INDOOR AIR QUALITY SERVICE
* PLUMBING SERVICES

MAIN OFFICE
1740 Corporate Drive, Boynton Beach, FL 33426-6662

Boca/Delray Beach 561-278-7125
Boynton Beach 561-738-9100
West Palm Beach 561-848-3774
Fax 561-375-8881

**SERVICE INVOICE**
503339

DATE OF ORDER: 13 Aug 8

SERIAL NO: TM7901 03035

MODEL NO: TB3HC 17309SFG-2

DISPATCHING CODE: PWFA14

WORK ORDER NO: 588 281

## DESCRIPTION OF WORK PERFORMED

1) Startup
   Check all distribution
   Empty Aux pan PG
   All PG Rubber

HOUR: 3:45

## PARTS AND LABOR NEEDED TO COMPLETE

## WORK RECOMMENDED

MROSEN - 000057

8/12/09

Document Issued By:

PBC# M01-0017

FLA. MOVER REG. # IM93

## Joe Bonnie & Son - Moving and Storage

*Overnight*

B/L No. JB 18759

235 N. Congress Ave. • Delray Beach, FL 33445 • (561) 272-2122 • Fax (561) 276-4040

Joe Bonnie & Son Moving & Storage is registered with the State of Florida as a mover.

SHIPPER IS REQUESTED TO READ THIS DOCUMENT BEFORE SIGNING, AND TO NOTE THE LIMIT OF LIABILITY, THE SHIPPER HEREBY CONFIRMS INSTRUCTIONS AND AUTHORIZES JOE BONNIE & SON - MOVING AND STORAGE TO MOVE, SHIP, PACK, STORE AND/OR PERFORM THE SERVICES AS SHOWN ON THIS DOCUMENT.

SHIPPER: Rosen (Michael & Robin)     CONSIGNEE: Same

LOADING ADDRESS: 17529 Middlebrook Way     DELIVERY ADDRESS: House Rental (Run u I)

CITY: Boca (Three Oaks)     CITY: Deny Beach, FL 33446

PHONE: 5[redacted]     APT:     PHONE:     APT:

PACK DATE: 7/31/09 / 8/11/09     LOAD DATE: 8/12/09     DEL. DATE: 8/13/09

| ITEMS | CONTAINERS | | | PACKING | | | UNPACKING | | |
|---|---|---|---|---|---|---|---|---|---|
| | QUAN. | RATE | AMOUNT | QUAN. | RATE | AMOUNT | QUAN. | RATE | AMOUNT |
| BOXES: DISH PACK | | | | 41 | 11.00 | 1139.00 | | | |
| 1.5 BOOK | | | | 5 | 9.75 | 48.75 | | | |
| 3 CU. FT. MEDIUM | | | | 35 | 16.00 | 560.00 | | | |
| 4½ CU. FT. LARGE | | | | 29 | 17.00 | 493.00 | | | |
| 6 CU. FT. UTILITY | | | | 2 | 19.00 | 38.00 | | | |
| WARDROBE | 24 | | | | | 27.00 | | | |
| CRIB | | | | | | | | | |
| SINGLE | | | | | | | 14 | 0.60 | 0740 |
| DOUBLE | | | | | | | | | |
| QUEEN | | | | | | | | | |
| KING | | | | | | | | | |
| SXLXW | | | | | | | | | |
| MIRROR PACK | | | | | | | | | |
| CRATES | | | | | | 110.00 | | | |
| GROSS MEASUREMENT OF CRATE OR CONTAINER. | | | | | | | | | |
| ESTIMATE DATE | TOTAL CONTAINER CHARGES | | $ | TOTAL PACKING CHARGES | | $ 2465.75 | TOTAL UNPACKING CHARGES | | $ |

SALESPERSON

DRIVER     UNIT

SUBJECT TO THE FOLLOWING: Customer agrees to pay all lawful charges before company relinquishes possession of property in full unless prior agreement for billing is noted below by company. Company agrees to provide the services outlined herein. It is mutually agreed that the company is liable for loss and/or damage caused by its employees to the goods packed and moved subject to a maximum of $.60 per lb. per article deductible unless additional valuation is purchased. Company is not liable for items which require packing or crating for safe handling, but are not packed. Customer must notify in writing, along with a copy of a paid freight bill, within 30 days of delivery of a desire to file a claim for cargo loss or damage.

If additional valuation is ordered, Full Replacement Less Depreciation or Full Replacement at todays market value, a sound cash value of the shipment must be declared, it being understood that the amount is less than actual cash value, customer will be coevaluator and the company. Deductibles are stated below:

Monthly storage charge for valuation will be billed at 1/2 transit premium.

**VALUATION/FULL VALUE PROTECTION:**
This shipper declares the actual cash value of this shipment to be $ 109,000.00
☐ Transit Rate $ _____ per $1000.00 Premium $ _____
☐ Storage Rate $ _____ per $1000.00 Premium $ _____ per mo.
Less $ _____ deductible for $109,000.00

Authorized Signature  X  [signature]

**CUSTOMER'S DECLARED VALUE & LIMIT OF COMPANY'S LIABILITY:** Since rates are based on the declared value of the property, and the customer (Shipper) is required to declare in writing the released value of this property, the agreed or declared value of the property is hereby specifically stated to be not exceeding _____.60 cents per pound per article for transportation purposes.

Or _____.60 cents per pound per article for regular storage purposes.

ALL CHARGES PAYABLE IN CASH, CHECK OR MONEY ORDER BEFORE PROPERTY IS RELINQUISHED BY CARRIER.

I have read this contract, understand and agree to the limit of liability as set forth in column 1, to the provisions on both sides and received a copy.

Customer Sign Here  X  [signature]

Receipt for Goods _____

| GROSS WT. | LBS. | START | : | AM / PM |
| TARE WT. | LBS. | | | |
| NET WT. | LBS. | FINISH | : | AM / PM |

| 1 | VANS | HOURS @ | PER HR. | |
| 5 | MEN | HOURS @ 195.00 PER HR. | | |
| TRAVEL TIME 1 Hour Travel | | | 195.00 |
| MILES | LBS. @ | PER CWT. | 91.00 |
| MATERIAL Wardrobe Boxes 2 @ crates | | | 182.00 |
| PACKING | | | 2465.75 |
| UNPACKING | | | 13.00 |
| CRATING Dv 2 8x8-4 To 2 7x6/ea | | | 747.00 |
| Overnight Fee | | | waived |
| Fuel Surcharge | | | 50.00 |
| Disassemble Glass & TV Cabinet | | | 200.00 |
| Extra pull 2 hrs | | | 34.00 |
| WAREHOUSE HANDLING @ | | | 55.00 |
| MONTHLY STORAGE RATE @ PER CU. FT. CWT | | | 55.00 |
| VALUATION Transit | | | 654.00 |
| TOTAL CHARGES DUE | | | 5344.50 |
| DEPOSIT 7/23/09 AP#T01713 | | | -2929.00 |
| BALANCE DUE | | | 4157.50 |

Goods received in good condition except as noted hereon.

Delivery Receipt _____

Received Payment For Company  X  [signature]     Customer [signature]

[signature] Driver     8/14/09 Date

MROSEN - 000058

## HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

| CONTRACTOR OR CARRIER | TAG | TAG NO. |  | PAGE NO. | NO. OF PAGES |
|---|---|---|---|---|---|
| National Van Lines, Inc. | | COLOR | Yellow | NOS. | 1 THRU 13 |

**NATIONAL** VAN LINES, INC.
Broadview, Illinois 60155    U.S. DOT No. 76628

| AGENT | CARRIER'S REFERENCE NO. |
|---|---|

NAME, RANK/GRADE, SSN
Rosen, Michael - Robin

CONTRACTOR OR GBL NO.

ORIGIN LOADING ADDRESS         CITY

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER

### DESCRIPTIVE SYMBOLS
BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED

DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

### EXCEPTION SYMBOLS
BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS
& CONDITION UNKNOWN

D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW

MO - MOTHEATEN
P - PEELING
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT

SO - SOILED
ST - STAINED
T - STRETCHED
T - TORN
W - BADLY WORN
Z - CRACKED

### LOCATION SYMBOLS
1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEGS
7. REAR

8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE

15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

**NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.**

| ITEM NO. | VHSE CROSS REF | DRIVER CHECK | VHSE CHECK | SHIPPER CHECK | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|---|---|
| 1 | | | | | TV Carton | CP | |
| 2 | | | | | White Cabinet | 10-4-5-8-9-SC-D-R  PBO-CW | |
| 3 | | | | | Ext. 45 Ctn w/45 | CP | |
| 4 | | | | | Plastic Bar? | PBO CW | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | White Shelves @ 2 | SC-D-CA | |
| 11 | | | | | Plastic Bin | PBO-CW | |
| 12 | | | | | Plastic Bin | PBO-CW | |
| 13 | | | | | Plastic Bin | PBO-CW | |
| 14 | | | | | | | |
| 15 | | | | | | End of | |
| 16 | | | | | | Inventory | |
| 18 | | | | | | | |
| 19 | | | | | | 16056 Bristol Isle Wy | |
| 20 | | | | | | Delray Beach, FL 33441 | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |

REMARKS/EXCEPTIONS

## CHECK OFF EACH ITEM AT DELIVERY

RECEIVED $_____ IN FULL SETTLEMENT OF MY CLAIM    SHIPPER SIGNATURE    INV

**"THE PROPERTY HAS BEEN RECEIVED AND IN APPARENT GOOD CONDITION EXCEPT AS NOTED ON THE SHIPPING DOCUMENTS."**

| NOTICE | BEFORE SIGNING – CHECK SHIPMENT, COUNT ITEMS AND DESCRIBE LOSS OR DAMAGE IN SPACE ON THE RIGHT ABOVE. | | CONTRACTOR, CARRIER, OR AUTHORIZED AGENT (DRIVER) | DATE |
|---|---|---|---|---|
| | | | (SIGNATURE) | |
| AT ORIGIN | CONTRACTOR, CARRIER OR REPRESENTATIVE (DRIVER) | DATE 6/14/07 | 1. DRIVER SATISFACTORILY UNPACKED | DATE |
| | (SIGNATURE) | TIME | (SIGNATURE OF OWNER OR HIS AGENT) | |
| | OWNER OR AUTHORIZED AGENT | DATE | AT DESTI-NATION | DATE |
| | (SIGNATURE) | TIME | (SIGNATURE OF OWNER OR HIS AGENT) | |

Shipment stretch wrapped in residence at origin. Customer to initial at left.

Shipment unwrapped in residence at destination. Customer to initial at left.

2 - COPY

MROSEN - 000059

# Tech Air of Westgate, Inc.

2414 Cherokee Avenue
West Palm Beach, FL 33409

| Phone Numbers |
| --- |
| 561-686-3183 |
| 561-686-2084 |

| Fax Number |
| --- |
| 561-686-3096 |

# Statement

7/17/2009

**To:**

Rosen, Robin
17538 Middlebrook Way
Boca Raton, FL 33496

| Amount Due | Amount Enc. |
| --- | --- |
| $435.00 | |

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 05/31/2009 | Balance forward | | 0.00 |
| 06/19/2009 | INV #12617. | 435.00 | 435.00 |
| | — A/C Maintenance $225.00 | | |
| | — Freon $210.00 | | |

*If payment has been sent please disregard.
If not please do so now. Thank you,*

| Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | Over 90 Days Past Due | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 435.00 | 0.00 | 0.00 | 0.00 | $435.00 |

MROSEN - 000060

**Gervis Design**
811 East Hillsboro Blvd
Suite 205
Deerfield Beach, FL 33441
Phone: (954) 427-2272   Fax: (954) 509-7522

**STATEMENT**
Project: ROSE / Rosen
Client ID: ROSE
2/16/2010
Page 1 of 1

To :   Michael and Robyn Rosen
▮▮▮▮▮▮▮▮

| Invoice # | Date | Description | Invoice Total | Dep.Applied | Inv. Amount | Balance |
|-----------|------|-------------|---------------|-------------|-------------|---------|
| 10129 | 2/10/10 | Invoice | 199.13 | | 199.13 | |
| | | | | | | 199.13 |
| 10131 | 2/15/10 | Invoice | 4,515.97 | -2,120.18 | 2,395.79 | |
| | | | | | | 2,395.79 |
| 10132 | 2/16/10 | Invoice | 563.51 | -485.93 | 77.58 | |
| | | | | | | 77.58 |

| Current | Over 30 Days | Over 60 Days | Over 90 Days | AMOUNT DUE | |
|---------|--------------|--------------|--------------|------------|--------|
| 2,672.50 | 0.00 | 0.00 | 0.00 | | 2,672.50 |

MROSEN - 000061

**Gervis Design**
811 East Hillsboro Blvd
Suite 205
Deerfield Beach, FL 33441
Phone: (954) 427-2272   Fax: (954) 509-7522

**INVOICE**
No. 10129 / ROSE
Rosen
2/10/2010
Page 1 of 1

**Bill To:**  Michael and Robyn Rosen

**Site:**  Michael and Robyn Rosen

| Quantity | Description | Unit Price | Extended Price |
|---|---|---|---|
| **Throughout** | | | |
| 1 set | Replacement Hardware for Modern Sideboard Style #2053-10. Due to Chinese Drywall. *Ref. #: 0122* | 140.00 | 140.00 |
| 1 set | Replacement Hardware for Tricia Chest. Style #2108-10. Due to Chinese Drywall. *Ref. #: 0123* | 40.00 | 40.00 |
| | **Item Total** | | 180.00 |
| | **Freight** | | 6.98 |
| | **Sales Tax** | | 12.15 |
| | **Invoice Total** | | 199.13 |
| | **Balance Due** | | 199.13 |

*\* Denotes nontaxable*

MROSEN - 000062

# Kinderguard Pool Fence, Inc.

2200 Mears Parkway • Margate, FL 33063

## William J. Amoruso
*Sales • Installation • Service*

**Cell: (954) 673-8972**

**POOL FENCE**

# Estimate/Work Order

Client Name **ROBYN ROSEN**

Address **17538 MIDDLEBROOK WAY**

City **BOCA RATON** State **FL** Zip _____

Home Phone _____

Cell Phone **(561) 716-6802**

Estimate Date/Time **FRI 10/6/06**

Installation Date/Time **COMPLETED 11/17/06**

Development **"THE OAKS"**

Referral By **PRIOR CUSTOMER**

Salesman **BILL A**

Deck Surface: ❑ Concrete ❑ Chat ❑ Brick ☒ Pavers ❑ Tile ❑ Other _____

**BLACK ON BLACK**



| | |
|---|---|
| Model | **DBX 48" TALL** |
| Estimated Footage | **110** |
| Price Per Foot | **$12** |
| | **1320** |
| Other **CREDIT** | **— 120** |
| Sub Total | $ **1200** |
| Sales Tax | $ **55** |
| Total Due | $ **1145** |
| Less Deposit | $ |
| **Balance Due** | $ **1100** |

110 × 15 = 1650
— 120
1530 — $55 = $1475

PAID IN FULL
CHK # 1150

### Kinderguard's Lifetime Warranty

Kinderguard Pool Fence, Inc. warrants the fence to be free of defects in material and workmanship for lifetime from the date of purchase by the original owner. Warranty also includes specifically for the period stated under normal use and conditions: pole breakage, mesh tearing and paint failure. Kinderguard's professional installers will make every effort possible to provide you with a clean and care free installation. During the core drilling process there will be some sediment runoff from the drill. Occasionally some of this will end up in the pool, due to an improperly pitched deck. Kinderguard cannot be held responsible for this situation. Normal filter operation will usually clear this up within one or two days. The core drilling process requires us to drill through your deck. We will need to know in advance of any buried electrical or plumbing lines. We cannot be held responsible for any unmarked lines. Kinderguard pool fences are designed using the finest materials and manufacturing techniques available. However, we do recommend a periodic inspection of the fence to insure it's proper function.

AUTHORIZATION: _____ DATE: _____

*(left margin, handwritten vertically)* SAN MARCO 5513 N. MICTANY #715

MROSEN - 000063





MROSEN - 000064



MROSEN - 000065

POSH FRENCH CLEANER
16950 JOG ROAD
SUITE # 104
DELRAY BEACH, FL. 33446                    12/31/09


S T A T E M E N T


ROBYN ROSEN                                ID:R4870032
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496

07/31/09 LAST PAYMENT              192.16        CREDIT

NEW CHARGES

| DATE | INVOICE | AMOUNT | BALANCE | REF. |
|---|---|---|---|---|
| 12/01/09 | 549532 | 93.53 | 93.53 | |
| 12/01/09 | 549534 | 75.69 | 169.22 | |
| 12/01/09 | 549535 | 29.83 | 199.05 | |
| 12/01/09 | 549536 | 25.80 | 224.85 | |
| 12/01/09 | 549579 | 29.83 | 254.68 | -Dry cleaning |
| 12/01/09 | 549580 | 29.83 | 284.51 | - Clothes |
| 12/01/09 | 549581 | 29.83 | 314.34 | - Pillows etc |
| 12/01/09 | 549654 | 100.51 | 414.85 | |
| 12/01/09 | 557494 | 56.60 | 471.45 | |
| 12/04/09 | 559587 | 22.41 | 493.86 | |
| 12/04/09 | 559588 | 26.82 | 520.68 | |
| 12/04/09 | 559589 | 23.33 | 544.01 | |
| 12/04/09 | 559590 | 23.54 | 567.55 | |
| 12/18/09 | 560889 | 28.38 | 595.93 | |
| 12/18/09 | 560890 | 0.00 | 595.93 | |
| 12/18/09 | 561420 | 39.14 | 635.07 | |
| 12/22/09 | 561421 | 44.77 | 679.84 | |
| 12/29/09 | 562045 | 25.10 | 704.94 | |
| 12/29/09 | 562046 | 34.35 | 739.29 | |
| 12/29/09 | 562047 | 0.00 | 739.29 | |

```
POSH FRENCH CLEANERS
    16950 JOG RD
DELRAY BEACH, FL 334

TERMINAL I.D.:
MERCHANT # :                 8063

12/31/09          9:11 AM

AMEX
****************1009
MANUAL

SALE
BATCH: 000556
INV:000105

AUTH: 102720

TOTAL        $739.29
```

                                  ----------
     NEW BALANCE                     739.29

* STATEMENT IS DUE ON 01/10/10

MROSEN - 000066





MROSEN - 000067





MROSEN - 000068

BEST BUY        BUY 1424
3300 NW 62ND AVE
MARGATE, FL 33063
954-975-2857
02/21/2010

BEST BUY Pickup Acknowledgement

SAMSUNG 55" Michael Rosen
9293481

order #:      1110049175703

*=====================================

Total Items Picked Up Is 1

Customer Signature-----------------
By signing, you acknowledge you have
received the products indicated above.
Please view your purchase receipt to see
your complete order and how your payment
was made.
Any promotional discounts and tax applied
to your order should be reflected on
your purchase receipt.

Best Buy Store policies may vary from
BestBuy.com policies.Details are
available on your purchase receipt
as well as in local Best Buy Store.
If you have a question about your order
call Customer Care at 1-888-Best Buy
(1-888-237-8289).

---

WELCOME TO BEST BUY #1424
MARGATE, FL 33063
(954)975-2857
Keep your receipt!

Val #: 0290-3036-9520-7221
1424 042 3799 02/18/10          0708323

9293481   LN658640
SAMSUNG 55" 1080P LCD HDTV 64          1,799.99 *
REG $2,599.99  700.00 SALE DISC

ITEM TAX 108.00
P Order # 1110049175703
Pickup In Store MARGATE FL
60964193      2RZ SILVER
REWARD ZONE PREMIER SILVER          0.00 N
SER/N # 2622B04952

SUBTOTAL    1,799.99
SALES TAX AMOUNT    108.00
TOTAL  1,907.99

AMEX   ROSEN  1,907.99

xxxxxxxxxxxx3013
M
APPROVAL 649550

MIKE,
THANKS FOR SHOPPING AT BEST BUY TODAY!
YOUR REWARD ZONE BALANCE AS OF 01/22/10
POSTED POINTS: 170
Go to MyRZ.com FOR MORE INFO

Congratulations! As an added benefit of
being a Reward Zone prograM Premier
Silver member, you may return eligible
products up to 45 days from purchase date.

* indicates discount price
* indicates clearance price
N indicates non tax item

YOUR CUSTOMER SERVICE PIN IS:
1424 042 3799 021810

MROSEN - 000069



**Welcome to Best Buy**

3300 NW 82ND AVE
MARGATE FL 33063

|||||||||||||||||||||||||||||||||||||||||||
11100491175703

**Purchaser Info**

First Name: Michael
Last Name: Rosen
Home Phone:
Mobile Phone:
Address 1:
Address 2:
City: BOCA RATON
State: FL          ZIP: 33496-2530
Email:

User: a2r55529
Order Number: 11100491175703
Order Date: 02/18/2010
Printed On: 02/19/2010

| SKU | Price | RI | Description | Fulfillment Method | Fulfillment Address | Fulfillment Date/Time |
|---|---|---|---|---|---|---|
| 9293481 | $1899.99 | N | SAMSUNG 55" 1080P LCD HDTV 640 SERIES | PICK | | 02/18/2010 |

| | |
|---|---|
| Est. Order Subtotal | $1,899.99 |
| Delivery | $0.00 |
| Shipping | $0.00 |
| Est. Order Total | $1,899.99 |

**This is not a receipt**
Please view your purchase receipt to see your complete order and how your payment was made.
Any promotional discounts and tax applied to your order should be reflected on your purchase receipt.

For questions and comments about your ordered product call 1-888-BESTBUY

2

MROSEN - 000070

# POS INSTRUCTIONS FOR PROCESSING ANY OMS ORDER( Create, Modification, or Cancellation):

After you have created, modified, or cancelled an order in OMS, you must import the order into POS to complete the order and processing changes/credits:

1. Log in to POS.
2. Press the POS Menu button or F7 [Admin] then F12 [Main Menu].
3. Select OMS Retrieval.
4. Scan the OMS order bar code (or manually enter the OMS Order #).
5. The OMS order will now be imported into the POS transaction.
6. Tender the transaction.

*Failure to follow this process will cause SHRINK for your store.

1

MROSEN - 000071

An 44-34
581 - 502 - 9934



**1908 Tigertail Blvd.**
**Building # 14**
**Dania Beach, FL 33004**
**Phone 954-920-5628**
**Fax 954-920-5629**
**www.PotomacGarageSolutions.com**

ORDER/ESTIMATE

RETHINK YOUR GARAGE®

POTOMAC GARAGE SOLUTIONS™

CLEAN SPACE • COOL PLACE®

## Customer

Name: Robyn Rosen
Street Address: 17538 Middle Brook Way
City, State, Zip Code: Boca Raton, FL 33496
Phone: 561 - 487 0032
E-Mail:

Job #: 0
Source: RSVP / DM
Other Tel #: 561 - 716 - 6802
Appointment Date: 7-29-08
Designer Name: Anthony Jawria

LEFT WALL 21    RIGHT WALL 21    FRONT WALL 27    BACK WALL 27    HEIGHT 10    FLOORS 620

| DESCRIPTION | PRICE EACH | Qty | TOTAL |
|---|---|---|---|
| **Wall System** | | | |
| Paneled  L R B  F (Per Box) | $225.00 | | 1800 |
| Install Edging/Trim on paneling | $155.00 | | 1850 |
| Walls Tracked  L  R  B  F (Per Wall) | $650/850/1450 | | |
| End caps for tracks | $6.00 | | All Ck |
| **Flooring** | PRICE EACH | Qty | TOTAL |
| Gladiator Tile Flooring (Pr Sq/Ft) | $6.95 | | |
| Swisstrax Tile | $6.95 | | |
| Transitional Pieces | $3.00 | | 500 |
| Floor underlayment (Pr Sq/Ft) | $1.50 | | |
| Floor Base Trim x1-2.5 Car Garage | $400/650/800 | | |
| **Cabinets** | PRICE EACH | Qty | TOTAL |
| Brackets-Lockers/Cabinets | $45.00 | 2 | 90 |
| 30" Cabinet | $295.00 | | |
| 24" Cabinet | $285.00 | | |
| Tall Locker | $595.00 | | |
| Tall Cabinet | $595.00 | | |
| Jumbo Cabinet 24" | $875.00 | | |
| RTA 72" Cabinet 18" | $650.00 | 2 | 1300 |
| Modular Gear Box | $645.00 | 1 | 645 |
| Modular Gear Drawer | $645.00 | 1 | 645 |
| Fold Away Cabinet | $395.00 | | |
| **Hooks** | PRICE EACH | Qty | TOTAL |
| Tool Hook      Wheelbarrow Hook | $15.00 | | |
| Big Hook      Vertical Bike Hook | $12.50 | | |
| S Hook      Utility Hook | $12.50 | | 250 |
| Cradle Hook      Wide Hook | $12.50 | 20 | |
| Deep Hook      Twin Hook | $15.00 | | |
| Small Items Bin (6 pack) | $30.00 | | |
| Small Items Hook J & L (8 pack) | $30.00 | | |
| Horizontal Bike Hook | $40.00 | | |
| Fish Hook | $65.00 | | 65 |
| Big Hang It Hook | $115.00 | | 115 |
| Golf Rack/Racquet Rack/Ski Rack | $60/55/35 | 1 1 | 115 |
| **Baskets and Racks** | PRICE EACH | Qty | TOTAL |
| Shoe Rack | $50.00 | 3 | 150 |
| Skate Rack & Basket | $60.00 | | |
| Clean Up Caddy | $40.00 | 1 | 40 |
| Bike Rack & Basket | $55.00 | | |
| Tool Rack -Resin | $45.00 | | |
| 24" Mesh Basket | $45.00 | 8 | 360 |
| 18" Wire Basket | $45.00 | 2 | 90 |
| Shelf with Basket | $55.00 | | |
| Sport Rack & Basket | $60.00 | 1 | 60 |

| DESCRIPTION | PRICE EACH | Qty | TOTAL |
|---|---|---|---|
| **Shelves** | | | |
| 48" Shelving 15" Deep | $110.00 | | |
| 36" Shelving 15" Deep | $95.00 | | |
| 48" Shelving 12" Deep | $85.00 | | |
| 30" Shelving 12" Deep | $70.00 | | |
| **Special Items** | PRICE EACH | Qty | TOTAL |
| 6' Workbench | $635.00 | | |
| 8' Workbench | $695.00 | | |
| Power Strip | $225.00 | | |
| Stool | $140.00 | | |
| Freezerator | $1350.00 | | |
| Chillerator | $1225.00 | | |
| Garbage Compactor | $695.00 | | |
| Overhead Storage 8' x 4' | $695.00 | | |
| Lights | $425.00 | | |
| Parking Lasers | $115.00 | | |
| Step Rubber Mats | $20.00 | | |
| Maple Top | $145.00 | | |
| Versa Top | $195.00 | 1 | 195 |
| **Bins and Holders** | PRICE EACH | Qty | TOTAL |
| Tipout - 4bin/5bin/6bin/9bin | $50/40/35/25 | | |
| Wrench Organizer | $20.00 | | |
| Bike Hoist | $155.00 | | |
| 2 Bike Stands | $95.00 | | |
| Electrical Bike Hoist | $725.00 | | |
| Kayake Hoist | $299.00 | | |
| **Garage Door** | PRICE EACH | Qty | TOTAL |
| Garage Door Lift Kit | $750.00 | | |
| Garage Opener | $750.00 | | |
| **Parking Lift** | PRICE EACH | Qty | TOTAL |
| Car Parking Lift | $10,895.00 | | |
| **Misc** | PRICE EACH | Qty | TOTAL |
| Framing Walls | | | |
| Paint Ceiling/Paint Base | | | |
| Paint Walls/Paint Step | | | |
| Miscellaneous shop supplies | $295.00 | 1 | 295 |
| Disposal charge/Dump fee | $195.00 | 1 | |

Choice Free

| | |
|---|---|
| SUB TOTAL INVESTMENT | 12,465 |
| SALES TAX | |
| TOTAL INV. | |

**COMMENTS/SPECIAL INSTRUCTIONS**

Credit Card # _____    Expiration ___/___    C V V# ____

## Accepted

CUSTOMER SIGNATURE _____    PRINT NAME: _____    DATE: _____

DESIGNER SIGNATURE: _____    PRINT NAME: Anthony Lawrie    DATE: 7-29-08

A 50% deposit is required upon signing to begin job, as well as payment in full upon completion. If paying with credit card, your credit card will be charged for balanced owed following the installation unless other written arrangements are made in advance. Please review all terms and conditions of this agreement. By signing, the above you hereby acknowledge and waive your right to cancel, challenge, or dispute the credit card payments to Potomac Garage Solutions. This estimate is good for 30 days prior to expiration from the above date. All checks payable to Potomac Garage Solutions.

MROSEN - 000072

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 66 of 218
Case 1:11-cv-22408-MGC Document 275-12 Entered on FLSD Docket 05/13/2016 Page 65 of 189
FROM :                    PHONE NO. :                    Jun. 15 2005 01:30PM P1



To: _____ MR+MRS Rosen _____

From: _____ Jamie _____

Date: _____ 8/23 _____

Pages: _____ 1 of 3 _____

Find revised design for "Her" Closet. Pls
call w/ any questions

① Her Closet  -  Added dresser unit   + 595
                    Granite Top option    + 400

② His Closet  -  Granite Top option   + 295

                                    1290

MROSEN - 000073

FROM :                          PHONE NO. :                          Jun. 15 2005 01:31PM P2



MROSEN - 000074

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 68 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2019 Page 67 of 189
FROM :                          PHONE NO. :                    Jun. 15 2005 01:31PM P3



MROSEN - 000075

FROM :    PHONE NO. :    May. 30 2005 11:05AM P1



**CLOSET** SYSTEMS

To: _Mr + Mrs Rosen_

From: _Jamie_

Date: _8/7_

Pages: _1 of 8_

Find Designs for closets, pls call w/ any questions

| | | 41" granite |
|---|---|---|
| ① Her Master | $ 2495 | woodgrain |
| | 275 | Raised panel drawer, door fronts |
| | 375 | Full Framed mirror door |
| | 400 | Crown molding |
| | 595 | GRANITE |
| ② His Master | $ 1895 | woodgrain |
| | 275 | Raised panel drawer/door fronts |
| | 350 | Crown molding |
| | 295 | granite |
| ③ Son 1 | $ 695 | |
| ④ Son 2 | $ 595 | |
| ⑤ Guest | $ 695 | |
| ⑥ Playroom | $ 595 | |
| ⑦ Office | $ 450 | ± 9095 Total |
| | | ± 1091 |

MROSEN - 000076

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 70 of 218

FROM : Case 1:11-cv-22408-MGC Document 2-51 Entered on FLSD Docket 05/13/2010 Page 69 of
PHONE NO. : May. 30 2005 11:10AM P4
189



MROSEN - 000077

FROM :
Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/18/19 Page 71 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2015 Page 70 of 189
PHONE NO. :
May. 30 2005 11:10AM P3



MROSEN - 000078



MROSEN - 000079



**CLOSET** SYSTEMS

To: _Mr + Mrs Rosen_

From: _Jamie_

Date: _8/7_

Pages: _1 of 8_

_Find Designs for closets, pls call w/ any questions_

① HER MASTER      $ 2495      WOODGRAIN
                     275      RAISED PANEL DRAWER, DOOR FRONTS
                     375      FULL FRAMED MIRROR DOOR
                     400      CROWN MOLDING

② HIS MASTER.     $ 1895      WOODGRAIN
                     275      RAISED PANEL DRAWER/DOOR FRONTS
                     350      CROWN MOLDING

③ Son 1          $ 695
④ Son 2          $ 595
⑤ Guest          $ 695
⑥ Playroom       $ 595
⑦ Office         $ 450      / ±9095 TOTAL.

990 South Rogers Circle, Suite 2 • Boca Raton, Florida 33487
1-800-794-8169 • 561-912-9881 • Fax 561912-9818
www.jlclosets.com

MROSEN - 000080

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 74 of 218
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2014 Page 73 of
189

FROM :                               PHONE NO. :                              May. 30 2005 11:11AM P5



MROSEN - 000081

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 75 of 218
Case 1:11-cv-22408-MGC Document 279-11 Entered on FLSD Docket 05/13/2015 Page 74 of 189
FROM :                              PHONE NO. :                      May. 30 2005 11:11AM P6



MROSEN - 000082

Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/18/19 Page 76 of 218
FROM :                          PHONE NO. :                    May. 30 2005 11:12AM P7
Case 1:11-cv-22408-MGC Document 276-12 Entered on FLSD Docket 05/13/2015 Page 75 of
189



MROSEN - 000083

FROM : Case 2:09-md-02047-EEF-MBN Document 22363-52 Filed 11/19/19 Page 77 of 218
PHONE NO. : Entered on FLSD Docket 05/13/2019 Page 76 of
189
May. 30 2005 11:12AM P8



MROSEN - 000084

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | **P5329** |
| *Date* | 8/25/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ 1 | Each | SHEHERAZADE TWO-TIER CHAMPAGNE COLOR SILK CHANDELIER FOR ENTRY FOYER. 33" DIAMETER. | 2,980.00 | 2,980.00 |

| **Room:** *Foyer* | **Ref #** 8360 | *100% Deposit Required* | 2,980.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $2,980.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $193.70 |
| *Total* | $3,173.70 |
| *Deposit Required* | **$2,980.00** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000085

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5198 |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 15 | Yards | LIGHT SAND AND CREAM COLOR GRASSCLOTH WALLPAPER FOR NICHE IN LIVING ROOM. INSTALLATION QUOTED SEPARATELY. | 85.05 | 1,275.75 |

| Room: *Living Room* | Ref # 8153 | *100% Deposit Required* | 1,275.75 |
|---|---|---|---|

| 1 | Set | INSTALLATION OF GRASSCLOTH WALLPAPER FOR NICHE IN LIVING ROOM. | 445.50 | 445.50 |
|---|---|---|---|---|

| Room: *Living Room* | Ref # 8154 | *50 % Deposit Required* | 222.75 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $1,721.25 |
| *Freight* | $0.00 |
| *Sales Tax* | $111.88 |
| *Total* | $1,833.13 |
| *Deposit Required* | **$1,498.50** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

MROSEN - 000086



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**

### *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5301 |
| *Date* | 8/21/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ 1 | Set | UNLINED SIDE PANELS ON ANTIQUE BRONZE HARDWARE FOR LIVING ROOM. OYSTER WHITE LINEN FABRIC WITH SHEER CREAM, WHITE, BLUE AND NATURAL HORIZONTAL STRIPE AS LARGE BORDER AT THE BOTTOM. INCLUDES LABOR, HARDWARE AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 3,105.00 | 3,105.00 |

| **Room:** *Living Room* | **Ref #** 8324 | *50 % Deposit Required* | 1,552.50 |
|---|---|---|---|
| ✓ 12 Yards | CREAM, WHITE, BLUE AND NATURAL SHEER HORIZONTAL STRIPE FABRIC FOR WINDOW TREATMENTS IN LIVING ROOM. | 156.06 | 1,872.72 |

| **Room:** *Living Room* | **Ref #** 8325 | *100% Deposit Required* | 1,872.72 |
|---|---|---|---|
| ✓ 36 Yards | OYSTER WHITE LINEN FABRIC FOR BODY OF DRAPES IN LIVING ROOM. | 44.48 | 1,601.28 |

| **Room:** *Living Room* | **Ref #** 8326 | *100% Deposit Required* | 1,601.28 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*        **MROSEN - 000087**
*Facsimile:*   *561-368-3909*



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3 3 4 3 1**

### *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5257 |
| *Date* | 8/7/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | FAUX CAMEL SISAL CARPET FOR STAIRCASE AND LANDING. INCLUDES CARPET, DOUBLE STICK PAD, CUSTOM CUTTING AND BINDING ON SITE, AND INSTALLATION. | 2,585.00 | 2,585.00 |

**Room:** *Staircase*   **Ref #** 8251   *50 % Deposit Required*   1,292.50

**Notes**

Approved _____
Date _____

| | |
|---|---|
| *Subtotal* | $2,585.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $168.03 |
| *Total* | $2,753.03 |
| *Deposit Required* | **$1,292.50** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910   MROSEN - 000088
*Facsimile:* 561-368-3909

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3  3  4  3  1**



*PROPOSAL*

*To:* MICHAEL AND ROBYN ROSEN

| | *Number* | P5486 |
|---|---|---|
| | *Date* | 11/17/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | CUSTOM SHAPED SISAL RUG FOR DINING ROOM WITH FAUX CROCODILE BORDER. OUTSIDE DIMENSIONS: 10' 9" X 14' 6" WITH ANGLED CORNERS. | 2,998.76 | 2,998.76 |

| **Room:** *Dining Room* | **Ref #** 8682 | *50 % Deposit Required* | 1,499.38 |
|---|---|---|---|

| | |
|---|---|
| *Subtotal* | $2,998.76 |
| *Freight* | $0.00 |
| *Sales Tax* | $194.92 |
| *Total* | $3,193.68 |
| *Deposit Required* | **$1,499.38** |

Notes

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:    561-368-3909

MROSEN - 000089

**TURKELL & GERVIS DESIGN**
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

▮▮▮▮▮▮▮▮▮

| | *Number* | P5302 |
|---|---|---|
| | *Date* | 8/21/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | WORKING UNLINED ROMAN SHADE FOR DINING ROOM. WITH DUETTE SHADE BEHIND FOR PRIVACY. INLCUDES LABOR, DUETTE SHADE, AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 1,539.00 | 1,539.00 |

| **Room:** *Dining Room* | **Ref #** 8327 | *50 % Deposit Required* | 769.50 |
|---|---|---|---|

| 3 | Yards | CREAM, WHITE, BLUE AND NATURAL SHEER HORIZONTAL STRIPE FOR WINDOW TREATMENTS IN DINING ROOM. | 155.25 | 465.75 |
|---|---|---|---|---|

| **Room:** *Dining Room* | **Ref #** 8328 | *100% Deposit Required* | 465.75 |
|---|---|---|---|

| Notes | | Subtotal | $2,004.75 |
|---|---|---|---|
| | | Freight | $0.00 |
| | | Sales Tax | $130.31 |
| | | Total | $2,135.06 |
| Approved | | *Deposit Required* | **$1,235.25** |
| Date | | | |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   561-368-3910
*Facsimile:*   561-368-3909

MROSEN - 000090

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**

*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5373 |
| *Date* | 9/15/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 12   Euro | PALE BLUE AND IVORY PATTERNED WALLPAPER FOR DINING ROOM ABOVE MOLDING. | 72.90 | 874.80 |

**Room:** *Dining Room*　　**Ref #**　8465　　*100% Deposit Required*　　874.80

| | | | | |
|---|---|---|---|---|
| 1 | Set | INSTALLATION OF WALLPAPER IN DINING ROOM ABOVE MOLDING. | 486.00 | 486.00 |

**Room:** *Dining Room*　　**Ref #**　8470　　*50 % Deposit Required*　　243.00

| | |
|---|---|
| *Subtotal* | $1,360.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $88.45 |
| *Total* | $1,449.25 |
| *Deposit Required* | **$1,117.80** |

Notes

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*　561-368-3910
*Facsimile:*　561-368-3909

MROSEN - 000091

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3 3 4 3 1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*



| | Number | P5384 |
|---|---|---|
| | Date | 9/15/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 1 Set | BOXED APPLIED WOOD MOLDING WITH CHAIR RAIL AT APROXIMATELY 60" FOR DINING ROOM. INCLUDES MATERIALS, INSTALLATION, PRIMING AND CAULKING. PAINTING NOT INCLUDED. | 2,126.25 | 2,126.25 |

**Room:** *Dining Room*     **Ref #** 8474          *50 % Deposit Required*     1,063.13

**Notes**

|  |  |
|---|---|
| *Subtotal* | $2,126.25 |
| *Freight* | $0.00 |
| *Sales Tax* | $138.21 |
| *Total* | $2,264.46 |
| *Deposit Required* | **$1,063.13** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000092

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1

### *PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5164 |
| *Date* | 7/19/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2  Each | TOBACCO LEATHER SOFAS WITH CREAM COTTON SEAT AND BACK CUSHIONS FOR FAMILY ROOM. REQUIRES 13 YARDS CREAM COTTON FABRIC QUOTED SEPARATELY, LEATHER IS INCLUDED. 85W X 38D X 30H. | 3,145.50 | 6,291.00 |

| **Room:** *Family Room* | **Ref #** 8103 | *50 % Deposit Required* | 3,145.50 |
|---|---|---|---|
| 13  Yards | CREAM COTTON FABRIC WITH TEFLON PROCESS FOR SEAT AND BACK CUSHIONS ON SOFAS IN FAMILY ROOM. | 26.53 | 344.89 |

| **Room:** *Family Room* | **Ref #** 8104 | *100% Deposit Required* | 344.89 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $6,635.89 |
| *Freight* | $0.00 |
| *Sales Tax* | $431.34 |
| *Total* | $7,067.23 |
| *Deposit Required* | **$3,490.39** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

MROSEN - 000093

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5166 |
| *Date* | 7/20/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| √ 4  Each | PILLOWS FOR FAMILY ROOM SOFAS. 22" X 22" PILLOWS WITH FEATHER/DOWN INSERTS. BLUE/CREAM/BROWN PATTERNED FABRIC QUOTED SEPARATELY. | 121.50 | 486.00 |

| Room: *Family Room* | Ref # 8108 | 50 % Deposit Required | 243.00 |
|---|---|---|---|
| √ 4  Yards | BLUE/CREAM/BROWN PATTERNED FABRIC FOR FAMILY ROOM SOFA PILLOWS. | 83.70 | 334.80 |

| Room: *Family Room* | Ref # 8109 | 100% Deposit Required | 334.80 |
|---|---|---|---|

| | |
|---|---|
| *Subtotal* | $820.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $53.35 |
| *Total* | $874.15 |
| *Deposit Required* | **$577.80** |

Notes

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*
*Facsimile:*   *561-368-3909*

MROSEN - 000094

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3 3 4 3 1



**PROPOSAL**

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5165 |
| *Date* | 7/19/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 4  Each | PILLOWS FOR FAMILY ROOM SOFAS. 24" X 24" PILLOWS WITH FEATHER/DOWN INSERTS. CREAM COTTON FABRIC WITH TOBACCO BROWN CONTRAST PIPING. FABRICS QUOTED SEPARATELY. | 128.25 | 513.00 |

| **Room:** *Family Room* | **Ref #** 8105 | *50 % Deposit Required* | 256.50 |
|---|---|---|---|
| 4  Yards | CREAM COTTON FABRIC FOR 4 PILLOWS FOR FAMILY ROOM SOFAS. | 22.88 | 91.52 |

| **Room:** *Family Room* | **Ref #** 8106 | *100% Deposit Required* | 91.52 |
|---|---|---|---|
| 2  Yards | TOBACCO BROWN WOVEN FABRIC FOR CONTRAST PIPING ON 4 PILLOWS FOR FAMILY ROOM SOFAS. | 29.03 | 58.06 |

| **Room:** *Family Room* | **Ref #** 8107 | *100% Deposit Required* | 58.06 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910
Facsimile: 561-368-3909

MROSEN - 000095

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3 3 4 3 1



*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P6524 |
| *Date* | 8/2/07 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | RE-UPHOLSTERY OF FAMILY ROOM CHAIRS IN TAN CHENILE FABRIC FABRIC QUOTE SEPARATE. | 399.00 | 798.00 |

| **Room:** *Family Room* | **Ref #** 10206 | *50 % Deposit Required* | 399.00 |
|---|---|---|---|
| 16 Yards | TAN CHENILLE COTTON FABRIC FOR RECOVERING OF FAMILY ROOM CHAIRS | 55.35 | 885.60 |

| **Room:** *Family Room* | **Ref #** 10207 | *100% Deposit Required* | 885.60 |
|---|---|---|---|
| 2 Each | FRENCH STRIPE 23 X 23 PILLOWS FOR FAMILY ROOM CHAIRS FABRIC QUOTE SEPARATE | 128.25 | 256.50 |

| **Room:** *Family Room* | **Ref #** 10208 | *50 % Deposit Required* | 128.25 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910    MROSEN - 000096
Facsimile: 561-358-3909

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1

*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5168 |
| *Date* | 7/20/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2  Each | FULLY UPHOLSTERED ARM CHAIRS FOR FAMILY ROOM IN WHEAT COLOR WOVEN FABRIC. EXPOSED LEGS ON CASTORS. FABRIC IS INCLUDED. 31W X 41D X 32H X 18 SEAT HEIGHT. | 1,184.40 | 2,368.80 |

**Room:** *Family Room*     **Ref #**  8111     *50 % Deposit Required*   1,184.40

**Notes**

| | |
|---|---|
| *Subtotal* | $2,368.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $153.97 |
| *Total* | $2,522.77 |
| *Deposit Required* | **$1,184.40** |

Approved  _____
Date  _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*  *561-368-3910*
*Facsimile:*  *561-368-3909*

1

MROSEN - 000097

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3 3 4 3 1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5169 |
| *Date* | 7/20/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | PILLOWS FOR ARM CHAIRS IN FAMILY ROOM. 23" X 23" PILLOWS WITH FEATHER/DOWN INSERTS. HONEY DAMASK PRINTED FABRIC QUOTED SEPARATELY. | 128.25 | 256.50 |

| **Room:** *Family Room* | **Ref #** 8112 | *50 % Deposit Required* | 128.25 |
|---|---|---|---|

| 2 | Yards | HONEY COLOR DAMASK DESIGN FABRIC FOR FAMILY ROOM ARM CHAIR PILLOWS. | 91.80 | 183.60 |
|---|---|---|---|---|

| **Room:** *Family Room* | **Ref #** 8113 | *100% Deposit Required* | 183.60 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $440.10 |
| *Freight* | $0.00 |
| *Sales Tax* | $28.60 |
| *Total* | $468.70 |
| *Deposit Required* | **$311.85** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910
Facsimile: 561-368-3909

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3 3 4 3 1**

✓



*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5160 |
| *Date* | 7/19/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | SOLID WOOD COFFEE TABLES FOR FAMILY ROOM. RICH WALNUT FINISH. 60W X 16D X 17H. | 649.69 | 1,299.38 |

**Room:** *Family Room*     **Ref #** 8099     *50 % Deposit Required*     649.69

**Notes**

| | |
|---|---|
| *Subtotal* | $1,299.38 |
| *Freight* | $0.00 |
| *Sales Tax* | $84.46 |
| *Total* | $1,383.84 |
| *Deposit Required* | **$649.69** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909        MROSEN - 000099        1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

*Number*   P5161
*Date*     7/19/06

| Qty | | Description | Unit | Ext |
|-----|---|-------------|------|-----|
| 3 | Each | HONEY LEATHER BAR STOOLS WITH ANTIQUE CREAM PAINTED FINISH FOR KITCHEN COUNTER IN FAMILY ROOM. 20W X 21D X 43H X 30 SEAT HEIGHT. | 496.80 | 1,490.40 |

**Room:** *Family Room*   **Ref #**  8100   *50 % Deposit Required*   745.20

**Notes**

Approved
Date

| | |
|---|---|
| *Subtotal* | $1,490.40 |
| *Freight* | $0.00 |
| *Sales Tax* | $96.88 |
| *Total* | $1,587.28 |
| *Deposit Required* | **$745.20** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   561-368-3910
*Facsimile:*   561-368-3909

MROSEN - 000100

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | *Number* | P5303 |
|---|---|---|
| | *Date* | 8/22/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 48 | Yards | GOLD TEXTURED FABRIC FOR WINDOW TREATMENTS IN FAMILY ROOM, BREAKFAST ROOM AND GAME ROOM. | 23.56 | 1,130.88 |

| **Room:** *Family Room* | **Ref #** 8329 | *100% Deposit Required* | 1,130.88 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $1,130.88 |
| *Freight* | $0.00 |
| *Sales Tax* | $73.51 |
| *Total* | $1,204.39 |
| *Deposit Required* | **$1,130.88** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000101

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
3    3    4    3    1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5304 |
| *Date* | 8/22/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | SIDE PANELS ON CHOCOLATE IRON HARDWARE WITH GLOBE FINIALS, AND MOCK RELAXED ROMAN SHADES FOR BREAKFAST ROOM AND FAMILY ROOM. WORKING BAMBOO SHADES, LABOR, LINING, HARDWARE AND INSTALLATION INCLUDED. | 7,441.20 | 7,441.20 |

**Room:** *Family Room*    **Ref #** 8323    *50 % Deposit Required*    3,720.60

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | MOCK RELAXED ROMAN SHADES WITH WORKING BAMBOO BLINDS FOR WINDOWS OF GAME ROOM. INCLUDES BLINDS, LABOR, LINING AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 3,726.00 | 3,726.00 |

**Room:** *Game Room*    **Ref #** 8330    *50 % Deposit Required*    1,863.00

**Notes**

| | |
|---|---|
| *Subtotal* | $11,167.20 |
| *Freight* | $0.00 |
| *Sales Tax* | $725.87 |
| *Total* | $11,893.07 |
| *Deposit Required* | **$5,583.60** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*
*Facsimile:  561-368-3909*

MROSEN - 000102

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5335 |
| *Date* | 8/28/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | FAN WITH 22" ANTIQUE BAMBOO BLADES AND PEWTER FINISH MOTOR, HARDWARE AND DOWNROD FOR FAMILY ROOM. INCLUDES A 12" DOWNROD. | 596.70 | 596.70 |

**Room:** *Family Room*  **Ref #** 8372  *100% Deposit Required*  596.70

Notes

| | |
|---|---|
| *Subtotal* | $596.70 |
| *Freight* | $0.00 |
| *Sales Tax* | $38.79 |
| *Total* | $635.49 |
| *Deposit Required* | **$596.70** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*
*Facsimile:  561-368-3909*

MROSEN - 000103



# TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON, FLORIDA
## 3 3 4 3 1



## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5570 |
| *Date* | 12/5/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | INDIA WOOL RUG FOR FAMILY ROOM. 8' X 10'. | 4,248.45 | 4,248.45 |

| **Room:** *Family Room* | **Ref #** 8777 | *100% Deposit Required* | 4,248.45 |
|---|---|---|---|

Notes

| | |
|---|---|
| *Subtotal* | $4,248.45 |
| *Freight* | $0.00 |
| *Sales Tax* | $276.15 |
| *Total* | $4,524.60 |
| *Deposit Required* | **$4,248.45** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910
Facsimile: 561-368-3909

MROSEN - 000104

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3  3  4  3  1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5471 |
| *Date* | 11/8/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| 3 | Each | WHITE GLASS PENDANT LIGHTS FOR KITCHEN COUNTER. SATIN NICKEL TRIM FINISH. | 243.00 | 729.00 |

| **Room:** *Kitchen* | **Ref #** 8653 | *100% Deposit Required* | 729.00 |
|---|---|---|---|

| | 3 | Each | SATIN NICKEL CEILING CANOPY WITH CONNECTIONS FOR PENDANT LIGHTS IN KITCHEN. | 81.00 | 243.00 |
|---|---|---|---|---|---|

| **Room:** *Kitchen* | **Ref #** 8654 | *100% Deposit Required* | 243.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $972.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $63.19 |
| *Total* | $1,035.19 |
| *Deposit Required* | **$972.00** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:    561-368-3909*

MROSEN - 000105

1

✓ **TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3 3 4 3 1**



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5167 |
| *Date* | 7/20/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | WROUGHT IRON CHANDELIER FOR BREAKFAST ROOM. DARK RUST FINISH WITH CANDLE SHADES. 36 DIAMETER X 34 HIGH. | 2,673.00 | 2,673.00 |

**Room:** *Breakfast nook*    **Ref #** 8110    *50 % Deposit Required*    1,336.50

**Notes**

| | |
|---|---|
| *Subtotal* | $2,673.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $173.75 |
| *Total* | $2,846.75 |
| *Deposit Required* | **$1,336.50** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000106



# TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON, FLORIDA
## 3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5769 |
| *Date* | 1/22/07 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 12 | Each | FAUX ANACONDA PLACEMATS FOR BREAKFAST AREA<br>COLOR:DIJON<br>STYLE:ELLIPSE - 15" X18" | 28.35 | 340.20 |

| **Room:** *Breakfast nook* | **Ref #** 9134 | *50 % Deposit Required* | 170.10 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $340.20 |
| *Freight* | $0.00 |
| *Sales Tax* | $22.11 |
| *Total* | $362.31 |
| *Deposit Required* | **$170.10** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000107

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1



### PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5163 |
| *Date* | 7/19/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Each | ROUND DINING TABLE WITH PEDESTAL BASE FOR BREAKFAST ROOM. ENAMEL WHITE FINISH. 54 DIAMETER X 30 HIGH. GLASS TOP, IF REQUIRED, TO BE QUOTED SEPARATELY. | 1,895.54 | 1,895.54 |

**Room:** *Breakfast nook*    **Ref #** 8102    *50 % Deposit Required*    947.77

| | |
|---|---|
| *Subtotal* | $1,895.54 |
| *Freight* | $0.00 |
| *Sales Tax* | $123.21 |
| *Total* | $2,018.75 |
| *Deposit Required* | **$947.77** |

Notes

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000108

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5155 |
| *Date* | 7/19/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| √ | 6 | Each | NATURAL LOOM ARM CHAIRS FOR BREAKFAST ROOM. 24.5W X 18D X 34H. | 261.90 | 1,571.40 |

PILLOW PADS WITH FAUX RAFFIA QUOTED SEPARATELY.

**Room:** *Breakfast nook*     **Ref #**  8092          *50 % Deposit Required*     785.70

**Notes**

| | |
|---|---|
| *Subtotal* | $1,571.40 |
| *Freight* | $0.00 |
| *Sales Tax* | $102.14 |
| *Total* | $1,673.54 |
| *Deposit Required* | **$785.70** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

MROSEN - 000109

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**



### *PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5156 |
| *Date* | 7/19/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 6   Each | PILLOW PADS FOR BREAKFAST ROOM CHAIRS. WITH SELF-WELT. REQUIRES 9 YARDS FABRIC QUOTED SEPARATELY. | 128.25 | 769.50 |

| **Room:** *Breakfast nook* | **Ref #** 8093 | *50 % Deposit Required* | 384.75 |
|---|---|---|---|

| | 9 | Yards | SKY BLUE SUNBRELLA FABRIC FOR BREAKFAST ROOM PILLOW PADS. | 64.80 | 583.20 |
|---|---|---|---|---|---|

| **Room:** *Breakfast nook* | **Ref #** 8094 | *100% Deposit Required* | 583.20 |
|---|---|---|---|

**Notes**

Approved _____
Date _____

| | |
|---|---|
| *Subtotal* | $1,352.70 |
| *Freight* | $49.97 |
| *Sales Tax* | $91.18 |
| *Total* | $1,493.85 |
| *Deposit Required* | **$967.95** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000110

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1



## PROPOSAL

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5360 |
| *Date* | 9/7/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 1 Each | DOUBLE CEILING FIXTURE IN ANTIQUE NICKEL FINISH FOR OVER ISLAND IN KITCHEN. 54W X 57H. | 787.50 | 787.50 |

| **Room:** *Kitchen* | **Ref #** 8441 | *50 % Deposit Required* | 393.75 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $787.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $51.19 |
| *Total* | $838.69 |
| *Deposit Required* | **$393.75** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*



# TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
### BOCA RATON , FLORIDA
3   3   4   3   1

## INVOICE

To: *MICHAEL AND ROBYN ROSEN*



| | Number | 4700 |
|---|---|---|
| | Date | 11/9/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 3 | Each | SATIN NICKEL CEILING CANOPY WITH CONNECTIONS FOR PENDANT LIGHTS IN KITCHEN. | 81.00 | 243.00 |

| | | | | RCVD |
|---|---|---|---|---|
| | | | Chk # | 0.00 |
| Room: *Kitchen* | Ref # *8654* | Prop# *P5471* | Deposit Account | 0.00 |

Notes

| | |
|---|---|
| Subtotal | $243.00 |
| Freight | $0.00 |
| Sales Tax | $15.80 |
| Total | $258.80 |
| Received | $0.00 |
| Now Due | $258.80 |

MROSEN - 000112

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3 3 4 3 1

## *PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*
[redacted]

*Number* P5187
*Date* 7/24/06

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | DOUBLE SHADE CEILING LIGHT FOR OVER POOL TABLE IN GAME ROOM.<br>ANTIQUE BURNISHED BRASS FINISH WITH LINEN PLEATED SHADES.<br>54W X 57H WITH DOWNROD, PLUS 1 X 15" EXTENSION ROD. | 765.00 | 765.00 |

**Room:** *Game Room* **Ref #** 8143 *100% Deposit Required* 765.00

**Notes**

| | |
|---|---|
| *Subtotal* | $765.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $49.73 |
| *Total* | $814.73 |
| *Deposit Required* | **$765.00** |

Approved ______________________

Date ______________________

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000113

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3    3    4    3    1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5283 |
| *Date* | 8/17/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | VESSEL SINK IN HONEY ONYX WITH SELF RIM FOR POWDER ROOM. 17" DIAMETER X 5.5" HIGH. | 684.00 | 684.00 |

| | | | |
|---|---|---|---|
| **Room:** *Powder Room* | **Ref #** 8288 | *100% Deposit Required* | 684.00 |

| 1 Each | SINGLE LEVER VESSEL FAUCET FOR POWDER ROOM. ULTRA STEEL FINISH. | 697.50 | 697.50 |

| | | | |
|---|---|---|---|
| **Room:** *Powder Room* | **Ref #** 8289 | *100% Deposit Required* | 697.50 |

| 1 Each | FLAT GRID STRAINER WITHOUT OVERFLOW FOR POWDER ROOM. STAINLESS STEEL FINISH. | 88.38 | 88.38 |

| | | | |
|---|---|---|---|
| **Room:** *Powder Room* | **Ref #** 8290 | *100% Deposit Required* | 88.38 |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000114

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

███████████████████

| | *Number* | P5162 |
|---|---|---|
| | *Date* | 7/19/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Each | TWO-DOOR VANITY CHEST WITH ANTIQUE MIRROR AND OVAL WOOD DETAIL FOR POWDER ROOM. DARK BROWN FINISH. 30W X 20D X 30H. | 1,036.80 | 1,036.80 |

| **Room:** *Powder Room* | **Ref #** 8101 | *50 % Deposit Required* | 518.40 |
|---|---|---|---|

**Notes**

| | | |
|---|---|---|
| | *Subtotal* | $1,036.80 |
| | *Freight* | $0.00 |
| | *Sales Tax* | $67.39 |
| | *Total* | $1,104.19 |
| Approved | *Deposit Required* | **$518.40** |
| Date | | |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000115

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

████████████████████████

████████████████████████

| | *Number* | P5347 |
|---|---|---|
| | *Date* | 8/30/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 1 Each | MOTHER-OF-PEARL FRAMED MIRROR FOR POWDER ROOM. OUTSIDE DIMENSIONS: 53H X 30W. | 1,365.00 | 1,365.00 |

**Room:** *Powder Room*    **Ref #**  8397    *50 % Deposit Required*    682.50

| Notes | | | |
|---|---|---|---|
| | *Subtotal* | $1,365.00 |
| | *Freight* | $0.00 |
| | *Sales Tax* | $88.73 |
| | *Total* | $1,453.73 |

Approved

Date

| *Deposit Required* | **$682.50** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*    MROSEN - 000116    I



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1

*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5205 |
| *Date* | 7/25/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| √ | 5 | Euro | WHEAT COLOR WALLPAPER FOR POWDER ROOM WITH LARGE SCALE FLORAL DESIGN IN DEEPER TONES. INSTALLATION QUOTED SEPARATELY. | 66.15 | 330.75 |

| **Room:** *Powder Room* | **Ref #** 8164 | *100% Deposit Required* | 330.75 |
|---|---|---|---|

| √ | 1 | Set | INSTALLATION OF WALLPAPER FOR POWDER ROOM. | 337.50 | 337.50 |
|---|---|---|---|---|---|

| **Room:** *Powder Room* | **Ref #** 8166 | *50 % Deposit Required* | 168.75 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $668.25 |
| *Freight* | $0.00 |
| *Sales Tax* | $43.44 |
| *Total* | $711.69 |
| *Deposit Required* | **$499.50** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000117

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | **P5291** |
| *Date* | 8/18/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| √ | 1 Set | WORKING SHEER FLAT ROMAN SHADE WITH 3/8" CLASSIC DUETTE SHADE BEHIND FOR POWDER ROOM. INCLUDES LABOR, DUETTE SHADE AND INSTALLATION. FABRIC FOR ROMAN SHADE QUOTED SEPARATELY. | 1,383.75 | 1,383.75 |

| **Room:** *Powder Room* | **Ref #** 8304 | *50 % Deposit Required* | 691.88 |
|---|---|---|---|

| √ 6 | Yards | GOLD SHEER WITH CONTRAST LEAF EMBROIDERY FOR ROMAN SHADE IN POWDER ROOM. | 91.80 | 550.80 |
|---|---|---|---|---|

| **Room:** *Powder Room* | **Ref #** 8305 | *100% Deposit Required* | 550.80 |
|---|---|---|---|

Notes

| | |
|---|---|
| *Subtotal* | $1,934.55 |
| *Freight* | $0.00 |
| *Sales Tax* | $125.74 |
| *Total* | $2,060.29 |
| *Deposit Required* | **$1,242.68** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000118

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5261 |
| *Date* | 8/7/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ( | 1 Set | TAUPE, BEIGE AND CREAM WOVEN TWEED CARPET FOR OFFICE. INCLUDES CARPET, PAD AND INSTALLATION. | 1,688.69 | 1,688.69 |

**Room:** *Office*     **Ref #** 8254     *50 % Deposit Required*     844.35

**Notes**

| | |
|---|---|
| *Subtotal* | $1,688.69 |
| *Freight* | $0.00 |
| *Sales Tax* | $109.76 |
| *Total* | $1,798.45 |
| *Deposit Required* | **$844.35** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000119

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*
███████████████████████

| | *Number* | P5330 |
|---|---|---|
| | *Date* | 8/25/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | IVORY PLEATED SHADE FIXTURE WITH BRONZE FRAME AND DOWNROD FOR ENTRY TO OFFICE. 16" DIAMETER X 10" HIGH. | 253.00 | 253.00 |

| **Room:** *Office* | **Ref #** 8370 | *100% Deposit Required* | 253.00 |
|---|---|---|---|

| 1 | Each | IVORY PLEATED SHADE FIXTURE WITH BRONZE FRAME AND DOWNROD FOR OFFICE. 25" DIAMETER X 12" HIGH. | 297.00 | 297.00 |
|---|---|---|---|---|

| **Room:** *Office* | **Ref #** 8371 | *100% Deposit Required* | 297.00 |
|---|---|---|---|

**Notes**

| | | |
|---|---|---|
| *Subtotal* | | $550.00 |
| *Freight* | | $0.00 |
| *Sales Tax* | | $35.76 |
| *Total* | | $585.76 |
| *Deposit Required* | | **$550.00** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000120

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

███████████████████

| | | *Number* | P5300 |
| | | *Date* | 8/21/06 |

| Qty | | Description | Unit | Ext |
|-----|--|-------------|------|-----|
| ✓ 1 | Set | SIDE PANELS ON BRUSHED NICKEL HARDWARE FOR FRENCH DOORS AND ROMAN SHADE FOR WINDOW OF OFFICE. WOVEN WOOD BLINDS BELOW TRANSOM WINDOW OF FRENCH DOORS. INCLUDES LABOR, LINING, HARDWARE, BLINDS AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 4,596.75 | 4,596.75 |

**Room:** *Office*          **Ref #** 8306          *50 % Deposit Required*          2,298.38

| 12 | Yards | BLUE, SLATE, PALE DOVE GREY AND CREAM OMBRE STRIPED FABRIC FOR OFFICE WINDOW TREATMENTS. | 168.75 | 2,025.00 |

**Room:** *Office*          **Ref #** 8322          *100% Deposit Required*          2,025.00

Notes

| | |
|--|--|
| *Subtotal* | $6,621.75 |
| *Freight* | $0.00 |
| *Sales Tax* | $430.42 |
| *Total* | $7,052.17 |
| *Deposit Required* | **$4,323.38** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*
*Facsimile:*   *561-368-3909*

MROSEN - 000121

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1



## *PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5429 |
| *Date* | 10/10/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 3 | Yards | BLUE, SLATE, PALE DOVE GREY AND CREAM OMBRE STRIPED FABRIC FOR ROMAN SHADE IN OFFICE. | 168.75 | 506.25 |

**Room:** *Office*     **Ref #** 8568     *100% Deposit Required*     506.25

Notes

Approved
Date

| | |
|---|---|
| *Subtotal* | $506.25 |
| *Freight* | $0.00 |
| *Sales Tax* | $32.91 |
| *Total* | $539.16 |
| *Deposit Required* | **$506.25** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:  561-368-3910
Facsimile:  561-368-3909

MROSEN - 000122

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| *Number* | P5487 |
|---|---|
| *Date* | 11/17/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | BLUE AND CREAM RUG WITH SERGE STITCHING FOR GUEST BEDROOM. 8' X 10'. INCLUDES RUG PAD. | 1,372.95 | 1,372.95 |

**Room:** *Guest Bedroom 1*   **Ref #** 8683   *50 % Deposit Required*   686.48

**Notes**

Approved _____
Date _____

| | |
|---|---|
| *Subtotal* | $1,372.95 |
| *Freight* | $0.00 |
| *Sales Tax* | $89.24 |
| *Total* | $1,462.19 |
| *Deposit Required* | **$686.48** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000123

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*



| | | |
|---|---|---|
| *Number* | **P5487** |
| *Date* | 11/17/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | BLUE AND CREAM RUG WITH SERGE STITCHING FOR GUEST BEDROOM. 8' X 10'. INCLUDES RUG PAD. | 1,372.95 | 1,372.95 |

**Room:** *Guest Bedroom 1*    **Ref #** 8683    *50 % Deposit Required*    686.48

**Notes**

| | |
|---|---|
| *Subtotal* | $1,372.95 |
| *Freight* | $0.00 |
| *Sales Tax* | $89.24 |
| *Total* | $1,462.19 |
| *Deposit Required* | **$686.48** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* *561-368-3910*
*Facsimile:* *561-368-3909*

MROSEN - 000124

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3    3    4    3    1



## PROPOSAL

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| *Number* | P5188 |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | FRENCH DECO SCONCES IN POLISHED NICKEL WITH LINEN SHADES FOR DOWNSTAIRS GUEST BATHROOM/CABANA. 5 DIAMETER X 23.5 HIGH. | 197.91 | 395.82 |

**Room:** *Downstairs Guest*    **Ref #** 8144    *100% Deposit Required*    395.82

**Notes**

| | |
|---|---|
| *Subtotal* | $395.82 |
| *Freight* | $0.00 |
| *Sales Tax* | $25.73 |
| *Total* | $421.55 |
| *Deposit Required* | **$395.82** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000125

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3    3    4    3    1



*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | **P5284** |
| *Date* | **8/17/06** |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | WORKING DRAPES WITH WORKING WOVEN WOOD BLINDS FOR GUEST BEDROOM. INCLUDES LABOR, LINING, POLISHED NICKEL HARDWARE WITH END CAPS AND INSTALLATION. | 4,293.00 | 4,293.00 |

| **Room:** *Guest Bedroom 1* | **Ref #** 8292 | *50 % Deposit Required* | 2,146.50 |
|---|---|---|---|

| 25 Yards | LIGHT BLUE COTTON FABRIC FOR BODY OF DRAPES IN GUEST BEDROOM. | 17.55 | 438.75 |
|---|---|---|---|

| **Room:** *Guest Bedroom 1* | **Ref #** 8293 | *100% Deposit Required* | 438.75 |
|---|---|---|---|

| 7 Yards | CREAM COTTON FABRIC FOR TOP BORDER FOR DRAPES IN GUEST BEDROOM. | 17.55 | 122.85 |
|---|---|---|---|

| **Room:** *Guest Bedroom 1* | **Ref #** 8294 | *100% Deposit Required* | 122.85 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000126

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3   3   4   3   1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5258 |
| *Date* | 8/7/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Set | TEXTURED STRIPE TAUPE/BEIGE CARPET FOR PLAYROOM (BEDROOM #5), AND BEDROOM #6, INCLUDES CARPET, PAD AND INSTALLATION. | 2,505.80 | 2,505.80 |

**Room:** *Guest Bedroom 1*    **Ref #**   8252      *50 % Deposit Required*    1,252.90

**Notes**

| | |
|---|---|
| *Subtotal* | $2,505.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $162.88 |
| *Total* | $2,668.68 |
| *Deposit Required* | **$1,252.90** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000127



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3 3 4 3 1**

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5331 |
| *Date* | 8/25/06 |

| | Qty | | Description | Unit | Ext |
|---|---|---|---|---|---|
| ✓ | 8 | Single | PEWTER/BLUE GRASSCLOTH WALLPAPER FOR CABANA BATHROOM. | 47.25 | 378.00 |

| **Room:** *Cabana* | **Ref #** 8363 | *100% Deposit Required* | 378.00 |
|---|---|---|---|

| ✓ | 1 | Set | INSTALLATION OF GRASSCLOTH WALLPAPER FOR CABANA BATHROOM. | 216.00 | 216.00 |
|---|---|---|---|---|---|

| **Room:** *Cabana* | **Ref #** 8374 | *50 % Deposit Required* | 108.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $594.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $38.61 |
| *Total* | $632.61 |
| *Deposit Required* | **$486.00** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:  561-368-3910
Facsimile:  561-368-3909



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3 3 4 3 1**

## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5338 |
| *Date* | 8/29/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | RE-FINISH WRITING DESK FOR GUEST BEDROOM. WHITE SEMI-GLOSS FINISH. | 337.50 | 337.50 |

| **Room:** *Guest Bedroom 1* | **Ref #** 8383 | *50 % Deposit Required* | 168.75 |
|---|---|---|---|
| 1 Each | RE-FINISH BAMBOO CHAIR FOR GUEST BEDROOM. WHITE SEMI-GLOSS FINISH. | 121.50 | 121.50 |

| **Room:** *Guest Bedroom 1* | **Ref #** 8384 | *50 % Deposit Required* | 60.75 |
|---|---|---|---|

| | |
|---|---|
| *Subtotal* | $459.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $29.84 |
| *Total* | $488.84 |
| *Deposit Required* | **$229.50** |

**Notes**

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910
Facsimile: 561-368-3909

MROSEN - 000129

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5382 |
| *Date* | 9/15/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | SHIRRED DRAPE FOR GLASS DOOR OF CABANA BATHROOM. INCLUDES LABOR, HARDWARE, AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 317.25 | 317.25 |

**Room:** *Cabana*  **Ref #** 8482  *50 % Deposit Required*  158.63

| 6 | Yards | OYSTER COLOR LIGHTWEIGHT LINEN FOR SHIRRED DRAPE ON CABANA BATH DOOR. | 40.43 | 242.58 |

**Room:** *Cabana*  **Ref #** 8483  *100% Deposit Required*  242.58

**Notes**

| | |
|---|---|
| *Subtotal* | $559.83 |
| *Freight* | $0.00 |
| *Sales Tax* | $36.39 |
| *Total* | $596.22 |
| *Deposit Required* | **$401.21** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000130



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | *Number* | P5406 |
| | *Date* | 9/27/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 7 Euro | WHEAT WITH GOLD DESIGN WALLPAPER FOR LAUNDRY ROOM. | 72.90 | 510.30 |

| **Room:** *Laundry Room* | **Ref #** 8531 | *100% Deposit Required* | 510.30 |
|---|---|---|---|
| 1 Set | INSTALLATION OF WALLPAPER FOR LAUNDRY ROOM. | 270.00 | 270.00 |

| **Room:** *Laundry Room* | **Ref #** 8532 | *50 % Deposit Required* | 135.00 |

**Notes**

| | |
|---|---|
| *Subtotal* | $780.30 |
| *Freight* | $0.00 |
| *Sales Tax* | $50.72 |
| *Total* | $831.02 |
| *Deposit Required* | **$645.30** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000131

i

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3   3   4   3   1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | | |
|---|---|---|
| | *Number* | P5174 |
| | *Date* | 7/21/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1   Each | ROUND CRYSTAL BEDSIDE LAMP FOR MASTER BEDROOM. SILVER ACCENT AND PARCHMENT SHADE. 15H X 8D. | 267.30 | 267.30 |

**Room:** *Master Bedroom*     **Ref #**  8126          *100% Deposit Required*     267.30

**Notes**

| | |
|---|---|
| *Subtotal* | $267.30 |
| *Freight* | $0.00 |
| *Sales Tax* | $17.37 |
| *Total* | $284.67 |
| *Deposit Required* | **$267.30** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910          MROSEN - 000132
Facsimile:   561-368-3909

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3 3 4 3 1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | | |
|---|---|---|
| *Number* | P5183 |
| *Date* | 7/24/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2 Each | PILLOWS IN BLUE/NATURAL/CHOCOLATE WOVEN CHECK FABRIC FOR MASTER BEDROOM. 22" X 22" PILLOWS WITH SELF-WELT AND FEATHER /DOWN INSERTS. FABRIC QUOTED SEPARATELY. | 121.50 | 243.00 |

**Room:** *Master Bedroom*   **Ref #** 8137   *50 % Deposit Required*   121.50

| | | | |
|---|---|---|---|
| 2 Yards | BLUE/NATURAL/CHOCOLATE WOVEN CHECK FABRIC FOR PILLOWS ON BED IN MASTER BEDROOM. | 195.75 | 391.50 |

**Room:** *Master Bedroom*   **Ref #** 8138   *100% Deposit Required*   391.50

Notes

Approved _____
Date _____

| | |
|---|---|
| *Subtotal* | $634.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $41.25 |
| *Total* | $675.75 |
| *Deposit Required* | **$513.00** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000133

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5372 |
| *Date* | 9/14/06 |

| | Qty | | Description | Unit | Ext |
|---|---|---|---|---|---|
| | 2 | Set | THREE PIECE SETS OF GLASS AND SILVER PLATE VANITY JARS. ASSORTED SIZES AND STYLES. | 81.00 | 162.00 |

**Room:** *Throughout*    **Ref #** 8464    *100% Deposit Required*    162.00

**Notes**

| | |
|---|---|
| *Subtotal* | $162.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $10.53 |
| *Total* | $172.53 |
| *Deposit Required* | **$162.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3 3 4 3 1**



*PROPOSAL*

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| *Number* | P5186 |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|-----|------|-------------|------|-----|
| 4 | Each | POLISHED NICKEL WALL SCONCES WITH NATURAL PARCHMENT SHADES FOR MASTER BATHROOM. 5.5 DIAMETER X 14.25 HIGH. | 119.93 | 479.70 |

**Room:** *Master Bedroom*   **Ref #** 8142        *100% Deposit Required*    479.70

**Notes**

| | |
|---|---|
| *Subtotal* | $479.70 |
| *Freight* | $0.00 |
| *Sales Tax* | $31.18 |
| *Total* | $510.88 |
| *Deposit Required* | **$479.70** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000135

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5135 |
| *Date* | 7/18/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 14 | Square | IRRIDESCENT MOSAIC TILE FOR BORDER IN MASTER BATHROOM SHOWER. | 27.00 | 378.00 |

| | | | | |
|---|---|---|---|---|
| **Room:** *Master Bedroom* | **Ref #** 8066 | | *100% Deposit Required* | 378.00 |

**Notes**

| | |
|---|---|
| *Subtotal* | $378.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $24.57 |
| *Total* | $402.57 |
| *Deposit Required* | **$378.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*          MROSEN - 000136
*Facsimile: 561-368-3909*

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1



### PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5263 |
| *Date* | 8/7/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | TAUPE/BEIGE CARPET FOR MASTER BEDROOM SUITE WITH SMALL SQUARE WOVEN DESIGN. INCLUDES CARPET, PAD AND INSTALLATION. AREAS TO INCLUDE MASTER BEDROOM, HALLWAY, CLOSETS AND EXERCISE AREA. | 3,734.02 | 3,734.02 |

**Room:** *Master Bedroom*    **Ref #** 8257      *50 % Deposit Required*    1,867.01

**Notes**

Approved
Date

| | |
|---|---|
| *Subtotal* | $3,734.02 |
| *Freight* | $0.00 |
| *Sales Tax* | $242.71 |
| *Total* | $3,976.73 |
| *Deposit Required* | **$1,867.01** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000137

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5251 |
| *Date* | 8/2/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 10 | Yards | IVORY DIAMANTE COTTON FABRIC FOR KING BED COVER IN MASTER BEDROOM. | 23.56 | 235.60 |

**Room:** *Master Bedroom*    **Ref #**  8243    *100% Deposit Required*    235.60

Notes

|  |  |
|---|---|
| *Subtotal* | $235.60 |
| *Freight* | $0.00 |
| *Sales Tax* | $15.31 |
| *Total* | $250.91 |
| *Deposit Required* | **$235.60** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*
*Facsimile:  561-368-3909*

MROSEN - 000138

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5299 |
| *Date* | 8/21/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | WORKING UNLINED WOVEN GRASSCLOTH BLIND FOR EXERCISE AREA IN MASTER BEDROOM SUITE. INCLUDES MATERIALS AND INSTALLATION. | 486.00 | 486.00 |

**Room:** *Master Bedroom/Study*   **Ref #**  8321       *50 % Deposit Required*    243.00

| Notes | | |
|---|---|---|
| | *Subtotal* | $486.00 |
| | *Freight* | $0.00 |
| | *Sales Tax* | $31.59 |
| | *Total* | $517.59 |
| Approved | *Deposit Required* | **$243.00** |
| Date | | |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* **561-368-3910**
*Facsimile:* 561-368-3909

MROSEN - 000139



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3   3   4   3   1**

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | **P5290** |
| *Date* | 8/18/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | WORKING DRAPES FOR MASTER BEDROOM. INCLUDES 3/4" CHROMIUM TRAVERSE RODS, LABOR, LINING AND INSTALLATION. FABRICS QUOTED SEPARATELY. | 4,684.50 | 4,684.50 |

**Room:** *Master Bedroom*   **Ref #** 8301   *50 % Deposit Required*   2,342.25

| 8 | Yards | BLUE/OYSTER/WHITE STRIPED SHEER FABRIC FOR CONTRAST BAND ON WINDOW TREATMENTS IN MASTER BEDROOM. | 191.70 | 1,533.60 |

**Room:** *Master Bedroom*   **Ref #** 8302   *100% Deposit Required*   1,533.60

| 56 | Yards | SOLID CREAMY WHITE FABRIC FOR WINDOW TREATMENTS IN MASTER BEDROOM. | 20.93 | 1,172.08 |

**Room:** *Master Bedroom*   **Ref #** 8303   *100% Deposit Required*   1,172.08

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*
*Facsimile:*   *561-368-3909*
MROSEN - 000140



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3 3 4 3 1**

## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5336 |
| *Date* | 8/28/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | ANTIQUE BRASS FAN WITH 22" NATURAL PALM LEAF BLADES FOR MASTER BEDROOM. INCLUDES ADDITIONAL 12" DOWNROD AND SLIDE CONTROL. | 540.54 | 540.54 |

**Room:** *Family Room*  **Ref #** 8379  *100% Deposit Required*  540.54

**Notes**

Approved
Date

| | |
|---|---|
| *Subtotal* | $540.54 |
| *Freight* | $0.00 |
| *Sales Tax* | $35.14 |
| *Total* | $575.68 |
| *Deposit Required* | **$540.54** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000141

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5324 |
| *Date* | 8/25/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 18 Single | CHAMPAGNE COLOR SHAGREEN DESIGN WALLPAPER FOR MASTER BATHROOM. | 43.85 | 789.30 |

**Room:** *Master Bathroom*    **Ref #** 8362    *100% Deposit Required*    789.30

| | | | | |
|---|---|---|---|---|
| 1 | Set | INTSTALLATION OF WALLPAPER FOR MASTER BATHROOM. | 486.00 | 486.00 |

**Room:** *Master Bathroom*    **Ref #** 8373    *50 % Deposit Required*    243.00

Notes

| | |
|---|---|
| *Subtotal* | $1,275.30 |
| *Freight* | $0.00 |
| *Sales Tax* | $82.89 |
| *Total* | $1,358.19 |
| *Deposit Required* | **$1,032.30** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000142

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

*Number*  P5383
*Date*  9/15/06

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | SOFT STATIONARY ROMAN SHADE FOR MASTER BATHROOM WINDOWS. INCLUDES LABOR AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 1,181.25 | 1,181.25 |

| **Room:** *Master Bedroom* | **Ref #** 8484 | *50 % Deposit Required* | 590.63 |
|---|---|---|---|
| 8 Yards | CREAMY LINEN FABRIC FOR WINDOW TREATMENT IN MASTER BATHROOM. | 55.28 | 442.24 |

| **Room:** *Master Bathroom* | **Ref #** 8485 | *100% Deposit Required* | 442.24 |
|---|---|---|---|

Notes

| | |
|---|---|
| *Subtotal* | $1,623.49 |
| *Freight* | $0.00 |
| *Sales Tax* | $105.53 |
| *Total* | $1,729.02 |
| *Deposit Required* | **$1,032.87** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000143



TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3  3  4  3  1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P6496 |
| *Date* | 7/20/07 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | LIGHT TAUPE LEFT FRONT CHAISE WITH BLUE MINI FLANGE ON SEAT AND BACK CUSHION FOR MASTER BEDROOM W34 XD65 XH38 FABRIC QUOTE SEPARATE | 1,291.50 | 1,291.50 |

| **Room:** *Master Bedroom* | **Ref #** 10169 | *50 % Deposit Required* | 645.75 |
|---|---|---|---|

| 1 | Each | LIGHT TAUPE RIGHT FACING CHAISE WITH BLUE MINI FLANGE ON SEAT AND BACK CUSHION FOR MASTER BEDROOM FABRIC SEPARATE | 1,291.50 | 1,291.50 |
|---|---|---|---|---|

| **Room:** *Master Bedroom* | **Ref #** 10170 | *50 % Deposit Required* | 645.75 |
|---|---|---|---|

| 24 | Yards | LIGHT TAUPE LINEN FABRIC FOR CHAISE'S IN MASTER BEDROOM | 81.00 | 1,944.00 |
|---|---|---|---|---|

| **Room:** *Master Bedroom* | **Ref #** 10171 | *100% Deposit Required* | 1,944.00 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:  561-368-3910
Facsimile:  561-368-3909

MROSEN - 000144

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1

*PROPOSAL*

To: _MICHAEL AND ROBYN ROSEN_

| | |
|---|---|
| *Number* | P6685 |
| *Date* | 9/28/07 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Set | UNLINED SHEER ROMAN SHADE FOR MASTER BEDROOM GYM FABRIC QUOTED SEPARATELY | 573.75 | 573.75 |

**Room:** *Master Bedroom/Gym*    **Ref #** 10584    *50 % Deposit Required*    286.88

| 2 | Yards | HORIZONTAL BLUE AND LIGHT TAN SHEER STRIPE FABRIC FOR ROMAN SHADE IN MASTER BEDROOM GYM | 191.70 | 383.40 |

**Room:** *Master Bedroom/Gym*    **Ref #** 10585    *100% Deposit Required*    383.40

Notes

| | |
|---|---|
| *Subtotal* | $957.15 |
| *Freight* | $0.00 |
| *Sales Tax* | $62.21 |
| *Total* | $1,019.36 |
| *Deposit Required* | **$670.28** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000145

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



## PROPOSAL

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| Number | P7046 |
| Date | 1/15/08 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 4 | Each | LIGHTWEIGHT BRUSHED ALUMINUM CAFE STYLE CHAIRS FOR LOFT. W16 XH33 XD20 | 126.00 | 504.00 |

| **Room:** Loft Area | **Ref #** 11131 | 50 % Deposit Required | 252.00 |
|---|---|---|---|

| 1 | Each | LIGHTWEIGHT WHITE LACQUER WOOD WORK TABLE FOR KIDS LOFT AREA. W59 XD35.5 XH30.25 | 370.00 | 370.00 |
|---|---|---|---|---|

| **Room:** Loft Area | **Ref #** 11132 | 50 % Deposit Required | 185.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| Subtotal | $874.00 |
| Freight | $0.00 |
| Sales Tax | $56.81 |
| Total | $930.81 |
| Deposit Required | **$437.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000146

1



TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1

## PROPOSAL

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| Number | P7049 |
| Date | 1/15/08 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 3 | Each | LIME FAUX SUEDE ANTIQUE WHITE WOODEN STOOLS FOR LOFT AREA FABRIC QUOTED SEPARATELY | 384.00 | 1,152.00 |

| **Room:** *Loft Area* | **Ref #** 11133 | *50 % Deposit Required* | 576.00 |
|---|---|---|---|
| 5  Yards | LIME FAUX SUEDE FOR STOOLS IN LOFT AREA | 40.43 | 202.15 |

| **Room:** *Loft Area* | **Ref #** 11134 | *100% Deposit Required* | 202.15 |
|---|---|---|---|

Notes

| | |
|---|---|
| Subtotal | $1,354.15 |
| Freight | $0.00 |
| Sales Tax | $88.02 |
| Total | $1,442.17 |
| Deposit Required | **$778.15** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000147

1



**TURKELL & GERVIS DESIGN**
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| *Number* | P6689 |
|---|---|
| *Date* | 9/28/07 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | NATURAL CRACKLE LATTICE GARDEN STOOL FOR PATIO 20"H X 13"D | 138.00 | 138.00 |

| **Room:** *Patio/Veranda* | **Ref #** 10590 | *100% Deposit Required* | 138.00 |
|---|---|---|---|

Notes

Approved _____

Date _____

| *Subtotal* | $138.00 |
|---|---|
| *Freight* | $0.00 |
| *Sales Tax* | $8.97 |
| *Total* | $146.97 |
| *Deposit Required* | **$138.00** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000148

1



## TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON , FLORIDA
## 3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P7051 |
| *Date* | 1/15/08 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Each | SLIPPER CHAIR FOR LOFT.<br>SLIPCOVER TO BE QUOTED SEPARATLEY<br>W28 XD32 XH35<br>SEAT H17<br>LEGS ANTIQUE WHITE FINISH | 634.50 | 634.50 |

| **Room:** *Loft Area* | **Ref #** 11136 | *50 % Deposit Required* | 317.25 |
|---|---|---|---|
| 1 Each | DENIM NAVY SLIPCOVER FOR CHAIR IN LOFT.<br>RED STRIPE BIAS WELTING ON SEAMS.<br>FABRIC INCLUDED | 306.00 | 306.00 |

| **Room:** *Loft Area* | **Ref #** 11137 | *50 % Deposit Required* | 153.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $940.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $61.13 |
| *Total* | $1,001.63 |
| *Deposit Required* | **$470.25** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000149                1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3     3     4     3     1



## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P7066 |
| *Date* | 1/25/08 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | CUSTOM CABINETRY FOR LOFT AS PER DRAWING. WHITE PAINTED FINISH. ALL DRAWERS HAVE FULL EXTENTION SLIDES. DECORATIVE HARDWARE QUOTED SEPARATELY | 19,440.00 | 19,440.00 |

**Room:** *Loft Area*     **Ref #** 11153     *50 % Deposit Required*     9,720.00

**Notes**

| | |
|---|---|
| *Subtotal* | $19,440.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $1,263.60 |
| *Total* | $20,703.60 |
| *Deposit Required* | **$9,720.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* *561-368-3910*
*Facsimile:* *561-368-3909*

MROSEN - 000150



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5210 |
| *Date* | 7/25/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | ARCHIVE SHELVES FOR LOFT AREA. WHITE PAINTED FINISH. TWELVE "CUBBIES" AND EIGHT DRAWERS. 69W X 44H X 16D. | 1,363.60 | 1,363.60 |

**Room:** *Loft Area*     **Ref #** 8170     *50 % Deposit Required*     681.80

**Notes**

| | |
|---|---|
| *Subtotal* | $1,363.60 |
| *Freight* | $0.00 |
| *Sales Tax* | $88.63 |
| *Total* | $1,452.23 |
| *Deposit Required* | **$681.80** |

Approved
Date.

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000151

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3     3     4     3     1



## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5211 |
| *Date* | 7/25/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1   Each | LARGE CABINET WITH DOORS, DRAWERS AND SHELVES FOR LOFT AREA. ANTIQUE WHITE PAINTED FINISH. 80W X 17D X 86H. | 2,338.50 | 2,338.50 |

| **Room:** *Loft Area* | **Ref #**  8171 | *50 % Deposit Required* | 1,169.25 |
|---|---|---|---|

**Notes**

Approved
Date

| | |
|---|---|
| *Subtotal* | $2,338.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $152.00 |
| *Total* | $2,490.50 |
| *Deposit Required* | **$1,169.25** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000152

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | | |
|---|---|---|
| *Number* | P5343 |
| *Date* | 8/29/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | COMPUTER DESK WITH TURNED LEGS IN WHITE PAINTED FINISH FOR LOFT. INCLUDES PENCIL DRAWER, SIDE DRAWER AND FILE DRAWER. 48W X 25D X 30H. | 931.50 | 931.50 |

---

| **Room:** *Loft Area* | **Ref #** 8390 | *50 % Deposit Required* | 465.75 |
|---|---|---|---|

| | | |
|---|---|---|
| *Subtotal* | $931.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $60.55 |
| *Total* | $992.05 |
| *Deposit Required* | **$465.75** |

**Notes**

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000153

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1

*PROPOSAL*



*To:* MICHAEL AND ROBYN ROSEN

| | *Number* | P6433 |
| | *Date* | 6/26/07 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | ENTERTAINMENT CABINET FOR SAM'S ROOM.<br>FINISH IN RAW STEEL<br>36W X60H X24D | 1,380.00 | 1,380.00 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 10090 | *50 % Deposit Required* | 690.00 |
|---|---|---|---|

| 1 | Each | QUEEN SEAGRASS BED FOR SAM'S ROOM.<br>FINISH:BLACK OVER TAN<br>54H X 63W X87.5L | 1,889.25 | 1,889.25 |
|---|---|---|---|---|

| **Room:** *Sam's Bed/Bath* | **Ref #** 10091 | *50 % Deposit Required* | 944.63 |
|---|---|---|---|

| 1 | Each | MONOGRAM CHEST FOR SAM'S ROOM.<br>FINISH FOR CHEST BALCK OVER TAN.<br>THREE DRAWERS WITH KNOBS.<br>33H X 36W X20D<br>MONOGRAM SRP IN WHITE OCTOGAN STYLE | 1,364.25 | 1,364.25 |
|---|---|---|---|---|

| **Room:** *Sam's Bed/Bath* | **Ref #** 10092 | *50 % Deposit Required* | 682.13 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* **561-368-3910**
*Facsimile:* **561-368-3909**

MROSEN - 000154

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P7054 |
| *Date* | 1/17/08 |

| Qty | | Description | Unit | Ext |
|-----|---|-------------|------|-----|
| 1 | Set | BEDDING FOR SAM'S ROOM.<br>BEACH STRIPE QUEEN DUVET WITH WOODEN BUTTONS.<br>3 EURO'S AND 1 BOUDOIR PILLOW WITH MINI FLANGE<br>FABRICS QUOTED SEPARATELY. | 945.00 | 945.00 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 11138 | *50 % Deposit Required* | 472.50 |
|---|---|---|---|
| 8    Yards | BEACH STRIPE FABRIC FOR BEDDING IN SAM'S ROOM. | 59.40 | 475.20 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 11139 | *100% Deposit Required* | 475.20 |
|---|---|---|---|
| 2    Yards | BLACK RALPH LAUREN LARGE CHECK FABRIC FOR PILLOWS<br>ON BED IN SAM'S ROOM | 56.70 | 113.40 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 11140 | *100% Deposit Required* | 113.40 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*  561-368-3910
*Facsimile:*  561-368-3909

MROSEN - 000155

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3    3    4    3    1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*



| | |
|---|---|
| *Number* | P5307 |
| *Date* | 8/22/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| ✓ 1 Set | SIDE PANELS ON WHITE 2" POLES WITH BALL FINIALS FOR SAMS ROOM WITH WHITE WOOD WORKING BLINDS. INCLUDES LABOR, LINING, BLINDS AND INSTALLATION. FABRIC QUOTE SEPARATELY. | 1,767.15 | 1,767.15 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 8333 | *50 % Deposit Required* | 883.58 |
|---|---|---|---|
| ✓ 14 Yards | BARN RED COTTON FABRIC FOR WINDOW TREATMENTS IN SAM'S ROOM. | 14.31 | 200.34 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 8335 | *100% Deposit Required* | 200.34 |
|---|---|---|---|
| 12 Yards | WHITE COTTON TAPE FOR CONTRAST BORDERS ALONG LEADING EDGE OF WINDOW TREATMENTS IN SAM'S ROOM. | 15.66 | 187.92 |

| **Room:** *Sam's Bed/Bath* | **Ref #** 8336 | *100% Deposit Required* | 187.92 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000156

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5346 |
| *Date* | 8/30/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| | 1 | Each | UPHOLSTERED CHAIR IN BLUE AND BEIGE TICKING STRIPE FOR SAM'S ROOM. | 783.70 | 783.70 |

**Room:** *Sam's Bed/Bath*    **Ref #**  8395    *50 % Deposit Required*    391.85

**Notes**

| | |
|---|---|
| *Subtotal* | $783.70 |
| *Freight* | $0.00 |
| *Sales Tax* | $50.94 |
| *Total* | $834.64 |
| *Deposit Required* | **$391.85** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:  561-368-3910
Facsimile:  561-368-3909

MROSEN - 000157

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5298 |
| *Date* | 8/18/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| √ 1  Set | PAINTED FINISH 2" EVERWOOD BLINDS FOR LAUNDRY ROOM. | 182.25 | 182.25 |

| **Room:** *Laundry Room* | **Ref #** 8313 | *50 % Deposit Required* | 91.13 |
|---|---|---|---|

| √ 1  Set | PAINTED FINISH 2" EVERWOOD BLINDS FOR TWO WINDOWS OF CABANA BATHROOM. | 356.40 | 356.40 |
|---|---|---|---|

| **Room:** *Cabana* | **Ref #** 8314 | *50 % Deposit Required* | 178.20 |
|---|---|---|---|

| √ 1  Each | PAINTED FINISH 2.5" EVERWOOD BLINDS FOR MASTER BATHROOM. | 1,147.50 | 1,147.50 |
|---|---|---|---|

| **Room:** *Master Bedroom* | **Ref #** 8315 | *50 % Deposit Required* | 573.75 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

MROSEN - 000158

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5309 |
| *Date* | 8/22/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 1   Set | STATIONARY 2" WHITE WOOD BLIND FOR CIRCULAR WINDOW IN SAM'S ROOM. | 409.05 | 409.05 |

**Room:** *Sam's Bed/Bath*      **Ref #** 8334      *50 % Deposit Required*      204.53

**Notes**

| | |
|---|---|
| *Subtotal* | $409.05 |
| *Freight* | $0.00 |
| *Sales Tax* | $26.59 |
| *Total* | $435.64 |
| *Deposit Required* | **$204.53** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000159

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5259 |
| *Date* | 8/7/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1   Set | TEXTURED CHECK KHAKI CARPET FOR SAM'S (BEDROOM #3) AND JESSE'S (BEDROOM #4) BEDROOMS, INCLUDING CLOSETS. INCLUDES CARPET, PAD AND INSTALLATION. | 2,618.00 | 2,618.00 |

| **Room:** *Throughout* | **Ref #** 8253 | *50 % Deposit Required* | 1,309.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $2,618.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $170.17 |
| *Total* | $2,788.17 |
| *Deposit Required* | **$1,309.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*          MROSEN - 000160          1
*Facsimile:  561-368-3909*



**TURKELL & GERVIS DESIGN**
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3 3 4 3 1

### PROPOSAL

To: MICHAEL AND ROBYN ROSEN

| | Number | P5333 |
|---|---|---|
| | Date | 8/25/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 8 | Single | BLUE, RED AND WHITE RANDOM STRIPED WALLPAPER FOR SAM'S BATHROOM. | 34.43 | 275.44 |

**Room:** *Sam's Bed/Bath*  **Ref #** 8367  *100% Deposit Required*  275.44

| 1 | Set | INSTALLATION OF WALLPAPER FOR SAM'S BATHROOM. | 216.00 | 216.00 |

**Room:** *Sam's Bed/Bath*  **Ref #** 8376  *50 % Deposit Required*  108.00

| | |
|---|---|
| Subtotal | $491.44 |
| Freight | $0.00 |
| Sales Tax | $31.94 |
| Total | $523.38 |
| Deposit Required | **$383.44** |

Notes

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone: 561-368-3910
Facsimile: 561-368-3909

MROSEN - 000161

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON, FLORIDA**
**3    3    4    3    1**



### PROPOSAL

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| Number | P5374 |
| Date | 9/15/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 10  Single | BLUE HOUNDSTOOTH PLAID WALLPAPER FOR BELOW CHAIR RAIL IN JESSE'S ROOM. | 34.43 | 344.30 |

| Room: *Jesse's Bed/Bath* | Ref # 8471 | *100% Deposit Required* | 344.30 |
|---|---|---|---|
| ✓ 1  Set | INSTALLATION OF WALLPAPER BELOW CHAIR RAIL IN JESSE'S ROOM. | 270.00 | 270.00 |

| Room: *Jesse's Bed/Bath* | Ref # 8472 | *50 % Deposit Required* | 135.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| Subtotal | $614.30 |
| Freight | $0.00 |
| Sales Tax | $39.93 |
| Total | $654.23 |
| *Deposit Required* | **$479.30** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:    561-368-3910
Facsimile:    561-368-3909

MROSEN - 000162

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**

*PROPOSAL*

*To:* _MICHAEL AND ROBYN ROSEN_

| | |
|---|---|
| *Number* | P5310 |
| *Date* | 8/22/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Set | MOCK ROMAN SHADES WITH WORKING 2" BLINDS FOR JESSE'S ROOM. INCLUDES LABOR, LINING, WOOD BLINDS, AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 3,591.00 | 3,591.00 |

| **Room:** *Jesse's Bed/Bath* | **Ref #** 8338 | 50 % *Deposit Required* | 1,795.50 |
|---|---|---|---|
| 12  Yards | DEEP BLUE, PALE BLUE AND WHITE STRIPED FABRIC FOR WINDOW TREATMENT IN JESSE'S ROOM. | 67.50 | 810.00 |

| **Room:** *Jesse's Bed/Bath* | **Ref #** 8339 | 100% *Deposit Required* | 810.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $4,401.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $286.07 |
| *Total* | $4,687.07 |
| *Deposit Required* | **$2,605.50** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

MROSEN - 000163

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1



## PROPOSAL

*To:* MICHAEL AND ROBYN ROSEN

████████████████

| | *Number* | P5332 |
|---|---|---|
| | *Date* | 8/25/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 10 | Single | BLUE HOUNDS TOOTH PLAID WALLPAPER FOR JESSE'S BATHROOM. | 34.43 | 344.30 |

| **Room:** *Jesse's Bed/Bath* | **Ref #** 8364 | *100% Deposit Required* | 344.30 |
|---|---|---|---|
| 1 Set | INSTALLATION OF WALLPAPER FOR JESSE'S BATHROOM. | 270.00 | 270.00 |

| **Room:** *Jesse's Bed/Bath* | **Ref #** 8375 | *50 % Deposit Required* | 135.00 |
|---|---|---|---|

152.55

287.55

| | Subtotal | $614.30 |
|---|---|---|
| | Freight | $0.00 |
| | Sales Tax | $39.93 |
| | Total | $654.23 |
| | Deposit Required | **$479.30** |

**Notes**

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:    561-368-3910
Facsimile:    561-368-3909

MROSEN - 000164          1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3  3  4  3  1

## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*



| | | *Number* | P5407 |
| | | *Date* | 9/27/06 |

| Qty | Description | Unit | Ext |
|------|-------------|------|-----|
| 1 Each | BUFFET FOR PLAYROOM IN WHITE PAINTED FINISH WITH SHUTTER DOORS. ONE FIXED SHELF ACROSS INTERIOR. 60W X 16D X 33H. | 1,387.50 | 1,387.50 |

**Room:** *Playroom*   **Ref #** 8533   *50 % Deposit Required*   693.75

**Notes**

Approved _____

Date _____

| | |
|---|---|
| *Subtotal* | $1,387.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $90.19 |
| *Total* | $1,477.69 |
| *Deposit Required* | **$693.75** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000165

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5345 |
| *Date* | 8/29/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2   Each | POLISHED NICKEL SCONCES WITH FROSTED GLASS SHADES FOR PLAYROOM BATHROOM. 9.5" HIGH. | 103.50 | 207.00 |

| **Room:** *Playroom* | **Ref #** 8393 | *100% Deposit Required* | 207.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $207.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $13.46 |
| *Total* | $220.46 |
| *Deposit Required* | **$207.00** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*
*Facsimile:  561-368-3909*

MROSEN - 000166

**TURKELL & GERVIS DESIGN**
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5348 |
| *Date* | 8/30/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | ABSTRACT DESIGNS FOR PLAYROOM. TURQUOISE/GREEN/DARK NAVY WITH SILVER FRAMES INCLUDED. | 133.65 | 267.30 |

| **Room:** *Playroom* | **Ref #** 8398 | *100% Deposit Required* | 267.30 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $267.30 |
| *Freight* | $0.00 |
| *Sales Tax* | $17.37 |
| *Total* | $284.67 |
| *Deposit Required* | **$267.30** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000167

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3  3  4  3  1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5364 |
| *Date* | 9/14/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 8 | Single | GREEN/WHITE/YELLOW/BLUE PLAID WALLPAPER FOR PLAYROOM BATHROOM. | 34.43 | 275.44 |

| **Room:** *Playroom* | **Ref #** 8455 | *100% Deposit Required* | 275.44 |
|---|---|---|---|
| ✓ 1 | Set | INSTALLATION OF WALLPAPER FOR PLAYROOM BATHROOM. | 216.00 | 216.00 |

| **Room:** *Playroom* | **Ref #** 8456 | *50 % Deposit Required* | 108.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $491.44 |
| *Freight* | $0.00 |
| *Sales Tax* | $31.94 |
| *Total* | $523.38 |
| *Deposit Required* | **$383.44** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000168

1



## TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON , FLORIDA
## 3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5351 |
| *Date* | 8/31/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | INVERTED PLEAT VALANCE FOR PLAYROOM WITH WORKING 2" WOOD BLINDS. INCLUDES LABOR, LINING, BLINDS AND INSTALLATION. FABRIC QUOTED SEPARATELY. | 1,046.25 | 1,046.25 |

| **Room:** *Playroom* | **Ref #** 8415 | *50 % Deposit Required* | 523.13 |
|---|---|---|---|
| 3 Yards | LIME GREEN FABRIC WITH NAVY STRIPES FOR VALANCE IN PLAYROOM. | 29.70 | 89.10 |

| **Room:** *Playroom* | **Ref #** 8416 | *100% Deposit Required* | 89.10 |
|---|---|---|---|
| 2 Yards | BLUE DENIM FABRIC FOR CONTRAST PLEATS AND BUTTONS ON VALANCE IN PLAYROOM. | 25.65 | 51.30 |

| **Room:** *Playroom* | **Ref #** 8417 | *100% Deposit Required* | 51.30 |
|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000169

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

████████████████████

| | |
|---|---|
| *Number* | **P5305** |
| *Date* | 8/22/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| | 1 | Set | 2" WOOD BLINDS FOR BEDROOM #6. COLOR TO BE SELECTED. | .891.00 | 891.00 |

**Room:** *Guest Bedroom 2*   **Ref #**  8331     *50 % Deposit Required*    445.50

**Notes**

Approved _____
Date    _____

| | |
|---|---|
| *Subtotal* | $891.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $57.92 |
| *Total* | $948.92 |
| *Deposit Required* | **$445.50** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:  561-368-3910*
*Facsimile:  561-368-3909*

MROSEN - 000170
1

**TURKELL & GERVIS DESIGN**
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5342 |
| *Date* | 8/29/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| Each | TURQUOISE BEAN BAG CHAIR FOR PLAYROOM. 55" X 70". | 171.75 | 171.75 |

| **Room:** *Playroom* | **Ref #** 8388 | *100% Deposit Required* | 171.75 |
|---|---|---|---|

| 1 Each | TURQUOISE BEAN BAG OTTOMAN FOR PLAYROOM. 20" DIAMETER. | 66.75 | 66.75 |

| **Room:** *Playroom* | **Ref #** 8389 | *100% Deposit Required* | 66.75 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $238.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $15.50 |
| *Total* | $254.00 |
| *Deposit Required* | **$238.50** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000171

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5359 |
| *Date* | 9/7/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 2   Each | ISLANDER FANS FOR DOWNSTAIRS AND UPSTAIRS PATIOS. RUST FINISH MOTOR AND DOWNROD WITH ANTIQUE WICKER BLADES. APPROVED FOR DAMP LOCATION. | 576.72 | 1,153.44 |

**Room:** *Patio/Veranda*     **Ref #** 8440         *100% Deposit Required*     1,153.44

| | | |
|---|---|---|
| **Notes** | | |

| | |
|---|---|
| *Subtotal* | $1,153.44 |
| *Freight* | $0.00 |
| *Sales Tax* | $74.97 |
| *Total* | $1,228.41 |
| *Deposit Required* | **$1,153.44** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* *561-368-3910*
*Facsimile:* *561-368-3909*

MROSEN - 000172          1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON · FLORIDA**
**3   3   4   3   1**



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

████████████████████████

| *Number* | **P6362** |
| *Date* | **6/13/07** |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | SINGLE PENDANT FIXTURE WITH FRAMED SILK OYSTER SHADE<br>IN BRONZE FINISH<br>DIFFUSER INCLUDED<br>SHADE  21.5 X 25.5.X 12<br>MAX DROP 62.75" | 327.00 | 327.00 |

| **Room:** | **Ref #** 10010 | *100% Deposit Required* | 327.00 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $327.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $21.26 |
| *Total* | $348.26 |
| *Deposit Required* | **$327.00** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*
*Facsimile:*   *561-368-3909*

MROSEN - 000173



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5173 |
| *Date* | 7/21/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | CURVED ARM UPHOLSTERED LOVESEAT FOR MASTER BEDROOM. FLAX COTTON BLEND FABRIC WITH TAUPE VELVET WELT INCLUDED. BACK PILLOWS IN BLUE/CREAM/CHOCOLATE FABRIC QUOTED SEPARATELY. | 1,743.12 | 1,743.12 |

| **Room:** *Master Bedroom* | **Ref #** 8124 | *50 % Deposit Required* | 871.56 |
|---|---|---|---|
| 3 Yards | BLUE, CREAM AND CHOCOLATE STRIPED FABRIC FOR BACK PILLOWS ON LOVESEAT IN MASTER BEDROOM. | 114.75 | 344.25 |

| **Room:** *Master Bedroom* | **Ref #** 8125 | *100% Deposit Required* | 344.25 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $2,087.37 |
| *Freight* | $0.00 |
| *Sales Tax* | $135.68 |
| *Total* | $2,223.05 |
| *Deposit Required* | **$1,215.81** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   *561-368-3910*
*Facsimile:*   *561-368-3909*

MROSEN - 000174

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



**PROPOSAL**

To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| | | | *Number* | P5227 |
| | | | *Date* | 7/27/06 |

| Qty | Description | Unit | Ext |
|-----|-------------|------|-----|
| 1   Each | TUFTED UPHOLSTERED ARM CHAIR FOR MASTER BEDROOM. BLUE AND NATURAL LINEN FABRIC QUOTED SEPARATELY. 25.5W X 24.25 X 34H. | 675.00 | 675.00 |

**Room:** *Master Bedroom*      **Ref #** 8210      *50 % Deposit Required*      337.50

| 5.5   Yards | PALE BLUE AND NATURAL FABRIC FOR CHAIR IN MASTER BEDROOM. | 99.90 | 549.45 |

**Room:** *Master Bedroom*      **Ref #** 8211      *100% Deposit Required*      549.45

Notes

Approved
Date

| | |
|---|---|
| *Subtotal* | $1,224.45 |
| *Freight* | $0.00 |
| *Sales Tax* | $79.59 |
| *Total* | $1,304.04 |
| *Deposit Required* | **$886.95** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000175

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | *Number* | P5408 |
| | *Date* | 9/27/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | SECTIONAL SOFA WITH CHAISE ON ONE SIDE FOR PLAYROOM. BODY OF SECTIONAL IN DEEP BLUE DENIM WITH SEAT AND BACK CUSIHIONS IN GREEN STRIPED FABRIC. 2 TOSS PILLOWS IN BLUE DENIM. ALL FABRICS ARE INCLUDED. SOFA SECTION: 79W X 41D X 31H. CHAISE SECTION: 37W X 75D X 31H. WITH UPGRADED CUSHION FILL. | 3,203.05 | 3,203.05 |

**Room:** *Playroom*    **Ref #** 8534    *50 % Deposit Required*    1,601.53

**Notes**

| | |
|---|---|
| *Subtotal* | $3,203.05 |
| *Freight* | $0.00 |
| *Sales Tax* | $208.20 |
| *Total* | $3,411.25 |
| *Deposit Required* | **$1,601.53** |

Approved  _____
Date  _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone: 561-368-3910*
*Facsimile: 561-368-3909*

MROSEN - 000176



TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1

### PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | *Number* | P5203 |
|---|---|---|
| | *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | SLIP-COVERED SOFA FOR LIVING ROOM. 88W X 36D X 31H. WITH FEATHER CLOUD CUSHION UPGRADE. TAN LINEN AND PALE BLUE FABRIC WITH CREAM FLORAL DESIGN QUOTED SEPARATELY. | 2,283.00 | 2,283.00 |

**Room:** *Living Room*   **Ref #**  8161   *50 % Deposit Required*   1,141.50

| 18 | Yards | TAN LINEN FABRIC FOR SOFA IN LIVING ROOM. | 45.83 | 824.94 |

**Room:** *Living Room*   **Ref #**  8162   *100% Deposit Required*   824.94

| 3 | Yards | PALE BLUE AND CREAM FLORAL PATTERN FABRIC FOR BACK PILLOWS ON LIVING ROOM SOFA. | 91.80 | 275.40 |

**Room:** *Living Room*   **Ref #**  8163   *100% Deposit Required*   275.40

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000177



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**

### *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5202 |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | DARK TOBACCO RATTAN LOUNGE CHAIRS FOR LIVING ROOM. BLUE AND CREAM HEAVY LINEN PAISLEY FABRIC QUOTED SEPARATELY. 32W X 34D X 32.5H. | 2,863.50 | 5,727.00 |

| **Room:** *Living Room* | **Ref #** 8159 | *50 % Deposit Required* | 2,863.50 |
|---|---|---|---|

| 16 | Yards | PALE BLUE AND CREAM HEAVY LINEN PAISLEY FABRIC FOR LOUNGE CHAIRS IN LIVING ROOM. | 132.30 | 2,116.80 |
|---|---|---|---|---|

| **Room:** *Living Room* | **Ref #** 8160 | *100% Deposit Required* | 2,116.80 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $7,843.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $509.85 |
| *Total* | $8,353.65 |
| *Deposit Required* | **$4,980.30** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* **561-368-3910**
*Facsimile:* **561-368-3909**

MROSEN - 000178

1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3   3   4   3   1**

## *PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | **P5194** |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | DROP LEAF SIDE TABLE FOR LIVING ROOM. RICH CHOCOLATE WOOD FINISH. 19.5W X 17D X 25H WITH LEAVES DOWN. | 712.50 | 712.50 |

**Room:** *Living Room*    **Ref #** 8151    *50 % Deposit Required*    356.25

**Notes**

Approved
Date

| | |
|---|---|
| *Subtotal* | $712.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $46.31 |
| *Total* | $758.81 |
| *Deposit Required* | **$356.25** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000179



# TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON , FLORIDA
## 3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

███████████████████████████

| | *Number* | P5199 |
|---|---|---|
| | *Date* | 7/24/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| | 2 | Each | WOOD FRAME ARM CHAIRS FOR LIVING ROOM. TAUPEY BROWN LEATHER OUTSIDE BACK AND SIDES WITH TAN AND BROWN CHECK FABRIC ON INSIDE BACK, SIDES, FRONT RAIL AND SEAT CUSHION. LEATHER IS INCLUDED, FABRIC QUOTED SEPARATELY. 27W X 32D X 36H. | 1,486.50 | 2,973.00 |

**Room:** *Living Room*          **Ref #**   8155          *50 % Deposit Required*     1,486.50

| | | | | |
|---|---|---|---|---|
| 8 | Yards | TAN AND BROWN CHECK FABRIC FOR CHAIRS IN LIVING ROOM. | 83.70 | 669.60 |

**Room:** *Living Room*          **Ref #**   8156          *100% Deposit Required*     669.60

**Notes**

| | |
|---|---|
| *Subtotal* | $3,642.60 |
| *Freight* | $0.00 |
| *Sales Tax* | $236.77 |
| *Total* | $3,879.37 |
| *Deposit Required* | **$2,156.10** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:   561-368-3910*
*Facsimile:   561-368-3909*

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
3    3    4    3    1



## PROPOSAL

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5200 |
| *Date* | 7/24/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 2 | Each | MARTINI TABLES FOR BETWEEN ARM CHAIRS IN LIVING ROOM. DEEP CHOCOLATE WOOD STAIN. 6.75W X 6.75D X 24H. | 165.60 | 331.20 |

**Room:** *Living Room*      **Ref #**  8145      *50 % Deposit Required*      165.60

**Notes**

| | |
|---|---|
| *Subtotal* | $331.20 |
| *Freight* | $0.00 |
| *Sales Tax* | $21.53 |
| *Total* | $352.73 |
| *Deposit Required* | **$165.60** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*  *561-368-3910*
*Facsimile:*  *561-368-3909*

MROSEN - 000181      1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON · FLORIDA**
**3 3 4 3 1**

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5201 |
| *Date* | 7/24/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| ✓ | 1 Each | TUFTED COFFEE TABLE OTTOMAN WITH LEGS ON CASTORS, FOR LIVING ROOM. CAMEL MICRO SUEDE QUOTED SEPARATELY. 48W X 48D X 18H. | 2,490.75 | 2,490.75 |

**Room:** *Living Room*      **Ref #** 8157      *50 % Deposit Required*      1,245.38

| | | | |
|---|---|---|---|
| ✓ 5 Yards | CAMEL MIRCRO SUEDE FABRIC FOR OTTOMAN IN LIVING ROOM. | 33.68 | 168.40 |

**Room:** *Living Room*      **Ref #** 8158      *100% Deposit Required*      168.40

Notes

| | |
|---|---|
| *Subtotal* | $2,659.15 |
| *Freight* | $0.00 |
| *Sales Tax* | $172.85 |
| *Total* | $2,832.00 |
| *Deposit Required* | **$1,413.78** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000182

## TURKELL & GERVIS DESIGN
### 4451 NORTH DIXIE HIGHWAY
### BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5196 |
| *Date* | 7/24/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | SIDEBOARD FOR LIVING ROOM WITH RAILROAD SILVER HARDWARE. 2 CABINETS WITH DOORS, AND 3 LARGE DRAWERS. 75.25W X 21.5D X 41.5H. | 3,441.00 | 3,441.00 |

**Room:** *Living Room*      **Ref #** 8152          *50 % Deposit Required*   1,720.50

**Notes**

| | |
|---|---|
| *Subtotal* | $3,441.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $223.67 |
| *Total* | $3,664.67 |
| *Deposit Required* | **$1,720.50** |

Approved
Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000183

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3  3  4  3  1



*PROPOSAL*

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| *Number* | P5341 |
| *Date* | 8/29/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Each | CLASSIC TWO-DRAWER CHEST IN LANCASTER FINISH FOR ENTRY FOYER. RAILWAY SILVER HARDWARE. 48W X 22.5D X 39.25H. | 1,999.69 | 1,999.69 |

**Room:** *Foyer*   **Ref #** 8387   *50 % Deposit Required*   999.85

**Notes**

| | |
|---|---|
| *Subtotal* | $1,999.69 |
| *Freight* | $0.00 |
| *Sales Tax* | $129.98 |
| *Total* | $2,129.67 |
| *Deposit Required* | **$999.85** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000184

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON, FLORIDA
3   3   4   3   1



*PROPOSAL*

*To:* MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| *Number* | P5220 |
| *Date* | 7/27/06 |

| Qty | | Description | Unit | Ext |
|---|---|---|---|---|
| 1 | Each | CRYSTAL 8-LIGHT CHANDELIER FOR DINING ROOM. BRASS FINISH FRAME. 29" DIAMETER X 37"HIGH. ADDITIONAL CHAIN MAY BE REQUIRED. | 3,719.25 | 3,719.25 |

**Room:** *Dining Room*      **Ref #**  8196      *50 % Deposit Required*      1,859.63

**Notes**

Approved _____

Date _____

| | |
|---|---|
| *Subtotal* | $3,719.25 |
| *Freight* | $0.00 |
| *Sales Tax* | $241.75 |
| *Total* | $3,961.00 |
| *Deposit Required* | **$1,859.63** |

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:*   561-368-3910
*Facsimile:*   561-368-3909
MROSEN - 000185
1



**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5371 |
| *Date* | 9/14/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1 Set | FIVE PIECE SET OF MERCURY GLASS CANDLE HOLDERS. ASSORTED SIZES AND SHAPES. | 190.75 | 190.75 |

**Room:** *Throughout*     **Ref #** 8463     *100% Deposit Required*     190.75

**Notes**

| | |
|---|---|
| *Subtotal* | $190.75 |
| *Freight* | $0.00 |
| *Sales Tax* | $12.40 |
| *Total* | $203.15 |
| *Deposit Required* | **$190.75** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:  561-368-3910
Facsimile:  561-368-3909

MROSEN - 000186



## TURKELL & GERVIS DESIGN
### 4451 NORTH DIXIE HIGHWAY
### BOCA RATON , FLORIDA
### 3   3   4   3   1

*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5253 |
| *Date* | 8/4/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| √ | 1 Each | WHITE PAINTED FINISH QUEEN WOOD FRAME BED WITH UPHOLSTERED HEADBOARD FOR GUEST BEDROOM. FABRIC QUOTED SEPARATELY. 66W X 86D X 60H. | 1,225.80 | 1,225.80 |

**Room:** *Guest Bedroom 1*   **Ref #** 8245   *50 % Deposit Required*   612.90

| | | | | |
|---|---|---|---|---|
| √ | 4 Yards | LIGHT BLUE AND CHOCOLATE STRIPED FABRIC FOR HEADBOARD IN GUEST BEDROOM. THIS IS A 100% ACRYLIC FABRIC. | 91.80 | 367.20 |

**Room:** *Guest Bedroom 1*   **Ref #** 8246   *100% Deposit Required*   367.20

| | |
|---|---|
| *Subtotal* | $1,593.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $103.55 |
| *Total* | $1,696.55 |
| *Deposit Required* | **$980.10** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
MROSEN - 000187
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909



# TURKELL & GERVIS DESIGN
## 4451 NORTH DIXIE HIGHWAY
## BOCA RATON , FLORIDA
## 3   3   4   3   1

*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | |
|---|---|
| *Number* | P5249 |
| *Date* | 8/1/06 |

| | Qty | | Description | Unit | Ext |
|---|---|---|---|---|---|
| ✓ | 1 | Each | SOFA WITH CONTRASTING BOLSTERS AND DECORATIVE PILLOWS FOR OFFICE. FABRICS QUOTED SEPARATELY. 84W X 36D X 28H. | 1,762.50 | 1,762.50 |

| **Room:** *Office* | | **Ref #** 8235 | *50 % Deposit Required* | 881.25 |
|---|---|---|---|---|
| ✓ 17 | Yards | COTTON/LINEN BLEND GUNMETAL COLOR FABRIC FOR SOFA IN OFFICE. | 63.45 | 1,078.65 |

| **Room:** *Office* | | **Ref #** 8239 | *100% Deposit Required* | 1,078.65 |
|---|---|---|---|---|
| ✓ 5 | Yards | BLUE AND WHITE DAMASK DESIGN FABRIC FOR PILLOWS ON SOFA IN OFFICE. | 162.00 | 810.00 |

| **Room:** *Office* | | **Ref #** 8240 | *100% Deposit Required* | 810.00 |
|---|---|---|---|---|

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000188

1

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: *MICHAEL AND ROBYN ROSEN*

| | *Number* | P5181 |
|---|---|---|
| | *Date* | 7/24/06 |

| | Qty | **Description** | **Unit** | **Ext** |
|---|---|---|---|---|
| ✓ | 1 Each | KING SIZE UPHOLSTERED BED FOR MASTER BEDROOM. CHAMPAGNE COLOR TEXTURED FABRIC QUOTED SEPARATELY. 91 LONG X 90 WIDE X 56 HIGH, FOOTBOARD IS 33 HIGH. | 2,450.25 | 2,450.25 |

| **Room:** *Master Bedroom* | **Ref #** 8134 | *50 % Deposit Required* | 1,225.13 |
|---|---|---|---|
| 17 Yards | CHAMPAGNE COLOR TEXTURED FABRIC FOR UPHOLSTERED BED IN MASTER BEDROOM. | 93.15 | 1,583.55 |

| **Room:** *Master Bedroom* | **Ref #** 8135 | *100% Deposit Required* | 1,583.55 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $4,033.80 |
| *Freight* | $0.00 |
| *Sales Tax* | $262.20 |
| *Total* | $4,296.00 |
| *Deposit Required* | **$2,808.68** |

Approved _____

Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
*Telephone:* 561-368-3910
*Facsimile:* 561-368-3909

MROSEN - 000189

1

**TURKELL & GERVIS DESIGN**
**4451 NORTH DIXIE HIGHWAY**
**BOCA RATON , FLORIDA**
**3    3    4    3    1**



*PROPOSAL*

*To: MICHAEL AND ROBYN ROSEN*

| | | *Number* | P5184 |
| | | *Date* | 7/24/06 |

| | Qty | Description | Unit | Ext |
|---|---|---|---|---|
| √ | 2 | Each | TRIANGLE READING PILLOWS FOR MASTER BEDROOM. CREAM WOVEN WITH PALE BLUE FABRIC QUOTED SEPARATELY. 20 X 36 X 12. | 162.00 | 324.00 |

| **Room:** *Master Bedroom* | **Ref #** 8139 | *100% Deposit Required* | 324.00 |
|---|---|---|---|

| √ | 5 | Yards | CREAM WITH BLUE WOVEN FABRIC FOR TRIANGLE READING PILLOWS ON BED IN MASTER BEDROOM. | 83.70 | 418.50 |
|---|---|---|---|---|---|

| **Room:** *Master Bedroom* | **Ref #** 8140 | *100% Deposit Required* | 418.50 |
|---|---|---|---|

**Notes**

| | |
|---|---|
| *Subtotal* | $742.50 |
| *Freight* | $0.00 |
| *Sales Tax* | $48.26 |
| *Total* | $790.76 |
| *Deposit Required* | **$742.50** |

Approved

Date

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:    561-368-3910
Facsimile:    561-368-3909

MROSEN - 000190

TURKELL & GERVIS DESIGN
4451 NORTH DIXIE HIGHWAY
BOCA RATON , FLORIDA
3   3   4   3   1



*PROPOSAL*

To: MICHAEL AND ROBYN ROSEN

| | |
|---|---|
| *Number* | P5176 |
| *Date* | 7/21/06 |

| Qty | Description | Unit | Ext |
|---|---|---|---|
| 1  Each | CLEAN-LINED ARMOIRE WITH HARDWARE IN RAILWAY SILVER FINISH FOR MASTER BEDROOM. DEEP POLISHED FINISH. 52.75W X 26D X 70H. | 4,800.00 | 4,800.00 |

**Room:** *Master Bedroom*      **Ref #**  8128            *50 % Deposit Required*      2,400.00

**Notes**

| | |
|---|---|
| *Subtotal* | $4,800.00 |
| *Freight* | $0.00 |
| *Sales Tax* | $312.00 |
| *Total* | $5,112.00 |
| *Deposit Required* | **$2,400.00** |

Approved _____
Date _____

Prices are valid for 30 days
To proceed with this order, a signed copy of this Proposal along with your deposit is required. Thank you!
Telephone:   561-368-3910
Facsimile:   561-368-3909

MROSEN - 000191

1

Date: 9/5/2013
Pg. 6 of 6

Chase Detailed Transaction History

Loan #
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000



**Mailing Address:**

Interest Rate: 6.25%
Payment Due Date: 12/1/2009
Monthly Payment Amt: $0.00
Current Escrow Balance: $0.00
Current Principal Balance: $0.00

Activity for Period  10/1/2006  –  1/31/2010

| Reference # | Tran Date Effective Date Due Date | Principal Amt Interest Amt Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|
| 6 | 6/1/2007 6/1/2007 6/1/2007 | $584.29 $3,110.02 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 5 | 5/1/2007 5/1/2007 5/1/2007 | $581.26 $3,113.05 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 4 | 4/2/2007 4/2/2007 4/1/2007 | $578.25 $3,116.06 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 3 | 3/2/2007 3/2/2007 3/1/2007 | $575.26 $3,119.05 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 2 | 2/7/2007 2/7/2007 2/1/2007 | $572.28 $3,122.03 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |
| 1 | 1/2/2007 1/2/2007 1/1/2007 | $569.31 $3,125.00 $0.00 | $3,694.31 $0.00 | PAYMENT $0.00 |

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 5 of 6

**Loan #**
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:**

| | | |
|---|---|---|
| Interest Rate: | 6.25% | |
| Payment Due Date: | 12/1/2009 | |
| Monthly Payment Amt: | | $0.00 |
| Current Escrow Balance: | | $0.00 |
| Current Principal Balance: | | $0.00 |

Activity for Period  10/1/2006  –  1/31/2010

| Reference # | Tran Date | Effective Date | Due Date | Principal Amt | Interest Amt | Escrow Amt | Total Tran Amt | Fees/Other Amt | Transaction Description | Suspense Amt |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 2/1/2008 | 2/1/2008 | 2/1/2008 | $609.08 | $3,085.23 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 13 | 1/2/2008 | 1/2/2008 | 1/1/2008 | $605.93 | $3,088.38 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 12 | 12/3/2007 | 12/3/2007 | 12/1/2007 | $602.79 | $3,091.52 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 11 | 11/5/2007 | 11/5/2007 | 11/1/2007 | $599.67 | $3,094.64 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 10 | 10/2/2007 | 10/2/2007 | 10/1/2007 | $596.56 | $3,097.75 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 9 | 9/4/2007 | 9/4/2007 | 9/1/2007 | $593.47 | $3,100.84 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 8 | 8/3/2007 | 8/3/2007 | 8/1/2007 | $590.39 | $3,103.92 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |
| 7 | 7/2/2007 | 7/2/2007 | 7/1/2007 | $587.33 | $3,106.98 | $0.00 | $3,694.31 | $0.00 | PAYMENT | $0.00 |

MROSEN - 000204

Date: 9/5/2013
Pg. 4 of 6

Chase Detailed Transaction History

| | | | |
|---|---|---|---|
| Interest Rate: | 6.25% | | |
| Payment Due Date: | 12/1/2009 | | |
| Monthly Payment Amt: | $0.00 | | |
| Current Escrow Balance: | $0.00 | | |
| Current Principal Balance: | $0.00 | | |

**Loan #** ▮▮▮▮

ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:**
▮▮▮▮▮▮▮▮▮

Activity for Period   10/1/2006  –  1/31/2010

| Reference # | Tran Date | Effective Date | Due Date | Total Tran Amt | Transaction Description |
|---|---|---|---|---|---|
| | Principal Amt | Interest Amt | Escrow Amt | Fees/Other Amt | Suspense Amt |
| 22 | 9/2/2008 | 9/2/2008 | 9/1/2008 | $3,694.31 | PAYMENT |
| | $633.28 | $3,061.03 | $0.00 | $0.00 | $0.00 |
| 21 | 8/1/2008 | 8/1/2008 | 8/1/2008 | $3,694.31 | PAYMENT |
| | $630.00 | $3,064.31 | $0.00 | $0.00 | $0.00 |
| 20 | 7/1/2008 | 7/1/2008 | 7/1/2008 | $3,694.31 | PAYMENT |
| | $626.74 | $3,067.57 | $0.00 | $0.00 | $0.00 |
| 19 | 6/2/2008 | 6/2/2008 | 6/1/2008 | $3,694.31 | PAYMENT |
| | $623.49 | $3,070.82 | $0.00 | $0.00 | $0.00 |
| 18 | 5/1/2008 | 5/1/2008 | 5/1/2008 | $3,694.31 | PAYMENT |
| | $620.26 | $3,074.05 | $0.00 | $0.00 | $0.00 |
| 17 | 4/1/2008 | 4/1/2008 | 4/1/2008 | $3,694.31 | PAYMENT |
| | $617.05 | $3,077.26 | $0.00 | $0.00 | $0.00 |
| 16 | 3/3/2008 | 3/3/2008 | 3/1/2008 | $3,694.31 | PAYMENT |
| | $613.85 | $3,080.46 | $0.00 | $0.00 | $0.00 |
| 15 | 2/1/2008 | 2/1/2008 | 2/1/2008 | $305.69 | PRINCIPAL PAYMENT |
| | $305.69 | $0.00 | $0.00 | $0.00 | $0.00 |

MROSEN - 000205

Date: 9/5/2013
Pg. 3 of 6

## Chase Detailed Transaction History

Loan # ▮
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:** ▮

| | |
|---|---|
| Interest Rate: | 6.25% |
| Payment Due Date: | 12/1/2009 |
| Monthly Payment Amt: | $0.00 |
| Current Escrow Balance: | $0.00 |
| Current Principal Balance: | $0.00 |

**Activity for Period 10/1/2006 — 1/31/2010**

| Reference # | Tran Date | Effective Date | Due Date | Total Tran Amt | Transaction Description |
| --- | --- | --- | --- | --- | --- |
| | Principal Amt | Interest Amt | Escrow Amt | Fees/Other Amt | Suspense Amt |
| 30 | 5/8/2009 | 5/8/2009 | 5/1/2009 | $3,694.31 | PAYMENT |
| | $660.16 | $3,034.15 | $0.00 | $0.00 | $0.00 |
| 29 | 4/10/2009 | 4/10/2009 | 4/1/2009 | $3,694.31 | PAYMENT |
| | $656.74 | $3,037.57 | $0.00 | $0.00 | $0.00 |
| 28 | 3/13/2009 | 3/13/2009 | 3/1/2009 | $3,694.31 | PAYMENT |
| | $653.33 | $3,040.98 | $0.00 | $0.00 | $0.00 |
| 27 | 2/6/2009 | 2/6/2009 | 2/1/2009 | $3,694.31 | PAYMENT |
| | $649.95 | $3,044.36 | $0.00 | $0.00 | $0.00 |
| 26 | 1/9/2009 | 1/9/2009 | 1/1/2009 | $3,694.31 | PAYMENT |
| | $646.58 | $3,047.73 | $0.00 | $0.00 | $0.00 |
| 25 | 12/5/2008 | 12/5/2008 | 12/1/2008 | $3,694.31 | PAYMENT |
| | $643.23 | $3,051.08 | $0.00 | $0.00 | $0.00 |
| 24 | 11/7/2008 | 11/7/2008 | 11/1/2008 | $3,694.31 | PAYMENT |
| | $639.90 | $3,054.41 | $0.00 | $0.00 | $0.00 |
| 23 | 10/1/2008 | 10/1/2008 | 10/1/2008 | $3,694.31 | PAYMENT |
| | $636.58 | $3,057.73 | $0.00 | $0.00 | $0.00 |

MROSEN - 000206

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 2 of 6

**Loan #** ▉
ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

**Mailing Address:** ▉

Interest Rate: 6.25%
Payment Due Date: 12/1/2009
Monthly Payment Amt: $0.00
Current Escrow Balance: $0.00
Current Principal Balance: $0.00

Activity for Period  10/1/2006 — 1/31/2010

| Reference # | Tran Date | Effective Date | Due Date | Total Tran Amt | Transaction Description |
| | Principal Amt | Interest Amt | Escrow Amt | Fees/Other Amt | Suspense Amt |
|---|---|---|---|---|---|
| 31 | 6/5/2009 | 6/5/2009 | 6/1/2009 | $3,694.31 | PAYMENT |
| | $663.59 | $3,030.72 | $0.00 | $0.00 | $0.00 |
| 32 | 7/5/2009 | 7/3/2009 | 7/1/2009 | $3,694.31 | PAYMENT |
| | $667.05 | $3,027.26 | $0.00 | $0.00 | $0.00 |
| 33 | 8/4/2009 | 8/4/2009 | 8/1/2009 | $3,694.31 | PAYMENT |
| | $670.53 | $3,023.78 | $0.00 | $0.00 | $0.00 |
| 34 | 9/9/2009 | 9/9/2009 | 9/1/2009 | $3,694.31 | PAYMENT |
| | $674.02 | $3,020.29 | $0.00 | $0.00 | $0.00 |
| 35 | 10/9/2009 | 10/8/2009 | 10/1/2009 | $3,694.31 | PAYMENT |
| | $677.53 | $3,016.78 | $0.00 | $0.00 | $0.00 |
| 36 | 11/9/2009 | 11/9/2009 | 11/1/2009 | $3,694.31 | PAYMENT |
| | $681.06 | $3,013.25 | $0.00 | $0.00 | $0.00 |
| 37 | 11/24/2009 | 11/24/2009 | | $30.00 | FAX FEE ASSESSED |
| | $0.00 | $0.00 | $0.00 | $30.00 | $0.00 |
| 38 | 12/7/2009 | 12/7/2009 | 12/1/2009 | $10.60 | RECORDING FEE PAID |
| | $0.00 | $0.00 | $0.00 | $10.60 | $0.00 |

MROSEN - 000207

Chase Detailed Transaction History

Date: 9/5/2013
Pg. 1 of 6

Loan #

ROBYN M ROSEN

**Property Address:**
17538 MIDDLEBROOK WAY
BOCA RATON, FL 33496-0000

| Interest Rate: | 6.25% |
| Payment Due Date: | 12/1/2009 |
| Monthly Payment Amt: | $0.00 |
| Current Escrow Balance: | $0.00 |
| Current Principal Balance: | $0.00 |

**Mailing Address:**

**Activity for Period 10/1/2006 — 1/31/2010**

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 46 | 12/30/2009 $0.00 | 12/30/2009 $0.00 | $0.00 | $-197.90 | DISBURSEMENT TO MORTGAGOR |
| 45 | 12/30/2009 $0.00 | 12/30/2009 $0.00 | 12/1/2009 $197.90 | $197.90 | PAYMENT |
| 44 | 12/7/2009 $0.00 | 12/7/2009 $0.00 | 12/1/2009 $197.90 | $0.00 | $-197.90 PAYMENT |
| 43 | 12/7/2009 $0.00 | 12/7/2009 $0.00 | $0.00 | $10.60 | RECORDING FEE ASSESSED |
| 42 | 12/7/2009 $0.00 | 12/7/2009 $0.00 | $0.00 | $-10.60 | $0.00 NO DESC |
| 41 | 12/7/2009 $577,863.52 | 12/7/2009 $3,603.41 | 12/1/2009 $0.00 | $-30.00 | NO DESC $0.00 |
| 40 | 12/7/2009 $0.00 | 12/7/2009 $0.00 | 12/1/2009 $0.00 | $581,664.83 | PAYMENT IN FULL $-581,466.93 |
| 39 | 12/7/2009 $0.00 | 12/7/2009 $0.00 | 12/1/2009 $30.00 | $581,466.93 | PAYMENT $581,664.83 |
|  | 12/7/2009 $0.00 | 12/7/2009 $0.00 | 12/1/2009 $30.00 | $30.00 | FAX FEE PAID $0.00 |

MROSEN - 000208

# EXHIBIT D13

## Property Data

### STRAP: 32-43-23-C2-04106.0700   Folio ID: 10039238

| Owner Of Record | [ Tax Map Viewer ] [ View Comparables ] |
|---|---|
| FOLSOM MARK KELLY<br>2510 VAN BUREN PKWY<br>CAPE CORAL FL 33993 | |

**Site Address**

2510 VAN BUREN PKWY
CAPE CORAL FL 33993

**Property Description**

Do not use for legal documents!

CAPE CORAL UNIT 57
BLK 4106 PB 19 PG 136
LOTS 70 + 71

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01



[ Pictometry Aerial Viewer ]

**Image of Structure**

### Current Working Values

**Just**    235,696    As Of    06/30/2016

**Attributes**

| | |
|---|---|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 85 |
| Depth | 125 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 3.0 |
| Total Living Area | 2,310 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |

◀ Photo Date September of 2015 ▶

## Property Value History

| Tax Year | Just | Market Assessed | Capped Assessed | Taxable |
|---|---|---|---|---|
| 1992 | 24,160 | 24,160 | 24,160 | 24,160 |
| 1993 | 24,160 | 24,160 | 24,160 | 24,160 |
| 1994 | 19,160 | 19,160 | 19,160 | 19,160 |
| 1995 | 18,330 | 18,330 | 18,330 | 18,330 |
| 1996 | 18,330 | 18,330 | 18,330 | 18,330 |
| 1997 | 14,490 | 14,490 | 14,490 | 14,490 |
| 1998 | 14,490 | 14,490 | 14,490 | 14,490 |
| 1999 | 13,750 | 13,750 | 13,750 | 13,750 |
| 2000 | 9,250 | 9,250 | 9,250 | 9,250 |
| 2001 | 12,460 | 12,460 | 12,460 | 12,460 |
| 2002 | 13,790 | 13,790 | 13,790 | 13,790 |
| 2003 | 28,050 | 28,050 | 28,050 | 28,050 |
| 2004 | 49,500 | 49,500 | 49,500 | 49,500 |
| 2005 | 73,700 | 73,700 | 73,700 | 73,700 |
| 2006 | 161,700 | 161,700 | 161,700 | 161,700 |
| 2007 | 400,190 | 400,190 | 400,190 | 375,190 |
| 2008 | 295,070 | 295,070 | 295,070 | 245,070 |
| 2009 | 112,800 | 112,800 | 112,800 | 62,800 |
| 2010 | 28,470 | 28,470 | 28,470 | 3,470 |
| 2011 | 27,458 | 27,458 | 27,458 | 27,458 |
| 2012 | 27,271 | 27,271 | 27,271 | 27,271 |
| 2013 | 14,610 | 14,610 | 14,610 | 14,610 |
| 2014 | 232,411 | 232,411 | 232,411 | 232,411 |
| 2015 | 211,967 | 211,967 | 211,967 | 211,967 |
| 2016 | 235,696 | 235,696 | 235,696 | 185,696 |

The **Just** value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The **Market Assessed** value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (*F.S. 193.011*) . For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (*F.S. 193.461 (6) (a)*). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.
(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Exemptions

| Exemption | Amount |
|---|---|
| Homestead | 25,000.00 |
| Additional | 25,000.00 |

## 🏠 Values (2016 Tax Roll)

| Property Values | | Attributes | |
|---|---|---|---|
| Just | 235,696 | Land Units Of Measure ℹ️ | UT |
| Assessed | 235,696 | Units ℹ️ | 1.00 |
| Portability Applied | 0 | Frontage | 85 |
| Cap Assessed | 235,696 | Depth | 125 |
| Taxable | 185,696 | Total Number of Buildings | 1 |
| Cap Difference | 0 | Total Bedrooms / Bathrooms | 3 / 3.0 |
| | | Total Living Area ℹ️ | 2,310 |
| | | 1st Year Building on Tax Roll ℹ️ | 2006 |
| | | Historic District | No |

## Taxing Authorities

### CITY OF CAPE CORAL / 057

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL  33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL  33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL  33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL  33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL  33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL  33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR 200 MIAMI AVE E VENICE FL  34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR PO BOX 150027 CAPE CORAL FL  33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT 2855 COLONIAL BLVD FORT MYERS FL  33966 |

| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL 33966 |
| CITY OF CAPE CORAL FIRE ASMT / 312 | Special District | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL 33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-OKEECHOBEE BASIN / 308 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH FL 33406 |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 305,000.00 | 09/03/2015 | 2015000195830 | 01 | **Sales qualified and included for sales ratio analysis**<br>Transfers qualified as arm's length because of examination of the deed or other instrument transferring ownership of real property | I |
| 171,000.00 | 02/19/2015 | 2015000038826 | 12 | **Sales disqualified as a result of examination of the deed**<br>Transfer to or from financial institutions (use transfer code 18 for government entities); deed stating "In Lieu of Foreclosure" (including private lenders) | I |
| 112,000.00 | 10/28/2014 | 2014000222261 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective Deed, Quit Claim Deed, or Tax Deed; deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; transfer of ownership in which no documentary stamps were paid | I |
| 100.00 | 11/10/2006 | 2006000440199 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |
| 0.00 | 10/09/2004 | 4772/3293 | 03 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Interest Sales / Court Docs / Government) | V |
| 25,000.00 | 03/11/2002 | 3603/2760 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 17,000.00 | 05/01/1995 | 2597/2774 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |
| 100.00 | 01/01/1900 | 856/317 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| B15-23195 | Fence | 11/18/2015 |
| B15-02598 | Building Remodel / Repair | 02/24/2015 |
| B06-21680 | Landscape / Irrigation | 09/11/2006 |
| 06-03085 | Pool & Spa | 04/19/2006 |
| B06-3085 | Pool & Spa | 04/19/2006 |
| B05-23924 | Building New Construction | 11/15/2005 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Prior Folio ID | Renumber Reason | Renumber Date |
|---|---|---|---|

Lee County Property Appraiser - Online Parcel Inquiry                    Page 4 of 5
Case 2:09-md-02047-EEF-MBN   Document 22363-52   Filed 11/19/19   Page 195 of 218
Case 1:11-cv-22408-MGC   Document 278-13   Entered on FLSD Docket 05/30/2015   Page 5 of 25

| 32-43-23-A3-04106.0700 | N/A | Reserved for Renumber ONLY | 01/26/1997 |

## Location Information

| Township | Range | Section | Block | Lot |
|---|---|---|---|---|
| 43 | 23E | 32 | | |

| Municipality | Latitude | | Longitude | |
|---|---|---|---|---|
| City of Cape Coral | 26.68982 | | -82.02571 | |

### Links

| View Parcel on Google Maps | View Parcel on GeoView | View Parcel on GeoView |
|---|---|---|

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|

## Flood and Storm Information

| Storm Surge Zone | Evacuation Zone | Flood Insurance [ FIRM Look-up ] | | | |
|---|---|---|---|---|---|
| | | Community | Panel | Version | Date |
| B | B | 125095 | 0235 | F | 8/28/2008 |

## Appraisal Details (2016 Tax Roll)

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 140 | Single Family Residential, Golf Course | 125 | 85 | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| IRRIGATION SYSTEM LAWN | 2006 | 1 |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 1 |

| Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|
| 3 | 3.0 | 2006 | 2009 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 2,310 |
| CGA - COVERED GARDEN AREA | N | 103 |
| FGR - FINISHED GARAGE | N | 483 |
| FOP - FINISHED OPEN PORCH | N | 284 |
| FOP - FINISHED OPEN PORCH | N | 117 |
| PS1 - 1 STORY SCREEN ENCL | N | 451 |
| PS1 - 1 STORY SCREEN ENCL | N | 333 |

#### Building Features

| Description | Year Added | Units |
|---|---|---|
| HEAT EXCHANGER | 2006 | 1 |

Lee County Property Appraiser - Online Parcel Inquiry                    Page 5 of 5

Case 2:09-md-02047-EEF-MBN  Document 22363-52  Filed 11/19/19  Page 196 of 218
Case 1:11-cv-22408-MGC  Document 278-13  Entered on FLSD Docket 05/13/2019  Page 6 of
25

| POOL - RESIDENTIAL | 2006 | 333 |
| PATIO - BRICK AND TILE | 2006 | 451 |

**Building Front Photo**                              **Building Footprint**



**Photo Date: September of 2015**

Prepared by; Record and Return To:
Stephen D. Merkle
CAPE CORAL TITLE INSURANCE AGENCY, INC.
1307 Cape Coral Parkway East
Cape Coral, Florida 33904
File Number: 29395

**INSTR # 5389691**

**OR BK 03603 PG 2760**

RECORDED 03/20/02 02:10 PM
CHARLIE GREEN CLERK OF COURT
LEE COUNTY
RECORDING FEE   5.00
DOC TAX PD:F.S.201.02   175.00
DEPUTY CLERK M Cartwright

*General Warranty Deed*

Made this __11__ day of __MARCH__, 200_2_ A.D. By **ULRICH SIEGFRIED and ULLA SIEGFRIED**, whose address is: DORFSTR 82 77576 WEIL AM RHEIN, GERMANY. hereinafter called the grantor, to **EDWARD PROJKO and ROSALEE PROJKO, Husband and Wife**, whose post office address is: **1206 NW 37TH PLACE, CAPE CORAL, FL 33993**, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and

the heirs, legal representatives and assigns of individuals, the successors and assigns of corporations)

**Witnesseth**, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, viz:

Lot(s) 70 & 71, Block 4106, Unit 57, CAPE CORAL SUBDIVISION, according to the plat thereof, as recorded in Plat Book 19, Page(s) 124 TO 137, inclusive, in the Public Records of Lee County, Florida.

Subject TO covenants, restrictions, and easements of record, if any.

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Parcel ID Number: 32-43-23-C2-04106.0700

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2001.

**In Witness Whereof**, the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*
**TWO Separate Witnesses Required**

_____

Witness Printed Name _____

_____ (L.S.)
**ULRICH SIEGFRIED**

_____
**EVA J. WARREN**
Witness Printed Name _____

_____ (L.S.)
**ULLA SIEGFRIED**

State of _____
County of _____

The foregoing instrument was acknowledged before me this __11__ day of __MARCH__, 200_2_, by ULRICH SIEGFRIED and ULLA SIEGFRIED, who is/are personally known to me or who has produced _____ as identification.

(Affix Stamp/Seal)

STEPHEN D. MERKLE
MY COMMISSION # CC 938467
EXPIRES: August 14, 2004
Bonded Thru Notary Public Underwriters

Notary Public Signature _____
Print Name: _____

My Commission Expires: _____

INSTR # 2014000222261, Doc Type CT, Pages 2, Recorded 10/29/2014 at 12:45 PM,
Linda Case 2:09-md-02047-EEF-MBN Document 22868-53 Filed 09/10/19 Page 198 of 218
Clerk LFAHRNER
Case 2:11-cv-22408-MGC Document 278-13 Entered on FLSD Docket 05/13/2015 Page 8 of
25



$112,000.00
$784.00

IN THE CIRCUIT/COUNTY COURT FOR THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                          CIVIL ACTION

DEUTSCHE BANK NATIONAL TRUST COMPANY, ATF AMERICAN HOME MORTGAGE ASSETS TRUST 2007 1 MORTGAGE
BACKED PASS THROUGH CERTIFIC
        Plaintiff
    vs.
WALLS, ROSALEE M, AKA WALLS, ROSALEE ET AL
        Defendant

                                                            Case No. **11-CA-050742**

## CERTIFICATE OF TITLE

The undersigned clerk of the court certifies that he or she executed and filed a certificate of sale in this action on October 16, 2014 for the property
described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following real property in Lee County, Florida:

                        - SEE ATTACHMENT -

Was sold to:    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE
                ASSET TRUST 2007-1
Whose address is:   1661 Worthington Road STE 100
                    west palm beach, FL 33409

                        OCT 2 8 2014

WITNESS my hand and the seal of the court on _____

                                            LINDA DOGGETT, Clerk of Court

Copies furnished to all parties
LINDA DOGGETT, Clerk of Court

By:

2014 OCT 28 AM 10: 01
FILED LEE CO. FLORIDA
CLERK OF COURTS

LOT 70 AND 71, BLOCK 4106, CAPE CORAL, UNIT 57, AS RECORDED IN PLAT
BOOK 19, PAGES 124 TO 137, IN THE PUBLIC RECORDS OF LEE COUNTY,
FLORIDA.



ATT
LIZ

LARRY Walls

Walls Doc ID 366087

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 27 day of April , 2005 , by and between Rosalee Projko as Owner, whose present mailing address is: 1206 N.W. 37ᵗʰ Pl. Cape Coral,Fl. 33993 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:  2510 Van Buren Pkwy. Cape Coral,Fl. 33993 _situated in _Lee_ County, State of Florida Owned by

Rosalee Projko
SECOND:     That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty Eight Thousand Seven Hundred Ninety Five DollarsXX/100 ( $ 248,795.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2,487.95  Deposit, with signing of the contract
1. $ 22,391.55                    (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ _____     (25%) when plumbing is roughed in and slab is poured.
3. $ _____     (25%) when masonry walls are complete and lintel poured.
4. $ _____     (25%) when sub-roof is on and electrical roughed in.
5. $ _____     (10%) when interior drywall is complete.
6. $ _____      (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing
Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_  days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ¯no liens ¯ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.**
**The above price is guaranteed to the Owners through   June 15  , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , _Fla. Stat._ that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, _Fla. Stat._**

THIRD:        The said residence to be Contractor's  Veranda

1

home with all details of material and construction to be equal to or better than those used in the model home at 4801 S.W. 24th Pl. Cape Coral, Fl. except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:   Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:   All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:   The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance .Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:   It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:   This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:   The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:   The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
 Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:   The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners lot is not located on public water or sewer, the cost of installing a septic tank, water well,

2

and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Rosalee Mayhew_

Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1                                      DATE: 4/28/05
NAME: Projko                                     BLK 4106
ADDRESS: 1206 N.W. 37th Pl.                       LOT 70-71
CITY, STATE: Cape Coral,Fl. 33993                UNIT 57
TELEPHONE: 283-1548                              CITY Cape Coral
MODEL: Veranda                                   PRICE      $ 240,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Tile deck pkg. | $ Included |
| 13. Well/septic/impact fees | $ Included |
| 14. Fill/stemwall(allowance) | $ 8,000.00 |
| 15. Culvert(if needed) | $    795.00 |

TOTAL HOME IMPROVEMENTS  $ 248,795.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                          _____
                                                 PURCHASER

Aranda Homes, Inc.                               _____
                                                 PURCHASER

4

<u>PROFILE SHEET</u>

NAME: <u>Projko</u>                                      <u>Lot 70-71</u>
Model: Veranda
Salesperson: Avis                                    <u>Unit</u> 57

1. Legal Description:                                <u>Block</u> 4106

2. Lot Dimension:                                    80x125

3. Seawall:                                          N/A

4. Fill Requirements:                                <u>T.B.D</u>

5. Impact Fee:                                       <u>City</u>

6. Deed Restriction                                  No

7. Well                                              <u>Yes</u>

8. Septic                                            <u>Yes</u>

9. City/Water/Sewer                                  No

10. Culvert Pipe:                                    <u>T.B.D</u>

11. Survey:                                          <u>2 lot-
                                                     Standard</u>

12. Financing:                                       Yes
13. Pool                                             Yes

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _Rasalie Projko_                Date: _____

Customer: _____        Date: _____

5

Strap# 3243 23C 204106 0700

## Construction Draw Schedule - House

**Borrower(s):** ROSALEE M. PROJKO

**Builder:** ARANDA HOMES, INC.
**Property:** 2510 VAN BUREN PARKWAY          ,CAPE CORAL,FL 33993

| | | |
|---|---|---|
| Acquistion Cost | $432,810.00 | |
| Lot Value | | $150,000.00 |
| Pool (see separate draw schedule) | $33,600.00 | |
| Cost of House Construction | | $249,210.00 |
| Binder to Builder | | -$2,487.95 |
| Additional Deposit at closing to builder | | $22,433.05 |
| Lot Equity | -$150,000.00 | |
| Lot Payoff | $0.00 | |
| LIP Account-House | | $224,289.00 |
| Loan Amount | | $285,500.00 |
| Disbursement at closing | | -$27,611.00 |
| Pool LIP - See separate draw schedule | $33,600.00 | |

**WHEN YOU RECEIVE A NOTICE TO OWNER, A "SUBCONTRACTORS OR SUPPLIERS PARTIAL LIEN WAVIER" MUST BE EXECUTED BY THE SUPPLIER BEFORE WE PAY OUT THE DRAW.**

| ACTIVITY COMPLETED | % | #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|---|---|
| 1.  Permits/Plans/Survey/Appraisal | 1 | | | | | |
| 2.  Site Preparation | 3 | | | | | |
| 3.  Concrete Footings | 1 | | | | | |
| 4.  Underground Plumbing | 2 | | | | | |
| 5.  Foundation Wall & Slab Poured | 6 | | | | | |
| 6.  Walls Ready for Trusses | 6 | | | | | |
| 7.  Trusses Set/Roof Framed/Dried In | 4 | | | | | |
| 8.  Interior Partitions | 5 | | | | | |
| 9.  Floor Joists/Sub-Floor/Stairs | 4 | | | | | |
| 10. AC Ducts | 2 | | | | | |
| 11. Plumbing-Rough In & Tubs Set | 2 | | | | | |
| 12. Fireplace | 1 | | | | | |
| 13. Electrical-Rough In | 2 | | | | | |
| 14. Roofing Complete | 4 | | | | | |
| 15. Soffits | 2 | | | | | |
| 16. Windows Installed | 3 | | | | | |
| 17. Exterior Siding (Brick/Stucco) | 5 | | | | | |
| 18. Insulation | 1 | | | | | |
| 19. Drywall Hung | 3 | | | | | |
| 20. Drywall Taped & Sprayed | 3 | | | | | |
| 21. Ceramic Tile | 2 | | | | | |
| 22. Interior Trim | 5 | | | | | |
| 23. Exterior Doors | 2 | | | | | |
| 24. Exterior Paint | 2 | | | | | |
| 25. Interior Paint | 3 | | | | | |
| 26. Cabinets/Vanities/Tops | 5 | | | | | |
| Draw Total | | | | | | |
| Total of all draws | | | | | | |

## FINAL DRAW ACTIVITY

| | | | | | | |
|---|---|---|---|---|---|---|
| 27. HVAC-Handler | 1 | | | | | |
| 28. Plumbing Finish | 2 | | | | | |
| 29. Electrical Complete | 3 | | | | | |

# POOL DRAW SCHEDULE

**Borrower(s):** ROSALEE M. PROJKO

**Pool Contractor:** SAN JUAN POOLS, INC.
**Property Address:** 2510 VAN BUREN PARKWAY, CAPE CORAL, FL 33993
**Closing Date:** June 14, 2005

| | |
|---|---|
| **Cost of Pool:** | $33,600.00 |
| **Deposit on Contract:** | $0.00 |
| **Additional Deposit at Closing:** | $0.00 |
| **Pool LIP Account:** | $33,600.00 |

Disbursements are to be made on the following schedule:

Draw 1 (33%)     $11,088.00     Excavation and placement of shell

Draw 2 (34%)     $11,424.00     Coping on, decking in. (if applicable), all lien waivers to date.

Draw 3 (33%)     $11,088.00     All work completed. All final lien waivers completed.

Borrower: *Rasalee Gn Projko*     Date: 06/14/05
    ROSALEE M. PROJKO

Borrower: _____ Date: 06/14/05

Pool Contractor: _____ Date: 06/14/05
    SAN JUAN POOLS, INC.

THIS INSTRUMENT PREPARED BY: LORI CORBITT
RIVERSIDE BANK OF THE GULF COAST
P. O. Box 150610
CAPE CORAL, FLORIDA 33915

LOAN # ████7681

PERMIT NUMBER:                                        TAX I.D. NUMBER:

# NOTICE OF COMMENCEMENT

STATE OF   FLORIDA
COUNTY OF   LEE

**THE UNDERSIGNED HEREBY GIVES NOTICE THAT IMPROVEMENT WILL BE MADE TO CERTAIN REAL PROPERTY AND IN ACCORDANCE WITH CHAPTER 713, FLORIDA STATUTES, THE FOLLOWING INFORMATION IS PROVIDED IN THIS NOTICE OF COMMENCEMENT:**

1. DESCRIPTION OF PROPERTY:

    LOTS 70 AND 71, BLOCK 4106, CAPE CORAL, UNIT 57, AS RECORDED IN PLAT BOOK 19, PAGE 124 TO 137, IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.

2. GENERAL DESCRIPTION OF IMPROVEMENTS:      SFD w/Pool,Deck & Screen Encl.

3. <u>OWNER INFORMATION</u>
    a. NAME AND ADDRESS:
                    ROSALEE M. PROJKO
                    1206 NW 37TH PLACE
                    CAPE CORAL, FL 33993

    b. OWNER'S INTEREST IN PROPERTY: **FEE SIMPLE**

4. CONTRACTOR INFORMATION:
                    ARANDA HOMES, INC.
                    4403 SE 16TH PLACE
                    CAPE CORAL, FL 33904            (239) 542-8700
5. POOL CONTRACTOR:
                    SAN JUAN POOLS, INC.
                    N/A
6. SEAWALL/DOCK CONTRACTOR:
                    N/A

7. LENDER: **RIVERSIDE BANK OF THE GULF COAST**
        **521 DEL PRADO BOULEVARD, CAPE CORAL, FLORIDA  33990**
        PHONE NO.: 941-573-9000
8. NAME OF PERSON WITHIN THE STATE OF FLORIDA DESIGNATED BY OWNER UPON WHOM NOTICES OR OTHER DOCUMENTS MAY BE SERVED AS PROVIDED BY SECTION 713.13(1)(a)7, FLORIDA STATUTES (OWNER'S AGENT):

    a. NAME AND ADDRESS:

9. IN ADDITION TO OWNER, OWNER DESIGNATES THE FOLLOWING PERSON TO RECEIVE A COPY OF THE LIENOR'S NOTICE AS PROVIDED IN SECTION 713.13(1)(b), FLORIDA STATUTES:

    **RIVERSIDE BANK OF THE GULF COAST**
    **521 DEL PRADO BOULEVARD, CAPE CORAL, FLORIDA  33990**
    PHONE NO.: 941-573-9000

OWNER:                                    JUN 1 4 2005
_Rosalee M Projko_
ROSALEE M. PROJKO            DATE

SWORN TO AND SUBSCRIBED BEFORE ME THIS ____ DAY OF _____, 20____.
                                                    JUN 1 4 2005

PRINTED NAME: _D. E. Fenske_          (NOTARY SEAL)

NOTARY PUBLIC, MY COMMISSION EXPIRES:


D. E. FENSKE
MY COMMISSION # DD "20798
EXPIRES July 25, 2007
Bonded Thru Notary Public Underwriters

INSTR # 2014000151705, Doc Type JUD, Pages 4, Recorded 07/22/2014 at 11:06 AM,
Linda Doggett Clerk of Circuit Court Lee County, FL Rec. Fee: $35.50 Deputy Clerk EF INDEX
Case 2:09-md-02047-EEF-MBN Document 22383-52 Filed 11/30/19 Page 209 of 219
Case 2:11-cv-22408-MGC Document 276-18 Entered on FLSD Docket 05/13/2019 Page 19 of
25





# FILED

JUL 1 8 2014

Linda Doggett, Clerk Circuit
Court Lee County, Florida

IN THE CIRCUIT COURT OF THE TWENTIETH
JUDICIAL CIRCUIT, IN AND FOR LEE COUNTY,
FLORIDA
CASE NO. 11-CA-050742

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS
TRUST 2007-1,

      Plaintiff,

vs.

ROSALEE M. WALLS A/K/A ROSALEE WALLS F/K/A
ROSALEE PROJO A/K/A ROSALEE M. PROJKO; LARRY E.
WALLS A/K/A LARRY EDWARD WALLS; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER,
AND AGAINST THE HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT KNOWN TO BE DEAD
OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSES, HEIRS DEVISEES,
GRANTEES, OR OTHER CLAIMANTS;

      Defendants.

_____/

## FINAL JUDGMENT IN MORTGAGE FORECLOSURE

     THIS CAUSE having come for Final Judgment on Plaintiff's Motion for Summary Final

Judgment of Foreclosure and the documents offered in support thereof and the Court being fully advised

in the premises, it is thereupon consideration,

IT IS ADJUDGED that:

     1. Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR

AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1(hereafter, "Plaintiff"), c/o Ocwen Loan

Servicing, LLC 1660 Worthington Avenue, West Palm Beach, FL 33409, is due

| | | |
|---|---|---|
| Principal | $ | 335,084.73 |
| Interest to date of this judgment (7-18-2014) | $ | 44,591.28 |
| Taxes | $ | 934.07 |
| Insurance | $ | 4,945.18 |
| Prior Servicer Fees | $ | 20,113.76 |
| BPO | $ | 407.00 |
| Property Inspections | $ | 162.00 |
| Prior servicer fees | $ | 436.80 |
| Property Preservation | $ | 480.00 |
| Title Search | $ | 375.00 |
| **TOTAL** | $ | **407,529.82** |

that shall bear interest at the rate of 4.75% per year and thereafter at the legal rate as provided by law.

OC3613-13/EE

Walls Do ID 361729

2. Plaintiff holds a lien for the total sum superior to all claims or estates of defendants, ROSALEE M. WALLS A/K/A ROSALEE WALLS F/K/A ROSALEE PROJO A/K/A ROSALEE M. PROJKO; LARRY E. WALLS A/K/A LARRY EDWARD WALLS on the following described property in LEE County, Florida:

> **LOT 70 AND 71, BLOCK 4106, CAPE CORAL, UNIT 57, AS RECORDED IN PLAT BOOK 19, PAGES 124 TO 137, IN THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

3. If the total sum with interest at the rate described in paragraph 1 and all costs accrued subsequent to this judgment are not paid, the clerk of this court shall sell the property at public sale on *October 16, 2014* [NO SOONER THAN 90DAYS] to the highest bidder for cash, except as prescribed in paragraph 4, in accordance with section 45.031, Florida Statutes, using the following method (CHECK ONE):

☒ By electronic sale beginning 9:00 AM at www.lee.realforeclose.com in accordance with chapter 45 Florida Statutes.

4. Plaintiff shall advance all subsequent costs of this action and shall be reimbursed for them by the clerk if plaintiff is not the purchaser of the property for sale, provided, however, that the purchaser of the property for sale shall be responsible for the documentary stamps payable on the certificate of title. If plaintiff is the purchaser, the clerk shall credit plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full.

5. On filing the certificate of title the clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying: first, all of plaintiff's costs; second, documentary stamps affixed to the certificate; third, plaintiff's attorneys' fees; fourth, the total sum due to plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 1 from this date to the date of the sale; and by retaining any remaining amount pending the further order of this court.

6. On filing the certificate of sale, defendant(s) and all persons claiming under or against defendant(s) since the filing of the notice of lis pendens shall be foreclosed of all estate or claim in the property, except as to claims or rights under chapter 718 or chapter 720, Florida Statutes, if any. Upon the filing of the certificates of title, the person named on the certificate of title shall be let into possession of the property.

7. That if Plaintiff should elect to assign its bid at sale, the assignment of bid shall be effective upon the filing of a Notice of Assignment of Bid or Motion and Order for Assignment of Bid and the Clerk of the above entitled Court is hereby directed to issue the Certificate of Title to such officer without further payment by such officer.

OC3613-13/EE

8. Jurisdiction of this action is retained to enter further orders that are proper.

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK. NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE LEE CLERK OF THE COURT, 239-533-5000 1700 MONROE STREET, FORT MYERS, FL 33901 239-533-5000 WITHIN 10 DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT Florida Rural Legal Services, 3210 Cleveland Avenue 101, Fort Myers, FL 33902, (239) 334-4554, Lee County Bar Association, Inc., Florida Rural Legal Services, PO Box 1387, Fort Myers, FL 33902-1387, 941-334-0047 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT Florida Rural Legal Services, 3210 Cleveland Avenue 101, Fort Myers, FL 33902, (239) 334-4554, Lee County Bar Association, Inc., Florida Rural Legal Services, PO Box 1387, Fort Myers, FL 33902-1387, 941-334-0047 FOR ASSISTANCE , YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

9. Defendants, ROSALEE M. WALLS A/K/A ROSALEE WALLS F/K/A ROSALEE PROJO A/K/A ROSALEE M. PROJKO; LARRY E. WALLS A/K/A LARRY EDWARD WALLS, consent to final judgment of mortgage foreclosure in favor of Plaintiff. Plaintiff agrees to waive deficiency rights against said defendants. Plaintiff also agrees to a foreclosure sale date no sooner than 90 days from this final judgment.

10. Pursuant to *Ross v. Wells Fargo Bank*, 2013 Fla. App. LEXIS 2143, *2-3 (Fla. 3d DCA Feb. 13, 2013), the Court retains jurisdiction of this action to enter Orders relating to supplemental

proceedings to address any omitted parties who may possess an interest in the subject property post-judgment.

     11. That if Plaintiff should elect to assign its bid at sale, the assignment of bid shall be effective upon the filing of a Notice of Assignment of Bid or Motion and Order for Assignment of Bid and the Clerk of the above entitled Court is hereby directed to issue the Certificate of Title to such officer without further payment by such officer.

     12. That should the property be sold to a Third Party Purchaser, any and all sale proceeds due Plaintiff or Plaintiff's attorney be made payable to the Plaintiff of record.

ORDERED in Lee County, Florida, on this __18__ day of __July__ 2014.

_____
CIRCUIT JUDGE

**CASE NO.: 11-CA-050742**
**SERVICE LIST:**

**VAN NESS LAW FIRM, PLC**
1239 E. Newport Center Drive Suite #110
Deerfield Beach, Florida 33442
**Pleadings@vanlawfl.com**

Scott A. Kuhn, Esq.
Kuhn Law Firm, P.A.
6720 Winkler Road
Fort Myers, FL 33919
*Attorney for Larry E. Walls & Rosalee M. Walls*
pleadings@kuhnlegal.com

    LINDA DOGGETT, CLERK, CIRCUIT COURT
    BY: M. PARKER D.C.

       JUL 2 1 2014

OC3613-13/EE

# Residential Lease

**APARTMENT – CONDOMINIUM – HOUSE**

**BY THIS AGREEMENT** made and entered into on _____ June 1 _____, 20 0 8,
between _Larry and Roselee Walls_ herein referred to as Lessor, and _Mark & Lisa_
_Kegley_ herein referred to as Lessee. Lessor leases to Lessee the premises situated at
_1206 N.W. 37th Place_ , in the City of _Cape Coral_
_____, County of _Lee_ , State of _Florida_ .
and more particularly described as follows:
_2 Bedroom 2 Bath on Canal._
_Pool and lawn service included_

together with all appurtenances, for a term of _1_ years, to commence on _June 1_ , 20 0 8, and to end on
_June 1_ , 20 09, at _12:00_ o'clock _P_. m.

**1. Rent.** Lessee agrees to pay, without demand, to Lessor as rent for the demised premises the sum of _Thirteen_
_Hundred_ Dollars ($ _1,300_ ) per month in advance on the _1st_ day of each calendar month
beginning _June 1_ , 20 0 8, at _1206 N.W. 37th Pl._
_____, City of _Cape Coral_ , State of _Fl._
or at such other place as Lessor may designate.

**2. Form of Payment.** Lessee agrees to pay rent each month in the form of one personal check, OR one cashier's check, OR
one money order made out to _Larry or Roselee Walls_

**3. Late Payments.** For any rent payment not paid by the date due, Lessee shall pay a late fee in the amount of _____
_One Hundred_ Dollars ($ _100.00_).

**4. Returned Checks.** If, for any reason, a check used by Lessee to pay Lessor is returned without having been paid, Lessee
will pay a charge of _One Hundred - dollars_ Dollars ($ _100.00_) as additional
rent AND take whatever other consequences there might be in making a late payment. After the second time a Lessee's check is
returned, Lessee must thereafter secure a cashier's check or money order for payment of rent.

**5. Security Deposit.** On execution of this lease, Lessee deposits with Lessor _Thirteen Hundred_
_____ Dollars ($ _1,300_ ), receipt of which is acknowledged by Lessor, as security for the faith-
ful performance by Lessee of the terms hereof, to be returned to Lessee, without interest, except where required by law, on the
full and faithful performance by him of the provisions hereof.

**6. Quiet Enjoyment.** Lessor covenants that on paying the rent and performing the covenants herein contained, Lessee shall
peacefully and quietly have, hold, and enjoy the demised premises for the agreed term.

**7. Use of Premises.** The demised premises shall be used and occupied by Lessee exclusively as a private single family resi-
dence, and neither the premises nor any part thereof shall be used at any time during the term of this lease by Lessee for the
purpose of carrying on any business, profession, or trade of any kind, or for any purpose other than as a private single family
residence. Lessee shall comply with all the sanitary laws, ordinances, rules, and orders of appropriate governmental authorities
affecting the cleanliness, occupancy, and preservation of the demised premises, and the sidewalks connected thereto, during the
term of this lease.

**8. Number of Occupants.** Lessee agrees that the demised premises shall be occupied by no more than _3_ persons,
consisting of _2_ adults and _1_ children under the age of _15_ years, without the written consent of Lessor.

(X) Mark Kegley

www.socrates.com © 2004, Socrates Media, LLC

**EXHIBIT**
12

**9. Condition of Premises.** Lessee stipulates that he has examined the demised premises, including the grounds and all buildings and improvements, and that they are, at the time of this lease, in good order, repair, and a safe, clean, and tenantable condition.

**10. Keys.** Lessee will be given _____2_____ key(s) to the premises and _____ mailbox key(s). If all keys are not returned to Lessor following termination of lease, Lessee shall be charged _____ Dollars ($_____ ).

**11. Locks.** Lessee agrees not to change locks on any door or mailbox without first obtaining Lessor's written permission. Having obtained written permission, Lessee agrees to pay for changing the locks and to provide Lessor with one duplicate key per lock.

**12. Lockout.** If Lessee becomes locked out of the premises after management's regular stated business hours, Lessee will be required to secure a private locksmith to regain entry at Lessee's sole expense.

**13. Parking.** Any parking that may be provided is strictly self-park and is at owner's risk. Parking fees are for a license to park only. No bailment or bailee custody is intended. Lessor is not responsible for, nor does Lessor assume any liability for damages caused by fire, theft, casualty or any other cause whatsoever with respect to any car or its contents. Snow removal is the responsibility of the car owner. Any tenant who wishes to rent a parking space or garage must sign a Parking Space or Garage Rental Agreement.

**14. Assignment and Subletting.** Without the prior written consent of Lessor, Lessee shall not assign this lease, or sublet or grant any concession or license to use the premises or any part thereof. A consent by Lessor to one assignment, subletting, concession, or license shall not be deemed to be a consent to any subsequent assignment, subletting, concession, or license. An assignment, subletting, concession, or license without the prior written consent of Lessor, or an assignment or subletting by operation of law, shall be void and shall, at Lessor's option, terminate this lease.

**15. Alterations and Improvements.** Lessee shall make no alterations to the buildings on the demised premises or construct any building or make other improvements on the demised premises without the prior written consent of Lessor. All alterations, changes, and improvements built, constructed, or placed on the demised premises by Lessee, with the exception of fixtures removable without damage to the premises and movable personal property, shall, unless otherwise provided by written agreement between Lessor and Lessee, be the property of Lessor and remain on the demised premises at the expiration or sooner termination of this lease.

**16. Damage to Premises.** If the demised premises, or any part thereof, shall be partially damaged by fire or other casualty not due to Lessee's negligence or willful act or that of his employee, family, agent, or visitor, the premises shall be promptly repaired by Lessor and there shall be an abatement of rent corresponding with the time during which, and the extent to which, the leased premises may have been untenantable; but, if the leased premises should be damaged other than by Lessee's negligence or willful act or that of his employee, family, agent, or visitor to the extent that Lessor shall decide not to rebuild or repair, the term of this lease shall end and the rent shall be prorated up to the time of the damage.

**17. Dangerous Materials.** Lessee shall not keep or have on the leased premises any article or thing of a dangerous, inflammable, or explosive character that might unreasonably increase the danger of fire on the leased premises or that might be considered hazardous or extra hazardous by any responsible insurance company.

**18. Utilities.** Lessee shall be responsible for arranging for and paying for all utility services required on the premises, except that _____ shall be provided by Lessor.

**19. Right of Inspection.** Lessor and his agents shall have the right at all reasonable times during the term of this lease and any renewal thereof to enter the demised premises for the purpose of inspecting the premises and all building and improvements thereon.

**20. Maintenance and Repair.** Lessee will, at his sole expense, keep and maintain the leased premises and appurtenances in good and sanitary condition and repair during the term of this lease and any renewal thereof. In particular, Lessee shall keep the fixtures in the house or on or about the leased premises in good order and repair; keep the furnace clean; keep the electric

Page 2

www.socrates.com

© 2004, Socrates Media, LLC
LF310 • Rev 04/04

June 10    June 2013

2510 Van Buren  3 yrs

Grass Cutting $65 month        1 yr 780.00 yr.
                                3 yr $2,340

L.C.E.C. $27.00 month          1 yr $324.00
                                3 yr $972.00

Pool Maint    55.00 Month       1/yr $660.00
                                3 yr $1,980.00

                                $5,292.00

Expenses for 2510 Van Buren Play
    June 1st 2010 thru June 1st 2013

        Larry + Rasden Walls

# EXHIBIT D14



## WITES & KAPETAN, P.A.
### ATTORNEYS AT LAW

March 11, 2010

**VIA FEDERAL EXPRESS AND FAX (** ▮▮▮▮▮ **)**

Value Adjustment Board
**Attn: Mary**
Governmental Center
301 North Olive Avenue
2nd Floor
West Palm Beach, FL 33401

      Re:   Petition No.: 2009-08732/ PCN: ( ▮▮▮▮▮▮▮▮ )
            Marc and Jennifer Wites, 17625 Middlebrook Way, Boca Raton, Fl 33496

### REQUEST FOR POSTPONEMENT;
### CHINESE DRYWALL HEARING

Dear Mary:

For the reasons set forth below, I am requesting that you reschedule my Chinese Drywall Hearing.

My name is Marc A. Wites, and my wife and I timely submitted a petition to contest our property taxes because we have Chinese Drywall in our home. We have timely submitted voluminous evidence, including an inspection report, photographs, insurance information, and market data.

I learned, however, on March 5, 2010, from Sherry Wildner that my petition was <u>never</u> coded as a Chinese Drywall file. Further, and I assume for this reason, your office never sent to me the recent letter communication sent to Chinese Drywall claimants asking for additional information to support petitions; Ms. Wildner told me on March 5, 2010 via telephone that she saw no evidence in my file that such a letter was sent, and I never received one.

Ms. Wildner – who at all times has been very polite, professional and helpful[1] – told me today your office is still unsure as to what is required by the homeowner to establish a claim.

---

    1    I provide this information to make clear that I am **not**, in any way, complaining about Ms. Wildner. She is doing a great job for your office. I am simply sharing with you my conversations with her about my case.

4400 North Federal Highway • Lighthouse Point, FL 33064 • www.wklawyers.com
Phone: (954) 570-8989 • Fax: (954) 354-0205 • mwites@wklawyers.com

MWITES - 000520

Mary
Value Adjustment Board
March 11, 2010
Page 2 of 2

One issue, that is not unique to my home, is that the Chinese Drywall in my home does not contain any markings on the drywall. As you know, American Gypsum (which is American Drywall) and Knauf (which is Chinese Drywall) do contain markings that are visible on the backside of the drywall. Taishan Gypsum does not contain any markings, and that is the drywall believed to be in my home.

I can tell you from personal knowledge that the Chinese Drywall in my home does not have any markings as I personally observed my expert witness, as well as the expert witness for one of the defendants in my ongoing civil litigation, use bore scopes to look behind the drywall for markings. I personally looked in the monitor for the scopes, as well as at the many samples of drywall that have been removed from my home. While they all have the coloration and smell of Chinese Drywall, none have a visible marking. **More importantly, all of the copper wiring in my electrical outlets and light switches throughout my home, as well as the AC coils in all of our units, are black.**

Because Ms. Wildner advised that your office is presently unsure as to exactly what information and evidence is required for Chinese Drywall claims, and **because I still have yet to receive the most recent - or any other - correspondence from your office related to the Chinese Drywall issue**, I am today asking the VAB to reschedule my hearing so that I can have a full and fair opportunity to present any and all evidence that you may require at the hearing. To that end, if you desire any additional proof from me, please contact me.

Very truly yours,

WITES & KAPETAN, P.A.

Marc A. Wites