UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

# ORDER

Upon consideration of Settlement Class Counsel's Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys, it is hereby, ORDERED, ADJUDGED and DECREED that:

1. Capitalized terms used in this Order have the same meaning as those defined in the Settlement Agreement with Taishan (Rec. Doc. 22305-2).

2. Thirty percent (30%) of the Settlement Fund from the Class Settlement with Taishan, shall be awarded as attorneys' fees to compensate Settlement Class Counsel, the Plaintiffs' Steering Committee and other common benefit attorneys working at their direction (collectively, "Common Benefit Counsel") and Individually Retained Attorneys, for their efforts in achieving a $248 million cash settlement for the benefit of the class.  Thus, attorneys' fees in the amount of $74,400,000.00 shall be awarded.  At a later date, the allocation the attorney fee fund between and amongst Common Benefit Counsel and Individually Retained Attorneys will be decided.  Until such time, the funds shall remain in the Court's Registry.

3. Common Benefit Counsel are awarded cost reimbursements of $4,608,411.27 in Shared Expenses, and $1,166,418.88 in Held Costs.

4.	Individually Retained Attorneys for Eligible Class Members determined by the Claims Administrator to be entitled to an Allocation Amount of more than zero are awarded a $500 stipend (net of previous stipends) for each Affected Property for which an Allocation Amount is distributed pursuant to Section 12 of the Settlement, to reimburse these attorneys for their individual case costs.

5.	The aggregate sum of the reimbursements of Shared Expenses and Held Costs, along with the award of the stipends, is not to exceed 3% of the Settlement Fund (*i.e.*, $7,440,000.00).

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge