UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on December 11, 2019, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on Settlement Class Counsel's Motion for an Award of Attorney's Fees and Cost Reimbursement for Common Benefit Counsel and Individually Retained Attorneys, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated:  November 19, 2019          By: */s/ Stephen J. Herman*
                                          Russ M. Herman (Bar No. 6819)
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          Charles King (Bar No.34621)
                                          Herman, Herman & Katz, LLC
                                          820 O'Keefe Avenue
                                          New Orleans, LA 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          [SHerman@hhklawfim.com](mailto:SHerman@hhklawfim.com)
                                          *Plaintiffs' Liaison Counsel MDL 2047 and*
                                          *Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL   33134-2351
Telephone:   (305) 476-7400
Facsimile:   (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of November, 2019.

                        */s/ Stephen J. Herman*
                        Stephen J. Herman
                        Herman, Herman & Katz, LLC
                        820 O'Keefe Avenue
                        New Orleans, LA 70113
                        Phone: (504) 581-4892
                        Fax: (504) 561-6024
                        SHerman@hhklawfim.com
                        *Plaintiffs' Liaison Counsel MDL 2047 and*
                        *Settlement Class Counsel*