UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
|            DRYWALL PRODUCTS | * | |
|            LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA**
**FOR NOVEMBER 22, 2019 STATUS CONFERENCE**

**Joint Report**
**Section**

    I.     PRE-TRIAL ORDERS

    II.    OMNIBUS ("OMNI") CLASS ACTION COMPLAINTS

    III.   INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    IV.   TAISHAN, BNBM AND CNBM DEFENDANTS

    V.    VENTURE SUPPLY & PORTER BLAINE DEFENDANTS

    VI.   BENNETT CLASS ACTION

    VIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

    X.    SUGGESTION OF REMAND

    XI.   NEXT STATUS CONFERENCE