UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Guilfort Dieuvil* No. 13-609 | | |

## ORDER

The Court has received the attached document form Mr. Guilfort Dieuvil, which was submitted in response to the memorandum filed by the Knauf Defendants addressing the amount allegedly owed to Mr. Dieuvil, R. Doc. 22344. Accordingly,

**IT IS ORDERED** that the attached document be filed into the record.

New Orleans, Louisiana this 20th day of November, 2019.

_____
United States District Judge

1