UNITED STATES DISTRICT COURT EASTERN

DISTRICT OF LOUISIANA


IN RE: CHINESE -MANUFACTURED MDL

CASE NO: MDL 2047

DRYWALL PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON FALLON

MAGISTRATE WILKINSON


SWORN AFFIDAVIT OF GUILFORT DIEUVIL'S

ELIGIBILITY BENEFITS AND COMPENSATIONS UNDER THE

APPROVED MDL SETTLEMENT AGREEMENT


1. My name is Guilfort Dieuvil, and I am over the age of eighteen (18) years.

2. I have personal knowledge of material facts related to this case, and I swear under oath that all facts and statements contained herein in this sworn affidavit are true and correct to the best of my personal knowledge.

3. The subject property has not been in living condition since August 2010, when the contractor, GIhomes removed all drywalls and abandoned the repair of the subject property, and left the home as non Remediated Property and unsafe structure without any drywall, kitchen, ceiling, bathrooms, heating, cooling AC, electricity, cabinets, vanity, fixtures, running water …, and/

or without any basic condition for the home to be habitable, and such condition can't not constitute as already Remediated Property pursuant to option 3.

4. Based on present condition of the subject property, an independent reputable contractor / company submitted an Exactimate Report which outlined the total remediation cost to bring the subject property into living condition which is $612,643.83. Such report was previously submitted by Liaison Counsel before this court, and that amount is less per square feet from recent remediation cost that the court has previously approved.

5. This court has previously approved an increase of remediation cost of $117,94 per square foot, which would have made the remediation cost of the subject property to be $779,465.46 (6609 sq. ft. X $117,94).

6. At no material times, prior the court ordered the parties to negotiate settlement amount of this case in August 2019. Knauf or the Settlement Administrator never made any offer or attempt to remediate Claimant's home to prevent further damages to Claimant. Despite Knauf has exclusive knowledge of all material facts, accepted and approved the same amount of KPT samples as evidence of compliance for remediation payment according to Glhomes; also, without any delay Knauf paid multi millions of dollars to GLhomes for their remediated homes since February 2011, but when it comes to Claimant, Guilfort Dieuvil, Knauf merely concerned about denying claimant's claims to cause more injuries, sufferance and damages.

7. Due to direct and proximate result of Knauf' acts to manufacture defective and toxic drywalls in Claimant' s home, Claimant, Guilfort Dieuvil has been suffered damages including, but not limited to: a) Alternative Living Expense, b) Loss of Equity, c) Loss of Furnitures, d) Property Taxes, e) Property Insurance, and f) Remediation Cost of the Home. The evidence

has been indisputable, as Knauf's drywall was the only toxic and defective drywalls found in Claimant's home.

8. **Defendant, Knauf and Mr. Jacob Woody** as authorized agent of the Court Approved MDL Settlement Administrator, have collectively acknowledged and confirmed those types of losses outlined by Claimant with respect to; **a)** Alternative Living Expense, **b)** Loss of Equity, **c)** Loss of Furnitures, **d)** Property Taxes, **e)** Property Insurance, and **f)** Remediation Cost of the Home, **are generally covered for benefits and compensation under the MDL Action,** but they have claimed issues with respect to submission, denied of claims, failure to file appeal and/or request for special master award.

9. Mr. Jacob Woody as authorized agent administrator of the Approved MDL Settlement made six (6) pages Declaration Statements that was filed by the builder as supporting evidence: **a)** to get court sanction against Claimant for filling a complaint against the builder, Glhomes, **b)** to get Claimant's lawsuit against the builder, Glhomes to be dismissed in Florida's court. Mr. Jacob Woody made Sworn Declaration Statements to declare that my wife, Magdadene Dieuvil submitted claim and received settlement payments in the MDL No. 2047; furthermore, Mr Woody declared that my wife (the Dieuvils) were "afforded an opportunity to assert claim in the Global Settlement for **any purported damages related to Chinese Drywall** or, alternatively to opt out…, did not but opt out of the Global settlement and are, thus, class Members under that settlement". In contrary, there is no where in the MDL action that my wife, Magdadene Dieuvil ever filed any claim or received any payment, nor involved in the MDL action, and my wife was never given any opportunity to opt out. Even Affiant as Claimant, prior of joining the MDL Action, all deadlines to opt out had already been expired,

and never had that option. (See Exhibit "A" copy of Sworn Declaration of Jacob S. Woody Esq. filed in Florida's court by the builder Glhomes P.3 # 10, 12, 13, 14, 16).

10. Mr. Jacob Woody as Authorized Administrator of the Approved MDL Settlement implied that all claims, losses and damages with respect to the Knauf's Chinese Drywalls, related Claimant's home shall be **handled, settled and paid thru the MDL Action 2047**, and Mr. Jacob, further made the following Declaration Statements filed in Florida's court: " the parties agree **to settle and resolve all claims** asserted by and amongst each other…, and this Settlement will settle and resolve with finality …, the Released Claims … and any other claims that have been brought , could have been brought or could be brought or at any time in the future … related to or arising of Chinese Drywall" (See Exhibit "A" copy of Sworn Declaration of Jacob S. Woody Esq. filed in Florida's court by the builder Glhomes).

11. At no material times, neither Knauf or the Settlement Administrator never made any attempt to remediate Claimant's home for the past nine years or prevent further damages. Mr. Jacob Woody did not advise the court in Florida in his Sworn Declaration Statements dated May 22, 2019 that Claimant, Guilfort Dieuvil' claims were denied, and have not yet settled and paid off. The Court in Florida relied on representation and allegations that all claims are being handled, settled, barred, filed, paid and released thru the MDL 2047, and in July 2019 the circuit court in Florida Dismissed the complaint with prejudice against the builder, Glhomes.

12. Recently Liaison counsel sent an email to Mr. Jacob Woody as Authorized agent of the Court Approved Settlement Administrator to request copy of claim that was submitted on behalf of Claimant, Dieuvil for Other Losses, the determination, and the payment.

13. Mr. Jacob Woody kindly and promptly replied, and sent Liaison counsel several copies of documents that Mr. Woody was able to locate in the MDL record on behalf of Claimant, Guilfort Dieuvil, and that email was forwarded to Claimant, Guilfort Dieuvil. Former Claimant's counsel, Jimmy Doyle had duties and obligations to submit all claims on behalf of claimant. Mr. Jacob Woody's email attachment to Liaison Counsel contained the following documents which were found in the MDL record in regards to Claimant, Guilfort Dieuvil.

A) Claim Form for Pre-Remediation Alternative Living Expenses (See Exhibit "B).

B) Copy of Incompleteness Denial Notice  Form Remediation, (See Exhibit "C" )

C) Notice of appeal Form  Pre-Remediation Alternative Living Expenses -(See Exhibit "D").

D) Miscellaneous Claims Form. (See Exhibit "E" ).

E) Other Loss Eligibility Notice Form - (See Exhibit "F")

F) Response and Notice of Request For Special Master Award Form. - (See Exhibit "G")


14. Claimant's claims went before special master, and an objection or appeal to special master's opinion was timely filed, and currently all claims are standing before the Honorable Court, in which Claimant is seeking compensations for all damages directly caused by and proximate result of Defendant's Knauf.

15. The summary of coverage losses are being made under oath, justifiable, based on tangible facts, as being reiterated below, and those losses, claims and damages are covered under the Approved MDL Settlement Agreement, in which Claimant, Guilfort Dieuvil has been entitled for those benefits and compensations:

A).  Alternative Living Expense from 08/2010 to 09/2019 ....... $545,000.00

(109 months X @$5,000 per month)

B). Loss of Net Equity in the Home  ................................... $675,055.00

.    ($1,142,015.00 - $466,960.00).

C). Loss of Furnitures ...................................................... $174,590.00

D).  Property Taxes for the Subject Property ........................... $106,821.00

from 2010 to 2019

E).  Property Insurance for the Subject Property .......................... $48,799.00

from 2010 to 2019

F). Remediation Cost / Exactimate Report ............................... $612,643.83

**TOTAL** ............................................................................ **$2,162,908.83**

G) Proportionate Fairness Cost for Delay Should be..................... $1,040,917.50

**GRAND TOTAL BENEFITS AND COMPENSATIONS** ...................... **$3,203,826.33**

16. At all material times, this court reserved ultimate right and authority as the court may deem

just and proper to grant all benefits and compensations to Claimant for damages and losses,

in which Defendant, Knauf  has been directly and primarily caused and liable for, by manu-

facturing the defective and toxic drywalls in claimant's home, and those losses and damages

are covered under the Approved MDL Settlement Agreement.

17. At all material times, Claimant as an innocent consumer solely relied on representations

made by the developer, Glhomes with their superior knowledge in this industry to build a

safe home. It was wonted for Claimant to question the builder about leaving the metals studs and asked the builder for his opinion in that regards. Claimant was not part of the MDL Action in 2010. Claimant's kids had respiratory issues and Claimant himself was later on hospitalized for lung complicated illness. No opinion letter was never issued by Glhomes about leaving the metal studs, and during reconstruction demanded Claimant the sum of $25,000.00 toward the repair of the home for removing metal frame (studs), in which the Contractor, GLhomes already obligated itself in 2010 thru contractual agreement (SWA) to remove and replace all discolored metals in the home, reinstall the Home's finishing, restore the Home to its intended original condition. ( See Exhibit "H" paragraph  K  copy of the Scope of Work agreement between Glhomes and Claimant).

18. At all material times, Claimant, Guilfort Dieuvil has been dedicated and eager to have his home completely remediated. In December 2010 Claimant spoke to the developer Glhomes' construction director, Mike Toll, and the Director reiterated his conversation with Claimant, and Glhomes' construction director sent an email to Glhomes staffs and Glhomes' counsel, Heather C Keith to inform them that "Claimant indicated to Glhomes' Director that Claimant was okay for Glhomes to proceed with remediation of the home." ( See Exhibit "I" copy of email communication between Glhomes' Construction Director Mike Toll and Glhomes' counsel).

19. In addition to that, multiple emails correspondence from Claimant were sent to Glhomes' counsel and staffs asking them to proceed with remediation, if Glhomes believes leaving the metals would not create any health issues. (See Exhibit "J, -J-1, - J-2" copy of email communication sent to Glhomes' counsel, Heather)

20. Until today's date, Glhomes' counsel, Heather Keith could not provide any evidence or email

correspondence to support any false allegation that Claimant ordered Glhomes' staff personal

to stop repairing the home.  In contrary Claimant provided copies of multiple emails asking

Glhomes to proceed with remediation of the home, as tangible evidence that invalidated

Glhomes' false representations, and those requests to remediate the home were turned down.

(See Exhibit "K, - K-1, K-2,  - K-3" emails correspondence among the parties: Claimant and

Glhomes)


UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING

AFFIDAVIT AND THE FACTS STATED IN IT ARE TRUE. AND CORRECT FURTHER

AFFIANT SAYETH NAUGHT.


Guilfort Dieuvil,  Affiant / Claimant

1870 Spotted Owl Dr SW

Vero Beach Fl 32962

Email: guilf5@hotmail.com


STATE OF ~~FLORIDA~~ *Pennsylvania*

COUNTY OF *Philadphia*

SWORN TO AND SUBSCRIBED before me this _26th_ day of _October_ 2019,

Guilfort Dieuvil, who is personally known to me or who produced the following identification:

_Florida license    # D140-280-73-416-0_ .

_[signature]_

Print Name: _George Potter_

Notary Public, State of _Pennsylvania_

COMMONWEALTH OF PENNSYLVANIA
NOTARIA SEAL
GEORGE POTTER - NOTARY PUBLIC
CITY OF PHILADELPHIA - PHILA COUNTY
MY COMMISSION EXPIRES MAR - 26 - 2020

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

GUILFORT DIEUVIL and MAGDADENE
DIEUVIL,

    Plaintiffs,

v.

BOYNTON BEACH ASSOCIATES XVI,
LLLP,

    Defendant.

_____/

CASE NO. 50-2018-CA-011203-XXXX-MB
DIVISION: AE (Civil)

### DECLARATION OF JACOB S. WOODY, ESQ.

BEFORE ME, the undersigned authority, personally appeared Jacob S. Woody, Esq., who, after first being duly sworn under oath, deposes and states as follows:

1.    I am an attorney at BrownGreer, PLLC.  My business address is 250 Rocketts Way, Richmond, Virginia 23231.

2.    I am authorized to execute this affidavit, and am competent to testify to the matters contained herein based on my personal knowledge.

3.    BrownGreer is a law firm that focuses on, among other things, claims administration, settlement administration, and data management solutions.

4.    BrownGreer has been appointed as the claims and settlement administrator in a number of class action settlements and multidistrict litigation proceedings, including the BP Deepwater Horizon oil spill settlement (*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010*, No. 2:10-md-02179 (E.D. La.)), the NFL Concussion Settlement Program (*In re: National Football League Players' Concussion Injury Litigation*, No.

NOT A CERTIFIED COPY

SEE Exhibit "A"

2:12-md-02323 (E.D. Pa.)), and the Nationwide Vioxx Consumer Settlement Program (*In re: Vioxx Products Liability Litigation*, No. 2:05-md-01657 (E.D. La.)).

5.      The Honorable Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana appointed BrownGreer as the settlement administrator for various settlement agreements entered into in a multidistrict litigation of numerous federal court actions involving defective Chinese-manufactured liability ("Chinese Drywall") that were consolidated in that court, captioned *In re: Chinese Drywall Products Liability Litigation*, No. 2:09-md-02047 (E.D. La.) ("MDL No. 2047").   I was the primary attorney at BrownGreer responsible for administering these Chinese Drywall settlements.

6.      As the settlement administrator in MDL No. 2047, BrownGreer was responsible for, among other things, determining: (a) whether people who submitted claims under the settlement agreements were entitled to benefits as "Class Members;" (b) whether documents and information that Class Members submitted were valid, reliable, and truthful; and (c) the sums of money Class Members were entitled to receive as settlement payments, and issuing those payments to the Class Members.

7.      After several years of litigation, Judge Fallon entered an Order on May 31, 2012, preliminarily approving four (4) class action settlement agreements involving Chinese Drywall. A copy of this preliminary approval Order is attached hereto as **Exhibit "C-1."**

8.      One of those class action settlement agreements is entitled the "Settlement Agreement in MDL No. 2047 Regarding the Claims Involving Builders, Installers, Suppliers and Participating Insurers" (the "Global Settlement").   A copy of the Global Settlement is attached hereto as **Exhibit "C-2."**

CASE NO. 50-2018-CA-011203-XXXX-MB

9.      Boynton Beach Associates XVI, LLLP ("BBA") is a "participating builder" in the Global Settlement.  *See* Exhibit 1 to Global Settlement (Participating Defendants), at p. 12.  A copy of this list of Participating Defendants is attached hereto as **Exhibit "C-3."**

10.     Guilfort Dieuvil and Magdalene Dieuvil are "Class Members" under the Global Settlement because they have "claims, known or unknown, arising from or related to actual or alleged Chinese Drywall purchased, imported, supplied, distributed, marketed, installed, used, sold or in any way alleged to be within the legal responsibility of any Participating Defendant." Global Settlement, at §1.1.1.

11.     On February 7, 2013, Judge Fallon issued an Order and Judgment granting final approval to these various settlement agreements and certifying settlement classes (the "Final Approval Order").  A copy of the Final Approval Order is attached hereto as **Exhibit "C-4."**

12.     As Class Members, homeowners—such as the Dieuvils—were afforded an opportunity to assert a claim in the Global Settlement for any purported damages relating to Chinese Drywall or, alternatively, to opt out of the Global Settlement and pursue any such claims through an independent action.  *See* Global Settlement at § 1.23 ("'Settling Parties' shall mean all Class Members who do not opt-out of this Settlement.") and § 3.1 ("Except as to any Class Member who opts out of the Class in accordance with Section 8 . . . the Parties agree to settle and resolve all claims asserted by and amongst each other . . ., and this Settlement will settle and resolve with finality . . . the Released Claims . . .  and any other claims that have been brought, could have been brought or could be brought now or at any time in the future . . . relating to or arising out of Chinese Drywall, whether based in law, equity or otherwise.").

13.     The Dieuvils are also class members under the Amended Stipulation and Agreement of Settlement dated August 8, 2011 (the "Banner Settlement") in MDL No. 2047,

3

which resolved certain claims against Banner Supply Company, one of the primary suppliers of the Chinese Drywall.

14.     The Dieuvils did not opt out of the Global Settlement and are, thus, Class Members under that settlement.

15.     In fact, the Dieuvils submitted claims as Class Members under the Global Settlement and other settlement agreements in MDL No. 2047, and received settlement payments under these settlement agreements.

16.     Specifically, the Dieuvils submitted a claim in connection with the Global Settlement and the Banner Settlement and received settlement payments in the amount of $37,402.88. The Dieuvils indicated on their claim submission under the Global Settlement that they were seeking benefits under this settlement because their builder, BBA, was a participating builder under the Global Settlement. A copy of the Dieuvils' claim submission is attached hereto as **Exhibit "C-5."** As the settlement administrator, BrownGreer issued checks[1] for these settlement payments to the Dieuvils, and the Dieuvils accepted and deposited those settlement payments. A copy of the checks and confirmation that the funds were deposited is attached hereto as **Composite Exhibit "C-6."**

17.     In addition, the Dieuvils submitted a claim and received settlement payments in MDL No. 2047 in the amount of $2,656.36, for other miscellaneous damages, including personal property damage. As the settlement administrator, BrownGreer issued checks[2] for those settlement payments to the Dieuvils, and the Dieuvils accepted and deposited those settlement

---

[1] The Settlement Administrator issued multiple checks to the Dieuvils because their payment was drawn from multiple Settlement Fund accounts. The checks relating to the Global Settlement are numbered 12040, 63995, 12523, and 65028. Checks 12040 and 63995 were the initial payment and checks 12523 and 65028 were the final payment representing a pro rata share of the funds remaining in the settlement funds at the conclusion of the Settlement Program.

[2] The Settlement Administrator issued two checks for the Dieuvils' Miscellaneous Claim payment. The initial payment of $2,500 is check number 103485. The final payment of $156.36, representing a pro rata share of the funds remaining at the conclusion of the Settlement Program, is check number 107825.

CASE NO. 50-2018-CA-011203-XXXX-MB

payments. A copy of the checks and confirmation that the funds were deposited is attached hereto as **Composite Exhibit "C-6."**

18. The initial checks to the Dieuvils included the following language on the front of the check stubs:

> This check represents a partial payment of the amount due to you from the Chinese Drywall Settlement Program for your Global, Banner, InEx Repair and Relocation Expenses claim. If eligible, you will receive an additional payment for any balance due under the applicable Settlement Agreements. If you are represented by an attorney, your attorney is not permitted to deduct any fees or costs from this check but must endorse the check. By signing and depositing this check you agree to the terms of the release on the back of this check and contained in the Chinese Drywall Settlement Agreements. To review the Settlement Agreements and Allocation Agreements, please visit www3. browngreer.com/drywall.

In addition, the following language was included on the rear of the checks, next to where the Dieuvils were to endorse the checks:

> By cashing this check I fully and finally waive and release all my Chinese Drywall claims against all Defendants in the Banner Settlement Agreement, the Interior/Exterior Settlement Agreement, and all Participating Defendants in the Builders, Installers, Suppliers and Participating Insurers Settlement Agreement. I understand my signature has no legal effect on any claims against any party not mentioned herein.

A true and correct copy of a sample check with this language is attached as **Exhibit "C-7."**

CASE NO. 50-2018-CA-011203-XXXX-MB

**FURTHER AFFIANT SAYETH NAUGHT.**

This the 22nd day of May, 2019.

JACOB S. WOODY

COMMONWEALTH OF VIRGINIA )
                                                       ) SS:
COUNTY OF HENRICO )

The foregoing instrument was acknowledged before me this 22nd day of May, 2019, by

Jacob S. Woody.  He personally appeared before me, is personally known to me, or produced

_____ as identification, and did take an oath.

WITNESS my had and seal in the County and State last aforesaid this 22nd day of

May , 2019.

Notary Signature

Kendra Marie Copeland
Printed Name

My Commission Expires:

✓     Personally Known to Me
_____ Produced Identification
       Type of Identification Produced: _____

6

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE- REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

Any Residential Owner seeking compensation for Pre-Remediation Alternative Living Expenses must complete and submit this Pre-Remediation Alternative Living Expenses Claim Form to the Claims Administrator for the Chinese Drywall Settlement Program on or before October 25, 2013. Pre-Remediation Alternative Living Expenses are losses suffered by Residential Owners arising from the need to vacate an Affected property prior to remediation as a result of property damage caused by Chinese Drywall. If you are submitting this claim under the Knauf Settlement Agreement, these expenses are available only if the Residential Owner vacated the property prior to December 20, 2011. Pre-Remediation Alternative Living Expenses do not include alternate living expenses incurred during remediation or personal property damage.

When completing this Pre-Remediation Alternative Living Expenses Claim Form, refer to the Instructions and Definitions in the Appendix. These Instructions and Definitions contain step-by-step instructions for completing this Claim Form, guidance on how to submit it, and helpful definitions for words that appear in this Claim Form or in the Settlement Agreement.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit your Pre-Remediation Alternative Living Expenses Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form, because the online version will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit your Pre-Remediation Alternative Living Expenses Claim Form online.

If you are unable to complete the Pre-Remediation Alternative Living Expenses Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

| A. CLAIM INFORMATION | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name<br>Dieuvil | | First Name<br>Guilford | M.I. |
| | Co-Owner Last Name/Business Name | | Co-Owner First | M.I. |
| | DBA or Fictitious Name (If applicable) | | | |
| **2. Individual Claimant's Social Security Number (SSN):** | ███████ | | | |
| **3. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No | | | |

FINAL PDF Submission

Dieuvil, Guilford

113019

Exhibit "B"

1

## CHINESE DRYWALL SETTLEMENT PROGRAM
### PRE- REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| | | |
|---|---|---|
| **4.** | **Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name: __ SSN: |

| | | |
|---|---|---|
| | | ☐ Check here if you are not represented by an attorney and skip to Question 4.  If you are represented by an attorney, complete this section. |

**5. Attorney Information:**

Firm Name
Doyle Law Firm, PC

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

Street
2100 Southbridge Parkway, Suite 650

| City | State | Zip |
|---|---|---|
| Birmingham | AL | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**6. Affected Property Address:**

Street
8757 Baystone Cove

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33473 | Palm Beach |

**7. Settlement Agreement under which you are submitting this claim (check all that apply):**

☐ Knauf.
☒ Banner.
☐ InEx.
☒ Global.
    Participating Supplier Name:    Banner
    Participating Builder Name:    G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boynton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation
    Participating Installer Name:    G.L. Building Corporation, G.L.Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boynton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation

☐ L&W.
☐ Unknown.

Dieuvil, Guilford

113019

2

Additional Comments (attached additional pages if necessary):

Dieuvil, Guilford

113019

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE- REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| | | |
|---|---|---|
| **8.** | **Lawsuit:** | Jurisdiction:  <u>USDC for the Eastern District of Louisiana</u><br>Case/Docket Number: <u>2:13-cv-609</u><br>Date Filed: <u>07/ 08/ 2013</u><br>(Month/Day/Year) |
| **9.** | **Drywall Manufacturer:** | ☒ Knauf<br>  ☐ I am a member of the Knauf Settlement Class<br>  ☒ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **10.** | **Select the option that best describes your relationship to the Affected Property:** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other:_____ |
| **11.** | **Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other_____ |
| **12.** | **Did you own and reside in the Affected Property?** | ☐ Yes. List the date you acquired the Affected Property:     <u>01/ 09/ 2007</u><br>                                       (Month/Day/Year)<br>     List the date you moved into the Affected Property: <u>01/ 09/ 2007</u><br>                                               (Month/Day/Year)<br><br>☐ No |

Dieuvil, Guilford

113019

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE- REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

| | |
|---|---|
| **13. Did you incur Pre-Remediation Alternative Living Expenses prior to December 20, 2011?** | ☐ Yes. List the dates you incurred Alternative Living Expenses:<br><br>From : 03/ 01/ 2010<br>　　　(Month/Day/Year)<br><br>☐ No<br><br>To : / /<br>　　(Month/Day/Year)<br>☒ Present |
| **14. Provide the address of the residence you moved to:** | Street<br>1870 Spotted Owl Dr SW<br><br>City: Vero Beach　　State: FL　　Zip: 32962 |
| **15. Provide the nature of your Alternative Living arrangement:** | ☒ Rental<br>☐ Family Owned<br>☐ Purchase<br>☐ Other(Explain): |
| **16. Comments and additional information about your claim:** | |

## CHINESE DRYWALL SETTLEMENT PROGRAM
## PRE- REMEDIATION ALTERNATIVE LIVING EXPENSES CLAIM FORM

### B. REQUIRED DOCUMENTS

Claimants seeking compensation for Pre-Remediation Alternative Living Expenses caused by Chinese Drywall must submit all documents listed below. Your claim cannot be considered for compensation until you provide all required documentation.You may attach pages with any additional comments regarding your claim.

1. Photographs or Inspection Reports demonstrating evidence of corrosive, reactive Chinese Drywall in the Affected Property;

2. Documents demonstrating residence in the Affected Property, such as a deed, utility bills, or mortgage statement;

3. Documents demonstrating Alternative Living Expenses, such as a lease, rental agreement, or mortgage;

4. Documents demonstrating payment for Alternative Living Expenses, such as cancelled checks; and

5. A Signed Affidavit from the Resident Owner supporting the claim for Alternative Living Expenses;

6. The Chinese Drywall Settlement Program Verification of Claims form;

7. Any other document you believe supports your claim.

Note: The Special Master may also require a report from an expert under Federal Rule of Civil Procedure 26(a)(2) providing that the Alternative Living Expenses were substantially caused by the need to vacate the Affected Property prior to Remediation as a result of the damage caused by Chinese Drywall.

### C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | Jimmy Doyle | | Date: | 01/ 15/ 2014<br>(Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First | Last | M.I. | |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## INCOMPLETENESS DENIAL NOTICE
### DATE OF NOTICE: 5/29/14
### DEADLINE TO REQUEST APPEAL: 6/28/14

## I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Dieuvil | First<br>Guilford | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |

| | | | |
|---|---|---|---|
| Claimant ID | 113019 | Claim ID | 21992 |
| Claim Type | Pre-Remediation Alternative Living Expenses | Affected Property ID | 16534 |

| Affected Property Address | Street<br>8757 Baystone Cove | | Unit |
|---|---|---|---|
| | City<br>Boynton Beach | State<br>FL | Zip code<br>33473 |
| Law Firm | Doyle Law Firm, PC | | |

## II. INCOMPLETENESS DENIAL EXPLANATION

This Notice is an official communication from the Settlement Administrator for the Chinese Drywall Settlement Program ("Settlement Program") and relates to the claim and Affected Property identified in Section I. We previously sent you a Follow-Up Incompleteness Notice requesting additional information that we need to process this claim and you either failed to respond timely or your claim is still missing the documents and/or information listed below. Because this information is required, your claim is denied for the following reason(s):

| | WHAT YOU NEED TO SUBMIT | EXPLANATION |
|---|---|---|
| 1. | Proof of Alternative Living Expenses | Documents demonstrating Alternative Living Expenses, such as a lease, rental agreement, or mortgage |
| 2. | Proof of Payment for Alternative Living Expenses | Documents demonstrating payment for Alternative Living Expenses, such as cancelled checks |
| 3. | Affidavit in Support of Claim | A Signed Affidavit from the Resident Owner supporting the claim for Alternative Living Expenses |
| 4. | Proof of Lawsuit | Documentation proving that you filed a lawsuit related to Chinese Drywall on or before December 9, 2011 |

## III. YOUR OPTIONS AFTER THIS NOTICE

Because this claim has been denied, you do not have the option to resubmit it to the Settlement Program. You may file an Appeal to the Special Master if you disagree with the denial of your claim. If you wish to file an appeal, you must complete the Notice of Appeal by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**. If you do not have online access, you may submit the Notice of Appeal form attached to this Notice. Follow the instructions on the Portal or on the form to submit the Notice of Appeal.

Exhibit "C"

Claimant ID: 113019
Claim ID: 21992

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |



Claimant ID: 113019
Claim ID: 21992

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

## NOTICE OF APPEAL

### I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Dieuvil | First<br>Guilford | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claimant ID** | 113019 | **Claim ID** | 21992 |
| **Claim Type** | Pre-Remediation Alternative Living Expenses | **Affected Property ID** | 16534 |
| **Affected Property Address** | Street<br>8757 Baystone Cove | | Unit |
| | City<br>Boynton Beach | State<br>FL | Zip code<br>33473 |
| **Law Firm** | Doyle Law Firm, PC | | |

### II. BASIS OF APPEAL

Use the space below to provide information regarding the basis of your Appeal. If necessary, this information will be transmitted to the Special Master, along with all documents related to your claim. The Special Master will review your Appeal and will notify you once a determination has been made. You must attach all documents that support your Appeal if you have not already submitted them. You may attach additional sheets as necessary.

Exhibit "D"

| **III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP** |
|---|

We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com.**

| **IV. HOW TO SUBMIT THIS NOTICE** | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC c/o Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |



Claimant ID: 113019

Claim ID: 21992

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use this form only if your damages are not covered by any other claim type. You must fully describe the nature of your claim and attach all relevant documents. Please note that the Special Master has discretion to consider claims submitted under Section 4.7.3.1 of the Knauf Settlement Agreement, and submission of this claim does not necessarily entitle you to compensation. The deadline to file all Claim Forms is October 25, 2013.

If you have access to a computer with an internet connection and previously registered your claim with the Claims Administrator, submit this Claim Form online. Online submission will be easier to complete than a hard-copy Claim Form because the online version will guide you through the specific questions you need to answer based on the answers you enter as you go along. Go to https://www3.browngreer.com/drywall to submit this Claim Form online.

If you are not able to complete this Claim Form online, you may submit this form by email by sending it to CDWQuestions@browngreer.com, or by Registered U.S. Mail to:

**Chinese Drywall Settlement Administrator**
**P.O. Box 25401**
**Richmond, Virginia 23260**

### A. CLAIM INFORMATION

| | | | | |
|---|---|---|---|---|
| **1. Claimant Name:** | Last Name<br>Dieuvil | | First Name<br>Guilford | M.I. |
| | Co-Owner Last Name/Business Name | | Co-Owner First | M.I. |
| | DBA or Fictitious Name (if applicable) | | | |

| | | | |
|---|---|---|---|
| **2. Individual Claimant's Social Security Number (SSN):** | ▮▮▮▮▮ | **3. Business Claimant's Employer Identification Number (EIN):** | |

| | |
|---|---|
| **4. Are you pursuing this claim on behalf of a minor, deceased, or incompetent claimant?** | ☐ Yes<br>☒ No |

| | |
|---|---|
| **5. Provide your name and SSN if you are pursuing this claim on behalf of a minor, deceased, or incompetent claimant.** | Name: ⌐⌐<br><br>SSN: |

Exhibit "E"

Dieuvil, Guilford

113019

1

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | |
|---|---|
| | ☐ Check here if you are not represented by an attorney and skip to Question 5.  If you are represented by an attorney, complete this section. |

**6. Attorney Information:**

| Firm Name |
|---|
| Doyle Law Firm, PC |

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

| Street |
|---|
| 2100 Southbridge Parkway, Suite 650 |

| City | State | Zip |
|---|---|---|
| Birmingham | AL | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**7. Affected Property Address:**

| Street |
|---|
| 8757 Baystone Cove |

| City | State | Zip | County/Parish |
|---|---|---|---|
| Boynton Beach | FL | 33473 | Palm Beach |

**8. Settlement Agreement under which you are submitting this claim (check all that apply):**

☐ Knauf.
☒ Knauf.
☐ InEx.
☒ Global.

Participating Supplier Name:   <u>Banner</u>
Participating Builder Name:   <u>G.L. Building Corporation, G.L. Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boyton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation</u>
Participating Installer Name:   <u>G.L. Building Corporation, G.L. Homes of Florida Corporation, G.L. Homes Limited Corporation, G.L. Homes of Boynton Beach Associates IX, Ltd. Boyton Beach Associates XVI, LLLP, Boynton Beach XVI Corporation, Miramar Associates IV, LLLP, Miramar IV Corporation, G.L. Homes of Davie Associates II, Ltd., G.L. Homes of Davie Associates III, Ltd., G.L. Homes of Davie Associates IV, Ltd., G.L. Homes of Davie IV Corporation</u>

☐ L&W.
☐ Unknown.

Additional Comments (attached additional pages if necessary):

## CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

| | | |
|---|---|---|
| **9.** | **Lawsuit:** | Jurisdiction:  <u>USDC for the Eastern District of Louisiana</u><br>Case/Docket Number: <u>2:13-cv-609</u><br>Date Filed: <u>07/ 08/ 2013</u><br>(Month/Day/Year) |
| **10.** | **Drywall Manufacturer:** | ☒ Knauf<br>☐ I am a member of the Knauf Settlement Class<br>☒ I have Knauf Drywall but I am not a member of the Knauf Settlement Class<br>☐ Mixed (Knauf and other)<br>☐ Non-Knauf<br>☐ Unknown |
| **11.** | **Tell us your relationship to the Affected Property (check the boxes that best describe your relationship):** | ☒ Residential Owner<br>☐ Commercial/Rental Property Owner<br>☐ Tenant<br>☐ Previous Commercial/Rental Property Owner<br>☐ Previous Residential Owner<br>☐ Repairing Builder/Installer/Assignee<br>☐ Non-Tenant Occupant (e.g. family member)<br>☐ Condominium Association<br>☐ Mortgagee (Bank)<br>☐ Other: |
| **12.** | **Select the option that best describes how you used the Affected Property:** | ☒ Primary Residence<br>☐ Rental/Commercial Property<br>☐ Secondary Residence<br>☐ Vacant<br>☐ Other |

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MISCELLANEOUS CLAIM FORM

### B. CLAIM INFORMATION

Pursuant to section 4.7.3.1 of the Knauf Settlement Agreement, the Special Master may consider claims that are not explicitly provided for in the Knauf Settlement Agreement. Use the text box below to describe the nature of your claim. Once you have described the nature of your claim, upload all documents that you believe support your claim by using the Document Upload feature located below. You must also sign your claim by using the Signature and Submission feature. Your claim will not be complete until you sign and submit it. You may attach pages with any additional comments regarding your claim.

| CHINESE DRYWALL SETTLEMENT PROGRAM |
|:---:|
| MISCELLANEOUS CLAIM FORM |

| C. SIGNATURE |
|:---:|

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Claim Form.

| Signature of Claimant/Attorney: | JVD | | Date: | 10/ 25/ 2013 (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First | Last | M.I. | |

Dieuvil, Guilford

113019

5

# CHINESE DRYWALL SETTLEMENT PROGRAM
## MDL 2047

### OTHER LOSS ELIGIBILITY NOTICE
### DATE OF NOTICE: 7/29/15
### DEADLINE TO RESPOND: 8/28/15

## I. CLAIMANT AND CLAIM INFORMATION

| | | | |
|---|---|---|---|
| **Claimant Name** | Last<br>Dieuvil | First<br>Guilford | Middle |
| **Representative Claimant Name** | Last | First | Middle |
| **Claim Type** | Miscellaneous | | |
| **Claimant ID** | 113019 | **Claim ID** | 15300 |
| **Law Firm** | Doyle Law Firm, PC | **Affected Property ID** | 16534 |
| **Affected Property Address** | Street<br>8757 Baystone Cove | | Unit |
| | City<br>Boynton Beach | State<br>FL | Zip code<br>33473 |

## II. ELIGIBILITY DETERMINATION

This is an official Notice from the Settlement Administrator for the Chinese Drywall Settlement Program and relates to the claim identified in Section I.  We reviewed your claim and determined that you are eligible for compensation for the Other Loss Claim you submitted.  The amount you are eligible for (your "Resolution Offer") is listed below.

| CLAIM ID | CLAIM TYPE | RESOLUTION OFFER |
|---|---|---|
| 15300 | Miscellaneous | $2,500.00 |

## III. YOUR OPTIONS AFTER THIS NOTICE

If you wish to accept the Resolution Offer listed above, log in to the Chinese Drywall portal to accept your Resolution Offer.  We will deem your Resolution Offer accepted if you do not take any action within 30 days of the date of this Notice.  You must submit a completed IRS Form W-9 and Verification of Claims form before we can issue payment to you.  If you have previously received payment on another claim, you do not need to submit these forms again.

If you do not wish to accept the Resolution Offer listed above you may request a different amount by filing for a Special Master Award.  **If you request a Special Master Award, the Resolution Offer listed above is no longer valid. The Special Master may award you an amount greater than, less than or equal to the Resolution Offer on this Notice.**

The deadline to file for a Special Master Award is 30 days after the date of this Notice.  If you wish to file for a Special Master Award, you must complete the Notice of Request for Special Master Award by using the Chinese Drywall Settlement Program Online Portal at **https://www3.browngreer.com/drywall**.  If you do not have online access, you may submit the Notice of Request for Special Master Award form attached to this Notice.  Follow the instructions on the Portal or on the form to submit the Notice of Request for Special Master Award.

Exhibit "F"

**www3.browngreer.com/Drywall**

Claimant ID: 113019

## IV. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP

We are available to help you if you have questions or need assistance. If you have any questions about this Notice, the status of your claim(s), or just need help, contact us by phone at (866) 866-1729 or by email to **CDWQuestions@browngreer.com**.

## V. HOW TO RESPOND TO THIS NOTICE

| | |
|---|---|
| **By using our Online Portal** | Visit **https://www3.browngreer.com/drywall** to file an Appeal and upload documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

# CHINESE DRYWALL SETTLEMENT PROGRAM

## MDL 2047

### NOTICE OF REQUEST FOR SPECIAL MASTER AWARD

#### I. CLAIMANT AND CLAIM INFORMATION

| Claimant Name | Last<br>Dieuvil | First<br>Guilford | Middle |
|---|---|---|---|
| Representative Claimant Name | Last | First | Middle |

| Claimant ID | 113019 | Claim ID | 15300 |
|---|---|---|---|
| Claim Type | Miscellaneous | Affected Property ID | 16534 |

| Affected Property Address | Street<br>8757 Baystone Cove | | Unit |
|---|---|---|---|
| | City<br>Boynton Beach | State<br>FL | Zip code<br>33473 |

| Law Firm | Doyle Law Firm, PC |
|---|---|

#### II. BASIS OF REQUEST FOR SPECIAL MASTER AWARD

Use the space below to provide a statement detailing why the Resolution Offer is not sufficient to fully compensate you AND an itemized list of damages clearly demonstrating and supporting the actual losses claimed. Attach additional sheets as necessary. You are not permitted to submit additional documents in support of your request. The Special Master will review your request and will notify you once a determination has been made.

Exhibit "G"

Claimant ID: 113019

| III. HOW TO CONTACT US WITH QUESTIONS OR FOR HELP |
|---|
| We are available to help you if you have questions or need assistance. If you have any questions about this Notice or the status of your claim(s) or need help, contact the Settlement Administrator's Office at (866) 866-1729 or send an email to **CDWQuestions@browngreer.com**. |

| IV. HOW TO SUBMIT THIS NOTICE | |
|---|---|
| **By Online Portal**<br>(Submitted no later than 12:00 midnight local time on your submission deadline) | Visit **https://www3.browngreer.com/drywall** to upload required documents. |
| **By Mail**<br>(Postmarked no later than your submission deadline) | Chinese Drywall Settlement Administrator<br>P.O. Box 25401<br>Richmond, Virginia 23260 |
| **By Overnight, Certified or Registered Mail**<br>(Postmarked no later than your submission deadline) | BrownGreer, PLC<br>Chinese Drywall Settlement Administrator<br>250 Rocketts Way<br>Richmond, Virginia 23231 |
| **By Facsimile**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | (804) 521-7299 |
| **By Email**<br>(Sent no later than 12:00 midnight local time on your submission deadline) | **CDWQuestions@browngreer.com** |

**IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION    (MDL 2047)
Class Settlement Documentation – Miscellaneous Claim**

**Plaintiff(s):** ____GUILFORT DIEUVIL _____

**Property Address: 8757 BAYSTONE COVE BOYNTON BEACH FL 33473**

_____

**I claim that the following items were damaged by the Chinese drywall in my home:**

| No. | Damaged Item Description | Value ($) |
|-----|--------------------------|-----------|
| 1. | FLAT SCREEN TV | 4,498.00 |
| 2. | HOME TEATHER SYSTEM | 3,499.00 |
| 3. | BLK PLATNIUM HDMI | 269.64 |
| 4. | SOUNDTIUCH AMPLIFIE | 499.00 |
| 5. | SPEAKER | 398.00 |
| 6. | FLAT STOVE | 1,499.99 |
| 7. | DISWASHER | 1,199.88 |
| 8. | OVEN | 2,849.88 |

**GRAND TOTAL=** _____

**Supporting documentation for the items listed above is attached hereto.**

| 9 | Range Microwave Oven | 449.88 |
|---|---|---|
| 10 | French Door Refrigerator | 2,799.88 |
| 11 | WASHER AND DRYER | 1,799.76 |
| 12 | WIRE HOSES | 25.98 |
| | TOTAL | 19,788.79 |
| | TAXES | 1,286.27 |
| | GRAND TOTAL | 21,075.06 |

GRAND TOTAL=   _21,075.06 _

Supporting documentation for the items listed above is attached hereto.

```
             ||||||||||||||||||||||||||||||||||||
                        *3072471*


                    R E P R I N T

-----------------------------------------------
RECEIPT    0053072471      06/21/15
BrandsMart U.S.A. **************
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL  33401
(561) 682 3000
-----------------------------------------------
GUILFORT,DIEUVIL             0501110959
301 YAMATO RD SUITE#1240
BOCA RATON     FL  33431
(786) 344 5497
-----------------------------------------------
Sold by:MASON, DAMION (AUDIO)      18:05
                                   18:05
-----------------------------------------------
SONY  XBR75X850C     1  4498.00  4498.00
       75 LED 4K 3D XR960 TRIL X1
Warranty Parts 012 month/Labor 012 month
In Home Service            30 DAY RETURN
       HD Provider is COMCAST
SERVC EXTEND WARRA. 1    0.00     0.00
       CUST DECLINES
Warranty Parts C00 month/Labor 000 month
In Home Service             0 DAY RETURN


-----------------------------------------------
BOSE  LSV535III      1  3499.00  3499.00
       LIFESTYLE 535 SERIES III HOME
Warranty Parts 012 month/Labor 012 month
Carry In Service           30 DAY RETURN
SERVC EXTEND WARRA. 1    0.00     0.00
       CUST DECLINES
Warranty Parts C00 month/Labor 000 month
Carry In Service            0 DAY RETURN


-----------------------------------------------
MONST MCBPLUHD8      3    89.88   269.64
       8FT BLK PLATINUM SERIES HDMI
Warranty Parts 012 month/Labor 012 month
Carry In Service           30 DAY RETURN


-----------------------------------------------
BOSE  SA4            1   499.00   499.00
       SOUNDTOUCH MULTI ROOM AMPLIFIE
Warranty Parts 012 month/Labor 012 month
Carry In Service           30 DAY RETURN


-----------------------------------------------
BOSE  251B           1   398.00   398.00
       PAIR/ENVIRO OUTDOOR SPEAKERS
Warranty Parts 012 month/Labor 012 month
Carry In Service           30 DAY RETURN

This Receipt Includes a  $00.00
BRANDSMART USA Gift Card
Gift card MUST be returned unused if
the item you purchased is returned


FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000

***** T O T A L   P I E C E S   7 *****

-----------------------------------------------
Sales Amount:                    9163.64
Sales Tax:                        549.82
Total:                           9713.46
-----------------------------------------------
```

*3072512*

R E P R I N T

```
-----------------------------------------
RECEIPT      0053072512      06/21/15
BrandsMart U.S.A. *************
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL  33401
(561) 682 3000
-----------------------------------------
GUILFORT,DIEUVIL            0501110959
301 YAMATO RD SUITE#1240
BOCA RATON       FL  33431
(786) 344 5497
-----------------------------------------
Sold by:MICHEL, ANSLY (APPLIANCES) 18:41
rp19                               18:41
-----------------------------------------

BRANDSMART WILL CALL TO ARRANGE DELIVERY
KITCH KICU569XSS-SS  1 1499.88  1499.88
     S/036" INDUCTION CT/PAN DETECT
Warranty Parts 012 month/Labor 012 month
In Home Service            0 DAY RETURN
SERVC EXTEND WARRA. 1   0.00       0.00
     CUST DECLINES
Warranty Parts 000 month/Labor 000 month
In Home Service            0 DAY RETURN
DELIV 1ST PC        1   0.00       0.00
     DELIVERY
Warranty Parts 000 month/Labor 000 month
In Home Service            0 DAY RETURN
-----------------------------------------

GE   PDT760SSF-SS  1 1199.88  1199.88
     SO/SSINT/102JETS/3RACK/40DBA/
Warranty Parts 012 month/Labor 012 month
In Home Service            0 DAY RETURN
SERVC EXTEND WARRA. 1   0.00       0.00
     CUST DECLINES
Warranty Parts 000 month/Labor 000 month
In Home Service            0 DAY RETURN

THIS SPECIAL ORDER CANNOT BE CANCELLED,
AND YOUR DEPOSIT / PAYMENT IS NOT
REFUNDABLE.  FOR SPECIAL ORDERS, THE
RETURN / REFUND POLICY PRINTED AT THE
BOTTOM OF THIS INVOICE IS NULL AND VOID.

FOR SERVICE, DELIVERY, or SALES CALL:
(561) 682 3000

***** T O T A L   P I E C E S   2 *****
-----------------------------------------
Sales Amount:              2699.76
Sales Tax:                  161.99
Total:                     2861.75
-----------------------------------------
Manager:  KENDY JEAN PIERRE
-----------------------------------------
DELIVERY INFORMATION
Deliver Date:  A.S.A.P.
GUILFORT,DIEUVIL
301 YAMATO RD SUITE#1240
BOCA RATON      FL  33431
(786) 344 5497
** ALL COD'S MUST BE PAID IN CASH ONLY *
```

*3072505*

R E P R I N T

```
RECEIPT      0053072505      06/21/15
BrandsMart U.S.A. ************
751 EXECUTIVE CENTER DRIVE
WEST PALM BEACH FL  33401
(561) 682 3000
------------------------------------------
GUILFORT,DIEUVIL                 0501110959
301 YAMATO RD SUITE#1240
BOCA RATON      FL  33431
(786) 344 5497
------------------------------------------
Sold by:MICHEL, ANSLY (APPLIANCES) 18:37
                                   18:37
rp19
------------------------------------------
GE    PT7550SF-SS    1  2849.88  2849.88
      GE/10CUBFT/CONVUPP/10PASS/SLF/
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN
SERVC EXTEND WARRA.  1    0.00     0.00
      CUST DECLINES
Warranty Parts 000 month/Labor 000 month
In Home Service                0 DAY RETURN
DELIV 1ST PC         1    0.00     0.00
      DELIVERY
Warranty Parts 000 month/Labor 000 month
In Home Service                0 DAY RETURN

------------------------------------------
GE    PVM9179SF-SS    1   449.88   449.88
      GE/1.7/CONVEC/1000W/300CFM/SNS
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN
SERVC EXTEND WARRA.  1    0.00     0.00
      CUST DECLINES
Warranty Parts 000 month/Labor 000 month
In Home Service                0 DAY RETURN

------------------------------------------
SAMSU RF32FMQDBSR    1  2799.88  2799.88
      30.43CF/4DR/CONVERTIBLE ZONE
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN
SERVC EXTEND WARRA.  1    0.00     0.00
      CUST DECLINES
Warranty Parts 000 month/Labor 000 month
In Home Service                0 DAY RETURN
DELIV 1ST PC         1    0.00     0.00
      DELIVERY
Warranty Parts 000 month/Labor 000 month
In Home Service                0 DAY RETURN
SAMSU WA52J8700APBU  1  1799.76  1799.76
      WA52J8700AP DV52J8700EP
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN

------------------------------------------
SAMSU WA52J8700AP    1    0.00     0.00
      ACTV WASH/5.2CF/AQUAJET/STEAM
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN

------------------------------------------
SAMSU DV52J8700EP    1    0.00     0.00
      7.4CF/STM/HTR/DRY RACK/15'CYC
Warranty Parts 012 month/Labor 012 month
In Home Service               30 DAY RETURN
      END NORMAL BUNDLE
SERVC EXTEND WARRA.  1    0.00     0.00
      CUST DECLINES
      Parts 000 month/Labor 000 month
```

From: 5612000431        Page: 2/6        Date: 4/19/2010 4:41:29 PM

Scope of Work Agreement
Lot 79, Canyon Isles
April 15, 2010
Page 2 of 6

c)   Remove and replace all baseboards, crown moldings and custom moldings with like style
     and quality. Finish and paint new baseboards, crown moldings and custom moldings with
     same color and quality paint unless otherwise unavailable. If unavailable, alternate
     selections of like kind and quality will be coordinated with the Owner;

d)   Remove and replace all wall and ceiling insulation;

e)   Protect tile and hardwood floors during the work and repair any flooring damaged during
     the repair process. Remove and replace all wall-to-wall carpeting and padding with like
     style, color and brand unless otherwise unavailable. If unavailable, alternate selections of
     like kind and quality will be coordinated with the Owner;

f)   Remove, store and re-install all cabinets, countertops, sinks, mirrors and lavatories and the
     like and repair or replace if damaged during the work;

g)   Bathroom walls with tile shall not be replaced unless the brass fittings or copper piping
     behind said areas are corroded. If GL Homes is unable to access the brass fittings, copper
     piping or other plumbing structures to confirm the copper, brass and other metals are
     unaffected, then GL Homes shall remove and replace the building materials in order to
     assess the materials and repair or replace any affected materials;

h)   Remove and replace all low-voltage wiring, drywall mounted electrical items that was
     included in the original Home construction (including outlets, receptacles and switches) and
     other low voltage equipment (including intercoms, door bells, security alarm and smoke
     detectors, if applicable);

i)   Inspect all other electrical wiring, drywall mounted electrical items, breakers, main feeder
     and other electrical wiring that was included in the original Home construction. All of the
     aforementioned electrical wiring which is discolored black or corroded shall be repaired or
     removed and replaced. If it is possible to do so without leaving any portion of such items
     which are discolored black or corroded, a licensed electrician may clip any affected copper,
     and strip back the insulation so that the exposed wire is the proper length for reinstallation.
     If the wires are too short, a licensed electrician shall relocate electrical components and/or
     rewire.

j)   All copper piping will be inspected and any corroded materials will be replaced. There may
     be original segments of copper throughout the Home that may be left in place in order to
     allow for reconnection of the new copper piping; however, any areas of copper which are
     left in place will be cleaned to remove all visible corrosion. Alternatively, GL Homes may
     elect to remove all visible copper water pipe, abandon any copper below slab and install all
     new copper water pipe within the walls of the Home;

k)   Remove and replace all other metals which are corroded or discolored black from exposure
     to defective Chinese drywall including, but not limited to, fixtures, faucets, handles,
     fasteners, and door hardware;

l)   Remove and replace the A/C air-handler(s) and A/C duct-work;

m)   Unless otherwise damaged, remove and reinstall all wood trim, interior doors, and interior
     door accessories;

n)   Remove and reinstall all shelving and closet systems;

Exhibit "H"

**From:** Mike Toll
**Sent:** Saturday, December 11, 2010 6:54 AM
**To:** Heather Keith
**Cc:** Jamie Knott
**Subject:** CI79, Dieuvil; Metal Studs

Heather,  Please see Dieuvil's email.  He had previously indicated to me that he was okay with us proceeding.

**Mike Toll**


Director of Construction

Exhibit "I"

**From:** guilf dieuvil [mailto: ███████████████]
**Sent:** Saturday, June 16, 2012 9:51 AM
**To:** Diane Cadorette; Jamie Knott; Mike Toll; Heather Keith
**Cc:** ███████████████████ ; ██████████████████
**Subject:** Lot 79 canyon isles

I recently receive a notice from City of Palm Beach with respect to a permit cancellation request for the reconstruction of my house. It appears that Glhomes has no interest to fulfill its obligation to fix my property and bring it to living standard. I am expected to hear from your office within the next 7 days to know if your office will file for permit and start reconstruction of my house as soon as possible. Your immediate attention is required with respect to the reconstruction of my house. If you scientifically believe and have evidence that those metal frames that are discolored and used to hold those Chinese drywall have not been affected and they are not health hazard, you may submit to  me your legal opinion in your letterhead, and proceed with the reconstruction of my house. I want your office to start on the reconstruction of my house ASAP which I have been asking you from the beginning. .

Best regards
Gulfport Dieuvil

Exhibit "J"

## RE: CDW - Lot 79 Canyon Isles = Reply to H/O on CDW Reconstruction Work

GD

☐
☐
☐
☐

**guilf dieuvil**
Tue 6/19/2012 12:27 AM
heather.keith@glhomes.com

Once again if you scientifically believe and have evidence that those metal framing that are discolored and used to hold those Chinese dry-walls have not been affected, and they are not health hazard, you may submit your legal opinion in your letterhead, and process your paper-work for the reconstruction of my house.

Guilfort Dieuvil

Exhibit "J-1"

**From:** guilf dieuvil [mailto:█████████████]
**Sent:** Friday, January 25, 2013 1:50 PM
**To:** Diane Cadorette; Jamie Knott; Mike Toll; Elsa Nunes; Heather Keith
**Subject:** FW: Canyon Isles Lot 79 - Revised Scope of Work Agreement

Re: Lot 79 Canyon Isles
I just recently receive a bill from the storage company which Glhomes should have been Solely liable for it. I kept asking you to fix my property and bring it to living standard and free from Chinese Drywall . You have failed to do so. If you are confident that the method that you are using to fix the house is appropriate and will bring the property free of hazard. You can certainly proceed to fix my property under the same terms and conditions previously agreed and executed. There is not even any need for further discussion regarding starting repair or fixing that house, just fix it. I need the confidence that you will not continue to expose my family in a chemical dangerous environment. As long as long as you are so confident that you will make my house completely hazard free / Chinese Drywall, you can use this email as my final approval to fix my property without any delay, and just let me know when it will be ready.

Guilfort Dieuvil

Exhibit "J 2."



HK

☐
☐
☐
☐

**Heather Keith** <██████████████████>
Fri 12/24/2010 12:24 AM
• You; Elsa Nunes; Mike Toll; Diane Cadorette+2 others

Mr. Dieuvil - At your request and direction, we will get in touch with Ervin and proceed from there.  All of our staff is hereby instructed to suspend any further work for you at this time and to withhold any further payments to you.  We will gladly proceed with our cdw repair program if you change your mind but in the meantime, we will suspend the cdw repair process for your home until we get further direction from you or Ervin.

Exhibit "K"

**Heather Keith** < ████████████████ >
Thu 3/7/2013 7:35 PM
- You▫

As I've repeatedly explained to you, we are no longer in a position to assist you in any way in regards to your home.  You should already have copies of any records that we provided to you months ago.  You also have full access and control over your own home and we have not had any access to the home in over a year.  We closed our file several months ago and our staff will no longer respond to your emails.

Exhibit "K.–1

## RE: CDW Dieuvil - 87757 Baystone Cove, Boynton Beach, FL (Canyon Isles Lot 79)



Heather Keith < ██████████████████ >
Mon 10/28/2013 1:29 PM
- You

We are not in a position to provide you any further information.  Our file is closed in regards to your home.

Exhibit "K-2

## RE: CDW Dieuvil - 87757 Baystone Cove, Boynton Beach, FL (Canyon Isles Lot 79)



Heather Keith <███████████████████>
Thu 11/13/2014 2:22 PM
- You▯

We are not in a position to provide you any further information.  Our file is closed in regards to your home.

Exhibit "K-3"