Supplemental Plaintiff Profile Form – Residential and Commercial Properties

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall  　　　　　MDL NO. 2047
Products Liability Litigation　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
This Document Relates to:　　　　　　　　　　　MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*, Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

　　　This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

　　　The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

　　　The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

　　　All photographs produced in response to this form shall be in color.

---

**Section I. Claimant and Property Information**

Name of Claimant: Mardechria _____ Charles _____ _____
　　　　　　　　　First Name　　M.I.　Last Name　　　　　Suffix

Co-Claimant First Name (if applicable) ___ M.I. Last Name _____ Suffix _____

Business/Entity Name (if applicable) _____

1

EXHIBIT
B

EXHIBIT
2

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 116 Dufresne Drive | | |
|---|---|---|
| Address 1 | | Address 2 |
| Vacherie | LA | 70090 |
| City | State | Zip Code |

Is the Property residential or commercial? __Residential__

Name of Person Completing this Form: __Mardechria__    __Charles__
First Name    M.I.    Last Name    Suffix

Mailing Address (if different):

| 29938 Meridian Place | | Apt. 19201 |
|---|---|---|
| Address 1 | | Address 2 |
| Farmington Hills | MI | 48331 |
| City | State | Zip Code |

Phone Number of Person Completing This Form: (__225__) __624__ - __9381__

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: __6__ / __18__ / __2007__

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ____ / ____ / __2006__

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: __1__ / __2014__

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

[ ]

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ____ / ____ / ____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
             Month  Day   Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: ____/____/____
                                 Month Day Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: ____/____/____
                                 Month Day Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 275,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *Mardechria Charles*     Date signed: 4/1/2018

Name: Mardechria Charles

Address: 29938 Meridian Pl    Apt # 19201
Farmington Hills    MI    48331

Phone No.: (225) 624 9381

Email: dechria27@yahoo.com

7

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

I am claiming $275,000.00 in loss of use / loss of enjoyment damages. This amount is consistent with past verdicts in the Chinese drywall litigation based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

# Form W-9
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer Identification Number and Certification

Give Form to the requester. Do not send to the IRS.

**Name (as shown on your income tax return)** Hardechria Charles

**Business name/disregarded entity name, if different from above**

**Check appropriate box for federal tax classification:**
☑ Individual/sole proprietor  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

**Exemptions (see instructions):**

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

**Address (number, street, and apt. or suite no.)** 29938 Meridian Place Apt # 19201

**City, state, and ZIP code** Farmington Hills, MI 48331

**Requester's name and address (optional)**

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Social security number:** 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

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Employer identification number:**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ Hardechria Charles    Date ▶ 4/1/2018

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at www.irs.gov/w9. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)

STATE OF LOUISIANA                               # 14470
PARISH OF ST. JOHN THE BAPTIST

## *ACT OF CASH SALE*

BE IT KNOWN, that on **June 18th, 2007** before me, SHEILA BONNETTE, Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses, personally came and appeared:

**ROY A MADERE, JR., Tax Identification Number XXX-XX-1278, and REGINA ANN MORALES MADERE, Tax Identification Number XXX-XX-3019,** both persons of the full age of majority who declared unto me, Notary, that the said Roy A Madere, Jr. has been married twice; first to Sandra Quinn from whom he divorced in 1993, in the Parish of Jefferson, State of Louisiana, and secondly to Regina Ann Morales Madere with whom he is presently living and residing; the said Regina Ann Morales Madere is represented herein by Roy A. Madere, Jr. as her duly appointed and constituted Mandate, duly authorized by virtue of a Mandate an original of which is annexed hereto and made a part hereof, and here the said Agent declared unto me, Notary that his Principal is alive and said procuration has not been revoked, and further declared that she has been married twice first toLynn Roy Brehem from whom she divorced in 1995, in the Parish of Jefferson, State of Louisiana, and secondly to Roy A. Madere, Jr., with whom she is presently living and residing; whose present mailing address is **716 WILLIAMS BLVD, KENNER, LA 70062** hereafter referred to as **"SELLER"**;

who declared that for the price of **One Hundred Eighty-Seven Thousand and 00/100, ($187,000.00) DOLLARS** cash, receipt of which is acknowledged, SELLER hereby sells and delivers with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

**MARDECHRIA LEE CHARLES, Tax Identification Number XXX-XX-7321,** a person of the full age of majority who declared unto me, Notary, that she is single and has never been married; whose present mailing address is **116 DUFRESNE DRIVE, WALLACE, LA 70049** hereafter referred to as **"PURCHASER"**;

the following described property, with all its component parts, including all rights, ways, privileges, servitudes and appurtenances thereto belonging, the possession of which PURCHASER acknowledges:

One certain parcel of ground, situated in Wallace, Parish of St. John the Baptist, Louisiana, T-12-S, R-18-E, Sections 27 and 53, being further identified as Lot A 9 of Sugar Lane Estates, Phase 1, as shown on plan of resubdivision prepared by Riverlands Surveying Company, dated September 29, 2005, approved by St. John Parish Council as per Ordinance Number 05-58, dated October 13, 2005, recorded at Entry 26040, Map Number 695, said subdivision being a portion of that property formerly identified as a portion of Lots I, O, and P of Lower Lacaze Plantation, identified on plan of survey prepared by S.K. Landry, dated November 6, 1969.

Said Lot A 9 is further identified as having a frontage of 80.00 feet along Dufresne Drive, by a depth along the sideline of Lot A 11 of 123.38 feet, a depth along the sideline of Lot A 8 of 123.97 feet, and a width in the rear of 80.00 feet.

**Municipal address of the above described property is 116 DUFRESNE DRIVE, WALLACE, LA 70049**

This sale is made subject to and except the following:

1. Extant and subsisting subsurface mineral rights, if any, of whatever nature.
2. Taxes for the year 2007 and all subsequent years not yet due and payable.
3. Any and all restrictive covenants, reservations, easements, conditions, rights and servitudes contained in the public records.
4. Any lien, or right to a lien, for services, labor, or material heretofore or hereafter furnished, imposed by law and not shown by the public records.
5. Roads, ways, streams, or easements, or claims of easements, if any, not shown by the public records, riparian rights and the title to any filled-in lands.
6. Loss or damage arising from failure to produce a certified copy of a valid divorce decree between parties and any community interest in the property in the event the parties are not validly divorced.
7. Taxes or special assessments which are not shown as existing liens by the public records.
8. Any minerals or mineral rights leased, granted or retained by current or prior owners.
9. Oil, Gas, and Mineral Lease in favor of Basin Properties, Inc., dated November 23, 2004, recorded at Entry 252157, records of St. John the Baptist Parish.
10. Agreement by and between Sugar Lane Estates and Entergy Louisiana, Inc., recorded at Entry 259843, records of St. John the Baptist Parish.
11. Rules and Regulations imposed by Sugar Lane Estates Homeowner's Association, duly recorded in the records of St. John the Baptist Parish, and its By-Laws.
12. Rules and Regulations imposed by Declaration of Covenants, Conditions, & Restrictions for Sugar Lane Estates, L.L.C., which are duly recorded at Entry 26040, records of St. John the Baptist Parish.
13. Conditions and stipulations imposed by that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish.
14. All servitudes shown on plan of resubdivision referenced herein, to include, but not limited to, a 12 foot utility servitude along the front of each property, a 25 foot minimum setback line along the front of each property, and various other setbacks and utility servitudes as imposed by St. John the Baptist Parish and resubdivision plan referenced herein.

... but omitting any covenants or restrictions, if any, based upon race, color, religion, sex, sexual orientation, familial status, marital status, disability, handicap, national origin, ancestry, or source of income, as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

The parties hereto declare that they do not hereby intend, by the execution of these presents, to interrupt, or suspend, the running of any prescription or preemption which has run or may run in connection with the foregoing, nor do the parties

intend to revive, establish or initiate any one or more of the foregoing which may not now or hereafter be binding upon the property and/or the parties hereto.

The Certificate of Mortgage as required by Article 3364 of the Revised Civil Code of Louisiana is hereby dispensed with by the consent of the parties hereto, and I, Notary, am relieved and released from any and all liability and responsibility in connection therewith.

Purchaser herein assumes all responsibility and liability in connection with reading and reviewing any and all Declarations, Restrictions, and/or Covenants of record before this transfer and do waive and release me, Notary, from any and all liability and responsibility in connection therewith.

All parties to this transaction have waived the production of any environmental studies and assessments, wetlands determinations, and a current survey which would show actual dimensions, servitudes, rights of way, encroachments, and other adverse matters which may affect title, and do hereby release the undersigned Notary Public, and Choice Title, Inc., from any responsibility or liability incurred from the non-production thereof.

Taxes for the current year will be assumed by Purchaser. The tax bill should be mailed to the Purchaser at 116 DUFRESNE DRIVE, WALLACE, LA 70049.

Purchaser hereby acknowledges and confirms the existence of that certain Act of Predial Servitude by Sugar Lane Estates, L.L.C., and William Patrick Roger, Ralph Roger, Elizabeth Roger, Marie Roger Foreman, and Patricia Roger Zeringue, granting predial servitude on, over, and across a 35 foot strip of land formerly identified as "The Farm Road", which is recorded at Entry 259510, records of St. John the Baptist Parish and does hereby relieve and release Choice Title and undersigned Notary from any and all responsibility with regard to production of a current survey and specific location of said servitude.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

In accordance with La. R.S. 37:1469, as amended, all parties are hereby notified, and all acknowledge, that there is a statewide data base available to them listing those individuals required to register under La. R.S. 15:540 (certain sex offenders) and providing their locations and other information. The telephone number of this database is 1-800-858-0551 and its internet address is www.lasocpr.lsp.org/socpr.

THUS DONE AND PASSED at LaPlace, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_/s/_

E.F. Rubi

_/s/ Shantell Narcisse_

REGINA ANN MORALES MADERE

_/s/_

BY: ROY A MADERE, JR., INDIVIDUALLY
& AS AGENT & ATTORNEY IN FACT

_/s/_
MARDECHRIA LEE CHARLES

_/s/_
SHEILA BONNETTE, *NOTARY PUBLIC*
*IDENTIFICATION # 47546*

SHEILA BONNETTE
1703 CHANTILLY DRIVE
LAPLACE, LA 70068
NOTARY # 47546
COMMISSIONED FOR LIFE
ST JOHN THE BAPTIST PARISH