UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                    SECTION "L"

This document relates to:

Elizabeth Bennett, et al      JUDGE ELDON FALLON
Versus Gebr. Knauf, et al
                              MAGISTRATE:

Case No. 14-cv-2722           JOSEPH WILKINSON, JR.


          The deposition of MARDECHRIA CHARLES

MCDONALD, 30232 Viewcrest Drive, Novi, Michigan

48377, taken in connection with the captioned

cause, pursuant to the following stipulations

before MELISSA M. EVANS, Certified Court Reporter,

at the offices of Fishman Haygood, LLP, 201 St.

Charles Avenue, 46th Floor, New Orleans,

Louisiana, on the 26th of June, 2019.

```
 1   A.   I moved to Michigan in 2000- it has to be at
 2        least about 2012 or '13.  I'm really not
 3        sure.  I think it's '12.
 4   Q.   What brought you to Michigan?
 5   A.   My husband is from Michigan; so I was -- at
 6        first I was -- well, I can't really say that
 7        I actually moved in 2012 because I was
 8        visiting.  I was going back and forth.  So my
 9        actual date for moving down there, I don't
10        remember; but I was going back and forth
11        visiting my husband.
12   Q.   And when did you get married?
13   A.   2016.
14   Q.   What's the date?
15   A.   June 24th.
16   Q.   June 21st?
17   A.   Twenty-fourth.
18   Q.   Do you have any children?
19   A.   Yes.
20   Q.   How many?
21   A.   Two.
22   Q.   How old are they?
23   A.   26 and 18.
24   Q.   What are their names?
25   A.   Damien Jermaine Charles Wiggins, Lavell
```

1  A.  2008.

2  Q.  **And how much did you purchase this property**

3      **for?**

4  A.  187,000.

5  Q.  **And from whom did you purchase the property?**

6  A.  I think the name is Roy.  I don't know the

7      wife name.  And I know it start with a "M."

8      I don't know the last name, I really don't.

9  Q.  **Pretty good memory.  I'll help you out on**

10     **that.  If you could turn to the tab "Cash**

11     **Sale" in your binder, which we would label as**

12     **Exhibit 4.  Is this exhibit a copy of the Act**

13     **of Cash Sale through which you purchased the**

14     **property at issue?**

15  A.  Yes.

16  Q.  **And is this a copy of the Act of Cash Sale**

17      **through which you acquired ownership of the**

18      **property at issue?**

19  A.  Yes.

20  Q.  **And looking at the first page, the property**

21      **was purchased on June 18, 2007; is that**

22      **correct?  It's at the very top.**

23  A.  Yes.

24  Q.  **And it was purchased from Roy A. Madere, Jr.,**

25      **and Regina Morales Madere; is that correct?**

1    A.    That's correct.

2    Q.    And it was purchased by you?

3    A.    Yes.

4    Q.    Charles is your maiden name?

5    A.    Yes.

6    Q.    And it was purchased for $187,000?

7    A.    Yes.

8    Q.    And how did you purchase this property?

9    A.    FHA loan.

10   Q.    And who was the loan with?

11   A.    U.S. Bank Home Mortgage.

12   Q.    Do you still have any documents from this

13         agreement?

14   A.    No.

15   Q.    Could you access those documents if you

16         wanted to?

17   A.    What documents are you referring to?

18   Q.    The promissory note or the agreement with

19         U.S. Bank.

20   A.    I probably can call them if I had to get some

21         documents.

22   Q.    Is there currently a mortgage on the

23         property?

24   A.    No.

25   Q.    Is there any other type of lien on the

```
 1        property?
 2   A.   Such as?
 3   Q.   Is there any type of financial interest that
 4        someone else has on the property?
 5   A.   No.
 6   Q.   When was that mortgage paid off?
 7   A.   2016.  I don't know what month.
 8   Q.   Did you ever have a HUD mortgage?
 9   A.   Yes.
10   Q.   And what's the status of that currently?
11   A.   Unpaid.
12   Q.   It's paid?
13   A.   No.
14   Q.   Unpaid?  Yes, it's unpaid?
15   A.   Yes, it's unpaid.
16   Q.   So when you said there's not still a mortgage
17        on the property -- there is a mortgage on the
18        property?
19   A.   No, there's not a mortgage on the property.
20   Q.   What is it a mortgage on?
21   A.   There's no mortgage at all.
22   Q.   Could you explain that?
23   A.   Because the insurance company paid the house
24        off.
25   Q.   So do you still owe money to HUD?
```

1    A.    Yes.

2    **Q.    But that's not connected with the house at**

3          **all?**

4    A.    It's a difficult situation.  I mean, in order

5          for you to understand -- it was, like, I went

6          through a modification, so HUD -- I guess

7          FHA, HUD, they took $56,000 and put on the

8          back of my loan.

9    **Q.    So was this part paid off by the insurance**

10         **company?**

11   A.    No.

12   **Q.    But it's not attached on the property**

13         **anymore?**

14   A.    No.  There's no property.  It's not -- no

15         property there or anything.  I didn't do

16         anything to that.  It's not -- someone else

17         have the property there now.

18   **Q.    So you sold the house?**

19   A.    No.  I didn't rebuild.

20   **Q.    So you sold the property?**

21   A.    Yes.

22   **Q.    So who's responsible for paying the HUD**

23         **mortgage now?**

24   A.    I am.

25   **Q.    So that's now just a personal debt?**

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | **Q.** | **Okay.  And prior to the initial purchase,** |
| 3 | | were there any other agreements made prior to |
| 4 | | this Act of Cash Sale? |
| 5 | A. | Agreements with whom? |
| 6 | **Q.** | **Like an agreement to purchase sometimes** |
| 7 | | executed in Louisiana. |
| 8 | A. | No. |
| 9 | **Q.** | **How did you communicate that you would like** |
| 10 | | to purchase the house? |
| 11 | A. | I had a realtor. |
| 12 | **Q.** | **And did you submit a written offer to** |
| 13 | | purchase the house? |
| 14 | A. | Yes. |
| 15 | **Q.** | **Do you still have that offer, a copy of it?** |
| 16 | A. | No. |
| 17 | **Q.** | **Could you get it?** |
| 18 | A. | No. |
| 19 | **Q.** | **Did you have an inspection conducted on the** |
| 20 | | property? |
| 21 | A. | I don't recall. |
| 22 | **Q.** | **And was the property purchased "as is"?** |
| 23 | A. | Yes. |
| 24 | **Q.** | **Was it purchased as a new construction?** |
| 25 | A. | Yes. |

1   Q.   And was the property insured?

2   A.   Yes.

3   Q.   And it was insured from the time of purchase?

4   A.   Yes.

5   Q.   And who is the insurer?

6   A.   Republic Finance.

7   Q.   Do you have a copy of the insurance

8        declaration?

9   A.   I think so in my e-mail.  I probably could

10        get it on my e-mail.  I would have to search

11        it.

12   Q.   But you think you could find it?

13   A.   Yes.

14   Q.   And have you ever received any payment from

15        your insurance company for the contamination

16        of Chinese drywall?

17   A.   No.

18   Q.   But you have received other payments; is that

19        correct?

20   A.   To pay -- from the insurance company?

21   Q.   Yes.

22   A.   Yes.

23   Q.   Have you actually received payments, or have

24        those payments been made to --

25   A.   Well, it wasn't received to me.  It went

```
 1              directly to the mortgage company.
 2    Q.   Did you receive any type of payment from the
 3         insurance company?
 4    A.   No.
 5    Q.   Any other benefit from the insurance company?
 6    A.   No.
 7    Q.   Did they cover any other costs for you after
 8         the house was damaged?
 9    A.   No.
10    Q.   Did they ever pay for you to stay in a hotel?
11    A.   No.
12    Q.   Did you ever accept payments for a hotel?
13    A.   No.
14    Q.   Have you ever received payment from any other
15         parties for the alleged contamination of
16         Chinese drywall?
17    A.   No.
18    Q.   Have you ever received money from FEMA?
19    A.   No.
20    Q.   And at the time of purchase, what was -- what
21         structures were constructed on the property?
22    A.   Can you clarify that?
23    Q.   Was it the home that ultimately burned?
24    A.   What you mean if it was ultimately burned?
25    Q.   The property you purchased, it had a home on
```

1        it when you purchased it; is that correct?

2   A.   Right.

3   Q.   **And you said that was a new construction?**

4   A.   Yes.

5   Q.   **And when was that structure completed?**

6   A.   I don't know.

7   Q.   **You said it was new?**

8   A.   It was new, yes.

9   Q.   **Had anyone lived there before you?**

10  A.   No.

11  Q.   **And the sellers, Roy Madere and Regina**

12       Morales Madere, were they contractors?

13  A.   I don't know.

14  Q.   **Did they live in the house before you?**

15  A.   No.

16  Q.   **So they just built the house and then sold**

17       it?

18  A.   Yes.

19  Q.   **And did they build the house?**

20  A.   I don't know.

21  Q.   **To the best of your knowledge, when was the**

22       Chinese drywall installed in the house?

23  A.   I don't know.

24  Q.   **If you could look back -- if you could look**

25       at Exhibit 2 and then look at page 2.  And

1          here it says in section 2 "When was the

2          Chinese drywall installed in the property to

3          the best of your knowledge?"  Can you read

4          what you put there?

5     A.   2006.

6     Q.   **And how did you come up with that answer?**

7     A.   Because I bought the house in 2007.

8     Q.   **So you're just assuming that the house was**

9          **finished the year before?**

10    A.   Yes.

11    Q.   **Why did you assume that?**

12    A.   Because it was a new construction home.  The

13         subdivision was just coming up.  That was the

14         second house in the subdivision.

15    Q.   **So can you now say that you believe the house**

16         **was built in 2006?**

17    A.   Yes.

18    Q.   **If you can't, that's fine.**

19    A.   I mean, I really can't say.

20    Q.   **So in here you really have no idea when the**

21         **house was built?**

22    A.   All I know, that I purchased it in 2007.

23    Q.   **Did you receive any sort of records of when**

24         **the home may have been constructed?**

25    A.   No, I did not.

```
 1   Q.   And you didn't receive any of this in the new
 2        construction agreement?
 3   A.   No.
 4   Q.   Are you aware of any renovations that the
 5        house underwent?
 6   A.   No.
 7   Q.   Do you know if the house was built prior to
 8        Katrina or after Katrina?
 9   A.   No.
10   Q.   So you don't know the age of the home?
11   A.   No.
12   Q.   When you sold the home, did you tell the
13        prospective buyers, or ultimately the buyers,
14        the age of the home?
15             MR. DOYLE:
16                  Objection to the form of the
17             question.
18                  You can answer.
19             THE WITNESS:
20                  What you said?
21             MR. DOYLE:
22                  I'm just objecting to the form of
23             the question.  You're going to hear me
24             to do that from time to time.  You're
25             going to answer the question unless I
```

```
 1              MR. DOYLE:

 2                    Object to the form of the question.

 3   BY MS. JOHNSON:

 4   Q.   Who was your agent in the sale of the home?

 5   A.   Shontelle -- Narcisse Realtors.

 6   Q.   And what was the name?

 7   A.   Narcisse -- the name of the realtor, or the

 8        name of the company?

 9   Q.   Narcisse Realty is the company?

10   A.   Yes.

11   Q.   What's the name of the agent?

12   A.   Shontelle Narcisse.

13   Q.   And how do you know Shontelle?

14   A.   I don't know her.

15   Q.   So you only have a professional relationship

16        with her?

17   A.   Yes.

18   Q.   And did Shontelle ask you any questions about

19        the home before the sale?

20   A.   Yes.

21   Q.   Just to clarify, this is when you sold the

22        property?

23   A.   The property?

24   Q.   Yes.

25   A.   2019 -- it would to be -- I'm not really
```

```
 1        sure, to be honest.  I don't know if it's
 2        2017 or 2018.
 3   Q.   That's the date for what?
 4   A.   You're talking about the property I sold?
 5        You're asking me what date did the property
 6        get sold?
 7   Q.   No.  I'm asking if this was your agent in
 8        that transaction?
 9   A.   Oh, yes.
10   Q.   And at that point, what was left on the
11        property?
12   A.   Nothing -- I'm wrong.  Just a piece of slab.
13   Q.   And when do you believe that sale took place?
14   A.   Now we're talking about the property?
15   Q.   Yes.
16   A.   I would have to say it's 2017 or '18.  I'm
17        not sure.
18   Q.   Do you have an Act of Sale from that
19        transaction?
20   A.   I'm more than sure I do, but I don't know
21        where it is because I didn't come to the -- I
22        did the power of attorney.
23   Q.   Could you find out when that sale was?
24   A.   If I can contact the title company, if they
25        still have records.
```

1    Q.    Who's lived on the property?

2    A.    My brother, Ward Charles; my sister, Juanette

3          Charles; my other sister, Miyosha Charles; my

4          other sister, Odelle Charles; my mother,

5          Sybil Charles; Rory Charles, my brother.

6    Q.    Can you tell me when each of them lived on

7          the property?

8    A.    I can't recall.

9    Q.    Did they all live there at the same time?

10   A.    Yes.

11   Q.    So how many people is that?

12   A.    I don't know.  Maybe 9, 10.

13   Q.    So it was 9 or 10 of you living in the home

14         from 2007 until it was sold?

15   A.    No.

16   Q.    Well, then when did they live there?

17   A.    I don't remember what year it was.

18   Q.    Did they take turns living there?

19   A.    No.

20   Q.    At some point, 9 or 10 people all lived there

21         at once?

22   A.    Yes.

23   Q.    And about how many years did that occur?

24   A.    I'm not sure how many years it was.

25   Q.    When you moved to Michigan, how many people

1          were living in the home?

2     A.   About eight.

3     Q.   **And is that number including yourself?**

4     A.   No.

5     Q.   **Who was living there at the time when you**

6          **moved to Michigan?**

7     A.   My mother, my three sisters, my two brothers,

8          and my son.

9     Q.   **And did they pay you any money to stay there?**

10    A.   No.

11    Q.   **Have you ever collected any money for someone**

12         **staying there?**

13    A.   No.

14    Q.   **Have you ever rented the property?**

15    A.   No.

16    Q.   **And when you moved to Michigan, did you list**

17         **the property for sale at that time?**

18    A.   Not when I -- let me see.  I listed it for

19         sale when I was ready to put it for sale, but

20         I don't know what year it was.

21    Q.   **Why did you list the house for sale?**

22    A.   Because I was moving to Michigan for good.

23    Q.   **So up until the point you listed the house**

24         **for sale, you didn't consider yourself fully**

25         **moved to Michigan?**

1    A.    Uh-huh.

2    Q.    **And then you were promoted to full-time?**

3    A.    (Nodding).

4    Q.    **Prior to your recent -- or your actual sale**

5          **of the property, had you tried to sell the**

6          **property previously?**

7    A.    So you're asking me if I ever tried to sell

8          the property?

9    Q.    **Yes, prior to the sale that has now been**

10         **completed.**

11   A.    What sale that was completed?

12   Q.    **You sold the property; correct?**

13   A.    Okay.

14   Q.    **Did you try to sell the property ever before**

15         **that?**

16   A.    Yes.

17   Q.    **And when did you try to sell the property?**

18   A.    I tried to sell the house.  I don't -- I

19         think it was in 2017 -- no, not 2017.  It

20         would have to be 2015 or 2016.  I'm not sure

21         what year it was.  It would to be '15 or '16.

22   Q.    **And who was your agent at that time?**

23   A.    We didn't have any.

24   Q.    **So it was for sale by owner?**

25   A.    Yes.

```
 1    Q.    Did you receive any offers on the home?
 2    A.    Yes.
 3    Q.    What happened with that?
 4    A.    She got an inspection; and when she did the
 5          inspection, the man said they had Chinese
 6          drywall up in there.
 7    Q.    And when do you think this was?
 8    A.    Like I said, I don't know what year.  2015 or
 9          '16.
10    Q.    At that time did you know that the house had
11          Chinese drywall?
12    A.    Yes.
13    Q.    Did you disclose that the house had Chinese
14          drywall?
15    A.    No.
16    Q.    Why didn't you disclose that?
17    A.    Because I didn't know that would stop from
18          selling the home.
19    Q.    Then why would you not tell them?
20    A.    Like I said, I didn't think that -- by me
21          telling or not saying, I didn't think that it
22          would stop me from -- I didn't think it would
23          stop a purchase deal.
24    Q.    And at that time you were already involved in
25          this lawsuit; correct?
```

```
 1   A.    Yes.
 2   Q.    And how did you think sale of the property
 3         would affect your recovery in this lawsuit?
 4              MR. DOYLE:
 5                   Object to the form of the question.
 6                   You can answer.
 7              THE WITNESS:
 8                   Can you clarify that?
 9   BY MS. JOHNSON:
10   Q.    Did you think that selling the property would
11         affect your rights in this lawsuit?
12              MR. DOYLE:
13                   Object to the form of the question.
14                   You can answer.
15              THE WITNESS:
16                   If I think selling the house would
17              have had -- can you repeat?
18   BY MS. JOHNSON:
19   Q.    How did you think that selling the house
20         might affect your rights in this case?
21              MR. DOYLE:
22                   Object to the form of the question.
23                   You can answer.
24              THE WITNESS:
25                   I don't know.
```

1    A.    Yes.

2    Q.    **And Damien Wiggins is your son; is that**

3          **correct?**

4    A.    That is correct.

5    Q.    **And how old is he?**

6    A.    Twenty-six.

7    Q.    **And what's his profession?**

8    A.    What he do?  Deckhand.

9    Q.    **"Deckhand."  Is that on a boat?**

10   A.    Uh-huh.

11   Q.    **What kind of boat?**

12   A.    I don't know that.

13   Q.    **Do you know where he works?**

14   A.    No, I don't know.

15   Q.    **Is he a certified home inspector?**

16   A.    No.

17   Q.    **Did he complete an inspection report?**

18   A.    An inspection report?

19   Q.    **Yes, like a written document.**

20   A.    No.

21   Q.    **Can you remember what he told you after the**

22         **inspection?**

23   A.    I don't remember.

24   Q.    **You don't remember if he told you there was**

25         **Chinese drywall?**

1   A.   We was looking for -- I think it was -- we

2        were looking for -- we took a picture of

3        it -- he took a picture of it.  And I guess

4        it was a certain name that was on the back of

5        the drywall.

6   Q.   **You both took a picture of it together?**

7   A.   I didn't -- I had -- no, no.  I didn't say we

8        both -- he did.

9   Q.   **Okay.  I thought you said, "We took a**

10       **picture."**

11  A.   No.

12  Q.   **And then he gave you the picture?**

13  A.   What you mean if he gave me the picture?

14  Q.   **You said he took the picture?**

15  A.   Yes.

16  Q.   **Did he give it to you?**

17  A.   He sent it to my lawyer.

18  Q.   **So did he send it to you?**

19  A.   No.

20  Q.   **Did he tell you that you had Chinese drywall?**

21  A.   No, he didn't say that.

22  Q.   **Has he told you anything else about the**

23       **inspection?**

24  A.   No.

25  Q.   **All right.  If you could turn to the tab that**

```
 1          is marked "Supp. Docs Inspection Report,"
 2          which is going to be Exhibit 5.  The other
 3          tab.  There's two that say "Supplemental
 4          Docs."  One says "Inspection Report," and the
 5          other says "Proof of Payoff."
 6   A.     So that's what I'm looking for, "Proof of
 7          Payoff"?
 8   Q.     No.  You're looking at Home Inspection
 9          Report?
10   A.     I'm in it.
11   Q.     Can you go to the first page so I can see
12          visibly that we're on the same thing.  And
13          this is a Home Inspection Report by Deep
14          South Home Inspections completed on May 4,
15          2016.  Have you seen this document before?
16   A.     Yes.
17   Q.     Where have you seen it?
18   A.     In my e-mail.
19   Q.     Why was this inspection completed?
20   A.     Cierra Wilson is the person that was going to
21          purchase the home; so she had an inspection
22          done before purchase.
23   Q.     And this is the sale that ultimately did not
24          go through?
25   A.     Yes.
```

1   A.   No.

2   **Q.   Okay.  If you could turn to -- it's Exhibit**

3       3, so tab 3.  And then from there inside it

4       there's another thing marked Exhibit 3.  Is

5      this a photo of the Knauf Tianjin Chinese

6      drywall found on your property?

7   A.   I guess.

8   **Q.   Have you seen this photo before?**

9   A.   No.

10  **Q.   Is this the photo that your son submitted to**

11      your attorney?

12  A.   Yes.

13  **Q.   And was this photo taken during the**

14      inspection?

15  A.   I would say yes.

16  **Q.   So on January 25, 2014?**

17  A.   Yes.

18  **Q.   And where was this photo taken?**

19  A.   I guess inside my home.  I would have to ask

20      my son.  I'm more than sure he had to go

21      somewhere behind the walls.

22  **Q.   Do you know where this board was located?**

23  A.   Nope.

24  **Q.   Would your son know where the board was**

25      located?

1    A.    Yes.

2    Q.    **He's never told you?**

3    A.    I never asked.

4    Q.    **And was Knauf Tianjin drywall found anywhere**

5          **else in the home?**

6    A.    I don't know.  I'm assuming my whole house

7          was full of it.  It's not going to have just

8          one.

9    Q.    **So you just assumed it was in the rest of the**

10         **house?**

11   A.    Yep.

12   Q.    **Was the rest of the house inspected?**

13   A.    I'm more than sure the whole house was

14         inspected when the inspector went in there.

15         Now, are you asking me if my son inspected

16         the whole house?

17   Q.    **For Chinese drywall, yes.**

18   A.    You would have to ask him.

19   Q.    **So you don't know if he found Knauf Tianjin**

20         **drywall anywhere else?**

21   A.    He never said.

22   Q.    **Are there other photos of Chinese drywall**

23         **that you have?**

24   A.    I don't have a photo.

25   Q.    **How did you submit the Plaintiff Fact Sheet**

1            any discussions she has in any way.

2        MS. JOHNSON:

3            This is about completing a form.

4        MR. DOYLE:

5            You asked her if she verified

6            everything that was in there.  How it

7            was compiled is immaterial.  It's

8            compiled, produced in response to the

9            discovery document and the deadlines

10           imposed by the Court; so that's --

11       MS. JOHNSON:

12           Jimmy, I'm not trying to get you

13           stuck in a weird place.  I am

14           literally -- she said she recognized

15           this entire document and she doesn't

16           recognize this photo; so we need to

17           figure it out.

18       THE WITNESS:

19           You just presented the photo to me.

20           You didn't even tell me what was in

21           the back of here.

22   BY MS. JOHNSON:

23   **Q.   This whole thing was an exhibit.**

24   A.   Yeah, but I never seen this photo until just

25        now.

```
 1   A.    At my home.
 2   Q.    How do you know that?
 3   A.    Because my son told me.
 4   Q.    How do you know this is the photo he took?
 5   A.    I don't know.
 6   Q.    Then how do you know this photo is in your
 7         home?
 8   A.    Because my son told me.  He has no reason to
 9         tell a story.
10   Q.    But you don't know that this is the photo
11         that he took?
12             MR. DOYLE:
13                 Object to the form of the question.
14                 You can answer.
15             THE WITNESS:
16                 I don't know.
17   BY MS. JOHNSON:
18   Q.    So I'm going to try to state what I think
19         you're saying, but correct me if I'm wrong.
20         You're saying that you know that your son
21         took a photo of the Chinese drywall in the
22         home, but you're not confident this is the
23         photo because you'd never seen it?
24   A.    I'm saying I never seen the photo.
25   Q.    Okay.  So then how do you know that this
```

1    A.    I don't remember.

2    **Q.    Did you fill out this form at the same time**

3          you completed the Plaintiff Fact Sheet?

4    A.    I don't remember.

5    **Q.    Do you have any idea what year this form was**

6          completed?

7    A.    No.

8    **Q.    Do you remember filling this form out in the**

9          last two years?

10   A.    I don't remember.

11   **Q.    But this is your handwriting on this form?**

12   A.    That is.

13   **Q.    If we could go to Exhibit 2, tab 2, and if**

14         you could flip to the exhibit at the back,

15         it's the last two pages of the full

16         document -- or just the very last page,

17         actually.

18             Can I see your binder quickly to make

19         sure it's the same as mine.

20             Okay.  So the last page before the

21         divider which says "Section VII," on top of

22         it "Loss of Use/Loss of Enjoyment."  Do you

23         recognize this document?

24   A.    Yes.

25   **Q.    Did you prepare this document?**

```
 1   A.    Yes.
 2   Q.    Do you know when you completed this document?
 3   A.    No.
 4   Q.    Was it completed with the Supplemental
 5         Plaintiff Profile Form?
 6   A.    I don't remember.
 7   Q.    And did you type this document?
 8   A.    Yes.
 9   Q.    You say $275,000 is the amount of damages
10         here; is that correct?
11   A.    Yes.
12   Q.    How did you calculate that number?
13   A.    Because a Judge Fallon, he gave two
14         plaintiffs 25,000 a year for their damages.
15   Q.    So did you calculate this amount by years
16         you've owned the home or by years you've
17         lived in the home?
18   A.    Years I've owned and lived.
19   Q.    Was there no point in which you owned the
20         home but didn't live there?
21   A.    There was always someone in the home.  Like,
22         I mean, I already told you, I was going back
23         and forth from Louisiana to Michigan.
24   Q.    What about you specifically?
25   A.    Me, specifically, yeah, there were times when
```

```
 1          I wasn't in the home.
 2   Q.    Okay.  And if you could flip to -- there's,
 3          like, a divider and then the next is a W-9
 4          Form.  Do you recognize this document?
 5   A.    Yes.
 6   Q.    Did you prepare this document?
 7   A.    Yes.  It's my handwriting.
 8   Q.    And it's dated April 1, 2018?
 9   A.    Yep -- no.  It's dated April 2nd -- oh,
10          yeah.  I'm looking at the top.  I'm sorry.
11   Q.    I was trying to find it, too.
12   A.    I'm sorry.
13   Q.    No.  It's okay.  So where does it say
14          April 2nd?  I believe you, but --
15   A.    There at the top.
16   Q.    And to the best of your knowledge, is the
17          information contained within this document
18          accurate?
19   A.    Yep.
20   Q.    And if you could flip to the next one.  This
21          is the Act of Sale.  We've already reviewed
22          this one; is that correct?
23   A.    Yes.
24   Q.    And you said this is a copy of the Act of
25          Sale?
```

1           Chinese drywall?

2    A.    I don't remember that, either.

3    Q.    **But it was before the inspection?**

4    A.    I don't remember.

5    Q.    **Earlier I think you said that you had the**

6          **inspection done because you heard of Chinese**

7          **drywall.**

8    A.    What inspection is that?  You're talking

9          about with my son?

10   Q.    **Yes.**

11   A.    Yes.

12   Q.    **So you first heard of issues of Chinese**

13         **drywall before the inspection by your son?**

14   A.    I don't remember when I first heard of it.

15   Q.    **Okay.  Then why did your son inspect the**

16         **home?**

17   A.    I said I don't remember when I first heard of

18         it.  But in order to -- for my son to

19         inspect, had to be a reason why he went and

20         inspect.

21   Q.    **Okay.  So my question was:  Was it before**

22         **your son's inspection?**

23   A.    Yes.

24   Q.    **And when did you first hear about lawsuits**

25         **concerning Chinese drywall?**

```
 1   A.   I don't remember that.
 2   Q.   Did you ever receive anything in the mail
 3        telling you about Chinese drywall?
 4   A.   I think so.  I'm not sure.
 5   Q.   What do you think you may have received?
 6   A.   I think I received a letter.
 7   Q.   Do you know who the letter was from?
 8   A.   I don't remember that.
 9   Q.   Was it from Interior Exterior Building
10        Supply?
11   A.   I don't remember the name.
12   Q.   Was it from Lowe's?
13   A.   I don't remember.
14   Q.   Was it from an attorney?
15   A.   I don't remember.
16   Q.   What did the letter say?
17   A.   I don't remember exactly, the exact words
18        that was on the letter.
19   Q.   What do you recall it being about?
20   A.   I just know that they said something about
21        they think my home may have Chinese drywall.
22   Q.   And how long after this letter did your son
23        inspect the home?
24   A.   I don't remember.
25   Q.   You think it was within six months?
```

```
 1        tell you ahead of time that I'm going to be
 2        asking, like, the same four or five
 3        questions, and it's going to be tedious and
 4        kind of annoying, but bear with me, if you
 5        will.
 6   A.   Okay.
 7   Q.   The first item is "Samsung front-loader
 8        washer and dryer."  When was this replaced?
 9   A.   I don't know.  I don't remember.
10   Q.   When was it initially purchased?
11   A.   I don't remember.  I know I bought the
12        appliances, like, when I moved into my home,
13        but I don't remember what day it was
14        purchased.
15   Q.   That's okay.  And for these, if you can give
16        me just -- I mean, you know, a range, that's
17        helpful, too.  Like, "when I moved in" is
18        helpful.
19   A.   The majority of the stuff was when I moved
20        in.
21   Q.   Okay.  What happened to the appliance?
22   A.   The washer and dryer?
23   Q.   Yes.
24   A.   It just stopped working.
25   Q.   Do you remember how long you had it?
```

1   A.   I don't remember how long I had it.

2   **Q.   More than five years?**

3   A.   Not more than five.

4   **Q.   Less than five years?**

5   A.   Yes.

6   **Q.   And do you still have the appliance?**

7   A.   No.

8   **Q.   Do you have a receipt for the original**

9   **purchase?**

10  A.   No.

11  **Q.   And the value listed here, is that of the**

12  **original purchase or to replace it?**

13  A.   The value of it was what, ma'am?

14  **Q.   The value you listed as $2,000, is that the**

15  **value of the original appliance or of**

16  **replacing it?**

17  A.   That was when -- the original value.

18  **Q.   Okay.  Moving on.  The second one is "Samsung**

19  **electric stove."  When was this replaced?**

20  A.   I don't remember when I replaced it.

21  **Q.   When did you originally purchase it?**

22  A.   The stove, dishwasher, and microwave came

23       with the house.  These are the prices that I

24       paid to replace the original parts that was

25       already -- I mean, the items that was already

1          in the house.

2    Q.    So that applies to numbers 2, 3 and 4?

3    A.    Yes.

4    Q.    And do you still have the original

5          appliances?

6    A.    No.

7    Q.    And do you have receipts for the replacement

8          appliances?

9    A.    No.

10   Q.    Did you replace all of them at the same time?

11   A.    No, I didn't replace all of them at the same

12         time.

13   Q.    Do you recall the order in which you replaced

14         them?

15   A.    I think it was stove, then the microwave,

16         then the dishwasher.

17   Q.    And do you have any idea how long you had the

18         appliances?

19   A.    No.

20   Q.    Was it less than five years?

21   A.    Yes.

22   Q.    Okay.  If you could look at item 5.  It says

23         "Replace central air-conditioning."  When did

24         you replace the central air-conditioning?

25   A.    The first time it was -- I know it was -- I

1      can't remember, but I know that it was less

2      than two years that I was in the home.

3  Q.  **And what happened to the central**

4      air-conditioning?

5  A.  It wasn't working.  It wasn't blowing any

6      cool air.

7  Q.  **And do you have a receipt for this purchase?**

8  A.  No.

9  Q.  **Do you still have the original**

10     air-conditioning?

11 A.  No.

12 Q.  **Okay.  And then moving on to item 6, which**

13     is -- I'm guessing -- is the second time you

14     replaced the central air-conditioning?

15 A.  Yes.

16 Q.  **And do you have any idea when you replaced**

17     it?

18 A.  No.

19 Q.  **Was it within five years of replacing the**

20     first one?

21 A.  Yes.

22 Q.  **And do you still have the original appliance?**

23 A.  No.

24 Q.  **And what happened to the original appliance?**

25 A.  When the house burned down.

```
 1   Q.   So -- the one that was replaced, or the
 2        original one?
 3   A.   Which one are you asking about?  The first
 4        time?  Or the second time?
 5   Q.   I guess this would be technically in the
 6        chain the third one.
 7   A.   Okay.  So you're talking about No. 6?
 8   Q.   Yes.
 9   A.   Okay.  So you're asking what happened to No.
10        6?
11   Q.   Yes.
12   A.   When the house caught on fire.
13   Q.   So it wasn't replaced?
14   A.   What -- you asked me what happened to it.  So
15        when it got damage from the fire.
16   Q.   Okay.  I thought you were saying that No. 6
17        was, like, the one that was actually
18        replaced.  But you're saying this is the
19        replacement?
20   A.   No.  What I'm saying is that I replaced
21        No. 5 -- I mean, when I bought the house was
22        the original air-condition; so I replaced the
23        original air-condition because it went out.
24      Then the one that I replaced, No. 5, went
25        out; and then I replaced No. 5 with No. 6.
```

| | | |
|---|---|---|
| 1 | Q. | Okay.  Got it.  So what happened to the |
| 2 | | original, then, the very first one that was |
| 3 | | there?  Do you still have it? |
| 4 | A. | No. |
| 5 | Q. | And what about No. 5?  Do you still have it? |
| 6 | A. | No. |
| 7 | Q. | And do you have receipts for any of these |
| 8 | | purchases? |
| 9 | A. | No. |
| 10 | Q. | No. 7 is "Dyson vacuum cleaner."  Do you |
| 11 | | recall when you replaced it? |
| 12 | A. | No. |
| 13 | Q. | Do you recall how long you had it? |
| 14 | A. | No. |
| 15 | Q. | Do you recall when you purchased it? |
| 16 | A. | Nope. |
| 17 | Q. | What happened to it? |
| 18 | A. | Same thing.  It just stopped working. |
| 19 | Q. | And the price listed here, was that its |
| 20 | | original cost or the cost of the replacement? |
| 21 | A. | That's how much I paid for it, original cost. |
| 22 | Q. | And do you still have it? |
| 23 | A. | No. |
| 24 | Q. | Do you have any receipts of this purchase? |
| 25 | A. | No. |

1    Q.    Okay.  No. 8 is "Mac desktop computer."  Do

2          you recall when you replaced this?

3    A.    No.

4    Q.    Do you know how long you had it?

5    A.    No.

6    Q.    Do you know when you purchased it?

7    A.    No.

8    Q.    What happened to it?

9    A.    It never turned -- it never powered back on.

10         One time we turned it off, and it never

11         powered back on.

12   Q.    And the amount or the value listed here, was

13         that the cost of replacing it; or was that

14         how much the original cost?

15   A.    That's how much the original cost.

16   Q.    And do you have receipts for this purchase?

17   A.    No.

18   Q.    Do you still have the Mac desktop computer?

19   A.    No.

20   Q.    Okay.  If you could look at No. 9, "Mac

21         laptop."

22   A.    The same thing happened to the laptop that

23         happened to the computer.

24   Q.    And do you remember when you purchased it?

25   A.    No.

1   Q.   Do you recall when it broke?

2   A.   No.

3   Q.   Do you have an idea of how long you had it?

4   A.   No.

5   Q.   More than two years?

6   A.   I don't know.

7   Q.   And the price, was that of the original?

8   A.   Yes.

9   Q.   And do you have receipts for this purchase?

10  A.   No.

11  Q.   And do you still have the Mac laptop?

12  A.   No.

13  Q.   Okay.  No. 10, "HP 17-inch laptop," what

14       happened to this?

15  A.   It had just lines going across the computer

16       screen.

17  Q.   And when did this happen?

18  A.   I don't remember.

19  Q.   Was it within the last five years?

20  A.   No.

21  Q.   No?  Or you don't know?

22  A.   You said in the last five years?

23  Q.   Yeah.

24  A.   Last five years would be 2014.  I don't know.

25  Q.   Was it before the Mac laptop broke or after

1          the Mac laptop broke?

2    A.    I don't remember.

3    **Q.    And the value listed here, is that the**

4          replacement or the original?

5    A.    The original.

6    **Q.    And do you remember when you purchased the**

7          original?

8    A.    No.

9    **Q.    Do you have receipts of this purchase?**

10   A.    No.

11   **Q.    Do you still have the HP 17-inch laptop?**

12   A.    No.

13   **Q.    Okay.  Going on to No. 11, Toshiba 15-inch**

14         laptop.  When was this replaced?

15   A.    I don't remember.

16   **Q.    And what happened to it?**

17   A.    The same thing, had lines going across the

18         screen.

19   **Q.    Do you remember when you purchased it?**

20   A.    No.

21   **Q.    How long did you have it?**

22   A.    Don't know.

23   **Q.    Do you still have it?**

24   A.    No.

25   **Q.    And the price here, is that the original or**

```
 1        replacement?
 2   A.   Original.
 3   Q.   Do you have receipts for this purchase?
 4   A.   No.
 5   Q.   The next one is No. 12, "55-inch LG LED TV."
 6        Do you know when you replaced this?
 7   A.   No.
 8   Q.   What happened to the TV?
 9   A.   Was playing half picture and, like, little
10        lines going down on the other half of the
11        television.
12   Q.   And do you recall when you originally
13        purchased it?
14   A.   No.
15   Q.   Was it within three years of moving into the
16        home?
17   A.   I don't know.
18   Q.   Do you know how long you had it?
19   A.   No.
20   Q.   Do you still have it?
21   A.   No.
22   Q.   And the price here, was that the original or
23        a replacement?
24   A.   Original.
25   Q.   Do you have receipts for this purchase?
```

1    A.    No.

2    Q.    Okay.  If you could go to No. 13 -- I can't

3          tell what this says.  Is that a "3" circled

4          right there?

5    A.    It was three.

6    Q.    Okay.  So it's three different 32-inch

7          Samsung LED TVs?

8    A.    Yes.

9    Q.    Okay.  And when did those go out?

10   A.    I don't remember.  They didn't go out at the

11         same time.  I don't remember when each

12         individual television went out.

13   Q.    Were they all purchased at the same time?

14   A.    I don't know.

15   Q.    Do you recall when they were purchased?

16   A.    No.

17   Q.    Do you recall how long you had them?

18   A.    No.

19   Q.    What happened to them?

20   A.    They never came on.  They just blacked out.

21   Q.    That's the same for all three of them?

22   A.    Yes.

23   Q.    And the price listed here, was that the

24         original of all three?

25   A.    Yes.

1   Q.   And do you have receipts for this purchase?

2   A.   No.

3   Q.   Okay.  And No. 14, "4 Samsung Blu-ray DVD

4        players?"

5   A.   Uh-huh.

6   Q.   Do you recall when these were purchased?

7   A.   No.

8   Q.   Do you know how long you had them?

9   A.   No.

10  Q.   Do you know when they broke?

11  A.   No.

12  Q.   Was it at the same time?

13  A.   No.

14  Q.   Do you still have them?

15  A.   No.

16  Q.   What happened to them?

17  A.   The Blu-ray disc -- on one of them, they just

18       wouldn't open.  They wouldn't eject.  One of

19       them it would not just come on, wouldn't

20       power on at all.

21  Q.   What about the other two?

22  A.   The same thing happened to them.

23  Q.   "The same thing"?  Both problems, or just

24       one?

25  A.   Both problems.  One -- both problems.

1    Q.    So the other two, both wouldn't eject and

2          they went back --

3    A.    They wouldn't power on.

4    Q.    Okay.  And the price listed here, is that the

5          cost of the original?

6    A.    Yes.

7    Q.    Do you have receipts for this purchase?

8    A.    No.

9    Q.    All right.  And No. 15, "2 floor lamps."  Do

10         you know when you replaced these?

11   A.    No.

12   Q.    What happened to the floor lamps?

13   A.    They shorted out.

14   Q.    By "shorted out," what do you mean?

15   A.    I mean, like, one time when I went to turn

16         the lamp on, it just went and sparked, never

17         came back on.

18   Q.    And that's the same for both of them?

19   A.    Yes.

20   Q.    Did they break at the same time?

21   A.    No, not at the same time.

22   Q.    Were they purchased at the same time?

23   A.    Yes.

24   Q.    Do you recall when they were purchased?

25   A.    No.

1    Q.   Do you know how long you had them?

2    A.   No.

3    Q.   Do you still have them?

4    A.   No.

5    Q.   And the price listed here, was that the

6         original?

7    A.   Yes.

8    Q.   And do you have receipts for this purchase?

9    A.   No.

10   Q.   Okay.  If you could look at No. 16, "3

11        lamps."  What happened to the three lamps?

12   A.   They stopped working.

13   Q.   When?

14   A.   I don't know.

15   Q.   You recall how long you had them?

16   A.   No.

17   Q.   Do you know when you originally purchased

18        them?

19   A.   No.

20   Q.   Was it within two years of purchasing the

21        home?

22   A.   I don't remember.

23   Q.   Do you still have them?

24   A.   No.

25   Q.   The price listed here, was that the original

```
 1         or a replacement?
 2    A.   Original.
 3    Q.   Do you have receipts for this purchase?
 4    A.   No.
 5    Q.   And how do you know that they cost $350?
 6    A.   Because I remember how much I paid for them.
 7    Q.   Do you remember how much you paid for them,
 8         but you don't remember when you bought them?
 9    A.   No.
10    Q.   And is that the same for all of these?
11    A.   Yes.
12    Q.   Okay.  If you could turn to No. 17.  Is
13         this -- that is "2 Xbox 360"?
14    A.   Yes.
15    Q.   And when were these purchased?
16    A.   I don't remember.
17    Q.   And when were they replaced?
18    A.   Don't remember.
19    Q.   How long did you have them?
20    A.   Don't remember.
21    Q.   Less than two years?
22    A.   Don't remember.
23    Q.   And what happened to them?
24    A.   Stopped working.
25    Q.   How did they stop working?
```

1    A.   Not powering on.

2    Q.   **Do you still have them?**

3    A.   No.

4    Q.   **And the price listed here, is that for the**

5         **original cost?**

6    A.   Yes.

7    Q.   **Do you have receipts of this purchase?**

8    A.   No.

9    Q.   **All right.  And No. 18 is "Xbox OneX."  When**

10        **did this break?**

11   A.   Don't remember.

12   Q.   **What happened to it?**

13   A.   Stopped working.

14   Q.   **How did it stop working?**

15   A.   Not powering on.

16   Q.   **How long did you have it for?**

17   A.   Don't remember.

18   Q.   **When did you purchase it?**

19   A.   Don't remember.

20   Q.   **And the price here, is that the original**

21        **cost?**

22   A.   Yes.

23   Q.   **Do you have receipts for this purchase?**

24   A.   No.

25   Q.   **Do you still have it?**

```
1   A.    No.
2   Q.    All right.  No. 19, "PlayStation 3."  When
3         did this break?
4   A.    I don't remember.
5   Q.    What happened to it?
6   A.    It wouldn't take the CD.  It would be powered
7         on, but it wouldn't suck in the CD.
8   Q.    And do you recall how long you had it?
9   A.    No.
10  Q.    Do you still have it?
11  A.    No.
12  Q.    Is the cost here the original?
13  A.    Yes.
14  Q.    Do you have receipts for this purchase?
15  A.    No.
16  Q.    Okay.  No. 20 is "Wii."  When did this break?
17  A.    I don't remember.
18  Q.    When was it purchased?
19  A.    I don't remember.
20  Q.    Was this your Wii?
21  A.    Excuse me.
22  Q.    Was this your Wii?
23  A.    No.
24  Q.    Who's was it?
25  A.    My son's.
```

1   Q.   Did you buy it for him?

2   A.   Yes.

3   Q.   Was it a gift?

4   A.   Yes.

5   Q.   Was it for a special occasion?

6   A.   No.

7   Q.   And the amount listed here, is that the

8        original?

9   A.   Yes.

10  Q.   Do you still have it?

11  A.   No.

12  Q.   Do you have receipts for this purchase?

13  A.   No.

14  Q.   All right.  No. 21 is "2 electric fireplace."

15       What happened to those?

16  A.   The chord started getting hot, and then it

17       just went out.

18  Q.   Did you replace these?

19  A.   No, I did not replace them.

20  Q.   When did these break?

21  A.   I don't remember.

22  Q.   Was it prior to listing the house for sale?

23  A.   I don't remember.

24  Q.   How long were they in the house before they

25       broke?

```
 1   A.   I don't remember.
 2   Q.   Were these in the house when you purchased
 3        it?
 4   A.   No.
 5   Q.   When did you purchase these?
 6   A.   I don't remember.
 7   Q.   Did you buy them together?
 8   A.   Yes.
 9   Q.   And the price listed here, is that for the
10        originals?
11   A.   Yes.
12   Q.   Do you have receipts of this purchase?
13   A.   No.
14   Q.   Do you still have them?
15   A.   No.
16   Q.   Okay.  Item No. 22 is "50-inch Samsung LED
17        TV."  When was this -- when did this break?
18   A.   I don't remember.
19   Q.   What happened to it?
20   A.   It had the little lines coming down in the
21        television.
22   Q.   And when did you purchase it?
23   A.   I don't remember.
24   Q.   And how long did you have it for?
25   A.   I don't remember.
```

1    Q.   And is the price listed the original or

2         replacement?

3    A.   Original.

4    Q.   And do you have receipts for this purchase?

5    A.   No.

6    Q.   Do you still have it?

7    A.   No.

8    Q.   Okay.  And No. 23 is "Ryobi electric

9         weedeater"?

10   A.   Uh-huh.

11   Q.   What happened to this?

12   A.   It stopped spinning.

13   Q.   And when did that happen?

14   A.   I don't remember.

15   Q.   How long did you have it for?

16   A.   I don't remember.

17   Q.   When did you purchase it?

18   A.   I don't remember.

19   Q.   Is the price here the original?

20   A.   Yes.

21   Q.   Do you have receipts for this purchase?

22   A.   No.

23   Q.   Do you still have it?

24   A.   No.

25   Q.   All right.  No. 24 is "Ryobi electric

1           trimmer/edger."  When did this break?

2    A.    I don't remember.

3    **Q.    And what happened to it?**

4    A.    Same thing.  It stopped powering on.

5    **Q.    And how long did you have it for?**

6    A.    I don't remember.

7    **Q.    When did you purchase it?**

8    A.    I don't remember.

9    **Q.    And is this the original purchase cost?**

10   A.    Yes.

11   **Q.    Do you have receipts for this purchase?**

12   A.    No.

13   **Q.    Do you still have it?**

14   A.    No.

15   **Q.    Okay.  No. 25 is "Black & Decker toaster."**

16         When did this break?

17   A.    I don't remember.

18   **Q.    Do you recall how long you had it?**

19   A.    No.

20   **Q.    More than two years?**

21   A.    I don't remember.

22   **Q.    What happened to it?**

23   A.    It stopped working.

24   **Q.    And is this the cost of the replacement?**

25   A.    Original.

1    Q.   Do you have receipts for this purchase?

2    A.   No.

3    Q.   Do you still have it?

4    A.   No.

5    Q.   All right.  No. 26 is "Cuisinart blender."

6         When did this break?

7    A.   I don't remember.

8    Q.   And when did you purchase it?

9    A.   Don't remember.

10   Q.   How long did you have it for?

11   A.   I don't remember.

12   Q.   And the price here, is that the original?

13   A.   Yes.

14   Q.   Do you have receipts for this purchase?

15   A.   No.

16   Q.   Do you still have it?

17   A.   No.

18   Q.   What was wrong with it?

19   A.   It stopped working.

20   Q.   Okay.  No. 27, "Cuisinart food processor."

21        What happened to it?

22   A.   It stopped working.

23   Q.   And do you recall when it stopped working?

24   A.   No.

25   Q.   When did you purchase it?

1   A.   I don't remember.

2   Q.   **Do you remember how long you had it?**

3   A.   No.

4   Q.   **Do you still have it?**

5   A.   No.

6   Q.   **Is this the original cost?**

7   A.   Yes.

8   Q.   **Do you have receipts of this purchase?**

9   A.   No.

10  Q.   **No. 28 is "Cuisinart electric cake mixer."**

11       **When did this stop working?**

12  A.   I don't remember.

13  Q.   **When did you purchase it?**

14  A.   I don't remember.

15  Q.   **What happened to it?**

16  A.   The little thing where you put them in, they

17       stopped moving around the beater -- the

18       blender.

19  Q.   **Do you recall how long you had it?**

20  A.   No.

21  Q.   **Was it more than two years?**

22  A.   I don't remember.

23  Q.   **And is the value the price of the original?**

24  A.   Yes.

25  Q.   **Do you have receipts for this purchase?**

1    A.    No.

2    Q.    **Do you still have it?**

3    A.    No.

4    Q.    **Okay.  And No. 29 "Black & Decker iron," when**

5          **did this break?**

6    A.    I don't remember.

7    Q.    **When did you purchase it?**

8    A.    I don't remember.

9    Q.    **What happened to it?**

10   A.    Sometime -- it would sometimes get hot, and

11         then it stopped getting hot.  It would go to

12         warm and cold, and then all the water would

13         leak out of the iron.  Then one day it didn't

14         come on at all.

15   Q.    **About how long did you have it?**

16   A.    I don't remember.

17   Q.    **And is this the original cost?**

18   A.    Yes.

19   Q.    **And do you have receipts for this purchase?**

20   A.    No.

21   Q.    **Do you still have the iron?**

22   A.    No.

23   Q.    **And how do you know this was the cost?**

24   A.    Because it was all connected to the

25         electrical.

```
 1   Q.    What do you mean, "it was all connected to
 2         the electrical"?
 3   A.    All these plugs was plugged in the wall, all
 4         the electrical fault that was going on.
 5   Q.    I'm sorry.  I think maybe you misheard me.
 6         How do you know this was the price that you
 7         paid?
 8   A.    For the -- what?  For the iron?
 9   Q.    For the iron.
10   A.    Because I remember.
11   Q.    So, again, you remember the price, but you
12         don't even know how long you had it?
13   A.    I don't remember how long I had it.
14   Q.    Or about when you purchased it?
15   A.    I don't remember how long I purchased it.
16   Q.    All right.  No. 30 is "Chi Chi curling flat
17         iron"?
18   A.    Uh-huh.
19   Q.    When did that break?
20   A.    I don't remember.
21   Q.    How long did you have it?
22   A.    I don't remember.
23   Q.    Do you remember when you purchased it?
24   A.    No.
25   Q.    But you remember how much you purchased it
```

1   for?

2   A.   Yes.

3   Q.   **And how much was that?**

4   A.   $100.

5   Q.   **Do you have a receipt of this?**

6   A.   No.

7   Q.   **Do you still have the curling iron?**

8   A.   No.

9   Q.   **And what happened to it?**

10  A.   Stopped getting hot.

11  Q.   **All right.  No. 31, "Andis clippers."  What**

12       **happened to this?**

13  A.   That shorted out.

14  Q.   **Do you remember when this happened?**

15  A.   Don't remember.

16  Q.   **Do you know how long you had it?**

17  A.   No.

18  Q.   **Do you remember when you purchased it?**

19  A.   No.

20  Q.   **How much did you purchase it for?**

21  A.   $70.

22  Q.   **Do you have a receipt of this purchase?**

23  A.   No.

24  Q.   **Do you still have it?**

25  A.   No.

1   Q.   No. 32, "Mr. Coffee coffeemaker."  What

2        happened to it?

3   A.   Stopped working.

4   Q.   When?

5   A.   Don't remember.

6   Q.   Do you know when you purchased it?

7   A.   No.

8   Q.   Do you know how long you had it?

9   A.   No.

10  Q.   Do you know how much you purchased it for?

11  A.   No -- I just told you how much I purchased it

12       for.  It's on the list.

13  Q.   For the Mr. Coffee coffeemaker?

14  A.   $70.

15  Q.   So how much did you purchase the coffeemaker

16       for?

17  A.   $70.

18  Q.   Do you have receipts of that purchase?

19  A.   No.

20  Q.   Do you still have it?

21  A.   No.

22  Q.   All right.  No. 33, "electric can opener,

23       Cuisinart," do you know when this broke?

24  A.   No.

25  Q.   Do you know when you purchased it?

1   A.   No.

2   Q.   **Do you know how long you had it?**

3   A.   No.

4   Q.   **What happened to it?**

5   A.   It stopped powering on.

6   Q.   **Do you know if you have receipts for this**

7        **purchase?**

8   A.   No.

9   Q.   **Do you know how much this purchase is for?**

10  A.   $64.

11  Q.   **Do you still have it?**

12  A.   No.

13  Q.   **All right.  No. 34, "clock/wall clocks."  How**

14       **many clocks is this referring to?**

15  A.   I had three, and one wall clock.

16  Q.   **So three clocks and one wall clock?**

17  A.   Uh-huh.

18  Q.   **And what happened to those?**

19  A.   It stopped working.

20  Q.   **And how much did the wall clock cost?**

21  A.   Wall clock?  About $200.

22  Q.   **And then how much did each clock cost?**

23  A.   About $33.

24  Q.   **And what kind of clocks were they?**

25  A.   It was electrical clocks that you plug into

1      the wall.

2   Q.   And what about the wall clock?

3   A.   The same.

4   Q.   And do you remember when these broke?

5   A.   No.

6   Q.   Do you know how long you had them?

7   A.   No.

8   Q.   Did you buy them all at the same time?

9   A.   No.

10  Q.   Do you know how many years apart you

11       purchased them?

12  A.   I bought the three clocks at one time, and I

13       didn't buy the wall clock at the same time.

14      I don't remember in between how much time

15       they had apart.

16  Q.   And did they all break at the same time?

17  A.   No.

18  Q.   Do you know what timeframe it was that they

19       broke within?

20  A.   No.

21  Q.   Did they all break within four years of each

22       other?

23  A.   I don't know.

24  Q.   Do you have receipts of this purchase?

25  A.   No.

1   Q.   Do you still have them?

2   A.   No.

3   Q.   Okay.  No. 35, "2 iPhone, two Galaxy cell

4        phones."  Is this four cell phones total?

5   A.   Yes.

6   Q.   When did these break?

7   A.   I don't remember.

8   Q.   Do you know how long you had them?

9   A.   No.

10  Q.   Did you have them more than two years?

11  A.   I don't know.

12  Q.   Are these all cell phones that you had at the

13       same time, or is this --

14  A.   Individual people.

15  Q.   And when you say "individual people," who are

16       you referring to?

17  A.   My two sons and my husband and I.

18  Q.   And how much did they cost?

19  A.   Are you asking me how much they cost a piece?

20  Q.   Yeah.

21  A.   About $800.

22  Q.   And do you have receipts of this purchase?

23  A.   No.

24  Q.   And do you still have any of them?

25  A.   No.

1    Q.    You sued the insurance company?

2    A.    Yep.  I started to, and they countersued, and

3          we didn't do anything; so we dropped the

4          case.

5    Q.    So did you sue the --

6    A.    No.  We didn't go through with anything.

7    Q.    "No"?  And did the insurance company sue you?

8    A.    No.

9    Q.    So there were never any court proceedings?

10   A.    No.

11   Q.    And what was the resolution of that case?

12   A.    Can you clarify?

13   Q.    How was that finally resolved?

14   A.    We both dropped the case.

15   Q.    And what was your case?

16   A.    Nonpayment.

17   Q.    Nonpayment of what?

18   A.    Insurance money.

19   Q.    What insurance money?

20   A.    They didn't pay the second half of the

21         mortgage that they said was the second loan

22         on the house; so I was trying to get them to

23         pay that money down.

24   Q.    The second one?  Do you mean the HUD

25         mortgage?

```
 1    A.    Yes.
 2    Q.    So they paid the first mortgage?
 3    A.    Yes.
 4    Q.    That was to U.S. Bank?
 5    A.    Yes.
 6    Q.    And what was their claim against you?
 7    A.    Breach of contract.
 8    Q.    What was the basis of that?
 9    A.    I think me not letting them know about me
10          going back and forth to Michigan.
11    Q.    And specifically how was that a breach of
12          contract according to them?
13    A.    I think because if I'm gone for more than 30
14          days, I think -- something like that -- that
15          I have to notify the insurance company.
16    Q.    And was there anything else --
17    A.    No.
18    Q.    -- any other grounds for breach of contract
19          that they were claiming?
20    A.    That's all that I could remember.  I don't
21          know of anything else.
22    Q.    And when was this all resolved?
23    A.    I don't know.
24    Q.    Was it within the last year?
25    A.    Had to be sometime last year.  Maybe 2018.
```

1  Q.    And was there a signed settlement agreement?

2  A.    I don't remember.

3  Q.    I'll mark this as Exhibit 7.  And this is one

4        document that was filed by the insurance

5        company in the lawsuit that was pending in

6      the Eastern District of Louisiana, and it

7        states some facts, and then it also relies on

8        a whole ton of other documents that hopefully

9        we won't go through, but I'm just hoping to

10       go through some of them and confirm the facts

11       because you didn't remember some of the

12       dates.

13 A.    Okay.

14 Q.    Okay.  If you could look at No. 3.  It says

15       "Charles, her sons, and her then-boyfriend

16       derrick McDonald lived there until 2011 when

17       Charles and McDonald moved to Michigan"; is

18       that correct?

19 A.    Yes.

20 Q.    Okay.  No. 4 says "Charles' son, Damien

21       Wiggins, remained living at the house with

22       his girlfriend until November 2015 when

23       Charles's brother, Rory, and his family moved

24       in"; is that correct?

25 A.    Yes.

```
 1   Q.   You can turn the page and look at No. 5.  It
 2        says "Rory and his family moved out of the
 3        property in March 2016"; is that correct?
 4   A.   Yes.
 5   Q.   And No. 6 says "Ms. Charles has not lived in
 6        the house or used it as her residence since
 7        2011"; is that correct?
 8   A.   That's not true.  I never -- there's no such
 9        thing as I never used it.  I was always back
10        and forth.
11   Q.   All right.  And No. 8 says "After Ms.
12        Charles' relatives moved out of the property
13        in March 2016, the property, according to
14        miss Charles, remained 'vacant' until the
15        subject fire on July 10, 2016"; is that
16        correct?
17   A.   Yes.
18   Q.   Okay.  And if you could flip to page 4,
19        please.  Okay.  And No. 14 says "Charles
20        listed the home for sale in March or April of
21        2016 because of Charles and McDonald's desire
22        for financial freedom"; is that correct?
23   A.   I wouldn't say financial freedom.  I just
24        listed the house because I wasn't in
25        Louisiana anymore.
```

1    **Q.    Okay.  Is the first part of the sentence that**

2        says "Charles listed the house for sale in

3        March or April of 2016" correct?

4    A.   I don't know.  I don't know what -- I mean, I

5        don't know.

6    **Q.    Okay.  No. 15 says "By May 8, 2016, all**

7        furniture and some appliances had been

8        removed from the property"; is that correct?

9    A.   Yes.

10   **Q.    And No. 16 says "Charles received an offer**

11       and entered into a purchase agreement for

12       sale of the property, but the agreement was

13       rescinded when the buyer discovered Chinese

14       drywall at the property"; is that correct?

15   A.   Yes.  I received an offer from Cierra, but I

16       don't remember about a purchase agreement.

17   **Q.    Okay.  No. 17 says "Charles failed to**

18       disclose the presence of Chinese drywall

19       despite having retained an attorney to

20       represent her in litigation related to the

21       Chinese drywall several years prior"; is that

22       correct?

23   A.   Are they saying that I didn't tell her about

24       the drywall?

25   **Q.    Yes.**

1    A.    Yes, I did not tell her about the drywall.

2    **Q.    And No. 19, "Shortly thereafter on July 10,**

3          2016, at approximately 1:32 a.m., the

4          property was destroyed by fire"; is that

5          correct?

6              MR. DOYLE:

7                  Object to the form of the question.

8              THE WITNESS:

9                  I don't know.  That's what they

10                 say.  They got the date there.  I

11                 don't know.

12   BY MS. JOHNSON:

13   **Q.    To the best of your knowledge, does that**

14         sound correct?

15   A.    Uh-huh.  Yes.

16   **Q.    All right.  And if you could flip to page 5.**

17         No. 27 states "The property's electricity was

18         turned off"; is that correct?

19   A.    I don't know.  I don't remember.

20   **Q.    Okay.  If we could flip to page 6.  No. 40**

21         states "Wiggins, Charles' son, and Wiggins'

22         girlfriend did not pay rent while they lived

23         at the property"; is that correct?

24   A.    That is correct.

25   **Q.    Then No. 41, "Defendants' subsequent tenants,**

```
 1          Charles' brother, Rory, and Rory's wife, paid
 2          only $700 in rent, which was approximately
 3          $400 less than the total mortgage payment";
 4          is that correct?
 5    A.    That's not.  They never paid rent.
 6    Q.    Were they supposed to pay rent?
 7    A.    Nope.
 8    Q.    Did your husband expect them to pay rent, to
 9          your knowledge?
10    A.    Not to my knowledge.
11    Q.    Okay.  For your -- for information purposes,
12          No. 42 says "McDonald characterized Ms.
13          Charles's renting the property to Wiggins and
14          Rory Charles as 'bad experiences'," in quotes
15         "Because" in quotes, "'it was hard to get
16          money from them'."  I don't need you to
17          confirm that.  I was just --
18    A.    Because I was -- okay.
19    Q.    I just wanted to know if you recalled him
20          talking about the rent.
21    A.    Not to my knowledge.
22    Q.    All right.  If you could flip to page 7.  No.
23          45 -- I think this is a repeat -- "Charles
24          listed the property for sale in March or
25          April of 2016"; is that correct?
```

```
 1              I'm not sure.
 2   BY MS. JOHNSON:
 3   Q.   Do you think that you were giving accurate
 4        testimony when you answered that, yes, it was
 5        March or April of 2016?
 6   A.   I don't remember that.
 7   Q.   Okay.  We also talked about rents paid by
 8        your brother, Rory, and Rory's wife.  You
 9        didn't recall any rents being paid.  If you
10        could flip to page 47 -- actually, I think,
11        46.  Sorry.  And looks like this is in
12        reference to line 11.  "And then so when Rory
13        and his wife were living there, do you know
14        if they had any kind of cable?"
15             You said, "I don't know what they had."
16             Then you were asked, "Did they pay you
17        any type of rent?" To which you said, "Yes,
18        they did."
19             Does this change your recollection of
20        whether you were paid rent?
21             MR. DOYLE:
22                  Object to the form of the question.
23             THE WITNESS:
24                  I don't remember.
25
```

1      after the fire?

2          MR. DOYLE:

3              Object to the form of the question.

4              You can answer.

5          THE WITNESS:

6              I don't remember.

7    BY MS. JOHNSON:

8    **Q.   And can you tell me anything about your**

9         **husband's arrest for arson?**

10   A.   What you mean?  What you want to know about

11        it?

12   **Q.   What happened?  Was he released?**

13   A.   Yes.

14   **Q.   When was he arrested?**

15   A.   I don't remember.

16   **Q.   And it was in connection with the fire at the**

17        **property?**

18   A.   Yes.

19   **Q.   And what was the resolution?**

20   A.   Can you clarify?

21   **Q.   Was he released from jail?**

22   A.   He bond out.

23   **Q.   Did he have a trial?**

24   A.   No.

25   **Q.   Did he have a plea?**

1    A.    Can you clarify?

2    **Q.    Did they find him guilty of arson?**

3    A.    No.  Case dismissed.  No charges.

4    **Q.    Did they ever figure out what caused the**

5          **fire?**

6    A.    I don't know.

7    **Q.    And after the fire, when the -- was the home**

8          **completely demolished after that?**

9    A.    Yes.

10   **Q.    Did you still own it when it was demolished?**

11   A.    Yes.

12   **Q.    And did you photograph the back side of each**

13         **board of Chinese drywall when it was removed?**

14   A.    When the drywall was removed?  Ma'am, they

15         didn't even have nothing left to the house.

16   **Q.    So no?**

17   A.    No.

18   **Q.    Were samples of drywall maintained?**

19   A.    I don't know.

20   **Q.    Did you maintain samples of drywall?**

21   A.    No.

22   **Q.    Has anyone else maintained samples of**

23         **drywall?**

24   A.    I don't know.

25   **Q.    Did you maintain samples of the**

```
 1         air-conditioner, plumbing, electrical?
 2    A.   No.
 3    Q.   Did anyone else?
 4    A.   I don't know.
 5    Q.   Do you have photos of the demolition?
 6    A.   No.
 7    Q.   Does anyone else have photos of the
 8         demolition?
 9    A.   I don't know.
10    Q.   What was the cost of the demolition?
11    A.   I don't remember.
12    Q.   Did you pay it?
13    A.   Yes.
14    Q.   Do you recall when the demolition happened?
15    A.   I don't remember.
16    Q.   Was it in the last five years?
17    A.   I don't remember.
18    Q.   The fire happened in 2016.  Was it after
19         that?
20    A.   It has to be after the fire.
21    Q.   That's an easy one.  You're supposed to take
22         it.
23              Do you have any receipts for the
24         demolition?
25    A.   No.
```

```
 1   Q.   Did you have the company monitor or document

 2        the demolition?

 3   A.   No.

 4   Q.   Did you have a company provide an

 5        environmental report post-remediation --

 6        post-demolition?  I'm sorry.

 7   A.   No.

 8            MS. JOHNSON:

 9                All right.  The moment everyone's

10                been waiting for.  To the extent other

11                documents are identified in the course

12                of this deposition that were not

13                produced but are in the possession,

14                custody and control of the plaintiff,

15                we reserve our right to reopen the

16                deposition, shift cause and to move to

17                strike or an in limine to preclude

18                introducing documents due to the

19                failure to timely produce the

20                documents with the Plaintiff Profile

21                Form, the Supplemental Plaintiff

22                Profile Form, the Plaintiff Fact Sheet

23                and/or at the time of the deposition.

24            MR. DOYLE:

25                And my statement has gotten
```

```
 1
 2                    CERTIFICATE
 3         This certification is valid only for a
      transcript accompanied by my original signature
 4    and original required seal on this certificate.
 5         I, MELISSA M. EVANS, Certified Court
      Reporter in and for the State of Louisiana, as the
 6    officer before whom this testimony was taken, do
      hereby certify that Mardechria Charles McDonald,
 7    after having been first duly sworn by me upon
      authority of R.S. 37:2554, did testify on the 26th
 8    day of June, 2019, as hereinbefore set forth in
      the foregoing 142 pages; that this testimony was
 9    reported by me in the stenotype reporting method,
      was prepared and transcribed by me or under my
10    personal direction and supervision, and is true
      and correct to the best of my ability and
11    understanding; that the transcript has been
      prepared in compliance with the transcript format
12    guidelines required by statute and rules of the
      board; that I am informed about the complete
13    arrangement, financial or otherwise, with the
      person or entity making arrangements for
14    deposition services; that I have acted in
      compliance with the prohibition on contractual
15    relationships, as defined by Louisiana Code of
      Civil Procedure Article 1434 and rules of the
16    board; that I have no actual knowledge of any
      prohibited employment or contractual relationship,
17    direct or indirect, between a court reporting firm
      and any party litigant in this matter, nor is
18    there any such relationship between myself and a
      party litigant in this matter; that I am in no way
19    related to counsel or any of the parties hereto, I
      am in no manner associated with counsel for any of
20    the interested parties to this litigation, and I
      am in no way concerned with the outcome thereof.
21
           This 14th day of July, 2019, St. Bernard,
22    Louisiana.
23
                      Melissa M. Evans
24                    Certified Court Reporter
                      #89007
25
```