

# Home Inspection Report

116 Dufrense, Wallace, LA



**Inspection Date:**
05/04/2016

**Prepared For:**
Cierra Wilson

**Prepared By:**
**Deep South Home Inspection LLC**
**131 A Isle of Cuba** Road
**Schriever, LA  70395**

**(**985) 517-1544
(985) 448-2431 Fax
**sjbecnel0@gmail.com**

**Inspector:**

*Stewart A. Becnel*

Stewart Becnel
State License #10874

© 2016 **Deep South Home Inspection LLC**

5



**EXHIBIT**
**E**

# Table Of Contents

| | |
|---|---|
| REPORT OVERVIEW | 3 |
| STRUCTURE | 7 |
| ROOFING | 8 |
| EXTERIOR | 9 |
| ELECTRICAL | 11 |
| HEATING | 13 |
| COOLING / HEAT PUMPS | 14 |
| INSULATION / VENTILATION | 15 |
| PLUMBING | 16 |
| INTERIOR | 18 |
| APPLIANCES | 20 |
| PHOTO SUMMARY | 21 |
| PHOTO SUMMARY | 22 |
| PHOTO SUMMARY | 23 |
| PHOTO SUMMARY | 24 |
| MAINTENANCE ADVICE | 25 |

This confidential report is prepared exclusively for Cierra Wilson
© 2010 Deep South Home Inspection LLC

# Report Overview

## THE HOUSE IN PERSPECTIVE

This is an average quality 9-year-old home that has been lacking maintenance somewhat.  Apart from the short term need to deal with this lacking maintenance, *the improvements that are recommended in this report are not considered unusual for a home of this age and location.*  Please remember that there is no such thing as a perfect home.

## CONVENTIONS USED IN THIS REPORT

For your convenience, the following conventions have been used in this report.

**Major Concern:**  Denotes a major improvement recommendation that is uncommon for a home of this age or location and or that needs immediate repair or replacement.

**Safety Issue:**  Denotes an observation or recommendation that is considered an immediate safety concern.

**Improve:**  Denotes an improvement recommendation that is common for a building of this age and location that should be anticipated or budgeted over the short term.

**Monitor:**  Denotes an area where further investigation by a specialized contractor and/or monitoring is needed.  Repairs may be necessary.  During the inspection, there was insufficient information or the observation was beyond the scope of the inspection.  Improvements cannot be determined until further investigation or observations are made.

Please note that those observations listed under "Discretionary Improvements" are not essential repairs, but represent logical long-term improvements.

## IMPROVEMENT RECOMMENDATION HIGHLIGHTS / SUMMARY

The following is a synopsis of the potentially significant improvements that should be budgeted for over the short term.  Other significant improvements, outside the scope of this inspection, may also be necessary.  Please refer to the body of this report for further details on these and other recommendations.

### Foundation
- **Improve:** A sheared corner was observed on the front left corner of the home. This implies that some structural movement has occurred, as is typical of most homes. This should be improved.
- **Improve:** Surface deterioration (spalling, crumbling material) was observed on the slab perimeter.  This condition is common in many old homes and does not usually represent a serious structural concern unless there is substantial loss of material.

### Exterior Walls
- **Monitor:** Typical minor cracking was observed on the exterior walls of the house.  This implies that some structural movement of the building has occurred, as is typical of most houses.

### Wood-Boring Insects
- **Monitor:** This home is in an area known for wood destroying insect activity. Wood destroying insect can do a substantial amount of damage to the wood structural components of a home. Any form of wood/soil contact should be avoided. Controlling dampness in the soil around the perimeter of a home, including below porches and in crawl spaces, is recommended. Preventative chemical treatment, performed by a licensed pest control specialist, is also advisable.

### Sloped Roofing
- **Improve:** Minor repairs to the roofing are needed. Damaged or missing roofing material should be repaired. All roof penetrations should be examined and sealed as necessary.
- **Improve:** Exposed Nail Heads need to be sealed.

### Flashings
- **Improve:** The valley flashings are rusting. They should be painted to extend life.

- **Improve:** Nail heads are exposed at the vent stack flashings. They should be sealed to reduce risk of leaks.

## Chimneys
- **Safety Issue: Improve:** The metal chimney should be altered to ensure that it is at least three (3) feet high and at least two (2) feet higher than any obstruction within ten feet.
- **Improve:** The metal chimney has minor surface rust.  It should be painted with an appropriate paint.

## Exterior Walls
- **Improve:** Openings where the siding abuts brick should be caulked and sealed. Also all wall penetrations should be sealed.
- **Monitor:** Typical minor cracking was observed on the exterior walls of the house.  This implies that some structural movement of the building has occurred, as is typical of most houses.
- **Improve:** Damaged siding should be repaired or replaced as needed.
- **Improve:** The loose siding on the rear of the home should be re-secured to avoid wind-damage.
- **Monitor:** Synthetic stucco was observed.  Not only is proper installation technique critical to the performance of this material, but also ongoing maintenance is necessary.  All openings at connection points, around windows and doors, and areas where the stucco abuts brick veneer should be monitored and kept appropriately sealed.
- **Major Concern, Improve:** The stucco wall surfaces show evidence of significant deterioration. While it may be possible to prolong the life of this surface, substantial residing will ultimately be needed.
- **Monitor:** Prior repairs to the synthetic stucco (EIFS) were observed.  They should be monitored.

## Exterior Eaves
- **Improve:** The fascia and soffit trim is loose at the front gable and should be properly secured.

## Windows
- **Improve:** The windows require caulking.

## Doors
- **Improve:** The garage door threshold needs additional support.
- **Improve:** The front door on the home should be refinished.

## Garage
- **Improve:** The garage trim requires caulking.
- **Safety Issue:** The garage door opener did <u>not</u> automatically reverse under resistance to closing. *There is a serious risk of injury, particularly to children, under this condition.* The opener may need the down force adjusted or the unit may need replacement. Recommend a qualified trained professional for further review.  The laser auto-reverse worked properly.
- **Monitor:** The garage, driveway, porches and walkways slabs have typical cracks usually the result of shrinkage and/or settling of the slabs. Cracks more than 1/8" high could present a trip hazard.

## Landscaping
- **Improve:** The mailbox has been damaged, and needs to be remounted.

## Main Panel
- **Monitor:** Black oxidation was noted on the copper wiring in the panel.  Please see note in "Interior/Environmental Issues"

## Distribution Wiring
- **Improve:** Improper electrical connections in the attic should be repaired. All electrical connections should be made inside junction boxes fitted with cover plates.
- **Safety Issue:** All junction boxes should be fitted with cover plates, in order to protect the wire connections.

## Outlets
- **Improve:** The ungrounded 3-prong outlets above the fireplace should be repaired. In some cases a ground wire may be present in the electrical box and simply needs to be connected. Since having a ground increases safety, a grounded circuit could be strung to this outlet, or a separate ground wire could be connected. Some electrical codes allow the installation of a ground fault circuit interrupter (GFCI) type outlet where grounding is not provided. In this case the GFCI may work but can't be tested by normal means.
- **Safety Issue:** The ground fault circuit interrupter (GFCI) outlet in the master bedroom that controls the Jacuzzi did not respond correctly to testing during the inspection. This receptacle should be replaced.

- **Safety Issue:**  The installation of a ground fault circuit interrupter (GFCI) is recommended for kitchen, bathroom, and exterior outlets.  GFCI technology offers increased protection from shock or electrocution.
- **Improve:**  Missing outlet cover plates should be replaced to avoid a shock hazard.

## Lights
- **Improve:**  The lights in the hall bath and on the left rear exterior corner are inoperative. If the bulbs are not blown, the circuits should be repaired.

## Discretionary Improvements
•Current safety practice recommends incorporation of AFCI (Arc Fault Circuit Interrupt) technology on most circuits serving living areas that are not already protected by GFCI technology.  It is suggested that this technology be incorporated during future electrical full or partial upgrades.

## Central Air Conditioning
- **Improve:**  The temperature drop measured across the evaporator coil of the air conditioning system is lower than typical. This usually indicates that servicing is needed. A qualified heating and cooling technician should be consulted to further evaluate this condition and the remedies available.
- **Improve:**  The condensate discharge line for the air conditioning system in the attic should be wrapped with insulation.

## Attic / Roof
- **Improve:**  The passage of air between the soffit vents and the roof cavity appears to be obstructed.  Recommend installing perforated soffit trim panels to allow air into the soffit vents.
- **Improve:**  Exhaust vent pipes from the bathroom(s) should be vented to the building exterior.

## Water Heater
- **Improve:**  The hot water heater is direct wired. A proper disconnect is recommended.

## Supply Plumbing
- **Monitor:**  Black oxidation was noted on the copper piping.  Please see note in "Interior/Environmental Issues"
- **Monitor:**  Corrosion on the exterior of several fixture supply valves was observed.

## Waste / Vent
- **Improve:**  Trap access should be provided for the hall bathtub.

## Fixtures
- **Improve:**  The toilet is loose; recommend securing to the floor as needed.
- **Improve:**  Access to the whirlpool motor should be provided without damaging the building structure or building finish.

## Wall / Ceiling Finishes
- **Improve:**  Damage to the interior finish was observed in many locations.
- **Improve:**  The doorstop is broken off in the master bedroom closet.
- **Improve:**  The toilet paper holder is damaged in the master bathroom.

## Floors
- **Monitor:**  The carpet is stained in various and numerous areas.

## Windows
- **Improve:**  Window hardware is damaged on the dining room window.
- **Improve:**  A window in the breakfast area needs adjustment.
- **Improve:**  Various windows have lost their seals. This has resulted in condensation developing between the panes of glass. This "fogging" of the glass is primarily a cosmetic concern, but may need to be replaced because it has lost its insulating value.
- **Improve:**  Damaged screens were noted on windows on the rear of the home
- **Monitor:**  It may be desirable to replace window screens where missing. The owner should be consulted regarding any screens that may be in storage.
- **Improve:**  There is minor damage to windows in the two left bedrooms.

## Doors
- **Improve:**  The deadbolt receiving plate is missing on the front door.  It should be replaced.
- **Improve:**  Loose door hardware on the garage man door should be repaired.
- **Improve:**  The threshold is loose on the garage man door.

- **Improve:** Weather-stripping improvements are needed at the front exterior doors.
- **Improve:** The front left bedroom door does not close/latch properly.

### Kitchen Counters
- **Improve:** The kitchen countertop is damaged.

### Kitchen Cabinets
- **Improve:** Damaged kitchen cabinet under the sink should be repaired.

### Bathroom Counters
- **Improve:** The countertop backsplash should be caulked.

### Ceiling Fans
- **Improve:** The fan in the front left bedroom is noisy.

### Fireplace
- **Monitor:** It appears that there is no combustion air vent provided for the fireplace. A licensed contractor should investigate and take necessary action.

### Environmental Issues
- **Monitor:** There was copper wiring and piping that had signs of black oxidation. This *may* indicate the presence of tainted drywall. Potentially hazardous substances such as tainted "Chinese" drywall cannot be positively identified without a detailed inspection for these types of substances and a laboratory analysis. This is beyond the scope of a home inspection.

### Discretionary Improvements

In addition to protecting bedrooms, additional smoke detectors are recommended outside sleeping areas within the home.

Install new exterior lock sets upon taking possession of the home.

### Dishwasher
- **Monitor:** The dishwasher drain connection at the waste piping should be verified by a licensed plumber to ensure materials and hookup.

### Waste Disposer
- **Improve:** The throat connection ring on the waste disposer is extremely rusty. In addition, the housing of the waste disposer appears to be cracked and is leaking. The unit should be replaced.

## THE SCOPE OF THE INSPECTION

All components designated for inspection in the LSBHI® Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report.

It is the goal of the inspection to put a homebuyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.

This inspection is visual only. A representative sample of building components are viewed in areas that are accessible at the time of the inspection. No destructive testing or dismantling of building components is performed.

Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

### WEATHER CONDITIONS
Dry weather conditions prevailed at the time of the inspection.
The estimated outside temperature was 72 degrees F.

### RECENT WEATHER CONDITIONS
Occasional rain has been experienced in the days leading up to the inspection.

# Structure

## DESCRIPTION OF STRUCTURE

| | |
|---|---|
| **Foundation:** | •Poured Concrete •Slab on Grade |
| **Floor Structure:** | •Concrete |
| **Wall Structure:** | •Wood Frame, Brick Veneer |
| **Ceiling Structure:** | •Joist |
| **Roof Structure:** | •Rafters •Plywood Sheathing |
| **Attic Method of Inspection:** | •Entered - Inaccessible Areas |

## STRUCTURE OBSERVATIONS

### Positive Attributes
The construction of the home is good quality. The materials and workmanship, where visible, are good.

### General Comments
A licensed general contractor should be consulted to undertake the improvements recommended below.

### RECOMMENDATIONS / OBSERVATIONS

**Foundation**
- **Improve:** A sheared corner was observed on the front left corner of the home. This implies that some structural movement has occurred, as is typical of most homes. This should be improved.
- **Improve:** Surface deterioration (spalling, crumbling material) was observed on the slab perimeter. This condition is common in many old homes and does not usually represent a serious structural concern unless there is substantial loss of material.

**Exterior Walls**
- **Monitor:** Typical minor cracking was observed on the exterior walls of the house. This implies that some structural movement of the building has occurred, as is typical of most houses.

**Wood-Boring Insects**
- **Monitor:** This home is in an area known for wood destroying insect activity. Wood destroying insect can do a substantial amount of damage to the wood structural components of a home. Any form of wood/soil contact should be avoided. Controlling dampness in the soil around the perimeter of a home, including below porches and in crawl spaces, is recommended. Preventative chemical treatment, performed by a licensed pest control specialist, is also advisable.

## LIMITATIONS OF STRUCTURE INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:
- Structural components concealed behind finished surfaces could not be inspected.
- Only a representative sampling of visible structural components were inspected.
- Furniture and/or storage restricted access to some structural components.
- Engineering or architectural services such as calculation of structural capacities, adequacy, or integrity are not part of a home inspection.
- Landscape components /vegetation restricted a view of some exterior areas of the house.
- Backfill height obstructed the view of the slab in various areas.
- Notice: All slabs experience some degree of cracking due to the drying process. In most instances floor coverings prevent recognition of cracks or settlement in all but the most severe cases. Floor coverings are not removed. Wall and roof cavities could not be inspected.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Roofing

## DESCRIPTION OF ROOFING

| | |
|---|---|
| **Roof Covering:** | ●Composite Shingle |
| **Roof Flashings:** | ●Metal ●Roofing Material (Shingles) |
| **Chimneys:** | ●Metal |
| **Method of Inspection:** | ●Viewed with binoculars ●Viewed from Ground |

## ROOFING OBSERVATIONS

**Positive Attributes**
The roof coverings are newer and appear to be in generally good condition.

**General Comments**
A licensed roofing contractor should be consulted to undertake the improvements recommended below.

### RECOMMENDATIONS / OBSERVATIONS

**Sloped Roofing**
- **Improve:** Minor repairs to the roofing are needed. Damaged or missing roofing material should be repaired. All roof penetrations should be examined and sealed as necessary.
- **Improve:** Exposed Nail Heads need to be sealed.

**Flashings**
- **Improve:** The valley flashings are rusting. They should be painted to extend life.
- **Improve:** Nail heads are exposed at the vent stack flashings. They should be sealed to reduce risk of leaks.

**Chimneys**
- **Safety Issue: Improve:** The metal chimney should be altered to ensure that it is at least three (3) feet high and at least two (2) feet higher than any obstruction within ten feet.
- **Improve:** The metal chimney has minor surface rust. It should be painted with an appropriate paint.

## LIMITATIONS OF ROOFING INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:
- Not the entire underside of the roof sheathing is inspected for evidence of leaks.
- Interior finishes may disguise evidence of prior leaks.
- Estimates of remaining roof life are approximations only and do not preclude the possibility of leakage. Leakage can develop at any time and may depend on rain intensity, wind direction, ice build up, and other factors.
- Antennae, chimney/flue interiors that are not readily accessible are not inspected and could require repair.
- Roof inspection may be limited by access, condition, weather, or other safety concerns.
- Portions of the roof were viewed from the ground using binoculars. Some sections of the roof could not be viewed.
- The steep pitch of the roof restricted physical inspection.
- Some sections of the roofing surface were concealed from view.
- The chimney was not entirely visible during the inspection of the roofing system.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Exterior

## DESCRIPTION OF EXTERIOR

| | |
|---|---|
| **Wall Covering:** | •Brick •Artificial Stucco •Vinyl Siding |
| **Eaves, Soffits, and Fascias:** | •Vinyl •Aluminum |
| **Exterior Doors:** | •Metal •Solid Wood |
| **Window/Door Frames and Trim:** | •Metal Windows |
| **Entry Driveways:** | •Concrete |
| **Entry Walkways and Patios:** | •Concrete |
| **Overhead Garage Door(s):** | •Steel -Double •Automatic Opener Installed |
| **Surface Drainage:** | •Graded Away From House |

## EXTERIOR OBSERVATIONS

### General Comments
A licensed contractor should be consulted to undertake the improvements below.

### RECOMMENDATIONS / OBSERVATIONS

### Exterior Walls
- **Improve:** Openings where the siding abuts brick should be caulked and sealed. Also all wall penetrations should be sealed.
- **Monitor:** Typical minor cracking was observed on the exterior walls of the house. This implies that some structural movement of the building has occurred, as is typical of most houses.
- **Improve:** Damaged siding should be repaired or replaced as needed.
- **Improve:** The loose siding on the rear of the home should be re-secured to avoid wind-damage.
- **Monitor:** Synthetic stucco was observed. Not only is proper installation technique critical to the performance of this material, but also ongoing maintenance is necessary. All openings at connection points, around windows and doors, and areas where the stucco abuts brick veneer should be monitored and kept appropriately sealed.
- **Major Concern, Improve:** The stucco wall surfaces show evidence of significant deterioration. While it may be possible to prolong the life of this surface, substantial residing will ultimately be needed.
- **Monitor:** Prior repairs to the synthetic stucco (EIFS) were observed. They should be monitored.

### Exterior Eaves
- **Improve:** The fascia and soffit trim is loose at the front gable and should be properly secured.

### Windows
- **Improve:** The windows require caulking.

### Doors
- **Improve:** The garage door threshold needs additional support.
- **Improve:** The front door on the home should be refinished.

### Garage
- **Improve:** The garage trim requires caulking.
- **Safety Issue:** The garage door opener did <u>not</u> automatically reverse under resistance to closing. ***There is a serious risk of injury, particularly to children, under this condition.*** The opener may need the down force adjusted or the unit may need replacement. Recommend a qualified trained professional for further review. The laser auto-reverse worked properly.
- **Monitor:** The garage, driveway, porches and walkways slabs have typical cracks usually the result of shrinkage and/or settling of the slabs. Cracks more than 1/8" high could present a trip hazard.

### Landscaping
- **Improve:** The mailbox has been damaged, and needs to be remounted.

## LIMITATIONS OF EXTERIOR INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:

- A representative sample of exterior components was inspected rather than every occurrence of components. (Except windows and doors.)
- The inspection does not include an assessment of geological, geotechnical, or hydrological conditions, or environmental hazards.
- Screening, shutters, awnings, or similar seasonal accessories, fences, recreational facilities, outbuildings, seawalls, break-walls, docks, erosion control and earth stabilization measures are not inspected unless specifically agreed-upon and documented in this report.
- Landscape components /vegetation restricted a view of some exterior areas of the house.
- There was an absence of historical evidence due to the installation of vinyl siding.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Electrical

## DESCRIPTION OF ELECTRICAL

| | |
|---|---|
| **Size of Electrical Service:** | •120/240 Volt Main Service - Service Size: 200 Amps |
| **Service Drop:** | •Underground |
| **Service Entrance Conductors:** | •Copper |
| **Main Disconnect:** | •Distribution Panel- 200 Amps •Breakers •Located:  Garage |
| **Service Grounding:** | •Ground Rod Connection |
| **Distribution Wiring:** | •Copper |
| **Wiring Method:** | •Non-Metallic Cable "Romex" |
| **Switches & Receptacles:** | •Grounded |
| **Ground Fault Circuit Interrupters:** | •Bathroom(s) •Whirlpool •Exterior •Kitchen (some) |

## ELECTRICAL OBSERVATIONS

### Positive Attributes
The electrical panel is well arranged and all fuses/breakers are properly sized.  Generally speaking, the electrical system is in good order.

### General Comments
A licensed electrician should be consulted to undertake the repairs recommended below.

### RECOMMENDATIONS / OBSERVATIONS

**Main Panel**
- **Monitor:** Black oxidation was noted on the copper wiring in the panel.  Please see note in "Interior/Environmental Issues"

**Distribution Wiring**
- **Improve:** Improper electrical connections in the attic should be repaired. All electrical connections should be made inside junction boxes fitted with cover plates.
- **Safety Issue:** All junction boxes should be fitted with cover plates, in order to protect the wire connections.

**Outlets**
- **Improve:** The ungrounded 3-prong outlets above the fireplace should be repaired. In some cases a ground wire may be present in the electrical box and simply needs to be connected. Since having a ground increases safety, a grounded circuit could be strung to this outlet, or a separate ground wire could be connected. Some electrical codes allow the installation of a ground fault circuit interrupter (GFCI) type outlet where grounding is not provided. In this case the GFCI may work but can't be tested by normal means.
- **Safety Issue:** The ground fault circuit interrupter (GFCI) outlet in the master bedroom that controls the Jacuzzi did not respond correctly to testing during the inspection. This receptacle should be replaced.
- **Safety Issue:** The installation of a ground fault circuit interrupter (GFCI) is recommended for kitchen, bathroom, and exterior outlets.  GFCI technology offers increased protection from shock or electrocution.
- **Improve:** Missing outlet cover plates should be replaced to avoid a shock hazard.

**Lights**
- **Improve:** The lights in the hall bath and on the left rear exterior corner are inoperative. If the bulbs are not blown, the circuits should be repaired.

**Discretionary Improvements**
•Current safety practice recommends incorporation of AFCI (Arc Fault Circuit Interrupt) technology on most circuits serving living areas that are not already protected by GFCI technology.  It is suggested that this technology be incorporated during future electrical full or partial upgrades.

## LIMITATIONS OF ELECTRICAL INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:

- Electrical components concealed behind finished surfaces are not inspected.
- Only accessible outlets and light fixtures were tested.
- Furniture and/or storage restricted access to some electrical components, which may not be inspected.
- The inspection does not include remote control devices, alarm systems and components, low voltage wiring, systems, and components, ancillary wiring, systems, and other components, which are not part of the primary electrical power distribution system.
- The ground connection for the electrical service was not visible at the time of the inspection.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Heating


## DESCRIPTION OF HEATING

| | |
|---|---|
| **Energy Source:** | •Electricity |
| **Heating System Type:** | •Forced Air Furnace |
| | •Manufacturer: Ruud |
| | •Model Number: RH1P4821STANJA |
| | •Serial Number: W341503796 |
| | •Mfg. Date: 9/2015 |
| **Heat Distribution Methods:** | •Ductwork |

## HEATING OBSERVATIONS

### Positive Attributes
This is a new system that should have years of useful life remaining. Regular maintenance will, of course, be necessary.

### General Comments
To avoid unnecessary stress on the system, the heating system was not tested because the air conditioning system was operating.

### RECOMMENDATIONS / OBSERVATIONS
See above.

## LIMITATIONS OF HEATING INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:
- The adequacy of heat supply or distribution balance is not inspected.
- The interiors of flues or chimneys, which are not readily accessible, are not inspected.
- The furnace heat exchanger, humidifier, or dehumidifier, and electronic air filters are not inspected.
- Solar space heating equipment/systems are not inspected.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.
- To avoid unnecessary stress on the system, the heating system was not tested because the air conditioning system was operating.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Cooling / Heat Pumps

## DESCRIPTION OF COOLING / HEAT PUMPS

| | |
|---|---|
| **Energy Source:** | •Electricity •240 Volt Power Supply |
| **Central System Type:** | •Manufacturer:  Ruud |
| | •Model Number:  RA1442AJ1NA |
| | •Serial Number:  W301526389 |
| | •Mfg. Date:  7/2015 |
| | •Temperature Differential:  13.5°F |

## COOLING / HEAT PUMPS OBSERVATIONS

### Positive Attributes
This is a new system that should have years of useful life remaining. Regular maintenance will, of course, be necessary.

### General Comments
A licensed HVAC contractor should be consulted to undertake the improvements recommended below.

### RECOMMENDATIONS / OBSERVATIONS
#### Central Air Conditioning
- **Improve:**  The temperature drop measured across the evaporator coil of the air conditioning system is lower than typical. This usually indicates that servicing is needed. A qualified heating and cooling technician should be consulted to further evaluate this condition and the remedies available.
- **Improve:**  The condensate discharge line for the air conditioning system in the attic should be wrapped with insulation.

## LIMITATIONS OF COOLING / HEAT PUMPS INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:
- Window mounted air conditioning units are not inspected.
- The cooling supply adequacy or distribution balance are not inspected.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

**This confidential report is prepared exclusively for Cierra Wilson**
© 2010 Deep South Home Inspection LLC

# Insulation / Ventilation

## DESCRIPTION OF INSULATION / VENTILATION

| | |
|---|---|
| **Attic Insulation:** | • 8-10 inches Blown Fiberglass in Attic |
| | • 4-6 inches roll Out Fiberglass on Knee walls |
| **Exterior Wall Insulation:** | • Unknown |
| **Roof Ventilation:** | • Ridge Vents • Soffit Vents |
| **Exhaust Fan/vent Locations:** | • Bathrooms |
| **Attic Method of Inspection:** | • Entered - Inaccessible Areas |
| **Vapor Barrier:** | • Not Visible |

## INSULATION / VENTILATION OBSERVATIONS

### Positive Attributes
This is a well-insulated home.

### General Comments
A licensed insulation contractor should be consulted to undertake the improvements recommended below.

### RECOMMENDATIONS / ENERGY SAVING SUGGESTIONS

**Attic / Roof**
- **Improve:** The passage of air between the soffit vents and the roof cavity appears to be obstructed. Recommend installing perforated soffit trim panels to allow air into the soffit vents.
- **Improve:** Exhaust vent pipes from the bathroom(s) should be vented to the building exterior.

## LIMITATIONS OF INSULATION / VENTILATION INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:

- Insulation/ventilation type and levels in concealed areas are not inspected. Insulation and vapor barriers are not disturbed and no destructive tests (such as cutting openings in walls to look for insulation) are performed.
- Potentially hazardous materials such as Asbestos and Urea Formaldehyde Foam Insulation (UFFI) cannot be positively identified without a detailed inspection and laboratory analysis. This is beyond the scope of the inspection.
- An analysis of indoor air quality is not part of our inspection unless explicitly contracted-for and discussed in this or a separate report.
- Any estimates of insulation R values or depths are rough average values.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.
- No access was gained to the wall cavities of the home.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Plumbing

## DESCRIPTION OF PLUMBING

| | |
|---|---|
| **Water Supply Source:** | •Public Water Supply |
| **Service Pipe to House:** | •Copper |
| **Main Water Valve Location:** | •Front Exterior |
| **Interior Supply Piping:** | •Copper |
| **Waste System:** | •Public Sewer System |
| **Drain, Waste, & Vent Piping:** | •Plastic |
| **Water Heater:** | •Electric |
| | •Approximate Capacity (in gallons): 50 |
| | •Manufacturer: A. O. Smith |
| | •Model Number: ECT 52 200 |
| | •Serial Number: F05J048088 |
| | •Mfg. Date: 6/2005 |

## PLUMBING OBSERVATIONS

### Positive Attributes
The plumbing system is in generally good condition.

### General Comments
A licensed plumber should be consulted to undertake the improvements below.

### RECOMMENDATIONS / OBSERVATIONS

### Water Heater
- **Improve:** The hot water heater is direct wired. A proper disconnect is recommended.

### Supply Plumbing
- **Monitor:** Black oxidation was noted on the copper piping. Please see note in "Interior/Environmental Issues"
- **Monitor:** Corrosion on the exterior of several fixture supply valves was observed.

### Waste / Vent
- **Improve:** Trap access should be provided for the hall bathtub.

### Fixtures
- **Improve:** The toilet is loose; recommend securing to the floor as needed.
- **Improve:** Access to the whirlpool motor should be provided without damaging the building structure or building finish.

## LIMITATIONS OF PLUMBING INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions:
- Portions of the plumbing system concealed by finishes and/or storage (below sinks, etc.), below the structure, or beneath the ground surfaces are not inspected.
- Water quantity and water quality are not tested unless explicitly contracted-for and discussed in this or a separate report.
- Clothes washing machine connections are not inspected.
- Interiors of flues or chimneys, which are not readily accessible, are not inspected.
- Water conditioning systems, solar water heaters, fire and lawn sprinkler systems, and private waste disposal systems are not inspected unless explicitly contracted-for and discussed in this or a separate report.
- Gas piping is not pressure tested.
- Some areas of the attic for the home were inaccessible due to height, ductwork, configuration and open joist.
- Blown insulation obstructed the view of some of the components in the attic.
- The hall trap was not accessible during the inspection due to storage.

**This confidential report is prepared exclusively for Cierra Wilson**
© 2010 Deep South Home Inspection LLC

**116 Dufrense, Wallace, LA**  Page 17 of 26

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Interior

## DESCRIPTION OF INTERIOR

| | |
|---|---|
| **Wall and Ceiling Materials:** | •Drywall |
| **Floor Surfaces:** | •Carpet •Tile •Laminated Wood |
| **Window Type(s) & Glazing:** | •Double/Single Hung •Fixed Pane |
| **Doors:** | •Wood-Hollow Core |
| **Fireplace Type:** | •Zero Clearance |

## INTERIOR OBSERVATIONS

### General Comments
A licensed contractor should be consulted to undertake the improvements below.

### RECOMMENDATIONS / OBSERVATIONS

### Wall / Ceiling Finishes
- **Improve:** Damage to the interior finish was observed in many locations.
- **Improve:** The doorstop is broken off in the master bedroom closet.
- **Improve:** The toilet paper holder is damaged in the master bathroom.

### Floors
- **Monitor:** The carpet is stained in various and numerous areas.

### Windows
- **Improve:** Window hardware is damaged on the dining room window.
- **Improve:** A window in the breakfast area needs adjustment.
- **Improve:** Various windows have lost their seals. This has resulted in condensation developing between the panes of glass. This "fogging" of the glass is primarily a cosmetic concern, but may need to be replaced because it has lost its insulating value.
- **Improve:** Damaged screens were noted on windows on the rear of the home
- **Monitor:** It may be desirable to replace window screens where missing. The owner should be consulted regarding any screens that may be in storage.
- **Improve:** There is minor damage to windows in the two left bedrooms.

### Doors
- **Improve:** The deadbolt receiving plate is missing on the front door.  It should be replaced.
- **Improve:** Loose door hardware on the garage man door should be repaired.
- **Improve:** The threshold is loose on the garage man door.
- **Improve:** Weather-stripping improvements are needed at the front exterior doors.
- **Improve:** The front left bedroom door does not close/latch properly.

### Kitchen Counters
- **Improve:** The kitchen countertop is damaged.

### Kitchen Cabinets
- **Improve:** Damaged kitchen cabinet under the sink should be repaired.

### Bathroom Counters
- **Improve:** The countertop backsplash should be caulked.

### Ceiling Fans
- **Improve:** The fan in the front left bedroom is noisy.

### Fireplace
- **Monitor:** It appears that there is no combustion air vent provided for the fireplace.  A licensed contractor should investigate and take necessary action.

**This confidential report is prepared exclusively for Cierra Wilson**
© 2010 Deep South Home Inspection LLC

### Environmental Issues

- **Monitor:**  There was copper wiring and piping that had signs of black oxidation. This *may* indicate the presence of tainted drywall. Potentially hazardous substances such as tainted "Chinese" drywall cannot be positively identified without a detailed inspection for these types of substances and a laboratory analysis. This is beyond the scope of a home inspection.

### Discretionary Improvements

In addition to protecting bedrooms, additional smoke detectors are recommended outside sleeping areas within the home.

Install new exterior lock sets upon taking possession of the home.

## LIMITATIONS OF INTERIOR INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions

- Furniture, storage, appliances and/or wall hangings are not moved to permit inspection and may block defects.
- Carpeting, window treatments, central vacuum systems, household appliances, recreational facilities, paint, wallpaper, and other finish treatments are not inspected.
- Recent renovations and/or interior painting concealed historical evidence.
- The adequacy of the fireplace draw cannot be determined during a visual inspection.
- Potentially hazardous substances (such as asbestos, lead, Chinese drywall, mold, etc.) cannot be positively identified without a detailed inspection for these types of substances and a laboratory analysis. This is beyond the scope of a home inspection.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.

# Appliances

## DESCRIPTION OF APPLIANCES

| | |
|---|---|
| **Appliances Tested:** | •Electric Range •Microwave Oven •Dishwasher •Waste Disposer |
| **Laundry Facility:** | •240 Volt Circuit for Dryer •Dryer Vented to Building Exterior •120 Volt Circuit for Washer |
| **Other Components Tested:** | •Door Bell |

## APPLIANCES OBSERVATIONS

### Positive Attributes
Most of the major appliances in the home are newer.

### General Comments
A licensed appliance repair contractor should be consulted to undertake the improvements below.

### RECOMMENDATIONS / OBSERVATIONS

### Dishwasher
- **Monitor:** The dishwasher drain connection at the waste piping should be verified by a licensed plumber to ensure materials and hookup.

### Waste Disposer
- **Improve:** The throat connection ring on the waste disposer is extremely rusty. In addition, the housing of the waste disposer appears to be cracked and is leaking. The unit should be replaced.

## LIMITATIONS OF APPLIANCES INSPECTION

As we have discussed and as described in your inspection contract, this is a visual inspection limited in scope by (but not restricted to) the following conditions
- Thermostats, timers and other specialized features and controls are not tested.
- The temperature calibration, functionality of timers, effectiveness, efficiency and overall performance of appliances is outside the scope of this inspection.
- The microwave oven was not tested because packing materials were still inside.

Please also refer to the pre-inspection contract for a detailed explanation of the scope of this inspection.


**This confidential report is prepared exclusively for Cierra Wilson**
© 2010 Deep South Home Inspection LLC

# Photo Summary

Cracks in synthetic stucco



Damage to synthetic stucco



Prior repairs to synthetic stucco



Damage to synthetic stucco



Surface deterioration on side of slab



Prior repair on slab



# Photo Summary

Seal where siding meets brick



A/C disconnect



Backfill height excessive



Ants entering walls.



Typical hairline crack on wall



Minor damage on front door



# Photo Summary

Soffit and fascia wrap loose



Front door frame damaged



Apparent ant activity in window frame



A/C evaporator coil



Window damaged



Corroded mounting collar on waste disposer
Waste disposer also cracked



# Photo Summary

Damage in kitchen cabinet



Copper pipe black/ chrome trim rusted
Possible indications of Chinese drywall



Copper pipe black



Faucets on Jacuzzi corroding



Main distribution panel



Improper splices



# Maintenance Advice

## UPON TAKING OWNERSHIP

After taking possession of a new home, there are some maintenance and safety issues that should be addressed immediately. The following checklist should help you undertake these improvements:

❑ Change the locks on all exterior entrances, for improved security.

❑ Check that all windows and doors are secure. Improve window hardware as necessary. Security rods can be added to sliding windows and doors. Consideration could also be given to a security system.

❑ Install smoke detectors on each level of the home. Ensure that there is a smoke detector outside all sleeping areas. Replace batteries on any existing smoke detectors and test them. Make a note to replace batteries again in one year.

❑ Create a plan of action in the event of a fire in your home. Ensure that there is an operable window or door in every room of the house. Consult with your local fire department regarding fire safety issues and what to do in the event of fire.

❑ Examine driveways and walkways for trip hazards. Undertake repairs where necessary.

❑ Examine the interior of the home for trip hazards. Loose or torn carpeting and flooring should be repaired.

❑ Undertake improvements to all stairways, decks, porches and landings where there is a risk of falling or stumbling.

❑ Review your home inspection report for any items that require immediate improvement or further investigation. Address these areas as required.

❑ Install rain caps and vermin screens on all chimney flues, as necessary.

❑ Investigate the location of the main shut-offs for the plumbing, heating and electrical systems. If you attended the home inspection, these items would have been pointed out to you.

## REGULAR MAINTENANCE

### EVERY MONTH

❑ Check that fire extinguisher(s) are fully charged. Re-charge if necessary.

❑ Examine heating/cooling air filters and replace or clean as necessary.

❑ Inspect and clean humidifiers and electronic air cleaners.

❑ If the house has hot water heating, bleed radiator valves.

❑ Clean gutters and downspouts. Ensure that downspouts are secure, and that the discharge of the downspouts is appropriate. Remove debris from window wells.

❑ Carefully inspect the condition of shower enclosures. Repair or replace deteriorated grout and caulk. Ensure that water is not escaping the enclosure during showering. Check below all plumbing fixtures for evidence of leakage.

❑ Repair or replace leaking faucets or shower heads.

❑ Secure loose toilets, or repair flush mechanisms that become troublesome.

### SPRING AND FALL

❑ Examine the roof for evidence of damage to roof coverings, flashings and chimneys.

❑ Look in the attic (if accessible) to ensure that roof vents are not obstructed. Check for evidence of leakage, condensation or vermin activity. Level out insulation if needed.

❑ Trim back tree branches and shrubs to ensure that they are not in contact with the house.

❑ Inspect the exterior walls and foundation for evidence of damage, cracking or movement. Watch for bird nests or other vermin or insect activity.

❑ Survey the basement and/or crawl space walls for evidence of moisture seepage.

❑ Look at overhead wires coming to the house. They should be secure and clear of trees or other obstructions.

**This confidential report is prepared exclusively for Cierra Wilson**
© 2010 **Deep South Home Inspection LLC**

❑  Ensure that the grade of the land around the house encourages water to flow away from the foundation.

❑  Inspect all driveways, walkways, decks, porches, and landscape components for evidence of deterioration, movement or safety hazards.

❑  Clean windows and test their operation.  Improve caulking and weather-stripping as necessary.  Watch for evidence of rot in wood window frames.  Paint and repair window sills and frames as necessary.

❑  Test all ground fault circuit interrupter (GFCI) devices, as identified in the inspection report.

❑  Shut off isolating valves for exterior hose bibs in the fall, if below freezing temperatures are anticipated.

❑  Test the Temperature and Pressure Relief (TPR) Valve on water heaters.

❑  Inspect for evidence of wood boring insect activity.  Eliminate any wood/soil contact around the perimeter of the home.

❑  Test the overhead garage door opener, to ensure that the auto-reverse mechanism is responding properly.  Clean and lubricate hinges, rollers and tracks on overhead doors.

❑  Replace or clean exhaust hood filters.

❑  Clean, inspect and/or service all appliances as per the manufacturer's recommendations.

### ANNUALLY

❑  Replace smoke detector batteries.

❑  Have the heating, cooling and water heater systems cleaned and serviced.

❑  Have chimneys inspected and cleaned.  Ensure that rain caps and vermin screens are secure.

❑  Examine the electrical panels, wiring and electrical components for evidence of overheating.  Ensure that all components are secure.  Flip the breakers on and off to ensure that they are not sticky.

❑  If the house utilizes a well, check and service the pump and holding tank.  Have the water quality tested.  If the property has a septic system, have the tank inspected (and pumped as needed).

❑  If your home is in an area prone to wood destroying insects (termites, carpenter ants, etc.), have the home inspected by a licensed specialist.  Preventative treatments may be recommended in some cases.

## PREVENTION IS THE BEST APPROACH

Although we've heard it many times, nothing could be more true than the old cliché "an ounce of prevention is worth a pound of cure."  Preventative maintenance is the best way to keep your house in great shape.  It also reduces the risk of unexpected repairs and improves the odds of selling your house at fair market value, when the time comes.

Please feel free to contact our office should you have any questions regarding the operation or maintenance of your home.  Enjoy your home!