Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: David & Candace Fozard
Address of Affected Property: 72685 Diamondhead Drive North
Diamondhead, MS 39525

Is this Property:* (Residential)  Commercial  Governmental
Name of Person Completing this Form: David & Candace Fozard
Is above your primary residence? (Yes)  No
Mailing Address (if different):

Phone: (217) 433-3886

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant
Represented By: James V. Doyle, Jr.
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
Phone: (205) 533-9500
Case No. /Docket Info: Bennett, et al. v. Gebrueder Knauf, et al.

## Section II. Insurance Information

Homeowner/ Renter Insurer: Allstate Ins. Company
Policy #: 810241957
Agent: Chris Shirley
Address: 209 E Second St #A
Pass Christian MS 39571
Phone: (228) 452-9605

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| David W. Fozard | 10/1/2015 | / / | (M)/F | 4/14/1949 | Yes (No) | Owner - Occupant |
| Candace S. Fozard | 10/1/2015 | / / | M/(F) | 9/23/1952 | Yes (No) | Owner - Occupant |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |
|  | / / | / / | M/F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT 1**



Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  David Fozard
   1.2. When did the inspection take place?  01/23/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  David Fozard
   2.2. When was this determination made?  01/23/17

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1911 | | | |
| Estimated Sq. Ft. of Drywall | ------ | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | unknown | Completion Date | / /1996 |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 3/19/2015 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | unknown | Completion Date | / /2006 |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:  unknown

Address: 

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:  Unknown

Address: 

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:  Banner Building Supply Company

Address:  Miami, FL

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 2-1-2017 | | |
| [signature] Carolee D. Forard | 2-1-2017 | | |
| | | | |



## Renewal House & Home Policy Declarations

Page 1 of 4

Your policy effective date is December 11, 2016

### Total Premium for the Policy Period

| | |
|---|---:|
| Premium for property insured | $241.84 |
| **Total** | **$241.84** |

### Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Protective Device | $5.06 | Multiple Policy | $59.22 |
| Claim Free | $39.24 | Home Buyer | $6.12 |
| Loyalty | $7.19 | Responsible Payment | $93.68 |
| Smoke-Free | $13.00 | Welcome | $7.19 |
| **Total discount savings** | | | **$230.70** |

### Insured property details*

Please review and verify the information regarding your insured property. Please refer to the Important Notice (X73182) for additional coverage information. Contact us if you have any changes.

**Location of property insured:** 72685 Diamondhead Dr N, Diamondhead, MS 39525-3937

**Dwelling Style:**
Built in 1996; 1 family; 1911 sq. ft.; 1 story

**Foundation:**
Slab at grade, 100%

**Attached structure:**
One 2-car attached garage

**Interior details:**
One builders grade kitchen
Two builders grade full baths
One double fireplace

**Exterior wall type:**
100% brick on frame

**Interior wall partition:**
100% drywall

**Heating and cooling:**
Average cost heat & central air conditioning, 100%

**Additional details:**
Interior wall height - 8 ft, 100%

**Fire protection details:**

*(continued)*

---

Information as of October 26, 2016

### Summary

**Named Insured(s)**
**David and Candace S Fozard**

Mailing address
**PO Box 6098**
**Diamondhead MS 39525-6001**

Policy number
**810 241 957**

Your policy provided by
**Allstate Vehicle and Property Insurance Company**

Policy period
Beginning **December 11, 2016** through **December 11, 2017** at 12:01 a.m. standard time

Your Allstate agency is
**Chris Shirley**
209 E Second St#A
Pass Christian MS 39571
(228) 452-9605
CSHIRLEY@ALLSTATE.COM

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

MS070R8D
064 070 023
1610275000096
1100000500009606.4MS000161027090960003070020080022391

Renewal House & Home Policy Declarations
Policy number: **810 241 957**
Policy effective date: December 11, 2016

Page **2** of 4


**Allstate**
You're in good hands.

## Insured property details* (continued)

Fire department subscription - no    2 miles to fire department

**Roof surface material type:**
Composition
• 100% architectural shingles

**Roof details:**
Predominant roof type: Composition    Age of roof - 10 years
Roof geometry - Hip

**Mortgagee**
CEFCU ISAOA
P O Box 500, Peoria, IL 61651-0500
Loan number: 413482701

**Additional Interested Party - None**

*This is a partial list of property details. If the interior of your property includes custom construction, finishes, buildup, specialties or systems, please contact your Allstate representative for a complete description of additional property details.*

## Coverage detail for the property insured

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| Dwelling Protection | $213,321 | • $1,000 All peril |
| Other Structures Protection | $21,333 | • $1,000 All peril |
| Personal Property Protection | $106,661 | • $1,000 All peril |
| Additional Living Expense | Up to 24 months not to exceed $42,665 | |
| Family Liability Protection | $300,000 each occurrence | |
| Guest Medical Protection | $5,000 each person | |
| Building Codes | Not purchased* | |
| Building Structure Reimbursement Extended Limits | Not purchased* | |
| Roof Surfaces Extended Coverage | Not purchased* | |
| Water Back-Up | Not purchased* | |
| Secondary Residence | Not purchased* | |
| Select Value | Not purchased* | |

MS07ORB



Renewal House & Home Policy Declarations  
Policy number: 810 241 957  
Policy effective date: December 11, 2016

Page **3** of 4

| Coverage | Limits of Liability | Applicable Deductible(s) |
|---|---|---|
| ▶ *Other Coverages Not Purchased:* | | |
| • Additional Fire Department Charges* | • Extended Coverage on Musical Instruments* | • Identity Theft Expenses* |
| • Building Materials Theft* | • Extended Coverage on Sports Equipment* | • Increased Coverage on Business Property* |
| • Dwelling in the Course of Construction* | • Extended Premises* | • Increased Coverage on Theft of Silverware* |
| • Electronic Data Recovery* | • Fair Rental Income* | • Loss Assessments* |
| • Extended Coverage on Cameras* | • Golf Cart* | • Secondary Residence* |
| • Extended Coverage on Jewelry, Watches and Furs* | • Green Improvement* | • Select Value* |
| | • Home Day Care* | |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Scheduled Personal Property Coverage

*Your policy does not include Scheduled Personal Property Coverage. This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your agent to discuss available coverage options and other products and services that can help protect you.*

## Your policy documents

Your House & Home policy consists of the Policy Declarations, any Policy Declarations Addendum, and the following documents. Please keep them together.

- House & Home Policy – AVP81
- Windstorm and Hail Exclusion Endorsement – AVP212
- Amendatory Endorsement Form – AP4832
- Mississippi Amendatory Endorsement – AVP244-1

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ NOTICE - The Mississippi Department of Insurance requires that we provide the following notice(s) to you:

- This policy contains a flood exclusion. Flood coverage may be purchased separately from the National Flood Insurance Program, if available in your area.

▶ The Property Insurance Adjustment condition applies.

▶ Do not pay. Mortgagee has been billed.

**Renewal House & Home Policy Declarations**
Policy number: 810 241 957
Policy effective date: December 11, 2016

Page 4 of 4


**Allstate.**
You're in good hands.

---

**Allstate Vehicle and Property Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois. This policy is binding with the countersignature of an authorized Allstate Vehicle and Property Insurance Company agent.

*Steven P. Sorenson* (signature)
Steven P. Sorenson
President

*Susan L. Lees* (signature)
Susan L. Lees
Secretary

Policy countersigned by Chris Shirley

MS070RB