UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED      MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                       SECTION "L"

This document relates to:
                                 JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                 MAGISTRATE:
Case No. 14-cv-2722     JOSEPH WILKINSON, JR.

   Deposition of CANDACE FOZARD, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on August 23, 2019.

REPORTED BY:

   KIM A. PRESCOTT,
   Certified Court Reporter

**EXHIBIT 4**

1                    CANDACE FOZARD,
2      72685 Diamondhead Drive North, Diamondhead,
3      Mississippi 39525, who, after having been
4      first duly sworn by the Court Reporter, was
5      examined and testified on her oath as
6      follows:
7                    EXAMINATION
8      BY MS. VEITH:
9           Q    Good morning.  Can you state your
10     full name for the record, please?
11          A    Candace Fozard.
12          Q    And, Miss Fozard, where do you
13     reside?  What's your address?
14          A    72685 Diamondhead North in
15     Diamondhead, Mississippi.
16          Q    Do you work, Miss Fozard?
17          A    No.  I'm retired.
18          Q    Before you retired, what was your
19     profession?
20          A    I was a systems analyst for an
21     insurance company.
22          Q    How long were you a systems analyst
23     for that insurance company?
24          A    Sixteen years.
25          Q    Have you ever given a deposition

```
 1   office sent it to us.
 2        Q    Can you turn to the third page of
 3   this document?
 4        A    (Witness complies.)
 5        Q    And do you see that the third page
 6   is an attachment that contains some Requests
 7   for Production?
 8        A    Uh-huh (affirmative response).
 9             COURT REPORTER:
10                  I need you to --
11             THE WITNESS:
12                  Yes.
13   BY MS. VEITH:
14        Q    Have you seen these -- this
15   attachment, these Requests for Production?
16        A    Yes.
17        Q    When you received this, did you
18   provide any additional documents to your
19   attorney?
20        A    No.
21        Q    Okay.  So we're going to mark the
22   Notice of Deposition as Exhibit 1 to your
23   deposition.
24             Now, if you look, you have some
25   tabs in your binder; and there's three
```

Page 23

1    "Maps."  Do you see that?
2         A    Yes.
3         Q    It shows Diamondhead North, the
4    street you live on?
5         A    Yes.
6         Q    Does it have a marking for your
7    house?
8         A    Yes.
9         Q    We will mark this map as Exhibit 8
10   to your deposition.
11            Now we can get started with some
12   actual questions.  So, Miss Fozard, just so
13   the record's is clear, is it the 72685
14   Diamondhead Drive home that's at that address
15   that you're contending is contaminated by
16   Chinese drywall in this litigation?
17        A    Yes.
18        Q    When did you purchase that
19   property?
20        A    We closed on the house in March of
21   2015.
22        Q    And you said closed on the house.
23   Did you say that because you moved in a
24   little later?
25        A    Yes.

1     Q    When did you move in?
2     A    After I retired in May of 2015.
3     Q    Where were you living before you
4  moved to this house on Diamondhead Drive?
5     A    In Illinois.
6     Q    What brought you down to
7  Diamondhead?
8     A    Retirement.  Wanting to escape from
9  cold weather and stuff.
10    Q    Do you have family in Mississippi
11 or --
12    A    No.
13    Q    Is Diamondhead in Mississippi by a
14 beach or --
15    A    Diamondhead is at Mile Marker 16 on
16 I-10.  So it's just a little ways across the
17 border from Louisiana, and we enjoy coming to
18 New Orleans and wanted to be close to New
19 Orleans.  So it was kind of ideal.
20    Q    And let's look at Exhibit 5 after
21 Tab 5.  If you turn to Page 2 of that
22 exhibit, Question 5 is:  "What was the price
23 of the home when you purchased it?"  And you
24 wrote:  $137,000.  Is that the purchase price
25 of the home?

1  "Manufacturer/Seller of Drywall."  The
2  question is:  "Who sold or distributed the
3  drywall in the house?"
4       Subject to some objections, you
5  answered, "I don't know."
6     A   Yes.
7     Q   Is that still your answer; you
8  don't know who supplied drywall for the home?
9     A   Yes.
10    Q   And do you also not know who
11 performed the renovations on the home?
12    A   I don't know.
13    Q   So how did you discover that the
14 property contained drywall that you believe
15 to be defective Chinese drywall?
16    A   We had an outlet in one of our
17 guest bedrooms that was sparking and smoking,
18 and we called an electrician to come and
19 repair that.  And when he took the cover
20 off and took the outlet out to replace it,
21 he said, "The wiring is black.  I have
22 only ever seen that in houses with Chinese
23 drywall."  So he said, "You need to have
24 someone come and look at this."
25      So we contacted our realtor because

1  we really didn't know what to do, and she
2  knows everybody. So we asked her what to do;
3  and she recommended a man to come and do just
4  a brief inspection, probably really not an
5  inspection, just take a look and see what he
6  thought.
7         When he walked into our house, he
8  said, "Oh, yes. You have Chinese drywall. I
9  can smell it." And then we showed him the
10 -- he looked behind -- within the wall behind
11 the culinary turn and he saw the edge of the
12 drywall, and he said, "Yes, that's it."
13        He went out into our garage and
14 climbed up into the attic above the garage
15 and he said, "There's more up here." And
16 then he saw more around the fireplace above
17 the -- above the living room. He looked at
18 the pipes coming out of our water heater that
19 were copper pipes, and they were also turned
20 black. And he said, "Yes, you definitely
21 have Chinese drywall."
22    Q   Do you remember this man's name?
23    A   I do not. I remember his first
24 name was Rickey. I don't remember his last
25 name.

1    Q    And your realtor is Marcia Buras;
2  right?
3    A    Yes.
4    Q    Rickey didn't write up, like, a
5  report for you that said the house had
6  Chinese drywall; right?
7    A    No. No. He said we should contact
8  an attorney and that our attorney would have
9  an inspection done when it was needed that
10  would do an actual verification.
11    Q    You or Rickey didn't take any
12  pictures of what he saw in the attic above
13  the garage or the fireplace; right?
14    A    Correct.
15    Q    Is it possible for you to take
16  pictures of either one of those things?
17    A    Not me personally, no.
18    Q    So you mentioned that -- well, let
19  me ask you this. That is a very detailed
20  answer, which I appreciate; but one thing
21  I don't think you gave me an answer to is
22  when in time it was. Do you remember when
23  in time it was?
24    A    It was January of 2017, as I
25  recall.

1    told you about this?
2         A    This is when he came to repair the
3    outlet and he said that we need to have an
4    inspection; that we might have Chinese
5    drywall.  It wasn't until Rickey came in
6    January that we believed that we did indeed
7    have Chinese drywall.  This was just the
8    possibility that we might have.  We didn't
9    know for sure until January.
10        Q    Okay.  I'm just trying to get the
11   dates straight.  The date that the sparking
12   happened and it was repaired was at the very
13   end of December 2016; right?
14        A    Yes.  That's when we first became
15   aware of the possibility that we might have
16   Chinese drywall.
17        Q    Now, let's turn back to Tab 3,
18   Exhibit 3.
19        A    (Witness complies.)
20        Q    My first question about this
21   document is in the bottom under the Claimant
22   Information section.  You filled in a move-
23   in date of October 1st, 2015.  And I think
24   earlier you told me you moved in in May.  So
25   I just want to know which one of those dates

1   is the most correct one.
2        A    We did what I would call a slow-
3   motion move because we still own a home in
4   Illinois.  So we moved part of our things
5   into the house after I retired in May.  The
6   October date is when we actually moved all
7   of our furniture.  So we were living at two
8   different places at the same time during that
9   period.
10       Q    And in October is when you kind of
11  fully took up residence?
12       A    That's when we considered ourselves
13  primary residents in Mississippi.
14            (WHEREUPON:  A brief discussion was
15            held off the record.)
16  BY MS. VEITH:
17       Q    Turn now to the second page of this
18  document.  The top box says, Section IV
19  "Inspection Information."  And the first
20  question in that box says, "Have you or has
21  anyone on your behalf conducted an inspection
22  into whether Chinese-manufactured drywall is
23  present in your home?"  You answered "Yes."
24       A    Uh-huh (affirmative response).
25       Q    So 1.1 says, "If yes to Question 1,

1   Q    Then --
2        MR. DOYLE, JR.:
3             Object to the form of the
4        last question.  Sorry.
5   BY MS. VEITH:
6   Q    For number -- the second question
7   it says, "If you experienced any loss of use
8   and/or loss of enjoyment of the property as a
9   result of Chinese drywall, identify the total
10  amount of such loss."  And you filled in
11  "$77,000"; correct?
12  A    Yes.
13  Q    So that's the amount you're
14  claiming for loss of use and loss of
15  enjoyment?
16  A    Yes.
17  Q    And then the third question says,
18  "If you claim a diminution of value in the
19  property as a result of Chinese drywall,
20  identify the total amount of such diminution
21  of value being claimed."  And you did not
22  fill in a number under that question; right?
23  A    That's correct.
24  Q    So you're not claiming any damages
25  for diminution in value; right?

1    A    No.

2    Q    And you said, "Any appropriate
3  injunctive relief." Do you know what
4  injunctive relief is?

5    A    No.

6    Q    You said, "An award of attorney's
7  fees as allowed by law." Do you know what
8  law provides for you to recover attorney's
9  fees?

10    A    No.

11    Q    "An award of taxable costs." Do you
12  know what taxable costs are?

13    A    No.

14    Q    Then you wrote, "Any and all such
15  further relief as a jury or judge presiding
16  over my trial deems just and proper. Other
17  damages include, but are not limited to:
18  additional interest payments due to money
19  borrowed to replace personal items damaged by
20  the defective Knauf drywall. And use of home
21  is significantly impacted due to damage."

22    So with respect to the "use of home
23  significantly impacted," that's your loss of
24  use -- right? -- the $77,000 figure?

25    A    Well, not just that. It would be

1   also additional loss of use while it is
2   renovated because we will have to live
3   somewhere if they tear out the inside of our
4   house.  So there's the use of the home which
5   is significantly impacted during the time
6   that it's being repaired.
7           So I don't understand all of this,
8   but that was -- my thought is:  We have been
9   impacted by the knowledge of the presence of
10  Chinese drywall in our home, and we will be
11  further impacted when that is removed.
12      Q   But sitting here today, you have
13  not yet been impacted by having to live
14  somewhere else while the home is renovated;
15  right?
16              MR. DOYLE:
17                  Object to the form of the
18              question.
19                  You can answer.
20              THE WITNESS:
21                  We cannot afford to live
22              somewhere else.  We have to stay
23              in our home.  So we have no choice
24              but to live there.  That is what we
25              have to do.  So we have no

```
 1            additional living expense to this
 2            point.
 3   BY MS. VEITH:
 4        Q    I have a couple of questions about
 5   that: And I think the first is that my
 6   question was a little different than your
 7   answer, which is not whether you will.
 8   Sitting here right now today, you haven't
 9   yet had to move out of your home for it to
10   be renovated; right?
11        A    We have not been able to move out
12   of our home because of financial resources
13   not available to support additional living
14   expense.
15        Q    So just once again, my question is
16   slightly different, which is "yes" or "no."
17   You haven't yet moved out of your home to be
18   renovated?
19        A    We have not moved out because we
20   cannot afford additional living expenses.
21        Q    When did you sell your home in
22   Illinois?
23        A    We have not sold it. We still own
24   it.
25        Q    Do you rent it?
```

Page 62

```
1       A    Our daughter lives in it.
2       Q    So you do own another home you
3   could live in; right?
4            MR. DOYLE:
5                 Object to the form of the
6            question.
7                 You can answer.
8            THE WITNESS:
9                 We do own another home.  We
10           choose not to live in Illinois.
11           Mississippi is our home now, and
12           our daughter is living in our home
13           in Illinois.
14  BY MS. VEITH:
15      Q    And then "Additional interest
16  payments due to money borrowed to replace
17  personal items damaged by the defective Knauf
18  drywall."  Have you submitted any documents
19  of those interest payments?
20      A    No.
21      Q    Do you have documents of those
22  interest payments?
23      A    Maybe I misunderstood this
24  question, but this would be -- we will have
25  to replace personal items that we have not
```

1  yet replaced. So I guess this would be more
2  looking forward to having to borrow money to
3  replace those items, which we haven't
4  replaced.
5      Q   So sitting here today, you have not
6  yet made any "additional interest payments
7  due to money borrowed to replace personal
8  items . . ."
9      A   Correct.
10     Q   Okay. Let's turn now to Exhibit 6,
11 which is that Supp. & Amended Document,
12 Amended PFS, Exhibit 14. So we talked
13 earlier about how this is a list of the
14 personal property damage that you're claiming
15 in this litigation; right?
16     A   Yes.
17     Q   So the first item is refrigerator
18 repair?
19     A   Yes.
20     Q   You put $105; right?
21     A   Yes.
22     Q   Did you provide to us a receipt
23 associated with that repair?
24     A   I don't remember. I submitted
25 everything I had. I believe those were the

(504) 391-9878

Page 93

```
 1                REPORTER'S CERTIFICATE
 2
          This certification is valid only for
 3   a transcript accompanied by my original
     signature and original required seal on this
 4   page.
          I, KIM A. PRESCOTT, Certified Court
 5   Reporter in and for the State of Louisiana,
     as the officer before whom this testimony
 6   was taken on 8/23/19 do hereby certify that
     CANDANCE FOZARD to whom oath as administered,
 7   after having been duly sworn by me upon
     authority of R.S. 37:2554, did testify as
 8   hereinbefore set forth in the foregoing 92
     pages;
 9        That this testimony was reported
     by me in the stenotype reporting method, was
10   prepared and transcribed by me or under my
     personal direction and supervision, and is
11   a true and correct transcript to the best
     of my ability and understand; that the
12   transcript format guidelines required by
     statute or by rules of the board;
13        That the transcript has been prepared in
     compliance with transcript format guidelines
14   required by statute or by rules of the Board
     and that I am informed about the complete
15   arrangement, financial or otherwise, with the
     person or entity making arrangements for
16   deposition services;
          That I have acted in compliance with the
17   prohibition on contractual relationships, as
     defined by Code of Civil Procedure Article
18   1434 and in rules and advisory opinions of
     the Board;
19        That I have no actual knowledge of any
     prohibited employment or contractual
20   relationship, direct or indirect, between a
     court reporting firm and any party litigant
21   in this matter.  I am not related to counsel
     or to the parties herein, nor am I otherwise
22   interested in the outcome of this matter.
23
24                  _____
                    KIM A. PRESCOTT,
25                  Certified Court Reporter
```