UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED     MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                      SECTION "L"

This document relates to:
                                JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                MAGISTRATE:
Case No. 14-cv-2722     JOSEPH WILKINSON, JR.

     Deposition of DAVID FOZARD, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on August 23, 2019.

REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

**EXHIBIT 5**

1              DAVID FOZARD,
2    72685 Diamondhead Drive North, Diamondhead,
3    Mississippi 39425, who, after having been
4    first duly sworn by the Court Reporter,
5    was examined and testified on his oath
6    as follows:
7                   EXAMINATION
8    BY MS. VEITH:
9         Q    Good morning.  Can you state your
10   full name for the record?
11        A    David Walter Fozard.
12        Q    Mr. Fozard, I am guessing you're
13   retired, too; right?
14        A    Yes.
15        Q    What was your profession before you
16   retired?
17        A    I was with an insurance company.  I
18   was marketing.
19        Q    How long did you do that?
20        A    Thirty-some-odd years, not all with
21   one company.
22        Q    But also with insurance companies?
23        A    Yes.
24        Q    Do you reside with your wife at
25   72685 Diamondhead Drive in Diamondhead,

1   Mississippi?
2        A    Yes.
3        Q    Mr. Fozard, you sat here just now
4   and listened to me taking the deposition of
5   your wife; right?
6        A    Yes.
7        Q    Do you remember that at one point
8   your wife and I talked about, in Exhibit 3 to
9   her deposition, the Plaintiff Profile Form;
10  there was a question about if an inspection
11  had been conducted to determine if Chinese
12  drywall was present in the home?
13       A    Yes.
14       Q    Your answers to that form were that
15  you had conducted that inspection, and you
16  had determined there was Chinese drywall
17  present in the home?
18       A    Yes.
19       Q    Your wife also told me that you
20  have some specialized knowledge about Chinese
21  drywall because you formally worked in
22  property casualty insurance so you have some
23  familiarity with Chinese drywall?
24       A    I wouldn't call it a specialist.
25  Being in insurance, especially marketing, you

1   need to be aware of what's going on in the
2   industry.  So when the mold breaks out in
3   Texas, you need to be aware of it because it
4   might show up as a problem.  I was aware of
5   Chinese drywall being a problem down here.
6   As far as the specifics of what it did, what
7   to look for at the time, no.  It was just it
8   was a problem and it was driving people out
9   of their homes.
10       Q    Did you know that it was often
11  associated with homes that were repaired in
12  the 2006 time frame, many of them repaired in
13  connection with Hurricane Katrina damage?
14       A    Yes.
15       Q    And you also -- did you know --
16  like your wife, did you know that the home
17  you purchased in Diamondhead had been
18  renovated after Hurricane Katrina?
19       A    Yes.
20       Q    Did you think to investigate when
21  you purchased the home whether Chinese
22  drywall was present in the home?
23       A    I questioned both the realtor and
24  the prior owner, and I received a negative
25  response.  I mean, when I say "negative,"

1    both of them said, "No, there wasn't any."
2        Q    But you didn't ask your home
3    inspector to inspect for Chinese drywall?
4            MR. DOYLE:
5                Object to the form of the
6            question.
7                You can answer.
8            THE WITNESS:
9                No, I didn't.
10   BY MS. VEITH:
11       Q    Is there a particular reason you
12   didn't ask for that?
13       A    He had his own form of things he
14   was checking on, and some -- he told me up
15   front there were some things he just couldn't
16   check for.
17       Q    And you didn't investigate to see
18   if there were inspectors that could check for
19   Chinese drywall?
20       A    No.
21           MR. DOYLE:
22               Object to the form of the
23           question.
24               You can answer.
25           THE WITNESS:

```
 1                REPORTER'S CERTIFICATE
 2
           This certification is valid only for
 3  a transcript accompanied by my original
    signature and original required seal on this
 4  page.
           I, KIM A. PRESCOTT, Certified Court
 5  Reporter in and for the State of Louisiana,
    as the officer before whom this testimony
 6  was taken on 8/23/19 do hereby certify that
    DAVID FOZARD to whom oath as administered,
 7  after having been duly sworn by me upon
    authority of R.S. 37:2554, did testify as
 8  hereinbefore set forth in the foregoing 13
    pages;
 9         That this testimony was reported
    by me in the stenotype reporting method, was
10  prepared and transcribed by me or under my
    personal direction and supervision, and is
11  a true and correct transcript to the best
    of my ability and understand; that the
12  transcript format guidelines required by
    statute or by rules of the board;
13         That the transcript has been prepared in
    compliance with transcript format guidelines
14  required by statute or by rules of the Board
    and that I am informed about the complete
15  arrangement, financial or otherwise, with the
    person or entity making arrangements for
16  deposition services;
           That I have acted in compliance with the
17  prohibition on contractual relationships, as
    defined by Code of Civil Procedure Article
18  1434 and in rules and advisory opinions of
    the Board;
19         That I have no actual knowledge of any
    prohibited employment or contractual
20  relationship, direct or indirect, between a
    court reporting firm and any party litigant
21  in this matter.  I am not related to counsel
    or to the parties herein, nor am I otherwise
22  interested in the outcome of this matter.
23
24         _____
                    KIM A. PRESCOTT,
25               Certified Court Reporter
```

VINCENT P. BORRELLO, JR. & ASSOCIATES
(504) 391-9878