UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047 <br><br> SECTION "L" |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Claims Asserted by Candace and David Fozard:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

2. The Complaint was amended multiple times to amend the parties and claims. *See, e.g.,* Docs. 18412, 20077, 21333, 21334.

3. The Fifth Amended Complaint is the operative complaint in this matter.

4. Plaintiffs, Candace and David Fozard, first appear as a plaintiffs in this matter in Exhibit A to the Fifth Amended Complaint. Doc. 21334-1.

1

5. The Fozards have made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in their property located at 72685 Diamondhead Drive North, Diamondhead, MS 39525 (the "Property"). *See* Doc. 21334-1.

6. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form ("PPF"), Supplemental Plaintiff Profile Form ("SPPF"), and Plaintiff Fact Sheet ("PFS") to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

7. The Fozards completed and submitted a PPF, SPPF, and PFS. The documents were completed under penalty of perjury. Exhibits 1, 2, and 3.

8. The Fozards purchased the Property in March of 2015. Ex. 4, Candace Fozard Depo. Tr., at 23:9-21.

9. Before moving to the Property, the Fozards resided in Illinois, where Ms. Fozard was a systems analyst for an insurance company and Mr. Fozard worked in insurance marketing. Ex. 4, Candace Fozard Depo. Tr. at 5:18-24, 24:3-5; Ex. 5, David Fozard Depo. Tr., at 5:15-17.

10. Mr. Fozard was "aware of Chinese drywall being a problem down here" in Mississippi and was aware that Chinese drywall was "often associated with home that were repaired in the 2006 time frame, many of them repaired in connection with Hurricane Katrina damage." Ex. 5, David Fozard Depo. Tr., at 6:19-7:9; 7:10-19.

11. Mr. Fozard was also aware that the Property was renovated after Hurricane Katrina. Ex. 5, David Fozard Depo Tr., at 7:10-19.

12. The Fozards engaged an inspector to perform a pre-purchase inspection, but Mr. Fozard did not ask the inspector to inspect the home for Chinese drywall. Ex. 5, David Fozard Depo Tr., at 8:2-9; *see also* Ex. 4, Candace Fozard Depo. Tr., at 29:-10-13.

13. The Fozards are claiming damages, in part, for "additional loss of use" while the Property is renovated at some point in the future. Ex. 4, Candace Fozard Depo. Tr. at 52:6-15, 59:14-60:11; *see also* Ex. 2.

14. The Fozards have not yet renovated their home. Ex. 4, Candace Fozard Depo. Tr., at 60:12-15, 60:21-2, 61:15-24.

15. The Fozards also seek damages for "[a]dditional interest payments due to money borrowed to replace items damaged by the defective Knauf drywall." Ex. 4, Candace Fozard Depo. Tr. at 62:15-20; *see also* Ex. 3.

16. The Fozards have not yet borrowed any money on which they would make additional interest payments. Ex. 4, Candace Fozard Depo. Tr., at 62:15-63:9.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0279

Email: kmiller@fishmanhaygood.com

*Counsel for The Knauf Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this _____ day of November, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**