Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

### Section I. Property Information

**Name Property Owner** Nathan Junius

**Address of Affected Property** 6537 Marshall Foch Street

New Orleans, LA 70124

**Is this Property:*** (Residential)  Commercial  Governmental

**Name of Person Completing this Form** Nathan Junius

**Is above your primary residence?** (Yes) No

**Mailing Address (if different)** 4 Thrush Street

New Orleans, LA 70124

**Phone:** ( 504 ) 228 - 8356

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** (Owner-Occupant)  Owner Only  Renter-Occupant

**Represented By:** Jimmy Doyle

**Address:** DOYLE LAW FIRM, PC

2100 Southbridge Pkwy, #650

Birmingham, AL 35209

**Phone:** ( 205 ) 533 - 9500

**Case No. /Docket Info:** Bennett v. Knauf, 14-cv-2722

### Section II. Insurance Information

**Homeowner/ Renter Insurer:**

**Policy #:**

**Agent:**

**Address:**

**Phone:** ( ) -

+ Attach Copy of Insurance Declaration Page

---

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Nathan Junius | 07/01/06 | 10/16/15 | (M)/ F | / / | Yes (No) | Owner - Occupant |
| Sarah Junius | 04/02/11 | 10/16/15 | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

\* Personal injuries include claims for mental anguish and medical monitoring.





EXHIBIT
A

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Healthy Home Solutions, LLC

1.2. When did the inspection take place?   01 /20/ 16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Healthy Home Solutions, LLC

2.2. When was this determination made?   01 /20/ 16

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | walls |
|  | ASTM C 36 |  |
|  |  |  |
|  |  |  |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 3,234 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of interior Walls | 10' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3.5 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: _____

Phone: (____) ____ - ____

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (____) ____ - ____

## Section X. Drywall Supplier

Drywall Supplier's Name:   Interior Exterior Building Supply Company

Address:   Cortez Street
New Orleans, LA

Phone: (____) ____ - ____

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 10/6/16 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



Loan #224954
File No. 5161084

### SKETCH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation

Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |

| | | |
|---|---|---|
| Net LIVABLE Area | (rounded) | 3234 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| **First Floor** | |
| 18.9 x 3.2 | 60.48 |
| 40.3 x 12.1 | 487.63 |
| 7.1 x 35.5 | 252.05 |
| 0.3 x 38.2 | 11.46 |
| 37.4 x 4.6 | 172.04 |
| 9.8 x 35.5 | 347.90 |
| 38.2 x 7.4 | 282.68 |
| 11.4 x 20.0 | 228.00 |
| 4.1 x 22.7 | 93.07 |
| 6.8 x 27.7 | 188.36 |
| **Second Floor** | |
| 0.3 x 29.5 | 8.85 |
| 3.2 x 26.1 | 83.52 |
| 12.1 x 37.8 | 457.38 |
| 27.5 x 14.5 | 398.75 |
| 4.7 x 23.4 | 109.98 |
| 9.5 x 4.5 | 42.75 |
| 0.5 x 17.5 | 8.75 |

| | | |
|---|---|---|
| 17 Items | (rounded) | 3234 |

Dale Fleishmann Appraisal Services, LLC

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Nathan        J     Junius
First Name        M.I.   Last Name              Suffix

Co-Claimant First Name (if applicable)   M.I.   Last Name       Suffix

Business/Entity Name (if applicable)

1



Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

6537 Marshall Foch Street
Address 1                                                    Address 2
New Orleans                          LA            70124
City                                      State         Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Nathan          J      Junius
First Name                M.I.   Last Name                    Suffix

Mailing Address (if different):

4 Thrush Street
Address 1                                                    Address 2
New Orleans                          LA            70124
City                                      State         Zip Code

Phone Number of Person Completing This Form: ( 504 ) 228 - 8356

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 2 / 1 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 6 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 1 / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

I attempted to sell the property in 2015. The buyer's inspector informed me of the possibility that they home contained Chinese drywall, so I had my own inspection performed.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☑ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 7 / 25 / 2016

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
             Month   Day   Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                            Month     Day     Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                            Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? _Completed remediated_____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
_January 2016 through July 2016_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _C&J General Contractors, LLC_____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$_210,523.00_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: __7__ / __2016__

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

Office Of Healthy Home Solutions LLC

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

Office Of Healthy Home Solutions LLC

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☑ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 5,445.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 133,500.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4/3/2018
Claimant's signature                                      Date signed

Name:     Nathan Junius
          _____

Address:  4 Thrush Street
          _____
          Address 1                    Address 2
          New Orleans          LA      70124
          _____
          City                 State   Zip Code

Phone No.: ( 504  )  228  - 5356

Email:    njunius@lhjunius.com
          _____

7

# Exhibit

## (See Section II)

Documents Related to Assignment of Claim or Transfer of Ownership

Crescent Title, LLC
7037 Canal Blvd., Suite 203
New Orleans, LA 70124
File No.: 162033

<table>
<tr><td>

**CASH SALE**

Sale of Property

by:

Nathan J. Junius

to:

Amy Schwehm Chauffe and
Paul Benjamin Chauffe, II

</td><td>

*United States of America*
*State of Louisiana*
*Parish of Orleans*

*BE IT KNOWN* That on this 25th day of July,
2016

*BEFORE ME,* Jason P. Hernandez, the
undersigned notary public, duly commissioned
and qualified, in and for the Parish of Jefferson
and in the presence of the witnesses hereinafter
named and undersigned.

*Personally Came and Appeared,*

</td></tr>
</table>

**Nathan J. Junius** (SS#XXX-XX-5876), a person of the full age of majority and resident of the
Parish of Orleans, State of Louisiana, who declared before me, Notary, that he has been married
but once and then to Sarah Junius, with whom she lives and resides.

**MAILING ADDRESS:**    4 Thrust Street, New Orleans, LA 70124

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover,
abandon and deliver, with all legal warranties as to title only, but with full substitution and
subrogation in and to all the rights and actions of warranty which they have or may have against
all preceding owners and vendors, except as provided herein, unto,

**Amy Schwehm Chauffe** (SS# XXX-XX-3565) **and Paul Benjamin Chauffe, II** (SS#
XXX-XX-1889), both persons of the full age of majority and residents of the Parish of Orleans,
State of  who declared before me, Notary, that they have been married but once and then to each
other with whom they live and reside.

**MAILING ADDRESS:**     6537 Marshall Foch Street, New Orleans, LA 70124

here present, accepting and purchasing for themselves, their heirs and assigns, and
acknowledging due delivery and possession thereof, all and singular the following described
property, to-wit:

*"Description of Property"*

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements
thereon, and all of the rights, ways, servitudes, appurtenances and advantages thereunto
belonging or in anywise appertaining, situated in the Second District of the City of New Orleans,
Parish of Orleans, State of Louisiana, in that part thereof known as Lakeview, in Square 182,
bounded by Marshall Foch Street, Porteous Street (formerly Twiggs Street), Argonne Street and
Lane Street, said lots are designated by the Lots 13 & 14, measuring each 25.0 feet front on
Marshall Foch Street, same width in the rear, by a depth of 122.0 feet between equal and parallel
lines. Said above described lots are situated and located on an alley 15.00 feet wide, common to

Hon. Dale N. Atkins
CLERK OF CIVIL DISTRICT COURT
INST #: 2016-30242  07/27/2016  09:44:28 AM
TYPE: 5 5 PG(S)

CIN#: 603272


these and other lots.

The improvement thereon bear the Municipal Number 6537 Marshall Foch Street, New Orleans, La 70124.

Being the same property acquired by Nathan J. Junius by act dated February 1, 2006, registered at CIN 317986, Orleans Parish, La.

**PURCHASER(S)** herein declared that all future notices of ad valorem tax bills and special assessments for the above described property presently for the tax year of 2017 bearing Tax Assessment No. are to be forwarded to:

Amy Schwehm Chauffe and Paul Benjamin Chauffe, II
6537 Marshall Foch Street, New Orleans, LA 70124

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. Any and all restrictions, overlaps, overhangs, servitudes and/or easements, rights of ways and outstanding rights of record which might be shown on a current survey of the property.

2. Purchasers acknowledge that this sale excludes any and all rights and interests to litigation involving contaminated drywall affecting the subject property and that the Sellers reserve all rights to pursue such litigation and shall be entitled to any and all recovery of just compensation, damages, attorneys' fees, costs and any other relief awarded in such litigation.



THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS FEES IN CONNECTION THEREWITH.

*See WAIVER OF WARRANTY and REDHIBITION RIGHTS ADDENDUM attached hereto and made a part hereof.*

To have and to hold the above described property unto the said purchaser(s) themselves, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Four Hundred Sixtenn Thousand Five Hundred And No/100 Dollars ($416,500.00) which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefore.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2016. The 2016 taxes have been prorated to the date of this act of sale. Payment for all future taxes is assumed by purchaser herein.

By reference to the certificates of the Conveyance and Mortgage records in and for the Parish of Orleans annexed hereto, it does not appear that said property has been heretofore alienated by the Vendor or that it is subject to any unpaid encumbrances whatsoever.

The parties to this act are aware of the fact that the mortgage, and conveyance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith. Vendor is bound and obligated to have cancelled and erased immediately any inscriptions that may appear on the open certificates that would adversely affect the title to the herein described property.



## WAIVER OF WARRANTY AND REDHIBITION RIGHTS ADDENDUM

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in appliances, and all other items located hereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS," without any warranties of any kind whatsoever, even as to the metes and bounds, zoning, operation, or suitability of the property for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defects.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which the Purchaser has relied, concerning the existence or non-existence of any quality, characteristic or condition of the property herein conveyed. Purchaser has had full, complete and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion, deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition to a return of the purchase price or to a reduction of the purchase price paid pursuant to Louisiana Civil Code Articles 2520 to 2548, inclusive, in connection with the property hereby conveyed to Purchaser by Seller. By Purchaser's signature, Purchaser expressly acknowledges all such waivers and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Article 2520 and 2548, inclusive.

Nathan J. Junius

Amy Schwehm Chauffe

Paul Benjamin Chauffe, II

PGR-415 (R6/04)

*Thus Done and Passed*, in my office in New Orleans, Louisiana in the presence of the competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:

SIGN _____
PRINT _____

SIGN _____
PRINT _____

SELLER(S):                                    PURCHASER(S):

_____                _____
Nathan J. Junius                              Amy Schwehm Chauffe

                                                      _____
                                                      Paul Benjamin Chauffe, II

                          _____
                          Jason P. Hernandez
                          Bar Roll/ID No.:  29518
                          Notary Public

Title Ins. Prod.:  Crescent Title, LLC
Address:  7037 Canal Blvd., Suite 203, New Orleans,
LA 70124
Prod. Lic #:  300974
Title Ins. Underwriter:  Fidelity National Title
Insurance Company
Title Opinion by:  Jason P. Hernandez
La Bar Roll #:        29518

'1340 Poydras Street, 4th Floor
New Orleans, Louisiana  70112



Chelsey Richard Napoleon
Chief Deputy Clerk

Telephone (504) 407-0005

Land Records Division

# Hon. Dale N. Atkins

### Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number:  2016-30242

Recording Date:  7/27/2016 09:44:28 AM

Document Type: SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 603272

Filed by:  CRESCENT TITLE LLC
7037 CANAL BLVD
SUITE 203
NEW ORLEANS, LA  70124

## THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND SHOULD BE RETAINED WITH ANY COPIES.

# Exhibit

(See Section V)

Documents Related to Already Remediated Properties

## 6537 Marshall Foch Street - Chinese Drywall Renovation

| ITEM | DESC. | COST |
|---|---|---|
| Insurance | | $1,800.00 |
| Drywall Inspector | Healthy Home Solutions | $825.00 |
| Building Permit | | $368.82 |
| Dumpster Permit CNO | | $502.00 |
| Dumpster | | $1,155.00 |
| Demo | | $8,385.00 |
| Electrical/Plumbing/AC-PREP | Superior Services | $3,825.00 |
| Electrical/Plumbing/AC-INSTALL | Superior Services | $14,750.00 |
| Audio/Visual/Low Voltage | Crimeteck | $3,583.00 |
| Insulation | Builders Insulation | $5,170.00 |
| Kitchen cabinets | Classic Kitchens | $24,865.78 |
| Cabinet install | Byron | $1,400.00 |
| Granite | Classic Kitchens | $6,494.14 |
| Appliances | Classic Kitchens | $15,025.50 |
| Drywall | Ahlstedt Drywall | $18,700.00 |
| RJ Champagne | | $5,423.50 |
| Paint | AHL Interiors | $13,978.00 |
| Flooring/Stairs/Carpet | Toca | $11,683.32 |
| Flooring/Stairs/Carpet | Toca | $13,019.16 |
| Doors/trim | Dash Lumber | $7,508.97 |
| Trim install | Deposit | $6,339.50 |
| Cleaning | | $2,200.00 |
| Replace sod/yard | | $3,600.00 |
| termite retreat open walls | | $688.00 |
| hardware | | $39.64 |
| molding | | $563.90 |
| mdf base | | $59.00 |
| faucet | | $206.33 |
| misc smoke | | $451.11 |
| faucet | | -$96.58 |
| faucet | | $168.54 |
| faucet | | $73.75 |
| hardware | | $42.47 |
| roll hardware | | $940.50 |
| door casing | | $142.56 |
| door casing | | $347.63 |
| Kitchen Faucet | | $218.40 |
| Wall Sconce | | $193.12 |
| Vanity Light | | $196.02 |
| Lighting | | $607.68 |

| | SUBTOTAL | $175,443.76 |
|---|---|---|
| | Contractor OH&P | $35,088.75 |
| | **TOTAL** | **$210,532.51** |



# BUILDERS' INSULATION

**(985) 327-7049**

Offices in: Appleton, Atlanta, Charlotte, Chicago, Greensboro, Jacksonville, Madison, Memphis, Milwaukee, Minneapolis, Nashville, Orlando, Raleigh, Richmond, Tampa, Virginia Beach, Washington DC

| | | |
|---|---|---|
| C&J GENERAL CONT | Phone (504) 228-8356 | Date 04/08/2016 |
| 6537 MARSHALL FOCH ST | Job Name / Location | |
| NEW ORLEANS      LA  70124-3921 | 6537 MARSHEL FOCH NEW ORLEANS        LA | |
| | Contact  NATHAN JUNIUS | Job Number  5061 |

We hereby submit specifications and estimates for:

| | |
|---|---|
| SOUND MASTER BED ROOM + A/C CLOSET | R-11 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| EXTERIOR WALLS | R-13 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| EXTERIOR WALLS | R-19 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| CEILINGS | R-30 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| FOAM ALL WINDOWS, DOORS, AND ATTIC PENETRATIONS | POLYURETHANE INSULATING FOAM |

*We Propose hereby to furnish material and labor,  complete in accordance with the above specifications, for  the sum of:*   **$2,766.00**

Options:      (Options are priced in addition to base proposal price above)                                                      Accepted:

| | | |
|---|---|---|
| SPIDER IN EXTERIOR WALLS | $1,102.00 | ☐ |
| OPEN CELL FOAM IN EXTERIOR WALLS | $2,131.00 | ☐ |
| R38 BATTS IN CEILING | $273.00 | ☐ |

Payment to be made as follows:
PAYMENT IN FULL DUE WITHIN 30 DAYS FROM THE DATE OF THE INVOICE. ALL AMOUNTS NOT PAID WITHIN SUCH 30 DAYS SHALL ACCRUE INTEREST AT A RATE OF 18% PER ANNUM (1.5% PER MONTH). IN ADDITION,  BUILDERS' INSULATION      SHALL HAVE THE RIGHT TO RECOVER REASONABLE ATTORNEY'S FEES AND EXPENSES ASSOCIATED WITH THE COLLECTION OF INVOICES NOT PAID IN FULL WITHIN SUCH 30 DAY PERIOD.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owners to carry fire, tornado and other necessary insurances. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized By:  **RONALD SILVA**

Cell:   **(985) 273-1220**
E-Mail:  **Ronald.Silva@insulation-holdings.com**

Acceptance of Proposal in accordance with the above prices, specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Note: This proposal may be withdrawn by us if not accepted within **60**  days.

Signature_____ Date _____

Upon acceptance please fax or return signed copy:      72375 INDUSTRY PARK ST          COVINGTON , LA  70435  FAX:



**Toca Flooring, L.L.C.**
2809 Jefferson Hwy.
Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2016 | 3027 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70124

| Terms | Project Number |
|-------|----------------|
|  |  |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2,004 | RE: 6537 Marshall Foch<br><br>We propose to furnish all materials, labor, and equipment to complete the following scope of work for the above referenced project.<br><br>HARDWOOD<br>Provide French Quarter Boudin Maple<br><br>CARPET<br><br>STAIRS<br><br>TILE | 5.83 | 11,683.32 |

| | |
|---|---|
| **Total** | $11,683.32 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,683.32 |

All prices above are LABOR ONLY, unless specified above.

Labor Terms: 50% down, 40% at substantial completion, and 10% on final completion. Credit Card Add 3%.

Material Terms: 100% of materials Paid In Full prior to ordering. No Refunds or Exchanges. Credit Card Add 3%.

Should the customer default in any payment, past due balances are subject to finance charges of 1 1/2% per month plus attorney fees of 30% of principle and interest plus lien fees.

The above work, prices, and terms have been discussed and agreed upon by both buyer and seller.

| Web Site | Phone # | Fax # | E-mail |
|----------|---------|-------|--------|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |



# **Toca Flooring, L.L.C.**
2809 Jefferson Hwy.
Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2016 | 3096 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70124

| Terms | Project Number |
|-------|----------------|
|       |                |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
|  | RE: 6537 Marshall Foch | | |
|  | | | |
|  | We propose to furnish all materials, labor, and equipment to complete the following scope of work for the above referenced project. | | |
|  | | | |
|  | HARDWOOD | | |
| 1,829 | Provide labor only to install engineered hardwood on first floor and landing. | 2.45 | 4,481.05T |
| 13 | Provide Adhesive | 115.23 | 1,497.99 |
| 1 | Transitions | 175.00 | 175.00 |
|  | | | |
|  | CARPET | | |
| 87 | Provide labor and materials to install Activate and pad. | 28.00 | 2,436.00 |
|  | | | |
|  | STAIRS | | |
| 1 | Provide labor and materials to install stair treads and sand, stain, and finish with 3 coats of polyurethane. | 3,749.12 | 3,749.12T |
|  | | | |
|  | TILE | | |
| 1 | Provide labor only to install Tile in Laundry | 350.00 | 350.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

| Web Site | Phone # | Fax # | E-mail |
|----------|---------|-------|--------|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |



**Toca Flooring, L.L.C.**
2809 Jefferson Hwy.
Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2016 | 3096 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70124

| Terms | Project Number |
|-------|----------------|
|       |                |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 6 | Provide labor and patch to fix foyer. | 55.00 | 330.00 |

| | | |
|---|---|---|
| | **Total** | $13,019.16 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $13,019.16 |

All prices above are LABOR ONLY, unless specified above.

Labor Terms: 50% down, 40% at substantial completion, and 10% on final completion.  Credit Card Add 3%.

Material Terms: 100% of materials Paid In Full prior to ordering.  No Refunds or Exchanges. Credit Card Add 3%.

Should the customer default in any payment, past due balances are subject to finance charges of 1 1/2% per month plus attorney fees of 30% of principle and interest plus lien fees.

The above work, prices, and terms have been discussed and agreed upon by both buyer and seller.

| Web Site | Phone # | Fax # | E-mail |
|----------|---------|-------|--------|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |

**Ahlstedt Drywall LLC**
**PO Box 6155**
**Metairie, LA 70009**

| Invoice | |
| --- | --- |
| Date | Invoice # |
| 5/11/2016 | 3834 |

| Bill To |
| --- |
| C & J General Contractors
6537 Marshall Foch St
New Orleans, LA 70124 |

| Project | | P.O. No. | Due Date |
| --- | --- | --- | --- |
| 16097 - 6537 Marshall Foch St | | | 5/18/2016 |

| Description | Amount |
| --- | --- |
| Material | 5,949.00 |
| Hang | 6,228.00 |
| Finish | 6,523.00 |

| | |
| --- | --- |
| **Total** | $18,700.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$18,700.00** |

*Classic Kitchens Etc., Ltd.*

*Featuring*

*"All Wood Cabinetry"*

4306 Waverly Street

Metairie, La. 70006

Ph: 504-456-1000

Fax: 504-456-1017

May 16, 2016

## CONTRACT

Purchaser:   Ben Chauffe
6537 Marshall Foch St.
New Orleans, LA 70124

Job Site:   Same

## GRANITE TOP

Kitchen & Island Counter Top, Flat Edge, Under Mount Sink, No Splash, Installed

3cm Alaska White                                                   $5,903.75

10% Sales Tax:   $590.38
Total:   $6,494.13

## CONDITIONS

Final pricing will be based on field measurements. Owner must be present when measurements are taken.

## DELIVERY TIME FRAME

1 to 2 weeks from installation of cabinets.

## TERMS

50% downpayment with acceptance of contract. Balance due on completion of installation.

---

## Classic Kitchens Etc., Ltd.
## Featuring
## "All Wood Cabinetry"

| | |
|---|---|
| **4306 Waverly Street** | **Ph: 504-456-1000** |
| **Metairie, La. 70006** | **Fax: 504-456-1017** |

---

April 25, 2016

## CONTRACT

Client:     Ben Chauffe
            6537 Marshall Foch St.
            New Orleans, LA 70124

## KITCHEN
## CABINET SPECIFICATIONS

| | |
|---|---|
| Manufacturer: | Dynasty Cabinetry |
| Series: | Plainfield |
| Styling: | 2 ¼" Stile & Rail Frame with Reversed ¾" Raised Panel, 5 pc. drawer front, Beaded Inset Overlay |
| Box Design: | Framed, All-wood |
| Drawer Suspension: | Full Extension Under-mount/Soft Close Feature on drawers & doors |
| Exterior Finish: | Maple Pearl |
| Interior Finish: | White Melamine |
| Cabinets: | Cabinets As Per Plans, Plus Molding |

Kitchen                                             $23,795.00

| | |
|---|---|
| Subtotal: | $23,795.00 |
| 5% off discount: | -$1,189.75 |
| New total: | $22,605.25 |
| 10% Sales Tax: | $2,260.53 |
| TOTAL: | $24,865.78 |

## DELIVERY TIME FRAME
Four to Five weeks from date of order confirmation by factory.

## TERMS
50% down payment with acceptance of contract.  Balance due on delivery.

## CONDITIONS

Final pricing is based on field measurement and acceptance of final drawing. Final alignment and adjustments of door and drawers and any touch up of dents and nicks are the responsibility of the cabinet installer. All claims of damage must be reported prior to installation and within three working days of delivery.

ACCEPTANCE OF CONTRACT

The above prices, specification, and conditions are satisfactory and hereby are accepted. I have read and do understand the specifications and time frames of
delivery as outlined above.

Accepted By:

Ben Chauffe                                          Date

Witness:

Tara W. Bertoniere                                   Date

Deposit due to order - $12,432.89
Balance on delivery

*Classic Kitchens Etc., Ltd.*

*Featuring*

*"All Wood Cabinetry"*

**4306 Waverly Street**
**Metairie, La. 70006**

**Ph: 504-456-1000**
**Fax: 504-456-1017**

May 16, 2016

## CONTRACT

Client:    Ben Chauffe
           6537 Marshall Foch St.
           New Orleans, LA 70124

### DACOR APPLIANCES

1-Model # DRT366S/NG, 36" Distinctive Range-top Stainless steel w/ stainless steel
knobs -Natural Gas                              $2,799.00

1- Model # RDW24S, 24" Dishwasher - stainless              $500.00

1 - Model #DTO230S, Distinctive 30" Double Oven w/ Epicure handle - stainless steel
                                                $3,999.00
1 - Model #DTF36FCS, 36" French Door Refrigerator - stainless steel
                                                $2,999.00

### VENT-A-HOOD

1-Model # PDH14-236, 600 CFM Hood, 36" stainless steel & duct cover extension for 10'
ceilings                                        $2,908.00

Subtotal:  $13,205.00
Appliance Delivery:    $500.00
10% Sales Tax:   $1,320.50
Total:  $15,025.50

### DELIVERY TIME FRAME

2-3 weeks from date of order.

### CONDITIONS

All appliances must be delivered at one time to avoid additional delivery charges.

ACCEPTANCE OF CONTRACT

The above prices, specification, and conditions are satisfactory and hereby are accepted. I have read and do understand the specifications and time frames of delivery as outlined above.

Accepted By:

_____          _____
Ben Chauffe                                               Date          5/17/16


Witness:

_____          _____
Tara W. Bertoniere                                      Date          5/17/14



**Deposit needed to order - $7,512.75**
**Balance due on delivery - $7,512.75**

**Crimetek Integrated Security Systems**
P.O. Box 595
Belle Chasse, LA  70037 US
(504) 247-0024
mike@crimetek.net
www.crimetek.net



CRIMETEK
Integrated Security Systems

# INVOICE

| | |
|---|---|
| INVOICE # | 126477 |
| DATE | 04/25/2016 |
| DUE DATE | 05/10/2016 |
| TERMS | Net 15 |

**BILL TO**
Ben Chauffe
6537 Marshal Foch
New Orleans, LA  70124

**SHIP TO**
Ben Chauffe
6537 Marshal Foch
New Orleans, LA  70124

Please detach top portion and return with your payment.

**SHIP DATE**
04/19/2016

**SHIP VIA**
Chris, Pat & James

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Cable** Cable locations with RG-6 cable (2 in equipment area closet, 1 in master, 1 in kitchen & 3 in upstairs bedrooms) | 7 | 55.00 | 385.00 |
| **Phone** Phone locations with cat5 cable (in equipment area closet) | 1 | 45.00 | 45.00 |
| **Misc.** 45' HDMI cable, cat6 cable, IR wire & wall plates for living room TV's | 2 | 122.00 | 244.00 |
| **Materials** Cat6 cable, data connectors & access point for WiFi | 1 | 165.00 | 165.00 |
| **Labor** Pre-wire & install access point | 1 | 125.00 | 125.00 |
| Sound | | | |
| **Pre-Wire Sound** Pre-wire for home theater in living room for 5 ceiling speakers & 1 sub woofer | 1 | 125.00 | 125.00 |
| **Materials** Pre-construction speaker brackets | 5 | 9.00 | 45.00 |
| **C620** One pair of Proficient Audio 6.5" ceiling speakers with 100 watt power handling | 2.50 | 129.00 | 322.50 |
| **Labor** Install speakers | 1 | 75.00 | 75.00 |
| **Pre-Wire Sound 2** Pre-wire for sound station on back patio | 1 | 100.00 | 100.00 |
| **AW525wht** One pair of Proficient Audio outdoor speakers with 125 watt power handling | 1 | 145.00 | 145.00 |
| **VC60i** Proficient Audio impedance-balancing volume control | 1 | 65.00 | 65.00 |
| **Labor** Install speakers & volume control | 1 | 90.00 | 90.00 |

PAID

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Alarm System**<br>Install a 2GIG smart system with 2 touch screen keypads, 1 Verizon Cell unit, 1 wired motion detector & takeover kit (also go through all existing wires & contacts) | 1 | 715.00 | 715.00 |
| **Materials**<br>Z-wave thermostat (Delivered 6/2/16 by Will) | 2 | 125.00 | 250.00 |
| **Monitoring 3**<br>Third quarter monitoring (8/3/16-10/1/16) | 1.90 | 25.00 | 47.50 |
| **Extras**<br>Onkyo receiver refurbished | 1 | 250.00 | 250.00 |
| **Extras**<br>Logitech remote | 1 | 64.00 | 64.00 |
| **Labor**<br>Installation & programming | 2 | 75.00 | 150.00 |
| **Materials**<br>Wall mount with tilt for 40"-80" TV | 0 | 39.00 | 0.00 |
| **Labor**<br>Install TV | 1 | 100.00 | 100.00 |
| **Heat Detectors**<br>Install heat detectors | 1 | 75.00 | 75.00 |

Thank you for your business.

| | | |
|---|---|---|
| PAYMENT | | 3,583.00 |
| BALANCE DUE | | **$0.00** |



**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|------|-----------|
| 6/09/16 | I10646 |
| 1 | PAGE  1 |

SHIP TO:
BEN CHAUFFE
6537 MARSHALL FOCH
504-289-6211
NEW ORLEANS, LA 70124

SHIP VIA: DASH TRUCK
DATE WANTED:  6/09/16
          13199-00000
ACCOUNT #
P.O. #

SOLD TO: CASH CUSTOMER

| Y ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|-------|---------|---------|-----|------------------------|-------|------------|-------------|
| 1 | 1 | | EA | SW-2PNL24LSC10XL | 1.000 | 186.8700/ EACH | 186.87 |
| | | | | 24GB 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| | | | | PO#04924 SD | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| SALES PERSON | DATE SHIPPED | | | |
|--------------|--------------|--|--|--|
| SCOTT KUHN | 6/09/16 | | | |

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|--|--|
| SUB TOTAL | 186.87 |
| TAX | 18.68 |
| TOTAL | 205.55 |

ORDER # P87713    QUOTE #

9/16A 8:41:25A    EK

ERED BY _____  CK. BY _____  DATE _____  RECEIVED BY _____  DATE _____



**dash**

**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 6/07/16 | 110512 |
| 1 | PAGE  1 |

SHIP TO:
BEN CHAUFFE
6537 MARSHALL FOCH
289-6211
NEW ORLEANS, LA 70124

SHIP VIA: DASH TRUCK
DATE WANTED:  6/07/16
13199-00000
ACCOUNT #
P.O. #

SOLD TO: CASH CUSTOMER

| / ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---|---|---|---|---|---|---|---|
| 221 | 221 | | EA | SS-00000 | 221.000 | 1.4300/  EA | 316.03 |
| | | | | DELETED ITEM | | | |
| | | | | CC | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

**LES PERSON**
OTT KUHN

**DATE SHIPPED**
6/07/16

ORDER # P07509     QUOTE # 45086

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| **SUB TOTAL** | 316.03 |
| **TAX** | 31.60 |
| **TOTAL** | 347.63 |

/16A 8:41:17A    EK

ERED BY _____   CK. BY _____   DATE _____   RECEIVED BY _____   DATE _____



**dash**

**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|------|-----------|
| 5/31/16 | 110053 |
| 1 | PAGE   1 |

SHIP TO:
BEN CHAUFFE

504-289-6211

SOLD TO: CASH CUSTOMER

SHIP VIA: DASH TRUCK
DATE WANTED:  5/31/16
13199-00000
ACCOUNT #
P.O. #

| / ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|-------|---------|---------|-----|----------------------|-------|------------|-------------|
| 160 | 160 | | EA | SW-WM500 | 160.000 | 2.0500/ EACH | 328.00 |
| | | | | 6-5/16" MDF COVE TLC#500 | | | |
| 32 | 32 | | LF | SW-WM1024 | 32.000 | 2.2500/ EACH | 72.00 |
| | | | | 7-1/4 PRIMED WINDOW STOOL | | | |
| | | | | PO# 84772 K | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| SALES PERSON | DATE SHIPPED | | |
|---|---|---|---|
| OTT KUHN | 5/31/16 | | |

MERCHANT COPY   TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| SUB TOTAL | 400.00 |
| TAX | 40.00 |
| TOTAL | 440.00 |

ORDER # P86999     QUOTE #

/16A 8:41:13A   EK

ERED BY _____  CK. BY _____  DATE _____  RECEIVED BY _____  DATE _____



**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

| DATE | INVOICE # |
|------|-----------|
| 5/17/16 | I09218 |
| 1 | PAGE 1 |

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

SHIP TO:
BEN CHAUFFE

289-6211

SOLD TO:
CASH CUSTOMER

SHIP VIA: DASH TRUCK
DATE WANTED: 5/17/16
ACCOUNT # 13199-00000
P.O. #

| Y ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|-------|---------|---------|-----|------------------------|-------|------------|-------------|
| 16 | 16 | | LF | SW-WM1024 | 16.000 | 2.2500/ LF | 36.00 |
| | | | | 7-1/4 PRIMED WINDOW STOOL | | | |
| 48 | 48 | | FT | FM-PWS | 48.000 | 1.5900/ LF | 76.32 |
| | | | | 6-1/4" PRIMED WINDOW STOOL WM-1022 F/J | | | |
| 928 | 928 | | FT | FM-M754 | 928.000 | 1.1900/ LF | 1,104.32 |
| | | | | 9/16X7-1/4" #754 MDF BASE PRIMED | | | |
| 432 | 432 | | EA | SW-WM500 | 432.000 | 2.0500/ EA | 885.60 |
| | | | | 6-5/16" MDF COVE TLC#500 | | | |
| 204 | 204 | | EA | SS-00000 | 204.000 | 1.4300/ EA | 291.72 |
| | | | | DELETED ITEM | | | |
| | | | | MC | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| SALES PERSON | DATE SHIPPED | | | |
|--------------|--------------|---|---|---|
| OTT KUHN | 5/17/16 | | | |

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

ORDER # P86079    QUOTE # 45689

| SUB TOTAL | 2,393.96 |
|-----------|----------|
| TAX | 239.40 |
| TOTAL | 2,633.36 |

7/16A 8:40:49A    EK

ERED BY _____ CK. BY _____ DATE _____ RECEIVED BY _____ DATE _____



**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 5/13/16 | I09063 |
| 1 | PAGE  1 |

SHIP TO:
BEN CHAUFFE

504-289-6211

SOLD TO:
CASH CUSTOMER

SHIP VIA: WILL CALL
DATE WANTED:  5/13/16
              13199-00000
ACCOUNT #
P.O. #

| QTY ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | SW-2PNL26L510XL | 1.000 | 192.4000/ EACH | 192.40 |
| | | | | 2668 2-PNL SQ SMTH S/C LH 5"P JAMB 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-2PNL24RSC10XL | 1.000 | 186.8700/ EACH | 186.87 |
| | | | | 2468 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| 4 | 4 | | EA | SW-2PNL28RSC10XL | 4.000 | 176.8000/ EACH | 707.20 |
| | | | | 2868 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-PR2PNL12BCSC10XL | 1.000 | 312.6500/ EACH | 312.65 |
| | | | | PR1268 2PNL SQ SMTH S/C 4-9/16"P 10XL STN NKL BC | | | |
| 1 | 1 | | EA | SW-PR2PNL20BCSC10XL | 1.000 | 325.0000/ EACH | 325.00 |
| | | | | PR2068 2PNL SQ SMTH S/C 4-9/16"P 10XL STN NKL BC | | | |
| 2 | 2 | | EA | SW-2PNL26LSC10XL | 2.000 | 182.0000/ EACH | 364.00 |
| | | | | 2668 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 5 | 5 | | EA | SW-2PNL20LSC10XL | 5.000 | 176.8000/ EACH | 884.00 |
| | | | | 2068 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-2PNL28LSC10XL | 1.000 | 193.3700/ EACH | 193.37 |
| | | | | 2868 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 2 | 2 | | EA | SW-2PNL26RSC10XL | 2.000 | 182.0000/ EACH | 364.00 |
| | | | | 2668 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| | | | | PO#94486 SSI | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| SALES PERSON | DATE SHIPPED | | | |
|---|---|---|---|---|
| SCOTT KUHN | 5/13/16 | MERCHANT COPY     TAX 10.000% | | |
| | | NOT VALID FOR RETURNS OR EXCHANGES | | |
| ORDER # P85903 | QUOTE # | CASH | | |

| | |
|---|---|
| SUB TOTAL | 3,529.49 |
| TAX | 352.94 |
| TOTAL | 3,882.43 |

5/13/16A 8:40:39A    EK

ORDERED BY _____  CK. BY _____  DATE _____  RECEIVED BY _____  DATE _____



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: S1054C01 1937540   TRANS#: 05486907 07-25-16

308034 SATIN NICKEL HINGE PIN DO     16.24
            8 @   2.28
308050 SATIN NICK SQUARE RIGID D     17.88
            6 @   2.98

            SUBTOTAL:     36.12
                 TAX:      3.52
INVOICE 23965  TOTAL:     39.64
                 M/C:     39.64

M/C:XXX2XXXXXXXX2618 AMOUNT:39.64 AUTH#:19399P
CHIP REF ID:10542305/902 07/25/16 17:46:05
   APL: MasterCard   IVR: 0000000000
   AID: A0000000041010   TSI: E800



   STORE: 1054   TERMINAL: 23   07/25/16 17:48:42
# OF ITEMS PURCHASED:   14
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

++++++++++++++++++++++++++++++++++++++++++++++++
*        YOUR OPINIONS COUNT!               *
*     REGISTER FOR A CHANCE TO BE           *
* ONE OF FIVE $300 WINNERS DRAWN MONTHLY!   *
*    ¡REGISTRESE EN EL SORTEO MENSUAL       *
* PARA SER UNO DE LOS CINCO GANADORES DE $300! *
*                                           *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.lowes.com/survey *
*      Y O U R   I D # 23965 1054 207       *
*                                           *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.  *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
++++++++++++++++++++++++++++++++++++++++++++++++
   STORE: 1054   TERMINAL: 23   07/25/16 17:48:42



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: S1054PJ1 1727379   TRANS#: 05935479 07-07-16

615254 PP PFJ SHOE UN129 30-PC      194.40
            2 @   97.20
14627 PFJSHOE129 11/16-10X7/16-      50.40
            10 @   5.04
479779 KOW EROW ELCH 1.20-19 C-     269.00

            SUBTOTAL:    513.80
                 TAX:     50.10
INVOICE 23059  TOTAL:    563.90
                 M/C:    563.90

M/C:XX2XXXXXXXX2618 AMOUNT:563.90 AUTH#:77760P
CHIP REF ID:10542305/272 07/07/16 18:50:44
   APL: MasterCard   IVR: 0000000000
   AID: A0000000041010   TSI: E800



   STORE: 1054   TERMINAL: 23   07/07/16 18:51:35
# OF ITEMS PURCHASED:   13
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

++++++++++++++++++++++++++++++++++++++++++++++++
*        YOUR OPINIONS COUNT!               *
*     REGISTER FOR A CHANCE TO BE           *
* ONE OF FIVE $300 WINNERS DRAWN MONTHLY!   *
*    ¡REGISTRESE EN EL SORTEO MENSUAL       *
* PARA SER UNO DE LOS CINCO GANADORES DE $300! *
*                                           *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.lowes.com/survey *
*      Y O U R   I D # 23059 1054 189       *
*                                           *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.  *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
++++++++++++++++++++++++++++++++++++++++++++++++
   STORE: 1054   TERMINAL: 23   07/07/16 18:51:35



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002    (504) 780-0114

— SALE —
SALES#: S1054385 2145061   TRANS#: 05594330 06-07-16

4575G MDR BSE 5 1/2 MXFIT/16-TB        53.76
                          3 @    17.92

               SUBTOTAL:        53.76
                    TAX:         5.24
INVOICE 23301 TOTAL:           59.00
                    M/C:        59.00

M/C:XXXXXXXXXXXX2618 AMOUNT:59.00 AUTHCD:6295QP
CHIP REFID:10547306234 06/07/16 13:25:20
APL: MasterCard   TVR: 0000000000
AID: A000000041010   TSI: E800

STORE: 1054   TERMINAL: 23   06/07/16 13:25:54
# OF ITEMS PURCHASED:        3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HOPE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.



YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO BE
ONE OF FIVE $300 WINNERS DRAWN MONTHLY!
¡REGISTRESE EN EL SORTEO MENSUAL
PARA SER UNO DE LOS CINCO GANADORES DE $300!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D #  23301 1054 220

NO PURCHASE NECESSARY TO ENTER OR WIN.
VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
OFFICIAL RULES & WINNERS AT: www.lowes.com/survey

STORE: 1054   TERMINAL: 23   06/07/16 13:25:54



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002  (504) 780-0114

— SALE —
SALES#: FSTLANE4 13   TRANS#: 19121392 06-28-16

229448 PFISTER SELIA CHROME WS (    188.00
                       2 @   94.00

               SUBTOTAL:        188.00
                    TAX:         18.33
INVOICE 10408 TOTAL:           206.33
          MERCH/GIFT CARDS ;     96.58
                    M/C:        109.75

SWIPED MERCH/GIFT CARD  9827  AUTHCODE     0
BEGIN BAL     TRANSACTION AMT     ENDING BAL
   96.58          96.58             0.00

M/C:XXXXXXXXXXXX2618 AMOUNT:109.75 AUTHCD:04591P
CHIP REFID:105410029285 06/28/16 08:43:51
APL: MasterCard   TVR: 0000000000
AID: A000000041010   TSI: E800

STORE: 1054 TERMINAL: 10 06/28/16 08:44:24
# OF ITEMS PURCHASED:        2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO BE
ONE OF FIVE $300 WINNERS DRAWN MONTHLY!
¡REGISTRESE EN EL SORTEO MENSUAL
PARA SER UNO DE LOS CINCO GANADORES DE $300!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D #  10408 1054 180

NO PURCHASE NECESSARY TO ENTER OR WIN.
VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
OFFICIAL RULES & WINNERS AT: www.lowes.com/survey

STORE: 1054 TERMINAL: 10 06/28/16 08:44:24



Moshall Fach

# LOWE'S®

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

— SALE —
SALES#: S1054K01 T879733   TRANS#: 59914567 07-07-16

304796 DRK AC/DC ION SMOKE ALARM          29.94
           2 @    14.97
108174 UI WIRED LATHE 2 NOTE RD           39.96
           2 @    19.98
56678 HALO 6-IN WHT COIL BFFL S           17.94
           2 @     8.97
59022 HALO 6-IN EYEBALL SATIN W           15.92
308058 SATIN RICK SQUARE RIGID D           2.98
64340 6-12 ADJSTBLE SIDEWALL/CL          192.28
          11 @    17.48
60181 6-6 4-WAY SIDEWALL/CEILIN            7.97
66224 0-8 4-WAY SIDEWALL/CEILIN           57.60
           5 @    11.52
65906 10-10 4-WAY SIDEWALL/CEIL           46.44
           3 @    15.48

           SUBTOTAL:        411.03
               TAX:          40.08
INVOICE 26939  TOTAL:       451.11
               M/C:         451.11

M/C:XXXXXXXXXXXX2610 AMOUNT:451.11 AUTH:662248
CHIP REF ID:10542609316G 07/07/16 13:00:17
APL: MasterCard   IVR: 0000000000
AID: 6000000041010   TSI: E800

STORE: 1054   TERMINAL: 26   07/07/16 13:03:19
# OF ITEMS PURCHASED:         28
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.



# LOWE'S®

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

— RETURN 16692 —
SALES#: S1054L2 2160320   TRANS#: 65120936 06-28-16

RET 749779 PEERLESS TEMPO 2H CH CS C      44.00-
   ORIG. STORE: 1877  DATE:062716  INV:13247
RET 749779 PEERLESS TEMPO 2H CH CS C      44.00-
   ORIG. STORE: 1877  DATE:062716  INV:13247

           SUBTOTAL:         88.00-
               TAX:           8.50-
        TOTAL RETURN:        96.50-
   MERCH/GIFT CARDS :        96.50-
SWIPED MERCH/GIFT CARD 9027 AUTHCODE 9650
DEBIT ON   TRANSACTION AMT   ENDING BAL
   0.00              96.50            96.50

STORE: 1054   TERMINAL: 16   06/28/16 08:36:19

STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

+++++++++++++++++++++++++++++++++++++++++++++++
+      YOUR OPINIONS COUNT!                    +
+   REGISTER FOR A CHANCE TO BE                +
+ ONE OF FIVE $300 WINNERS DRAWN MONTHLY!      +
+   !REGISTRESE EN EL SORTEO MENSUAL           +
+ PARA SER UNO DE LOS CINCO GANADORES DE $300! +
+                                              +
+ REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY +
+   WITHIN ONE WEEK AT: www.lowes.com/survey   +
+      Y O U R   I D #  16692 1054 180         +
+                                              +
+    NO PURCHASE NECESSARY TO ENTER OR WIN.    +
+ VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. +
+   OFFICIAL RULES & WINNERS AT: www.lowes.com/survey +
+++++++++++++++++++++++++++++++++++++++++++++++
       STORE: 1054   TERMINAL: 16   06/28/16 08:36:19



LOWE'S HOME CENTERS, LLC
121 JEFFERSON HIGHWAY
JEFFERSON, LA 70121  (504) 832-7100

— SALE —
SALES#: FSTLANE1 13   TRANS#: 13067931 06-27-16

304196 BRK AC/DC ION SM ALM CT6        65.57
749779 PEERLESS TEMPO 2H CH CS C       88.00
            2 @    44.00

            SUBTOTAL:        153.57
                 TAX:         14.97
INVOICE 13247   TOTAL:       168.54
                 M/C:        168.54

M/C:XXXXXXXXXXXX2618 AMOUNT:168.54 AUTH#:98196P
CHIP REFID:187713028668 06/27/16 17:50:57
    APL: MasterCard   TVR: 0000000000
    AID: A0000000041010   TSI: E800
STORE: 1877 TERMINAL: 13 06/27/16 17:52:49
# OF ITEMS PURCHASED:     3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: TIFFANY HUFFERD

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*************************************************
*          YOUR OPINIONS COUNT!                 *
*        REGISTER FOR A CHANCE TO BE            *
*    ONE OF FIVE $300 WINNERS DRAWN MONTHLY!    *
*      ¡REGISTRESE EN EL SORTEO MENSUAL         *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!*
*                                               *
*  REGISTER BY COMPLETING A GUEST SATISFACTION  *
*     WITHIN ONE WEEK AT: www.lowes.com/survey  *
*        Y O U R   I D # 13247 1877 179         *
*                                               *
*     NO PURCHASE NECESSARY TO ENTER OR WIN.    *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*************************************************
STORE: 1877 TERMINAL: 13 06/27/16 17:52:49



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE LA 70002   (504) 780-0114

— SALE —
SALES#: S10540H2 272B577   TRANS#: 59744620 06-29-16

316506 16 IN FIXED RETRE PRIMO 1       57.20
            42 @     1.60

            SUBTOTAL:         67.20
                 TAX:          6.55
INVOICE 26393   TOTAL:        73.75
                 M/C:         73.75

M/C:XXXXXXXXXXXX2618 AMOUNT:73.75 AUTH#:085458
CHIP REFID:105420686347 06/29/16 10:56:56
    APL: MasterCard   TVR: 0000008000
    AID: A0000000041010   TSI: E800
STORE: 1054 TERMINAL: 26  05/27/16 02:51:22
# OF ITEMS PURCHASED:    42
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S
SEE REVERSE SIDE FOR RETURN POLICY
STORE MANAGER: BILL FOSTER JR

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*************************************************
*          YOUR OPINIONS COUNT!                 *
*        REGISTER FOR A CHANCE TO BE            *
*    ONE OF FIVE $300 WINNERS DRAWN MONTHLY!    *
*      ¡REGISTRESE EN EL SORTEO MENSUAL         *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!*
*                                               *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey  *
*        Y O U R   I D # 70203 1054 181         *
*                                               *
*     NO PURCHASE NECESSARY TO ENTER OR WIN.    *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*************************************************
STORE: 1054 TERMINAL: 26  06/29/16 02:51:22



LOWE'S HOME CENTERS, LLC
3636 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALE: ST054KS2 2095053   TRANS#: 2753   04-02-16

| | |
|---|---|
| 421970 12-PACK IMPATIENS 466093 | 9.98 |
| 352421 GST 60U (43U) AT | 4.18 |
| 15... 40U 100C DL E | 6.49 |
| 630199 14-OZ AH B-SON | 0.98 |
| 180763 ELMER'S PROBON | 6.48 |
| 773960 31-FL OZ SGN EGG PATHS WC | 14.96 |

| | |
|---|---|
| SUBTOTAL: | 43.07 |
| TAX: | 4.20 |
| INVOICE 21620  TOTAL: | 47.27 |
| W/C: | 47.27 |

* XXXXXXXXXXXX2618  AMOUNT:47.27 AUTHCD:66545?
CHIP REFID:105421000330 04/02/16 09:24:54
APL: MasterCard   TVR: 0000008000
AID: A0000000041010   TSI: E800

STORE: 1054   TERMINAL: 21   04/02/16 09:26:04
# OF ITEMS PURCHASED:        6
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

...K YOU FOR SHOPPING LOWE'S.
...ERSE SIDE FOR RETURN POLICY.
...ORE MANAGER:  BILL EASTERLING

...E HAVE THE LOWEST PRICES, GUARANTEED!
...U FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
...  ...ORE FOR DETAILS.

YOUR ...INS CARD!
REGI...  ...OR A CHANCE TO WIN A
$5,...  ...IFT CARD!
¡REGISTRESE PARA TENE... LA OPORTUNIDAD DE GANAR UNA
TARJETA DE REGALO DE LOWE'S DE $5000!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D #  21620 1054 093

NO PURCHASE NECESSARY TO ENTER OR WIN.
VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
OFFICIAL RULES & WINNERS AT: www.lowes.com/survey

STORE: 1054   TERMINAL: 21   04/02/16 09:26:04

RJ Champagne Construction LLC

# Estimate

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Estimate # |
|------|-----------|
| 4/28/2016 | 447 |

| Name / Address |
|----------------|
| Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161 |

| | Project |
|---|---------|
| | |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| Interior Trim Package:
Basic tirm package price includes; hang all doors - hang case openings - install base board - window stools and aprons - shoe molding - door hardware - bath hardware | 3,200 | 1.25 | 4,000.00 |
| Labor to full wrap x 10 windows | 10 | 75.00 | 750.00 |
| Labor to install all crown molding; upstairs hallway - 1st floor kitchen area - living area - dining area - foyer area and hallway area | 377 | 1.50 | 565.50 |
| Labor to install crown moilding above stairway | 36 | 3.00 | 108.00 |
| | | 0.00 | 0.00 |
| Labor t install crown upstairs | | 0.00 | 0.00 |
| Labor to install basr cap on stairs | | 0.00 | 0.00 |

| Total | $5,423.50 |
|-------|-----------|

**Superior Services A/C, Electric and Plumbing**
2514 Front St
Slidell, LA  70458 US
(985) 781-0418
superioracelectric@yahoo.com
superiorservicesla.com



# ESTIMATE

**ADDRESS**
C & J General Contractors
6537 Marshall Foch Street
New Orleans, LA  70124

**ESTIMATE #** 4074
**DATE** 03/24/2016
**EXPIRATION DATE** 03/31/2016

**P.O. NUMBER**
6537 Marshall Foch

**CONTACT PHONE NUMBER**
504-228-8356

| DESCRIPTION | AMOUNT |
|---|---|
| **Electric-Remodel**<br>Option #1: Completely replace all wiring downstairs to NEC specifications. | 8,900.00 |
| **Electric-Remodel**<br>Option #2: Replace 40 circuit 200 amp indoor panel, relocate 5 recess cans, move electric and plumbing from wall that is being moved. | 2,450.00 |
| **A/C - Remodel / Change Out**<br>Replace all flex duct upstairs and downstairs, vacuum return air plenums and run fog through system to kill any existing mold. | 3,400.00 |

We appreciate the opportunity to bid your project. Thank you!   TOTAL   **$14,750.00**

Accepted By                                    Accepted Date



## BID DATE: 1/12/2016

| | |
|---|---|
| To: C&J General Contractors<br><br>Attn: Nathan Junius<br><br>Email: njunius@cjgeneralcontractors.com | Project: **6537 Marshall Foch** |

We propose to furnish all labor, materials, taxes and insurance necessary to complete the following scope of work in accordance with plans and specs.

**Base Bid Includes:**

**Exterior Paint Options:**
- **Option 1:**                                                        Bid Amount: $3,478.00
- Price includes prep work and paint of soffit and ceiling if hardi is installed.
- **Option 2:**                                                        Bid Amount: $4,148.00
- Price includes prime coat and two (2) finish coats on all exterior stucco.

**Interior Paint:**                                                Bid Amount: $13,978.00
- Price includes prime coat and two (2) finish coats on all walls, ceilings, doors and trim.

**Total Bid Amount: $13,978.00\*\***

If you have any questions concerning this quotation, please do not hesitate to contact me.
Thank You,

Brad Comeaux



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER INFORMATION
TO OBTAIN A STATUS OF YOUR ORDER VISIT
WWW.LOWES.COM/STATUS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

— SOS SALE —

SALES#: S1054QR1 2020352    TRANS#: 31630220 09-11-16

90007 LVROLL                              855.00
34 7/8-IN X 85 1/2-IN ROL
        5 @    171.00
     [DIRECT DELIVERY]

PO #: 37302927
INVOICE 86412 SUBTOTAL:         855.00
              SUBTOTAL:         855.00
                   TAX:          85.50
          BALANCE DUE:          940.50
                  M/C:          940.50

M/C:XXXXXXXXXXXX2610 AMOUNT:940.50 AUTHCD:62497P
KEYED REFID:105414019750 09/11/16 16:45:20

STORE: 1054   TERMINAL: 14   09/11/16 16:45:36



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES. GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*        YOUR OPINIONS COUNT!.              \*
\*      REGISTER FOR A CHANCE TO BE          \*
\*  ONE OF FIVE $300 WINNERS DRAWN MONTHLY!  \*
\*    ¡REGISTRESE EN EL SORTEO MENSUAL       \*
\* PARA SER UNO DE LOS CINCO GANADORES DE $300! \*
\*                                            \*
\* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY \*
\*    WITHIN ONE WEEK AT: www.lowes.com/survey \*
\*        Y O U R   I D #  14152 1054 255     \*
\*                                            \*
\*   • NO PURCHASE NECESSARY TO ENTER OR WIN. \*
\* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. \*
\* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Carruth Brothers Lumber Co. Inc.

600 S. Olympia St.
NEW ORLEANS, LA 70119
Phone: (504) 522-1113

| Page: 1 of 1 | PAID INVOICE | Order/Invoice: **01-767982-00** |
|---|---|---|

| Sold To: **Cash Customer** | Ship To: **Cash Customer** |
|---|---|
| | **SELF HAUL** |
| | **NEW ORLEANS, LA** |

CINVOICE

| Special Instructions | Order Date: 05/24/2016 11:27:04 |
|---|---|
| | Invoice Date: 05/24/2016 11:27:04 |
| | Ship Date: 05/24/2016 |

Order rep: ERIC C      Last updated by: ERIC C

Customer: CASH

| | SHIP | ORDER | U/M | ITEM | DESCRIPTION | PRICE | PRICE UNIT | EXT |
|---|---|---|---|---|---|---|---|---|
| 1 | 32 | 32 | LF | CPP1X6 | 1X 6X PRIMED F/J PINE | 0.99 | LF | $ 31.68 |
| 2 | | | | | 2 -> 16 | | | |
| 3 | | | | | cut to 9' | | | |
| 4 | 48 | 48 | LF | CPP1X6 | 1X 6X PRIMED F/J PINE | 0.99 | LF | $ 47.52 |
| 5 | | | | | 6 -> 8 | | | |
| 6 | 80 | 80 | LF | CPP1X4 | 1X 4X PRIMED F/J PINE | 0.63 | LF | $ 50.40 |
| 7 | | | | | 5 -> 16 | | | |
| 8 | | | | | cut to 10' | | | |

PAID

| AMEX 2008 | 142.56 | FILLED BY   CHECKED BY   DATE SHIPPED   DRIVER | | Sales total | 129.60 |
|---|---|---|---|---|---|
| | | SHIP VIA | | Sales tax | 12.96 |
| Total Tendered: | 142.56 | | Taxable | 129.60 | |
| | | | Non-taxable | 0.00 | TOTAL | $142.56 |
| Amount Applied: | 142.56 | | | | |

1 - CUSTOMER COPY

| BALANCE | $ 0.00 |
|---|---|



**Carruth Brothers Lumber Co. Inc.**

600 S. Olympia St.
NEW ORLEANS, LA 70119
(504) 522-1113

| Page: 1 of 2 | Credit Card Authorization | Order/Invoice: **01-767982-00** |
|---|---|---|

Sold To:     Customer: CASH

**Cash Customer**

05/24/2016 11:27:04

| | SHIP | ORDER U/M | ITEM | DESCRIPTION | PRICE | EXT |
|---|---|---|---|---|---|---|
| 1 | 32.00 | 32.00 LF | CPP1X6 | 1X 6X  PRIMED F/J PINE | 0.99 | $ 31.68 |
| 2 | | | | 2 -> 16 | | |
| 3 | | | | cut to 9' | | |
| 4 | 48.00 | 48.00 LF | CPP1X6 | 1X 6X  PRIMED F/J PINE | 0.99 | $ 47.52 |
| 5 | | | | 6 -> 8 | | |
| 6 | 80.00 | 80.00 LF | CPP1X4 | 1X 4X  PRIMED F/J PINE | 0.63 | $ 50.40 |
| 7 | | | | 5 -> 16 | | |
| 8 | | | | cut to 10' | | |

| | | |
|---|---|---|
| | Sales total: | 129.60 |
| | Sales tax: | 12.96 |
| | **TOTAL:** | **$ 142.56** |





**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555  fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|------|-----------|
| 6/07/16 | 110512 |
| | PAGE  1 |

SHIP TO:

SOLD TO:   CASH CUSTOMER

ACCOUNT #
P.O. #

| QTY/ORD | QTY/SHP | QTY/B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---------|---------|---------|-----|------------------------|-------|------------|-------------|
| 221 | 221 | | EA | 90-40PRB  13-1754 | 221.000 | 1.4300 | 316.03 |
| | | | | 4" FJ CASING PRIMED | | | |

PO# 84877 G

SOA

7        8     1:55

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

po cc

| | | | | | | SUB TOTAL | 316.03 |
|---|---|---|---|---|---|-----------|--------|
| | | | | | | TAX | 31.60 |
| | | | | | | TOTAL | 347.63 |

SALES PERSON     DATE SHIPPED

BUYER'S COPY
MUST BE PRESENT FOR RETURNS OR EXCHANGES

DELIVERED BY          OK BY          DATE          RECEIVED BY          DATE

9/29/2016                                      Gmail - Fwd: Your Order is in Process

 Gmail                                      Ben Chauffe <benchauffe@gmail.com>

## Fwd: Your Order is in Process
1 message

Amy Chauffe <amychauffe@gmail.com>                          Sun, Jun 5, 2016 at 10:16 PM
To: benchauffe@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** Lowe's Home Improvement <CustomerCare@lowes.com>
**Date:** June 5, 2016 at 8:25:21 PM CDT
**To:** <amychauffe@gmail.com>
**Subject: Your Order is in Process**

Your Account

              Your Order Is in
                                 Process
                                 View details below.

Dear Ben,                              Order Summary

Thank you for placing your order with Lowe's. Your        **Order Date:**   06/05/2016
order is now in process.
                                       **Order #:**      323974797
  • Check your order status
  • Once your order has shipped, your              **Invoice #:**
    Shipment Notification will include your
    tracking number                     **Order Total:**  $218.40
  • For Store Pickup items, we will notify you
    when your order is ready for pickup
  • Additional information about Lowes.com      ## Need Help?
    orders
                                    **Email Customer Care**
Thank you for shopping at Lowe's
                                    **Call 1-800-445-6937**
Sincerely,
Lowe's Customer Care                         Our Customer Care team is
                                       available Monday — Saturday
                                       8 a.m. — 10 p.m. (ET), and
                                       Sunday 8 a.m. — 9 p.m.
                                       (ET).

Store Pickup
                                    ┌─────────────────────────────┐
                                    │  **Give a Lowe's Gift Card** │
                                    └─────────────────────────────┘

9/29/2016                                    Gmail - Fwd: Your Order is in Process

Products Ordered Unit Price Qty Total



**Trask Chrome 1-Handle Pull-Down Kitchen Faucet**
Item #:535200 Model #: 19933-SD-DST
$199.00  1 $199.00

**Choose from more than 200,000 items in-store and on Lowes.com.**
View Gift Card Options ▸

Pickup Location          Estimated Pickup Date

LOWE'S OF
METAIRIE, LA.
Store #: 1054
3640 VETERANS
MEMORIAL          06/05/2016
BOULEVARD
METAIRIE, LA 70002
Store Phone: (504) 780-0114

**Subscribe to News & Specials**

 

Sign up for exclusive emails on special offers, project ideas and more.
Subscribe Now ▸

Payment and Billing

Sold To

Ben Chauffe          (504) 239-4240
                     amychauffe@gmail.com

**Buy Online. Pick Up In Store**



Place your order on Lowes.com and pick it up in the store.
Get Details ▸

Tender Information          Billing Summary

Master
Card    $218.40      Subtotal:          $199.00
2618:                Shipping/Delivery: $0.00
                     Total Tax:         $19.40
                     Total:             $218.40

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any questions about your order, please call Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com.

 Gmail

Ben Chauffe <benchauffe@gmail.com>

---

## Your Order is in Process
1 message

**Lowe's Home Improvement** <CustomerCare@lowes.com>                    Tue, May 17, 2016 at 9:45 PM
To: benchauffe@gmail.com

Your Account



## Your Order Is in Process
View details below.

Dear Paul,

Thank you for placing your order with Lowe's. Your order is
now in process.

- Check your order status
- Once your order has shipped, your Shipment Notification
  will include your tracking number
- For Store Pickup items, we will notify you when your
  order is ready for pickup
- Additional information about Lowes.com orders

Thank you for shopping at Lowe's

Sincerely,
Lowe's Customer Care

Direct Delivery

Products Ordered Unit Price Qty Total

**Tulio 6-in W 1-Light Chrome Candle
Hardwired Wall Sconce**
Item #: 677711 Model #: LS-16366

$87.78   2 $175.56

### Order Summary

**Order Date:**   05/17/2016

**Order #:**      323345383

**Invoice #:**    74761

**Order Total:**  $193.12

### Need Help?

 **Email Customer Care**

**Call 1-800-445-6937**

Our Customer Care team is
available Monday — Saturday
7 a.m. — 1 a.m. (ET), and
Sunday 8 a.m. — 9 p.m.
(ET).

### Give a Lowe's Gift Card



Choose from more than 200,000
items in-store and on Lowes.com.
View Gift Card Options ▸

Ship To            Shipping Information       Arrival Date

9/29/2016
Gmail - Your Order is in Process

Paul Chauffe
5701 Memphis St
New Orleans, LA
70124
(504) 289-6211

Shipping Method:
Parcel Shipping

05/29/2016

Subscribe to News & Specials



Sign up for exclusive emails on special offers, project ideas and more.
Subscribe Now ▸

Items delivered via Factory-Direct Shipping are sent straight from the factory to your location. Expedited shipping isn't available for this option.

You can track your Special Order here. We will notify you when your Special Order has been shipped.

For more information, see Special Orders.

Buy Online. Pick Up In Store



Place your order on Lowes.com and pick it up in the store.
Get Details ▸

Payment and Billing

Sold To

Paul Chauffe

(504) 289-6211
benchauffe@gmail.com

Tender Information

Billing Summary

M/C 2618: $193.12

| | |
|---|---|
| Subtotal: | $175.56 |
| Shipping/Delivery: | $0.00 |
| Total Tax: | $17.56 |
| Total: | $193.12 |

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any questions about your order, please call Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com.

You can track your Special Order here. We will notify you when your Special Order arrives at the store for pickup.

For more information, see Special Orders.

Lowe's Customer Care (CON8) 1605 Curtis Bridge Rd, Wilkesboro, NC 28697. View our Privacy and Security Statement.
Lowe's and the gable design are registered trademarks of LF, LLC.

Lowe's Consumer Credit Terms and Conditions

9/29/2016                                          Gmail - Your Order is in Process

 Gmail                                    Ben Chauffe <benchauffe@gmail.com>

---

## Your Order is in Process
1 message

---

**Lowe's Home Improvement** <CustomerCare@lowes.com>          Mon, May 16, 2016 at 9:59 PM
To: benchauffe@gmail.com

Your Account



# Your Order Is in Process
View details below.

Dear Paul,

Thank you for placing your order with Lowe's. Your order is
now in process.

- Check your order status
- Once your order has shipped, your Shipment Notification
  will include your tracking number
- For Store Pickup items, we will notify you when your
  order is ready for pickup
- Additional information about Lowes.com orders

Thank you for shopping at Lowe's

Sincerely,
Lowe's Customer Care

Direct Delivery

Products Ordered Unit Price Qty Total

**Status Polished Chrome Standard
Bathroom Vanity Light**
Item #: 675070 Model #: P2060-15

$89.10   2 $178.20

### Order Summary

**Order Date:** 05/16/2016

**Order #:** 323316846

**Invoice #:** 97294

**Order Total:** $196.02

### Need Help?

 **Email Customer Care**

 **Call 1-800-445-6937**

Our Customer Care team is
available Monday —– Saturday
7 a.m. —– 1 a.m. (ET), and
Sunday 8 a.m. —– 9 p.m.
(ET).

### Give a Lowe's Gift Card



Choose from more than 200,000
items in-store and on Lowes.com.
View Gift Card Options ▸

Ship To              Shipping Information          Arrival Date

9/29/2016                                              Gmail - Your Order is in Process

Paul Chauffe
5701 Memphis St          Shipping Method:          05/18/2016
New Orleans, LA          Parcel Shipping
70124
(504) 289-6211

Subscribe to News & Specials



Sign up for exclusive emails on
special offers, project ideas and
more.
Subscribe Now ▸

Items delivered via Factory-Direct Shipping are sent straight from the
factory to your location. Expedited shipping isn't available for this
option.

You can track your Special Order here. We will notify you when your
Special Order has been shipped.

For more information, see Special Orders.

Buy Online. Pick Up In Store



Place your order on Lowes.com and
pick it up in the store.
Get Details ▸

Payment and Billing

Sold To

Paul Chauffe                 (504) 289-6211
                             benchauffe@gmail.com

Tender Information          Billing Summary

M/C 2618: $196.02           Subtotal:          $178.20
                            Shipping/Delivery: $0.00
                            Total Tax:         $17.82
                            Total:             $196.02

Charges will apply to your credit card at time of fulfillment. Picked up
or shipped orders will be charged when pickup or shipping processes
begin. Lowe's delivery orders will charge up to 48 hours before your
scheduled delivery. For installation projects, see contract for details.
If any part of your order is canceled prior to fulfillment, your pending
charges will be adjusted. If you have any questions about your order,
please call Customer Care at 1-800-44-LOWES (56937) or email
customercare@lowes.com.

You can track your Special Order here. We will notify you when your
Special Order arrives at the store for pickup.

For more information, see Special Orders.

Lowe's Customer Care (CON8) 1605 Curtis Bridge Rd. Wilkesboro, NC 28697, View our Privacy and Security Statement.
Lowe's and the gable design are registered trademarks of LF, LLC.

Lowe's Consumer Credit Terms and Conditions



**INVOICE**

Showroom:
3600 Orleans Ave.
New Orleans, LA 70119
(504) 486-0094

Warehouse:
4753 River Road
Jefferson, LA 70121
(504) 734-2042

A Division of Armstrong's Supply Co., Inc.

| **Customer Copy** | |
|---|---|
| Number | 098883 |
| Date | 07/06/16 |
| Page | 1 |

| Bill To: CASH-HOM | HOME BUILDING CONTRACTORS | Ship To: SAME | HOME BUILDING CONTRACTORS |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| | 07/06/16 | PCD DARES, P. | CASH SALE | LAORL | 297880 | 04 | PREPAID | COUNTER PICK-UP |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| AFX NLLP14WH | 14" LED UNDERCABINET 90CRI | 2 | 2 | 0 | EA | 69.45 | EA | 138.90 |
| AFX NLLP40WH | 40" LED UNDERCABINET 90CRI | 1 | 1 | 0 | EA | 147.06 | EA | 147.06 |
| AFX NLLP22WH | 22" LED UNDERCABINET 90CRI | 2 | 2 | 0 | EA | 80.75 | EA | 161.50 |
| AFX NLLP32WH | 32" LED UNDERCABINET 90CRI | 1 | 1 | 0 | EA | 104.98 | EA | 104.98 |
| | M/C PAUL, CHAUFFE II 2618 | | | | | | | |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 552.44 | .00 | .00 | 55.24 | .00 | 607.68 |

NO RETURNS after 30 days -or- on special orders

**Superior Services A/C, Electric and Plumbing**
2514 Front St
Slidell, LA  70458 US
(985) 781-0418
superioracelectric@yahoo.com
superiorservicesla.com



**Superior ✹ Services**
*A/C ✦ Electric / Plumbing*

# INVOICE

**BILL TO**
C & J General Contractors
6537 Marshall Foch Street
New Orleans, LA  70124

**INVOICE #** 6247
**DATE** 04/15/2016
**DUE DATE** 04/15/2016
**TERMS** Due on receipt

**P.O. NUMBER**
6537 MARSHALL FOCH

| DESCRIPTION | AMOUNT |
|---|---|
| **Electric-Misc**<br>Replaced (1) 40 circuit 200amp indoor panel and breakers. Removed all electric devices, relocated recess cans, relocated wiring in wall being moved, chipped slab for circuit and added 8/3 wire for double oven. | 2,950.00 |
| **Plumbing - Remodel**<br>Relocated vent stack, 1" water line, capped off all stubouts, gas lines, and reattached supply boxes to joist. | 875.00 |

Thank you for your business. Have a great day!!

**BALANCE DUE**  **$3,825.00**

RJ Champagne Construction LLC

# Invoice

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Invoice # |
|------|-----------|
| 6/2/2016 | 389 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|   | Interior Trim Package 1st Draw: | | |
| 1 | Labor Draw for install doors - base - window stools on basic trim package. Total $4000.00  Draw $2000.00  and Leave $2000.00 to be collected upon completion. | 2,000.00 | 2,000.00 |
| 393 | Labor to install corwn molding. 393 linear feet have been installed downstairs. Crown install for upstairs to be collected at end of job. | 1.50 | 589.50 |
| 10 | Labor to full wrap windows. Total 10 windows $750.00 Partial draw $600.00 balance collected at end of job | 60.00 | 600.00 |
| | **Total** | | $3,189.50 |

RJ Champagne Construction LLC

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/8/2016 | 397 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Interior Trim package 2nd Draw | | |
|  | Construction Draw: Trim package | 1,500.00 | 1,500.00 |

| | **Total** | $1,500.00 |
|---|---|---|

RJ Champagne Construction LLC

**Invoice**

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Invoice # |
|------|-----------|
| 8/8/2016 | 398 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Final Draw Interior trim package | | |
| | Total trim package | | |
| | Labor:  1st Draw | 5,423.50 | 5,423.50 |
| | Labor: 2nd Draw | -3,189.50 | -3,189.50 |
| 36 | Labor to install Crown Molding above stairway | -1,500.00 | -1,500.00 |
| | | 3.00 | 108.00 |
| | Labor to install Crown upstairs Hallway | 1.50  105 LF | 157 |
| | Labor to install Base cap on Stairway | ~~0.00~~ | ~~0.00~~ |
| | | 0.00 | ~~0.00~~ |
| | | | 150 |

| | **Total** | $ 1,149.50 ~~$842.00~~ |
|---|-----------|------|

**Nathan Junius**

| | |
|---|---|
| **From:** | Nathan Junius <njunius1@yahoo.com> |
| **Sent:** | Tuesday, April 03, 2018 6:12 PM |
| **To:** | Nathan Junius |
| **Subject:** | Fwd: Transaction Receipt from CNO ONE STOP SHOP for 368.82 (USD) |

Begin forwarded message:

**From:** "Auto-Receipt" <noreply@mail.authorize.net>
**Date:** February 26, 2016 at 8:16:52 AM CST
**To:** "Nathan Junius" <njunius1@yahoo.com>
**Subject: Transaction Receipt from CNO ONE STOP SHOP for 368.82 (USD)**
**Reply-To:** "One Stop Shop" <rjhoutman@nola.gov>

**Order Information**

Description:      Online payment to City of New Orleans One Stop Shop by - Nathan Junius on 2/26/2016
Invoice Number:  19323

**Billing Information**                    **Shipping Information**
Nathan Junius
6537 Marshall Foch St
New Orleans, LA 70124
njunius1@yahoo.com
504.833.5300

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| PrmtFee-994802 | TypeID: 1 | Permit # 16-05206-RNVNFee: Building | 1 | N | 360.00 (USD) | 360.00 (USD) |
| 2.45% Convenience Fee | Surcharge | Online Transaction convenience fee | 1 | N | 8.82 (USD) | 8.82 (USD) |

**Total: 368.82 (USD)**

**Payment Information**

| | |
|---|---|
| Date/Time: | 26-Feb-2016 6:16:52 PST |
| Transaction ID: | 8017672504 |
| Payment Method: | MasterCard xxxx3384 |
| Transaction Type: | Purchase |
| Auth Code: | 096133 |

**Merchant Contact Information**

CNO ONE STOP SHOP
NEW ORLEANS, LA 70112
US
rjhoutman@nola.gov

1

**STANDARD CONTRACT FOR THE TREATMENT OF SUBTERRANEAN TERMITES**
Approved by the Louisiana Structural Pest Control Commission
Louisiana Department of Agriculture and Forestry

PEST CONTROL COMPANY    H & M TERMITE & PEST CONTROL CORPORATION
ADDRESS  8925 W NAPOLEON AVE., METAIRIE
TELEPHONE NO.(504)    STATE  LA    ZIP  70001
CUSTOMER  MAXINE CLARK    STRUCTURAL PEST CONTROL LICENSE NO:  M-29
MAILING ADDRESS  6537 MARSHALL FOCH    HOME PHONE NO:(504) 228-6356
CITY  NEW ORLEANS    BUS. PHONE NO.( )
PROPERTY ADDRESS OF STRUCTURE(S) TREATED  6537 MARSHALL FOCH
CITY  NEW ORLEANS    STATE  LA    ZIP  70124
BUILDING(S) TREATED    LOUISIANA    ZIP  70124
MAIN STRUCTURE
One building per contract (no fences, detached garages or out-buildings at above treatment addresses are included in this agreement unless specified in writing in this agreement).

TREATMENT FOR: Write in selection from below:  NATIVE SUBTERRANEAN-RETICULITERMES/FORMOSAN-COPTOTERMES
Native Subterranean Termites-Reticulitermes and Formosan Termites-Coptotermes  Other (Specify)
Drywood Termites-Kalotermes and Cryptotermes    Powder Post Beetles-Lyctidae, Bostrichidae, Anobiidae

I fully understand and agree that this contract pertains to the treatment of the insects indicated above only. I fully understand and agree to the terms and conditions in this
contract as indicated on the front and reverse sides.

Customer Initials _____    Date  6/8/16

FOR THE SUM OF $  680.00
STATE FEE $  8.00    ATTACHMENTS WHICH MAY FORM PART OF THIS AGREEMENT:
TOTAL $  688.00    X  WAIVER OF THE STATE SPECIFICATIONS
OTHER (SPECIFY)    (SEE ATTACHED)
CONTRACT DATE - BEGINNING  4-22-16

CUSTOMER TO PAY AS FOLLOWS    UPON COMPLETION
*Buildings not meeting or treated in accordance to minimum treatment specifications as per rules and regulations of the Louisiana Structural Pest Control Commission
must have a waiver of minimum state specifications.

**ARBITRATION**
The Customer and the Company agree that any controversy or claim between them arising out of or relating to the interpretation, performance, or breach of this agreement or to the treatment of
or rendering of services to the identified property in anyway, whether by virtue of contract, tort, or otherwise, shall be settled exclusively and finally by arbitration. The arbitration shall be
conducted in accordance with the Louisiana Binding Arbitration Law, La. Rev. Stat. 9:4201 et seq. The arbitrator shall be a neutral third party mutually chosen by the Customer and the
Company to hear their claims and render a decision. The arbitrator shall be bound by rules of substantive law and shall not be bound by the rules of evidence, whether or not set out by statute,
except for provisions relating to privileged communications. The arbitrator shall give effect to any and all waivers, releases, disclaimer, limitations and other terms and conditions of this
contract. Therefore, the award shall not, and the arbitrator shall not have the power or authority to, hold your Company Name responsible for (1) the repair or replacement of any termite damage
to the identified property other than new termite damage as defined in this Contract (ii) loss of anticipated rents and/or profits (iii) indirect, special, incidental, consequential, exemplary or
punitive damages. Each party shall be responsible for paying any attorneys' fees, expert witness fees and other expenses it incurs on its behalf in connection with the arbitration, plus one half the
arbitrator's fee and one half of any expenses incurred by the arbitrator, and the award shall assess the arbitrator's fees and expenses accordingly. Any award of damages pursuant to such
arbitration shall be included in a written decision which shall state the reasons upon which the award was based, including all the elements involved in the calculation of any award of damages.
Neither party shall sue the other party with respect to any matter in dispute between the parties other than for enforcement of this arbitration provision or of the arbitrator's decision and a party
violating this provision shall pay the other party's costs, including but not limited to, attorneys' fees, with respect to such suit and the arbitration award shall so provide. I certify that I have read
and understand the arbitration clause described above.    Customer Initials _____

**GENERAL CONDITIONS**
THE PEST CONTROL COMPANY (HEREAFTER REFERRED TO AS THE COMPANY) WARRANTS ITS WORK PERFORMED ON THE ADDRESS LISTED ABOVE FOR NO
LESS THAN ONE YEAR. THE OWNER, LESSEE, MANAGER OR AGENT (HEREAFTER REFERRED TO AS THE "CUSTOMER") OF THE ADDRESS RECEIVING THE
TREATMENT RETAINS THE EXCLUSIVE OPTION TO RENEW THIS CONTRACT AND WARRANTY FOR ONE YEAR AFTER THE EXPIRATION OF THE FIRST YEAR'S
WARRANTY. THE RENEWAL FEE SET AT THE EXPIRATION OF THE FIRST YEAR OF THIS CONTRACT SHALL BE $175   DUE AND PAYABLE ON OR BEFORE THE
ANNUAL DATE AFTER THE EXPIRATION OF THE SECOND ANNIVERSARY DATE BY THE MUTUAL CONSENT OF BOTH PARTIES. THIS AGREEMENT MAY BE RENEWED
THE COMPANY AND CUSTOMER AGREE TO THE FOLLOWING TERMS AND CONDITIONS:
1.   PERFORMING THE WORK
The Company agrees to treat the building(s) in complete compliance with applicable laws, rules and regulations of the Louisiana Structural Pest Control Commission and to inspect the
property annually prior to the expiration of this agreement. The Company will exercise care while performing any work hereunder to try to avoid damaging any part of the property, plants
or animals. Under no circumstances or conditions shall the Company be responsible for damage caused by the Company at the time the work is performed except those damages resulting
from gross negligence on the part of the Company.
2.   DEFINITIONS - SEE REVERSE
3.   INFESTATION
Should an active infestation (meaning the presence of live insects) of the wood destroying insects covered by this agreement occur in any portion of the building(s) covered by this
agreement, the Company agrees to treat such infested portions within thirty (30) days of discovery of such infestation at the Customer's request at no additional charge to the Customer,
except as otherwise noted within this agreement.
4.   COPTOTERMES (FORMOSAN TERMITES)
To obtain control of Formosan termites it may be necessary to have walls, ceilings, and other parts of the structure dismantled in order to locate and destroy the infestation. Fumigation
may be necessary to obtain control where the removal of the infestation is not possible or actual infestation is probable. The Customer warrants full cooperation and is responsible for any
additional costs associated with dismantling and or fumigation, which may be necessary should soil treatment alone be ineffective.
5.   DRY-WOOD TERMITES (Kalotermes and Cryptotermes), POWDER POST BEETLES (Lyctidae, Bostrichidae, Anobiidae) or OTHER WOOD-BORING INSECTS. If these insects are
covered by this agreement, the Company cannot be held liable for any damage to the structure or its contents caused by these insects since fumigants used to treat a property for control of
these insects are non-residual and any liquid treatments which may be applied are only spot treatments.
6.   CONDITIONS CONDUCIVE TO INFESTATION
The Customer warrants full cooperation with the Company during the term of this agreement, and agrees to maintain the area(s) treated free from any factors contributing to infestation,
such as wood, trash, lumber, direct wood-soil contact, standing water under any type structure, or as noted in item 13. The Customer also agrees to notify the Company if and to eliminate
faulty plumbing, leaks and dampness from drains, condensation or leaks from the roof or otherwise into, onto or under said area(s) treated.  Failure of the Customer to fully correct the
above conditions may result in the nullification of this service agreement. Failure of the Company to note any of the above conditions to the Customer does not alter the Customer's
responsibility under this paragraph.
7.   ADDITIONS OR ALTERATIONS
This agreement covers the building(s) identified herein as of the date of the initial treatment. In the event the building(s) are structurally modified, altered, or otherwise changed, or if soil
is removed or added around the foundation, the Customer will immediately notify the Company in writing. Failure to notify the Company in writing prior to any additions or alterations
may terminate this agreement. Additional services because of any alteration may be provided by the Company at the Customer's expense, and can require an adjustment of the renewal
fee.
8.   INSPECTION DIAGRAM
The Company neither implies nor guarantees that any area(s) shown to be infested or damaged, and indicated on an inspection graph completed at the time this agreement is entered into,
represents all of the infestation or damage existing at that time. Likewise, the failure of a graph to indicate infestation or damage is not a warranty or guarantee that there is no infestation
or damage at the time the inspection is made.
9.   LOUISIANA STRUCTURAL PEST CONTROL COMMISSION
The Customer maintains the right to contact the Structural Pest Control Commission of the Louisiana Department of Agriculture and Forestry to arrange for an inspection of the property
treated by Company as provided for by this contract.
10.   CHANGE IN LAW - SEE REVERSE
11.   NON-PAYMENT
The Customer agrees that upon default of any payment due by the Customer, the Company is relieved from further obligation under this agreement. The Customer also agrees to pay all
reasonable collection fees, including attorney's fees, incurred by the Company in the event of the Customer's default.
12.   DAMAGE
THE CUSTOMER UNDERSTANDS THAT DUE TO VARIOUS CONDITIONS PRESENT IN CONSTRUCTION EXISTING AT THE TIME THIS AGREEMENT IS
MADE, AND THE POSSIBILITIES OF INFESTATION AND DAMAGE WHICH MAY OR MAY NOT BE VISIBLE TO THE COMPANY, THE COMPANY CANNOT BE
HELD LIABLE FOR ANY PAST, PRESENT OR FUTURE DAMAGE TO STRUCTURE(S) OR ITS CONTENTS COVERED BY THIS AGREEMENT, CAUSED BY
WOOD-DESTROYING INSECTS.
13.   SPECIAL OR ADDITIONAL COMMENTS    RE TREAT ONLY
14.   ENTIRE AGREEMENT - SEE REVERSE

By signing this agreement, I the customer, certify that I have read the provisions above and on the reverse side and agree to all terms and conditions contained therein.

4-22-16
Date    Customer    Company
HERMAN K MANCUSO    Revised 03/15
LPCA - 2A

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

# ESTIMATED COST OF SERVICES

**LPSC 5237B**

## HUG-CONDON MOVING & STORAGE CO., INC.

632 TIME SAVER AVE., HARAHAN, LA 70123, PHONE 504-733-1483 FAX 504-733-1457

| | | | |
|---|---|---|---|
| NAME | Sarah Junius | PHONE 985-713-7950 | OTHER |
| ADDRESS | 6537 Marshall Foch Street | ATTN | |
| CITY | New Orleans | STATE LA. | ZIP |
| DESTINATION | # 4 Thrush St. New Orleans  LA. | | ZIP |
| PACKING DATE | LOADING | DELIVERY | PHONE |

> **IMPORTANT NOTICE::** This estimate covers only the articles and services listed. It is not a guarantee that the actual charges will not exceed the amount of the estimate. Common carriers are required by law to collect transportation and other incidental charges computed on the basis of rates shown in their lawfully published tariffs, regardless of prior rate quotations or estimates made by the carrier or its agents. Exact charges for loading, transporting, and unloading are based upon the weight of the goods transported, and such charges may not be determined prior to the time the goods are loaded on the van and weighed. Charges for additional services will be added to the transportation charges.

| | | | | | |
|---|---|---|---|---|---|
| Linehaul Est. Wt. | | LBS. | MILES | PER 100LBS | |
| Extra Pickup or Delivery | | | | | |
| Flight Carry | Long Carry | Elevator | | | |
| Bulky Articles | Packing large Flat/ + two mounted Screens | | | | 380.00 |
| Appliance Service | Origin 165.00 | Destination 165.00 | | | 330.00 |
| Valuation: Transportation | $ | X | | | |
| Containers and Packing Labor(See Below) | | | | | 1,885.70 |
| Unpacking (See Below) | | | | | |
| Crating Specific Items | | | | | |
| Pickup For or Delivery from Storage | | | | | |
| Warehouse Handling | In | Out | | | |
| Storage-Monthly Weight | # X | CWT | Month(s) | | |
| Storage-Valuation Monthly | $ X | Per M | Month(s) | | |
| Other Services | Packing large picture frames into Art Boxes | | | | 150.00 |
| Local or Office Moves Below: | | | | | |
| Number 1 Vans | 4.00 Men: For 18.00 Hours X 150.00 Per Hour | | | | 2,700.00 |
| Number | Hour Service Charge Included in Hourly Estimate X | Per Hour | | | |
| Other Services | | | | | |
| | | | **TOTAL ESTIMATED COST $** | | 5,445.70 |

| ESTIMATED COST OF CONTAINERS, PACKING AND UNPACKING SERVICES | Containers and Packing | | | Unpacking | | | | |
|---|---|---|---|---|---|---|---|---|
| | ESTIMATED NUMBER | PER EACH | TOTAL | ESTIMATED NUMBER | PER EACH | TOTAL | | |
| BARREL, dish pack | 13.00 | 37.00 | 481.00 | | | | | |
| TRI WALLS | | | | | | | | |
| TAPE | | | | | | | | |
| WHITE PAPER | | | | | | | | |
| CARTONS: 1.5 Cu.Ft. | 30.00 | 8.75 | 262.50 | | | | | |
| 3.0 Cu.Ft. | 25.00 | 13.40 | 335.00 | | | | | |
| 4.5 Cu.Ft. | 23.00 | 16.80 | 386.40 | | | | | |
| 6.0 Cu.Ft. | 5.00 | 18.50 | 92.50 | | | | | |
| 8.0 Cu.Ft. | | | | | | | | |
| WARDROBE CARTON | 5.00 | | | | | | | |
| Crib Mattress Carton | 1.00 | 10.50 | 10.50 | | | | | |
| Mattress Carton(Single) | 4.00 | 14.50 | 58.00 | | | | | |
| Mattress Carton(Double) | | | | | | | | |
| Mattress Carton(King/Queen) | 3.00 | 27.40 | 82.20 | | | | | |
| Mirror or Picture Cartons | 6.00 | 29.60 | 177.60 | | | | | |
| Office Cartons | | | | | | | | |
| Paper Pads | | | | | | | | |
| | Estimated Costs | | 1885.70 | Estimated Costs | | | Total | 1885.70 |

Remarks

Signature and Title of Estimator _____  Date _____



The Standard Form (revised 5/13) of:
New Orleans Metropolitan Association of REALTORS®, Inc.

For exclusive use of REALTORS®
REALTOR® Boards provide this form as an aid,
and not as legal advice. REALTOR® members
assume no responsibility for unauthorized use

## COUNTER OFFER

1  4:45 _____ (A.M.) ☑ (P.M.) 11/15/2015 _____ (Date)
2  The undersigned hereby makes the following Counter Offer to the Louisiana Residential
3  Agreement to Buy or Sell (the "Agreement") dated 11/14/2015
4  concerning Property at : 6537 Marshall Foch St
5  in New Orleans _____ City; Orleans _____ Parish;
6  Louisiana between Nathan Junius _____ as Seller(s)
7  and David Theard and Brandi Theard _____ as Buyer(s).
8
9  *REFERENCE LINE NUMBERS FOR EACH COUNTER POINT FROM AGREEMENT*
10  Selling firm Is Keller Williams Realty 455-0100
11  Listing Agent is Amy A Burke  504-234-3001  504-455-0100  504-455-0322  amyaburke@gmail.com
12  Line 35 to read: Five hundred fifty thousand and 00/100
13  Line 36 to read: $550,000.00
14  Line 39 to read: Act of Sale to take place on or before January 8, 2016
15  Line 47 to read: This sale is contingent on the sale of the buyers other property located at 6223 Memphis St.
16  If sellers receive an offer from another buyer, sellers will give buyers 24 hrs to either remove
17  contingency and move toward Act of Sale or deem current contract null and void and receive deposit back in full.
18  Line 148 to read: There is no new home addendum
19  Line 157 to read:  Inspection period to be 15 days starting 24 hrs after acceptance of offer
20  Line 199 to read: There is no private septic system servicing the primary residence
21
22
23
24
25
26
27
28
29
30
31
32  All other terms and conditions of the Agreement shall remain in effect except as
33  modified by this Counter Offer.
34
35  This Counter Offer is void if not accepted in writing on or before 12pm _____ (A.M.)(P.M.)
36  (Noon) (Midnight) on 11/18/2015 _____ (Date).
37
38
39  X Nathan Junius _____        _____
40  Sign(Seller)(Purchaser)FullName(First,Middle,Last)    Sign (Seller)(Purchaser) Full Name (First,Middle,Last)
41
42  Nathan Junius
43  Print (Seller)(Purchaser) Full Name          Print (Seller)(Purchaser) Full Name
44
45  Received by: _____
46      Designated Agent Signature   agent's printed name if they want
47  at _____ (A.M.) (P.M.) on _____ (Date).
48
49              RESPONSE TO COUNTER OFFER
50
51  The above Counter Offer is hereby:
52  ☒ ACCEPTED  ☐ REJECTED  ☐ REPLACED WITH NEW COUNTER OFFER FORM
53  at  11:30 _____ (A.M.)(P.M.) on  11 / 18 / 15 _____ (Date).
54
55
56  X David Theard _____        Brandi Theard _____
57  Sign(Seller)(Purchaser)FullName(First,Middle,Last)    Sign (Seller)(Purchaser)Full Name(First,Middle,Last)
58
59  David Theard              Brandi Theard
60  Print (Seller)(Purchaser) Full Name          Print (Seller)(Purchaser) Full Name

This form produced by: Formulator ☆ 800-499-9612                    NOMAR 5/2013

Northshore Area Board of REALTORS®
Saints Board of REALTORS®

and not as legal advice. REALTOR® members
assume no responsibility for unauthorized use

| 6537 Marshall Foch St | New Orleans | LA | 70124 |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP |

## CONTINGENCY ADDENDUM
## TO LOUISIANA RESIDENTIAL AGREEMENT TO BUY OR SELL

1. The following paragraphs are added to the Louisiana Residential Agreement
2. to Buy or Sell (the "Agreement") between BUYER and SELLER attached
3. hereto:
4.
5. It is hereby understood and agreed that the attached Agreement is
6. conditioned and contingent upon the sale of the BUYER'S property located at
7. 6223 Memphis St  New Orleans, LA 70124
8. on or prior to 12/04/2015
9.
10. It is further understood and agreed that SELLER, through his designated
11. agent will continue to market the Property to prospective purchasers until
12. such time as BUYER, by written notification receipt of which is acknowledged
13. by SELLER, removes the above stated contingency as a condition for
14. performance of the Agreement.  During the period that the Property remains
15. on the market, should SELLER receive an offer, acceptable to the SELLER,
16. the SELLER'S designated agent shall notify the BUYER's designated agent in
17. writing and notify SELLER of same.  SELLER shall grant BUYER a 24 hr
18. _____ period from receipt of SELLER's notification to BUYER within
19. which BUYER must remove the contingency in writing or to release in writing
20. all rights under this Agreement and have his Deposit returned in full.  The
21. hour period will commence upon receipt of SELLER's written notice by either
22. BUYER or BUYER's designated agent or the designated agent's broker or
23. manager.
24.
25. If the contingency is removed by BUYER, all financing contingencies of this
26. Agreement are automatically removed and all other terms of this Agreement
27. remain in full force and effect.
28.
29. Failure of BUYER to remove the contingency in writing within the time
30. allotted in Line 17 hereof shall cause the entire Agreement to be null and
31. void with no obligation or liability for performance or repayment of any of
32. BUYER's expense by SELLER except SELLER shall return the Deposit to
33. BUYER.
34.
35.
36. _David Theard_
37. Sign Buyer's Full Name (First, Middle, Last)
38.
39. David Theard
40. Print Buyer's Full Name
41.
42.
43. Day  Date  Time  AM/PM  MIDNIGHT/NOON
44.
45. _Nathan Junius_
46. Sign Seller's Full Name (First, Middle, Last)
47.
48. Nathan Junius
49. Print Seller's Full Name

_Brandi Theard_
Sign Buyer's Full Name (First, Middle, Last)

Brandi Theard
Print Buyer's Full Name

Day  Date  Time  AM/PM  MIDNIGHT/NOON

Sign Seller's Full Name (First, Middle, Last)

Print Seller's Full Name

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 07/25/2016 |
| Disbursement Date | 07/25/2016 |
| Settlement Agent | Crescent Title, LLC |
| File # | 162033 |
| Property | 6537 Marshall Foch Street |
| | New Orleans, LA 70124 |

Sale Price      $416,500

## Transaction Information

| | |
|---|---|
| Borrower | Amy Schwehm Chauffe and Paul Benjamin Chauffe, II |
| | 6537 Marshall Foch Street |
| | New Orleans, LA 70124 |
| Seller | Nathan J. Junius |
| | 4 Thrush Street |
| | New Orleans, LA 70124 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $419,695.56 |
|---|---|---|
| 01 Sale Price of Property | | $416,500.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City taxes | 07/25/16 to 01/01/17 | $3,195.56 |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | $336,059.09 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $1,100.75 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Standard Mortgage Co | $334,958.34 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| **Adjustments for Items Unpaid by Seller** | |
| 14 City/Town Taxes | |
| 15 County Taxes | |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### CALCULATION

| Total Due to Seller at Closing (M) | $419,695.56 |
|---|---|
| Total Due from Seller at Closing (N) | -$336,059.09 |
| Cash ☐ From ☒ To Seller | $83,636.47 |

## Contact Information

| REAL ESTATE BROKER (B) | |
|---|---|
| Name | |
| Address | |
| LA License ID | |
| Contact | |
| Contact LA License ID | |
| Email | |
| Phone | |

| REAL ESTATE BROKER (S) | |
|---|---|
| Name | |
| Address | |
| LA License ID | |
| Contact | |
| Contact LA License ID | |
| Email | |
| Phone | |

| SETTLEMENT AGENT | |
|---|---|
| Name | Crescent Title, LLC |
| Address | 7037 Canal Blvd., Suite 203 |
| | New Orleans, LA 70124 |
| LA License ID | 300974 |
| Contact | Tina Rome |
| Contact LA License ID | |
| Email | tinarome@crescenttitle.com |
| Phone | 5044840700 |

### Confirm Receipt

Nathan J. Junius

**Closing Cost Details**

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01  % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01  Appraisal fee to Dale R. Fleishmann Appraisal Services | | | |
| 02  Credit report fee to CBC Innovis | | | |
| 03  Flood cert fee to Corelogic flood services lls | | | |
| 04  Inspection fee to Dale R. Fleishmann Appraisal Services | | | |
| 05  Tax service fee to CoreLogic Tax Services LLC | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01  Title - Abstract to Louisiana Abstracting and Exam, LLC | | | |
| 02  Title - ALTA Endorsement B.1 (Environmental Protection Lien) to Crescent Title, LLC | | | |
| 03  Title - Closing Protection Letter to Fidelity National Title Insurance Company | | | |
| 04  Title - Exam to Louisiana Abstracting and Exam, LLC | | | |
| 05  Title - Fee to cancel Mortgage to Crescent Title, LLC | | | |
| 06  Title - Fee to procure certificates to Crescent Title, LLC | | $120.00 | |
| 07  Title - Lender's Title Insurance to Crescent Title, LLC | | $120.00 | |
| 08  Title - Mortgage/Conveyance certificates to Louisiana Abstracting and Exam, LLC | | | |
| 09  Title - Overnight Payoff to Crescent Title, LLC | | $181.00 | |
| 10  Title - Overnight/Wire fee to Crescent Title, LLC | | $19.75 | |
| 11  Title - Recording Services to Crescent Title, LLC | | $25.00 | |
| 12  Title - Settlement Fee to Crescent Title, LLC | | $275.00 | |
| 13  Title - Tax research to Louisiana Abstracting and Exam, LLC | | $35.00 | |

Closing Cost Details

| Other Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees - Cash Sale | Deed:   Mortgage: | | |
| 02 Document Transaction Tax to City of New Orleans | | | |
| 03 Recording Fees - Mortgage to Clerk of Court | | $325.00 | |
| 04 | | | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium (  mo.) | | | |
| 02 Mortgage Insurance Premium (  mo.) | | | |
| 03 Prepaid Interest (   per day from   to   ) | | | |
| 04 Property Taxes (  mo.) | | | |
| 05 Flood Insurance (  mo.) | | | |
| 06 Hurricane Insurance (  mo.) | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance | | | |
| 02 Mortgage Insurance | | | |
| 03 Property Taxes | | | |
| 04 City Taxes | | | |
| 05 Flood Insurance | | | |
| 06 Wind/Storm Insurance | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 Home Warranty | | | |
| 02 Listing Agent Commission | | | |
| 03 Pest Inspection | | | |
| 04 Selling Agent Commission | | | |
| 05 Survey/Flood Elevation | | | |
| 06 Title - Owner's Title Insurance (optional) to Crescent Title, LLC | | | |
| 07 | | | |
| 08 | | | |
| **J. TOTAL CLOSING COSTS** | | $1,100.75 | |

CLOSING DISCLOSURE

Section VII. Loss of Use / Loss of Enjoyment

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and
consistent with past verdicts in the Chinese drywall litigation, based on the number
of years I and my family have owned and/or lived in the home containing defective
Chinese-manufactured sheetrock produced by the Knauf Defendants.

C. Richard Gerage, Esq.
3021 35th Street
Metairie, LA 70001
(504) 834-7171

CONVEYANCE OFFICE
GASPER J. SCHIRO

FILED-CUSTODIAN OF
NOTARIAL RECORDS
2006 - 0 3 8 5 7 ℓ -3
PARISH OF ORLEANS

CASH SALE OF PROPERTY    *

BY    *

   *

KATHLEEN VOGT ROBERT WIFE OF/AND    *
KEARNY Q. ROBERT, III    *

   *

TO    *

   *

NATHAN J. JUNIUS    *
* * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF JEFFERSON

BE IT KNOWN, that on this 1ST day of FEBRUARY, 2006,

BEFORE ME, the undersigned, a Notary Public, duly commissioned and qualified, and in the

presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

KATHLEEN VOGT ROBERT (SS#XXX-XX-8801) WIFE OF/AND KEARNY Q.
ROBERT, III (SS#XXX-XX-5035), both persons of the full age of majority and residents
of the State of Louisiana, who declared unto me, Notary, under oath, that they have been
married but once and then to each other and that they are presently living and residing
together, and their mailing address is 103 Live Oak Lane, Luling, LA 70070,

hereinafter referred to collectively as "VENDOR", who declares that said vendor does by these presents

grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties (except

only as expressly provided below) and with full substitution and subrogation in and to all the rights and

actions of warranty which said vendor has or may have against all preceding owners and vendors, unto:

NATHAN J. JUNIUS (SS#XXX-XX-5876), a person of the full age of majority and a
resident of the State of Louisiana, who declared unto me, Notary, under oath, that he is not
now, nor has he ever been married, and his mailing address is 3608 18th Street, Suite 200,
Metairie, LA 70002,

hereinafter referred to collectively as "PURCHASER", here present accepting, and purchasing for

purchaser, and purchaser's successors, heirs and assigns, and acknowledging due delivery and possession

thereof, all and singular the following described property, to-wit:

all of vendor's right, title and interest in and to:

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all
the rights, ways, privileges servitudes, appurtenances and advantages thereunto belonging or in anywise
appertaining, situated in the SECOND DISTRICT of the CITY OF NEW ORLEANS, PARISH OF
ORLEANS, STATE OF LOUISIANA, in that part thereof known as LAKEVIEW, in SQUARE 182,
bounded by Marshall Foch Street, Porteous Street (formerly Twiggs Street), Argonne Street and Lane Street,
said lots are designated by the Lots 13 & 14, measuring each 25.0 feet front on Marshall Foch Street, same
width in the rear, by a depth of 122.0 feet between equal and parallel lines. Said above described lots are
situated and located on an alley 15.00 feet wide, common to these and other lots.

THE IMPROVEMENTS THEREON BEAR THE MUNICIPAL NUMBER 6537 MARSHALL FOCH
STREET, NEW ORLEANS, LOUISIANA 70124.

Being the same property acquired by Mr. & Mrs. Kearny Q. Robert, III by purchase from Deux Amies, Inc., in act dated June 3, 2002, before Carl J. Little, N.P., registered in COI# 238357 records of Orleans Parish, Louisiana.

This act is made, executed and accepted subject to the following:

1.  Encroachments, boundary disputes, overlaps, rights of parties in possession, party walls, servitudes and other adverse matters, if any, as would be disclosed on a current accurate survey and inspection of the subject property.

2.  ny and all restrictive covenants, reservations, easements, conditions, rights and servitudes contained in public records.

Parties herein dispense with the production of a current survey and relieve and release me, Notary, and the Law Office of C. Richard Gerage from any responsibility or liability which may result in connection therewith.

**"As-Is, Where-Is" Clause.** Purchaser specifically waives the implied warranty provided for by Louisiana Law, including all warranties against vices or defects latent or apparent, or fitness for any particular purpose. This express waiver is declared by both Vendor and Purchaser to be a material and integral consideration of this act of transfer and sale. It is specifically understood that Purchaser assumes the risk of all defects, including latent defects not discoverable upon simple inspection, including those which, if known, would deter Purchaser from making the purchase at all or paying the price paid. Purchaser also waives any present or future right in the nature of redhibition, quanti minoris and/or concealment, or based on any other theory of law. Accordingly, Vendor and Purchaser stipulate and agree that this sale of the above-described property is made "AS-IS", in its present condition, and without representation of any kind as to kind, quality and condition, and without recourse and without warranty as to kind, quality, and condition. The parties agree that the only warranty of Vendor is a warranty of title. Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Article 2475, any other applicable state or federal law and the jurisprudence thereunder. Purchaser also waives any rights it may have in redhibition or to a reduction of purchase price pursuant to Louisiana Civil Code Articles 2520 through 2548, inclusive, in connection with the property.

Purchaser represents and warrants to the seller that (A) purchaser has fully inspected the property and the property's component parts and is completely satisfied with the property's current condition (B) purchaser is fully aware that the property has suffered damages a result of hurricanes Katrina and Rita and their effects.

By its signature, Purchaser expressly acknowledges all such waivers. Purchaser acknowledges that this provision has been called to his attention and explained to him. PURCHASER HAS PLACED HIS INITIALS NEXT TO THIS CLAUSE INDICATING HIS KNOWLEDGE, UNDERSTANDING, AND ACCEPTANCE THEREOF.

To have and to hold the above described property unto the said purchaser, and purchaser's successors, heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of TWO HUNDRED FORTY FIVE THOUSAND AND NO/100 ($245,000.00) DOLLARS Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All State, City and Parish taxes up to and including the taxes for 2005 are paid as per research annexed hereto.

Whenever used herein, the singular number shall include the plural, the plural the singular, and the

Page 7

use of any gender shall be applicable to all genders.

By reference to the certificates of the Register of Conveyances and the Recorder of Mortgages in and for the Parish of Orleans annexed hereto, it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever, except that as shown on the Mortgage Certificate, which encumbrances are being duly cancelled by appropriate act of vendor. Vendor further declared under oath to me, Notary, that there are no other liens, privileges, judgments, mortgages or encumbrances of any kind whatsoever against said property that have not been disclosed.

The parties to this act are aware of the fact that the Mortgage and Conveyance Certificates herein referred to are open, undated and unsigned and relieve and release me, Notary, from all responsibility and liability in connection therewith.

THUS DONE AND PASSED, in duplicate originals in Metairie, Louisiana, in the presence of the undersigned competent witnesses, who hereunto subscribe their names, together with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____
Ralph W. Esters, Jr.

KATHLEEN VOGT ROBERT

_____
Regine A. Gerage

KEARNY O. ROBERT, III

NATHAN J. JUNIUS

C. RICHARD GERAGE
Louisiana State Bar Association No. 6023
NOTARY PUBLIC

P:\REAL ESTATE\CASHSALE\juni\ua.wpd

FILED-CUSTODIAN OF
NOTARIAL RECORDS
2006 - 03857 ½ -3
PARISH OF ORLEANS

Page 8

# Property Screening Report

### 6537 Marshall Foch St., New Orleans, LA 70124

Screening Date:
January 20, 2016

Prepared for:
Nathan Junius

HHS Inspector(s):
Shawn Macomber



Healthy
Home
Solutions,
LLC



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

January 21, 2016

Nathan Junius
4 Thrush St.
New Orleans, LA 70124

RE:   Chinese Drywall Screening Report Number: Junius_6537
       Property: 6537 Marshall Foch St. New Orleans, LA 70124

Mr Junius:

At your request, an inspection of the above property was performed on January 20, 2016. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|--------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 3000 sf total with 8-11foot ceilings, we estimate that there is approximately 12,600 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

**Step 1: Threshold Inspection**

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

**Step 2: Corroborating Evidence**

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

4



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



Figure 3:Date Stamp on drywall consistent with KPT brand drywall



Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

5



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit- Damages



**Figure 7: AC coils were not easily accessible.**



**Figure 8: Coolant return line showed moderate to heavy blackening.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Damages



**Figure 9: Coolant return line showed heavy blackening.**



**Figure 10:  Copper in refrigerator showed no blackening.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



Figure 11: Outlet showing heavy blackening of exposed copper.



Figure 12: Exposed copper at water heater showed moderate blackening.



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

## Photo Exhibit-Damages



Figure 13: Copper in breaker panel showed heavy blackening.



Figure 14:  Heavy blackening on copper water supply under sink.



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Photo Exhibit-Finishes



**Figure 15:  XRF used to measure Sulfur deposition on AC coolant line.**



**Figure 16: Sulfur measured at 1998.10 micrograms/cm^3**



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 17: Kitchen overview.**



**Figure 18: Kitchen sink with large continuos piece of granite.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

11



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 19:  Range.**



**Figure 20: Viking name plate.**



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

### Photo Exhibit-Finishes



**Figure 21:  Refrigerator.**



**Figure 22: Model and Serial number of refrigerator.**



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 23:  Dishwasher.**



**Figure 24: Model and serial number of dishwasher.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 25:  Wine cooler**



**Figure 26: Ice Maker.**

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

15



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Photo Exhibit-Finishes



**Figure 27:  Washer and dryer.**



**Figure 28: Tub surround in bathroom.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 29: Fireplace with tile surround.**



**Figure 30:  Arches in drywall**



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 31: Jacuzzi tub bath in master bathroom.



Figure 32: Custom wood shelving in master closet.

**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

18



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Photo Exhibit-Finishes



**Figure 33:  Tile shower in master bath**



**Figure 34: Detail in master bath shower.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 35:  Handrail and stair treads may need to be removed to access drywall**



**Figure 36: Carpet in bedrooms on 2nd floor**

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
• **Phone:  (985) 710-3789** •
healthyhomesolutionsllc@gmail.com

20



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** Owner
**Drywall Supplier:** Interior Exterior
**Year built:** N/A **Renovated:** 2006
**Square Footage:** 3000   **Ceiling Height:** Varies, 8' to 10'
**Framing Material:** wood
**Number of HVAC units:** 2
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Home was renovated after hurricane Katrina. Drywall on 1st floor was replaced.

### Reason for Screening
Real Estate Inspector suspected CDW during real estate transaction.

### Known issues include, but are not limited to:
Discolored copper at outlets.

### A/C age and repair history:
None reported

### Primary complaints related to the home include, but are not limited to:
None reported

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

**Odor associated with reactive drywall:**

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

> *Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

**Visual observations of the effects typical in homes with reactive "Chinese" drywall:**

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

> - *HVAC coils were not easily accessible and were not inspected.*
> - *Heavily blackened coolant line at air handler.*
> - *Exposed copper wiring at outlets/switches showed heavy blackening.*
> - *Plumbing fixtures showed evidence of pitting.*
> - *Copper plumbing supply lines showed heavy blackening.*



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

### Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls of HVAC chase and from under stairs closet*

### X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between 350 to 1200ppm.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

### Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

> *No corrosion testing was performed at this location.*

### Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010": (b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

> - *A direct read was taken from the blackened AC return line reading 1998.10 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

**Nathan Junius**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

**4 Thrush Street**

Requester's name and address (optional)

City, state, and ZIP code

**New Orleans, LA 70124**

List account number(s) here (optional)

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| 4 | 3 | 8 | | 6 | 7 | | 5 | 8 | 7 | 6 |

Employer identification number

| | | | | | | | | | |

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign
Here**

Signature of
U.S. person ▶

Date ▶ 4/3/18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Nathan Junius

Affected Property Address:  6537 Marshall Foch Street, New Orleans, LA  70124

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)      02 / 01 / 2006

2.  When you took ownership of the Property, what was the name of the seller?

Kathleen vogt Robert & Kearny Q. Robert, III



1

3.  Name and address of the realtor?

None.

4.  Name and address of the closing agent?

C. Richard Gerage, Esq., 3021 35th Street, Metairie, LA 70001

5.  What was the price of the home when you purchased it?  $ 245,000.00

6.  Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes    [ ] No    [✓] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

Benjamin and Amy Chauffe

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

None

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

Jason Hernandez, Crescent Title, 7037 Canal Blvd, Suite 203, New Orleans, LA  70124

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
         $ 416,500.00

## II.  Appraisal of the Home

11.  Date of each appraisal:

   a.  03  / 27 /20 09
   b.  05  / 06 /20 16

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

I self-funded the remediation of this house in order to sell it.  This was the second time I
had to gut it (the first was following Katrina after I purchased it) and repair the damage.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

On 11/15/15, the house went under contract for $550,000, before the defective drywall issue was known.  The house later sold on 7/25/16 for $416,500 after the house was fixed.

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

    **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

    a. 4 Thrush Street, New Orleans, LA  70124

    b. _____

    c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

    a. __11__ / __15__ /20_15__   to   _present_ / _____ /20_____

    b. _____ / _____ /20_____   to   _____ / _____ /20_____

    c. _____ / _____ /20_____   to   _____ / _____ /20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

    a. $ 5,445.00

    b. $_____

    c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes ☑ No ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

C&J General Contractors, LLC

32.  When did the remediation commencement date occur?

   01  /  01  /20 16

33.  When did the remediation end date occur?

   07  /  30  /20 16

34.  What was the scope of the remediation and the scope of the work carried out?

Complete remediation following the federal court's approved Chinese drywall remediation protocol.

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$210,532.00

36.  Were any samples from the remediation retained?

☑ Yes ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____          __1/15/19_____
Signature of Plaintiff                                    Date

___NATHAN  JUNIUS_____
Printed Name

# Exhibit 1

Dale R. Fleishmann
5129 Belle Drive
Metairie, LA 70006
504-455-5411
Tax ID# 46-4904405

| INVOICE | 07/15/2016 | 5161084 | Loan #224954 |
|---------|------------|---------|--------------|
|         | DATE       | FILE NUMBER | CASE NUMBER |

Client:     Standard Mortgage Corporation
            701 Poydras Street, 300 Plaza
            New Orleans, LA 70139

            Attention: Ms. Tobie Young

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $ 450.00 |

Case Number: 224954
Borrower: Paul Benjamin and Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

|  | Total: | $ 450.00 |
|--|--------|----------|

Thank you

Loan #224954
**File No.**   5161084

## SUMMARY APPRAISAL REPORT OF

## THE PROPERTY LOCATED AT

6537 Marshall Foch Street

New Orleans, LA  70124-3921

**as of**

05/16/2016

**for**

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

**by**

Dale Fleishmann Appraisal Services, LLC

5129 Belle Drive
Metairie, LA 70006

Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

July 15, 2016

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

Property -                    6537 Marshall Foch Street
                              New Orleans, LA  70124-3921
Borrower -                    Paul Benjamin and Amy Chauffe
File No. -                    5161084
Case No. -                    224954

Dear Ms. Young:

In accordance with your request, I have prepared an appraisal of the real property located at 6537 Marshall Foch Street, New Orleans, LA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 05/16/2016 is :

                              $595,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Dale Fleishmann Appraisal Services, LLC

Michelle B. Soyez
LA License #916

# Uniform Residential Appraisal Report

Loan #224954
File # 5161084

The purpose of this summary appraisal report is to provide the lender/client with an accurate and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 6537 Marshall Foch Street | City New Orleans | State LA | Zip Code 70124-3921 |
| Borrower Paul Benjamin and Amy Chauffe | Owner of Public Record Nathan Junius | County Orleans Parish |
| Legal Description | Lots 13 and 14, Square 182, 2nd District |
| Assessor's Parcel # 206404307 | Tax Year 2016 | R.E. Taxes $ 8,244 |
| Neighborhood Name Lakeview | Map Reference MLS-32 | Census Tract 0056.02 |

Occupant ☐ Owner ☐ Tenant X Vacant   Special Assessments $ 0   PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised X Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client Standard Mortgage Corporation   Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? X Yes ☐ No

Report data source(s) used, offering price(s), and date(s). DOM Link;The subject was listed on 03/20/2015 for $739,000, reduced to $679,000, reduced to $629,000 on 07/21/2015, reduced to $589,000 and was withdrawn on 01/04/2016. It went under contract on 05/05/2016 for $430,000. On 07/15/2016, lender sent an addendum dated 05/05/2016 changing the sales price to $416,500.

I X did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Non-arms length sale;The seller and purchaser are acquaintances and the sale is not an arms length transaction.

## CONTRACT

Contract Price $ 416,500   Date of Contract 06/17/2016   Is the property seller the owner of public record? X Yes ☐ No   Data Source(s) Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes X No

If Yes, report the total dollar amount and describe the items to be paid: $0;;None per original contract dated 05/05/2016.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | X Urban | ☐ Suburban | ☐ Rural | Property Values | ☐ Increasing | X Stable | ☐ Declining | PRICE $(000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up | X Over 75% | ☐ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | X In Balance | ☐ Over Supply | 110 Low 0 | 2-4 Unit | 5 % |
| Growth | ☐ Rapid | X Stable | ☐ Slow | Marketing Time | ☐ Under 3 mths | X 3-6 mths | ☐ Over 6 mths | 1,100 High 75 | Multi-Family | 1 % |
| | | | | | | | | 500 Pred. 40 | Commercial | 3 % |
| | | | | | | | | | Other | 1 % |

Neighborhood Boundaries   The subject's neighborhood is bounded by Robert E. Lee Boulevard-north, Orleans Avenue-east, Interstate 610-south and West End Boulevard-west.

Neighborhood Description   The subject is located in Lakeview approximately 7 miles northwest of the New Orleans CBD. There is a mix of new construction and renovated homes. The area is convenient to downtown New Orleans, schools, shopping and public transportation. Other land use is vacant land.

Market Conditions (including support for the above conclusions)   Supply and demand are in balance, and property values are stable with no adverse conditions affecting the market. Typical exposure time is 1 to 3 months. Mortgage money is currently available at competitive rates. Conventional financing is most common, although FHA and VA loans are also available.

## SITE

Dimensions 50Fx122LSx50Rx122RS   Area 6100 sf   Shape Rectangular   View N;Res;

Specific Zoning Classification S-LRS1   Zoning Description Suburban Lakeview Single Family Residential District

Zoning Compliance X Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? X Yes ☐ No If No, describe

The subject property is a single family home situated in a single family zoning and is being utilized as its highest and best use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street | Asphalt | X | |
| Gas | X | | Sanitary Sewer | X | | Alley | Alley | X | |

FEMA Special Flood Hazard Area X Yes ☐ No   FEMA Flood Zone A3   FEMA Map No. 2252030095E   FEMA Map Date 03/01/1984

Are the utilities and off-site improvements typical for the market area? X Yes ☐ No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes X No If Yes, describe

Property has a residential view. The lot size is typical for the neighborhood. The topography is level. The property appears to have adequate drainage. No adverse conditions noted. Taxes are estimated from the Orleans Parish Assessor's Office website.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units X One ☐ One with Accessory Unit | X Concrete Slab ☐ Crawl Space | Foundation Walls | Slab/Gd | Floors | Wood/Cpt/New |
| # of Stories 2.00 | X Full Basement ☐ Partial Basement | Exterior Walls | Stucco/Siding/Gd | Walls | Sheetrock/New |
| Type X Det. ☐ Att. ☐ S-Det/End Unit | Basement Area 0 sq. ft. | Roof Surface | Asphalt/Gd | Trim/Finish | Wood/New |
| X Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | Gutters & Downspouts | Aluminum/Gd | Bath Floor | Tile/New |
| Design (Style) Traditional | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type | Vinyl/Gd | Bath Wainscot | Tile/CM/New/Gd |
| Year Built 2002 | Evidence of ☐ Infestation | Storm Sash/Insulated | Insulated/Gd | Car Storage | None |
| Effective Age 5 | ☐ Dampness ☐ Settlement | Screens | Aluminum/Gd | X Driveway # of Cars 2 |
| Attic ☐ None | Heating X FWA ☐ HWBB ☐ Radiant | Amenities | | WoodStove(s) # 0 | Driveway Surface Concrete |
| X Drop Stair ☐ Stairs | ☐ Other Fuel Gas | X Fireplace(s) # 1 | X Fence Wood | ☐ Garage # of Cars 0 |
| ☐ Floor ☐ Scuttle | Cooling X Central Air Conditioning | X Patio/Deck Patio | X Porch Cov'd | X Carport # of Cars 2 |
| X Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool None | ☐ Other None | ☐ Att. ☐ Det. ☐ Built-in |

Appliances X Refrigerator X Range/Oven X Dishwasher ☐ Disposal X Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   10 Rooms   4 Bedrooms   3.1 Bath(s)   3,234 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   Covered porch. Covered patio. Carport in rear with access from alley. Carport has storage area and overhead garage door. 10' ceilings down. 9' ceilings up.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is currently under renovation. The sales price reflects the current condition of the home. The appraisal is subject to completion of renovation. Renovations will include: new wood flooring, tile, and carpet; tile flooring in baths; kitchen cabinets, counters, and Dacor appliances; fixtures; and re-installation of some items that were previously removed but are still on the premises. Purchaser stated that renovation cost will be $150,000.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes X No If Yes, describe

The appraiser did not observe any form of adverse environmental conditions that would have a negative impact on the property being appraised.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? X Yes ☐ No If No, describe

The subject design/appeal is typical for neighborhood.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

| | | |
|---|---|---|
| There are | 3 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 579,000 to $ 645,000 |
| There are | 10 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 535,000 to $ 699,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 6537 Marshall Foch Street New Orleans, LA 70124-3921 | 801 Filmore Avenue New Orleans, LA 70124 | 249 Downs Street New Orleans, LA 70124 | 6622 Louisville Street New Orleans, LA 70124 |
| Proximity to Subject | | 0.24 miles NW | 0.70 miles NW | 0.43 miles W |
| Sale Price | $ 616,500 | $ 618,840 | $ 585,000 | $ 575,000 |
| Sale Price/Gross Liv. Area | $ 128.79 sq. ft. | $ 182.33 sq. ft. | $ 180.28 sq. ft. | $ 183.35 sq. ft. |
| Data Source(s) | | GSREIN #2042548;DOM 29 | GSREIN #2019117;DOM 30 | GSREIN #2021998;DOM 6 |
| Verification Source(s) | | Ref #2016-14678 | Ref #2015-39580 | Ref #2015-39499 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s04/16;c02/16 | | s09/15;c08/15 | | s09/15;c08/15 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6100 sf | 6000 sf | +2,500 | 6000 sf | +2,500 | 5805 sf | +7,375 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | DT2;Traditional | | DT2;Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 14 | 11 | 0 | 12 | 0 | 12 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade Room Count | Total 10 Bdrms. 4 Baths 3.1 | Total 9 Bdrms. 4 Baths 3.1 | 0 | Total 8 Bdrms. 3 Baths 3.0 | +2,500 | Total 9 Bdrms. 4 Baths 3.1 | 0 |
| Gross Living Area | 3,234 sq. ft. | 3,394 sq. ft. | -14,400 | 3,245 sq. ft. | 0 | 3,136 sq. ft. | +8,820 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2cp2dw | 2gd | -2,000 | 1gbi1dw | | 2gd | -2,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Pool | None | None | | Inground Pool | -10,000 | None | |
| | 50 x 122 | 60 x 100 | 0 | 60 x 100 | 0 | 45 x 129 | 0 |
| Net Adjustment (Total) | | + X - | -13,900 | + X - | -5,000 | X + - | 14,195 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.25 % Gross Adj. 3.05 % | 604,940 | Net Adj. 0.85 % Gross Adj. 2.56 % | 580,000 | Net Adj. 2.47 % Gross Adj. 3.16 % | 589,195 |

I X did   did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research X did   did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   GSREIN & Deedfax

My research   did X did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s)   GSREIN & Deedfax

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | 05/16/2016 | 05/16/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not sold in the past three years per GSREIN and Deedfax.

Summary of Sales Comparison Approach   Comparables are similar to subject in basic amenities and support the sales approach. Sites were adjusted $25 per square foot. Living area adjusted $90 per square foot. Some sales used are over 6 months old but were used due to a scarcity of more recent sales similar in size and age. Comparables were given equal consideration.The appraiser's opinion of market value is above the predominant value but is between the high and the low end of the price spectrum for homes in the subject's neighborhood and is not considered an over improvement. Please see next page for a pending sale. Approximate as is value $440,000.

Indicated Value by Sales Comparison Approach $ 595,000

Indicated Value by: Sales Comparison Approach $ 595,000   Cost Approach (if developed) $ 663,214   Income Approach (if developed) $ 0

The Sales Comparison Approach is used as the primary indicator of value. The Cost Approach was used to support the market data adjustments. The subject property is not a rental, therefore the Income Approach was not used.

This appraisal is made   "as is",   X subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   Appraisal is contingent upon completion of renovation.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 595,000 , as of   05/16/2016 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005   UAD Version 9/2011   Page 2 of 6   Fannie Mae Form 1004 March 2005

Loan #224954
File No.   5161084

## ADDITIONAL COMPARABLES

| Borrower | Paul Benjamin and Amy Chauffe |
|---|---|
| Property Address | 6537 Marshall Foch Street |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
| Lender/Client | Standard Mortgage Corporation |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street<br>New Orleans, LA 70124-3921 | 312 Lane Street<br>New Orleans, LA 70124 | | | | | |
| Proximity to Subject | | 0.53 miles W | | | | | |
| Sale Price | $ 416,500 | $ 550,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ 128.79 sq. ft. | $ 202.06 sq. ft. | | $ sq. ft. | | $ sq. ft. | |
| Data Source(s) | | GSREIN #2026052;DOM 259 | | | | | |
| Verification Source(s) | | Realtor | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing<br>Concessions | | Listing<br>SP/LP adj;22000 | -22,000 | | | | |
| Date of Sale/Time | | c02/16 | | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 6100 sf | 5000 sf | +27,500 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | | | | |
| Quality of Construction | Q3 | Q3 | | | | | |
| Actual Age | 14 | 12 | 0 | | | | |
| Condition | C3 | C3 | | | | | |
| Above Grade | Total 10 | Bdrms. 4 | Baths 3.1 | Total 9 | Bdrms. 3 | Baths 3.0 | +2,500 | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
| Room Count | | | | | | | | | | | | | | | |
| Gross Living Area | 3,234 sq. ft. | 2,722 sq. ft. | +46,080 | sq. ft. | | sq. ft. | |
| Basement & Finished | 0sf | 0sf | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Typical | Typical | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | 2cp2dw | 1gbi1dw | 0 | | | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | | | |
| Pool | None | None | | | | | |
| | 50 x 122 | 50 x 100 | 0 | | | | |
| Net Adjustment (Total) | | X + - | 54,080 | + - | $ | + - | $ |
| Adjusted Sale Price<br>of Comparables | | Net Adj. 9.83 %<br>Gross Adj. 17.83 % | $ 604,080 | Net Adj. %<br>Gross Adj. % | $ | Net Adj. %<br>Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | | |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | | |
| Comment on Sales Comparison | | | | |

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**ADDITIONAL COMMENTS**

**COST APPROACH TO VALUE (not required by Fannie Mae)**

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)
6676 Marshall Foch Street, MLS#2050912, 50 x 122, sold 05/06/2016 for $255,000 or $41/sf. The LAND TO VALUE RATIO as indicated is typical of the subject area and appears to be well accepted in the market as normal.

ESTIMATED □ REPRODUCTION OR   X REPLACEMENT COST NEW   OPINION OF SITE VALUE .............................=$ 255,000

Source of cost data  Local contractors   Dwelling   3,234 Sq. Ft. @ $  130.00 ...................=$ 420,420

Quality rating from cost service  Q3   Effective date of cost data  05/18/2016   Sq. Ft. @ $ ...................=$

Comments on Cost Approach (gross living area calculations, depreciation, etc.)   Porch, Patio   10,000

Numbers for the cost approach were derived from local   Garage/Carport  376 Sq. Ft. @ $  35.00 ...................=$ 13,160

contractors.  Physical depreciation is based on the age/life   Total Estimate of Cost-New ...................=$ 443,580

method.  No functional or economic obsolescence was   Less   Physical   Functional   External

observed. Used for valuation support only, not intended for   Depreciation  40,366 .........................=$( 40,366 )

insurance purposes.   Depreciated Cost of Improvements......................=$ 403,214

   "As-is" Value of Site Improvements......................=$ 5,000

Estimated Remaining Economic Life (HUD and VA only)   50   Years   Indicated Value By Cost Approach ...........=$ 663,214

**INCOME APPROACH TO VALUE (not required by Fannie Mae)**

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $   0   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

**PROJECT INFORMATION FOR PUDs (if applicable)**

Is the developer/builder in control of the Homeowners' Association (HOA)? □ Yes □ No  Unit type(s) □ Detached □ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data Source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? □ Yes □ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? □ Yes □ No  Data Source(s)

Are the units, common elements, and recreation facilities complete? □ Yes □ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? □ Yes □ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005     UAD Version 9/2011     Page 3 of 8     Fannie Mae Form 1004 March 2005

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File # 5161084

## Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File # 5161084

## Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Michelle Soyez* | Signature |
| Name  Michelle B. Soyez | Name |
| Company Name  Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address  5129 Belle Drive | Company Address |
| Metairie, LA 70006 | |
| Telephone Number  504-455-5411 | Telephone Number |
| Email Address  reappr@bellsouth.net | Email Address |
| Date of Signature and Report 07/15/2016 | Date of Signature |
| Effective Date of Appraisal  05/16/2016 | State Certification # |
| State Certification # | or State License # |
| or State License #  916 | State |
| or Other                                State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License    12/31/2016 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 6537 Marshall Foch Street | Date of Inspection |
| New Orleans, LA 70124-3921 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 595,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  No AMC | COMPARABLE SALES |
| Company Name  Standard Mortgage Corporation | ☐ Did not inspect exterior of comparable sales from street |
| Company Address  701 Poydras Street, 300 Plaza | ☐ Did inspect exterior of comparable sales from street |
| New Orleans, LA 70139 | Date of Inspection |
| Email Address | |

Dale Fleishmann Appraisal Services, LLC

Fannie Mae - Definition of Terms

File No.   5161084
Case No.   Loan #224954

| Borrower | Paul Benjamin and Amy Chauffe | | | |
|---|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | | |
| City New Orleans | County Orleans Parish | State LA | | Zip Code 70124-3921 |
| Lender/Client Standard Mortgage Corporation | | Address 701 Poydras Street, 30 Plaza, New Orleans, LA 70139 | | |

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1** - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finished have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy, however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property*

**C5** - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1** - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2** - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q3** - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated** - Little or no updating or modernization. This description includes, but is not limited to, new homes.  Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated** - The area of the home has been modified to meet current market expectations.  These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled** - Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s)), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:  3.2 indicates three full baths and two half baths.

Dale Fleishmann Appraisal Services, LLC

Requirements - Abbreviations Used in
Data Standardization Text

File No.  5161084

Case No.  Loan #224954

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| G. | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| GlfVw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfll | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| s | Settlement Date | Date of Sale/Time |
| sf | Square Feet | Area, Site, Basement |
| Short | Short Sale | Sale or Financing Concessions |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Definitions 9/2011 (Updated 1/2014)

Page 2 of 3

Dale Fleishmann Appraisal Services, LLC

Loan #224954

## Market Conditions Addendum to the Appraisal Report

File No. 5161084

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 6537 Marshall Foch Street | City | New Orleans | State | LA | ZIP Code | 70124-3921 |

Borrower   Paul Benjamin and Amy Chauffe

Instructions:   The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 1 | 2 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 0.33 | 0.67 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 4 | 5 | 4 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.43 | 15.00 | 6.00 | Declining | X Stable | Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 589,000 | 685,000 | 654,420 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 35 | 7 | 81 | Declining | X Stable | Increasing |
| Median Comparable List Price | 652,000 | 649,000 | 632,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 196 | 133 | 78 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 95.77 | 100.00 | 94.91 | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | Yes | X No | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   There were no concessions in any of the sales in the past 12 months.

Are foreclosure sales (REO sales) a factor in the market?   Yes   X No   If yes, explain (including the trends in listings and sales of foreclosed properties).
After a search in MLS it did not appear that foreclosure sales are prevalent in this neighborhood.

Cite data sources for above information.   Information obtained from GSREIN.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject appears to be located in a stable market. There were 7 sales in the 7-12 months prior to the date of the appraisal, 1 sale in the 4-6 months prior to the date of the appraisal and 2 sales in the 3 months prior to the date of the appraisal.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   Yes   No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name   Michelle B. Soyez | | Appraiser Name | |
| Company Name   Dale Fleishmann Appraisal Services, LLC | | Company Name | |
| Company Address   5129 Belle Drive, Metairie, LA 70006 | State   LA | Company Address | State |
| State License/Certification #   916 | | State License/Certification # | |
| Email Address   reappr@bellsouth.net | | Email Address | |

Freddie Mac Form 71   March   2009                                Page 1 of 1                                Fannie Mae Form 1004MC   March   2009

Dale Fleishmann Appraisal Services, LLC

## USPAP  Compliance  Addendum

Loan #224954
File No.  5161084

| | |
|---|---|
| Borrower/Client | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City  New Orleans | County  Orleans Parish    State  LA    Zip Code  70124-3921 |
| Lender | Standard Mortgage Corporation |

**This report was prepared under the following USPAP reporting option:**

[X]  Appraisal Report        This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ]  Restricted Appraisal Report   This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:  1-3 months

**Additional Certifications**

[X]  I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of the report within the
three-year period immediately preceding acceptance of this assignment.

[ ]  I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-
year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

Jennifer Schexnayder, R2612, contributed to the determination of this value by participating in inspection, research and gathering
of comparable sales.

**Additional Comments**

| | | |
|---|---|---|
| Signature | Signature | |
| Name  Michelle B. Soyez | Name | |
| Date of Signature  07/15/2016 | Date of Signature | |
| State Certification #  6 | State Certification # | |
| or State License #  916 | or State License # | |
| State  LA | State | |
| Expiration Date of Certification or License  12/31/2016 | Expiration Date of Certification or License | |
| Effective Date of Appraisal  05/16/2016 | Supervisory Appraiser Inspection of Subject Property: | |
| | [ ] Did Not  [ ] Exterior-only from Street  [ ] Interior and Exterior | |

USPAP Compliance Addendum 2014                                                              AI Ready

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No. 5161084



## SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
| Client | Standard Mortgage Corporation |

Sketch by Apex Sketch v5 Standard™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |

Net LIVABLE Area    (rounded)    3234

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| 18.9 | x | 3.2 | 60.48 |
| 40.3 | x | 12.1 | 487.63 |
| 7.1 | x | 35.5 | 252.05 |
| 0.3 | x | 38.2 | 11.46 |
| 37.4 | x | 4.6 | 172.04 |
| 9.8 | x | 35.5 | 347.90 |
| 38.2 | x | 7.4 | 282.68 |
| 11.4 | x | 20.0 | 228.00 |
| 4.1 | x | 22.7 | 93.07 |
| 6.8 | x | 27.7 | 188.36 |
| Second Floor | | | |
| 0.3 | x | 29.5 | 8.85 |
| 3.2 | x | 26.1 | 83.52 |
| 12.1 | x | 37.8 | 457.38 |
| 27.5 | x | 14.5 | 398.75 |
| 4.7 | x | 23.4 | 109.98 |
| 9.5 | x | 4.5 | 42.75 |
| 0.5 | x | 17.5 | 8.75 |

17 Items    (rounded)    3234

Dale Fleishmann Appraisal Services, LLC



Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans          County   Orleans Parish          State   LA          Zip Code   70124-3921
Client   Standard Mortgage Corporation

FRONT VIEW OF
SUBJECT PROPERTY

REAR VIEW OF
SUBJECT PROPERTY

STREET SCENE OF
SUBJECT PROPERTY

Dale Fleishmann Appraisal Services, LLC



Loan #224954
File No.    5161084

**PHOTOGRAPH ADDENDUM**

Borrower or Owner    Paul Benjamin and Amy Chauffe
Property Address    6537 Marshall Foch Street
City    New Orleans            County    Orleans Parish        State    LA            Zip Code    70124-3921
Client        Standard Mortgage Corporation

Living Room

Dining Room

Kitchen

Dale Fleishmann Appraisal Services, LLC





Loan #224954
File No. 5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner  Paul Benjamin and Amy Chauffe
Property Address  6537 Marshall Foch Street
City  New Orleans     County  Orleans Parish     State  LA     Zip Code  70124-3921
Client  Standard Mortgage Corporation

Master Bedroom

Master Bath-View 1

Master Bath-View 2

Dale Fleishmann Appraisal Services, LLC





Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City   New Orleans | County   Orleans Parish   State   LA   Zip Code   70124-3921 |
| Client | Standard Mortgage Corporation |



**COMPARABLE #1**

801 Filmore Avenue
New Orleans, LA 70124

| | |
|---|---|
| Price | $618,840 |
| Price/SF | 182.33 |
| Date | s04/16;c02/16 |
| Age | 11 |
| Room Count | 9-4-3.1 |
| Living Area | 3,394 |
| Value Indication | $604,940 |



**COMPARABLE #2**

249 Downs Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $585,000 |
| Price/SF | 180.28 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 8-3-3.0 |
| Living Area | 3,245 |
| Value Indication | $580,000 |



**COMPARABLE #3**

6622 Louisville Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $575,000 |
| Price/SF | 183.35 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 9-4-3.1 |
| Living Area | 3,136 |
| Value Indication | $589,195 |



Loan #224954
File No. 5161084

## PHOTOGRAPH ADDENDUM

| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | | | |
| City New Orleans | County Orleans Parish | State LA | Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation | | | | |

### COMPARABLE #4

312 Lane Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $550,000 |
| Price/SF | 202.06 |
| Date | c02/16 |
| Age | 12 |
| Room Count | 9-3-3.0 |
| Living Area | 2,722 |
| Value Indication | $604,080 |

Dale Fleishmann Appraisal Services, LLC

Location Map

Loan #224954
File No.   5161084

## General Map 1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe | | | | | | |
| Property Address | 6537 Marshall Foch Street | | | | | | |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
| Client | Standard Mortgage Corporation | | | | | | |



**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921

© 2016 Microsoft Corporation   © 2010 NAVTEQ   © AND

200 Feet

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.  5161084



## FLOOD MAP

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation

**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921

### Flood Zones

| | |
|---|---|
| Areas inundated by 500-year flooding | Floodway areas |
| Areas outside of the 100- and 500-year flood plains | Floodway areas with velocity hazard |
| Areas inundated by 100-year flooding | Areas of undetermined but possible flood hazards |
| Areas inundated by 100-year flooding with velocity hazard | Areas not mapped on any published FIRM |

### Flood Zone Determination

**Latitude:** 30.009062
**Longitude:** -90.102926
**Community Name:**
UNINCORPORATED AREA
**Community:** 225203
**SFHA (Flood Zone):** Yes
**Within 250 ft. of multiple flood zones:** Yes
**Zone:** A3   **Map #:** 2252030095E
**Panel:** 0095E   **Panel Date:** 03/01/1984
**FIPS Code:** 22071   **Census Tract:** 0056.02

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

916
CRA





Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

| INVOICE | 07/14/2016 | 7161321 | |
|---------|------------|---------|--------------|
| | DATE | FILE NUMBER | CASE NUMBER |

Client:     Standard Mortgage Corporation
            701 Poydras Street, 300 Plaza
            New Orleans, LA 70139

            Attention: Ms. Tobie Young

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $        125.00 |

Borrower: Paul Benjamin/ Amy Chauffe
8537 Marshall Foch Street
New Orleans, LA 70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $        125.00 |
|---|--------|-----------------|

Thank you

Dale Fleishmann Appraisal Services, LLC

Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

| **INVOICE** | 07/14/2016 | 7161321 | |
|---|---|---|---|
| | DATE | FILE NUMBER | CASE NUMBER |

Client:   Standard Mortgage Corporation
          701 Poydras Street, 300 Plaza
          New Orleans, LA 70139

          Attention: Ms. Tobie Young

| Item | Total |
|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $           125.00 |

Borrower: Paul Benjamin/ Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $           125.00 |
|---|---|---|

Thank you

Dale Fleishmann Appraisal Services, LLC

## Appraisal Update and/or Completion Report

File # 7161321

The purpose of this report form is to provide the lender/client with an accurate update of an appraisal and/or to report a certification of completion. The appraiser must identify the services(s) provided by selecting the appropriate report type.

| | | | | |
|---|---|---|---|---|
| Property Address | 6537 Marshall Foch Street | | Unit # | |
| City New Orleans | | State LA | Zip Code 70124-3921 | |
| Legal Description Lots 13 and 14, Square 182, 2nd District | | | County Orleans Parish | |
| Borrower Paul Benjamin/ Amy Chauff | Contract Price $ 430,000 | Date of Contract 05/05/2016 | Effective Date of Original Appraisal 05/16/2016 | |
| Property Rights Appraised | X Fee Simple | Leasehold | Other (describe) | Original Appraised Value $ 595,000 |
| Original Appraiser | | | Company Name | |
| Original Lender/Client Standard Mortgage Corporation | | Address | 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 | |

### SUMMARY APPRAISAL UPDATE REPORT

**INTENDED USE:** The intended use of this appraisal update is for the lender/client to evaluate the property that is the subject of this report to determine if the property has declined in value since the date of the original appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal update is the lender/client.

**SCOPE OF WORK:** The appraiser must, at a minimum: (1) concur with the original appraisal, (2) perform an exterior inspection of the subject property from at least the street, and (3) research, verify, and analyze current market data in order to determine if the property has declined in value since the effective date of the original appraisal.

| HAS THE MARKET VALUE OF THE SUBJECT PROPERTY DECLINED SINCE THE EFFECTIVE DATE OF THE ORIGINAL APPRAISAL? | Yes | No |
|---|---|---|

**APPRAISER'S CERTIFICATION:** The appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal update in accordance with the scope of work requirements stated in this appraisal update report and concur with the analysis and conclusions in the original appraisal.

2. I performed this appraisal update in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal update was prepared.

3. I have updated the appraisal by incorporating the original appraisal report.

4. I have summarized my analysis and conclusions in this appraisal update and retained all supporting data in my work file.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal update assignment, have read the appraisal update report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal update report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

### X CERTIFICATION OF COMPLETION

**INTENDED USE:** The intended use of this certification of completion is for the lender/client to confirm that the requirements or conditions stated in the appraisal report referenced above have been met.

**INTENDED USER:** The intended user of this certification of completion is the lender/client.

| HAVE THE IMPROVEMENTS BEEN COMPLETED IN ACCORDANCE WITH THE REQUIREMENTS AND CONDITIONS STATED IN THE ORIGINAL APPRAISAL REPORT? | X Yes | No | If No describe any impact on the opinion of market value |
|---|---|---|---|

All renovations are complete with the exception of construction clean up.

**APPRAISER'S CERTIFICATION:** I certify that I have performed a visual inspection of the subject property to determine if the conditions or requirements stated in the original appraisal have been satisfied.

**SUPERVISORY APPRAISER'S CERTIFICATION:** I accept full responsibility for this certification of completion.

### SIGNATURES

**ADDITIONAL CERTIFICATION:** I/we certify that if this report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this report containing a copy or representation of my signature, the report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | | SUPERVISORY APPRAISER (ONLY IF REQUIRED) | |
|---|---|---|---|
| Signature *Michelle Soyez* | | Signature | |
| Name Michelle B. Soyez | | Name | |
| Company Name Dale Fleishmann Appraisal Services, LLC | | Company Name | |
| Company Address 5129 Belle Drive, Metairie, LA 70006 | | Company Address | |
| Telephone Number 504-455-5411 | | Telephone Number | |
| Date of Signature and Report July 14, 2016 | | Date of Signature | |
| Effective Date of Appraisal Update | | State Certification # | |
| Date of Inspection | | or State License # | |
| State Certification # | | State | |
| or State License # 916 | | Expiration Date of Certification or License | |
| or Other (describe) State # | | | |
| State LA | | **SUPERVISORY APPRAISER** | |
| Expiration Date of Certification or License 12/31/2016 | | Did not inspect subject property | |
| | | Did inspect exterior of subject property from street | |
| **CURRENT LENDER/CLIENT** | | Date of Inspection | |
| Name Ms. Tobie Young | | Did inspect interior and exterior of subject property | |
| Company Name Standard Mortgage Corporation | | Date of Inspection | |
| Company Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 | | Date of Inspection | |

Dale Fleishmann Appraisal Services, LLC

File No. 7161321

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City New Orleans | County Orleans Parish   State LA   Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation |



Living Room



Dining Room



Kitchen



Breakfast Room

Den

Master Bedroom

Dale Fleishmann Appraisal Services, LLC

File No. 7161321



PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City New Orleans | County Orleans Parish   State LA   Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation |

Utility Room

1/2 Bath

Bedroom

Bedroom

Master Bath

Master Bath

Dale Fleishmann Appraisal Services, LLC

File No.  7161321

## PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower or Owner | Paul Benjamin/ Amy Chauffe | |
| Property Address | 6537 Marshall Foch Street | |
| City New Orleans | County Orleans Parish | State LA | Zip Code 70124-3921 |
| Client | Standard Mortgage Corporation | |



Hall Bath



Hall Bath

Dale Fleishmann Appraisal Services, LLC

Dale R. Fleishmann
5129 Belle Drive
Metairie, LA 70006
504-455-5411
Tax ID# 46-4904405

| INVOICE | 05/20/2016 | 5161084 | Loan #224954 |
|---------|------------|---------|--------------|
|         | DATE       | FILE NUMBER | CASE NUMBER |

Client:   Standard Mortgage Corporation
          701 Poydras Street, 300 Plaza
          New Orleans, LA 70139

          Attention: Ms. Tobie Young

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $    450.00 |

Case Number: 224954
Borrower: Paul Benjamin and Amy Chauffe
6537 Marshall Foch Street
New Orleans, LA  70124-3921
Lots 13 and 14, Square 182, 2nd District

| | Total: | $    450.00 |

Thank you

Loan #224954
**File No.**   5161084

**SUMMARY APPRAISAL REPORT OF**

**THE PROPERTY LOCATED AT**

6537 Marshall Foch Street

New Orleans, LA  70124-3921

**as of**

05/16/2016

**for**

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

**by**

Dale Fleishmann Appraisal Services, LLC

5129 Belle Drive
Metairie, LA 70006

Dale Fleishmann Appraisal Services, LLC
5129 Belle Drive
Metairie, LA 70006
504-455-5411

May 20, 2016

Standard Mortgage Corporation
701 Poydras Street, 300 Plaza
New Orleans, LA 70139

| | |
|---|---|
| Property - | 6537 Marshall Foch Street |
| | New Orleans, LA  70124-3921 |
| Borrower - | Paul Benjamin and Amy Chauffe |
| File No. - | 5161084 |
| Case No. - | 224954 |

Dear Ms. Young:

In accordance with your request, I have prepared an appraisal of the real property located at 6537 Marshall Foch Street, New Orleans, LA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 05/16/2016 is :

$595,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Dale Fleishmann Appraisal Services, LLC

Michelle B. Soyez
LA License #916

Loan #224954
File # 5161084

## Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | | |
|---|---|---|
| Property Address | 6537 Marshall Foch Street | City New Orleans | State LA | Zip Code 70124-3921 |

Borrower Paul Benjamin and Amy Chauffe   Owner of Public Record Nathan Junius   County Orleans Parish
Legal Description Lots 13 and 14, Square 182, 2nd District
Assessor's Parcel # 206404307   Tax Year 2016   R.E. Taxes $ 8,244
Neighborhood Name Lakeview   Map Reference MLS-02   Census Tract 0056.02
Occupant [ ] Owner [ ] Tenant [X] Vacant   Special Assessments $ 0   [ ] PUD   HOA $ 0   [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [ ] Other (describe)
Lender/Client Standard Mortgage Corporation   Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [X] Yes [ ] No
Report data source(s) used, offering price(s), and date(s). DOM Unk;The subject was listed on 03/20/2015 for $739,000, reduced to $679,000, reduced to $629,000 on 07/21/2015, reduced to $589,000 and was withdrawn on 01/04/2016. It went under contract on 05/05/2016 for $430,000.

**CONTRACT**

I [X] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. Non-arms length sale;The seller and purchaser are acquaintances and the sale is not an arms length transaction.

Contract Price $ 430,000   Date of Contract 05/05/2016   Is the property seller the owner of public record? [X] Yes [ ] No   Data Source(s) Tax Records
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [X] No
If Yes, report the total dollar amount and describe the items to be paid: $0;None per contract dated 05/05/2016.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 90 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | 110 Low | 0 | 2-4 Unit | 5 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 1,100 High | 75 | Multi-Family | 1 % |
| | | | | | 500 Pred. | 40 | Commercial | 3 % |
| | | | | | | | Other | 1 % |

Neighborhood Boundaries The subject's neighborhood is bounded by Robert E. Lee Boulevard-north, Orleans Avenue-east, Interstate 610-south and West End Boulevard-west.
Neighborhood Description The subject is located in Lakeview approximately 7 miles northwest of the New Orleans CBD. There is a mix of new construction and renovated homes. The area is convenient to downtown New Orleans, schools, shopping and public transportation. Other land use is vacant land.
Market Conditions (including support for the above conclusions) Supply and demand are in balance, and property values are stable with no adverse conditions affecting the market. Typical exposure time is 1 to 3 months. Mortgage money is currently available at competitive rates. Conventional financing is most common, although FHA and VA loans are also available.

**SITE**

Dimensions 50Fx122fLSx50Rx122RS   Area 6100 sf   Shape Rectangular   View N;Res;
Specific Zoning Classification S-LRS1   Zoning Description Suburban Lakeview Single Family Residential District
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe
The subject property is a single family home situated in a single zoning and is being utilized to its highest and best use.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | Asphalt | [X] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley | Alley | [X] |

FEMA Special Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone A3   FEMA Map No# 2252030095E   FEMA Map Date 03/01/1984
Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No. If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
Property has a residential view. The lot size is typical for the neighborhood. The topography is level. The property appears to have adequate drainage. No adverse conditions noted. Taxes are estimated from the Orleans Parish Assessor's Office website.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls | Slab/Gd | Floors | Wood/Cpt/New |
| # of Stories 2.00 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Stucco/Siding/Gd | Walls | Sheetrock/New |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | | Basement Area 0 sq. ft. | | Roof Surface | Shingle/Gd | Trim/Finish | Wood/New |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Aluminum/Gd | Bath Floor | Tile/New |
| Design (Style) Traditional | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | Vinyl/Gd | Bath Wainscot | Tile/CM/New/Gd |
| Year Built 2002 | | Evidence of [ ] Infestation | | Storm Sash/Insulated | Insulated/Gd | Car Storage | [ ] None |
| Effective Age (Yrs) 5 | | [ ] Dampness [ ] Settlement | | Screens | Aluminum/Gd | [X] Driveway # of Cars 2 |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | | Driveway Surface Concrete |
| [X] Drop Stair [ ] Stairs | | [ ] Other [ ] Fuel Gas | | [ ] Fireplace(s) # 1 [X] Fence Wood | | [ ] Garage # of Cars |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck Patio [X] Porch Cov'd | | [ ] Carport # of Cars |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool None [ ] Other None | | [ ] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | | | | | |

Finished area **above** grade contains: 10 Rooms   4 Bedrooms   3.1 Bath(s)   3,234 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.) Covered porch. Covered patio. Carport in the rear entrance from alley. Carport has storage area and overhead garage door. 10' ceilings down. 9' ceilings up.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.) C3;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;The subject is currently under renovation. The sales price reflects the current condition of the home. The appraisal is subject to completion of renovation. Renovations will include: new wood flooring, tile, and carpet; tile flooring in baths; kitchen cabinets, counters, and Dacor appliances; fixtures; and re-installation of some items that were previously removed but are still on the premises. Purchaser stated that renovation cost will be $150,000.
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe
The appraiser did not observe any form of adverse environmental conditions that would have a negative impact on the property being appraised.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe
The subject design/appeal is typical for neighborhood.

Freddie Mac Form 70 March 2005   UAD Version 9/2011   Page 1 of 6   Fannie Mae Form 1004 March 2005

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

There are **3** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 579,000 to $ 645,000
There are **10** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 535,000 to $ 699,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 6537 Marshall Foch Street New Orleans, LA 70124-3921 | 801 Fillmore Avenue New Orleans, LA 70124 | | 249 Downs Street New Orleans, LA 70124 | | 6622 Louisville Street New Orleans, LA 70124 | |
| Proximity to Subject | | 0.24 miles NW | | 0.70 miles NW | | 0.43 miles W | |
| Sale Price | $ 430,000 | $ 618,840 | | $ 585,000 | | $ 575,000 | |
| Sale Price/Gross Liv. Area | $ 132.96 sq.ft. | $ 182.33 sq.ft. | | $ 180.28 sq.ft. | | $ 183.35 sq.ft. | |
| Data Source(s) | | GSREIN #2042548;DOM 29 | | GSREIN #2019117;DOM 35 | | GSREIN #2021998;DOM 6 | |
| Verification Source(s) | | Ref #2016-14678 | | Ref #2015-39580 | | Ref #2015-39499 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Cash;0 | |
| Date of Sale/Time | | s04/16;c02/16 | | s09/15;c08/15 | | s09/15;c08/15 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6100 sf | 6000 sf | +2,500 | 6000 sf | +2,500 | 5805 sf | +7,375 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | DT2;Traditional | | DT2;Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 14 | 11 | 0 | 12 | 0 | 12 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  4  3.1 | 9  4  3.1 | | 8  3  3.0 | +2,500 | 9  4  3.1 | 0 |
| Gross Living Area | 3,234 sq.ft. | 3,394 sq.ft. | -14,400 | 3,245 sq.ft. | 0 | 3,136 sq.ft. | +8,820 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | 2cp2dw | 2gd | -2,000 | 1gbi1dw | | 2gd | -2,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Pool | None | None | | Inground Pool | -10,000 | None | |
| | 50 x 122 | 60 x 100 | 0 | 60 x 100 | 0 | 45 x 129 | 0 |
| Net Adjustment (Total) | | + X - | -13,900 | + X - | -5,000 | X + - | 14,195 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.25 % Gross Adj. 3.05 % | $ 604,940 | Net Adj. 0.85 % Gross Adj. 2.56 % | $ 580,000 | Net Adj. 2.47 % Gross Adj. 3.16 % | $ 589,195 |

X did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   GSREIN & Deedfax
My research ☐ did X did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s)   GSREIN & Deedfax
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | 05/16/2016 | 05/16/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The subject has not sold in the past three years per GSREIN and Deedfax.

Summary of Sales Comparison Approach  Comparables are similar to subject in basic amenities and support the sales approach. Sites were adjusted $25 per square foot. Living area adjusted $90 per square foot. Some sales are over 6 months old but were used due to a scarcity of more recent sales similar in size and age. Comparables were given equal consideration.The appraiser's opinion of market value is above the predominant value but is between the high and the low end of the price spectrum for homes in the subject's neighborhood and is not considered an over improvement. Please see next page for a pending sale. Approximate as is value $440,000.

Indicated Value by Sales Comparison Approach $ 595,000
Indicated Value by: Sales Comparison Approach $ 595,000   Cost Approach (if developed) $ 663,214   Income Approach (if developed) $ 0
The Sales Comparison Approach is used as the primary indicator of value.  The Cost Approach was used to support the market data adjustments.  The subject property is not a rental.  The Income Approach was not used.

This appraisal is made ☐ "as is", X subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  Appraisal is contingent upon completion of renovation.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 595,000 , as of 05/16/2016 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Page 2 of 6          Fannie Mae Form 1004 March 2005

Loan #224954
File No. 5161084

## ADDITIONAL COMPARABLES

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Borrower | Paul Benjamin and Amy Chauffe | | | |
| Property Address | 6537 Marshall Foch Street | | | |
| City | New Orleans | County | Orleans Parish | State | LA | | Zip Code | 70124-3921 |
| Lender/Client | Standard Mortgage Corporation | | | |

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | COMPARABLE SALE NO. 5 | COMPARABLE SALE NO. 6 |
|---|---|---|---|---|
| Address | 6537 Marshall Foch Street<br>New Orleans, LA 70124-3921 | 312 Lane Street<br>New Orleans, LA 70124 | | |
| Proximity to Subject | | 0.53 miles W | | |
| Sale Price | $ 430,000 | $ 550,000 | $ | $ |
| Sale Price/Gross Liv. Area | $ 132.96 sq. ft. | $ 202.06 sq. ft. | $ sq. ft. | $ sq. ft. |
| Data Source(s) | | GSREIN #2026052;DOM 259 | | |
| Verification Source(s) | | Realtor | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing | | Listing | | | |
| Concessions | | SP/LP adj;22000 | -22,000 | | |
| Date of Sale/Time | | c02/16 | | | |
| Location | N;Res; | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | |
| Site | 6100 sf | 5000 sf | +27,500 | | |
| View | N;Res; | N;Res; | | | |
| Design (Style) | DT2;Traditional | DT2;Traditional | | | |
| Quality of Construction | Q3 | Q3 | | | |
| Actual Age | 14 | 12 | 0 | | |
| Condition | C3 | C3 | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths |
| Room Count | 10 | 4 | 3.1 | 9 | 3 | 3.0 | +2,500 | | | |
| Gross Living Area | 3,234 sq. ft. | 2,722 sq. ft. | +46,080 | sq. ft. | sq. ft. |
| Basement & Finished | 0sf | 0sf | | | |
| Rooms Below Grade | | | | | |
| Functional Utility | Typical | Typical | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | |
| Energy Efficient Items | Typical | Typical | | | |
| Garage/Carport | 2cp2dw | 1gbi1dw | 0 | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | | |
| Pool | None | None | | | |
| | 50 x 122 | 50 x 100 | 0 | | |
| Net Adjustment (Total) | | X + - | $ 54,080 | + - | $ | + - | $ |
| Adjusted Sale Price | | Net Adj. 9.83 % | | Net Adj. % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.83 % | $ 604,080 | Gross Adj. % | $ | Gross Adj. % | $ |

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | | |
| Effective Date of Data Source(s) | 05/16/2016 | 05/16/2016 | | |

Comment on Sales Comparison

## Uniform Residential Appraisal Report

Loan #224954
File #  5161084

I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

**ADDITIONAL COMMENTS**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) 6676 Marshall Foch Street, MLS#2050912, 50 x 122, sold 05/06/2016 for $255,000 or $41/sf. The LAND TO VALUE RATIO as indicated is typical of the subject area and appears to be well accepted in the market as normal.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ 255,000 |
|---|---|---|
| Source of cost data  Local contractors | Dwelling  3,234 Sq. Ft. @ $  130.00 | =$ 420,420 |
| Quality rating from cost service  Q3    Effective date of cost data  05/18/2016 | Sq. Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porch, Patio | 10,000 |
| Numbers for the cost approach were derived from local | Garage/Carport  376 Sq. Ft. @ $  35.00 | =$ 13,160 |
| contractors. Physical depreciation is based on the age/life | Total Estimate of Cost-New | =$ 443,580 |
| method.  No functional or economic obsolescence was | Less  Physical  Functional  External | |
| observed. Used for valuation support only, not intended for | Depreciation  40,386 | =$( 40,386) |
| insurance purposes. | Depreciated Cost of Improvements | =$ 403,214 |
| | 'As-is' Value of Site Improvements | =$ 5,000 |
| Estimated Remaining Economic Life (HUD and VA only)  50  Years | Indicated Value By Cost Approach | =$ 663,214 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ | 0  Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project _____

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data Source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Dale Fleishmann Appraisal Services, LLC

## Uniform Residential Appraisal Report

Loan #224954
File # 5161084

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature  *Michelle Soyez*
Name  Michelle B. Soyez
Company Name  Dale Fleishmann Appraisal Services, LLC
Company Address  5129 Belle Drive
Metairie, LA 70006
Telephone Number  504-455-5411
Email Address  reappr@bellsouth.net
Date of Signature and Report  05/20/2016
Effective Date of Appraisal  05/16/2016
State Certification #
or State License #  916
or Other                        State #
State  LA
Expiration Date of Certification or License     12/31/2016

ADDRESS OF PROPERTY APPRAISED
6537 Marshall Foch Street
New Orleans, LA 70124-3921
APPRAISED VALUE OF SUBJECT PROPERTY $ 595,000
LENDER/CLIENT
Name  No AMC
Company Name  Standard Mortgage Corporation
Company Address  701 Poydras Street, 300 Plaza
New Orleans, LA 70139
Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Page 6 of 6          Fannie Mae Form 1004 March 2005

Fannie Mae - Definition of Terms

File No.    5161084
Case No.    Loan #224954

| | |
|---|---|
| Borrower | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City New Orleans | County Orleans Parish  State LA  Zip Code 70124-3921 |
| Lender/Client Standard Mortgage Corporation | Address 701 Poydras Street, 300 Plaza, New Orleans, LA 70139 |

## Requirements - Condition and Quality Ratings Usage
Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

**C1** - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2** - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3** - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4** - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy, however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property*

**C5** - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6** - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

**Q1** - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

**Q2** - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q3** - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4** - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5** - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6** - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated** - Little or no updating or modernization. This description includes, but is not limited to, new homes. Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated** - The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled** - Significant finish and/or structural changes have been made that increase the utility of the home through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinets), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example: 3.2 indicates three full baths and two half baths.

Requirements - Abbreviations Used in
Data Standardization Text

File No.   5161084
Case No.   Loan #224954

| Abbreviation | Full Name | Appropriate Fields |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Administration | Sale or Financing Concessions |
| G | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| GlfVw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PubTrn | Public Transportation | Location |
| PwrLn | Power Lines | View |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| s | Settlement Date | Date of Sale/Time |
| sf | Square Feet | Area, Site, Basement |
| Short | Short Sale | Sale or Financing Concessions |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

Dale Fleishmann Appraisal Services, LLC

Loan #224954

## Market Conditions Addendum to the Appraisal Report

File No. 5161084

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | |
|---|---|---|
| Property Address | 6537 Marshall Foch Street | City New Orleans | State LA ZIP Code 70124-3921 |
| Borrower | Paul Benjamin and Amy Chauffe | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 7 | 1 | 2 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 1.17 | 0.33 | 0.67 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 4 | 5 | 4 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.43 | 15.00 | 6.00 | Declining | X Stable | Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 589,000 | 685,000 | 654,420 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 35 | 7 | 81 | Declining | X Stable | Increasing |
| Median Comparable List Price | 652,000 | 649,000 | 632,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 196 | 133 | 78 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 95.77 | 100.00 | 94.91 | Increasing | X Stable | Declining |
| Seller (developer, builder, etc.) paid financial assistance prevalent? | | Yes | X No | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.). There were no concessions in any of the sales in the past 12 months.

Are foreclosure sales (REO sales) a factor in the market?  Yes  X No  If yes, explain (including the trends in listings and sales of foreclosed properties).
After a search in MLS it did not appear that foreclosure sales are prevalent in this neighborhood.

Cite data sources for above information.  Information obtained from GSREIN.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject appears to be located in a stable market. There were 7 sales in the 7-12 months prior to the date of the appraisal; 1 sale in the 4-6 months prior to the date of the appraisal and 2 sales in the 3 months prior to the date of the appraisal.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | | Overall Trend | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?  Yes  No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature _Michelle Soyez_ | Signature |
| Appraiser Name Michelle B. Soyez | Appraiser Name |
| Company Name Dale Fleishmann Appraisal Services, LLC | Company Name |
| Company Address 5129 Belle Drive, Metairie, LA 70006 | Company Address |
| State License/Certification # 916   State LA | State License/Certification #   State |
| Email Address reappr@bellsouth.net | Email Address |

Loan #224954
File No. 5161084

## SKETCH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation



Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2123.67 | 2123.67 |
| GLA2 | Second Floor | 1109.98 | 1109.98 |
| GAR | Carport | 376.00 | 376.00 |
| P/P | Porch | 23.04 | |
| | Patio | 71.40 | 94.44 |
| OTH | Storage | 128.00 | 128.00 |
| Net LIVABLE Area | | (rounded) | 3234 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 18.9 x 3.2 | | 60.48 |
| 40.3 x 12.1 | | 487.63 |
| 7.1 x 35.5 | | 252.05 |
| 0.3 x 38.2 | | 11.46 |
| 37.4 x 4.6 | | 172.04 |
| 9.8 x 35.5 | | 347.90 |
| 38.2 x 7.4 | | 282.68 |
| 11.4 x 20.0 | | 228.00 |
| 4.1 x 22.7 | | 93.07 |
| 6.8 x 27.7 | | 188.36 |
| Second Floor | | |
| 0.3 x 29.5 | | 8.85 |
| 3.2 x 26.1 | | 83.52 |
| 12.1 x 37.8 | | 457.38 |
| 27.5 x 14.5 | | 398.75 |
| 4.7 x 23.4 | | 109.98 |
| 9.5 x 4.5 | | 42.75 |
| 0.5 x 17.5 | | 8.75 |
| 17 Items | (rounded) | 3234 |



Loan #224954
File No. 5161084

**PHOTOGRAPH ADDENDUM**

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans          County   Orleans Parish          State   LA          Zip Code   70124-3921
Client          Standard Mortgage Corporation

FRONT VIEW OF
SUBJECT PROPERTY

REAR VIEW OF
SUBJECT PROPERTY

STREET SCENE OF
SUBJECT PROPERTY

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner    Paul Benjamin and Amy Chauffe
Property Address    6537 Marshall Foch Street
City    New Orleans                County    Orleans Parish            State    LA            Zip Code    70124-3921
Client        Standard Mortgage Corporation



Living Room

Dining Room

Kitchen

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans          County   Orleans Parish          State   LA          Zip Code   70124-3921
Client          Standard Mortgage Corporation



Breakfast

Den

Half Bath

Dale Fleishmann Appraisal Services, LLC



Loan #224954
File No. 5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans          County   Orleans Parish          State   LA          Zip Code   70124-3921
Client   Standard Mortgage Corporation

Master Bedroom

Master Bath-View 1

Master Bath-View 2

Dale Fleishmann Appraisal Services, LLC



Loan #224954
File No.    5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner    Paul Benjamin and Amy Chauffe
Property Address    6537 Marshall Foch Street
City    New Orleans          County    Orleans Parish          State    LA          Zip Code    70124-3921
Client    Standard Mortgage Corporation



Sitting Room

Bedroom #2

Carport

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation



**COMPARABLE #1**

801 Filmore Avenue
New Orleans, LA 70124

| | |
|---|---|
| Price | $618,840 |
| Price/SF | 182.33 |
| Date | s04/16;c02/16 |
| Age | 11 |
| Room Count | 9-4-3.1 |
| Living Area | 3,394 |

Value Indication   $604,940



**COMPARABLE #2**

249 Downs Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $585,000 |
| Price/SF | 180.28 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 8-3-3.0 |
| Living Area | 3,245 |

Value Indication   $580,000



**COMPARABLE #3**

6622 Louisville Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $575,000 |
| Price/SF | 183.35 |
| Date | s09/15;c08/15 |
| Age | 12 |
| Room Count | 9-4-3.1 |
| Living Area | 3,136 |

Value Indication   $589,195

Loan #224954
File No.   5161084

## PHOTOGRAPH ADDENDUM

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation



**COMPARABLE #4**

312 Lane Street
New Orleans, LA 70124

| | |
|---|---|
| Price | $550,000 |
| Price/SF | 202.06 |
| Date | c02/16 |
| Age | 12 |
| Room Count | 9-3-3.0 |
| Living Area | 2,722 |
| **Value Indication** | $604,080 |



Loan #224954
File No.   5161084

**Location Map**

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation

Comp 2
249 Downs Street
New Orleans, LA 70124

Comp 1
801 Filmore Avenue
New Orleans, LA 70124

Comp 3
8622 Louisville Street
New Orleans, LA 70124

Subject
6537 Marshall Foch Street
New Orleans, LA 70124-3921

Comp 4 (Pending Sale)
312 Lane Street
New Orleans, LA 70124

2500 Feet

© 2016 Microsoft Corporation   © 2010 NAVTEQ   © AND

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No.   5161084



**General Map 1**

| | |
|---|---|
| Borrower or Owner | Paul Benjamin and Amy Chauffe |
| Property Address | 6537 Marshall Foch Street |
| City | New Orleans | County | Orleans Parish | State | LA | Zip Code | 70124-3921 |
| Client | Standard Mortgage Corporation |

**Subject**
6537 Marshall Foch Street
New Orleans, LA 70124-3921



Loan #224954
File No.  5161084

## FLOOD MAP

Borrower or Owner   Paul Benjamin and Amy Chauffe
Property Address   6537 Marshall Foch Street
City   New Orleans   County   Orleans Parish   State   LA   Zip Code   70124-3921
Client   Standard Mortgage Corporation

**Subject**
6537 Marshall Foch Street
New Orleans  LA 70124-3921

### Flood Zones

| | |
|---|---|
| Areas inundated by 500-year flooding | Floodway areas |
| Areas outside of the 100- and 500-year flood plains | Floodway areas with velocity hazard |
| Areas inundated by 100-year flooding | Areas of undetermined but possible flood hazards |
| Areas inundated by 100-year flooding with velocity hazard | Areas not mapped on any published FIRM |

### Flood Zone Determination

**Latitude:** 30.009062
**Longitude:** -90.102926
**Community Name:**
UNINCORPORATED AREA
**Community:** 225203
**SFHA (Flood Zone):** Yes
**Within 250 ft. of multiple flood zones:** Yes
**Zone:** A3   **Map #:** 2252030095E
**Panel:** 0095E   **Panel Date:** 03/01/1984
**FIPS Code:** 22071   **Census Tract:** 0056.02

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

Dale Fleishmann Appraisal Services, LLC

Loan #224954
File No. 5161084

916
CRA





# INVOICE

**FROM:**
John P. Cashman, II
Cashman Appraisal, Inc
521 Topaz Street
New Orleans, LA 70124
john@cashmanappraisal.com (WWW:cashmanappraisal.com)
Telephone Number: 504-488-4398    Fax Number: 504-617-7272

| INVOICE NUMBER |
| --- |
| JC030946 |
| **DATE** |
| 3/27/2009 |

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | JC030946 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | JC030946 |
| Other File # on form: | 166326 |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
Jennifer Jochum
Standard Mortgage Corporation
110 Veterans Blvd
Suite 430
Metairie, LA 70005
Telephone Number: (504) 828-2900    Fax Number: (504) 828-2996
Alternate Number:    E-Mail:

## DESCRIPTION

| | |
| --- | --- |
| Lender: Standard Mortgage Corporation | Client: Standard Mortgage Corporation |
| Purchaser/Borrower: Nathan Junius | |
| Property Address: 6537 Marshall Foch St | |
| City: New Orleans | |
| County: Orleans | State: LA    Zip: 70124-3921 |
| Legal Description: Sq 182 Lots 13 And 14 Marshall Foch | |

| FEES | AMOUNT |
| --- | --- |
| 1004 | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | AMOUNT |
| --- | --- |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** | $    400.00 |



### APPRAISAL OF REAL PROPERTY

#### LOCATED AT:
6537 Marshall Foch St
Sq 182 Lots 13 And 14 Marshall Foch
New Orleans, LA 70124-3921

#### FOR:
Standard Mortgage Corporation
110 Veterans Blvd
Metairie, LA  70005

#### AS OF:
March 27, 2009

#### BY:
John P. Cashman II
Cashman Appraisal, Inc.
521 Topaz St
New Orleans, LA  70124
504-488-4398
504-617-7272

Cashman Appraisal, Inc.
521 Topaz St
New Orleans, LA 70124
504-488-4398

March 27, 2009

Standard Mortgage Corporation
110 Veterans Blvd
Metairie, LA 70005

Re: Property:   6537 Marshall Foch St
                New Orleans, LA 70124-3921
    Borrower:   Nathan Junius
    File No.:    JC030946

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as
improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and
city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the
report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the
certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional
service to you.

Sincerely,

John P. Cashman II
Louisiana State Certified General
Real Estate Appraiser #G0146

## Uniform Residential Appraisal Report

166326
File # JC030946

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 6537 Marshall Foch St | City New Orleans | State LA | Zip Code 70124-3921 |

Borrower Nathan Junius    Owner of Public Record Nathan Junius    County Orleans

Legal Description Sq 182 Lots 13 And 14 Marshall Foch

Assessor's Parcel # 206404307    Tax Year N/A    R.E. Taxes $ N/A

Neighborhood Name Lakeview    Map Reference MLS 61    Census Tract 0056.02

Occupant ☒ Owner ☐ Tenant ☐ Vacant    Special Assessments $ N/A    ☐ PUD HOA $ N/A ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe)

Lender/Client Standard Mortgage Corporation    Address 110 Veterans Blvd, Suite 430, Metairie, LA 70005

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). MLS/Deedfax

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. N/A

Contract Price N/A    Date of Contract N/A    Is the property seller the owner of public record? ☐ Yes ☐ No    Data Source(s) No seller involved

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid. N/A

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit 80 % | |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit 5 % | |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 50 Low | New | Multi-Family 5 % | |
| Neighborhood Boundaries   The subject's neighborhood is generally bounded by: Robert E. Lee Blvd. (N), | | | | | 560 High | 85+ | Commercial 10 % | |
| Interstate-610 (S), City Park (E), and the Jefferson/Orleans Parish line (W). | | | | | 220 Pred. | 50 | Other 5 % | |

Neighborhood Description   The subject property is located within a neighborhood which has recently undergone much renovations of existing improvements. This atmosphere of older dwellings undergoing renovation has enhanced the marketability and appeal of the subject property. This area of New Orleans, known as "Lakeview", is a popular neighborhood due to its proximity to the New Orleans Fairgrounds, City Park, Bayou St.

Market Conditions (including support for the above conclusions)   Current market conditions in the subject's neighborhood appear to be stable. Conventional, FHA, and VA financing are readily available with rates typical purchasers consider attractive. Factors of supply and demand appear to be in balance at the present time. Recent MLS data sources were utilized for data on marketing time and competitive properties in the neighborhood.

| | | | | |
|---|---|---|---|---|
| Dimensions 50x122 | Area 6,100 Sq.Ft. | Shape Rectangular | View Similar Dwellings | |

Specific Zoning Classification LRS-1    Zoning Description Single Family Residential Development

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Concrete | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

FEMA Special Flood Hazard Area ☒ Yes ☐ No   FEMA Flood Zone A3   FEMA Map # 2252030095E   FEMA Map Date 3/1/1984

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

No adverse conditions were noted upon inspection; however, a current survey was not available. *The flood zone should be verified by a flood elevation survey.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☐ Concrete Slab ☒ Crawl Space | | Foundation Walls Concrete/Good | | Floors Cpt,CT/Good | |
| # of Stories Two | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Stucco/Good | | Walls Sr/Good | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area N/A sq.ft. | | Roof Surface Fiberglass/Good | | Trim/Finish Wood,Crown/Good | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish N/A % | | Gutters & Downspouts Aluminum/Good | | Bath Floor CT/Good | |
| Design (Style) Traditional | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Al,Ins/Good | | Bath Wainscot Sr,Fiberglass/Good | |
| Year Built 2004 | | Evidence of ☐ Infestation None Noted | | Storm Sash/Insulated None | | Car Storage ☐ None | |
| Effective Age (Yrs) 1-2 | | ☐ Dampness ☒ Settlement | | Screens None/Ave | | ☐ Driveway # of Cars | |
| Attic ☒ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | | Driveway Surface | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas/Elec. | | ☒ Fireplace(s) # 1 ☒ Fence Wd,6 | | ☐ Garage # of Cars | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☐ Patio/Deck ☐ Porch Cv | | ☒ Carport # of Cars 2 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool ☒ Other Storage | | ☐ Att. ☒ Det. ☐ Built-in | |
| Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) FH | | | | | | | |
| Finished area above grade contains: 9 Rooms 4 Bedrooms 3.1 Bath(s) 3,297 Square Feet of Gross Living Area Above Grade | | | | | | | |

Additional features (special energy efficient items, etc.).   Good features

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   *The subject property is considered to be in above average condition and shows signs of adequate maintenance levels. The improvements are approximately 5 years old and have been extensively renovated and repaired since the passage of hurricane Katrina. The property is currently well maintained and in Good overall condition.*

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

None Known

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report

166326
File # JC030946

| | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| There are 4 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 479,000 to $ 550,000 . | | | | |
| There are 6 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 420,000 to $ 525,000 . | | | | |
| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
| Address | 6537 Marshall Foch St New Orleans, LA 70124-3921 | 6965 General Haig St New Orleans, LA 70124 | 6402 General Diaz Street New Orleans, LA 70124 | 6741 General Diaz Street New Orleans, LA 70124 |
| Proximity to Subject | | 0.55 miles NE | 0.17 miles SW | 0.26 miles N |
| Sale Price | $ N/A | $ 447,000 | $ 420,000 | $ 480,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 125.92 sq.ft. | $ 135.48 sq.ft. | $ 149.11 sq.ft. |
| Data Source(s) | | MLS #745315 | MLS #750969 | MLS #665048 |
| Verification Source(s) | | Broker's Verification | Deedfax #0846674 | Deedfax #0818586 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Warranty/CC | -12,415 | Repair | -2,000 | None Noted | |
| Date of Sale/Time | | 02/09 DOM 236 | | 08/08 DOM 3 | | 02/08 DOM 439 | |
| Location | Suburban/Gd | Suburban/Gd | | Suburban/Gd | | Suburban/Gd | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6,100 Sq.Ft. | 50x144 | | 50x125 | | 50x122 | |
| View | Similar Dwellings | Residential | | Residential | | Residential | |
| Design (Style) | Traditional | Traditional | | Traditional | | Traditional | |
| Quality of Construction | Good/Renov | Good/Renov | | Good/Renov | | Good/Renov | |
| Actual Age | 5 Act\Remodld | 3 Act\Remodld | | 6 Act\Remodld | | 3 Act\Remodld | |
| Condition | Very Good | Very Good | | Very Good | | Very Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9  4  3.1 | 10  4  3.1 | | 8  4  3.1 | | 9  4  3.1 | |
| Gross Living Area | 3,297 sq.ft. | 3,550 sq.ft. | -15,150 | 3,100 sq.ft. | +9,850 | 3,219 sq.ft. | +3,900 |
| Basement & Finished | N/A | None | | None | | None | |
| Rooms Below Grade | N/A | None | | None | | None | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | Central A/H | Central A/H | | Central A/H | | Central A/H | |
| Energy Efficient Items | Typ. Features | Typ. Features | | Typ. Features | | Typ. Features | |
| Garage/Carport | Carport 2 | Carport 2 | | CvDriveway2 | | Carport 2 | |
| Porch/Patio/Deck | CvPorch/Patio | CvEntry | +1,500 | CvEntry | +1,500 | CvPat/Prch/Bal | -1,500 |
| Kitchen Equip. | BIK | BIK | | BIK | | BIK | |
| Other amenities | Standard | Standard | | Standard | | Standard | |
| Fireplace/Wetbar | Fireplace | None | +1,000 | Fireplace | | Fireplace | |
| Net Adjustment (Total) | | + ⊠ - | $ -25,065 | ⊠ + - | $ 9,350 | ⊠ + - | $ 2,400 |
| Adjusted Sale Price of Comparables | | Net Adj. 5.6 % Gross Adj. 6.7 % | $ 421,935 | Net Adj. 2.2 % Gross Adj. 3.2 % | $ 429,350 | Net Adj. 0.5 % Gross Adj. 1.1 % | $ 482,400 |

I ⊠ did  did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ⊠ did  did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   MLS/Deedfax
My research ⊠ did  did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   MLS/Deedfax\
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | No prior sale within the past | No prior sale within the past | No prior sale within the past | No prior sale within the past |
| Price of Prior Sale/Transfer | 3 years has been noted in | 1 year has been noted in | 1 year has been noted in | 1 year has been noted in |
| Data Source(s) | Deedfax/MLS | Deedfax/MLS | Deedfax/MLS | Deedfax/MLS |
| Effective Date of Data Source(s) | 3/2009 | 03/2009 | 03/2009 | 03/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The appraiser has conducted a research of previous sales of the subject property and the comparable sales. There were no recorded transactions of this property within 3 years of this appraisal for the subject and none for the 12 month period prior to the sales date of each comparable sale.

Summary of Sales Comparison Approach    The size, condition, and style of the subject property is typical for this neighborhood.  All of the sales are situated within close proximity to the subject.  Each sale has been considered in relation to the subject with regard to condition, quality, size, and marketability.  An explanation of the adjustments can be found in the Additional Comments section of this report.  Consideration was given to all comparables to determine the final estimated value.  ***See Additional Comments.***

Indicated Value by Sales Comparison Approach $  430,000

Indicated Value by: Sales Comparison Approach $   430,000   Cost Approach (if developed) $ 432,274   Income Approach (if developed) $
Most consideration was given to the Sales Comparison Approach since this method best reflects the actions of buyers and sellers in the immediate market area.  The Cost Approach was also utilized, although it was considered to be of secondary importance.

This appraisal is made ⊠ "as is",  subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  The value estimate stated in this report is based on "as is" condition present at the time of inspection. No value has been given to non-realty items or personal property.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  430,000 , as of  March 27, 2009 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                     Page 2 of 6                     Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

166326
File # JC030946

**COMPARABLE SELECTION**: The comparables used in this report are most similar to the subject property and best represent what the subject property would bring in the market. A weighted average based on the total dollar adjustment per each comparable was used to arrive at the value estimate assigned to the subject property. A thorough search was conducted of the subject's neighborhood and surrounding areas for comparables similar to the subject. The comparables selected were the most similar available within 2 miles that have sold recently.

**SITE ADJUSTMENT**: Each comparable site which varied in overall size as compared to the subject were adjusted accordingly to accurately reconcile with the subject. Market response to width and site utility has been considered. Adjustments, if any, for these sales were based on typical market value which is well supported on the subject's market. □

*(ADDITIONAL COMMENTS)*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The land values in this area are generally estimated from extraction of values from existing improved homes or by way of available "tear down" activity. This method is widely recognized in older, well established areas in this older well established market.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 85,000 |
|---|---|---|---|---|---|
| Source of cost data  Marshall & Swift Residential Cost Handbook | DWELLING | 3,297 Sq.Ft. @ $ | 110.00 | =$ | 362,670 |
| Quality rating from cost service  Good    Effective date of cost data  02/2009 | | N/A Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porch/Patio | | | =$ | 6,500 |
| Please see attached floor plan. The subject's floor plan is typical of | Garage/Carport | 520 Sq.Ft. @ $ | 20.00 | =$ | 10,400 |
| homes in this area, and no measurable functional obsolescence will be | Total Estimate of Cost-New | | | =$ | 379,570 |
| recognized by this market. Cost estimates shown in the Cost Approach | Less       Physical | Functional | External | | |
| were obtained from local construction data and the Marshall & Swift | Depreciation      6,339 | | 37,957 | =$( | 44,296) |
| residential Cost Handbook. | Depreciated Cost of Improvements | | | =$ | 335,274 |
| | "As-is" Value of Site Improvements | | | =$ | 12,000 |
| Estimated Remaining Economic Life (HUD and VA only)              59 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 432,274 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $      N/A      X Gross Rent Multiplier      N/A      = $ | Indicated Value by Income Approach |
|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☒ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases      N/A      Total number of units      N/A      Total number of units sold      N/A |
|---|
| Total number of units rented      N/A      Total number of units for sale      N/A      Data source(s)  N/A |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.  N/A

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source  N/A

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.  N/A

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  N/A

## Uniform Residential Appraisal Report

166326
File # JC030946

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:**  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:**  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:**  The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:**  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

166326
File # JC030946

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

166326
File # JC030946

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   John P. Cashman II | Name |
| Company Name   Cashman Appraisal Inc. | Company Name |
| Company Address   521 Topaz street, New Orleans, LA 70124 | Company Address |
| | |
| Telephone Number   (504) 488-4398 | Telephone Number |
| Email Address   john@cashmanappraisal.com | Email Address |
| Date of Signature and Report   April 02, 2009 | Date of Signature |
| Effective Date of Appraisal   **March 27, 2009** | State Certification # |
| State Certification #   #G0146 | or State License # |
| or State License # | State |
| or Other (describe)                          State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License    12/31/2010 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 6537 Marshall Foch St | Date of Inspection |
| New Orleans, LA 70124-3921 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $    430,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name   Jennifer Jochum | **COMPARABLE SALES** |
| Company Name   Standard Mortgage Corporation | |
| Company Address   110 Veterans Blvd, Suite 430, Metairie, LA | ☐ Did not inspect exterior of comparable sales from street |
| 70005 | ☐ Did inspect exterior of comparable sales from street |
| Email Address   jjochum@stanmor.com | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

AL for Windows" appraisal software by a la mode, inc. File No. JC030946

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | | |

SCOPE: A thorough search of the Multiple Listing Service (MLS), court house records (Deedfax), and the appraiser's files was conducted prior to the selection of comparables utilized in the appraisal report. The sales selected are considered to be the most appropriate value indicators available. All current, as well as expired/withdrawn listings, and pending or closed sales were analyzed in order to establish the subject's market. After carefully analyzing all available data, a range was established for the subject property.

Although an attempt was made to note any obvious evidence of visible termite infestation, the appraiser is not an expert in this field. Only a licensed pest control operator can issue a certification relating to the presence of termites. Additionally, during the physical inspection, the appraiser endeavored to not any obvious structural flaws; however, the appraiser makes no warranty, either expressed or implied, as to the structural integrity of the property.

Unless otherwise stated in this report, the appraiser has no knowledge of the existance of any hazardous materials on or in the property. The appraiser is not, however, a qualified expert in the field of environmental contaminates. Therefor, this value estimate is predicated on the assumption that there is no hazardous materials present on or in the property which might cause a loss in value.

**FLOOD ZONE: The appraiser attempted to ascertain the correct Flood Zone and Hazard rating based on the Flood Insurance Rate Maps as developed by the National Flood Insurance Program and the Federal Emergency Management Agency. While the zone and/or rating shown in the appraisal report are considered to be correct, many properties are difficult to locate on the Flood Insurance Rate Maps, and some are very close to a Flood Hazard area boundary. Recently, adjustments to flood elevations have come in question due to the affects of hurricanes Katrina and Rita. Therefore, the appraiser suggests that the flood zone be verified by a recognized flood hazard insurance agent or surveying engineers.**

COMMENTS ON SALES COMPARISON

**Gross Living Adjustment:** Each sale was adjusted for any difference in overall square footage as compared to the subject. Any adjustment for other items or amenities represents market response and not necessarily the cost of the item or construction.

**SITE ADJUSTMENT:** Each comparable site which varied in overall size as compared to the subject were adjusted accordingly to accurately reconcile with the subject. Market response to width, depth, and site utility has been considered. Adjustments, if any, for these sales were based on typical market value which is well supported on the subject's market.

**CONDITIONS OF APPRAISAL**

The appraiser reserves the right to re-evaluate the value estimate of this report based on the results of any building inspections that may reveal a substantially different property condition than that which was obvious to the appraiser, and based on any other information discovered which might impact value.

**FINAL RECONCILIATION:** Most consideration was given to the Sales Comparison Approach since this method best reflects the action of buyers and sellers in the immediate and surrounding market area. The Cost Approach was also utilized, although it was considered to be of secondary importance. The Income approach to value has been excluded and considered non applicable for this type property usage.

## Subject Photo Page

| Lender/Client | Standard Mortgage Corporation | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | |
| City | New Orleans | County Orleans | | State LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | |



### Subject Front

6537 Marshall Foch St
| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,297 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Similar Dwellings |
| Site | 6,100 Sq.Ft. |
| Quality | Good/Renov |
| Age | 5 Act\Remodld |



### Subject Rear



### Subject Street

## Photograph Addendum

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3921 |
| Borrower | Nathan Junius | | | | | |



Interior



master bath



Interior



kitchen



bath



detached carport

## Comparable Photo Page

| Lender/Client | Standard Mortgage Corporation | | | |
|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | |
| City | New Orleans | County  Orleans | State  LA | Zip Code  70124-3921 |
| Borrower | Nathan Junius | | | |



### Comparable 1
6965 General Haig St
| | |
|---|---|
| Prox. to Subject | 0.55 miles NE |
| Sales Price | 447,000 |
| Gross Living Area | 3,550 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x144 |
| Quality | Good/Renov |
| Age | 3 Act\Remodld |



### Comparable 2
6402 General Diaz Street
| | |
|---|---|
| Prox. to Subject | 0.17 miles SW |
| Sales Price | 420,000 |
| Gross Living Area | 3,100 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x125 |
| Quality | Good/Renov |
| Age | 6 Act\Remodld |



### Comparable 3
6741 General Diaz Street
| | |
|---|---|
| Prox. to Subject | 0.26 miles N |
| Sales Price | 480,000 |
| Gross Living Area | 3,219 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | Suburban/Gd |
| View | Residential |
| Site | 50x122 |
| Quality | Good/Renov |
| Age | 3 Act\Remodld |

## Building Sketch

| Lender/Client | Standard Mortgage Corporation | | | | |
|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | |



Sketch by Apex IV™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 2190.66 | 2190.66 |
| GLA2 | Second Floor | 1106.73 | 1106.73 |
| P/P | Porch | 66.70 | 66.70 |
| GAR | Carport | 400.00 | 400.00 |
| OTH | Storage | 120.00 | 120.00 |
| | | | |
| Net LIVABLE Area | (Rounded) | | 3297 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| | Breakdown | Subtotals |
| First Floor | | |
| | 2.67 x 4.58 | 12.23 |
| | 20.00 x 30.83 | 616.60 |
| | 5.00 x 15.33 | 76.65 |
| | 2.67 x 18.33 | 48.94 |
| | 8.66 x 10.00 | 86.60 |
| | 12.00 x 26.00 | 312.00 |
| | 3.25 x 19.00 | 61.75 |
| | 9.82 x 13.92 | 136.69 |
| | 23.84 x 34.92 | 832.49 |
| | 2.51 x 2.67 | 6.70 |
| Second Floor | | |
| | 8.00 x 10.00 | 80.00 |
| | 15.25 x 26.00 | 396.50 |
| | 11.00 x 12.25 | 134.75 |
| | 0.08 x 27.00 | 2.16 |
| | 19.92 x 21.00 | 418.32 |
| | 5.00 x 15.00 | 75.00 |
| 16 Items | (Rounded) | 3297 |

## Location Map

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | | |



**Flood Map**

| Lender/Client | Standard Mortgage Corporation | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6537 Marshall Foch St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3921 |
| Borrower | Nathan Junius | | | | | |



Resume - Page 1

# CASHMAN APPRAISAL, INC.

521 Topaz Street ~ New Orleans, Louisiana 70124

## Qualifications
## John P. Cashman II

Louisiana State Certified General
Real Estate Appraiser #G0146

### EDUCATION

| | | |
|---|---|---|
| **University of New Orleans**, New Orleans, LA | | |
| Bachelor of Science in Marketing | | 1978 |
| **Donaldson School of Real Estate**, Metairie, LA | | |
| Broker Licensing Course/Broker #33137 | | 2000 |

### APPRAISAL INSTITUTE/APPRAISAL FOUNDATION

| | |
|---|---|
| Uniform Standards of Professional Appraisal Practice (USPAP) | 2008 |
| Uniform Standards of Professional Appraisal Practice (USPAP) | 2006 |
| License Law | 2006 |
| Professional's Guide to the Uniform Residential Appraisal Report | 2005 |
| Capitalization Theory and Techniques, Part A | 1990 |
| Real Estate Appraisal Principles | 1990 |
| Standards of Professional Practice | 1989 |
| Residential Valuation | 1988 |

### APPRAISAL INSTITUTE & LOUISIANA REAL ESTATE COMMISSION
### CONTINUING EDUCATION

| | |
|---|---|
| Analyzing Distressed Real Estate | 2008 |
| Quality Assurance in Residential Appraisals | 2008 |
| Residential Agreement to Purchase or Sell | 2007 |
| Cool Tools & Site to Do Business | 2005 |
| Fair Housing and Cultural Diversity | 2004 |
| Scope of Work: Expanding your range of services | 2004 |

### REAL ESTATE BUSINESS EXPERIENCE

| | |
|---|---|
| alex-cate realty, LLC  (Owner/Broker) | 2000-Present |
| Cashman Appraisal, Inc (Owner) | 1996-Present |
| Cashman-Brown, Ltd (President) | 1994-1996 |
| J.W. Lee & Associates – Associate Appraiser | 1991-1992 |
| DeMarcay & Associates – Associate Appraiser | 1987-1991 |
| Claude J. Pumilia, Inc. – Associate Appraiser | 1986-1987 |
| Landrieu Wren Co. – Licensed Commercial Real Estate Agent | 1985-1986 |
| Property One, Inc. – Licensed Commercial Real Estate Agent | 1984-1985 |

### ASSOCIATION MEMBERSHIPS

New Orleans Metropolitan Association of Realtors, Inc

**Resume – Page 2**

National Association of Realtors
Appraisal Institute – Associate Member

**PROFESSIONAL EXPERIENCE**

Fee Appraiser for:

Mortgage Companies
Banks
Individuals
Attorneys
Employee Transfer Companies
Real Estate Brokerage of Residential and Commercial Properties

The attached identification card must be distributed to the named licensee

0146

APR - CGA





# State of Louisiana

## Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S.1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to

JOHN P CASHMAN II

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: January 1st 2009 Through December 31st 2010

Roland M. Hall
Chairman

Gayle H. Boudreaux
Secretary

License Number: G 0146

# Exhibit 2

# Exhibit 3

# Property Screening Report

### *6537 Marshall Foch St., New Orleans, LA 70124*

Screening Date:
January 20, 2016

Prepared for:
Nathan Junius

HHS Inspector(s):
Shawn Macomber





**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

January 21, 2016

Nathan Junius
4 Thrush St.
New Orleans, LA 70124

RE:   Chinese Drywall Screening Report Number: Junius_6537
      Property: 6537 Marshall Foch St. New Orleans, LA 70124

Mr Junius:

At your request, an inspection of the above property was performed on January 20, 2016. The building is a single family home.

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations of blackened electrical, plumbing and brand identification markers coupled with known affects associated with the presence of reactive drywall, Healthy Home Solutions, LLC is of the opinion that reactive drywall **is present** in the above referenced property.

| MDL No. | Drywall Manufacturer Identifier | Markings | Location found in building |
|---------|---------------------------------|----------|----------------------------|
| 1 | KNAUF-TIANJIN | "KNAUF-TIANJIN" | WALLS |

At approximately 3000 sf total with 8-11foot ceilings, we estimate that there is approximately 12,600 sf of drywall in the building.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC

Enclosures



**Healthy Home Solutions, LLC**

*You deserve a
Healthy Home*

## Scope of Work

The purpose of this inspection is to locate and identify damages consistent with Corrosive Drywall (CDW). The basis of this identification procedure is the report
 REVISION 1 TO THE INTERIM GUIDANCE – IDENTIFICATION OF HOMES WITH CORROSION FROM PROBLEM DRYWALL, AUGUST 27, 2010, by the Consumer Product Safety Commission (CPSC), which specifies:

The identification process is two steps:
(1) an initial or threshold inspection to find visual signs of metal corrosion and evidence of drywall installation during the relevant time period, and
(2) the identification of corroborating evidence or characteristics.

**Step 1: Threshold Inspection**

Visual inspection must show:
(a) Blackening of copper electrical wiring and/or air-conditioning evaporator coils; and
(b) The installation of new drywall (for new construction or renovations) between 2001 and 2008. A positive result for this step (including both criteria) is a prerequisite to any further consideration.

**Step 2: Corroborating Evidence**

Because it is possible that corrosion of metal in homes can occur for other reasons, it is important to obtain additional corroborating evidence of problem drywall. Homes with the characteristic metal corrosion problems must also have at least two of these corroborating conditions if the new drywall was installed between 2005 and 2008. For installations between 2001 and 2004, at least four of the following conditions must be met. Collecting evidence of these corroborating conditions will in some cases require professional assessors and/or testing by analytical laboratories.
(a) Elemental sulfur levels in samples of drywall core found in the home exceeding 10 ppm;
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home;
(c) Confirmed markings of Chinese origin for drywall in the home.
(d) Elevated levels of hydrogen sulfide, carbonyl sulfide, and/or carbon disulfide emitted from samples of drywall from the home when placed in test chambers using ASTM Standard Test Method D5504-08 or similar chamber or headspace testing;
(e) Corrosion of copper metal to form copper sulfide when copper is placed in test chambers with drywall samples taken from the home.

        If Step 1 is not found to be true than it is not appropriate to move on to Step 2.



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit



**Figure 1: Front elevation of Property.**



**Figure 2: Address as seen from street.**



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Indicia



**Figure 3:Date Stamp on drywall consistent with KPT brand drywall**



**Figure 4: KNAUF TIANJIN in capital letters is consistent with known corrosive drywall.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit- Damages



Figure 7: AC coils were not easily accessible.



Figure 8: Coolant return line showed moderate to heavy blackening.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Damages



**Figure 9: Coolant return line showed heavy blackening.**



**Figure 10:  Copper in refrigerator showed no blackening.**



## Healthy Home Solutions, LLC

*You deserve a*
*Healthy Home*

Photo Exhibit- Damages



**Figure 11: Outlet showing heavy blackening of exposed copper.**



**Figure 12: Exposed copper at water heater showed moderate blackening.**



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Damages



Figure 13: Copper in breaker panel showed heavy blackening.



Figure 14:  Heavy blackening on copper water supply under sink.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 15:  XRF used to measure Sulfur deposition on AC coolant line.**



**Figure 16: Sulfur measured at 1998.10 micrograms/cm^3**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 17: Kitchen overview.**



**Figure 18: Kitchen sink with large continuos piece of granite.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

11



## Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit-Finishes



**Figure 19:  Range.**



**Figure 20: Viking name plate.**

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

12



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 21:  Refrigerator.**



**Figure 22: Model and Serial number of refrigerator.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 23:  Dishwasher.



Figure 24: Model and serial number of dishwasher.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 25:  Wine cooler



Figure 26: Ice Maker.

**Healthy Home Solutions, LLC**
• Phone:  (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

15



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



Figure 27:  Washer and dryer.



Figure 28: Tub surround in bathroom.



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



Figure 29: Fireplace with tile surround.



Figure 30:  Arches in drywall



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 31: Jacuzzi tub bath in master bathroom.**



**Figure 32:  Custom wood shelving in master closet.**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit-Finishes



**Figure 33:  Tile shower in master bath**



**Figure 34: Detail in master bath shower.**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit-Finishes



**Figure 35:  Handrail and stair treads may need to be removed to access drywall**



**Figure 36: Carpet in bedrooms on 2nd floor**

Additional Photos are found in the attached photo contact sheet.

**Healthy Home Solutions, LLC**
**• Phone:  (985) 710-3789 •**
healthyhomesolutionsllc@gmail.com

20



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Renovator/Builder:** Owner
**Drywall Supplier:** Interior Exterior
**Year built:** N/A **Renovated:** 2006
**Square Footage:** 3000 **Ceiling Height:** Varies, 8' to 10'
**Framing Material:** wood
**Number of HVAC units:** 2
**Number of Water Heaters:** 1

### Building/Renovation/Addition History (Drywall)
Home was renovated after hurricane Katrina. Drywall on 1st floor was replaced.

### Reason for Screening
Real Estate Inspector suspected CDW during real estate transaction.

### Known issues include, but are not limited to:
Discolored copper at outlets.

### A/C age and repair history:
None reported

### Primary complaints related to the home include, but are not limited to:
None reported

### Primary complaints related to personal property within the home include, but are not limited to:
None reported.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

**Odor associated with reactive drywall:**

Though it has been reported that reactive drywall has a "rotten egg" odor, it is more often recognized as a "burnt match" or "fireworks" smell.

*Inspector did detect an odor consistent with CDW at arrival and during the inspection.*

**Visual observations of the effects typical in homes with reactive "Chinese" drywall:**

The <u>Report on Study of Electrical Component Corrosion Related to Problem Drywall</u> by Sandia National Laboratories for the CPSC describes "the accumulation of copper sulfide corrosion was evident visually on metal surfaces that were exposed to homes in which problem drywall was installed." The report continues with "the copper sulfide was friable and displaced readily by scraping." The copper sulfide (appearing as black deposits) commonly associated with reactive drywall is often observed on the ground wires, copper plumbing and/or the copper components of the HVAC system.

- *HVAC coils were not easily accessible and were not inspected.*
- *Heavily blackened coolant line at air handler.*
- *Exposed copper wiring at outlets/switches showed heavy blackening.*
- *Plumbing fixtures showed evidence of pitting.*
- *Copper plumbing supply lines showed heavy blackening.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

### Label Identification:

The Multi-District Litigation #2047 has identified at least 30 different brand identifiers and published documents with corresponding numbers. As part of a visual inspection HHS, LLC's practice is to look for and if possible, identify the brands that are found in a home.

- *KNAUF TIANJIN label found on in walls of HVAC chase and from under stairs closet*

### X-Ray Fluorescence Instrument (XRF) Readings:

A portable x-ray fluorescence (XRF) analyzer was utilized to obtain strontium (Sr) readings throughout the home in a random pattern.  The CPSC has recognized a threshold of 1200 ppm indicating a correlation with problematic "Chinese Drywall."

Often the finishes on the walls can interfere with the devices ability to get adequate readings by preventing the return of the x-ray. This may cause false negative readings and as a rule HHS, LLC calculates "Finish Factors" to account for this.

Finish factors are calculated based on measurements taken on raw gypsum and comparing the readings from an area with wall finish located immediately adjacent to the location of the raw gypsum measured.  These readings are averaged to develop a drywall finish factor. That factor is then applied to each XRF reading. The use of a Finish Factor will be indicated on the report.

Some domestic & imported brands show elevated levels of Strontium. High Strontium is helpful in identifying different batches and brands. It is not considered to be corroborating evidence. There for an inspector must be careful to confirm labels and/or additional indicators of reactive drywall when readings are high.

- *XRF readings read between 350 to 1200ppm.*



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

### Corrosion Testing

Corrosion testing is done in several ways. Using copper media, either as coupons or caps, air is made to pass over the media for a specified time. This can be done passively, by leaving the media in an area of concern for a length of time, usually a minimum of 7 days. This can also be done with air acceleration.

Using vacuum pumps or fans, air is accelerated over the media for a specified length of time. This is done for a minimum of 24 hours in the area of concern.

With both methods, at least one sample is exposed to the air outside. This is considered to be a control and will register outdoor levels of sulfur gasses for consideration. It is also common to maintain a "blank" (unexposed) sample to submit with the other samples.

These samples are then measured for Sulfur that has oxidized on the surface of the media. Indoor and outdoor samples are compared and conclusions can be drawn.

*No corrosion testing was performed at this location.*

### Wipe Testing for Sulfur

From the Consumer Product Safety Commission's "Revision 1 to the Interim Guidance-Identification of Homes with Corrosion from Problem Drywall, August 27, 2010":
(b) Corrosive conditions in the home, demonstrated by the formation of copper sulfide on copper coupons (test strips of metal) placed in the home for a period of two weeks to 30 days or confirmation of the presence of sulfur in the blackening of the grounding wires and/or air-conditioning coils; origin for drywall in the home.

Ghost Wipe samples are collected from the discolored copper at the time of the inspection. Upon returning to the office an XRF specially calibrated to read low level Sulfur is used to determine the amount of Sulfur appearing in the black deposits on the wipe. The measurements are taken in $ug/cm^2$.

- *A direct read was taken from the  blackened AC return line reading 1998.10 $ug/cm^2$ for sulfur.*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that this house meets both the Threshold Inspection and two corroborating evidence requirements (B- Confirmed sulfur in the discoloration on copper from the house and C- Confirmed markings of Chinese origin for drywall in the home) indicating that reactive drywall commonly known, as "Chinese Drywall" **is present** in the subject property.

It is not uncommon to have mixed brands containing both reactive and non-reactive drywall in the same house and sometimes the same wall. Careful attention should be paid during dismantling to document the use of drywall not marked as "Made in China." Based on the outward signs of damage, the strong odor and the discovery of significant amounts of CDW in other areas, it is HHS conclusion that CDW is present.

Below is an opinion summary of the areas in regards to the presence of reactive "Chinese Drywall."

- CDW is present in ceilings and walls
- No CDW brands other than KNAUF TIANJIN were identified during this inspection.

It is the intent of HHS to inform and empower the Client with enough knowledge to make a well-informed decision that is in the best interests of the Client. Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against your builder, along with the installer, supplier and manufacturer of the drywall.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11





# 6537 MARSHALL FOCH ST. FLOORPLAN

# Exhibit 12

# Contractor Certification

Property Address: _6537 MARSHAL FOCH ST. NOLA 70124_

Remediation Contractor: _C&J GENERAL CONTRACTORS LLC_

I certify that all possible problem drywall, including all debris and visible dust, has been removed in accordance with the Remediation Guidance for Homes with Corrosion from Problem Drywall as of September 15, 2013 by the US Consumer Product Safety Commission and the US Department of Housing and Urban Development. Completion of removal work has been confirmed by a visual inspection of all surfaces in the work area and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Contractor Name: _C&J GENERAL CONTRACTORS LLC_

By:
(Signature) _____   Date: _6/1/16_

(Print Name) _NATHAN JUNIUS_

(Print Title) _PRESIDENT_

Drywall Disposal Certification

# DRYWALL DISPOSAL CERTIFICATION

I certify that, pursuant to Section 4.3.2.3 of the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047, in disposing all drywall removed from the below listed property, I have complied with all applicable waste disposal regulations of the jurisdiction in which the property is located. Attached hereto are all documents evidencing such disposal.

Property Address: _6537 MARSHALL FOCH St. NOLA 70124_

Contractor Name: _C&J GENERAL CONTRACTORS LLC_

By:
(Signature) _____   Date _6/1/16_

(Print Name) _ANTUAN JUNIUS_

(Print Title) _PRESIDENT_

409010

Drywall Installation Certification

# DRYWALL INSTALLATION CERTIFICATION

I certify that, pursuant to the Remediation Protocol attached as Exhibit F to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047, I have completed the installation of all new drywall in the below listed Property. Attached hereto are photographs of every wall and ceiling in every room in the Property demonstrating that new drywall has been installed in the Property.

Property Address: _6537 MARSHAL FOCH ST. NOLA 70124_

Contractor Name: _C&J GENERAL CONTRACTORS LLC_

By:
(Signature) _____ Date _6/1/16_

(Print Name) _NATHAN JUNIUS_

(Print Title) _PRESIDENT_

409011

Completion Certification

## COMPLETION CERTIFICATION

I hereby certify, the following:

1) The remediation of the below listed Property has been completed according to the Remediation Protocol attached as Exhibit F to the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047.

2) In remediating the Property, I have complied with all permitting, inspection, and certification requirements of the jurisdiction in which the Property is located. I have provided all applicable inspection certificates (including, for example, the certificate of occupancy) to the Property Owner and have attached them to this Certification.

3) All liens and/or potential liens filed in relation to the remediation work have been released or bonded off such that the Property Owner's title is clear of all liens related to the remediation work. I have provided to the Property Owner a final release of lien or liens, or such other sufficient evidence that the Property Owner's title is clear of all liens related to the remediation work and have attached such documentation to this Certification.

Property Address: _6537 MARSHALL ROCK ST. NOLA 70124_

Contractor Name: _C+J GENERAL CONTRACTORS LLC_

By:
(Signature) _____  Date _6/1/16_

(Print Name) _NATHAN JUNIUS_

(Print Title) _PRESIDENT_

409009




# Driskill Environmental Consultants LLC
## INSPECTION REPORT
## Defective Drywall
## David Theard
## 6537 Marshall Foch, New Orleans, LA 70124
## November 23, 2015

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ........................................................................................................................................3

INTERVIEW WITH CLIENT: ....................................................................................................................3

WORD AND PHRASE DEFINITIONS .....................................................................................................4

PROPERTY DESCRIPTION.......................................................................................................................4

INSPECTION RESULTS .............................................................................................................................5

DAMAGE ASSESSMENT & SUMMARY ...............................................................................................6

DEFECTIVE DRYWALL IDENTIFICATION ........................................................................................6

PHOTOS; COPPER COLOR GROUND WIRING HAS BEEN BLACKENED BY CONTAMINATED DRYWALL. 6

## Driskill Environmental Consultants LLC

*INTRODUCTION*

Site Inspector: Brent Driskill
The following inspection was performed on November 23, 2015

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure.   Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C.  Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

### INTERVIEW WITH CLIENT:

An interview with the Client revealed that an inspection was requested to determine if this home contains defective Chinese drywall.

# Driskill Environmental Consultants LLC

**Word and Phrase Definitions**

The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

## INSPECTION INFORMATION

On November 23, 2015, a qualified inspector conducted a visual inspection of the subject structure located at 6537 Marshall Foch, New Orleans, LA 70124, to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure.

| PROPERTY DESCRIPTION | |
|---|---|
| **Type of Construction** | Wood Frame |
| **Use of Structure** | Single Family, Residential |
| **Age of Structure** | Built 2003, Renovated 2005-2006 |
| **Stories / Levels** | Two Levels |
| **Brand of Drywall** | |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Number of A/C Systems** | Two Central Systems |

# Driskill Environmental Consultants LLC

SYSTEMS AND DEVICES INSPECTED

ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES
Removal or accessing electrical components for visual inspection such as; electrical receptacles, light switches, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

ELECTRICAL APPLIANCES & DEVICES
- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the  inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

AIR CONDITIONERS & FURNACES
- Other copper and metal components shall include central air conditioning cooling coils, refrigerant lines and electrical wiring connections in the air handler or furnace system.

DRYWALL PRODUCT IDENTIFICATION
- Included in this inspection are visual observations of the back side of drywall installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

*INSPECTION RESULTS*

| ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ||
|---|---|
| **Main Electric Panel – Laundry Room** | **Copper Wiring – Advanced Corrosion.** |

**CONDITION OF ELECTRICAL COMPONENTS:  A.C. = Advanced Corrosion; S.C. = Serviceable Condition**

| 1st. Floor | General Location | Condition | Receptacles |
|---|---|---|---|
| **Bar** | **At Counter** | **A.C.** | 1 |
| **Breakfast** | **At Exterior Wall** | **A.C.** | 1 |
| **Laundry Room** | **Electrical Panel** | **A.C.** | 1 |
| **Living Room** | **Interior Wall** | **A.C.** | 1 |
| **2nd. Floor** | | | |
| Head of Stairs | Exterior Wall | S.C. | 1 |
| **Bedroom 1** | **Exterior Wall** | **A.C.** | 1 |
| **Bedroom 1** | **Interior Wall** | **A.C.** | 1 |
| **Front Bedroom Right** | **Interior Wall** | **A.C.** | 1 |
| Front Bedroom Right | Interior Wall | S.C. | 1 |
| Front Bedroom Left | Exterior Wall | S.C. | 1 |
| Front Bedroom Left | Interior Wall | S.C. | 1 |

# Driskill Environmental Consultants LLC

**DAMAGE ASSESSMENT & SUMMARY**

Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. An inspection of 6537 Marshall Foch, New Orleans, LA 70124, revealed that there is corrosive drywall in the home which is evident by advanced black corrosion on copper wiring in the main electrical panel located in the laundry room and in all electrical receptacles that were inspected on the downstairs level.

2. The following rooms on the upstairs level have been affected by corrosive drywall off-gassing possibly from the first floor level and flowing up to the upstairs to bedroom 1 in the exterior and interior walls and also in the upstairs, front, right bedroom in both interior walls.

*DEFECTIVE DRYWALL IDENTIFICATION*

Various amounts of damaged content throughout this report are referenced regarding the visible amount of black advanced corrosion observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black corrosion does not necessarily mean that they are not affected by chemical related gasses or compounds. There is a possibility of having a mixture of defective drywall installed adjacent to non defective drywall; therefore it would be reasonable to conclude that there would be an unknown mixture of defective China manufactured drywall along with non-defective drywall especially in the upstairs area.

**PHOTOS; Copper color ground wiring has been blackened by contaminated drywall.**

 

 

## Driskill Environmental Consultants LLC

Copper ground wires in the main electrical panel have been blackened by corrosion.










# Exhibit 13

# OWNER DISCLOSURE AFFIDAVIT

Owner name: _NATHAN JUNIUS_

Affected Property address: _6537 MARSHALL FOCH ST. NOLA 70124_

Purchase date and price of Affected Property: _____

List the manufacturers of all drywall found in the Affected Property: _KNAUF_

_____

_____

Move-out date: _10/15_

Move-in date: _N/A_

Storage expenses paid: _NONE_

Moving expenses paid: _NONE_

Utility expenses paid: _NONE_

Alternative living expenses paid: _NONE_

Total cost of construction paid: _177,000_

Total claim: _$177,000_

General Contractor name and phone #: _C&J GENERAL CONTRACTORS 504-228-8356_

Total amount paid to general contractor: _____

Affected Property air conditioned square footage: _±3200 SF_

Was Owner aware of the defective drywall before purchasing the Affected Property: _N/A_

_____

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    Reused          (Replaced)

Owner Initial _NJ_      Contractor Initial _NJ_

Kitchen countertop:                                          Reused        (Replaced)

If replaced indicate material:        Formica        Corion        Tile        (Granite)

**Kitchen Plumbing Fixtures:** (Faucets, sink)        Reused        (Replaced)

**Kitchen floor:**                                          Reused        (Replaced)

**Appliances:**                                          Reused        (Replaced)

If replaced, please list appliance manufacture and model: _____

_____

_____

_____

---

**Bathroom cabinets:**                                  (Reused)        Replaced

**Bathroom tops:**                                      (Reused)        Replaced

If replaced indicate material:  Formica        (Cultured Marble)        Tile        Granite

**Bathroom flooring:**                                  Reused        (Replaced)

**Bathroom enclosures:**                                (Reused)        Replaced

**Bathroom lighting:**                                  Reused        (Replaced)

**Bathroom Accessories** (towel bars, etc.):        Reused        (Replaced)

**Bathroom Mirrors:**                                   Reused        (Replaced)

**Tub:**                                                (Reused)        Replaced

If replaced indicate master bath tub type:        Fiberglass        Steel        Jacuzzi

**Plumbing fixtures** (toilets, sinks):                Reused        (Replaced)

If replaced please provide description of original manufactures:

_DELTA_____

---

**Plumbing faucets:**                                   Reused        (Replaced)

If replaced please provide description of original manufactures:

_DELTA_____

---

**Plumbing lines:**                                     (Reused)        Replaced

If replaced indicate material:        Copper        CPVC        PEX

Owner Initial ___NJ___ Contractor Initial ___NJ___

Base boards:                                                    Reused          (Replaced)

Interior doors:                                                 Reused          (Replaced)

If replaced indicate:        Hollow core 6' 8" doors    Hollow core 8' doors      Solid core 8' doors
                             (MOF)
Window wood molding:                          N/A            Reused          (Replaced)

Crown molding:                                N/A            Reused          (Replaced)

If replaced please indicate original locations:

_ONLY ON FIRST FLOOR_ _____

_____

Chair Rail:                            (N/A)     Reused          Replaced

If replaced please indicate original locations:

_____

Tile flooring:                          N/A      Reused          (Replaced)

If replaced please indicate locations of tile floors:

_____

Marble Flooring:                       (N/A)     Reused          Replaced

If replaced please indicate locations of marble floors:

_____

Wood Flooring Type:                    (N/A)     Wood            Pergo/float

Wood flooring:                          N/A      (Reused)        Replaced

If replaced please indicate locations of wood floors:

_____

Carpet:                                          Reused          (Replaced)

Owner Initial ___NJ___ Contractor Initial NJ

If replaced please provide description of original manufactures:

_UNKNOWN_

_____

If replaced please indicate locations of carpet:

_SECOND FLOOR BEDS & HALL_

_____

| HVAC replacement: | Ducts | Coils | Air handler (interior) | Condenser(exterior) |

HVAC manufacturer: _____

| Insulation: | | Reused | (Replaced) |
| Electrical fixtures: | | Reused | (Replaced) |
| Electrical wiring: | | Reused | (Replaced) |
| Electrical fans: | | | |

If replaced please indicate how many and which rooms:

_____

| Stair rails: | N/A | (Reused) | Replaced |
| Window sills: | | Reused | (Replaced) |
| If replaced indicate original material: | Wood | Marble | Drywall |
| Alarm system: | N/A | Reused | (Replaced) |
| Fire suppression system: | (N/A) | Reused | Replaced |
| Intercom: | (N/A) | Reused | Replaced |
| Surround sound: | N/A | Reused | (Replaced) |
| Wall papers: | (N/A) | | Replaced |
| Interior paint: | | Total colors used: _3_ |

Additional construction related items replaced:

_____

_____

_____

Owner Initial ____ Contractor Initial ____

403800v2
10/17/13

Page 4 of 7

Personal items replaced:

N/A

Items that were upgraded and deducted from construction replacement cost:

UNKNOWN

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1.  Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2.  Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3.  Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4.  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a.  The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5.  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial ___N J___ Contractor Initial ___N J___

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____ *NJ* _____ Contractor Initial _____ *NJ* _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 9/7/17

Homeowner Signature:

Subscribed and sworn to before me on

Notary Public 504 495-7132

My commission expires on **ALAN D. SCHULZ, SR.**
**ATTY - NP 20603**
**STATE OF LOUISIANA**
**MY COMMISSION IS FOR LIFE.**

Date: 9/7/17

Contractor Signature:

STATE OF LOUISIANA
PARISH OF JEFFERSON

Subscribed and sworn to before me on 9/07/2017
ADS

Notary Public 504 495-7132

My commission expires on **ALAN D. SCHULZ, SR.**
**ATTY - NP 20603**
**STATE OF LOUISIANA**
**MY COMMISSION IS FOR LIFE.**

Owner Initial _____ NC   Contractor Initial _____ NT

403800v2
10/17/13

Page 7 of 7



# SECRETARY OF STATE

(https://www.sos.la.gov/Pages/default.aspx)

## Search for Louisiana Business Filings

| Buy Certificates and Certified Copies | Subscribe to Electronic Notification | Print Detailed Record |

| **Name** | **Type** | **City** | **Status** |
|---|---|---|---|
| C&J GENERAL CONTRACTORS, L.L.C. | Limited Liability Company | NEW ORLEANS | Active |

**GET HELP**

### Previous Names
**Business:** C&J GENERAL CONTRACTORS, L.L.C.
**Charter Number:** 36789410K
**Registration Date:** 7/3/2008

### Domicile Address
4 THRUSH STREET
NEW ORLEANS, LA 70124

### Mailing Address
C/O NATHAN J. JUNIUS
4 THRUSH ST.
NEW ORLEANS, LA 70124

### Status
| | |
|---|---|
| **Status:** | **Active** |
| **Annual Report Status:** | **In Good Standing** |
| **File Date:** | 7/3/2008 |
| **Last Report Filed:** | 6/12/2018 |
| **Type:** | Limited Liability Company |

### Registered Agent(s)
| | |
|---|---|
| **Agent:** | NATHAN J. JUNIUS |
| **Address 1:** | 4 THRUSH STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70124 |
| **Appointment Date:** | 7/3/2008 |

### Officer(s)
Additional Officers: No

| | |
|---|---|
| **Officer:** | NATHAN J. JUNIUS |
| **Title:** | Member |
| **Address 1:** | 4 THRUSH STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70124 |
| **Officer:** | SARAH JUNIUS |
| **Title:** | Member |
| **Address 1:** | 4 THRUSH STREET |
| **City, State, Zip:** | NEW ORLEANS, LA 70124 |



EXHIBIT
6

PENGAD 800-631-6989

**Amendments on File (1)**

| Description | Date |
|---|---|
| Appointing, Change, or Resign of Officer | 6/2/2011 |

Back to Search Results    New Search    View Shopping Cart

© 2019 Louisiana Department of State

GET HELP