UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

**RULE 30 RE-NOTICE OF DEPOSITION OF PLAINTIFF,
TONI MACKSEY**

TO:   Plaintiff, Toni Macksey,
         Through her counsel of record:
         James V. Doyle, Jr.
         **Doyle Law Firm**
         2100 Southbridge Pkwy, Suite 650
         Birmingham, AL 35209

**Court Reporter**
Vincent P. Borrello, Jr. & Associates, Inc.
2325 N. Hullen Street, Suite 2D
Metairie, LA 70001
(504) 391-9878
courtreporter@vincentborrello.com

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiff, Toni Macksey, on the **28th** day of **May**, **2019**, beginning at **10:00 a.m.** before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiff shall produce for inspection copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached Rule 34 Requests for Production.

EXHIBIT
A



The deposition will be conducted at the offices of:

Kerry J. Miller
**Fishman Haygood, LLP**
201 St. Charles Avenue
46th Floor
New Orleans, LA  70170
(504) 586-5252

You are invited to attend and participate as you deem fit and proper.  The deposition may be

videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:     (504) 556-5549
Facsimile:      (504) 310-0275
Email:           kmiller@fishmanhaygood.com
Email:           pthibodeaux@fishmanhaygood.com
Email:           ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30
Notice of Deposition was served via electronic mail on all counsel of record this 7th day of May,
2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

## RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiff, **Toni Macksey**, who has claims pending in MDL 2047 against Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd.  Plaintiff shall provide responses to these Requests for Production at or before the time of deposition:

1. Please produce all documents relating to the any pre-purchase inspection of the that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Please produce all documents relating to any purchase of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

3. Please produce all documents relating to any sales or transfers of the property that is the subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

4.    Please produce any and all documentation and/or physical items evidencing or supporting your claims and/or alleged damages in this matter that have not been previously uploaded to Brown Greer's web portal.

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | For Internal Use Only |
|---|---|---|
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Toni Macksey |
| Address of Affected Property | 4321 Lucerne Street |
| | Metairie, LA 70006 |

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Toni Macksey

Is above your primary residence? (Yes) No

Mailing Address (if different):

Phone: ( 504 ) 812 - 6998

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

### Section II. Insurance Information

Homeowner/ Renter Insurer:

| | |
|---|---|
| Policy #: | 00378831 |
| Agent: | Insurance Products Resource, Inc. |
| Address: | 3993 Ponchartrain Drive |
| | Slidell, LA 70458 |
| Phone: | ( 985 ) 639 - 3400 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Toni Macksey | 03/02/13 | / / | M (F) | 06/10/55 | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.



EXHIBIT

2

PENGAD 800-631-6989

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? (Yes) No

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Benchmark Remediation Group

  1.2. When did the inspection take place? 01 /09/ 14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? (Yes) No

  2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Benchmark Remediation Group

  2.2. When was this determination made? 01 /09/ 14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
| | ASTM C 36 | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 1,806 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address: 

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply, LLP

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

---

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _____ , | _Lori L. Macksey_ | _01/15/2015_ , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ , | _____ | _____ , |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _____ | _____ , | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |





Sketch by Apex Sketch v5 Standard™

Comments:

## AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|------|-------------|----------|------------|
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

## LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|-----------|---|---|-----------|
| First Floor | | | |
| 38.4 | x | 41.2 | 1580.16 |
| 15.3 | x | 14.7 | 224.91 |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Toni                    G          Macksey
First Name                    M.I.    Last Name                         Suffix

Co-Claimant First Name (if applicable)   M.I.   Last Name                         Suffix

Business/Entity Name (if applicable)

1

PENGAD 800-631-6989    EXHIBIT 3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

4321 Lucerne Street
Address 1                                              Address 2
Metairie                                    LA         70006
City                                        State      Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Toni              G      Macksey
                         First Name        M.I.   Last Name              Suffix

Mailing Address (if different):


Address 1                                              Address 2


City                                        State      Zip Code

Phone Number of Person Completing This Form: ( 504 ) 812 - 6998

___

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 10 / 26 / 2012

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall,
when did you first become aware that the Property contained Chinese drywall?
Month/Year: 11 / 2013

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first
become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly
acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

___

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                Month    Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $ _____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month   Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $ _____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month   Day    Year

Short Sale Price (if applicable): $ _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## *Section V. Already Remediated Property*

Has the Property been partially or completely remediated? Completed remediated

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
6/1/17 - 11/01/17

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): JES, Inc., 730 Napolean Ave, New Orleans, LA 70115, (504) 301-1402

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 123,325.64

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: 11   / 2017

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

JES, Inc., 730 Napolean Ave, New Orleans, LA 70115, (504) 301-1402

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☑ Yes   ☐ No

If you have preserved samples, where are the samples located?

JES, Inc., 730 Napolean Ave, New Orleans, LA 70115, (504) 301-1402

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☑ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

---

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 43,158.36

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 175,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4/4/2018
Claimant's signature                                              _____
                                                                              Date signed

Name:      Toni G. Macksey

Address:   4321 Lucerne Street
           _____
           Address 1                          Address 2
           Metairie                    LA        70006
           _____
           City                        State     Zip Code

Phone No.: ( 504  )  812  -  6998
           _____

Email:     tmacksey@accutransinc.com
           _____

7

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: _Toni G. Macksey_

Affected Property Address: _4321 Lucerne Street, Metairie, LA  70006_

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        _10_ / _26_ / _2012_

2.  When you took ownership of the Property, what was the name of the seller?

_Willis Joseph Eurissa, Jr. & Lorie Beaver Eurissa_



EXHIBIT
4

1

3.  Name and address of the realtor?

Leslie Gambino - Gertrude Gardner, 4509 Veterans Blvd., Metairie, LA

4.  Name and address of the closing agent?

Stephen J. Simone, 1824 Williams Blvd., Suite A, Kenner, LA  70062

5.  What was the price of the home when you purchased it?  $ 225,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes      ☐ No      ☑ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
           $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. __10__ / __08__ /20 _12_____

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III. Discovery of Drywall

12. Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20 _06_

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV. Manufacturer/Seller of Drywall

13. Who sold or distributed the drywall in the house?

**Response**: Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to Section X of the PPF. Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows: The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V. Damages

14. Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

Financial - cost of running two households. I had to use retirement funds to support both.

I had headaches, insomnia, bloody noses, sinus infections when living in affected property.

15. If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16. If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. 103 Stanton Hall Drive, Destrehan, LA  70047

b. _____

c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. __05_ / __30_ /20_14_   to   __11_ / __01_ /20_17_

b. _____/_____/20_____   to   _____/_____/20_____

c. _____/_____/20_____   to   _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ 1,810.00 moving

b. $ 12,846.36 storage

c. $ 5,502 utilities

d. $ 23,000.00 rent

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**: If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

Response:   ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

Response:   ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

Response:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

JES Construction

32.  When did the remediation commencement date occur?

_06_ / _06_ /20_17_

33.  When did the remediation end date occur?

_10_ / _23_ /20_17_

34.  What was the scope of the remediation and the scope of the work carried out?

Full remediation that complies with the federal court's approved protocol as described as an exhibit to 2011 KPT Settlement Agreement.

7

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

$123,325.64

36. Were any samples from the remediation retained?

☑ Yes    ☐ No

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes    ☐ No

38. Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes    ☐ No

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes    ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

8

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

      **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

9

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

_____
Printed Name

_____
Date
JANUARY 25, 2019

Title Insurance Producer: Stephen J. Simone, 1824 Williams Blvd., Suite A, Kenner, LA 70062
Producer License No. 87387
Title Insurance Underwriter: Security Title Corporation of Baltimore
Title Opinion: Stephen J. Simone, LA Bar No. 12291

Filed by:   Stephen J. Simone
            1824 Williams Blvd.
            Suite A
            Kenner, LA 70062
            File: 10584

| | |
|---|---|
| **CASH SALE** | **UNITED STATES OF AMERICA** |
| BY: **WILLIS JOSEPH EURISSA, JR.** and **LORIE BEAVER EURISSA** | **STATE OF LOUISIANA** |
| TO: **TONI G. MACKSEY** | **PARISH OF JEFFERSON** |

**BE IT KNOWN**, that on this 26th day of the month of October in the year 2012,

**BEFORE ME**, Stephen J. Simone , a Notary Public, duly commissioned and qualified in and for the Parish of Jefferson, State of Louisiana, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**WILLIS JOSEPH EURISSA, JR,**
a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, who declared that he has been married but once and then to Lorie Beaver Eurissa, with whom he is presently living and residing;

**LORIE BEAVER EURISSA,**
a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, who declared that she has been married but once and then to Willis Joseph Eurissa, Jr., with whom she is presently living and residing;

hereinafter referred to as "Vendors", who declared that Vendor does by these presents, grant, bargain, sell, assign, convey, transfer, set over, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which he has or may have against all preceding owners and vendors, unto:

**TONI G. MACKSEY,**
a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, who declared that she has been married but twice, first to Ulysses R. Schultz, who is deceased and secondly to Michael J. Macksey from whom she is divorced and she has not since remarried and is in fact single;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for herself and her heirs, successors and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

**A CERTAIN PIECE OR PORTION OF GROUND**, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **PARISH OF JEFFERSON, STATE OF LOUISIANA**, in that part thereof known as **LAKE DRIVE SUBDIVISION**, designated as **LOT 37 OF SQUARE 6**, on the plan of survey by Gilbert Kelly & Couturie, Inc., dated January 5, 1996, a copy of which is annexed to COB 2931, folio 645 official records of Jefferson Parish, and according thereto said square is bounded by Lucerne Street, Avron Boulevard, Lake Como Avenue and Lake Louise Avenue and said lot forms the corner of Lucerne Street and Lake Como Avenue and measures 53.50 feet front on Lucerne Street, same width in the rear, by a depth of 120 feet between equal and parallel lines.

The improvements thereon bear the Municipal No. 4321 Lucerne Street, Metairie, LA 70006


EXHIBIT
5

Being the same property acquired by Willis Joseph Eurissa, Jr. and Lorie Beaver Eurissa, by act dated 7/31/06 in COB 3171, folio 77, amended in COB 3180, folio 68, for the Parish of Jefferson, LA..

**THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1.   The 5 foot utility servitude, the mislocation of fences and the encroachment of the garage onto the servitude area as shown on the survey by Gilbert, Kelly & Couturie, Inc., dated 1/5/96.

2.   Restrictive covenants contained in act registered in COB 109, folio 201.

And this reference to the above restrictions and/or conditions is not to be considered as renewing or recreating them in any manner whatsoever.

The parties hereto take cognizance that no new survey of the hereinabove described property has been made in connection with this sale; and the parties do hereby relieve and release me, Notary, and my surety from any and all liability in connection with any title defects which might have been disclosed by such survey.

To have and to hold the above described property unto the said Purchaser, her heirs, successors, and assigns forever.

And the said Vendors hereby moreover transfers unto the said Purchaser all the rights and actions of warranty to which Vendor is or may be entitled against all the former owners and proprietors of the property herein conveyed, hereby subrogating the said Purchaser to all the said rights and actions to be by Purchaser enjoyed and exercised in the same manner as they might have been by the said Vendor.

This sale is made and accepted for and in consideration of the price and sum of **TWO HUNDRED TWENTY FIVE THOUSAND AND 00/100 ($225,000.00) DOLLARS**, which the Purchaser has well and truly paid in cash, ready and current money to the said Vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

**"AS IS" CLAUSE**
**Waiver of Warranty & Redhibition Rights Addendum**

Sellers and Buyers hereby acknowledge and recognize that the property being sold and purchased is to be transferred in "AS IS" condition, and further Buyer does hereby waive, relieve and release Sellers from any and all claims or causes of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., and Article 2541, et. seq. or for reduction of sales price pursuant to Louisiana Civil Code Articles 2541, et seq. Additionally, Buyer acknowledges that this sale is made without warranty of fitness for ordinary or particular use pursuant to Civil Code Article 2524, et seq..

Willis Joseph Eurissa, Jr                    Toni G. Macksey

Lorie Beaver Eurissa

- 2 -

All Parish and City taxes up to and including the taxes due and exigible in 2011 have been paid as per declaration of the Vendor and annexed tax researches.  The taxes for the year 2012 have been prorated between Vendor and Purchaser based on the 2011 taxes paid. The parties hereto relieve and release me, Notary, from any and all liability or responsibility in the event the 2012 taxes are more or less than the 2011 taxes.  Purchaser shall be responsible for the payment of all property taxes and assessments against the property herein conveyed for the year 2012 and subsequent years and the mailing address where property tax and assessment notices are to be mailed to Purchaser is: 4321 Lucerne Street, Metairie, LA. 70006.

By reference to the certificates of the Clerk of Court in and for the Parish of Jefferson, it does not appear that said Vendor has heretofore alienated the said property, or that said property is subject to any encumbrances whatsoever except as hereinabove set forth.

The parties to this act take cognizance of the fact that the mortgage and conveyance certificates hereinabove referred to have been dated and signed as of a date prior to the execution of this act, and are to be resubmitted to the respective offices for redating subsequent to the passage of this act, and the said parties hereby expressly relieve and release me, Notary, from all responsibility and liability in the premises in the event that said certificates, or either of them, fail to set forth or show the correct status of said property, or any portion thereof, with respect to conveyances or with respect to encumbrances thereon, as of the date of the passage of this act.

The words "Vendor", "Purchaser", "he", "him" and "himself" as used in this act shall be construed to include the feminine gender and the plural number.

**THUS DONE AND PASSED** in my office at Metairie, Louisiana, on the day, month and year first hereinabove written, in the presence of the undersigned competent witnesses who hereunto sign their names with the said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_Lesley Gambino_
Lesley Gambino

_Debra B. Campo_
DEBRA B. CAMPO

WILLIS JOSEPH EURISSA, JR.

LORIE BEAVER EURISSA

TONI G. MACKSEY

STEPHEN J. SIMONE
NOTARY PUBLIC
LA  BAR #12291

- 3 -



Property Description (Address, City, State, Zip) _____ 4321 LUCERNE ST _____ METAIRIE, LA 70006 _____

### INFORMATIONAL STATEMENT FOR LOUISIANA RESIDENTIAL PROPERTY DISCLOSURE

In accordance with Act 308 of the 2003 Louisiana Legislature (LSA-R.S. 9:3195-3199), effective July 1, 2004, a seller of residential real estate must furnish purchasers with a Property Disclosure Document. A complete copy of these statutes can be found at www.legis.state.la.us. The required Property Disclosure Document may be in the form promulgated by the Louisiana Real Estate Commission ("Commission") or in another form that contains substantially the same information. The Commission form can be found at www.lrec.state.la.us.

#### Who is required to make disclosure?

A seller's obligation to furnish a Property Disclosure Document applies to any transfer of any interest in residential real property, whether by sale, exchange, bond for deed, lease with option to purchase, etc.

The following transfers are exempt from the requirement to provide a Property Disclosure Document:

1. Court order transfers;
2. Transfers to a mortgagee by a mortgagor or successor in interest who is in default;
3. Transfers by a mortgagee who has acquired the property at a sale conducted pursuant to a decree of foreclosure or by deed in lieu of foreclosure;
4. Transfers by a fiduciary in the course of administration of a decedent's estate, guardianship, conservatorship or trust;
5. Transfers of new constructed property;
6. Transfers from one or more co-owners solely to one or more of the remaining owners;
7. Transfers pursuant to a testate or intestate succession;
8. Transfers of property that will be converted into a use other than residential;
9. Transfers of property to a spouse or relative in the bloodline;
10. Transfers between spouses resulting from a judgment of divorce or separate maintenance;
11. Transfers to or from any governmental entity;
12. Transfers from an entity that has acquired title or assignment of a real estate contract to assist the owner in relocation as long as the entity makes available certain disclosure documents;
13. Transfers to an inter vivos trust;
14. Acts that, without changing ownership, confirm, correct, modify or supplement a deed or conveyance already recorded.

**EXEMPTION:** In accordance with Act 308 of the 2003 Louisiana Legislature, the SELLER of said property is exempt from the requirement to provide a Property Disclosure Document.

Seller (sign) _____ (print) ___ WILLIS J EURISSA, JR ___ Date _____ Time _____

Seller (sign) _____ (print) ___ LORIE B EURISSA ___ Date _____ Time _____

#### Rights of Purchaser and Consequences for Failure to Disclose

If the property disclosure document is delivered after the purchaser makes an offer, the purchaser can terminate any resulting real estate contract or withdraw the offer for up to 72 hours after receipt of the Property Disclosure Document. This termination or withdrawal will always be without penalty to the purchaser and any deposit or earnest money must be promptly returned to the purchaser (despite any agreement to the contrary).

#### Duties of Real Estate Licensees and Consequences for Failure to Fulfill Such Duties

Louisiana law requires real estate licensees to inform their clients of those clients' duties and rights in connection with the Property Disclosure Document discussed above. Failure to inform could subject the licensee to censure or suspension or revocation of their license, as well as fines. The licensee is not liable for any error, inaccuracy, or omission in a Property Disclosure Document, unless the person has actual knowledge of the error, inaccuracy, or omission by the seller.

#### Other Important Provisions of the Law

- A Property Disclosure Document shall not be considered a warranty by the seller.
- A Property Disclosure Document is for disclosure purposes only; it is not intended to be part of any contract between the seller and the purchaser.
- The Property Disclosure Document may not be used as a substitute for any inspections or warranties that the purchasers or seller may obtain.
- Nothing in this law precludes the rights or duties of a purchaser to inspect the physical condition of the property.

#### Key Definitions

- **Residential real property** is real property consisting of one or not more than four residential dwelling units, which are buildings or structures each of which are occupied or intended for occupancy as single-family residences.
- **Known defect** is a condition found within the property that was actually known by the seller and that results in one or all of the following:
  (a) It has a substantial adverse effect on the value of the property.
  (b) It significantly impairs the health or safety of future occupants of the premises.
  (c) If not repaired, removed, or replaced, significantly shortens the expected normal life of the premises.

LREC Rev 01/01/11

This form produced by: **Formulator ⊛** 800-499-9612



EXHIBIT

6

Property Description (Address, City, State, Zip) _____ 4321 LUCERNE ST _____ METAIRIE, LA 70006 _____

## PROPERTY DISCLOSURE DOCUMENT FOR RESIDENTIAL REAL ESTATE

Answer all questions to the best of your knowledge. Explain any "yes" answers fully at the end of each section.
Y = yes    N= no    NK = no knowledge

### SECTION 1: LAND

(1) Lot size or acres _____

(2) Are there any servitudes/encroachments regarding the property, other than typical/customary utility servitudes, that would affect the use of the property?   ☐Y   ☐N   ☑NK

(3) Are there any rights vested in others? Check all that apply and explain at the end of this section.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Timber rights | ☐Y | ☐N | ☐NK | Common driveway | ☐Y | ☐N | ☐NK |
| Right of ingress or egress | ☐Y | ☐N | ☐NK | Mineral rights | ☐Y | ☐N | ☐NK |
| Right of way | ☐Y | ☐N | ☐NK | Surface rights | ☐Y | ☐N | ☐NK |
| Right of access | ☐Y | ☐N | ☐NK | Air rights | ☐Y | ☐N | ☐NK |
| Servitude of passage | ☐Y | ☐N | ☐NK | Usufruct | ☐Y | ☐N | ☐NK |
| Servitude of drainage | ☐Y | ☐N | ☑NK | Other _____ | ☐Y | ☐N | ☐NK |

(4) Has any part of the property been determined a wetland by the United States Army Corps of Engineers under §404 of the Clean Water Act?   ☐Y   ☐N   ☑NK
(a) Is such a determination pending?   ☐Y   ☐N   ☑NK
(b) What date was determination made? _____

The Clean Water Act is a federal law that protects the wetlands of the United States. Section 404 of the Act contains permit requirements for altering or building on property that has been determined a wetland by the Army Corps of Engineers. The Corps may assess a fee to the SELLER or PURCHASER of a property for this determination. A property that has been determined a wetland may result in additional costs for a Section 404 permit. Documentation is attached and becomes a part of this property disclosure if the property described herein has been determined a wetland by the Corps.

(5) Has any flooding, water intrusion, accumulation, or drainage problem been experienced with respect to the land? If yes, indicate the nature and frequency of the defect at the end of this section.   ☐Y   ☐N   ☑NK

(6) What is/are the flood zone classification(s) of the property? _____
(a) What is the source and date of this information? (Check all that apply.) ☐Survey/Date _____
☐Flood Elevation Certificate/Date _____

Question Number      Explanation of "Yes" answers      ☐Additional sheet is attached

_____
_____
_____
_____

### SECTION TWO: TERMITES, WOOD-DESTROYING INSECTS AND ORGANISMS

(7) Has the property ever had termites or other wood-destroying insects or organisms?   ☐Y   ☐N   ☐NK
(8) Was there any damage to the property?   ☐Y   ☐N   ☐NK
(9) Was the damage repaired?   ☐Y   ☐N   ☐NK
(10) Is the property currently under a termite contract?   ☐Y   ☐N   ☐NK
(a) Name of company _____
(b) Date contract expires _____
(c) List any structures not covered by contract _____

Question Number      Explanation of "Yes" answers      ☐Additional sheet is attached

_____
_____
_____
_____

Property Description (Address, City, State, Zip) _____ 4321 LUCERNE ST _____ METAIRIE LA 70006 _____

Y = YES    N= NO    NK = NO KNOWLEDGE

## SECTION 3: STRUCTURE

(11) Are there any defects regarding the following? Check all that apply and explain at the end of this section.

| | Y | N | NK | | Y | N | NK |
|---|---|---|---|---|---|---|---|
| Roof | ☐Y | ☐N | ☐NK | Ceilings | ☐Y | ☐N | ☐NK |
| Interior walls | ☐Y | ☐N | ☐NK | Exterior walls | ☐Y | ☐N | ☐NK |
| Floor | ☐Y | ☐N | ☐NK | Foundation | ☐Y | ☐N | ☐NK |
| Attic spaces | ☐Y | ☐N | ☐NK | Basement | ☐Y | ☐N | ☐NK |
| Porches | ☐Y | ☐N | ☐NK | Overhangs | ☐Y | ☐N | ☐NK |
| Steps/Stairways | ☐Y | ☐N | ☐NK | Railings | ☐Y | ☐N | ☐NK |
| Pool | ☐Y | ☐N | ☐NK | Spa | ☐Y | ☐N | ☐NK |
| Decks | ☐Y | ☐N | ☐NK | Patios | ☐Y | ☐N | ☐NK |
| Windows | ☐Y | ☐N | ☐NK | Other _____ | ☐Y | ☐N | ☐NK |

(12) Has any structure on the property ever taken water by flooding (rising water or otherwise)? If yes, give the nature and frequency of the defect at the end of this section.      ☐Y ☐N ☐NK

(13) Is there flood insurance on the property?      ☐Y ☐N ☐NK

(a) ☐ Flood Insurance Policy/Date _____ ☐Other _____ /Date _____

(b) Does SELLER have a flood elevation certificate in SELLER'S possession that will be shared with BUYER?      ☐Y ☑N ☐NK

(14) What is the approximate age of all structures on the property?     Main structure _32_

Other structures _35_

SELLER must complete and provide the "Disclosure on Lead-Based Paint and Lead-Based Paint Hazard Addendum" that is included with this property disclosure if any structure was built before 1978.

(15) What is the approximate age of the roof of each structure?     Main structure _5yr_

Other structures _15yr_

(16) Does the property contain exterior insulation and finish system (EIFS) or other synthetic stucco?      ☐Y ☐N ☑NK

Question Number     Explanation of "Yes" answers     ☐Additional sheet is attached

_____

_____

_____

## SECTION 4: PLUMBING, WATER, GAS, AND SEWERAGE

(17) Are there any defects with the plumbing system?      ☐Y ☐N ☑NK

(18) Are there any defects with the water piping?      ☐Y ☐N ☑NK

(a) Are there any defects with the water quality, quantity, or pressure?      ☐Y ☐N ☑NK

(b) The water is supplied by:  ☐ Municipality  ☐ Private utility  ☐ On-site system  ☐ Shared well system  ☐ None

(c) If there is a well, when was the last time the water was tested?  Date _____

Results _____

(19) Is there gas service available to the property/structure?      ☑Y ☐N ☐NK

(a) If yes, what type?  ☐Butane  ☑Natural  ☐Propane

(b) If yes, are there any defects with it?      ☐Y ☐N ☑NK

(20) Are there defects with any water heater?      ☐Y ☐N ☑NK

(a) Unit 1 _____ ☐ Gas ☐ Electric (b) Unit 2 _____ ☐ Gas ☐ Electric (c) Unit 3 _____ ☐ Gas ☐ Electric

(21) The sewerage service is supplied by: ☐ Municipality ☐ Other      ☑NK

SELLER must provide the attached "Disclosure of Information about Residential Sewage Treatment Systems Addendum" if the property described herein is not served by a municipality waste treatment.

Question Number     Explanation of "Yes" answers     ☐Additional sheet is attached

_____

_____

_____

LREC Rev 01/01/11     Seller's Initials: _____     Buyer's Initials: _____     2 of 4

This form produced by: Formulator ® 800-468-8612

Property Description (Address, City, State, Zip) _____ 4321 LUCERNE ST _____ METAIRIE, LA 70006 _____

Y = YES    N = NO    NK = NO KNOWLEDGE

## SECTION 5: ELECTRICAL, HEATING AND COOLING, APPLIANCES

For major repairs or replacements relative to Section 5, list the date and nature of the repair or replaced component at the end of the section.

(22) Are there any defects with the electrical system? ☐Y ☐N ☑NK

(23) Are there any defects with the heating or cooling systems? ☐Y ☐N ☐NK
  ☑Unit 1   ☐Unit 2   ☐Unit 3

(24) What type of cooling system is installed? ☐Central ☐Window unit ☐Other
(a) Source: ☐Electric ☐Gas ☐Heat pump ☐Other
  ☐Unit 1   ☐Unit 2   ☐Unit 3

(25) What type of heating system is installed? ☐Central ☐Window unit ☐Other
(a) Source: ☐Electric ☐Gas ☐Heat pump ☐Other
  ☐Unit 1   ☐Unit 2   ☐Unit 3

(26) If a fireplace exists, is it working? ☑Y ☐N ☐NK
(a) What type is it? ☑Gas ☐Wood ☐Vented ☐Ventless ☐Electric ☐Other

(27) Are there any defects in any permanently installed or built-in appliances? ☐Y ☐N ☑NK

28) What type of fire alarm system is installed? ☐None ☐Security/fire alarm ☐Battery powered unit that includes a 10-year sealed lithium battery

Question Number      Explanation of "Yes" answers      ☐Additional sheet is attached

_____

_____
_____
_____

## SECTION 6: MISCELLANEOUS

(29) Has there been property damage related to the land or the improvements thereon, including, but not limited to, fire, windstorm, flood, hail, lightning, or other property damage? ☐Y ☐N ☑NK
(a) If yes, were all related property damages, defects, and/or conditions repaired? ☐Y ☐N ☑NK

(30) What is the zoning of the property? _____
(a) Has it ever been zoned for commercial or industrial? ☐Y ☐N ☑NK
(b) Is the property located in an historic district? ☐Y ☐N ☑NK

(31) Does the property and its present usage conflict with current zoning, building, and/or safety restrictions? ☐Y ☐N ☑NK

(32) Are there any current or pending assessments, dues, liens, taxes owing on the property? ☐Y ☑N ☐NK

(a) Is membership in a homeowners' association (HOA), condominium owners' association (COA), or property owners' association (POA) required as the result of owning this property? ☐Y ☑N ☐NK
(b) Are any HOA, COA, or POA dues required? ☐Y ☐N ☑NK
(c) If yes, what is the amount? $_____ per _____
(d) Are there any pending special assessments? ☐Y ☐N ☑NK
(e) If yes, what is the amount? $_____ per _____

Any information contained in this property disclosure regarding homeowners' associations (HOA), condominium owners' associations (COA), or property owners' associations (POA) is summary in nature. The covenants and association governing documents are a matter of public record and can be obtained from the conveyance records on file at the Clerk of Court in the parish where the property is located.

(33) Are the streets accessing the property ☐Private ☑Public? ☐NK
(34) Were any additions or alterations made to the property? ☐Y ☑NK
(a) If yes, were the necessary permits and inspections obtained for all additions or alterations? ☐Y ☐Y ☑N ☐NK
(35) Is there a homestead exemption in effect? ☑Y ☐N ☐NK
(36) Is there high speed internet access available to the property? ☑Y ☐N ☐NK
(37) Is there any pending litigation regarding the property? ☐Y ☑N ☐NK

LREC Rev 01/01/11      Seller's Initials: _____      Buyer's Initials: _____      3 of 4

This form produced by: Formulator ® 800-499-9612

Property Description (Address, City, State, Zip) _____ 4321 LUCERNE ST _____ METAIRIE, LA 70006 _____

(38) Does the property or any of its structures contain any of the following? Check all those that apply and provide the nature and frequency at the end of this section.

| | Y | N | NK | | Y | N | NK |
|---|---|---|---|---|---|---|---|
| Asbestos | ☐ | ☐ | ☑ | Formaldehyde | ☐ | ☐ | ☐ |
| Radon gas | ☐ | ☐ | ☑ | Chemical storage tanks | ☐ | ☐ | ☑ |
| Contaminated soil | ☐ | ☐ | ☑ | Contaminated water | ☐ | ☐ | ☑ |
| Hazardous waste | ☐ | ☐ | ☑ | Toxic Mold | ☐ | ☐ | ☑ |
| Mold/Mildew | ☐ | ☐ | ☑ | Pets | ☑ | ☐ | ☐ |
| Electromagnetic fields | ☐ | ☐ | ☑ | Crystal meth exposure | ☐ | ☐ | ☑ |
| Contaminated drywall/sheetrock | ☑Y | ☐N | ☐NK |
| Other adverse materials or conditions ☐Y | ☐N | ☐NK |

Question Number    Explanation of "Yes" answers    ☐Additional sheet is attached

_____
_____
_____
_____

(39) Was SELLER (or previous owner) a recipient of a Road Home grant?    ☐Y  ☑N  ☐NK

## ACKNOWLEDGEMENTS

I/We attest that the above statements and explanations have been provided by me/us and are true and correct to the best of my/our knowledge. (If either party is represented by a real estate licensee, your signature below acknowledges that you have been informed of your duties and rights under LSA-R.S. 9:3195-3199 and have read and understand the informational statement.)

Seller(s) acknowledge(s) that the information contained herein is current as of this date.

Seller (sign) _____ (print) WILLIS J EURISSA, JR    Date _____ Time _____

Seller (sign) _____ (print) LORIE B EURISSA    Date _____ Time _____

Buyer(s) signing below acknowledge(s) receipt of this property disclosure.

Buyer (sign) _____ (print) TORI G. MACKSEY 9/21/12  1:00pm  LORIE B EURISSA    Date _____ Time _____

Buyer (sign) _____ (print) _____    Date _____ Time _____

 

### WAIVER of WARRANTY and REDHIBITION RIGHTS ADDENDUM

IN REFERENCE to the Agreement to Purchase and Sell the real property commonly referred to as: _____ 4321 LUCERNE ST _____ METAIRIE, LA 70006 ,
dated _____ between _____ ("SELLER")
and _____ ("PURCHASER"), the undersigned parties hereby agree as follows:

Providing that Purchaser's inspections, as per the Property Condition/Inspection section on the agreement to purchase and sell referenced above, are satisfactory to Purchaser, Purchaser hereby agrees that THE FOLLOWING STATEMENT WILL BE MADE A PART OF THE ACT OF SALE AND SHALL NOT GO INTO EFFECT UNTIL THE ACT OF SALE.

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in appliances, and all other items located hereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS," without any warranties of any kind whatsoever, even as to the metes and bounds, zoning, operation, or suitability of the property for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defects.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which the Purchaser has relied, concerning the existence or non-existence of any quality, characteristic or condition of the property herein conveyed. Purchaser has had full, complete and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion, deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition to a return of the purchase price or to a reduction of the purchase price paid pursuant to Louisiana Civil Code Articles 2520 to 2548, inclusive, in connection with the property hereby conveyed to Purchaser by Seller. By Purchaser's signature, Purchaser expressly acknowledges all such waivers and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Article 2520 and 2548, inclusive.

The herein agreement, upon its execution by both Purchaser and Seller, is herewith made an integral part of the aforementioned Agreement to Purchase and Sell.

PURCHASER _____ DATE/TIME _____ SELLER  WILLIS J EURISSA, JR  DATE/TIME

PURCHASER _____ DATE/TIME _____ SELLER  LORIE B EURISSA  DATE/TIME

This form produced by: Formulator® 800-499-9812



EXHIBIT
7

# Exhibit 14



# Plaintiff Fact Sheet

Plaintiff: _Toni G Macksey_

Property Address: _4321 Lucerne St, Metairie, LA 70006_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Fridgedaire 2 door Refrigerator/Freezer | 2,159.00 |
| 2 | " Dishwasher | 899.00 |
| 3 | " Gas Stove (Self Cleaning + Convection) | 2,149.00 |
| 4 | " Microwave with Vent | 649.00 |
| 5 | Cuisenart Coffee Maker | 99.00 |
| 6 | " 14 cup Food Processor | 199.00 |
| 7 | 60" Smart TV Samsung | 1,200.00 |
| 8 | 32" Samsung | 220.00 |
| 9 | Maytag (Steam) | 800.00 |
| 10 | Maytag Top Load HE Washer | 440.00 |
| 11 | Toca Alarm System/Fire + Gas Monitor | 3,600.00 |
| 12 | Bosewave Music System | 499.00 |
| 13 | Bose Home Theater System | 999.00 |
| 14 | A/c + Heating System | 13,000.00 |
| 15 | Jacuzzi Brand Jetted Tub (Master Bath) | 2,600.00 |
| 16 | Hot Water Heater (Rheem) 50 gal Chrissy Electric | 800.00 |

Personal Series

1,499.99

2,120.58

2,369.00

LATTiTude

| # | Item | Price | |
|---|---|---|---|
| 17 | 5 Hunter Ceiling FANS              est. | $800 00 | |
| 18 | 3 Table Lamps | $400 00 | |
| 19 | 1 Floor Lamp | $60 00 | |
| 20 | 3 MIRRORS              CONSERV. AVG. $100 EA | $300 00 | |
| 21 | Dell Thin/Lightweight LapTop (Inspiron) | $199 00 | 169 00 |
| 22 | Apple IPhone 5S / waterproof CASE | $170 00 | 139.45 |
| 23 | 1 COMFORT-Electric Multi Position Queen Mattress | $3600 00 | 3,774.00 |
| 24 | 2 - 1 COMFORT-Pillows       Queen    $85 ea | $170 00 | 200.00 |
| 25 | 4 set ATFT Wireless Phone | $199 00 | 141.95 |
| 26 | Air Purifier / asthma | 500 00 | est |
| 27 | 3 SILVER RINGS | 300 00 | est. |
| 28 | 1 SILVER CROSS | 175 00 | est. |
| 29 | | | |
| 30 | | | |
| 31 | | | |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |

Total: $ 57,285

...LE WALLS EXTEND ... ... ...BACK OF APPLI...
INCH FROM RIGHT SIDE. 1.5 INCHES FROM REAR WALL. O...
ADJACENT COMBUSTIBLE SIDE AND REAR WALL BELOW COO...

MINIMUM HORIZONTAL DISTANCE FROM FRONT EDGE OF CO...
OF APPLIANCE: 0 INCH. MINIMUM CLEARANCE TO COMBUSTI...
CENTERED ABOVE COOKING SURFACE: VERTICAL: 30 INCHES;
THE UNIT OVERHEAD CABINET MAXIMUM DEPTH: 13 INCHES.

ELECTRIC RATING / ALIMENTATION ELECTRIQUE:4750      Kw; 18A,

| | AV.G.<br>L.FRONT | AV.D.<br>R.FRONT | ARR.G.<br>L.REAR |
|---|---|---|---|
| GAZ NATUREL<br>NAT.GAS BURNER | | | |
| RATE / DEBIT (BTU / HR)<br>MARKING IDENT. | 9500<br>154N | 16000<br>203N | 14000<br>193N |
| LP / PROPANE GAS | | | |
| RATE / DEBIT (BTU / HR)<br>MARKING IDENT. | 8000<br>89L | 14000<br>115L | 11000<br>101L |

MFD FOR:<br>FABRIQUE POUR:      ELECTROLUX HOME PRODUCTS<br>P.O. BOX 212378<br>AUGUSTA GA 30917 USA

home (/) / kitchen / refrigerators (/kitchen-appliances/refrigerators/) / side-by-side refrigerators (/kitchen-appliances/refrigerators/side-by-side-refrigerator/) / fpsc2277rf

US/modal/product/printview/FPSC2277RF)





MSRP
$2,599.00

**Frigidaire Professional 22.6 Cu. Ft. Counter-Depth Side-by-Side Refrigerator**

36" W x 28-1/2" D x 69-7/8" H
FPSC2277RF

Save up to $1,000 from 1 rebate in Marrero, LA
View Rebates ()

★★★★★ 3.7 (155)    Write a review

WHERE TO BUY (/WHERE-TO-BUY/?
PRODUCTCODE=FPSC2277RF)

SUPPORT (/OWNER-CENTER/PRODUCT-SUPPORT--MANUALS/?
PRODUCTCODE=FPSC2277RF)



This Model's Water Filter

$49.95
EPTWFU01 (/Filters--Accessories/Filters/Water-Filters/EPTWFU01/)

Frigidaire PureS
Ultra¹ II Replace
and Water Filte
Accessories/Filt
Filters/EPTWFU

BUY ONE

SUBSCRIBE
(/EN-
US/MODAL/SUBSCRIPTIONOPT
ID=EPTWFU01)

| Features | Expand + |
|---|---|
| Specifications | Expand + |
| Guides & Manuals | Expand + |
| Reviews | Expand + |
| Related Accessories | Expand + |

KITCHEN          HOME COMFORT          COLLECTIONS          Where To Buy (/Where-To-Buy/)          CONNECT WITH US

home (/) / collections / frigidaire professional™ collection (/collections/professional-collection/) / dishwashers

FILTER

COLLECTION:





FPID2498SF (/Kitchen-Appliances/Dishwashers/Dishwasher/FPID2498SF/)

(/Kitchen-Appliances/Dishwashers/Dishwasher/FPID2498SF/)

**Frigidaire Professional 24" Built-In Dishwasher with EvenDry™ System** (/Kitchen-Appliances/Dishwashers/Dishwasher/FPID2498SF/)

MSRP $1,249.00

★★★★★ 4.2
(/Kitchen-Appliances/Dishwashers/Dishwasher/FPID2498SF/?tab=Reviews)

1 rebate up to $1,000 ()

☐ COMPARE

| KITCHEN | HOME COMFORT | COLLECTIONS | | CONNECT WITH US |
|---|---|---|---|---|

**KITCHEN**

Refrigerators (/Kitchen-Appliances/Refrigerators/)

Ranges (/Kitchen-Appliances/Ranges/)

Dishwashers (/Kitchen-Appliances/Dishwashers/)

Microwaves (/Kitchen-Appliances/Microwaves/)

Freezers (/Kitchen-Appliances/Freezers/)

Wall Ovens (/Kitchen-Appliances/Wall-Ovens/)

Hoods/Ventilation (/Kitchen-Appliances/Kitchen-Ventilation/)

Warmer Drawers (/Kitchen-Appliances/Warmer-Drawers/)

Disposers (/Kitchen-Appliances/Disposers/)

Cooktops (/Kitchen-Appliances/Cooktops/)

**LAUNDRY**

Washers (/Washers-Dryers/Washers/)

**HOME COMFORT**

Window Mounted Air Conditioners (/Home-Comfort/Air-Conditioning/Window-Mounted-AC/)

Built-In Air Conditioners (/Home-Comfort/Air-Conditioning/Built-In-Air-Conditioners/)

Dehumidifiers (/Home-Comfort/Dehumidifiers/)

Portable Air Conditioners (/Home-Comfort/Air-Conditioning/Portable-Air-Conditioners/)

Ductless Split Systems (/Home-Comfort/Air-Conditioning/Ductless-Split-Systems/)

PTACs (/Home-Comfort/Air-Conditioning/PTACs/)

HVACs (http://www.frigidaire.net/)

**FILTERS & ACCESSORIES**

**COLLECTIONS**

Frigidaire Professional™ Collection (/Collections/Professional-Collection/)

Frigidaire Black Stainless Steel Collection (/Collections/Black-Stainless-Steel-Collection/)

Frigidaire Gallery™ Collection (/Collections/Gallery-Collection/)

Induction Appliances Collection (/Collections/Induction-Appliances-Collection/)

Single-Door Refrigerator and Freezer Collection (/Collections/Single-Door-Refrigerator-and-Freezer-Collection/)

**EXPERIENCE FRIGIDAIRE**

Inspiration Gallery (/Experience-Frigidaire/Inspiration-Gallery/)

Press & Awards (/Experience-Frigidaire/Press-Awards/)

Real Frigidaire Stories (/Experience-Frigidaire/Real-Frigidaire-Stories/)

Where To Buy (/Where-To-Buy/)

Special Offers (/Special-Offers/)

Buying Guides (/Buying-Guides/)

Frigidaire Sinks (http://www.frigidairesinks.com/)

Product Recall (/contentassets/2a463ae510364c8f97fc9840fa5dfe57/recall.pdf?amp;epslanguage=en-US)

Commercial (/Commercial/)

Frigidaire International (http://www.frigidaire-intl.com/)

Dealers (http://b2b.frigidaire.com/)

Privacy Policy (/modal/defaultpage/modalview/478?lang=en-US)

Terms & Conditions (/modal/defaultpage/modalview/508?lang=en-US)

Interest-Based Advertising (/Interest-Based-Advertising/)

Shipping & Return Policy (/modal/defaultpage/modalview/1025?lang=en-US)

Transparency in Supply Chains (/transparency-in-supply-chains/)

**CONNECT WITH US**

**SIGN UP FOR NEWSLETTER** (/EN-US/MODAL/NEWSLETTERSIG

**CALL US**
Mon - Fri, 8:30am - 8pm (EST)
1 (800) 374-4432 (tel:18003744432) (EST)

**EMAIL US** (/OWNER-CENTER/CONTACT-US/)

home (/) / kitchen / ranges (/kitchen-appliances/ranges/) / gas ranges (/kitchen-appliances/ranges/gas-range/) / fpgh3077rf

US/modal/product/printview/FPGH3077RF)





MSRP
**$2,849.00**

## 30" Gas Front Control Freestanding

29 7/8" W x 26" D x 36 1/8" to 36 5/8" H
FPGH3077RF

Save up to $1,000 from 1 rebate in Marrero, LA
View Rebates ()

★★★★★ 4.3 (560)   Write a review

**WHERE TO BUY (/WHERE-TO-BUY/?PRODUCTCODE=FPGH3077RF)**

**SUPPORT (/OWNER-CENTER/PRODUCT-SUPPORT--MANUALS/?PRODUCTCODE=FPGH3077RF)**




---

Specifications                                        Expand +

---

Guides & Manuals                                      Expand +

---

Reviews                                               Expand +

---

Recommended For You                                   Expand +

---

Related Accessories                                   Expand +

---

**KITCHEN**

Refrigerators (/Kitchen-Appliances/Refrigerators/)

**HOME COMFORT**

Window Mounted Air Conditioners (/Home-

**COLLECTIONS**

Frigidaire Professional™ Collection

Where To Buy (/Where-To-Buy/)

**CONNECT WITH US**

Case 2:09-md-02047-EEF-MBN Document 22371-2 Filed 11/25/19 Page 44 of 71

Frigidaire Gallery 1.7 cu. ft. Over the Range Microwave in Smudge-Proof Stainless Steel ... Page 1 of 11

Home / Appliances / Microwaves / Over-the-Range Microwaves

Model # FGMV176NTF     Internet #302506189     Store SO SKU #1002626326



**Frigidaire Gallery**

## 1.7 cu. ft. Over the Range Microwave in Smudge-Proof Stainless Steel with Sensor Cooking

★★★★★ (2,008)     Write a Review     Questions & Answers (67)

- Easily wipe away and clean spills from effortless clean interior
- Recirculating fan and carbon filter reduces cooktop cooking odors
- Uses sensor cooking to automatically adjust power levels

# $278.00 ~~$379.00~~
Save $101.00 (27%)

Get up to $150 in Rebates for 70062 ()

Color/Finish: **Smudge-Proof Stainless Steel**



Free delivery on appliance purchases of $396 and up

Check Earliest Delivery Date

| Tell us your ZIP Code | **Check** |

**Add to Cart**



**WILLIAMS SONOMA** Members spend $100, and you could win a **$20,000** home makeover! Not a member? **JOIN TODAY** > CHECKOUT {0}

Pottery Barn    PB Apartment    pottery barn kids    Pottery Barn Teen    west elm    Rejuvenation    Mark and Graham

# WILLIAMS SONOMA
### CALIFORNIA

| What are you looking for? |
|---|

Registry    Stores    eCatalog    Blog    Recipes    Wine Club    Gifts    Food Gifts    New    Brands    Open Kitchen by Williams Sonoma    Garden    Father's Day

COOKWARE    COOKS' TOOLS    CUTLERY    ELECTRICS    BAKEWARE    FOOD    DINING & BAR    HOMEKEEPING    OUTDOOR    SALE    WILLIAMS SONOMA HOME

20% Off Your Order
+ Free Fast Shipping'
Use Code **SPRING**

Up to 30% Off Outdoor
Cooking & Dining Essentials
**SHOP NOW >**

Earn 5% Back in Rewards' Every Day'
PLUS a $20 certificate' to use later when you open and
use a Williams Sonoma Credit Card' **LEARN MORE >**

Home  >  Cuisinart Perfectemp 14-Cup Programmable Coffee Maker with Glass Carafe





## Cuisinart Perfectemp 14-Cup Programmable Coffee Maker with Glass Carafe

Special Offer

20% Off Your Order + Free Fast Shipping! Use Code: SPRING
Offer Not Valid on Items Ending in $0.99

★★★★★  Read Reviews    Q & A

Sugg. Price $185
Our Price $99.95

Free Fast Shipping

|  1  |
|---|

BACK TO TOP

PRICE MATCH GUARANTEE - Learn More

● SHIP THIS ITEM

○ FREE IN STORE PICK UP & ON DISPLAY
Lakeside Mall

3301 Veterans Memorial Blvd, Ste 54A, Metairie, LA
(504) 828-3769
Hours Today: 10:00 AM - 9:00 PM
Choose a different Store

 

Easy, hassle-free returns online and in-store for eligible items.
Learn More

SHARE YOUR STYLE  |  #MYWILLIAMSSONOMA          Add a Photo

Earn $25 in reward dollars' for every $500 spent on your
Williams Sonoma Credit Card. Learn More


#MYWILLIAMSSONOMA

## SUMMARY

When hot coffee is the first order of the day, the Cuisinart
Perfectemp 14-Cup Coffee Maker will brew your favorite grounds
to the ideal strength and temperature. The coffee maker is
designed to prepare extra-hot coffee without sacrificing flavor,
whether you prefer regular or bold, and sound a chime when

WILLIAMS SONOMA Members spend $100, and you could win a $20,000 home makeover! Not a member? JOIN TODAY > CHECKOUT (0)

Pottery Barn   PB Apartment   pottery barn kids   Pottery Barn Teen   west elm   Rejuvenation   Mark and Graham

# WILLIAMS SONOMA
### CALIFORNIA

What are you looking for?

Registry   Stores   eCatalog   Blog   Recipes   Wine Club   Gifts   Food Gifts   New   Brands   Open Kitchen by Williams Sonoma   Garden   Father's Day

COOKWARE   COOKS' TOOLS   CUTLERY   ELECTRICS   BAKEWARE   FOOD   DINING & BAR   HOMEKEEPING   OUTDOOR   SALE   WILLIAMS SONOMA HOME

20% Off Your Order   |   Up to 30% Off Outdoor   |   Earn 5% Back in Rewards¹ Every Day
+ Free Fast Shipping¹   |   Cooking & Dining Essentials¹   |   PLUS a $20 certificate² to use later when you open and
Use Code SPRING   |   SHOP NOW >   |   use a Williams Sonoma Credit Card³ LEARN MORE >

Home  >  Kitchen Appliances + Electrics  >  Food Processors & Meat Slicers  >  Cuisinart 14-Cup Custom Food Processor



## Cuisinart 14-Cup Custom Food Processor

20% Off Your Order + Free Fast Shipping! Use Code: SPRING
Offer Not Valid on Items Ending in $0.99

★★★★★  Read Reviews   Q & A

Sugg. Price $365
Our Price $199.95
Free Fast Shipping

PRICE MATCH GUARANTEE - Learn More

⊙ SHIP THIS ITEM

○ THIS ITEM IS NOT ELIGIBLE FOR BUY ONLINE.
   PICKUP IN-STORE

Easy, hassle-free returns online and in-store for eligible items.
Learn More

Earn $25 in reward dollars⁴ for every $500 spent on your
Williams Sonoma Credit Card. Learn More

## SUMMARY

A classic among home cooks, the Cuisinart food processor is a
kitchen workhorse for everyday meals as well as large-scale
entertaining. Equipped with a generous 14-cup work bowl, this
professional-style, heavy-duty processor slices, shreds and chops
ingredients with perfect uniformity.

- Powerful 720-watt motor makes quick work of food
  processing.
- Large 14-cup work bowl with handle.
- Simple paddle controls for on, off and pulse.
- Razor-sharp stainless-steel blade and discs.
- Includes standard 4mm slicing disc, medium shredding
  disc and chopping/mixing blade.
- Extra-large feed tube accepts whole ingredients with
  no pre-cutting.
- Inner feed tube and pusher for incorporating liquids and
  smaller ingredients.

## DIMENSIONS & MORE INFO

SHARE YOUR STYLE   |   #MYWILLIAMSSONOMA                    Add a Photo



#MYWILLIAMSSONOMA

Like 0    Tweet    Save   20    Email   PRINT

Earn Bonus Registry Gift





```
          WELCOME TO BEST BUY #572
               METAIRIE, LA 70003
                 (504)780-0172

          Keep your receipt!


  ||||||||||||||||||||||||||||||||||||

 Val #:000041-550077-235099-867607-189106-037

 0572 060 9990 03/12/13    15:50 00699106

 SOLUTIONS PLUS 4135***************
 7027872   CORE PLATIN        529.99 N*
    CORE PLATINUM TA
              89.96 PACK DISC
    Associate # 582279
    I Order # 1113071981911
 7983668   ADD ON: SEA         0.00 N*
    ADD ON: SEAMLESS DELIVERY
              49.99 PACK DISC
    Associate # 582279
    I Order # 1113071981911
 7896832   CALIBRATION         0.00 N*
    TV CALIBRATION (90 MINS)
             249.99 PACK DISC
    Associate # 582279
    I Order # 1113071981911
 8518641   HOME DELIVE         0.00 N*
    REG $69.99  40.00 DISC
              29.99 PACK DISC
    Associate # 582279
 6914842   5YR 1400-15       270.00  *
    5YR 1400-1599.99 LCD GSP
              59.99 PACK DISC
    GSP#       4243934256
    SKU #        4848105
    EXP DATE  03/12/2018
    ITEM TAX 23.64
    Associate # 582279
 9997255   2YR 300-349         0.00  *
    2YR 300-349.99 HT SSP-R
              49.99 PACK DISC
    GSP#       4243934311
    SKU #        9365396
    EXP DATE  03/12/2015
    Associate # 582279
    03   4YR 75-99.9          0.00  *
    75-99.99 BLU-RAY GSP
              19.99 PACK DISC
    GSP#       4243950586
    SKU #        6653282
    EXP DATE  03/12/2017
    Associate # 582279
         ****************
 OLUTIONS PLUS 389410****************
 893174    LN32D403          270.00 +*
    LN32D403 32" LCD 720P 60HZ
    REG $329.99  30.00 CLEARANCE DISC
              29.99 PACK DISC
    ITEM TAX 23.63
    Associate # 582279
 672086    CPN                0.00 N
    ROOMS TO GO MID JANUARY PROMO
    Associate # 582279
         ****************
 848105    UN55ES7100F      1,499.99 *
    SAMSUNG UN55ES7100 LED 1080P
    REG $2,599.99  1,100.00 SALE DISC
    ITEM TAX 131.25
    Associate # 582279
    D Order # 1113071981911
    Delivery Date: 03/19/2013
 367112    VMF220-81         269.99 *
    SANUS MEDIUM FULL MOTION WALL
    ITEM TAX 23.62
    Associate # 582279
    D Order # 1113071981911
    Delivery Date: 03/19/2013
 365395    915-000030        349.99 *
    HARMONY REMOTE 900
    ITEM TAX 30.62
    Associate # 582279
    D Order # 1113071981911
    Delivery Date: 03/19/2013
 14218     5YR 250-299        59.99 *
    5YR 250-299.99 LCD GSP
    GSP#       4243940907
    SKU #        2893174
    EXP DATE  03/12/2018
    ITEM TAX 5.25
    ciate # 582279
         BDE5400/ZA
    JNG BD-E5400 WIFI BUILT-I    89.99 *
    REG $99.99  10.00 SALE DISC
    ITEM TAX 7.87
    Associate # 582279
 14028     HDMICINNAMO       129.98
    MHT HDMI CINNAMON 3M HDMI CABLE P
    ITEM TAX 11.37
```

```
    MHT HDMI CINNAMON 3M HDMI CABLE P
    ITEM TAX 11.37
    Associate # 582279
 2490632   RZ JOIN            0.00 N
    NEW RZ CARD FY12
    MEMBER ID 2866376268
    Associate # 582279
 6072313   REWARD ZONE        0.00 N
    RZ CERTIFICATE EMAIL
    Associate # 582279
 9518284   PM8-AV
    MHT PM8-AV PANAMAX        89.98
    ITEM TAX 7.87
    Associate # 582279
                          ----------
             SUBTOTAL    3,819.86
        SALES TAX AMOUNT    287.86
                          **********
                TOTAL    4,107.72

 Associate # 582279

 xxxxxxxxxxxx4976 L BBY CARD   3,000.00
    APPROVAL 048061
 24 Mo Financing & 2% Back (1 RZ pt/$1)

 This is a Same As Cash plan. Monthly
 payments are required. Interest charges
 accrue from purchase date. If min. monthly
 payments are made when due & if purchase
 paid in full before promo expires, interest
 charges are not imposed.
 xxxxxxxxxxxx2193    GIFT CARD    270.00
    APPROVAL 174160
 xxxxxxxxxxxx4549       DEBIT    837.72
 TONI G MACKSEY
    APPROVAL 730500
    ORIGINAL BALANCE:
    TRANSACTION AMOUNT:    837.72
    REFERENCE NUMBER: 0572060    837.72

 xxxxxxxxxxxx2193
    ORIGINAL BALANCE:         270.00
    TRANSACTION AMOUNT:       270.00-
    REMAINING BALANCE:          0.00

 HARDWARE/SOFTWARE
 You purchased the following:
 NEW RZ CARD FY12

 SERVICE AND SERVICE OPTIONS
 You want the following service plans :
 E-Mail

    You have one last step to become a
    Reward Zone program member. Please
    activate your account within 30 days
       @ MyRZ.com/activate


    15-day return policy on eligible
    items (60 days for Reward Zone
    Premier Silver members).

 A valid receipt is required for all returns
 and a valid ID may be required. Certain
 items are excluded from our return policy.

 Except where prohibited, ID info may be
 stored in a sec...
```

**1113071981911**

**Welcome to Best Buy**

6205 VETERANS MEMORIAL BLVD
METAIRIE LA 70003-3935

**User:** a582279

**Order Number:** 1113071981911

**Order Date:** 03/12/2013

**Printed On:** 03/12/2013 8.27 PM

**Purchaser Info**

**First Name:** Toni
**Last Name:** Macksey
**Home Phone:** 504-812-6998
**Mobile Phone:**
**Address 1:** 4321 LUCERNE ST
**Address 2:**
**City:** METAIRIE
**State:** LA                     **ZIP:** 70006-2445
**Email:** tonimacksey@att.net

| SKU | Price | RI | Description | Quantity | Fulfillment Method | Fulfillment Address | Fulfillment Date/Time |
|---|---|---|---|---|---|---|---|
| 4848105 | $1499.99 | N | SAMSUNG UN55ES7100 LED 1080P 240HZ SMART | 1 | DEL | 4321 LUCERNE ST,, METAIRIE,LA,70006-2445, US 504-812-6998 | 03/19/13 12: 00PM-04: 00PM |
| 7983658 | $49.99 | Y | ADD ON: SEAMLESS DELIVERY | 1 | | | 03/19/13 12: 00PM-04: 00PM |
| 7027872 | $619.95 | Y | CORE PLATINUM TA | 1 | | | 03/19/13 12: 00PM-04: 00PM |
| 9967112 | $269.99 | N | SANUS MEDIUM FULL MOTION WALL MOUNT - B | 1 | DEL | | 03/19/13 12: 00PM-04: 00PM |
| 9365395 | $349.99 | N | HARMONY REMOTE 900 | 1 | DEL | | 03/19/13 12: 00PM-04: 00PM |
| 8518641 | $29.99 | N | HOME DELIVERY | 1 | | | |
| 7896832 | $249.99 | Y | TV CALIBRATION (90 MINS) | 1 | | 4321 LUCERNE ST,, METAIRIE,LA,70006-2445, US 504-812-6998 | 04/20/13 12: 00PM-04: 00PM |

Best Buy › TV & Home Theater › TVs › All Flat-Screen TVs

Share  Print

## Samsung - 32" Class - LED - N5300 Series - 1080p - Smart - HDTV

Model: UN32N5300AFXZA   SKU: 6202106

4.6 (1,539 Customers) ⌄   247 Answered Questions

**Price Match Guarantee**

**$249.99**
Save $30 · Was $279.99

$ **$41.67**/mo.*
suggested payments with
6-Month Financing
Show me how ›

Open-Box: from $186.99

🛡 **Protect your product**
(6,372)

| 2 Years $29.99 | 5 Years $49.99 | No plan selected |

Learn about Standard Protection Plans

**FREE Shipping:** Get it by Wed, May 29
**Need it installed?** Delivery + Installation as soon as Thu, May 30 in 70062.
**Want it today?** Pick it up at Veterans Blvd.

Not On Display at Veterans Blvd
On Display at Harahan and other stores

🛒 Add to Cart

Build A Bundle

☐ Compare   ☐ Save

**Special Offers**
Hot offer Save $50 on TV Connect and Setup

**Cardmember Offers**
6 Month Financing
Get rewards







Safely Unbox Your Samsung TV       Learn about In-home consultation

Get crisp, beautiful Full HD video from this 32-inch Samsung LED Smart TV. It features Samsung's HyperReal Engine for amazing detail, color and contrast, and the smart features allow you to browse the web and cast a smartphone screen or compatible apps to the TV. Connect this 1080p Samsung LED Smart TV to your home theater to enjoy Dolby Digital sound via its optical digital audio port.

ℹ **TV Buying Guide ›**

 See top TV deals ›

VT-Def-147044



**INVOICE NO:** VT00156381

**DATE:** 3/4/2013



VT00156381

Page 1 of 1

****REPRINT**

www.a1ontheweb.com          Created: 265      Printed: 03/04/2013 11:35:53AM

| BILL TO | SHIP TO |
|---|---|
| 8126998 | 8126998 |
| MACKSEY, TONI | MACKSEY, TONI |
| 4321 LUCERNE ST | 4321 LUCERNE ST |
| METAIRIE, LA 70006 | METAIRIE, LA 70006 |
| Phone: 812-6998 | Phone: 812-6998 |

DELIVERY DATE:

SALESPERSON: Rodney Trentadue

ZONE:

INVOICE TYPE: KENNER

TAX CODE: KENNER A&E STORE

| MODEL/CODE/DESCRIPTION | Qty. Order | Ship | STATUS | COLOR | EACH | EXTENDED |
|---|---|---|---|---|---|---|
| MVWB850YW    4.6 Cu.ft. HE Top Load | 1 | 1 | Customer Pic | WHITE | $799.98 | $799.98 |
| Floor/Discontinued Model    C24871820 VT-F | | | | | | |
| Special Orders cannot be cancelled or refunded | | | | | | |
| MEDB850YW    7.3 Cu.ft. HE Dryer | 1 | 1 | Customer Pic | WHITE | $899.99 | $899.99 |
| MAYTAG, Dryer Electric, WHITE    M21304688 VT-M | | | | | | |
| Special Orders cannot be cancelled or refunded | | | | | | |
| 2 PC APPLIANCE PACKAGE 5 YR UNDER $1,500 MVWB850YW | | | | | $249.99 | $249.99 |
| Payment    Kenner Visa/MC | | | | | $2,120.58 | $2,120.58 |

Store Phone number is 504-461-4360. Visit us at www.a1ontheweb.com

We do not offer merchandise on a "TRIAL" or "APPROVAL" basis, and any goods returned are subject to a restocking charge of 25% if the item is returned in good order. Should this be a purchase of a special order item (i.e. an item not readily available from our stock) or for merchandise to be held for delivery, these items are not subject to change or cancellation. All special order merchandise is required to be paid in FULL before it can be ordered and is NON REFUNDABLE.

Federal and Louisiana law provides that the buyer shall give the seller an opportunity to make necessary repairs to the merchandise. Replacement will only be allowed under the terms of the manufacturers warranty. No cash refunds will be issued unless the defective part or condition cannot be remedied, or the seller or warrantor is unable to provide replacement, and repair is not commercially practical, in which case the purchaser may then request and receive a refund of the full purchase price.

In the event it becomes necessary to engage an attorney to enforce any of the provisions of this contract, I/We agree to reasonable attorney's fees, not to be less than 25% of any amount in dispute. Purchase of the above described merchandise at the price above stated and receipt of this invoice are hereby acknowledged.

CARD/CHECK APPR.

| | | |
|---|---|---|
| SUBTOTAL | | $1,949.96 |
| SALES TAX | 8.75 | $170.62 |
| COD | TOTAL | $2,120.58 |
| | AMOUNT RECEIVED | $2,120.58 |
| Check# | BALANCE DUE | $0.00 |

Customer Signature          Date

| Check | Cash | Visa | MC | Disc | AX |
|---|---|---|---|---|---|

Home Office
1925 Industrial Blvd
Harvey, La
(504) 341-9999

Elmwood
1102 S. Clearview Pkwy
Harahan
(504) 734-7777

Gretna
775 Behrman Hwy.
Gretna, La
(504) 392-8888

Veterans/Metairie
6601 Veterans Blvd
Metairie, La
(504) 455-3333

Chalmette
3350 Paris Rd.
Chalmette, La
(504) 271-9999

Kenner
2801 Veterans Blvd.
Kenner, La
(504) 461-4360

Covington
782 Hwy 190
Covington, La
(985) 893-1254

Lapalco
3708 Lapalco Blvd,
Marrero, La
(504) 349-8400

Slidell
106 Hwy, 190W
Slidell, La
(985) 646-3850

**WARNING**

**TOCA**
ALARM SERVICE, INC.
504-780-TOCA

**TOCA ALARM SERVICE, INC.**
(504) 780-TOCA (8622)
WWW.TOCAALARM.COM

**PURCHASE AGREEMENT**

• SECURITY SYSTEMS      • FIRE ALARM SYSTEMS
• 24 HR. (UL) LOCAL MONITORING   • CCTV CAMERA SYSTEMS
• HOME THEATER & AUTOMATION  • DOOR ACCESS SYSTEMS

| CUSTOMER INFO | | |
|---|---|---|
| ACCOUNT #: | | DATE: 1/10/13 |
| HOME #: | | OFFICE #: |
| CUSTOMER BILLING (IF DIFFERENT): | | |
| STREET: | | |
| CITY, STATE, ZIP: | | |

CUSTOMER'S NAME/BUSINESS: Toni Macksey
STREET: 4321 Lucerne Street
CITY, STATE, ZIP: Metairie LA 70006
CELL #: 504)     E-MAIL:

**JOB INFO:**
☑ EXISTING   ☐ CHANGEOVER _____   ☑ 1 STORY  ☐ BASEMENT  ☑ ATTIC   IN TOUCH # _____
☐ PRE-WIRE             ☐ 2 STORY  ☐ DROP CEILING  ☐ RAISED        # _____
☐ TRIM OUT  ☐ RE-PROGRAM _____   ☐ 3 STORY                # _____
_____ ADDRESS SIGN  _____ ADDRESS W/O STAKE  _____ YARD SIGN  _____ YARD SIGN W/O STAKE  _____ CCTV SIGN  _____ SERVICE ALLEY  ☐ STAKE

**CUSTOMER AGREES TO PURCHASE AN ALARM SYSTEM COMPRISING THE EQUIPMENT LISTED BELOW TO BE FURNISHED AND INSTALLED BY TOCA ALARM SERVICE INC.**

| QTY | PART# | DESCRIPTION |
|---|---|---|
| 1 | XT30 | Panel Alpha Keypad, Indoor Siren, 8 Amp Batt |
| 1 | H/w | Glass Touchscreen (Black) |
| 1 | 2L3C | Cellular |
| 3 | H/w | Doors |
| 8 | W/L | Window Contacts |
| 1 | W)L | Passive |
| 1 | H/w | Motions |
| 2 | H/w | Glassbreaks |
| 2 | H/w | Smoke Detector |
| 1 | W/L | Key Fob |
| 1 | upon | Able to Glass Touchscreen |
| 1 | H/w | Attic Heat     (2367.00) |
| 1 | H/w | Kitchen Heat |
| 1 | H/w | Laundry Heat |
| | | |
| | | |
| | | |
| | | |

**COMMENTS**

| | REFERRED BY |
|---|---|

**CHARGES FOR ABOVE LISTED EQUIPMENT (INCLUDING INSTALLATION)**

PURCHASE PRICE $ 2369.00
DEPOSIT RECEIVED $ 1200.00

**BALANCE DUE UPON COMPLETION**

PO #
**TOTAL $ 1167.00**

TOCA ALARM SERVICE INC. RECOMMENDS CUSTOMER INSTALL ONE (1) SMOKE DETECTOR FOR EACH BEDROOM, ONE (1) IMMEDIATELY OUTSIDE OF EACH BEDROOM, ONE (1) ON EACH FLOOR AS PER THE NATIONAL FIRE PROTECTION LIFE SAFETY CODE. TOCA RECOMMENDS $CO^2$ REPLACEMENT EVERY 3 YEARS. TOCA ALSO RECOMMENDS TO TEST SYSTEM WEEKLY.

Purchaser hereby acknowledges that they have read and understands this entire contract including the terms and conditions on the back of this page and that Toca Alarm Service's liability as set forth in Paragraph D. Purchaser acknowledges that additional protection may be obtained from the contractor (Toca Alarm Service Inc.) over and above that provided herein at an additional cost. Additional Charge for unuseable wire and/or inoperable/non-compatible equipment.

SECURITY CONSULTANT JJD   DATE 1/10/13

CUSTOMER'S APPROVAL
X _Toni D. Macksey_   DATE 1/10/13

PA-6/12



## Wave® music system IV

3.9 (104)

ESPRESSO BLACK

SHOP WITH CONFIDENCE
Free 2-Day shipping for orders of $50 or more,
and free return shipping.
30-day Risk Free Trial

## $499.95

In Stock

BUY

Make this purchase with Easy Payments. Enjoy 9
Easy Payments as low as $55.55/month with no
interest for est. total pymts of $499.95. Minimum
purchase required. Subject to credit approval. See terms

Overview  Specs  Reviews  Accessories  FAQs  Support

Wave® music system IV

**OVERVIEW**

# The sound of a much larger stereo for CDs, AM/FM and more

Enjoy rich, room-filling sound from a small music system that
fits nearly anywhere—and now has a fresh design. The Bose®
Wave® music system IV includes a CD player, an AM/FM radio
tuner and an input in the back for other sources.

- Exclusive waveguide speaker technology delivers high-
  performance sound
- CD/MP3 CD player with repeat, random and continuous play
- Advanced AM/FM tuner with onscreen text display of song
  and artist information
- Auxiliary input for other sources
- Slim credit card-style remote operates all functions

## Elegant simplicity





**Here's to whatever's next.**

NANO See how good television can be.  LG  Shop now ›

Best Buy › Audio › Home Audio › Home Theater Systems

Share  Print

Bose® - Acoustimass® 10 Series V 5.1-Channel Home
Theater Speaker System - Black
Model: ACOUSTIMASS 10 V SYSTEM  SKU: 3533235

4.6 (73 Customers) ⌄ · 93 Answered Questions

**Price Match Guarantee**
**$999.99** ¢ **$41.67**/mo.*
suggested payments with
24-Month Financing
Show me how ›

Protect your product
(807)

| 2 Years $119.99 | 4 Years $149.99 | No plan selected |
|---|---|---|

Learn about Standard Protection Plans

**FREE Shipping:** Get it by Mon, Jun 3
**Want it faster?** More shipping options are available in
checkout to 70062.
**Store Pickup:** Order now & Veterans Blvd will have it ready for
pickup by Wed, Jun 5.



🛒 Add to Cart                          Help

Build A Bundle

☐ Compare   🔖 Save

**Special Offers**
Flexible Financing: See Details
**Cardmember Offers**
24 Month Financing
12 Month Financing
6 Month Financing
Get rewards


Info
Gallery

Add surround sound to your home theater setup with this Bose®
Acoustimass® 10 Series V speaker system, which includes 4
Direct/Reflecting® Series II speakers, a horizontal center-channel speaker
and a powered Acoustimass® module.


**Speaker Buying Guide ›**

 **+**  **+** 

**Have everything you need?**











Hi! Sign in or register  |  Daily Deals  |  Gift Cards  |  Help & Contact  |  Sell  |  Recently Viewed  |  My eBay

Shop by category | Search for anything | All Categories ☑ | Search

eBay    Cell Phones & Accessories    Cell Phones & Smartphones                    Share

# Apple iPhone 5s - 32GB - Gold (Unlocked) A1533 (CDMA + GSM)

3 product ratings  |  About this product

Model Number: A1533 (CDMA + GSM) ⌄    Network: Unlocked ⌄

Capacity: 32 GB ⌄    Manufacturer Color: Gold ⌄

| Brand new | Refurbished | Pre-owned |
|---|---|---|
| **$139.45** | $85.00 | $125.00 |

23 viewed per hour



Stock photo

**Brand new: lowest price** ⓘ

# $139.45

**Free Shipping**

Get it by **Wednesday, Jun 5** from Dayton, New Jersey

- **New** condition
- 30 day returns - Free returns

*"Cash and Cheque is not accepted. Local Pick up is NOT Available. Our Warehouse is*

See details
See all 25 brand new listings

Buy It Now

Add to cart

Watch

Sold by
global.tech-2016 (3483)
95.5% Positive feedback
Contact seller

## About this product

**Product Information**

HUNTER (/)    CASABLANCA (/casablanca)INDUSTRIAL (/in-                    LOGIN / REGISTER ()          CONTA
                                                                                        (https://support.h

CASABLANCA
FAN COMPANY
(/casablanca)         SHOP (/casablanca)    IDEAS (https://www.hunterfan.com/casablanca-inspiration)    SUPPORT (https://support.hunte

HOME (/) / CASABLANCA CEILING FANS (/CASABLANCA-CEILING-FANS) / LOW PROFILE CEILING FANS (/CASABLANCA-LOW-PROFILE-CEILING-FANS) /
SALE (/casablanca-ceiling-fan-sale)
DURANT LOW PROFILE WITH LIGHT 54 INCH



# Durant Low Profile With Light 54 Inch

$279.95

Brushed Nickel | Item

5 Walnut / Burnt Walnut reversible blades included

−    1    +         **ADD TO CART**

Find a Retailer    ⌄

ENERGY GUIDE
(https://s7d5.scene7.com/is/content/HunterFan/54101

**OVERVIEW**

With simple styling that works almost anywhere, the Durant low-profile ceiling
fan is a perfect fit for the rooms in your home with low ceilings. The
traditional style is a bit reminiscent of the futuristic Bel Geddes automobile
designs of the 1930s. The repetition of form in the clean curved lines
interplays with the extravagantly rounded features to create the perfect
archetype for traditional low-profile fans. This fan is powered by a reversible,
four-speed Direct Drive™ motor providing unparalleled power, silent
performance, and reliability over decades of daily use.

- Rated for indoor spaces only
- Includes pull chains for quick and easy on/off and speed
  adjustments
- Brushed Nickel finish
- 5 Walnut / Burnt Walnut reversible blades included
- 13 degree blade pitch optimized to ensure ideal air
  movement and peak performance
- Includes Bowl light kit with Painted Cased White glass
- Includes 2 14W long-lasting CFL bulbs
- Reversible 4-speed Direct Drive™ motor provides
  unparalleled power, silent performance, and reliability
  over decades of daily use
- Extra low serenity speed produces a uniquely soothing
  breeze, while graceful blade movement creates a
  luxurious look and mood

SHARE YOUR STYLE | Upload a photo (https://submit.curations.bazaarvoice.com/?
client=hunterfans&productId=FAM762&incentivized=&tags=&bvcampaignid=&locale=)



(800) 375-3403    Live Chat    Learning Center    Help

**build** com

What are you shopping for?

Log In
**My Account**

0  Cart

Shop All Departments    Bathroom    Kitchen    Lighting    Fans    Hardware    Appliances    Decor    Outdoor    HVAC    Flooring    Commercial    Clearance

Memorial Day Sale - Save up to 50%    Build.com Credit Card    FREE Standard Ground Shipping on Orders over $49

*Hunter*

**Hunter 51091**
                    15 Reviews
$99.99

**822 In Stock**
Leaves the Warehouse in 1 to 2 business days (Change Zip)

Finish: **New Bronze**


Click to Zoom

**Brushed Nickel**
$99.99
1276 In Stock
Leaves the Warehouse in 1 to 2 business days

Select

**New Bronze**
$99.99
822 In Stock
Leaves the Warehouse in 1 to 2 business days

Select

**Snow White**
$99.99
522 In Stock
Leaves the Warehouse in 1 to 2 business days

Select

QTY:    1    Configure & Add to Cart    Add to Project

**Memorial Day Sale - Save 10%**
Use Coupon Code: MEMORIALDAY at checkout to save an extra 10% on
this product.
Offer Ends 05-31-2019

View More Product Info

*(handwritten: 2 guest Bdrm / Laundry / 1 / 3 / $300)*



New Latitude 15 3500 Laptop | Dell United States

What can we help you find?    Search         Sign In    Cart

Products   Solutions   Services   Support   Deals

Get additional savings when you call 1-800-685-9224 or click to chat with a Small Business Technology A
Chat Now

United States   For Work   Laptops & Notebooks   Latitude Family   New Latitude 3500   Latitude 3500

Get to know [ Windows10Pro ]    Intel® Core™ Processors    
Compare

## Latitude 3500

### Small frame. Big results.

This small, sleek 15" laptop with connectivity and management features
is ideal for growing businesses.

Starting at $659.00

Dell Business Credit
As low as $20 /mo.* | Apply

Add to Cart



| Tech Specs & Customization | Product Details | Drivers, Manuals & Support |

### Tech Specs & Customization Latitude 3500

⟨ View all configurations

⊖ Customize

| | | |
|---|---|---|
| Processor | 8th Generation Intel® Core™ i3-8145U Processor (2 Core,4MB Cache,2.1GHz,up to 3.9Ghz) | Included in price |
| Operating System | Windows 10 Pro 64bit English, French, Spanish | Included in price |
| Microsoft Office | Help Me Choose | |
| | ⊙ Microsoft Office 30 Day Trial | Included in price |
| | ○ Microsoft® Office Home and Business 2019 | + $357.13 + $229.99 |
| | For a limited time, save on Microsoft Office Home and Business 2019. | |
| | ○ Microsoft® Office Professional 2019 | + $628.56 + $419.99 |
| | Limited time offer: save on Microsoft Office Professional 2019. | |
| Dell Endpoint Security | None | |
| | ○ None | $0.00 |
| | SafeGuard and Response | |
| | ○ Crowdstrike Falcon Prevent + Device Control 1Yr Subscription | + $28.00 |
| | ○ Crowdstrike Falcon Prevent + Device Control 3Yrs Subscription | + $77.00 |
| | ○ | + $91.00 |

### Latitude 3500

View Special Offers

| | |
|---|---|
| List Price | $941.43 |
| Total Savings | $282.43 |
| Shipping | Free |
| **Dell Price** | **$659.00** |

Dell Business Credit

As low as $20 /mo.* | Apply

★ Get up to $19 back
in rewards

Get it by Jun 4-7 with **Express Delivery**
View Delivery Dates - 70062

Order Code cto031350015us

Add to Cart

Review Summary

Call or Chat

# ROOMS TO GO

www.roomstogo.com

kids
RTG
Teens

Order# 17148056
Store# 606   Page 001 of 002
REVISE ORDER#4
02/17/2013 06:24pm f1r60Bb

Instructions:
ALL DAY DELIVERY CROSS ST LAKE
COMO NEW DELIVERY FEE IF
RESHEDULED

| | | DATE |
|---|---|---|
| DELIVERY Sat | | 02/23/13 |
| SALES PERSON S NAME | | SALES # |
| HAL BEARD | | 030087 |

**IS TO — VETERANS**
3800 VETERANS MEMORIAL BLVD
METAIRIE, LA 70003
504/779-2688

| ORDER DATE | |
|---|---|
| 01/20/2013 | |
| HOME TEL. NO. | BUSINESS TEL. NO. |
| 504/812-6998 | 504/469-0500 |
| CUSTOMER NAME | |
| MACKSEY, TONI | |
| STREET ADDRESS | |
| 4321 LUCERNE ST | |
| CITY | STATE | ZIP PLUS 4 |
| METAIRIE | LA | 70006 |

| SKU NO. | DESCRIPTION | | | QTY | UNIT AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 15087984 | DUAL PWR SOFA | TAUPE | 3003 | 39 CCHF | 1 | 1,299.99 | 1,299.99 |
| 50094994 | PROTECTION | | | | 2 | 59.99 | 59.99 |
| 15087984 | QUEEN SIZE SCRUNCH | | 39 SERM | 2 | 0.00 | 0.00 |
| | DUAL PWR SOFA | TAUPE | 3003 | 39 CCHF | 1 | 1,299.99 | 1,299.99 |
| | PROTECTION | | | | 1 | 59.99 | 59.99 |
| | Your Room Includes | | | | | | 2,699.99 |
| 8338103P | DRESSER | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 32181036 | MIRROR | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 32281038 | QN SL PLFM HDBD | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 32381030 | QN SL PLFM FTBD/SLAT | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 32781030 | Q/K SL RAILS | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 32981032 | QN UPPER SL FTBD | CHOCOLATE CHERRY | 39 | MRKF | 1 | | |
| 33781041 | NIGHTSTAND | CHOCOLATE CHERRY | 39 | MRKF | 2 | | |
| 32581034 | TV CONSOLE | CHOCOLATE CHERRY | 39 | GLOB | 1 | | |
| 33018107 | 32" SAMSUNG LCD | LCD  SAMSUNG | 39 | BBUY | 1 | | |
| 28032441 | Price includes a $270.00 gift card redeemable at Best Buy. | | | | | | |
| 5151018P | QUEEN PRODIGY | | 1018 | 39 SERM | 1 | 3,774.00 | 3,774.00 |
| 50510188 | QU MOTION PERFECTBOX | | 0019 | 39 SERM | 1 | | |
| 50600191 | QUEEN MATT PROTECTOR | TERRY QUEEN | | 39 PRAL | 2 | 59.99 | 119.98 |
| 51012361 | 5x8Bloom PETAL | | | 39 ORUG | 1 | 199.99 | 199.99 |
| 95001550 | | | | | | | |

continued on next page...

Date:      02/17/13 06:23pm
Card Type:  DEBITCARD
Acct #:    xxxxxxx4549
Auth Code:  2612650 Exp: xxxx
Sale Total: $391.24
I agree to pay above total amount
according to card issuer agreement
(Merchant agreement if credit voucher)

TONI G MACKSEY

| | | |
|---|---|---|
| SALES TOTAL | | |
| DELIVERY/SET-UP | | |
| SUBTOTAL | | |
| SALES TAX | | |
| TOTAL | | |
| DEPOSIT | | |
| BALANCE DUE | | |

HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON THE BACK OF THE SALES ORDER.

CUSTOMER SIGNATURE                                    DATE




**ROOMS TO GO**
www.roomstogo.com

kids
RTG
Teens

ROOMS TO GO - VETERANS
5800 VETERANS MEMORIAL BLVD
METAIRIE, LA 70003
504/779-2688

| | |
|---|---|
| ORDER DATE | |
| 01/20/2013 | |
| HOME TEL. NO. | BUSINESS TEL. NO. |
| 504/812-6998 | 504/469-0500 |
| CUSTOMER NAME | |
| MACKSEY, TONI | |
| STREET ADDRESS | |
| 4321 LUCERNE ST | |
| CITY | STATE | ZIP PLUS 4 |
| METAIRIE | LA | 70006 |
| SKU NO. | |
| 95030006 | |

SOLD TO

Order# 17148056
Store# 606   Page 002 of 002
REVISE ORDER#4
02/17/2013 06:24pm f1r606b

Instructions:
ALL DAY DELIVERY CROSS ST LAKE.
COMO NEW DELIVERY FEE IF
RESHEDULED

| DESCRIPTION | | | | | | SALES PERSON'S NAME | DATE |
|---|---|---|---|---|---|---|---|
| | | | | | | DELIVERY Sat | 02/23/13 |
| | | | | | | | SALES # |
| | | | | | | HAL BEARD | 030087 |
| QTY | UNIT AMOUNT | TOTAL AMOUNT |

| SKU NO. | DESCRIPTION | | | | | QTY | UNIT AMOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 95030006 | 5x7 FT PREMIUM PAD | GREY | GREY | 39 | LEGP | 1 | 39.99 | 39.99 |

* Interest Free Financing until 01/2017.
* EQUAL Monthly payments are REQUIRED.
* Interest DOES NOT ACCRUE.
* Account # xxxxxxxxxxxxxxx721
  Auth 050578

Deposit Information:
VISA        3,000.00    01/20/13
TD RETAI    7,200.00    02/17/13
DEBITCAR      391.24    02/17/13

| | |
|---|---|
| SALES TOTAL | 9553.92 |
| DELIVERY/SET-UP | 224.98 |
| SUBTOTAL | 9778.90 |
| SALES TAX | 812.35 |
| TOTAL | 10591.25 |
| DEPOSIT | 10591.24 |
| BALANCE DUE | 0.01 |

I AGREE TO PAY ALL CHARGES ACCORDING TO THE TERMS OF THE CARD ISSUER AGREEMENT.
I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS ON THE BACK OF THE SALES ORDER.

CUSTOMER SIGNATURE                    DATE
X _____            01/20/2013


ROOMS
TO GO▶

**ROOMS TO GO - VETERANS**
**5800 VETERANS MEMORIAL BLVD**
**METAIRIE, LA 70003**
**504/779-2688**

| | | | | |
|---|---|---|---|---|
| Order No. | 17148056 | Del Type | D - Delivery | Order Date | 01/20/13 |
| Home # | 504/812-6998 | Salesman | 030087 | Scheduled Date | 02/23/13 |
| Business # | 504/469-0500 | Tax Code | 70006  8.75% | | |
| Name | Macksey, Toni | Del Charge | $224.98 | | |
| Address | 4321 Lucerne St | Store | 606 | | |
| | Metairie, LA 70006 | Instructions | ALL DAY DELIVERY CROSS ST LAKE COMO NEW DELIVERY FEE IF RESHEDULED | | |

| Line | Sku | Vend | Description | B/W | B/W Price | Status | Date After | S/C | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 8348103P | 9999 | Your Room Includes | | | X | | 140 | 0 | $2,999.99 | $0.00 |
| 002 | 32118108 | GLOB | Dresser | | | X | | 28 | 0 | | |
| 003 | 32218100 | GLOB | Landscape Mirror | | | X | | 28 | 0 | | |
| 004 | 32418104 | GLOB | Kg Sleigh Pltfm Hdbd | | | X | | 8 | 0 | | |
| 005 | 32818102 | GLOB | Kg Lpro Ftb W/slats | | | X | | 17 | 0 | | |
| 006 | 32918104 | GLOB | Q/k Rails | | | X | | 13 | 0 | | |
| 007 | 33818103 | GLOB | Kg Sleigh Ftbd Upper | | | X | | 4 | 0 | | |
| 008 | 32518106 | GLOB | Nightstand | | | X | | 13 | 0 | | |
| 009 | 33018107 | GLOB | Tv Console | | | X | | 12 | 0 | | |
| 010 | 28032441 | BBUY | 32" Samsung Lcd | | | X | | 33 | 0 | | |
| 011 | 5171018P | 9999 | Your Room Includes | | | X | | 0 | 0 | $5,899.00 | $0.00 |
| 012 | 50710182 | SERM | King Prodigy | | | X | | 422 | 0 | | |
| 013 | 50800195 | SERM | Kg Motion Perfectbox | | | X | | 176 | 0 | | |
| 014 | 15087984 | MAAH | Dual Pwr Sofa | Y | $59.99 | O | 02/23/13 | 123 | 0 | | |
| 015 | 51012373 | PRAL | King Matt Protector | | | X | | 52 | 1 | $1,299.99 | $1,299.99 |
| 016 | 50094994 | SERM | Queen Size Scrunch | | | X | | 10 | 0 | $69.99 | $0.00 |
| 017 | 15087984 | MAAH | Dual Pwr Sofa | | | O | | 0 | 2 | $0.00 | $0.00 |
| 018 | 8338103P | 9999 | Your Room Includes | Y | $59.99 | O | 02/23/13 | 52 | 1 | $1,299.99 | $1,299.99 |
| 019 | 32181036 | MRKF | Dresser | | | O | | 127 | 1 | $2,699.99 | $2,699.99 |
| 020 | 32281038 | MRKF | Mirror | | | O | | 28 | 1 | | |
| 021 | 32381030 | MRKF | Qn Sl Pltfm Hdbd | | | O | | 8 | 1 | | |
| 022 | 32781038 | MRKF | Qn Sl Pltfm Ftbd/slat | | | O | 02/23/13 | 12 | 1 | | |
| 023 | 32981032 | MRKF | Q/k Sl Rails | | | O | | 8 | 1 | | |
| 024 | 33781041 | MRKF | Qn Upper Sl Ftbd | | | O | | 4 | 1 | | |
| 025 | 32581034 | MRKF | Nightstand | | | O | | 10 | 1 | | |
| 026 | 33018107 | GLOB | Tv Console | | | O | | 12 | 2 | | |
| 027 | 28032441 | BBUY | 32" Samsung Lcd | | | O | | 30 | 1 | | |
| 028 | 5151018P | 9999 | Your Room Includes | | | O | | | 1 | | |
| 029 | 50510188 | SERM | Queen Prodigy | | | O | | 274 | 1 | $3,774.00 | $3,774.00 |
| 030 | 50600191 | SERM | Qu Motion Perfectbox | | | O | | 152 | 1 | | |
| 031 | 51012361 | PRAL | Queen Matt Protector | | | O | | 122 | 1 | | |
| 032 | 5151018P | 9999 | Your Room Includes | | | O | | 10 | 2 | $59.99 | $119.98 |
| 033 | 50510188 | SERM | Queen Prodigy | | | X | | 274 | 0 | $3,774.00 | $0.00 |
| 034 | 50600191 | SERM | Qu Motion Perfectbox | | | X | | 145 | 0 | | |
| 035 | 28063270 | BBUY | Kindle | | | X | | 116 | 0 | | |
| 036 | 95001550 | ORUG | 5x8bloom Petal | | | X | | | 0 | | |
| 037 | 95030006 | LEGP | 5x7 Ft Premium Pad | | | O | | 16 | 1 | $199.99 | $199.99 |
| | | | | | | O | | 4 | 1 | $39.99 | $39.99 |



**ROOMS TO GO - VETERANS**
**5800 VETERANS MEMORIAL BLVD**
**METAIRIE, LA 70003**
**504/779-2688**

| | | | |
|---|---|---|---|
| Order No. | 17148056 | Del Type | D - Delivery |
| Home # | 504/812-6998 | Salesman | 030087 |
| Business # | 504/469-0500 | Tax Code | 70006  8.75% |
| Name | Macksey, Toni | Del Charge | $224.98 |
| Address | 4321 Lucerne St | Store | 606 |
| | Metairie, LA 70006 | | |

Order Date  01/20/13
Scheduled Date  02/23/13

Instructions  ALL DAY DELIVERY CROSS ST LAKE COMO NEW
DELIVERY FEE IF RESHEDULED



| Auth Type | Amount | Date | Auth No |
|---|---|---|---|
| VA Visa | $3,000.00 | 01/20/13 | 061616 |
| RGD Td Retail | $9,989.21 | 01/20/13 | 024643 |
| RGD Td Retail | -$2,637.20 | 02/08/13 | 024643 |
| RGD Td Retail | -$86.99 | 02/08/13 | 024643 |
| RGD Td Retail | -$7,265.02 | 02/16/13 | 024643 |
| RGD Td Retail | $65.24 | 02/16/13 | 049200 |
| RGD Td Retail | -$65.24 | 02/17/13 | 049200 |
| RGD Td Retail | $7,200.00 | 02/17/13 | 050578 |

| | |
|---|---|
| Sales Total | $9,553.91 |
| Del Charge | $224.98 |
| Sub Total | $9,778.89 |
| Sales Tax 8.75% | $812.35 |
| Total | $10,591.24 |
| Deposit | $10,200.00 |
| Collected | $0.00 |
| Balance Due | $391.24 |

Finance    Yes
Acct. No.
Interest Free Financing until 01/2017.
EQUAL Monthly Payments are REQUIRED.
Interest DOES NOT ACCRUE.

Media No.   0
Auth No.

Page 2 of 2



| Skip to main content | Home & Kitchen ▾ | | | You have an unused Prime benefit |

Deliver to Toni
**Kenner**    Browsing History ▾   Today's Deals    EN ▾   Hello, Toni **Account & Lists** ▾   **Orders**   **Prime** ▾   **2 Cart**

**Amazon Home**   Shop by Room   Discover your Style   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Imp

Father's Day Gift Shop - cool picks, all in one place   Shop now ▸

Home & Kitchen ▸ Bedding ▸ Bed Pillows & Positioners ▸ Bed Pillows ▸





Roll over image to zoom in

## Serta New iComfort Scrunch 3.0 w EF Triple Effects (King)
by Serta

6 customer reviews

Price: **$98.99**

Thank you for being a Prime member. Get $70 off instantly: Pay $28.99 upon approval for the Amazon Prime Rewards Visa Card. No annual fee.

- Ideal for back, side, and stomach sleepers
- Cooler, breathable comfort reduces heat retention and improves air circulation
- Contoured support EverFeel Triple Effects Gel Memory Foam cradles the head and supports neck for proper spinal alignment
- EverFeel Triple Effects Gel Memory Foam Cushions adjust to your sleeping position while holding the pillow's shape
- Alleviates pressure points and helps reduce tossing and turning
- › See more product details

Compare with similar items

New (2) from $98.95 & FREE shipping.

Report incorrect product information.



XOcomfort Hypoallerge Cooling Shro Memory Foa Pillow |...

Ad feedback

### Customers who viewed this item also viewed



Serta iComfort TempActiv Scrunch Pillow, Queen
13



Serta iComfort Scrunch Pillow with Dual Effects, Queen



Serta Stay Cool Gel Memory Foam Pillow
70

$98.99

**FREE Delivery Thursday**
if you order within 21 hrs 16 mins. Details

Only 8 left in stock - order soon.

Qty: 1

$98.99 + Free Shipping

[ Add to Cart ]

-or 1-Click Checkout-

[ Buy now with 1-Click® ]

Ships from and sold by DealBeds in easy-to-open packaging.

Deliver to Toni - Kenner 70062

[ Add to List ]

Share

**Other Sellers on Amazon**

$98.95   [ Add to Cart ]
+ Free Shipping
Sold by: USM Inc

New (2) from $98.95 & FREE shipping.

Have one to sell?   [ Sell on Amazon ]



*Upgrade to the Eden*

Coop Home Goods - THE EDEN PILLOW - Ultra Tech Cover with Gusset - ADJU...
1,432
$79.99 ✓prime

Ad feedback