Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

SECTION "L"

This document relates to:

JUDGE ELDON
FALLON

Elizabeth Bennett, et al
versus Gebr. Knauf, et al

MAGISTRATE:
JOSEPH
WILKINSON, JR.

Case No. 14-cv-2722



Deposition of TONI MACKSEY,

4321 Lucernse Street, Metairie, Louisiana

70006, taken at the Law Offices of Fishman

Haygood, LLP, 201 St. Charles Avenue, 46th

Floor, New Orleans, Louisiana 70170, on

Tuesday, the 28th day of May, 2019.



REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

EXHIBIT
B

Page 25

1      my daughter-in-law's friend.  And I had a

2      receipt showing that.

3              Q.  Okay.

4              A.  And I'm trying to think of his

5      name.  I don't recall the exact name.  It's

6      my daughter-in-law's friend.

7              Q.  Okay.  So they --

8              A.  And when I realized all of this,

9      you know, I was saying this and she says,

10     oh, you know.

11             Q.  Okay.  So your daughter-in-law's

12     friend gave you an indication that this

13     drywall potentially or did come from InEx?

14             A.  Yes.

15             Q.  And you said you had a receipt?

16             A.  Yes.

17             Q.  Okay.

18             A.  And I also got it from my

19     attorney.

20             Q.  The receipt from InEx?

21             A.  Yes.  And it states the address

22     and how much.

23             Q.  Okay.  Has that receipt been

24     produced in this case?

25             A.  I don't know.

Page 29

1          A.   Yes.

2          Q.   Okay.  And so you did contact him?

3          A.   Yes.

4          Q.   And your understanding was that

5     this was the gentleman that performed the

6     remediation of that property, 4321, after

7     Katrina and purchased the drywall that was

8     ultimately installed in the house.  Is that

9     your understanding?

10          A.   It ran through his account.  I

11     don't know if he put it up.  I really don't

12     know.

13          Q.   Okay.  But he would have been

14     retained by the prior owners was your

15     understanding?

16          A.   Yes.

17          Q.   Okay.  All right.  And, again,

18     we'll wait to get the receipt and if we

19     need to reopen it for other things, we can

20     cross that bridge when we get there.

21               All right.  When did you purchase

22     the property at 4321 Lucerne?

23          A.   October -- I think it was -- I

24     can't say the exact date, October of '12.

25          Q.   I'll help you out.

Page 30

1              A.   The end of October.  Let me see if

2       it's on this page.

3              Q.   Let me help you out.

4              A.   I can't give you the exact date.

5                 MR. DOYLE:

6                     He's going to provide that.

7                 (Off the record.)

8       EXAMINATION BY MR. DYSART:

9              Q.   I'm going to hand you what's been

10      marked as Exhibit 5.  Do you recognize this

11      document?

12             A.   Yeah.  Yes.

13             Q.   Okay.  And just for the record, I

14      had skipped over Exhibit 4.  Just while

15      we'll marking things, I'm going to hand you

16      what's been marked as Exhibit 4.  Do you

17      recognize that document?

18             A.   Plaintiff Fact Sheet, yes.

19             Q.   And this would be -- the Exhibit 4

20      that I marked for the record, it's going to

21      be the Plaintiff Fact Sheet Responses.  It

22      does not include the exhibits that

23      followed.  We'll go through those

24      separately.  Okay.

25                 MR. DOYLE:

Page 31

1           They are going to be an
2           exhibit of their own as we go?
3       MR. DYSART:
4           I will put them in there.
5       THE WITNESS:
6           Do you need me to write
7       October 26th?
8       MR. DYSART:
9           I'm going to get to that,
10      yes, ma'am.
11  EXAMINATION BY MR. DYSART:
12      Q.  Okay.  Does that refresh your
13  recollection, ma'am, as to when the
14  purchase -- you purchased the property at
15  4321 Lucerne?
16      A.  Yes.
17      Q.  Okay.  How much did you purchase
18  the property for?
19      A.  1 -- I mean, 225.
20      Q.  225?
21      A.  $225,000.
22      Q.  Thank you.  And who did you
23  purchase the property from?
24      A.  Willis Eurissa and Laurie Beever
25  Eurissa.

Page 32

1          Q.   Prior to your purchase of 4321

2     from the Eurissas, did you know who they

3     were?

4          A.   Never.

5          Q.   Okay.  Did you have any contact

6     with them prior to the closing of this sale

7     of the property?

8          A.   No.

9          Q.   Okay.  Did you retain a realtor to

10    assist you with the purchase of this

11    property?

12         A.   Yes.

13         Q.   Okay.  What was her name?

14         A.   Her name is Leslie Gambino.

15         Q.   Why did you identify this house

16    for purchase, ma'am?

17         A.   Can you repeat the question?

18         Q.   Why did you select this house to

19    purchase?

20         A.   I looked for three years and I

21    really liked that it was fresh and new

22     inside.  It looked impeccable.

23         Q.   At the time before you purchased

24    this property where were you living?

25         A.   I lived at 103 Stanton Hall Drive,

Page 33

1    Destrehan, Louisiana --

2         Q.  Okay.

3         A.  -- 70047.

4         Q.  And when you were living at

5    Stanton Hall Drive before you moved and -

6    purchased and moved into this property, did

7    you own or rent?

8         A.  I owned it.

9         Q.  You owned it.  Okay.  And let me

10   just back up for a second.  Who are you

11   employed by?

12        A.  AccuTRANS.

13        Q.  Okay.  Where are they located?

14        A.  2740 Indiana Avenue in Kenner,

15   Louisiana 70062.

16        Q.  Okay.  What do you do at

17   AccuTRANS?

18        A.  I am vice-president and I handle

19   everything.

20        Q.  What is AccuTRANS in the business

21   of?

22        A.  It's a marine service company.

23        Q.  Okay.  When you say a marine

24   service company --

25        A.  Manpower.

1       Q.  Okay.

2       A.  I want to say 25.

3       Q.  Okay.  So with Ms. Gambino --

4       A.  I don't know the exact amount.

5       Q.  Okay.  Well, let's do it this way:

6  Prior to you purchasing the property, did

7  you visually tour it?

8       A.  Yes.

9       Q.  Okay.  And you would have toured

10  it with Ms. Gambino?

11       A.  Yes.

12       Q.  Okay.  How many other properties

13  besides 4321 did you tour before you

14  purchased this property?

15       A.  I really don't recall.  With her

16  or without her?

17       Q.  Well, let's do with her.

18       A.  I don't recall with her how many.

19  Maybe a few.

20       Q.  Okay.  And when we discussed it

21  earlier, but this property was recently

22  renovated due to water damage as a result

23  of Hurricane Katrina?

24       A.  Yes.

25       Q.  Okay.  And it had been remediated

Page 36

1          by the previous owners?

2                A.  Yes.

3                Q.  And when I say the previous

4          owners, the owners that you purchased from?

5                A.  Yes.

6                     MR. DOYLE:

7                          Object to the form.

8          EXAMINATION BY MR. DYSART:

9                Q.  So when you purchased the

10         property, the drywall was already

11         installed?

12               A.  Yes.

13               Q.  Okay.  You did not purchase

14         drywall and install it yourself?

15               A.  Of course not.

16               Q.  You did not hire any contractor to

17         perform any sort of remediation of the

18         property after you purchased it?

19               A.  No.

20               Q.  Okay.  So the drywall that you're

21         here today for, the alleged Chinese

22         drywall --

23               A.  Uh-huh.

24               Q.  -- that was already installed in

25         the property at the time you purchased

Page 39

1      Chinese drywall?

2              MR. DOYLE:

3                  Object to the form.

4              THE WITNESS:

5                  No.

6      EXAMINATION BY MR. DYSART:

7          Q.  So you were aware that the prior

8      owner was a contractor?

9          A.  Yes.

10         Q.  And you were aware that he was

11     remodeling houses after Katrina that had

12     been water damaged?

13             MR. DOYLE:

14                 Object to the form.

15     EXAMINATION BY MR. DYSART:

16         Q.  Due to flooding?

17         A.  No.  He was using them for rental

18     properties --

19         Q.  Okay.

20         A.  -- like turning houses and

21     getting --

22         Q.  Right.  So you were aware though

23     that as a contractor -- he was a

24     contractor, you were aware of that; yes?

25             A.  I guess if that's what you call

Page 40

```
 1     them.  I don't know.  What do you call
 2      people that --
 3          Q.  Okay.  And you were aware that he
 4      was remodeling houses that had been damaged
 5      from Hurricane Katrina?
 6          A.  I don't know.  I don't know if he
 7      had other houses before that.
 8          Q.  Okay.  And you were aware --
 9              MR. DYSART:
10                  Off the record for a second.
11              (Off the record.)
12              (Whereupon the court reporter read
13      back the previous question and answer.)
14      EXAMINATION BY MR. DYSART:
15          Q.  Were you informed by your realtor
16      that the owner was selling the house
17      because he was moving across the lake?
18          A.  Yes.
19          Q.  And that they wanted a swimming
20      pool?
21          A.  I don't remember that.
22          Q.  But that they were moving across
23      the Lake?
24          A.  Yes.
25          Q.  And that he was renting the house,
```

Page 41

1      currently renting the house to a neighbor

2      because they were remodeling their house

3      due to Chinese drywall?

4           A.  Yes.

5           Q.  Okay.  And you were informed of

6      that prior to the sale?

7           A.  Yes.

8                MR. DOYLE:

9                     Object to the form of the

10               last question.

11     EXAMINATION BY MR. DYSART:

12          Q.  You were informed that the

13     neighbor was renting the house due to

14     Chinese drywall before you purchased the

15     property at 4321 Lucerne?

16               MR. DOYLE:

17                    Object to the form.  You can

18               answer.

19               THE WITNESS:

20                    I can answer?

21               MR. DOYLE:

22                    You can answer.

23               THE WITNESS:

24                    Yes.

25     EXAMINATION BY MR. DYSART:

Page 42

1          Q.   I'm not asking you about 4321

2     Lucerne.  We'll get into that.  I'm asking

3     you about the neighbor's house.

4          A.   Oh, okay.

5          Q.   All right.  So in 2012, October

6     26th, 2012, were you aware of Chinese

7     drywall?

8          A.   No.

9          Q.   Okay.  Do you watch -- how do you

10    get your news?

11         A.   Believe it or not, I work like 17,

12    18 hours a day, and I mean, I did hear

13    about it during Katrina, but this is years

14    later.

15         Q.   So you did hear about Chinese

16    drywall following Hurricane Katrina and

17    prior to 2012?

18         A.   Briefly, yes.

19         Q.   Okay.  You would have seen it on

20    the news?

21         A.   Yes.

22         Q.   Okay.  You a Saints fan?

23         A.   Somewhat.

24         Q.   Okay.  Did you ever see any

25    commercials with Sean Peyton discussing

Page 44

1         Q.   Okay.  And when you said "they,"
2    whose providing you this information?
3         A.   The realtor.
4         Q.   And that would be the realtor
5    through her information that she's getting
6    through the other realtor?
7              MR. DOYLE:
8                   Object to the form.  You can
9                   answer.
10             THE WITNESS:
11                  She spoke with the other
12                  realtor.  I don't even remember
13                  her name, ViVi, his realtor.  And
14                  so she did tell me that it did
15                  have water damage.  That's all
16                  they told me it had and that it
17                  was fixed.
18   EXAMINATION BY MR. DYSART:
19        Q.   When you went into the property
20   with your realtor, you noticed a strong
21   smell?
22             MR. DOYLE:
23                  Object to the form.  You can
24                  answer.
25             THE WITNESS:

```
 1                    I noticed a smell, but I
 2              wasn't sure.  The lady was cooking
 3              at the time when I went in the
 4              house.  And I said, oh, what's
 5              that smell?  I didn't know what
 6              she was cooking and they --
 7     EXAMINATION BY MR. DYSART:
 8         Q.  You said -- I'm sorry?
 9         A.  The lady was cooking.
10         Q.  This is the renter --
11         A.  Yes.
12         Q.  -- of 4321 Lucerne?
13         A.  Yes.
14         Q.  So when you go in the house, you
15     notice a strong smell from what you think
16     is cooking?
17         A.  In the kitchen I do.  I walked in
18     the back door to the kitchen, she was
19     cooking, and I could smell a strong smell
20     yes.
21         Q.  Did you and the realtor notice
22     several PlugIns in the wall?
23         A.  Yes, I did.
24         Q.  Okay.  And how many would you say
25     that --
```

1         A.  I didn't count.  I don't know.

2         Q.  But it was enough that it stuck

3  out to you?

4         A.  After.  Not at the time.  Nobody

5  looks for that at that time, you know.  And

6  she had a dog.

7         Q.  So you said --

8         A.  I guess I just thought --

9         Q.  I'm sorry.  During the walk -- I'm

10  sorry.  Go ahead and finish your answer.

11         A.  I just assumed because she had

12  dog, she was very clean, meticulous lady.

13         Q.  You actually asked the -- did you

14  ask the realtor or the lady why so many

15  Glade PlugIns?

16         A.  No.  Not at the time.  The light

17  went off after I found out I had it.

18         Q.  Okay.  Did your realtor ask her at

19  that time?

20         A.  No.  I don't recollect that, no.

21         Q.  Okay.  So after you viewed the

22  property, you just viewed it that one time?

23         A.  I went in a second time with my

24  mother and my stepfather because I really

25  liked it.  And I said, oh, I found one

Page 47

1    that's all new, so they went back with me,

2    you know, and walked in.

3         Q.  And, again, when you viewed it the

4    second time --

5         A.  Uh-huh.

6         Q.  -- was anyone present in the house

7    besides your family?

8         A.  I don't remember.  I want to say

9    Vi, the other realtor, my realtor, my

10    mother and her husband.

11        Q.  Okay.  And --

12        A.  And the lady cooking again.  She

13    even fed us.

14        Q.  Okay.  So the same sort of strong

15    smell you were with when you went into the

16    house the second time?

17        A.  I don't recall if it smelled the

18    exact same way at all.

19        Q.  Okay.  Glade PlugIns were still in

20    the house?

21        A.  I don't recall that either.

22        Q.  Okay.  After you viewed it the

23    second time, did you view it again or just

24    the two times?

25        A.  I don't remember.  I think it was

Page 48

1      just two.
2           Q.   Okay.  After you viewed the
3      property, you ultimately decided to put in
4      an offer?
5           A.   Yes.
6           Q.   Okay.  What was the asking price
7      of that property?
8           A.   I don't remember that either.  I
9      really don't.  He had just gone down on the
10     price, but I don't remember.  I really
11     don't.
12          Q.   But ultimately an offer was made
13     and accepted; yes?
14          A.   Yes.
15          Q.   And that --
16          A.   We may have countered.  I don't
17     remember.
18          Q.   But the final price was?
19          A.   225.
20          Q.   225,000?
21          A.   225,000, excuse me.
22          Q.   Okay.  Either before or after the
23     property had an offer and acceptance, did
24     you have the opportunity other than the
25     visual inspections to discuss a more

Page 49

1       detailed inspection?

2            A.  Oh, yes.  I had a termite

3       inspection.  I had an inspector go out and

4       inspect.

5            Q.  Okay.  And at that time did you

6       conduct a Chinese drywall inspection?

7            A.  I didn't know I had to.  The bank

8       told me to get the inspection.  I would

9       assume that if they noticed anything, they

10      would have directed me to do so.

11           Q.  I understand, ma'am.  And I'm just

12      going to re-ask the question again because

13      the question is did you conduct a Chinese

14      drywall inspection?

15           A.  No.

16           Q.  Okay.  You did conduct a termite

17      inspection you said?

18           A.  Yes.

19           Q.  And you conducted a -- what you

20      said, you hired an inspector?

21           A.  Yes.

22           Q.  Do you recall his name?

23           A.  No.  Let me think.

24           Q.  Was it Home Inspections, LLC?

25           A.  I remember the name more than I do

Page 50

1       the -- do you have his name?

2           Q.  Let me see what his name is.

3           A.  It's so long ago.

4           Q.  Roy Burst?

5           A.  That's it, Roy Burst.

6           Q.  That's B-U-R-S-T.  And Mr. Burst

7       came out and he did an inspection of the

8       house?

9           A.  Yes.  I recall -- yes.

10          Q.  Okay.  When I say inspection, he

11      did a general home inspection, he did not

12      do a Chinese drywall inspection?

13          A.  No.

14          Q.  In fact, his inspection

15      specifically stated that it did not include

16      Chinese drywall?

17          A.  Yes.

18          Q.  Okay.  And you reviewed that

19      report prior to purchasing the house?

20          A.  Yes.

21          Q.  And you reviewed it with your

22      realtor or just on your own?

23          A.  I don't recollect if I reviewed it

24      with him or not, but he sent it to me and I

25      reviewed it.

Page 54

```
 1            MR. DYSART:
 2                 For the record, Exhibit 3
 3            that we'll attach to the
 4            deposition will be the
 5            Supplemental Plaintiff Profile
 6            Form.  We'll come back to the
 7            that.
 8       EXAMINATION BY MR. DYSART:
 9            Q.  But what I'm handing you now is
10       going to be Exhibit 6.  Do you recognize
11       that document?
12            A.  Yes.
13            Q.  Okay.  What is that document?
14            A.  The Property Disclosure.
15            Q.  Okay.  And when you say the
16       Property Disclosure, that's the Property
17       Disclosure for 4321 Lucerne?
18            A.  Correct.
19            Q.  And that's the Property Disclosure
20       that was completed by the Eurissas and
21       provided to you prior to the sale?
22            A.  Yes.
23            Q.  Now, if you turn to the last page,
24       Page 4 of 4, Question 38:  Does the
25       property or any of the structures contain
```

Page 55

1          any of the following?  Check all that apply

2          and provide the nature of the frequency at

3          the end of this section.  Towards the

4          bottom there, do you see contaminated

5          drywall, Sheetrock?

6               A.   No.  Where's that?

7               Q.   There's a notation where it looks

8          like there's either a scratch out or mark

9          for Y or then there's another notation for

10     NK, which I understand to be not known?

11               A.   Not known.

12               Q.   Okay.  So you received this prior

13          to the sale?

14               A.   Yes.

15               Q.   Okay.  Did you go back and ask

16          your realtor about these disclosures?

17               A.   This is a copy.  I'd have to go

18                    back and look at my original.  I

19     don't

20          recall this, no.

21               Q.   Okay.  So you don't recall having

22          any discussions with your realtor about

23          this provision --

24               A.   No.

25               Q.   -- these markings?

1         A.  No.

2         Q.  But you did receive them prior to

3    the sale?

4         A.  Yes.

5         Q.  Okay.  So going back to the sale,

6    in addition to the act of sale and certain

7    mortgage documents, you also completed and

8    went over a Waiver of Warranty and

9    Redhibition Rights Addendum; yes?

10        A.  Yes.

11        Q.  Okay.  I'll hand you what's being

12   marked as Exhibit 7.  I'm sorry.  You can

13   remove the blue tab if you need to.

14        A.  It's all right.

15        Q.  Okay.  I'm just handing you what's

16   Exhibit 7.  Do you recognize that document?

17        A.  Yes.

18        Q.  Okay.  What is that document,

19   ma'am?

20        A.  It's a Waiver of Warranty.

21        Q.  Okay.  And if you go down on the

22   first paragraph in all caps, the first

23   paragraph says:  The following statement

24   will be made a part of the act of sale and

25   shall not go into effect until the act of

1      sale.  Now, the act of sale did go forward

2      and you ultimately did became the owner of

3      4321 Lucerne; true?

4           A.  Yes.

5           Q.  Okay.  All right.  What is your

6      understanding of this document?

7           A.  "As is, where is."

8           Q.  Okay.  And that purchaser

9      expressly waives the warranty of fitness

10     and the warranty against redhibitory

11     license and defects?

12          A.  Yes.

13          Q.  Whether apparent or waiting

14     imposed by the Louisiana Civil Code

15     Articles 2520 through 2548 inclusive and

16     any other applicable state of Federal law

17     in the jurisprudence there under?

18          A.  Yes.

19          Q.  And that's your signature, ma'am,

20     at the bottom of the document?

21          A.  Yes.

22          Q.  You voluntarily and only signed

23     that document?

24          A.  Yes.

25          Q.  Okay.  So even though you had

1  knowledge of Chinese drywall prior to 2012

2  when you purchased this property and you

3  had an opportunity to inspect it for

4  Chinese drywall, you still ultimately went

5  forward with the closing?

6         MR. DOYLE:

7             Object to the form.

8         THE WITNESS:

9             Can you repeat it?

10  EXAMINATION BY MR. DYSART:

11     Q.  Even though you had knowledge of

12  what generally Chinese drywall is prior to

13  2012 not installed in this house and you

14  had an opportunity to inspect for Chinese

15  drywall, but did not, you ultimately

16  decided to still go forward with the

17  closing of the sale?

18         MR. DOYLE:

19             Object to the form.

20         THE WITNESS:

21             I did, but I really didn't

22             know a lot about Chinese drywall.

23  EXAMINATION BY MR. DYSART:

24     Q.  And when you went forward on the

25  closing, you also waived the rights under

Page 59

1    warranty of fitness and redhibition; true?

2         A.   Yes.  And they provided me with a

3    Home Warranty Protection Program.

4         Q.  Okay.  Who provided you with the

5    Home Warranty Protection Program?

6         A.   The -- I'm pretty sure it was the

7    sellers.  I'd have to go back and look.

8         Q.   So to your knowledge, is that Home

9    Warranty Protection Program, has that been

10   produced in this case?

11        A.   No.

12            MR. DYSART:

13                We'll request a copy of that.

14            THE WITNESS:

15                Actually I don't know if that

16            was my other house.

17            MR. DOYLE:

18                Say it.  Put it on the

19            record.

20            THE WITNESS:

21                I'm not sure if this was the

22            other house or this house.

23   EXAMINATION BY MR. DYSART:

24        Q.  But if it was that's something

25   that you'll be able to provide to your

Page 62

1       why.
2            Q.   Other than the one phone call to
3       the Eurissas, did you have any other
4       contact with them?
5            A.   No, sir.
6            Q.   Okay.   Other than the Act of Sale
7       and the Waiver that we discussed and
8       attached, were there any side agreements
9       that you signed with the prior owners?
10           A.   No.
11           Q.   Okay.   The prior owners did not
12      release to you any personal rights with
13      respect to the property?
14           A.   No.
15           Q.   All right.   You purchased the
16      property in October of 2012, and you moved
17      into the property in March of '13; true?
18           A.   Yes.
19           Q.   Why did it take five months to
20      move into the property?
21           A.   Because when I got to the Act of
22      Sale and I thought I was going to get the
23      key to myself, they told me that I should
24      have canceled the lease agreement.   I said
25      I didn't rent them the house.   So I

Page 64

1      so.

2          Q.  But you would have had a copy of

3      that lease agreement?

4          A.  I would have, yeah.  I don't --

5          Q.  Do you recall how much the rent

6      was?

7          A.  I want to say 2,000, 2,100

8      maybe.

9          Q.  Okay.  And during that time the

10     renters were in 4321 Lucerne, you

11     maintained your ownership at 102 Stanton

12     Hall?

13         A.  Yes.

14         Q.  Okay.  And so you stayed there

15     until March and then moved into Lucerne

16     Street?

17         A.  Yes.

18         Q.  Okay.  So starting in March of

19     2013 going forward, you're staying at the

20     Lucerne property.  When did you first

21     determine that your property had Chinese

22     drywall in it?

23         A.  I don't recollect the exact

24     date.

25         Q.  If you look at Page -- excuse me,

Page 66

1          A.   Then I must have known.  I don't
2      remember all these dates, sir.  It's a long
3      time.
4          Q.  I understand, ma'am.  I'm just
5      trying to find the facts that are known
6      that ultimately you would --
7          A.   Yes.  I don't know the exact
8      dates.  I found out I had it, they came
9      out, the took the samples.
10         Q.   So to get Benchmark to come out,
11     you would have had to make a claim under
12     Knauf?
13         A.   Yes.
14         Q.   And to make that claim, you have
15     would have had to upload or submit a
16     photograph of some indicia of Chinese
17     drywall on your property?
18         A.   Yes, ma'am.  That is correct.
19         Q.   Okay.  When did you identify that
20     particular photograph or board that you
21     submitted to the Chinese Drywall Settlement
22     Program?
23         A.   I don't recollect that exact
24     date.
25         Q.   Okay.  How did you determine that

1    drywall?

2         A.   Benchmark -- before that, before

3    that, when I called Mr. Eurissa and he said

4    that it wasn't there, I called all my

5    family crying.  And they told me go up in

6    your attic and lift up the insulation.

7              And so my neighbor came over and

8    helped me because I'm scared to go in the

9    attic, and he lifted it all up with me and

10   it was there.

11        Q.   All right.  Let me back up here.

12   So you said you did -- you called -- this

13   was based on your discussions with Mr.

14   Eurissa after you got the invoice?

15        A.   After I got the invoice I called

16   him and said you know --

17        Q.   Right.  And you would have got the

18   invoice you said from your attorney first?

19        A.   Yes.

20        Q.   Okay.  Prior to getting you the

21   invoice that led you to calling Mr.

22   Eurissa --

23        A.   Uh-huh.

24        Q.   -- what first led you to believe

25   that your property had Chinese drywall in

Page 68

1     it?

2          A.  When I got the letter and I lifted

3     it up, then I called Mr. Eurissa.

4          Q.  Okay.  What letter was that?

5          A.  I say letter, invoice.

6          Q.  And that would be the invoice that

7     was provided to you --

8          A.  Yes.

9          Q.  -- from your attorney that was the

10    InEx invoice?

11         A.  Yes.

12         Q.  Okay.  I'm talking about before

13    that.  So when did you retain an attorney

14    in this case?

15         A.  I don't recall that date.  Oh,

16    God, this is so hard.  Sir, this has been

17    so long, I really don't recall the dates.

18         Q.  Okay.

19         A.  I really don't.

20         Q.  Okay.

21         A.  I didn't put it there, I know

22    that.

23         Q.  All right.  So dates aside, you

24    would have -- something would have led you

25    to hire an attorney for your property for

Page 71

1      When was the first date you started
2      seeing -- when was the first date you
3      believe you smelled the house?
4           A.  I mean, when I went there that
5      day, I wasn't sure if I -- you know, I
6      thought that was her food.  But then when I
7      moved in the house, which is in March, you
8      know, I would notice when I went around the
9      hall, I would smell it more.
10          Q.  Okay.  So in March of 2013 when
11     you first moved in, you would notice the
12     smell at times?
13          A.  Yes.  Only when I walked in the
14     door and then it just would dissipate.
15          Q.  And when you say you walked in the
16     door, from outside to inside?
17          A.  Yes.
18          Q.  Okay.  And then this soot that you
19     said was on your AC vents and your
20     refrigerator --
21          A.  Uh-huh.  Yes.
22          Q.  -- were those things perceivable
23     to you when?
24          A.  Oh, when I was painting when I
25     first moved in the house.

Page 72

1          Q.   Okay.  So when you first moved in

2     the house again, those symptoms would have

3     been --

4          A.   But I thought it was dust.  You

5     know, people don't clean their air things.

6     You can go in a building and see dirt that

7     people don't -- it just all kept

8     escalating, okay, so by the time I got to

9     the point of thinking I had something

10    wrong, you know --

11         Q.   So other than the smell, the soot

12    in the refrigerator, and the vent --

13         A.   My air conditioner went out.

14         Q.   Okay.  When did your air

15    conditioner go out?

16         A.   I don't recollect the exact date.

17    I was --

18         Q.   Did it go out multiple times?

19         A.   I want to say a couple, once or

20    twice.  I know the guy went up there and

21    had to replace something, I want to say

22    maybe the evaporator coil.  So it was under

23    warranty.

24              And when I bought the house, I had

25    no clue.  I thought how nice is this.  It's

Page 73

1          got a new air conditioner six years old or

2          whatever.  And I thought, oh, good, this is

3       good, it's not a real old one and, you

4        know, I just assumed that they had changed

5        it when they renovated the house.

6              Q.  Okay.  When you say the warranty

7        for the A/C, it's speaking about the

8        manufacturer of the A/C or the home

9        warranty for the property?

10             A.  The -- Say that again.

11             Q.  Yes.  So you said you made a

12       warranty claim on the A/C when you had to

13       repair it.  Was that warranty through the

14       of manufacturer of the A/C unit or was that

15       related to the home warranty for 4321

16       Lucerne?

17             A.  I don't remember.  I just know he

18       said it was under warranty.

19             Q.  Okay.  Who was the A/C company

20       that repaired it?

21             A.  Bordelon Air Conditioning.

22             Q.  Okay.  And, again, when was the

23       first time Bordelon Air Conditioning would

24       have fixed your A/C?

25             A.  I don't recollect the dates or how

Page 74

1      long after I was in it or not.

2           Q.  Okay.  You would have --

3           A.  Excuse me.

4           Q.  You ready?

5           A.  (Witness nods head affirmatively.)

6           Q.  Would you have -- you would have

7      paid an invoice for them?

8           A.  Yes.

9           Q.  Okay.

10          A.  I could call Bordelon's and get

11     it.

12          Q.  Okay.  Bordelon A/C is located

13     where?

14          A.  In Destrehan.  He services my unit

15     at my townhouse as well.

16          Q.  Okay.  And you think they came out

17     twice?

18          A.  Once or twice.  Definitely once.

19          Q.  Okay.  So you have the smell, the

20     black soot as you described it, and the A/C

21     issues.  Any other symptoms at your house

22     with those?

23          A.  My Jacuzzi tub would just go on.

24          Q.  Okay.

25          A.  I'd be in the kitchen and I'd hear

1      "Errr" and I'd go in there and it burnt the

2      motor up.  It just went on by itself.  My

3      lights would flicker.  I thought it was my

4      lamps that I bought.  I said maybe

5      something is wrong with them.  I put new

6    bulbs in it.  It would zap the bulbs.

7          Q.  All right.  So the Jacuzzi motor

8      that burnt up, when did that occur?

9          A.  Maybe -- I don't know, I can't

10    give you an exact date, six, nine months, a

11    year.  I don't know.  It just went on by

12    itself.  I mean, that's kind of odd.

13          Q.  Prior to -- this occurred prior to

14    you registering or retaining an attorney?

15          MR. DOYLE:

16              Object to the form.

17    EXAMINATION BY MR. DYSART:

18          Q.  Excuse me, it occurred prior to

19    you retaining an attorney for Chinese

20    drywall?

21          MR. DOYLE:

22              Object to the form.  You can

23              answer, if you can recall.

24          THE WITNESS:

25              I'm thinking.  I'm sorry.

1          Q.  All right.  Bordelon A/C, when

2     they changed the coil out --

3          A.  Uh-huh.

4          Q.  -- did they say anything to you on

5     the coil?

6          A.  They just said it needed to be

7     changed.

8          Q.  Did he say it was blackened,

9     corroded?

10          A.  No, he didn't say.  I even --

11     later when I found out I had Chinese

12     drywall, and I said, you know, I should

13     have kept it.

14          Q.  Okay.  So the coil that was

15     replaced, you no longer have that coil?

16          A.  No.  I mean, I could ask, but I

17     doubt it.  I don't think people keep that.

18          Q.  Well, when you say you asked, did

19     he leave the coil with you or did he just

20     take back?

21          A.  He took it.  I don't have it.

22          Q.  All right.  Did you notice any

23     blackening or corrosion on any of your

24     plumbing components?

25          A.  On my plumbing?

Page 82

1          Q.  Yeah, so plumbing fixtures.

2          A.  My kitchen sink I noticed it.

3          Q.  Okay.  What kind of kitchen sink

4    do you have?

5          A.  Like a stainless, but the inside

6    was copper and it was like falling out

7    black.  It had turned black and it was

8    about to just -- you know, the little thing

9    inside was about to just break through.

10   And I'm like, God, this is a fairly new

11   sink.  What is this, you know?

12         Q.  Gotcha.  When did that occur?

13         A.  Pretty quickly I saw thought.  I

14   thought it was dirty and I kept scrubbing

15   it.

16         Q.  When you say fairly quickly, are

17   we talking about a week, a month, few

18   months?

19         A.  I don't remember that far back

20   really.  I just cleaned it, you know.  I'm

21   a clean freak.

22         Q.  Was it less than three months from

23   when you moved in?

24         A.  I would guess.

25         Q.  Okay.  Any other --

Page 83

1          A.   I don't know the exact time,
2     but --
3          Q.   Other than the copper bottom of
4     your sink, any other plumbing fixtures that
5     you would have noticed symptoms?
6          A.   Not that I can remember.
7          Q.   Okay.  Were any repairs made to
8     the sink?
9          A.   No.  I was just going to wait
10    until it went through and then replace it,
11    you know, because when you have granite and
12    stuff like that I was afraid to change the
13    sink.
14         Q.   Okay.  So the sink maintained
15    functionality, you cleaned it?
16         A.   Yes.
17         Q.   Okay.  But it stayed installed,
18    you didn't replace it?
19         A.   No.
20         Q.   What about electronics, were there
21    about electronic failures, other than the
22    electrical issues that we discussed
23    earlier?
24         A.   My gas stove has electric
25    mechanisms.  It would not always work

Page 87

1          Q.   We talked about the refrigerator

2     and it had black.  You believe dust or

3      soot?

4          A.   On the coils.  On the back coils

5     as well.

6          Q.   So behind the fridge?

7          A.   Yes.

8          Q.   Okay.  And is it a built-in

9     fridge?

10          A.   What do you mean built-in?

11          Q.   Well, is the fridge built into a

12     cabinet space?

13          A.   Yes.  It had like little sides and

14     a cabinet at the top.

15          Q.   So how did determine that your

16     fridge coil had black soot?

17          A.   I saw that it was kind of leaking

18     a little and I pulled it out and, you now,

19     I was just kind of looking around, you

20      know, and I saw that it was black.

21          Q.   Okay.

22          A.   So I didn't even know how old the

23     refrigerator was.  I mean, it looked fairly

24     knew, you know.

25          Q.   So let's back up.  The appliances,

Page 88

1    both the fridge, microwave, oven, washer,

2    dryer were all in place when you moved into

3    the property?

4         A.  Not the washer dryer.

5         Q.  Okay.  Well, why don't you tell me

6    what appliances were there when you moved

7    in.

8         A.  The microwave, the vent -- you

9    know how it vents under the microwave.  It

10   would shift into gears.  Let's see.  That,

11   I said the stove and the oven was one.

12        Q.  It was a range?

13        A.  Yeah.  That you just push in.

14   Let me start over in the kitchen, so they

15   had all the kitchen appliances.

16        Q.  I'll try to help you out.  So it

17   was the fridge?

18        A.  (Witness nods head affirmatively.)

19            MR. DOYLE:

20                Give him yes or no.  He'll

21            check them off.

22            THE WITNESS:

23                Yes.

24   EXAMINATION BY MR. DYSART:

25        Q.  The range which was the stove and

Page 89

1    the oven?

2          A.  Yes.

3          Q.  The microwave and vent?

4          A.  Yes.

5          Q.  Okay.  Dishwasher?

6          A.  Yes.

7          Q.  Any other appliances in the

8    kitchen that were already in place when you

9    bought and moved into the property from the

10   prior owner?

11         A.  Not that I can recollect.  Oh,

12   they had like a disposal, like a disposal.

13         Q.  In the sink?

14         A.  My sink was there, yes.

15         Q.  No.  I'm saying the disposal was

16   in the sink?

17         A.  Yes.

18         Q.  Okay.  Other than the refrigerator

19   and the microwave that we talked about and

20   the range, did the disposal or the

21   dishwasher exhibit any symptoms that you

22   believe were related to Chinese drywall?

23         A.  Yes.  I mean, like I said, the

24   vent on the microwave and not right away,

25   but it -- as time went on, it would go into

1    a deeper "errr" and then it would go slow.

2    It would make a funny noise like it wasn't

3    at the right speed.

4         Q.  And do you know how old any of

5    those appliances were when you moved in?

6         A.  No.  I don't know the exact.  I

7    mean, I know the house was done in -- and I

8    think they completed it in 2008.  I don't

9    know.

10        Q.  Okay.  Did you have --

11        A.  '07, '08.

12        Q.  Excuse me.  I'm sorry.  I didn't

13   mean to cut you off.  Did you have anybody

14   come look at the microwave vent?

15        A.  No.  Because it was just, like I

16   said, a noise.

17        Q.  And has anyone ever told you that

18   the noise or vent was related to Chinese

19   drywall?

20        A.  No.

21        Q.  What about the disposal, any

22   issues with the disposal?

23        A.  No.

24        Q.  Okay.

25        A.  Other than when you put the stuff

1    in it and -- no.  You know, sometimes it

2    doesn't work right.

3         Q.  Sometimes --

4         A.  I'm careful too with my

5    disposal.

6         Q.  Sometimes you over -- put over

7    capacity?

8         A.  Can't put vegetables.  Can't put

9    vegetables.

10        Q.  Fair enough.  The refrigerator,

11   did you have anybody come look at the

12   refrigerator when it was leaking?

13        A.  No.  And it was not -- it was a

14   slow leak.  I just pulled it out to see.

15   It was just like a little drip.  As a

16   matter of fact, I don't even know.  It just

17   made see pull it out and I happened to

18   see.

19        Q.  That's my question, did you

20   actually find the source of any leak in

21   your fridge?

22        A.  No.  Mainly the soot.

23        Q.  Okay.  Did the fridge ever go out?

24        A.  Not completely, no.

25        Q.  When you say not completely, did

Page 92

1        you have any other issues with the fridge?

2                A.  Just not totally cooling.  If I

3        can recollect, it was just not really

4        cooling sometimes.

5                Q.  But you never had anybody come out

6        and look at it?

7                A.  No.  It had some kind of buttons

8        on it and I just playing with it.

9                Q.  All right.  The washer and dryer

10       you put into the house when you moved in?

11               A.  Yes.

12               Q.  Okay.  Any issues with those?

13               A.  Yes.  I had to have them come out.

14       The mechanism when it spins something had

15       happened to where they had not --

16               Q.  Debris or something lodged in it?

17               A.  Yeah.  And it just didn't work.

18       So it broke off, so it couldn't --

19               Q.  All right.  And --

20               A.  And it was new, fairly new.

21               Q.  So are you alleging any issues

22       with that washer in relation to Chinese

23       drywall?

24               A.  After knowing everything after and

25       speculating, I assume that it worn and

1    broke.

2         Q.   Okay.   When they came out, did

3    anyone give you any opinion that the washer

4    drive mechanism broke due to Chinese

5    drywall?

6         A.   As I stated before, I don't think

7    anybody knows much about Chinese drywall.

8         Q.   Okay.   I'm just going to ask my

9    question and I just need to get an answer

10   to my question and then -- so did anybody

11   ever come out and give you an opinion as to

12   whether that washer drive mechanism broke

13   due to Chinese drywall?

14        A.   No.

15        Q.   Okay.   Now, did they replace just

16   the drive mechanism or the entire washer

17   when they came out?

18        A.   I don't remember what they

19   replaced.   They had to replace some part so

20   it would turn.

21        Q.   And who would have done that?

22        A.   Maytag.

23        Q.   Maytag.   And do you remember when

24   they did that?

25        A.   Maybe nine months after I was in

Page 94

1   my house.

2          Q.  All right.

3          A.  I'd have to look it up.

4          Q.  Have you submitted any kind of

5   invoice from Maytag in connection with this

6   case?

7          A.  No.

8          Q.  Again, before I move on, do you

9   recall when you retained an attorney for

10  Chinese drywall?

11         A.  After I started seeing all these

12  symptoms, but I don't remember the exact

13  date.  But it was, you know, of course,

14  before the Benchmark thing.

15         Q.  Prior to your retention of your

16  current counsel, did you ever interview --

17  and I'm not going to ask you what you

18  discussed -- I'm just asking you did you

19  interview or speak with any other

20  attorneys?

21         A.  No.

22         Q.  Okay.  Have you ever attempted to

23  contact on your own any other attorney that

24  may represent or have represented the

25  defendants in this case?

1     property?

2        A.   Yes.

3        Q.   And that's your primary

4     residence?

5        A.   I'm selling my townhouse now.  I

6     couldn't -- I had to, you know, not rent my

7     townhouse and stay there for a while so --

8        Q.   When you say you are going to rent

9     your townhouse, you're talking about 102

10    Stanford Hall?

11       A.   103 Stanton Hall.

12       Q.   103 Stanton Hall.

13       A.   Yeah.  When I bought my new -- the

14    Chinese drywall house or whatever, I had

15    plans to rent it, but I had to move back.

16       Q.   Now, I want to go over the claims,

17    the damage claims that you have in this

18    case.  Are you making any claims for

19    personal injury in this matter?

20       A.   No.

21       Q.   Are you making any claims related

22    to a personal bankruptcy as a result of

23    Chinese drywall?

24       A.   No.

25       Q.   Are you making any claims that you

Page 138

1      but essentially you got the 12,000 from

2      these three pages?

3              A.  Yes.

4              Q.  Okay.

5              A.  And I don't have it anymore.  I'm

6      so glad.  It's an added expense.

7              Q.  All right.  And you ended that

8      unit in November 1st of 2017?

9              A.  Yes.  When I moved out.

10             Q.  When you say you moved out, when

11     you moved back?

12             A.  Moved back in the house.

13             Q.  To 4321 Lucerne?

14             A.  You know, my wood items, like my

15     bed and things like that.

16             Q.  Okay.  Why did you move out on May

17     30th, 2014?

18             A.  Well, I was getting -- don't

19     laugh -- nose bleeds, hallucinations at

20     night.  I would wake up and see spiders on

21     the ceiling, like big things.  And I'm not

22     a drug user.

23                 But my mother kept saying you're

24     coughing -- you know how parents are.  You

25     need to get out of the house, you need to

Page 141

1     daughter's, you moved in with your daughter

2     for a little bit?

3         A.   No.  I didn't move in with her.  I

4     just traveled around a little bit.

5         Q.   Okay.  So when you say gradually,

6     so you just didn't pick up and move one

7     day, you gradually started to move things?

8         A.   For the most of it, yes.  Yes.

9         Q.   And that would have been in May of

10    2014?

11         A.   Yes.

12         Q.   And the remediation again started

13    June 1st, 2017?

14         A.   Remediation started June 1st, yes.

15         Q.   And was completed five months

16    later in November of 2017?

17         A.   Five months later.  Oh, yeah,

18    because I moved out of the house to get out

19    of it.

20         Q.   But in connection with your claim

21    you're seeking from the time you moved out

22    for storage until the time you moved back

23    in?

24         A.   Until the time I moved back in,

25    yes.

Page 190

1          Q.   Do you still have possession of
2     the 32-inch Samsung?
3          A.   No.
4          Q.   Okay.   Was that discarded?
5          A.   Yes.
6          Q.   Okay.   When was that discarded?
7          A.   Right after I moved out.   I took
8     it with me and, you know, from there to
9     where I went and after a couple of months
10    it went out.
11         Q.   All right.
12         A.   That was fuzzy.
13         Q.   Okay.   Anybody came out to look at
14    that TV?
15         A.   No.   I just threw it away.
16         Q.   Do you have anything in relation
17    to support on that item, other than the
18    printout of bestbuy.com on May 27th, 2019?
19         A.   No.
20         Q.   Just so I'm clear for the
21    record --
22         A.   Yes.
23         Q.   The items we're talking about
24    earlier, the Frigidaire fridge, dishwasher,
25    stove, microwave, coffee maker, and food

Page 191

1      processor, those items, although they were

2      functional, were discarded at what point,

3      after you moved out?

4          A.  As soon as they broke.

5          Q.  Well, we just went over each one

6      and you said each one was still

7      functioning?

8          A.  The food processor, I couldn't put

9      the thing on.

10          Q.  Okay.  And when was that?

11          A.  The TV, this TV I took it with me

12      and it was just a couple months, two or

13      three months after I moved out.

14          Q.  I understand.  I'm just asking you

15      in terms of the Frigidaire fridge.

16          A.  The fridge?

17          Q.  When was that discarded?

18          A.  Before I moved out.

19          Q.  Okay.  You indicated earlier in

20      the deposition, the fridge maintained its

21      functionality.  So at what point did you

22      discard it?

23             MR. DOYLE:

24                Object to form.  Go ahead.

25             THE WITNESS:

Page 193

```
 1      broke.
 2           Q.  All right.  And you don't recall
 3      when that occurred?
 4           A.  Not exactly.
 5           Q.  All right.  So back to the
 6      Samsung.  You believe the Samsung was
 7      discarded within a few months after you
 8      moved out --
 9           A.  Yes.
10           Q.  -- in 2014?
11           A.  2014, right after I moved out and
12      I moved into the townhouse, it was two or
13      three months after I was in my house --
14           Q.  Okay.
15           A.  -- because then I --
16           Q.  The next item is the Maytag Steam.
17      What is a Maytag Steam?
18           A.  My steam dryer.
19           Q.  Okay.  Steam dryer.  Do you still
20      have that Maytag Steam Dryer?
21           A.  No.
22           Q.  Was that also discarded during the
23      remediation?
24           A.  Yes.
25           Q.  The A-1 Appliance receipt that we
```

Page 195

1          A.   No.

2          Q.   Okay.  And you would have

3     discarded these items around the time of

4     the remediation in 2017?

5          A.   I put in the, you know, the garage

6     and then when they brought that, I

7     discarded it.

8          Q.   And that would be within the five

9     years of purchase date; true?

10          A.   Yes.

11          Q.   All right.  We talked -- the top

12     load washer, we already talked about.  You

13     don't have that in your possession anymore,

14     that was discarded at the time of your

15     remediation?

16          A.   Yes.

17          Q.   The next item is the Toca alarm

18     system?

19          A.   Yes.  I had just put it in my

20     house when I moved in.  And then I had

21     to -- it didn't work.  The panels, it

22     changed -- I think they changed the panel

23     once.  And, of course, when they took it

24     out of the house and gutted the house and

25     then I got a new one when -- replacement

Page 196

1      when they redid the house.

2           Q.  The next item is the Bose Wave

3      Music System?

4           A.  Yes.

5           Q.  Do you still have the Bose Wave

6      Music System?

7           A.  No.  I discarded it.

8           Q.  Okay.  When did you discard that

9      item?

10          A.  I discarded that one -- I took

11     that with me to the rental and then, you

12     know, it went out within a little bit after

13     I was in the house.  It might have been six

14     months after I was in my house.  I can't

15     say an exact date.

16          Q.  And that would be in 2014?

17          A.  Yes.

18          Q.  Okay.  Same thing with the

19     theaters system, the Bose theater system?

20          A.  Yes.

21          Q.  That was taken with you to the

22     Destrehan property?

23          A.  I actually put that one in the

24     storage.

25          Q.  It was in storage?

Page 204

1   drywall?

2       A.  No.

3       Q.  Okay.  Do you still have the motor

4   or the branded jetted Jacuzzi tub?

5       A.  No.

6       Q.  When was that disposed of?

7       A.  When they took everything out of

8   the garage and put it in the dumpster and

9   when they remediated --

10      Q.  In 2017?

11      A.  Yes.

12      Q.  All right.  Anything else besides

13  the bill.com printout in support of the

14  claim for the Jacuzzi tub?

15      A.  No.

16      Q.  The next document?

17      A.  It was in the house when I bought

18  it.

19      Q.  The next document is -- a couple

20  of documents appear to be pictures of a hot

21  water heater --

22      A.  Yes.

23      Q.  -- and the piping?

24      A.  Yes.

25      Q.  Two pictures.  Do you still have

Page 205

1          the hot water heater that you replaced?

2                  A.   No.

3                  Q.   When was that discarded?

4                  A.   2017.

5                  Q.   All right.  And do you have any

6          receipts or invoices in support of your

7          claim for any hot water heater?

8                  A.   No.  It was in the house when I

9          bought it.

10                 Q.   I'm having trouble seeing it, but

11         on the second page it looks like a

12         manufacturing date?

13                 A.   2006 or '08, either '06 or '08.

14                 Q.   So that --

15                 A.   I think it's 2000 -- No.  Is that

16         a six?  Somebody --

17                 Q.   Do you know how old the unit was

18         when you moved in?

19                 A.   Where's that inspection report?

20         Approximate age, six years.

21                 Q.   Okay.  So when you moved in in

22         2013 that means that it was, approximately,

23         2007 it would have been installed?

24                 A.   (Witness nods head affirmatively.)

25                 Q.   Can I see the document?

Page 208

1      were -- what do you call it when you turn

2      them on?  They popped the light bulb.

3           Q.  When they threw it in they broke

4      the light bulb from popping it?

5           A.  Yeah.

6           Q.  And that would have been '17 as

7      well.  Same thing with the floor table, was

8      that also discarded in 2017?

9           A.  Yes.

10          Q.  Okay.  Have you provided any

11     information related to the floor lamps?

12          A.  No.  Because it was old.  I don't

13     even remember.

14          Q.  All right.  The three mirrors,

15     where were they located?

16          A.  One in each bathroom.

17          Q.  All right.  And what happened to

18     the mirrors?  Were they discarded?

19          A.  Yes, they were.  They had the

20     metallic or whatever you call that stuff on

21     it, wasn't in the middle of it.  It was

22     like middle specs.

23          Q.  In the frame of the mirror?

24          A.  The mirror itself.

25          Q.  The mirror itself?

Page 209

1          A.   Uh-huh.

2          Q.   Okay.  And what did you attribute

3     black on the mirrors to?

4          A.   I assume the black was the Chinese

5     drywall, so I put it in the dumpster.

6          Q.   Okay.  Did anyone give you any

7     opinion as to what that was?

8          A.   I'm unsure to tell you that one.

9          Q.   All right.  Have you provided us

10    with any information, invoices, payments,

11    et cetera, anything at all for the three

12    mirrors?

13         A.   No.  They were there.  I just

14    estimated guesstimated.

15         Q.   All right.

16         A.   They were large mirrors.

17         Q.   The next is the Dell laptop.

18         A.   Yes.  I had one laptop go out.

19         Q.   Okay.  When did that laptop go

20    out?

21         A.   I would say it was around the

22    holiday, November.

23         Q.   Of what year?

24         A.   Of 20 -- before I moved out.  I

25    moved out, it was 20 --

Page 210

1    Q. 2013?

2    A. 2013.

3    Q. Okay. So November of 2013?

4    A. Yes.

5    Q. Okay. And when you said it went

6 out, what happened?

7    A. It wouldn't turn back on at all.

8    Q. Did you go bring it anywhere to

9 get checked out?

10    A. I had an IT guy at work and he

11 tried fooling with it, couldn't get it to

12 work, and he took the information out for

13 me and he discarded it.

14    Q. Okay. So he discarded the laptop

15 at that point?

16    A. Yes.

17    Q. Okay. And, again, he didn't

18 provide or anybody provide any opinion as

19 to why the laptop had malfunctioned?

20    A. No.

21    Q. The next line item is Apple iPhone

22 5s and waterproof case. Is that also --

23    A. I took a picture.

24    Q. Yeah. I see that photograph. So

25 do you still have that phone in your

Page 217

1          A.  I really don't recollect when that
2     went out.
3          Q.  Anybody come and look at that
4     item?
5          A.  No.  It was old, so I didn't --
6          Q.  And that item was discarded when?
7          A.  When I left the house.
8          Q.  In 2014?
9          A.  I did.
10         Q.  Okay.  Is there anything that you
11    provided in support of that line item?
12         A.  I couldn't even find a model like
13    that to show you.
14         Q.  Okay.  The next line item is three
15    silver rings?
16         A.  Yes.
17         Q.  And what is --
18         A.  I just averaged it out.  I don't
19    have receipts.  I'd go to Houston and buy
20    it.  You know, just some jewelry.  It was a
21    silver ring.  It turned black.  It
22    tarnished.  Even if -- you know, you could
23    try to clean it.  It would turn back black
24    again.  Most of my jewelry I lost.  That
25    was just the ones that were a sizable

Page 218

1      amount.  The rest I have pictures, but I
2      threw them in the garbage.  And I had a
3      favorite cross that was a Marcasite
4      cross.
5          Q.  And that would be the last line
6      item?
7          A.  Yes.
8          Q.  So the three silver rings and the
9      one silver cross?
10         A.  Yes.
11         Q.  When did you first notice that
12     they were becoming tarnished and had to get
13     them?
14         A.  Quickly.  When I first moved in
15     the house, it did it pretty frequently.
16     Maybe two months.
17         Q.  So the $300 for the silver rings
18     what is that number based on, the cleanings
19     of them or --
20         A.  No.  I just averaged it.  I mean,
21     I paid like sometimes like 200, 150 a piece
22     and I just averaged it because I didn't
23     have the receipt.
24         Q.  That was the next question.
25         A.  No.

Page 219

1          Q.   So you haven't submitted any
2     receipts for the three silver rings?
3          A.   No.
4          Q.   All right.  Same thing with the
5     silver cross, you have 175 estimated.
6          A.   Yes.
7          Q.   And that would be the estimated
8     cost to reshine the silver?
9          A.   No.  That's how much I paid for
10    it.
11         Q.   Okay.  So the average cost that
12    you're talking about is the average cost of
13    the rings themselves, not the cleaning?
14         A.   Yes.  Yes.  Because I would clean
15              it and it would come right back.
16  The
17    marcasite is a black stone and the whole
18    thing looked black.
19         Q.   And, again, the same thing for the
20    cross, you would have noticed that becoming
21    tarnished immediately after you moved in
22    the property?
23         A.   Yes.
24         Q.   But you haven't submitted anything
25    in relation to the cross and the rings?

Page 220

```
 1              A.   No.  And I only did those.  I had
 2        many chains and bracelet chains and I just
 3        threw them away.  At first I didn't know
 4        what it was.
 5              Q.   All right.  The next pictures or
 6        printouts are Casablanca fans?
 7              A.   Yes.
 8              Q.   Those are printouts from Hunter
 9        Fans on May 27th, 2019?
10              A.   Where are you at right know?  That
11        was just a guesstimate on fans.
12              Q.   Okay.  I'm trying to match up what
13        line item does that relate to?
14              A.   17.
15              Q.   Okay.  So at 17 you have an
16        estimated 800.  On this document you have
17        840.  So, again, you said you didn't
18        provide any evidence on the fans, your
19        support for the fans is limited to the
20        Hunter fans?
21              A.   Just going up, yeah.
22              Q.   Hunterfan.com, May 27th perhaps?
23              A.   Yeah.  I tried to get the closest
24        that looked like mine.
25              Q.   And then --
```

Page 222

1          talk about, some kind of pillow that we

2          skipped over.

3               A.   Yeah.   The pillows, I bought the

4          I-Comfort pillows as well.   And that's what

5          smelled too.

6               Q.   Okay.   So the same that was true

7          for the mattress in regards of smell and

8          when you noticed it and why you discarded

9          it --

10              A.   Uh-huh.   Yes.

11              Q.   -- would be true for the pillows

12         as well?

13              A.   Yeah.

14              Q.   Other than the mattress and the

15         pillows, anything else in these Rooms To Go

16         invoices that you aren't seeking in

17         connection with your claim?

18              A.   No.

19              Q.   Okay.   And in support of your

20         claim for the pillow, are you limiting your

21         support to this amazon.com printout from

22         May 27, 2019 for the I-Comfort pillow?

23              A.   Yes.

24              Q.   Just for the matter of the record,

25         the pillow would have been discarded at the

Page 223

1          same time as the mattress?

2               A.  Yes.

3                    MR. DYSART:

4                         Give me about five minutes.

5                    I think I'm done.

6                    (At this time a brief recess was

7          taken.)

8          EXAMINATION BY MR. DYSART:

9               Q.  Ms. Macksey --

10              A.  Yes.

11              Q.  -- do you still own the Stanton

12         Drive property in Destrehan?

13              A.  I'm going to act of sale Thursday.

14              Q.  Thursday.  Okay.  Since the time

15         you moved into the -- back into the Lucerne

16         property in 2017, what was the status of

17         the Destrehan property?

18              A.  It sat because I just couldn't get

19         to it.

20              Q.  Okay.

21              A.  I had too many other fish to fry.

22              Q.  So no one was staying in that

23         property?

24              A.  No.

25                   MR. DYSART: