Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | For Internal Use Only |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | **MDL NO. 2047** |
| PRODUCTS LIABILITY LITIGATION | **SECTION: L** |
| THIS DOCUMENT RELATES TO: ALL CASES | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |

For Internal Use Only — File Number — Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Ronald S. Martinez, Jr. |
| Address of Affected Property | Catherine S. Martinez |
| | 6507 Memphis Street |
| | New Orleans, LA 70124 |
| Is this Property:* | (Residential)   Commercial   Governmental |
| Name of Person Completing this Form | Ron Martinez |
| Is above your primary residence? | (Yes)  No |
| Mailing Address (if different) | |
| Phone: | ( 504 ) 214 - 8884 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | (Owner-Occupant)  Owner Only  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

**Section II. Insurance Information**

| | |
|---|---|
| Homeowner/ Renter Insurer: | Louisiana Citizens Property Insurance |
| Policy #: | 654698 |
| Agent: | Latter & Blum Insurance Service, Inc. |
| Address: | 2626 Canal Street, 3rd Floor |
| | New Orleans, LA 70119 |
| Phone: | ( 504 ) 525 - 9901 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | Circle One | | Circle One | |
| Ronald S. Martinez, Jr. | 09/01/06 | / / | (M) / F | 05/15/57 | Yes (No) | Owner - Occupant |
| Catherine S. Martinez | 09/01/06 | / / | M (F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.





EXHIBIT
A

Page 1

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Ronald S. Martinez

   1.2. When did the inspection take place?   02 /01/ 14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Ronald S. Martinez

   2.2. When was this determination made?   02 /01/ 14

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,836 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 06/ 01/ 06 | Completion Date | 09/ 01/ 06 |
|---|---|---|---|
| Move In Date: | 09/ 01/ 06 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | X | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

   Greg Nieto

Address:   Outdoor Bldg Center, Inc.
   1936 Concord Road
   Gretna, LA 70056

Phone:   ( 504 )  362  -  2956

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address:

Phone:   (      )      -

**Section X. Drywall Supplier**

Drywall Supplier's Name:

   Interior Exterior Building Supply

Address:   P.O. Box 4002
   New Orleans, LA 70178

Phone:   ( 504 )  488  -  1998

Plaintiff Profile Form - Residential Properties

*Section XI. Verification of Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____         8/9/15 .
Claimant's Signature            Date Signed

Ron S. Martinez, Jr

_____ .       _____
Claimant's Signature            Date Signed

_____         _____ .
Claimant's Signature            Date Signed

_____ .       _____
Claimant's Signature            Date Signed

_____         _____
Claimant's Signature            Date Signed

# Orleans Parish

# Assessor's Office

**Return to Main Search Page**                              **Orleans Home**

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | MARTINEZ RONALD S JR<br>MARTINEZ CATHERINE S | **Today's Date** | July 4, 2018 |
| **Mailing Address** | 6507 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | **Municipal District** | 2 |
| **Location Address** | 6507 MEMPHIS ST | **Tax Bill Number** | 206404510 |
| **Property Class** | Residential | **Special Tax District** | 2-VIEW |
| **Subdivision Name** | | **Land Area (sq ft)** | 6100 |
| **Zoning District** | Show Viewer (41009824) | **Building Area (sq ft)** | 1836 |
| **Square** | 180 | **Revised Bldg Area (sqft)** | |
| **Book** | 66 | **Lot / Folio** | 21 / 033 |
| **Line** | 012 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 180 LOTS 21 22 MEMPHIS<br>2. 25X122 EACH | **Assessment Area** | LAKEVIEW<br>Show Assessment Area Map |

## Value Information

Estimate Taxes    Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2017 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2016 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |

Certified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 06-01-2006 | $ 118,000 | GREGORY DAWN | MARTINEZ RONALD S JR | 06-19176 | 324193 |
| 06-23-2005 | $ 268,000 | | | 05-39516 | 000313154 |
| 06-23-2005 | $ 268,000 | | | 08022005 | 000313153 |
| 09-13-2001 | $ 211,000 | | | 09192001 | 000223772 |
| 01-04-1999 | $ 187,000 | | | 01071999 | 000171373 |
| 04-07-1998 | $ 176,000 | | | 04081998 | 000156811 |
| 05-22-1992 | $ 105,000 | | | 06041992 | 000052306 |
| 02-06-1992 | $ 0 | | | 02191992 | 000047740 |

| Building Sketch 1 | Building Photos **Enlarge/Show All** |
|---|---|
| |  |



**Return to Main Search Page**                                      **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: July 4, 2018

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net



Site Plan - First Floor Plan

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE  MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

Dwelling Fire Declaration

| | Policy Period | |
|---|---|---|
| Policy Number | From | To |
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
|---|---|
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

Transaction:  RENEWAL POLICY          654698          Policy Type:  DWG-3 RESIDENCE

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| RONALD MARTINEZ AND CATHERINE  MARTINEZ<br>6525 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | LATTER & BLUM INS SERVICE INC.<br>2626 CANAL STREET THIRD FLOOR<br>NEW ORLEANS, LA 70119-6410<br><br>Telephone: (504) 525-9901 | 3537 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address:   6507 MEMPHIS ST, NEW ORLEANS, ORLEANS, LA 70124

| Const.Type | Year Built | Terr. | Prot. Class | Graded Area# / Name | Distance to Fire Station | Feet to Hydrant | # of Families | Deductible | Occupancy |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | 1950 | 360 | 02 | 360030 NEW ORLEANS | 7 MILES OR LESS | 1000 FEET OR LESS | 1 | $2,500 | PRIMARY TENANT |

Coverage is provided where limit of liability or premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the  Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| A Dwelling | $215,000 | Fire | $1,033 |
| | | Extended Coverage | $3,030 |
| | | V&MM - Building | Included |

**Discounts and Surcharges**

| All Other Perils Deductible | | | $-1,336 |
|---|---|---|---|
| Hurricane Deductible | | | $-91 |

**Surcharges**
    Condition Charges

**Additional Charges**

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

*William A. Robinson*

Authorized Representative

Issued Date:   06/03/2013
CTZ-U-0156 (10/09)

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

### Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
|---|---|
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

**Annual Charges**

| | |
|---|---|
| Total Annual Premium: | $2,636 |
| Tax Exempt Surcharge (3%): | $79 |
| 2005 LA Fair Plan Emergency Assessment (3.74%) | $99 |
| Application Fee: | $0 |
| Total: | $2,814 |

Forms and Endorsements

CTZ-U-0187 01 05 - Dwelling Policy Jacket
DWG3 01 93 - Dwelling Property Special Form
CTZ-U-0174 01 05 - Privacy Policy
DWG-E100 09 08 - Louisiana Amendatory Endorsement
DWG-E60 01 10 - Special Hurricane Deductible
DWG-E290 07 04 - Limited Fungi, Wet or Dry Rot or Bacteria Coverage
S-003 - Dwelling Fire Deductible Disclosure
DWG-E276 01 93 - $2500 Special Loss Deductible Clause

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2013
CTZ-U-0156 (10/09)

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
|---|---|
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

Policy Interests:

| NAME | ADDRESS | INTEREST TYPE | REFERENCE# | BILL TO |
|---|---|---|---|---|
| CATHERINE MARTINEZ | 8507 MEMPHIS STREET, NEW ORLEANS, LA 70124 | CO-APPLICANT | | NO |
| JPMORGAN CHASE NA ISAOA | PO BOX 47020, DORAVILLE, GA 30362 | MORTGAGEE | 1833707401 | NO |

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

**Dwelling Fire Declaration**

| | Policy Period | |
|---|---|---|
| Policy Number | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
|---|---|
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

| Transaction: RENEWAL POLICY      654698 | Policy Type: DWG-3 RESIDENCE |
|---|---|

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| RONALD MARTINEZ AND CATHERINE MARTINEZ<br>8525 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | LATTER & BLUM INS SERVICE INC.<br>2626 CANAL STREET THIRD FLOOR<br>NEW ORLEANS, LA 70119-6410<br><br>Telephone:(504) 525-9901 | 3537 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address:    6507 MEMPHIS ST, NEW ORLEANS, ORLEANS, LA 70124

| Const.Type | Year Built | Terr. | Prot. Class | Graded Area# / Name | Distance to Fire Station | Feet to Hydrant | # of Families | Deductible | Occupancy |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | 1950 | 360 | 02 | 360030 NEW ORLEANS | 7 MILES OR LESS | 1000 FEET OR LESS | 1 | $2,500 | PRIMARY TENANT |

Coverage is provided where limit of liability or premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the  Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| A Dwelling | $215,000 | Fire | $574 |
| | | Extended Coverage | $3,798 |
| | | V&MM - Building | Included |

**Discounts and Surcharges**

| | |
|---|---|
| All Other Perils Deductible | $-1,588 |
| Hurricane Deductible | $-114 |

**Surcharges**
  Condition Charges

**Additional Charges**

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

_Authorized Representative_

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ – FULL PAY

Dwelling Fire Declaration

| Policy Number | Policy Period | |
| | From | To |
|---|---|---|
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

Annual Charges

| | |
|---|---|
| Total Annual Premium: | $2,670 |
| Tax Exempt Surcharge (3%): | $80 |
| 2005 LA Fair Plan Emergency Assessment (3.42%) | $91 |
| Application Fee: | $0 |
| Total: | $2,841 |

Forms and Endorsements

CTZ-U-0187 01 05 - Dwelling Policy Jacket
DWG3 01 93 - Dwelling Property Special Form
CTZ-U-0174 01 05 - Privacy Policy
DWG-E100 09 08 - Louisiana Amendatory Endorsement
DWG-E60 01 10 - Special Hurricane Deductible
DWG-E290 07 04 - Limited Fungi, Wet or Dry Rot or Bacteria Coverage
S-003 - Dwelling Fire Deductible Disclosure
DWG-E276 01 93 - $2500 Special Loss Deductible Clause

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
|---|---|
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

Policy Interests:

| NAME | ADDRESS | INTEREST TYPE | REFERENCE# | BILL TO |
|---|---|---|---|---|
| CATHERINE MARTINEZ | 6507 MEMPHIS STREET, NEW ORLEANS, LA 70124 | CO-APPLICANT | | NO |
| JPMORGAN CHASE NA ISAOA | PO BOX 47020, ATLANTA, GA 30362 | MORTGAGEE | 1833707401 | NO |

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Dwelling Fire Declaration

| Policy Number | Policy Period | |
| --- | --- | --- |
| | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

| Service Provider: | LOUISIANA CITIZENS |
| --- | --- |
| | P.O. BOX 60730 |
| | NEW ORLEANS, LA 70160 |
| | 888-568-6455 |

This page is left intentionally blank.

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   08/03/2015
CTZ-U-0156 (10/09)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |
| _____ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Ron                S    Martinez                    Jr.
First Name        M.I.    Last Name                    Suffix

Catherine          S    Martinez
Co-Claimant First Name (if applicable)    M.I.    Last Name                    Suffix

_____
Business/Entity Name (if applicable)

1

EXHIBIT
3
PENGAD 800-631-6989

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

6507 Memphis Street
Address 1                                                               Address 2
New Orleans                                          LA        70124
City                                                State        Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Ron                     S      Martinez                    Jr.
First Name            M.I.   Last Name                   Suffix

Mailing Address (if different):


Address 1                                                               Address 2


City                                                State        Zip Code

Phone Number of Person Completing This Form: ( 504 ) 214 - 8884

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year:  4    / 5    / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year:  8    / 1    / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year:  2    / 2014

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

We Discovered "Knauf" and "China" stamped on the unfinised side of drywall after experiencing multiple AC system failures.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?


Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:  _____/_____/_____
                 Month    Day       Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?           _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: ____/____/____
Month   Day   Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: ____/____/____
Month   Day   Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?   Completed remediated

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
February - June 2014

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):  Self

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 66,737.35

Attach all invoices and documents to support the total cost of remediation to date.

4

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: 7 / 2014

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☑ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☑ Yes ☐ No

If you have photographed these materials, please attach the photographs.

_____

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          April 3, 2018
Claimant's signature                                                        Date signed

Name:        Ron S. Martinez, Jr

Address:     6525 Memphis Street
             Address 1                              Address 2
             New Orleans          LA      70124
             City                 State   Zip Code

Phone No.: ( 504  )  214   - 8884

Email:       ron@scaironomartinez.com

7

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII. Loss of Use / Loss of Enjoyment

$300,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants. This figure also includes damaged personal property and home repair directly attributable to the gasses produced by the defective sheetrock.



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Ronald S. Martinez, Jr.

Affected Property Address: 6507 Memphis Street, New Orleans, LA 70124

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        06 / 01 / 2006

2.  When you took ownership of the Property, what was the name of the seller?

Dawn Gregory



EXHIBIT
4
PENGAD 800-631-6989

1

3.  Name and address of the realtor?

Jolynn King, Remax N.O. Properties, 8001 Maple Street, New Orleans, LA  70118

4.  Name and address of the closing agent?

Patricia Murphy, Latter & Blum Realtors, 7039 Canal Blvd., New Orleans, LA 70124

5.  What was the price of the home when you purchased it?  $ 118,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☑ No     ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
          $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. __05_ / _05_ /20_09___

b. ____ /____ /20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

>    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

>    (Month/Day/Year)          ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

>    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V. Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

Cost of remediation and loss of potential rental income.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

> a. N/A
>
> b.
>
> c.

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

> a. ____/____/20____   to   ____/____/20____
>
> b. ____/____/20____   to   ____/____/20____
>
> c. ____/____/20____   to   ____/____/20____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

> a. $ N/A
>
> b. $
>
> c. $

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

>   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

>   **Response**:    ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

>   **Response**:    ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

>   **Response**:    ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

Self-contracted

32. When did the remediation commencement date occur?

    02  /  13  /20  14

33. When did the remediation end date occur?

    06  /  03  /20  14

34. What was the scope of the remediation and the scope of the work carried out?

Complete remediation.

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$80,000.00
_____

_____

36.  Were any samples from the remediation retained?

☐ Yes   ☑ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☐ Yes   ☑ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes   ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes   ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____
Signature of Plaintiff

January 15, 2019
Date


Ron S. Martinez
_____
Printed Name

# Exhibit 1

# Orleans Parish

# Assessor's Office

**Return to Main Search Page**　　　　　　　　　**Orleans Home**

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | MARTINEZ RONALD S JR MARTINEZ CATHERINE S | **Today's Date** | July 4, 2018 |
| **Mailing Address** | 6507 MEMPHIS ST NEW ORLEANS, LA 70124 | **Municipal District** | 2 |
| **Location Address** | 6507 MEMPHIS ST | **Tax Bill Number** | 206404510 |
| **Property Class** | Residential | **Special Tax District** | 2-VIEW |
| **Subdivision Name** | | **Land Area (sq ft)** | 6100 |
| **Zoning District** | Show Viewer (41009824) | **Building Area (sq ft)** | 1836 |
| **Square** | 180 | **Revised Bldg Area (sqft)** | |
| **Book** | 66 | **Lot / Folio** | 21 / 033 |
| **Line** | 012 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 180 LOTS 21 22 MEMPHIS 2. 25X122 EACH | **Assessment Area** | LAKEVIEW Show Assessment Area Map |

## Value Information

Estimate Taxes　Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2017 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2016 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |

Certified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 06-01-2006 | $ 118,000 | GREGORY DAWN | MARTINEZ RONALD S JR | 06-19176 | 324193 |
| 06-23-2005 | $ 268,000 | | | 05-39516 | 000313154 |
| 06-23-2005 | $ 268,000 | | | 08022005 | 000313153 |
| 09-13-2001 | $ 211,000 | | | 09192001 | 000223772 |
| 01-04-1999 | $ 187,000 | | | 01071999 | 000171373 |
| 04-07-1998 | $ 176,000 | | | 04081998 | 000156811 |
| 05-22-1992 | $ 105,000 | | | 06041992 | 000052306 |
| 02-06-1992 | $ 0 | | | 02191992 | 000047740 |

| **Building Sketch 1** | **Building Photos** Enlarge/Show All |
|---|---|





**Return to Main Search Page**

**Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: July 4, 2018

© 2009 by the Orleans Parish Assessor's Office | Website design by qpublic.net

File No.: DMR090508478

## APPRAISAL OF REAL PROPERTY



### Date of Valuation:
5/5/2009

### Located At:
6507 Memphis St
Lots No. 21 & 22, Square No. 180, District 2 of New Orleans
New Orleans, LA 70124-3235

### For:
Gulf Coast Bank & Trust Company
2201 Veterans Blvd., Suite 405A, Metairie, LA 70002

### Table of Contents:

| | |
|---|---|
| Letter of Transmittal | 1 |
| Summary of Salient Features | 2 |
| URAR | 3 |
| Additional Comparables 4-6 | 9 |
| Market Conditions Addendum to the Appraisal Report | 10 |
| General Text Addendum | 11 |
| Subject Photos | 13 |
| Subject Photos Interior | 14 |
| Subject Photos Interior | 15 |
| Photograph Addendum | 16 |
| Photograph Addendum | 17 |
| Photograph Addendum | 18 |
| Building Sketch (Page - 1) | 19 |
| Comparable Photos 1-3 | 20 |
| Comparable Photos 4-6 | 21 |
| Flood Map | 22 |
| Location Map | 23 |
| State Certification | 24 |

Gulf Coast Bank & Trust Company
2201 Veterans Blvd.
Metairie, LA 70002

Re:  Property:    6507 Memphis St
                  New Orleans, LA 70124-3235
      Borrower:   Ronald & Catherine Martinez, Jr.
      File No.:

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as
improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and
city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the
report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the
certification and limiting conditions attached.

This appraisal report is prepared for the sole and exclusive use of the lender/client stated above, to assist with the
mortgage lending decision. The appraiser or firm assumes no obligation, liability, or accountability to any third party.
The appraiser is not a home inspector. This report should not be relied upon to disclose any conditions present in the
subject property. The appraisal report does not guarantee that the property is free of defects. A professional home
inspection is recommended.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional
service to you.

Daniel M. Russo & Associates sincerely thanks you for your business.

Sincerely,

Daniel Russo

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| Subject Address | 6507 Memphis St | |
| Legal Description | Lots No. 21 & 22, Square No. 180, District 2 of New Orleans | |
| City | New Orleans | |
| County | Orleans | |
| State | LA | |
| Zip Code | 70124-3235 | |
| Census Tract | 0056.02 | |
| Map Reference | MLS - 61 | |

| SALES PRICE | | |
|---|---|---|
| Sale Price | $ N/A | |
| Date of Sale | N/A | |

| CLIENT | | |
|---|---|---|
| Lender | Gulf Coast Bank & Trust Company | |
| Lender/Client | Gulf Coast Bank & Trust Company | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| Size (Square Feet) | 1,710 | |
| Price per Square Foot | $ | |
| Location | Interior   /Avg | |
| Age | 53+- | |
| Condition | Good | |
| Total Rooms | 6 | |
| Bedrooms | 3 | |
| Baths | 2/0 | |

| APPRAISER | | |
|---|---|---|
| Appraiser | Daniel Russo | |
| Date of Appraised Value | 5/5/2009 | |

| VALUE | | |
|---|---|---|
| Final Estimate of Value | $ 253,000 | |

# Uniform Residential Appraisal Report

File # DMR090508478

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| Property Address 6307 Memphis St | City New Orleans | State LA | Zip Code 70124-3235 |
| Borrower Ronald & Catherine Martinez, Jr. | Owner of Public Record Ronald & Catherine Martinez, Jr. | County Orleans | |

Legal Description Lots No. 21 & 22, Square No. 180, District 2 of New Orleans

| | | |
|---|---|---|
| Assessor's Parcel # 206404510 | Tax Year 2008 | R.E. Taxes $ N/A |
| ...ghood Name Lakeview | Map Reference MLS - 61 | Census Tract 0056.02 |
| ...ant ☐ Owner ☐ Tenant ☐ Vacant | Special Assessments $ N/A | ☐ PUD HOA $ N/A ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☒ Refinance Transaction ☐ Other (describe) | | |
| Lender/Client Gulf Coast Bank & Trust Company Address 2201 Veterans Blvd., Suite 405A, Metairie, LA 70002 | | |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No

Report data source(s) used, offering price(s), and date(s). The subject property was not listed for sale at the time of inspection.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The subject was not offered for sale according to the local MLS and the owner.

| | | | | |
|---|---|---|---|---|
| Contract Price $ N/A | Date of Contract N/A | Is the property seller the owner of public record? ☒ Yes ☐ No | Data Source(s) Not For Sale | |

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. The appraiser notes that no financial concessions were noted.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 3 (000) Low | New | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 20+ Low 800+ High | New 80+ | Multi-Family | 5 % |
| | | | | 175~ Pred. | 50+ | Commercial | 5 % |

Neighborhood Boundaries The subject is bounded to the north by Robert E Lee Blvd, to the south by Interstate 610, to the east by Wisner Blvd, and to the west by Bellaire Drive.

Neighborhood Description The subject is located in a subdivision of predominantly single family homes that are of good quality construction. The subject's area was effected by widespread wind and flood damage due to Hurricane Katrina. Many renovations/repairs are taking place throughout the immediate area and sale prices are stable. The subject conforms well with other homes in the area.

Market Conditions (including support for the above conclusions) The marketing activity in the subjects neighborhood is good. The property values have been increasing slightly. The demand and supply appear to be in balance. The appraiser notes that the predominant value for the are is low due to many homes selling in fair/poor condition. Once more homes are renovated and back on the market, the predominant value should increase.

| | | | | |
|---|---|---|---|---|
| Dimensions 50x122x50x122 | Area 6,100.00 sq. ft. | Shape Rectangular | View Residences | |
| Specific Zoning Classification R-1 | Zoning Description Single Family Residential, Interior Lot | | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| ...ity | ☒ | | Water | ☒ | | Street Concrete | ☒ | |
| ... | ☒ | | Sanitary Sewer | ☒ | | Alley None | | |

| | | | |
|---|---|---|---|
| FEMA Special Flood Hazard Area ☒ Yes ☐ No | FEMA Flood Zone A3 | FEMA Map # 2252030095E | FEMA Map Date 3/1/1984 |

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
Site improvement and landscaping are typical for area. No apparent encroachments, easements, or other detrimental conditions noted at time of inspection other than typical utility easements. Flood insurance is recommended for all dwellings regardless of its current flood zone classification.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls Wood /Ave | | Floors Wood /Gd | |
| # of Stories 1.0 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Wood /Av-Gd | | Walls Drywall /Gd | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | | Basement Area sq.ft. | | Roof Surface Asphalt 3-D /Gd | | Trim/Finish Wood /Gd | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish % | | Gutters & Downspouts None | | Bath Floor C. Tile, Wood /A-G | |
| Design (Style) Cottage | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type Wood /Ave | | Bath Wainscot C. Tile /A-G | |
| Year Built 1956~ | | Evidence of ☐ Infestation | | Storm Sash/Insulated None | | Car Storage ☒ None | |
| Effective Age (Yrs) 10~ | | ☐ Dampness ☐ Settlement | | Screens None | | ☐ Driveway # of Cars | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | | ☐ Fireplace(s) # ☒ Fence | | ☐ Garage # of Cars | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Deck ☒ Porch Sc.Porch | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool ☐ Other | | ☐ Att. ☐ Det. ☐ Built-in | |
| Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☒ Other (describe) Fan | | | | | | | |

Finished area above grade contains: 6 Rooms 3 Bedroom(s) 2/0 Bath(s) 1,710 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.). Front sc.porch, cypop wood deck, fencing, landscaping, c.tile counter top, stainless steel appliances, wood flooring, central air and heat, and ceiling fans.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject is a wood sided cottage-style dwelling that is of average quality and was noted to be in overall good condition at the time of inspection. The subject is typical of other area dwellings. No repairs were noted; however, a full professional home inspection is always recommended by the appraiser.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
The appraiser did not observe any form of adverse environmental condition that would negatively impact the value of the property appraised; however, professional test are always recommended. ***See Additional Comments.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
The subject property is similar to area homes in style and condition.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report
File # DMR090508478

| | FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|---|
| There are | 126 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 73,000 | | | to $ 950,000 | | | |
| There are | 108 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 48,000 | | | to $ 550,000 | | | |
| Address | 6507 Memphis St | | 6355 Colbert Street | | 6345 Colbert Street | | 6425 Marshall Foch | |
| | New Orleans, LA 70124-3235 | | New Orleans, LA | | New Orleans, LA | | New Orleans, LA | |
| Proximity to Subject | | | 0.40 miles SW | | 0.40 miles SW | | 0.16 miles SE | |
| Sale Price | | $ N/A | | $ 275,000 | | $ 244,000 | | $ 259,000 |
| Sale Price/Gross Liv. Area | | $ sq.ft. | $ 161.76 sq.ft. | | $ 144.38 sq.ft. | | $ 159.88 sq.ft. | |
| Data Source(s) | | | MLS / Listing Agent | | MLS / Listing Agent | | MLS / Listing Agent | |
| Verification Source(s) | | | MLS # 774919 | | MLS # 758065 | | MLS # 778557 | |
| VALUE ADJUSTMENTS | | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | | CNV Sale | | CNV Sale | | CNV Sale | |
| Concessions | | | Market Terms | | Closing Cost | -4,000 | Market Terms | |
| Date of Sale/Time | | | 3/3/09 25dm | | 10/27/08 35dm | | 4/9/09 13dm | |
| Location | | Interior /Avg | Interior /Avg | | Interior /Avg | | Interior /Avg | |
| Leasehold/Fee Simple | | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | | 6,100.00 sq. ft | 50x129 | | 50x129 | | 50x122 | |
| View | | Residences | Residences | | Residences | | Residences | |
| Design (Style) | | Cottage | Cottage | | Cottage | | Cottage | |
| Quality of Construction | | 1.0 Story /Avg | 1.0 Story /A-G | -8,500 | 1.0 Story /A-G | -5,100 | 1.0 Story /A-G | -4,900 |
| Actual Age | | 53+- | 75+- | | 63+- | | 40+- | |
| Condition | | Good | Good | | Good | | Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 2/0 | 6 3 2/0 | | 8 2 2/0 | | 6 3 2/0 | | |
| Gross Living Area | | 1,710 sq.ft. | 1,700 sq.ft. | | 1,690 sq.ft. | | 1,620 sq.ft. | +4,500 |
| Basement & Finished | | | | | | | | |
| Rooms Below Grade | | None | None | | None | | None | |
| Functional Utility | | Average | Average | | Average | | Average | |
| Heating/Cooling | | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | | None | Driveway | -1,500 | None | | Garage | -6,000 |
| Porch/Patio/Deck | | Sc.Porch,Deck | Cv.Entry | +5,000 | Cv.Entry,CvPto | +2,500 | Cv.Entry | +5,000 |
| Amenities | | Fencing | Fencing | | Fencing | | Fencing, FP | -1,500 |
| Net Adjustment (Total) | | | ☐ + ☒ - | $ -5,000 | ☐ + ☒ - | $ -6,500 | ☐ + ☒ - | $ -2,900 |
| Adjusted Sale Price | | | Net Adj. 1.8 % | | Net Adj. 2.7 % | | Net Adj. 1.1 % | |
| of Comparables | | | Gross Adj. 5.5 % | $ 270,000 | Gross Adj. 4.8 % | $ 237,400 | Gross Adj. 8.5 % | $ 256,100 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) New Orleans Tax Site
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) MLS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Sold on 6/1/2006 | Sold on 10/30/08 for | No prior sale noted - 1 Year | No prior sale noted - 1 Year |
| Price of Prior Sale/Transfer | 118,000 | 70,000(poor condition) | | |
| Data Source(s) | New Orleans Website | MLS | MLS | MLS |
| Effective Date of Data Source(s) | Current | MLS - Current | MLS - Current | MLS - Current |

Analysis of prior sale or transfer history of the subject property and comparable sales   No prior sales were noted for the subject with in the last three years
according to the MLS. No additional comparable sales were noted in the MLS within the last year.

Summary of Sales Comparison Approach   The above comparables are indicative of current market activity in the subject's market and are believed to be
the best sales data available as of the writing of this analysis. A weighted average based on the total dollar adjustment per comparable was used
to arrive at a final figure for the subject property via the Sales Comparison Approach to Value. See addendum for further comments.

Indicated Value by Sales Comparison Approach $ 253,000

Indicated Value by: Sales Comparison Approach $ 253,000   Cost Approach (if developed) $ 255,160   Income Approach (if developed) $
In the immediate case, all three approaches to value were considered in estimating the at market value. The sales comparison approach is
considered to be the most indicative of market activity in the area and therefore was assigned primary consideration.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: This appraisal is "As Is". This
appraisal does not take the place of a home inspection, pest inspection, or structural inspection.
Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 253,000 , as of   5/5/2009 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                    Page 2 of 6                    Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

File # DMR090508478

FLOOD COMMENTS: The appraiser attempted to ascertain the correct flood zone rating based on the flood insurance rate maps as developed by the national flood insurance program and federal emergency management agency (FEMA). While the zone and/or rating shown in the appraisal report is considered to be correct, many properties are located on the boundary between two flood zones. Therefore, a current flood elevation survey is suggested to verify specific flood zone classification for the subject property. Flood elevations cannot be guaranteed and are provided as estimates only. The appraiser recommends that all dwellings carry flood insurance regardless of there current flood zone classification. A full certification is highly recommended for all properties.

INFESTATION/STRUCTURAL COMMENTS: Although an attempt was made to note any obvious evidence of visible termite infestation, the appraiser is not an expert in this field. Only a licensed pest control operator can issue a certificate relating to the presence of termites.

Additionally, during the physical inspection, the appraiser endeavored to note any obvious structural flaws; however, the appraiser makes no warranty, either expressed or implied, as to the structural integrity of the property. The appraiser recommends a structural inspection by a licensed engineer to rule on the structural integrity of the subject property. The appraiser assumes than all systems are in good working order.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Cost approach is not required by Fannie Mae.

| | | | | | |
|---|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 80,000 |
| Source of cost data  Marshall & Swift, Local Builders | DWELLING  1,710 Sq.Ft. @ $ | 110.00 | | =$ | 188,100 |
| Quality rating from cost service  Avg    Effective date of cost data  Current | | Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Cv.Entry, Sc.Porch, Wood Deck | | | =$ | 12,500 |
| Physical depreciation was calculated based on the subject's effective age | Garage/Carport | Sq.Ft. @ $ | | =$ | |
| divided by its economic life(age/life method).  Cost estimates are | Total Estimate of Cost-New | | | =$ | 200,600 |
| supported by the Marshall and Swift Residential Cost Handbook and | Less    Physical | Functional | External | | |
| builders.  The subject's estimated site value was based on the sales of | Depreciation    33,440| | | =$( | 33,440) |
| area vacant sites, poor conditioned sales, torn down dwellings, or the | Depreciated Cost of Improvements | | | =$ | 167,160 |
| abstraction method. | "As-is" Value of Site Improvements | | | =$ | 8,000 |
| Estimated Remaining Economic Life (HUD and VA only)    50 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 255,160 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | | |
|---|---|---|---|---|
| Estimated Monthly Market Rent $    N/A    X Gross Rent Multiplier    N/A    = $ | | | | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)    The Income Approach to Value was considered but was deemed unreliable as properties such as the subject are seldom purchased for their income producing potential.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 3 of 6 | Fannie Mae Form 1004 March 2005 |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # DMR090508478

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, ment of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

TEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is ...ject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # DMR090508478

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # DMR090508478

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Daniel Russo | Name |
| Company Name   Daniel M Russo & Associates, Inc. | Company Name |
| Company Address   5000 W. Esplanade Avenue, #155, Metairie, LA 70006 | Company Address |
| Telephone Number   (504) 888-3733 | Telephone Number |
| Email Address   danny.russo@laappraiser.com | Email Address |
| Date of Signature and Report   May 12, 2009 | Date of Signature |
| Effective Date of Appraisal   5/5/2009 | State Certification # |
| State Certification #   0819 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License   12/31/2010 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 6507 Memphis St | Date of Inspection |
| New Orleans, LA 70124-3235 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   253,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name   Jennifer Larose | COMPARABLE SALES |
| Company Name   Gulf Coast Bank & Trust Company | |
| Company Address   2201 Veterans Blvd., Suite 405A, Metairie, LA 70002 | ☐ Did not inspect exterior of comparable sales from street |
| Email Address   jenniferlarose@gulfbank.com | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # DMR090508478

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address  6507 Memphis St | | 6592 Catina Street | | | | | |
| New Orleans, LA 70124-3235 | | New Orleans, LA | | | | | |
| Proximity to Subject | | 0.51 miles NW | | | | | |
| Sale Price | $ N/A | $ 279,000 | | $ | | $ | |
| ...ice/Gross Liv. Area | $ sq.ft. | $ 164.12 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| ...Source(s) | | MLS / Listing Agent | | | | | |
| Verification Source(s) | | MLS # 788545 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Current Listing | | | | | |
| Concessions | | Current Listing | | | | | |
| Date of Sale/Time | | List-Sale Ratio | -13,900 | | | | |
| Location | Interior  /Avg | Interior  /Avg | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 6,100.00 sq. ft | 55x80 | | | | | |
| View | Residences | Residences | | | | | |
| Design (Style) | Cottage | Cottage | | | | | |
| Quality of Construction | 1.0 Story /Avg | 2.0 Story /Avg | Similar | | | | |
| Actual Age | 53+- | 65+~ | | | | | |
| Condition | Good | Good | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  2/0 | 8  3  2/0 | | | | | |
| Gross Living Area | 1,710 sq.ft. | 1,700 sq.ft. | +500 | sq.ft. | | sq.ft. | |
| Basement & Finished | None | None | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | | | | |
| Energy Efficient Items | Typical | Typical | | | | | |
| Garage/Carport | None | Driveway | -1,500 | | | | |
| Porch/Patio/Deck | Sc.Porch,Deck | Porch, Cv.Patio | +2,300 | | | | |
| Amenities | Fencing | Fencing | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -12,400 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj.  4.4 % | | Net Adj.  % | | Net Adj.  % | |
| of Comparables | | Gross Adj.  6.6 % | $ 266,600 | Gross Adj.  % | $ | Gross Adj.  % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Sold on 6/1/2006 | No prior sale noted ~ 1 Year | | |
| Price of Prior Sale/Transfer | 118,000 | | | |
| ...Source(s) | New Orleans Website | MLS | | |
| ...ive Date of Data Source(s) | Current | MLS - Current | | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Comparable No. 4 is a current listing near the subject property.  This
comparable is of similar quality and condition according to the MLS.  Adjustments were necessary for differences in list to sale ratio, living area,
car storage, and amenities.  The appraiser notes this sale was not considered in estimating the final value since it has not sold.

Analysis/Comments

...Mac Form 70 March 2005                                                                 Fannie Mae Form 1004 March 2005

Form 1004 (AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Market Conditions Addendum to the Appraisal Report

File No. DMR090508478

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 6907 Memphis St | City New Orleans | State LA | ZIP Code 70124-3235 |
|---|---|---|---|---|

Borrower   Ronald & Catherine Martinez, Jr.

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the strata's areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 4 | 8 | ☒ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.8 | 1.3 | 2.7 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 20 | 20 | 28 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 10.9 | 15 | 10.5 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 244,000 | 233,000 | 267,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 83 | 75 | 23 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Comparable List Price | 254,500 | 254,500 | 271,950 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 68.5 | 94 | 67.5 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 0.9492 | 0.9351 | 0.9613 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller–(developer, builder, etc.)paid financial assistance prevalent? ☐ Yes ☒ No | | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   The appraiser notes that this area did not show any major increases in seller concessions.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
No large number of foreclosure sales were noted during the analysis.

Cite data sources for above information.   The appraiser searched the local MLS for the above data. The data criteria was based off of the subjects marketing area as well as the subject living area. According to the MLS provider, the actual count of listing data is estimated to be 90% accurate.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The appraiser notes that the data listed above are considered to be comparable homes. The neighborhood section on page 1 is neighborhood data which will vary from actual comparable data.
The appraiser notes that the overall market value for the area appears to be increasing at this time and is in balance.

The appraiser notes that the appraisers data formulas for the above data was provided to fannie mae according to our local MLS board. They stated that while every calculation cannot be 100%, the formulas need to get the above information was sound.

If the subject is a unit in a condominium or cooperative project , complete the following:   Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | | |
|---|---|---|
| Signature | | Signature |
| Appraiser Name   Daniel Russo | | Supervisory Appraiser Name |
| Company Name   Daniel M Russo & Associates, Inc. | | Company Name |
| Company Address   5000 W. Esplanade Avenue, #155, Metairie, LA 70 | | Company Address |
| State License/Certification # 0819          State  LA | | State License/Certification #          State |
| Email Address   danny.russo@laappraiser.com | | Email Address |

Freddie Mac Form 71   March 2009                Page 1 of 1                Fannie Mae Form 1004MC   March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Supplemental Addendum**

| Lender | Gulf Coast Bank & Trust Company | | | | File No. DMR090508478 |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |

## SCOPE OF APPRAISAL:

In the preparation of this appraisal, the appraiser made a physical inspection of the subject site and improvements which included measuring the improvements and photographing the same. The subject's neighborhood was also inspected to assist in the determination of the neighborhood characteristics. This information was analyzed in order to document the various environmental, social, governmental and economic factors that influence value. Data regarding the sales of residential land and improved properties were collected and verified by public record via Deedfax. The valuation of the property included the consideration of all three approaches to value, Cost, Market Data and Income. After consideration of the same, only those value approaches that were appropriate were employed. The appraiser is not a home inspector and this appraisal report is not a home inspection, the appraiser only performed a visual observation of accessible areas and the appraisal report cannot be relied upon to disclose conditions and/or defects in the property.

## DATA ON SUBJECT SALE OFFERINGS:

The subject was not offered for sale according to the local MLS and the owner.

## PHYSICAL DEFICIENCIES AND / OR ADVERSE CONDITIONS:

The appraiser did not observe any form of adverse environmental or physical conditions that would negatively impact the value of the property appraised; however, professional test are always recommended but not required.
The existence of hazardous material or any other environmental hazard, which may be present on the property or on any site within the vicinity of the property, was not observed by the appraiser. The appraiser has no knowledge of the existence of such materials on or in the property. However, it is important to note that the appraiser is not qualified to detect such substances. The presence of substances such as asbestos, toxic chinese drywall, toxic mold, urea-formaldehyde foam insulation, etc., may effect the value of the property. The value estimate is predicated on the assumption that there is no such material on or in the property. Professional test are always recommended but not required.

## PROPERTY CONDITION:

The subject improvements represent a single-family dwelling that is approximately 53+- years old and features 6 rooms including 3 bedrooms and 2/0 bathroom(s) contained in approximately 1,710 square feet of finished living area. Using the standards of Marshall and Swift, a nationally recognized cost estimating company, the subject improvements are of average quality grade. This type of dwelling is typical of other area homes. The improvements are considered to be in overall Good condition. The effective age of the subject was felt to be 10+- years. The subject's effective is attributed to the level of maintenance and wear and tear experienced by the subject property.

## COST APPROACH COMMENTS:

The cost approach has only been developed by the appraiser as an analysis to support their opinion of the property's market value. Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. Further, the cost approach may not be a reliable indication of replacement or reproduction cost for any date other than the effective date of this appraisal due to changing costs of labor and materials and due to changing building codes and governmental regulations and requirements.

## INCOME APPROACH COMMENT:

The Income Approach to Value was considered but was deemed unreliable as properties such as the subject are seldom purchased for their income producing potential.

## SALES COMPARISON COMMENT:

A detailed search of the appraiser's files, Multiple Listing Services, Real Estate Transfers via Deedfax, and University of New Orleans' Real Estate Data Bank was conducted prior to the final comparable selection. Of the similar current market activity, the sales chosen as comparables for this analysis are considered to be the best indicators of value for the subject property.
All three comparables are located nearby and were sold after Hurricane Katrina and are considered to be proper indicators of value for the subject property.
Adjustments for comparable No. 1: Overall quality(superior counter top, appliances, bath, trimwork), car storage, and amenities.
Adjustments for comparable No. 2: Closing cost, overall quality(superior windows, counter top), and amenities.
Adjustments for comparable No. 3: Overall quality(superior windows, counter top), living area, car storage, and amenities.
The appraiser notes the subject and comparables were flooded during Hurricane Katrina and have been renovated. All three comparables appeared to have been renovated with superior quality items. Comparable No. 2 exceeds the desired time frame. A thorough search for comparable sales was made in and around the subject's marketing area. Although the sale of this

**Supplemental Addendum**

File No. DMR090508478

| Lender | Gulf Coast Bank & Trust Company | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | |

comparable occurred over six months from the date of this appraisal, due to its many similarities to the subject, it was regarded as a better indicator of value than those more recent sales which differed from the subject significantly. Value trends within the subject's neighborhood remain overall stable since that sale; therefore, no time adjustment was necessary. As stated earlier, a weighted average based on the total dollar adjustment per comparable was used to arrive at a final figure for the subject property.

CONDITIONS OF APPRAISAL:

While the appraiser looked for obvious problems, in completing this analysis, it was assumed that the property's roof, electrical, plumbing, and mechanical components are in good condition and free from and defects. This analysis is based on the definition of market value as stated on the attached Fannie Mae Form 1004B. This analysis is subject to the attached certification and statement of limiting conditions. As per USPAP guidelines, all three approaches to value were considered; however, only those value approaches found applicable were included in the final draft. This appraisal report is prepared for the sole and exclusive use of Gulf Coast Bank & Trust Company to assist with the mortgage lending decision. No one else, including the purchaser or borrower, and seller, real estate agents, insurance agents, etc. should rely on the estimate of value or any other conclusions contained in this appraisal report. Further, the appraiser or firm assumes no obligation, liability, or accountability to any third party. The appraiser notes that this appraisal does not take the place of a professional home inspection. This report should not be relied upon to disclose any conditions present in the subject property. The appraisal report does not guarantee that the property is free of defects. The appraiser highly recommends a professional home inspection for purchases.

FINAL COMMENTS:

In the immediate case, all three approaches to value were considered in arriving at an estimate of the subject's market value. The Cost Approach to Value was given minimal weight in arriving at a final figure. This is attributed to the subjective judgement inherent in this value approach such as quality of construction, overall condition and depreciation, and the depreciated value of site improvements. Primary consideration was given to the Sales Comparison Approach to Value as this value approach is the most sensitive and accurately represents the actions of buyers and sellers within the market. The Income Approach to Value was considered but was deemed unreliable as properties such as the subject are seldom purchased for their income producing potential.

Subject Photo Page

| Lender | Gulf Coast Bank & Trust Company | | | | |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |



**Subject Front**

| | |
|---|---|
| 6507 Memphis St | |
| Sales Price | N/A |
| Gross Living Area | 1,710 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior   /Avg |
| View | Residences |
| Site | 6,100.00 sq. ft |
| Quality | 1.0 Story /Avg |
| Age | 53+- |



**Subject Rear**



**Subject Street**

Form PICPIX.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Subject Interior Photo Page**

| Lender | Gulf Coast Bank & Trust Company | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | |



### Subject Interior

6507 Memphis St

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,710 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior   /Avg |
| View | Residences |
| Site | 6,100.00 sq. ft |
| Quality | 1.0 Story /Avg |
| Age | 53+- |



Subject Interior



Subject Interior

**Subject Interior Photo Page**

| Lender | Gulf Coast Bank & Trust Company | | | | |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |



### Subject Interior

| | |
|---|---|
| 6507 Memphis St | |
| Sales Price | N/A |
| Gross Living Area | 1,710 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior   /Avg |
| View | Residences |
| Site | 6,100.00 sq. ft |
| Quality | 1.0 Story /Avg |
| Age | 53+~ |



### Subject Interior



### Subject Interior

**Photograph Addendum**

| Lender | Gulf Coast Bank & Trust Company | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | |







**Photograph Addendum**

| Lender | Gulf Coast Bank & Trust Company | | | | |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County Orleans | | State LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |







**Photograph Addendum**

| Lender | Gulf Coast Bank & Trust Company | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | |





**Building Sketch**

| Lender | Gulf Coast Bank & Trust Company | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1709.9 | 1709.9 |
| P/P | Sc.Porch | 98.0 | |
| | Cv.Deck | 92.0 | |
| | Wood Deck | 335.8 | 525.7 |

Net LIVABLE Area        (Rounded)        1710

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 16.2 x 23.6 | | 382.3 |
| 14.2 x 22.5 | | 319.5 |
| 11.7 x 13.6 | | 159.1 |
| 4.1 x 52.7 | | 216.1 |
| 1.6 x 4.6 | | 7.4 |
| 12.1 x 51.7 | | 625.6 |

6 Items        (Rounded)        1710

**Comparable Photo Page**

| Lender | Gulf Coast Bank & Trust Company | | | | |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |



### Comparable 1

6355 Colbert Street
| | |
|---|---|
| Prox. to Subject | 0.40 miles SW |
| Sales Price | 275,000 |
| Gross Living Area | 1,700 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior /Avg |
| View | Residences |
| Site | 50x129 |
| Quality | 1.0 Story /A-G |
| Age | 75+~ |



### Comparable 2

6345 Colbert Street
| | |
|---|---|
| Prox. to Subject | 0.40 miles SW |
| Sales Price | 244,000 |
| Gross Living Area | 1,690 |
| Total Rooms | 8 |
| Total Bedrooms | 2 |
| Total Bathrooms | 2/0 |
| Location | Interior /Avg |
| View | Residences |
| Site | 50x129 |
| Quality | 1.0 Story /A-G |
| Age | 63+~ |



### Comparable 3

6425 Marshall Foch
| | |
|---|---|
| Prox. to Subject | 0.16 miles SE |
| Sales Price | 259,000 |
| Gross Living Area | 1,620 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior /Avg |
| View | Residences |
| Site | 50x122 |
| Quality | 1.0 Story /A-G |
| Age | 40+~ |

**Comparable Photo Page**

| Lender | Gulf Coast Bank & Trust Company | | | | |
|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | |



### Comparable 4

6592 Catina Street

| | |
|---|---|
| Prox. to Subject | 0.51 miles NW |
| Sales Price | 279,000 |
| Gross Living Area | 1,700 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2/0 |
| Location | Interior    /Avg |
| View | Residences |
| Site | 55x80 |
| Quality | 2.0 Story /Avg |
| Age | 65+- |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

**Flood Map**

| Lender | Gulf Coast Bank & Trust Company | | | |
|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | |
| City | New Orleans | County  Orleans | State  LA | Zip Code  70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | |



© 1999-2009 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,325 and 6,678,615. Other patents pending.  For info: info@floodsource.com.

Location Map

| Lender | Gulf Coast Bank & Trust Company | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | | |
| City | New Orleans | | County | Orleans | State | LA | Zip Code | 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | | |



**State Certification**

| Lender | Gulf Coast Bank & Trust Company | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 6507 Memphis St | | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70124-3235 |
| Lender/Client | Gulf Coast Bank & Trust Company | | | | | | |



State of Louisiana
Certified Residential Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified Residential Appraiser License is hereby granted to

DANIEL M RUSSO

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: January 1st 2009 Through December 31st 2010

Roland M. Hall
Chairman

Gayle H. Boudreaux
Secretary

License Number: R 0819

**Daniel M. Russo & Associates, Inc.**
**ppraisers**
Your Real Estate Connection

# INVOICE

| INVOICE NUMBER |
|---|
| DMR090508478 |

| DATE |
|---|
| 5/8/2009 |

**TO:**
Jennifer Larose
Gulf Coast Bank & Trust Company
2201 Veterans Blvd.
Suite 405A
Metairie, LA 70002
Telephone Number: (504) 841-2866   Fax Number: (504) 846-2923
Alternate Number:   E-Mail: jenniferlarose@gulfbank.com

| REFERENCE | |
|---|---|
| Internal Order #: | DMR090508478 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | DMR090508478 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

*Thanks for the business!!!*

## DESCRIPTION

Lender: Gulf Coast Bank & Trust Company   Client: Gulf Coast Bank & Trust Company
Purchaser/Borrower: Ronald & Catherine Martinez, Jr.
Property Address: 6507 Memphis St
City: New Orleans
County: Orleans   State: LA   Zip: 70124-3235
Legal Description: Lots No. 21 & 22, Square No. 180, District 2 of New Orleans

| FEES | AMOUNT |
|---|---|
| Full 1004 Appraisal | 400.00 |
| SUBTOTAL | 400.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| SUBTOTAL | |
| **TOTAL DUE** | $ 400.00 |

---

Please Return This Portion With Your Payment

**FROM:**
Jennifer Larose
Gulf Coast Bank & Trust Company
2201 Veterans Blvd.
Suite 405A
Metairie, LA 70002
Telephone Number: (504) 841-2866   Fax Number: (504) 846-2923
Alternate Number:   E-Mail: jenniferlarose@gulfbank.com

| AMOUNT DUE: | $ | 400.00 |
|---|---|---|
| AMOUNT ENCLOSED: | $ | |

| INVOICE NUMBER |
|---|
| DMR090508478 |

| DATE |
|---|
| 5/8/2009 |

| REFERENCE | |
|---|---|
| Internal Order #: | DMR090508478 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | DMR090508478 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

**TO:**
Daniel M. Russo & Associates, Inc.
5000 W. Esplanade Avenue
#155
Metairie, LA 70006

Form NIV2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exhibit 2

# Exhibit 3







# Exhibit 4

# Exhibit 5

# Exhibit 6







# Exhibit 7






6-7-09
with Chinese drywall








































4/18/14
prior to installation of
new drywall





4/18/14
prior to installation
of new drywall





4-18-14
prior to installation
of new Drywall








AFTER Removal of chinese DRywall    June 2014






AFTER removal of chinese drywall        June 2014






After Removal of Chinese Drywall   June 2014






After removal of chinese Drywall June 2014







After removal of Chinese drywall   June 2014

# Exhibit 8

# Exhibit 9

Chinese Drywall Expenses
6507 Memphis Street
New Orleans, LA 70124

| Contractor | Invoice No. | Date | Description | Cost |
|---|---|---|---|---|
| Husky Estimating | 1369 | 2/14/14 | General Contractor | $1,722.00 |
| Husky Estimating | 1376 | 5/5/14 | (supervision of | $1,220.00 |
| Husky Estimating | n/a | 6/5/14 | construction activities) | $178.00 |
| D.K. Ventures | 1919 | 2/20/14 | Demolition | $1,800.00 |
| John Anderson | 214-A | 2/13/14 | Demolition & Salvage | $550.00 |
| McCray Services | n/a | 4/20/14 | Remove drywall | $3,500.00 |
| Servicemaster | 9273 | 4/21/14 | Clean all surfaces Including air scrubbing | $2,570.00 |
| J.S. Trash Maintenance | n/a | 3/31/14 | Debris disposal | $275.00 |
| J.S. Trash Maintenance | n/a | 4/17/14 | | $275.00 |
| J.S. Trash Maintenance | n/a | 5/09/14 | | $275.00 |
| Montes Enterprises | 1167 | 3/21/14 | Labor & Materials | $1,780.00 |
| Montes Enterprises | 1178 | 5/2/14 | | $5,200.00 |
| Montes Enterprises | 1177 | 5/2/14 | | $1,100.32 |
| Montes Enterprises | 1181 | 5/22/14 | | $19,157.25 |
| Montes Enterprises | 1198 | 7/9/14 | | $945.00 |
| Montes Enterprises | 1199 | 7/9/14 | | $1,405.00 |
| Fraiche Inc | 1337 | 4/16/14 | Plumbing (permitting and inspections) | $500.00 |
| Three-D Plumbing | 1480 | 4/18/14 | Install Plumbing Fixtures | $4,670.00 |
| A/C Service Depot | 4297 | 4/9/14 | Install AC System | $6,492.50 |
| A/C Service Depot | 4300 | 5/29/14 | | $2,782.50 |
| Blache Electric | 858 | 5/31/14 | Remove and replace | $2,930.00 |
| Blache Electric | 881 | 7/21/14 | Electrical Devices | $320.00 |
| Amko Fence | 5255 | 6/25/14 | Replace Fence at rear | $1,418.00 |

Total Contractor Labor and Material Expenses     $61,065.57

*pd Clett 9 2/6*
*3 - 24- 14*
*#1722.00*



# HUSKY ESTIMATING INC.

| Invoice #: | 1369 |
|---|---|
| Invoice Date: | March 14, 2014 |
| Bill To: | Ron Martinez<br>6507 Memphis Street<br>New Orleans, LA 70124<br>504-214-8884 |
| FROM: | Robin M. D'Aunoy<br>Husky Estimating Inc.<br>338 Hay Place<br>New Orleans, LA 70124<br>(504) 666-4778 |

| DATES | DESCRIPTION OF WORK | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| 4th - March 14th | RE: Defective drywall removal at above referenced property, project management and coordination | 18 hours | $37.50 | **$675.00** |
| | Expenses: ACE Hardware = stud guards | | | $14.00 |
| | Metal Studs Inc. = wall & ceiling material for storage room | | | ✱ $740.00 |
| | Kellett Lumber = Floor covering material | | | ✱ $293.00 |
| | **Balance Due:** | | | |
| | | | | **$1722.00** |

✱ *receipt attached*

**Metal Studs, LLC**
2306 Kingston Street
enner, LA 70062
SA

Voice   504-466-9817
Fax:    504-464-1874

SALES ORDER
PICKING LIST

Sales Order Number:  5269
Sales Order Date:    Feb 10, 2014
Ship By:             Feb 10, 2014
Page:                1

| To: | Ship To: |
|-----|----------|
| CASH CUSTOMER | husky<br>6507 memphis<br>915-9311<br>New Orleans |

| Customer ID | PO Number | Sales Rep Name |
|-------------|-----------|----------------|
| CASH1 | | |
| **Customer Contact** | **Shipping Method** | **Payment Terms** |
| | Our Truck | C.O.D. |

| Quantity | Item | Description | Shipped Prior | This Shipment |
|----------|------|-------------|---------------|---------------|
| 5.00 | R3016K | R30 X 16 KRAFT | | |
| 3.00 | R1315K | R13 X 15 KRAFT | | |
| 24.00 | SHE1208 | 1/2" 4X8 DRYWALL | | |
| 6.00 | SHE1212 | 1/2" 4X12 DRYWALL | | |
| 3.00 | TAPE | JOINT TAPE 250' | | |
| 4.00 | MUD | ALL PURPOSE MUD BOX | | |
| 1.00 | 114COARSE5 | 1 1/4 CORSE 5 LB | | |
| | | **put everything in front room | | |

PD. 3, 14, 14

$ 739.75

02/28/14

00042
HUSKY ESTIMATING, INC.
330 HAY PLACE
NEW ORLEANS, LA 70124

Ship-to     32 6507 MEMPHIS ST
02/06/14  237418 03/10/14     231.08          231.08
02/12/14  237601 03/10/14      62.13           62.13
                                         SHIP-TO TOTAL    293.21

No. 3.14.14

THANK YOU FOR YOUR PROMPT PAYMENT!

293.21        .00        .00        00        .00        293.21

# HUSKY ESTIMATING INC.

Invoice #:          1376

Invoice Date:       May 5, 2014

Bill To:            Ron Martinez
                    6507 Memphis Street
                    New Orleans, LA 70124
                    504-214-8884

FROM:               Robin M. D'Aunoy
                    Husky Estimating Inc.
                    338 Hay Place
                    New Orleans, LA 70124
                    (504) 666-4778

| DATES | DESCRIPTION OF WORK | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| arch 18th - April 13 | RE: Defective drywall removal at above referenced property, project management and coordination. Demo Phase, G.B. Remediation & Prep for Rough-In AC. | 19 hours | $37.50 | **$712.50** |
| | Expenses: ACE Hardware = PPE Demolition | | | $27.00 |
| | Kellett Lumber = Floor covering material 1st Application, balance to finish. | | | $63.00 |
| | Kellett Lumber = Floor covering material 2nd Application for Th. 5-8-14 | | | $346.62 |
| | Kellett Lumber =Rough Lumber for bath wall & Cat walk in attic. Fri. 4-11-14 | | | $70.25 |
| | **Balance Due:** | | | **$1220.00** |

**Ron Martinez**

| | |
|---|---|
| **From:** | Robin DAunoy <husky1@bellsouth.net> |
| **Sent:** | Thursday, June 05, 2014 1:39 PM |
| **To:** | Ron Martinez |
| **Subject:** | Certificate of Occupancy Memphis St |
| **Attachments:** | 1335056.pdf |

Copy for your file, U can pay me for both inspections, $150.
**Robin M. D'Aunoy - Estimator**
**Husky Estimating Incorporated**
**Cell - 666.4778**

On Thursday, June 5, 2014 12:03 PM, Blaze Hilton <blesr@aol.com> wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** Rene Vaughn <rvaugh@nola.gov>
> **Date:** June 5, 2014 7:52:40 AM CDT
> **To:** "Blaze Hilton (blesr@aol.com)" <blesr@aol.com>
> **Subject: Certificate**

PAID  6·13·14     150°° — certificate of Occupacy
                   25° — stud guards (no receipt)

                      178°°

1

D. K. Ventures, LLC

d/b/a Lakeview Demolition
P O Box 9381
Bridge City, LA 70094

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/20/2014 | 1919 |

**Bill To**

Valued Customer
Various Locations

PAID
02/14/2014

**Ship To**

Ronnie Martinez
6507 Memphis St.
New Orleans, LA

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 2/14/2014 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | Demolition | Demolish garage in read of house and remove trees as requested | 1,500.00 | 1,500.00 |
| 1 | Load(s) | Pump sand delivered & spread | 300.00 | 300.00 |

REMOVE SHED & rear fence
to gain acess to rear
for Dumpster & construction acess

Thank You for your Business!!

| | |
|---|---|
| **Total** | $1,800.00 |

# John Anderson

*Electrical & Home Improvement Specialist*
Owner/Operator

152 Levee View Drive
River Ridge, LA  70123
**Phone (504) 940-4800**

# INVOICE

DATE

NAME  *Ben Martinez*

ADDRESS  *6-5709  Memphis  St   NoLA*

CONTACT  *Ben*

OTHER INFORMATION  *Demo  only*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| | 1) *Removed all CDs 85 on Doors & windows* | | |
| | 2) *Disconnected plumbing* | | |
| | 3) *Removed all sheetrock* | | |
| | 4) *Remove  Decorative  Bases* | | |
| | | *2-Days 2* | *180* |
| | | *1-Day 8* | *250* |
| | | **Subtotal** | *550* |
| | *Paid* | **TOTAL** | *550* |

**Thank you for your business!**

*Pd. Ck# 9261*
*6-2-14*
*#3500⁰⁰*

April 20, 2014

**736 Mockingbird Lane**
**St.Rose, Louisiana 70087**
**504-473-6744**

*Received*
*Chinese*
*drywall*

**To whom it may concern:**

**Thank you for choosing McCray Services for the job located @ 6507 Memphis Street, New Orleans 70124. The job consist of gutting of property, removing nails and removing trash. The total price for the jobs listed above is $ 3,500.00.**

**Again, Thank you for choosing McCray Services. If you have any**
**questions please contact me @ 504-473-6744.**

**Thank You**

**Derrick McCray**
**(Owner)**

Servicemaster (North Shore Ventures)

57330 Allen Road
Slidell, LA 70461

*pd Ck# 9393*
*#2376.00*
*5-5-14*

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 4/21/2014 | 9273 |

**BILL TO**

MARTINEZ, RON
6507 MEMPHIS ST.
NEW ORLEANS, LA 70124

| | Phone |
|---|---|
| | |

| ITEM | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 497 | Set-up Air-scrubber - 1 week rental with filter | 350.00 |
| 497 | Remove sheet-rock, nails & insulation; HEPA-Vac all structure | 2,220.00 |
| | Sales Tax | 0.00 |

| **Total** | $2,570.00 |
|-----------|-----------|

pd. Ck# 9220
$275⁰⁰
4-4-14

BUSINESS WITH INTEGRITY

# J.S. TRASH MAINTENANCE
2512 PAINTERS ST. • NEW ORLEANS, LA 70117
(504) 382-5252

JOSEPH SINGLETARY, AT YOUR SERVICE

*Jobsite Trash Containers*
SERVICE TICKET AGREEMENT/NON-HAZARDOUS WASTES

| ORDER NUMBER | | SERVICE DATE |
|---|---|---|
| № | | 3 31 |

| TIME IN | | TIME OUT | |
|---|---|---|---|
| | AM | | AM |
| | PM | | PM |

| ROUTE ID | DISPOSAL ID | DISPOSAL TICKET |
|---|---|---|
| | | |

| COD AMOUNT | SIGNATURE |
|---|---|
| | |

DIVISION NUMBER _____
DISPATCH NUMBER _____
SERVICE TYPE _____

CUSTOMER _____
ADDRESS _____

| ACTION | ORD QTY | SERVICE DESCRIPTION | WASTE TYPE | BILL CODE | MEASURE | BILL QUANTITY | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

COMMENTS: _____ DELIVER: _____ PICKUP: _____

SERVICE ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE AND PAYMENT AGREED TO BE MADE IN ACCORDANCE WITH THE CONTRACTOR'S CURRENT RATE SCHEDULE.
CUSTOMER SIGNATURE: _____ CONTRACTOR SIGNATURE: _____

BUSINESS WITH INTEGRITY

# J.S. TRASH MAINTENANCE #215

2512 PAINTERS ST. • NEW ORLEANS, LA 70117

(504) 382-5252

JOSEPH SINGLETARY, AT YOUR SERVICE

*Jobsite Trash Containers*

SERVICE TICKET AGREEMENT/NON-HAZARDOUS WASTES

MH#7237
4-15-14

| ORDER NUMBER | SERVICE DATE |
|---|---|
| N⁰ | 4-17-14 |

| TIME IN | TIME OUT |
|---|---|
| AM | AM |
| PM | PM |

| ROUTE ID | DISPOSAL ID | DISPOSAL TICKET |
|---|---|---|
| NOLA | Construction | |

DIVISION NUMBER _____

CUSTOMER __Roy MARTINUZ__

ADDRESS __Jobsite - 6807 Memphis__

CITY __New Orleans LA__

SERVICE TYPE __Grease__

| COD AMOUNT | SIGNATURE |
|---|---|

| ACTION | ORD QTY | DISPATCH NUMBER | SERVICE DESCRIPTION | WASTE TYPE | BILL CODE | MEASURE | BILL QUANTITY | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4/14 | 1 | disposal orders | dent | | 20yard Dumpster | | $275 |
| | | 22yac-roll off | | | | | |
| | | Dumpster- | | | | | |
| | | grain | | | | | |

COMMENTS _____ DELIVER: _____ PICKUP: _____

SERVICE ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE AND PAYMENT AGREED TO BE MADE IN ACCORDANCE WITH THE CONTRACTOR'S CURRENT RATE SCHEDULE.

CUSTOMER SIGNATURE: _____   CONTRACTOR SIGNATURE: _____

*Business With Integrity*

# J.S. TRASH MAINTENANCE

2512 Painters St. • New Orleans, LA 70117

(504) 382-5252

*Joseph Singletary, At Your Service*

*Jobsite Trash Containers*

SERVICE TICKET AGREEMENT/NON-HAZARDOUS WASTES

| ORDER NUMBER | | SERVICE DATE |
|---|---|---|
| № | | 5-09-14 |
| TIME IN | | TIME OUT |
| | AM | AM |
| | PM | PM |
| | | DISPOSAL TICKET |

DIVISION NUMBER ___

DISPATCH NUMBER __ Mwl Marting3

CUSTOMER ___

ADDRESS __ Jobsite - 2501 Memphis

CITY __ New Orleans LA

SERVICE TYPE __ Memphis

| ROUTE ID | DISPOSAL ID | |
|---|---|---|
| Nola | Eustatie | SIGNATURE |
| COD AMOUNT | | |

| ACTION | ORD QTY | SERVICE DESCRIPTION | WASTE TYPE | BILL CODE | MEASURE | BILL QUANTITY | AMOUNT |
|---|---|---|---|---|---|---|---|
| 5/9 | 0 H | disposal of Debris | dirt | | 26700 | Dumpster | $225.00 |
| | | Repair - Roll off | | | | | |
| | | | | | | | |
| | | | | | | | |

COMMENTS ___

DELIVER: ___

PICKUP: ___

SERVICE ACCEPTED SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE SIDE AND PAYMENT AGREED TO BE MADE IN ACCORDANCE WITH THE CONTRACTOR'S CURRENT RATE SCHEDULE ____ CONTRACTOR SIGNATURE: ___

CUSTOMER SIGNATURE: ___

**MONTES ENTERPRISES INC**
3835 1/2 Cypress St
Metairie La. 70001
Tel-504-261-6216

| Number | 1167 |
|---|---|
| Date | 3/21/2014 |

| Bill To | Ship To |
|---|---|
| Ron Martinez<br>6507 Memphis<br>New Orleans | |

| PO Number | Terms | Project |
|---|---|---|
| Same as above | Bid | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | installation of drywall, tape,floate, texture and primer Midle bedroom | | $1,300.00 | $1,300.00 |
| | install insulation | | $250.00 | $250.00 |
| | Clean trim that was removed , clean floor in bedroom , cover floors and move kitchen cabinets ,apliances and trim in the bedroom | | $230.00 | $230.00 |

| Amount Paid | $0.00 | Discount | $0.00 |
|---|---|---|---|
| Amount Due | $1,780.00 | Shipping Cost | $0.00 |
| | | Sub Total | $1,780.00 |

| | Total | $1,780.00 |
|---|---|---|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $1,780.00 | $0.00 | $0.00 | $0.00 | $1,780.00 |

Pd Ck #9293
5-4-14
#6,300.32

Invoice #1177 $1100.32
Invoice #1178 $5200.00

$ 6,300.32

**MONTES ENTERPRISES INC**
3835 1/2 Cypress St.
Metairie La. 70001
Tel-504-261-6216

| Number | 1178 |
| --- | --- |
| Date | 5/2/2014 |

**Bill To**
Ron martinez
6507 Memphis
New Orleans

**Ship To**
Ron martinez
6507 Memphis
New Orleans

| PO Number | Terms | Project |
| --- | --- | --- |
| Same as above | Bid | |

| Date | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| | Balance on Installation of Drywall + texture | | $5,200.00 | $5,200.00 |

| Amount Paid | $0.00 | Discount | $0.00 |
| --- | --- | --- | --- |
| Amount Due | $5,200.00 | Shipping Cost | $0.00 |
| | | Sub Total | $5,200.00 |

| | | Total | $5,200.00 |
| --- | --- | --- | --- |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
| --- | --- | --- | --- | --- |
| | | $0.00 | $0.00 | |



EXTRAS

pd CK# 9245
#6300 32 - #1178 #5200 00
5-4-14          invoice# 1177   #1100.32

Total
#6300.

**MONTES ENTERPRISES INC**
3835 1/2 Cypress St.
Metairie La. 70001
Tel-504-261-6216

| | |
|---|---|
| Number | 1177 |
| Date | 5/2/2014 |

**Bill To**
Ron martinez
6507 Memphis
New Orleans

**Ship To**
Ron martinez
6507 Memphis
New Orleans

| PO Number | Terms | Project |
|---|---|---|
| Same as above | Extras | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | frame wall for duble sink, install metal guards for plumbing and electricals, install plywood on attick, install attick stair case and fix archs on dining and living room | 30.00 | $25.00 | $750.00 |
| | Materials Receipts attached | | $350.32 | $350.32 |

| Amount Paid | $0.00 | Discount | $0.00 |
|---|---|---|---|
| Amount Due | $1,100.32 | Shipping Cost | $0.00 |
| | | Sub Total | $1,100.32 |

| | Total | $1,100.32 |
|---|---|---|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $1,100.32 | | $0.00 | $0.00 | |



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -

SALES#: FSTLANE4 13   TRANS#: 19917801 04-19-14

112329 5 LB 1-1/4-IN BLK DRYWLL          43.94
                    2 @   21.97

              SUBTOTAL:              43.94
                   TAX:               3.84
INVOICE 10066   TOTAL:               47.78
                 DEBIT:              47.78

DEBIT:XXXXXXXXXXX4506 AMOUNT:47.78 AUTHCD:
 SWIPED REFID:917832105410 04/19/14 09:30:32
              TRACE:00742686
 PURCHASE   CASH BACK   TOTAL DEBIT
  47.78       0.00         47.78

STORE: 1054 TERMINAL: 10 04/19/14 09:30:32
# OF ITEMS PURCHASED:                  2
 EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S
SEE REVERSE SIDE FOR RETURN POLICY
STORE MANAGER: ALAN SCHAMBER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

************************************
              YOUR OPINIONS COUNT!

---

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -

SALES#: S1054LS2 916516   TRANS#: 59999039 04-20-14

112329 5 LB 1-1/4-IN BLK DRYWLL          65.91
                    3 @   21.97

              SUBTOTAL:              65.91
                   TAX:               5.77
INVOICE 26941   TOTAL:              71.68
                 DEBIT:             71.69

DEBIT:XXXXXXXXXX4506 AMOUNT:71.68 AUTHCD:
 SWIPED REFID:993056105426 04/20/14 09:04:16
              TRACE:00707565
 PURCHASE   CASH BACK   TOTAL DEBIT
  71.68       0.00         71.68

STORE: 1054  TERMINAL: 26   04/20/14 09:04:16
# OF ITEMS PURCHASED:                  3
 EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  ALAN SCHAMBER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%
SEE STORE FOR DETAILS.

***********************************************
*        YOUR OPINIONS COUNT!                 *
*     REGISTER FOR A CHANCE TO WIN A           *
*        $5,000 LOWE'S GIFT CARD!              *

---



More saving.
More doing.™

STORE MANAGER KRIS ROANE
(504)729-4400

12 00009 32285 04/21/14 10:21 AM
CHIER TYRAN - TXS3433

268038453 HSBVWV2 <A>
2.00 X 1 1/2 ID X 2 FT BRAIDED VINYL      6.02
268038460 HSBVWV2 <A>
2 1/2 00 X 2 ID X 2 FT BRAIDED VINYL     16.46
208.23711 4.5" MTL CUT <A>
352090437 1-1/2"X1/16"X7/8" MTL CUT       3.78
AVANTI PRO 4-1/2"X1/16"X7/8" MTL CUT
201.89                                    9.49
575103062 SS CLMP 10PK <A>
#036 SS CLAMP 1-3/4"X2-3/4" DIA 10PK

              SUBTOTAL              35.75
              SALES TAX             3.13
              TOTAL                $38.88
XXXXXXXXXX4506 DEBIT               38.88
TH CODE 331406

RETURN POLICY DEFINITIONS
POLICY ID DAYS' POLICY EXPIRES ON
1    90 12/20/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

0362 09 32285 04/21/2014 7001

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

TNT Drywall Supplies, Inc.
2109 21st Street
Kenner, LA 70062-5801
(504) 466-3344

## Sales Receipt

ransaction #:        22758
ate: 4/24/2014        Time: 8:41:03 AM
ashier: 1        Register #: 1

| Qt | Description | Amount |
|----|----|----|
| | 3/4 INSIDE BULL | $10.98 |
| | 2 @ $5.49 | |
| | Sub Total | $10.98 |
| | Sales | $0.96 |
| | Total | $11.94 |
| | Cash Tendered | $11.94 |
| | Change Due | $0.00 |

22758



X
Thank you for shopping
TNT Drywall Supplies, Inc
We hope you'll come back soon!

TNT Drywall Supplies, Inc.
2109 21st Street
Kenner, LA 70062-5801
(504) 466-3344

## Sales Receipt

ransaction #:        22759
ate: 4/24/2014        Time: 8:43:41 AM
ashier: 1        Register #: 1

| Qt | Description | Amount |
|----|----|----|
| 4110L | 10" ARCHWAY CORNER | $17.94 |
| | 6 @ $2.99 | |
| 847 | TRIM-TEX 847 SPRAY A | $8.99 |
| | Sub Total | $26.93 |
| | Sales | $2.36 |
| | Total | $29.29 |
| | Cash Tendered | $29.35 |
| | Change Due | $0.00 |

22759



X
Thank you for shopping
TNT Drywall Supplies, Inc
We hope you'll come back soon!





More saving.
More doing.™

STORE MANAGER KRIS ROANE
(504) 729-4400

0362 00003 26660    04/12/14    09:22 AM
CASHIER CHRISTINE - CXR1727

0000-166-1G3 3/4 RTD SHTG <A>    23.97
76466616D392 1LB 1-3/8 DW <A>    3.92
1-3/8" P.C. DRYWALL 1 LB

SUBTOTAL            27.89
SALES TAX            1.48
TOTAL            $29.37
DEBIT            29.37

XXXXXXXXXX4506
AUTH CODE 831502

0362 03 26660 04/12/2014 4543

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A    90    07/11/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

- Share your opinion with us! Complete
the brief survey about your store visit
and enter for a chance to win at:
www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR

HTH User ID:
53971 53612

Password:

HELM PAINT & DECORATING
5331 Canal Blvd. N.O. La. 70124
(504) 485-8569
www.helmpaint.com


CUSTOMER ID:3231-535043
              MONTES ENTERPRISES
   15163           081099000294
18LB JNT CMPND EASYSND 2    11.39 T
         UOM:16LB
            CUST DISCOUNT     1.51-
ORDER #3235-33075461
P.O.#.
INVOICE #3235-62444

         SUBTOTAL        9.88
         STATE TAX RATE  0.89
         TOTAL          10.77
         MC            (10.77)

MASTER       SALE  $10.77
XXXXXXXXXXXX4506  SWIPED
APPR: 920770
JOURNAL: 3235029904146963


Tran Code: 5EJ 10CA 002 0011

*5EJ10CA0020011*


X_____


AW042 JR - HLM          110  # 18
Register:02    May  2 2014  9:29 AM


No returns on tinted product or
         Custom Orders.
30 days on all other items with receipt.



**More saving.**
**More doing.**

KENNER LA (504)464-9200
STORE MANAGER DAVE COPELAND

0349  00012  21779   04/30/14  02:53 PM
CASHIER DANDRA - DGF0884

764666160392 1LB 1-3/8 DW <A>      3.92
1-3/8" P.C. DRYWALL 1 LB

             SUBTOTAL          3.92
             SALES TAX         0.34
             TOTAL            $4.26
XXXXXXXXXXXXX4506 DEBIT        4.26
AUTH CODE 531128

0349 12 21779 04/30/2014 1496

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90           07/29/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete



**More saving.**
**More doing.**

STORE MANAGER KRIS ROANE
(504)729-4400

0362  00010  94630   04/29/14  10:22 AM
CASHIER KEENYA - KXC0299

021200451966 SPRAY ADH 61 <A>       6 35
3M CORNER BEAD SPRAY ADHESIVE
751361490343 CNR FOR ARC <A>
10' VINYL ARCH CORNER BEAD         11.91
3@3.97

             SUBTOTAL         18.26
             SALES TAX         1.60
             TOTAL           $19.86
XXXXXXXXXXXXX4506 DEBIT       19.86
AUTH CODE 830476

0362 10 94630 04/29/2014 8805

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A     1      90           07/28/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete

MEMP # is

THE PAINT GALLERY
2109 21ST STREET
KENNER, LA 70062
504-466-3344
Merchant ID                       1678404973

Date: 4/22/2014       Time: 9:23 AM

Trans Type:                       Credit Sale
Transaction #:                    222282152
Name:              INC/MONTES ENTERPRISES
Account:                ************4506
Exp Date:                            ****
Card Type:                     MasterCard
Zip/Postal Code:                    70001
Entry:                             Manual
Auth Code:                          73271
Result:                          APPROVED
Message:                               AP
AVS Response:                           2
Batch Num:                           0524
Term Id          MDBHGHKYT0422

Description

Subtotal:                          $97.73
Total Amt (USD):                   $97.73
No Signature Required

Cardholder Copy
Retain this copy for statement verification

THANKS FOR YOUR BUSINESS!



X _____
Thank you for shopping
TNT Drywall Supplies, Inc.
We hope you'll come back soon!

pd Ck# 1837
5-30-14
#19,157.25

**MONTES ENTERPRISES INC**
3835 1/2  Cypress St.
Metairie La. 70001
Tel-504-261-6216

| Number | 1181 |
|---|---|
| Date | 5/22/2014 |

| Bill To | Ship To |
|---|---|
| Ron martinez<br>6507 Memphis<br>New Orleans | Ron martinez<br>6507 Memphis<br>New Orleans |

| PO Number | Terms | Project |
|---|---|---|
| Same as above | Bid | carpentry and paint work |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Labor to install trim and cabinets on interior | 1.00 | $6,700.00 | $6,700.00 |
| | labor and materials to prime and paint 2 coats of finish throughout interior | 1.00 | $11,100.00 | $11,100.00 |
| | Materials for trim all receipts attached | 1.00 | $1,357.25 | $1,357.25 |

| Amount Paid | $0.00 | Discount | $0.00 |
|---|---|---|---|
| Amount Due | $19,157.25 | Shipping Cost | $0.00 |
| | | Sub Total | $19,157.25 |

| | Total | $19,157.25 |
|---|---|---|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| | $0.00 | | $0.00 | |

_Memphis_

LOWE'S HOME CENTERS, LLC
3040 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

SALE

SALE# 51054007 912902   TRANS# 54705302 05/21-18

[24] 0EB6 NO WHITE TILE                1.86
      16 2      0.46

           SUBTOTAL :              4.60
              TAX :                0.40
INVOICE 26846  TOTAL :             5.00
              DEBIT:               5.00

DEBIT:XXXXXXXXXXXX4506 AMOUNT:5.00 AUTH:000000
SWIPED REF ID:701001105426 05/21/14 14:36:41
              TRACE:00700847
   PURCHASE    CASH BACK    TOTAL DEBIT
     5.00        0.00         5.00

STORE: 1054  TERMINAL: 26  05/21/14 14:36:42
# OF ITEMS PURCHASED:            10
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: OLAR SCHADER

WE HAVE THE LOWEST PRICES GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%
SEE STORE FOR DETAILS.

WE VALUE YOUR OPINION! COUNT!

---

_Memphis_

ONE 'S HOME CENTERS, LLC
3040 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

SALE

SALE# 51054007 317731   TRANS# 85498610 05/12-14

[25] 11/3G SQ FIRE TILE FLOORING    26.93
    [6x 422 16 X 2 1/4 16 3 4-T]    12.97

           SUBTOTAL :             33.90
              TAX :                2.97
INVOICE 23756  TOTAL :            36.87
              DEBIT.              36.87

DEBIT:XXXXXXXXXXXX4500 AMOUNT:36.87 AUTH:
SWIPED REF ID:036629105423 05/12/14 07:43.44
              TRACE:00769947
   PURCHASE    CASH BACK    TOTAL DEBIT
    36.87       0.00        36.87

STORE: 1054  TERMINAL: 23  05/12/14 07.43.45
# OF ITEMS PURCHASED:             2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: OLAR SCHADER

WE HAVE THE LOWEST PRICES GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%
SEE STORE FOR DETAILS.

YOUR OPINION! COUNT!



Memphis Plymouth Shelter 51-51 Memphis

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002 (504) 780-0114

SALE
SALES#: S1054RR1 1 TRANS#: 0535538 05-17-14

532380 3/4" TOP FINITE BORDERLESS 47.37
71427 ALL FOR 2IN FINISH BRUSH 16.28

47.37 ✓
Tax 4.14
51.51

| | |
|---|---|
| SUBTOTAL: | 51.65 |
| TAX: | 5.57 |
| INVOICE 29913 TOTAL: | 64.22 |
| DEBIT: | 69.22 |

DEBIT:XXXXXXXXXXXX4506 AMOUNT:69.22 AUTHCD:000000
SWIPED REF ID:552561094274 05/17/14 11:34:16
TRACE:00755987

| PURCHASE | CASH BACK | TOTAL DEBIT |
|---|---|---|
| 69.22 | 0.00 | 69.22 |

STORE: 1054 TERMINAL: 23 05/17/14 14:39:10
# OF ITEMS PURCHASED: 2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ALAN SCHRADER

WE HAVE THE LOWEST PRICES. GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.

---

MEMPHIS

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002 (504) 780-0114

SALE
SALES#: S1054JAI 1540446 TRANS#: 5113135 05-10-14

491005 3/4-IN X 5 1/2-IN X 12-FT 143.82
6 @ 23.97
491004 3/4-IN X 3 1/2-IN X 12-FT 98.94
6 @ 16.49

| | |
|---|---|
| | 242.76 |
| SUBTOTAL: | 21.24 |
| TAX: | 264.00 |
| INVOICE 04072 TOTAL: | 264.00 |
| DEBIT: | |

DEBIT:XXXXXXXXXXXX4506 AMOUNT:264.00 AUTHCD:
SWIPED REF ID:733157154404 05/10/14 09:45:57
TRACE:00562838

| PURCHASE | CASH BACK | TOTAL DEBIT |
|---|---|---|
| 264.00 | 0.00 | 264.00 |

STORE: 1054 TERMINAL: 04 05/10/14 09:45:58
# OF ITEMS PURCHASED: 12
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ALAN SCHRADER

WE HAVE THE LOWEST PRICES. GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.

---

Memphis

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002 (504) 780-0114

SALE
SALES#: S1054RR1 1083501 TRANS#: 59904476 05-13-14

90519 PVC STOP SHUT 1 1/4 X 378 10.14
2 @ 5.07
77181 FLX JAMB 4-9/16 IN X 8 FOOT 25.25

| | |
|---|---|
| SUBTOTAL: | 35.39 |
| TAX: | 3.10 |
| INVOICE 26478 TOTAL: | 38.49 |
| DEBIT: | 38.49 |

DEBIT:XXXXXXXXXXXX4506 AMOUNT:38.49 AUTHCD:
SWIPED REF ID:984495105426 05/13/14 07:34:56
TRACE:00065393

| PURCHASE | CASH BACK | TOTAL DEBIT |
|---|---|---|
| 38.49 | 0.00 | 38.49 |

STORE: 1054 TERMINAL: 26 05/13/14 07:34:57
# OF ITEMS PURCHASED: 3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ALAN SCHRADER

WE HAVE THE LOWEST PRICES. GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO WIN A
$5,000 LOWE'S GIFT CARD!
REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA
TARJETA DE REGALO DE LOWE'S DE $5000!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R I D #: 26450 1054 131

NO PURCHASE NECESSARY TO ENTER OR WIN.

_MEMPHIS_



**LUMBER PRODUCTS, INC.**
P O BOX 9510
METAIRIE, LA 70055

*All parts*   PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4:30
Monday - Friday Closed Saturdays

| 169459 | TERMS: CASH | CLERK: LB | DATE / TIME: 5/13/14   2:25 |
|---|---|---|---|

DUE DATE: 6/30/14       TERMINAL: 558

DEL. DATE: 5/13/14

SALESPERSON: HS  HOUSE ACCOUNT
TAX: 001  JEFFERSON PARISH

# INVOICE: B69459

| Li | ESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|---|
| 1 | | 96 | .98 | LF | 94.08 |
| 2 | E SHOE | 128 | .19 | LF | 24.32 |
| | 8979  AUTH#:0 | | | | |

| DEBIT CARDS | 128.76 | ** PAID IN FULL ** | 128.76 | TAXABLE | 118.40 |
|---|---|---|---|---|---|
| | | | | NON-TAXABLE | 0.00 |
| | | | | SUBTOTAL | 118.40 |

| TAX AMOUNT | 10.36 |
|---|---|

DEBITCARD PAYMENT      128.76
DEBIT# XXXXXXXXXXXX4506

**TOTAL     128.76**

T WT: 0.00

X _____
           Received By



**LUMBER PRODUCTS, INC.**
P O BOX 9510
METAIRIE, LA 70055

PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4:30
Monday - Friday Closed Saturdays

| CUST NO: | JOB NO: | PURCHASE ORDER: | REFERENCE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|---|---|---|
| *1 | 000 | | ESTIMATE# | CASH | MV | 5/9/14  11:52 |

| SOLD TO: | SHIP TO: |
|---|---|
| HOUSE | HOUSE |

DUE DATE: 6/30/14   TERMINAL: 560

SALESPERSON: HS  HOUSE ACCOUNT
TAX: 001  JEFFERSON PARISH

## *INVOICE: B68630*

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 16 | 16 | EA | WM27316FJ | 16FT 1-3/4" PICTURE MOULDING F.J | 256 | .58 | LF | 148.48 |
| 2 | 18 | 18 | PC | 1616DP | 1X6X16 DURA PRIME | 144 | 1960.00 | MF | 282.24 |
| | | | | | HostRef#      Ref#:936870 AUTH#:0 | | | | |

| DEBIT CARDS | 468.41 | ** PAID IN FULL ** | 468.41 | TAXABLE | 430.72 |
|---|---|---|---|---|---|
| | | | | NON-TAXABLE | 0.00 |
| | | | | SUBTOTAL | 430.72 |

| | | | TAX AMOUNT | 37.69 |
|---|---|---|---|---|
| DEBITCARD PAYMENT | 468.41 | **TOTAL** | | **468.41** |
| DEBIT# XXXXXXXXXXXX4506 | | | | |

TOT WT: 0.00

X
Received By

**LUMBER PRODUCTS, INC.**
**P O BOX 9510**
**METAIRIE, LA 70055**

PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4:30
Monday - Friday Closed Saturdays

| CE: | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|
| R# 169925 | CASH | LB | 5/15/14   12:23 |

DUE DATE: 6/30/14     TERMINAL: 558

SE

DEL. DATE: 5/15/14

SALESPERSON: HS  HOUSE ACCOUNT
TAX: 001  JEFFERSON PARISH

# INVOICE: B69925

| DESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|
| 16FT 1-3/4" PICTURE MOULDING FJ | 64 | .58 | LF | 37.12 |
| HostRef#      Ref#:939989 AUTH#:0 | | | | |

THANK YOU FOR SHOPPING AT
LUMBER PRODUCTS, INC.
(504) 834-8444

OFFICE HOURS are 7 - 4:30
Monday - Friday Closed Saturdays
5/15/14 12:23PM LB      585  SALE

SUB-TOTAL:   37.12   TAX     3.25
                  TOTAL:   40.37
        DB AMT:           40.37

         DEBIT/ATM          40.37
DEBIT/ATM:  XXXXXXXXXXXX4506
ID:  17427142
AUTH:   0           AMT:    -40.37
ebit network id:
ost reference #:16982601  Bat#0070
Trace#       939989568
WIPED
ARD TYPE:DEBIT       EXPR: XXXX

> JRNL#369925
    CUST # 41    / 61
    Customer Copy

| | | | | |
|---|---|---|---|---|
| DEBIT CARDS | 40.37 | ** PAID IN FULL ** | 40.37 | TAXABLE 37.12 |
| | | | | NON-TAXABLE 0.00 |
| | | | | SUBTOTAL 37.12 |

TAX AMOUNT    3.25

| DEBITCARD PAYMENT | | |
|---|---|---|
| DEBIT# XXXXXXXXXXXX4506 | 40.37 | **TOTAL**   **40.37** |

TOT WT: 0.00

X
                    Received By

**LUMBER PRODUCTS, INC.**
P O BOX 9510
METAIRIE, LA 70055

PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4.30
Monday - Friday Closed Saturdays

| | TERMS: | CLERK: | DATE / TIME: |
|---|---|---|---|
| 59876 | CASH | MV | 5/15/14   10:18 |

DUE DATE: 6/30/14          TERMINAL: 560

DEL. DATE: 5/15/14

SALESPERSON: HS  HOUSE ACCOUNT
TAX: 001  JEFFERSON PARISH

## *INVOICE:* B69876

| DESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|
| T 1/2X3/4 F.J. BASE SHOE | 48 | .19 | LF | 9 12 |

| ** PAID IN FULL ** | 9.92 | TAXABLE | 9.12 |
|---|---|---|---|
| | | NON-TAXABLE | 0.00 |
| | | SUBTOTAL | 9.12 |

| | | TAX AMOUNT | 0.80 |
|---|---|---|---|
| BANKCARD PAYMENT | 9.92 | **TOTAL** | **9.92** |
| BKCRD# XXXXXXXXXXXX4506 | | | |

APP: 108166      XR: 169876

X

Received By

---

THANK YOU FOR SHOPPING AT
LUMBER PRODUCTS, INC
(504) 834-8444

Office hours are 7 - 4:30
Monday - Friday, Closed Saturdays
5/15/14 10:16AM MV      B60  SALE

SUB-TOTAL:      9.12    TAX       .80
                TOTAL:            9.92
          BC AMT:                 9.92

BK CARD#:   XXXXXXXXXXXX4506
ID:  17427142
AUTH:  108166       AMT:       9.92
Host reference #:169875  Batch#0070
SWIPED
CARD TYPE:MASTERCARD    EXPR: XXXX

Trace # 339895679

JPHLA069876
      CUST # 41

THANK YOU MONTES ENTERPRISES INC
     FOR YOUR PATRONAGE



Name: X
I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
Acct: HOUSE

          Customer Copy

TOT WT: 0.00
MID: 17427142



**LUMBER PRODUCTS, INC.**
P O BOX 9510
METAIRIE, LA 70055

PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4:30
Monday - Friday Closed Saturdays

| CUST NO: *1 | JOB NO: 000 | PURCHASE ORDER: | REFERENCE: ORDR # 169874 | TERMS: CASH | CLERK: MV | DATE / TIME: 5/15/14   10:17 |
|---|---|---|---|---|---|---|

| SOLD TO: HOUSE | SHIP TO: HOUSE | DUE DATE: 6/30/14    TERMINAL: 560 |
|---|---|---|
| | | DEL. DATE: 5/15/14 |
| | | SALESPERSON: HS  HOUSE ACCOUNT |
| | | TAX: 001  JEFFERSON PARISH |

# INVOICE: B69874

| LINE | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 3 | PC | 1616DP | 1X6X16 DURA PRIME | 24 | 1960.00 | MF | 47.04 |
| 2 | 1 | 1 | PC | 14B | 4X8 - 1/4" BIRCH PLYWOOD | 32 | 586.56 | MS | 18.77 |
| | | | | | HostRef#        Ref#:939895  AUTH#:0 | | | | |

| DEBIT CARDS | 71.57 | ** PAID IN FULL ** | 71.57 | TAXABLE | 65.81 |
|---|---|---|---|---|---|
| | | | | NON-TAXABLE | 0.00 |
| | | | | SUBTOTAL | 65.81 |

TAX AMOUNT    5.76

| DEBITCARD PAYMENT | 71.57 | **TOTAL** | **71.57** |
|---|---|---|---|
| DEBIT# XXXXXXXXXXXX4506 | | | |

TOT WT: 0.01

X
Received By

**LUMBER PRODUCTS, INC.**
P O BOX 9510
METAIRIE, LA 70055

PAGE NO 1

**PHONE: (504) 834-8444**
Office hours are 7 - 4:30
Monday - Friday Closed Saturdays

| ENCE:<br>DR # 170057 | TERMS:<br>CASH | CLERK:<br>BS | DATE / TIME:<br>5/15/14    3:27 |
|---|---|---|---|

DUE DATE: 6/30/14    TERMINAL: 556

TO:
OUSE

DEL. DATE: 5/15/14

SALESPERSON: HS  HOUSE ACCOUNT
TAX: 001  JEFFERSON PARISH

# INVOICE: B70057

| DESCRIPTION | UNITS | PRICE / | PER | EXTENSION |
|---|---|---|---|---|
| 16FT 1-3/4" PICTURE MOULDING FJ | 64 | .58 | LF | 37.12 |
| 1X6X16 DURA PRIME | 32 | 1960.00 | MF | 62.72 |
| 16FT 1-3/8" DOOR STOP MOULDING | 48 | .48 | LF | 23.04 |
| HostRef#    Ref#:940134 AUTH#:0 | | | | |

| | | | | |
|---|---|---|---|---|
| DEBIT CARDS | 133.63 | ** PAID IN FULL ** | 133.63 | TAXABLE | 122.88 |

NON-TAXABLE          0.00
SUBTOTAL        122.88

TAX AMOUNT        10.75

| DEBITCARD PAYMENT<br>DEBIT# XXXXXXXXXXXX4506 | 133.63 | **TOTAL** | **133.63** |
|---|---|---|---|

TOT WT: 0.00

X _____
Received By

THANK YOU FOR SHOPPING AT
LUMBER PRODUCTS INC
(504) 834-8444

Office hours are 7 - 4:30
Monday - Friday Closed Saturdays
5/15/14  3:27PM BS        556  SALE

SUB-TOTAL     122.88    TAX        10.75
                 TOTAL       133.63
           DB AUT:         133.63

DEBIT/ATM:              133.63
DBIT/ATM:  XXXXXXXXXXXX4506
X: 17427142
TH:  0              AUT)     133.63
lift network id:
st reference #:17005    Bat#00?0
ace#       940134010
PED
9 TYPE:DEBIT
              EXPR: XXXX

##B70057
0007 9 #1
Customer Copy



*Per CH# 7293*
*7-16-14*
*#2350.25 (invoices #1198+119?*

**MONTES ENTERPRISES INC.**
3835 1/2 Cypress St.
Metairie La. 70001
Tel-504-261-6216

| Number | 1199 |
|--------|------|
| Date | 7/9/2014 |

**Bill To**
Ron martinez
6507 Memphis
New Orleans

**Ship To**
Ron martinez
6507 Memphis
New Orleans

| PO Number | Terms | Project |
|-----------|-------|---------|
| Same as above | Extras | Tile and paint work |

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| | Fix tile in Bathroom and Counter tops | 32 | $25.00 | $800.00 |
| | Clean Interior Throughout | 1 | $550.00 | $550.00 |
| | Materials tile + Thin set | | $55.00 | $55.00 |



*1405*
*945*
*2350*

| Amount Paid | $0.00 |
|-------------|-------|
| Amount Due | $1,405.00 |

| Discount | $0.00 |
|----------|-------|
| Shipping Cost | $0.00 |
| Sub Total | $1,405.00 |

| Total | $1,405.00 |
|-------|-----------|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| $2,350.00 | $0.25 | $0.00 | $0.00 | $2,350.25 |

*pd C#t# 9293*
*7·16·14*
*#2 350 25 (invoice# 1198 r 1199)*

**MONTES ENTERPRISES INC.**
3835 1/2 Cypress St.
Metairie La. 70001
Tel-504-261-6216

| | |
|---|---|
| Number | 1198 |
| Date | 7/9/2014 |

| Bill To | Ship To |
|---|---|
| Ron martinez<br>3642 Magazine St.<br>New Orleans | Ron martinez<br>3642 Magazine St.<br>New Orleans |

| PO Number | Terms | Project |
|---|---|---|
| Same as above | By Hour | carpentry and paint work |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Patch drywall in Bathroom and paint + hallway | 36 | $25.00 | $900.00 |
| | Materials prymer and Drywall mode | 1 | $45.00 | $45.00 |

| Amount Paid | $0.00 | Discount | $0.00 |
|---|---|---|---|
| Amount Due | $945.00 | Shipping Cost | $0.00 |
| | | Sub Total | $945.00 |

| | Total | $945.00 |
|---|---|---|

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $945.00 | $0.25 | $0.00 | $0.00 | $945.25 |

pd CATT 9235
4-18-14
$ 500.00

**FRAICHE, INC.**
*Plumbing and Mechanical*
*3523 Gravier Street*
*New Orleans, LA 70119*
*504-415-1314*

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/16/2014 | 1337 |

Bill To

Ron Martinez
6507 Memphis Street
New Orleans, LA 70124

| P O No. | Terms | Project |
|---------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Inspection and filing fees, job site visits (including meeting inspectors) and permit charges. | 500.00 | 500.00 |

Thank you for your business.

| Phone # |
|---------|
| 504-415-1314 |

**Total**  $500.00

**THREE-D PLUMBING REPAIRS, LLC**
DALE MILLER, JR
5108 TOPAZ DR
MARRERO, LA. 70072

Pd Cash $38~
$3800.00
4-18-14

PLUMBING
Work Order/Invoice

1480

504-415-1453

TO: Ron Martinez
6507 Memphis St
NewOrleans, LA

DAYWORK   CONTRACT   EXTRA
OVERTIME   OTHER

6507 Memphis

| DESCRIPTION OF WORK | | | |
|---|---|---|---|
| NO HEAT | | | |
| NO WATER | | | |
| BURST PIPE(S) | | | |
| LEAK PIPE(S) | | | |

| LABOR | HRS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

TOTAL LABOR

| QTY | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| | Estimate to include Labor + Material to Replumb where necessary to meet Code. | | 3800 00 |
| | Set + Connect fixtures after walls + Floors are completed | | 800 00 |
| | Payment due @ First inspation (rough-in) $3800.00 | | |

| | |
|---|---|
| TOTAL MATERIALS | 4600 00 |
| TOTAL LABOR | |
| TAX | (Two payments) |
| OTHER CHARGES | |
| TOTAL | |

Thank You!

ck# 9267
#870°°
6-2-14

| | CONTRACT | EXTRA |
| OVERTIME | OTHER | |

CHECK MARKS DENOTE:
☐ WORK TO BE DONE
☐ WORK COMPLETED

TERMS

DESCRIPTION OF WORK

NO HEAT
NO WATER
BURST PIPE(S)
THAW PIPE(S)
INSULATE PIPE(S)
BLOCKAGE - WASTE SYSTEM
KITCHEN
  SINK
  INSTANT HOT
  WATER FILTER
  DISPOSAL
  DISHWASHER
BATH (1) (2) (3)
  LAVATORY
  WATER CLOSET
  BATHTUB
  SHOWER STALL / HEAD
WHIRLPOOL / SPA / HOT TUB
LAUNDRY
WASHING MACHINE
FAUCET(S)
SILL COCK
SUPPLY LINE(S)
▶ TRAP(S) / DRAIN(S)
FILTER(S)
GATE / BALL VALVE(S)
WATER LINE(S)
WELL / WATER PUMP
PRESSURE TANK
WATER SOFTENER / COND
SUMP / EFFLUENT PUMP
WATER HEATER
BOILER - STEAM / HOT WATER
  SAFETY VALVE
  CIRCULATOR
  ZONE VALVE
BASEBOARD(S) / RADIATOR(S)
FURNACE
BURNER
HEAT PUMP
AIR CONDITIONER
WASTE / SEWER LINE(S)
GAS PIPE(S)

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|

TOTAL LABOR

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|

| TOTAL MATERIALS | 4,600 | 00 |
| TOTAL LABOR | ADD - 3,800 | 00 |
| TAX | Balance 800 | 00 |
| OTHER CHARGES | Extra 70 | 00 |
| TOTAL | 870 | 00 |

Balance 870.00

Thank You!

BUDDY
415-4618

**A/C SERVICE DEPOT CORPORATION**
P. O. Box 55952 • Metairie, LA 70005
835-0333

Invoice # No. 4297

Date 4-9-14

Bill To RONALD MARTINEZ
6525 MEMPHIS
NO LA 70124

Job
6507 MEMPHIS

| Home Number | Work Number | Make | GOODMAN |
|---|---|---|---|
| | | Model | |
| Technician GLENN | PO # | Serial Number | |

| QTY. | MATERIALS | AMOUNT | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|
| | | | ROUGH-IN A 4-TON SYSTEM |
| | | | |
| | | | |
| | | | 13 SEER → 8995 00 |
| | | | 70% 6296 50 |
| | | | BALANCE DUE ON START UP |
| | | | 2698 50 |
| | | | |
| | | | 14 SEER 9275 00 |
| | | | 70% 6492 50 |
| | | | BALANCE DUE ON START UP |
| | | | 2782 50 |
| | TOTAL MATERIALS | | |

#2 #9251

**EPA DATA**

RC   Unit   No. _____   Refrigerant R- _____

Comments _____

_____ # Recovered      _____ # Ref. Disposed
_____ # Recycled       _____ # Old Ref. Charged
_____ # Reclaimed      _____ # New Ref. Charged

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturer's or supplier's written warranty only. All labor performed by the above named company is warranted for one year or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

TERMS
Net upon receipt of invoice. 1 1/2% per month service charge on unpaid invoice.

I have authority to order the work outline which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

Customer Signature          Date

| DATE | HOURS | TOTAL SUMMARY | |
|---|---|---|---|
| | | TOTAL MATERIALS | |
| | | TOTAL LABOR | |
| | | | 6492 50 |
| TOTAL HOURS | | | |
| Thank You | | TOTAL | |

*pd. CNH 7262*

*6.2.14*

*#2782.50*

**A/C SERVICE DEPOT CORPORATION**
P. O. Box 55952 • Metairie, LA  70005
**835-0333**

Invoice # **No.**

Date _____

| Bill To | Job |
|---|---|
| | |

| Home Number | Work Number | Make |
|---|---|---|
| | | Model |
| Technician | PO # | Serial Number |

| QTY. | MATERIALS | AMOUNT | DESCRIPTION OF WORK PERFORMED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL MATERIALS | | |

**EPA DATA**

RC ___ Unit ___ No. _____  Refrigerant R- _____

Comments _____

| ___ # Recovered | ___ # Ref. Disposed |
|---|---|
| ___ # Recycled | ___ # Old Ref. Charged |
| ___ # Reclaimed | ___ # New Ref. Charged |

LIMITED WARRANTY: All materials, parts and equipment are warranted by the manufacturer's or supplier's written warranty only. All labor performed by the above named company is warranted for one year or as otherwise indicated in writing.  The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

TERMS
Net upon receipt of invoice.  1 1/2% per month service charge on unpaid invoice.

I have authority to order the work which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made.  If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense.  Any damage resulting from said removal shall not be the responsibility of Seller.

| DATE | HOURS | TOTAL SUMMARY | |
|---|---|---|---|
| | | TOTAL MATERIALS | |
| | | TOTAL LABOR | |
| | | | |
| TOTAL HOURS | | | |
| | *Thank You* | TOTAL | |

Customer Signature _____  Date _____

Blache Electric, LLC
1612 Alexander Ave.
Arabi, LA 70032

*pd. Cu# 9260*
*6-2-14*
*#2930.00*

# Invoice

```
┌─────────────────────────────────────────┐
│ Bill To:                                 │
│                                          │
│ Ron Martinez                             │
│ 6507 Memphis Street                      │
│ New Orleans, LA                          │
│                                          │
└─────────────────────────────────────────┘
```

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 05/31/14 | 858 | | Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Electrical | Filed permit with City of New Orleans. Passed rough-in and final inspections. Disconnected all circuits in main panel for construction. Installed (2) GFCI receptacles under panel for construction power. Removed all wiring devices. Cleaned ground wires and installed new green wire nuts. Installed switches, receptacles, smoke detectors, ceiling fans and light fixtures.<br>Permit and inspections: $200<br>Materials: $560<br>Labor: $2170 | | 2,930.00 | 2,930.00 |

ank you for your business.

| | | | Total | $2,930.00 |
|---|---|---|-------|-----------|

Blache Electric, LLC
1612 Alexander Ave.
Arabi, LA 70032

# Invoice

*Pd Ck# 7299*
*#320.00*
*7 30 14*

Bill To:
Ron Martinez
6507 Memphis Street
New Orleans, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 07/21/14 | 881 | | Due on receipt | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Electrical | Furnished and installed fusible disconnect switch for A/C condenser unit and (2) heat/vent/light fixtures in bathrooms. | | 320.00 | 320.00 |

Thank you for your business.

| | Total | $320.00 |
|--|-------|---------|

AMKO FENCE - KENNER, LLC

1224 VETERANS BLVD.
KENNER, LA 70062
PHONE: (504) 468-9559
FAX:    (504) 468-9558

*pd. Ck# 9280*
*7 3 14*
*#1418 00*

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/25/2014 | 5255 |

**Bill To**

Ron Martinez
6507 Memphis
New Orleans. LA 70124

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
| Martinez | Due on receipt | Jody | |

| Item | Description | Amount |
|------|-------------|--------|
| R-Fencing | Labor and Materials to install :<br><br>50' - 6' cedar 2 rail with .065 2 1/2" posts: 1 - 3 x 6 walk gate | 1,388.00 |
| R-Change Order | Change Order<br>Additional 6 holes | 30.00 |

*REPLACE FENCE that WAS*
*Removed @ Back ALLEY*
*for Access during construction*

Thank you for your business.

| | |
|--|--|
| **Total** | $1,418.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,418.00 |

Chinese Drywall Expenses
6507 Memphis Street
New Orleans, LA 70124

| Bank of America Invoice Date | total |
|---|---|
| January 17 - February 15, 2014 | $354.89 |
| February 16 - March 17, 2014 | $176.61 |
| March 18 - April 15, 2014 | $3,782.01 |
| April 16 – May 16, 2014- | $452.62 |
| May 17 – June 16, 2014 | $214.94 |
| June 17 – July 17, 2014 | $609.86 |
| July 18 – August 19, 2014 | $55.85 |
| August 20 – September 16, 2014 | $25.00 |
| Total Owner Purchased Material Expenses | $5,671.78 |

**BankAmericard** | Cash Rewards

**Bank of America**

World MasterCard®

5466 3221 8298 0692
January 17 - February 15, 2014
Page 3 of 6

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 01/16 | 01/18 | SHELL OIL 575430576QPS NEW ORLEANS LA+ | 1988 | 9269 | 46.26 | |
| 01/17 | 01/18 | GEICO          08008413000 DC+ | 3445 | 9269 | 227.38 | |
| 01/17 | 01/21 | LILLY'S CAFE          NEW ORLEANS LA+ | 4599 | 9269 | 34.72 | |
| 01/17 | 01/21 | THE HOME DEPOT 362    HARAHAN    LA+ | 0802 | 9269 | 141.31 | |
| 01/18 | 01/21 | BLUE CRAB RESTAURANT  NEW ORLEANS LA+ | 6131 | 9269 | 17.50 | |
| 01/18 | 01/21 | BLUE CRAB RESTAURANT  NEW ORLEANS LA+ | 6065 | 9269 | 18.00 | |
| 01/19 | 01/21 | DILLARD'S 760 LAKESIDE METAIRIE   LA+ | 8127 | 9269 | 651.41 | |
| 01/19 | 01/21 | DEANIES SEAFOOD MARKET METAIRIE   LA+ | 2111 | 9269 | 5.73 | |
| 01/20 | 01/21 | JCPENNEY 0549     METAIRIE    LA+ | 6173 | 9269 | 43.50 | |
| 01/20 | 01/21 | LOWES #01054     METAIRIE    LA+ | 7322 | 9269 | 8.68 | |
| 01/20 | 01/21 | BARNES & NOBLE #2768  METAIRIE    LA+ | 5733 | 9269 | 10.86 | |
| 01/20 | 01/21 | LAKEVIEW GROCERY     NEW ORLEANS LA+ | 8354 | 9269 | 11.07 | |
| 01/20 | 01/21 | WALGREENS #11496     NEW ORLEANS LA+ | 2561 | 9269 | 4.16 | |
| 01/20 | 01/22 | NETFLIX.COM       NETFLIX.COM CA+ | 8973 | 1164 | 7.99 | |
| 01/21 | 01/22 | MICHAELS STORES 9952 METAIRIE    LA+ | 3020 | 9269 | 8.68 | |
| 01/21 | 01/22 | WAL-MART #0989      METAIRIE    LA+ | 6884 | 9269 | 101.36 | |
| 01/21 | 01/22 | TJMAXX #0287      METAIRIE    LA+ | 0137 | 9269 | 18.48 | |
| 01/21 | 01/22 | NAMESE         METAIRIE    LA+ | 5181 | 9269 | 13.99 | |
| 01/21 | 01/22 | AWL PEARSON EDUCATION MYLAB&MASTERIN}+ | 1145 | 9269 | 60.50 | |
| 01/21 | 01/23 | ROYAL HONDA      METAIRIE    LA+ | 9693 | 9269 | 46.32 | |
| 01/22 | 01/23 | WALGREENS #11496     NEW ORLEANS LA+ | 4107 | 9269 | 9.01 | |
| 01/22 | 01/23 | WALGREENS #2640      NEW ORLEANS LA+ | 4024 | 9269 | 13.07 | |
| 01/23 | 01/24 | JCPENNEY 0549     METAIRIE    LA+ | 5056 | 9269 | 43.50 | |
| 01/23 | 01/24 | SAMSCLUB #4775     METAIRIE    LA+ | 6267 | 9269 | 33.01 | |
| 01/23 | 01/24 | WAL-MART #5022     NEW ORLEANS LA+ | 1039 | 9269 | 7.36 | |
| 01/24 | 01/25 | LAKEVIEW GROCERY     NEW ORLEANS LA+ | 3485 | 9269 | 19.20 | |
| 01/27 | 01/28 | LAKEVIEW GROCERY     NEW ORLEANS LA+ | 9176 | 9269 | 12.77 | |
| 01/27 | 01/29 | KMART 4810       METAIRIE    LA+ | 1149 | 9269 | 24.82 | |
| 01/27 | 01/29 | LAKEVIEW DISCOUNT FUEL NEW ORLEANS LA+ | 2296 | 9269 | 46.25 | |
| 01/28 | 01/29 | BHY CHI OMEGA      866-245-5499 TN+ | 0498 | 9269 | 615.00 | |
| 01/29 | 01/30 | RITE AID STORE 7271Q05 NEW ORLEANS LA+ | 0026 | 9269 | 8.38 | |
| | | + TRANS FROM 5466322182509269  6,263 | | | | |
| 01/30 | 02/01 | ORLEANS AVENUE MARKET NEW ORLEANS LA | 5599 | 9269 | 50.78 | |
| 01/30 | 02/03 | AUTOZONE #3019     METAIRIE    LA | 8852 | 9269 | 131.58 | |
| 01/31 | 02/03 | GEICO          08008413000 DC | 4882 | 9269 | 519.19 | |
| 02/05 | 02/06 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 7920 | 0692 | 20.87 | |
| 02/06 | 02/07 | TARGET       00014498 METAIRIE   LA | 4181 | 0692 | 60.93 | |
| 02/06 | 02/07 | LAKEVIEW GROCERY     NEW ORLEANS LA | 1534 | 0692 | 8.10 | |
| 02/06 | 02/08 | TOUPS MEATERY      NEW ORLEANS LA | 7035 | 0692 | 32.00 | |
| ✳02/07 | 02/10 | CNO ONE STOP SHOP    NEW ORLEANS LA | 0090 | 0692 | 285.00 ✳| |
| 02/08 | 02/10 | TUXEDOS TO GEAUX     504-834-3771 LA | 8005 | 0692 | 172.91 | |
| 02/09 | 02/10 | SAMSCLUB #4775     METAIRIE    LA | 2133 | 0692 | 59.36 | |
| 02/09 | 02/11 | DEANIES SEAFOOD MARKET METAIRIE    LA | 4613 | 0692 | 5.61 | |
| 02/10 | 02/11 | TJ MAXX #635      NEW ORLEANS LA | 9836 | 0692 | 21.74 | |
| 02/10 | 02/11 | MARSHALLS #0141     NEW ORLEANS LA | 9752 | 0892 | 86.97 | |
| 02/10 | 02/11 | WAL-MART #1353     HARAHAN    LA | 7014 | 0692 | 145.97 | |
| 02/10 | 02/11 | BHY CHI OMEGA      866-245-5499 TN | 4418 | 0692 | 120.00 | |
| 02/11 | 02/13 | LAKEVIEW DISCOUNT FUEL NEW ORLEANS LA | 2791 | 0692 | 47.60 | |
| 02/12 | 02/13 | TARGET       00020891 BATON ROUGE LA | 6159 | 0692 | 124.18 | |
| 02/12 | 02/13 | GINOS RESTAURANT INC  BATON ROUGE LA | 2844 | 0692 | 31.64 | |
| 02/12 | 02/13 | HOTELS.COM       800-246-8357 WA | 8959 | 0692 | 112.34 | |
| 02/13 | 02/14 | TARGET       00014498 METAIRIE   LA | 6379 | 0692 | 10.35 | |
| 02/13 | 02/14 | TJMAXX #0287      METAIRIE    LA | 2867 | 0692 | 91.33 | |
| 02/13 | 02/14 | ADELES DANCE AND ACTIV METAIRIE    LA | 6242 | 0692 | 14.14 | |
| | | continued on next page... | | | | |

*Total Materials*
*$ 354.89*

## Transaction - continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 02/13 | 02/14 | JAZZERCISE        08003484748  CA | 2565 | 0692 | 48.50 | |
| 02/13 | 02/15 | LAKEVIEW DISCOUNT FUEL NEW ORLEANS  LA | 6963 | 0692 | 54.36 | |
| 02/14 | 02/15 | FANTASTIC SAMS      METAIRIE   LA | 8456 | 0692 | 17.00 | |
| 02/14 | 02/15 | LOWES #02470       NEW ORLEANS  LA | 8111 | 0692 | 69.89 | |
| | | | | | | $4,652.63 |
| | | **Interest Charged** | | | | |
| 02/15 | 02/15 | Interest Charged on Purchases | | | 0.00 | |
| 02/15 | 02/15 | Interest Charged on Balance Transfers | | | 0.00 | |
| 02/15 | 02/15 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 02/15 | 02/15 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 22.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 22.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 23.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 24.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

## Rewards

```
        BANKAMERICARD CASH REWARDS
    45.53   BASE EARNED THIS MONTH
      .00   BONUS THIS MONTH
      .00   REDEEMED THIS MONTH
 1,230.14   TOTAL AVAILABLE
    VISIT BANKOFAMERICA.COM/CASHREWARDS
```

## Of Special Interest

Go Paperless! You can find, view, and download printable PDFs of your statements and eligible documents-all in one place. To go paperless, enroll in Online Banking at www.bankofamerica.com/onlinebanking. Find the green leaf icon and click "Go Paperless".

6507 Memphis st.

$25.64



# LOWE'S®

## NEVER STOP IMPROVING

LOWE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117 (504) 948-8560

- SALE -

SALES#: S2470LT2 811615  TRANS#: 10424231 02-14-14

```
457961 1/2-IN REMOVAL TOOL          1.08
254026 NL 1/2-IN TUBE CAP (-2927   23.76
        4 @    5.94
7384 PROPANE TANK EXCHANGE-BLU     39.94
        2 @   19.97

        SUBTOTAL:           65.58
            TAX:             4.31
INVOICE 10625  TOTAL:       69.89
             M/C:           69.89
```

M/C:XXXXXXXXXXXXX0692 AMOUNT:69.89 AUTHCD:035072
SWIPED REFID:424235247010 02/14/14 18:30:35



STORE: 2470  TERMINAL: 10  02/14/14 18:30:42

# OF ITEMS PURCHASED:      5
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

```
********************************************************
*          YOUR OPINIONS COUNT!                       *
*        REGISTER FOR A CHANCE TO WIN A               *
*         $5,000 LOWE'S GIFT CARD!                    *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA  *
*      TARJETA DE REGALO DE LOWE'S DE $5000!          *
*                                                     *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*        WITHIN ONE WEEK AT: www.lowes.com/survey     *
*         Y O U R   I D #  10625 2470 045             *
*                                                     *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.         *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.*
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey  *
********************************************************
```

STORE: 2470  TERMINAL: 10  02/14/14 18:30:42

2/7/2014                                       Customer Copy

City of New Orleans
One Stop Shop
1300 Perdido St.
New Orleans, LA 70112
(504) 658-7100

Merchant ID: 5510336                    Term ID: 003

## Sale - Approved

Date: 02/07/14                          Time: 12:47:07
Card Type: MasterCard
Entry Method: Swiped
Card #: XXXXXXXXXXXX0692

Invoice #:        06188
Approval Code:  04579Z
Customer Ref:    14-03764

**Amount**          **$285.00**

I agree to pay the above total amount according to the card
issuer agreement. (Merchant agreement if credit voucher)

A 2.45% convenience fee will apply to
to in-person credit card transactions.
This fee will appear as a separate
charge on your credit card statement.

Customer Copy

# CITY OF NEW ORLEANS

## RECEIPT

City of New Orleans
**Safety and Permits**
**1300 Perdido St., Rm 7E05**
**New Orleans, LA 70112**

**Receipt Number:**         14-06188

**Associated Location:**    6507 Memphis St.

**Payment Date:**           2/7/2014

**Payment Amount:**         $ 285.00

**Payment Method:**         Credit Card #0692

**Payer Name:**             Ron Martinez

**Payer Address:**          3642 Magazine Street, New Orleans, LA 70115

**Cashier Name:**           Denise P. Collins

| TYPE | DESCRIPTION | REVENUE CODE | AMOUNT |
|------|-------------|--------------|--------|
| Permit 14-03764-RNVN (RNVN-RSFD) | Building | 00126026069311 | $ 285.00 |
| *( A 2.45% convenience is applied to all Credit Card Transactions.)* | | Total Amount | $ 285.00 |
| | | Total Amount Paid | $ 285.00 |



CITY OF NEW ORLEANS
**ONE STOP**
PERMITS & LICENSES

Construction/Development
Related Permit



Date _____

Tracking Number  14-03764-Rnvm

## BUILDING PERMIT APPLICATION

## MASTER APPLICATION

### ARCHITECT INFORMATION      ~~SAME AS APPLICANT~~      NOT APPLICABLE

Name _____  License Number _____

Company Name (if applicable) _____

Address _____

City _____ State _____ Zip _____

Phone Number _____ Email _____

### ENGINEER INFORMATION      SAME AS APPLICANT      NOT APPLICABLE

Name _____  License Number _____

Company Name (if applicable) _____

Address _____

City _____ State _____ Zip _____

Phone Number _____ Email _____

### SCOPE OF WORK/PROPOSAL

Existing Use  RESIDENTIAL          Proposed Use  RESIDENTIAL

Description of proposed work  (Please include thorough details or provide attachments.)

REMOVE ALL CHINESE DRYWALL - ENTIRE HOUSE, WALL
AND CEILINGS - PROVIDE NEW DRYWALL throughout

Estimate cost/value of proposed work  $ 45,000.⁰⁰    Attach quote, contract, or other documentation of estimate.

Related permit(s) _____

Foundation Type:   Slab  (Pier)  Sprinklers:   Yes   No        Building Condition:  (Good)   Average
                                                                                    Not applicable

### BUILDING INFORMATION

ICC Construction Type        Not Applicable        Site Built        Modular        Manufactured

Number of Existing Electric Meters _____ | _____    Number of Floors  |



Construction/Development
Related Permit



Date _____

Tracking Number  14 — 03764 — RWN

## BUILDING PERMIT APPLICATION                    MASTER APPLICATION

### RESIDENTIAL BUILDING INFORMATION (Single Family and Two Family)  NOT APPLICABLE

Square Footage of Dwelling  **1,800**      Number of Bedrooms  **3**      Number of Bathrooms  **2**

Square Footage of Garage  **N/A**      Central A/C and Heat  (Yes)  No      Fireplaces  Yes  (No)

### MULTIFAMILY AND COMMERCIAL BUILDING INFORMATION  NOT APPLICABLE

Total Number of Residential Units _____   Efficiency Units _____   1 Bedroom _____   2 Bedroom _____   3+ Bedrooms _____

Number of Elevators: _____   Passenger Elevators _____   Freight Elevators _____   Number of Escalators _____

Number of A/C Units _____   Total Tonnage _____

Number of Boilers _____   HP Boilers _____   HWHs _____   Gas Meters _____

Tenant Name _____

### VIEUX CARRE PAINT INFORMATION  NOT APPLICABLE

Description of poposed painting: _____

Descriptions of minor repairs in preparation for painting (Rotary sander are not allowed): _____

Portion of building to be painted: _____

Brand Name of Paint: _____   Note: Paint samples are required for all colors being used

| Project Type | Existing Color | Proposed Color (includes serial numbers and name of paint color) |
|---|---|---|
| Walls | | |
| Shutters | | |
| Doors/Windows | | |
| Trim | | |
| Ironwork | | |
| Other | | |

### FEES

- Permit Fee:            $60 + ($5 per $1000 of work to be performed)
- Plan review Fee:       ($1 per $1000 of work to be performed)
- VCC/HDLC Surcharge:    (50% of permit fee, calculated above)

### ACKNOWLEDGMENTS

I certify that the above information is true and correct to the best of my knowledge. I understand that the City of New Orleans is authorized to suspend or revoke a permit or license issued under the provisions of its Municipal Code wherever a permit or license is issued in error or on the basis of incorrect, inaccurate or any false statement or misrepresentation, or in violation of any ordinance or regulation or any of the provisions of the City of New Orleans Municipal Code, the Comprehensive Zoning Ordinance, the International Construction Code or International Fire Code as adopted by the City of New Orleans. Fines and penalties for misrepresentation of material facts will be assessed in accordance with City of New Orleans ordinances and State of Louisiana Revised Statutes. I understand that any change in the scope or cost of the work must be reported to the Department of Safety and Permits and additional permits may be required.

I certify that I have the authority of the current property owner(s) to apply for the work proposed.

Applicant Signature _____   Date **FEBRUARY 7, 2014**

2/7/2014

Customer Copy

City of New Orleans
One Stop Shop
1300 Perdido St.
New Orleans, LA 70112
(504) 658-7100

Merchant ID: 5510336                    Term ID: 003

## Sale - Approved

Date: 02/07/14                           Time: 12:47:07
Card Type: MasterCard
Entry Method: Swiped
Card #: XXXXXXXXXXXX0692

Invoice #:        06188
Approval Code:  04579Z
Customer Ref:   14-03764

### Amount            $285.00

I agree to pay the above total amount according to the card
issuer agreement. (Merchant agreement if credit voucher)

A 2.45% convenience fee will apply to
to in-person credit card transactions.
This fee will appear as a separate
charge on your credit card statement.

Customer Copy

# CITY OF NEW ORLEANS

## RECEIPT

City of New Orleans
**Safety and Permits**
**1300 Perdido St., Rm 7E05**
**New Orleans, LA 70112**

| | |
|---|---|
| **Receipt Number:** | 14-06188 |
| **Associated Location:** | 6507 Memphis St |
| **Payment Date:** | 2/7/2014 |
| **Payment Amount:** | $ 285.00 |
| **Payment Method:** | Credit Card #0692 |
| **Payer Name:** | Ron Martinez |
| **Payer Address:** | 3642 Magazine Street, New Orleans, LA 70115 |
| **Cashier Name:** | Denise P Collins |

| TYPE | DESCRIPTION | REVENUE CODE | AMOUNT |
|---|---|---|---|
| Permit 14-03764-RNVN (RNVN-RSFD) | Building | 00126026069311 | $ 285.00 |
| *( A 2.45% convenience is applied to all Credit Card Transactions.)* | | Total Amount | $ 285.00 |
| | | Total Amount Paid | $ 285.00 |

# CITY OF NEW ORLEANS         INVOICE 

City of New Orleans
City Hall
1300 Perdido St
New Orleans, LA 70112

| | |
|---|---|
| Invoice Number: | 14-03764-RNVN |
| Invoice Date: | 2/7/2014 |
| Total Amount: | $ 285.00 |
| Applicant Name: | Ron Martinez |
| Applicant Address: | 3642 Magazine Street, New Orleans, LA 70115 |
| Site Address: | 6507 Memphis St |
| Processed by: | ccross |

| TYPE | DESCRIPTION | REVENUE CODE | PAID | AMOUNT |
|---|---|---|---|---|
| Building | | 00126026069311 | | $ 285.00 |
| | | | Total Fees | $ 285.00 |
| | | | Total Amount Due | $ 285.00 |

- Acceptable forms of in-person payment include: Checks, Cashier's Checks, Money Orders, MasterCard, and Discover. **Please make all checks and money orders payable to City of New Orleans.**
- Acceptable forms of online payment include: MasterCard, Discover, and Visa.
- Cash is NOT an acceptable form of payment for this invoice.

**BankAmericard** | Cash Rewards*

**Bank of America**

World MasterCard®

5466 3221 8298 0892
February 16 - March 17, 2014
Page 3 of 6

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Payments and Other Credits | | | | |
| | 02/28 | WAL-MART #1353      HARAHAN      LA | 6562 | 0692 | -21.14 | |
| | 03/12 | PAYMENT - THANK YOU | 8888 | | -4,627.63 | |
| | | | | | | -$4,764.05 |
| | | Purchases and Adjustments | | | | |
| 02/14 | 02/17 | ORIENT EXPRESSED RETAI NEW ORLEANS LA | 9217 | 0692 | 15.26 | |
| 02/15 | 02/17 | DAVID ART CENTER      METAIRIE      LA | 1344 | 0692 | 11.69 | |
| 02/15 | 02/17 | HARBOR FREIGHT TOOLS 1 METAIRIE    LA. | 7079 | 0692 | 76.06 | |
| 02/15 | 02/17 | AMC MALLOFLOUISIANA#04 BATON ROUGE LA | 4136 | 0692 | 10.75 | |
| 02/16 | 02/17 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 3876 | 0692 | 24.22 | |
| 02/16 | 02/18 | THE HOME DEPOT 349    KENNER      LA | 5923 | 0692 | 27.16 | |
| 02/16 | 02/18 | THE HOME DEPOT 349    KENNER      LA | 5915 | 0692 | 30.97 | |
| 02/16 | 02/18 | LAKEVIEW DISCOUNT FUEL NEW ORLEANS  LA | 6463 | 0692 | 24.50 | |
| 02/17 | 02/18 | STEIN-MART #0040      METAIRIE      LA | 5688 | 0692 | 16.30 | |
| 02/17 | 02/18 | BEST BUY    00003475 LAFAYETTE  LA | 2850 | 0692 | 2,645.99 | |
| 02/17 | 02/18 | GEICO        08008413000 DC | 2508 | 0692 | 227.38 | |
| 02/18 | 02/19 | WAL-MART #1353      HARAHAN      LA | 7799 | 0692 | 73.79 | |
| 02/18 | 02/19 | GENEOLOGIE        864-5953771 SC | 7948 | 0692 | 16.00 | |
| 02/18 | 02/20 | LAKEVIEW DISCOUNT FUEL NEW ORLEANS  LA | 7010 | 0692 | 50.00 | |
| 02/19 | 02/21 | DEANIES SEAFOOD MARKET METAIRIE   LA | 6204 | 0692 | 6.11 | |
| 02/19 | 02/21 | HOBBY-LOBBY #0094    LAFAYETTE  LA | 0581 | 0692 | 12.94 | |
| 02/20 | 02/22 | NETFLIX.COM      NETFLIX.COM CA | 1876 | 1164 | 7.99 | |
| 02/20 | 02/22 | SHELL OIL 575430676QPS NEW ORLEANS  LA | 0459 | 0692 | 56.97 | |
| 02/21 | 02/22 | ANOTHER BROKEN EGG CAF BATON ROUGE LA | 1806 | 0692 | 21.60 | |
| 02/22 | 02/24 | LSU JAMBAJUICE21225487 BATON ROUGE LA | 8356 | 0692 | 5.40 | |
| 02/22 | 02/24 | TEXACO 03021191      BATON ROUGE  LA | 9527 | 0692 | 30.00 | |
| 02/22 | 02/24 | HARBOR FREIGHT TOOLS 8 LAFAYETTE    LA | 7045 | 0692 | 2.58 | |
| 02/22 | 02/24 | INDUSTRIAL DSGNRS SOCI 703-707-6000 VA | 9893 | 0692 | 50.00 | |
| 02/22 | 02/24 | INDUSTRIAL DSGNRS SOCI 703-707-6000 VA | 9901 | 0692 | 99.00 | |
| 02/23 | 02/24 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 9191 | 0692 | 5.59 | |
| 02/22 | 02/25 | LOUIES CAFE      BATON ROUGE LA | 4714 | 0692 | 15.21 | |
| 02/24 | 02/25 | TARGET    00014498 METAIRIE    LA | 8877 | 0692 | 10.43 | |
| 02/24 | 02/25 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 8794 | 0692 | 6.78 | |
| 02/24 | 02/25 | WAL-MART #0989      METAIRIE    LA | 3767 | 0692 | 24.79 | |
| 02/24 | 02/25 | TJMAXX #0287      METAIRIE    LA | 9612 | 0692 | 21.74 | |
| 02/24 | 02/25 | UL LAF UNIV BOOKSTORE LAFAYETTE  LA | 4720 | 0692 | 14.03 | |
| 02/25 | 02/26 | KENNETH'S STUDIO FOR H METAIRIE    LA | 1337 | 0692 | 110.00 | |
| 02/25 | 02/26 | SAMSCLUB #4776      METAIRIE    LA | 5270 | 0692 | 45.90 | |
| 02/25 | 02/26 | PAYPAL  GRAPHIC COW  4029357733 SC | 0259 | 0692 | 16.23 | |
| 02/25 | 02/27 | ORIENT EXPRESSED RETAI NEW ORLEANS LA | 1327 | 0692 | 87.20 | |
| 02/26 | 02/27 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 7962 | 0692 | 13.33 | |
| 02/26 | 02/27 | WHOLEFDS ABS 10143    NEW ORLEANS  LA | 8484 | 0692 | 10.41 | |
| 02/26 | 02/27 | STUDENT HEALTH SVCS  LAFAYETTE  LA | 0122 | 0692 | 15.00 | |
| 02/27 | 02/28 | ROUSES MARKET # 29    NEW ORLEANS LA | 7234 | 0692 | 7.18 | |
| 02/27 | 02/28 | GREEN TEA, INC.      NEW ORLEANS LA | 3367 | 0692 | 10.43 | |
| 02/27 | 02/28 | WAL-MART #1353      HARAHAN      LA | 1241 | 0692 | 75.52 | |
| 02/27 | 02/28 | PAYPAL  GRAPHIC COW  4029357733 SC | 2220 | 0692 | 16.23 | |
| 02/28 | 03/01 | LAKEVIEW GROCERY    NEW ORLEANS LA | 9341 | 0692 | 7.62 | |
| 02/28 | 03/01 | GEICO        08008413000 DC | 2350 | 0692 | 519.19 | |
| 03/01 | 03/03 | OFFICE DEPOT #124    METAIRIE    LA | 7282 | 0692 | 19.56 | |
| 03/01 | 03/03 | LAKEVIEW GROCERY    NEW ORLEANS LA | 8954 | 0692 | 27.82 | |
| 03/01 | 03/03 | DR YI QUN LI MD      NEW ORLEANS LA | 3982 | 0692 | 95.50 | |
| 03/01 | 03/03 | WALGREENS #11496    NEW ORLEANS LA | 2956 | 0692 | 69.70 | |
| 03/02 | 03/03 | LOWES #02470      NEW ORLEANS  LA | 6460 | 0692 | 42.42 | |

continued on next page

*Total Materials*
*$176.61*

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 03/02 | 03/04 | MO PHO          NEW ORLEANS  LA | 3234 | 0692 | 48.06 | |
| 03/03 | 03/04 | JAZZERCISE      08003484748 CA | 4788 | 0692 | 41.00 | |
| 03/05 | 03/06 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 1927 | 0692 | 33.50 | |
| 03/05 | 03/06 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 1745 | 0692 | 31.46 | |
| 03/05 | 03/06 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 9946 | 0692 | 18.24 | |
| 03/05 | 03/07 | DEANIES SEAFOOD MARKET METAIRIE    LA | 1029 | 0692 | 8.04 | |
| 03/05 | 03/07 | WEST MARINE #54    NEW ORLEANS  LA | 1533 | 0692 | 17.43 | |
| 03/06 | 03/07 | LAKEVIEW VETERINARY HO NEW ORLEANS  LA | 0431 | 0692 | 60.00 | |
| 03/06 | 03/07 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 7524 | 0692 | 7.29 | |
| 03/06 | 03/07 | BHY CHI OMEGA      866-245-5499 TN | 7565 | 0692 | 5.00 | |
| 03/07 | 03/08 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 8125 | 0692 | 6.56 | |
| 03/07 | 03/10 | JOHN'S TUXEDOS      METAIRIE    LA | 5791 | 0692 | 146.81 | |
| 03/08 | 03/10 | DAVID ARTS CENTER    METAIRIE    LA | 0077 | 0692 | 59.37 | |
| 03/08 | 03/10 | MCDONALD'S F3841      METAIRIE    LA | 2128 | 0692 | 2.18 | |
| 03/08 | 03/10 | FANTASTIC SAMS      METAIRIE    LA | 9376 | 0692 | 14.00 | |
| 03/08 | 03/10 | FANTASTIC SAMS      METAIRIE    LA | 9400 | 0692 | 17.00 | |
| 03/08 | 03/10 | AUTOZONE #3019      METAIRIE    LA | 2176 | 0692 | 10.86 | |
| 03/08 | 03/10 | WINN-DIXIE  #1329   METAIRIE    LA | 5764 | 0692 | 40.24 | |
| 03/08 | 03/10 | SHELL OIL 575430502QPS METAIRIE    LA | 5743 | 0692 | 61.89 | |
| 03/08 | 03/10 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 9488 | 0692 | 50.30 | |
| 03/08 | 03/10 | FINI - A BEAUTY BOUTIQ NEW ORLEANS  LA | 5198 | 0692 | 26.16 | |
| 03/08 | 03/10 | RITE AID STORE 7271Q05 NEW ORLEANS  LA | 4650 | 0692 | 15.21 | |
| 03/08 | 03/10 | RITE AID STORE 7271Q05 NEW ORLEANS  LA | 3538 | 0692 | 7.07 | |
| 03/09 | 03/10 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 6753 | 0692 | 36.50 | |
| 03/09 | 03/10 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 3033 | 0692 | 3.75 | |
| 03/10 | 03/11 | TARGET     00014498 METAIRIE    LA | 3122 | 0692 | 11.93 | |
| 03/10 | 03/11 | WAL-MART #0989      METAIRIE    LA | 9839 | 0692 | 108.78 | |
| 03/10 | 03/11 | ROUSES MARKET # 26   NEW ORLEANS  LA | 8089 | 0692 | 6.57 | |
| 03/10 | 03/11 | WALGREENS #2640     NEW ORLEANS  LA | 8292 | 0692 | 5.98 | |
| 03/11 | 03/12 | SAMSCLUB #4775      METAIRIE    LA | 7992 | 0692 | 59.54 | |
| 03/11 | 03/13 | DEANIES SEAFOOD MARKET METAIRIE    LA | 3422 | 0692 | 7.28 | |
| 03/11 | 03/13 | ADOBE SYSTEMS, INC.  800-833-6687 WA | 4958 | 0692 | 20.79 | |
| 03/12 | 03/14 | PARETTI MAZDA      METAIRIE    LA | 9397 | 0692 | 39.40 | |
| 03/12 | 03/14 | DEANIES SEAFOOD MARKET METAIRIE    LA | 3627 | 0692 | 9.74 | |
| 03/13 | 03/14 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 1334 | 0692 | 10.01 | |
| 03/13 | 03/15 | WALGREENS #11496     NEW ORLEANS  LA | 2782 | 0692 | 8.95 | |
| 03/14 | 03/15 | JCPENNEY 0549       METAIRIE    LA | 7960 | 0692 | 21.75 | |
| 03/14 | 03/15 | APL APPLE ITUNES STORE 866-712-7753 CA | 0413 | 0692 | 2.17 | |
| 03/15 | 03/17 | ROCKERY ACE HARDWARE  NEW ORLEANS  LA | 7934 | 0692 | 5.43 | |
| 03/15 | 03/17 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 4871 | 0692 | 29.16 | |
| 03/15 | 03/17 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 9298 | 0692 | 8.69 | |
| 03/16 | 03/17 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 9149 | 0692 | 12.79 | |
| | | | | | | $5,967.35 |

| Transaction Date | Posting Date | Description | | | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 03/17 | 03/17 | Interest Charged on Purchases | | | 0.00 | |
| 03/17 | 03/17 | Interest Charged on Balance Transfers | | | 0.00 | |
| 03/17 | 03/17 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 03/17 | 03/17 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | | | | $0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |



HARBOR FREIGHT TOOLS

METAIRIE  LA 006100
6409 AIRLINE DRIVE
METAIRIE, LA 70003
Telephone: (504) 734-5777

6507

S A L E

Customer Name:              RON MARTINEZ
Customer Number             999023318108
95757 DOLLY MOVERS DOLLY ASSEM
   4  $15.99                   $63.96
#9846 , 50 50W/ BELT 120G 5PK     2.99
E0426 1X30 SAND BELT ZINC 40F 2   2.99

Subtotal                        $69.94
Sales Tax      8.75%             $6.12
Total                          $76.06
            You Saved $16.00
MasterCard                      $76.06
   Card No. XXXXXXX XXXX0692 <1>
   Auth. No. 005312

        Please Retain for your Records

Store: 00100    Reg: 02    Tran: 069717
Date: 2/15/2011 11:59:13 AM  Assoc: XXXXXX
Ticket: 021717

            Item(s) Sold: 6
            Item(s) Returned: 0

        GREAT Service you today
        Thank you for shopping at
            METAIRIE  LA 006100

Proof of Purchase Required For Returns/
Exchanges Within 90 Days of Purchase.

*************************************************
        Want Even More Savings?
    Then you must do one of the following:
-Fill out a Preferred Customer Card
 at any Harbor Freight Store.
-Email UpdateOffer@ freight.com
-Go to: www.Harbor Freight.com

00010002069717021514



*6507*

### More saving.
### More doing.®

KENNER LA (504)464-9200
STORE MANAGER DAVE COPELAND

0349  00002  98745   02/16/14  11:41 AM
CASHIER ASHANTI - AES5785

073257005357 HUSKY 50CT <A>        24.97
   HUSKY 42G CONTRACTOR BAGS 50CT

             SUBTOTAL              24.97
             SALES TAX              2.19
             TOTAL                $27.16
XXXXXXXXXXXXX0692 MASTERCARD       27.16
AUTH CODE 045142/2025601            *TA



0349 02 98745 02/16/2014 5285

RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
   A         1      90      05/17/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************************

### ENTER FOR A CHANCE
### TO WIN A $5,000
### HOME DEPOT GIFT
### CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

### User ID:
WQC  198128  197781

### Password:
14116  197779

Entries must be entered by 03/18/2014.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.



6507

**More saving.**
**More doing.** ®

KENNER LA (504)464-9200
STORE MANAGER DAVE COPELAND

0349 00002 98737   02/16/14  11:40 AM
CASHIER ASHANTI - AES5785

6415250001020 1X4-10 NO2WW <A>
1X4 -10 NO.2 WHITEWOOD
407.12                          28.48

SUBTOTAL            28.48
SALES TAX            2.49
TOTAL             $30.97
XXXXXXXXXXXXX0692 MASTERCARD     30.97
AUTH CODE 045002/2025599          TA



0349 02 98737 02/16/2014 5285

RETURN POLICY DEFINITIONS
POLICY ID  DAYS   POLICY EXPIRES ON
A      1     90         05/17/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*******************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
WQC 198112 197765

Password:
14116 197763

Entries must be entered by 03/18/2014.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

LOWE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 948-0568

-- SALE --

SALES#: S2470TS3 1830923   TRANS#: 15771409 03-02-14

16905 10FTX25FT CLEAR 4MIL PLST        22.94
               2 @    11.47
83339 JUMBO AUTOMATIC ROLLER MO        15.98

                    SUBTOTAL:          38.92
                         TAX:           3.50
          INVOICE 15345   TOTAL:       42.42
                         M/C:          42.42

M/C:XXXXXXXXXXXX0692 AMOUNT:42.42 AUTHCD:045302
SWIPED REFID:771415247015 03/02/14 08:43:35

STORE: 2470   TERMINAL: 15   03/02/14 08:43:41
# OF ITEMS PURCHASED:          3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

***************************************************
*           YOUR OPINIONS COUNT!                  *
*       REGISTER FOR A CHANCE TO WIN A            *
*           $5,000 LOWE'S GIFT CARD!              *
*  ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*      TARJETA DE REGALO DE LOWE'S DE $5000!      *
*                                                 *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey    *
*        Y O U R   I D # 15345 2470 061           *
*                                                 *
*     NO PURCHASE NECESSARY TO ENTER OR WIN.      *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey  *
***************************************************

STORE: 2470   TERMINAL: 15   03/02/14 08:43:41

**BankAmericard** | Cash Rewards

World MasterCard®

**Bank of America**

5466 3221 8298 0692
March 18 - April 15, 2014
Page 3 of 6

**Transactions** continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 03/17 | 03/18 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 4421 | 0692 | 5.41 | |
| 03/17 | 03/18 | THE CHURCH SUPPLY HOUS METAIRIE    LA | 0218 | 0692 | 17.29 | |
| 03/17 | 03/18 | GEICO        08008413000 DC | 8296 | 0692 | 227.38 | |
| 03/17 | 03/19 | PARADISE CAFE      METAIRIE    LA | 0197 | 0692 | 24.47 | |
| 03/18 | 03/19 | TARGET       00014498 METAIRIE   LA | 8939 | 0692 | 4.14 | |
| 03/18 | 03/19 | TJMAXX #0287      METAIRIE    LA | 7885 | 0692 | 46.72 | |
| 03/18 | 03/19 | STEIN-MART #0022     NEW ORLEANS LA | 0325 | 0692 | 113.35 | |
| 03/18 | 03/20 | DEANIES SEAFOOD MARKET METAIRIE    LA | 5378 | 0692 | 6.99 | |
| 03/19 | 03/20 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 4130 | 0692 | 52.50 | |
| 03/20 | 03/21 | LAKEVIEW GROCERY     NEW ORLEANS LA | 3536 | 0692 | 3.44 | |
| 03/20 | 03/22 | NETFLIX.COM     NETFLIX.COM CA | 1801 | 1164 | 7.99 | |
| 03/20 | 03/22 | DEANIES SEAFOOD MARKET METAIRIE    LA | 6048 | 0692 | 3.85 | |
| 03/21 | 03/22 | KENNETH'S STUDIO FOR H METAIRIE    LA | 2299 | 0692 | 46.00 | |
| 03/21 | 03/22 | LOWES #01054     METAIRIE    LA | 5309 | 0692 | 12.71 | |
| 03/21 | 03/22 | LAKEVIEW GROCERY     NEW ORLEANS LA | 9894 | 0692 | 8.01 | |
| 03/21 | 03/22 | RITE AID STORE 7271QOS NEW ORLEANS LA | 4908 | 0692 | 8.27 | |
| 03/22 | 03/24 | ROCKERY ACE HARDWARE  NEW ORLEANS LA | 8466 | 0692 | 5.44 | |
| 03/22 | 03/24 | ROCKERY ACE HARDWARE  NEW ORLEANS LA | 8334 | 0692 | 4.35 | |
| 03/22 | 03/24 | LOWES #02470      NEW ORLEANS LA | 6002 | 0692 | 12.13 | |
| 03/22 | 03/24 | LOWES #02470      NEW ORLEANS LA | 9110 | 0692 | 40.99 | |
| 03/22 | 03/24 | BRISBI'S       NEW ORLEANS LA | 2707 | 0692 | 100.00 | |
| 03/23 | 03/24 | LAKEVIEW GROCERY     NEW ORLEANS LA | 8864 | 0692 | 17.69 | |
| 03/24 | 03/25 | SAMSCLUB #4775     METAIRIE    LA | 2045 | 0692 | 56.88 | |
| 03/24 | 03/26 | POTTERY BARN E-COMMERC 800-922-9934 CA | 3345 | 0692 | 104.64 | |
| 03/24 | 03/26 | MSFT  XBOX LIVE   0806642767S WA | 9404 | 1164 | 24.99 | |
| 03/24 | 03/26 | KMART 4810      METAIRIE    LA | 0054 | 0692 | 23.91 | |
| 03/24 | 03/26 | NEW ORLEANS PEST MANAG NEW ORLEANS LA | 4306 | 0692 | 205.00 | |
| 03/25 | 03/26 | WM SUPERCENTER #1353  HARAHAN    LA | 3039 | 0692 | 79.07 | |
| 03/25 | 03/27 | DEANIES SEAFOOD MARKET METAIRIE    LA | 8230 | 0692 | 6.41 | |
| 03/25 | 03/27 | KIRKLANDS #517     NEW ORLEANS LA | 7811 | 0692 | 43.48 | |
| 03/25 | 03/27 | THE HOME DEPOT 362   HARAHAN    LA | 5270 | 0692 | 72.50 | |
| 03/26 | 03/27 | WAL-MART #4669     BATON ROUGE LA | 7537 | 0692 | 18.34 | |
| 03/27 | 03/28 | FANTASTIC SAMS     METAIRIE    LA | 1492 | 0692 | 14.00 | |
| 03/29 | 03/31 | R & O S PIZZA PLACE  METAIRIE    LA | 7626 | 0692 | 40.00 | |
| 03/29 | 03/31 | LOWES #02470      NEW ORLEANS LA | 8694 | 0692 | 85.91 | |
| 03/30 | 03/31 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 2161 | 0692 | 31.14 | |
| 03/31 | 04/01 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 5336 | 0692 | 16.82 | |
| 03/31 | 04/01 | GEICO        08008413000 DC | 2338 | 0692 | 519.19 | |
| 03/31 | 04/01 | NATIONAL ALPHA LAMBDA 478-744-9595 GA | 8109 | 0692 | 40.00 | |
| 03/31 | 04/02 | COST PLUS WLD #193   NEW ORLEANS LA | 5526 | 0692 | 43.99 | |
| 03/31 | 04/02 | THE HOME DEPOT 362   HARAHAN    LA | 8656 | 0692 | 14.12 | |
| 04/01 | 04/02 | HARRY'S ACE HARDWARE  NEW ORLEANS LA | 8077 | 0692 | 6.53 | |
| 04/01 | 04/02 | LOWES #02470      NEW ORLEANS LA | 6999 | 0692 | 62.86 | |
| 04/01 | 04/02 | JAZZERCISE      08003484748 CA | 3646 | 0692 | 41.00 | |
| 04/02 | 04/03 | HARRY'S ACE HARDWARE  NEW ORLEANS LA | 2481 | 0692 | 9.22 | |
| 04/02 | 04/03 | GREEN TEA, INC.    NEW ORLEANS LA | 2183 | 0692 | 6.95 | |
| 04/02 | 04/03 | BHY CHI OMEGA    856-245-5499 TN | 7911 | 0692 | 30.00 | |
| 04/02 | 04/03 | GROUPON INC    877-788-7858 IL | 4300 | 0692 | 15.00 | |
| 04/02 | 04/04 | BANTING NURSERY 1 LLC  BRIDGE CITY LA | 7133 | 0692 | 260.00 | |
| 04/02 | 04/04 | DEANIES SEAFOOD MARKET METAIRIE    LA | 1163 | 0692 | 7.13 | |
| 04/02 | 04/04 | THE HOME DEPOT 362   HARAHAN    LA | 7929 | 0692 | 63.99 | |
| 04/03 | 04/04 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 4634 | 0692 | 10.75 | |
| 04/03 | 04/04 | FEDERICOS FAMILY FLORI METAIRIE    LA | 0033 | 0692 | 16.31 | |
| 04/03 | 04/04 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 7891 | 0692 | 59.60 | |

continued on next page

*Total Materials*
*$ 3782.01*

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 04/03 | 04/04 | WHOLEFDS ABS 10143    NEW ORLEANS LA | 5135 | 0692 | 7.06 | |
| 04/05 | 04/07 | LOWES #01054    METAIRIE    LA | 8894 | 0692 | 32.56 | |
| 04/05 | 04/07 | LOWES #01054    METAIRIE    LA | 0023 | 0692 | 68.19 | |
| 04/05 | 04/07 | SPLASH CAR WASH    METAIRIE    LA | 3035 | 0692 | 10.00 | |
| 04/05 | 04/07 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 3698 | 0692 | 37.21 | |
| 04/05 | 04/07 | LILLY'S CAFE    NEW ORLEANS LA | 4595 | 0692 | 36.90 | |
| 04/05 | 04/07 | SHELL OIL 575430676QPS NEW ORLEANS LA | 1669 | 0692 | 56.08 | |
| 04/06 | 04/07 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 7938 | 0692 | 13.00 | |
| 04/05 | 04/08 | ANEW ORLEANS METERS 98 NEW ORLEANS LA | 7898 | 0692 | 1.25 | |
| 04/06 | 04/08 | DEANIES SEAFOOD MARKET METAIRIE    LA | 2854 | 0692 | 9.10 | |
| 04/07 | 04/08 | WINN-DIXIE GROCERY #14 NEW ORLEANS LA | 7168 | 0692 | 19.23 | |
| 04/07 | 04/08 | LOWES #01877    JEFFERSON    LA | 2317 | 0692 | 19.85 | |
| 04/08 | 04/09 | TARGET    00014498 METAIRIE    LA | 0687 | 0692 | 13.99 | |
| 04/08 | 04/09 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 1064 | 0692 | 12.65 | |
| 04/08 | 04/09 | 0732 FOREVER 21    METAIRIE    LA | 3811 | 0692 | 38.72 | |
| 04/09 | 04/10 | BHY CHI OMEGA    866 245-5499 TN | 2446 | 0692 | 130.00 | |
| 04/10 | 04/11 | SAMSCLUB #4775    METAIRIE    LA | 9377 | 0692 | 117.40 | |
| 04/10 | 04/11 | OFFICE DEPOT #385    LAFAYETTE    LA | 8156 | 0692 | 14.84 | |
| 04/10 | 04/11 | OFFICE DEPOT #101    LAFAYETTE    LA | 8313 | 0692 | 9.91 | |
| 04/10 | 04/11 | OFFICE DEPOT #385    LAFAYETTE    LA | 8230 | 0692 | 13.00 | |
| 04/10 | 04/12 | BURGER KING #00501 Q07 LAFAYETTE  LA | 0920 | 0692 | 5.14 | |
| 04/11 | 04/12 | WASABI DOWNTOWN    SAVANNAH    GA | 3209 | 0692 | 11.47 | |
| 04/11 | 04/12 | WALGREENS #11496    NEW ORLEANS LA | 0234 | 0692 | 12.52 | |
| 04/11 | 04/14 | DEANIES SEAFOOD MARKET METAIRIE    LA | 4037 | 0692 | 9.68 | |
| 04/11 | 04/14 | YOUNGS DRY CLEANING - NEW ORLEANS LA | 3834 | 0692 | 8.13 | |
| 04/11 | 04/14 | MCDONALD'S F34325    WAYCROSS    GA | 1784 | 0692 | 6.38 | |
| 04/11 | 04/14 | ADOBE SYSTEMS, INC.   800-833-6687 WA | 6288 | 0692 | 20.79 | |
| 04/11 | 04/14 | METAL STUDS LLC    5044669817 LA | 0016 | 0692 | 3,702.89 | |
| 04/12 | 04/14 | LOWES #02470    NEW ORLEANS LA | 1555 | 0692 | 50.09 | |
| 04/13 | 04/15 | CRABS RESTAURANT    GULF BREEZE FL | 8525 | 0692 | 24.22 | |
| | | | | | | $7,311.10 |

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Interest Charged** | | | | |
| 04/15 | 04/15 | Interest Charged on Purchases | | | 0.00 | |
| 04/15 | 04/15 | Interest Charged on Balance Transfers | | | 0.00 | |
| 04/15 | 04/15 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 04/15 | 04/15 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

## Important Messages

Please review the enclosed Amendment to your Credit Card Agreement and your annual "Billing Rights" and "Privacy Notice" information for your account. You can also review this information online if you have registered your account in Online Banking.

6507 Memphis



**LOWE'S®**
NEVER STOP
**IMPROVING**

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: FSTLANE1 13   TRANS#: 74448368 03-21-14

61408 12-OZ SATIN WHITE R-O          4.97
99059 12-OZ WHITE METAL PRIMER       4.24
468581 1.00-QT IVY GREEN             2.48

               SUBTOTAL:            11.69
                    TAX:             1.02
        INVOICE 13458  TOTAL:        12.71
                    M/C:            12.71

M/C:XXXXXXXXXXXX0592 AMOUNT:12.71 AUTHCD:035392
  SWIPED REFID:448398105413 03/21/14 19:33:18
STORE: 1054 TERMINAL: 13 03/21/14 19:33:18
# OF ITEMS PURCHASED:            3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ALAN SCHAMBER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

***************************************************
*          YOUR OPINIONS COUNT!                   *
*     REGISTER FOR A CHANCE TO WIN A               *
*        $5,000 LOWE'S GIFT CARD!                  *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*     TARJETA DE REGALO DE LOWE'S DE $5000!        *
*                                                  *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey     *
*        Y O U R   I D #  13458 1054 080           *
*                                                  *
*       NO PURCHASE NECESSARY TO ENTER OR WIN.     *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
***************************************************
STORE: 1054 TERMINAL: 13 03/21/14 19:33:18

6507 Memphis

THANK YOU FOR SHOPPING AT
ROCKERY ACE HARDWARE
7043 CANAL BLVD
NEW ORLEANS, LA 70124
(504) 288-3522

3/22/14 11:01AM 1          552  SALE

1037019         1  EA     4.99 EA
PRIMR SPRY WHITE 12OZ              4.99

SUB-TOTAL:       4.99   TAX         .45
                       TOTAL       5.44
               BC AMT:             5.44

BK CARD#:     XXXXXXXXXXXXX0692
ID:  670120817499
AUTH:  035047          AMT:       5.44
Host reference #:612110     Bat#0352
SWIPED
CARD TYPE:MASTERCARD      EXPR: XXXX

||| |||||||||||||||||||||||||||||||||

==>> JRNL#G12110
      CUST # *5

THANK YOU CATHERINE S MARTINEZ
      FOR YOUR PATRONAGE

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
Acct: CASH CUSTOMER

          Customer Copy

6507

THANK YOU FOR SHOPPING AT
ROCKERY ACE HARDWARE
7043 CANAL BLVD
NEW ORLEANS, LA 70124
(504) 288-3522

3/22/14 10:14AM 1          553  SALE

17616          1  EA    3.99 EA
SANDPAPR ALOX9X11 AS15PK          3.99

SUB-TOTAL:        3.99    TAX        .36
                         TOTAL:    4.35
                         BC AMT:   4.35

BK CARD#:    XXXXXXXXXXXX0692
ID:  670120817499
AUTH:  045437          AMT:    4.35
Host reference #:612065    Batch#352
SWIPED
CARD TYPE:MASTERCARD      EXPR: XX/X

==>> JRNL#G12065                <<==
        CUST # #5

THANK YOU RONALD S MARTINEZ JR
FOR YOUR PATRONAGE

I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
Act: CASH CUSTOMER

Customer Copy



*to clear electric wires*

CELEBRATING OVER 100 YEARS !!
Harry's Ace Hardware Magazine
(504) 896-1500

4/01/14 12:04PM GKM          124  SALE
---------------------------------------------
11962              I  EA      5.99 EA
POLISH MTL NVR-DULL 50Z              5.99

SUB-TOTAL:        5.99     TAX       .54
                         TOTAL:     6.53
                        BC AMT:     6.53

BK CARD#:   XXXXXXXXXXXX0692
ID:  67012152B599
AUTH:  025002         AMT:       6.53
Host reference #:70113    Bat#1077
SWIPED
CARD TYPE:MASTERCARD    EXPR: XXXX



||| ||||| ||||||||||||||||||||||

==>> JRNL#A70113              <<==
     CUST # *08457
     ACE REWARDS ID # 19240811251

     THANK YOU RONALD S MARTINEZ JR
         FOR YOUR PATRONAGE

Name: X_____
I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)
Acct: MARTIN SCAIRONO

RECEIPT REQUIRED FOR REFUND - THANK YOU

Customer Copy



*6507* *in Bank of America March 18 - april 15*

# LOWE'S®

## NEVER STOP IMPROVING

LOWE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 948-8568

- SALE -

SALES#: S2470TM2 1710125   TRANS#: 2311541 04-12-14

| | | |
|---|---|---|
| 7001 2X4X96" TOP CHOICE STUD | | 19.92 |
| 6 @ | 3.32 | |
| 110170 LIBMAN EXTRA WIDE ANGLE B | | 10.98 |
| 123435 1IN #8 X 2-IN XL-STAR 1000 | | 6.58 |
| 9457 PG10 YR 1LB 3-IN EXTERIOR | | 6.47 |

| | | |
|---|---|---|
| SUBTOTAL: | | 45.95 |
| TAX: | | 4.14 |
| INVOICE 02325 TOTAL: | | 50.09 |
| M/C: | | 50.09 |

MYLOWE'S CARD NUMBER: 481000233733540

M/C:XXXXXXXXXXXX0692 AMOUNT:50.09 AUTHCD:005592
SWIPED REFID:311552247002 04/12/14 09:05:52



STORE: 2470   TERMINAL: 02   04/12/14 09:05:57
# OF ITEMS PURCHASED:        9
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*********************************************
*   YOUR OPINIONS COUNT!                    *
*   REGISTER FOR A CHANCE TO WIN A          *
*   $5,000 LOWE'S GIFT CARD!                *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*   TARJETA DE REGALO DE LOWE'S DE $5000!   *
*                                           *
* REGISTER BY COMPLETING A QUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey *
*        Y O U R   I D #  02325 2470 102    *
*                                           *
*   NO PURCHASE NECESSARY TO ENTER OR IN.   *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO E' *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*********************************************
STORE: 2470   TERMINAL: 02   04/12/14

**Metal Studs, LLC**
2306 Kingston Street
Kenner, LA 70062
USA

Voice:  504-466-9817
Fax:    504-464-1874

3700.00
3702.89

# QUOTATION

Quote Number:  845
Quote Date:    Apr 10, 2014
Page:          1

| Quoted To: | |
|---|---|
| CASH CUSTOMER | 6507 memphis st<br>robin - 666-4778 |

| Customer ID | Good Thru | Payment Terms | Sales Rep |
|---|---|---|---|
| CASH1 | 5/10/14 | C.O.D. | BBARB |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 112.00 | SHE1212 | 1/2" 4X12 DRYWALL | 13.20 | 1,478.40 |
| 12.00 | XP1208 | 1/2" 4X8 XP | 12.16 | 145.92 |
| 28.00 | MUD | ALL PURPOSE MUD BOX | 7.95 | 222.60 |
| 10.00 | TAPE | JOINT TAPE 250' | 2.00 | 20.00 |
| 1.00 | 114CB | 1 1/4 CORNER BEAD | 90.00 | 90.00 |
| 1.00 | 114COARSE | 1 1/4 COARSE | 48.50 | 48.50 |

*paid by phone 4-11-14*
*on credit card*

| | | |
|---|---|---|
| | Subtotal | 2,005.42 |
| | | 180.49 |
| | TOTAL | 2,185.91 |

**Metal Studs, LLC**
2306 Kingston Street
Kenner, LA 70062
USA

Voice:  504-466-9817
Fax:    504-464-1874

# QUOTATION

Quote Number:  846
Quote Date:    Apr 10, 2014
Page:          1

| Quoted To: |
| --- |
| CASH CUSTOMER |

6507 memphis
robin - 666-4778

| Customer ID | Good Thru | Payment Terms | Sales Rep |
| --- | --- | --- | --- |
| CASH1 | 5/10/14 | C.O.D. | BBARB |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 5.00 | R1315K | R13 X 15 KRAFT | 34.50 | 172.50 |
| 22.00 | R3016K | R30 X 16 KRAFT | 36.40 | 800.80 |
| 1.00 | R1915K | R19 X 15 KRAFT | 33.10 | 33.10 |
| 1.00 | LABOR | LABOR | 420.00 | 420.00 |

*paid by phone 4.11.14 on credit card*

| | |
| --- | --- |
| Subtotal | 1,426.40 |
| | 90.58 |
| TOTAL | 1,516.98 |

**Ron Martinez**

| | |
|---|---|
| From: | Christian Golemi <christian@metalstudsllc.com> |
| Sent: | Friday, April 11, 2014 12:19 PM |
| To: | Ron Martinez |
| Subject: | Fwd: Bankcard Order Confirmation |

---------- Forwarded message ----------
From: **METAL STUDS LLC** <CHRISTIAN@metalstudsllc.com>
Date: Fri, Apr 11, 2014 at 12:18 PM
Subject: Bankcard Order Confirmation
To: CHRISTIAN@metalstudsllc.com
Cc: CHRISTIAN@metalstudsllc.com

Dear CASH CUSTOMER ,    This is a confirmation of an online transaction placed with METAL STUDS
LLC.    The AuthOnly transaction totaled $3702.89 and will be processed to your account.    Order Number  :
visa    Approval Code : 01586Z

--
Christian Golemi
Metal Studs, LLC
504-466-9817 x 202

1

 BankAmericard | Cash Rewards™

 Bank of America

World MasterCard®

5466 3221 8298 0692
April 16 - May 16, 2014
Page 3 of 6

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 04/14 | 04/16 | BURGER KING #16539 QO7 DAPHNE    AL | 0453 | 0692 | 4.99 | |
| 04/15 | 04/16 | MACY'S EAST #693    METAIRIE    LA | 9864 | 0692 | 26.64 | |
| 04/15 | 04/16 | AMC CLEARVIEW 12 #0486 METAIRIE    LA | 0859 | 0692 | 10.00 | |
| 04/15 | 04/16 | MARSHALLS #0141    NEW ORLEANS LA | 0365 | 0692 | 14.13 | |
| 04/15 | 04/16 | MICHAELS STORES 9953 HARAHAN    LA | 7440 | 0692 | 5.61 | |
| 04/15 | 04/16 | WAL-MART #1353    HARAHAN    LA | 5612 | 0692 | 94.87 | |
| 04/15 | 04/17 | COST PLUS WLD #193    NEW ORLEANS LA | 0000 | 0692 | 24.93 | |
| 04/16 | 04/17 | MONOGRAM EXPRESS    METAIRIE    LA | 6790 | 0692 | 10.88 | |
| 04/16 | 04/17 | WINN-DIXIE GROCERY #14 NEW ORLEANS LA | 7215 | 0692 | 7.18 | |
| 04/16 | 04/17 | ALBERTSONS #2720    LAFAYETTE    LA | 5006 | 0692 | 6.10 | |
| 04/16 | 04/17 | EXXONMOBIL   42394486 LAFAYETTE    LA | 5183 | 0692 | 17.56 | |
| 04/17 | 04/18 | SAMSCLUB #4775    METAIRIE    LA | 6235 | 0692 | 16.96 | |
| 04/17 | 04/18 | GEICO        08008413000 DC | 5124 | 0692 | 227.37 | |
| 04/18 | 04/19 | LOWES #02470    NEW ORLEANS LA | 1123 | 0692 | 15.22 | |
| 04/18 | 04/21 | DEANIES SEAFOOD MARKET METAIRIE    LA | 7731 | 0692 | 99.45 | |
| 04/18 | 04/21 | ROCKERY ACE HARDWARE  NEW ORLEANS LA | 3268 | 0692 | 11.97 | |
| 04/19 | 04/21 | DOMINO'S 3062    METAIRIE    LA | 8979 | 0692 | 13.06 | |
| 04/20 | 04/21 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 0790 | 0692 | 26.57 | |
| 04/20 | 04/22 | NETFLIX.COM      NETFLIX.COM CA | 3012 | 1164 | 7.99 | |
| 04/21 | 04/22 | DORIGNAC'S FOOD CENT METAIRIE    LA | 0801 | 0692 | 10.10 | |
| 04/22 | 04/23 | MICHAELS STORES 9952 METAIRIE    LA | 7638 | 0692 | 9.22 | |
| 04/22 | 04/23 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 2090 | 0692 | 38.67 | |
| 04/22 | 04/23 | LOWES #02470    NEW ORLEANS LA | 1913 | 0692 | 6.76 | |
| 04/22 | 04/23 | ROUSES MARKET # 29   NEW ORLEANS LA | 9270 | 0692 | 18.47 | |
| 04/22 | 04/24 | JOANN FABRIC #1215    METAIRIE    LA | 5445 | 0692 | 6.97 | |
| 04/23 | 04/24 | DILLARD'S 760 LAKESIDE METAIRIE    LA | 8250 | 0692 | 140.29 | |
| 04/23 | 04/24 | LAKEVIEW DISCOUNT INC  NEW ORLEANS LA | 8963 | 0692 | 59.10 | |
| 04/23 | 04/24 | LOWES #02470    NEW ORLEANS LA | 0229 | 0692 | 5.97 | |
| 04/23 | 04/24 | LOWES #02690    NEW ORLEANS LA | 9850 | 0692 | 195.11 | |
| 04/23 | 04/25 | PARETTI MAZDA    METAIRIE    LA | 9397 | 0692 | 63.57 | |
| 04/23 | 04/25 | DEANIES SEAFOOD MARKET METAIRIE    LA | 0972 | 0692 | 10.19 | |
| 04/24 | 04/25 | WHOLEFDS VET 10202    METAIRE    LA | 3905 | 0692 | 9.71 | |
| 04/24 | 04/25 | MONOGRAM EXPRESS    METAIRIE    LA | 6790 | 0692 | 10.88 | |
| 04/24 | 04/25 | MAGAZINE DISCOUNT ZONE NEW ORLEANS LA | 4495 | 0692 | 60.02 | |
| 04/24 | 04/26 | WALGREENS #11496    NEW ORLEANS LA | 4889 | 0692 | 68.62 | |
| 04/25 | 04/26 | TARGET      00014498 METAIRIE    LA | 7725 | 0692 | 24.10 | |
| 04/25 | 04/26 | WM SUPERCENTER #989   METAIRIE    LA | 8485 | 0692 | 77.18 | |
| 04/26 | 04/28 | LAKEVIEW GROCERY    NEW ORLEANS LA | 5401 | 0692 | 6.78 | |
| 04/26 | 04/28 | LOWES #02470    NEW ORLEANS LA | 5021 | 0692 | 41.62 | |
| 04/26 | 04/28 | LOWES #02470    NEW ORLEANS LA | 5013 | 0692 | 24.46 | |
| 04/27 | 04/28 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 6200 | 0692 | 26.45 | |
| 04/27 | 04/28 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 4882 | 0692 | 18.15 | |
| 04/27 | 04/29 | DEANIES SEAFOOD MARKET METAIRIE    LA | 2645 | 0692 | 7.06 | |
| 04/28 | 04/29 | DORIGNAC'S FOOD CENT METAIRIE    LA | 9590 | 0692 | 7.05 | |
| 04/28 | 04/29 | WALGREENS #11496    NEW ORLEANS LA | 5192 | 0692 | 9.36 | |
| 04/29 | 04/30 | SAMSCLUB #4775    METAIRIE    LA | 0534 | 0692 | 88.78 | |
| 04/29 | 05/01 | SOUTHERN ANIMAL FOUNDA NEW ORLEANS LA | 0798 | 0692 | 128.10 | |
| 04/30 | 05/01 | MARTIN WINE CELLAR    METAIRIE    LA | 8699 | 0692 | 9.78 | |
| 04/30 | 05/01 | AMAZON MKTPLACE PMTS  AMZN.COM/BILLWA | 6374 | 0692 | 62.58 | |
| 04/30 | 05/01 | GEICO        08008413000 DC | 5408 | 0692 | 519.17 | |
| 05/01 | 05/02 | JAZZERCISE      08003484748 CA | 3160 | 0692 | 41.00 | |
| 05/02 | 05/03 | ZOE'S KITCHEN    METAIRIE    LA | 0615 | 0692 | 7.71 | |
| 05/02 | 05/03 | WALGREENS #11496    NEW ORLEANS LA | 6593 | 0692 | 2.61 | |
| 05/02 | 05/03 | GENEOLOGIE      864-5953771 SC | 5585 | 0692 | 16.50 | |

continued on next page

 Total Materials
#452.62

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 05/02 | 05/05 | THE HOME DEPOT #0385   NEW ORLEANS  LA | 0378 | 0692 | 43.51 | |
| 05/04 | 05/05 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 7905 | 0692 | 11.21 | |
| 05/03 | 05/06 | THE MARIGNY BRASSERIE  NEW ORLEANS  LA | 0604 | 0692 | 17.00 | |
| 05/04 | 05/06 | SOUTHWES 5282412467689 800-435-9792 TX | 1091 | 0692 | 173.00 | |
| | | MARTINEZ/MARCELLEO5/09 MSY/DAL  RNDTRP DAL/MSY | | | | |
| 05/05 | 05/06 | T J MAXX #1367     SLIDELL    LA | 3965 | 0692 | 16.38 | |
| 05/05 | 05/07 | THE WINE MARKET RESTAU SLIDELL     LA | 9176 | 0692 | 11.25 | |
| 05/05 | 05/07 | SHELL OIL 575430676QPS NEW ORLEANS LA | 6186 | 0692 | 42.09 | |
| 05/06 | 05/07 | SAMSCLUB #4775     METAIRIE    LA | 7526 | 0692 | 19.62 | |
| 05/06 | 05/07 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 0708 | 0692 | 8.69 | |
| 05/06 | 05/07 | WM SUPERCENTER #1353  HARAHAN    LA | 3559 | 0692 | 234.81 | |
| 05/06 | 05/08 | CHEVRON 0209529    METAIRIE    LA | 2388 | 0692 | 57.60 | |
| 05/06 | 05/08 | KMART 3423     NEW ORLEANS LA | 4927 | 0692 | 18.93 | |
| 05/07 | 05/08 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 8197 | 0692 | 4.99 | |
| 05/07 | 05/08 | LOWES #01877     JEFFERSON  LA | 1550 | 0692 | 22.00 | |
| 05/08 | 05/09 | TWIN'S BURGERS & SWEET LAFAYETTE    LA | 0593 | 0692 | 19.49 | |
| 05/10 | 05/12 | PURE BARRENEW ORLEANS  NEW ORLEANS LA | 2601 | 0692 | 320.00 | |
| 05/10 | 05/12 | DOLLY'S DELI     NEW ORLEANS  LA | 5594 | 0692 | 50.27 | |
| 05/11 | 05/13 | DEANIES SEAFOOD MARKET METAIRIE    LA | 8292 | 0692 | 9.10 | |
| 05/11 | 05/13 | ADOBE SYSTEMS, INC.  800-833-6687 WA | 3950 | 0692 | 20.79 | |
| 05/12 | 05/13 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 5074 | 0692 | 17.26 | |
| 05/12 | 05/13 | MONOGRAM EXPRESS    METAIRIE    LA | 6798 | 0692 | 21.75 | |
| 05/12 | 05/13 | LOWES #01054 .    METAIRIE    LA | 9017 | 0692 | 172.38 | |
| 05/12 | 05/13 | LOWES #01054     METAIRIE    LA | 9009 | 0692 | 6.79 | |
| 05/12 | 05/13 | LAKEVIEW DISCOUNT INC  NEW ORLEANS LA | 1381 | 0692 | 38.31 | |
| 05/13 | 05/14 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 8194 | 0692 | 8.54 | |
| 05/14 | 05/15 | FANTASTIC SAMS     METAIRIE    LA | 3591 | 0692 | 17.00 | |
| 05/14 | 05/15 | REGINELLI S PIZZER   NEW ORLEANS  LA | 6683 | 0692 | 71.21 | |
| 05/14 | 05/15 | OGDEN MUSEUM OF SOUTHE NEW ORLEANS  LA | 2191 | 0692 | 75.00 | |
| 05/15 | 05/16 | THE CHURCH SUPPLY HOUS METAIRIE    LA | 0183 | 0692 | 8.65 | |
| 05/15 | 05/16 | SWIMOUTLET.COM    08006914065 CA | 3384 | 0692 | 13.98 | |
| | | | | | | $4,025.77 |
| | | **Interest Charged** | | | | |
| 05/16 | 05/16 | Interest Charged on Purchases | | | 0.00 | |
| 05/16 | 05/16 | Interest Charged on Balance Transfers | | | 0.00 | |
| 05/16 | 05/16 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 05/16 | 05/16 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | **TOTAL INTEREST FOR THIS PERIOD** | | | | $0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

*6507 Chinese Drywall*



LOWE'S HOME CENTERS, LLC
3501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 940-8566

- SALE -

SALES#: S2470JR4 1252096     TRANS#: 2524986 04-26-14

| | | |
|---|---|---|
| 11207) 1LB 1-3/8-IN CTD DRYWALL | | 3.92 |
| 227167 1 LB #6 1-1/4-IN FN TH DR | | 6.47 |
| 7001 2X4X96" TOP CHOICE STUD | | 6.64 |
| | 2 @    3.32 | |
| 296247 DEWALT 10PC WOOD/HILL RECI | | 16.97 |
| 463501 PS 3PC METAL CLAMP SET | | 4.16 |
| | 2 @    2.09 | |
| | | |
| | SUBTOTAL: | 38.18 |
| | TAX: | 3.44 |
| THV | 50  TOTAL: | 41.62 |
| | N/C: | 4. |

A/I:XXXXXXXXXXX0692 AMOUNT:$41.62 AUTHCD:085000
SUIPLU REF ID:524990247002 04/26/14 10:09:56

STORE: 2470   TERMINAL: 03   04/26/14 10:09:56

# OF ITEMS PURCHASED:
INCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: JEFF SYONER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%
SEE STORE FOR DETAILS.



YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO WIN A
$5,000 LOWE'S GIFT CARD!
¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA
TARJETA DE REGALO DE LOWE'S DE $5000!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D #: 02558 2470 116

NO PURCHASE NECESSARY TO ENTER OR WIN.

6507

Chinese Drywall



1100 S CLAIBORNE AVENUE
NEW ORLEANS, LA 70125 (504)5921251

0385  00056  64982    05/02/14  05:49 PM
CASHIER SELF CHECK OUT - SCOT56

648846002682 PORTVACFIT <A>
  2015.97                        31.94
073527703051 18GAL TUB <A>
                                 7.98

              SUBTOTAL          39.92
              SALES TAX          3.59
              TOTAL            $43.51
XXXXXXXXXXXXX0692 MASTERCARD    43.51
AUTH CODE 04594S/7563508          TA

0385 56 64982 05/02/2014 7242

RETURN POLICY DEFINITIONS
POLICY ID  DAYS   POLICY EXPIRES ON
A     1      90       07/31/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS  PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
                DETAILS

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM
CONVENIENT PICK-UP AND MOST ORDERS
READY IN LESS THAN AN HOUR!

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
2PX3 130638 130309

Password:
14252 130253

Entries must be entered by 06/01/2014.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.



LOWE'S HOME CENTERS, LLC
5770 READ BOULEVARD
NEW ORLEANS  LA 70127   (504) 613-1800

- SALE -

212930 L 0-16-FT JON BITTO TARP      179.00

              SUBTOTAL         179.00
              TAX               16.11
INVOICE 23065  TOTAL           195.11
                N*C            195.11

MYLOWE'S CARD NUMBER: 481600229739540

M/C XXXXXXXXXXXX0692 AMOUNT: 195.11 AUTH #: 045445
SWIPED REFID:390244269023 04/23/14 19:44:04

STORE: 2690  TERMINAL: 23  04/23/14 19:44:11
# OF ITEMS PURCHASED:      1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: ENAHUEL FITCH

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

************************************************
*    YOUR OPINIONS COUNT!                     *
*    REGISTER FOR A CHANCE TO WIN A           *
*    $5,000 LOWE'S GIFT CARD!                  *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*    TARJETA DE REGALO DE LOWE'S DE $5000!     *
*                                             *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.lowes.com/survey *
*    Y O U R  I D #  23069 2690 113           *
*                                             *
*    NO PURCHASE NECESSARY TO ENTER OR WIN     *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
************************************************
STORE: 2690   TERMINAL: 23   04/23/14 19:44:11

**BankAmericard** | Cash Rewards

**Bank of America**

World MasterCard©

5466 3221 8298 0692
May 17 - June 16, 2014
Page 3 of 8

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| | 05/11 | WALGREENS #11496        NEW ORLEANS  LA | 8310 | 0692 | −211.97 | |
| | 05/11 | PAYMENT - THANK YOU | 1525 | | −3,988.25 | |
| | | | | | | −$4,391.73 |
| | | **Purchases and Adjustments** | | | | |
| 05/15 | 05/17 | DEANIES SEAFOOD MARKET METAIRIE    LA | 8953 | 0692 | 9.97 | |
| 05/16 | 05/17 | MARSHALLS #0141        NEW ORLEANS LA | 5078 | 0692 | 21.73 | |
| 05/16 | 05/17 | ACADEMY SPORTS #51     HARAHAN     LA | 2228 | 0692 | 7.60 | |
| 05/16 | 05/17 | WAL-MART #1353     HARAHAN     LA | 7702 | 0692 | 96.07 | |
| 05/17 | 05/19 | MONOGRAM EXPRESS      METAIRIE    LA | 6792 | 0692 | 21.75 | |
| 05/17 | 05/19 | CHEVRON 0209966    NEW ORLEANS LA | 0989 | 0692 | 41.82 | |
| 05/17 | 05/19 | CHEVRON 0209966    NEW ORLEANS LA | 0971 | 0692 | 23.25 | |
| 05/17 | 05/19 | GEICO        08008413000 DC | 4244 | 0692 | 190.26 | |
| 05/19 | 05/20 | LAKEVIEW GROCERY     NEW ORLEANS LA | 6973 | 0692 | 7.25 | |
| 05/20 | 05/21 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 7015 | 0692 | 7.31 | |
| 05/20 | 05/21 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 8967 | 0692 | 57.00 | |
| 05/20 | 05/21 | LOWES #02470        NEW ORLEANS LA | 1464 | 0692 | 11.97 | |
| 05/20 | 05/21 | ROUSES MARKET # 29   NEW ORLEANS LA | 1082 | 0692 | 15.61 | |
| 05/20 | 05/22 | NETFLIX.COM        NETFLIX.COM CA | 9885 | 1164 | 7.99 | |
| 05/21 | 05/22 | SAMSCLUB #4775     METAIRIE    LA | 6029 | 0692 | 81.27 | |
| 05/21 | 05/22 | SUPERFOOD BAR      NEW ORLEANS LA | 0104 | 0692 | 9.18 | |
| 05/21 | 05/23 | BUDS BROILER - CITY PA NEW ORLEANS LA | 1979 | 0692 | 33.75 | |
| 05/22 | 05/23 | LAKEVIEW GROCERY     NEW ORLEANS LA | 5424 | 0692 | 3.78 | |
| 05/22 | 05/24 | THEO'S NEIGHBORHOOD PI NEW ORLEANS LA | 3610 | 0692 | 9.68 | |
| 05/23 | 05/24 | LAKEVIEW DISCOUNT INC  NEW ORLEANS LA | 1032 | 0692 | 40.78 | |
| 05/23 | 05/27 | DEANIES SEAFOOD MARKET METAIRIE    LA | 1639 | 0692 | 12.74 | |
| 05/24 | 05/27 | LOWES #02470        NEW ORLEANS LA | 2744 | 0692 | 51.51 | |
| 05/25 | 05/27 | LAKEVIEW DISCOUNT INC  NEW ORLEANS LA | 6467 | 0692 | 37.29 | |
| 05/25 | 05/27 | LAKEVIEW GROCERY     NEW ORLEANS LA | 9668 | 0692 | 23.72 | |
| 05/25 | 05/27 | LOWES #02470        NEW ORLEANS LA | 6538 | 0692 | 20.71 | |
| 05/26 | 05/27 | TARGET      00014498 METAIRIE    LA | 6219 | 0692 | 78.69 | |
| 05/26 | 05/27 | LOWES #01054        METAIRIE    LA | 3799 | 0692 | 16.29 | |
| 05/26 | 05/27 | WAL-MART #0989      METAIRIE    LA | 2633 | 0692 | 78.03 | |
| 05/27 | 05/28 | TARGET      00014498 METAIRIE    LA | 3321 | 0692 | 73.40 | |
| 05/27 | 05/28 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 9604 | 0692 | 20.98 | |
| 05/27 | 05/29 | SHELL OIL 575430676QPS NEW ORLEANS LA | 5712 | 0692 | 56.90 | |
| 05/28 | 05/29 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 8933 | 0692 | 8.35 | |
| 05/28 | 05/29 | MARTIN WINE CELLAR    METAIRIE    LA | 9733 | 0692 | 8.69 | |
| 05/28 | 05/29 | LAKEVIEW GROCERY     NEW ORLEANS LA | 6719 | 0692 | 3.79 | |
| 05/28 | 05/29 | THE FRESH MARKET I    NEW ORLEANS LA | 8174 | 0692 | 1.96 | |
| 05/29 | 05/29 | TOBI.COM        888-862-4121 CA | 2885 | 0692 | 24.00 | |
| 05/24 | 05/30 | THE COMPANY BURGER    NEW ORLEANS LA | 7837 | 0692 | 53.47 | |
| 05/28 | 05/30 | LAKESIDE NEWS       METAIRIE    LA | 4853 | 0692 | 10.81 | |
| 05/30 | 05/31 | WALGREENS #11496     NEW ORLEANS LA | 7467 | 0692 | 73.90 | |
| 05/31 | 06/02 | GEICO        08008413000 DC | 8998 | 0692 | 507.27 | |
| 06/01 | 06/02 | LAKEVIEW GROCERY     NEW ORLEANS LA | 3485 | 0692 | 7.18 | |
| 06/02 | 06/03 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 2364 | 0692 | 4.35 | |
| 06/02 | 06/03 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 8981 | 0692 | 41.53 | |
| 06/02 | 06/03 | JAZZERCISE        08003484748 CA | 0720 | 0692 | 41.00 | |
| 06/03 | 06/04 | LAKEVIEW DISCOUNT INC  NEW ORLEANS LA | 2375 | 0692 | 36.07 | |
| 06/03 | 06/04 | LSU ATHLETIC TKT OFF  BATON ROUGE LA | 6292 | 0692 | 136.00 | |
| 06/03 | 06/05 | DEANIES SEAFOOD MARKET METAIRIE    LA | 4433 | 0692 | 7.50 | |
| 06/04 | 06/05 | WM SUPERCENTER #989  METAIRIE    LA | 0692 | 0692 | 110.06 | |
| 06/04 | 06/05 | TJMAXX #0287       METAIRIE    LA | 8651 | 0692 | 14.12 | |

continued on next page

*Total Materials*
*$214.94*

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 06/04 | 06/05 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 2296 | 0692 | 4.73 | |
| 06/04 | 06/06 | DEANIES SEAFOOD MARKET METAIRIE    LA | 4604 | 0692 | 16.16 | |
| 06/05 | 06/06 | SAMSCLUB #4775    METAIRIE    LA | 7120 | 0692 | 100.33 | |
| 06/05 | 06/07 | APPLE STORE  #R235    METAIRIE    LA | 0861 | 0692 | 97.82 | |
| 06/05 | 06/07 | APPLE STORE  #R235    METAIRIE    LA | 0846 | 0692 | 355.79 | |
| 06/05 | 06/07 | KENNETH'S STUDIO FOR H METAIRIE    LA | 0721 | 0692 | 45.00 | |
| 06/07 | 06/09 | LOWES #02470    NEW ORLEANS  LA | 9654 | 0692 | 85.90 | |
| 06/07 | 06/09 | THE HOME DEPOT 362    HARAHAN    LA | 6151 | 0692 | 16.28 | |
| 06/08 | 06/09 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 1293 | 0692 | 10.97 | |
| 06/09 | 06/10 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 4032 | 0692 | 9.81 | |
| 06/09 | 06/10 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 0179 | 0692 | 57.15 | |
| 06/09 | 06/10 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 1565 | 0692 | 41.35 | |
| 06/09 | 06/10 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 8398 | 0692 | 7.13 | |
| 06/09 | 06/10 | WALGREENS #11496    NEW ORLEANS  LA | 0082 | 0692 | 211.97 | |
| 06/09 | 06/11 | SHELL OIL 57543067.4QPS NEW ORLEANS  LA | 8555 | 0692 | 55.05 | |
| 06/10 | 06/11 | WALGREENS #11496    NEW ORLEANS  LA | 8237 | 0692 | 11.26 | |
| 06/10 | 06/12 | DR KEITH J CAPONE MD   NEW ORLEANS  LA | 7624 | 0692 | 228.53 | |
| 06/10 | 06/12 | DR YI QUN LI MD    NEW ORLEANS  LA | 7749 | 0692 | 23.90 | |
| 06/11 | 06/12 | FANTASTIC SAMS    METAIRIE    LA | 7403 | 0692 | 17.00 | |
| 06/11 | 06/12 | BARNES & NOBLE #2768  METAIRIE    LA | 5143 | 0692 | 16.26 | |
| 06/11 | 06/12 | SOFT TOUCH CAR WAS   NEW ORLEANS  LA | 5359 | 0692 | 25.00 | |
| 06/11 | 06/13 | DEANIES SEAFOOD MARKET METAIRIE    LA | 6656 | 0692 | 9.61 | |
| 06/11 | 06/13 | ADOBE SYSTEMS, INC.  800-833-6687 WA | 6372 | 0692 | 20.79 | |
| 06/12 | 06/13 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 3945 | 0692 | 38.36 | |
| 06/12 | 06/13 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 3684 | 0692 | 5.13 | |
| 06/12 | 06/13 | ROUSES MARKET # 29   NEW ORLEANS  LA | 3062 | 0692 | 29.60 | |
| 06/11 | 06/14 | OLD NAVY 6523    HARAHAN    LA | 5301 | 0692 | 13.05 | |
| 06/13 | 06/14 | APL APPLE ITUNES STORE 866-712-7753 CA | 4382 | 0692 | 2.17 | |
| 06/14 | 06/16 | EIMPROVEMENT.COM, LLC  800-8910896 WI | 8476 | 0692 | 15.29 | |
| 06/15 | 06/16 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 9133 | 0692 | 32.76 | |
| 06/15 | 06/16 | LAKEVIEW DISCOUNT INC  NEW ORLEANS  LA | 4286 | 0692 | 22.88 | |
| 06/15 | 06/16 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 9312 | 0692 | 8.71 | |
| 06/15 | 06/16 | SHERWIN WILLIAMS #7038 NEW ORLEANS  LA | 7150 | 0692 | 61.26 | |
| | | | | | | $3,958.33 |
| | | Interest Charged | | | | |
| 06/16 | 06/16 | Interest Charged on Purchases | | | 0.00 | |
| 06/16 | 06/16 | Interest Charged on Balance Transfers | | | 0.00 | |
| 06/16 | 06/16 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 06/16 | 06/16 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

## 2014 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

*6507 Memphis*

LOVE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 948-8568

- SALE -

SALES#: S2470SJ2 1046510   TRANS#: 15960308 05-24-14

| | |
|---|---|
| 274378 50W GU10 C SPLIT REFLECTO | 7.98 |
| 140437 FEIT 100W T3 DBL END HLGN | 10.56 |
| 2 @   9.28 | |
| 553103 SN ECONO HINGE PIN DOOR S | 20.72 |
| 14 @   1.48 | |

| | |
|---|---|
| SUBTOTAL: | 47.26 |
| TAX: | 4.25 |
| INVOICE 15183  TOTAL: | 51.51 |
| M/C: | 51.51 |

M/C:XXXXXXXXXXXX0692 AMOUNT:51.51 AUTHCD:03586S
SWIPED REFID:960317247015 05/24/14 14:38:37



STORE: 2470   TERMINAL: 15   05/24/14 14:38:44

# OF ITEMS PURCHASED:   17
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOVE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

****************************************************
*      YOUR OPINIONS COUNT!                        *
*    REGISTER FOR A CHANCE TO WIN A                *
*      $5,000 LOVE'S GIFT CARD!                    *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*    TARJETA DE REGALO DE LOVE'S DE $5000!         *
*                                                  *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*    WITHIN ONE WEEK AT: www.loves.com/survey      *
*      Y O U R   I D # 15183 2470 144              *
*                                                  *
*    NO PURCHASE NECESSARY TO ENTER OR WIN.        *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.loves.com/survey *
****************************************************
STORE: 2470   TERMINAL: 15   05/24/14 14:38:44

*6507 Memphis St.*

LOVE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 948-8568

- SALE -

SALES#: S2470TH4 1715696   TRANS#: 15159545 06-07-14

| | | |
|---|---|---|
| 153709 14W 22 -IN T5 FLUORESCENT | | 16.46 |
| 2 @ | 8.23 | |
| 34894 SETON CHROME PAPER HOLDER | | 9.98 |
| 433298 4-IN DRYER VNT HOOD R2 PR | | 19.97 |
| 235948 SATIN NICKEL GLASS DOOR K | | 32.40 |
| 4 @ | 8.10 | |

SUBTOTAL:    78.81
TAX:     7.09
INVOICE 15353 TOTAL:    85.90
N/C:    85.90

N/C:XXXXXXXXXXXX0692 AMOUNT:85.90 AUTHCD:04556S
SWIPED REFID:159548247015 06/07/14 11:45:48

STORE: 2470   TERMINAL: 15   06/07/14 11:45:54
# OF ITEMS PURCHASED:     8
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOVE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.



*******************************************************
*            YOUR OPINIONS COUNT!                    *
*          REGISTER FOR A CHANCE TO WIN A            *
*             $5,000 LOVE'S GIFT CARD!               *
* IREGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*       TARJETA DE REGALO DE LOVE'S DE $5000!        *
*                                                    *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*      WITHIN ONE WEEK AT: www.loves.com/survey      *
*        Y O U R   I D # 15353 2470 150              *
*                                                    *
*       NO PURCHASE NECESSARY TO ENTER OR WIN.       *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.loves.com/survey *
*******************************************************
2470   TERMINAL: 15   06/07/14 11:45:54

6307



More saving.
More doing.

STORE MANAGER KRIS POAHE
(504)729-4400

0362  00G03  59075    06/07/14  03:01 PM
CASHIER CANDACE - CES839

098168402590 STEP TREAD <A-      14.97
  2X12-48" PT STAIR TREAD

              SUBTOTAL         14.97
              SALES TAX         1.31
              TOTAL           $16.28
XXXXXXXXXXXX0692 MASTERCARD    16.28
AUTH CODE 005175/1034063         TA



0362 03 59075 06/07/2014 9652

   RETURN POLICY DEFINITIONS
POLICY ID   DAYS   POLICY EXPIRES ON
A      1     90        09/05/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORE FOR
          DETAILS.

   BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
***********************************

ENTER FOR A CHANCE
  TO WIN A $5,000
 HOME DEPOT GIFT
      CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

   www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

       User ID:
HTJ 118801 118442

      Password:
   14307 118439

Entries must be entered by 07/07/2014.
Entrants must be 18 or older to enter.
See complete rules on website. No
        purchase necessary.

*6607 Memphis*



### SHERWIN-WILLIAMS.

NEW ORLEANS-LAKEVIEW Store 7038

5303 CANAL BLVD
NEW ORLEANS LA  70124 1778
(504)488-4427
Fax (504) 486-2677
www.sherwin-williams.com

```
SALE                          10:23am
Tran # 2552-5                 06/15/14
E07/10798                          10
KIMBERLY                      PO# 6507
         Order # 0E00994310/038
      SCAIRONO-MARTINEZ ARCHITECTS
         Account XXXX-8346-0
    Job  1 SCAIRONO-MARTINEZ ARCHITECTS
Bill To:
SCAIRONO-MARTINEZ ARCHITECTS
3642 MAGAZINE ST
NEW ORLEANS, LA 70115 2554
(504)896-2220


6403-25999  GALLON  A41T214
           ASE LTX LL ULTRADP
            1.00 @      56.19       56.19
        Color:  SW2230 BLACK FOREST

     CCExColor Past    07  92  64  128
     B2  New Green      B  27   7   -
     r   Maroon         -  21   -   -
     Y3  Deep Gold      -  15   -   1
            Sher-Color Formula



SUBTOTAL                          56.19

   9.000% SALES TAX:1-197012400    5.06
MASTER CARD                      -61.25

   C/C# XXXXXXXXXXXXX0692
   Auth # 025339
TOTAL                           $61.25




Customer Signature               Date
           STORE HOURS
SUNDAY        10:00 AM - 6:00 PM
MONDAY - FRIDAY  7:00 AM - 7:00 PM
SATURDAY       6:00 AM - 6:00 PM


--------   Thank You   --------
   receipt required for refund
```

**BankAmericard** | Cash Rewards

World MasterCard

Bank of America

5466 3221 8298 0692
June 17 - July 17, 2014
Page 3 of 8

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 06/16 | 06/17 | TARGET      00014498 METAIRIE    LA | 6175 | 0692 | 36.11 | |
| 06/16 | 06/17 | LAKEVIEW GROCERY     NEW ORLEANS LA | 2978 | 0692 | 5.63 | |
| 06/17 | 06/18 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 2406 | 0692 | 12.98 | |
| 06/17 | 06/18 | LAKEVIEW GROCERY     NEW ORLEANS LA | 4989 | 0692 | 4.95 | |
| 06/17 | 06/18 | WALGREENS #11496     NEW ORLEANS LA | 8147 | 0692 | 144.23 | |
| 06/17 | 06/18 | GEICO     08008413000 DC | 2017 | 0692 | 190.26 | |
| 06/18 | 06/19 | WAL-MART #0989     METAIRIE    LA | 9538 | 0692 | 82.42 | |
| 06/19 | 06/20 | SAMS CLUB #4775     METAIRIE    LA | 4198 | 0692 | 77.22 | |
| 06/20 | 06/21 | LITTLE MISS MUFFIN   NEW ORLEANS LA | 0842 | 0692 | 59.95 | |
| 06/20 | 06/21 | THEATRE 13      504-461-9475 LA | 9994 | 0692 | 24.00 | |
| 06/20 | 06/23 | NETFLIX.COM     NETFLIX.COM CA | 5765 | 1164 | 7.99 | |
| 06/20 | 06/23 | DELTS SOD      JEFFERSON  LA | 0172 | 0692 | 535.91 | |
| 06/21 | 06/23 | CIRCLE K 00467     METAIRIE    LA | 1532 | 0692 | 40.31 | |
| 06/21 | 06/23 | CIRCLE K 00467     METAIRIE    LA | 0308 | 0692 | 59.15 | |
| 06/22 | 06/23 | LAKEVIEW GROCERY     NEW ORLEANS LA | 5278 | 0692 | 12.82 | |
| 06/22 | 06/23 | LAKEVIEW GROCERY     NEW ORLEANS LA | 5294 | 0692 | 9.38 | |
| 06/22 | 06/24 | THE HOME DEPOT #0385  NEW ORLEANS LA | 6178 | 0692 | 73.95 | |
| 06/23 | 06/24 | LAKEVIEW GROCERY     NEW ORLEANS LA | 9391 | 0692 | 4.97 | |
| 06/24 | 06/26 | MSFT  XBOX LIVE   08005427676 WA | 6175 | 1164 | 24.99 | |
| 06/24 | 06/26 | DEANIES SEAFOOD MARKET METAIRIE   LA | 0173 | 0692 | 14.56 | |
| 06/25 | 06/26 | DOMINO'S 3062      228-832-4000 LA | 1488 | 0692 | 19.60 | |
| 06/25 | 06/27 | OLD NAVY 3997     CHICAGO    IL | 5332 | 0692 | 19.67 | |
| 06/26 | 06/27 | DROPBOX      DB.TT/CCHELP CA | 5989 | 0692 | 99.00 | |
| 06/27 | 06/28 | ROUSES MARKET # 25   METAIRIE    LA | 4332 | 0692 | 32.04 | |
| 06/27 | 06/28 | PERINOS GARDEN CENTER  METAIRIE    LA | 0345 | 0692 | 34.80 | |
| 06/27 | 06/28 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 4828 | 0692 | 41.71 | |
| 06/28 | 06/30 | THREE MUSES     NEW ORLEANS LA | 5634 | 0692 | 79.21 | |
| 06/27 | 07/01 | J CREW RETAIL #560   METAIRIE    LA | 1438 | 0692 | 41.60 | |
| 06/28 | 07/01 | BAMBOULA S      NEW ORLEANS LA | 0754 | 0692 | 29.50 | |
| 06/30 | 07/01 | SAMSCLUB #4775     METAIRIE    LA | 9455 | 0692 | 102.94 | |
| 06/30 | 07/01 | GEICO     08008413000 DC | 9286 | 0692 | 507.27 | |
| 06/30 | 07/02 | SATSUMA MAPLE     NEW ORLEANS LA | 8593 | 0692 | 10.31 | |
| 07/01 | 07/02 | JAZZERCISE     08003484748 CA | 6758 | 0692 | 41.00 | |
| 06/30 | 07/03 | CVS #6809     PANAMA CITY BFL | 2053 | 0692 | 13.29 | |
| 07/01 | 07/03 | SUBWAY    03456233 KENNER    LA | 2181 | 0692 | 5.98 | |
| 07/01 | 07/03 | ROCKERY ACE HARDWARE  NEW ORLEANS LA | 1473 | 0692 | 22.89 | |
| 07/01 | 07/03 | SOUTHERN ANIMAL FOUNDA NEW ORLEANS LA | 0792 | 0692 | 135.00 | |
| 07/02 | 07/03 | TARGET     00014498 METAIRIE    LA | 0563 | 0692 | 33.12 | |
| 07/02 | 07/03 | WAL-MART #0989     METAIRIE    LA | 2051 | 0692 | 153.42 | |
| 07/02 | 07/03 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 6435 | 0692 | 58.05 | |
| 07/02 | 07/03 | LAKEVIEW GROCERY     NEW ORLEANS LA | 4534 | 0692 | 11.44 | |
| 07/03 | 07/04 | WALGREENS #05866     NEW ORLEANS LA | 7812 | 0692 | 10.89 | |
| 07/04 | 07/05 | LAKEVIEW GROCERY     NEW ORLEANS LA | 5363 | 0692 | 28.79 | |
| 07/04 | 07/07 | BED BATH & BEYOND #492 METAIRIE    LA | 3408 | 0692 | 78.29 | |
| 07/04 | 07/07 | SEARS ROEBUCK 1226  METAIRIE    LA | 1803 | 0692 | 64.11 | |
| 07/05 | 07/07 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 4649 | 0692 | 23.39 | |
| 07/06 | 07/07 | GAUCHET'S ROCKERY SERV NEW ORLEANS LA | 1390 | 0692 | 60.78 | |
| 07/06 | 07/07 | LAKEVIEW GROCERY     NEW ORLEANS LA | 9887 | 0692 | 13.67 | |
| 07/07 | 07/08 | ROBERT FRESH MARKET   NEW ORLEANS LA | 7056 | 0692 | 10.29 | |
| 07/08 | 07/09 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 1149 | 0692 | 10.01 | |
| 07/08 | 07/09 | DOLRTREE 4569 00045690 NEW ORLEANS LA | 0009 | 0692 | 17.20 | |
| 07/08 | 07/09 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 4825 | 0692 | 36.52 | |
| 07/09 | 07/10 | TARGET     00014498 METAIRIE    LA | 1144 | 0692 | 63.90 | |
| 07/09 | 07/10 | TJMAXX #0287     METAIRIE    LA | 6248 | 0692 | 38.04 | |

continued on next page

*Total Materials*

*$609.86*

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 07/09 | 07/10 | LAKEVIEW GROCERY     NEW ORLEANS LA | 1744 | 0692 | 7.87 | |
| 07/09 | 07/10 | TJ MAXX #635     NEW ORLEANS LA | 6321 | 0692 | 32.58 | |
| 07/09 | 07/10 | MARSHALLS #0141     NEW ORLEANS LA | 6164 | 0692 | 8.68 | |
| 07/09 | 07/10 | MICHAELS STORES 9953 HARAHAN     LA | 0080 | 0692 | 4.98 | |
| 07/09 | 07/10 | BHY CHI OMEGA     866-245-5499 TN | 0780 | 0692 | 175.00 | |
| 07/09 | 07/11 | FIVE GUYS BURGERS AND NEW ORLEANS LA | 7215 | 0692 | 14.54 | |
| 07/10 | 07/11 | SAMSCLUB #4775     METAIRIE   LA | 0157 | 0592 | 125.67 | |
| 07/10 | 07/12 | SHELL OIL 445817072QPS PRAIRIEVILLE LA | 0863 | 0692 | 45.29 | |
| 07/11 | 07/14 | MID CITY YACHT CLUB   NEW ORLEANS LA | 0509 | 0692 | 61.85 | |
| 07/11 | 07/14 | ADOBE SYSTEMS, INC.   800-833-6687 WA | 8123 | 0692 | 20.79 | |
| 07/12 | 07/14 | FANTASTIC SAMS     METAIRIE   LA | 3373 | 0692 | 16.00 | |
| 07/12 | 07/14 | SPLASH CAR WASH     METAIRIE   LA | 9112 | 0692 | 10.00 | |
| 07/12 | 07/14 | PARKWAY BAKERY     NEW ORLEANS LA | 2017 | 0692 | 28.25 | |
| 07/12 | 07/14 | JAEGER BURGER     NEW ORLEANS LA | 3951 | 0692 | 31.90 | |
| 07/13 | 07/14 | LAKEVIEW GROCERY     NEW ORLEANS LA | 8091 | 0692 | 15.49 | |
| 07/14 | 07/15 | LULUS COM     CHICO     CA | 0476 | 0692 | 34.00 | |
| 07/14 | 07/15 | WHOLEFDS VET 10202   METAIRIE   LA | 7568 | 0692 | 9.19 | |
| 07/14 | 07/15 | SAMS CLUB #4775     METAIRIE   LA | 4216 | 0692 | 79.29 | |
| 07/14 | 07/15 | WINN-DIXIE GROCERY #14 NEW ORLEANS LA | 4502 | 0692 | 4.59 | |
| 07/14 | 07/16 | SHELL OIL 575430676QPS NEW ORLEANS LA | 1985 | 0692 | 56.48 | |
| 07/15 | 07/16 | DORIGNAC'S FOOD CENT  METAIRIE   LA | 0056 | 0692 | 15.87 | |
| 07/15 | 07/16 | LAKEVIEW GROCERY     NEW ORLEANS LA | 3379 | 0692 | 20.70 | |
| 07/15 | 07/16 | LAKEVIEW GROCERY     NEW ORLEANS LA | 2256 | 0692 | 6.79 | |
| 07/16 | 07/17 | WAL-MART #0989     METAIRIE   LA | 8248 | 0692 | 107.43 | |
| | | | | | | $4,302.73 |

| 07/17 | 07/17 | Interest Charged | | | | |
| 07/17 | 07/17 | Interest Charged on Purchases | | | 0.00 | |
| 07/17 | 07/17 | Interest Charged on Balance Transfers | | | 0.00 | |
| 07/17 | 07/17 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 07/17 | 07/17 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 22.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 22.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 23.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 24.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

662 Central Ave
Jefferson, LA 70121
504-733-0471
504-373-5244

Send Mail to:
P.O. Box 7430
Metairie, LA 70010

# DELTA SOD INVOICE

| Date | Invoice # |
|------|-----------|
| 6/20/2014 | 40101 |

| Terms |
|-------|
| CREDIT CARD |

| Bill To |
|---------|
| RON MARTINEZ
6525 MEMPHIS
NEW ORLEANS, LA 70124 |

666-4778    ROBIN

| Ship To |
|---------|
| 6507 MEMPHIS ST.
(RENTAL PROPERTY)
NEW ORLEANS, LA 70124 |

| P.O. Number |
|-------------|
|  |

| Customer Requests |
|-------------------|
| AM DELIVERY IF POSSIBLE |

| Qty | Product Description | Price Each | Amount |
|-----|---------------------|-----------|--------|
| 3 | CENTIPEDE PALLET | 133.00 | 399.00T |
| 3 | REFUNDABLE PALLET DEPOSIT | 7.00 | 21.00 |
|  | DELIVERY CHARGE | 80.00 | 80.00 |
|  | CALL ROBIN WHEN ON WAY
DELIVER SOD THRU SERVICE ALLEY TO REAR YARD |  |  |

Delta Sod guarantees your grass to be delivered in a fresh and healthy condition. Since Delta Sod has no control over installation methods, watering procedures, pre-existing soil conditions, insects & pests, weather, or the sod being left on the pallet past the day of delivery, our liability terminates upon the customer's acceptance of the product. By signing below you also agree to accept the terms that Delta Sod is not responsible for any and all property damage that may occur during your pick up or delivery.

**X**

I accept the terms and conditions as stated above.

...clude on all checks: driver's license number, address, and telephone number.

| Subtotal | $500.00 |
|----------|---------|
| Sales Tax (9.0%) | $35.91 |
| Total | $535.91 |

www.deltasod.com



6507

**More saving.**
**More doing.™**

1100 S CLAIBORNE AVENUE
NEW ORLEANS, LA 70125 (504)5921251

0385  00059  74175   06/22/14  01:36 PM
CASHIER SELF CHECK OUT - SCOT59

042206270207 SPOT SPRKLR <A>
  SPOT SPRINKLER
  2@3.47                            6.94
028877511252 18V BATTERY <A>      39.97
  B&D 18V SLIDE PACK BATTERY
028905848107 SHOWERHEAD <A>        5.98
  GB POWER SHOWER SHOWERHEAD CH
078477958452 IV PHNE PLAT <A>
  1G IVORY NYL MIDWAY PHONE PLATE
  5@0.89                           4.45
078477151235 2G SW IV <A>
  2G IVORY TOGGLE SWITCH WALLPLT
  2@0.97                           1.94
078477958605 WALLPLATE <A>         1.58
  2G IVORY NYL MIDWAY ROCKER WALLPLT
079916001562 DRYER VNTING <A>      6.98
  4"X24" DUCT CONNECTOR

            SUBTOTAL              67.84
            SALES TAX              6.11
            TOTAL               $73.95
XXXXXXXXXXXXX0692 MASTERCARD      73.95
AUTH CODE 03573S/6594489            TA



0385 59 74175 06/22/2014 0160

RETURN POLICY DEFINITIONS
 POLICY ID   DAYS   POLICY EXPIRES ON
A     1       90       09/20/2014
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
*************************************

ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
2PX3 149024 148698

Password:

**BankAmericard** | Cash Rewards

World MasterCard

**Bank of America**

5466 3221 8298 0692
July 18 - August 19, 2014
Page 3 of 8

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Payments and Other Credits | | | | |
| | 07/31 | TJ MAXX #635     NEW ORLEANS LA | 2837 | 0692 | −27.18 | |
| | 08/04 | TARGET     00014498 METAIRIE     LA | 8270 | 0692 | −27.18 | |
| 08/10 | 08/11 | PAYMENT - THANK YOU | 8546 | | −4,224.44 | |
| | 08/13 | WAL-MART #1353     HARAHAN     LA | 1904 | 0692 | −20.60 | |
| | | | | | | −$4,393.97 |
| | | Purchases and Adjustments | | | | |
| 07/16 | 07/18 | HANCOCK FABRICS 1446 METAIRIE     LA | 3452 | 0692 | 5.43 | |
| 07/17 | 07/18 | FANTASTIC SAMS     METAIRIE     LA | 3096 | 0692 | 17.00 | |
| 07/17 | 07/18 | SAMS CLUB #4775     METAIRIE     LA | 5092 | 0692 | 46.59 | |
| 07/17 | 07/18 | GEICO     08008413000 DC | 9200 | 0692 | 190.26 | |
| 07/17 | 07/19 | SHELL OIL 575430489QPS METAIRIE     LA | 3894 | 0692 | 42.62 | |
| 07/18 | 07/19 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 0286 | 0692 | 34.55 | |
| 07/18 | 07/19 | TJ MAXX #635     NEW ORLEANS LA | 9403 | 0692 | 61.97 | |
| 07/19 | 07/21 | TIFFANY LANES FRONT DE MANDEVILLE LA | 0558 | 0692 | 39.15 | |
| 07/19 | 07/21 | MCCLAIN'S PIZZERIA     MANDEVILLE LA | 8566 | 0692 | 63.99 | |
| 07/19 | 07/21 | COST PLUS WLD #193     NEW ORLEANS LA | 1297 | 0692 | 14.67 | |
| 07/20 | 07/21 | ROBERT FRESH MARKET     NEW ORLEANS LA | 3800 | 0692 | 8.71 | |
| 07/20 | 07/21 | LAKEVIEW GROCERY     NEW ORLEANS LA | 4963 | 0692 | 10.88 | |
| 07/20 | 07/22 | NETFLIX.COM     NETFLIX.COM CA | 7316 | 1164 | 7.99 | |
| 07/21 | 07/22 | ROBERT FRESH MARKET     NEW ORLEANS LA | 3282 | 0692 | 18.30 | |
| 07/22 | 07/23 | KENNETH'S STUDIO FOR H METAIRIE     LA | 0511 | 0692 | 112.00 | |
| 07/22 | 07/23 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 8688 | 0692 | 56.09 | |
| 07/23 | 07/24 | DORIGNAC'S FOOD CENT METAIRIE     LA | 4840 | 0692 | 18.79 | |
| 07/23 | 07/24 | STEIN-MART #0040     METAIRIE     LA | 4919 | 0692 | 36.95 | |
| 07/23 | 07/24 | WAL-MART #5022     NEW ORLEANS LA | 0622 | 0692 | 12.34 | |
| 07/24 | 07/25 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 4899 | 0692 | 9.75 | |
| 07/24 | 07/25 | LAKEVIEW GROCERY     NEW ORLEANS LA | 8608 | 0692 | 3.46 | |
| 07/24 | 07/26 | THE VELVET CACTUS     NEW ORLEANS LA | 6411 | 0692 | 42.49 | |
| 07/25 | 07/26 | SAMSCLUB #4775     METAIRIE     LA | 3279 | 0692 | 40.86 | |
| 07/25 | 07/26 | GAUCHET'S ROCKERY SERV NEW ORLEANS LA | 3322 | 0692 | 41.18 | |
| 07/25 | 07/28 | SHELL OIL 575430676QPS NEW ORLEANS LA | 5236 | 0692 | 55.43 | |
| 07/26 | 07/28 | LOWES #02470     NEW ORLEANS LA | 7300 | 0692 | 54.64 | |
| 07/26 | 07/28 | ORIENT EXPRESSED RETAI NEW ORLEANS LA | 8134 | 0692 | 28.34 | |
| 07/27 | 07/28 | LAKEVIEW GROCERY     NEW ORLEANS LA | 7460 | 0692 | 18.62 | |
| 07/27 | 07/28 | ROUSES MARKET # 29     NEW ORLEANS LA | 0630 | 0692 | 46.37 | |
| 07/27 | 07/29 | HARBOR FREIGHT TOOLS 1 METAIRIE     LA | 4079 | 0692 | 69.59 | |
| 07/28 | 07/29 | LOWES #02690     NEW ORLEANS LA | 4297 | 0692 | 24.72 | |
| 07/28 | 07/29 | WALGREENS #11496     NEW ORLEANS LA | 8558 | 0692 | 144.23 | |
| 07/29 | 07/30 | LAKEVIEW GROCERY     NEW ORLEANS LA | 6739 | 0692 | 17.89 | |
| 07/29 | 07/30 | TJ MAXX #635     NEW ORLEANS LA | 6874 | 0692 | 10.86 | |
| 07/31 | 08/01 | DRIFTWOOD SPUR     KENNER     LA | 8468 | 0692 | 17.99 | |
| 07/31 | 08/01 | EXXONMOBIL   47935689 KENNER     LA | 0429 | 0692 | 35.48 | |
| 07/31 | 08/01 | SCHAEFER SEAFOOD     METAIRIE     LA | 6310 | 0692 | 14.24 | |
| 07/31 | 08/01 | GEICO     08008413000 DC | 8273 | 0692 | 507.27 | |
| 07/31 | 08/02 | CVSPHARMACY #5442 Q03 DESTREHAN     LA | 1081 | 0692 | 4.79 | |
| 08/01 | 08/02 | JAZZERCISE     08003484748 CA | 3691 | 0692 | 41.00 | |
| 08/01 | 08/04 | THEO'S PIZZA - MID CIT NEW ORLEANS LA | 4668 | 0692 | 57.71 | |
| 08/01 | 08/04 | BRISBI'S     NEW ORLEANS LA | 9406 | 0692 | 20.50 | |
| 08/01 | 08/04 | WALGREENS #11496     NEW ORLEANS LA | 9620 | 0692 | 11.26 | |
| 08/02 | 08/04 | TARGET     00014498 METAIRIE     LA | 7251 | 0692 | 44.50 | |
| 08/02 | 08/04 | LAKEVIEW GROCERY     NEW ORLEANS LA | 1898 | 0692 | 8.97 | |
| 08/02 | 08/04 | LOWES #02470     NEW ORLEANS LA | 2562 | 0692 | 680.24 | |
| 08/02 | 08/04 | MARSHALLS #0141     NEW ORLEANS LA | 2587 | 0692 | 5.23 | |

continued on next page

*Total Materials $55.85* (handwritten)

**Transactions** continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 08/02 | 08/04 | TJ MAXX #635      NEW ORLEANS  LA | 2660 | 0692 | 13.61 | |
| 08/02 | 08/04 | LE PETIT THEATRE DU VI 504-717-3821 LA | 5836 | 0692 | 50.14 | |
| 08/03 | 08/04 | LOWES #01054      METAIRIE    LA | 2889 | 0692 | 67.95 | |
| 08/03 | 08/04 | LAKEVIEW DISCOUNT INC NEW ORLEANS  LA | 2225 | 0692 | 41.31 | |
| 08/03 | 08/04 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 5864 | 0692 | 9.05 | |
| 08/03 | 08/04 | WEST MARINE #54      NEW ORLEANS  LA | 1354 | 0692 | 7.99 | |
| 08/04 | 08/05 | JCPENNEY 0549        METAIRIE    LA | 1842 | 0692 | 40.66 | |
| 08/04 | 08/05 | WM SUPERCENTER #1353  HARAHAN    LA | 9484 | 0692 | 145.74 | |
| 08/04 | 08/05 | CHEVRON 0173026    NEW ORLEANS  LA | 1324 | 0692 | 55.55 | |
| 08/05 | 08/06 | DISCOUNT ZONE 5989    KENNER    LA | 7803 | 0692 | 35.77 | |
| 08/05 | 08/06 | DORIGNAC'S FOOD CENT  METAIRIE   LA | 4820 | 0692 | 14.38 | |
| 08/05 | 08/06 | LAKEVIEW DISCOUNT INC NEW ORLEANS  LA | 3277 | 0692 | 54.00 | |
| 08/05 | 08/06 | WM SUPERCENTER #1353  HARAHAN    LA | 6970 | 0692 | 60.17 | |
| 08/05 | 08/07 | SALLY BEAUTY #3126  METAIRIE    LA | 5158 | 0692 | 11.83 | |
| 08/05 | 08/07 | ROCKERY ACE HARDWARE  NEW ORLEANS  LA | 0934 | 0692 | 10.85 | |
| 08/06 | 08/07 | MARK D. SCHOTT, DDS   NEW ORLEANS  LA | 0045 | 0692 | 150.00 | |
| 08/06 | 08/07 | BHY CHI OMEGA      866-245-5499 TN | 2726 | 0692 | 325.00 | |
| 08/07 | 08/08 | SAMS CLUB #4775      METAIRIE    LA | 8773 | 0692 | 62.99 | |
| 08/07 | 08/08 | SAMS CLUB #4775      METAIRIE    LA | 8856 | 0692 | 134.47 | |
| 08/07 | 08/08 | SUE'S JEWELERS     METAIRIE    LA | 0076 | 0692 | 87.00 | |
| 08/07 | 08/08 | LAKEVIEW DISCOUNT INC NEW ORLEANS  LA | 8214 | 0692 | 34.05 | |
| 08/07 | 08/08 | WALGREENS #05866     NEW ORLEANS  LA | 2794 | 0692 | 23.69 | |
| 08/07 | 08/09 | APPLE STORE  #R235    METAIRIE    LA | 9963 | 0692 | 292.54 | |
| 08/08 | 08/11 | THE BLIND PELICAN    NEW ORLEANS  LA | 8707 | 0692 | 78.63 | |
| 08/08 | 08/11 | TEXACO 0308225      LAFAYETTE   LA | 3283 | 0692 | 26.45 | |
| 08/09 | 08/11 | LOWES #02470       NEW ORLEANS  LA | 2098 | 0692 | 13.46 | |
| 08/10 | 08/11 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 4651 | 0692 | 16.84 | |
| 08/10 | 08/11 | LAKEVIEW GROCERY     NEW ORLEANS  LA | 5088 | 0692 | 6.03 | |
| 08/11 | 08/12 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 6558 | 0692 | 6.87 | |
| 08/11 | 08/12 | LOWES #01054      METAIRIE    LA | 5181 | 0692 | 29.34 | |
| 08/11 | 08/13 | MARK D. SCHOTT, DDS   NEW ORLEANS  LA | 0041 | 0692 | 150.00 | |
| 08/11 | 08/13 | ADOBE SYSTEMS, INC.   800-833-6687 CA | 1562 | 0692 | 20.79 | |
| 08/12 | 08/13 | WM SUPERCENTER #1353  HARAHAN    LA | 0631 | 0692 | 82.04 | |
| 08/12 | 08/13 | FLOOD PROCESSING     800-637-3846 MT | 7348 | 0692 | 2,647.00 | |
| 08/12 | 08/14 | TUTTI FRUTTI     NEW ORLEANS  LA | 7538 | 0692 | 6.56 | |
| 08/14 | 08/14 | 39DOLLARGLASSESCOM    800-672-6304 NY | 8366 | 0692 | 68.90 | |
| 08/13 | 08/15 | AMERICAN SECTOR REST 8 NEW ORLEANS  LA | 4055 | 0692 | 33.84 | |
| 08/14 | 08/15 | LANGENSTEIN'S      METAIRIE    LA | 2165 | 0692 | 11.50 | |
| 08/14 | 08/15 | LAKEVIEW DISCOUNT INC NEW ORLEANS  LA | 3312 | 0692 | 25.25 | |
| 08/14 | 08/15 | LAKEVIEW DISCOUNT INC NEW ORLEANS  LA | 3270 | 0692 | 27.30 | |
| 08/14 | 08/15 | SOFT TOUCH CAR WAS    NEW ORLEANS  LA | 5292 | 0692 | 15.00 | |
| 08/15 | 08/16 | EXXONMOBIL   47905153 BREAUX BRIDGE LA | 7910 | 0692 | 22.01 | |
| 08/15 | 08/16 | WAL-MART #2938     LAFAYETTE   LA | 5374 | 0692 | 28.05 | |
| 08/15 | 08/16 | WM SUPERCENTER #2938  LAFAYETTE   LA | 2883 | 0692 | 172.93 | |
| 08/15 | 08/18 | SAMMY'S GRILL      BATON ROUGE LA | 2739 | 0692 | 42.77 | |
| 08/15 | 08/18 | DEANO'S        LAFAYETTE   LA | 0803 | 0692 | 65.43 | |
| 08/16 | 08/18 | RAISING CANE RESTAUR  BATON ROUGE LA | 7066 | 0692 | 22.17 | |
| 08/16 | 08/18 | BURGER KING #06325 Q07 BATON ROUGE LA | 1417 | 0692 | 3.88 | |
| 08/16 | 08/18 | WM SUPERCENTER #1206  BATON ROUGE LA | 4789 | 0692 | 48.35 | |
| 08/16 | 08/18 | WM SUPERCENTER #1206  BATON ROUGE LA | 4862 | 0692 | 72.66 | |
| 08/16 | 08/18 | SHELL OIL 575424805QPS BATON ROUGE LA | 7431 | 0692 | 39.04 | |
| 08/17 | 08/18 | LOWES #02470       NEW ORLEANS  LA | 4619 | 0692 | 26.51 | |
| 08/17 | 08/18 | GEICO    08008413000 DC | 2869 | 0692 | 190.26 | |
| 08/17 | 08/19 | DEANIES SEAFOOD MARKET METAIRIE    LA | 9133 | 0692 | 7.28 | |
| 08/18 | 08/19 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 3586 | 0692 | 7.68 | |
| 08/18 | 08/19 | WALGREENS #4450     NEW ORLEANS  LA | 4914 | 0692 | 5.23 | |
| 08/18 | 08/19 | MICHAELS STORES 9953  HARAHAN    LA | 1285 | 0692 | 14.34 | |
| 08/19 | 08/19 | AMAZON MKTPLACE PMTS  AMZN.COM/BILLWA | 2914 | 0692 | 14.15 | |
| | | | | | | $8,618.18 |
| | | Interest Charged | | | | |
| 08/19 | 08/19 | Interest Charged on Purchases | | | 0.00 | |
| | | continued on next page | | | | |

6507 Memphis
Chinese dry wall



MIRROR for Name Bath

# LOWE'S
## NEVER STOP
## IMPROVING

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: FSTLANE4 13   TRANS#: 19778242 08-11-14

197584 SS 21.5-INX27.5-IN WHT VA      26.98
29.98   DISCOUNT EACH              -3.00

                    SUBTOTAL:        26.98
                        TAX:          2.36
        INVOICE 10474  TOTAL:        29.34
                        M/C:         29.34
TOTAL DISCOUNT:                       3.00
M/C:XXXXXXXXXXXX0692 AMOUNT:29.34 AUTHCD:035135
SWIPED REFID:77826110541D 08/11/14 12:31:01
STORE: 1054 TERMINAL: 10 08/11/14 12:31:14
# OF ITEMS PURCHASED:                   1
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  PAT PIAZZA

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

YOUR OPINIONS COUNT!
REGISTER FOR A CHANCE TO WIN A
$5,000 LOWE'S GIFT CARD!
¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA
TARJETA DE REGALO DE LOWE'S DE $5000!

REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
WITHIN ONE WEEK AT: www.lowes.com/survey
Y O U R   I D #  10474 1054 223

NO PURCHASE NECESSARY TO ENTER OR WIN.
VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.
OFFICIAL RULES & WINNERS AT: www.lowes.com/survey
STORE: 1054 TERMINAL: 10 08/11/14 12:31:14

6507



**LOWE'S**

NEVER STOP
**IMPROVING**

LOWE'S HOME CENTERS, LLC
2501 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117   (504) 948-0568

- SALE -

SALES#: S2470LT2 011615   TRANS#: 5305193 08-17-14

Switch plate & supplies

44402 1-GANG BLANK IVORY          1.76
          2 @     0.88
247218 KOBALT 3-PIECE MULTI SAW   12.98
96102 PS 101N STRAIGHT CUT TIN     9.58

          SUBTOTAL:        24.32
              TAX:          2.19
INVOICE 05766  TOTAL:       26.51
              N/C:          26.51

N/C:XXXXXXXXXXXXX0692 AMOUNT:26.51 AUTHCD:05537S
SWIPED REFID:305203247005 08/17/14 14:53:23

STORE: 2470  TERMINAL: 05   08/17/14 14:53:28
# OF ITEMS PURCHASED:          4
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  JEFF SYDNER

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*****************************************************
*         YOUR OPINIONS COUNT!                      *
*       REGISTER FOR A CHANCE TO WIN A              *
*         $5,000 LOWE'S GIFT CARD!                  *
* ¡REGISTRESE PARA TENER LA OPORTUNIDAD DE GANAR UNA *
*       TARJETA DE-REGALO DE LOWE'S DE $5000!       *
*                                                   *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*      WITHIN ONE WEEK AT: www.lowes.com/survey     *
*        Y O U R   I D #  05766 2470 229            *
*                                                   *
*        NO PURCHASE NECESSARY TO ENTER OR WIN      *
* VOID WHERE PROHIBITED. MUST BE 18 OR              *
*       'ILES & WINNERS AT: www.lou                 *
*       *************************                   *
          TERMINAL: 05   08/17/

BankAmericard | Cash Rewards

World MasterCard

Bank of America

5466 3221 8298 0692
August 20 - September 16, 2014
Page 3 of 8

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 08/18 | 08/20 | WALGREENS #15571    METAIRIE    LA | 5719 | 0692 | 5.97 | |
| 08/18 | 08/20 | HOBBY LOBBY #596    HARAHAN    LA | 3757 | 0692 | 7.82 | |
| 08/18 | 08/20 | HOBBY LOBBY #596    HARAHAN    LA | 3831 | 0692 | 5.21 | |
| 08/18 | 08/20 | OCHSNER CLINIC L.L.C. 504-842-4190 LA | 6668 | 0692 | 50.00 | |
| 08/19 | 08/20 | DORIGNAC'S FOOD CENT  METAIRIE  LA | 6318 | 0692 | 9.43 | |
| 08/19 | 08/20 | LIGHT FIXTURE CHAIN AN 404-5057049 GA | 5080 | 0692 | 25.00 | |
| 08/19 | 08/21 | G R AUTOMOTIVE LLC   NEW ORLEANS LA | 0070 | 0692 | 154.74 | |
| 08/20 | 08/21 | WHOLEFDS VET 10202   METAIRIE   LA | 9107 | 0692 | 9.71 | |
| 08/20 | 08/21 | AMC CLEARVIEW 12 #0486 METAIRIE   LA | 3771 | 0692 | 5.00 | |
| 08/20 | 08/21 | LAKEVIEW GROCERY    NEW ORLEANS LA | 0552 | 0692 | 7.89 | |
| 08/20 | 08/21 | DOLLY'S DELI     NEW ORLEANS LA | 6144 | 0692 | 53.98 | |
| 08/20 | 08/21 | TARGET    00014738 LAFAYETTE  LA | 1625 | 0692 | 8.62 | |
| 08/20 | 08/21 | AIA LA       2253875579  LA | 9079 | 0692 | 220.00 | |
| 08/21 | 08/22 | FANTASTIC SAMS    METAIRIE   LA | 4590 | 0692 | 17.00 | |
| 08/21 | 08/22 | LAKEVIEW VETERINARY HO NEW ORLEANS LA | 0200 | 0692 | 65.00 | |
| 08/21 | 08/22 | TJ MAXX #635     NEW ORLEANS LA | 0565 | 0692 | 27.18 | |
| 08/21 | 08/22 | WALMART #1353    HARAHAN    LA | 8072 | 0692 | 102.85 | |
| 08/21 | 08/22 | AIA LA       2253875579  LA | 3605 | 0692 | 195.00 | |
| 08/22 | 08/22 | TIGER CARD ONLINE   BATON ROUGE LA | 3308 | 0692 | 51.25 | |
| 08/22 | 08/25 | ROYAL SONESTA HOTEL NE NEW ORLEANS LA | 4845 | 0692 | 129.75 | |
| 08/23 | 08/25 | MR JOHNS STEAKHOUSE   NEW ORLEANS LA | 0154 | 0692 | 207.03 | |
| 08/23 | 08/25 | THE VELVET CACTUS   NEW ORLEANS LA | 9244 | 0692 | 29.12 | |
| 08/24 | 08/25 | MONDO        NEW ORLEANS LA | 0156 | 0692 | 21.06 | |
| 08/24 | 08/25 | EXXONMOBIL  99865552 GEISMAR   LA | 1750 | 0692 | 45.32 | |
| 08/24 | 08/25 | HIGHLAND HDWE & GARDEN BATON ROUGE LA | 8292 | 0692 | 7.30 | |
| 08/24 | 08/25 | ALBERTSONS #2720    LAFAYETTE  LA | 5610 | 0692 | 17.78 | |
| 08/24 | 08/26 | THE HOME DEPOT 348   KENNER    LA | 5087 | 0692 | 16.19 | |
| 08/24 | 08/26 | SAMMY'S GRILL    BATON ROUGE LA | 7993 | 0692 | 52.16 | |
| 08/25 | 08/26 | SAMS CLUB #4775    METAIRIE   LA | 0251 | 0692 | 94.68 | |
| 08/25 | 08/26 | SAMS CLUB #4775    METAIRIE   LA | 0335 | 0692 | 17.86 | |
| 08/25 | 08/26 | SOFT TOUCH CAR WAS   NEW ORLEANS LA | 4344 | 0692 | 5.00 | |
| 08/26 | 08/27 | JAMBA JUICE    NEW ORLEANS LA | 8187 | 0692 | 7.25 | |
| 08/26 | 08/27 | UL LAF UNIV BOOKSTORE LAFAYETTE  LA | 2271 | 0692 | 109.12 | |
| 08/26 | 08/27 | SAMS CLUB #8114    LAFAYETTE  LA | 6901 | 0692 | 5.08 | |
| 08/26 | 08/28 | DEANIES SEAFOOD MARKET METAIRIE   LA | 0541 | 0692 | 6.26 | |
| 08/26 | 08/28 | HOBBY-LOBBY #0094   LAFAYETTE  LA | 6715 | 0692 | 3.43 | |
| 08/27 | 08/29 | MO PHO       NEW ORLEANS LA | 8614 | 0692 | 111.29 | |
| 08/28 | 08/30 | NOHSC UPTOWN #1    NEW ORLEANS LA | 8687 | 0692 | 22.93 | |
| 08/30 | 09/02 | TARGET    00014498 METAIRIE  LA | 7899 | 0692 | 33.38 | |
| 08/30 | 09/02 | RADIOSHACK COR00191049 METAIRIE   LA | 3484 | 0692 | 45.65 | |
| 08/30 | 09/02 | DORIGNAC'S FOOD CENT  METAIRIE  LA | 4075 | 0692 | 17.22 | |
| 08/30 | 09/02 | AMC CLEARVIEW 12 #0486 METAIRIE   LA | 6829 | 0692 | 20.50 | |
| 08/30 | 09/02 | OFFICE DEPOT #124   METAIRIE   LA | 6962 | 0692 | 17.75 | |
| 08/30 | 09/02 | LAKEVIEW GROCERY    NEW ORLEANS LA | 4647 | 0692 | 10.01 | |
| 08/30 | 09/02 | RITE AID STORE 7271Q05 NEW ORLEANS LA | 8077 | 0692 | 7.07 | |
| 08/30 | 09/02 | NETFLIX.COM    NETFLIX.COM CA | 3188 | 0692 | 7.99 | |
| 08/31 | 09/02 | DEANIES SEAFOOD MARKET METAIRIE   LA | 1625 | 0692 | 7.28 | |
| 08/31 | 09/02 | DEANIES SEAFOOD MARKET METAIRIE   LA | 1617 | 0692 | 9.97 | |
| 08/31 | 09/02 | LAKEVIEW DISCOUNT INC NEW ORLEANS LA | 3242 | 0692 | 27.50 | |
| 08/31 | 09/02 | THE HOME DEPOT #0385  NEW ORLEANS LA | 5060 | 0692 | 13.07 | |
| 08/31 | 09/02 | GEICO     G8008413000 DC | 6518 | 0692 | 507.27 | |
| 09/01 | 09/02 | CIRCLE K 00467    METAIRIE   LA | 1772 | 0692 | 55.03 | |
| 09/01 | 09/02 | ALBERTSONS #2720    LAFAYETTE  LA | 9122 | 0692 | 31.87 | |
| 09/02 | 09/03 | LAKEVIEW GROCERY    NEW ORLEANS LA | 5429 | 0692 | 6.71 | |

continued on next page

Total Materials
$25.00

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/02 | 09/03 | STEIN-MARI #0022    NEW ORLEANS  LA | 3228 | 0692 | 98.07 | |
| 09/02 | 09/03 | JAZZERCISE    08003484748 CA | 2836 | 0692 | 41.00 | |
| 09/03 | 09/05 | SOUTHWES 5262443359917 800-435-9792 TX | 2490 | 0692 | 272.20 | |
| | | MARTINEZ/MARCELLEC1/05 MSY/DEN  RNDTRP DEN/MSY | | | | |
| 09/06 | 09/08 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 1666 | 0692 | 5.78 | |
| 09/07 | 09/08 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 2114 | 0692 | 21.83 | |
| 09/07 | 09/08 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 2569 | 0692 | 3.59 | |
| 09/08 | 09/09 | SAMSCLUB #4775    METAIRIE    LA | 9331 | 0692 | 51.89 | |
| 09/08 | 09/09 | WALGREENS #2640    NEW ORLEANS  LA | 3792 | 0692 | 19.42 | |
| 09/09 | 09/10 | MICHAELS STORES 9952  METAIRIE   LA | 4832 | 0692 | 19.56 | |
| 09/09 | 09/10 | WAL-MART #0989    METAIRIE    LA | 3915 | 0692 | 102.68 | |
| 09/09 | 09/10 | WALGREENS #11496    NEW ORLEANS  LA | 9577 | 0692 | 144.23 | |
| 09/09 | 09/10 | UL LAF UNIV BOOKSTORE  LAFAYETTE   LA | 0525 | 0692 | 17.79 | |
| 09/10 | 09/12 | THE HOME DEPOT #0385  NEW ORLEANS  LA | 1838 | 0692 | 46.39 | |
| 09/11 | 09/12 | DISCOUNT ZONE 1211    METAIRIE    LA | 0566 | 0692 | 53.00 | |
| 09/11 | 09/12 | MARSHALLS #0141    NEW ORLEANS  LA | 0871 | 0692 | 116.30 | |
| 09/11 | 09/13 | OLD NAVY 6523    HARAHAN    LA | 3197 | 0692 | 8.70 | |
| 09/11 | 09/13 | ADOBE SYSTEMS, INC.   800-833-6687 CA | 1297 | 0692 | 20.79 | |
| 09/13 | 09/15 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 8351 | 0692 | 13.96 | |
| 09/13 | 09/15 | WALGREENS #11496    NEW ORLEANS  LA | 1417 | 0692 | 8.47 | |
| 09/13 | 09/15 | MICHAELS STORES 9953  HARAHAN    LA | 5291 | 0692 | 11.95 | |
| 09/13 | 09/15 | HOBBY LOBBY #596    HARAHAN    LA | 9378 | 0692 | 22.34 | |
| 09/14 | 09/15 | WAL-MART #4683    BATON ROUGE  LA | 6953 | 0692 | 46.61 | |
| 09/14 | 09/15 | DOLRTREE 1828 00018283 LAFAYETTE   LA | 0002 | 0692 | 1.08 | |
| 09/14 | 09/15 | WM SUPERCENTER #2938  LAFAYETTE   LA | 8855 | 0692 | 49.09 | |
| 09/14 | 09/16 | CHEVRON 0203814    LAFAYETTE    LA | 5383 | 0692 | 34.94 | |
| 09/15 | 09/16 | DORIGNAC'S FOOD CENT  METAIRIE    LA | 4395 | 0692 | 9.33 | |
| 09/15 | 09/16 | LAKEVIEW GROCERY    NEW ORLEANS  LA | 8221 | 0692 | 3.66 | |
| | | | | | | $3,991.98 |
| | | **Interest Charged** | | | | |
| 09/16 | 09/16 | Interest Charged on Purchases | | | 0.00 | |
| 09/16 | 09/16 | Interest Charged on Balance Transfers | | | 0.00 | |
| 09/16 | 09/16 | Interest Charged on Dir Dep&Chk CashAdv | | | 0.00 | |
| 09/16 | 09/16 | Interest Charged on Bank Cash Advances | | | 0.00 | |
| | | TOTAL INTEREST FOR THIS PERIOD | | | | $0.00 |

### 2014 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate Until | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| Purchases | 22.24%V | | | | $0.00 | $0.00 |
| Balance Transfers | 22.24%V | | | | $0.00 | $0.00 |
| Direct Deposit and Check Cash Advances | 23.99%V | | | | $0.00 | $0.00 |
| Bank Cash Advances | 24.24%V | | | | $0.00 | $0.00 |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

# Vulcan Marketing, Inc

**5610 Nickajack Park Road**
**Mableton, Georgia  30126**
**404-505-7049        404-505-0882 (fax)**



# Invoice

Invoice Number:  [ 8022 ]

Invoice Date:  [ 8/12/2014 ]

Shipped to:
Ron Martinez
6525 Memphis Street
New Orleans, LA  70124
504-214-8884

Comments:

CHARGED

Your credit card was charged to :
**"Light Fixture Chain and Glass"**

Cash ☐          Credit Card *☑

Credit Card # :  [ MC   XXXX-XXXX-XXXX-0692 ]

Expiration Date :  [ 12/15 ]

| Quantity | Item | Charge | |
|---|---|---|---|
| 1 | Glass for SKU  625-465 | $ | 10.00 |
| | (SHIPPING & HANDLING) | $ | 15.00 |
| | | | |
| | | | |
| | Total: | $ | 25.00 |

Mailed: [          ]                Postage: [          ]

Chinese Drywall Expenses
6507 Memphis Street
New Orleans, LA 70124

| | |
|---|---|
| Sewerage and Water Board of New Orleans | $284.03 |
| Entergy New Orleans | $237.11 |
| Greg Williamson (reimburse tenant for initial payment) | $31.76 |
| Total Utility Expenses: | $552.90 |

Sewerage and Water Board of New Orleans

*pd Ck# 9212*
*3-22-14*
*#43 07*

| Please pay by | MAR. 25, 2014 | | CATHERINE S MARTINEZ |
| Amount Due | $ 43.07 | | 6525 MEMPHIS STREET |
| Late Payment | $ 48.56 | | NEW ORLEANS LA 70124-3235 |

| Service for | 6507 MEMPHIS STREET | | Account 105782-15-8 |

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 02/27/14 | 7,428 | R | 0.0 | 23 | 0.00 |
| Last Bill | | | | | | |
| Last Year | | | | | | |

| Meter | Size | Class | The City offers Seniors 65 or older a reduced sanitation rate. For households with one member, monthly income cannot exceed $957.50. Call 3-1-1 for more information. |
|---|---|---|---|
| A131518 | 5/8" | RESIDENTIAL | |

| Previous Bill | (-) Payments Thru 03/03/14 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Sewerage and Water Board

| | |
|---|---|
| WATER SERVICE CHARGE | 4.91 |
| CITY SALES TAX  2.50% | .12 |
| SEWER SERVICE CHARGE | 14.04 |

### City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 24.00 |

| | | | |
|---|---|---|---|
| S&WB CURRENT CHARGES | 19.07 | CITY CURRENT CHARGES | 24.00 |
| S&WB BALANCE FORWARD | .00 | CITY BALANCE FORWARD | .00 |
| **S&WB TOTAL** | **19.07** | **CITY TOTAL** | **24.00** |

| Total S&WB and City | 43.07 |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Total S&WB $19.44*



*Sewerage and Water Board of New Orleans*

625 Saint Joseph St.
New Orleans, LA 70165-6501
529-2837     (504) 585-2460
www.swbno.org

*Pcl. On# 9234*
*4-18-14*
*#45 87*

| | | |
|---|---|---|
| Please pay by | APR. 23, 2014 | |
| Amount Due | $ | 45.87 |
| Late Payment | $ | 51.64 |
| Service for | 6507 MEMPHIS STREET | |

CATHERINE S MARTINEZ
6525 MEMPHIS STREET
NEW ORLEANS LA 70124-3235

Account 105782-15-8

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 03/24/14 | 7,432 | R | 4.0 | 25 | 0.16 |
| Last Bill Last Year | 02/27/14 | 7,428 | R | 0.0 | 23 | 0.00 |

| Meter | Size | Class | The City offers Seniors 65 or older a reduced sanitation rate. For households with one member, monthly income cannot exceed $957.50. Call 3-1-1 for more information. |
|---|---|---|---|
| A131518 | 5/8" | RESIDENTIAL | |

| Previous Bill | (-) Payments Thru 03/24/14 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 43.07 | 43.07 | 0.00 | 0.00 | 0.00 |

### Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $3.26 / 1000 GAL | 1.30 |
| WATER SERVICE CHARGE | | 4.91 |
| CITY SALES TAX | 2.50% | .16 |
| SEWER VOLUME CHARGE | $4.88 / 1000 GAL | 1.46 |
| SEWER SERVICE CHARGE | | 14.04 |

### City of New Orleans

CITY SANITATION CHARGE          24.00

| | |
|---|---|
| S&WB CURRENT CHARGES | 21.87 |
| S&WB BALANCE FORWARD | .00 |
| S&WB TOTAL | 21.87 |

| | |
|---|---|
| CITY CURRENT CHARGES | 24.00 |
| CITY BALANCE FORWARD | .00 |
| CITY TOTAL | 24.00 |

| Total S&WB and City | 45.87 |
|---|---|

THANK YOU FOR YOUR PROMPT PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach here and return with your payment.





Sewerage and Water Board of New Orleans

pd. 444#9255
5-16-14
# 50.72

| Please pay by | MAY. 22, 2014 | |
|---|---|---|
| Amount Due | $ | 50.72 |
| Late Payment | $ | 56.65 |

CATHERINE S MARTINEZ
6525 MEMPHIS STREET
NEW ORLEANS LA 70124-3235

| Service for | 6507 MEMPHIS STREET | | Account 105782-15-8 |
|---|---|---|---|

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 04/22/14 | 7,438 | R | 6.0 | 29 | 0.21 |
| Last Bill Last Year | 03/24/14 | 7,432 | R | 4.0 | 25 | 0.16 |

| Meter | Size | Class | The City offers Seniors 65 or older a reduced sanitation rate. For households with one member, monthly income cannot exceed $957.50. Call 3-1-1 for more information. |
|---|---|---|---|
| A131518 | 5/8" | RESIDENTIAL | |

| Previous Bill | (-) Payments Thru 04/23/14 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 45.87 | 45.87 | 0.00 | 0.00 | 0.00 |

| Sewerage and Water Board | | City of New Orleans | |
|---|---|---|---|
| WATER USAGE          $3.26 / 1000 GAL | 1.96 | CITY SANITATION CHARGE | 24.00 |
| WATER SERVICE CHARGE | 4.91 | | |
| CITY SALES TAX       2.50% | .17 | | |
| SEWER VOLUME CHARGE $4.88 / 1000 GAL | 2.44 | | |
| SEWER SERVICE CHARGE | 14.04 | | |
| ANNUAL DHH SAFE DRINKING WATER FEE | 3.20 | | |
| | | | |
| S&WB CURRENT CHARGES | 26.72 | CITY CURRENT CHARGES | 24.00 |
| S&WB BALANCE FORWARD | .00 | CITY BALANCE FORWARD | .00 |
| S&WB TOTAL | 26.72 | CITY TOTAL | 24.00 |

| Total S&WB and City | 50.72 |
|---|---|

THANK YOU FOR YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Sewerage and Water Board of New Orleans



425 Saint Joseph St.
New Orleans, LA 70165-9902
529-2837      (504) 585-2300
www.swbno.org

*pd. Ck# 9269*
*6-5-14*
*# 78.58*

CATHERINE S MARTINEZ
6525 MEMPHIS STREET
NEW ORLEANS LA 70124-3235

| Please pay by | JUN. 23, 2014 |
|---|---|
| Amount Due | $  78.58 |
| Late Payment | $  87.58 |

Service for     6507 MEMPHIS  STREET

Account  105782-15-8

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 05/23/14 | 7,481 | R | 43.0 | 31 | 1.39 |
| Last Bill Last Year | 04/22/14 | 7,438 | R | 6.0 | 29 | 0.21 |

| Meter | Size | Class | |
|---|---|---|---|
| A131518 | 5/8" | RESIDENTIAL | The City offers Seniors 65 or older a reduced sanitation rate. For households with one member, monthly income cannot exceed $957.50. Call 3-1-1 for more information. |

| Previous Bill | (-) Payments Thru 05/21/14 | (+-) Adjustments | (+) Late Fees | (*) Balance Forward |
|---|---|---|---|---|
| 50.72 | 50.72 | 0.00 | 0.00 | 0.00 |

### Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $3.26 / 1000 GAL | 9.78 |
| WATER USAGE | $5.57 / 1000 GAL | 7.24 |
| WATER SERVICE CHARGE | | 4.81 |
| CITY SALES TAX | 2.50% | .55 |
| SEWER VOLUME CHARGE | $4.88 / 1000 GAL | 18.06 |
| SEWER SERVICE CHARGE | | 14.04 |

### City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 24.00 |

| | | |
|---|---|---|
| S&WB CURRENT CHARGES | | 54.58 |
| S&WB BALANCE FORWARD | | .00 |
| **S&WB TOTAL** | | **54.58** |

| | |
|---|---|
| CITY CURRENT CHARGES | 24.00 |
| CITY BALANCE FORWARD | .00 |
| **CITY TOTAL** | **24.00** |

| Total S&WB and City | 78.58 |
|---|---|

THANK YOU FOR YOUR PROMPT PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Sewerage and Water Board of New Orleans

*(handwritten)* DG · LHH 1001
7-15-14
$65.79

**Please pay by** JUL. 23, 2014

**Amount Due** $ 65.79

**Late Payment** $ 65.79
FINAL BILL
**Service for** 6507 MEMPHIS STREET

CATHERINE S MARTINEZ
6525 MEMPHIS STREET
NEW ORLEANS LA 70124-3235

Account 105782-15-8

| | Reading Date | Reading (100) | Bill Type | Water Usage (100 gal) | Number of Days Usage | Ave Usage/Day (100 gal) |
|---|---|---|---|---|---|---|
| THIS BILL | 06/23/14 | 7,511 | F | 30.0 | 31 | 0.97 |
| Last Bill Last Year | 05/23/14 | 7,481 | R | 43.0 | 31 | 1.39 |

| Meter | Size | Class | |
|---|---|---|---|
| A131518 | 5/8" | RESIDENTIAL | The City offers Seniors 65 or older a reduced sanitation rate. For households with one member, monthly income cannot exceed $957.50. Call 3-1-1 for more information. |

| Previous Bill | (-) Payments Thru 06/23/14 | (+-) Adjustments | (+) Late Fees | (=) Balance Forward |
|---|---|---|---|---|
| 78.58 | 78.58 | 0.00 | 0.00 | 0.00 |

### Sewerage and Water Board

| | | |
|---|---|---|
| WATER USAGE | $3.26 / 1000 GAL | 9.78 |
| WATER SERVICE CHARGE | | 4.91 |
| CITY SALES TAX | 2.50% | .37 |
| SEWER VOLUME CHARGE | $4.88 / 1000 GAL | 12.69 |
| SEWER SERVICE CHARGE | | 14.04 |

### City of New Orleans

| | |
|---|---|
| CITY SANITATION CHARGE | 24.00 |

| | | |
|---|---|---|
| S&WB CURRENT CHARGES | 41.79 | CITY CURRENT CHARGES | 24.00 |
| S&WB BALANCE FORWARD | .00 | CITY BALANCE FORWARD | .00 |
| S&WB TOTAL | 41.79 | CITY TOTAL | 24.00 |

| Total S&WB and City | 65.79 |
|---|---|

THANK YOU FOR YOUR PAYMENT.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

# Entergy.

**Entergy New Orleans, Inc.**
entergy-neworleans.com

Service Location
6507 Memphis St
New Orleans, LA 70124-3235
Page 1 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri
Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

## Total Monthly Energy Usage

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Mar 2014 | 35 | 63 | 1.8 |

2014
2013

## Account Summary for Catherine Martinez

| | |
|---|---|
| Account # 113622443 | QPC 08000 |
| Invoice # 370001721577 | Mail Date 03/20/2014 | Cycle 11 |

| Amount Due by 04/11/2014 | $28.06 | after | $29.47 |

## Current Charges

| Electric Base Rate Charge | | 11.85 |
|---|---|---|
| Formula Rate Plan | @ -10.5278% | -1.25 |
| Emergency Storm Reserve Fund | @ 2.3246% | 0.28 |
| Fuel & Purchased Power Cost | 63 kWh @ $0.034274 | 2.16 |
| Street Use Franchise Fee | | 0.69 |
| **Total Metered Charges Electric (Contract 13283088 )** | | **$13.73** |
| Gas Base Rate Charge | | 13.08 |
| Formula Rate Plan | @ -3.6145% | -0.47 |
| Emergency Storm Reserve Fund | @ 1.7118% | 0.22 |
| Street Use Franchise Fee | | 0.68 |
| **Total Metered Charges Gas (Contract 13283087 )** | | **$13.51** |
| City Sales Tax | | 0.82 |
| **Current Month Energy Charges** | | **$28.06** |

## Important Messages

**Real-Time Payment Options:**
-My Account Online at entergy.com
-By Phone at 800-584-1241 for a small fee.

**Fuel & Purchased Power Cost** - The monthly cost of fuel used in company power plants and the cost of electricity purchased from other companies.

**Street Use Franchise Fee** - The fee paid to the city to operate as a utility in Orleans Parish and to use city streets, highways, bridges, and public rights of way to locate electric and gas facilities.

**Emergency Storm Reserve Fund** - An amount set aside and only to be used to pay for damages to the electric or gas system caused by major storms.

Notice:
Recent cold weather may cause bills to be higher than usual.
Visit entergy.com/mypaymentoptions for helpful tools to manage your bill.

Want to understand changes in your bill?
Login to entergy.com/myaccount and select "Analyze My Bill".

## Meter Reading (Contract 13283088 )

| Meter # 7497920 | Rate : NE_RS1 | |
|---|---|---|
| Total Days ( 35 ) | | |
| Current Meter Reading | (03/12/2014) | 33081 |
| Previous Meter Reading | (02/06/2014) | - 33018 |
| kWh Metered | | 63 |

## Meter Reading (Contract 13283087 )

| Meter # U447421 | Rate : NG_RSG | |
|---|---|---|
| Total Days ( 35 ) | | |
| Current Meter Reading | (03/12/2014) | 2793 |
| Previous Meter Reading | (02/06/2014) | - 2793 |
| CCF Metered | | 0 |

*pd. CA# 9224   $28.06*
*4-6-14*

*total Entergy $237.1*

*Entergy.*

Entergy New Orleans, Inc.
entergy-neworleans.com

Account # 113622443
Invoice # 370001721577
Mail Date 03/20/2014
Page 2 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

*Important Messages .... continued*

Please add $1 to total bill amount for The Power to
Care. Learn more at *entergy.com.*



**Entergy**

*Entergy New Orleans, Inc.*
entergy-neworleans.com

Service Location
6507 Memphis St
New Orleans, LA 70124-3235
Page 1 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

## Total Monthly Energy Usage

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Apr 2014 | 30 | 253 | 8.4 |

2014 ■  2013 □

(bar chart: values 300, 225, 150, 75, 0 — months Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec)

## Account Summary for Catherine Martinez

| Account # 113622443 | Mail Date | QPC 08000 |
|---|---|---|
| Invoice # 50004205513 | 04/16/2014 | Cycle 11 |

| Amount Due by 05/08/2014 | $47.64 | after | $50.03 |
|---|---|---|---|

### Account Detail

| Previous Balance | | 28.06 |
|---|---|---|
| Payment Received | (04/08/2014) | -28.06 |
| Remaining Balance | | $0.00 |

### Current Charges

| Electric Base Rate Charge | | 23.26 |
|---|---|---|
| Formula Rate Plan | @ -10.5278% | -2.45 |
| Emergency Storm Reserve Fund | @ 2.3246% | 0.54 |
| Fuel & Purchased Power Cost | 253 kWh @ $0.038541 | 9.75 |
| Street Use Franchise Fee | | 1.64 |
| Total Metered Charges Electric (Contract 13283088) | | $32.74 |
| Gas Base Rate Charge | | 13.08 |
| Formula Rate Plan | @ -3.6145% | -0.47 |
| Emergency Storm Reserve Fund | @ 1.7118% | 0.22 |
| Street Use Franchise Fee | | 0.68 |
| Total Metered Charges Gas (Contract 13283087) | | $13.51 |
| City Sales Tax | | 1.39 |
| Current Month Energy Charges | | $47.64 |

### Important Messages

Thank you for the prompt way you pay your bill.

*Real-Time Payment Options:*
-My Account Online at entergy.com
-By Phone at 800-584-1241 for a small fee.

*Fuel & Purchased Power Cost* - The monthly cost of fuel used in company power plants and the cost of electricity purchased from other companies.

*Street Use Franchise Fee* - The fee paid to the city to operate as a utility in Orleans Parish and to use city streets, highways, bridges, and public rights of way to locate electric and gas facilities.

*Emergency Storm Reserve Fund* - An amount set aside and only to be used to pay for damages to the electric or gas system caused by major storms.

Spring is upon us; please remember to trim bushes and trees around your meters.

Please add $1 to total bill amount for The Power to Care. Learn more at entergy.com.

### Meter Reading (Contract 13283088)

| Meter # 7497920 | Rate : NE_RS1 | |
|---|---|---|
| Total Days ( 30 ) | | |
| Current Meter Reading | (04/11/2014) | 33334 |
| Previous Meter Reading | (03/12/2014) | - 33081 |
| kWh Metered | | 253 |

*[handwritten:]* pd. CA# 9241
5-2-14
# 47.64

*Entergy*

Entergy New Orleans, Inc.
entergy-neworleans.com

Account # 113622443
Invoice # 50004205513
Mail Date 04/16/2014
Page 2 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

### Meter Reading (Contract 13283087 )

| | | |
|---|---|---|
| Meter #  U447421 | Rate : NG_RSG | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (04/11/2014) | 2793 |
| Previous Meter Reading | (03/12/2014) | - 2793 |
| CCF Metered | | 0 |



**Entergy**

Entergy New Orleans, Inc.
entergy-neworleans.com

Service Location
6507 Memphis St
New Orleans, LA 70124-3235
Page 1 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

## Total Monthly Energy Usage

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day | 2014 ■ 2013 ☐ |
|---|---|---|---|---|
| May 2014 | 27 | 74 | 2.7 | |

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
300 225 150 75 0

## Account Summary for Catherine Martinez

| Account # 113622443 | Mail Date | QPC 08000 |
|---|---|---|
| Invoice # 110004373871 | 05/15/2014 | Cycle 11 |

| Amount Due by 06/06/2014 | $29.98 | after | $31.48 |
|---|---|---|---|

### Account Detail

| Previous Balance | | 47.64 |
|---|---|---|
| Payment Received | (05/07/2014) | -47.64 |
| Remaining Balance | | $0.00 |

### Current Charges

| Electric Base Rate Charge | | 12.51 |
|---|---|---|
| Formula Rate Plan | @ -10.5278% | -1.32 |
| Emergency Storm Reserve Fund | @ 2.3246% | 0.29 |
| Fuel & Purchased Power Cost | 74 kWh @ $0.045 | 3.33 |
| Street Use Franchise Fee | | 0.78 |
| **Total Metered Charges Electric (Contract 13283088)** | | **$15.59** |
| Gas Base Rate Charge | | 13.08 |
| Formula Rate Plan | @ -3.6145% | -0.47 |
| Emergency Storm Reserve Fund | @ 1.7118% | 0.22 |
| Street Use Franchise Fee | | 0.68 |
| **Total Metered Charges Gas (Contract 13283087)** | | **$13.51** |
| City Sales Tax | | 0.88 |
| **Current Month Energy Charges** | | **$29.98** |

### Meter Reading (Contract 13283088)

| Meter # 7497920 | Rate : NE_RS1 |
|---|---|
| Total Days (27) | |
| Current Meter Reading | (05/08/2014) | 33408 |
| Previous Meter Reading | (04/11/2014) | - 33334 |
| kWh Metered | | 74 |

## Important Messages

Thank you for the prompt way you pay your bill.

*Real-Time Payment Options:*
-My Account Online at *entergy.com*
-By Phone at 800-584-1241 for a small fee.

*Fuel & Purchased Power Cost* – The monthly cost of
fuel used in company power plants and the cost of
electricity purchased from other companies.

*Street Use Franchise Fee* – The fee paid to the city
to operate as a utility in Orleans Parish and to use
city streets, highways, bridges, and public rights of
way to locate electric and gas facilities.

*Emergency Storm Reserve Fund* – An amount set
aside and only to be used to pay for damages to the
electric or gas system caused by major storms.

Spring is upon us; please remember to trim
bushes and trees around your meters.

Please add $1 to total bill amount for The Power to
Care. Learn more at *entergy.com*.

Pd. CM# 9263
6-2-14
$29.98



*Entergy*

Entergy New Orleans, Inc.
entergy-neworleans.com

Account # 113622443
Invoice # 110004373871
Mail Date 05/15/2014
Page 2 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

### Meter Reading (Contract 13283087 )

| Meter # U447421 | Rate : NG_RSG | |
|---|---|---|
| Total Days ( 27 ) | | |
| Current Meter Reading | (05/08/2014) | 2793 |
| Previous Meter Reading | (04/11/2014) | - 2793 |
| CCF Metered | | 0 |

# Entergy®

**Entergy New Orleans, Inc.**
entergy-neworleans.com

Service Location
6507 Memphis St
New Orleans, LA 70124-3235

Page 1 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

## Total Monthly Energy Usage

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Jun 2014 | 35 | 374 | 10.7 |

2014 ■  2013 □



## Important Messages

Thank you for the prompt way you pay your bill.

*Real-Time Payment Options:*
-My Account Online at entergy.com
-By Phone at 800-584-1241 for a small fee.

*Fuel & Purchased Power Cost* - The monthly cost of fuel used in company power plants and the cost of electricity purchased from other companies.

*Street Use Franchise Fee* - The fee paid to the city to operate as a utility in Orleans Parish and to use city streets, highways, bridges, and public rights of way to locate electric and gas facilities.

*Emergency Storm Reserve Fund* - An amount set aside and used to pay for damages to the electric or gas system caused by major storms.

Spring is upon us; please remember to trim bushes and trees around your meters.

Please add $1 to total bill amount for The Power to Care. Learn more at entergy.com.

## Account Summary for Catherine Martinez

| Account # | 113622443 | Mail Date | 06/17/2014 | QPC | 08000 |
|---|---|---|---|---|---|
| Invoice # | 260002898315 | | | Cycle | 11 |

| Amount Due by 07/09/2014 | $59.26 | after | $62.23 |
|---|---|---|---|

## Account Detail

| | | |
|---|---|---|
| Previous Balance | | 29.98 |
| Payment Received | (06/03/2014) | -29.98 |
| Remaining Balance | | $0.00 |

## Current Charges

| | | |
|---|---|---|
| Electric Base Rate Charge | | 30.52 |
| Formula Rate Plan | @ -10.5278% | -3.21 |
| Emergency Storm Reserve Fund | @ 2.3246% | 0.71 |
| Fuel & Purchased Power Cost | 374 kWh @ $0.036897 | 13.80 |
| Street Use Franchise Fee | | 2.20 |
| **Total Metered Charges Electric (Contract 13283088)** | | **$44.02** |
| Gas Base Rate Charge | | 13.08 |
| Formula Rate Plan | @ -3.6145% | -0.47 |
| Emergency Storm Reserve Fund | @ 1.7118% | 0.22 |
| Street Use Franchise Fee | | 0.68 |
| **Total Metered Charges Gas (Contract 13283087)** | | **$13.51** |
| City Sales Tax | | 1.73 |
| **Current Month Energy Charges** | | **$59.26** |

## Meter Reading (Contract 13283088)

| Meter # 7497920 | Rate NE_RS1 | |
|---|---|---|
| Total Days ( 35 ) | | |
| Current Meter Reading | (06/12/2014) | 33782 |
| Previous Meter Reading | (05/08/2014) | - 33408 |
| kWh Metered | | 374 |

*pd. Ck# 9276*
*$59.26*
*6-19-14*



*Entergy*

Entergy New Orleans, Inc.
entergy-neworleans.com

Account # 113622443
Invoice # 260002898315
Mail Date 06/17/2014
Page 2 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

| Meter Reading (Contract 13283087 ) | | |
|---|---|---|
| Meter # U447421 | Rate : NG_RSG | |
| Total Days ( 35 ) | | |
| Current Meter Reading | (06/12/2014) | 2793 |
| Previous Meter Reading | (05/08/2014) | - 2793 |
| CCF Metered | | 0 |

# *Entergy*

Entergy New Orleans, Inc.
entergy-neworleans.com

**Service Location**
6507 Memphis St
New Orleans, LA 70124-3235
Page 1 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

## Total Monthly Energy Usage

| Billing Period | Billing Days | kWh Used | Avg kWh Per Day |
|---|---|---|---|
| Jul 2014 | 19 | 530 | 27.9 |

2014 ■  2013 □

## Account Summary for Catherine Martinez

| Account # 113622443 | Mail Date | QPC 08000 |
|---|---|---|
| Invoice # 2013501835 | 07/08/2014 | Cycle 11 |

**Amount Due by 07/30/2014**   **$72.17**

## Account Detail

| Previous Balance | | 59.26 |
|---|---|---|
| Payment Received | (07/07/2014) | -59.26 |
| Remaining Balance | | **$0.00** |

## Current Charges

| Electric Base Rate Charge | | 36.92 |
|---|---|---|
| Formula Rate Plan | @ -10.5278% | -3.89 |
| Emergency Storm Reserve Fund | @ 2.3246% | 0.86 |
| Fuel & Purchased Power Cost | 530 kWh @ $0.046278 | 24.53 |
| Federal Mandated EAC Rider | 530 kWh @ $0.000016 | 0.01 |
| Street Use Franchise Fee | | 3.08 |
| Total Metered Charges Electric (Contract 13283088 ) | | **$61.51** |
| Gas Base Rate Charge | | 8.28 |
| Formula Rate Plan | @ -3.6145% | -0.30 |
| Emergency Storm Reserve Fund | @ 1.7118% | 0.14 |
| Street Use Franchise Fee | | 0.43 |
| Total Metered Charges Gas (Contract 13283087 ) | | **$8.55** |
| City Sales Tax | | 2.11 |
| Current Month Energy Charges | | **$72.17** |

## Important Messages

Your bill is prorated.

This is your final bill.

Thank you for the prompt way you pay your bill!

*Real-Time Payment Options:*
-My Account Online at *entergy.com*
-By Phone at 800-584-1241 for a small fee.

*Fuel & Purchased Power Cost* - The monthly cost of fuel used in company power plants and the cost of electricity purchased from other companies.

*Street Use Franchise Fee* - The fee paid to the city to operate as a utility in Orleans Parish and to use city streets, highways, bridges, and public rights of way to locate electric and gas facilities.

*Emergency Storm Reserve Fund* - An amount set aside and only to be used to pay for damages to the electric or gas system caused by major storms.

Please add $1 to total bill amount for **The Power to Care**. Learn more at *entergy.com*.

## Meter Reading (Contract 13283088 )

| Meter # 7497920 | Rate : NE_RS1 | |
|---|---|---|
| Total Days ( 19 ) | | |
| Current Meter Reading | (07/01/2014) | 34312 |
| Previous Meter Reading | (06/12/2014) | - 33782 |
| kWh Metered | | 530 |

pd Ck# 9293     $ 72.17
7 / 15 14

*Entergy.*

Entergy New Orleans, Inc.
entergy-neworleans.com

Account # 113622443
Invoice # 2013501835
Mail Date 07/08/2014
Page 2 of 2

Customer Service, 800-368-3749 (800-ENTERGY)
Residential: 7a-7p; Business: 8a-5p; Mon-Fri

Power Outage or Safety Concern, 24 hrs/7days
800-968-8243 (800-9OUTAGE)

### Meter Reading (Contract 13283087 )

| Meter #  U447421 | Rate : NG_RSG | |
|---|---|---|
| Total Days ( 20 ) | | |
| Current Meter Reading | (07/01/2014) | 2793 |
| Previous Meter Reading | (06/12/2014) | - 2793 |
| CCF Metered | | 0 |

AD-Automatic Deposit • AP-Automatic Payment • ATM-Cash Withdrawal • DC-Debit Card • FT-Funds Transfer • SC-Service Charge • TD-Tax Deductible

| NUMBER REF CODE | DATE | TRANSACTION DESCRIPTION | PAYMENT, FEE, WITHDRAWAL (-) | DEPOSIT, CREDIT (+) | BALANCE $ |
|---|---|---|---|---|---|
| | 9/39/12 | Mozgola Leap-Rd Bev | 550.28 ✓ | | |
| | 9/27/12 | GEICO | 373.01 ✓ | | 70 |
| | 9/20/12 | Gregory Williamson | 31.70 ✓ | | |
| | 9/2 | Deposit | | 5637.26 ✓ | |
| | 9/11/12 | Entlegg (6507) | 47.64 ✓ | | |
| | 9/25/12 | Entlegg | 177.72 ✓ | | 2318 |
| | | St Transfer (deposit) | | 5570.00 ✓ | |
| | 9/13/12 | Servicemaster (6507) | 2570.00 ✓ | | |
| | 9/14/12 | Vrndn Financial (6506) | 330.77 ✓ | | |
| | 9/15/14 | Monfao Enterprise | | 6300.32 ✓ | |
| | 5/4 | transfer deposit (6507) | | 411300 ✓ | |
| | 9/3/16 | Healey Estimating Svc | 1330.00 ✓ | | |
| | 5/5 | Transfer deposit (6507) | | 4892.?? ✓ | |

4-30-14
$31.70
reimburse for
tentant utility
initial payment.

No other record
available.

# Exhibit 10

# Exhibit 11



## Site Plan - First Floor Plan
SCALE: 1/8" = 1'-0"

6507 Memphis Street
New Orleans, LA 70124

Square 180
Lakeview Subdivision
Second District
Orleans Parish, LA.

# Exhibit 12

# Exhibit 13

## Owner Disclosure Affidavit

Owner name: RON S. MARTINEZ

Affected Property address: 6507 MEMPHIS Street, New Orleans, LA 70124

Purchase date and price of Affected Property: June 1, 2006 - $198,000⁰⁰

List the manufacturers of all drywall found in the Affected Property:

KNAUF-TIANJIN

Move-out date: FEBRUARY 1, 2014

Move-in date: July 15, 2015

Storage expenses paid: - 0 -

Moving expenses paid: - 0 -

Utility expenses paid: $552⁹⁰

Alternative living expenses paid: $11,000⁰⁰ Rental Loss [2000⁰⁰/month × 5½ months]
[- see attached Lease]

Total cost of construction paid: $66,737³⁵

Total claim: $78,290²⁵

General Contractor name and phone #: Husky Estimating [504-666-4778]

Total amount paid to general contractor: VARIOUS Contractors - see attached - $3,120 paid to Husky

Affected Property air conditioned square footage: 1,850#

Was Owner aware of the defective drywall before purchasing the Affected Property: _____

No - property was gutted after flooding caused by Katrina - owner renovated in 2006 - presence of corrosive drywall discovered in January 2014

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

Kitchen cabinets:                    (Reused)              Replaced

1 of 7                    Owner Initial _____   Contractor Initial _____

Kitchen countertop:                                  (Reused)              Replaced

If replaced indicate material:        Formica        Corion      Tile        Granite

Kitchen Plumbing Fixtures: (Faucets, sink)           (Reused)              Replaced

Kitchen floor:                                       (Reused)              Replaced

Appliances:                                          (Reused)              Replaced

If replaced, please list appliance manufacture and model: _____

_____

_____


Bathroom cabinets:                                   (Reused)              Replaced

Bathroom tops:                                       (Reused)              Replaced

If replaced indicate material:    Formica      Cultured marble      Tile        Granite

Bathroom flooring:                                   (Reused)              Replaced

Bathroom enclosures:                                 Reused              (Replaced)

Bathroom lighting:                                   Reused              (Replaced)

Bathroom Accessories (towel bars, etc.):             Reused              (Replaced)

Bathroom Mirrors:                                    Reused              (Replaced)

Tub:                                                 (Reused)              Replaced

If replaced indicate master bath tub type            Fiberglass      Steel      Jacuzzi

Plumbing fixtures (toilets, sinks):                  (Reused)          (Replaced) ✳

If replaced please provide description of original manufactures:

✳ replaced on bathroom sink because it was broken during
demolition of drywall - replaced w/ matching sink.

Plumbing faucets:                                    (Reused)              Replaced

If replaced please provide description of original manufactures:

All plumbing fixtures were removed, cleaned,
& salvaged for reuse

Plumbing lines:                                      (Reused)              Replaced

If replaced indicate material:              Copper          CPVC          PEX


2 of 7                       Owner Initial _____   Contractor Initial _____

Base boards:                                                    (Reused)        (Replaced) ✳

Interior doors:                                                 (Reused)         Replaced

If replaced indicate:      Hollow core 6' 8" doors      Hollow core 8' doors      Solid core 8' doors

Window wood molding:                          N/A  (Reused)            (Replaced) ✳

Crown molding:                                N/A  (Reused)            (Replaced) ✳

If replaced please indicate original locations:

✳ _SOLID WOOD TRIM & INTERIOR DOORS WERE REMOVED, CLEANED, &_
  _SALVAGED FOR REUSE. SEVERAL PIECES WERE BROKEN DURING_
  _REMOVAL & WERE REPLACED WITH MATCHING TRIM._

Chair Rail:                                   (N/A) Reused              Replaced

If replaced please indicate original locations:

_____

_____

Tile flooring:                          N/A  (Reused)            Replaced

If replaced please indicate locations of tile floors:

_____

Marble Flooring:                        (N/A) Reused            Replaced

If replaced please indicate locations of marble floors:

_____

Wood Flooring Type:                     N/A  (Wood)            Pergo/float

Wood flooring:                          N/A  (Reused)          Replaced

If replaced please indicate locations of wood floors:

_____

Carpet:                                 (N/A) Reused            Replaced

3 of 7                      Owner Initial _____   Contractor Initial _____

If replaced please provide description of original manufactures:

_____

_____

If replaced please indicate locations of carpet:

_____

HVAC replacement: *ENTIRE A/C SYSTEM REPLACED* (Ducts) (Coils)   Air handler(interior) (Condenser(exterior))

HVAC manufacturer: GOODMAN

Insulation:                         Reused *                  (Replaced)

Electrical fixtures:              (Reused)*                  (Replaced)

Electrical wiring:                (Reused) + Cleaned to BRIGHT COPPER   Replaced

Electrical fans:                  (Reused)                   Replaced

If replaced please indicate how many and which rooms:

*LIGHT FIXTURES were cleaned & reused — ALL outlets, switches, etc throughout were REPLACED

Stair rails:                      (N/A) Reused              Replaced

Window sills:                     (Reused)                  Replaced

If replaced indicate original material:   Wood        Marble        Drywall

Alarm system: SMOKE ALARM REPLACED   N/A  Reused   (Replaced)
              SECURITY ALARM removed, not REPLACED

Fire suppression system:          (N/A) Reused             Replaced

Intercom:                         (N/A) Reused             Replaced

Surround sound:                   (N/A) Reused             Replaced

Wall papers:                      (N/A)                    Replaced

Interior paint:                   Total colors used: 2 colors
                                  ALL walls 1 color
                                  ceilings white

Additional construction related items replaced:

WOOD exterior STAIR tread @ REAR DAMAGED during construction
ATTIC STAIRS DAMAGED & REPLACED during construction
SHED & POLE FENCE removed & REPLACED to allow ACCESS to REAR of
Personal items replaced: HOUSE during construction to preserve front yard Landscaping.

Owner Initial _____   Contractor Initial _____

_____
_____
_____
_____

Items that were upgraded and deducted from construction replacement cost:

*NO upgrades - ALL materials replaced with Exact match or similar product*

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

Owner Initial _____   Contractor Initial _____

9.   An Environmental Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendats may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____   Contractor Initial

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: April 22, 2015

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

Paul A. Bello #707

My commission expires on   My Death

Paul A. Bello, Notary Public
Commission # 707
State of Louisiana
Parish of Orleans
Commissioned For Life

Date: 4.22.15

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

Paul A. Bello #707

My commission expires on   My Death

Paul A. Bello, Notary Public
Commission # 707
State of Louisiana
Parish of Orleans
Commissioned For Life

7 of 7                    Owner Initial _____    Contractor Initial _____

# Exhibit 14