UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

                              SECTION "L"
This document relates to:

                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al

                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.

Case No. 14-cv-2722



        Deposition of RONALD S. MARTINEZ,

JR., 6525 Memphis Street, New Orleans,

 Louisiana 70124, taken in the Law Offices

 of Fishman Haygood, LLP, 201 St. Charles

 Avenue, 46th Floor, New Orleans, Louisiana

70170, on Friday, the 31st day of May,

 2019.




 REPORTED BY:

 MICHELINE COSSE' BURAS, CCR, RPR
 Certified Court Reporter

<div style="border:1px solid">
EXHIBIT
B
</div>

1    you purchased the property?

2         A.  I don't remember if they were

3    still there, but I can tell you that we

4    removed every bit of plumbing and

5    electrical.

6         Q.  Okay.  So when you remodeled the

7    house in 2006 it was stripped down to its

8    studs only?

9         A.  Yes.

10         Q.  Okay.  Let me back up.  You

11    indicated earlier in your deposition that

12    you're an architect.

13         A.  Yes, sir.

14         Q.  Okay.  Give me a little bit of

15    your background, educational background.

16         A.  I have a Bachelor of Architecture

17    degree.

18         Q.  From what university?

19         A.  From University of Southwestern

20    Louisiana, 1985.

21         Q.  And University of Southwestern

22    Louisiana now is effectively called ULL?

23         A.  ULL, right.

24         Q.  And you're still employed as an

25    architect, sir?

1          A.  Yes, I am.

2          Q.  Who are you employed by?

3          A.  I have a firm, Scairono Martinez

4     Architects.

5          Q.  And you're a principal in the

6     firm?

7          A.  Yes, I am.

8          Q.  What type of architecture do you

9     specialize in?

10         A.  Commercial architecture and

11    educational buildings, schools.

12         Q.  All right.  So you're familiar

13    with the construction process?

14         A.  Yes, sir.

15         Q.  And even though you said you

16    specialize in commercial and educational,

17    you're well-versed in residential

18    construction?

19         A.  Yes, sir.

20         Q.  Okay.  You indicated that you

21    gutted it to the studs and property is

22    purchased in June of 2006?

23         A.  Yes, sir.

24         Q.  Okay.  How long did it take you to

25    remediate that property, approximately

1    had already gutted it.  It was an easy way

2    to get back home quick.  That's why we did

3    a 90-day renovation.

4         Q.  Okay.  When you said the house

5    that you lived in had flooded that was two

6    doors down, what was that address?

7         A.  6525.  That's where we live now.

8         Q.  Okay.  So that's your current

9    address?

10        A.  Yes, sir.

11        Q.  So you're living at 6525 Memphis,

12   Hurricane Katrina strikes, everybody gets

13   flooded.  And you purchase the property in

14   Destrehan or rent?

15        A.  We purchased the house in

16   Destrehan.

17        Q.  You moved to Destrehan and then

18   you purchased 6507 Memphis Street and

19   remodeled that property?

20        A.  Correct.

21        Q.  Okay.  When did you remodel 6525

22   Memphis Street?

23        A.  Not until 2009, I think, is when

24   we moved.  That's why we bought the

25   neighbor's house.  We weren't sure what we

1        were going to do, tear it down, renovate.

2            Q.  But, approximately, 2009 you move

3        back and you remodel from Katrina and move

4        back into 6525 Memphis Street?

5            A.  The real house, that's what we

6        call it.

7            Q.  Your real residence?

8            A.  Right.

9            Q.  Got it.  And was that property

10       actually remodeled in '09 or had it been

11       done at a prior time?

12           A.  We had remodeled it and finished

13       the summer of 2005.  So that's why we

14     weren't sure if we were going to do it

15      again.  But then we did remodel it again

16      after the storm and added on to it.

17           Q.  Yeah.  I guess that was a bad

18       question for me.  So when Hurricane Katrina

19       strikes, the 6525 Memphis Street remained

20       effectively inhabitable until 2009?

21           A.  Right.  Yes.

22           Q.  Okay.  So from '06 to '09 your

23       primary residence was 6507 Memphis Street?

24           A.  Yes, sir.

25           Q.  Okay.  And then in '09 your real

1    house 6525 was finished, you moved back

2    into that house, that became your primary

3    residence?

4        A.  Yes, sir.

5        Q.  Let's go back to 6507 Memphis

6    Street.  It was a three-month renovation

7    after Hurricane Katrina in 2009; right?

8        A.  Yes, sir.

9        Q.  All right.  When was the drywall

10   actually installed?

11       A.  I mean, that would be one of the

12   in the last month, I'd say so, August.

13       Q.  If you look at Page 2 of the

14   Exhibit 3 it might be a refresher?

15       A.  Okay.  August 1, 2006 is what I

16   wrote there.

17       Q.  And when you remodeled the house

18   in 2006, were you the contractor for that?

19       A.  I hired a contractor to oversee

20   other guys that I would hire so I'd say,

21   yes, I self-contracted.  I hired this

22   guy.

23       Q.  What was his name?

24       A.  Robin D'Aunoy.  And I can look up

25   his spelling.  It's like D, apostrophe, A.

1      InEx purchase?

2         A.  Can you repeat that, please?

3         Q.  Yeah.  Did he say anything in

4      regards to any kind of notice he received

5      in regards to your purchase of the InEx

6      drywall?

7         A.  I don't recall.

8         Q.  Okay.  And do you recall whether

9      you paid for the InEx drywall or Greg did?

10        A.  No.  That's what I said earlier, I

11     don't remember if I paid directly or just

12     paid him.

13        Q.  All right.  You indicated in the

14     Plaintiff Profile Form that you identified

15    Chinese drywall on February 1st, 2014;

16     right?

17        A.  Yes.

18        Q.  All right.  How did you make that

19     determination?

20        A.  We had a new tenant.  At that time

21   we were renting the house, and the air

22     conditioner service -- serviceman, I was

23     mad at him because I had to keep getting

24     him to service the air conditioner.  And he

25     said you must have Chinese drywall.

 1              So I went in the attic to prove to

 2       him that I didn't, and I moved the

 3       insulation aside and saw that it said China

 4       on it.

 5              Q.   Okay.  So that was on February 1st

 6       of 2014?

 7              A.   Yes.

 8              Q.   And you indicated that the A/C

 9       repairman had come out multiple times

10       before that --

11              A.   Yes.

12              Q.   -- to service your --

13              A.   Yes.

14              Q.   Who was that A/C man?

15              A.   Glenn Barkemeyer, A/C Service

16       Depot.

17              Q.   All right.  How many times prior

18       had you had to have your AC serviced?

19              A.   I don't know the number, but it

20       was several times since the unit was new

21       and it was enough to --

22              Q.   And each time was a -- I'm sorry.

23       You want to finish that?  Go ahead.

24              A.   I kind of was finished.  It was

25       enough to be aggravated.

1        Q.  All right.  Was it more than six?

2        A.  I don't think so.

3        Q.  Okay.  Was it more than two?

4        A.  I'm going to be guessing at the

5   number, so two or -- it would be two or

6   three times.

7        Q.  Well, two or three times.  All

8   right.  And what was the duration

9   between -- well, let me back up.  The two

10  or three times that the AC unit would have

11  been fixed by Glenn Barkemeyer A/C Service

12  Depot each time he came out he charged you

13  to replace a coil?

14       A.  Well, he charged me.  I don't

15  recall the work that he did.  He may have

16  replaced the coil or -- I don't remember.

17       Q.  Okay.  All right.  The two or

18  three times that he did do the A/C service,

19  over what period of time is that -- would

20  have been gone out?  You moved in in

21  2014 -- excuse me, you moved in in 2006.

22  So you would have installed the unit in

23  2006; right?

24       A.  Correct.

25       Q.  Was the unit ever replaced between

1    2006 and 2014 when you say you identified

2    Chinese drywall?

3         A.  I don't know if the whole unit was

4    replaced.

5         Q.  Okay.

6         A.  Parts were.

7         Q.  Parts were?

8         A.  Right.

9         Q.  But you never did change out the

10   unit.  So that was an eight year old unit

11   between 2006 and 2014?

12        A.  To the best of my knowledge.

13        Q.  Okay.  All right.  What was the

14   earliest date that the AC gave you issues

15   that you had to have Glenn Barkemeyer come

16   out and service it?

17        A.  I don't recall.

18        Q.  Okay.  What was the duration

19   between the three times that you had him

20   come out?

21        A.  I don't recall that either.  And

22   I'll tell you, I don't recall really what

23   that was about, other than he had to be out

24   there multiple times.

25        Q.  Okay.  And was it more than a

1     month between each time he came out?

2         A.  Well, it probably so.

3         Q.  Okay.  Was it more than six

4     months?

5         A.  Again, I'd just be speculating.  I

6     really can't tell you.  I could get some

7     dates from him maybe.

8         Q.  When he came out, he would have

9     gave you an invoice?

10         A.  Yes.

11         Q.  That invoice would have described

12     the work that was done?

13         A.  Yes.

14         Q.  It also would have had a cost and

15     you would have paid for it?

16         A.  Yes.

17         Q.  And those would have been in your

18     possession?

19         A.  They might be.  I wasn't thinking

20     of that work as part of our -- the expenses

21     we had for this.  I understand now that it

22     is, but it was just maintenance on the

23     house is where I started at the time.  So I

24     might not have saved the receipts.  I don't

25     know.  Maybe I could get them from Glenn

1     Barkemeyer.

2       Q.  Okay.  But that's something that

3     you can identify in your possession or from

4     Mr. Barkemeyer is something you could

5     provide to us if it's available?

6       A.  If it's available, yes, I will.

7     Yes, sir.

8          MR. DYSART:

9            I'll go ahead and request

10         that information.

11          MR. DOYLE:

12            I'll add it to the list.  If

13         we can get our hands on it, we'll

14         produce it.

15          MR. DYSART:

16            Off the record.

17         (Off the record.)

18     EXAMINATION BY MR. DYSART:

19       Q.  All right.  Back on the record.

20     All right.  So we're talking about in 2014

21     you were in the attic and you identify a

22     board that says China on it?

23       A.  Yes.

24       Q.  Okay.  What does that board say?

25       A.  At first I just saw the word

1    inspection done?

2         A.  I don't recall having an

3    inspection, other than by me to see what it

4    was.

5         Q.  I'm sorry.  Were you finished?

6         A.  Yes, I am.

7         Q.  All right.  So you didn't conduct

8    any -- you didn't have a third-party come

9    in and conduct a Chinese drywall

10   inspection?

11        A.  I don't -- I don't recall that,

12   no.

13        Q.  And you said your inspection, that

14   would be the inspection of you looking in

15   the ceiling -- excuse me, in the attic on

16   the ceiling and then behind a piece of

17   plywood?

18        A.  Right.  And observing the words

19   "Knauf" on the Gyp board.

20        Q.  When you saw it and you said you

21   saw "China," you said that you had a

22   problem.  So you said that you had a

23   problem so you knew right away.  So you

24   knew what Chinese drywall was at that

25   point?

1          A.   Right.

2          Q.   You knew about Chinese drywall in

3     2009 when the case was first transferred

4     here in an MDL?

5               MR. DOYLE:

6                    Object the form.

7     EXAMINATION BY MR. DYSART:

8          Q.   When I say the case, were you

9     first aware of Chinese drywall in 2009 when

10    an MDL was formed for certain claimants in

11    Chinese drywall?

12         A.   What is an MDL?

13         Q.   Court, court proceeding in New

14    Orleans.

15         A.   I don't know when I first became

16    aware of it, but I had just learned of it

17    on the news.  I didn't have any specific

18    knowledge.  I just heard about it.  I knew

19    it was a thing.

20         Q.   Okay.  Do you recall what date

21    that would have been?

22         A.   No.

23         Q.   When you first knew -- Okay.  Did

24    you ever recall learning that Saints head

25    Coach Sean Payton had Chinese drywall?

1          A.   Yes.   That sounds familiar, but I

2     don't --

3          Q.   Okay.

4          A.   Just in conversation maybe.

5          Q.   And at the time there was a

6     settlement announced between certain

7     defendants and certain claimants in Chinese

8     drywall that would have been on the news.

9     Do you recall seeing that on the news?

10          MR. DOYLE:

11               Object to the form.

12          MR. DYSART:

13               You can answer.

14          MR. DOYLE:

15               I objected to the form of his

16          question.

17          THE WITNESS:

18               I mean, if it was on the news

19          I guess I saw it.  But until this

20          date when I saw it in my house, it

21          didn't apply to me.  So it was

22          just something that I was hearing

23          about, no.

24          MR. DYSART:

25               Okay.

```
 1              THE WITNESS:
 2                   I wasn't concerned about it
 3              affecting it.
 4      EXAMINATION BY MR. DYSART:
 5           Q.  Other than the A/C failures, we
 6      talked about the A/C failures, any other
 7      symptoms of Chinese drywall that you
 8      noticed in your house?
 9           A.  No.
10           Q.  Okay.  So you didn't have any
11      appliances go out?
12           A.  We had an ice maker that failed
13      that I've learned since then that that was
14      probably because of the Chinese -- it was
15      part of the refrigerator.
16           Q.  Okay.  And the ice maker, did you
17      have someone come look at it and give you
18      an opinion that it was Chinese drywall?
19           A.  No.  Nobody mentioned Chinese
20      drywall and I don't even remember when that
21      happened.  But I just -- since all this
22      I've learned people talk about ice makers.
23           Q.  Ice makers fail for a lot of
24      reasons?
25           A.  Yeah.  So -- I don't know.
```

```
 1            Q.  So, again, other than you
 2       identifying a board in the ceiling and the
 3       A/C failures, any other indications of
 4       Chinese drywall in that house prior to
 5        2014?
 6                  MR. DOYLE:
 7                       Object to the form.
 8                  THE WITNESS:
 9                       No.  Not to me.  I didn't
10                       think about it.
11       EXAMINATION BY MR. DYSART:
12            Q.  Did the house have a smell?
13            A.  I will tell you yes, but I thought
14       it was something the tenants were cooking.
15       And we went there, it did have a funny odor
16       and --
17            Q.  When did the tenants move in?
18            A.  Well, we had several tenants.
19       Beginning in 2009 I think we had two
20       families lived there until this was going
21       to be the third tenant.  It was both times
22       people renovating their own house or in
23       transitions we rented for a year or two.
24            Q.  Okay.  All right.  So multiple
25       tenants between 2009 and 2014?
```

1          A.   That's correct.   There's nothing

2     here.

3          Q.   All right.   Now, you did produce

4     some photographs of KPT drywall, which

5     we'll get to.

6          A.   Right.

7          Q.   But is that because all the

8     drywall in your possession was removed from

9     the property?

10          A.   I don't understand.

11          Q.   So you, you know, have indicated

12     that you remediated the property following

13     your discovery of Chinese drywall?

14          A.   Yes, sir.

15          Q.   That is your allegation.   Is this,

16     basically, stating that all the Chinese

17     drywall has been removed from the property,

18     or is that your position?

19          A.   That is my position, that all

20     Chinese drywall, all drywall was removed

21     from the property.

22          Q.   Okay.   Let's talk about the

23     removal of the drywall.   When did you start

24     the remediation?

25          A.   I'd have to look and see what the

1    date is, but as soon as we could.

2        Q.  If you turn to Page 7, that same

3    document that we're looking at.

4        A.  Okay.

5        Q.  February 13th?

6        A.  13th, yes, sir.

7        Q.  2014?

8        A.  Yes, sir.

9        Q.  And how long did it take you to

10   complete that?

11       A.  We finished on June 3rd, 2014, so

12   four months.

13       Q.  Okay.  So less than four months to

14   remediate the property; correct?

15       A.  Yes, sir.

16       Q.  Okay.  And you said that all

17   drywall was removed; right?

18       A.  Yes, sir.

19       Q.  Did you have a company come in and

20   provide any type of environmental

21   certificate?

22       A.  I don't recall.

23           MR. DOYLE:

24               Object to the form.

25           THE WITNESS:

1          A.   Yes.

2          Q.   If you flip to Exhibit 3, I have

3      three photographs; right?

4          A.   Yes, sir.

5          Q.   And those are the three

6      photographs that you uploaded in support of

7      your compliance with PTO 1(B); correct?

8          A.   Yes, sir.   That's the

9      documentation that I have.

10          Q.   And that's all the documentation

11      that you have in your possession?

12          A.   Yes.   That there was Chinese

13      drywall in the house.

14          Q.   All right.   So the first two

15      pictures are pictures of the same board;

16      right?   One is just a little closer up?

17          A.   Yes.   That's correct.

18          Q.   All right.   And then, again, the

19      picture -- the same picture on Picture 3 is

20      the same board, just slightly moved over to

21      the right; right?

22          A.   Yes.   That's correct.

23          Q.   So while we have three

24      photographs, effectively it's a single

25      board; right?

1       A.   That's correct.

2       Q.   When you removed the drywall --

3  Well, let me back up.  Did you hire a

4  contractor to remediate the property in

5  2014?

6       A.   Yes.

7       Q.   Okay.  Who was that?

8       A.   That was -- that's when Robin

9  D'Aunoy was involved in it.  I mentioned

10  earlier.

11       Q.   All right.  And what company is he

12  with?

13       A.   His company's name is Husky

14  Estimating.

15       Q.   All right.  I think we have some

16  invoices from that we will get to.

17       A.   Right.

18       Q.   Did you hire him to do the entire

19  thing or just the removal of the drywall?

20       A.   I hired Robin D'Aunoy to

21  coordinate all the contractors who I hired.

22  It was Juan Montes and others who I knew

23  and who worked with us previously.  And I

24  don't remember who physically took the

25  drywall out of the house.

1    8, the same document.

2        A.  Right.

3        Q.  Under Question 36, the question

4    was were any samples from the remediation

5    maintained?  The answer is no?

6        A.  That's correct.

7        Q.  If the response to 36 is yes, were

8    the samples compliant to PTO 1(B) and then,

9    obviously, the answer is no?

10       A.  Okay.

11       Q.  So the drywall, as far as your

12   understanding, was disposed?

13       A.  Is that a question?  I didn't

14   understand.

15       Q.  No.  I was reading the question.

16   Excuse me.  Strike that.

17       A.  Okay.

18       Q.  So no samples were retained;

19   correct?

20       A.  Correct.

21       Q.  All right.  And other than -- and

22   the only other evidence we have are the

23   photographs that you supplied as Exhibit 3;

24   right?

25       A.  That's correct.

1          A.   Yeah.

2          Q.   Are there any other claims besides

3     your remediation cost?

4          A.   I think that covered it.   I'm

5     sorry.   I interrupted you.

6          Q.   Let's confirm for the record.

7     Remediation cost, your direct purchases,

8     the utilities, the rental income loss, and

9     your loss of use.   Are there any other

10     claims that you make for this case, any

11     other claims for damages?

12          A.   I think that's it.

13          MR. DYSART:

14               I think based on the fact

15               that it was in 2014, we can

16               stipulate on the record that all

17               the PTOs, PTO 1, PTO 1(B), and

18               PTO (I) were all in effect.

19          MR. DOYLE:

20               I don't think we have to

21               stipulate.   I think it's part of

22               the record.

23          MR. DYSART:

24               Okay.   Well, I'll go through

25               it.

3.  Name and address of the realtor?

Jolynn King, Remax N.O. Properties, 8001 Maple Street, New Orleans, LA  70118

4.  Name and address of the closing agent?

Patricia Murphy, Latter & Blum Realtors, 7039 Canal Blvd., New Orleans, LA 70124

5.  What was the price of the home when you purchased it?  $ 118,000.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes    ☐ No    ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
                     $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a.  05 / 05 /20 09

b.  ____ /____ /20_____

EXHIBIT

5

PENGAD 800-631-6989

2

## VERIFICATION

     I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_Catherine S. Martinez_
Signature of Plaintiff

_5/26/19_
Date

_Catherine S. Martinez_
Printed Name


_____
Signature of Plaintiff

_May 26, 2019_
Date

_Ron S. Martinez_
Printed Name


_____
Signature of Plaintiff

_____
Date

_____
Printed Name