UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Ronald and Catherine Martinez ("Martinez"):

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

1

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed on May 14, 2018 (Rec. Doc. 21334).

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

9. The Martinez Plaintiffs are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in their property located at 6507 Memphis Street, New Orleans, LA 70124 (the "Property").

10. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

11. Martinez completed and submitted a PPF, SPPF, PFS, and an Owner Disclosure Affidavit. *See* Exhibit A.

12. The documents were completed under penalty of perjury.

13. At the time Martinez Plaintiffs bought the Property in 2006, the alleged defective Chinese drywall was not installed in the Property. The alleged Chinese drywall was installed in the Property in 2006 after the Martinez Plaintiffs purchased the Property.

14. The Martinez Plaintiffs lived in the Property between 2006 and 2009, when they completed their primary residence began using the Property as a rental property. *See* Exhibit B: Deposition Transcript of Ron Martinez: 19:21-21:4.

15. During the time they lived in the Property and rented the Property, the Martinez Plaintiffs allegedly sustained multiple A/C failures in 2009, 2012, and 2013, smell issues while tenants were living in the property, and appliance failures. *See* Exhibit B: Deposition Transcript of Ron Martinez: 27:8-31:7; 37:5-38:23; *see also* Exhibit C: Post-Deposition Discovery Provided.

16. The Martinez Plaintiffs were aware of Chinese drywall from the news prior to the time they allegedly found Chinese-manufactured drywall in the Property. Exhibit B: Deposition Transcript of Ron Martinez: 34:20-36:23.

17. Mr. Martinez is an architect and is familiar in the field of architecture and construction. See Exhibit B: Deposition Transcript of Ron Martinez: 15:10 -16:23.

18. In February 2014, Martinez identified a Chinese-drywall marking in his attic. See Exhibit B: Deposition Transcript of Ron Martinez: 26:13- 27:21.

19. Ron Martinez did not file suit in this matter until January 31, 2016.

20. The Martinez Plaintiffs performed a full remediation of the Property after February 2014. *See* Exhibit A; *See* Exhibit B: Deposition Transcript of Ron Martinez: 47:22-48:12.

21. The Martinez Plaintiffs did not comply with PTO 1(B), or PTO 1(I), did not retain any samples or physical evidence of drywall, electrical components, plumbing components, or any personal property they allege was damaged by Chinese-manufactured drywall. *See* Exhibit A; *See* Exhibit B: Deposition Transcript of Ron Martinez: 53:3-20.

22. The only evidence presented by the Martinez Plaintiffs in support of their claim in terms of product ID and corrosion are pictures of a single drywall board. *See* Exhibit A; *See* Exhibit B: Deposition Transcript of Ron Martinez: 50:5-51:1.

23. The Martinez Plaintiffs are seeking damages for: Cost of Remediation and utilities, Loss of Use, Loss of Rental Income. *See* Exhibit A; *See* Exhibit B: Deposition Transcript of Ron Martinez: 85:6-12.

24. The Martinez Plaintiffs have failed to provide any evidence regarding the Loss of Use claim, particularly while actually living in the property.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:	504.556.5549
Facsimile:	504.310.0279
Email:	kmiller@fishmanhaygood.com
Email:	ddysart@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 25th day of November, 2019.

                                              */s/ Kerry J. Miller*
                                              **KERRY J. MILLER**