# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | **JUDGE ELDON FALLON** |
| Case No. 14-cv-2722 | **MAGISTRATE JOSEPH WILKINSON, JR.** |

### RULE 30 RE-NOTICE OF DEPOSITION OF PLAINTIFFS, RONALD T. NATAL and MARIA S. NATAL

TO:    Plaintiffs, Ronald Natal and Maria Natal,
       Through their counsel of record:
       James V. Doyle, Jr.
       **Doyle Law Firm**
       2100 Southbridge Pkwy, Suite 650
       Birmingham, AL 35209

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiffs, **Ronald T. Natal and Maria S. Natal**, on **June 4, 2019,** beginning at **10:00 A.M.** before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiffs shall produce for inspection copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached Rule 34 Requests for Production.

EXHIBIT
A



EXHIBIT

Natal 1

The deposition will be conducted at the offices of:

Kerry J. Miller
**Fishman Haygood, LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170

You are invited to attend and participate as you deem fit and proper.  The deposition may be videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA  70170
Telephone:      (504) 556-5549
Facsimile:      (504) 310-0275
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Notice of Deposition was served via electronic mail on all counsel of record this 7th day of May, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14-cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

ATTACHMENT "A"

RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiffs **Ronald T. Natal and Maria S. Natal**, who have claims pending in MDL 2047 against Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd.  Plaintiffs shall provide responses to these Requests for Production at or before the time of deposition:

1.   Please produce any and all documentation and/or physical items evidencing or supporting your claims and/or alleged damages in this matter that have not been previously uploaded to Brown Greer's web portal.

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Ronald & Maria Natal |
| Address of Affected Property | 1489 Lakeshore Boulevard |
| | Slidell, LA 70461 |

Is this Property:* (Residential)  Commercial   Governmental

| | |
|---|---|
| Name of Person Completing this Form | Ronnie Natal |

Is above your primary residence?  (Yes)  No

Mailing Address (if different)

Phone: ( 985 ) 960 - 1593

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)  Owner Only  Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

### Section II. Insurance Information

Homeowner/ Renter Insurer:

Property & Casualty Insurance Company of Hartford

| | |
|---|---|
| Policy #: | 55 RBC520716 |
| Agent: | |
| Address: | 200 HOP Meadow Street |
| | Simsbury, CT 06089 |
| Phone: | ( 800 ) 423 - 0567 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Ronald Natal | 11/21/06 | / / | (M)/ F | / / | Yes (No) | Owner - Occupant |
| Maria Natal | 11/21/06 | / / | M (F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.



EXHIBIT
Natal 2

PENGAD 800-631-6989

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Driskill Environmental Consultants, LLC

1.2. When did the inspection take place?  10/27/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Driskill Environmental Consultants, LLC

2.2. When was this determination made?  10/27/15

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 8,123 | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X |
| Height of Interior Walls | 12'+ | Year-round | X |
| Number of Bedrooms: | 5 | Summer | |
| Number of Bathrooms: | 5.5 | Winter | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | /  / | Completion Date | /  / |
| Move In Date: | /  / | Date Acquired Home | 11/21/06 |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | /  / | Completion Date | /  / |
| Move In Date: | /  / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Destiny Custom Homes, LLC

Address:  P.O. Box 1529
Slidell, LA  70459

Phone:  (    )    -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:  (    )    -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone:  (    )    -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | 7/23/18 | | |
| | 7/23/18 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Case 2:09-md-02047-EEF-MBN Document 22876-2 Filed 11/25/19 Page 7 of 196

INSURER: PROPERTY & CASUALTY INS. COMPANY OF HARTFORD
200 HOPMEADOW STREET, SIMSBURY, CT 06089



THE HARTFORD

| DECLARATIONS | |
|---|---|
| PLIC 2004 HO | POLICY NO. 55 RBC520716 |

| Named Insured and RESIDENCE PREMISES | NATAL, RONALD T & MARIA<br>1489 LAKESHORE BLVD<br>SLIDELL          LA 70461 |
|---|---|

Policy Period 12:01 A.M. Standard Time
at the Residence Premises————▶  FROM 04-16-15  TO 04-16-16  TERM: 1 YEAR

Producer Name:                                          CODE: 553780 SK
CUSTOMER SERVICE:  1-800-423-0567    CLAIM SERVICE:  1-877-805-9918

TOTAL POLICY PREMIUM: $ 12,832.00

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

COVERAGES                                   LIMIT OF LIABILITY

SECTION I

| A. | DWELLING | $ | 1,553,000 |
| B. | OTHER STRUCTURES | $ | 155,300 |
| C. | PERSONAL PROPERTY | $ | 1,164,750 |
| D. | LOSS OF USE | $ | 310,600 |

SECTION II

| E. | PERSONAL LIABILITY: EACH OCCURRENCE | $ | 800,000* |
| F. | MEDICAL PAYMENTS TO OTHERS: EACH PERSON | $ | 6,000 |

DEDUCTIBLE - SECTION I : $ 5000 DEDUCTIBLE EXCEPT FOR A CALENDAR YEAR NAMED
STORM DED EQUAL TO 2% OF COVERAGE A.

RATING INFORMATION:
1 FAMILY FRAME DWELLING BUILT IN 2006
STATE 17 TERR. 00047 PROTECTION CLASS 3 TAX CODE 0818
FIRE PROTECTION PROVIDER ST TAMMANY FD 1 TERR A (P)
WITHIN 1000 FEET OF A FIRE HYDRANT AND WITHIN 3 MILES OF A FIRE STATION
INSIDE CITY LIMITS PREMIUM GROUP 1.00 T 10

COUNTERSIGNED BY  *Susan L. Castaneda*                AUTHORIZED AGENT

----CONTINUED ON PAGE 2----

FORM H-525  (9/03)                                                        2094

DECLARATIONS (CONTINUED)                    POLICY NO. 55 RBC520716

NAMED INSURED:  NATAL,RONALD T & MARIA

FORMS AND ENDORSEMENTS NOW MADE PART OF THIS POLICY:
(ENTRIES ON ENDORSEMENTS MAY BE LEFT BLANK IF SHOWN ELSEWHERE IN THE POLICY)

| | | | | |
|---|---|---|---|---|
| HO 00 03 | 10 00 | SPECIAL FORM | BASIC PREMIUM | $11,578.00 |
| HW 01 63 | 10 13 | SPECIAL PROVISIONS - LOUISIANA | PREMIUM | NIL |
| HO 04 96 | 10 00 | NO SECT II COV-HOME DAY CARE BUSINESS | PREMIUM | NIL |
| HW 01 03 | 06 03 | AMENDATORY ENDORSEMENT | PREMIUM | NIL |
| HW 05 44 | 04 05 | PROTECTORPLUS ZERO DEDUCTIBLE | PREMIUM | NIL |
| HW 05 72 | 12 09 | CALENDAR YEAR NAMED STORM DED | PREMIUM | INCLUDED |
| HW 05 36 | 02 06 | SENTINEL SILVER COVERAGE | PREMIUM | INCLUDED |

THE PERS LIAB LMT INCLUDES AN INCR OF $300,000 *
THE MED  PAY  LMT INCLUDES AN INCR OF $  1,000 *
    HO 04 90 REPLACEMENT COST CONTENTS
    HW 05 40 ADDITIONAL LIMITS LIABILITY COVERAGE  CAP 1.50
    HO 04 53 CREDIT CARD INCR LIMITS INCR $ 500 TOTAL $ 1,000
    HW 04 15 REFRIGERATED PRODUCTS  AMT $ 1,000
    HO 24 81 PERSONAL INJURY - LOUISIANA

| | | | | |
|---|---|---|---|---|
| HO 04 16 | 10 00 | PREMISES ALARM OR FIRE PROT. SYSTEM | CREDIT | $ 2,301.00 |

20 PERCENT CREDIT

| | | | | |
|---|---|---|---|---|
| HO 03 42 | 01 05 | LIMITED FUNGI, ROT OR BACTERIA COV | PREMIUM | NIL |

         $10,000 PROPERTY DAMAGE    $50,000 LIABILITY

| | | | | |
|---|---|---|---|---|
| HW 01 01 | 06 03 | LIFETIME CONTINUATION AGREEMENT | PREMIUM | NIL |
| HO 04 61 | 10 00 | SCHED PERS PROP-ACT CASH VALUE | PREMIUM | $ 3,127.00 |
| CL 1 JEWELRY | | AMT $  260,581  PRM $ 3,127.00 | | |

COVERAGE E OR F INCREASE                        PREMIUM $   28.00
CITIZENS PROPERTY INSURANCE CORPORATION SURCHARGE         $  400.00
                                  TOTAL PREMIUM         $12,832.00
                                             -----------------------------
AUTOMATED LINE  1-800-423-0567              BILLING ID 85637555

                    - PLEASE NOTE -
05% AGE OF DWELLING CREDIT APPLIES - INCLUDED IN BASIC PREMIUM
15% AUTOMOBILE CREDIT APPLIES - INCLUDED IN BASIC PREMIUM
100% OF THE REPLC COST FOR COVERAGE A
04% RENEWAL CREDIT APPLIES - INCLUDED IN BASIC PREMIUM

            THE FOLLOWING ITEMS ARE ENCLOSED FOR YOUR REVIEW.
  DRA-928-1    OPT-OUT NOTICE
  PLP-97-0     CITIZENS PROPERTY SURCHARGE INFO
  PLP-136-2    WINDSTORM MITIGATION LETTER
  PLP-115-4    HOMEOWNERS POLICY DISCLOSURE SUMMARY
  PLP-163-0    IMPORTANT NOTICE LIMIT OF LIABILITY
THE LIMIT OF LIABILITY FOR SECTION I COVERAGES MAY BE ADJUSTED
ANNUALLY BASED ON THE INFLATION RATE IN YOUR AREA.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> For Internal Use Only
> File No. _____
>
> Date Received:
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.   You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Ronald                          Natal

| First Name | M.I. | Last Name | Suffix |

Maria                          Natal

| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

EXHIBIT
Natal 3
PENGAD 800-631-6989

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

1489 Lakeshore Blvd.
Address 1                                                    Address 2

Slidell                                     LA           70461
City                                        State        Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:   Ronald                    Natal
                       First Name          M.I.  Last Name              Suffix

Mailing Address (if different):

P.O. Box 518
Address 1                                                    Address 2

Slidell                                     LA           70459
City                                        State        Zip Code

Phone Number of Person Completing This Form: ( 985 ) 960 - 1593

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year:  11 / 21 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 10 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
               Month    Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  Completed remediated

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:
10/2015 - 12/2016

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): M Natal Contractor, Inc.

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 72,374.00

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: __12__ / _2015_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____ %

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 250,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          07/24/18
Claimant's signature                           Date signed

Name:      Ronald Natal

Address:   1489 Lakeshore Blvd.
           Address 1                    Address 2
           Slidell            LA        70461
           City               State     Zip Code

Phone No.: ( 985  ) 960   - 1593

Email:     ronnie@mnatal.com

7

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.





# Driskill Environmental Consultants LLC
## DRYWALL INSPECTION REPORT
### Ronnie Natal
### 1489 Lakeshore Blvd., Slidell, LA 70461
### October 27, 2015

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ...................................................................................................................................... 3

INTERVIEW WITH CLIENT: ............................................................................................................... 3

WORD AND PHRASE DEFINITIONS .................................................................................................. 4

INSPECTION INFORMATION ............................................................................................................... 4

PROPERTY DESCRIPTION ..................................................................................................................... 4

INSPECTION RESULTS ............................................................................................................................ 6

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES ............................................................... 6

DAMAGE ASSESSMENT ......................................................................................................................... 6

PHOTOS ....................................................................................................................................................... 7

## Driskill Environmental Consultants LLC

# *INTRODUCTION*

*Site Inspector:* Brent Driskill on October 27, 2015

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

## *INTERVIEW WITH CLIENT:*
An interview with the Client revealed that the home was flooded during hurricane Katrina and rebuilt with drywall approximately 5-feet from the floor up.

## Driskill Environmental Consultants LLC

**Word and Phrase Definitions**
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

*INSPECTION INFORMATION*
On October 27, 2015, a qualified inspector conducted a visual inspection of the subject structure located at 1489 Lakeshore Blvd., Slidell, LA 70461, to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure.

| PROPERTY DESCRIPTION | |
|---|---|
| **Age of Structure** | Built in 2004, Renovated 2006 |
| **Approximate Sq. Ft.** | 6,000 Sq. Ft. |
| **Stories / Levels** | Two Levels |
| **Brand of Drywall** | Knauf Drywall |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Roof System** | Slate Tile |
| **Number of A/C Systems** | (3) Central A/C Systems |

## Driskill Environmental Consultants LLC

### SYSTEMS AND DEVICES INSPECTED

### ELECTRICAL SYSTEM & RECEPTACLES

Removal or accessing electrical components for visual inspection such as; electrical receptacles, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

### ELECTRICAL APPLIANCES & DEVICES

- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the   inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

### DRYWALL PRODUCT IDENTIFICATION

- Included in this inspection are visual observations of the back side of drywall installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

# Driskill Environmental Consultants LLC

*INSPECTION RESULTS*

*ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

**CONDITION OF ELECTRICAL COMPONENTS:**
**S.C. = Serviceable Condition; A.C. =Advanced Corrosion;**

| Room | General Location | Condition | Quantity Receptacles | Quantity Light Switches |
|---|---|---|---|---|
| **DOWNSTAIRS** | | | | |
| Sitting Room | Near Rear Bay Window | S.C. | 1 | |
| Setting Room | At Fireplace | **A.C.** | | 1 |
| Front Door | Near Door | **A.C.** | 1 | |
| Dining Room | Front Wall | S.C. | 1 | |
| Dining Room | Interior Wall | **A.C.** | 1 | |
| Bar Sink | At Cabinet | **A.C.** | 1 | |
| Hall to Kitchen | At Hall | **A.C.** | 1 | |
| Kitchen | Near Pantry | S.C. | 1 | |
| Elephant Room | Exterior Wall | **A.C.** | 1 | |
| Laundry Room | At Sink | **A.C.** | 1 | |
| Family Room | At Sofa | S.C. | 1 | |
| Master Bedroom | At Dog Cages | S.C. | 1 | |
| Master Bedroom | At T.V. | S.C. | | 1 |
| Master Bath | At Lavatory | **A.C.** | 1 | |
| **UPSTAIRS** | | | | |
| Upstairs | At Hallway | S.C. | 1 | |
| T.V. Room | At Bathroom | S.C. | 1 | |
| Card Room | Front Wall | S.C. | 1 | |
| Bar | Interior Wall | S.C. | 1 | |
| Bathroom | At Lavatory | S.C. | 1 | |

*INSPECTION RESULTS*

*DAMAGE ASSESSMENT*
Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. The copper ground wiring in most of the electrical receptacles and light switch inspected during this inspection displayed black, advanced corrosion.

2. KNAUF-TIANJIN China stamped drywall was found in the laundry room.

## Driskill Environmental Consultants LLC

*PHOTOS*

### KNAUF-TIANJIN CHINA DRYWALL





## Driskill Environmental Consultants LLC

Black Corrosion on Exposed Ground Wiring Electrical Receptacles



# CASH SALE

```
St. Tammany Parish 67
Instrmnt #: 1593212
Registry #: 1676361 EEM
12/4/2006 8:30:00 AM
MB   CB X MI   UCC
```

BY:  **DESTINY CUSTOM HOMES, L.L.C.**

TO:  **RONALD T. NATAL, SR. and MARIA SALVAGGIO NATAL**

**UNITED STATES OF AMERICA**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

BE IT KNOWN, that on this 21st day of November, 2006,

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified within and for the above named Parish and State, and in the presence of the undersigned competent witnesses,

PERSONALLY CAME AND APPEARED:

DESTINY CUSTOM HOMES, L.L.C. (Fed. I.D. No. 41-2109463), a Louisiana limited liability company represented herein by Robert J. Levis by virtue of a unanimous agreement of all its members recorded as Instrument #1401643, records of St. Tammany Parish, Louisiana; its mailing address being:

P. O. Box 1529
Slidell, Louisiana 70459

who declared that it does by these presents, grant, bargain, sell, convey, transfer, assign, set over and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and action of warranty which it has or may have against all preceding owners and vendors unto:

RONALD T. NATAL, SR. (SS# XXX-XX-4034) and his wife, MARIA SALVAGGIO NATAL (SS# XXX-XX-0377), both of lawful age, who declared unto me, Notary, that Ronald T. Natal, Sr. has been married twice; first to Sylvia Mouledous Natal, deceased, and second to Maria Salvaggio Natal who has been married but once and then to Ronald T. Natal, Sr. with whom she is living in lawful wedlock in St. Tammany Parish, Louisiana; their mailing address being:

1489 Lakeshore Boulevard
Slidell, Louisiana 70461

here present and accepting, purchasing for themselves, their heirs, successors and assigns, and acknowledging due delivery and possession thereof, the following described property, to-wit:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, together with all buildings and improvements thereon, situated in St. Tammany Parish, Louisiana, and being more fully described as follows, to-wit:

LOT 75, LAKESHORE ESTATES, PHASE 1A-2.1, St. Tammany Parish, Louisiana.

All in accordance with Plat Map No. 2026 of said subdivision on file with the Clerk of Court for St. Tammany Parish, Louisiana.

4734 jb

Being part of the property acquired by Destiny Custom Homes, L.L.C. from Levis Homes, L.L.C. by act dated October 30, 2003, recorded as Instrument #1401639, records of St. Tammany Parish, Louisiana.

MUNICIPAL NO: 1489 Lakeshore Blvd., Slidell, LA 70461

(2005 Assessment #137-138-7227 in the name of Destiny Custom Homes, LLC)

TO HAVE AND TO HOLD the above described property unto the said purchasers, their heirs, successors and assigns forever.

THIS SALE IS MADE and accepted for and in consideration of the price and sum of ONE MILLION, THREE HUNDRED THOUSAND AND 00/100 ($1,300,000.00) DOLLARS cash, which the said purchasers have well and truly paid in ready and current money to the said vendor who hereby acknowledges the receipt thereof, and grants full acquittance and discharge therefor.

ALL STATE AND PARISH TAXES up to and including the taxes due and exigible in 2005 are paid; the responsibility for the payment of taxes not yet due and payable is assumed by the purchaser hereto.

THUS DONE AND PASSED in my office in Slidell, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunder sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:                                        DESTINY CUSTOM HOMES, L.L.C.

_____                           BY _____
Linda DeLaughter                                  Robert J. Levis

_____                           _____
Joyce Branaman                                    Ronald T. Natal, Sr.

                                                  _____
                                                  Maria Salvaggio Natal

_____
Denise D. Lindsey, Notary Public
LA Bar Roll #8581

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

# 1. CLAIMANT INFORMATION

| 1. | Name: | Last/ Business Name<br>Natal | First<br>Ronald | M.I. |
|---|---|---|---|---|

**2.  Taxpayer Information: (check the appropriate  Taxpayer e)**

☒  **Social Security Number**

☐  **Individual Taxpayer Identification Number**

☐  **Employer Identification Number**

| 4 | 3 | 6 | 6 | 8 | 4 | 0 | 3 | 4 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Social Security Number  (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number (ITIN):**
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| 3. | Mailing Address: | Street<br>P.O. Box 518 | | | |
|---|---|---|---|---|---|
| | | City<br>Slidell | State<br>Louisiana | Zip Code<br>70459 | Parish/County<br>St. Tammany |

| | Email Address: | ronnie@mnatal.com |
|---|---|---|

| 5. | Telephone Numbers: | Home/Business<br>(     )      -     | Cell<br>( 9  8  5 )  9  6  0  -  1  5  9  3 |
|---|---|---|---|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|---|---|---|---|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title | |

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| **Affected Property Address:** | ☐ Check here if this is a Rental or Commercial property. | | | |
|---|---|---|---|---|
| | Street 1489 Lakeshore Blvd. | | | |
| | City Slidell | State Louisiana | Zip Code 70461 | Parish/County St. Tammany |

| | | | |
|---|---|---|---|
| **8. Attorney Information:** | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section. | | |
| | Firm Name Doyle Law Firm, PC | | |
| | Attorney Last Name Doyle | Attorney First Name Jimmy | |
| | Street 2100 Southbridge Parkway, Suite 650 | | |
| | City Birmingham | State Alabama | Zip Code 35209 |
| | Email jimmy@doylefirm.com | Phone Number (205) 533-9500 | |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☐ **Remediation.** Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☒ **Already Remediated Property.** You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.** Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | | Date: | 08/30/2018 (Month/Day/Year) |
|---|---|---|---|---|
| Printed Name: | First | Last | | M.I. |

To Register online visit https://chinesedrywallclass.com/

Form **W-9**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)

**Maria Natal**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[✓] Individual/sole proprietor  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

[ ] Exempt payee

Address (number, street, and apt. or suite no.)

**1489 Lakeshore Blvd.**

City, state, and ZIP code

**Slidell, LA  70461**

Requester's name and address (optional)

List account number(s) here (optional)

**Part I   Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

4 3 8 - 0 4 - 0 3 7 7

Employer identification number

**Part II   Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

Sign
Here

Signature of
U.S. person ▶ *Maria S Natal*

Date ▶ 7/31/10

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 12-2011)

Form **W-9**

(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

**Give Form to the requester. Do not send it to the IRS.**

Name (as shown on your income tax return)
**Ronald Natal**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

- [x] Individual/sole proprietor
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

- [ ] Other (see instructions) ▶

- [ ] Exempt payee

Address (number, street, and apt. or suite no.)
**1489 Lakeshore Blvd.**

City, state, and ZIP code
**Slidell, LA  70461**

Requester's name and address (optional)

List account number(s) here (optional)

---

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| 4 | 3 | 6 | - | 6 | 8 | - | 4 | 0 | 3 | 4 |

Employer identification number

| | | | - | | | | | |

---

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**   Signature of U.S. person ▶ _____   Date ▶ 7-31-18

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X        Form **W-9** (Rev. 12-2011)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: _Ronald T. Natal, Sr. & Maria Salvaggio Natal_

Affected Property Address: _1489 Lakeshore Blvd., Slidell, LA 70461_

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  Plaintiff purchased the property:

(Month/Day/Year)        _11_ / _21_ / _2006_

2.  When you took ownership of the Property, what was the name of the seller?

_Destiny Custom Homes, LLC_



EXHIBIT

Natal 4

3. Name and address of the realtor?

N/A

4. Name and address of the closing agent?

Denise D. Lindsey, Esq., 486 Brownswitch Road, Slidell, LA  70458

5. What was the price of the home when you purchased it?  $ 1,300,000.00

6. Was it an "as-is" sale?

**Response:**  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes ☐ No ☑ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
         $ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

    a. _____/_____/20_____
    b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleneged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

**12.**  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06_

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

**13.**  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

Financial harm = $75,374.00 for remediation.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A
_____
_____
_____
_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response:** An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A _____
b. _____
c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. _____/_____/20_____   to   _____/_____/20_____
b. _____/_____/20_____   to   _____/_____/20_____
c. _____/_____/20_____   to   _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____
b. $ _____
c. $ _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:  ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:  ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:  ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A
_____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.   Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

M Natal Contractor, Inc.

32.  When did the remediation commencement date occur?

_10_ / _31_ /20_15_

33.  When did the remediation end date occur?

_01_ / _01_ /20_16_

34.  What was the scope of the remediation and the scope of the work carried out?

Partial remediation: Remove & replace 4' of drywall in entire downstairs; remove and replace cabinets; removeand replace all base, trim, and doors.  Remove and replace plumbing and electrical, foam insulation, appliances, mirrors, etc.  Replace specialty faux finish paintings, move out, store and move back into home.

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$75,374.00 for partial remediation of home.

_____

36.  Were any samples from the remediation retained?

☑ Yes    ☐ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☑ Yes    ☐ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes    ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes    ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**: Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**: Please produce the following documentation concerning the remediation of the Property: An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**: Please produce the following documentation concerning the remediation of the Property: Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**: Please produce the following documentation concerning the remediation of the Property: A floor plan of the Affected Property with dimensions.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**: Please produce the following documentation concerning the remediation of the Property: An Environmental Certificate.

**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**: Please produce the following documentation concerning the remediation of the Property: An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

9

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

6-4-19
~~January 18, 2019~~
Date

_____
Marla S. Natal
Printed Name

6-4-19

# Exhibit 1

# Exhibit 2

# Exhibit 3












# Driskill Environmental Consultants LLC
## DRYWALL INSPECTION REPORT
**Ronnie Natal**
**1489 Lakeshore Blvd., Slidell, LA 70461**
**October 27, 2015**

Report Prepared By:

Brent J. Driskill, CMC, CMRS,

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Member*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
*Certified Microbial Consultant*



Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

## Driskill Environmental Consultants LLC

# Contents

INTRODUCTION ................................................................................................................................................3

INTERVIEW WITH CLIENT: ...........................................................................................................................3

WORD AND PHRASE DEFINITIONS ............................................................................................................4

INSPECTION INFORMATION .......................................................................................................................4

PROPERTY DESCRIPTION..............................................................................................................................4

INSPECTION RESULTS ....................................................................................................................................6

    ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES.........................................................................6

DAMAGE ASSESSMENT ..................................................................................................................................6

PHOTOS................................................................................................................................................................7

## Driskill Environmental Consultants LLC

### *INTRODUCTION*

Site Inspector: Brent Driskill on October 27, 2015

The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages inflicted upon various metals and contents within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by chemical off gassing from defective drywall. The contents of this report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

The client and property owner is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise directed by the client and/or home owner. Please contact Driskill Environmental Consultants LLC for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition or remediation of any materials affected by defective drywall, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. The client and/or home owner understands that this Inspection Report is performed and prepared for Client and/or home owner's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

### *INTERVIEW WITH CLIENT:*
An interview with the Client revealed that the home was flooded during hurricane Katrina and rebuilt with drywall approximately 5-feet from the floor up.

# Driskill Environmental Consultants LLC

**Word and Phrase Definitions**

The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Corrosion (A.C.):** Corrosion on wiring or metal components beyond that which should be expected as compared to the normal rate of corrosion as of the date installed.

**Instrument readings, when conducted** are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

## *INSPECTION INFORMATION*

On October 27, 2015, a qualified inspector conducted a visual inspection of the subject structure located at 1489 Lakeshore Blvd., Slidell, LA 70461, to determine the presence of defective drywall and the resulting corrosive damages to electrical and copper components and other metals inside the structure.

| *PROPERTY DESCRIPTION* | |
|---|---|
| **Age of Structure** | Built in 2004, Renovated 2006 |
| **Approximate Sq. Ft.** | 6,000 Sq. Ft. |
| **Stories / Levels** | Two Levels |
| **Brand of Drywall** | Knauf Drywall |
| **Interior Walls** | Drywall |
| **Interior Ceilings** | Drywall |
| **Foundation** | Concrete Slab |
| **Roof System** | Slate Tile |
| **Number of A/C Systems** | (3) Central A/C Systems |

## Driskill Environmental Consultants LLC

SYSTEMS AND DEVICES INSPECTED

ELECTRICAL SYSTEM & RECEPTACLES
Removal or accessing electrical components for visual inspection such as; electrical receptacles, main electrical panel, sub electrical panel, multi breaker panels, electrical junction boxes and other electrical terminations for the purpose of visually identifying black corrosion on copper terminal connections.

ELECTRICAL APPLIANCES & DEVICES
- Electrical devices, their components and electrical terminal connections (when accessible) are inspected during the   inspection and shall include but are not limited to the electrical components of kitchen appliances, laundry equipment, water heaters, TV sets, electronic equipment, security systems, light fixtures, all electrical small appliances, i.e. (toasters, microwave ovens, blenders, mixers, food processors, vacuum cleaners, hair dryers, etc.) and/or any open electrical copper connection.

DRYWALL PRODUCT IDENTIFICATION
- Included in this inspection are visual observations of the back side of drywall installed in the structure.  The most obvious places are attics and the backside of some closets. The most reliable evidence of the presence of defective drywall is the words "Made in China" or "China" stamped on the back side of the drywall. This inspection might include an internal wall cavity boroscope video recording for the purposes of determining the presence of stamped markings identifying the manufacturer.

## Driskill Environmental Consultants LLC

*INSPECTION RESULTS*

### *ELECTRICAL SYSTEM, SWITCHES & RECEPTACLES*

**CONDITION OF ELECTRICAL COMPONENTS:**
**S.C. = Serviceable Condition; A.C. =Advanced Corrosion;**

| Room | General Location | Condition | Quantity Receptacles | Quantity Light Switches |
|---|---|---|---|---|
| **DOWNSTAIRS** | | | | |
| Sitting Room | Near Rear Bay Window | S.C. | 1 | |
| Setting Room | At Fireplace | **A.C.** | | 1 |
| Front Door | Near Door | **A.C.** | 1 | |
| Dining Room | Front Wall | S.C. | 1 | |
| Dining Room | Interior Wall | **A.C.** | 1 | |
| Bar Sink | At Cabinet | **A.C.** | 1 | |
| Hall to Kitchen | At Hall | **A.C.** | 1 | |
| Kitchen | Near Pantry | S.C. | 1 | |
| Elephant Room | Exterior Wall | **A.C.** | 1 | |
| Laundry Room | At Sink | **A.C.** | 1 | |
| Family Room | At Sofa | S.C. | 1 | |
| Master Bedroom | At Dog Cages | S.C. | 1 | |
| Master Bedroom | At T.V. | S.C. | | 1 |
| Master Bath | At Lavatory | **A.C.** | 1 | |
| **UPSTAIRS** | | | | |
| Upstairs | At Hallway | S.C. | 1 | |
| T.V. Room | At Bathroom | S.C. | 1 | |
| Card Room | Front Wall | S.C. | 1 | |
| Bar | Interior Wall | S.C. | 1 | |
| Bathroom | At Lavatory | S.C. | 1 | |

*INSPECTION RESULTS*

### *DAMAGE ASSESSMENT*
Primary damage caused by defective drywall that includes visually observed corrosion of copper components in plumbing, air conditioning and electrical components are listed as follows:

1. The copper ground wiring in most of the electrical receptacles and light switch inspected during this inspection displayed black, advanced corrosion.

2. KNAUF-TIANJIN China stamped drywall was found in the laundry room.

## Driskill Environmental Consultants LLC

*PHOTOS*

### KNAUF-TIANJIN CHINA DRYWALL





## Driskill Environmental Consultants LLC

Black Corrosion on Exposed Ground Wiring Electrical Receptacles



# Exhibit 4

# Exhibit 5

# Exhibit 6









# Exhibit 7

























































































































































































# Exhibit 8

# DRISKILL ENVIRONMENTAL CONSULTANTS L.L.C.
## CDW  Environmental  Pre-Inspection  Contract

**Date:  October 27, 2015**
**Client:  Ronnie Natal**
**Subject Property Address:  1489 Lakeshore Blvd., Slidell, LA 70461**

**1- PERMISSION TO INSPECT** Client requests an Environmental Assessment and Report for the purpose of assessing the structure for contaminated sheetrock and documentation of visual conditions identified at the above address by the Inspector whose name appears below in this document herein referred to as "Inspector" of Driskill Environmental Consultants LLC, hereinafter referred as the "Company" and Client hereby represents and warrants that all approvals necessary have been secured for the Company's entrance on to the property.

**2- UNDERSTANDING THIS AGREEMENT** Client warrants that: (a) Client has read this Agreement carefully; (b) Client understands Client is bound by all the terms of this Agreement, and (c) Client will read the entire Assessment Report when received and promptly inquire if any questions arise.

**3- CLIENT'S PROPERTY** Client understands that the Environmental Assessment Report is performed and prepared for Client's sole and exclusive use and is NOT intended to be relied upon by any 3rd party.

**4- SCOPE OF INSPECTION** Inspector agrees to perform a limited visual Inspection of the structure at the subject property address and to provide Client with a written Environmental Assessment Report as to the apparent general condition of the structure's components and systems, including identification of significant observable deficiencies, as they exist at the time of Inspection. Contaminated sheetrock type substances might be acquired during or post Remediation completion by means of; surface swab, tape lift, bulk or air sampling techniques that will be submitted to a third party laboratory for analysis. Samples acquired at the site for the purpose of laboratory analysis will become a part of the report when submitted to the client.

**5- LIMITATION OF LIABILITY** The Inspection only includes those systems and components expressly and specifically identified in the Environmental Assessment Report. Any area which is NOT exposed to view, is concealed, is inaccessible because of soil, walls, floors, carpets, ceilings, furnishings, and requires invasive destructive methods or exposure to unsafe conditions as determined by the inspector is NOT included in this Inspection. The Inspection may include destructive testing or dismantling if authorized by the Client. Further, the Inspection does NOT include opinions relating to the installation of any component or system. In addition to the other limitation provisions in this Agreement, Client agrees to assume all the risk for all conditions, which are concealed from view at the time of the inspection or exist in any area excluded from Inspection by the terms of this agreement. Maintenance and other items may be discussed but will NOT form a part of the Inspection Report. The liability of Inspector (its principals, agents, employees, successors in interest, or affiliates) for errors and omissions in the inspection and report is limited to a refund to the client of the fee paid for the Remediation Protocol Document and report. Client assumes the risk of all losses greater than the fee paid for the inspection and report. Client agrees and understands that this inspection is NOT a home or building inspection, home warranty, guarantee, insurance policy, or substitute for real estate transfer disclosures, which may be required by law. Neither Inspector, nor its agents, principals, or employees, shall be liable for any repairs or replacement of any components, systems, structure of the property or the contents therein, either during or after the inspection.

**6- NOT INSPECTED** The following areas/items, systems, and components are among those NOT included in the Inspection: Code or zoning violations; system or component installation; permit research; structural, geological, soil, wave action or hydrological stability; survey, engineering, analysis or testing; termites or other wood destroying insects; rodents or other pests; dry-rot or damage from or relating to the preceding: latent or concealed defects, asbestos, radon gas, lead paint, urea formaldehyde, toxic or flammable chemicals, water or air quality, PCB's or other toxins, electro-magnetic fields, underground storage tanks, proximity to toxic waste sites or other environmental or health hazards, private water or sewage systems, saunas, steam baths; chill or hot water air conditioning systems, water source heat-pump systems, fountains or other types of or related systems and components; repair cost estimates; building

value appraisal; radio controlled devices; automatic gates, elevators, lifts, dumbwaiters; thermostatic or time clock controls; water softener or purifiers; radiant heat systems; furnace heat exchanger, solar heating systems; air conditioning and heating adequacy or inadequacy; gas appliances such as fire pits or barbecues; electric or gas space heaters and lamps; main gas shut off valve; any gas leaks; odors or noise; seismic safety; freestanding appliances; security or fire safety systems; security bars and/or safety equipment; personal property; any adverse condition that may affect the desirability of the property; proximity to railroad tracks or airplane routes; boundaries; easements or rights or way; unique/technically exhaustive complex systems or components; system or component life expectancy; adequacy or efficiency of any system or component; Items specifically noted as excluded in the inspection report.

7- **INSPECTION SPECIALISTS** If Inspection is desired of any of the areas/items, systems, or components listed above in 6- NOT INSPECTED, then the Client shall contract with the appropriate professionals to provide desired services. Client understands that the Environmental Assessment and Inspection Report do NOT, in any way, constitute a/an: (1) guarantee, (2) warranty of merchantability or fitness for a particular purpose, (3) express or implied warranty, or (4) insurance policy. Additionally, neither the Inspection nor Inspection Report are substitutes for any real estate transfer disclosures, which may be required by law.

8- **WRITTEN REPORT** The written Environmental Assessment Report to be prepared or edited by Inspector shall be considered the final and exclusive findings of Inspector of the structure. Client understands and agrees that Client will NOT rely on any oral statements made by the Inspector prior or subsequent to the issuance of the written Inspection report. Client further understands and agrees Inspector reserves the right to modify Environmental Assessment Report for a period of time that shall NOT exceed forty-eight (48) hours after the Environmental Assessment Report has first been delivered to Client. Client understands and agrees that any claim arising out of or related to any act or omission of Inspector in connection with the Inspection of the structure, as limited herein, shall be made in writing and reported to Company within ten (10) business days of discovery. Client further agrees to allow Inspector the opportunity to re-inspect the claimed discrepancy, with the exception of emergency conditions, before Client or Client's agents, employees or independent contractor's repairs, replaces, alters, or modifies the claimed discrepancy. Client understands and agrees that any failure to notify Inspector as stated above shall constitute a waiver of any and all claims Client may have against Inspector.

9- **AGREEMENT TO ARBITRATE** The parties to this agreement agree and affirm that preceding the filing of any legal action each party is bound upon proper notice to participate in mediation before a locally recognized mediator/mediation service accepted by all parties and familiar with the guidelines of contaminated sheetrock remediation protocol documentation. If the parties cannot agree on a mediator/mediation service the parties shall adopt a plan where each side selects mediators who will then select a mediator. Lastly, it is understood by all parties that this mediation is non-binding.

In the event that the preceding mediation does NOT resolve the dispute then any dispute, controversy, interpretation or claim including claims for, but NOT limited to, breach of contract, any form of negligence, fraud or misrepresentation or any other theory of liability arising out of, from or related to this contract or arising out of, from or related to the Inspection or Inspection Report shall be submitted to final and binding arbitration under the **Rules and Procedures of the Expedited Arbitration of Home Inspection Disputes of Construction Arbitration Services, Inc.**

   **CLIENT/ INITIALS: _____   INSPECTOR INITIALS: _____**

The decision of the Arbitrator appointed thereunder shall be final and binding and judgment on the Award may be entered in any court of competent jurisdiction. Client understands and agrees that in any such arbitration; all of the provisions of this agreement shall apply. Client fully understands and agrees that arbitration is Client's sole remedy against Driskill Environmental Consultants LLC and its inspectors. In the event suit is filed in any court arising out of this agreement or the services performed hereunder, Client agrees to pay to Driskill Environmental Consultants LLC all costs, expenses and attorney's fees incurred by Driskill Environmental Consultants LLC or its inspectors in the defense of such suit. This agreement to arbitrate shall survive any termination or expiration of this Agreement. Any legal action, including the arbitration proceeding more specifically described above, including, but NOT limited to, those proceedings involving claims arising from this inspection against said Inspector et al must be brought within one (1) year from the date of the Inspection, failure to bring said action within one (1) year

of the date of the Inspection is a full and complete waiver of any rights, actions or causes of actions that may have arisen there from. Timely notice to the Inspector is deemed to be a condition of this contract with reasonable consideration stipulated thereto. By signing this agreement Client agrees to this one (1) year limitation of the statute of limitation.

**10- CLIENT'S PRESENCE** Client understands and agrees that if they are NOT present at the time of the Inspection and therefore do NOT sign this Agreement, Client authorizes their authorized representative to sign in the Client's absence and that this Agreement will be deemed signed as if signed by Client and made a part of the Inspection Report. Acceptance of the Inspection Report by Client, Client's payment for said services therefore constitutes a valid acceptance of the terms and conditions of this Agreement as if signed in person with initials in each and every place as if read and signed by Client. If any portion of this Agreement is found to be invalid or unenforceable by any court or Arbitrator the remaining terms shall remain in force between the parties.

**11- BINDING AGREEMENT** This Agreement represents the entire agreement between the parties. No oral agreements, understandings, or representations shall change, modify, or amend any part of this agreement. No change or modification shall be enforceable against any party unless such changes or modification is in writing and signed by the parties and supported by valid consideration. This Agreement shall be binding upon and inure to the parties hereto and their spouses, heirs, executors, administrators, successors, assigns and representatives of any kind whatsoever. Any reproduction of this "Environmental Pre Inspection Contract" or the written report, or its format, or use by others without the express written consent of Driskill Environmental Consultants LLC is strictly prohibited and protected by U.S. Copyright law.

**I the undersigned have read the above Environmental Pre Inspection Contract, understand, and agree with its general limits and exclusions regarding the Environmental Assessment and Report and authorize the inspection and drafting of a Environmental Assessment Report for the Subject property and guarantee payment for this service.**

CLIENT INITIALS: _____     INSPECTOR INITIALS: _____

Price of inspection and report:                        $ 475.00

*To be paid in full by the Client, upon completion of this inspection and payable to:  Driskill Environmental Consultants, 1999 Hickory Ave., Harahan, LA 70123*

_____     _____
**Client Signature or Client Authorized Representative**                    **Date**

_____     _____
**Signature of Inspector Driskill Environmental Consultants LLC**            **Date**     10-27-15

We accept Cash, Checks, Money Orders, Visa, MasterCard, American Express, Discover.

_____     _____     _____     _____
**Card Type & Number**              **Exp.**   **PIN**   **Card Holder Signature**

# Exhibit 9



# Natal
## Contractor, Inc.

P. O. Box 518
Slidell, LA 70459
985-649-2713
Fax: 985-847-1250

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*INVOICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| Invoice Number: | 349-1231 |
|---|---|
| Invoice Date: | December 31, 2015 |
| Terms: | Upon Receipt |
| Invoice Amount: | $72,374.00 |

| Billed To: | Ronald and Maria Natal |
|---|---|

| Project: | 1489 Lakeshore Blvd. |
|---|---|
| | Chinese Drywall |

**Billed For:**

| | |
|---|---|
| Inspections | 475 |
| Superintendent | 4,800 |
| Remove Drywall and Insulation | 6,180 |
| Dumpster | 450 |
| Remove Base and Trim | 3,850 |
| Remove and Store Furniture | 4,100 |
| Seal off Second Floor | 400 |
| Drywall Material 4120 s.f. @ $.55 | 2,266 |
| Hang, Tape & Float Drywall @ $1.50 | 8,680 |
| Paint 10,300 s.f. @ $.94 | 9,682 |
| Replace Base, Trim & Doors | 6,000 |
| Replace Insulation | 2,678 |
| Paint Base, Trim, Doors | 5,900 |
| (20 doors & frames; 900 l.f. of base) | |
| Special Faux Painting | 2,200 |
| Remove and Replace Cabinets | 5,863 |
| Remove and Replace Plumbing | 2,700 |
| Remove and Replace Appliances | 600 |
| Remove and Replace Mirrors | 1,600 |
| Repair Electrical | 2,200 |
| A/C Inspection | 250 |
| Final Cleaning | 1,500 |

| **TOTAL** | **$72,374.00** |
|---|---|

Page 1 of 1

# Exhibit 10

# Exhibit 11

# Exhibit 12

  

# POST REMEDIATION
# DRYWALL ASSESSMENT REPORT
**Property Address**
## 1489 Lakeshore Blvd., Slidell, LA 70461
**Prepared for the Client**
## Ronnie Natal
Date of Inspection
## November 5, 2015

Report Prepared By:

Brent J. Driskill, CMC, CMRS, IH

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
**PH. (504) 738-2779 FAX (504) 737-1960**



American Industrial
Hygiene Association

www.brent@smarttipsolutions.com

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................................. 3

ADDITIONAL SERVICES OPTION ................................................................................................. 3

REMEDIATION REFERENCING AUTHORITIES AND AGENCIES ........................................ 3

    *Word and Phrase Definitions* ................................................................................................ 3

SCOPE OF WORK .............................................................................................................................. 4

INTERVIEW WITH THE CLIENT: ................................................................................................. 4

PROPERTY DESCRIPTION.............................................................................................................. 4

AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL ................. 4

    AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL ................................. 4
    POST REMEDIATION INSPECTION SUMMARY .................................................................. 4

ASSISTANCE AND RECOMMENDATIONS .................................................................................. 5

PHOTOS ............................................................................................................................................... 5

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*INTRODUCTION*
*SITE INSPECTOR*: Brent Driskill
Performed the following inspection on November 5, 2015

*ADDITIONAL SERVICES OPTION*
This report is issued without Driskill Environmental Consultants LLC supervision or monitoring of any ongoing remodeling or contract work at the address inspected. In the event the Client should desire to have Driskill Environmental Consultants LLC supervise or monitor the ongoing work, then those fees charged for services rendered by Driskill Environmental Consultants LLC shall be agreed upon by the Client and Driskill Environmental Consultants LLC prior to commencement of the work process.

*REMEDIATION REFERENCING AUTHORITIES AND AGENCIES*
The following authorities or agencies in remediation or controlled demolition are some of the references used for this report. Remediation techniques, building science and other health and construction data can be obtained from the following agencies:

**Air Conditioning Contractors of America (ACCA)**
**American Conference of Governmental Industrial Hygienists (ACGIH)**
**American Industrial Hygiene Association (AIHA)**
**Center for Disease Control & Prevention (CDC)**
**Institute of Inspection Cleaning and Restoration Certification (IICRC S500)**
**Mount Sinai Medical Center Department of Occupational and Environmental Medicine**
**National Asbestos & Environmental Training Institute (NAETI)**
**National Institute of Occupational and Environmental Health (NIOSH)**
**Occupational Safety & Health Administration (OSHA)**
**United States Environmental Protection Agency (EPA)**

### Word and Phrase Definitions
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Contamination:** Contamination on wiring or metal components beyond that which should be expected as compared to the normal rate of contamination as of the date installed.

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

**Instrument Readings:**
Instrument readings are reported in **ppm, (parts per million).**
**NOTE: (<) symbol indicates "less than".**

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*SCOPE OF WORK*

On November 5, 2015, Driskill Environmental Consultants L.L.C. was requested to perform a clearance inspection testing for the presence of $H_2S$ at 1489 Lakeshore Blvd., Slidell, LA 70461. The purpose of this investigation was to determine the extent of remaining visible drywall contaminants and $H_2S$ existence at the time of this inspection.

*INTERVIEW WITH THE CLIENT:*

An interview with the Client revealed the all visible marked Chinese drywall in many areas were removed four feet up from the floor.

| PROPERTY DESCRIPTION | |
|---|---|
| Age of Structure | Built in 2004, Renovated 2006 |
| Approximate Sq. Ft. | 6,000 Sq. Ft. |
| Stories / Levels | Two Levels |
| Brand of Drywall | Knauf Drywall |
| Interior Walls | Removed |
| Interior Ceilings | Removed |
| Foundation | Concrete Slab |
| Roof System | Slate Tile |
| Number of A/C Systems | (3) Central A/C Systems |

*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL

Listed below are the areas observed in the structure that might contain contaminated drywall or oxidized components. Those areas non-accessible for inspection or were not inspected are not commented upon.

1. An inspection of the home revealed that many areas on the first floor of the residence indicated that Chinese drywall had been removed from the downstairs level, 4-feet up from the floor.

2. A visual wall cavity inspection was conducted with a flash light and mirror in all wall cavities that were opened. There were no visible markings or tape coloring indicating Knauf drywall.

2. An H2S gas meter sampling instrument was probed in all open wall cavities throughout the downstairs level. All readings were recorded at zero (0) levels of H2S gas.

POST REMEDIATION INSPECTION SUMMARY

Based on the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated drywall:

1. We conclude that the contaminated drywall remediation was successfully accomplished in all areas that were removed. The visual inspection of the home along with H2S gas meter sampling revealed that the home was free of H2S gases above 0 ppm (parts per million). The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages that might inflicted upon various metals and contents within the structure nor any areas that might contain Chinese drywall that were not opened for inspection.

4

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*ASSISTANCE AND RECOMMENDATIONS*

Please call our office for an explanation of any aspect of this report that you do not understand. This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

*PHOTOS*

## Zero instrument readings did not detect the presence of Hydrogen Sulfide within the structure by testing various wall cavities.



Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

## Remediated Areas of the Structure

 

 





# POST REMEDIATION
# DRYWALL ASSESSMENT REPORT
### Property Address
## 1489 Lakeshore Blvd., Slidell, LA 70461
### Prepared for the Client
## Ronnie Natal
### Date of Inspection
## November 5, 2015

Report Prepared By:

Brent J. Driskill, CMC, CMRS, IH

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State**
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*
**PH. (504) 738-2779 FAX (504) 737-1960**



*American Industrial*
*Hygiene Association*

www.brent@smarttipsolutions.com

# TABLE OF CONTENTS

INTRODUCTION ........................................................................................................................... 3

ADDITIONAL SERVICES OPTION ........................................................................................... 3

REMEDIATION REFERENCING AUTHORITIES AND AGENCIES ................................... 3

    *WORD AND PHRASE DEFINITIONS* .................................................................................. 3

SCOPE OF WORK ........................................................................................................................ 4

INTERVIEW WITH THE CLIENT: ............................................................................................ 4

PROPERTY DESCRIPTION ........................................................................................................ 4

AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL ............... 4

    AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL ...................... 4
    POST REMEDIATION INSPECTION SUMMARY ......................................................... 4

ASSISTANCE AND RECOMMENDATIONS ............................................................................ 5

PHOTOS ........................................................................................................................................ 5

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*INTRODUCTION*
*SITE INSPECTOR*: Brent Driskill
Performed the following inspection on November 5, 2015

*ADDITIONAL SERVICES OPTION*
This report is issued without Driskill Environmental Consultants LLC supervision or monitoring of any ongoing remodeling or contract work at the address inspected. In the event the Client should desire to have Driskill Environmental Consultants LLC supervise or monitor the ongoing work, then those fees charged for services rendered by Driskill Environmental Consultants LLC shall be agreed upon by the Client and Driskill Environmental Consultants LLC prior to commencement of the work process.

*REMEDIATION REFERENCING AUTHORITIES AND AGENCIES*
The following authorities or agencies in remediation or controlled demolition are some of the references used for this report. Remediation techniques, building science and other health and construction data can be obtained from the following agencies:

**Air Conditioning Contractors of America (ACCA)**
**American Conference of Governmental Industrial Hygienists (ACGIH)**
**American Industrial Hygiene Association (AIHA)**
**Center for Disease Control & Prevention (CDC)**
**Institute of Inspection Cleaning and Restoration Certification (IICRC S500)**
**Mount Sinai Medical Center Department of Occupational and Environmental Medicine**
**National Asbestos & Environmental Training Institute (NAETI)**
**National Institute of Occupational and Environmental Health (NIOSH)**
**Occupational Safety & Health Administration (OSHA)**
**United States Environmental Protection Agency (EPA)**

### *Word and Phrase Definitions*
The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Contamination:** Contamination on wiring or metal components beyond that which should be expected as compared to the normal rate of contamination as of the date installed.

**Serviceable Condition (S.C.):** The condition of an item or system that visually appears to be acceptable condition without having performed an intrusive inspection considering its expected operation life. An intrusive inspection might find the item unusable.

**Not Accessible (N/A):** An item or system or a component of the same was not accessible to the inspector at the time of this inspection.

**Not Inspected (N.I.):** The item or system was not inspected during the time of this inspection.

**Instrument Readings:**
Instrument readings are reported in **ppm, (parts per million).**
**NOTE: (<) symbol indicates "less than".**

3

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*SCOPE OF WORK*
On November 5, 2015, Driskill Environmental Consultants L.L.C. was requested to perform a clearance inspection testing for the presence of $H_2S$ at 1489 Lakeshore Blvd., Slidell, LA 70461. The purpose of this investigation was to determine the extent of remaining visible drywall contaminants and $H_2S$ existence at the time of this inspection.

*INTERVIEW WITH THE CLIENT:*
An interview with the Client revealed the all visible marked Chinese drywall in many areas were removed four feet up from the floor.

| PROPERTY DESCRIPTION | |
|---|---|
| Age of Structure | Built in 2004, Renovated 2006 |
| Approximate Sq. Ft. | 6,000 Sq. Ft. |
| Stories / Levels | Two Levels |
| Brand of Drywall | Knauf Drywall |
| Interior Walls | Removed |
| Interior Ceilings | Removed |
| Foundation | Concrete Slab |
| Roof System | Slate Tile |
| Number of A/C Systems | (3) Central A/C Systems |

*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL
Listed below are the areas observed in the structure that might contain contaminated drywall or oxidized components. Those areas non-accessible for inspection or were not inspected are not commented upon.

1. An inspection of the home revealed that many areas on the first floor of the residence indicated that Chinese drywall had been removed from the downstairs level, 4-feet up from the floor.

2. A visual wall cavity inspection was conducted with a flash light and mirror in all wall cavities that were opened. There were no visible markings or tape coloring indicating Knauf drywall.

2. An H2S gas meter sampling instrument was probed in all open wall cavities throughout the downstairs level. All readings were recorded at zero (0) levels of H2S gas.

POST REMEDIATION INSPECTION SUMMARY
Based on the inspection of the subject structure, we offer the following commentary regarding remediation and removal of contaminated drywall:

1. We conclude that the contaminated drywall remediation was successfully accomplished in all areas that were removed. The visual inspection of the home along with H2S gas meter sampling revealed that the home was free of H2S gases above 0 ppm (parts per million). The recommendations or requirements made in this report cannot address unforeseen hidden or inaccessible defective drywall or damages that might inflicted upon various metals and contents within the structure nor any areas that might contain Chinese drywall that were not opened for inspection.

4

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*ASSISTANCE AND RECOMMENDATIONS*

Please call our office for an explanation of any aspect of this report that you do not understand.
This written report is the final and only position that Driskill Environmental Consultants L.L.C.
has regarding the subject property inspection as of the date entered above.

*PHOTOS*

**Zero instrument readings did not detect the presence of
Hydrogen Sulfide within the structure by testing various wall cavities.**



Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

## Remediated Areas of the Structure

 

 

# Exhibit 13

# OWNER DISCLOSURE AFFIDAVIT

Owner name:   Ronald & Maria Natal

Affected Property address:   1489 Lakeshore Blvd., Slidell, LA  70461

Purchase date and price of Affected Property:  November 21, 2006 $ 1,300,000

List the manufacturers of all drywall found in the Affected Property:   Knauf

Move-out date:   n/a

Move-in date:   n/a

Storage expenses paid:   0

Moving expenses paid:   n/a

Utility expenses paid:   n/a

Alternative living expenses paid:   n/a

Total cost of construction paid:   $72,374

Total claim:   $72,374

General Contractor name and phone #:  M Natal Contractor, Inc.  (985) 649-2713

Total amount paid to general contractor:   $72,374

Affected Property air conditioned square footage:   4,770 (downstairs only)

Was Owner aware of the defective drywall before purchasing the Affected Property:   No.

Please describe the remediation of the Affected Property.  If you removed and reused an item, please circle 'reused'.  In the event that you replaced an item, with another of the same material and quality please circle 'replaced'.  In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank.  Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    ( Reused )              Replaced

Owner Initial _____   Contractor Initial _____

**Kitchen countertop:** (Reused)   Replaced

If replaced indicate material:   Formica   Corion   Tile   Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)   (Reused)   Replaced

**Kitchen floor:**   (Reused)   Replaced

**Appliances:**   (Reused)   Replaced

If replaced, please list appliance manufacture and model: _____

_____

_____

**Bathroom cabinets:**   (Reused)   Replaced

**Bathroom tops:**   (Reused)   Replaced

If replaced indicate material:  Formica   Cultured Marble   Tile   Granite

**Bathroom flooring:**   (Reused)   Replaced

**Bathroom enclosures:**   (Reused)   Replaced

**Bathroom lighting:**   (Reused)   Replaced

**Bathroom Accessories** (towel bars, etc.):   (Reused)   Replaced

**Bathroom Mirrors:**   (Reused)   Replaced

**Tub:**   (Reused)   Replaced

If replaced indicate master bath tub type:   Fiberglass   Steel   Jacuzzi

**Plumbing fixtures** (toilets, sinks):   (Reused)   Replaced

If replaced please provide description of original manufactures:

_____

**Plumbing faucets:**   (Reused)   Replaced

If replaced please provide description of original manufactures:

_____

**Plumbing lines:**   Reused   (Replaced)

If replaced indicate material:   Copper   CPVC   (PEX)

Owner Initial _____   Contractor Initial _____

403800v2
10/17/13

| | | | |
|---|---|---|---|
| **Base boards:** | | (Reused) | (Replaced) |
| **Interior doors:** | | (Reused) | Replaced |
| If replaced indicate: | Hollow core 6' 8" doors | Hollow core 8' doors | Solid core 8' doors |
| **Window wood molding:** | N/A | (Reused) | Replaced |
| **Crown molding:** | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | | |
|---|---|---|---|
| **Chair Rail:** | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

_____

_____

| | | | |
|---|---|---|---|
| **Tile flooring:** | N/A | (Reused) | Replaced |

If replaced please indicate locations of tile floors:

_____

_____

| | | | |
|---|---|---|---|
| **Marble Flooring:** | N/A | (Reused) | Replaced |

If replaced please indicate locations of marble floors:

_____

_____

| | | | |
|---|---|---|---|
| **Wood Flooring Type:** | N/A | Wood | Pergo/float |
| **Wood flooring:** | N/A | (Reused) | Replaced |

If replaced please indicate locations of wood floors:

_____

_____

| | | | |
|---|---|---|---|
| **Carpet:** | N/A | Reused | Replaced |

Owner Initial _____   Contractor Initial _____

Page 3 of 7

If replaced please provide description of original manufactures:

_____

_____

If replaced please indicate locations of carpet:

_____

| **HVAC replacement:** | Ducts | Coils | Air handler (interior) | Condenser(exterior) |
|---|---|---|---|---|

**HVAC manufacturer:** _____

| **Insulation:** | | | Reused | (Replaced) |
|---|---|---|---|---|
| **Electrical fixtures:** | | | (Reused) | Replaced |
| **Electrical wiring:** | | | Reused | (Replaced) |
| **Electrical fans:** | | | | |

If replaced please indicate how many and which rooms:

_____

| **Stair rails:** | (N/A) | Reused | Replaced |
|---|---|---|---|
| **Window sills:** | | (Reused) | Replaced |
| If replaced indicate original material: | Wood | Marble | Drywall |
| **Alarm system:** | N/A | (Reused) | Replaced |
| Fire suppression system: | N/A | (Reused) | Replaced |
| **Intercom:** | (N/A) | Reused | Replaced |
| **Surround sound:** | (N/A) | Reused | Replaced |
| **Wall papers:** | (N/A) | | Replaced |
| **Interior paint:** | | Total colors used: | 2 + faux finish |

Additional construction related items replaced:

faux finish powder room
_____

_____

Owner Initial _~~Q~~_____   Contractor Initial _____

Personal items replaced:                    N/A

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

                    N/A

_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1.  Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2.  Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3.  Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4.  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

    a.  The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5.  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____ Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____ Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _7-31-18_

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Owner Initial _____ Contractor Initial _____

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: Ronald T. Natal, Sr. and Maria S. Natal

Property Address: 1489 Lakeshore Blvd, Slidell, LA  70461

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | N/A | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| | | |
|---|---|---|
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 0.00