Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

                              SECTION "L"


This document relates to:

                              JUDGE ELDON FALLON

Elizabeth Bennett, et al
VERSUS Gebr. Knauf, et al

                              MAGISTRATE
                              JOSEPH WILKINSON, JR.

Case No. 15-cv-2722



         Deposition of RONALD THEODORE NATAL,
SR., 1489 Lakeshore Boulevard, Slidell, Louisiana
70461, taken in the offices of Fishman Haygood,
LLP, 201 St. Charles Avenue, 46th Floor, New
Orleans, Louisiana, commencing at 10:00 a.m. on
Tuesday, the 4th day of June, 2019.




REPORTED BY:

    BROOK KERRIGAN, RPR, CCR
    CERTIFIED COURT REPORTER
    (22037)
    Vincent P. Borrello, Jr. & Associates, Inc.
    2325 North Hullen Street, Suite 2D
    Metairie, Louisiana 70001
    (504)391-9878


EXHIBIT
B

1   Q.   Right.  But do you recall if she was the

2        actual owner of the notary or the closing

3        service, or was there a company name?

4   A.   That I recall, it was her.

5   Q.   When you purchased the house from Destiny

6        Homes, it was complete; right?

7   A.   Yes.

8   Q.   It was move-in ready?

9   A.   Oh, yes.

10  Q.   So the drywall that you allege in this case

11       was defective was already installed.  True?

12  A.   True.

13  Q.   So that would have been Mr. Levis that would

14       have installed that drywall?

15          MR. DOYLE:

16             Object to the form.

17  A.   Yes.

18  BY MR. DYSART:

19  Q.   The drywall would have been installed at the

20       time Mr. Levis was constructing the property?

21  A.   It was already there when I bought it.

22  Q.   And prior to you purchasing it; right?

23  A.   Correct.

24  Q.   Other than the cash sale and we had a

25       discussion about the "As Is" that was your

1      understanding, that was a verbal

2      understanding?

3  A.   Yes.

4  Q.   Were there any other side agreements or

5      assignments of rights between you and Destiny

6      Homes?

7  A.   No.

8  Q.   Any side agreements or personal assignment of

9      right between you and Mr. Levis?

10  A.   No.

11  Q.   Did you and Mr. Levis negotiate the price?

12  A.   Yeah.

13  Q.   What was his initial asking price for the

14      property?

15  A.   A million four, I believe.

16  Q.   And other than the 1.3 million that you

17      settled on, did you make any counteroffers?

18  A.   No.

19  Q.   Did you have any kind of inspection performed

20      on the property before you purchased it?

21  A.   No.  Just my own visual inspection.

22  Q.   Where were you living prior to purchasing

23      this property?

24  A.   In Masters Point Subdivision.

25  Q.   That's in Oak Harbor?

Page 19

1   A.   Yes.

2   Q.   What was that address?

3   A.   I don't recall.  300 Masters Point Court, I

4       believe.

5   Q.   Was that property also located on the water?

6   A.   No.

7   Q.   Masters Point is located on the golf course?

8   A.   Yes.

9   Q.   So your property was backing up to the golf

10      course at Oak Harbor?

11   A.   Yes.

12   Q.   Do you still own that property, or did you

13      sell it?

14   A.   I sold it.

15   Q.   When did you sell that house?  Was it around

16      the same time that you would have

17      purchased --

18   A.   Pretty much, yes.

19   Q.   Do you recall what you sold that house for?

20   A.   I do not.

21   Q.   Was it more or less a million dollars?

22   A.   Less than a million dollars.  In the

23      600,000-dollar range, I believe.

24   Q.   Have you ever had an appraisal done on your

25      property at 1489 Lakeshore Boulevard?

1    A.    No.

2    Q.    And you still own that property today?

3    A.    Unfortunately, yes.

4    Q.    When you say "unfortunately," do you enjoy

5          Lakeshore Estates?

6    A.    I love it.

7    Q.    What's unfortunate about 1489 Lakeshore

8          Boulevard?

9    A.    It's too big.

10   Q.    Let me back up.  I hate to ask, but how old

11         are you, sir?

12   A.    Seventy-two.

13   Q.    And are you still working?

14   A.    Not really.  I'm semi-retired.

15   Q.    Before you became semi-retired, what did you

16         do?

17   A.    I was a contractor.

18   Q.    What type of contractor work did you do?

19   A.    General.

20   Q.    Did you do residential?

21   A.    No.

22   Q.    Did you do commercial?

23   A.    Yes.

24   Q.    What type of commercial projects did you do?

25   A.    Superdome, Hilton Hotel, Monteleone Hotel.

Page 21

1    Q.    In those jobs, what type of work were you

2          contracted to do?  Were you the general

3          contractor, or were you a subcontractor on

4          those jobs?

5    A.    Some of them we were general, and some of

6          them we were subcontractors.

7    Q.    And for the ones that you were the general

8          contractor, it would be from start to finish

9          scope of work you would be responsible for?

10   A.    Yes.

11   Q.    And that would include all electrical,

12         mechanical, plumbing, all aspects of

13         construction?

14   A.    Yes.

15   Q.    So you are familiar with all aspects of

16         construction?

17   A.    Pretty much.

18   Q.    It would also include installation of drywall

19         systems and acoustics?

20   A.    Yes.

21   Q.    How long have you been in that business, sir?

22   A.    About 45 years.

23   Q.    Did you do anything else before you were

24         doing contracting?

25   A.    Yes.

1    Q.    What was that?

2    A.    My dad owned a supermarket.

3    Q.    Do you have a college degree, sir?

4    A.    No.

5    Q.    You are a licensed contractor, though?

6    A.    I am.

7    Q.    The company that you worked for for the past

8          45 years is it M. Natal Contracting?

9    A.    Yes.

10   Q.    Were there any other companies before that?

11   A.    Yes.  It was Natal Homes to begin with, and

12         Natal Construction, and then M. Natal

13         Contractor.

14   Q.    When you were doing Natal Homes, were you

15         doing residential buildings at that point?

16   A.    Yes.

17   Q.    So you have a history of building residential

18         properties?

19   A.    Oh, yes.

20   Q.    What years would that have been?

21   A.    Oh, God.

22   Q.    Just approximately, how many years ago would

23         that have been?

24   A.    Forty-five.

25   Q.    So when you first started out, you were doing

Page 23

1    homes?

2    A.    Yes.

3    Q.    And then when you are doing Natal

4          Construction, were you still doing

5          residential homes, or at that point had you

6          shifted to commercial property?

7    A.    We were doing both.

8    Q.    And then approximately when was -- I'll tell

9          you.  Natal Contractors registered somewhere

10         around the year 1990?

11   A.    Okay.

12   Q.    Does that sound about right?

13   A.    Yes.

14   Q.    And at that point, were you still doing

15         residential and commercial?

16   A.    No.  We moved to commercial.

17   Q.    And you are still in that business today,

18         sir?

19   A.    Yes.

20   Q.    Semi-retired?

21   A.    Yes.

22   Q.    Now, your wife is Maria S. Natal?

23   A.    Yes.

24   Q.    And she is the registered agent for M. Natal

25         Contractor, Inc.  True?

Page 26

1   Q.   And then under that it says, "Drywall
2        Supplier."  It's blank.  Do you see that,
3        sir?
4   A.   Yes.
5   Q.   Do you know who Destiny Homes purchased the
6        drywall that was installed in your property
7        from?
8   A.   I do not.
9   Q.   Did you receive any notice from Destiny Homes
10       or anyone else in relation to a Chinese
11       drywall settlement?
12  A.   No.
13  Q.   Prior to your discovery in this case of the
14       alleged Chinese drywall, you're familiar in
15       general with Chinese drywall; correct?
16  A.   Yes.
17  Q.   And as a contractor, when Chinese drywall
18       became relevant or known in the news, that's
19       something that you took note of?
20           MR. DOYLE:
21               Object to the form.
22               You can answer.
23  A.   I don't understand.
24  BY MR. DYSART:
25  Q.   Well, you are in the business of contracting?

Page 27

1    A.    Yes.

2    Q.    At some point during your work, you became

3          aware that there was something called Chinese

4          drywall?

5    A.    Yes.

6    Q.    And that certain types of Chinese drywall

7          where allegedly defective; right?

8    A.    Yes.

9    Q.    And that was prior to your discovery of

10         drywall on your property that was allegedly

11         defective in 2015?

12   A.    Yes.

13               MR. DOYLE:

14                    Object to the form.

15   BY MR. DYSART:

16   Q.    When did you become aware of Chinese drywall?

17   A.    I can't give you that.  I have no idea.

18   Q.    Was it when it became well known in the

19         constructing community?

20               MR. DOYLE:

21                    Object to the form.

22                    You can answer.

23   A.    I really don't recall.

24   BY MR. DYSART:

25   Q.    Do you recall just how you first learned

Page 31

1      that was throughout the ceiling and walls of
2      your house; right?
3  A.  No.  We had some lower ceilings that had some
4      drywall.  It wasn't very much.
5  Q.  But it wasn't throughout the entirety of the
6      property?
7  A.  Nope.  Nope.
8  Q.  Do you know who Destiny Homes, LLC, used to
9      install the drywall?
10 A.  I do not.
11 Q.  You indicated that you found out you had
12     Chinese drywall on the property in
13     October 2015; right?
14 A.  Yes.
15 Q.  And that's when Driskill Environmental
16     Consultants came out to your property?
17 A.  Not at first.  That's when they came out, but
18     it was prior to that that a home inspector
19     found it.
20 Q.  So a different home inspector found Chinese
21     drywall on your property?
22 A.  Correct.
23 Q.  Who is that?
24 A.  I don't remember his calls.  I didn't hire
25     him.  The people that we had a contract with

1      hired him.

2   Q.   Did you receive a copy of that report?

3   A.   No.  That went straight to the people that

4        paid for it.

5   Q.   They didn't provide a copy of it to you or

6        your realtor?

7   A.   I don't recall.

8   Q.   How did you first become aware then?

9   A.   Because of the inspector.

10  Q.   The inspector talked to you directly?

11  A.   Oh, yeah.

12  Q.   And you don't recall his name or the company

13       he was with?

14  A.   No.

15  Q.   What did he tell you at the time?

16  A.   He told me I had Chinese drywall, and I told

17       him it's got to be a mistake.

18  Q.   Why do you say it's got to be a mistake?

19  A.   My contractor told me it didn't have Chinese

20       drywall.

21  Q.   And that would have been Mr. Levis?

22  A.   That would have been his superintendent.

23  Q.   When did you talk to his superintendent?

24  A.   While the inspector was there and he told me

25       I had Chinese drywall, I called him up and

Page 33

1      told him that the inspector said I have

2      Chinese drywall.  He said, You don't have

3       Chinese drywall.  I said, Would you come over

4      here and explain this to him and get your

5       heads together.  So he came over.  And the

6       guy is telling him, Look, I don't want to get

7       into an argument with you.  You got Chinese

8       drywall.  So I said we can settle this real

9       easy.  So I called one of my men over and he

10      cut a piece out and flipped it over and it

11      say "Knauf, China."

12   Q.   Now the superintendent, you said that he told

13        you it's impossible.  You couldn't have it.

14        Had you had that conversation with him before

15        the day the inspector was at your house?

16   A.   No.

17   Q.   When you learned about Chinese drywall prior

18        to 2015, at any point did you contact either

19        Mr. Levis or anybody with his company to

20        inquire about whether your property had

21        Chinese drywall in it?

22        MR. DOYLE:

23            Object to the form of the question.

24          You can answer.

25   A.   No.

Page 35

1   A.   When he pointed it out to me.

2   Q.   So that's the first time you noticed it?

3   A.   Yes.

4   Q.   So before that you didn't have any

5        indications of any smell or anything like

6        that?

7   A.   No.

8   Q.   Did you ever notice -- back up.  Did you ever

9        have any problems with the AC coils while you

10       were living in the house?

11  A.   We had some problems.  We didn't attribute it

12       to anything in particular, didn't have any

13       reason to.

14  Q.   What were the problems that you had with your

15       AC?

16  A.   I can't tell you everything that happened to

17       it.  They had to change the coils out in one

18       them.  The dehumidifier, the house also has a

19       dehumidifier, two of them.  Had problems with

20       those.  Didn't even know -- they had no

21       reason in the world to think it was because

22       of the drywall.

23  Q.   When you said you had problems with them, the

24       dehumidifiers, what were the problems with

25       the dehumidifiers?

1    A.    One of them, the wiring was screwed up on it,

2          and I don't recall what the other one was.

3    Q.    What you say, "The wiring was screwed up on

4          it," was it wired incorrectly or the wires

5          were just --

6    A.    The wires were failing.  It had something

7          happening to them.  I'm assuming now that it

8          was because of the drywall.

9    Q.    Okay.  You're assuming that now.  Did anybody

10         come out and look at the AC unit and the two

11         dehumidifiers?

12   A.    Yes.

13   Q.    What company was that?

14   A.    Lewis Air Conditioning.

15   Q.    Do you recall when they came out and looked

16         at those?

17   A.    No.  It was at different times.

18   Q.    Was it near the 2015 or near to when you

19         moved into the house?

20   A.    It was periodically.

21   Q.    So other than the one time they changed out a

22         coil, you believe, on the air condition, and

23         the two times they came out for the two

24         dehumidifiers, did they come out any other

25         times?

Page 37

```
 1   A.   They came out several times.  I can't
 2        remember all of the reasons they came out.
 3        Like I said, I had no reason to think it was
 4        other than air conditioning problems.
 5   Q.   Did anybody give you an opinion at that time
 6        that it was related to Chinese drywall?
 7   A.   No.
 8   Q.   Did anybody give you an opinion since then
 9        that it was related to Chinese drywall?
10   A.   No.
11   Q.   Do you still have the replaced wiring or AC
12        coils that were removed?
13   A.   Really?
14   Q.   I got to ask.  But you said Lewis AC, they
15        are in Slidell?
16   A.   Yes.
17   Q.   They would have done all the work on those
18        units?
19   A.   Yes.
20   Q.   Any other issues in your house that you could
21        think of that were symptomatic of Chinese
22        drywall?
23   A.   We had a range that we had a problem with.
24   Q.   It was a range.  So an oven and a stovetop?
25   A.   Yes.  And there was a couple of minor things,
```

Page 38

1      but I don't recall what it was.

2   Q.   Let's take the range first.  What was the

3        problem with the range?

4   A.   I don't know.  We just had to replace it.

5        Had no thought of what made it go out.  Still

6        don't.  Still don't to this day.

7   Q.   So you never had an opinion from anybody that

8        came and looked at it at the time or since

9        then that it was related to Chinese drywall?

10  A.   No.

11  Q.   What kind of range was it?

12  A.   Viking.

13  Q.   When did that go on?

14  A.   I don't recall.  It's been a couple of years

15       ago.

16  Q.   And it was prior to 2015?

17  A.   I think so, yes.

18  Q.   And the range that you installed since that

19       time, is it also a Viking?

20  A.   Yes.

21  Q.   And is it the current stove/range that you

22       had installed with the property?

23  A.   Yes.

24  Q.   And that was installed prior to 2015?

25  A.   Yes.

1   A.   Pretty much.

2   Q.   And also in the interior walls?

3   A.   Oh, yeah.

4   Q.   Have you retained samples of that drywall?

5   A.   Yes.

6   Q.   In terms of the samples of the drywall, have

7        you provided us photographs of those samples?

8   A.   I'm sure there's plenty photographs in here

9        of it.

10  Q.   How many samples do you have?

11  A.   One.

12  Q.   Was that a sample that was removed by the

13       inspector when they first pulled it out

14       before Driskill came in, or was that a sample

15       that you removed?

16  A.   I removed it all, but I don't recall which

17       time it was.

18  Q.   Let me just ask one at a time then.  You said

19       that you cut out a board when you had the

20       superintendent on the phone --

21  A.   No.  I had him standing there.

22  Q.   The superintendent was in your house?

23  A.   Oh, yes.

24  Q.   So he was in your house.  Y'all pulled off a

25       board before Driskill came in and did the

Page 48

1      inspection?

2  A.   Correct.

3  Q.   Was that sample retained, or was that

4      discarded?

5  A.   I don't recall which one it is.

6  Q.   But either that sample or at the time you

7      removed all the drywall from zero to 4 feet

8      inside the property, you retained one sample?

9  A.   Yes.

10  Q.   And about what size is that sample?

11  A.   About two-by-two.  Maybe two-by-three.  It's

12      not a huge sample.

13  Q.   When you removed the drywall at the 4-feet

14      level, did you photograph the backside of any

15      of the drywall other than what we have

16      already collected?

17  A.   No.

18  Q.   So the photographs in connection with your

19      claim are a complete set as of the

20     attachments in these Exhibits 2, 3 and 4?

21  A.   Yes.

22  Q.   When you removed the drywall at the time, did

23      you document on any kind of floor plan the

24      location of the KPT drywall?

25  A.   No.

Page 52

1    Q.    And then the scope of the remediation other

2          than removal of the drywall and its

3          replacement consisted of replacement of

4          electrical receptacles, light switches.

5          True?

6    A.    True.

7    Q.    But not all; just at the 4-foot level and

8          switches?

9    A.    Correct.

10   Q.    And then certain but not all wiring to a

11         certain point was removed and replaced?

12   A.    Yes.

13   Q.    In terms of electrical, did you maintain

14         samples of the electrical receptacles and the

15         light switches that were replaced?

16   A.    No.

17   Q.    Did you retain any samples of the electrical

18         wiring that was replaced?

19   A.    No.

20   Q.    In terms of plumbing, you said that if

21         anything was suspect in terms of plumbing,

22         y'all replaced it.  Are you speaking about

23         copper?

24   A.    Copper piping.

25   Q.    So you didn't replace any plumbing fixtures?

Page 53

1    A.    No.

2    Q.    Or any plumbing valves?

3    A.    There might have been a couple of valves, but

4          if he felt like it was discolored or

5          something, his directive was to change it.

6    Q.    So in terms of the plumbing piping, copper

7          piping or potential valves that were changed,

8          are you aware of any other plumbing fixtures

9          or aspects that were replaced?

10   A.    No.

11   Q.    Did you retain any samples of the valves or

12         the copper plumbing that was replaced?

13   A.    No.  I don't mean to laugh, but I didn't keep

14         any of that stuff.  I know you got to ask me.

15   Q.    Are you aware if Verges Electrical retained

16         any of the electrical components that were

17         replaced?

18   A.    Not that I'm aware of.

19   Q.    Are you aware if whether Mike Lavigne

20         retained any of the plumbing aspects that he

21         removed and replaced?

22   A.    No.

23   Q.    Again, AC, you're not aware of any replacing

24         of coils in any other AC components when they

25         did the check during the remediation of the

Page 74

1   A.   Oh, no.
2   Q.   Did you ever have anybody come and inspect
3        the house?
4   A.   Yes.
5   Q.   Who was that?
6   A.   Driskill.
7   Q.   Driskill came back?
8   A.   Yes.  For me to maintain insurance, he had to
9        clear the house.
10  Q.   And he did clear the house?
11  A.   Yes.
12  Q.   The remediation started in October 2015
13       shortly after you stated that you learned the
14       Chinese drywall was in the house?
15  A.   Yes.
16  Q.   When was it completed?
17  A.   I don't recall.
18  Q.   How many months did it take?
19  A.   I don't recall.
20  Q.   On your Plaintiff Fact Sheet, I think you put
21       that it took 14 months.  Does that sound
22       right?
23  A.   No.
24  Q.   Was it more like -- I'm just guessing.  Was
25       it maybe two months or three months and maybe

1    Q.    True?

2    A.    True.

3    Q.    We already talked about you don't have any

4          samples of the KPT board or any drywall that

5          was removed from the house other than the

6          photographs that you submitted, you don't

7          have any other documentation --

8    A.    I have a sample.  I would have to find it,

9          but I have a sample.

10   Q.    You have one sample?

11   A.    Yes.

12   Q.    And other than the one sample, everything

13         else that you have in support of the claim is

14         the photos that you've submitted in

15         connection with these documents attached to

16         the deposition?

17   A.    Correct.

18   Q.    Are there any other pre-remediation photos

19         that you intend to use in support of your

20         claim in this case?

21   A.    No.

22   Q.    Any during remediation photographs that you

23         intend to use in support of your case?

24   A.    No.

25   Q.    And then any post-remediation photographs

Page 77

1      that you intend to use in support of the
2      case?
3   A. No.
4   Q. If you turn to Exhibit 4 to the deposition
5      and go to Tab 9., do you recognize that
6      document, sir?
7   A. It appears to be an invoice.
8   Q. And that's an invoice from Natal Contractor,
9      Inc.
10  A. Yes.
11  Q. And in 2015, was it M. Natal Contractor?
12  A. Yes.
13  Q. This would be the invoice that Natal
14     Contractor, Inc. Issued to yourself
15     individually for the remediation of Chinese
16     drywall in 2015.  True?
17  A. True.
18  Q. And that's dated December 21, 2015?
19  A. Yes.
20  Q. And the amount listed is $72,374; right?
21  A. Yes.
22  Q. Do you have any of the invoices from the
23     subcontractor that you used?
24  A. I'm sure somewhere.
25  Q. You haven't provided them, though, in this