```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF LOUISIANA
 2
                         CASE NO.: 14-cv-2722
 3

 4
     ELIZABETH BENNETT, ET AL.,
 5
          Plaintiffs,
 6
          -vs-
 7
     GEBR.UEDER KNAUF
 8   VERWALTUNGSGESELLSCHAFT, KG, ET AL.,

 9        Defendants.
     _____/
10

11                2 South Biscayne Boulevard, 32nd Floor
                         Miami, Florida 33131
12
                         Monday, July 8, 2019
13                     10:57 a.m. to 12:24 p.m.

14
                           DEPOSITION OF
15
                           WICLER PIERRE
16

17                    Taken before Tareva Jumpp, Court

18           Reporter, a Notary Public for the State of Florida

19           at Large.

20

21

22

23

24                                          ┌──────────┐
                                            │ EXHIBIT  │
25                                          │    4     │
                                            └──────────┘
```



```
 1              MR. DOYLE:  Exhibit 4?

 2              MS. VEITH:  Um-hmm (affirmative).

 3  BY MS. VEITH:

 4    Q.  Okay.  So, we just talked about the address of

 5  the property.  When did you purchase the property at

 6  1714 NE 6th Street?

 7    A.  December 2007.

 8    Q.  And when you purchased it, was the home that you

 9  live in already constructed or was it just a piece of

10  land?  Was there a building already on the land, or was

11  it just land that you purchased?

12    A.  I just buy the building.

13    Q.  You bought the building.  So the building was

14  already constructed?

15    A.  Yes.

16    Q.  Okay.  Let's turn to Tab 4, which is that Exhibit

17  3.  And then I want to look at one of the exhibits to

18  this document, which is the Special Warranty Deed that

19  we looked at.

20              MR. DOYLE:  It's behind that.

21    Q.  Okay.  So you said earlier that this is a

22  Warranty Deed that you provided to your attorney.  Is

23  this the document by which you acquired the home at 1714

24  NE 6th Street?

25    A.  Yes.
```



1    Q.  Well, to the extent that you do have any

2    documentation that shows the actual purchase price of

3    the home, will you provide that to your attorney and

4    produce it to my clients?

5         MS. VALP:  Yes, he can.

6    A.  Yes.

7    Q.  Okay.  Thank you.  Do you know when the home that

8    you -- do you still live in the home at 1714 NE 6th

9    Street?

10   A.  Yeah, because I live there.  Because I don't have

11   money to get out and go buy another home.

12   Q.  Okay.  So do you know when the home that you live

13   in was constructed?  Do you know when it was built?

14   A.  Yes.

15   Q.  When was it built?

16   A.  When was it built?

17   Q.  Um-hmm (affirmative).

18   A.  I don't know.

19   Q.  You don't know.  Okay.  Let's turn to -- we're

20   still on Tab 4, but now I want to look at the actual

21   Plaintiff Profile Form itself, so go forward to the

22   beginning of the tab.

23        If you'll turn to Page 2 of this exhibit.  Look

24   under Section 2, which is titled "Purchase, Sale, and/or

25   Transfer of Ownership of a Property and Assignment of



```
 1   Claims."  Do you see that, Section 2?

 2        So my question is -- the second question in this

 3   section says, "When was the Chinese drywall installed in

 4   the property, to the best of your knowledge?"

 5     A.   Yes.

 6     Q.   And you put 2006.  Do you see that?

 7     A.   I buy the house 2007.  I don't know when it built

 8   house.

 9     Q.   You don't know when the house was built?  So how

10   do you know when the Chinese drywall was installed?

11     A.   Because all my building I live in, somebody --

12   somebody they do it all inside the building about the

13   drywall, because I don't do that because I don't have

14   money.

15     Q.   Okay.  So I think my question is a little

16   different than what you're answering.  I just want to

17   know how you know that the drywall was put in the

18   building in 2006.  And if you don't know, then that's an

19   answer as well.

20        You put here that the drywall was installed in

21   2006, and I'm trying to find out how you knew that when

22   you filled this out.

23     A.   I tell you because somebody live in the same

24   building with me.  It got drywall in the building.

25     Q.   So someone else --
```



```
 1      A.  Same the building.

 2      Q.  Your neighbor told you --

 3      A.  Yes.

 4      Q.  -- when the drywall was --

 5      A.  Yes.

 6      Q.  -- probably installed?

 7      A.  My neighbor he tell me always like that.  Tried

 8   to fix it.  I said, "I don't have money."

 9      Q.  So it's your neighbor who told you when the

10   drywall would have been installed?

11      A.  I don't know when he tell me that, but I know.

12      Q.  So you just -- you're not sure how you know that

13   it was 2006?

14      A.  No.

15      Q.  Have you ever had an appraisal done of your home?

16      A.  Appraisal?  No.

17      Q.  Let's look at Tab 3, which is Exhibit 2.

18          And if you will turn to the attachment, that

19   Property Detail that we were looking at.  Can you tell

20   me what this is?

21      A.  My parcel control number.

22      Q.  Okay.  And if you look at the very top of this

23   page, in the right-hand corner, it has a date and a

24   timestamp, 4/23/18 10:41 a.m.  Do you see that?

25          COURT REPORTER:  Was that the pest control
```



1     Q.   And what did this person who looked at your

2   home tell you about the drywall in your home?

3     A.   Remember that guy tell you.  I don't know the

4   person.  I know my house got Chinese drywall because all

5   the neighbors fixed the drywall in their houses.  That's

6   what I know.

7     Q.   You know that all your neighbors fixed the

8   drywall in their house?

9     A.   Yes.

10    Q.   And when did your neighbors fix the drywall in

11  their houses?

12    A.   I don't know exactly.

13    Q.   Was it recently?

14    A.   Hmm?

15    Q.   Was it recently?

16    A.   I don't know exactly when, when they do that,

17  what day, what year.  Okay?

18    Q.   Well, so, I think my question to you is, at some

19  point, your neighbors in your building remediating their

20  home for Chinese drywall, they replaced the drywall and

21  put in new drywall?

22    A.   That's right.

23    Q.   When was that?

24    A.   I tell you, I don't remember what year.  I don't

25  remember when.



1    Q.  Was it more than a year ago?

2        Was it more than a year before you filed your

3    claim in this lawsuit?

4    A.  Yes.

5    Q.  It was more than a year that your --

6    A.  Yeah.

7    Q.  -- neighbors remediated their home?

8    A.  Yeah.

9    Q.  Was it more than five years?

10   A.  I can't -- I can't tell you exactly.

11   Q.  But -- so I --

12   A.  I can't tell you exactly.  About -- about 2012,

13   2011, something like that.

14   Q.  And so, in 2012 and 2011 when your neighbors were

15   remediating their homes --

16   A.  Yeah.

17   Q.  -- you didn't check then to see if you had

18   Chinese drywall in your home?

19   A.  I tell you, when the neighbor do that, I got

20   somebody from friend to check for me.

21   Q.  In 2012 and 2011?

22   A.  Yes.

23   Q.  And that's when you found out you had Chinese

24   drywall?

25   A.  Yes.



1   Q.  Well, then why did you say here that you

2   discovered it in 2016?

3   A.  2016, I was looking for somebody to help me to

4   fix my house.  But I knew about before 2016.

5   Q.  For years before 2016?

6   A.  Yeah, before that.

7   Q.  Okay.  So, just to get the record clear, if you

8   can turn to Tab 5?

9   A.  Something I don't understand (phonetic).  I spend

10  my money.  Now I got complaint to my money.  I don't

11  make Chinese drywall.

12  Q.  I'm sorry, we're on Tab 4.  Exhibit 3.

13  A.  If the house have Chinese drywall, you think I

14  would spend my money on it?

15  Q.  I'm sorry, can you say that again?

16  A.  If I know the house has got Chinese drywall, you

17  think I can spend my money buy the house?  You think

18  something like that?

19  Q.  So this is a deposition where I'm going to ask

20  the questions and you're going to give the answers.  So,

21  I appreciate your questions, but I'm not being deposed;

22  you are.  So --

23  A.  I'm deposed --

24  Q.  Sir --

25      (Crosstalk)



 1  like that.  Some -- somebody -- if you -- I don't know if

 2  it's them because somebody work at the building tell me

 3  that.

 4     Q.  Okay.

 5     A.  I don't know his name.  He's contractor something

 6  like that fixing the drywall like that, but I don't know

 7  his name.

 8     Q.  Do you remember when it was --

 9     A.  No.

10     Q.  -- that someone told you that the smell might

11  have been --

12     A.  No, I don't --

13     Q.  -- drywall?

14     A.  No don't remember that.

15     Q.  Was it around 2011 or 2012?

16     A.  Something like that.

17     Q.  Do you watch the news?

18     A.  All the time.

19     Q.  What news stations do you watch?

20     A.  TV12.  ABC.  A lot.

21     Q.  Do you ever remember hearing stories on the news

22  about Chinese drywall?

23     A.  Yeah.

24     Q.  And what did those news stories say?

25     A.  If live in a house with Chinese drywall it make



1   you sick.

2       Q.  And do you remember around when you heard those

3   news stories?

4       A.  No.  I don't remember that.  I go and I can't

5   remember everything.

6       Q.  Was it around 2011 or 2012 when you first learned

7   that you had Chinese drywall or was it before that?

8       A.  I think -- before 2011, something like that, I

9   knew that.

10      Q.  And when you heard those news stories, did you do

11  anything to investigate whether you had Chinese drywall

12  in your property?

13      A.  Because if you have somebody to investigate, I

14  have to pay somebody to investigate.  But if you have no

15  money, how can you do that?

16      Q.  So you didn't ask anyone because you didn't want

17  to pay anyone to investigate?

18      A.  Because I don't have money.

19      Q.  And you didn't do any of your own investigating?

20      A.  No.

21      Q.  Okay.  Let's look at Tab 5.  Actually, let's turn

22  to Tab 4 first.  In Tab 4, I'm now interested in one of

23  the exhibits to this exhibit, which is Exhibit 3.

24  There's an exhibit that says Section 7, Loss of Use/Loss

25  of Enjoyment.  I think you've already turned to that.



1    You told me earlier that this is not something that you

2    remember submitting, but I'm going to read this to you

3    and see if we can figure out -- if your memory can get

4    jogged.

5         It says here, "$275,000 in loss of use / loss of

6    enjoyment damages is appropriate and consistent with

7    past verdicts in the Chinese drywall litigation based on

8    the number of years I and my family have owned and/or

9    lived in the home containing defective Chinese-

10   manufactured sheetrock produced by the Knauf defendant."

11   So, did you write that sentence?

12   A.   Yes.

13   Q.   Okay.  What is it that you know about past

14   verdicts in the Chinese drywall litigation?

15   A.   What I know?  I don't remember what I know.

16   Q.   So how do you know that $275,000 is consistent

17   with past verdicts?

18   A.   How I know it's $275,000?

19   Q.   How do you know?

20   A.   Because I think.  I think.

21   Q.   That's just what you think?

22   A.   Yeah.

23   Q.   Okay.  Now let's go to Tab 5, Exhibit 4.

24        If you'll turn to -- let's turn to Page 2 of the

25   exhibit.  If you look at question No. 6, there's a



1       And are you the person that wrote your name and

2   address on this board?

3      A.  Yes.

4      Q.  And you did that after the board was removed from

5   the wall, right?

6      A.  [No audible response].

7      Q.  Keep going to Exhibit 14.

8       This is your Itemization of Personal Property

9   Damage, right?

10      A.  Yes.

11      Q.  Okay.  And you filled this out and provided it to

12   your attorney.

13      A.  Yes.

14      Q.  Okay.  Let's go through it.  No. 1, you have --

15   for description of damaged item, you have "air

16   conditioner."

17      A.  Yes.

18      Q.  And for value you have $4,000.  And just to --

19      A.  Excuse me.  More than that.  You see that?

20   4,000, more than that.  I replaced two time, plus all

21   that I have somebody to come in and put in, put in a

22   fuse in my air conditioner all the time.  Every month.

23   Because if you don't do that, I can't live in the house.

24      Q.  Okay.  So let me see if I understand.  You

25   replaced your air conditioning twice?



1     A.  Yeah.

2     Q.  The whole thing?

3     A.  Yeah.

4     Q.  But then additionally, pretty much monthly,

5  someone has to come replace a fuse?

6     A.  Yes.

7     Q.  When did that start?

8     A.  That start about 2010.

9     Q.  And did you ever ask anyone why you had to keep

10 replacing the fuses so often?

11    A.  Yes.  The guy who replaced the thing for me, he

12 tell me the drywall it -- all the air conditioner.

13 Everything you pull in, close it (phonetic).  Last one I

14 put in, 2016.  That's when the last one.

15    Q.  So in 2010 when this started, someone told you

16 that the --

17    A.  Yeah.

18    Q.  -- fuses had to be --

19    A.  Yeah.

20    Q.  -- replaced because of Chinese drywall?

21    A.  Yeah.

22    Q.  Okay.  Did you keep the two air conditioners that

23 you had to replace?

24    A.  Yeah.

25    Q.  You have those units still?



1     A.   Yeah.   All the time out a fuse on the air

2   conditioner to let it warm.   If you don't do that, you

3   can't stay inside the house.

4     Q.   So my question is, when you got a new air

5   conditioner, did you discard the old one or do you still

6   have it?

7     A.   No.

8     Q.   You don't still have it?

9     A.   No.

10    Q.   Okay.   And when was the first time you replaced

11  the air conditioner?

12    A.   The first one, I think I replaced the first --

13  first one I think 2010, something like that.

14    Q.   Okay.   And when was the second one?

15    A.   Second one?   2016.

16    Q.   And how did you get to this $4,000 figure?

17    A.   Because that 4,000 I put in, that's when I fixed

18  it in 2016.

19    Q.   That's how much it cost to replace the air

20  conditioning --

21    A.   Yeah.

22    Q.   -- in 2016?

23    A.   Yeah.

24    Q.   Do you have any receipts showing that?

25    A.   No, I don't have it.



1       Q.  So how do you know it was $4,000?

2       A.  Because that's money I paid the guy to put in

3    for me.

4       Q.  Do you have a cancelled check or anything like

5    that that shows that you paid $4,000?

6       A.  No.

7       Q.  Okay.  Next is the washer and dryer.

8       A.  Yes.

9       Q.  And you put $2,000?

10      A.  Yes.

11      Q.  Is that -- did you replace the washer and dryer?

12      A.  Yes.

13      Q.  When did you replace them?

14      A.  I remember when I replaced it.

15            THE WITNESS:  You know about that?

16            MS. VALP:  No.

17            THE WITNESS:  Yeah.  I don't remember.  I

18       think the last one I fix 2018?

19            MS. VALP:  I think so.

20            THE WITNESS:  Yeah, 2018.

21   BY MS. VEITH:

22      Q.  So recently?  Like within the last --

23      A.  Yeah.

24      Q.  -- year?

25      A.  That's when I replace.



```
 1      Q.  And did you keep the one that you replaced or
 2   did you get rid of it?
 3      A.  Are you talking about the dishwasher?
 4      Q.  The washer and dryer.
 5      A.  No.
 6      Q.  You got rid of it?
 7      A.  Somebody come to fix it.  He take it out.
 8      Q.  And how did you arrive at the $2,000 figure?
 9      A.  Because I replaced dishwasher two times.
10      Q.  I'm asking about the washer and dryer.
11      A.  Washer and dryer.  Two times.  Two times.  I
12   think it cost maybe $2,000.
13      Q.  That's just your estimate?
14      A.  Yeah.
15      Q.  You don't have a receipt or anything?
16      A.  No.
17      Q.  Okay.  And the next item is refrigerator?
18      A.  Yes.
19      Q.  And that one is $2500?
20      A.  Yes.
21      Q.  Is that the replacement cost?
22      A.  Yes.
23      Q.  When did you replace the refrigerator?
24         MS. VALP:  2014.
25      A.  Yeah, 2014.
```



1      Q.  Okay.  So you said 2014 because your wife,

2    who's not being deposed, just reminded you of that fact,

3    right?

4      A.  My wife buy.

5      Q.  I understand.  I'm making a record, sir.  It's

6    your wife who just reminded you that you replaced the

7    refrigerator in 2014?

8      A.  Yes.

9      Q.  Okay.  Did you keep the old refrigerator?

10     A.  No.  I don't have place to put it.

11     Q.  And how did you arrive at the $2,500 figure?

12     A.  Because -- because some -- somebody -- you

13   buy -- you buy this.  Somebody come to put it in for

14   you.  Okay?  That's what he charged.

15     Q.  That's what you remember them charging?

16     A.  Yeah.

17     Q.  But you don't have a receipt or anything --

18     A.  No.

19     Q.  -- that shows that?  Okay.

20        The next one is stove for $600?

21     A.  Yes.

22     Q.  Is that the replacement cost?  Did you replace

23   the stove?

24     A.  Yeah.

25     Q.  When did you replace the stove?



1    A.   I think four years ago.

2    Q.   Four years ago?

3    A.   Yeah.

4    Q.   Okay.  And did you keep the old stove?

5    A.   No.

6    Q.   And is $600 your guess at the cost to

7  replacement it?

8    A.   Yes.

9    Q.   You don't have a receipt or anything --

10   A.   No.

11   Q.   -- shows that?

12   A.   No.

13   Q.   And then the next thing is a dishwasher --

14   A.   Yes.

15   Q.   -- for $600?

16   A.   Yes.

17   Q.   Is that something you replaced?

18   A.   Yes.

19   Q.   And did you keep the old dishwasher?

20   A.   No.  I don't have place to put it.

21   Q.   Do you remember when you replaced the dishwasher?

22   A.   I don't remember.

23   Q.   You don't?  Was it more than five years ago?

24   A.   I think maybe four years, four and a half.

25   Q.   Okay.  And $600 -- I think maybe I asked that,



1   but just to be clear, that's just an estimate?  You

2   don't have a receipt for --

3       A.  No, I don't.

4       Q.  -- the cost of the dishwasher?  Okay.  And last

5   is televisions and in parentheses four.  So is this the

6   price for four televisions?

7       A.  Yeah.  I got -- I got five television --

8       Q.  Wow.

9       A.  -- in my home.  Five.  I replace -- I replaced

10  all of them.

11      Q.  Okay.  And did you keep the old ones?

12      A.  How -- why -- how do people -- there's no room in

13  my house.  I don't have guy to put it.

14      Q.  So you understand, I'm asking you that because if

15  you didn't keep the old ones --

16      A.  No.

17      Q.  -- it's going to be difficult to see how they

18  were damaged, if they were damaged at all.  That's why

19  I'm asking.  In any event, this $1,800 figure, that's

20  just your guess at how much the four new TVs cost?

21      A.  Yeah.

22      Q.  It's not something that you have receipts for?

23      A.  No.

24      Q.  And do you remember when you replaced the TVs?

25      A.  I don't remember when I replaced them.  But when



1   I replaced the television they're very expensive to buy,

2   when I buy these televisions.  Okay?  But I don't

3   remember.

4      Q.  But you don't -- you just don't remember?

5      A.  Yeah.

6      Q.  Okay.  We talked at the beginning of this list

7   about how an AC repairman told you that your air

8   conditioning damage was because of Chinese drywall.

9   Except for that, for all these appliances on here, did

10  you ever get a professional to come out and give you an

11  opinion that those appliances were damaged because of

12  Chinese drywall?

13     A.  No.

14     Q.  So this is just your assumption that you had to

15  replace them because there was Chinese drywall in your

16  home?

17     A.  Yes.

18     Q.  Do you know any of your neighbors who are also

19  plaintiffs in this lawsuit?

20     A.  No.

21     Q.  You don't know your neighbor whose last name is

22  Marquez?

23     A.  No.

24          MS. VALP:  Marquez.

25          THE WITNESS:  Oh, yeah.  Marquez.



```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF FLORIDA

 3    COUNTY OF MIAMI-DADE

 4

 5        I, Tareva Jumpp, Court Reporter, certify that I was

 6    authorized to and did report the Deposition of Wicler

 7    Pierre; that a review of the transcript was waived; and

 8    that the transcript is a true and correct record of my

 9    notes.

10        I further certify that I am not a relative,

11    employee, attorney, or counsel of any of the parties,

12    nor am I a relative or employee of any of the parties'

13    attorneys or counsel connected with the action, nor am I

14    financially interested in the action.

15        Dated this 24th day of July 2019.

16

17

18    _____

19    Tareva Jumpp, Court Reporter

20

21

22

23

24

25
```

