UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment on Claims Asserted by Wicler Pierre:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

2. The Complaint was amended multiple times to amend the parties and claims. *See, e.g.,* Docs. 18412, 20077, 21333, 21334.

3. Motion for leave to file the Fourth Amended Complaint was filed on November 21, 2016. Doc. 20554.

4. Leave to file the Fourth Amended Complaint was granted on May 14, 2018. Doc. 21332.

1

5. The Fifth Amended Complaint is the operative complaint in this matter.

6. Plaintiff, Wicler Pierre, first appears as a plaintiff in this matter in Exhibit A to the Fourth Amended Complaint. Doc. 20554-4.

7. Mr. Pierre is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in his property located at 1714 NE 6th Street, Boynton Beach, Florida 33435 (the "Property"). *See* Doc. 21334-1.

8. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form ("PPF"), Supplemental Plaintiff Profile Form ("SPPF"), and Plaintiff Fact Sheet ("PFS") to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

9. Mr. Pierre completed and submitted a PPF, SPPF, and PFS. The documents were completed under penalty of perjury. Exhibits 1, 2, and 3.

10. Mr. Pierre purchased the Property in 2007. Ex. 4, Depo. Tr. at 15:4-15.

11. Mr. Pierre is not aware when the allegedly defective drywall was installed in his property, but it was at some point before he purchased the property in 2007. Ex. 4, Depo Tr. at 19:2-20:14.

12. In 2010, an air-conditioning repairman told Mr. Pierre that his fuses had to be replaced because of "the drywall." Ex. 4, Depo Tr. at 49:9-21.

13. Some time before 2011, Mr. Pierre learned that if you "live in a house with Chinese drywall, it make[s] you sick." Ex. 4, Depo Tr. at 39:21-40:1.

14. In 2011 and 2012, Mr. Pierre learned, when his neighbors were remediating their property for Chinese drywall, that the Property contained Chinese drywall. Ex. 4, Depo Tr. at 27:18-28:25.

15. Mr. Pierre did not file a claim in this lawsuit until 2016 because that is when he was was "looking for somebody to help me fix [his] house." Ex. 4, Depo Tr. at 29:1-6.

16. Mr. Pierre continues to reside at the Property. Ex. 4, Depo Tr. at 18:7-10.

17. Mr. Pierre claims $11,600 in damage to personal property. Ex. 3.

18. Mr. Pierre provided no supporting documentation of his damage to personal property, and has discarded all of the items he is claiming were damaged. Ex. 4, Depo Tr. at 48:7-56:5.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:        kmiller@fishmanhaygood.com
Email:        ddysart@fishmanhaygood.com

*Counsel for Defendant,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Ltd.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 25th day of November, 2019.

                              */s/ Kerry J. Miller*
                              **KERRY J. MILLER**