UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## MOTION TO DISMISS CLAIMS ASSERTED BY VASHTI ALETHIA LOCKE-ESBERRY UNDER RULE 37 OR, ALTERNATIVELY, FOR OTHER SANCTIONS

**NOW INTO COURT,** through undersigned counsel, come Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, who move this Honorable Court for an Order pursuant to Federal Rules of Civil Procedure 37 dismissing the claims asserted by Vashti Alethia Locke-Esberry ("Locke-Esberry") against them in Plaintiffs' Fifth Amended Class Action Complaint (the "Fifth Amended Complaint"). For the reasons set forth more fully in the attached Memorandum in Support, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry Under Rule 37 or, Alternatively, for Other Sanctions should be granted.

**WHEREFORE,** Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. respectfully request that this Court dismiss Locke-Esberry's claims with prejudice pursuant to Rule 37 or, alternatively, to sanction Locke-Esberry as it deems appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 310-0275
Email: kmiller@fishmanhaygood.com
Email: pthibodeaux@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com

*Counsel for the Knauf Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served via electronic mail on all counsel of record this 25th day of November, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**