```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

    In Re: CHINESE-MANUFACTURED
 4  DRYWALL PRODUCTS LITIGATION

 5                                  MDL 2047
                                    SECTION "L"
 6

 7  Elizabeth Bennett, et al

 8  v.

 9  Gebr, Knauf
    Verwaltungsgesellschaft, KG,
10  et al.,

11

12

13        *     *     *     *     *     *     *

14

15              ALETHIA LOCKE-ESBERRY

16              SEPTEMBER 18, 2019

17                 10:37 A.M.

18            3 Bethesda Metro Center

19                  Suite 700

20            Silver Spring, Maryland

21

22

23

24     Reported By:  Stephanie C. Bridges

25
```



```
 1              DEPOSITION OF ALETHIA LOCKE-ESBERRY
 2                      SEPTEMBER 18, 2019
 3
 4              ALETHIA LOCKE-ESBERRY,
 5   having being first duly sworn, testified as
 6   follows:
 7                        EXAMINATION
 8           BY MS. JOHNSON:
 9       Q    Can you please state your name for the
10   record.
11       A    Vashti Alethia Locke-Esberry.  It's a
12   long name.
13       Q    Yes.  It's a mouthful.  You go by
14   Ms. Locke-Esberry?
15       A    No, just Alethia.
16       Q    Alethia.  My name is Kaki Johnson and
17   I'll be taking your deposition today and I
18   represent the Knauf defendants in this case.
19           MR. DOYLE:  My name is Jim Doyle and I
20   represent the client in this case.
21           BY MS. JOHNSON:
22       Q    Ms. Alethia, what's your current
23   residential address?
24       A    119 Marine Terrace, Silver Spring,
25   Maryland 20905.
```



```
 1      Q    What's your date of birth?
 2      A    January 20, 1949.
 3      Q    Where are you from originally?
 4      A    Jamaica.
 5      Q    How long did live in Jamaica for?
 6      A    I came here when I was 16.
 7      Q    What brought you to the United States?
 8      A    My mom.
 9      Q    And when you moved did you move to
10   Maryland?
11      A    No, D.C., Washington, D.C.
12      Q    How long have you been living at the
13   address 119 Marine Terrace?
14      A    Fourteen years.
15      Q    Have you ever lived in Florida?
16      A    No, not really, but I visited there.
17   That's where my mom was living.
18      Q    When did your mom move there?
19      A    That I don't remember.
20      Q    Over 20 years ago?
21      A    Long, long time.  My mom was there for a
22   very long time.
23      Q    What is your marital status?
24      A    Married.
25      Q    How long have you been married?
```



```
 1   anyone prior to our meeting?
 2        A    No.
 3        Q    Did you prepare for this deposition at
 4   all?
 5        A    As best as I can.
 6        Q    How did you prepare for this deposition?
 7        A    To tell the truth.
 8        Q    Did you review any documents in
 9   preparation for today?
10        A    No.
11        Q    You previously submitted documents in
12   support of your claims; is that correct?
13        A    Yes.
14        Q    Are you familiar with those documents?
15        A    No.  I didn't go through all of them.
16        Q    Here you go.  This is your copy.  You
17   can go ahead and open up that binder and turn to
18   what is Tab 1 in the binder.  You can leave that
19   in there.
20        A    Oh, I forgot my glasses.
21        Q    Are you going to be able to read without
22   your glasses?
23        A    I don't know.  That's a big mistake I
24   made.  I forgot them running out of the house.
25             MS. JOHNSON:  Can we go off the record?
```



```
 1              MR. DOYLE:  Yes.
 2              (Discussion held off the record.)
 3              MS. JOHNSON:  The deponent, Ms. Alethia,
 4    is not able to review the documents we prepared.
 5    We reserve our right to move to shift cost for a
 6    redeposition.  That's all I have.
 7              MR. DOYLE:  Okay.  You are done for
 8    today.
 9              (Discussion held off the record.)
10              (With signature waived, the
11              deposition of ALETHIA LOCKE-ESBERRY,
12              was concluded at 10:47 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF MARYLAND

 3    COUNTY OF BALTIMORE

 4           I, Stephanie C. Bridges, a Notary Public
      of the State of Maryland, County of Baltimore, do
 5    hereby certify that the within-named witness
      personally appeared before me at the time and
 6    place herein set out, and after having been first
      duly sworn by me, according to the law, was
 7    examined by counsel.

 8           I further certify that the examination
      was reported stenographically by me, and that this
 9    transcript is a true record of the proceedings.

10           I further certify that I am not of
      counsel to any of the parties, nor an employee of
11    counsel, nor related to any of the parties, nor in
      any way interested in the outcome of the action.
12

13           As witness my hand and seal this 26th
      day of September 2019.
14

15

16                    _____
                      Stephanie C. Bridges
17                    My Commission Expires 2/12/23

18

19

20

21

22

23

24

25
```

