# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry Under Rule 37;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Motion to Dismiss Claims Asserted by Vashti Alethia Locke-Esberry Under Rule 37 is GRANTED and Vashti Alethia Locke-Esberry's claims against the Knauf Defendants are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**