Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**
File Number: _____
Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Clayton M. & Debra A. Thomas
Address of Affected Property: 32793 A Waterview Drive East
Loxley, AL 36551

Is this Property:* (Residential) Commercial Governmental
Name of Person Completing this Form: Clayton Thomas
Is above your primary residence? (Yes) No
Mailing Address (if different): 
Phone: ( 850 ) 585 - 5155

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant

Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Bennett v. Knauf, 14-cv-2722

### Section II. Insurance Information

Homeowner/ Renter Insurer: 
Policy #: 
Agent: 
Address: 
Phone: ( ) -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Clayton M. Thomas | 08/26/16 | / / | (M)/ F | / / | Yes (No) | Owner - Occupant |
| Debra A. Thomas | 08/26/16 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Clayton Thomas

   1.2. When did the inspection take place?  02/19/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Clayton Thomas

   2.2. When was this determination made?  02/19/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,570 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form | | | |
|---|---|---|---|
| I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control. | | | |
| *Clayton M Thomas* | 02/22/18 | *Debra A Thomas* | 02/22/18 |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



From: **Thomas, Clayton** thomasc@nwfsc.edu
Subject: **Loxley**
Date: **Feb 22, 2018 at 4:53:12 PM**
To: **Thomas, Clayton** thomasc@nwfsc.edu

# Property Appraisal Link
## BALDWIN COUNTY, AL

Current Date **2/22/2018**　　　　　　　　　　　**Tax Year 2017**
　　　　　　　　　　　　　　　　　Valuation Date October 1, 2016
　　　　　　　　　**BUILDING APPRAISAL**

**PARCEL**　33-06-13-0-000-001.077　　**PPIN** 262465　**TAX DIST**　09H
**NAME**　　THOMAS, CLAYTON MALONE ETAL AULT, DEBRA
**BUILDING** 1　　　　　　　　**CLASS**　R
**STRUCTURE CODE** 111 -　　　　SINGLE FAMILY RESIDENCE
**AREA:**　**TOTAL LIVING AREA**
　　　　1570
**ACTUAL YEAR BUILT...**　2006
**YEAR IMPROVEMENT ADDED TO ABSTRACT...**　2007
**CLASS**　3　**HOMESTEAD**　Y　**PENALTY**　N

**SUMMARY OF IMPROVEMENT CALCULATIONS - STRUCTURE CLASS R AND C**

| | | | |
|---|---|---|---|
| **EXTERIOR** | HARDIE PLAN | **INTERIOR** | DRYWALL WOOD PANEL |
| **ROOF TYPE** | HIP-GABLE | **FLOORS** | HARDWOOD,SE |
| **ROOF MATERIAL** | ASPH.SHINGL | **PLUMBING** | AVERAGE |
| **HEAT** | FHA/AC | **ELECTRIC** | AVERAGE |
| **ADJUST** | HARDIE PLAN | **ADJUST** | |
| **EXTRAS** | BATH 3FIX | | |
| | FIREPLACE + | | |

　**BASIC AREA**　　　　　　　　　　　　　　　　1570
　**UNITS: CONST**　109　**SPECIAL**
　**CLASS**　B　**CLASS UNITS**
= **TOTAL UNITS**　　　　　　　　　　　　　　　109