Supplemental Plaintiff Profile Form – Residential and Commercial Properties

For Internal Use Only
File No. _____

Date Received:
_____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Clayton                          M     Thomas

First Name                          M.I.   Last Name                          Suffix

Debra                          A     Thomas

Co-Claimant First Name (if applicable)   M.I.   Last Name                          Suffix

Business/Entity Name (if applicable)

**EXHIBIT**

**2**

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

32793 A Waterview Drive East
_____
Address 1                                                    Address 2

Loxley                                          AL          36551
_____
City                                            State       Zip Code

Is the Property residential or commercial?   Residential
_____

Name of Person
Completing this Form:   Clayton          M    Thomas
_____
First Name              M.I.  Last Name              Suffix

Mailing Address (if different):

412 Millard Gainey Road
_____
Address 1                                                    Address 2

Defuniak Springs                                FL          32435
_____
City                                            State       Zip Code

Phone Number of Person Completing This Form: ( 850 ) 585 - 5155

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 8 / 26 / 2016

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 2 / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                Month      Day        Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale  identify the following

Foreclosure or Short Sale?                _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                              Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                              Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No_____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 17,356.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 100,936.66 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 445,000.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Clayton M Thomas   Debra A. Thomas_     _Mar 21, 2018_
Claimant's signature                                       Date signed

Name: _CLAYTON M THOMAS_

Address: _412 MILLARD GAINEY ROAD_
                 Address 1                     Address 2
          _DeFUNIAK SPRINGS    FL    32435_
              City                 State     Zip Code

Phone No.: _(850) 585-5155_

Email: _CLAYD944@EMBRRQMAIL.com_

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$75,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.

The loss of use / loss of enjoyment amount cited above is separate from the other itemization included hereinafter that totals $25,936.66.

Therefore, the grand total for this section of damages is $100,936.66 at the time this document is being executed.  Of course, we reserve the right to amend this figure as this case remains unresolved.

### SECTION VII: OTHER DAMAGES

1. **Forced to live elsewhere (beginning Oct 1, 2017):**

|  |  |
|---|---|
| Rent | $8,758. |
| Moving Expenses | $2,175. |
| Utilities (both properties) | $6,523. |
| Electric | $2,484. |
| Water | $724. |
| CenturyLink | $3,315. |
| **Total** | $17,356. |

2. **Loss of use/enjoyment**

> This golfing community has 2 POAs with a total annual dues of $5,220. This is a cost of $433 per month. This is a cost to us for a property that we cannot use and enjoy. Our membership dues included $1,800 for use of the Lake, $5,500 for use of the golf course and a mandatory additional $375 per quarter for the Club House. This is a total of $8,800 annually for membership dues for something we cannot use and enjoy nor recover our lost finances. This is a total of $14,020.

Appliance replacement was $6,137.96 for refrigerator, stove, microwave and dishwasher.
Furniture replacement total was $1,778.70.
Tarnished antique jewelry and silver items $4,000.

> Total    $25936.66

3. **Diminution of Property Value:**

> Property went on the market in 2006 for $700,000. Property sold on 6/19/2007 for $650,000.  Property value range on Zillow after Chinese Drywall found in it is $176,000 to $205,146.

# CHELCO
*Electric*

Your Touchstone Energy Cooperative

**Choctawhatchee Electric Cooperative, Inc.**
**Monthly Bill Statement**
Owned By Those We Serve

*Florida* (handwritten)

Account: 7706773608
Statement: 25844148
Previous Balance: $287.55
Payments/Adjustments: $-287.55
Balance Forward:$.00
Current Charges: $254.32
**Total Due: $254.32**
**Current Charges Due: 03/07/2018**

| Name: CLAYTON THOMAS | | Your Phone #: (850)585-5155 | | Email: clay0944@embarqmail.com | |
|---|---|---|---|---|---|
| Bill Date: 2/8/2018 | Map No:174-25-003 | Bill Cycle: 2 | Board District: 9 | Type of Bill: REGULAR | |
| Service Address: 412 MILLARD GAINEY RD | | | | Description: HOUSE | |

| Meter | Service Dates | | No. Days | Meter Readings | | Multiplier | Usage | Type of Reading | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | Previous | Current | | | | |
| 125159315 | 01/08/2018 | 02/07/2018 | 30 | 2204 | 2259 | 40 | 2,200 | kWh | R1 |

## Transaction Detail

| | |
|---|---|
| 01/09 Previous Balance | $287.55 |
| 01/23 Payment – Thank You | $-287.55 |
| 02/08 Basic Service | $26.00 |
| 2200 KWH @ .07046 | $155.01 |
| 40 WPCA @ .024366 | $0.97 |
| 2200 WPCA @ .024366 | $53.61 |
| 2200 DCA @ 0.00275 | $6.05 |
| 1–100 WATT CLASS @   6.13 | $6.13 |
| Subtotal | $247.77 |
| Gross Receipts Tax | $6.25 |
| Sales Tax | $0.30 |
| **Total owed as of this statement** | **$254.32** |

## Tips

CHELCO's Board of Trustee elections are coming up soon. Watch for your ballot packet in the mail and remember to vote. Democratic member control is the co-op way.

### Usage Chart



| Compare | No. Days | Total KWH | Avg KWH |
|---|---|---|---|
| This Month | 30 | 2200 | 73 |
| Last Month | 31 | 2560 | 83 |
| A Year Ago | 30 | 960 | 32 |

**Your Electricity use over the past 13 Months**

2017 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb 2018

*New Utilities Electric* (handwritten) *hexley 160/mo* (handwritten) *2484 x 6 months* (handwritten)

*Please detach and return the portion below with your payment to avoid posting delays. Please do not staple or paperclip.*

# CHELCO
Your Touchstone Energy Cooperative

Choctawhatchee Electric Cooperative, Inc.
P.O. Box 512
DeFuniak Springs, Florida 32435-0512

**ADDRESS SERVICE REQUESTED**

☐ Please check if providing new contact information on the back.

Account: 7706773608
Statement: 25844148
Bill Date: 2/8/2018
Balance Forward: $.00
Current Amount Due by 5pm on 03/07/2018:$254.32
**Total owed : $254.32**

After 5pm 03/07/2018 add: $6.96
Amount Paid: _____

Make checks payable to CHELCO
To pay by phone call (850)307-1212
To pay online visit www.chelco.com

CLAYTON  THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS FL  32435-4485

Choctawhatchee Electric Cooperative, Inc.
P.O. Box 512
DeFuniak Springs, FL 32435-0512

0208201800000258441480000254323

# BALDWIN



**EMC**

Your Touchstone Energy® Cooperative

**(251) 989-6247 or (800) 837-3374**
P.O. Box 220 • Summerdale, AL 36580
www.baldwinemc.com

CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435

## Summary Of Charges

| | | Balance from Last Bill | $115.00 |
|---|---|---|---|
| **Account Number:** | 528958-001 | Payment - Thank You | $115.00 CR |
| **Bill Date** | 01/12/18 | **Current Charges:** | |
| Days Billed | 30 | Basic Service | $37.95 |
| Cycle Number | 06 | Electricity Used | $182.27 |
| | | State Utility Taxes | $13.65 |
| **Electricity Used Includes:** | | Operation Roundup | $0.13 |
| PCA of 0.01772 per kWh | | Current Charges | $234.00 |
| | | Current Charges must be paid by | 02/02/18 |
| **Current Charges - MUST BE PAID BY 02/02/18** | | | |
| **OR ADDITIONAL CHARGES MAY APPLY** | | | |

#1626
1/23/18

CDW House / Loxley, al.

## *Thank You*

# Your kindness didn't go unnoticed!

We appreciate everyone who participated in Baldwin EMC's Power of Giving Drive and the Magical Christmas Toy Drive.

## 90 units of blood
## + 1,518 pounds of food
## + More than 450 coats
## + 1,300 toys

**One very generous community!**

No matter what you gave, it mattered.

## Detail of Current Use

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 118736919 | 41263 | 39111 | 2152 | 1 | 2152 | 21 |

Meter Reading from 12/04/17 to 01/03/18

*this field is kWh Used x Multiplier

### 13 Month kWh Use History

| JAN 2017 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1728 | 1688 | 1397 | 1395 | 1232 | 1562 | 1713 | 1622 | 1288 | 1046 | 806 | 801 | 2152 |

| | | | |
|---|---|---|---|
| Current Bill | 30 | 2152 | 72 |
| Last Bill | 31 | 801 | 26 |
| One Year Ago | 30 | 1728 | 58 |

Please Return Lower Portion With Your Payment To Ensure Proper Credit To Your Account. Retain Upper Portion For Your Records.



# BALDWIN

## Your Touchstone Energy Cooperative

(251) 989-6247 or (800) 837-3374
P.O. Box 220 • Summerdale, AL 36580
www.baldwinemc.com

CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435



## ONE ARM ONE HOUR ONE PINT THREE LIVES

### SPRING INTO ACTION 2018
### DONATE BLOOD

**MARCH 15, 2018**
8 A.M. TO 5 P.M.
Baldwin EMC's
South Baldwin Office
21801 University Lane
Orange Beach, AL

**APRIL 26, 2018**
8 A.M. TO 5 P.M.
Baldwin EMC's
North Baldwin Office
47525 Highway 59
Bay Minette, AL



## DONATE FOOD
Bring in a non-perishable food item to be donated to local food pantries and families!

## Summary Of Charges

| | |
|---|---|
| Account Number: | 528958-001 |
| Bill Date | 02/12/18 |
| Days Billed | 30 |
| Cycle Number | 06 |

**Electricity Used Includes:**
PCA of 0.01772 per kWh

**Current Charges - MUST BE PAID BY 03/04/18 OR ADDITIONAL CHARGES MAY APPLY**

| | |
|---|---|
| Balance from Last Bill | $234.00 |
| Payment - Thank You | $234.00 CR |
| **Current Charges:** | |
| Basic Service | $37.95 |
| Electricity Used | $145.85 |
| State Utility Taxes | $11.39 |
| Operation Roundup | $0.81 |
| Current Charges | $196.00 |
| Current Charges must be paid by | 03/04/18 |

*#1637*
*2/19/18*

*CDW House, hoxley, al.*

## Detail of Current Use



| 118736919 | 42985 | 41263 | 1722 | 1 | 1722 | 21 |
|---|---|---|---|---|---|---|

Meter Reading from 01/03/18 to 02/02/18

*this field is kWh Used x Multiplier

### 13 Month kWh Use History

| FEB 2017 | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1688 | 1397 | 1395 | 1232 | 1562 | 1713 | 1622 | 1288 | 1046 | 806 | 801 | 2152 | 1722 |

| | | | |
|---|---|---|---|
| Current Bill | 30 | 1722 | 57 |
| Last Bill | 30 | 2152 | 72 |
| One Year Ago | 29 | 1688 | 58 |

**Please Return Lower Portion With Your Payment To Ensure Proper Credit To Your Account. Retain Upper Portion For Your Records.**

10

# CenturyLink®

Account Number: 311666090

Page: 1 of 6
Bill Date: Feb. 10, 2018

## HELLO, CLAYTON THOMAS

*Section VII #1*

*Utilities*

### WHAT DO I OWE?

Your Amount Due Is:
Current Charges Are Due
By Mar. 02, 2018



$189.05


**ACCOUNT SUMMARY**

| | |
|---|---|
| Previous Balance | 189.05 |
| Payment Received - Jan. 23, 2018 | -189.05 |
| **Balance Forward** | **.00** |
| Total New Charges | 189.05 |

**TOTAL AMOUNT DUE**
By Mar. 02, 2018 $189.05

**DISCOVER...**



Bundle up your bills.
**Get all of the services you need,
all on one bill.**

May not be available in your area.

See next page for details.           S1P1DF10-17

**SERVICES**

| | |
|---|---|
| Packages | 97.94 |
| Additional Charges and Credits | 80.07 |
| Taxes, Fees and Surcharges | 11.04 |
| **TOTAL SERVICES** | **$189.05** |

**MANAGE YOUR ACCOUNT**

**Information about Your Bill:** www.centurylink.com/billinginfo
**Pay Your Bill:** www.centurylink.com/paybill
**Product Information:** www.centurylink.com/productinfo
**Repair/Technical Support:** www.centurylink.com/repairsupport
**Chat with an Agent:** Visit www.centurylink.com/chatwithus

Still need to speak with an Agent? You'll need to have your account number which is at the top of the page. Just enter it in our automated system so we can get you to the right department.

Payments/Billing/Products/Services:1-800-201-4099
Tech Support/Repair Service: 1-800-788-3600

*New Utility Manager / Loxley, Al.*

***PLEASE FOLD, TEAR HERE AND RETURN THIS PORTION WITH YOUR PAYMENT***

FOR CHANGE OF ADDRESS OR PAYMENT AUTHORIZATION:
☐ Please check here and complete reverse. Thank You.

Account Number:
Amount Due By Mar. 02, 2018

311666090
$189.05

*Auto*
*2/27/18*

>021390 8428775 0001 008243 10Z
CLAYTON THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435-4485

CenturyLink
P.O. Box 1319
Charlotte, NC 28201-1319

*Total 3315⁰⁰*
*X 6 months*

00003116660908000000000000000000000000210180000018905280000000

2984

| Account Number | 8-04489-0 |
|---|---|
| Billing Date | 01/22/2018 |
| Service Period | 12/20/2017 to 01/22/2018 |
| Days of Service | 33 |
| Customer Name | CLAYTON M THOMAS |
| Service Address | 32793-A WATERVIEW DRIVE EAST |



**Town of Loxley**

PO Box 9 ● Loxley, AL  36551
Phone: (251) 964-5162 ● Fax: (251) 964-5371

www.townofloxley.org

Office Hours: Monday - Friday 8:30 am - 4:30 pm
24 Hour Drop Box Located at 1089 S Hickory Street

| Service | Present Reading | Previous Reading | Consumption | Charges |
|---|---|---|---|---|
| PAYMENT RECEIVED | | | | -43.66 |
| PAST DUE AMOUNT | | | | 0.00 |
| WATER | 1363 | 1329 | 3400 | 32.25 |
| UTILITY TAX | | | | 1.29 |
| GARBAGE | | | | 17.69 |

#162⁹
1/31/18

**Your online password is 001107045971**

| All Charges Are Due By The Due Date | TOTAL DUE NOW | | 51.23 |
|---|---|---|---|
| Any Past Due Balances Are Subject To Disconnection | **DUE DATE** 02/10/2018 | BILL IS DELINQUENT AFTER DUE DATE | |
| No Other Notice Will Be Sent | AFTER 02/15/2018 PAY | | 54.23 |

**Water Monthly Usage History
(in Gallons)**

| Period | Days | Gal Used X100 | Daily AVG GAL |
|---|---|---|---|
| Current | 33 | 3400 | 103.0 |
| Last MO | 29 | 1900 | 66 |
| Last YR | 34 | 4000 | 118 |

Loxley, Al. CDW House

- Meter route reading dates shown are approximate and do not specify date meter was set or removed.
- For each service call during the hours of 8:30 am to 4:30 pm, there will be a $30.00 service charge.
- For each service call after working hours there will be a $50.00 service charge.
- Utility customers not making payment by noon on the 25th of each month will be subject to disconnection.

TO REPORT WATER OR SEWER PROBLEMS
CALL (251) 964-5162

AFTER HOURS EMERGENCY
(251) 964-6000

PLEASE BRING ENTIRE BILL IF PAYING IN PERSON          PLEASE DETACH AND RETURN PORTION IF PAYING BY MAIL

i2



| Account Number | 8-04489-0 |
|---|---|
| Billing Date | 02/21/2018 |
| Service Period | 01/22/2018 to 02/21/2018 |
| Days of Service | 30 |
| Customer Name | CLAYTON M THOMAS |
| Service Address | 32793-A WATERVIEW DRIVE EAST |

**Town of Loxley**

PO Box 9 • Loxley, AL  36551
Phone: (251) 964-5162 • Fax: (251) 964-5371

www.townofloxley.org

Office Hours: Monday - Friday 8:30 am - 4:30 pm
24 Hour Drop Box Located at 1089 S Hickory Street

| Service | Present Reading | Previous Reading | Consumption | Charges |
|---|---|---|---|---|
| PAYMENT RECEIVED | | | | -51.23 |
| PAST DUE AMOUNT | | | | 0.00 |
| WATER | 1374 | 1363 | 1100 | 24.97 |
| UTILITY TAX | | | | 1.00 |
| GARBAGE | | | | 17.69 |

*#1642*
*5 Mar 2018*

Your online password is 001107045971

| All Charges Are Due By The Due Date | TOTAL DUE NOW | | 43.66 |
|---|---|---|---|
| Any Past Due Balances Are Subject To Disconnection | **DUE DATE** | 03/10/2018 | BILL IS DELINQUENT AFTER DUE DATE |
| No Other Notice Will Be Sent | AFTER 03/15/2018 PAY | | 46.66 |

**Water Monthly Usage History**
**(in Gallons)**

| Period | Days | Gal Used X100 | Daily AVG GAL |
|---|---|---|---|
| Current | 30 | 1100 | 36.67 |
| Last MO | 33 | 3400 | 103 |
| Last YR | 30 | 3600 | 120 |

*Loxley, al. CDW House*

- Meter route reading dates shown are approximate and do not specify date meter was set or removed.
- For each service call during the hours of 8:30 am to 4:30 pm, there will be a $30.00 service charge.
- For each service call after working hours there will be a $50.00 service charge.
- Utility customers not making payment by noon on the 25th of each month will be subject to disconnection.

TO REPORT WATER OR SEWER PROBLEMS
CALL (251) 964-5162

AFTER HOURS EMERGENCY
(251) 964-6000

PLEASE BRING ENTIRE BILL IF PAYING IN PERSON                    PLEASE DETACH AND RETURN PORTION IF PAYING BY MAIL

| Account # | | | | Billing Period | | Bill Date | Due Date | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| 18346 | 412 Millard Gainey RD | | | 02/01/18 to 02/28/18 | | 02/28/2018 | 03/15/2018 | $ 61.37 |

| Service Code & Description | Previous | | Current | | Mult | Usage | Year Ago | Charge |
|---|---|---|---|---|---|---|---|---|
| | Date | Reading | Date | Reading | | | | |
| | | | | | LAST PAYMENT | | 02/08/18 | 55.15 |
| WA Water Utility | 01/10 | 220 | 02/12 | 273 GAL | | 53 | 2 | 55.79 * |
| | | | | | | | * TAXES | 5.58 |

#1641
3/2/2018

WATer

Section VII #1

CURRENT CHARGES    61.37
TOTAL AMOUNT DUE    61.37

CITY OF DEFUNIAK SPRINGS / P O BOX 685 Defuniak Springs, FL 32435    (850)892-8503

TO PAY WITH DEBIT/CREDIT CARD CALL 1-855-414-9015 OR E-CHECK GO TO www.defuniaksprings.net.
TRANSACTION CHARGE WILL VARY ON AMOUNT PAID.

YOUR BILL IS DUE MARCH 15,2018.  A 10% PENALTY WILL BE ASSESSED ON ANY UNPAID BALANCE MARCH 16, 2018
.
SERVICE IS SUBJECT TO DISCONNECTION ON MARCH 26, 2018.  IF SERVICE IS DISCONNECTED, RECONNECTION FEE OF $30.00 - $70.00 (AFTER HOURS) MAY APPLY.  TOTAL BALANCE IS REQUIRED TO HAVE SERVICE RECONNECTED.

New Utilities
WATer per month

total 720.00
for 6 months

Loxley CDW - WATer | sewage | 60.00
Home

14

Section VII - Other Damages
#1 Rent/ Mortgage

Resumed Old Mortgage/rent
removed property from realtor listing.

Kent



## REGIONS
**MORTGAGE**

PO Box 18001
Hattiesburg, MS 39404-8001

5-720-10332-0034641-003-01-001-001-000-000



 CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS FL 32435-4485

### Mortgage Statement 03/01/18

| | |
|---|---|
| Loan Number | 7297154810 |
| Property Address: | 412 MILLARD GAINEY RD |
| | DEFUNIAK SPRINGS FL 32435 |

| | |
|---|---|
| Next Payment Due Date | 04/01/2018 |
| **Amount Due** | **$1,327.01** |

If paid after 04/16/18 a late fee of $66.35 will be assessed.

### Contact Us

| | |
|---|---|
| Customer Service | 1-800-986-2462 |
| Hearing/Speech Impaired TTY | 1-877-344-9716 |
| Web: | www.regionsmortgage.com |
| Mortgage Loan Originator: | Kimberly Brock  NMLS# 546293 |

http://www.regionsmortgage.com/kimberlybrockbarre or 601-554-2995

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $263,643.09 |
| Escrow Balance | $0.00 |
| Interest Rate | 4.250% |
| Prepayment Penalty | None |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
• U.S. Department of Housing and Urban Development (HUD):
   For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $393.27 |
| Interest | $933.74 |
| Regular Payment | $1,327.01 |
| Amount Due | $1,327.01 |

### Fee Breakdown (see reverse for additional fees)

### Important Message   (see reverse for additional messages)

720-2052-0914F

15

# ORDER FOR SERVICE

*Moving Expenses*
*Section VII #1*

mc 972138
im 20176

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

SHIPPER: Clayton Thomas
ADDRESS: 416 Millard Gainey Rd
FLOOR ___ ELEV. ___ TEL: 850-393-6340
CITY Orange Springs STATE FL

CONSIGNED TO: Clayton Thomas
ADDRESS: 28793 Water View Dr
FLOOR ___ ELEV. ___ TEL: 850-393-6340
CITY Loxley STATE AL

CARRIER'S DELIVERING AGENT OR INTERLINING CARRIER (IF ANY)
NAME _____
ADDRESS _____
CITY _____ STATE ___ PHONE ___

LOCATION OF CERTIFIED SCALE TO BE USED IN WEIGHING SHIPMENT AT ORIGIN ___

| PACKING DATE REQUESTED (if applicable) | AGREED PICKUP DATE or period of time (if applicable) | GUARANTEED PICKUP DATE (if applicable) | AGREED DELIVERY DATE or period of time (if applicable) | GUARANTEED DELIVERY DATE (if applicable) | GUARANTEED SERVICE DATES (if applicable) |
|---|---|---|---|---|---|
| | 9/12 | | 9/12 | | |
| | | | | Daily Allowance | |

### SHIPPER'S CONTACT EN ROUTE
NAME _____
ADDRESS _____
CITY _____ STATE ___ PHONE ___

### SHIPPER'S CONTACT AT DESTINATION
NAME _____
ADDRESS _____
CITY _____ STATE ___ PHONE ___

SHIPPER DOES NOT ☐ DOES ☐ REQUEST NOTIFICATION CHARGES PRIOR TO DELIVERY AT:
NAME _____
ADDRESS _____
CITY _____ STATE ___ PHONE ___

Shipment subject to a minimum of ........................ $ ___

### BINDING ESTIMATE CHARGES ☐ YES ☐ NO
Transportation _____ Dest. Services _____
Origin Service _____ Storage. _____
Total Charges _____
Total Charges above cover only the articles and services indicated on the estimate accompanying this order for service, signed by representative of both the carrier and shipper. Total charges are guaranteed for _____ days from date of signing.

Non-Binding Estimated Charges _____
110% Collection Option (COD) _____

### BALANCE WILL BE BILLED 30 DAYS AFTER DELIVERY
Payment in Cash or Certified Check, Traveler's Check or Bank Cashier's Check
Payable To _____

BILLING INFORMATION Type of Shipment ☐ Chg. ☐ P.P.D. ☐ C.O.D.
NAME _____
ADDRESS _____
CITY _____ STATE ___
ATTENTION OF: _____

ADDITIONAL INFORMATION: _____

| SERVICES (AS APPLICABLE) | CHARGES |
|---|---|
| Transportation FROM 32435 TO 36551 | 1657.5 |
| Origin/Destination Fee | |
| Fuel Surcharge | |
| Containers, Packing & Unpacking | |
| Storage-In-Transit at Location___ | |
| Date In___ Date Out___ | |
| SIT Pickup and Delivery | |
| Extra Pickups or Deliveries No.___ at ___ | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Services | |
| 417 / family's unit load | 1657.5 |

THE SHIPPER (OR HIS REPRESENTATIVE) BY HIS SIGNATURE HEREBY ORDERS THE SERVICES OUTLINED HEREIN TO BE PERFORMED ON HIS BEHALF; AND FURTHER ACKNOWLEDGES THAT ALL ARRANGEMENTS REGARDING CONTACT WHILE EN ROUTE AND/OR AT DESTINATION, METHOD OF PAYMENT, AND NOTIFICATION OF CHARGES ARE AS DESIGNATED BY HIM.

DATE 9/12 X_____ SHIPPER'S REPRESENTATIVE

THE CARRIER, BY SIGNATURE OF ITS REPRESENTATIVE, HEREBY ACCEPTS THIS ORDER FOR SERVICES AND AGREES TO PERFORM THE SERVICES OUTLINED HEREIN AND TO COMPLY WITH SUCH OTHER ARRANGEMENTS AS ARE SPECIFIED.

DATE 9/12 X_____ CARRIER'S REPRESENTATIVE

16

*Handwritten:* #1 Section VII  Moving Expenses  RV 8318E

**One-Way Rental (OUT)** - Friday, 3/11/2016 1:42 PM Contract No.: 83983276 Equip.: - RV 8318E
**ROADSIDE ASSISTANCE:** visit rhvuhaul.com
**Dispatched From:** 013642 - Safe-Protection(NO)

| | |
|---|---|
| **Customer:**<br>CLAYTON THOMAS<br>412 MILLARD GAINEY RD.<br>DEFUNIAK SPRINGS, FL 32435 | 850-585-5155<br>850-585-5155<br>DL: xxxxxxxxxx3240, FL, 0920<br>clay0944@embarqmail.com |

**Renting Location:**
Home Integrated Solutions LLC - (013642)
824 Gilmer Ave
TALLASSEE, AL 36078 (334)283-2038

**Towing Vehicle:** U-Haul Truck
• I understand that I must not exceed the recommended allowed cargo weight of 2480 pounds which is considered a FULL load.
• I agree that only the "Towing Vehicle" listed on this contract will be used to tow U-Haul Equipment.

**Destination:** DEFUNIAK SPRINGS, FL
Call (800) 633-6819 when you arrive in DEFUNIAK SPRINGS, FL.

**Due Date/Time:** 3/13/2016 1:41 PM

Days Allowed: 2    MI Allowed: 186 0

Extra Day Rate for the RV $20.00 Per Da.

| Equipment | MI Out | Coverage | Rental Charge | Total Charge |
|---|---|---|---|---|
| RV 8318E | | | | $104.00 |
| 8476201 MI | | $0.00 | $104.00 | $104.00 |

**REGULAR CHECK-IN - EMAIL ON FILE**

| | |
|---|---|
| **SubTotal:** | $104.00 |
| **Rental Tax:** | $3.12 |
| **Rental Deposit Paid:** | $0.00 |
| **Total Rental Charges (including Deposit):** | $107.12 |

| | | | |
|---|---|---|---|
| Card Type:<br>AMERICAN EXPRESS | Account:<br>XXXXXXXXXXXXXXXX2006 | Approved:<br>104896 | **Credit Card Payment:** $107.12 |
| Card Type:<br>AMERICAN EXPRESS | Account:<br>XXXXXXXXXXXXXXXX2006 | Approved: | **Credit Card Payment:** $0.00 |
| | | | **Net Paid Today:** $107.12 |

SafeTow Declined for Equipment RV 8318E .

• U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
• I understand that this equipment must be returned to the one of the U-Haul drop-off locations listed on this contract or I must call the drop-off number.
• I understand that the equipment rented is water resistant and not water proof.
• I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
• I understand that I will receive an email link to review the rental process and the U-Haul Store employees to feedback to U-Haul any compliments, concerns or requests that I have about my rental.
• I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx.
• I understand that I am financially responsible for all damages to equipment.
• I agree to submit a legal claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.
• I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an accident/crash causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
• The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using any mobile phone (other than hands free-such as an emergency call) while driving.
• I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

X_____
Customer Signature - (CLAYTON THOMAS)

Agent Signature - (HOMEINTBETH)

**For Safe Trailering Video Tips go to Part 1 https://media.uhaul.net/view/1673 and for Part 2 go to https://media.uhaul.net/view/1674**
Discount Savings on Hotel and Hotel Rooms. Advanced Reservations Required at Some Locations. 10% OFF at La Quinta Inns and Suites: 1-800-753-3757 Online @ www.lq.com/uhaul 20% OFF at Days Inn, Ramada and Super 8 Motels: 1-877-670-7088 Online @ www.wyndhamrewards.com/uhaul

YOU SHOULD ALWAYS:
1. LOAD TRAILER HEAVIER IN THE FRONT
2. REDUCE NORMAL DRIVING SPEED
3. WEAR YOUR SEATBELT

*Handwritten:* Boxes 150'

Questions or need help? Call me.

_____ (334)283-2038

69461001(AF)

#1
Section VII

*Moving Expenses*

**One-Way Rental (OUT)** - Friday, 3/1/2016 9:29 AM Contract No.: 83894559 Equip.: - TT 6624E, KO 7221Y
**ROADSIDE ASSISTANCE:** visit myuhaul.com
**Dispatched From:** 028307 - Safe Protection:(YES)

| | |
|---|---|
| **Customer:**<br>CLAYTON THOMAS<br>412 Millard Gainey Road<br>DEFUNIAK SPRINGS, FL 32435 | 850-585-5155<br>850-333-6340<br>DL: xxxxxxxxxx3240, FL<br>0920<br>clay0944@embarqmail.com |

**Renting Location:**
Terrys Used Auto Sales - (028307)
4050 Wetumpka Hwy
MONTGOMERY, AL 36110 (334)279-5369

**Destination:** MARIANNA, FL
Call (800) 633-6819 when you arrive in MARIANNA, FL

**Due Date/Time:** 3/13/2016 9:22 AM

Days Allowed: 2    MI Allowed: 246.0    Extra MI Allowed: 70.0
Extra Day Rate for the TT $40.00 Per Day    $0.40 Per MI    Extra Day Rate for Safemove $14.00 Per Day

| Equipment | MI Out | Coverage | Rental Charge | Total Charge |
|---|---|---|---|---|
| TT 6624E<br>AE94922 AZ | 44397.8 | SafeMove $28.00 | $201.00 | $229.00 |
| APPLIANCE DOLLY<br>KO 7221Y<br>Plate: State: | | $0.00 | $12.00 | $12.00 |
| Furniture Pads | Qty Rented: 12 | | $10.00 | $10.00 |

### REGULAR CHECK-IN - EMAIL ON FILE

FUEL TANK CAPACITY: 40 GALLONS

| Environmental Fee: | $5.00 |
|---|---|
| SubTotal: | $256.00 |
| Rental Tax: | $4.39 |
| Rental Deposit Paid: | $0.00 |
| Total Rental Charges (including Deposit): | $260.39 |

Estimated gallons needed to return to dispatched level of 13/16

Card Type:
AMERICAN EXPRESS    Account: XXXXXXXXXXXXX2006    Approved: 562483

| Credit Card Payment: | $260.39 |
|---|---|
| Net Paid Today: | $260.39 |

- I agree to verify my truck's fuel level is 13/16 before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $3.25 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).
- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
- I understand that this equipment must be returned to one of the U-Haul drop-off locations listed on this contract or I must call the drop-off number.
- I understand that the equipment rented is water resistant and not water proof.
- I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
- I understand that I will receive an email link to review the rental process and the U-Haul Store employees to feedback to U-Haul any compliments, concerns or requests that I have about my rental.
- I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx
- I agree to submit all *legal* claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.
- Watch for overhead objects and lock-up the cargo box. I understand that a collision with an overhead object and theft of my cargo are just two specific exclusions not covered by Safemove or Safetow protection.
- I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an accident/crash causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was using any mobile phone (other than hands free or for an emergency call) while driving.
- I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

x _Clayton M Thomas_                    x _Luis W Sedley_
Customer Signature - (CLAYTON THOMAS)        Agent Signature - (28307)

**For Safe Trailering Video Tips go to Part 1 https://media.uhaul.net/view/1673 and for Part 2 go to https://media.uhaul.net/view/1674**

Discount Savings on Motel and Hotel Rooms. Advanced Reservations Required at Some Locations.10% OFF at La Quinta Inns and Suites: 1-800-753-3757 Online @ www.lq.com/uhaul20% OFF at Days Inn, Ramada and Super 8 Motels: 1-877-670-7088 Online @ www.wyndhamrewards.com/uhaul
Questions or need help? Call me.

_____ (334)279-5369
Express User Guide Viewed Online (80881)

**LOWE'S**

#2

Section VII Loss of Use /Appliances

## Transaction Summary

| Tran Date | Post Date | Reference Number/ Invoice Number | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| 06/15 | 06/15 | | STORE 2251 DAPHNE AL | ($554.40) |
| | | | LAB INST FENCING | |
| 06/15 | 06/15 | | STORE 2251 DAPHNE AL | ($61.76) |
| | | | CONCRETE MIX, PREMIUM CONCRETE MIX | |
| 06/15 | 06/15 | | STORE 2251 DAPHNE AL | ($1,008.84) |
| | | | SOS FENCE-FARM, SOS FENCE-FARM | |
| | | | SOS FENCE-FARM, SOS FENCE-FARM | |
| | | | SOS FENCE-FARM | |
| 06/21 | 06/21 | 09777 | STORE 2886 DEFUNIAK SPRI FL | $54.55 |
| | | | -, POOL CHEMICALS | |
| | | | POOL CHEMICALS, PROMOTIONAL DISCOUNT | |
| 06/22 | 06/22 | 18484 | STORE 2886 DEFUNIAK SPRI FL | $98.99 |
| | | | -, POOL CHEMICALS | |
| | | | PREMIUM HANGING BASKETS | |
| | | | POOL CHEMICALS | |
| | | | GARDEN CARE - PLANT FOOD | |
| 06/26 | 06/27 | 12318 | STORE 2886 DEFUNIAK SPRI FL | $308.68 |
| | | | REG DEFERRED INTEREST/WITH PAY | |
| | | | - | |
| | | | STATIONARY PUMP SPRAYERS | |
| | | | VALSPAR RESERVE INT, VALSPAR RESERVE INT | |
| | | | TAPE - BLUE PAINTERS | |
| | | | PREMIUM HANGING BASKETS | |
| | | | DROP CLOTHS - CANVAS | |
| 06/29 | 06/29 | 12441 | STORE 2886 DEFUNIAK SPRI FL | $15.54 |
| | | | - | |
| | | | ROUND SEATS WOOD COLOR | |
| | | | PROMOTIONAL DISCOUNT | |
| 07/03 | 07/03 | | ONLINE PAYMENT THANK YOU | ($75.39) |
| 07/05 | 07/05 | 13099 | STORE 2886 DEFUNIAK SPRI FL | $86.93 |
| | | | -. VALSPAR RESERVE INT | |
| | | | VALSPAR RESERVE INT | |
| | | | SAUCES AND SEASONINGS | |
| | | | CHARCOAL ACCESSORIES | |
| | | | SAUCES AND SEASONINGS | |
| 07/05 | 07/05 | 13284 | STORE 2886 DEFUNIAK SPRI FL | $91.88 |
| | | | -, VALSPAR RESERVE INT | |
| | | | VALSPAR RESERVE INT, TRAYS/STRAINERS | |
| | | | MISCELLANEOUS | |
| 07/08 | 07/08 | 17308 | STORE 2886 DEFUNIAK SPRI FL | $125.97 |
| | | | LIVE NURSERY-LANDSCAPE TROPICALS | |
| | | | PREMIUM HANGING BASKETS | |
| | | | LIVE NURSERY-LANDSCAPE TROPICALS | |
| | | | LIVE NURSERY-FLWRG. & DECID. SHRUBS | |
| | | | LIVE NURSERY-ANNUALS | |
| | | | LIVE NURSERY-LANDSCAPE TROPICALS | |
| 07/08 | 07/09 | 11785 | STORE 2886 DEFUNIAK SPRI FL | $6,137.98 |
| | | | FIXED PAY REDUCED APR 7.99% | |
| | | | SOS WALL OVENS - KITCHENAID | |

1-2

19

**Steelwood POA**
c/o The Property Shop
PO Box 668
Daphne, AL 36526

**251-210-1818**

#2 loss of enjoyment

**Statement of Account**

*Pay online at www.PropertyShopRE.com - click on*
*"Make Payment" on the top right side of the screen.*
*You will be directed to the Online Payment site.*

**Clayton and Debra Thomas**
**32793-A WaterView Dr E # 2**
**Loxley AL  36551**

| Statement of Account | |
|---|---|
| Account #: | LV2 |
| Lot/Unit #: | LV02 |
| **Amount Due:** | **$2,200.00** |

| Date | Description | Charges | Credits | Balance |
|---|---|---|---|---|
| 11/30/2017 | Balance Forward | | | |
| | 2018 POA Assessment | | | |
| | POA ASSESSMENT | $2,200.00 | | $2,200.00 |
| **Current Balance:** | | | | **$2,200.00** |

| Balance Breakdown as of 12/13/2017 | Balance |
|---|---|
| POA ASSESSMENT | $2,200.00 |
| Total | $2,200.00 |

12/26/17
#1618

**Your 2018 POA Annual Assessement is due January 1, 2018, and is considered late if received after February 15, 2018.  Late fees of $50 per month will apply to all past due accounts.**

---

*please remit this portion with your payment*

Total  8500.⁰⁰

**2018 Annual Dues Notice**

Date Paid  12/26/17

Check #  1617

Amount  3000.⁰⁰

Total  5200.⁰⁰ / Annual
Lake  1800.⁰⁰
Club  1500.⁰⁰

26

:History          Print                    Help

By MLS# By Address By Photos

*#3 Dimination of Property Value*

# 107152 (32793 East Waterview Dr)

| Date/Eastern Time | Changed By | Change |
|---|---|---|
| 11/1/2006 12:44:00 PM | The Landmark Team (Team) | New Listing ($700,000) |
| 11/1/2006 1:13:00 PM | NavicaMLS | Photo for Main View Processed |
| 6/29/2007 11:45:00 AM | The Landmark Team (Team) | Expire Date Modified |
| 9/29/2007 9:13:00 AM | The Landmark Team (Team) | Expire Date Modified |
| 1/1/2008 1:36:00 AM | NavicaMLS | Expired by system |
| 1/2/2008 10:55:00 AM | Stacy B. Cramton (Agent) | Back from Expired |
| 1/2/2008 10:55:00 AM | Stacy B. Cramton (Agent) | Expire Date Modified |
| 6/16/2008 12:34:00 PM | Stacy B. Cramton (Agent) | Misc. Change |
| 7/1/2008 1:38:00 AM | NavicaMLS | Expired by system |
| 7/1/2008 9:18:00 AM | Stacy B. Cramton (Agent) | Back from Expired |
| 7/1/2008 9:18:00 AM | Stacy B. Cramton (Agent) | Expire Date Modified |
| 11/1/2008 1:38:00 AM | NavicaMLS | Expired by system |
| 11/3/2008 3:33:00 PM | Stacy B. Cramton (Agent) | Back from Expired |

:History          Print                    Help

By MLS# By Address By Photos      # 3   Diminution of Property Value

# 107503A (32793 East Waterview Dr)

| Date/Eastern Time | Changed By | Change |
|---|---|---|
| 11/6/2006 4:40:00 PM | The Landmark Team (Team) | New Listing ($700,000) |
| 11/7/2006 11:25:00 AM | NavicaMLS | Photo for Main View Processed |
| 6/8/2007 12:34:00 PM | The Landmark Team (Team) | Pending |
| 7/9/2007 1:40:00 PM | The Landmark Team (Team) | Closed |

| Field Name | Previous Value | New Value |
|---|---|---|
| Selling Price | | $650,000 |
| Sold Date | | 06/19/2007 |
| DOM | | 237 |

| | | |
|---|---|---|
| 6/18/2012 1:37:00 AM | NavicaMLS | Comp marked as Deleted by system |
| 6/27/2012 1:36:00 AM | NavicaMLS | Purged from system |

:History          Print                    Help

$2^3$

# #3 Diminution of Property Value



Zestimate **After** Chinese Dry Wall
discovered in Home

( 2006          2018
  700,000 — 205,146 )

2⁴

Loss of Use / Enjoyment   #2
                          Section VII
                             Loss of Use

Clayton & Sissy (Debra) Thomas    from Wayfair
Orders for 32793 A Water view Drive East Loxley. Ah. 36551
Replaced furniture dammaged / CDW   Chinese Dry Wall

## About Us

About Wayfair

Wayfair Professional

Careers

Wayfair Acct. name   Sissy Thomas
         Acct. Address   32793 A Water View Dr. East
                         Loxley. Al. 36551
                         850 - 333-6340

## Customer Service

Track My Order

Start a Return

Help & Info

Total Invoice: 1,778.70

## Contact Us

📞 Call Us

**Mon – Fri: 8AM – midnight**

**Sat: 8AM – 8PM**

**Sun: 9AM – 6PM**

**All times EST**

Terms of Use    |    Privacy

© 2002 – 2018 by Wayfair LLC

Free Shipping Over $49*

☰                                                              🔍        ⊕         🛒
                                                            Search   Account    Cart

🔍  Find anything home...                                                          📷

My Account / **My Orders**

# My Orders

| All Orders | In Progress Items (0) | Delivered Items (19) | Cancelled Items (0) | Returned Items (3) |

Search by keyword or order #      Search                    ←   Page 3 of 3   →

**Order Placed**     **Total**
Oct 05, 2016     **$68.48**                    View Invoice    Get Help
**Wayfair Order Number**
**2268332352**

**Order Placed**     **Total**     **Wayfair Order Number**
Sep 21, 2016     $40.12     2064589762                 View Invoice    Get Help

There are other items in this order. <u>View full order</u>

                                              ←   Page 3 of 3   →

Be the first to know about our best deals!

Email Address                                                            Submit

**About Us**



Free Shipping Over $49*

≡                                                                    🔍        ⊕        🛒
                                                                  Search   Account   Cart

🔍  Find anything home...                                                                      📷

My Account / **My Orders**

## My Orders

| All Orders | In Progress Items (0) | Delivered Items (19) | Cancelled Items (0) | Returned Items (3) |
|---|---|---|---|---|

| Search by keyword or order # | Search | | ← | **Page 2 of 3** | → |

---

**Order Placed**      **Total**
**Apr 05, 2017**    **$150.11**                          View Invoice    Get Help
**Wayfair Order Number**
**2295745232**

---

**Order Placed**      **Total**
**Nov 03, 2016**    **$59.98**                           View Invoice    Get Help
**Wayfair Order Number**
**2295737702**

---

**Order Placed**      **Total**
**Nov 03, 2016**    **$70.99**                           View Invoice    Get Help
**Wayfair Order Number**
**2295729232**

**Order Placed**
**Nov 01, 2016**
**Wayfair Order Number**
**2291573992**

**Total**
**$539.80**

View Invoice    Get Help

**Order Placed**
**Oct 27, 2016**
**Wayfair Order Number**
**2277159512**

**Total**
**$259.99**

View Invoice    Get Help

← **Page 2 of 3** →

## Be the first to know about our best deals!

Email Address                                          Submit

## About Us

About Wayfair
Wayfair Professional
Careers

## Customer Service

Track My Order
Start a Return
Help & Info

## Contact Us

📞 Call Us

**Mon – Fri: 8AM – midnight**
**Sat: 8AM – 8PM**
**Sun: 9AM – 6PM**
**All times EST**

Terms of Use    |    Privacy

© 2002 – 2018 by Wayfair LLC, 4 Copley Place, 7th Floor, Boston, MA 02116

$235.45
Wayfair Order Number
2520213372
View Invoice
Get Help
Order Placed
Aug 26, 2017
Total
$132.22
Wayfair Order Number
2518660242
View Invoice
Get Help
Order Placed
Aug 23, 2017
Total
$116.66
Wayfair Order Number
2509239202
View Invoice
Get Help
Order Placed
Aug 13, 2017
Total
$0.00
Wayfair Order Number
2446188272
View Invoice
Get Help
There are other items in this order. View full order

Order # 243284 3002
April 29, 2017
    103.90

24



Personal
Property
loss —

Sissy Thomas
C DW House
hoxley, Al.
32743 A Water View Dr E



31



72



33



34



35



36



27





29



*40*



40



These last pieces even
oxidized in a closed
Jewelry chest —





43



44