## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Clayton M. Thomas & Debra Ault Thomas

Affected Property Address: 32793A Waterview Drive East, Loxley, AL  36551

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

      (Month/Day/Year)      08 / 26 / 2016

2.  When you took ownership of the Property, what was the name of the seller?

Lauren C. Cowart

<div style="border:1px solid black; display:inline-block; padding:10px; text-align:center">

**EXHIBIT**

**3**

</div>

1

3.  Name and address of the realtor?

Lynn Cook, Keller Williams, 22502 Highway 98, Fairhope, AL 36532

4.  Name and address of the closing agent?

Alabama Land & Title Co., Inc., 8477 County Road 64, Suite 2, Daphne, AL 36526

5.  What was the price of the home when you purchased it?   $ 190,000.00

6.  Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
        $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

        a. _____/_____/20__16____
        b. _____/_____/20__18____

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alledged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

**14.**  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

We have been forced to live elsewhere due to the Chinese drywall. All the associated

expenses have been incurred for the second home.

**15.**  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**16.**  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response:** An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. 412 Millard Gainey Road, Defuniak Springs, FL

b. 1145 Dark Corners Road, Tallassee, AL

c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a.  10 / 01 /20 17   to   01 / 12 /20 19

b.  12 / 04 /20 17   to   12 / 30 /20 17

c.  ____/____/20____   to   ____/____/20____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ 17,356.00  total

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**: If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**: ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

> **Response**: ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**: ☑ N/A

## VI.  Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A
_____

_____

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A
_____

_____

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A
_____

_____


## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

   **Response:**   ☑ N/A

32. When did the remediation commencement date occur?

   **Response:**   ☑ N/A

33. When did the remediation end date occur?

   **Response:**   ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

   **Response:**   ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

   **Response:**   ☑ N/A

36. Were any samples from the remediation retained?

    **Response:**   [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

    **Response:**   [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

    **Response:**   [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

    **Response:**   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____        ___1/16/2019___
Signature of Plaintiff                              Date


_____
Printed Name

# Exhibit 1

# Exhibit 2

# Exhibit 3





# Exhibit 4

# Exhibit 5

**OTHER DAMAGES**

1. **Forced to live elsewhere (beginning Oct 1, 2017):**

| | |
|---|---|
| Rent | $8,758. |
| Moving Expenses | $2,175. |
| Utilities (both properties) | $6,523. |
| Electric | $2,484. |
| Water | $724. |
| CenturyLink | $3,315. |
| **Total** | $17.356. |

**CHELCO**
*Your Touchstone Energy Cooperative*

Choctawhatchee Electric Cooperative, Inc.
Monthly Bill Statement
Owned By Those We Serve

Account: 7706773608
Statement: 25844148
Previous Balance: $287.55
Payments/Adjustments: $-287.55
Balance Forward:
Current Charges: $254.32
**Total Due: $254.32**
**Current Charges Due:**

| Name: CLAYTON THOMAS | | Your Phone #: (850)585-5155 | | | Email: clay0944@embarqmail.com |
|---|---|---|---|---|---|
| Bill Date: 2/8/2018 | Map No: 174-25-003 | Bill Cycle: 2 | Board District: 9 | | Type of Bill: REGULAR |
| Service Address: 412 MILLARD GAINEY RD | | | | | Description: HOUSE |

| Meter | Service Dates | | No. Days | Meter Readings | | Multiplier | Usage | Type of Reading | Rate |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | Previous | Current | | | | |
| 125159315 | 01/08/2018 | 02/07/2018 | 30 | 2204 | 2259 | 40 | 2,200 | kWh | R1 |

### Transaction Detail

| | | |
|---|---|---|
| 01/09 Previous Balance | | $287.55 |
| 01/23 Payment – Thank You | | $-287.55 |
| 02/08 Basic Service | $26.00 | |
| 2200 KWH @ .07046 | $155.01 | |
| 40 WPCA @ .024366 | $0.97 | |
| 2200 WPCA @ .024366 | $53.61 | |
| 2200 DCA @ 0.00275 | $6.05 | |
| 1–100 WATT CLASS @    6.13 | $6.13 | |
| Subtotal | | $247.77 |
| Gross Receipts Tax | | $6.25 |
| Sales Tax | | $0.30 |
| Total owed as of this statement | | $254.32 |

### Tips

CHELCO's Board of Trustee elections are coming up soon. Watch for your ballot packet in the mail and remember to vote. Democratic member control is the co-op way.

### Usage Chart

| Compare | No. Days | Total KWH | Avg. KWH |
|---|---|---|---|
| This Month | 30 | 2200 | 73 |
| Last Month | 31 | 2560 | 83 |
| A Year Ago | 30 | 960 | 32 |

**Your Electricity use over the past 13 Months**

2017 Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec Jan Feb 2018

*Nero Utilities Electric    hxley 16/mo    2484 × 6 months*

---

*Please detach and return the portion below with your payment to avoid posting delays. Please do not staple or paperclip.*

**CHELCO**
*Your Touchstone Energy Cooperative*

Choctawhatchee Electric Cooperative, Inc.
P.O. Box 512
DeFuniak Springs, Florida 32435-0512

ADDRESS SERVICE REQUESTED

Account: 7706773608
Statement: 25844148
Bill Date: 2/8/2018
Balance Forward:
Current Amount Due by 5pm on 03/07/2018: $254.32
**Total owed :** $254.32

| ☐ Please check if providing new contact information on the back. |
|---|

After 5pm 03/07/2018 add: $6.96
Amount Paid: _____

Make checks payable to CHELCO
To pay by phone call (850)307-1212
To pay online visit www.chelco.com

CLAYTON THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS FL 32435-4485

Choctawhatchee Electric Cooperative, Inc.
P.O. Box 512
DeFuniak Springs, FL 32435-0512

0208201800000258441480000254323



# BALDWIN
## EMC
### Your Touchstone Energy® Cooperative

(251) 989-6247 or (800) 837-3374
P.O. Box 220 • Summerdale, AL 36580
www.baldwinemc.com

CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435

## Thank You

### Your kindness didn't go unnoticed!

We appreciate everyone who participated in Baldwin EMC's Power of Giving Drive and the Magical Christmas Toy Drive.

90 units of blood

+ 1,518 pounds of food

+ More than 450 coats

+ 1,300 toys

One very generous community!

No matter what you gave, it mattered.

## Summary Of Charges

| | |
|---|---|
| Account Number: | 528958-001 |
| Bill Date | 01/12/18 |
| Days Billed | 30 |
| Cycle Number | 06 |

**Electricity Used Includes:**
PCA of 0.01772 per kWh

Current Charges - MUST BE PAID BY 02/02/18
OR ADDITIONAL CHARGES MAY APPLY

| | |
|---|---|
| Balance from Last Bill | $115.00 |
| Payment - Thank You | $115.00 CR |
| **Current Charges:** | |
| Basic Service | $37.95 |
| Electricity Used | $182.27 |
| State Utility Taxes | $13.65 |
| Operation Roundup | $0.13 |
| Current Charges | $234.00 |
| Current Charges must be paid by | 02/02/18 |

#1626
1/23/19

CDW House/ Loxley al.

## Detail of Current Use



| 118736919 | 41263 | 39111 | 2152 | 1 | 2152 | 21 |
|---|---|---|---|---|---|---|

Meter Reading from  12/04/17  to  01/03/18

*This field is kWh Used x Multiplier

### 13 Month kWh Use History

| | JAN 2017 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1728 | 1688 | 1397 | 1395 | 1232 | 1562 | 1713 | 1622 | 1288 | 1048 | 806 | 801 | 2152 |

| | | | |
|---|---|---|---|
| Current Bill | 30 | 2152 | 72 |
| Last Bill | 31 | 801 | 26 |
| One Year Ago | 30 | 1728 | 58 |

Please Return Lower Portion With Your Payment To Ensure Proper Credit to Your Account. Retain Upper Portion For Your Records.

# BALDWIN

**EMC**

Your Touchstone Energy®
Cooperative

(251) 989-6247 or (800) 837-3374
P.O. Box 220 • Summerdale, AL 36580
www.baldwinemc.com

CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435

## ONE ARM
## ONE HOUR
## ONE PINT
## THREE LIVES

### SPRING INTO ACTION 2018
### DONATE BLOOD

**MARCH 15, 2018**
8 A.M. TO 5 P.M.
Baldwin EMC's
South Baldwin Office
21801 University Lane
Orange Beach, AL

**APRIL 26, 2018**
8 A.M. TO 5 P.M.
Baldwin EMC's
North Baldwin Office
47525 Highway 59
Bay Minette, AL

 ## DONATE FOOD

Bring in a non-perishable food
item to be donated to local
food pantries and families!

## Summary Of Charges

| | | | |
|---|---|---|---|
| Account Number: | 528958-001 | Balance from Last Bill | $234.00 |
| | | Payment - Thank You | $234.00 CR |
| Bill Date | 02/12/18 | | |
| Days Billed | 30 | **Current Charges:** | |
| Cycle Number | 06 | Basic Service | $37.95 |
| | | Electricity Used | $145.85 |
| | | State Utility Taxes | $11.39 |
| **Electricity Used Includes:** | | Operation Roundup | $0.81 |
| PCA of 0.01772 per kWh | | Current Charges | $196.00 |
| | | Current Charges must be paid by | 03/04/18 |

Current Charges - **MUST BE PAID BY 03/04/18**
OR ADDITIONAL CHARGES MAY APPLY



*#1637*
*2/19/18*

*CDW House, Holley, AL.*

---

## Detail of Current Use



| 118736919 | 42985 | 41263 | 1722 | 1 | 1722 | 21 |
|---|---|---|---|---|---|---|

Meter Reading from 01/03/18 to 02/02/18          *this field is kWh Used x Multiplier*

### 13 Month kWh Use History

| | FEB 2017 | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1688 | 1397 | 1395 | 1232 | 1562 | 1713 | 1622 | 1288 | 1046 | 806 | 801 | 2152 | 1722 |

| | | | |
|---|---|---|---|
| Current Bill | 30 | 1722 | 57 |
| Last Bill | 30 | 2152 | 72 |
| One Year Ago | 29 | 1688 | 58 |

Please Return Lower Portion With Your Payment To Ensure Proper Credit to Your Account. Retain Upper Portion For Your Records.

# CenturyLink

Account Number: 311666090

Page: 1 of 6
Bill Date: Feb. 10, 2018

## HELLO, CLAYTON THOMAS

 *Section VII #1 utilities*

### WHAT DO I OWE?

Your Amount Due Is:
Current Charges Are Due
By Mar. 02, 2018

| | |
|---|---|
| Previous Balance | 189.05 |
| Payment Received -Jan. 23, 2018 | -189.05 |
| **Balance Forward** | .00 |
| Total New Charges | 189.05 |

**TOTAL AMOUNT DUE**
By Mar. 02, 2018                     **$189.05**

| | |
|---|---|
| Packages | 97.94 |
| Additional Charges and Credits | 80.07 |
| Taxes, Fees and Surcharges | 11.04 |
| **TOTAL SERVICES** | **$189.05** |



**Bundle up your bills.**
**Get all of the services you need, all on one bill.**
May not be available in your area.

See next page for details.          SIP1DF10-17

21390 8428775 062872 12574 3 0001/0003

**Information about Your Bill:** www.centurylink.com/billinginfo
**Pay Your Bill:** www.centurylink.com/paybill
**Product Information:** www.centurylink.com/productinfo
**Repair/Technical Support:** www.centurylink.com/repairsupport
**Chat with an Agent:** Visit www.centurylink.com/chatwithus

Still need to speak with an Agent? You'll need to have your account number which is at the top of the page. Just enter it in our automated system so we can get you to the right department.

Payments/Billing/Products/Services:1-800-201-4099
Tech Support/Repair Service: 1-800-788-3600

 *New utility Thomas / Loxley, Al.*

***PLEASE FOLD, TEAR HERE AND RETURN THIS PORTION WITH YOUR PAYMENT***

FOR CHANGE OF ADDRESS OR PAYMENT AUTHORIZATION:
☐ Please check here and complete reverse. Thank You

Account Number:                          311666090
Amount Due By Mar. 02, 2018              $189.05

>021390 8428775 0001 008243 10Z
CLAYTON THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS, FL 32435-4485

CenturyLink
P.O. Box 1319
Charlotte, NC 28201-1319

*Total 3315 X6 months*

0000311666090800000000000000000002101800000189052800000



**Town of Loxley**

PO Box 9 ● Loxley, AL  36551
Phone: (251) 964-5162 ● Fax: (251) 964-5371

www.townofloxley.org

Office Hours: Monday - Friday 8:30 am - 4:30 pm
24 Hour Drop Box Located at 1089 S Hickory Street

| | |
|---|---|
| Account Number | 8-04439-0 |
| Billing Date | 01/22/2018 |
| Service Period | 12/20/2017 to 01/22/2018 |
| Days of Service | 33 |
| Customer Name | CLAYTON M THOMAS |
| Service Address | 32793-A WATERVIEW DRIVE EAST |

| Service | Present Reading | Previous Reading | Consumption | Charges |
|---|---|---|---|---|
| PAYMENT RECEIVED | | | | -43.66 |
| PAST DUE AMOUNT | | | | 0.00 |
| WATER | 1363 | 1329 | 3400 | 32.25 |
| UTILITY TAX | | | | 1.29 |
| GARBAGE | | | | 17.69 |

Your online password is 001107045971

| | |
|---|---|
| All Charges Are Due By The Due Date | TOTAL DUE NOW | 51.23 |
| Any Past Due Balances Are Subject To Disconnection | DUE DATE | 02/10/2018 | BILL IS DELINQUENT AFTER DUE DATE |
| No Other Notice Will Be Sent | AFTER 02/15/2018 PAY | 54.23 |

**Water Monthly Usage History**
**(in Gallons)**



| Period | Days | Gal Used X100 | Daily AVG GAL |
|---|---|---|---|
| Current | 33 | 3400 | 103.0 |
| Last MO | 29 | 1900 | 66 |
| Last YR | 34 | 4000 | 118 |

*Loxley, al. CW House*

- Meter route reading dates shown are approximate and do not specify date meter was set or removed.
- For each service call during the hours of 8:30 am to 4:30 pm, there will be a $30.00 service charge.
- For each service call after working hours there will be a $50.00 service charge.
- Utility customers not making payment by noon on the 25th of each month will be subject to disconnection.

TO REPORT WATER OR SEWER PROBLEMS
CALL (251) 964-5162

AFTER HOURS EMERGENCY
(251) 964-6000

PLEASE BRING ENTIRE BILL IF PAYING IN PERSON          PLEASE DETACH AND RETURN PORTION IF PAYING BY MAIL

2990



**Town of Loxley**

PO Box 9 ● Loxley, AL  36551
Phone: (251) 964-5162 ● Fax: (251) 964-5371

www.townofloxley.org

Office Hours: Monday - Friday 8:30 am - 4:30 pm
24 Hour Drop Box Located at 1089 S Hickory Street

| | |
|---|---|
| Account Number | 8-04489-0 |
| Billing Date | 02/21/2018 |
| Service Period | 01/22/2018 to 02/21/2018 |
| Days of Service | 30 |
| Customer Name | CLAYTON M THOMAS |
| Service Address | 32793-A WATERVIEW DRIVE EAST |

| Service | Present Reading | Previous Reading | Consumption | Charges |
|---|---|---|---|---|
| PAYMENT RECEIVED | | | | -51.23 |
| PAST DUE AMOUNT | | | | 0.00 |
| WATER | 1374 | 1363 | 1100 | 24.97 |
| UTILITY TAX | | | | 1.00 |
| GARBAGE | | | | 17.69 |

*#1642*
*5 Mar 2018*

Your online password is 001107045971

| All Charges Are Due By The Due Date | TOTAL DUE NOW | | 43.66 |
|---|---|---|---|
| Any Past Due Balances Are Subject To Disconnection | **DUE DATE** | **03/10/2018** | BILL IS DELINQUENT AFTER DUE DATE |
| No Other Notice Will Be Sent | AFTER 03/15/2018 PAY | | 46.66 |

**Water Monthly Usage History**
**(in Gallons)**

| Period | Days | Gal Used X100 | Daily AVG GAL |
|---|---|---|---|
| Current | 30 | 1100 | 36.67 |
| Last MO | 33 | 3400 | 103 |
| Last YR | 30 | 3600 | 120 |

*Loxley, al. CDW House*

TO REPORT WATER OR SEWER PROBLEMS
CALL (251) 964-5162

AFTER HOURS EMERGENCY
(251) 964-6000

- Meter route reading dates shown are approximate and do not specify date meter was set or removed.
- For each service call during the hours of 8:30 am to 4:30 pm, there will be a $30.00 service charge.
- For each service call after working hours there will be a $50.00 service charge.
- Utility customers not making payment by noon on the 25th of each month will be subject to disconnection.

PLEASE BRING ENTIRE BILL IF PAYING IN PERSON          PLEASE DETACH AND RETURN PORTION IF PAYING BY MAIL

| Account # | Service Address | | | | | | | Date Due | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| 18346 | 412 Millard Gainey RD | | | 02/01/13 to 02/28/13 | | | 02/28/2018 | 03/15/2018 | $ 61.37 |

| Service Code & Description | Previous | | Current | | Mult | Usage | Year Ago | Charge | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Reading | Date | Reading | | | | | |
| | | | | | | LAST PAYMENT | 02/03/18 | 55.15 | |
| WA Water Utility | 01/10 | 221 02 13 | | 273 GAL | | 53 | 2 | 55.79 | * |
| | | | | | | | * TAXES | 5.58 | |

Water
Section VII #1

CURRENT CHARGES         61.37
TOTAL AMOUNT DUE        61.37

CITY OF DEFUNIAK SPRINGS / P O BOX 685 Defuniak Springs, FL 32435        (850) 892-8503

---

TO PAY WITH DEBIT/CREDIT CARD CALL 1-855-414-9015 OR E-CHECK GO TO www.defuniaksprings.net.
TRANSACTION CHARGE WILL VARY ON AMOUNT PAID.

YOUR BILL IS DUE MARCH 15,2018.  A 10% PENALTY WILL BE ASSESSED ON ANY UNPAID BALANCE MARCH
16, 2018

SERVICE IS SUBJECT TO DISCONNECTION ON MARCH 26, 2018.  IF SERVICE IS DISCONNECTED,
RECONNECTION FEE OF $30.00 - $70.00 (AFTER HOURS) MAY APPLY.  TOTAL BALANCE IS REQUIRED TO
HAVE SERVICE RECONNECTED.

New Utilities

water per month

total     720

for 6 months

hoxley CDW - water & sewage | 120.00
Home



Section VII - Other Damages

#1  Rent/ Mortgage

Resumed Old Mortgage/rent
removed property from realtor listing

Rent

---


**REGIONS**
M O R T G A G E

PO Box 18001
Hattiesburg, MS 39404-8001

5-720-10332-0034641-003-01-001-001-000-000



CLAYTON M THOMAS
412 MILLARD GAINEY RD
DEFUNIAK SPRINGS FL 32435-4485

## Mortgage Statement 03/01/18

| | |
|---|---|
| Loan Number | 7297154810 |
| Property Address: | 412 MILLARD GAINEY RD |
| | DEFUNIAK SPRINGS FL 32435 |
| Next Payment Due Date | 04/01/2018 |
| **Amount Due** | **$1,327.01** |

If paid after 04/16/18 a late fee of $66.35 will be assessed.

### Contact Us

| | |
|---|---|
| Customer Service | 1-800-986-2462 |
| Hearing/Speech Impaired TTY | 1-877-344-9716 |
| Web: | www.regionsmortgage.com |
| Mortgage Loan Originator: | Kimberly Brock  NMLS# 546293 |

http://www.regionsmortgage.com/kimberlybrockparre or 601-554-2995

### Account Information

| | |
|---|---|
| Outstanding Principal Balance | $263,643.09 |
| Escrow Balance | $0.00 |
| Interest Rate | 4.250% |
| Prepayment Penalty | None |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $393.27 |
| Interest | $933.74 |
| Regular Payment | $1,327.01 |
| Amount Due | $1,327.01 |

Housing Counselor Information: If you would like counseling or assistance, you can contact the following:
• U.S. Department of Housing and Urban Development (HUD):
   For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### Fee Breakdown (see reverse for additional fees)

### Important Message   (see reverse for additional messages)

*Moving Expenses*
*Section VII #1*

**IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

| | |
|---|---|
| SHIPPER _____ | CONSIGNED TO _____ |
| ADDRESS _____ | ADDRESS _____ |
| FLOOR _____ ELEV. _____ TEL: _____ | FLOOR _____ ELEV. _____ TEL: _____ |
| CITY _____ STATE ___ | CITY _____ STATE ___ |

CARRIER'S DELIVERING AGENT OR INTERLINING CARRIER (IF ANY)

| | |
|---|---|
| | ADDRESS _____ |
| NAME _____ | CITY _____ STATE _____ PHONE _____ |

LOCATION OF CERTIFIED SCALE TO BE USED IN WEIGHING SHIPMENT AT ORIGIN

| PACKING DATE REQUESTED | AGREED PICKUP DATE or period of time | GUARANTEED PICKUP DATE | AGREED DELIVERY DATE or period of time | GUARANTEED DELIVERY DATE | GUARANTEED SERVICE DATES |
|---|---|---|---|---|---|
| (if applicable) | (if applicable) | (if applicable) | (if applicable) | (if applicable) | (if applicable) |
| | | | | Daily Allowance | |

| **SHIPPER'S CONTACT EN ROUTE** | **SERVICES (AS APPLICABLE)** | **CHARGES** |
|---|---|---|
| NAME _____ | Transportation FROM _____ TO _____ | |
| ADDRESS _____ | Origin/Destination Fee | |
| CITY _____ STATE _____ PHONE _____ | Fuel Surcharge | |
| **SHIPPER'S CONTACT AT DESTINATION** | Containers, Packing & Unpacking | |
| NAME _____ | Storage-In-Transit at Location _____ | |
| ADDRESS _____ | Date In _____ Date Out _____ | |
| CITY _____ STATE _____ PHONE _____ | SIT Pickup and Delivery | |
| SHIPPER DOES NOT ☐ DOES ☐ REQUEST NOTIFICATION CHARGES PRIOR TO DELIVERY AT: NAME | Extra Pickups or Deliveries No. _____ at _____ | |
| ADDRESS _____ | Extra Labor, Special Services or Waiting Time | |
| CITY _____ STATE _____ PHONE _____ | Bulky Articles | |
| Shipment subject to a minimum of ............... $ | Additional Weight Additives | |
| **BINDING ESTIMATE CHARGES ☐ YES ☐ NO** | Advanced Charges | |
| Transportation _____ Dest. Services _____ | Shuttle Service | |
| Origin Service _____ Storage. _____ | Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Total Charges _____ | Overtime Pickups or Deliveries | |
| Total Charges above cover only the articles and services indicated on the estimate accompanying this order for service, signed by representative of both the carrier and shipper. Total charges are guaranteed for _____ days from date of signing. | Other Additional Services | |
| Non-Binding Estimated Charges _____ | | |
| 110% Collection Option (COD) _____ | | |

**BALANCE WILL BE BILLED 30 DAYS AFTER DELIVERY**

Payment in Cash or Certified Check, Traveler's Check or Bank Cashier's Check

Payable To _____

BILLING INFORMATION    Type of Shipment  ☐ Chg.  ☐ P.P.D.  ☐ C.O.D.

NAME _____

ADDRESS _____

CITY _____ STATE _____

ATTENTION OF: _____

ADDITIONAL INFORMATION:

_____

THE SHIPPER (OR HIS REPRESENTATIVE) BY HIS SIGNATURE HEREBY ORDERS THE SERVICES OUTLINED HEREIN TO BE PERFORMED ON HIS BEHALF; AND FURTHER ACKNOWLEDGES THAT ALL ARRANGEMENTS REGARDING CONTACT WHILE EN ROUTE AND/OR AT DESTINATION, METHOD OF PAYMENT, AND NOTIFICATION OF CHARGES ARE AS DESIGNATED BY HIM.

DATE _____    X _____    SHIPPER'S REPRESENTATIVE

THE CARRIER, BY SIGNATURE OF ITS REPRESENTATIVE, HEREBY ACCEPTS THIS ORDER FOR SERVICES AND AGREES TO PERFORM THE SERVICES OUTLINED HEREIN AND TO COMPLY WITH SUCH OTHER ARRANGEMENTS AS ARE SPECIFIED.

DATE _____    CARRIER'S REPRESENTATIVE

| One-Way Rental (OUT) - Friday, 3/11/2016 1:42 PM Contract No.:93983276 Equip.: RV 8318E |
|---|

ROADSIDE ASSISTANCE: visit myuhaul.com
Dispatched From: 013642 - Safe-Protection:(NO)

Customer:
CLAYTON THOMAS
412 MILLARD GAINER RD.
DEFUNIAK SPRINGS, FL 32435

850-585-5155
850-585-5155
DL: xxxxxxxx3240, FL, 0920
fpuc2944 @embarqmail.com

Renting Location:
Home Integrated Solutions LLC - (013642)
824 Gilmer Ave
TALLASSEE, AL 36078  334-283-2038

Towing Vehicle: U-Haul Truck

Destination: DEFUNIAK SPRINGS, FL

Due Date/Time: 1/13/2016 1:41 PM

**REGULAR CHECK-IN - EMAIL ON FILE**

| Equipment | | Coverage | Rental Charge | Total Charge |
|---|---|---|---|---|
| RV 8318E | | $0.00 | $104.00 | $104.00 |

SubTotal: $104.00
Rental Tax: $3.12
Rental Deposit Paid: $0.00
Total Rental Charges (including Deposit): $107.12

Card Type: AMERICAN EXPRESS  Account: XXXXXXXXXXXXXXX2006  Approved: 104896  Credit Card Payment: $107.12
Card Type: AMERICAN EXPRESS  Account: XXXXXXXXXXXXXXX2006  Approved:  Credit Card Payment: $0.00
Net Paid Today: $107.12

**For Safe Trailering Video Tips go to Part 1 https://media.uhaul.net/view/1573 and for Part 2 go to https://media.uhaul.net/view/1574**

YOU SHOULD ALWAYS:
1. LOAD TRAILER HEAVIER IN THE FRONT
2. REDUCE NORMAL DRIVING SPEED
3. WEAR YOUR SEATBELT

Questions or need help? Call me.

_____ (334)283-2038

59461001(AF)

**U-Haul Company**

| | |
|---|---|
| **One-Way Rental (OUT)** - Friday, 3/11/2016 3:29 AM Contract No.: 83894559 Equip.: - TT 6624E, KO 7221Y | |
| ROADSIDE ASSISTANCE: visit myuhaul.com | |
| Dispatched From: 028307 - Safe-Protection: (YES) | |

Customer:
CLAYTON THOMAS
400 Millard Rainey Road
DEFUNIAK SPRINGS, FL 32435

850-585-5155
850-333-6340
DL: xxxxxxxx0920, FL
0920
clay0944@embarqmail.com

Renting Location:
Terrys Used Auto Sales - (028307)
4050 Wetumpka Hwy
MONTGOMERY, AL 36110 (334)279-5369

Destination: MARIANNA, FL
Call 800-633-6819 when you arrive in MARIANNA, FL

Due Date/Time: 3/13/2016 9:22 AM

Days Allowed: 2
Extra Day Rate for the TT $40.00 Per Day

MI Allowed: 246.0
Extra MI Allowed: 70.0
$0.40 Per MI

Extra Day Rate for Safemove $14.00 Per Day

| Equipment | MI Out | Coverage | Rental Charge | Total Charge |
|---|---|---|---|---|
| 6624E | | | | |
| AE84922 AZ | 44397.8 | SafeMove $23.00 | $201.00 | $229.00 |
| APPLIANCE DOLLY | | | | |
| KO 7221Y | | $0.00 | $12.00 | $12.00 |
| Plate: State | | | | |
| Furniture Pads | Qty Rented: 12 | | | |
| | | | $10.00 | $10.00 |

**REGULAR CHECK-IN - EMAIL ON FILE**

FUEL TANK CAPACITY: 40 GALLONS

| E | 1/8 | 1/4 | 3/8 | 1/2 | 5/8 | 3/4 | 7/8 | F |
|---|---|---|---|---|---|---|---|---|
| 29.4 | 27.8 | 25.8 | 23.1 | 19.6 | 18.1 | 15.4 | 12.8 | 9.8 | 7.5 | 5.8 | 3.9 | 2.2 |

Estimated gallons needed to return to dispatched level of 13/16

Card Type:
AMERICAN EXPRESS

Account:
xxxxxxxxxxxxxxxxx2006

Approved:
562433

| | |
|---|---|
| Environmental Fee: | $5.00 |
| Sub Total: | $256.00 |
| Rental Tax: | $4.39 |
| Rental Deposit Paid: | $0.00 |
| Total Rental Charges (including Deposit): | $260.39 |
| Credit Card Payment: | $260.39 |
| Net Paid Today: | $260.39 |

- I agree to verify my truck fuel level is 13/16 before leaving the premises. I will return the vehicle with the same amount of fuel as when dispatched and/or agree to pay a $3.25 per gallon convenience fee for the estimated fuel I do not replace. If returned with less than a 1/4 tank, I agree to also pay a $30.00 service fee. U-Haul does not reimburse if this truck is returned with more fuel than what is printed on the receipt gauge. U-Haul pays for oil (save receipts).
- U-Haul provides the Customer with minimum limits of protection required by that state or province where arises any claim, suit or cause of action. This provided protection is in excess or secondary to any insurance coverage(s) of the Customer. Customer assumes Sole Responsibility for any and all liability that exceeds the applicable minimum limits of protection for that state or province.
- I understand that this equipment must be returned to one of the U-Haul drop-off locations listed on this contract or I must call the drop-off number.
- I understand that the equipment rented is water resistant and not water proof.
- I acknowledge that I have received the appropriate User Instructions and acknowledge my responsibility to fully read and understand these User Instructions before operating the equipment.
- I understand that I will receive an email link to review the rental process and the U-Haul Store employees to feedback to U-Haul any compliments, concerns or requests that I have about my rental.
- I understand that I can also contact U-Haul Customer Service at uhaul.com/contact/email.aspx
- I agree to submit all legal claims in accordance with the U-Haul Arbitration Agreement, incorporated by reference, and available at uhaul.com/arbitration or from my local U-Haul representative.
- Watch for overhead objects and lock-up the cargo box. I understand that a collision with an overhead object and theft of my cargo are just two specific exclusions not covered by Safemove or Safetow protection.
- I agree that distracted driving is dangerous and that driving while distracted is likely to lead to an accident/crash causing serious injury or death. I agree not to use a hand held mobile phone (other than for an emergency call) and not to text while driving any U-Haul truck or towing any U-Haul Trailer, Tow Dolly or Auto Transport. My agreement not to do so is material to U-Haul's decision to enter into this Agreement. My failure to comply is material breach of this Agreement.
- The following shall be admissible as evidence of negligence and breach of contract in any lawsuit or arbitration: 1) that the driver of the U-Haul truck or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport was texting while driving; 2) that the driver of the U-Haul truck, or vehicle towing any U-Haul Trailer, Tow Dolly or Auto Transport, was using a mobile phone (other than hands free or for an emergency call) while driving.
- I acknowledge that I have received and agree to the terms and conditions of this Rental Contract and the Rental Contract Addendum.

X _Clayton M Thomas_
Customer Signature - (CLAYTON THOMAS)

X _Tony W Lesh_
Agent Signature - (28307)

**For Safe Trailering Video Tips go to Part 1 https://media.uhaul.net/view/1673 and for Part 2 go to https://media.uhaul.net/view/1674**

Discount Savings on Motel and Hotel Rooms. Advanced Reservations Required at Some Locations.10% OFF at La Quinta Inns and Suites: 1-800-753-3757 Online @ www.lq.com/uhaul 20% OFF at Days Inn, Ramada and Super 8 Motels: 1-877-670-7038 Online @ www.wyndhamrewards.com/uhaul
Questions or need help? Call me.

_____ (334)279-5369
Express User Guide Viewed Online (80381)

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff:
CLAYTON M THOMAS & DEBRA A THOMAS

Property Address:
32793A WATERVIEW DRIVE EAST LOXLEY AL 36551

## Question #18 Itemization (Personal Property Damage)

* PICTURES OF THESE ITEMS INCLUDED IN PFS

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| * 1 | TARNISHED ANTIQUE JEWELRY AND SILVER ITEMS | $4000⁰⁰ |
| 2 | REPAIR/REPLACE CORRODED OUTLETS/SWITCHES/WIRING | $1150⁰⁰ |
| 3 | TV | $500⁰⁰ |
| 4 | MICROWAVE | $450⁰⁰ |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

Total $6100⁰⁰