| | |
|---|---|
| **From:** | Veith, Rebekka C. |
| **Sent:** | Friday, November 22, 2019 10:26 AM |
| **To:** | 'James Doyle' |
| **Cc:** | Dysart, Daniel; Miller, Kerry; Johnson, Ashley |
| **Subject:** | Clayton and Debra Thomas -- Stipulation of Dismissal |
| **Attachments:** | 2019-11-22 Stipulation of Dismissal.DOCX |

Jimmy:

This morning before Clayton and Debra Thomas's deposition, Jimmy Sr. informed me that the Thomases sold their home at 32783A Waterview Drive in Loxley and did not obtain an assignment of rights, and therefore you all would be dismissing the Thomases as plaintiffs. Accordingly, he sent the Thomases home before they could appear for their deposition. Attached please find a joint stipulation of dismissal of the Thomases' claims. We do plan to move for fees and costs associated with this deposition.

Best,

Rebekka

Rebekka Veith
Associate
rveith@fishmanhaygood.com
_____

**Fishman**Haygood **LLP**

201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana   70170

t: 504.586.5252  d: 504.556.5545  f: 504.310.0286

fishmanhaygood.com

This transmittal and attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-586-5252) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**EXHIBIT 5**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
|---|---|
| | SECTION "L" |
| This document relates to: | |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | JUDGE ELDON FALLON |
| Case No. 14:cv-2722 | MAGISTRATE JOSEPH WILKINSON, JR. |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Clayton and Debra Thomas, and Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd, jointly stipulate and agree to dismiss Plaintiffs' claims in this action, with prejudice.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:   504.310.0279
Email:           kmiller@fishmanhaygood.com

*Counsel for the Knauf Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this _____ day of November, 2019.

**KERRY J. MILLER**