UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment on Claims Asserted by Clayton and Debra Thomas:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

2. The Complaint was amended multiple times to amend the parties and claims. *See, e.g.,* Docs. 18412, 20077, 21333, 21334.

3. The Fifth Amended Complaint is the operative complaint in this matter.

4. Plaintiffs, Clayton and Debra Thomas, appear as plaintiffs in this matter in Exhibit A to the Fifth Amended Complaint.  Doc. 21334-1.

1

5. The Thomases have made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in their property located at 32793A Waterview Drive East, Loxley, AL 36551 (the "Property"). *See* Doc. 21334-1.

6. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form ("PPF"), Supplemental Plaintiff Profile Form ("SPPF"), and Plaintiff Fact Sheet ("PFS") to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

7. The Thomases completed and submitted a PPF, SPPF, and PFS. The documents were completed under penalty of perjury. Exhibits 1, 2, and 3.

8. The Thomases purchased their home from Lauren C. Cowart on August 26, 2016, in an "as-is" sale. Ex. 3, PFS, at pp. 1-2, *see also* Warranty Deed attached to Ex. 2

9. The Property had been listed for $700,000 and sold for $650,000 in 2007. *See* "Section VII: Other Damage" attachment to Ex. 2

10. The Thomases purchased the Property for $190,000. *See* Warranty Deed attached to Ex. 2.

11. Lauren Cowart, who sold the Property to the Thomases, previously asserted claims against the Knauf Defendants arising out of alleged contamination of the Property due to the presence of Chinese drywall, in *Paul Beane, et al. v. Gebrueder Kanuf Verwaltungsgesellschaft KG, et al.*, No. 13-609 (E.D. La.).

12. This Court denied Ms. Cowart and her husband recovery under the Settlement Agreement Regarding Post-December 9, 2011 Claims, because they did not make

a reasonable inquiry into whether the Property contained Chinese drywall. *See* Doc. 20934.

13. This Court's denial was based upon an Opinion and Decree issued by Special Master Balhoff issued on June 18, 2016, and filed into the public record on July 16, 2016, one month before the Thomases purchased the Property. *See* Doc. 20373-1.

14. The Thomases did not obtain a pre-purchase inspection of the Property for Chinese drywall. *See* Ex. 1 (acknowledging that the only "inspection into whether Chinese-manufactured drywall is present" in the Property was performed in 2018).

15. The Thomases failed to appear for their deposition which was properly noticed to take place on November 22, 2019. *See* Exs. 4, 5.

          Respectfully submitted,

          **FISHMAN HAYGOOD, LLP**

          */s/ Kerry J. Miller*
          **KERRY J. MILLER (#24562), T.A.**
          **PAUL C. THIBODEAUX (#29446)**
          **DANIEL J. DYSART (#33812)**
          201 St. Charles Avenue, Suite 4600
          New Orleans, LA 70170
          Telephone:   504.556.5549
          Facsimile:    504.310.0275
          Email:         kmiller@fishmanhaygood.com
          Email:         ddysart@fishmanhaygood.com

          *Counsel for Defendants,*
          *Knauf Gips KG and*
          *Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 26th day of November, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**