UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL *AMORIN* & *BROOKE* CASES | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

### NOTICE OF FILING OF INDIVIDUAL PLAINTIFF OBJECTIONS TO PROPOSED TAISHAN CLASS SETTLEMENT

Notice is hereby given that objections to the proposed Taishan Class Settlement are attached hereto for the following individual plaintiffs:

1. Kenneth & Alicia Doherty
2. Gary & Ina Helmick
3. Stephen & Bonita Hemming
4. Dominesha James Clay
5. Pamela Rigsby & Irene Page

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-332-1362
jimmy@doylefirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Filing of Individual Plaintiff Objections To Proposed Taishan Class Settlement has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of November, 2019.

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 205-332-1362
jimmy@doylefirm.com

*Attorney for Plaintiffs*