Gary and Ina Helmick
13237 Emerald Acres Avenue, Dover, FL. 33527-3528 | 813-986-6326 | ina.helmick@gmail.com
November 10, 2019

Jimmy Doyle
2100 Southbridge Parkway, Suite 650
Birmingham, AL. 35209

I am mailing the following "Objections to the Settlement" to the four lawyers listed on the information as Settlement Class Counsel. I do not intend to attend the hearing, but I feel the need to voice objections to the manner in which settlement amounts were determined and distributed. I will be mailing these on Tuesday in order to meet the deadline of November 27.

Dear Settlement Class Counsel:

We object to the manner in which the limited settlement money is being distributed. We also object to the way in which the amount of money to be distributed was determined without considering the actual losses of all Chinese Drywall victims and was then allocated without consideration of those losses. Our home was built with Chinese Drywall in 2006, and we lived there from 2006 to 2017 before learning that we were impacted. Yet, no information regarding the losses or expenses we incurred were considered during settlement determination. The only considerations were the size of our home, the presence of the drywall markings and the date on which we discovered the presence of the problem drywall, which placed us in the "Brooke" settlement group.

I am a retired teacher, and my husband is retired from the insurance industry. We were married in 1977 and bought our first home in 1980 for $29,000. In 1984, with a 4-year-old son, we sold that home and bought a slightly larger home for $79,000, rolling all of the equity into the new home. We lived in that home until 2006, when we sold that home and built the home we planned to retire in for $309,000, again rolling all of our equity into the new home. We lived in that home for 11 years. In 2017, a few years after we retired, we learned that this home on Emerald Acres was built with Chinese drywall. For the past two years, we have rented - first an apartment and now a house. We own this home that was valued at $450,000 to $470,000 (without the faulty drywall) that is now uninhabitable and basically worthless.

For this loss, we have been offered $33,000, minus approximately 30% for attorney fees. This amount comes nowhere near the amount required for replacing the drywall and restoring the home, much less the numerous expenses we have incurred by being forced to leave our home. The explanation for those in the "Brooke" group receiving only 20% of the amount allocated for the "Amron" group was that the "Brooke" cases were "not as developed." The losses experienced by all individuals who have lived in Chinese drywall homes, while all very individual, have been EQUALLY devastating. My husband and I have lost not only the value of this house, including all of the equity that we have built up from the homes we have owned throughout our 42-year marriage, but many of our retirement dreams as well.

I began this letter a couple of weeks ago with the intention of opting out of this settlement that I consider to be unfair for our situation. That changed when my husband was recently diagnosed with Stage IV cancer with no known primary, a very rare cancer that is affecting his liver, adrenal glands, lungs, stomach and lymph nodes. At this time in our lives, closure for this situation is needed.

I appreciate your efforts to assist those affected by Chinese drywall over the years. Unfortunately, for us and others in the "Brooke" group, the amount offered will not allow us to return to our homes. My husband and I are currently spending the amount offered in the settlement every year for living expenses away from our home. An early estimate of the cost to replace the drywall only (not replace the AC, the wiring, the fixtures and the appliances; not reimburse living expenses and relocation expenses for the time spent away from our home; and not replace any property losses that resulted from exposure) was $130,000. All victims should be treated equally. No victim should be told that he/she has suffered only 20% as much as another group of victims.

Sincerely,
Gary and Ina Helmick

/s/ Jimmy Doyle_____
Counsel for Gary & Ina Helmick