October 14, 2019

To Whom It May Concern,

I Dominesha Clay, Dominesha James, would like to make an objection to the offer given in the Chinese Drywall case that I'm currently in. The amount offered isn't enough to cover my loss of enjoyment with my family and friends, the health problems that we have been and still going through and certainly doesn't cover my remediation or the debt that I've collected from remediating the home. My family and I are still suffering and this certainly isn't enough to bring back or replace anything lost.

Thank You,

Dominesha Clay

504-266-3226

/s/   Jimmy Doyle
Counsel for Plaintiffs