October 9, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Re:     MDL No 2047
       **Affected Property: 1890 Coconut Palm Circle, North Port FL 34288**
       **Owners: Pamela L. Rigsby**
            22547 Morning Glory Circle, Bradenton FL 34202
            (941) 677-6385
            rigsby@aol.com
       **Irene Page**
            7136 Point of Rocks Circle, Sarasota FL 34242
            (941) 346-1522
            pagewilliam1@gmail.com

      In reference to the proposed Class Settlement with Taishan Gypsum Company Ltd., this is to express our strongest possible objection. It is an unbelievable betrayal to the plaintiffs who have endured financial, medical and emotional damage for many years now only to be told of a settlement that compensates pennies on the dollar. There is no justice nor equity in this proposed settlement!

      First, there is NO rationale for creating two different classes of plaintiffs based ONLY on the timing of the claim. On what bases can one determine that the Brooke plaintiffs' claims are worth 80% less when the damages are similar and only the date of filing is different? The criteria for determining payment should be identical for both classes

      Second, how is it that those plaintiffs who had drywall from Taishan should receive a dramatically less settlement that those who had drywall from Knauf? The damages are not different and the cost to remediate is comparable in each circumstance and thus it seems to us that the settlement should be comparable.

      As a result of this gross inequity of treatment both within the Taishan settlement, ie Amorin vs Brooke, and between the Knauf Settlement and the proposed Taishan Gypsum Settlement, we have concluded that we have NO Choice but to OPT OUT and we are proceeding accordingly by filing the appropriate paperwork. (See attached.) Since we are opting out, we will not be appearing at the Fairness Hearing nor calling any witnesses.

      Nonetheless, we hope that on behalf of those who do not opt out, you will reconsider this settlement and work to establish a more equitable resolution.

| | | |
|---|---|---|
| _/s/ Pamela Rigsby_ | _/s/ Irene Page_ | /s/ Jimmy Doyle |
| Pamela Rigsby | Irene Page | Counsel of Record |

Attachments:   Signed Request for Exclusion forms from Pamela Rigsby & Irene Page

cc:     Richard J. Serpe, Law Offices of Richard J. Serpe, PC
        Stephen J. Herman, Herman, Herman & Katz, LLC
        Patrick S. Montoya, Colson Hicks Eidson
        Jimmy Doyle, Esq., Doyle Law Firm