UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### SETTLEMENT CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COST REIMBURSEMENTS FOR COMMON BENEFIT COUNSEL AND INDIVIDUALLY RETAINED ATTORNEYS

Settlement Class Counsel [1] move for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys.[2] For the reasons set forth in the accompanying Memorandum of Law, Settlement Class Counsel requests an Order providing the following relief:

1.  Thirty percent (30%) of the Settlement Fund from the Class Settlement with Taishan, shall be awarded as attorneys' fees to compensate Settlement Class Counsel, the Plaintiffs' Steering Committee and other common benefit attorneys working at their direction (collectively, "Common Benefit Counsel") and Individually Retained Attorneys, for their efforts in achieving a $248 million cash settlement for the benefit of the class. Thus, attorneys' fees in

---

[1] Settlement Class Counsel are Arnold Levin, Stephen J. Herman, Richard J. Serpe, Patrick S. Montoya, and Sandra L. Duggan. *See* Preliminary Approval Order (Rec. Doc. 22314), at ¶ 5.

[2] Capitalized terms used in this Motion have the same meaning as those defined in the Settlement Agreement with Taishan (Rec. Doc. 22305-2).

the amount of $74,400,000.00 shall be awarded. At a later date, the allocation the attorney fee fund between and amongst Common Benefit Counsel and Individually Retained Counsel will be decided. Until such time, the funds shall remain in the Court's Registry.

2. Common Benefit Counsel are awarded cost reimbursements of $4,608,411.27 in Shared Expenses, and $1,166,418.88 in Held Costs.

3. Individually Retained Attorneys for Eligible Class Members determined by the Claims Administrator to be entitled to an Allocation Amount of more than zero are awarded a $500 stipend (net of previous stipends) for each Affected Property for which an Allocation Amount is distributed pursuant to Section 12 of the Settlement, to reimburse these attorneys for their individual case costs. The total estimated stipends to be awarded, based on current information, is approximately $1.3 million.

4. The sum of the reimbursement of held and shared costs, along with the cost of the stipend, is not to exceed 3% of the Settlement Fund ($7,440,000.00).

                                         Respectfully submitted,

Dated: November 19, 2019          By: */s/ Stephen J. Herman*
                                              Russ M. Herman (Bar No. 6819)
                                              Leonard A. Davis (Bar No. 14190)
                                              Stephen J. Herman (Bar No. 23129)
                                              Charles King (Bar No.34621)
                                              Herman, Herman & Katz, LLC
                                              820 O'Keefe Avenue
                                              New Orleans, LA 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              SHerman@hhklawfim.com
                                              *Plaintiffs' Liaison Counsel MDL 2047 and*
                                              *Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL   33134-2351
Telephone:   (305) 476-7400
Facsimile:   (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 19th day of November, 2019.

/s/ Stephen J. Herman
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*