# EXHIBIT 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:11-CV-22408-MGC** |
| **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** | |
| **Defendants.** | |

## PLAINTIFFS' NOTICE OF COMPLIANCE

Plaintiffs hereby file their Notice of Compliance with the Court's order of August 14, 2018 (ECF No. 47). Pursuant to the Court's Order, Plaintiffs have furnished their Witness Lists for their twenty proposed Priority Claimants.[1]

Dated: September 28, 2018

Respectfully submitted,

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

---

[1] By September 21, 2018, the Court and the parties were to select the first twenty Florida claims to be tried ("Priority Claimants"). The Parties could not agree on the twenty Priority Claimants. As a result, Plaintiffs and Defendants each suggested a slate of 20 Priority Claimants (ECF No. 72 and 73). Plaintiffs have furnished Witness Lists to Defendants for Plaintiffs' slate of Priority Claimants. Plaintiffs reserve their right to furnish Defendants with witness lists for Defendants' Proposed twenty Priority Claimants at a later date should the Court include any of Defendants' proposed Claimants on its finalized Priority Claimant list.

**<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 28th day of September, 2018.

<div align="right">

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

</div>

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**EDUARDO AND CARMEN AMORIN**, *et al.*,
**individually, and on behalf of all others
similarly situated,**

     **Plaintiffs,**

         v.                  **Case No. 1:11-CV-22408-MGC**

**TAISHAN GYPSUM CO., LTD. f/k/a
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., et al.,**

     **Defendants.**

## PRIORITY CLAIMANT JANET AVERY'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiff hereby serves her Witness List.

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Janet Avery, 4231 SE 19th Place, Unit #1, Cape Coral, FL 33904.

    a. Knowledge as to product identification, liability, causation and damages.

2. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of WCI Communities, Inc. – 10561 Veneto Dr., Fort Myers, FL 33913.

    a. Knowledge as to liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation and damages.

4. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

5. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL
   33122,

   a. Knowledge as to product identification, liability, causation, damages.

6. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

   a. Knowledge as to product identification, liability, causation, damages.

7. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Kross Inspectors – 12155 Metro Pkwy, Unit
   4, Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems, 12651

   Metro Pkwy, Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Poston Accounting – 4919 S. Renellie Dr.,
   Tampa FL 33611.

   a. Knowledge as to damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Miloff Aubuchon Realty Group -

    1181 Cape Coral Pkwy., Cape Coral.

    a. Knowledge as to damages.

11. Cheryle Nagy - 21 Scudder Rd., Newtown, CT.

    a. Knowledge as to damages.

12. Joanne Byrne - 19555 Cotton Bay, North Fort Myers, FL 33917.

    a. Knowledge as to damages.

13. John Oustafine - 41 Ponus Ave., Norwalk, CT 06850.

    a.  Knowledge as to damages.

14. Jeanne Loftus - 14181 Gross Point La., Fort Myers, FL 33919.

    a.  Knowledge as to damages.

15. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and its affiliates.

    a.  Knowledge as to product identification, liability, causation and damages.

16. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

17. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

18. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

19. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a.  Knowledge as to liability, causation and damages.

20. David Wei, BNBM USA, c/o Defendant's Counsel,

    a.  Knowledge as to liability, causation and damages.

21. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

22. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

23. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

24. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

25. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

26. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

27. Records Custodian for Fifth Third Bank, 2724 Del Prado Blvd., Cape Coral, FL 33904.

28. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Firth Third Bank, 2724 Del Prado Blvd., Cape Coral, FL 33904.

29. Records Custodian for J & D Heating and Air Conditioning, Inc., 5631 Halifax Avenue, Fort Myers, FL 33912.

30. Records Custodian for Towns Title & Co., 822 Lafayette St., Cape Coral, FL 33904.

31. Records Custodian for Bay Colony-Gateway, Inc., 24301 Walden Center Drive,

    Bonita Springs, FL 34134.

32. Records Custodian for First Fidelity Title, Inc. d/b/a WCI Title, 6611 Orion Drive,

    Suite 104, Fort Myers, FL 33912.

33. All witnesses listed by all other parties.

34. All rebuttal witnesses.

35. Plaintiff reserves the right to amend her witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th[th] day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiff Janet Avery*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424

404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and
Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700

7

Email: ehairston@orrick.com
*Attorney for Beijing New
Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New
Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New
Building Materials*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>    **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

### PRIORITY CLAIMANT JANET AVERY'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiff hereby serves her Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Janet Avery, 4231 SE 19th Place, Unit #1, Cape Coral, FL 33904.

    a. Knowledge as to product identification, liability, causation and damages.

2. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of WCI Communities, Inc. – 10561 Veneto Dr., Fort Myers, FL 33913.

    a. Knowledge as to liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation and damages.

4. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

5. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL

   33122,

   a.  Knowledge as to product identification, liability, causation, damages.

6. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

   a.  Knowledge as to product identification, liability, causation, damages.

7. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Kross Inspectors – 12155 Metro Pkwy, Unit
   4, Fort Myers, FL 33966.

   a.  Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems, 12651

   Metro Pkwy, Fort Myers, FL 33966.

   a.  Knowledge as to product identification, liability, causation and damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Poston Accounting – 4919 S. Renellie Dr.,
   Tampa FL 33611.

   a.  Knowledge as to damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Miloff Aubuchon Realty Group -

    1181 Cape Coral Pkwy., Cape Coral.

    a.  Knowledge as to damages.

11. Cheryle Nagy  - 21 Scudder Rd., Newtown, CT.

    a.  Knowledge as to damages.

12. Joanne Byrne - 19555 Cotton Bay, North Fort Myers, FL  33917.

    a.  Knowledge as to damages.

13. John Oustafine - 41 Ponus Ave., Norwalk, CT  06850.

a. Knowledge as to damages.

14. Jeanne Loftus - 14181 Gross Point La., Fort Myers, FL 33919.

    a. Knowledge as to damages.

15. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and its affiliates.

    a. Knowledge as to product identification, liability, causation and damages.

16. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

17. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

18. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

19. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

20. David Wei, BNBM USA, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

21. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

22. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

23. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

24. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

25. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

26. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

27. Records Custodian for Fifth Third Bank, 2724 Del Prado Blvd., Cape Coral, FL 33904.

28. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Firth Third Bank, 2724 Del Prado Blvd., Cape Coral, FL 33904.

29. Records Custodian for J & D Heating and Air Conditioning, Inc., 5631 Halifax Avenue, Fort Myers, FL 33912.

30. Records Custodian for Towns Title & Co., 822 Lafayette St., Cape Coral, FL 33904.

31. Records Custodian for Bay Colony-Gateway, Inc., 24301 Walden Center Drive, Bonita Springs, FL 34134.

32. Records Custodian for First Fidelity Title, Inc. d/b/a WCI Title, 6611 Orion Drive, Suite 104, Fort Myers, FL 33912.

33. All witnesses listed by all other parties.

34. All rebuttal witnesses.

35. Plaintiff reserves the right to amend her witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th[th] day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone:  (239) 432-6605
Facsimile:  (239) 204-3798
*Counsel for Plaintiff Janet Avery*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424

404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and
Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700

Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, **individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:11-CV-22408-MGC** |
| **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** | |
| **Defendants.** | |

## PRIORITY CLAIMANT LILLIAN CHATMON'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiff hereby serves her Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Lillian Chatmon – 4151 Bismarck Palm Drive, Tampa, FL 33610.

   a. Knowledge as to product identification, liability, causation and damages.

2. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Rottland Homes of Florida – 2637 McCormick Drive, Clearwater, FL 33579.

   a. Knowledge as to liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of American Building Materials – 1102 N. 50th Street, Tampa, FL 33619.

   a. Knowledge as to product identification, liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Boardwalk Drywall – 4231 Grand Blvd., New Port Richey, FL 34652.

   a. Knowledge as to product identification, liability, causation, damages.

1

5. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Kross Inspectors – 2710 Del Prado Blvd.S, Cape Coral, FL 33904.

   a. Knowledge as to product identification, liability, causation and damages.

6. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Florida Building Engineering Inspections – 12555 Biscayne Blvd. #934,

   North Miami, FL 33181.

   a. Knowledge as to product identification, liability, causation and damages.

7. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of EGG Systems, Inc. - 7906 Leo

   Kidd Avenue, Port Richey, FL 34668.

   a. Knowledge as to causation and damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their

   affiliates.

   a. Knowledge as to product identification, liability, causation and damages.

9. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

   Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

10. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and

    BNBM, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

11. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.,

    c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

12. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

13. David Wei, BNBM USA, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

14. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM
USA, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

15. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

16. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

17. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

18. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

19. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

20. Records Custodian for JJ Staten Homes, LLC, 1928 Del Prado Blvd. South, Cape
Coral, FL 33990.

21. Records Custodian for US Bank Home Mortgage, 4801 Fredrica Street, Owensboro, KY 42301.

22. Fed.R.Civ.P. 30(b)(6) Corporate Representatives of US Bank Home Mortgage, 4801 Fredrica Street, Owensboro, KY 42301.

23. Records Custodian for Sabal Pointe Townhomes, 9812 Six Mile Creek Road, Tampa, FL.

24. All witnesses listed by all other parties.

25. All rebuttal witnesses.

26. Plaintiff reserves the right to amend her witness list as discovery continues.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone:  (239) 432-6605
Facsimile:  (239) 204-3798
*Counsel for Plaintiff Lillian Chatmon*

4

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

5

(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

<table>
<tr><td>

**EDUARDO AND CARMEN AMORIN,** *et al.*,
individually, and on behalf of all others
similarly situated,

      **Plaintiffs,**

v.

**TAISHAN GYPSUM CO., LTD. f/k/a
SHANDONG TAIHE DONGXIN CO., LTD.;
TAIAN TAISHAN PLASTERBOARD CO.,
LTD., et al.,**

      **Defendants.**

</td><td>

**Case No. 1:11-CV-22408-MGC**

</td></tr>
</table>

### PRIORITY CLAIMANTS ANDREW AND DAWN FELKAMP'S
### AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Andrew Feldkamp – 5543 Billings Street, Lehigh Acres, FL 33971.

   a. Knowledge as to product identification, liability, causation and damages.

2. Dawn Feldkamp - 5543 Billings Street, Lehigh Acres, FL 33971

   a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Majkowski Construction, Inc. – 3701 Del Prado Blvd S., Cape Coral, FL 33904.

   a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

5. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

6. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL

   33122,

    a. Knowledge as to product identification, liability, causation, damages.

7. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

    a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Comprehensive Building Consultants –
   13650 Fiddlesticks Blvd #202, Fort Myers, FL 33912.

    a. Knowledge as to product identification, liability, causation, damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Gulf Coast Realty, LLC – 9681

   Gladiolus Dr., Fort Myers, FL 33908.

    a. Knowledge as to damages.

10. Matt and Mandi Mernin - 3416 20th St. W. Lehigh acres, FL 33971.

    a. Knowledge as to damages.

11. Scott Feldkamp - 1160 Andrews St. Englewood, FL 34224.

    a. Knowledge as to damages.

12. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their

   affiliates.

    a. Knowledge as to product identification, liability, causation and damages.

13. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

14. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

15. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

16. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

17. David Wei, BNBM USA, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

18. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

19. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

20. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

21. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

22. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

23. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

a.   Knowledge as to liability, causation and damages. All witnesses listed by all other

parties.

24. Records Custodian for Penguin Air Cooling & Heating, 13300-56 S. Cleveland Ave.

#142, Fort Myers, FL 33907.

25. Records of Custodian for Larry's Air Conditioning & Heating, 17 Robert Avenue, Lehigh

Acres, FL 33972.

26. Records Custodian for Premier Realty Solutions, 8200 College Parkway, Fort Myers,  FL

33907

27. Todd Morris, Premier Realty Solutions, 8200 College Parkway, Fort Myers, FL 33907.

28. Michelle Simmons – Century 21 Sunbelt Realty, Inc., 4519 Lee Blvd., Lehigh Acres, FL

33971.

29. Records Custodian for Firth Third Mortgage, 5050 Kingsley Drive, Cincinnati, OH

45263.

30. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Firth Third Mortgage, 5050

Kingsley Drive, Cincinnati, OH 45263

31. Records Custodian for Sunbelt Title Agency, 26750 U.S. Hwy 19 North, Suite 400,

    Clearwater, FL 33761.

32. All rebuttal witnesses.

33. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached
service list via e-mail on this 14th day of December, 2018.

> /s/ Panagiotis V. Albanis
> Panagiotis "Pete" V. Albanis
> Morgan & Morgan – Complex Litig. Group
> Fla. Bar No. 0077354
> Email: Palbanis@forthepeople.com
> 12800 University Drive, Suite 600
> Fort Myers, FL 33907
> Telephone: (239) 432-6605
> Facsimile: (239) 204-3798
> *Counsel for Plaintiffs Andrew & Dawn Feldkamp*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*

*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424

6

404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:11-CV-22408-MGC** |
| **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** | |
| **Defendants.** | |

### PRIORITY CLAIMANTS WILLIAM & VICKI FOSTER'S
### AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. William Foster – 10814 Fortina Drive, Fort Myers, FL 33913.

   a. Knowledge as to product identification, liability, causation and damages.

2. Vicki Foster – 10814 Fortina Drive, Fort Myers, FL 33913.

   a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of WCI Communities, Inc. – 10561 Veneto Dr., Fort Myers, FL 33913.

   a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

5. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

   a. Knowledge as to product identification, liability, causation, damages.

6. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

   a. Knowledge as to product identification, liability, causation, damages.

7. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

   a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Allied Home Inspections Pro, LLC – 870 SE 47th St., Cape Coral, FL 33904.

   a. Knowledge as to product identification, liability, causation, damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Radon & Mold Professionals – 188 1st St. Bonita Springs, FL 34134.

   a. Knowledge as to product identification, liability, causation and damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Intuitive Environmental Solutions – 13521 Eagle Ridge Drive, Ste.111, Fort Myers, FL 33912.

   a. Knowledge as to product identification, liability, causation and damages.

11. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems, 12651 Metro Pkwy, Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

12. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Polkow Construction Inc., 2307 Bruner Ln # 9, Fort Myers, FL 33912.

    a.   Knowledge as to product identification and damages.

13. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) Steve King of Meyerowitz and King, PLLC Certified Public Accountants -

9710 Park Plaza Ave Suite 208, Louisville, Kentucky 40241.

    a.   Knowledge as to damages.

14. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Home Tech - 6400 Techster Blvd,

Fort Myers, FL 33966.

    a.   Knowledge as to causation and damages.

15. Fed.R.Civ.P. 30(b)(6) Corporate Representative (s) of IMA – 13813 Metro Pkwy, Fort

Myers, FL 33912 (Dr. David Martin).

    a.   Knowledge as to damages.

16. Mrs. Candy Gody 10842 Tiberio Drive, Fort Myers, FL 33913.

    a.   Knowledge as to causation and damages.

17. Mr. and Mrs. Herb and Kathy Freese 10524 Bellagio Drive, Fort Myers, Florida 33913.

    a.   Knowledge as to damages.

18. Mrs. Linda Galvin 4490 Sanibel Way, Bradenton, Florida 34203.

    a.   Knowledge as to damages.

19. Mrs. Liz Shevach 10531 Bellagio Drive, Fort Myers, Florida 33913.

    a.   Knowledge as to damages.

20. Fed.R.Civ.P. 30(b)(6) Corporate Representatives of Ford Motor Company - 1 American

Road, Dearborn, MI 48126.

    a.  Knowledge as to damages.

21. Fed.R.Civ.P. 30(b)(6) Corporate Representatives of Two Men and A Truck - 5878

    Enterprise Parkway, Fort Myers, Florida 33905

    a.  Knowledge as to damages.

22. Fed.R.Civ.P. 30(b)(6) Corporate Representatives of U-Haul Moving and Storage, 4457
    Kernel Circle, Fort Myers, Florida 33916

    a.  Knowledge as to damages.

23. Andrea Files. Sunbelt Lending Services, 100 N Tamiami Trail, Sarasota, FL 34236

    a.  Knowledge as to damages.

24. Steven E Leftwich - Infinite Builder Solutions -950 Moody Road, Suite 133 North Fort
    Myers, Florida.

    a.  Knowledge as to damages.

25. Mark McCarthy - Prospect Renovation Lending.

    a.  Knowledge as to damages.

26. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their

    affiliates.

    a.  Knowledge as to product identification, liability, causation and damages.

27. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

    Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

28. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and

    BNBM, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

29. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.,

c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

30. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

31. David Wei, BNBM USA, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

32. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM

USA, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

33. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

34. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

35. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

36. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

37. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

38. Records Custodian for Affordable Golf Carts, 17521 N. Tamiami Trail, North Fort Myers, FL 33903.

39. Records Custodian for Florida Leather Gallery, 11016 A. Cleveland Ave., Fort Myers, FL 33907.

40. Records Custodian for Overstock.com, 799 W. Coliseum Way, Midvale, UT 84047.

41. Records Custodian for Sandbaggers Golf Shoes, PO Box 17677, Portland, ME 04112.

42. Records Custodian for QVC, 1200 Wilson Drive at Studio Park, West Chester, PA 19380.

43. Records Custodian for HSN, PO Box 9090, Clearwater, FL 33758

44. Records Custodian for Costco.com, 999 Lake Drive, Issaquah, WA 98027.

45. Records Custodian for Costco, 10088 Gulf Center Drive, Fort Myers, FL 33913 and 7171 Cypress Lake Dr., Fort Myers, FL 33907.

46. Records Custodian for Sears, 4125 Cleveland Ave., Fort Myers, FL 33901.

47. Records Custodian for Amazon.com, PO Box 81226, Seattle, WA 98108-1226.

48. Records Custodian for Best Buy, 10033 Gulf Center Drive, Fort Myers, FL 33913 and 5019 S. Cleveland Ave. Fort Myers, FL 33907.

49. Records Custodian for The Stainless Steel Store 759 Chief Justice Cushing Highway STE 251, Cohasset, MA 02025

50. Records Custodian for Frontgate, 5566 West Chester Road, West Chester, OH 45069.

51. Records Custodian for FootSmart.com, 519 Lincoln County Parkway, Lincolnton, NC 28092.

52. Records Custodian for Marshall Rousso, 3850 Las Vegas Blvd. Las Vegas, NV 89109.

53. Records Custodian for The Exchange 3911 S. Walton Walker Blvd., Dallas, TX 75236.

54. Records Custodian for TJ Maxx, 7191-2 Cypress Lake Dr., Fort Myers, FL 33907

55. Records Custodian for Home Goods, 17191-1 Cypress Lake Dr., Fort Myers, FL 33907 and US 41 & Old Trail Dr., Naples, FL 34103.

56. Records Custodian for Bed Bath & Beyond, 13499 S. Cleveland Ave STE 200, Fort Myers, FL 33907 and 3248 Forum Blvd, Fort Myers, FL 33905.

57. Records Custodian for Ross Dress for Less, 3254 Forum Blvd., Fort Myers, FL 33905

58. Records Custodian for Sally Beauty Supply, 4650 S. Cleveland Ave., Fort Myers, FL 33907.

59. Records Custodian for Marshalls, 10017 Gulf Center Drive, Fort Myers, FL 33913, 4995 S. Cleveland Ave., Fort Myers, FL 33907 and 4429 S. Cleveland Ave., Fort Myers, FL 33901.

60. Records Custodian for Walgreens, 12749 S. Cleveland Ave., Fort Myers, FL 33907.

61. Records Custodian for Walmart, 14821 6 Mile Cypress Pkwy, Fort Myers, FL 33912 and 4470 Colonial Blvd., Fort Myers, FL 33912.

62. Records Custodian for Ulta, 13499 S. Cleveland, Ave #301, Fort Myers, FL 33907.

63. Records Custodian for Tervis Tumbler, 11621 S. Cleveland Ave STE 20, Fort Myers, FL 33907.

64. Records Custodian for Lowe's, 8040 Dani Drive, Fort Myers, FL 33912.

65. Records Custodian for True Linkswear, 2926 S. Steele St. STE 500, Tacoma, WA 98946.

66. Records Custodian for Lighting New York, 78 Universal Rd. Selinsgrove, PA 17870.

67. Records Custodian for JCPenney.com, 6501 Legacy Dr., Plano, TX 75024 and

68. Records Custodian for JCPenney, 10083 Gulf Center Drive, Fort Myers, FL 33913.

69. Records Custodian for Lamps Plus, 20244 Plummer St. Chatsworth, CA 91311.

70. Records Custodian for Shoooz, 3500 Las Vegas Blvd., Las Vegas, NV 89109.

71. Records Custodian for Touch of Class, 709 W. 12th Street, Huntingburg, IN 47542.

72. Records Custodian for Hayneedle, 9394 W. Dodge Rd. STE 300, Omaha, NE 68114.

73. Records Custodian for Lowes.com, 1000 Lowe's Boulevard, Mooresville, NC 28117.

74. Records Custodian for Apple, Inc., 23151 Fashion Drive STE 113, Estero, FL 33928.

75. Records Custodian for Home Depot, 3402 Omni Blvd., Fort Myers, FL 33916.

76. Records Custodian for Target.com, 1000 Nicollet Mall, Minneapolis, MN 55403.

77. Records Custodian for ChandelierParts.com, 417 W. Stanton Ave., Fergus Falls, MN 56537.

78. Records Custodian for Budget Blinds, 20373 Black Tree Ln., Estero, FL 33928.

79. Records Custodian for LightingDirect.com/Build.com, 402 Otterson Dr STE 100, Chico, CA 95928.

80. Records Custodian for Fitbit.com, 199 Fremont Street, 14th Floor, San Francisco, CA 94105.

81. Records Custodian for Magnolia Home Theater, 10033 Gulf Center Dr., Fort Myers, FL 33913.

82. Records Custodian for Neat.com, Two Penn Center, 1500 JFK Blvd, STE 700, Philadelphia, PA 19102

83. Records Custodian for Select Comfort Retail Corporation, 6105 Trenton Lane N., Minneapolis, MN 55442.

84. Records Custodian for Completely Connected, 17481 Caloosa Trace Cir., Fort Myers, FL 33967.

85. Records Custodian for Raymond Building Supply, 13830 Jetport Commerce Pkwy., Fort Myers, FL 33913.

86. Records Custodian for Dyson, 1 HSN Drive, St. Petersburg, FL 33729.

87. Records Custodian for Lenoir Empire Furniture, 1625 Cherokee Road, Johnson City, TN 37604.

88. Records Custodian for Deal Yard, 1100 Shames Dr #210, Westbury, NY 11590.

89. Records Custodian for Kiefers.com, 417 W. Stanton, Fergus Falls, MN 56537.

90. Records Custodian for Gulf Stone Constructions Svcs., PO Box 61601, Fort Myers, FL 33906.

91. Records Custodian for Hadinger Flooring, 16133 S. Tamiami Trail, Fort Myers, FL 33908.

92. Records Custodian for Bonita Tile Market, 10347 Bonita Beach Road, Suite 106, Bonita Springs, FL 34135.

93. Records Custodian for Landmark Metalcoat, 42246 Sarah Way, Temecula, California 92590.

94. Records Custodian for D&D Delivery Service, Inc., 717 Railroad Street, Thomasville, NC 27368.

95. Records Custodian for Havertys Furniture, 11798 Cleveland Avenue, Fort Myers, FL 33907.

96. All witnesses listed by all other parties.

97. All rebuttal witnesses.

98. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs William and Vicki Foster*

10

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue

New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

12

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated, **Plaintiffs**, v. **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS ANTHONY AND CANDACE GODY'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Anthony Gody – 10842 Tiberio Drive, Fort Myers, FL 33913.

   a. Knowledge as to product identification, liability, causation and damages.

2. Candace Gody – 10842 Tiberio Drive, Fort Myers, FL 33913.

   a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of WCI Communities, Inc. – 10561 Veneto Dr., Fort Myers, FL 33913.

   a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

1

5. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

6. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL
33122,

    a. Knowledge as to product identification, liability, causation, damages.

7. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

    a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Allied Home Inspections Pro, LLC – 870
SE 47th St., Cape Coral, FL 33904.

    a. Knowledge as to product identification, liability, causation, damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Radon & Mold Professionals – 188
1st St. Bonita Springs, FL 34134.

    a. Knowledge as to product identification, liability, causation and damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Intuitive Environmental Solutions –
13521 Eagle Ridge Drive, Ste.111, Fort Myers, FL 33912.

    a. Knowledge as to product identification, liability, causation and damages.

11. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems - 12651
Metro Pkwy, Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation and damages.

12. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Drywall Science, LLC - 7600 Alico
Road, Suite 1, Box 1221, Ft. Myers, FL 33912.

a.  Knowledge as to product identification, liability, causation and damages.

13. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Kross Inspectors – 12155 Metro

Pkwy, Unit 4, Fort Myers, FL 33966.

a.  Knowledge as to product identification, liability, causation and damages.

14. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Polkow Construction Inc. - 2307

Bruner Ln # 9, Fort Myers, FL 33912.

a.  Knowledge as to product identification and damages.

15. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of CLA (CliftonLarsonAllen LLP) Fred Burns
(retired) - 4099 Tamiami Trail N

#200, Naples, FL 34103.

a.  Knowledge as to damages.

16. Larry Medley of Wells Fargo - 9110 Strada Place, 3rd Floor, Naples, FL 34108.

a.  Knowledge as to damages.

17. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Wells Fargo - 9110 Strada Place,

3rd Floor, Naples, FL 34108

18. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Brentwood Bank, Bethel Park, PA.

a.  Knowledge as to damages.

19. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Certified Heating and Cooling, Inc. - 17341
Alico Center Rd, #A, Fort Myers, FL 33967.

a.  Knowledge as to causation and damages.

20. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Wiegold & Sons – 4380 Enterprise

Avenue, Naples, FL 34104.

      a.   Knowledge as to causation and damages.

21. Attorney Theodore Lewis, Lewis and Walters, 46 S 4th Street, Easton, PA 18042.

      a.   Knowledge as to damages.

22. Mrs. Hollace Lewis, 498 Center Street, Nazareth, PA 18064.

      a.   Knowledge as to damages.

23. Mr. and Mrs. Anthony T. Gody, Jr., 385 15th Street, NW, Unit #2, Atlanta, GA 30363.

      a.   Knowledge as damages.

24. Mr. Theodore J. Gody, 1206 Red Hill Road, Red Hill, PA 18076.

      a.   Knowledge as to damages.

25. Mrs. Nancy Rice, 1749 St. Tropez Court, Kissimmee, FL 347446.

      a.   Knowledge as to damages.

26. Mr. Tom Berich – Realtor, All Pittsburgh Real Estate, 6 Clairton Blvd., Pittsburgh, PA 15236.

      a.   Knowledge as to damages.

27. Mr. Jeff Costa, Costa Homebuilders, 600 Hayden Blvd., Elizabeth, PA 15037.

      a.   Knowledge as to damages.

28. Mrs. Betty Jane Berich, 1679 Scenery Drive, Elizabeth, PA 15037.

      a.   Knowledge as to damages.

29. Mrs. Joyce Gallo, 9 Colonial Lane, Bellport, NY 11713.

    a. Knowledge as to damages.

30. Mr. and Mrs. Paul Foster - 10814 Fortina Drive, Fort Myers, FL 33913.

    a. Knowledge as to damages.

31. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their
affiliates.

    a. Knowledge as to product identification, liability, causation and damages.

32. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

33. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and
BNBM, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

34. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.,
c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

35. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

36. David Wei, BNBM USA, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

37. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

38. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

39. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

40. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

41. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

42. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

43. Records Custodian for Staples, 3236 Forum Boulevard, Fort Myers, FL 33905.

44. Records Custodian for Lowe's, 14960 S. Tamiami Trail, Fort Myers, FL 33912.

45. Records Custodian for Walgreens, 655-2 Montauk Hwy, East Patchogue, NY.

46. Records Custodian for M&G Best Service, 2243 Bruner Lane, Ft. Myers, FL 33912.

47. Records Custodian for Raymond Building Supply, 13830 Jetport Commerce Parkway, Ft. Myers, FL 33913.

48. Records Custodian for Lamp Plus, Inc. 20250 Plummer St. Chatsworth, CA 91311

49. Records Custodian for Lighting First – Bonita, 28801 South Tamiami Trail, Bonita Springs, FL 34134.

50. Records Custodian for Tile Outlets of America, 13460 Daniels Commerce Blvd., Fort Myers, FL 33966.

51. Records Custodian for Gulf Stone Construction, PO Box 61601, Ft. Myers, FL 33906.

52. Records Custodian for Budget Blinds, Estero, Florida.

53. Records Custodian for Hadinger Flooring, 16133 S. Tamiami Trail, Ft. Myers, FL 33908.

54. Records Custodian for Baer's 4580 Cleveland Avenue, Fort Myers, FL 33907.

55. Records Custodian for Action Automatic Door & Gate, 11360 Metro Pkwy., Ft. Myers, FL 33966.

56. Records Custodian for Color Wheel Paint, 1180 Metro Parkway, Fort Myers, FL 33966.

57. Records Custodian for Macy's, Fort Myers Edison Mall, Fort Myers, FL 33901.

58. Records Custodian for City Mattress, 14330 S. Tamiami Trail, Fort Myers, FL 33908.

59. All witnesses listed by all other parties.

60. All rebuttal witnesses.

61. Plaintiffs reserve the right to amend their witness list as discovery continues.


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs Anthony and Candace Gody*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*

8

*Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250

Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New
Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New
Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New
Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building

405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:11-CV-22408-MGC** |
| **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** | |
| **Defendants.** | |

## PRIORITY CLAIMANTS DAILYN MARTINEZ & LUIS DIAZ'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Dailyn Martinez nka Diaz - 1624 NW 37th Avenue, Cape Coral, FL 33993.

   a. Knowledge as to product identification, liability, causation and damages.

2. Luis Diaz - 1624 NW 37th Avenue, Cape Coral, FL 33993.

   a. Knowledge as to product identification, liability, causation and damages.

3. Jeasiel Diaz - 1624 NW 37th Avenue, Cape Coral, FL 33993.

   a. Knowledge as to product identification, liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of United Home Builders, Inc.- 2213 North 61st Avenue, Pensacola, FL 32506

   a. Knowledge as to liability, causation and damages.

5. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Raymond Supply - 7751 Bayshore Rd, North Fort Myers, FL 33917.

    a. Knowledge as to product identification, liability, causation and damages.

6. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems, 12651 Metro Pkwy, Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation, damages.

7. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Chinese Drywall Screening, LLC -

501 SE Port St. Lucie Blvd., Ste. 101, Port St Lucie, FL 34984.

    a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of D. E. Foeller Sales, Inc. - 3154

Palm Beach Blvd, Fort Myers, FL 33916.

    a. Knowledge as to damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of A.G. Mechanical Inc. - NW 16th

Terrace, Cape Coral, FL 33993.

    a. Knowledge as to causation and damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) Ada do Campo of Your Tax Team

Inc., 1008 SE 5th Court, Cape Coral, FL 33990.

    a. Knowledge as to damages.

11. Melissa & Walter Mickey - 2011 NE 18 Place, Cape Coral, FL 33909.

    a. Knowledge as to damages.

12. Joaquin Perez - 1718 SW 12 Terrace, Cape Coral, FL  33991.

    a. Knowledge as to damages.

13. Cindy Campos - 1431 Riverplace  Blvd., #2503, Jacksonville,  FL 32207.

a. Knowledge as to damages.

14. Marlen & Rolando Mendez - 16070 SW 300 Street, Homestead, FL 33030.

a. Knowledge as to damages.

15. Diana & Luis Barrios, 800 NE 12 Avenue, Apt. F 328, Homestead, FL 33030.

a. Knowledge as to damages.

16. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their affiliates.

a. Knowledge as to product identification, liability, causation and damages.

17. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

18. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

19. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

20. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

21. David Wei, BNBM USA, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

3

22. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

23. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

24. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

25. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

26. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

27. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages. All witnesses listed by all other parties.

28. Records Custodian for Chinese Drywall Experts, LLC, 7550 Mission Hills Drive 3, Naples FL 34119.

29. Records Custodian for HSBC Mortgage Corporation, 2929 Walden Avenue, Depew, NY 14043.

30. Records Custodian for Kohl's, 513 SW Pine Island Road, Cape Coral, FL 33909.

31. Records Custodian for Sears, Edison Mall, Suite 90, 4125 Cleveland Avenue, Ft. Myers, FL 33901.

32. Records Custodian for Lowe's Home Centers, 285 SW 25th Lane, Cape Coral, FL 33914.

33. Records Custodian for Water Medic of Cape Coral, 1513 16th Place, Cape Coral, FL 33990.

34. Records Custodian for Best Buy #431, Ft. Myers, FL 33907.

35. Records Custodian for BJ's, 1929 Pine Island Road, N.E., Cape Coral, FL

36. Records Custodian for Apple Inc., Apple Store, Coconut Point, 23151 Fashion Drive, Suite 113, Estero, FL 33928.

37. Records Custodian for D.E. Foeller Sales, Inc., 3154 Palm Beach Blvd., Ft. Myers, FL 33916.

38. Records Custodian for Walmart, 545 Pine Island Rd., North Fort Myers, FL 33903.

39. Records Custodian for Macy's, Edison Mall, 4125 Cleveland Avenue, Ft. Myers, FL 33901.

40. Gulf Coast Cell Phone, LLC, Gulf Coast Main, 2708 Santa Barbara Vlvd #128, Cape Coral, FL 33914.

41. Records Custodian for Kay Jewelers, 1860 NE Pine Island Road, Cape Coral, FL 33909.

42. Records Custodian for Costco Wholesale, 7171 Cypress Lake Drive, Fort Myers, FL 33907.

43. Records Custodian for Bed Bath & Beyond #285, 13199 S. Cleveland Ave., Suite 200, Ft. Myers, FL 33907.

44. Records Custodian for Target, 1890 NE Pine Island Road. Cape Coral, FL 33909.

45. Records Custodian for Dillard's, Edison Mall, 4125 S. Cleveland Avenue, Ft. Myers, FL 33901.

46. Records Custodian for Staples, 1800 Pine Island Road, NE, Cape Coral, FL 33909.

47. Records Custodian for The Home Depot, 3031 NE Pine Island Road, Cape Coral, FL 33909

48. Records Custodian for Circuit City Store, Inc., 1843 Pine Island Rd., NE, Cape Coral, FL 33909.

49. Records Custodian for JC Penny, Edison Mall, 4125 Cleveland Avenue, #134, Ft. Myers, FL 33901 and 7201 Dadeland Mall, Miami, FL 33156.

50. Records Custodian for Budget Blinds, 9486 Wacker Terr., Port Charlotte, FL 33981.

51. Records Custodian for Touch of Class, 709 W 12th Street, Huntingburg, IN 47542.

52. Records Custodian for Caribbean Distributing Co., Inc. 4231 SW 75th Avenue, Miami, FL 33155

53. Records Custodian for Belk, The Shops at Surfside, 2342 Surfside Blvd., Cape Coral, FL 33991.

54. Records Custodian for Gabisa Construction Inc., 440 Coral Drive, Cape Coral, FL. 33904.

55. Records Custodian for T-Mobile, 4234 Cleveland Avenue, Ste. 6, Ft. Myers, FL 33901.

56. All rebuttal witnesses.

57. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs  Dailyn Martinez & Luis Diaz*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000

Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**

Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>         **v.**<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>    **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS TRACY NGUYEN AND TUYEN MIA'S AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Tracy Nguyen – 103 SE 16th Place, Cape Coral, FL 33990.

   a. Knowledge as to product identification, liability, causation and damages.

2. Tuyen T. Mai 925 SW Santa Barbara Place, Cape Coral, FL 33991.

   a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Legend Custom Builders, Inc. - 1429 Colonial Blvd, Ste. 201, Fort Myers, FL 33907

   a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

   a. Knowledge as to product identification, liability, causation and damages.

5. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

6. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL

    33122,

    a. Knowledge as to product identification, liability, causation, damages.

7. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

    a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Allied Home Inspections Pro, LLC – 870
SE 47th St., Cape Coral, FL 33904.

    a. Knowledge as to product identification, liability, causation, damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of J & A Stucco Drywall, Inc. – 462

    East Cowboy Way, Labelle, FL 33935.

    a. Knowledge as to product identification and damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Central Aire Conditioning, Inc. -

    12441 Summerwood Dr., Fort Myers, FL 33908.

    a. Knowledge as to causation and damages.

11. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their

    affiliates.

    a. Knowledge as to product identification, liability, causation and damages.

12. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

    Defendants' Counsel,

2

      a. Knowledge as to liability, causation and damages.

13. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

      a. Knowledge as to liability, causation and damages.

14. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

      a. Knowledge as to liability, causation and damages.

15. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

      a. Knowledge as to liability, causation and damages.

16. David Wei, BNBM USA, c/o Defendant's Counsel,

      a. Knowledge as to liability, causation and damages.

17. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

      a. Knowledge as to liability, causation and damages.

18. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

      a. Knowledge as to liability, causation and damages.

19. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

      a. Knowledge as to liability, causation and damages.

20. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

21. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

22. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

23. Records Custodian for Ditech, PO Box 6172, Rapid City, SD 57709

24. Fed.R.Civ.P. 30(b)(6) Corporate Representatives of Ditech, PO Box 6172, Rapid City,

    SD. 57709.

25. Records Custodian for J&A Stucco Drywall Inc. 462 E. Cowboy Way, La Belle, FL

    33935.

26. All witnesses listed by all other parties.

27. All rebuttal witnesses.

28. Plaintiffs reserve the right to amend their witness list as discovery continues.


## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.


                s/ Panagiotis V. Albanis
                Panagiotis "Pete" V. Albanis

Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs Tracy Nguyen and Tuyen Mia*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and
Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308

404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>        **v.**<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>    **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS KELLY & LORI O'BRIEN'S
## AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Kelly O'Brien, 3603 W Royal Palm Circle, Tampa, FL 33629.

    a. Knowledge as to product identification, liability, causation and damages.

2. Lori O'Brien, 3310 W Iowa Avenue, Tampa, FL 33611.

    a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Steven R. Carter, Inc. – 3808 W. San Nicholas St., Tampa, FL 33629.

    a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Black Bear Gypsum, LLC – 2050 Tall Pines Dr., Ste. B, Largo FL 33771.

    a. Knowledge as to product identification, liability, causation and damages.

1

5. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of William Talmadge Drywall – 7007 Aspen Ave., Tampa FL 33637.

    a. Knowledge as to product identification, liability, causation, damages.

6. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Allied Home Inspections Pro, LLC

   – 870 SE 47th St., Cape Coral, FL 33904.

    a. Knowledge as to product identification, liability, causation and damages.

7. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Poston Accounting – 4919 S. Renellie Dr., Tampa FL 33611.

    a. Knowledge as to damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Suntrust Bank – 3825 S. Dale

   Mabry Hwy., Tampa, FL 33611.

    a. Knowledge as to damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Third Federal Savings & Loan,

   7007 Broadway Avenue, Cleveland, Ohio 44105.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Morris Air Conditioning and

    Heating – 1501 Alder Way, Brandon, FL 33510.

    a. Knowledge as to causation and damages.

11. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Sunstate Mechanical Contractors,

    Inc. – 4220 W. Pearl Ave. Tampa FL 33611.

    a. Knowledge as to causation and damages.

12. Karen and Ashley Gadjosz (Keller Williams) - 5020 W Linebaugh Ave, Ste. 100, Tampa,

    FL 33624.

a. Knowledge as to damages.

13. Jo Anne and Val Springer - 3613 W Bay Avenue, Tampa, FL 33611.

a. Knowledge as to damages.

14. Dennis and Denise Poston - 4527 S Shamrock Rd., Tampa, FL 33611.

a. Knowledge as damages.

15. Blythe Miller of (Miller, Brooks & Associates) 1851 Collier Pkwy, Lutz, FL 33549.

a. Knowledge as to damages.

16. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their affiliates.

a. Knowledge as to product identification, liability, causation and damages.

17. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

18. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

19. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

20. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

21. David Wei, BNBM USA, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

22. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

23. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

24. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

25. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

26. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

27. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

28. Records Custodian for Famous Tate Appliance & Bedding Centers, 3347 Hendersen Blvd. Tampa, FL 336009.

29. Records Custodian for John Merrill Investments, Inc., 1261 N. Lakeview Avenue, #J-701, Anaheim Hills, CA 92807.

30. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Star Title Partners of Tampa, LLC, 3450 Bushwood Park Drive, Suite 345, Tampa, FL 33618.

31. All witnesses listed by all other parties.

32. All rebuttal witnesses.

33. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs Kelly & Lori O'Brien*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,

Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center

Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,**<br><br>     **Plaintiffs,**<br><br>                    **v.**<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>     **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS LARRY AND ROSALEE WALLS' AMENDED FACT WITNESS LIST

Pursuant to S.D. Fla. L.R. 7.1 and the Court's order of November 16, 2018 (D.E. 112), Plaintiffs hereby serve their Witness List.

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Larry Walls - 1206 NW 37th Place, Cape Coral, FL 33915.

    a. Knowledge as to product identification, liability, causation and damages.

2. Rosalee Walls – 1206 NW 37th Place, Cape Coral, FL 33915.

    a. Knowledge as to product identification, liability, causation and damages.

3. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Aranda Homes 1326 Cape Coral Pkwy E., Cape Coral, FL 33904.

    a. Knowledge as to liability, causation and damages.

4. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Banner Supply Co. – 11814 Ranchette Rd. Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation and damages.

1

5. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

   a. Knowledge as to product identification, liability, causation, damages.

6. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL

   33122,

   a. Knowledge as to product identification, liability, causation, damages.

7. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

   a. Knowledge as to product identification, liability, causation, damages.

8. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of AirQuest Environmental, Inc. - 2000
   Florida Ave S, Lakeland, FL 33803.

   a. Knowledge as to product identification, liability, causation, damages.

9. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Allied Home Inspections Pro, LLC

   – 870 SE 47th St., Cape Coral, FL 33904.

   a. Knowledge as to product identification, liability, causation and damages.

10. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Benchmark Remediation Group

    LLC – 1040 Bay View Drive, Ste. 520, Ft. Lauderdale, FL 33305.

    a. Knowledge as to product identification, liability, causation and damages.

11. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Erickson's Drying Systems, 12651

    Metro Pkwy, Fort Myers, FL 33966.

    a. Knowledge as to product identification, liability, causation and damages.

12. Dana McGrath Preferred Financial System – 68 Pondella Road, North Fort Myers, FL 33903.

    a. Knowledge as to damages.

13. Jerome Scott Wynn – 1534 NW 26th Place, Cape Coral, FL 33993

    a. Knowledge as to damages.

14. William and Charlene Medley – 121 10th Avenue Bluffton, South Carolina 29910

    a. Knowledge as to damages.

15. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) of Taishan Defendants and their affiliates.

    a. Knowledge as to product identification, liability, causation and damages.

16. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

17. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

18. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

19. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

20. David Wei, BNBM USA, c/o Defendant's Counsel,

    a. Knowledge as to liability, causation and damages.

21. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM
    USA, c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

22. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
    Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

23. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
    Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

24. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

25. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

26. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

27. Records Custodian for SEA, Ltd., 13930 Lynmar Blvd, Tampa, FL 33626.

28. Records Custodian for Norris Furniture & Interiors, 14125 S. Tamiami Trail, Fort
    Myers, FL 33912.

29. Records Custodian for National Home Furnishing Center, Inc., 2220 HWY 70 SE
    Ste#120, Hickory, NC 28602.

30. Records Custodian for Spectrum Home Furnishings, 111 N. Del Prado Blvd., Cape Coral, FL 33909.

31. Records Custodian for The Home Depot, 3941 Tamiami Trail, Punta Gorda, FL 33950.

32. Records Custodian for Lowe's, 1651 Pine Island Road, Cape Coral, FL 33909.

33. Records Custodian for Sears, PO Box 62283, Sioux Falls, SD 57117.

34. Records Custodian for Matter Brothers Furniture, 11750 S. Cleveland Avenue, Fort Myers, FL 33907.

35. Records Custodian for Leisure World Inc., 4440 Hancock Bridge Pkwy., North Fort Myers, FL 33903.

36. Records Custodian for Chase, PO Box 182613, Columbus, OH 43218.

37. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) Chase, PO Box 182613, Columbus, OH 43218.

38. Records Custodian for American Home Mortgage Servicing D.I.P., PO Box 631730, Irving TX 75063.

39. Fed.R.Civ.P. 30(b)(6) Corporate Representative(s) American Home Mortgage Servicing D.I.P., PO Box 631730, Irving TX 75063.

40. All witnesses listed by all other parties.

41. All rebuttal witnesses.

42. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Panagiotis V. Albanis
Panagiotis "Pete" V. Albanis
Morgan & Morgan – Complex Litig. Group
Fla. Bar No. 0077354
Email: Palbanis@forthepeople.com
12800 University Drive, Suite 600
Fort Myers, FL 33907
Telephone: (239) 432-6605
Facsimile: (239) 204-3798
*Counsel for Plaintiffs Larry & Rosalee Walls*

## SERVICE LIST

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and
Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*

6

*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue

Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP

The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>     **Plaintiffs,**<br><br>          **v.**<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>     **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

<u>**PRIORITY CLAIMANTS STEVEN AND CATHY ETTER'S**</u>
<u>**AMENDED FACT WITNESS LIST**</u>

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Amended Witness List.

<u>**NAME, ADDRESS AND DESCRIPTION OF WITNESS:**</u>

1. Steven Etter, 1281 Heidi Haven Dr., Lawrenceburg, IN 47025,

    a. Knowledge as to product identification, liability, causation and damages.

2. Cathy Etter, 1281 Heidi Haven Dr., Lawrenceburg, IN 47025,

    a. Knowledge as to product identification, liability, causation and damages.

3. Michele Sousa, K2 Realty, 11676 US Hwy. 1, North Palm Beach, Florida (realtor who assisted in securing alternative living arrangements during remediation),

    a. Knowledge as to damages;

4. Carol R. Dennie-Green, 51 Martin Dr., Feura Bush, NY 12067 (leased property to Claimants for alternative living arrangements),

    a. Knowledge as to damages;

1

5. Tim Zorc, Chinese Drywall Screening, LLC, 501 Port St. Lucie Blvd., Suite 101, Port St. Lucie, FL 34984 (prepared an Evidence Preservation Report for the affected property),

    a. Knowledge as to product information and damages;

6. Julie Sommerville, Chinese Drywall Screening, LLC, 501 Port St. Lucie Blvd., Suite 101, Port St. Lucie, FL 34984 (prepared an Evidence Preservation Report for the affected property),

    a. Knowledge as to product identification and damages;

7. Daniel W. Corns, 18894 SE Jupiter Inlet Way, Tequesta, FL 33469 (purchased the affected property from Priority Claimants),

8. Jessica L. Corns, 18894 SE Jupiter Inlet Way, Tequesta, FL 33469 (purchased the affected property from Priority Claimants),

9. Records Custodian for ADT Security Services, 14200 E. Exposition Ave., Aurora, CO 80012,

10. Records Custodian for Comcast, P.O. Box 105184, Atlanta, GA 30348-5184,

11. Records Custodian for Florida Power & Light Company, 215 South Monroe Street, Tallahassee, FL 32301,

12. Records Custodian for U & Me Transfer, Inc., 2626 Electronics Way, West Palm Beach, FL 33407;

13. Records Custodian for Steam-A-Way, 951 West 15th Street, Riviera Beach, FL 33404,

14. Records Custodian for Decorative Products, 1015 Holbrook Ct., Port St. Lucie, FL 34952,

15. Records Custodian for Microwave Electronics of South Fla., 6314 Dornich Lane, Lake
Worth, FL 33463,

16. Records Custodian for Accurate Tile & Marble, Inc., 2575 SE Federal Highway, Stuart, FL
34994,

17. Records Custodian for We'll Floor U, 951 N. Alternate A1A, Jupiter, Florida,

18. Records Custodian for Home Depot, 1694 W. Indiantown Rd., Jupiter, FL 33458,

19. Records Custodian for Jetson TV Appliance, 2536 S.E. Federal Hwy., Stuart, FL 34994,

20. Records Custodian for Stuart Builder, 2536 S. US 1, Stuart, FL 34994,

21. Records Custodian for Capitol Lighting, 2526 SE Federal Hwy., Stuart, FL 34994,

22. Records Custodian for Miller's Fine Decorative Hardware, 226 Center St., Suite 2-5,
Jupiter, FL  33458,

23. Records Custodian for Broedell Jupiter, 1601 Commerce Lane, Suite 100, Jupiter, FL
33458,

24. Records Custodian for Christian Thomas Construction, Inc., 935 Town Hall Avenue,
Jupiter, FL 33458,

25. Records Custodian for Chinese Drywall Screening, LLC, 501 SE Port St. Lucie Blvd.,
Suite 101, Port St. Lucie, FL 34984,

26. Records Custodian for United Services Automobile Association, 17200 Commerce Park
Blvd., Tampa, FL 33647,

27. Records Custodian for IMR Test Labs, 131 Woodsedge Drive, Lansing, NY 14882;

28. Records Custodian for Gypsum Construction & Consulting, 3411 D. Road, Loxahatchee, FL 33470,

29. Records Custodian for Town of Jupiter, 210 Military Trail, Jupiter, FL 33458;

30. Records Custodian for James T. Helm Construction, P.O. Box 3967, Tequesta, FL 33469,

31. Records Custodian for Custom Mechanical, Inc., 1414 10th Street, Lake Park, FL 33403;

32. Records Custodian for Lightning Electric, Inc., 4810 Georgia Ave., West Palm Beach, FL 33405,

33. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 2101 N.W. Settle Ave., Port St. Lucie, FL 34986, regarding the allegations in the complaint and the drywall delivered to the Etters' home,

   a. Knowledge as to product identification, liability, causation and damages.

34. Fed. R. Civ. P. 30(b)(6) corporate representative of J. Helm Construction, Inc., 658 W. Indiantown Rd., Jupiter, FL, *Corporate Representative*, regarding the allegations in the complaint,

   a. Knowledge as to liability and damages.

35. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

36. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

37. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

38. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

   a. Knowledge as to liability, causation and damages.

39. David Wei, BNBM USA, c/o Defendant's Counsel,

   a. Knowledge as to liability, causation and damages.

40. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

41. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

42. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

43. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

44. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

   a. Knowledge as to liability, causation and damages.

45. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

     a.   Knowledge as to liability, causation and damages.

46. All witnesses listed by all other parties.

47. All rebuttal witnesses.

48. Plaintiffs reserve the right to amend their witness list as discovery continues.

## **CERTIFICATE OF SERVICE**

    I hereby certify that that the foregoing was electronically furnished to all counsel on the

attached service list via e-mail on this 14th day of December, 2018.

<div style="margin-left:50%">

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

</div>

**SERVICE LIST**

| | |
|---|---|
| Craig P. Kalil, Esquire<br>ABALLI MILNE KALIL P.A.<br>SunTrust International Center<br>1 SE 3rd Avenue, Suite 2250<br>Miami, FL 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br>Email: ckalil@aballi.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | Enjolique D. Aytch, Esquire<br>AKERMAN LLP<br>Las Olas Centre II – Suite 1600<br>350 E. Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>Email: enjolique.aytch@akerman.com<br>*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |
| L. Christopher Vejnoska, Esquire<br>Eric Matthew Hairston, Esquire<br>Andrew Davidson, Esquire<br>Diana Fassbender, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE<br>The Orrick Building<br>San Francisco, CA  94105<br>Telephone: (415) 773-5700<br>Email: cvejnoska@orrick.com<br>ehairston@orrick.com<br>adavidson@orrick.com<br>dszego@orrick.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | Bernard Taylor, Esquire<br>Michael P. Kenny, Esquire<br>Christina Hull Eikhoff, Esquire<br>David Venderbush, Esquire<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>Email: bernard.taylor@alston.com<br>mike.kenny@alston.com<br>christy.eikhoff@alston.com<br>david.venderbush@alston.com<br>*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |
| James L. Stengel, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>Email: jstengel@orrick.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated, | |
| **Plaintiffs,** | |
| v. | **Case No. 1:11-CV-22408-MGC** |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al., | |
| **Defendants.** | |

<u>**PRIORITY CLAIMANTS DAVID DEEG AND DEBORAH HOOKER'S**
**AMENDED FACT WITNESS LIST**</u>

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Amended Witness List.

<u>**NAME, ADDRESS AND DESCRIPTION OF WITNESS:**</u>

1. David Deeg, 1902 SW 3rd Ave., Okeechobee, FL 34974,

    a. Knowledge as to product identification, liability, causation and damages.

2. Deborah Hooker, 1902 SW 3rd Ave., Okeechobee, FL 34974,

    a. Knowledge as to product identification, liability, causation and damages.

3. Howard Ehrsam, Chinese Drywall Screening, LLC, 411 SW Silver Palm Cove, Port St. Lucie, FL 34986 (prepared an Inspection Report for the affected property),

    a. Knowledge as to product identification and damages;

4. Gerald W. Bashant, 516 SW Akron Ave., Stuart, FL 34994 (purchased the affected property from Priority Claimants),

5. Nancy Lewandowski, 516 SW Akron Ave., Stuart, FL 34994 (purchased the affected property from Priority Claimants),

6. Gina Carrillo, Duraclean Restoration & Remediation, 3725 Investment Lane, Riviera Beach, FL 33404 (estimator),

    a. Knowledge as to damages,

7. Records Custodian for Banner Supply Co., 2101 NW Settle Avenue, Port St. Lucie, FL 34986,

8. Records Custodian for Best Buy, 2555 NW Federal Highway, Stuart, FL 34994,

9. Records Custodian for Costco, 3250 Northlake Boulevard, Palm Beach Gardens, FL 33403,

10. Records Custodian for Lowe's Home Center, 3620 SE Federal Highway, Stuart, FL 34997;

11. Records Custodian for Home Depot, 3030 SE Federal Highway, Stuart, FL 34994,

12. Records Custodian for Duraclean Restoration & Remediation, 3725 Investment Lane, Riviera Beach, FL 33404,

13. Records Custodian for Gypsum Construction & Consulting, 3411 D. Road, Loxahatchee, FL 33470,

14. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 2101 N.W. Settle Ave., Port St. Lucie, FL 34986, regarding the allegations in the complaint and the drywall delivered to the Deeg and Hooker home,

    a. Knowledge as to product identification, liability, causation and damages.

15. Fed. R. Civ. P. 30(b)(6) corporate representative of Treasure Coast Communities, LLC, 212 SW 5th Street, Stuart, FL 34994, *Corporate Representative*, regarding the allegations in the complaint,

    a.  Knowledge as to liability and damages.

16. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

17. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

18. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

19. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a.  Knowledge as to liability, causation and damages.

20. David Wei, BNBM USA, c/o Defendant's Counsel,

    a.  Knowledge as to liability, causation and damages.

21. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    a.  Knowledge as to liability, causation and damages.

22. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

23. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

24. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

25. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

26. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a. Knowledge as to liability, causation and damages.

27. All witnesses listed by all other parties.

28. All rebuttal witnesses.

29. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

5

**SERVICE LIST**

| | |
|---|---|
| Craig P. Kalil, Esquire<br>ABALLI MILNE KALIL P.A.<br>SunTrust International Center<br>1 SE 3rd Avenue, Suite 2250<br>Miami, FL 33131<br>Telephone: (305) 373-6600<br>Facsimile: (305) 373-7929<br>Email: ckalil@aballi.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | Enjolique D. Aytch, Esquire<br>AKERMAN LLP<br>Las Olas Centre II – Suite 1600<br>350 E. Las Olas Boulevard<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 463-2700<br>Facsimile: (954) 463-2224<br>Email: enjolique.aytch@akerman.com<br>*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |
| L. Christopher Vejnoska, Esquire<br>Eric Matthew Hairston, Esquire<br>Andrew Davidson, Esquire<br>Diana Fassbender, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE<br>The Orrick Building<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Email: cvejnoska@orrick.com<br>ehairston@orrick.com<br>adavidson@orrick.com<br>dszego@orrick.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | Bernard Taylor, Esquire<br>Michael P. Kenny, Esquire<br>Christina Hull Eikhoff, Esquire<br>David Venderbush, Esquire<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>Email: bernard.taylor@alston.com<br>mike.kenny@alston.com<br>christy.eikhoff@alston.com<br>david.venderbush@alston.com<br>*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.* |
| James L. Stengel, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 506-5000<br>Email: jstengel@orrick.com<br>*Attorneys for Beijing New Building Materials Public Limited Company* | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,**<br><br>        **Plaintiffs,**<br><br>                **v.**<br><br>**TAISHAN GYPSUM CO., LTD.** f/k/a **SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>        **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## <u>PRIORITY CLAIMANTS JOHN AND BERTHA HERNANDEZ'S AMENDED FACT WITNESS LIST</u>

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## <u>NAME, ADDRESS AND DESCRIPTION OF WITNESS:</u>

1. John Hernandez, 3516 N. Perry Avenue, Tampa, Florida  33603.

    a. Knowledge as to product identification, liability, causation and damages.

2. Bertha Hernandez, 3516 N. Perry Avenue, Tampa, Florida  33603.

    a. Knowledge as to product identification, liability, causation and damages.

3. Fed. R. Civ. P. 30(b)(6) corporate representative of Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL  34987 with the most knowledge of the inspections of the Subject Property.

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiffs' case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

1

4. Ken Adams, Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL 34987 (Inspector who initially inspected the Hernandez's home and confirmed the presence of Chinese drywall).

   a. Knowledge as to liability, causation and damages.

5. Julie Sommerville, Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL 34987 (Inspector who assisted the Hernandez's with preservation of evidence during the remediation).

   a. Knowledge as to liability, causation and damages.

6. Fed. R. Civ. P. 30(b)(6) corporate representative of Sierra Construction & Restoration, Inc., 912 West M.L. King Boulevard, Tampa, Florida 33603.

   a. Knowledge as to liability, causation and damages.

7. Records Custodian for Sierra Construction & Restoration, Inc., 912 West M.L. King Boulevard, Tampa, Florida 33603.

8. Records Custodian for Triple H. Air Conditioning, Inc., 2713 Manor Hill Drive, Brandon, Florida 33511.

9. Records Custodian for Florida AC Inc., 10309 Timmons Road, Thonotosassa, FL 33592

10. Records Custodian for Tampa Electric Company, 702 N. Franklin Street, Tampa, FL regarding the Subject Property and alternative residence, 708 W. Adalee Street, Tampa, Florida.

2

11. Records Custodian for Tampa Water Department, 306 E. Jackson Street, Suite #5E, Tampa, Florida 33602, regarding the Subject Property and alternative residence, 708 W. Adalee Street, Tampa, Florida (Account #0207249.008 6).

12. Records Custodian for Hillsborough County Property Appraiser, 601 E. Kennedy Boulevard, 15th Floor, Tampa, Florida 33602.

13. Records Custodian for Florida Executive Property Services, Inc., 15802 Amberly Drive, Tampa, Florida 33647 regarding the leased premises (708 W. Adalee Street, Tampa, Florida) by John and Bertha Hernandez.

14. Records Custodian for Suncoast Federal Credit union, 6804 E. Hillsborough Avenue, Tampa, Florida 33610.

15. Records Custodian for Pro Carpet, 1831 West Oak Pkwy, Ste. A, Marietta, GA 30062.

16. Records Custodian for Coleman American Moving Services, 6000 N. 51st St., Tampa, FL 33610.

17. Fed. R. Civ. P. 30(b)(6) corporate representative of Bridges Development Group, Inc., 11007 N. 56th Street, Suite 212, Temple Terrace, Florida 33617, with the most knowledge regarding the allegations in the Complaint.

    a. Knowledge as to liability, causation and damages.

18. Records Custodian for Bridges Development Group, Inc., 11007 N. 56th Street, Suite 212, Temple Terrace, Florida 33617.

19. Fed. R. Civ. P. 30(b)(6) corporate representative of Rinker Materials of Florida, Inc., n/k/a CEMEX Construction Materials Florida, LLC, 1501 Belvedere Road, West Palm Beach, FL

33406, with the most knowledge regarding the allegations in the Complaint and delivery of the drywall to the Subject Property.

    a.  Knowledge as to liability, causation and damages.

20. Records Custodian for Rinker Materials of Florida, Inc., n/k/a CEMEX Construction Materials Florida, LLC, 1501 Belvedere Road, West Palm Beach, FL 33406.

21. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

22. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

23. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

24. Zhang Jian, CNBM Group, c/o Defendant's Counsel.

    a.  Knowledge as to liability, causation and damages.

25. David Wei, BNBM USA, c/o Defendant's Counsel.

    a.  Knowledge as to liability, causation and damages.

26. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel.

    a.  Knowledge as to liability, causation and damages.

27. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

   a. Knowledge as to liability, causation and damages.

28. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

   a. Knowledge as to liability, causation and damages.

29. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

   a. Knowledge as to liability, causation and damages.

30. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

   a. Knowledge as to liability, causation and damages.

31. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel.

   a. Knowledge as to liability, causation and damages.

32. All witnesses listed by all other parties.

33. All rebuttal witnesses.

34. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 14th day of December, 2018.

5

RESPECTFULLY SUBMITTED:

/s/ Holly Werkema
Holly Werkema
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-523-6465
Fax: 214-520-1181
hwerkema@baronbudd.com
*Attorney for John Hernandez and Bertha
Hernandez*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>**Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANT GUL AND DEBORAH LALWANI'S FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Gul Lalwani, 32 Rollingwood Drive, Voorhees, NY  08043.

   a. Knowledge as to product identification, liability, causation and damages.

2. Deborah Lalwani, 32 Rollingwood Drive, Voorhees, NY  08043.

   a. Knowledge as to product identification, liability, causation and damages.

3. Vance Brinkerhoff, Realtor with Coldwell Banker, 1950 US Highway 1, Vero Beach, Florida  32960 (Realtor who listed and sold the Subject Property).

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

      a.  Knowledge as to damages.

4.  Records Custodian for Coldwell Banker, 1950 US Highway 1, Vero Beach, Florida  32960 regarding the listing and sale of the Subject Property.

5.  Fed. R. Civ. P. 30(b)(6) corporate representative of Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL  34987, with the most knowledge regarding inspection(s) of the Subject Property.

      a.  Knowledge as to liability, causation and damages.

6.  Tim Zorc, 10815 SW Tradition Square, Port St. Lucie, FL  34987 (Inspector who inspected Plaintiffs' home and confirmed the presence of Chinese drywall).

      a.  Knowledge as to liability, causation and damages.

7.  Records Custodian for Indian River County Property Appraiser, 1800 27th Street, Vero Beach, Florida  32960 regarding the Subject Property from 2006 through February 2011.

8.  Records Custodian for American Strategic Insurance, c/o Fiorella Insurance Agency, Inc., 9116 S. Federal highway E, Port St. Lucie,  FL  34952 regarding FLA238050 (Insured: Lalwani).

9.  Records Custodian for Black Bear Reserve Homeowners Association, Inc., 8390 Championsgate Boulevard, Suite 304, Championsgate, Florida  33896 regarding the Association dues for the Subject Property from 2006 through 2011.

10. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply, 7195 N.W. 30th Street, Miami, FL 33122 with the most knowledge regarding the allegations in the Complaint and the drywall delivered to the Subject Property.

    a. Knowledge as to product identification, liability, causation and damages.

11. Records Custodian for Banner Supply, 7195 N.W. 30th Street, Miami, FL 33122.

12. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122.

    a. Knowledge as to product identification, liability, causation, damages.

13. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122.

    a. Knowledge as to product identification, liability, causation, damages.

14. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

15. Fed. R. Civ. P. 30(b)(6) corporate representative of Woodside Homes of Southeast Florida (formerly GHO Properties, Inc. and GHO Development, Inc.) c/o Law Offices of Pachulski, Stang, Ziehl & Jones, 780 Third Avenue, 36th Floor, New York, NY 10017-2024, with the most knowledge regarding the allegations in the Complaint.

    a. Knowledge as to liability and damages.

16. Records Custodian for Woodside Homes of Southeast Florida (formerly GHO Properties, Inc.) c/o Law Offices of Pachulski, Stang, Ziehl & Jones, 780 Third Avenue, 36th Floor, New York, NY 10017-2024.

17. Ivan Gonima, Oriental Trading Company, 1406 Selbydon Way, Winter Garden , FL

    34787,

        a.   Knowledge as to liability, causation and damages.

18. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

    Defendants' Counsel.

        a.   Knowledge as to liability, causation and damages.

19. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and

    BNBM, c/o Defendants' Counsel.

      Knowledge as to liability, causation and damages.

20. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

    Defendants' Counsel.

      Knowledge as to liability, causation and damages.

21. Zhang Jian, CNBM Group, c/o Defendant's Counsel.

        a.   Knowledge as to liability, causation and damages.

22. David Wei, BNBM USA, c/o Defendant's Counsel.

        a.   Knowledge as to liability, causation and damages.

23. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA,

    c/o Defendants' Counsel.

        a.   Knowledge as to liability, causation and damages.

24. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

    Defendants' Counsel.

      a.   Knowledge as to liability, causation and damages.

25. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

      a.   Knowledge as to liability, causation and damages.

26. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel

      a.   Knowledge as to liability, causation and damages.

27. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel

      a.   Knowledge as to liability, causation and damages.

28. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel

      a.   Knowledge as to liability, causation and damages.

29. All witnesses listed by all other parties.

30. All rebuttal witnesses.

31. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of

the United States District Court for the Southern District of Florida by using the CM/ECF System,

which will send a notice of electronic filing on this 14th day of December, 2018.

RESPECTFULLY SUBMITTED:

/s/ Holly Werkema
Holly Werkema
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-523-6465
Fax: 214-520-1181
hwerkema@baronbudd.com
*Attorney for Gul Lalwani and Deborah
Lalwani*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

## PRIORITY CLAIMANT CASSANDRA MARIN'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiff hereby furnishes her Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Cassandra Marin, 4402 Lake Tahoe Circle, West Palm Beach, Florida 33409.

    a. Knowledge as to product identification, liability, causation and damages.

2. Yvette Marin, 4402 Lake Tahoe Circle, West Palm Beach, Florida 33409.

    a. Knowledge as to product identification, liability, causation and damages.

3. Carlo Marin, 4402 Lake Tahoe Circle, West Palm Beach, Florida 33409.

    a. Knowledge as to damages.

4. Karl Marin, 4402 Lake Tahoe Circle, West Palm Beach, Florida 33409.

---

[1] Plaintiff has met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiff's Witness List will be significantly reduced.

a. Knowledge as to damages.

5. Fed. R. Civ. P. 30(b)(6) corporate representative of Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL  34987 with the most knowledge of the inspection of the Subject Property.

a. Knowledge as to liability, causation and damages.

6. Tim Zorc, 10815 SW Tradition Square, Port St. Lucie, FL  34987 (Inspector who inspected Ms. Marin's home and confirmed the presence of Chinese drywall).

a. Knowledge as to liability, causation and damages.

7. Lynn Otto, Re/Max 100 Riverside Realtors, 1762 S.W. Saint Lucie West Blvd., Port St. Lucie, Florida  34986 (Realtor who listed and sold the Subject Property).

a. Knowledge as to damages.

8. Records Custodian for Re/Max 100 Riverside Realtors, 1762 S.W. Saint Lucie West Blvd., Port St. Lucie, Florida  34986.

9. Records Custodian for Port St. Lucie Property Appraiser, 1664 S.E. Walton Road, Port St. Lucie, Florida  34952 regarding the Subject Property from 2007 February 15, 2012.

10. John O. Jones/Paley Drywall and Construction, LLC, 5600 21st Street SW, Vero Beach, Florida  32968 (Buyer of the Subject Property in February 2012).

a. Knowledge as to damages.

11. Fed. R. Civ. P. 30(b)(6) corporate representative of Turn Key Home Builders, Inc., 350 S. County Road, Suite 102-136, Palm Beach, FL 33480, with the most knowledge regarding the allegations in the Complaint.

     a. Knowledge as to liability, causation and damages.

12. Records Custodian for Turn Key Home Builders, 350 S. County Road, Suite 102-136, Palm Beach, FL 33480.

13. Fed. R. Civ. P. 30(b)(6) corporate representative of Allied Building Products Corp., 3121 S.W. 1st Terrace, Fort Lauderdale, Florida, with the most knowledge regarding the allegations in the Complaint and the drywall delivered to the Subject Property.

     a. Knowledge as to liability, causation and damages.

14. Records Custodian for Allied Building Products Corp., 3121 S.W. 1st Terrace, Fort Lauderdale, Florida.

15. Fed. R. Civ. P. 30(b)(6) corporate representative of Allied Drywall, Inc., 1426 Skees Rd., West Palm Beach, Florida, 33411 with the most knowledge regarding the allegations in the Complaint and the drywall installed in the Subject Property.

     a. Knowledge as to liability, causation and damages.

16. Records Custodian for Allied Drywall, Inc., 1426 Skees Rd., West Palm Beach, Florida, 33411.

17. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

18. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

19. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

20. Zhang Jian, CNBM Group, c/o Defendant's Counsel.

    a. Knowledge as to liability, causation and damages.

21. David Wei, BNBM USA, c/o Defendant's Counsel.

    a. Knowledge as to liability, causation and damages.

22. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

23. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

24. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

25. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

26. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

27. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

28. All witnesses listed by all other parties.

29. All rebuttal witnesses.

30. Plaintiff reserves the right to amend her witness list as discovery continues.

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 14th day of December, 2018.

                    RESPECTFULLY SUBMITTED:

                    <u>/s/ Holly Werkema</u>
                    Holly Werkema
                    **Baron & Budd, P.C.**
                    3102 Oak Lawn Avenue, Suite 1100
                    Dallas, TX 75219
                    Tel.: 214-523-6465
                    Fax: 214-520-1181
                    hwerkema@baronbudd.com
                    *Attorney for Cassandra Marin*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 1:11-CV-22408-MGC** |
| **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** | |
| **Defendants.** | |

## PRIORITY CLAIMANTS JOSE AND ADELA MIRANDA'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Jose Miranda, 10710 NW 7th Street, Apt. 10, Miami, FL 33172.

   a. Knowledge as to product identification, liability, causation and damages.

2. Adela Miranda, 10710 NW 7th Street, Apt. 10, Miami, FL 33172.

   a. Knowledge as to product identification, liability, causation and damages.

3. Amy Miranda, 4308 Lakeway Drive, Orlando, FL 32839.

   a. Knowledge as to damages.

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiffs' case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

4. Fed. R. Civ. P. 30(b)(6) corporate representative of Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL 34987, with the most knowledge regarding inspection(s) of the Subject Property.

    a. Knowledge as to liability, causation and damages.

5. Records Custodian for Miami-Dade County Property Appraiser, 111 N.W. 1st Street, Suite 710, Miami, Florida 33128.

6. Records Custodian for Wells Fargo Bank Home Mortgage, P.O. Box 10335, Des Moines, IA 50306-0335.

7. Records Custodian for Wells Fargo Bank, Office of Executive Complaints, 11 Home Campus, Des Moines, IA 50328.

8. Jennifer Espinet-Portell, Esq., 14335 S.W. 120th Street, Suite 207, Miami, Florida 33186 (provided foreclosure defense to Plaintiffs).

    a. Knowledge as to damages.

9. Tomas A. Pila, Esq., Pila Law Group, LLC, 3191 Coral Way, Miami, Florida 33145 (provided foreclosure defense to Plaintiffs).

    a. Knowledge as to damages.

10. Fed. R. Civ. P. 30(b)(6) corporate representative of Pride Homes of Lakes by the Bay Parcel H, LLC and Pride Homes by Garco, LLC, 12448 SW 127th Avenue, Miami, Florida 33186, with the most knowledge regarding the allegations in the Complaint.

    a. Knowledge as to liability and damages.

11. Records Custodian for Pride Homes of Lakes by the Bay Parcel H, LLC and Pride Homes by Garco, LLC, 12448 SW 127th Avenue, Miami, Florida 33186.

12. Fed. R. Civ. P. 30(b)(6) corporate representative of Design Drywall of South Florida LLC, 4444 S.W. 71st Avenue, Suite 107, Miami, Florida 33155, with the most knowledge regarding the drywall supplied to and installed in the Subject Property.

    a. Knowledge as to liability and damages.

13. Records Custodian for Design Drywall of South Florida LLC, 4444 S.W. 71st Avenue, Suite 107, Miami, Florida 33155.

14. Fed. R. Civ. P. 30(b)(6) corporate representative of Gulfside Supply, Inc., 7217 S.W. 42nd Street, Miami, Florida, with the most knowledge regarding the allegations in the Complaint and the drywall delivered or supplied to the Subject Property.

    a. Knowledge as to liability and damages.

15. Records Custodian for Gulfside Supply, Inc., 7217 S.W. 42nd Street, Miami, Florida.

16. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

17. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

18. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

19. Zhang Jian, CNBM Group, c/o Defendant's Counsel.

    a.   Knowledge as to liability, causation and damages.

20. David Wei, BNBM USA, c/o Defendant's Counsel.

    a.   Knowledge as to liability, causation and damages.

21. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

22. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

23. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

24. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

25. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel

    a.   Knowledge as to liability, causation and damages.

26. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel

    a.   Knowledge as to liability, causation and damages.

27. All witnesses listed by all other parties.

28. All rebuttal witnesses.

29. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 14th day of December, 2018.

RESPECTFULLY SUBMITTED:

/s/ Holly Werkema
Holly Werkema
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-523-6465
Fax: 214-520-1181
hwerkema@baronbudd.com
*Attorney for Jose F. Miranda and Adela Miranda*

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated, <br><br> **Plaintiffs,** <br><br> v. <br><br> **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** <br><br> **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANT JEOVANY AND MONICA NUNEZ'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Jeovany Nunez, 20225 Northeast 34th Court, Apt. 2215, Miami, Florida 33180.

    a. Knowledge as to product identification, liability, causation and damages.

2. Monica Alba Nunez, 20225 Northeast 34th Court, Apt 2215, Miami, Florida 33180.

    a. Knowledge as to product identification, liability, causation and damages.

3. Madison Nunez, 20225 Northeast 34th Court, Apt 2215, Miami, Florida 33180.

    a. Knowledge as to damages.

4. Kaila Nunez, 20225 Northeast 34th Court, Apt 2215, Miami, Florida 33180.

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiffs' case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

    a. Knowledge as to damages.

5. Records Custodian for Oscar Air Conditioning, Inc., 6540 N.W. 84th Avenue, Miami, FL 33166.

6. Fed. R. Civ. P. 30(b)(6) corporate representative of Chinese Drywall Screening, LLC, 10815 SW Tradition Square, Port St. Lucie, FL 34987, with the most knowledge regarding inspection(s) of the Subject Property.

    a. Knowledge as to liability, causation and damages.

7. Records Custodian for Seterus, Inc., P.O. Box 1077, Hartford, CT 06143.

8. Records Custodian for Continental Trust Mortgage Corporation, 5835 Blue Lagoon Dr., Ste. 100, Miami, FL 33126.

9. Records Custodian for JP Morgan Chase, 7610 W. Washington Street, Fl. 1, Indianapolis, IN 46231.

10. Records Custodian for JP Morgan Chase, Toxic Drywall, 100 W. University Drive, Second Floor, AZ1-5630, Tempe, Arizona 85282.

11. Records Custodian for Fannie Mae Mortgage Help Center South Florida, 2671 Northwest 28th Street, Miami, Florida 33142.

12. Records Custodian for Federal National Mortgage Association, Midtown Center, 1100 15th St., NW, Washington, DC 20005.

13. Records Custodian for PennyMac Loan Services, LLC, 3043 Townsgate Rd, Suite 200, Westlake Village, CA 91361.

14. Records Custodian for Bank of America, P.O. Box 15284, Wilmington, DE 19850.

15. Xiao Qi Guan (landlord), 20225 N.E. 34 Delvista Court, Unit 2215, Aventura, Florida 33108.

    a. Knowledge as to damages.

16. Records Custodian for Miami-Dade County Property Appraiser, 111 N.W. 1st Street, Suite 710, Miami, Florida 33128 regarding the Subject Property from January 1, 2007 through September 18, 2017.

17. Records Custodian for Move for Less, 364 S.W. 4th Court, Dania Beach, Florida 33004 regarding Job ID: LO007122 (Jeovany Nunez).

18. Records Custodian for Shoma Homes Splendido Condominium Association, Inc. c/o Neighborhood Property Management, P.O. Box 160310, Hialeah, Florida 33016 regarding Account #80494 (Jeovany Nunez).

19. Fed. R. Civ. P. 30(b)(6) corporate representative of Mercado Enterprises, Inc., 8187 N.W. 8th Street, #314, Miami, Florida 33126 regarding the drywall delivered and installed in the Subject Property.

    a. Knowledge as to liability and damages.

20. Records Custodian for Mercado Enterprises, Inc, 8187 N.W. 8th Street, #314, Miami, Florida 33126.

21. Fed. R. Civ. P. 30(b)(6) corporate representative of Shoma Homes Splendido, Inc., 5835 Blue Lagoon Drive, 4th Floor, Miami, Florida 33126, with the most knowledge regarding the allegations in the Complaint.

    a. Knowledge as to liability and damages.

3

22. Records Custodian for Shoma Homes Splendido, Inc., 5835 Blue Lagoon Drive, 4th Floor, Miami, Florida 33126.

23. Fed. R. Civ. P. 30(b)(6) corporate representative of R&R Building Materials Inc. n/k/a R&R Supplies Inc., 2650 NW 75th Avenue, Miami, Florida 33122, with the most knowledge regarding the drywall supplied to the Subject Property.

   a. Knowledge as to liability and damages.

24. Records Custodian for R&R Building Materials Inc. n/k/a R&R Supplies Inc., 2650 NW 75th Avenue, Miami, Florida 33122.

25. Fed. R. Civ. P. 30(b)(6) corporate representative of International Building Products Corp., 11000 NW 36th Avenue Miami, Florida 33167, with the most knowledge regarding the allegations in the Complaint.

   a. Knowledge as to liability and damages.

26. Records Custodian for International Building Products Corp., 11000 NW 36th Avenue Miami, Florida 33167.

27. Nicole Neustein Moskowitz, Esq., 18305 Biscayne Boulevard, Suite 250, Aventura, Florida 33160 (provided foreclosure defense to Jeovany Nunez).

   a. Knowledge regarding damages.

28. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

   Knowledge as to liability, causation and damages.

29. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

30. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

  Knowledge as to liability, causation and damages.

31. Zhang Jian, CNBM Group, c/o Defendant's Counsel.

    a. Knowledge as to liability, causation and damages.

32. David Wei, BNBM USA, c/o Defendant's Counsel.

    a. Knowledge as to liability, causation and damages.

33. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

34. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

35. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

36. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

    a. Knowledge as to liability, causation and damages.

37. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

38. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel.

    a.   Knowledge as to liability, causation and damages.

39. All witnesses listed by all other parties.

40. All rebuttal witnesses.

41. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

       I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 14th day of December, 2018.

RESPECTFULLY SUBMITTED:

/s/ Holly Werkema
Holly Werkema
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-523-6465
Fax: 214-520-1181
hwerkema@baronbudd.com
*Attorney for Jeovany and Monica Nunez*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

|  |  |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>              v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,<br><br>    Defendants. | Case No. 1:11-CV-22408-MGC |

### PRIORITY CLAIMANTS KEVIN & STACEY ROSEN'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Kevin Rosen, P.O. Box 810544, Boca Raton, FL 33481,

   a. Knowledge as to product identification, liability, causation and damages.

2. Stacey A. Rosen, P.O. Box 810544, Boca Raton, FL 33481,

   a. Knowledge as to product identification, liability, causation and damages.

3. Brian S. Rosen, 9321 NW 32 Street, Sunrise, FL 33351 (Brother of Kevin Rosen),

   a. Knowledge as to damages.

4. Ryan Todd Greenblatt, 9858 Clint Moore Road, C124, Boca Raton, FL 33496 (Realtor

   who sold the Rosens' Chinese drywall affected property),

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

1

    a.   Knowledge as to damages.

5.  David Greenblatt, 9858 Clint Moore Road, C124, Boca Raton, FL 33496 (Co-realtor who

    sold the Rosens' Chinese drywall affected property),

    a.   Knowledge as to damages.

6.  Giovanni Andujar (Appraised the home prior to discovery of Chinese drywall), A Plus

    Real Estate Appraisals, Inc., 5645 Coral Ridge Drive, #165, Coral Springs, FL 33076,

    a.   Knowledge as to damages;

7.  Thomas S. Olesiewicz (Accountant who prepared Federal Income Taxes), Olesiewicz &

    Deaquino, P.A., 2101 West Commerical Blvd., Suite 4800, Fort Lauderdale, FL 33309;

    a.   Knowledge as to damages;

8.  Javier Yanes, Yanes Security & Investigative Services, Inc., P.O. Box 145486, Coral

    Gables, FL, 33134 (Investigator who inspected the Rosens' home and confirmed the

    presence of Chinese drywall);

    a.   Knowledge as to liability, causation and damages.

9.  Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Wachovia

    Mortgage, FSB and the Rosens' satisfaction of their mortgage, 1100 Corporate Center

    Drive, Raleigh, NC 27607,

    a.   Knowledge as to damages.

10.  Records Custodian Wachovia Mortgage, FSB, 1100 Corporate Center Drive, Raleigh, NC

    27607,

11. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Bank of

    America, 150 N. College St., Charlotte, NC 28255,

    a. Knowledge as to damages.

12. Records Custodian for Bank of America, 150 N. College St., Charlotte, NC 28255,

13. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Wells Fargo,

    One North Jefferson Avenue, St. Louis, MO 63103,

    a. Knowledge as to damages.

14. Records Custodian Wells Fargo, One North Jefferson Avenue, St. Louis, MO 63103,

15. Records Custodian for Citizens Property Insurance Corporation, 3802 Coconut Palm Drive,

    Tampa, FL 33619,

16. Records Custodian for Fidelity National Indemnity Insurance Co., P.O. Box 33033, St.

    Petersburg, FL 33733,

17. Records Custodian for Chubb Personal Insurance Co., 3945 West Atlantic Avenue, Delray

    Beach, FL 33445,

18. Records Custodian for AZ Plumbing, 1353 Periwinkle Place, Wellington, FL 33413;

19. Records Custodian for Central Vacuum Connection, 407 Commerce Way 4A, Jupiter, FL

    33458,

20. Records Custodian for Stain-Away Rug Cleaning, Stain Away, 625 Industrial Ave #101b,

    Boynton Beach, FL 33426,

21. Records Custodian for City Mattress, 9293 Glades Road, Boca Raton, FL 33434,

22. Records Custodian for Trieste at Boca Raton Home Owners' Association, 1215 East Hillsboro Boulevard, Deerfield Beach, FL 33441,

23. Records Custodian for AT&T Corp., One AT&T Way, Bedminster, NJ, 07921,

24. Records Custodian for Home Depot, 1400 Woodford Place, Delray Beach, FL,

25. Records Custodian for Walmart, Inc., 708 SW 8th Street, Bentonville, AR, 72716,

26. Records Custodian for Babies R Us, 21697 SR 7, Boca Raton, FL, 33428,

27. Records Custodian for Boynton Billiards, Inc., 1950 S. Federal Highway, Boynton Beach, FL 33435,

28. Records Custodian for Comcast, 7201 N Federal Highway, Boca Raton, FL, 33487,

29. Records Custodian for Thompson Pest Control, 1100 NW 48th Street, Ft. Lauderdale, FL 33309,

30. Records Custodian for U Gas, 5101 N. Federal Highway, Boca Raton, FL,

31. Records Custodian for Mission Bay Self Storage, 20273 State Road 7, Boca Raton, FL 33498,

32. Records Custodian for First Class AC & Appliance, Inc., 4450 SW 61st Avenue Bay, #6, Davie, FL 33314;

33. Records Custodian for Sunstate A/C, Inc., 5241 NW 89 Drive, Coral Springs, FL 33067;

34. Records Custodian for Design Air Conditioning, Inc., 4289 NW 1st Avenue, Boca Raton, FL 33431;

35. Records Custodian for the City of Boca Raton, 201 West Palmetto Park Road, Boca Raton, FL 33432,

36. Records Custodian for Target Corporation, 1000 Nicollet Mall, Minneapolis, MN 55403;

37. Records Custodian for Publix, 3300 Publix Corporate Parkway, Lakeland, FL 33811;

38. Records Custodian for Baby Love, 6931 NW 88 Avenue, Tamarac, FL 33321;

39. Records Custodian for Thanks-A-Lock, 18400 Via Di Regina, Boca Raton, FL 33496;

40. Records Custodian for Parker Crystals, 4011 NE 22 Avenue, Lighthouse Point, FL 33064;

41. Records Custodian for Posh French Cleaners & Launderers, 16950 Jog Road, Delray Beach, FL 33446;

42. Records Custodian for Home Fitness Headquarters, Inc., 1945 N. Federal Highway, Boca Raton, FL 33432;

43. Records Custodian for Vernick & Daughters, Inc. Plumbing Service, 9530 Trivolo Place, Boca Raton, FL 33434;

44. Records Custodian for Boca Raton Stor-All, Ltd., 20599 81st Way South, Boca Raton, FL 33434;

45. Records Custodian for Two Men and a Truck, 7682 Wiles Road, Coral Springs, FL 33067;

46. Records Custodian for Florida Public Utilities, P.O. Box 3395, West Palm Beach, FL 33402;

47. Records Custodian for Florida Power & Light Company, P.O. Box 025576, Miami, FL 33102;

48. Records Custodian for Personalized Power Systems, 159 NW 11th Street, Boca Raton, FL 33432,

49. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

   a. Knowledge as to damages.

50. Records Custodian Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

51. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

   a. Knowledge as to damages.

52. Records Custodian Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

53. Salomon H. Abadi (La Suprema Trading, Inc. and La Suprema Enterprise, Inc.), 2221 NE 164th Street, #335, Miami, FL 33160,

   a. Knowledge as to liability, causation and damages.

54. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122, regarding the allegations in the complaint and the drywall delivered to the Rosens' home,

   a. Knowledge as to product identification, liability, causation and damages.

55. Records Custodian for Banner Supply, Co., 7195 N.W. 30th Street, Miami, FL 33122.

56. Fed. R. Civ. P. 30(b)(6) corporate representative of O.C.D. of S. Florida, Inc., 3431 SW 11 Street, Deerfield Beach, FL 33442.

6

57. Records Custodian for O.C.D. of S. Florida, Inc., 3431 SW 11 Street, Deerfield Beach, FL 33442.

58. Fed. R. Civ. P. 30(b)(6) corporate representative of Albanese-Popkin The Oaks Development Group, L.P., *Corporate Representative*, regarding the allegations in the complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL 33487,

    a. Knowledge as to liability and damages.

59. Records Custodian for Albanese-Popkin The Oaks Development Group, L.P., regarding the allegations in the complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL 33487,

    a. Knowledge as to liability and damages.

60. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

61. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

62. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

63. Ivan Gonima, Oriental Trading Company, 1406 Selbydon Way, Winter Garden , FL 34787,

    a. Knowledge as to liability, causation and damages.

64. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

65. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and

BNBM, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

66. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

67. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

68. David Wei, BNBM USA, c/o Defendant's Counsel,

a. Knowledge as to liability, causation and damages.

69. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM

USA, c/o Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

70. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

71. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o

Defendants' Counsel,

a. Knowledge as to liability, causation and damages.

72. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

73. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

74. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

a.   Knowledge as to liability, causation and damages.

75. All witnesses listed by all other parties.

76. All rebuttal witnesses.

77. Plaintiffs reserve the right to amend their witness list as discovery continues.

## **CERTIFICATE OF SERVICE**

I hereby certify that that the foregoing was electronically furnished to all counsel on the

attached service list via e-mail on this 14th day of December, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

**<u>SERVICE LIST</u>**

**Hongwei Shang**
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendant Zheihang Provincial
Second Light Industry Enterprises Group*

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and
Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and
Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308

404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*


**Andrew K. Davidson**

11

Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, individually, and on behalf of all others similarly situated, <br><br>     **Plaintiffs,** <br><br>          **v.** <br><br> **TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,** <br><br>     **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS MICHAEL AND ROBYN ROSEN'S
## FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Michael Rosen, P.O. Box 810544, Boca Raton, FL 33481,

   a. Knowledge as to product identification, liability, causation and damages.

2. Robyn Rosen, P.O. Box 810544, Boca Raton, FL 33481,

   a. Knowledge as to product identification, liability, causation and damages.

3. Fed. R. Civ. P. 30(b)(6) corporate representative of Yanes Security & Investigative

   Services, Inc., P.O. Box 145486, Coral Gables, FL, 33134 (Investigator who inspected

   the Rosens' home and confirmed the presence of Chinese drywall);

   a. Knowledge as to liability, causation and damages.

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

4. Heidi Lynn Berk, Mizner Grande Realty, 155 NE Spanish River Blvd, Boca Raton, FL
   33431 (Co-realtor who listed the Rosens' Chinese drywall affected property with Tipton
   Birmingham and Berk),

   a. Knowledge as to damages.

5. Frank E. Tipton, Lang Realty, 4400 N. Federal Highway, Ste. 100, Boca Raton, FL
   33431 (Co-realtor who listed the Rosens' Chinese drywall affected property with Tipton
   Birmingham and Berk),

   a. Knowledge as to damages.

6. Elizabeth A. Dunn (Accountant who prepared Federal Income Taxes), Elizabeth A. Dunn
   CPA, P.A., 1001 Yamato Road, Suite 100, Boca Raton, FL 33431;

   a. Knowledge as to damages;

7. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Choice
   Mortgage Bank and the Rosens' mortgage, 40 SE 5th Street, Suite 502, Boca Raton, FL
   33432,

   a. Knowledge as to damages.

8. Records Custodian for Choice Mortgage Bank, P.O. Box 5627, 40 SE 5th Street, Suite
   502, Boca Raton, FL 33432,

9. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Wachovia
   Bank, N.A., 301 S. College Street, Charlotte, NC 28288,

   a. Knowledge as to damages.

10. Records Custodian Wachovia Bank, N.A., 301 S. College Street, Charlotte, NC 28288,

11. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Chase Bank, 201 North Walnut Street, Wilmington, DE 19801,

    a.  Knowledge as to damages.

12. Records Custodian Chase Bank, 201 North Walnut Street, Wilmington, DE 19801,

13. Rance Masheck (landlord for alternative housing), address will be provided,

    a.  Knowledge as to damages.

14. Records Custodian for Turkell & Gervis Design, 451 North Dixie Highway, Boca Raton, FL,

15. Records Custodian for Gervis Design, 811 East Hillsboro Boulevard, Suite 205, Deerfield Beach, FL 33441,

16. Records Custodian for Closet Systems, 990 South Rogers Circle, Suite 2, Boca Raton, FL 33487,

17. Records Custodian for Thanks A Lock, 18400 Via Di Regina, Boca Raton, FL 33496,

18. Records Custodian for X-Pert Carpet Care, Inc., 22350 Sands Point Drive, Boca Raton, FL, 33433;

19. Records Custodian for Climate Control Services, Inc., 1740 Corporate Drive, Boynton Beach, FL 33426;

20. Records Custodian of Tech Air of Westgate, Inc., 2414 Cherokee Avenue, West Palm Beach, FL 33409;

21. Records Custodian of Joe Bonnie & Son Moving and Storage, 235 N. Congress Avenue, Delray Beach, FL 33445,

22. Records Custodian of National Van Lines, Inc., Broadview, IL 60155,

23. Records Custodian of Kinderguard Pool Fence, Inc., 20410 SW 80 Avenue, Cutler Bay, FL 33189;

24. Records Custodian for Posh French Cleaners & Launderers, 16950 Jog Road, Delray Beach, FL 33446;

25. Records Custodian of Potomac Garage Solutions, 267 Kentlands Boulevard, Gaithersburg, MD, 20878;

26. Records Custodian for Best Buy, 3300 NW 62nd Avenue, Margate, FL 33063,

27. Records Custodian for Home Depot, 15050 Jog Road, Delray Beach, FL 33446,

28. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

    a.   Knowledge as to damages.

29. Records Custodian Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

30. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

    a.   Knowledge as to damages.

31. Records Custodian Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

32. Salomon H. Abadi (La Suprema Trading, Inc. and La Suprema Enterprise, Inc.), 2221 NE 164th Street, #335, Miami, FL 33160,

4

a. Knowledge as to liability, causation and damages.

33. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 7195 N.W. 30th
Street, Miami, FL 33122, regarding the allegations in the complaint, the drywall
delivered to the Rosens' home,

a. Knowledge as to product identification, liability, causation and damages.

34. Records Custodian for Banner Supply, Co., 7195 N.W. 30th Street, Miami, FL 33122.

35. Records Custodian for O.C.D. of S. Florida, Inc., 3431 SW 11 Street, Deerfield Beach,
FL 33442.

36. Fed. R. Civ. P. 30(b)(6) corporate representative of O.C.D. of S. Florida, Inc., 3431 SW
11 Street, Deerfield Beach, FL 33442.

37. Fed. R. Civ. P. 30(b)(6) corporate representative of Albanese-Popkin The Oaks
Development Group, L.P., *Corporate Representative*, regarding the allegations in the
complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL 33487,

a. Knowledge as to liability and damages.

38. Records Custodian for Albanese-Popkin The Oaks Development Group, L.P., regarding
the allegations in the complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL
33487,

a. Knowledge as to liability and damages.

39. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

a. Knowledge as to product identification, liability, causation, damages.

40. Video Deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

41. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

42. Ivan Gonima, Oriental Trading Company, 1406 Selbydon Way, Winter Garden , FL 34787,

    a. Knowledge as to liability, causation and damages.

43. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    b. Knowledge as to liability, causation and damages.

44. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and BNBM, c/o Defendants' Counsel,

    c. Knowledge as to liability, causation and damages.

45. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    d. Knowledge as to liability, causation and damages.

46. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    e. Knowledge as to liability, causation and damages.

47. David Wei, BNBM USA, c/o Defendant's Counsel,

    f. Knowledge as to liability, causation and damages.

48. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM USA, c/o Defendants' Counsel,

    g.   Knowledge as to liability, causation and damages.

49. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    h.   Knowledge as to liability, causation and damages.

50. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o Defendants' Counsel,

    i.   Knowledge as to liability, causation and damages.

51. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    j.   Knowledge as to liability, causation and damages.

52. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    k.   Knowledge as to liability, causation and damages.

53. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    l.   Knowledge as to liability, causation and damages.

54. All witnesses listed by all other parties.

55. All rebuttal witnesses.

56. Plaintiffs reserve the right to amend their witness list as discovery continues.

## CERTIFICATE OF SERVICE

I hereby certify that that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

## SERVICE LIST

**Hongwei Shang**
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendant Zheihang Provincial*
*Second Light Industry Enterprises Group*

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*

*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424

9

404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street

New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>                v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,<br><br>        Defendants. | Case No. 1:11-CV-22408-MGC |

### PRIORITY CLAIMANTS DAVID DERRICK GRIFFIN AND DIANE GRIFFIN'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Amended Witness List.[1]

### NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. David Derrick Griffin, 100 Seville Road, West Palm Beach, FL 33405,

    a. Knowledge as to product identification, liability, causation and damages.

2. Diane Griffin, 100 Seville Road, West Palm Beach, FL 33405,

    a. Knowledge as to product identification, liability, causation and damages.

3. John and Jane Doe, address unknown (tenants who rented Affected Property),

    a. Knowledge as to product identification, liability, causation and damages.

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

4. Javier Yanes, Yanes Security & Investigative Services, Inc., P.O. Box 145486, Coral

   Gables, FL, 33134 (Investigator who inspected the Griffins' home and confirmed the

   presence of Chinese drywall);

   a. Knowledge as to liability, causation and damages.

5. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Colonial

   Bank, N.A. and the Griffins' mortgage, P.O. Box 5627, Montgomery, AL 36103,

   a. Knowledge as to damages.

6. Records Custodian Colonial Bank, N.A., P.O. Box 5627, Montgomery, AL 36103,

7. John M. Campbell, Caldwell Banker (Realtor who listed home for sale), 400 Royal Palm

   Way, Suite 110, Palm Beach, FL 33480,

   a. Knowledge as to damages.

8. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Aurora

   Loan Services and the Griffins' mortgage, 10350 Park Meadows Drive, Littleton, CO

   80124,

   a. Knowledge as to damages.

9. Records Custodian Aurora Loan Services, 10350 Park Meadows Drive, Littleton, CO

   80124,

10. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Real Time

    Resolutions and the Griffins' mortgage, 1349 Empire Central Drive, Suite 150, Dallas,

    TX 75247,

    a. Knowledge as to damages.

11. Records Custodian Real Time Resolutions, 1349 Empire Central Drive, Suite 150, Dallas, TX 75247,

12. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

    a. Knowledge as to damages.

13. Records Custodian Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

14. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

    a. Knowledge as to damages.

15. Records Custodian Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

16. Salomon H. Abadi (La Suprema Trading, Inc. and La Suprema Enterprise, Inc.), 2221 NE 164th Street, #335, Miami, FL 33160,

    a. Knowledge as to liability, causation and damages.

17. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122, regarding the allegations in the complaint and the drywall delivered to the Griffins' home,

    a. Knowledge as to product identification, liability, causation and damages.

18. Records Custodian for Banner Supply, Co., 7195 N.W. 30th Street, Miami, FL 33122.

19. Fed. R. Civ. P. 30(b)(6) corporate representative of Precision Drywall, Inc., 352 Tall Pines Road, Unit E, West Palm Beach, FL 33413.

20. Records Custodian for Precision Drywall, Inc., 352 Tall Pines Road, Unit E, West Palm Beach, FL 33413.

21. Fed. R. Civ. P. 30(b)(6) corporate representative of Northstar Holdings at B & A, LLC, *Corporate Representative*, regarding the allegations in the complaint, 1732 S Congress Avenue, Suite 335, Palm Springs, FL 33461,

    a. Knowledge as to liability and damages.

22. Records Custodian for Northstar Holdings at B & A, LLC, regarding the allegations in the complaint, 1732 S Congress Avenue, Suite 335, Palm Springs, FL 33461,

    a. Knowledge as to liability and damages.

23. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

    a. Knowledge as to product identification, liability, causation, damages.

24. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

    a. Knowledge as to product identification, liability, causation, damages.

25. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122,

    a. Knowledge as to product identification, liability, causation, damages.

26. Ivan Gonima, Oriental Trading Company, 1406 Selbydon Way, Winter Garden , FL 34787,

    a. Knowledge as to liability, causation and damages.

27. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

28. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and
BNBM, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

29. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.,
c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

30. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

31. David Wei, BNBM USA, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

32. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM
USA, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

33. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

34. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

35. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

36. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

37. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

38. All witnesses listed by all other parties.

39. All rebuttal witnesses.

40. Plaintiffs reserve the right to amend their witness list as discovery continues.

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

                /s/ Patrick S. Montoya, Esq.
                Patrick Shanan Montoya
                Fla. Bar No. 0524441
                Email: Patrick@colson.com
                Colson Hicks Eidson
                255 Alhambra Circle, PH
                Coral Gables, FL 33134-2351
                Telephone: (305) 476-7400
                Facsimile: (305) 476-7444
                *Interim Lead Counsel for Plaintiffs*

<u>**SERVICE LIST**</u>

**Hongwei Shang**
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendant Zheihang Provincial*
*Second Light Industry Enterprises Group*

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*

*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308
404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250

Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*

**Andrew K. Davidson**
Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New
Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New
Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New
Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700

Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>    **Defendants.** | **Case No. 1:11-CV-22408-MGC** |

## PRIORITY CLAIMANTS MARC & JENNIFER WITES'S AMENDED FACT WITNESS LIST

Pursuant to the Court's order of August 14, 2018 (ECF No. 47), Plaintiffs hereby furnish their Witness List.[1]

## NAME, ADDRESS AND DESCRIPTION OF WITNESS:

1. Marc Wites, 17625 Middlebrook Way, Boca Raton, FL 33496,

    a. Knowledge as to product identification, liability, causation and damages.

2. Jennifer Wites, 17625 Middlebrook Way, Boca Raton, FL 33496,

    a. Knowledge as to product identification, liability, causation and damages.

3. Andrea Wites (mother of Marc Wites), 12012 Glenmore Drive, Coral Springs, FL,

    a. Knowledge as to damages.

4. Mrs. Susan McGarry (mother of Jennifer Wites), 5175 Deerhurst Crescent Circle, Boca Raton, FL,

---

[1] Plaintiffs have met and conferred with Defense Counsel for the Taishan and BNBM Defendants in an effort to agree upon a joint stipulation regarding the authenticity of documents necessary for Plaintiff's case. Should the parties be able to come to an agreement regarding the same, Plaintiffs' Witness List will be significantly reduced.

      a.   Knowledge as to damages.

5. Dr. Edward Chung, M.D. (neighbor and physician of the Wites), 17617 Middlebrook Way, Boca Raton, FL 33496,

      a.   Knowledge as to damages.

6. Gary Morse (close friend and neighbor of the Wites), 17633 Middlebrook Way, Boca Raton, FL 33496,

      a.   Knowledge as to damages.

7. Kerri Lucia (close friend to Jennifer Wites), 11223 Mainsail Ct, Wellington, FL,

      a.   Knowledge as to damages.

8. Brian Plewinski (close friend of Marc Wites), 20610 N.E. 22nd Court, Miami, FL 33180,

      a.   Knowledge as to damages.

9. Debbie Feldman (close friend to the Wites), 204 Prettyman Drive, Rockville, MD 20850,

      a.   Knowledge as to damages.

10. Scott Gilman (close friend of Marc Wites), 5600 N.W.60th Drive, Coral Springs, FL,

      a.   Knowledge as to damages.

11. Jonathan Burns (former associate of Mr. Wites), 8568 Lewis River Road, Delray Beach, FL,

      a.   Knowledge as to damages.

12. Alan H. Pastor (Accountant who prepared Federal Income Taxes), Pastor and Golbois CPAs, P.A., 5300 Atlantic Avenue, Suite 210, Delray Beach, FL 33484;

      a.   Knowledge as to damages;

13. Javier Yanes, Yanes Security & Investigative Services, Inc., P.O. Box 145486, Coral
    Gables, FL, 33134 (Investigator who inspected the Wites' home and confirmed the
    presence of Chinese drywall);

    a. Knowledge as to liability, causation and damages.

14. Jay Sall, CIH, Senior Technical Advisor, EE&G IAQ Services, LLC,

    a. Knowledge as to liability, causation and damages.

15. Marc Brett Levy, President, B4 & After General Contractors, 264 NE 27 Avenue,
    Lighthouse Point, FL 33064;

16. Fed. R. Civ. P. 30(b)(6) corporate representative of Brenner Architecture Group, LLC,
    751 Park of Commerce Drive, Suite #110, Boca Raton, FL 33487;

    a. Knowledge as to damages.

17. Records Custodian of Brenner Architecture Group, LLC, 751 Park of Commerce Drive,
    Suite #110, Boca Raton, FL 33487;

18. Frank Gallichio (landlord for alternative housing), 5640 Trieste Way, Boca Raton, FL
    33487,

    a. Knowledge as to damages.

19. Elkie Gallichio (landlord for alternative housing), 5640 Trieste Way, Boca Raton, FL
    33487,

    a. Knowledge as to damages.

20. Records Custodian of ADT Security Services, 4438, 1501 Yamato Road, Boca Raton, FL
    33431;

3

21. Records Custodian for SanMer Service Corp., 508 Lindell Blvd., Delray Beach, FL 33444;

22. Records Custodian of EMSL Analytical, Inc., 200 North Route 130, Cinnaminson, NJ, 08077;

23. Records Custodian for Lindstrom Air Conditioning, Inc., 6601 Lyons Road, Suite D8, Coconut Creek, FL 33073,

24. Fed. R. Civ. P. 30(b)(6) corporate representative for EMSL Analytical, Inc., 200 North Route 130, Cinnaminson, NJ, 08077;

25. Fed. R. Civ. P. 30(b)(6) corporate representative of Hawkeye Home Inspections, Inc. (inspected the home prior to purchase and prior to discovery of Chinese drywall), P.O. Box 970640, Coconut Creek, FL 33097,

26. Records Custodian for Hawkeye Home Inspections, Inc. P.O. Box 970640, Coconut Creek, FL 33097,

27.

28. Records Custodian of 1stoplighting.com, 3321 Power Inn Road, Suite 310, Sacramento, CA 95826;

29. Records Custodian for Posh French Cleaners & Launderers, 16950 Jog Road, Delray Beach, FL 33446;

30. Records Custodian of Boca Raton Decorating Center, 2363 North Federal Hwy., Boca Raton, FL 33431;

4

31. Records Custodian for Elite Relocation, Inc., 1971 W McNab Road, Suite 5, Pompano Beach, FL 33069;

32. Records Custodian for Florida Power & Light Company, P.O. Box 025576, Miami, FL 33102;

33. Records Custodian for Florida Public Utilities, P.O. Box 3395, West Palm Beach, FL 33402;

34. Records Custodian for Florida's Finest Pool Service, 19785 Hampton Drive, # 5, Boca Raton, FL 33434,

35. Records Custodian for EZ Permits, 4101 Ravenswood Road, # 201, Dania Beach, FL 33312,

36. Records Custodian for Lightbulbs Unlimited, 1287 East Newport Center Drive, Suite 207, Deerfield Beach, FL 33442,

37. Records Custodian for Build.com, 402 Otterson Drive, Suite 100, Chico, CA 95928,

38. Records Custodian for Allied Trade Group, 11410 NE 122 Way, Suite 200, Kirkland, WA 98034,

39. Records Custodian for Plumber Supply Corporation, 12999 McGregor Blvd. SW, # 101, Ft. Myers, FL 33908,

40. Records Custodian for Boca Raton Decorating Center, 2363 N Federal Highway, Boca Raton, FL 33431,

41. Records Custodian for Universal Property and Casualty Insurance Company (Renters' Insurance), 1110 W. Commercial Boulevard, Suite 300, Fort Lauderdale, FL 33309;

42. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

    a.   Knowledge as to damages.

43. Records Custodian Palm Beach County Property Appraiser, 301 North Olive Avenue, West Palm Beach, FL 33401,

44. Fed. R. Civ. P. 30(b)(6) corporate representative with the most knowledge of Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

    a.   Knowledge as to damages.

45. Records Custodian Palm Beach County Tax Collector, P.O. Box 3715, West Palm Beach, FL 33402,

46. Salomon H. Abadi (La Suprema Trading, Inc. and La Suprema Enterprise, Inc.), 2221 NE 164th Street, #335, Miami, FL 33160,

    a.   Knowledge as to liability, causation and damages.

47. Fed. R. Civ. P. 30(b)(6) corporate representative of Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122, regarding the allegations in the complaint and the drywall delivered to the Wites' home,

    a.   Knowledge as to product identification, liability, causation and damages.

48. Records Custodian for Banner Supply, Co., 7195 N.W. 30th Street, Miami, FL 33122.

49. Fed. R. Civ. P. 30(b)(6) corporate representative of O.C.D. of S. Florida, Inc., 3431 SW 11th Street, Deerfield Beach, FL 3342.

50. Records Custodian for O.C.D. of S. Florida, Inc., 3431 SW 11th Street, Deerfield Beach, FL 3342.

51. Fed. R. Civ. P. 30(b)(6) corporate representative of Albanese-Popkin The Oaks Development Group, L.P., *Corporate Representative*, regarding the allegations in the complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL 33487,

   a. Knowledge as to liability and damages.

52. Records Custodian for Albanese-Popkin The Oaks Development Group, L.P., regarding the allegations in the complaint, 1200 S. Rogers Circle, Suite #11, Boca Raton, FL 33487,

   a. Knowledge as to liability and damages.

53. Gus Coffinas, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

   a. Knowledge as to product identification, liability, causation, damages.

54. Video deposition of Jack Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

   a. Knowledge as to product identification, liability, causation, damages.

55. Arthur Landers, Banner Supply Co., 7195 N.W. 30th Street, Miami, FL 33122

   a. Knowledge as to product identification, liability, causation, damages.

56. Ivan Gonima, Oriental Trading Company, 1406 Selbydon Way, Winter Garden , FL 34787,

   a. Knowledge as to liability, causation and damages.

57. Fu Tinghuan, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

58. Jia Tongchun, Taishan Gypsum Co., Ltd., Taian Taishan Plasterboard Co. Ltd., and
BNBM, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

59. Peng Wenlong, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd.,
c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

60. Zhang Jian, CNBM Group, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

61. David Wei, BNBM USA, c/o Defendant's Counsel,

    a.   Knowledge as to liability, causation and damages.

62. Cao Jianglin, Taishan Gypsum Co., Ltd., BNBM, CNBM, CNBM Group, and BNBM
USA, c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

63. Apollo Yang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

64. Che Gang, Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co. Ltd., c/o
Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

65. Wang Bing, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

66. Chen Yu, BNBM and Taishan Gypsum Co., c/o Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

67. Song Zhiping, CNBM Group and BNBM USA, c/o/ Defendants' Counsel,

    a.   Knowledge as to liability, causation and damages.

68. All witnesses listed by all other parties.

69. All rebuttal witnesses.

70. Plaintiffs reserve the right to amend their witness list as discovery continues.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that that the foregoing was electronically furnished to all counsel on the attached service list via e-mail on this 14th day of December, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

## <u>SERVICE LIST</u>

**Hongwei Shang**
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com
*Attorney for Defendant Zheihang Provincial*
*Second Light Industry Enterprises Group*

**Kristine McAlister Brown**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7584
Fax: 404-253-8497
Email: kristy.brown@alston.com
Lead Attorney for Defendant Taishan Gypsum Co.,
Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *and*
*Taian Taishan Plasterboard Co., Ltd.*

**Bernard Taylor , Sr.**
Alston & Bird
1201 W Peachtree Street
1 Atlantic Center
Atlanta, GA 30309
404-881-7000
Fax: 404-881-7777
Email: bernard.taylor@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Christina Hull Eikhoff**
Alston & Bird LLP
1201 W. Peachtree St. NW
Atlanta, GA 30308

404-881-7000
Email: christy.eikhoff@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**David Venderbush**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Email: david.venderbush@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*

**Michael P. Kenny**
Alston & Bird
1201 W Peachtree Street, NE
One Atlantic Center
Atlanta, GA 30309-3424
404-881-7179
Fax: 881-7777
Email: mike.kenny@alston.com
*Attorney for Defendant Taishan Gypsum Co.,*
*Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. and*
*Taian Taishan Plasterboard Co., Ltd.*


**Craig P Kalil**
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com
*Attorney for Beijing New Building Materials*


**Andrew K. Davidson**

12

Orrick, Herrington & Sutcliff LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: adavidson@orrick.com
*Attorney for Beijing New*
*Building Materials*

**Eric Matthew Hairston**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: ehairston@orrick.com
*Attorney for Beijing New*
*Building Materials*

**James L. Stengel**
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com
*Attorney for Beijing New*
*Building Materials*

**L. Christopher Vejnoska**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com
*Attorney for Beijing New*
*Building Materials*