# EXHIBIT 16

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.

_____/

## **DEFENDANTS' WITNESS LISTS FOR PRIORITY CLAIMANTS**

Pursuant to the Court's order of November 16, 2018 (D.E. 112), Defendants hereby serve their witness lists.

Dated: December 14, 2018

Respectfully submitted,

**AKERMAN LLP**
Las Olas Centre II - Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224

By: /s/ Enjoliqué D. Aytch
    Enjoliqué D. Aytch, Esq.
    enjolique.aytch@akerman.com
    Florida Bar No.: 0104881

**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777

Bernard Taylor, Esq.
Georgia Bar No. 669625
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
bernard.taylor@alston.com
mike.kenny@alston.com
christy.eikhoff@alston.com
david.venderbush@alston.com

*Attorneys for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

Craig P Kalil
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska
Eric Matthew Hairston
Andrew K. Davidson
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
415-773-5700
Email: cvejnoska@orrick.com

James L. Stengel
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
212-506-5000
Email: jstengel@orrick.com

*Counsel for BNBM PLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

                                                      /s/ Enjoliqué D. Aytch

**SERVICE LIST:**

*Attorneys for CNBM and the BNBM Entities*

L. Christopher Vejnoska (CA Bar No. 96082)
Eric Matthew Hairston (CA Bar No. 229892)
Andrew K. Davidson
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
T: 415-773-5700
Email:  cvejnoska@orrick.com
        ehairston@orrick.com
        adavidson@orrick.com

Craig P Kalil
Aballi Milne Kalil P.A.
SunTrust International Center
1 SE 3rd Avenue
Suite 2250
Miami, FL 33131
305-373-6600
Fax: 305-373-7929
Email: ckalil@aballi.com

James L. Stengel (NY Bar No. 1800556)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY, 10019
T:  212-506-5000
Email:  jstengel@orrick.com

*Attorney for Zhejiang Provincial Second Light Industry Enterprises Group*

Hongwei Shang
The Law Office of Hongwei Shang, LLC
9130 S. Dadeland Boulevard
Suite 1620
Miami, FL 33156
786-581-9759
Fax: 786-581-9168
Email: hshanglaw@gmail.com

*Attorneys for Plaintiffs*

Arnold Levin
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
215-592-1500
Fax: 592-4663

Natalie Marie Rico
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134
305-476-7400
Fax: 305-476-7444

Email: alevin@lfsblaw.com

Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
Email: cseeger@seegerweiss.com

Dawn M. Barrios
Barrios Kingsdorf & Casteix
701 Poydras Street
One Shell Square Suite 3650
New Orleans, LA 70139-3650
504-524-3300
Email: barrios@bkc-law.com

Emma Kingsdorf Schwab
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
504-524-3300
Email: eschwab@bkc-law.com

Frederick S. Longer
Levin Fishbein Sedrin & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106-3697
215-592-1500
Fax: 592-4663
Email: flonger@lfsblaw.com

Jay Patrick Dinan
Parker Waichman LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
239-390-8609
Fax: 239-390-0055
Email: jdinan@yourlawyer.com

Jeffrey A. Breit
Breit Drescher Imprevento PC
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757-622-6000

Email: rico.natalie@gmail.com

Pearl Anna Robertson
Irpino Avin Hawkins
Email: probertson@irpinolaw.com

Richard S. Lewis
Hausfeld, LLP
1700 K. Street, N.W.
Washington, DC 20006
202-408-4600
Email: rlewis@hausfeld.com

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 E Main Street
Suite 310
Norfolk, VA 23510
757-233-0009
Email: rserpe@serpefirm.com

Sandra Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500
Email: sduggan@lfsblaw.com

Scott George
Seeger Weiss, LLP
1515 Market Street
Suite 1380
Philadelphia, PA
215-553-7980
Email: sgeorge@seegerweiss.com

Patrick Shanan Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134-2351
305-476-7400
Fax: 476-7444
Email: patrick@colson.com

Email: Jeffrey@breit.law
Jeffrey S. Grand
Seeger Weiss LLP
77 Water Street, 8th Floor
New York, NY 10005
(212) 584-0700
Email: jgrand@seegerweiss.com

Jimmy Faircloth
Faircloth, Melton, & Sobel
Gras Town Plaza
412 N. 4th Street, Suite 230
Baton Rouge, LA 70802
(225) 343-9535
Email: jfaircloth@fairclothlaw.com

Leonard A. Davis
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
504-581-4892
Email: ldavis@hhklawfirm.com

James V. Doyle
Doyle Law Firm, PC
201 Biscayne Blvd.
28th Floor
Miami, FL 33131
305-677-3388
Fax: 844-638-5812
Email: jim.doyle@doylefirm.com (Inactive)

# EXHIBIT A

- All fact witnesses identified by Plaintiffs; and
- The following witnesses (including each claimant):

| Claimant Name And Address | Fact Witnesses |
|---|---|
| Avery, Janet 4231 SE 19th Place, Unit #11, Cape Coral, FL 33904 | <ul><li>Bay Colony-Gateway, Inc. (Former owner)<ul><li>24301 Walden Center Drive, Bonita Springs, FL 34134</li></ul></li><li>Ericksons Drying Systems (home inspection company)<ul><li>PO Box 61571, Fort Myers, FL 33906.</li></ul></li><li>Kross Inspectors (home inspector)<ul><li>2710 Del Prado Blvd., Unit 2165, Cape Coral FL 33904.</li></ul></li><li>Allied Home Inspections (home inspector)<ul><li>Address unknown</li></ul></li><li>Banner Supply Company, Inc. (drywall supplier)</li><li>Madeline Davis (economic damages)<ul><li>Address unknown</li></ul></li><li>J&D Heating and Air Conditioning, Inc. (AC contractor)<ul><li>5631 Halifax Ave., Ft. Myers, FL 33912</li></ul></li><li>Kenneth M. Wilkinson (Lee County property appraiser)<ul><li>P.O. Box 1546, Fort Myers, FL 33902</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP<ul><li>One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul></li></ul> |
| Chatmon, Lillian E. 4151 Bismarck Palm Drive, Tampa, FL 33610 or 1530 Creekbend Drive, Brandon, FL 33510 | <ul><li>Brandon Richardson-Kross Inspectors (home inspector)<ul><li>2710 Del Prado Blvd., Unit 2165, Cape Coral, FL 33904</li></ul></li><li>Jackie Dwayne Bronson Florida Building Engineering & Inspections (home inspector)<ul><li>Address unknown</li></ul></li><li>EGG Systems, Inc. (HVAC repair contractor)<ul><li>7906 Leo Kidd Ave., Port Richey, FL 34668</li></ul></li><li>American Building Materials (drywall supplier)</li><li>L&W Supply d/b/a Seacoast Supply<ul><li>550 W. Adams Street, Dept. 174, Chicago, IL 60661</li></ul></li><li>Boardwalk Drywall, Inc. (installer)<ul><li>4231 Grand Blvd., New Port Richey, FL 34652</li></ul></li><li>Rottlund Homes of Florida, Inc. (builder/former owner)<ul><li>2637 McCormick Drive, Clearwater, FL 33579</li></ul></li><li>Bob Henriquez (Hillsborough County Property Appraiser)<ul><li>601 E. Kennedy Blvd, 15th Floor County Center, Tampa, FL 33602</li></ul></li></ul> |
| Deeg, David R. and Hooker, Deborah M. | <ul><li>Treasure Coast Communities, LLC (original owner & developer).<ul><li>212 SW 5th St., Stuart, FL 34994</li></ul></li><li>Howard Ehrsam or other representative of Chinese Drywall Screening, LLC (home inspectors)</li></ul> |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| 1902 SW 3rd Avenue, Okeechobee, FL 34974 | <ul><li>o 411 SW Silver Palm Cove, Port St. Lucie, FL 34986.</li><li>National Property Inspections by James Childre, Inc. (home inspector)<ul><li>o 1499 SE Legacy Cove Cir., Stuart FL 34997</li></ul></li><li>D&A Construction Services, Stuart, FL 34996 (installer)</li><li>Banner Supply Company (drywall supplier)<ul><li>o 2101 NW Settle Ave, Port St. Lucie, FL 34986</li></ul></li><li>Stuart South Group LC (General Contractor)<ul><li>o PO Box 3179, Stuart, FL 34995</li></ul></li><li>Laurel Kelly (Martin County property appraiser)<ul><li>o 1111 SE Federal Highway, Suite 330, Stuart FL 34994</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP<ul><li>o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul></li></ul> |
| Etter, Steve and Cathy<br><br>1281 Heidi Haven Dr., Lawrenceburg, IN 47025 | <ul><li>Howard Ehrsam or other representative of Chinese Drywall Screening, LLC (home inspectors)<ul><li>o 411 SW Silver Palm Cove, Port St. Lucie, FL 34986.</li></ul></li><li>Gypsum Construction & Consulting (inspector)<ul><li>o Address unknown</li></ul></li><li>Christian Thomas Construction, Inc. (remediation contractor)<ul><li>o 935 Town Hall Ave., Jupiter, FL 33458.</li></ul></li><li>J. Helm Construction Inc., DBA Sundown Development (contractor / installer)<ul><li>o PO Box 3967, Tequesta, FL 33469</li></ul></li><li>Banner Supply Company (drywall supplier)<ul><li>o 2101 NW Settle Ave, Port St. Lucie, FL 34986</li></ul></li><li>IMR Test Labs (drywall analysis)<ul><li>o 131 Woodsedge Drive, Lansing, NY 14882</li></ul></li><li>Lightning Electric, Inc (inspection)<ul><li>o 4810 Georgia Ave., W Palm Beach, FL 33405</li></ul></li><li>Dorothy Jacks (Palm Beach County property appraiser)<ul><li>o 301 North Olive Avenue, 5th Floor, West Palm Beach, FL 33401</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP<ul><li>o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul></li></ul> |
| Feldkamp, Andrew and Dawn<br><br>5543 Billings Street, Lehigh Acres, FL 33971 | <ul><li>Southern Home Loan, C/O Fidelity/Saxon Mortg. Services (former owner)<ul><li>o 1270 Northland Drive, Ste. 200, Mendota Heights, MN 55120</li></ul></li><li>Comprehensive Building Consultants & Home Watch Company (home inspector)<ul><li>o Address unknown</li></ul></li><li>Banner Supply Company (drywall supplier)<ul><li>o 2101 NW Settle Ave, Port St. Lucie, FL 34986</li></ul></li><li>Kenneth M. Wilkinson (Lee County property appraiser)<ul><li>o P.O. Box 1546, Fort Myers, FL 33902</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP</li></ul> |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| | <ul><li>One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul> |
| Foster, William and Vickie<br><br>10814 Fortina Drive, Fort Myers, FL 33913 | <ul><li>Bay Colony-Gateway, Inc. (Former owner / builder)<ul><li>24301 Walden Center Drive, Bonita Springs, FL 34134</li></ul></li><li>Intuitive Environmental Solutions (home inspector)<ul><li>13521 Eagle Ridge Drive, Ste. 111, Fort Myers, FL 33912</li></ul></li><li>Allied Home Inspection (home inspector)</li><li>Polkow Construction, Inc. (remediation contraction)<ul><li>Address unknown</li></ul></li><li>David Martin, M.D. (treating physician)<ul><li>13813 Metro Pkwy Ft. Myers, FL 33912</li></ul></li><li>Banner Supply Company (drywall supplier)<ul><li>2101 NW Settle Ave, Port St. Lucie, FL 34986</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP<ul><li>One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul></li></ul> |
| Gody, Anthony and Candace<br><br>10842 Tiberio Drive, Fort Myers, FL 33913 | <ul><li>Bay Colony-Gateway, Inc. (Former owner / builder)<ul><li>24301 Walden Center Drive, Bonita Springs, FL 34134</li></ul></li><li>WCI Communities Limited Partnership (builder)<ul><li>24301 Walden Center Drive, Bonita Springs, FL 34134</li></ul></li><li>Intuitive Environmental Solutions, LLC (home inspection/remediation)<ul><li>13521 Eagle Ridge, Ste. 111, Fort Myers, FL 33912</li></ul></li><li>Drywall Science (home inspection)<ul><li>Address unknown</li></ul></li><li>Polkow Construction (remediation contractor)<ul><li>Address unknown</li></ul></li><li>Wiegold & Sons, Inc. (AC contractor)<ul><li>4380 Enterprise Ave., Naples, FL 34104</li></ul></li><li>Banner Supply Company. (drywall supplier)<ul><li>2101 NW Settle Ave, Port St. Lucie, FL 34986</li></ul></li><li>Taishan Corporate Representative c/o Alston & Bird LLP<ul><li>One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309</li></ul></li></ul> |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| Griffin, David<br><br>9801 Cobblestone Creek Drive, Boynton Beach, FL<br><br>9801 Cobblestone Lakes Court, Boynton Beach, FL 33437 | • Northstar Holdings at B and A, LLC (former owner)<br>　○ 14406 Military Trail, Delray Beach, FL 33484<br>• Yanes Security & Investigative Services, Inc.<br>　○ Javier Yanes (inspector)<br>　○ 782 NW 42nd Avenue # 350, Miami, FL 33126<br>• Precision Drywall, Inc. (drywall installer)<br>　○ 352 Tall Pines Road, West Palm Beach, FL 33413<br>• Banner Supply Co. Inc. (drywall supplier)<br>　○ 5449 Maule Way, West Palm Beach, FL 33407<br>• Saddy Abaunza Delgado (economic damages from drywall)<br>　○ 2665 South Bayshore Drive, Suite 100, Coconut Grove, FL 33133<br>　○ 1430 S. Dixie Highway, Suite 110, Coral Gables, FL 33146<br>• Dorothy Jacks (Palm Beach County property appraiser)<br>　○ 301 North Olive Avenue, West Palm Beach, FL 33401<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>　○ One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Hernandez, John and Bertha<br><br>3516 N. Perry Ave., Tampa, FL 33603 | • Flora G. Barbera (occupant)<br>• Joseph H. Ficarrotta (former owner)<br>　○ Address unknown<br>• D. Craig Frank & Beverly Lee Frank (former owner)<br>　○ Address unknown<br>• Jody L. Morgan and Ginger W. Morgan (former owner)<br>• Howard Ehrsam—Chinese Drywall Screening, LLC (inspector)<br>　○ 411 SW Silver Palk Cover, Port St. Lucie, FL 34986<br>• Sierra Construction & Restoration, Inc. (remediation contractor)<br>　○ 912 West M.L. King Blvd., Tampa, FL 33603<br>• Susie Tison, Rinker Materials of Florida, Inc. (drywall supplier)<br>　○ 8412 Sabal Industrial Blvd, Tampa, FL 33619<br>• Sonny Glasbrenner, Inc. (general contractor)<br>　○ 3565 12th Ave. N, Clearwater, FL 33762<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>　○ One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Lalwani, Gul and Deborah<br><br>32 Rollingwood Drive, Voorhees, NJ 08043 | • Black Bear Development Corp. (original owner)<br>　○ 1307 19th Pl., Vero Beach, FL 32960<br>• Tim Zorc—Chinese Drywall Screening, LLC (inspector)<br>　○ Address unknown<br>• David C. Nolte (Indian River County property appraiser)<br>　○ 1800 27th Street, Vero Beach, FL 32960<br>• Woodside Homes of Southeast Florida (homebuilder)<br>　○ 2540 Metro Centre Blvd., Suite 3, West Palm Beach, FL 33407<br>• Triple E Corporation (drywall installer) |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| | o 2723 SW Horseshoe Trail, Palm City, FL 34990<br>• Banner Supply (drywall supplier)<br>   o 7195 N.W. 30th Street, Miami, FL 33122<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>   o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Marin, Cassandra<br><br>4402 Lake Tahoe Circle, West Palm Beach, FL 33409 | • Yvette Marin (filled out SPPF for claimant)<br>   o Address unknown<br>• Marlonne Philistin (spouse)<br>• Jean Blanchard (former owner)<br>   o Address unknown<br>• Michelle Franklin (St. Lucie County property appraiser)<br>   o 2300 Virginia Avenue, #107, Ft. Pierce, FL 34982<br>• Tim Zorc—Chinese Drywall Screening (inspector)<br>   o Address unknown<br>• Turn Key Home Builders, Inc. (homebuilder)<br>   o 350 So. County Road, Suite 102-136, Palm Beach, FL 33480<br>• Allied Building Products Corp. (drywall supplier)<br>   o 15 East Union Ave., East Rutherford, NJ 07073<br>• Atlantic Building Materials (drywall supplier)<br>   o 1661 SW Macedo Blvd., Port St. Lucie, FL 34984<br>• Allied Drywall (drywall installer)<br>   o Address unknown<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>   o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Martinez, Dailyn<br><br>1624 NW 37th Ave., Cape Coral, FL 33993 | • Dr. Orlando Arrazola (knowledge of claimant's medical records)<br>   o 311 NE 8th St., Suite 109, Homestead, FL 33030<br>• United Home Builders (homebuilder)<br>   o 1309 ColosaVista Road, Fort Myers, FL 33901<br>• Geoff Moore-Erickson's Drying Systems (inspector)<br>   o P.O. Box 61571, Fort Myers, FL 33906<br>• Luis E. Diaz (occupant)<br>   o 1624 NW 37th Ave., Cape Coral, FL 33993<br>• Jeasiel Diaz (occupant)<br>   o 1624 NW 37th Ave., Cape Coral, FL 33993<br>• Chris Hayden-Chinese Drywall Screening LLC (inspector)<br>   o 501 SE Port St. Lucie Blvd., Suite 101, Port St. Lucie, FL 34984<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>   o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Miranda, Jose and Adela<br><br>8890 SW 229 | • Yelika Miranda (occupant)<br>   o 8890 SW 229 Street, Miami, FL 33190<br>• Amy Miranda (occupant)<br>   o 8890 SW 229 Street, Miami, FL 33190 |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| Street, Miami, FL 33190 | • Isalibeth Miranda (occupant)<br>    o 8890 SW 229 Street, Miami, FL 33190<br>• Pride Homes of Lakes by the Bay-Parcel H, LLC (homebuilder)<br>    o 12448 SW 127th Ave., Miami, FL 33186<br>• Design Drywall of South Florida, LLC (drywall installer)<br>    o 4444 SW 71 Avenue, Suite 107, Miami, FL 33155<br>• Howard Ehrsam-Chinese Drywall Screening, LLC (inspector)<br>    o 411 SW Silver Palm Cover, Port St. Lucie, FL 34986<br>• GulfEagle Supply (drywall supplier)<br>    o 700 SW 1st Street, Suite B, Homestead, FL 33030-6902<br>• Pedro J. Garcia (Miami-Dade County property appraiser)<br>    o Stephen P. Clark Center, 111 NW 1st Street, Suite 710, Miami, FL 33128<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>    o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Nguyen, Tracy, and Mai, Tuyen<br><br>103 SE 16th Place, Cape Coral, FL 33990 | • Toan D Bui (occupant)<br>• Kevin Bui (occupant)<br>• Tyvinh Bui (occupant)<br>• Allied Home Inspections (inspector)<br>• Legend Custom Builders, Inc. (homebuilder)<br>    o 14 Del Prado Blvd., North, Suite 201, Cape Coral, FL 33909<br>• Central Aire Conditioning, Inc. (HVAC repair)<br>    o 2706 SE Santa Barbara Place, Cape Coral, FL 33904<br>• Banner Supply Company (drywall supplier)<br>• Alberto Perez/Vazquaz Miguel-J&A Stucco Drywall Inc. (remediation contractor)<br>    o 1525 San Marco Road, Marco Island, FL 54145<br>    o Or 462 E Cowboy Way, La Belle, FL 33435<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>    o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Nunez, Jeovany and Monica<br><br>20225 NE 34 Court, Apt. 2215, Aventura, FL 33180 | • Madison Fives (occupant)<br>• Kaila Fives (occupant)<br>• Shoma Homes Splendido, Inc. (homebuilder)<br>    o 3470 NW 82nd Ave, Suite 988, Doral, FL 33122<br>• Mercado Enterprises, Inc. (drywall installer)<br>• Howard Ehrsam, Chinese Drywall Screening, LLC (inspector)<br>    o 411 SW Silver Palm Cove, Port Lucie, FL 34986<br>• Oscar Air Conditioning, Inc. (HVAC repair)<br>    o 6540 NW 84th Ave., Miami, FL 33166<br>• Pedro J. Garcia (Miami-Dade County property appraiser) |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| | o Stephen P. Clark Center, 111 NW 1st Street, Suite 710, Miami, FL 33128<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>  o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| O'Brien, Kelly and Lori<br><br>3310 W. Iowa Ave., Tampa, FL 33611 | • Liam O'Brien (occupant)<br>• Aedin O'Brien (occupant)<br>• Steven R. Carter, Inc. (homebuilder)<br>  o 3808 W. San Nicholas Street, Tampa, FL 33629<br>• Black Bear Gypsum, LLC (drywall supplier)<br>  o 2050 Tall Pines Drive, Suite B, Largo, FL 33771<br>• William Talmadge Drywall (drywall installer)<br>  o 7007 Aspen Avenue, Tampa, FL 33637<br>• Allied Home Inspections (inspector)<br>  o Address unknown<br>• Morris Air Conditioning and Heating, Inc. (HVAC repair)<br>  o P.O. Box 1427, Mango, FL 33550<br>• Sunstate Mechanical Contractors, Inc. (HVAC repair)<br>  o P.O. Box 218, Sydney, FL 33587<br>• Donald McDermott (economic damages from drywall)<br>  o Address unknown<br>• Marilyn K. Liguori—Timothy Liguori & Associates, Inc. (appraiser)<br>  o P.O. Box 280057, Tampa, FL 33682<br>• Bob Henriquez (Hillsborough County property appraiser)<br>  o 601 E. Kennedy Blvd., 15th Floor County Center, Tampa, FL 33602<br>• Taishan Corporate Representative c/o Alston & Bird LLP<br>  o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Rosen, Kevin and Stacey<br><br>P.O. Box 810544, Boca Raton, FL 33481 | • Javier Yanes—Yanes Security & Investigative Services, Inc. (inspector)<br>• Albanese-Popkin The Oaks Development Group, LP (homebuilder)<br>  o 1200 South Rogers Circle, Suite 11, Boca Raton, FL 33487<br>• Oceancoast Drywall of S. Fl. Inc. (drywall installer)<br>  o 3431 SW 11 Street, #1, Deerfield Beach, FL 33442<br>• Chicas Construction, Inc. (drywall installer)<br>  o 4131 Lakes Drive, Tampa, FL 33319<br>• Banner Supply Company Pompano, LLC (drywall supplier)<br>  o 1660 SW 13 Court, Pompano Beach, FL 33069<br>• Insurance Repair Specialists, Inc. (restoration/construction)<br>  o 5394 Northeast 13th Way, Pompano Beach, FL 33064<br>• First Class AC & Appliance (HVAC repair)<br>  o 4980 SW 52 St., Unit # 118, Davie, FL 33314<br>• Central Vacuum Connection (HVAC repair)<br>  o 407 Commerce Way 4A, Jupiter, FL 33458<br>• Sunstate Air Conditioning, Inc. (HVAC repair)<br>  o 5241 N.W. 89th Drive, Coral Springs, FL 33067 |

| Claimant Name And Address | Fact Witnesses |
|---|---|
|  | - Giovanni Andujar—A Plus Real Estate Appraisals, Inc. (appraiser)<br>    o 5645 Coal Ridge Dr. #165, Coal Springs, FL 33076<br>- Ryan Greenblatt—Lang Realty (economic damages from drywall)<br>    o 9858 Clint Moore Rd C124, Boca Raton, FL 33496<br>- Saddy Abaunza Delgado—Avatar Luxury Real Estate (economic damages from drywall)<br>    o 2665 South Bayshore Drive, Suite 100, Coconut Grove, FL 33133<br>- Dorothy Jacks (Palm Beach County property appraiser)<br>    o 301 North Olive Avenue, 5th Floor, West Palm Beach, FL 33401<br>- Taishan Corporate Representative c/o Alston & Bird LLP<br>    o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Rosen, Michael<br><br>5600 Saint Annes Way, Boca Raton, FL 33496 | - Albanese-Popkin The Oaks Development Group LP (homebuilder)<br>    o 1200 S. Rogers Circle, Suite 11, Boca Raton, FL 33487<br>- Javier Yanes—Yanes Security & Investigative Services, Inc. (inspector)<br>- Saddy Abaunza Delgado—Avatar Luxury Real Estate (economic damages from drywall)<br>    o 2665 South Bayshore Drive, Suite 100, Coconut Grove, FL 33133<br>- Tech Air of Westgate, Inc. (HVAC repair)<br>    o 2414 Cherokee Ave., West Palm Beach, FL 33409<br>- Ocean Coast Drywall of South Florida, Inc. (drywall installer)<br>    o 3431 SW 11 Street, Unit 1, Deerfield Beach, FL 33442<br>- Arthur Landers—Banner Supply Co. (drywall supplier)<br>    o 7195 NW 30th Street, Miami FL, 33122<br>- Seacoast Supply (drywall supplier)<br>    o 21195 Boca Rio Road, Boca Raton, FL 33433<br>- Dorothy Jacks (Palm Beach County property appraiser)<br>    o 301 North Olive Avenue, 5th Floor, West Palm Beach, FL 33401<br>- Taishan Corporate Representative c/o Alston & Bird LLP<br>    o One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Walls, Larry and Rosalee<br><br>P.O. Box 151861, Cape Coral, FL 33915 | - Allied Home Inspections (inspector)<br>- Kenny Erickson-Erickson's Drying Systems (inspector)<br>    o P.O. Box 61571, Fort Myers, FL 33906<br>- Traci-Anne Boyle—AirQuest Environmental, Inc. (inspector)<br>    o 5150 Southwest 48th Way, Suite 610, Fort Lauderdale, FL 33314<br>- James M. Crawford—Lakeland Laboratories (analyzed samples sent by AirQuest)<br>    o 1910 Harden Blvd, Suite 101, Lakeland, FL 33803-1829<br>- Karell Locay—Benchmark Remediation Group LLC (inspector)<br>    o 1040 Bay View Drive, Suite 520, Ft. Lauderdale, FL 33305 |

| Claimant Name And Address | Fact Witnesses |
|---|---|
| | - Aranda Homes (homebuilder)<br>  - 1310 SW 4th Terrace, Cape Coral, FL 33991<br>- Banner Supply Co. Fort Myers, LLC (drywall supplier)<br>  - 2910 Cargo Street, Fort Myers, FL 33916<br>- Kenneth M. Wilkinson (Lee County property appraiser)<br>  - P.O. Box 1546, Fort Myers, FL 33902<br>- Taishan Corporate Representative c/o Alston & Bird LLP<br>  - One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |
| Wites, Marc and Jennifer<br><br>17625 Middlebrook Way, Boca Raton, FL 33496 | - Albanese-Popkin The Oaks Development Group, LP (homebuilder)<br>  - 1200 S. Rogers Circle, Suite 11, Boca Raton, FL 33487<br>- Jeffrey and Bari Pech (former owner)<br>  - 1 Maple Way, Woodbury, NY 11707<br>- Javier Yanes—Yanes Security & Investigative Services, Inc. (inspector)<br>- Jay Sall—EE&G IAQ Services, LLC (post-remediation inspector)<br>  - 14505 Commerce Way, Suite 400, Miami Lakes, FL 33016<br>- Patricia Reddington—EMSL Analytical, Inc. (analyzed samples for Jay Sall)<br>  - 200 North Route 130, Cinnaminson, NJ 08077<br>- Hawkeye Home Inspections, Inc. (inspector)<br>  - P.O. Box 970640, Coconut Creek, FL 33097-0640<br>- Marc Brett—B4 & After General Contractors (president of remediation company)<br>  - 2641 NE 27th Ave., Lighthouse Point, FL 33064<br>- Ocean Coast Drywall of South Florida, Inc. (drywall installer)<br>  - 3431 SW 11 Street, Unit 1, Deerfield Beach, FL 33442<br>- Banner Supply Company Pompano, LLC (drywall supplier)<br>  - Two S. Biscayne Blvd., Suite 3400, Miami, FL 33131<br>- SanMar Service Corp. (HVAC repair)<br>  - 508 Lindell Blvd., Delray Beach, FL 33444<br>- Taishan Corporate Representative c/o Alston & Bird LLP<br>  - One Atlantic Center, 1201 W. Peachtree Street NE #4900, Atlanta, GA 30309 |