# EXHIBIT 27

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,                                                  Case No. 1:11-CV-22408-MGC

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,                                                  Case No. 2:11-CV-377-MSD

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,
    Defendants.

## AMENDED NOTICE OF DEPOSITION PURSUANT
## TO FED. R. CIV. P. 30 (b)(6)

TO: Taishan Gypsum Co., Ltd.
Taian Taishan Plasterboard Co., Ltd.
Through its attorneys
Christina Hull Eikhoff
Michael P. Kenny
Bernard S. Taylor, Sr.
Alston & Bird, LLP
One Atlantic Center
1201 W. Peachtree St., NE, Suite 4900
Atlanta, Georgia 30309

PLEASE TAKE NOTICE that the Plaintiffs in the above-captioned actions, by counsel, pursuant to the Fed. R. Civ. P. 30 (b)(6), will take the stenographic video deposition of Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. (collectively, "TAISHAN") at Alston & Bird, LLP, One Atlantic Center, 1201 W. Peachtree Street NE, Suite 4900, Atlanta, Georgia 30309 on Tuesday, January 22, 2019, commencing at 8:00 a.m., and continuing to Wednesday, January 23, 2019, until completed.

Pursuant to Fed. R. Civ. P. 30 (b)(6), TAISHAN, is required to designate and fully prepare one or more officers, directors, managing agents or other persons who consent to testify on behalf of TAISHAN, and whom TAISHAN will fully prepare to testify regarding all information that is known or reasonably available to TAISHAN's organization regarding the following designated matters:

## MATTERS OF EXAMINATION

1. TAISHAN's practice of board marking and customization from 2005 to 2009, including alpha-numerical markings, color markings and other symbols/characters of product description applied or affixed to drywall, edge or end tape or packaging.

2

2. TAISHAN's knowledge and position as to the manufacturer of boards with certain markings shown in exemplar photographs of drywall boards.

3. TAISHAN's responses to the Court's Product ID website requiring each defendant to confirm or deny certain Product ID markings.

4. Information provided in TAISHAN's Manufacturers' Profile Form.

5. Information provided in Peng Wenlong's internal chart (PENG: Exhibit 801-2).

6. Information provided in "Statement on the Data and Statistics of Exports to the U.S. from 2005 to 2007 (TG-0129675-76).

7. Information regarding other Chinese drywall manufacturers that may have manufactured boards for US use from 2005 to 2009.

8. Information regarding potential counterfeiting of TAISHAN drywall marks or brands.

9. The document retention policy/policies of TAISHAN since 2004.

10. The methodology employed by TAISHAN in preparing the representative testifying on behalf of TAISHAN, including materials reviewed and persons consulted.

Respectfully submitted,

Dated: January 14, 2019

By: /s/ *Russ M. Herman*
Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel on behalf of the Plaintiffs' Steering Committee MDL 2047*

3

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel on behalf of the Plaintiffs' Steering Committee MDL 2047*


Patrick S. Montoya
COLSON, HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: patrick@colson.com
*Plaintiffs' Interim Lead Counsel in the Southern District of Florida*

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
Email: rserpe@serpefirm.com

Jeffrey Breit
BREIT, DRESCHER, IMPREVENTO
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Phone: (757) 330-4099
Fax: (757) 670-3895
Email: jeffrey@breit.law
*Plaintiffs' Interim Co-Lead Counsel in the Eastern District of Virginia*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of January, 2019, a copy of the foregoing was served via electronic, regular and/or certified mail on counsel of record as follows.

                          By: /s/ *Sandra L. Duggan*
                          Sandra L. Duggan
                          LEVIN SEDRAN & BERMAN LLP
                          510 Walnut Street, Suite 500
                          Philadelphia, PA 19106
                          Phone: (215) 592-1500
                          Fax: (215) 592-4663
                          sduggan@lfsblaw.com
                          *Plaintiffs' Counsel*