# EXHIBIT 28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

BNBM GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN BNBM
PLASTERBOARD CO., LTD., et al.,

    Defendants.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## Case No. 2:11-CV-377-MSD

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

BNBM GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN BNBM
PLASTERBOARD CO., LTD., et al.,
    Defendants.

### NOTICE OF DEPOSITION PURSUANT
### TO FED. R. CIV. P. 30 (b)(6)

TO: Beijing New Building Materials Public Limited Company
Through its attorneys
Andrew K. Davidson
L. Christopher Vejnoska
James L. Stengel
Eric Matthew Hairston
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105

PLEASE TAKE NOTICE that the Plaintiffs in the above-captioned actions, by counsel, pursuant to the Fed. R. Civ. P. 30 (b)(6), will take the stenographic video deposition of Beijing New Building Materials Public Limited Company ("BNBM") on March 5, 2019 beginning at 9:00 a.m. at Orrick, Herrington & Sutcliffe, LLP, 405 Howard Street, San Francisco, California 94105.

Pursuant to Fed. R. Civ. P. 30 (b)(6), BNBM, is required to designate and fully prepare one or more officers, directors, managing agents or other persons who consent to testify on behalf of BNBM, and whom BNBM will fully prepare to testify regarding all information that is known or reasonably available to BNBM's organization regarding the following designated matters:

### MATTERS OF EXAMINATION

1.  BNBM's practice of board marking and customization from 2005 to 2009, including alpha-numerical markings, color markings and other symbols/characters of product description applied or affixed to drywall, edge or end tape or packaging.

2.  BNBM's knowledge and position as to the manufacturer of boards with certain markings as evidenced by exemplar photographs.

2

3. BNBM's responses to the Court's Product ID website requiring each defendant to confirm or deny certain Product ID markings.

4. Information provided in BNBM's Manufacturers' Profile Form.

5. Information regarding potential counterfeiting of BNBM drywall marks or brands.

6. The document retention policy/policies of BNBM since 2001.

7. The methodology employed by BNBM in preparing the representative testifying on behalf of BNBM, including material reviewed and persons consulted.

8. Information regarding BNBM's knowledge of distribution of drywall by BNBMIE and/or BBMIE between 2005 and 2009. Including the relationship between the entities BNBM, BNBMIE and BBMIE.

**EDUARDO AND CARMEN AMORIN, et al.**

By: /s/Patrick S. Montoya
COLSON, HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Email: patrick@colson.com
*Plaintiffs' Interim Lead Counsel in the Southern District of Florida*

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892

3

Fax:(504) 561-6024
Email: RHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel on behalf of the Plaintiffs' Steering Committee MDL 2047*

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
Email: rserpe@serpefirm.com

Jeffrey Breit
BREIT, DRESCHER, IMPREVENTO
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Phone: (757) 330-4099
Fax: (757) 670-3895
Email: jeffrey@breit.law
*Plaintiffs' Interim Co-Lead Counsel in the Eastern District of Virginia*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Email: alevin@lfsblaw.com
*Plaintiffs' Lead Counsel on behalf of the Plaintiffs' Steering Committee MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February, 2019, a copy of the foregoing was served via electronic, regular and/or certified mail on counsel of record as follows.

>By :/s/Patrick S. Montoya
>COLSON, HICKS EIDSON
>255 Alhambra Circle, Penthouse
>Coral Gables, FL 33134
>Phone: (305) 476-7400
>Fax: (305) 476-7444
>Email: patrick@colson.com
>*Plaintiffs' Interim Lead Counsel in the Southern District of Florida*