# EXHIBIT 31 part 4



**FLORIDA PUBLIC UTILITIES**

| Account #: | ▐▐▐▐ | Page: | Page 1 of 1 |
|---|---|---|---|
| Service Period: | 08/14-09/16 | Billing Date: | 09/24/2009 |
| Route: | 001520 | | |

Florida Public Utilities
P.O. Box 3395
West Palm Beach, FL 33402-3395
Customer Service: (561) 832-0872
www.fpuc.com

Service Location:

KEVIN ROSEN
5540 NE TRIESTE WAY
BOCA RATON, FL 33404

| Previous Account Balance | Less Payments | Past Due Or Credit Balance | Current Charges | Current Charges Due On | Total NOW Due |
|---|---|---|---|---|---|
| $10.67 | $10.67CR | $0.00 | $27.71 | 10/14/2009 | $27.71 |

\* A Late Payment Fee will apply if amount due is greater than $5.00 and is not paid by due date.

\* Past due balances are due immediately and subject to previous disconnect dates.

\* The APR for installment contracts is 18%.

**Meter Information** - meter # 94927W

| | | |
|---|---|---|
| Current Reading | | 0000283 |
| Previous Reading | - | 0000269 |
| CCF's Used | = | 14 |
| Multiplying Factor | X | 1.0400 |
| Total Therms Used | = | 14.56 |

| Energy Usage | Last Year | This Year |
|---|---|---|
| Therms This Month | 0 | 15 |
| Therms/Day | 0 | 0 |
| Service Days | 0 | 33 |

| **\*\*Amount Includes the following charges\*\*** | |
|---|---|
| Customer Charge | 11.00 |
| Base Energy per therm | 0.58560 |
| PGA per therm | 0.30000 |

**Current Account Activity**

| Billing For | RS | GRS31 | |
|---|---|---|---|
| Natural Gas Service Amount\*\* | | | 23.90 |
| Boca Raton Franchise Fee | | | 0.84 |
| Boca Raton Municipal Tax | | | 2.22 |
| Florida Gross Receipts Tax | | | 0.75 |
| **TOTAL NATURAL GAS CHARGES** | | | **27.71** |
| **Total Current Charges** | | | **$27.71** |



Live comfortably & conserve energy; call FPU today for a FREE ENERGY Survey



KROSEN - 000375



KROSEN - 000376

# INVOICE

Boynton Billiards, Inc.
1950 S. Federal Hwy.
Boynton Beach, FL 33435
561-736-7665

No. _____

6 PM

INVOICE DATE
13-17-09

CUSTOMER'S
ORDER NO.

SOLD TO:
Karen Rosen
17830 Monte Vista Dr
Boca Raton FL 33496

SHIP TO:

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|

| QTY. ORDERED | QTY. SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | Tear down move to storage | | 32,500 |
| | | | | |
| | | The Oaks | | |
| | | Client Move Between types | | |
| | | 2.44 | | |

PAID
Check #

INVOICE

Ⓡ adams 872

KROSEN - 000377

STORE YOUR DUPLICATE CHECKS IN YOUR CHECK BOX.

☑ Track your expenses...
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other:

☐ TAX DEDUCTIBLE ITEM

12-18-09

| | BALANCE FORWARD | |
| --- | --- | --- |
| | THIS ITEM | 325.00 |
| | BALANCE | |
| | DEPOSIT | |
| | OTHER | |
| | BALANCE FORWARD | |

*Shawn Collins*

*Three Hundred Twenty Five +00/*

*the odds*
*Pool Table*
*Breakdown*
*Boynton Billiards — Storage*

For added security, your name and account number do not appear on this co

NOT NEGOTIABLE

KROSEN - 000378

# THOMPSON PEST CONTROL, INC.  1100 NW 48th St., Ft. Lauderdale, FL 33309 • (954) 772-1988

Name ROSEN, STACY

Address 5540 NE/ Trieste Way

City Boca                    Zip

Building _____ Apt. _____ Suite _____ Duplex/Tri/Quad ☐

Date 10-2-09    Route/Service Day (2) Friday

☐ General            ☐ Fleas
☐ Monthly            ☐ E.O.M.
☐ Commercial         ☐ Residential
☐ Odd Job            ☐ Clean-Out
☐ Start Service      ☐ Rodents
☐ Blow Dusting       ☐ Rodent Proofing
☐ Other_____

### Rodent Bait
☐ RATS   ☐ Refilled____ Bait Stations
         ☐ _____ Bait Stations w/Bait
☐ MICE   ☐ Put _____ Glueboards
         ☐ Put _____ Traps

LOCATION:_____
_____
_____
_____

### Ant Bait
☐ Refilled____ Bait Stations
☐ _____ Bait Stations w/Bait

LOCATION:_____
_____
_____

### Granules
☐ Perimeter ☐ Spot Treat

### Termidor
☐ Perimeter ☐ Tree Trimming

Comments:_____

Phone Numbers
☐ Home_____
☐ Cell_____
☐ Work_____

Type Pest:_____
Work Done_____
Chemical_____

Past Balance                    $_____
_____            $_____
_____            $_____

Complaint_____    $_____
Bad Check #_____    $_____
Bank Charge              $_____
Past Balance             $_____
Price                    $_____
Tax                      $_____
Fuel                     $_____
Sub Total                $_____
  X months               _____
Paid_____Date____    $_____
Credit                   $_____
**TOTAL**                $ 27

**\* IMPORTANT** - All customers are asked to mail in payments within 30 days or be subject to a $5 late fee.

KEVIN D. ROSEN
STACEY A. ROSEN
P.O. BOX 810544
BOCA RATON, FL 33481-0544

10-08-09 Date

63-27/631 FL
875

Pay to the Order of   Thompson Pest Control, Inc.   | $27.00

Twenty Seven 00/100 _____ Dollars

Bank of America

ACH R/T 063100277    10-02-09

Bank of America Advantage®

Stacey
Townhome
5340 NE Trieste Way

For Pest Control Service

KROSEN - 000379

Case 2:09-md-02047-EEF-MBN Document 22380-42 Filed 12/02/19 Page 7 of 77
Bank of America | Online Banking | Transaction Image 00:1-LSD Docket 09/15/2015 Page 7 of 389
of 459



**Bank of America**        Online Banking

---

**Interest Checking** ▮ Check Image

Check Image:







**Bank of America**                    Online Banking

---

**Interest Checking - 9829 : Check Image**

**Check Image:**





KROSEN - 000381



**Online Banking**

---

**Interest Checking** ▇▇▇ **Check Image**

**Check Image:**





KROSEN - 000382

Boca Raton Stor-All, Ltd.
20599 81st Way South
Boca Raton, FL 33434 (USA)
Phone/Fax No :- 5614514772 / 5614514874
boca@stor-all.com

# RECEIPT

Rosen, Kevin
P.O. Box 810544
Boca Raton, FL - 33481 (USA)

| | |
|---|---|
| **Receipt #** | 1514 |
| **Payment Date** | 3/28/2010 2:38:23 PM |
| **Lease #** | 171 |

## Charges Applied

| Unit # | Unit Type | Description | From Date | To Date | Total | Paid | Allowance | Due | Payments | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 1063 | 10X15P | Rent | 03/30/2010 | 04/29/2010 | $234.30 | $0.00 | $0.00 | $234.30 | $234.30 | $0.00 |
| 1063 | 10X15P | Rent | 04/30/2010 | 05/29/2010 | $234.30 | $0.00 | $0.00 | $234.30 | $234.30 | $0.00 |
| | | | | | $468.60 | $0.00 | $0.00 | $468.60 | $468.60 | $0.00 |

| Payment Type | Amount | | | |
|---|---|---|---|---|
| Cash | $0.00 | | **Total Due** | $0.00 |
| Check | $0.00 | | **Total Paid** | $468.60 |
| Credit Card | $468.60 | **Authorization #** 15014960 | **Balance Due** | ($468.60) |
| Total | $468.60 | **Credit Card Type** Master Card | **Total Tax Paid** | $28.60 |

**Credit Card #** ███████

**Paid Thru Date** 5/29/2010

**I agree to pay the above amount according to Card Issuer Agreement (Merchant Agreement if Credit Voucher)**

X _by phone_

Signature of the Customer

Signature of the Manager

---

Printed on :3/28/2010 2:38:24 PM                Page 1 of 1                KROSEN - 000383    Boca Raton Stor-All, Ltd.

**FLORIDA PUBLIC UTILITIES COMPANY**

CUSTOMER ACC. NO. 230512 1

SCHEDULED DATE

OWNER / AGENT / TENANT

G / L NO. & REF. NO. 14141160351

SERVICE ORDER NO.

FIRST NAME KEVIN

LAST NAME

SERVICE ADDRESS 17830 MONTE VISTA DR.    STATE FL    ZIP CODE

CITY BOCA RATON    MOBILE NUMBER

PHONE NUMBER

C/O NAME

BILLING ADDRESS    STATE    ZIP CODE

CITY

EST. REQUIRED BEFORE PARTS ARE ORDERED? (Y/N (CUSTOMER INITIAL)

DESCRIPTION OF WORK   ORDER / INSTALL LEFT REAR
BURNER VALVE FOR KITCHEN AID COOK TOP
M# KGCS166GSS07
S# XT1612453

INSTALLED LEFT REAR
BURNER VALVE    INSPECTED +
CHECKED FOR LEAKS

| QTY. | UNIT COST | PART NUMBER AND DESCRIPTION | AMOUNT |
|------|-----------|----------------------------|--------|
|      |           |                            |        |
|      |           |                            |        |
|      |           |                            |        |
|      |           |                            |        |
|      |           |                            |        |
|      |           |                            |        |

| DATE | TIME | TECH.(S) | HOURS | RATE | SUMMARY OF COST | |
|------|------|----------|-------|------|-----------------|--|
| 3/7/09 |    |          |       | 100  | PARTS           |  |
|      |      |          |       |      | LABOR           | 130.00 |
|      |      |          |       |      | SALES TAX       |  |
|      |      |          |       |      | TOTAL COST $    |  |

I AUTHORIZE FLORIDA PUBLIC UTILITIES (FPU), OR ITS CONTRACTORS TO PERFORM THE WORK DESCRIBED. I AGREE TO PAY FOR THE WORK, IN ACCORDANCE WITH THE TERMS OF FPU'S INVOICE. FPU MAY RECORD LIENS FOR ANY UNPAID BALANCE. ALL COLLECTION COSTS, INCLUDING LEGAL FEES ARE THE SOLE RESPONSIBILITY OF THE CUSTOMER. PARTS COVERED BY MANUFACTURES WARRANTY ARE EXCLUDED. LABOR WARRANTIES ARE LIMITED TO 90 DAYS FOR RESIDENTIAL WORK AND 30 DAYS FOR COMMERCIAL WORK.

CUSTOMER'S SIGNATURE:    DATE: 3/7/09

WORKMAN'S SIGNATURE:    DATE: 3/7/09

THIS IS NOT AN INVOICE - AN INVOICE WILL BE MAILED TO YOU
YOU ARE ENTITLED TO AN EXACT COPY OF THE PAPER YOU SIGN

KROSEN - 000384

FIRST CLASS AC & APPLIANCE
4980 SW 52 ST UNIT # 118
DAVIE, FL 33314
954-797-5921

AC CHECKUP
$ 29.95

Joe or Ivan only

FRI 12/5

ACCT#: 3616792936          TICKET #:     120681          DATE OF ORDER: 12/04/2008
KEVIN ROSEN                                               AGENT/OP MAP: 33458
17810 MONTE VISTA DR.                                     PROMISED: FRI   12-05-2008
THE OAKS (LOT#G 4G1                                       TIME " UNOCHED : :00P
BOCA RATON, FL 33496                                      PURCHASE DT: 9/08/2008
HOME#: 954-995-8658   WORK#: 561-479-2936 EXT: HOM5       P.O. #
BILL TO ACCT#: 14777     NAME: WHIRLPOOL CORPORATION      WORK#:
MAKE        PRODUCT          MODEL           MFG #        SERIAL
KITCHENAID   DISHWASHER      KUDS02FR301                  FFL505932

B4 NOON OR AFTER 2PM

TROUBLE REPORTED:
DW: PANEL IS FLICKERING. HEAT ELEMENT     CROSS ST:  BARBARA #561-477-7330
MAY HAVE BURNT OUT. REQ JOE&IVAN ONLY.
COD COLLECT SC $79                         C.O.D.

| QTY | MAKE | PART NO. | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1 |  | W10084141 | Control and Heater Assy |  |  |
| 1 |  | 8537057 | Heater Assy |  |  |

Mell   SAP # 151047886   Paid check  3605

SERVICE PERFORMED:                         TOTAL MATERIALS

                                           SERVICE CALL   79 00
                                           LABOR

TECHNICIAN UNASSIGNED 1ST PT SVC:
  LOCATION: #          INT PT SVC:
1- TIME IN: Ivan    OUT:      TOTAL:  .  HRS          TAX
2- TIME IN:         OUT:      TOTAL:  .  HRS
                                           TOTAL

SIGNATURE
Customer assumes responsibility for any charges not paid by warranty for labor
and parts .Appliance and surroundings are left in good condition.

KROSEN - 000385

# INVOICE

**4352**

Remit To:
11828 Chestnut Ave.
Palm Beach Gardens, FL 33410

CENTRAL VACUUM CONNECTION

407 Commerce Way 4A
Jupiter, FL 33458
(561) 624-9609

TO ROSEN

11630 MONTE VISTA DR
OAKS

DATE 10/23/08

| SALESPERSON | QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| ✓ | 1 | MOTOR | N/C | |
| | 1 | SERVICE CALL | 69 | 95 |
| | | Paid in Full CASH | | |

THANK YOU

KROSEN - 000386

# AZ REMODELING PLUMBING

AND EVERYTHING IN BETWEEN

Miami/Broward/West Palm **1 (866) 981-8866**

Jacksonville/Gainesville **1 (877) 981-8866**

State Certified CFC 1426642
State Certified CRC 1328957

**Invoice #** 47050

HOME TEL. _____ WORK TEL. _____

JOB NAME _Kevin Rosen_

JOB LOCATION _17830 Monte Vista Dr_ CITY _Boca_ ZIP _33496_

DATE _9/12/08_

**BILL TO:** _State Sales_

| QTY | ESTIMATES OR DESCRIPTION OF WORK TO BE PERFORMED TERMS: NET 10 DAYS. 1-1/2% CHARGED ON ACCOUNTS AFTER 30 DAYS. | $ |
|---|---|---|
| | Water Heater 74 Gal, Gas, Natural | |
| | Model # GS675YRVIT-200 | |
| | Serial # A06A144718 | |
| | Item # 9211829004, WR 37E73A-306 | |
| | Thermostat # 184960-002, | |
| | 3.5 Amp. | |

I hereby authorize the work described above and agree to the terms and conditions as stated on this form. Being now forewarned that aged and deteriorating plumbing fixtures, piping and appurtenances may no longer be serviceable. I agree to hold AZ Remodeling & Plumbing blameless for any damage or destruction to same as a result of conventional repair efforts. I agree to pay for all interest/finance charges at 1-1/2% per month and all collection and attorney/court costs.

Signature _____

☐ REMOVE SCRAP  ☐ LEAVE SCRAP

**PLEASE PAY FROM THIS INVOICE - NO STATEMENT RENDERED**

**WARRANTY**
- ALL MATERIALS SUPPLIED BY AZ REMODELING & PLUMBING ARE COVERED BY THE MANUFACTURERS WRITTEN WARRANTY
- AZ REMODELING & PLUMBING WORKMANSHIP AND LABOR ARE WARRANTED FOR 30 DAYS UNLESS OTHERWISE SPECIFIED.
- DRAIN LINE STOPPAGES WARRANTED FOR 24 HOURS.

| QTY | DESCRIPTION OF WORK COMPLETED | $ |
|---|---|---|
| | Thermostat 4 screw Nipple Connection, leaking Behind thermostat mount. | |

Paid By: ☐ Check No. _____ ☐ Cash ☐ Work Completed ☐ Office Bill ☐ Add'l Material Needed ☐ Visa/MC ☐ Discover ☐ Amer Ex

Technician Name: _Anthony_

☐ Work To Be Done

SIGNATURE: I Hereby acknowledge the satisfactory completion of the above described work. I agree to pay for all interest/finance charges at 1¹/₂% per month and all collection and attorney/court costs.

| | $ | |
|---|---|---|
| SERVICE CALL CHARGE INCLUDES TRAVEL TIME | $ | 75.00 |
| AMOUNT DUE | $ | |

STOP Did our technician discuss with you our products and services   signature _____

STOP Please rate our technician and company on line at **www.azplumbing.com/rate.html**   signature _____

**FILE COPY**

KROSEN - 000387

# CHECK LIST

**COMPRESSOR** PSI
- SUCTION PSI
- HEAD PSI
- VOLTS AMPS
- ELECTRICAL CONNECTIONS
- CONTACTS TIGHT & CLEAN
- OIL LEVEL & CONDITION

**CONDENSER COIL**
- CLEAN COIL & CHECK FAN, COND.
- BRG.

**REFRIGERANT** F
- CHARGE

**FAN AND MOTOR**
- VOLTS AMPS
- ELECTRICAL CONNECTIONS
- CONTACTS TIGHT & CLEAN
- FAN PULLEYS ADJUST & FIELD
- CHECK LUBE/BEARINGS & MOTOR

**EVAPORATOR COIL**
- CLEAN COIL & CHECK FIN
- DIRT BB.      F LVG DB.
- ENT BB.       F LVG DB.
- ENT WB.       F LVG DB.

**CONDENSATE AREAS**
- INSPECT & CLEAN DRAIN PAN
- INSPECT & CLEAN DRAIN

**AIR FILTERS**
- CLEANED      REPLACED

**HEATING ASSY.**
- BURNER & HEAT EXCHANGER
- FUEL SUPPLY & PRESSURE
- PILOT ASSEMBLY
- FLAME ADJUSTMENT
- PRIMARY RELAY & FLUE
- FAN & LIMIT SWITCH OPER
- BLOWER ASSEMBLY
- PILOT
- FAN VALVE
- STRIP HEAT
- DEFROST CYCLE

**ELECTRICAL COMPTS.**
- RELAYS       CONTACTORS
- OVERLOAD    PRESS SWITCH

**THERMOSTAT**
- O.K.         REPLACE
- RELOCATE

## DESCRIPTION OF WORK

(handwritten notes)

## PARTS WARRANTY
All parts as recorded are warranted as per manufacturer specifications.

## LABOR GUARANTY
The labor charge as recorded here relative to the equipment serviced as noted, is guaranteed for a period of 30 days.
We do not, of course, guaranty other parts than those we install. If repairs later become necessary due to other defective parts, they will be charged separately.

## TRAVEL TIME
| | |
|---|---|
| APPROVED | TIME |
| DEPARTED | TIME |
| TRAVEL | TIME |

## MILEAGE
| | |
|---|---|
| ENDING | |
| START: | |
| TOTAL | MILES |

| | | |
|---|---|---|
| X | MILES | |
| X | HR. = | |
| X | HR. = | |

TRIP CHARGE $

## SUNSTATE AIR CONDITIONING INC.
5241 N.W. 89th Drive
Coral Springs, Florida 33067
(954) 346-4144

DATE [ ] of [ ]
DATE ORDERED
DATE SCHEDULED

NAME KEVIN & STACEY ROSLOW
STREET 7820 MONTEVERDE
CITY   STATE   ZIP
WK. PHONE   PHONE

MAKE   MODEL   SERIAL NUMBER

- WARRANTY
- CONTRACT
- SERVICE CONTRACT
- NORMAL      RES.      COMM.

## TERMS DUE UPON COMPLETION
I HAVE THE AUTHORITY TO ORDER THE ABOVE WORK AND DO SO ORDER AS OUTLINED ABOVE. IT IS AGREED THAT THE SELLER WILL RETAIN TITLE TO ANY EQUIPMENT OR MATERIAL FURNISHED UNTIL FINAL & COMPLETE PAYMENT IS MADE, AND IF SETTLEMENT IS NOT MADE AS AGREED, THE SELLER SHALL HAVE THE RIGHT TO REMOVE SAME AND THE SELLER WILL BE HELD HARMLESS FOR ANY DAMAGES RESULTING FROM THE REMOVAL THEREOF.

TECHNICIAN SIGNATURE

### DESCRIPTION OF WORK (handwritten)
PRE CK CHECK
EVAC SYSTEM
FOUND LEAK IN
EVAP COIL IN ATTIC
REPLACE COIL IN
ATTIC  LEAVING
FILL  FREON + CONNECTIONS
EXTRA TORCH + BRAZ WORK

| LABOR CHARGES | HRS @ | CERT # | HR. = | |
|---|---|---|---|---|
| | | | TOTAL CHARGES | |
| | | | SUB-TOTAL | |
| | | | TRIP CHARGE | |
| | | | TAX | |
| | | | TOTAL AMOUNT DUE | |

TOTAL PARTS
TOTAL OTHER CHARGES

X _____ DATE _____

ABOVE ORDERED WORK HAS BEEN COMPLETED AND I ACKNOWLEDGE RECEIPT OF MY COPY.

KROSEN - 000388



Return Mail Operations
PO Box 10368
Des Moines, IA 50306-0368

December 27, 2009

000284/ /Y/

Kevin D. Rosen
Stacey A Rosen
P.O. Box 810544
Boca Raton FL 33481

CONFIRMATION OF LOAN PAYOFF

RE: Client
Loan Number

Mortgagor(s)        Kevin D. Rosen
                    Stacey A. Rosen

Property Address    17830 Monte Vista Drive
                    Boca Raton FL 33496

Congratulations! We are pleased to inform you that we have processed the funds necessary to pay your loan in full. We are providing the following information to address any questions you may have and to let you know what to expect through the loan payoff process.

If you are changing addresses, please call us immediately at (866) 234-8271. It is very important that we have your correct mailing address in order to send documents, year-end tax information and any refunds which may be due.

If you are retaining ownership of this property, you are obligated to pay future tax and/or insurance premiums unless a new escrow account is established.

We will mail loan satisfaction documents to you or your county recorder, according to state guidelines. In order to record the payoff of this loan with your county, funds previously received may not be rejected/returned by the institution upon which they are drawn.

Wells Fargo Home Mortgage is committed to release the liens on the loans it services that are accurately paid in full within the appropriate statutory framework. At the end of the year, we will also mail you an annual tax and interest statement for IRS reporting purposes.

If you have any questions about your loan payoff, our service representatives can help you. They can be reached at (866) 234-8271, Mon - Fri 6 am to 10 pm or Saturday 8 am - 2 pm Central Standard Time.

We are pleased to have been of service to you and would welcome the opportunity to provide future financing solutions. If you are interested in learning about products and services offered by Wells Fargo, please visit us at www.wellsfargo.com.

Wells Fargo Home Mortgage

KROSEN - 000389

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

## Monthly Mortgage Statement

| | |
|---|---|
| Statement Date | 11/27/09 |
| Loan Number | ▮▮▮▮▮ |

### Customer Service

 **Online**
yourwellsfargomortgage.com

**Fax**
(866) 278-1179

**Telephone**
(877) 213-7063

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Hours of Operation**
Mon - Fri, 6 AM - 10 PM
Sat, 8 AM - 2 PM

**Payments**
PO Box 660455
Dallas TX 75266

**TTY Deaf/Hard of Hearing**
(800) 934-9998

Purchase or Refinance  (800) 443-3429

KEVIN D ROSEN
STACEY A ROSEN
P.O. BOX 810544
BOCA RATON FL 33481-0544

### Important Messages

**TOGETHER FOR THE HOLIDAYS**
We all have reasons to be thankful. At Wells Fargo Home Mortgage, we appreciate the opportunity to serve your financial needs.

## Summary

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $3,475.62 |
| Optional Product(s) | $0.00 |
| **Current Monthly Payment** | **$3,475.62** |
| Overdue Payments | $0.00 |
| Unpaid Late Charge(s) | $0.00 |
| Other Charges | $0.00 |
| **TOTAL PAYMENT DUE 01/01/10** | **$3,475.62** |

**Property Address**
17830 MONTE VISTA DRIVE
BOCA RATON FL 33496

| | |
|---|---|
| Unpaid Principal Balance | $174,126.43 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest Rate | 5.250% |
| Interest Paid Year-to-Date | $8,665.54 |
| Taxes Paid Year-to-Date | $18,792.80 |
| Escrow Balance | $1,881.40 |

## Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late Charge | Other |
|---|---|---|---|---|---|---|---|
| 11/27 | PAYMENT | $3,475.62 | $842.27 | $765.49 | $1,867.86 | | |
| 11/17 | COUNTY TAX PMT | $18,792.80- | | | $18,792.80 | | PALM BEACH COUNTY (3) |

---

*Please detach and return with your payment*

| | |
|---|---|
| Loan Number | ▮▮▮▮▮ |
| Current Monthly Payment Due | $3,475.62 |
| Total Payment Due 01/01/10 | $3,475.62 |
| After 01/16/10 Add Late Fee | $80.39 |
| Total Amount Due After 01/16/10 | $3,556.01 |

*Check here and see reverse for address correction.*

KEVIN D ROSEN
STACEY A ROSEN

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | | |
|---|---|---|
| Monthly Payment x pmt amt | A | $ |
| Additional Principal | B | $ |
| Late Charges | C | $ |
| Other Charges | D | $ |
| Additional Escrow | E | $ |
| Total Amount Enclosed (Please do not send cash) | F | $ |



WELLS FARGO HOME MORTGAGE
PO BOX 660455
DALLAS TX 75266-0455




KROSEN - 000390

# NOTE

April 10, 2008        FORT LAUDERDALE        Florida
[Date]                     [City]                   [State]

17830 Monte Vista Drive, Boca Raton, FL 33496

[Property Address]

## 1. BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 200,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Wachovia Mortgage, FSB

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 5.250 %.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

(A) Time and Place of Payments

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning on June, 2008 . I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on May 1, 2023 , I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at 1100 Corporate Center Drive, Raleigh, NC 27607

or at a different place if required by the Note Holder.

(B) Amount of Monthly Payments

My monthly payment will be in the amount of U.S. $ 1,607.76

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

FLORIDA FIXED RATE NOTE-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

-5N(FL) (0006)
VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 3     Initials:

Form 3210 1/01

KROSEN - 000391

## 5. LOAN CHARGES

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of **Fifteen** calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **5.000** % of my overdue payment of principal and interest. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

## 7. GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.



-5N(FL) (0006)



Page 2 of 3

Form 3210 1/01

Initials: _____

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

## 11. DOCUMENTARY TAX

The state documentary tax due on this Note has been paid on the mortgage securing this indebtedness.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_____ (Seal)
Kevin D Rosen                    -Borrower

_____ (Seal)
Stacey A Rosen                   -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

_____ (Seal)
                                 -Borrower

*[Sign Original Only]*

-5N(FL) (0005)                   Page 3 of 3                    Form 3210 1/01

KROSEN - 000393

Wednesday, July 03, 2013

To whom it may concern;

On September 14th 2009, I listed 17830 Monte Vista Drive for sale in Boca Raton asking price of $839,000. After approximately 3 weeks of only 1 showing, we lowered the price to $799,000. The market at that time for this home would have been closer to $1,200,000 had it not been built with Chinese Drywall. (see attached CMA). At that time, the average price per sq/ft selling price in the Oaks was $251.19. The Rosen home was 4,604 sq/ft which makes the value approximately $1,156,478. The subject home however was a corner home, it was on a lake and had every upgrade imaginable. Impact glass throughout the home, Marble, wood floors, custom mouldings and built ins throughout. I would have sold this home for no less than $1,200,000 in 2009.

Approximately one month later we lowered the home to $599,000. It was necessary as we were marketing to investors, end users and builders and nobody wanted to touch the home. People were very scared of the Oaks as stories were blowing around about Chinese Drywall and in general and buyers were very afraid of this new unknow and what was required to remediate it. Many people who came in felt the home had to be torn down and rebuilt from scratch.

During that month we had 25 showings most of which were buyers curious to see what Chinese drywall was and what it could do to a home. Also during that period testing began for the home and drywall was cut open. The smell that ensued made the home near impossible to show.

From that point forward the home was marketed to builders and investors as most individuals were not interested in a project of this magnitude.

In mid October we received two verbal low ball offers ranging from 300-400k. Of course these were bottom feeders that were looking to see just how desperate the sellers were. We countered close to asking price but the buyers never came back.

Finally after a total of 43 showings, a buyer arrived and the home went under contract the first week of December. The buyer originally offered in the mid 400's but we were able to negotiate to $501,000. The buyer would not pay a penny more and agreed to close before the end of the year.

KROSEN - 000394


That buyer ripped the home to the concrete and spent hundreds of thousands of dollars remediating the home. A few years later that buyer sold the home in July of 2012 for $940,000. The home was worth more but the stigmatism associated with a home that HAD Chinese drywall continued to affect the home's value.

Attached is the listing report from the MLS along with the history of price changes and closing dates.

Since this home closed many owners with Chinese Drywall have had their homes remediated usually by a builder or the drywall distributor. Not many people took this job on as individuals. It is a scary proposition to remediate and hope it's done properly. The Rosen's were able to sell their home at the time for probably more than the home was worth in its C/D condition. They did not panic and refused the first low ball offers and were able to get in what was my opinion, the true market value of their home.

I have been selling Real Estate in the Boca Raton area for 13+ years. I have been focusing my marketing efforts in the Oaks since 2004. I have sold countless homes in the Oaks both new and resales and continue to be a dominating Realtor in the Oaks. I currently have 3 listings for sale and just completed a new construction sale this week.

Sincerely,

Ryan Greenblatt

KROSEN - 000395

Lang Realty
Licensed Realtor
561-350-1850
r.greenblatt@langrealty.com
www.bocahomeforsale.com



KROSEN - 000396

flexmls Web | Page 1 of 1

## Residential Full Report

Address: 17830 Monte Vista Drive Boca Raton, FL 33496    MLS#: RX-3050040    St: Closed    List Price: $599,000

| | |
|---|---|
| Area: 4750 | Type: Single Family Detached |
| Geo Area: PB04 | Range Price: |
| County: Palm Beach | Original List Price: 839,000 |
| Parcel ID: 00424631070070300 | Lot Dimensions: .3 |
| Subdivision: The Oaks | Type: Single Family Detached |
| Development Name: The Oaks | Dock #: |
| Model Name: Monte Verde | Private Pool: Yes |
| Lot Dimensions: .3 | Garage Spaces: 3 |
| List Price Sqft: 130.1 | Membrshp Equity: |
| Waterfront: Yes | |
| Waterfrontage: | |

Legal Desc: Oaks At Boca Raton 06 Lot:30 Blk:G1 Lot SqFt:13068 Frontage: Depth:
Short Sale: No    Short Sale Add: No    REO: No

| Master Bedroom | 16 X 19 | Living Room | 19 X 19 | Kitchen | 15 X 15 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| SqFt - Living: 4,604 | Guest Hse: | Pool Size: |
| BD: 5 | Baths - Half: 2 | Pets Allowed: Yes |
| | Yr Blt: 2006 | |
| SqFt - Total: 6,547 | Yr Blt Des: New | |
| FB: 5 | | |
| Year Built: 2006 | Front Exp: SW | |

| | | | |
|---|---|---|---|
| Bldg #: | Governing Bodies: HOA | HOA Fee/Month: 661 | Serial #: |
| Total Floors/Stories: 2 | Land Lease: | Brand Name: | Tax Year: 2008 |
| Total Units in Bldg: | Recreation Lease: | Mobile Home Size: | Taxes: 17,435 |
| Ttl Units in Complex: | Min Days to Lease: | Decal #: | Special Assmnt: No |
| Unit Floor #: | Application Fee: 100 | | |

| | | |
|---|---|---|
| Design: Mediterranean | Waterfront: Lake | Restrict: Other |
| Construction: CBS | View: Lake | HOPA: No Hopa |
| Unit Desc: | Private Pool: Heated; Inground | Heating: Central; Electric |
| Flooring: Marble; Wood Floor | Security: Gate - Manned | Boat Services: |
| Furnished: Unfurnished | Membership: | Guest House: |
| Dining Area: | Cooling: Central; Electric | Taxes: County Only; Homestead |
| Guest House: | Heating: Central; Electric | Terms Considered: Cash Only |
| Roof: | Utilities: 3-Phase Electric; Cable; Gas | Mobile Features: |
| Special Info: Disclosure; Sold As-Is | Natural; Public Sewer; Public Water | Cooling: Central; Electric |

Rooms: Family; Loft
Master Bedroom/Bath: Bidet; Dual Sinks; Separate Shower; Separate Tub; Whirlpool Spa
Dining Area:
Window Treatments:
Maintenance Fee Incl:
Equip/Appl Included: Dishwasher; Dryer; Range - Electric; Refrigerator; Washer; Water Heater - Gas
Private Pool: Heated; Inground
Parking:
Lot Description:
Subdiv. Amenities: Basketball; Clubhouse; Exercise Room; Lobby; Pool; Tennis
Exterior Features:
Interior Features: Volume Ceiling; Walk-in Closet
Showing Instructions: Appointment Only; Call Listing Agent
Directions: Clint Moore Rd. between Lyons and 441. Entry on north side of Clint Moore.
Public Remarks: NOT A SHORT SALE.NO WAITING. NO MONKEY BUSINESS.Beautiful corner lot totally upgraded Monte Verde model 5 bedrooms plus loft.Uprgaded everything.gorgeous pool patio.Impact Glass,whole house nat/gas generator.!!Chinese Drywall and needs remediation!! This home has Chinese Drywall. Take advantage of this opportunity. Remediate and live in The Oaks for a fraction of building new... NOT A SHORT SALE

| | | | |
|---|---|---|---|
| Sold Price: 501,000 | Sold Price Sqft: 108.82 | Days On Market: 84 | Under Contract Date: 12/07/2009 |
| Sold Date: 12/23/2009 | Cumulative DOM: 84 | Terms of Sale: Cash | |
| Sell Office: Boca Executive Realty, LLC 800192 | | Sell Agent: Wendy L Jensen 63063634 | |

| | | | | |
|---|---|---|---|---|
| LO: | 608114 | Lang Realty | 561-989-2100 | |
| LA: | 60615215 | David Philip Greenblatt | 561-989-2100 | 561-989-2100 | homestoyou@aol.com |
| Co-LO: | 608114 | Lang Realty | 561-989-2100 | |
| Co-LM: | 63016769 | Ryan Greenblatt | 561-989-2100 | 561-350-1850 | 561-350-1850 |

| | | | |
|---|---|---|---|
| Comm/Buyer Agent: 3% | Comm/Non-Rep: 3% | Comm/Trans Brk: 3% | Bonus: No | LD: 09/14/2009 |
| Var/Dual Rate: No | List Type: Ex Rt | List Off Agency: Single Agency | | XD: 12/31/2009 |

Owner Name: Kevin & Stacey Rosen   Broker Only Remarks: NOT A SHORT SALE.WHY WASTE YOUR TIME WITH A SHORT SALE GOING NOWHERE WHEN YOU CAN MAKE A DEAL ON THIS HOME.NO MONKEY BUSINESS.Please qualify buyer before showing.Chinese Drywall.

Information is deemed to be reliable, but is not guaranteed. © 2013 MLS and FBS.
Prepared by Ryan Greenblatt on Friday, July 05, 2013 9:07 AM
The information on this sheet has been made available by the MLS and may not be the listing of the provider.

KROSEN - 000397

http://fl.flexmls.com/cgi-bin/mainmenu.cgi     7/5/2013

**CMA: Statistical Summary**

# Price Analysis

## Summary of Closed Listings

| MLS # | Address | List Price | DOM | CDOM | Sold Date | Sold Price | Total Adjustments | Adjusted Price |
|-------|---------|-----------|-----|------|-----------|------------|-------------------|----------------|
| RX-3066109 | 17606 Grand Este Way, Boca Raton FL | $2,499,000 | 47 | 47 | 12/31/2009 | $2,000,000 | - | $2,000,000 |
| RX-2934509 | 17777 Key Vista Drive, Boca Raton FL | $1,895,000 | 374 | 374 | 06/30/2009 | $1,660,000 | | $1,660,000 |
| RX-2998983 | 9620 Bridgebrook Drive, Boca Raton FL | $1,495,000 | 306 | 306 | 12/22/2009 | $1,300,000 | - | $1,300,000 |
| FX-1011957 | 17633, Boca Raton FL | $1,285,000 | 94 | 94 | 10/30/2009 | $1,205,000 | - | $1,205,000 |

## Low, Average, Median, and High Comparisons

| | Closed | Overall |
|---|--------|---------|
| Low | $1,205,000 | $1,205,000 |
| Average | $1,541,250 | $1,541,250 |
| Median | $1,480,000 | $1,480,000 |
| High | $2,000,000 | $2,000,000 |

## Overall Market Analysis (Unadjusted)

| Status | # | List Vol. | Avg. List Price | Sold Vol. | Avg. Sold Price | Avg. Sale/List Price | Avg. SqFt - Living | Avg. List $/SqFt - Living | Avg. Sold $/SqFt - Living | Avg. Dom | Avg. CDOM |
|--------|---|-----------|-----------------|-----------|-----------------|----------------------|---------------------|----------------------------|----------------------------|----------|-----------|
| Closed | 4 | 7,174,000 | 1,793,500 | 6,165,000 | 1,541,250 | 0.87 | 6,077 | 290.96 | 251.19 | 205 | 205 |
| Overall | 4 | 7,174,000 | 1,793,500 | 6,165,000 | 1,541,250 | 0.87 | 6,077 | 290.96 | 251.19 | 205 | 205 |

KROSEN - 000398

flexmls Web                                                                    Page 1 of 3

CMA: Comparable Properties

|  | RX-3066109 | RX-2998983 | RX-2934509 |
|---|---|---|---|
|  | 17606 Grand Este Way Boca Raton FL | 9620 Bridgebrook Drive Boca Raton FL | 17777 Key Vista Drive Boca Raton FL |
| List Price | $2,499,000 | $1,495,000 | $1,895,000 |
| Original List Price | $2,985,000 | $1,795,000 | $2,195,000 |
| Sold Price | $2,000,000 | $1,300,000 | $1,660,000 |
| Status | Sold | Sold | Sold |
| Status Date | 01/04/2010 | 01/11/2010 | 07/02/2009 |
| Days on Market | 47 | 306 | 374 |
| Cumulative Days on Market | 47 | 306 | 374 |
|  |  |  |  |
| Total Bedrooms | 6 | 6 | 6 |
| SqFt - Living | 6,817 | 5,511 | 6,579 |
| Lot Dimensions |  | .25 | .30 acres |
| Short Sale Addendum |  |  |  |
| Year Built | 2006 | 2006 | 2006 |
| Hardship Package |  |  |  |
| Short Sale | No | No | No |
| Price | $2,000,000 | $1,300,000 | $1,660,000 |

KROSEN - 000399

flexmls Web

CMA: Comparable Properties

| | FX-1011957 | | |
|---|---|---|---|
| | 17633 Boca Raton FL | | |
| List Price | $1,285,000 | | |
| Original List Price | $1,285,000 | | |
| Sold Price | $1,205,000 | | |
| Status | Sold | | |
| Status Date | 10/30/2009 | | |
| Days on Market | 94 | | |
| Cumulative Days on Market | 94 | | |
| | | | |
| Total Bedrooms | 6 | | |
| SqFt - Living | 5,400 | | |
| Lot Dimensions | | | |
| Short Sale Addendum | | | |
| Year Built | 2006 | | |
| Hardship Package | | | |
| Short Sale | No | | |
| Price | $1,205,000 | | |

KROSEN - 000400

Here's the list with estimates and photos attached:

1. Two 50" Samsung DLP Projection TVs = $3,500 total.
2. FAO Schwartz Stuffed Animals, Jim Henson Stuffed Muppets, and other various children stuffed animals = $2,500 total.
3. Silk House Trees and Plants = $1,000 total.
4. 8 Foot Rectangular Area Rug for Pool Table = $1,000.
5. Baby Matress & Pillows = $500.
6. Italian Imported Custom Wood Carved Wall Unit = $5,000 (had no place to store; sold it for $1000 cash right before closing; cost approx $6,000 at retail to buy)

Above Total Estimated Personal Property Loss = $13,500

KROSEN - 000401



KROSEN - 000402





KROSEN - 000404



KROSEN - 000405



KROSEN - 000406



KROSEN - 000407



KROSEN - 000408



KROSEN_00409



KROSEN - 0004



KROSEN - 000411

Case 1:11-cv-22408-MGC Document 270-1 Entered on FLSD Docket 05/13/2011 Page 421 of 459



KROSEN - 000412



KROSE 00041



KROSEN - 000414



KROSEN - 000415



RUSN - 000416

## SUPPLEMENTAL EXPERT AFFIDAVIT OF CHINESE DRYWALL ECONOMIC DAMAGES

1. My name is Ryan Todd Greenblatt. I have personal knowledge of what I attest to herein.

2. I am serving as an expert on behalf of Claimant Kevin Rosen ("Claimant").

3. I am a professional real estate agent the South Florida region. My resume, trial testimony list, and details of compensation are attached hereto as Composite Exhibit "A."

4. I was hired by Kevin Rosen to assist him with the sale of his property, located at 17830 Monte Vista Drive, Boca Raton, FL, 33496 ("Affected Property"), containing Chinese Drywall.

5. I advertised the Affected Property and listed it on the MLS Multiple Listing Service, disclosing the presence of Chinese drywall, on September 14, 2009 for sale for an asking price of $839,000.00.

6. In determining the asking price, I researched comparable homes. At the time, comparable homes that were not built with Chinese drywall were selling for approximately $1,200,000.00.

7. Further, homes located in The Oaks, the development community where the Affected Property is located, were selling for an average price of $251.19 per square foot at the time. The Affected Property is 4,604 square feet, which resulted in an approximate value of $1,156,478.00; however, given the upgrades and lot location of the Affected Property, it would not have sold for less than $1,200,000.00.

8. We factored the presence of Chinese drywall into our asking price, seeking less than comparable properties that were never built with Chinese drywall.

9. After approximately three weeks and only one showing, we lowered the asking price to $799,000.00

10. After an additional month, we lowered the asking price to $599,000.00.

11. Because of the stigma associated with Chinese drywall, there was little to no interest in the Affected Property.

12. In October of 2009, we received two extremely low offers, ranging from $300,000.00 to $400,000.00.

KROSEN - 000417

13. The home went under contract in the first week of December for a contract price of $501,000.00.

14. In rendering my opinion, I considered reports and photos of Chinese drywall in the Home, my experience in attempting and completing the sale of the home, and relied

   upon my professional experience as a real estate agent and broker in the State of Florida.

15. I have over 13 years of experience as a real estate agent.

16. Since Chinese drywall became a problem in the State of Florida in 2009, real estate values for homes with Chinese drywall have sold below their market value as compared to similar homes that did not have Chinese drywall.

17. The Affected property was sold in a reasonable manner for a reasonable price.

18. The Rosens sold their home for a reasonable price given the market conditions at the time and factoring in the presence of Chinese drywall in the Affected Property.

19. Chinese drywall has caused health concerns for homeowners, tenants, and potential buyers. These health concerns have caused: 1) homeowners and tenants to vacate Chinese drywall properties resulting in alternative housing costs; 2) foreclosures and short sales of Chinese drywall homes because homeowners could not afford payments on two homes when they chose to move out of their home containing Chinese drywall; and 3) greatly reduced sales prices of properties containing Chinese drywall, forcing homeowners to sell their contaminated properties below market price.

20. It is my opinion, within a reasonable degree of probability as a real estate agent and that the economic damages incurred by this Claimant was substantially caused by the presence of defective Chinese drywall in his property.

21. I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

STATE OF FLORIDA )

COUNTY OF Palm Beach )

KROSEN - 000418

BEFORE ME personally appeared _Ryan Greenblatt_, being duly sworn and who is personally known to me or has produced _personally known_ as identification, and states that the foregoing is true and correct.

SWORN AND SUBSCRIBED before me this _10_ day of _Dec_, 2013.

_____
NOTARY PUBLIC (Signature)

My commission expires:

_7/6/16_

_Lisa Cioffi_
Print or Type Name of Notary

**LISA CIOFFI**
Notary Public - State of Florida
My Comm. Expires Jul 6, 2016
Commission # EE 203863
Bonded Through National Notary Assn

KROSEN - 000419

9858 Clint Moore Rd C124 Boca Raton, FL 33496•561.350.1850•r.greenblatt@lanerealty.com

# Ryan Todd Greenblatt

## Objective

Ryan is the former Marketing Director of an Internet Advertising/Marketing company with over 13 years of experience in real estate. His experience in advertising makes Ryan uniquely equipped for the marketing and sales of South Florida homes. Ryan specializes in the sale of country club homes, luxury homes, gated communities and new construction.

## Professional Accomplishments

### Licenses

- Real Estate Broker or Sale License No. SL3016769

### Real Estate Accomplishments

- Specializes in South Florida luxury real estate

## Employment History

| | | |
|---|---|---|
| 2001 – Present | Sales Associate | Lang Realty, Inc, |
| | | Boca Raton, FL |

## Education

| | | |
|---|---|---|
| May of 1998 | B.B.A. Major in Marketing | University of Miami, Coral Gables,FL |

KROSEN - 000420

**Ryan Todd Greenblatt**
**Trial Testimony List**

Pursuant to Fed. R. Civ. P. 26(2)(B)(v), Ryan Greenblatt has testified in the

following cases as an expert, at trial or by deposition, over the past four years: None.

KROSEN - 000421

Case 2:09-md-02047-EEF-MBN Document 22380-42 Filed 12/02/19 Page 49 of 431

GOVERNMENTAL CENTER - FIFTH FLOOR
301 NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
TEL: (561) 355-2890  FAX: (561) 355-1794

GARY R. NIKOLITS, CFA
PALM BEACH COUNTY
PROPERTY APPRAISER



Dear Palm Beach County Property Owner:

You or someone on your behalf filed a petition with the Value Adjustment Board (VAB) seeking an adjustment to the market value of the property based upon the presence of Chinese Drywall. If you have not provided us with your evidence for the Value Adjustment Board (VAB) hearing please do so as soon as possible. There are two important items we need from property owners or their representatives. **No adjustment for Chinese Drywall will be made without the required documentation.**

1. In order to make an adjustment for Chinese Drywall to the assessment of any property for a VAB hearing we <u>must</u> have documentation that the property is affected by Chinese Drywall. Please provide our office with a third party inspection report indentifying the condition. The report should be sufficiently detailed as to reasonably ascertain the opinions of the inspector.

2. We request that you provide our office with a contractor's estimate to remediate the condition on the property that has been petitioned. The estimate should be sufficiently detailed as to understand the scope of the work to be performed on the property that is the subject of the VAB hearing.

After careful review of the available market data; if evidence of Chinese drywall is provided, we have estimated the reduction in value to your property to be as much as 70% of its total market value. For example, if your property was assessed for $200,000 and is then discovered to have Chinese Drywall, **after a review of the required documentation** the reduction to the assessment of your property would be 70% or $140,000. The revised market value would be $60,000.

| | |
|---|---|
| Market Value of Example Property: | $200,000 |
| Less 70% for Chinese drywall: | -$140,000 |
| Revised Market Value of Example: | $60,000 |

We must receive documentation directly from you or the person filing on your behalf. Filing a permit for construction renovation will not provide us with the information we need. Furthermore, the local building officials may not know that your construction permit is for Chinese Drywall replacement.

If you have any question regarding this letter, please call our office at 561/355-3230. You will then be directed to the analyst responsible for your property.

Sincerely,

Gary R. Nikolits, CFA

| WEST COUNTY SERVICE CENTER | NORTH COUNTY SERVICE CENTER | MID-WESTERN COMMUNITIES SERVICE CENTER | SOUTH COUNTY SERVICE CENTER |
|---|---|---|---|
| 2976 STATE ROAD 15 | 3188 PGA BLVD., SUITE 2301 | 200 CIVIC CENTER WAY, SUITE 200 | 501 S. CONGRESS AVE. |
| BELLE GLADE, FL 33430 | PALM BEACH GARDENS, FL 33410 | ROYAL PALM BEACH, FL 33411 | DELRAY BEACH, FL 33445 |
| TEL: (561) 996-4890 | TEL: (561) 624-6521 | TEL: (561) 784-1220 | TEL: (561) 276-1250 |
| FAX: (561) 996-1661 | FAX: (561) 624-6565 | FAX: (561) 784-1241 | FAX: (561) 276-1278 |

KROSEN - 000422

GOVERNMENTAL CENTER - FIFTH FLOOR
301 NORTH OLIVE AVENUE
WEST PALM BEACH, FLORIDA 33401
TEL: (561) 355-2890 FAX: (561) 355-1794

GARY R. NIKOLITS, CFA
PALM BEACH COUNTY
PROPERTY APPRAISER



March 16, 2010

ROSEN KEVIN &
P.O. BOX 810544
BOCA RATON FL 33451

Re:  Petition #: 5128
     Property Control #: 00-42-46-31-07-007-0300

Dear Sir/Madam:

As a result of a petition being filed by you or on your behalf, this
office has completed a thorough review of the property associated with
the above referenced property control number and the following
determination is offered.

    2009 Property Appraiser's Final Market Value:    $297,484
    2009 Property Appraiser's Final Assessed Value:  $297,484

If you agree with the Property Appraiser's revision, please sign the
enclosed copy of this letter and return it to this office immediately.
Your petition will be withdrawn and no hearing date will be scheduled.

If you have or do receive a "Notice of Hearing" card from the Clerk to
the Value Adjustment Board and you do not agree with the revised market
and assessed values, you should attend that hearing.  NO OTHER HEARING
DATE WILL BE SCHEDULED.  The revised market value given above is the
property value which this office will defend at that hearing.

Should you have any questions, please contact this office at (561) 355-
2890.

Very truly yours,

Cynthia Jimenez, Clerk I
Data Input Department

Yes, I would like to withdraw my petition at the Revised Market and
Assessed Value.

                                                    3-17-10
Signature _____

WEST COUNTY
SERVICE CENTER
2976 STATE ROAD 15
BELLE GLADE, FL 33430
TEL: (561) 996-4890
FAX: (561) 996-1081

NORTH COUNTY
SERVICE CENTER
3188 PGA BLVD., SUITE 2301
PALM BEACH GARDENS, FL 33410
TEL: (561) 624-6521
FAX: (561) 624-6563

MID-WESTERN COMMUNITIES
SERVICE CENTER
200 CIVIC CENTER WAY, SUITE 200
ROYAL PALM BEACH, FL 33411
TEL: (561) 784-1220
FAX: (561) 784-1241

SOUTH COUNTY
SERVICE CENTER
501 S. CONGRESS AVE.
DELRAY BEACH, FL 33445
TEL: (561) 276-1250
FAX: (561) 276-1276

KROSEN - 000423

## Kevin D. Rosen, Esq.
Attorney at Law



**VIA FACSIMILE** ▮▮▮▮▮▮▮▮

March 17, 2010

Tatianna Bassler, CFE, Senior Clerk
Palm Beach County Property Appraiser Office
Governmental Center, 5th Floor
301 North Olive Avenue
West Palm Beach, Florida 33401

RE:     Real Property Value Petition
        Petition #2009-05128
        Property Control #: 00-42-46-31-07-007-0300

Dear Ms. Bassler:

Thank you for your letter dated March 16, 2010. In your letter, the Property Appraiser reduced the 2009 Final Market Value and Final Assessed Value on the above-property to $297,484.00. I withdraw my Petition at the Revised Market Value and Assessed Value, and I have counter-signed and attached your letter dated March 16, 2010. Accordingly, please notify the Tax Collector and Department of Revenue to issue a refund of all property tax overpayments.

Very truly yours,

Kevin D. Rosen

Enclosure

Case 2:09-md-02047-EEF-MBN Document 22380-42 Filed 12/02/19 Page 52 of 77
Case 1:11-cv-22408-MGC Document 170-17 Entered on FLSD Docket 05/13/2012 Page 434 of 459

HP Officejet J4500 All-in-One series

Fax Log for
Mar 17 2010 8:37PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Mar 17 | 8:36PM | Fax Sent | 15613551794 | 1:03 | 2 | OK |

**Note:**

Image on Fax Send Report is set to Off

An image of page 1 will appear here for faxes that are sent as Scan and Fax.

KROSEN - 000425

HP Officejet J4500 All-in-One series

Fax Log for

Mar 17 2010 8:43PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| Mar 17 | 8:42PM | Fax Sent | 15613551794 | 1:02 | 2 | OK |

**Note:**

Image on Fax Send Report is set to Off

An image of page 1 will appear here for faxes that are sent as Scan and Fax.

KROSEN - 000426

* * * Communication Result Report ( Mar. 19. 2010  9:17AM ) * * *

1)
2)

Date/Time: Mar. 19. 2010  9:16AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 5267 | Memory TX | 915613551794 | P. 2 | OK | |

--------------------------------------------------------------------------------------------

Reason for error
    E. 1) Hang up or line fail          E. 2) Busy
    E. 3) No answer                     E. 4) No facsimile connection
    E. 5) Exceeded max. E-mail size

Kevin D. Rosen, Esq.
Attorney at Law

VIA FACSIMILE 561-355-1794 ONLY

March 17, 2010

Tatianna Bassler, CFE, Senior Clerk
Palm Beach County Property Appraiser Office
Governmental Center, 5th Floor
301 North Olive Avenue
West Palm Beach, Florida 33401

RE:    Real Property Value Petition
       Petition #2009-05128
       Property Control #: 00-42-46-31-07-007-0300

Dear Ms. Bassler:

Thank you for your letter dated March 16, 2010. In your letter, the Property Appraiser reduced the 2009 Final Market Value and Final Assessed Value on the above-property to $297,484.00. I withdraw my Petition at the Revised Market Value and Assessed Value, and I have counter-signed and attached your letter dated March 16, 2010. Accordingly, please notify the Tax Collector and Department of Revenue to issue a refund of all property tax overpayments.

Very truly yours,

Kevin D. Rosen

Enclosure

KROSEN - 000427



**ANNE M. GANNON**
CONSTITUTIONAL TAX COLLECTOR
*Serving Palm Beach County*

Serving *you.*

Anne M. Gannon
Constitutional Tax Collector
Serving Palm Beach County
P.O. Box 3353
West Palm Beach, FL 33402-3353

## Tax Account

| Property Control Number | Property Type | Status |
|---|---|---|
| 00-42-46-31-07-007-0300 | Real Property | Active |

| | |
|---|---|
| Mailing Address:<br>BUCKSTEIN MICHAEL &<br>17830 MONTE VISTA DR<br>BOCA RATON , FL 33496-1054 | Property Address:<br>17830 MONTE VISTA DR<br>BOCA RATON FL 33496 |
| Geo CD: | Deed Number:<br>0 |

| Legal Description |
|---|
| OAKS AT BOCA RATON PL 6 LT 30 BLK G1 |

## Tax & Assessment

| Ad Valorem | Gross Tax | Credit | Net Tax | Savings |
|---|---|---|---|---|
| LIBRARY | $136.56 | $0.00 | $136.56 | $0.00 |
| COUNTY | $1,128.87 | $0.00 | $1,128.87 | $0.00 |
| SO FLA WATER MANAGEMENT DIST. | $154.43 | $0.00 | $154.43 | $0.00 |
| SCHOOL | $2,175.24 | $0.00 | $2,175.24 | $0.00 |
| CHILDRENS SERVICES COUNCIL | $170.71 | $0.00 | $170.71 | $0.00 |
| F.I.N.D. | $8.54 | $0.00 | $8.54 | $0.00 |
| PBC HEALTH CARE DISTRICT | $283.39 | $0.00 | $283.39 | $0.00 |
| FIRE/RESCUE MSTU | $855.82 | $0.00 | $855.82 | $0.00 |
| Sub Total | **$4,913.56** | **$0.00** | **$4,913.56** | **$0.00** |
| Non Ad Valorem | Gross Tax | Credit | Net Tax | Savings |
| LAKE WORTH DRAINAGE DISTRICT MAINT | $38.00 | $0.00 | $38.00 | $0.00 |
| SOLID WASTE AUTHORITY | $318.00 | $0.00 | $318.00 | $0.00 |
| Sub Total | **$356.00** | **$0.00** | **$356.00** | **$0.00** |
| Total Tax | **$5,269.56** | **$0.00** | **$5,269.56** | **$0.00** |

## Tax Installment

| Period | Bill Number | Due Date | Bill Year | Tax | Discount | Penalty/Fee | Interest | Total Due |
|---|---|---|---|---|---|---|---|---|
| INST 1 | 224460440 | 3/31/2010 | 2009 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | Total Due: | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## Notice to Tax Payer

### Tax Certificates

Payments made between 5/31 – 6/7 of any year indicates the purchase of a Tax Certificate for delinquent taxes only. Tax Certificate purchase(s) ARE **NOT** a payment of taxes. "Paid By" information displays the name of the Tax Certificate purchaser.

**Property Tax Help**

If your bill number begins with a year (i.e. 2012-001234), a Tax Certificate was sold for delinquent property taxes. An additional collection fee of **$6.25** must be added to the total amount due for each delinquent tax tax year once a tax certificate has been sold. The amount due is shown above in the "Tax Installment" section under the Total Due column. **If no other payments or receipt numbers display for that year in the Tax Payment section, delinquent taxes are due.**

** This Icon ⚠ indicates delinquent taxes and the tax bill cannot be paid on-line at this time. It may also indicate a recent TDA where additional fees are required. Contact our office at 561-355-2264 or email ClientAdvocate@taxcollectorpbc.com for additional details.

KROSEN - 000428

### Tax Payment

| Bill Year | Bill Number | Receipt Number | Amount Paid | Last Paid | Paid By |
|-----------|-------------|----------------|-------------|-----------|---------|
| 2009 | 224460440 | 1522990 | $5,058.78 | 6/30/2010 | ~@END |
| 2009 | 224460440 | 326315 | ($0.02) | 11/24/2009 | ~@END |

KROSEN - 000429

**Kevin & Stacey Rosen - Chinese Drywall Expenses and Damages**

# OUT OF POCKET EXPENSES

<u>Date</u>
9/12/2008
10/23/2008
12/4/2008
3/4/2009
4/13/2009
8/11/2006
7/27/2009
7/28/2009
7/28/2009
7/29/2009
7/29/2009
7/30/2009
7/30/2009
7/31/2009
7/31/2009
8/1/2009
8/1/2009


8/1/2009
8/1/2009
8/1/2009
8/1/2009

8/1/2009
8/1/2009
8/1/2009
8/1/2009
8/4/2009
8/6/2009
8/6/2009
8/8/2009
8/8/2009
8/8/2009
8/9/2009
8/10/2009
8/11/2009
8/11/2009
8/11/2009
8/11/2009
8/12/2009

8/15/2009
8/16/2009
8/16/2009
8/17/2009
8/21/2009
8/21/2009
8/21/2009
8/21/2009
8/21/2009
8/25/2009
8/29/2009
8/30/2009
8/31/2009
8/31/2009
9/4/2009
9/4/2009
9/4/2009
9/4/2009
9/4/2009
9/5/2009
9/9/2009
9/9/2009
9/9/2009
9/10/2009
9/19/2009
9/19/2009
9/19/2009
9/22/2009
9/23/2009
9/26/2009
9/26/2009
10/2/2009
10/8/2009
10/18/2009
10/18/2009
10/26/2009
10/26/2009
10/26/2009
10/26/2009
11/9/2009
11/23/2009
11/23/2009
12/12/2009
12/12/2009
12/17/2009
12/31/2009
12/31/2009

12/31/2009
3/29/2010


# Rent for Alternative Living

7/30/2009
8/26/2009
9/26/2009
10/26/2009
11/23/2009


**TOTAL DAMAGES**

| Item | Amount |
|---|---|
| AZ Plumbing | $75.00 |
| Central Vacuum Connection | $69.95 |
| First Class AC & Appliance | $79.00 |
| Florida Public Utilities | $130.00 |
| Sunstate A/C | $550.00 |
| Mattress - Damaged and Discarded | $5,255.00 |
| Target - Relocation Baby Clothes | $114.93 |
| Publix - Relocation Laundry Hampers | $40.74 |
| Townhouse - HOA Application | $200.00 |
| Baby Love - Infant Mattress | $169.59 |
| City Mattress - Adult and Child Bedding | $1,215.17 |
| Townhouse - AT&T Phone Service | $68.27 |
| Townhouse - FPU Gas Deposit & Transfer | $68.00 |
| Home Depot - Townhouse Toilet Parts | $35.84 |
| Fed Ex - Rent+ Security to Landlord | $13.04 |
| Two 50" Samsung DLP Projection TVs Damaged | $3,500.00 |
| FAO Schwartz Collectible Stuffed Animals, Jim Henson Muppets, and other various children stuffed animals Damaged | $2,500.00 |
| Silk House Trees and Plants Damaged | $1,000.00 |
| 8 Foot Rectangular Area Rug for Pool Table Damaged | $1,000.00 |
| Baby Mattress and Pillows Damaged | $500.00 |
| Italian Imported Custom Carved Wall Unit Abandoned; Movers Unable to Place In Storage | $5,000.00 |
| 2 Men & Truck - Moving Company | $1,128.50 |
| Gas - Cargo Van | $48.15 |
| City Mattress - Box Springs and Frame | $319.50 |
| Walmart - Cleaning Supplies | $19.05 |
| Home Depot - Townhouse Water Filter | $42.59 |
| Target - Cleaning Supplies | $44.37 |
| Homedepot - Air Filters Townhouse | $43.51 |
| Posh French Cleaners | $139.43 |
| Laundromat | $96.60 |
| Thanks a Lock Locksmith - Townhouse | $11.18 |
| U Gas - Cargo Van | $15.00 |
| Other Perils Insurance - Townhouse | $1,127.52 |
| Flood Insurance Policy - Townhouse | $189.00 |
| Windstorm Insurance - Townhouse | $598.00 |
| Fed Ex to Colson Hicks | $5.27 |
| Fed Ex to Colson Hicks | $91.44 |
| Laundromat | $19.55 |

| | |
|---|---|
| Posh French Cleaners | $1,167.17 |
| Laundromat | $22.25 |
| Laundromat | $90.85 |
| Stain Away Rug Cleaning - Area Rugs | $337.50 |
| Comcast - Townhouse | $117.49 |
| Thompson Pest Control - Townhouse | $45.00 |
| City of Boca Raton Water - Townhouse | $250.00 |
| FPL - Townhouse | $55.22 |
| Posh French Cleaners | $545.18 |
| Home Fitness - Relocated Eliptical | $125.00 |
| Posh French Cleaners | $55.90 |
| Laundromat | $12.25 |
| Townhouse - Comcast | $125.59 |
| Townhouse - FPU | $10.67 |
| Homedepot - Padlock Storage | $12.24 |
| Posh French Cleaners | $55.90 |
| Mission Bay - Storage Rental | $466.20 |
| Mission Bay - Storage Rental | $2,252.47 |
| Mission Bay - Truck Rental | $74.52 |
| Two Men & Truck | $577.50 |
| Townhouse - Thompson Pest Control | $27.00 |
| Townhouse- FPL | $220.61 |
| Townhouse - AT&T | $113.88 |
| Townhouse - Comcast | $92.91 |
| Parker Crystals - Chandelier & Sconces | $1,940.00 |
| Stor-All Rental | $20.00 |
| Homedepot - Padlock Storage | $12.24 |
| Townhouse - Plumbing Repair | $120.00 |
| Posh French Cleaners | $280.18 |
| Two Men & Truck - Chandelier Move | $200.00 |
| Townhouse - Comcast | $92.91 |
| Thompson Pest Control - Townhouse | $27.00 |
| Townouse - FPU | $27.71 |
| Townhouse - AT&T | $60.79 |
| Townhouse - FPL | $219.20 |
| Townhouse - City of Boca Raton Water | $145.25 |
| Townhouse - Comcast | $113.91 |
| Townhouse - FPU | $28.01 |
| Boca Raton Stor-All | $234.30 |
| Townhouse - FPL | $196.74 |
| Townhouse - FPU | $30.40 |
| Boca Raton Stor-All | $234.30 |
| Townhouse - FPL | $149.78 |
| Townhouse - Comcast | $49.64 |
| Boynton Billiards | $325.00 |
| Townhouse - City of Boca Raton Water | $117.74 |
| Townhouse - Comcast | $157.98 |

| | |
|---|---|
| Boca Raton Stor-All | $702.90 |
| Boca Raton Stor-All | $468.60 |
| **TOTAL EXPENSES** | **$38,331.07** |

| | |
|---|---|
| Townhouse - August Rent | $3,300.00 |
| Townhouse - September Rent | $3,300.00 |
| Townhouse - October 2009 Rent | $3,300.00 |
| Townhouse - November 2009 Rent | $3,300.00 |
| Townhouse - December 2009 Rent | $3,300.00 |
| **TOTAL** | **$16,500.00** |

**$54,831.07**

Case 2:09-md-02047-EEF-MBN Document 22380-42 Filed 12/02/19 Page 63 of 77
Case 1:11-cv-22408-MGC Document 270-17 Entered on FLSD Docket 05/13/2019 Page 445
of 459

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others similarly
situated,

      Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

      Defendants.

_____/

### CLAIMANT KEVIN AND STACEY ROSEN'S ANSWERS TO DEFENDANTS TAISHAN GYPSUM COMPANY, LTD., TAI'AN TAISHAN PLASTERBOARD COMPANY, LTD'S AND BNBM PLC'S INTERROGATORIES

      Pursuant to by Fed. R. Civ. P. 26 and 33 and LR 26.1(g) and as required by Fed. R. Civ.

P. 26(e), Claimants Kevin and Stacey Rosen hereby serve amended answers to Defendants

Taishan Gypsum Company, Ltd., Tai'an Taishan Plasterboard Company, Ltd., and BNBM PLC

(collectively "Defendants"), interrogatories propounded on November 16, 2018.

Dated: December 4, 2018          Respectfully submitted,

                          /s/ Patrick S. Montoya, Esq.
                          Patrick Shanan Montoya
                          Fla. Bar No. 0524441
                          Email: Patrick@colson.com
                          Colson Hicks Eidson
                          255 Alhambra Circle, PH
                          Coral Gables, FL 33134-2351
                          Telephone:  (305) 476-7400
                          Facsimile:  (305) 476-7444
                          *Interim Lead Counsel for Plaintiffs*

## CLAIMANTS KEVIN AND STACEY ROSEN'S ANSWERS TO DEFENDANT TAISHAN GYPSUM COMPANY, LTD., TAI'AN TAISHAN PLASTERBOARD COMPANY, LTD'S AND BNBM PLC'S INTERROGATORIES

1.      Identify all types of damages that you seek in this Lawsuit (e.g. alternative living expenses, diminution in value, loss of use/enjoyment, etc.) and specify amounts sought for each category.

**ANSWER:** We are seeking all compensatory damages, including, but not limited to personal property costs, alternative living expenses, lost equity (including down payment, mortgage payments, and capital improvements to the property), remediation damages as determined the Court, diminution in value, loss of use and enjoyment, punitive damages and pre-judgment interest. Please see attached chart reflecting liquidated damages for alternative living expenses and personal property. The amount of diminution in value and lost equity will be quantified by an expert. While our lost equity will be quantified by an expert, it includes, but is not limited to $792,293.84 ($105,000.00 (down payment at purchase) + $115,631.67 (capital improvements) + $105,000.00 (payment at permitting) + $698,353.76 (down payment at closing) + $27,300.00 (capital improvement/generator) + $25,050 (payments toward principal of mortgage) = $1,076,336.23 (Total Investment) – $284,042.39 (Net proceeds of sale). = $792,293.84. Loss of use and enjoyment damages and punitive damages will be determined by the jury. Pre-judgment interest will be determined by the Court as a post-judgment ministerial matter.

2.      Did you ever vacate the Property because of Chinese Drywall?

**ANSWER:** Yes. Our fear over potential bodily injuries, adverse health effects and the uninhabitable condition of the Property forced us to vacate our home to seek alternative housing.

a.      If so, identify the dates and location of your alternative residence.

**ANSWER:** We leased from July 27, 2009 through December 23, 2009. The address of our alternative housing was 770 NE 37th Street, Boca Raton, FL.

b.      If so, did you continue to make mortgage payments on the Property during the period(s) of your alternative residence?

**ANSWER:** Yes. I continued to make full and timely mortgage payments until the date I was able to sell the Property in an attempt to mitigate losses caused by the defective Chinese drywall.

3.      Do you intend to pursue a claim for damages arising from bodily injury caused or aggravated by Chinese Drywall?

**ANSWER:** No, we are not pursuing bodily injury claims caused or aggravated by Chinese Drywall. However, it was our fear over potential bodily injuries and adverse health effects that led to our vacating our home and having to seek alternative housing. This, coupled with the anxiety of our losses and the diminished value of our home, led to a substantial amount of emotional distress and exacerbated our loss of use and enjoyment of our home.

a.      If so, identify and describe all conditions, diagnoses, symptoms, bodily harms, and/or illnesses that you claim were caused or aggravated, in whole or in part, because of Chinese Drywall.

**ANSWER:** Not applicable.

b.      If so, identify any physician and/or medical professional who has diagnosed or opined that the cause of any of your identified conditions is Chinese Drywall, in whole or in part.

**ANSWER:** Not applicable.

c.      If so, identify any physician and/or medical professional who has

3

treated you for any of the conditions you have identified.

**ANSWER:** Not applicable.

4.     Does anyone in your household claim to have suffered bodily injury because of the Chinese Drywall?

**ANSWER:** While we are not pursuing bodily injury claims caused or aggravated by Chinese Drywall, we did suffer a number of physical symptoms while living in the house, including shortness of breath, headaches, respiratory problems (i.e. infections), insomnia and dizziness. It was our fear over these symptoms, other potential bodily injuries and adverse health effects that led to our vacating our home and having to seek alternative housing. This, coupled with the anxiety of our losses and the diminished value of our home, led to a substantial amount of emotional distress and exacerbated our loss of use and enjoyment of our home.

a.     If so, identify and describe all conditions, diagnoses, symptoms, bodily harms, and/or illnesses, that they claim were caused or aggravated, in whole or in part, because of Chinese Drywall.

**ANSWER:** While we are not pursuing bodily injury claims caused or aggravated by Chinese Drywall, we did suffer a number of physical symptoms while living in the house, including shortness of breath, headaches, respiratory problems (i.e. infections), insomnia and dizziness. It was our fear over these symptoms, other potential bodily injuries and adverse health effects that led to our vacating our home and having to seek alternative housing. This, coupled with the anxiety of our losses and the diminished value of our home, led to a substantial amount of emotional distress and exacerbated our loss of use and enjoyment of our home.

b.     If so, identify any physician and/or medical professional who has

4

diagnosed or opined that the cause of any of their identified conditions is Chinese Drywall, in whole or in part.

     **ANSWER:** Not applicable.

     c.     If so, identify any physician and/or medical professional who has treated them for any of the conditions they have identified.

     **ANSWER:** Not applicable.

     5.     If you contend that a short sale occurred as a result of damage to your Property, identify any lenders or mortgagees that had a security interest on the Property at any time during your ownership (to the extent not already identified in the Supplemental Profile Form).

**ANSWER:** My Property was sold through a sale in mitigation as a result of damage to the Property. My Property was not sold through a short sale. At the time of my initial purchase, I had a mortgage with Wachovia Mortgage with a principal amount of $175,000.00. On April 10, 2008, I refinanced the Property. My mortgage balance of $172,415.31 was paid off and a new mortgage loan, with a principal amount of $200,000.00 was issued by Wachovia Mortgage.

     6.     If the Property was the subject of a short sale, identify the following (to the extent not already identified in the Supplemental Plaintiff Profile Form):

     a.     Lender's name;

     **ANSWER:** Wachovia Mortgage

     b.     Loan number;

     **ANSWER:**

     c.     Original loan/mortgage amount;

     **ANSWER:** $175,000.00

     d.     Date of original loan/mortgage;

**ANSWER:** August 7, 2006

e.  The amount owed on the loan/mortgage at the date of short sale;

**ANSWER:** Not applicable. **The Property was not sold in a short sale, but through a sale in mitigation** as the result of damage to the Property caused by defective Chinese drywall. That said, the amount owed on the mortgage was $174,949.20 and was satisfied at the time of sale.

f.  Date of the short sale;

**ANSWER:** Not applicable. **The Property was not sold in a short sale, but through a sale in mitigation** as the result of damage to the Property caused by defective Chinese drywall. That said, the date of the Sale was December 23, 2009.

g.  Short sale price

**ANSWER:** Not applicable. **The Property was not sold in a short sale, but through a sale in mitigation** as the result of damage to the Property caused by defective Chinese drywall. That said, the sale price of the home was $501,000.00.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 4, 2018, I caused the foregoing Answers to Defendants' First Set of Interrogatories to be served on counsel below listed by uploading the same to the Brown Greer Chinese Drywall Portal.

Craig P. Kalil, Esquire
ABALLI MILNE KALIL P.A.
SunTrust International Center
1 SE 3rd Avenue, Suite 2250
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska, Esquire
Eric Matthew Hairston, Esquire
Andrew Davidson, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
Telephone: (415) 773-5700
Email: cvejnoska@orrick.com
        ehairston@orrick.com
        adavidson@orrick.com

James L. Stengel, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: jstengel@orrick.com

*Attorneys for Beijing New Building Materials Public Limited Company*

Enjolique D. Aytch, Esquire
AKERMAN LLP
Las Olas Centre II – Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: enjolique.aytch@akerman.com

Bernard Taylor, Esquire
Michael P. Kenny, Esquire

7

Christina Hull Eikhoff, Esquire
David Venderbush, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: bernard.taylor@alston.com
         mike.kenny@alston.com
         christy.eikhoff@alston.com
         david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others similarly
situated,

       Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

       Defendants.

_____/

## CLAIMANT KEVIN AND STACEY ROSEN'S ANSWERS TO DEFENDANT TAISHAN GYPSUM COMPANY, LTD., TAI'AN TAISHAN PLASTERBOARD COMPANY, LTD. AND BNBM PLC'S SECOND SET OF INTERROGATORIES

Pursuant to by Fed. R. Civ. P. 26 and 33 and LR 26.1(g) and as required by Fed. R.

Civ. P. 26(e), Claimants Kevin and Stacey Rosen ("Claimants") hereby serve answers to

Defendants Taishan Gypsum Company, Ltd., Tai'an Taishan Plasterboard Company, Ltd.,

and BNBM PLC (collectively "Defendants"), interrogatories propounded on November 21,

2018 ("Defendants Second Set of Interrogatories").

Dated: December 4, 2018            Respectfully submitted,

                                            /s/ Patrick S. Montoya, Esq.

                                            Patrick Shanan Montoya
                                            Fla. Bar No. 0524441
                                            Email: Patrick@colson.com
                                            Colson Hicks Eidson
                                            255 Alhambra Circle, PH
                                            Coral Gables, FL 33134-2351
                                            Telephone: (305) 476-7400

Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

## CLAIMANT KEVIN AND STACEY ROSEN'S OBJECTIONS AND ANSWERS TO DEFENDANTS' SECOND SET OF INTERROGATORIES

1.     Please IDENTIFY each party YOU contend supplied and/or installed any defective Chinese-manufactured drywall in YOUR PROPERTY.

**ANSWER:** In addition to the information provided in conjunction with Claimants' Supplemental Plaintiff Profile Form ("SPPF"), which was negotiated among the parties and ordered by Judge Fallon to be completed pursuant to Pretrial Order No. 11A (MDL Rec. Doc. 21162), and which is incorporated herein by reference, Claimant answers as follows:
the drywall in our home was supplied by Banner Supply and installed by O.C.D. of S. Florida, Inc.

2.     Please IDENTIFY any financial compensation YOU have received or may receive (including but not limited to insurance payments, insurance claims, legal claims against any party, legal settlements with any party, government funding programs, tax credits, or any other form of financial relief) RELATED TO alleged damage to YOUR PROPERTY caused by defective Chinese-manufactured drywall or RELATED TO any other harm YOU claim was caused by defective Chinese-manufactured drywall.

**ANSWER:** In addition to the information provided by Claimant in their SPPF and the information contained in documents produced in response to Request 1 of Defendants' Second Request for Production of documents dated November 21, 2018 ("Defendants' Second Set of Document Requests"), Claimants answer as follows: We received Settlement Funds as part of the Chinese Drywall Settlement Program in MDL 2047. We also received a Chinese drywall loss deduction on our Federal Income Taxes. Pursuant to Rule 33(d), Fed.R.Civ.P., please see documentation in the Brown Greer Chinese Drywall Portal regarding funds received as part of the Chinese Drywall Settlement in MDL 2047.

3.      Please IDENTIFY the names, contact information, and locations of contracting companies used for and the date, scope, and costs of any remediation efforts for each and every one of YOUR PROPERTIES that has undergone any form of remediation, in part or in full, for any damage that YOU contend was caused by defective Chinese-manufactured drywall.

**ANSWER:** Claimants have not remediated the subject property and therefore, this interrogatory is not applicable.

4.      Please IDENTIFY all facts and circumstances that RELATE TO any purchase, sale, or transfer of ownership of YOUR PROPERTY during the RELEVANT TIME PERIOD.

**ANSWER:**   In addition to the information provided by Claimants in their SPPF and information contained in documents produced in response to Request 1 of Defendants' Request for Production of Documents dated November 16, 2018 ("Defendants' First Set of Document Requests"), Claimants answer as follows: Pursuant to Rule 33(d), Fed.R.Civ.P., please see documentation bates labeled KROSEN-000061-000134.   In addition, Defendants will have the opportunity to question Claimants on this topic at their depositions.

5.      Please IDENTIFY all facts and circumstances that RELATE TO any assignment of personal right of action for purported damages to YOUR PROPERTY.

**ANSWER:** In their SPPF, Claimants identified that they did not assign their personal right of action for purported damages to the subject property to anyone.  In addition to that information, responsive information may be contained in any documents produced pursuant to Request 5 of Defendants' First Set of Document Requests and furthermore, Defendants will have the opportunity to question Claimants on this topic at their deposition.

6.      Please IDENTIFY all facts and circumstances that RELATE TO YOUR first awareness that allegedly defective Chinese-manufactured drywall had been installed in YOUR PROPERTY, including the date or dates on which YOU first became aware that allegedly defective Chinese-manufactured drywall had been installed in YOUR PROPERTY.

**ANSWER:**  Pursuant to Rule 33(d), Fed.R.Civ.P., please see documentation bates labeled KROSEN-000566 – 000568. In the SPPF, Claimants identified when they believed the Chinese-manufactured drywall was installed in the subject Property and when they first became aware that the subject Property contained Chinese-manufactured drywall.  In addition to that information, Defendants will have the opportunity to question Claimants on this topic at their depositions.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 4th, 2018, I caused the foregoing Answers

to Defendants' Second Set of Interrogatories to be served via email on the following:

Craig P. Kalil, Esquire
ABALLI MILNE KALIL P.A.
SunTrust International Center
1 SE 3rd Avenue, Suite 2250
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska, Esquire
Eric Matthew Hairston, Esquire
Andrew Davidson, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
Telephone: (415) 773-5700
Email: cvejnoska@orrick.com
ehairston@orrick.com
adavidson@orrick.com

James L. Stengel, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: jstengel@orrick.com

*Attorneys for Beijing New Building Materials Public Limited Company*

Enjolique D. Aytch, Esquire
AKERMAN LLP
Las Olas Centre II – Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: enjolique.aytch@akerman.com

Bernard Taylor, Esquire
Michael P. Kenny, Esquire
Christina Hull Eikhoff, Esquire

6

David Venderbush, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: bernard.taylor@alston.com
        mike.kenny@alston.com
        christy.eikhoff@alston.com
        david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*


/s/ Patrick S. Montoya, Esq.

Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*