# EXHIBIT 32 part 6



JUL-28-2005 THU 09:42 AM albanese     FAX NO.     P. 06
May. 3. 2005 8:01AM NASU

### Avatar.
Pullout Spray

- Ergonomic fingertip toggle
- High-arch 9¼" brass spout swivels 360°
- Washerless ceramic valving ensures reliable performance



K-6050-B4 Avatar kitchen sink faucet with front lever handle in Vibrant Stainless with pullout sprayhead and handle in Vibrant Polished Nickel




K-6352-AP-CP

Order model with desired color/finish to complete.   ADA

| Model | Reach¹ | Spout Height² | Height³ | Handles | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|---|
| K-6352 | 9¼" | 11⅛" | 8⅝" | Front lever | Sprayhead, removable hose, aerator, integral vacuum breaker, escutcheon plate | Refer to finish selection below | |
| K-6052 | swing | | | Right-side lever | | | |
| K-6363 | | | | Left-side lever | | | |

NOTE - Contains all necessary parts for either a single-hole or three-hole installation.

#### Color/Finish Selection

| Suffix | Body | Escutcheon | Handle | Sprayhead |
|---|---|---|---|---|
| -CP | Polished Chrome | Polished Chrome | Polished Chrome | White |
| -BP-CP | Polished Chrome | Polished Chrome | Polished Chrome | Black |
| -VB-CB | Vibrant Polished Brass | Vibrant Polished Brass | Vibrant Polished Brass | Black |
| -B4 | Vibrant Stainless | Vibrant Stainless | Vibrant Polished Nickel | Vibrant Polished Nickel |
| -BC | Vibrant Stainless | Vibrant Stainless | Black | Black |
| | | | Biscuit | |
| | | | Black Black | |
| | | | White | |
| -CP | | | Polished Chrome | |

**KOHLER**.com

---

Fairfax.   *(handwritten: Kohler Brushed Nickel #12177)*
Pullout Spray

- Easy-to-clean MasterClean. sprayface resists calcium buildup
- Flexible 22" stainless steel supplies to simplify installation
- Washerless ceramic valving ensures reliable performance





K-12177-BX Fairfax single-control kitchen sink faucet with pullout spout and integral vacuum breaker in Vibrant Brushed Bronze



K-12177-CB
Order model with desired color/finish to complete.   ADA

| Model | Reach¹ | Spout Height² | Height³ | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|
| K-12177 | 9" | 8⅝" | 5" | Matching color sprayhead, aerator, 10" escutcheon plate | BN, BV, BX, CB, CP, G, PB | Options available |

#### Optional

| Model | Description | Color/Finish | Notes |
|---|---|---|---|
| K-120 | Single-control plug button | BN, BV, BX, CP, G, PB | |

All solid color/finish Fairfax faucets come standard with White plug button. Polished Chrome faucets with Vibrant Polished Brass accents come standard with Vibrant Polished Brass plug buttons. Interchangeable plug buttons, in a variety of colors/finishes, are also available (K-120).

JUL-28-2005 THU 09:43 AM albanese      FAX NO.      P. 07

RightFax    *REVISED*    7/27/2005 10:11   PAGE 001/004   Fax Server

**MASTER-TUB CHANGE** *Attn: Annie*

**FERGUSON ENTERPRISES, INC.**

FEI BOCA RATON #121
1041 SOUTH ROGERS CIRCLE
BOCA RATON, FL 33487-2803

Delivered To: TENZY
From: Lindsey Loudakis
Comments: REVISED BID AS OF 7-27

10:06:17 JUL 27 2005

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 1

Phone : 551-997-8735
Fax : 561-917-2680

Bid No......: B02837
Bid Date....: 03/01/05
Quoted By.: LL

Cust Phone: 561-988-3318
Terms........: NET 10TH PROX

Customer: SOLIVE PLUMBING
1506 NW 17TH AVE
SUITE 103
DELRAY BEACH, FL 33445

Ship To: DITVI PLUMBING
595 NW 17TH AVE
UNIT 133
DELRAY BEACH, FL 33445

Cust PO#...:

Job Name: OAKS LOT 30-G1

| Item | Description | Quantity | |
|------|-------------|----------|--|
| | **** MASTER BATH **** | | |
| | --LAVATORY FAUCET | | |
| SP-W17.2-T-SN | W/SPRD WYNDHAM SATIN NICK | 2 | |
| | --LAVATORY SINK | | |
| K2210-AB | 17 X14 VC UC LAV *CAXTON BISC | 2 | |
| | --WATER CLOSET | | |
| K3406-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 | |
| | --WATER CLOSET SUPPLIES | | |
| 8492158 | 1/2 COMP X 3/8 CUST SPLY KIT SN | 1 | |
| W2403-BN | LH TRP LEV *SANRAP BN | 1 | |
| | --BIDET | | |
| K4654-96 | VC BIDET *SANTRO BISC | 1 | |
| | --BIDET SUPPLIES | | |
| B412158 | 1/2 COMP X 3/8 COMP STRT VLV SN | 2 | |
| B432158 | 3/8 OD X 20 LAV BULLNOSE RSR SN | 2 | |
| B44T158 | 5/8 OD SURE GRIP FLG SN | 2 | |
| | --BIDET FAUCET | | |
| SP-W17-4-T-BN | BIDET FCT WYNDHAM | 1 | |

p. 1

KROSEN - 001915

JUL-28-2005 THU 09:43 AM albanese          FAX NO.                    P. 08

RightFax          7/27/2005 10:11   PAGE 002/004   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FERROCA PATH 4140
xn'                              Page # 2
Phone : 561-797-8735
Fax : 561-997-2560

10:05:17 JUL 27 2005

*Reference No: B02307*

| Item | Description | Quantity |
|------|-------------|----------|
|  | ~TUB |  |
| JN660969 | 72x42 LH WP *GALLER OYST | 1 |
| G1501d2331 | 17 - 112 PVC SCH40 W&O L/ TRIM | d |
| G2407225/1 | BATH &.WP CABLE W&O TRIM BN | 1 |
|  | ~TUB FAUCET |  |
| SP-W17-8-T-BN | ROMAN TUB WYNDHAM | 1 |
|  | ~SHOWER |  |
| SP-W17-6-2-T-TOSN | TRIM ONLY SHWR TRIM | 1 |
| 59851X | *TEMPER SHWR VLV W/ST CP | 1 |
| B4102159 | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 |
|  | *** BATH 3 & GUEST *** |  |
|  | ~LAVATORY FAUCET |  |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
|  | ~LAVATORY SINK |  |
| K2905-8-0 | 19X16 8 LAV *FARMIN WHIT | 2 |
|  | ~WATER CLOSET |  |
| K4276-0 | 12 EII HOWL 2 TRAP *WELLWO WHIT | 2 |
| K4020-0 | 1.6 GI CLST TANK ONLY *WELLWO WHIT | 2 |
| C8007K/WH | EB PL/B C.ST SEAT WHIT | 2 |
|  | ~TUB |  |
|  | ~SPECIFY RIGHT OR LEFT |  |
|  | ~DRAIN |  |
| K715-0 | 60X30 LH CI BATH *VILLAG WHIT | 2 |
| K6662A/W | 1- 1/2 PVC L&T BATH DRN | 2 |
|  | ~TUB/SHOWER TRIM VALVE |  |
| K904-KS-NA | W/V P/BAL VLV W/ ST *RITTEM | 2 |
| K1396-4-CP | 1HD. LEV P/BAL T&S TRIM *DEVONS CP | 2 |
|  | *** BATH 4 & 5 *** |  |

p . c

JUL 27 2005 3:52PM   HP LASERJET FAX

KROSEN - 001916

Right-Fax              7/27/2005 10:11   PAG : 003/016   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FL BOCA RATON #140

Page # 3

10:09:17 JUL 27 2005

Phone : 561-997-6735
Fax   : 561-997-2680

Reference No: 802557

| Item | Description | Quantity |
|---|---|---|
| | --LAVATORY FAUCET | |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 3 |
| | --LAVATORY SINK | |
| K2905-8-0 | 19X16.5 LAV *FARMIN WH-IT | 2 |
| | --WATER CLOSET | |
| K4620-0 | 1.6 III CLST TANK ONLY *WELLWO WHIT | 3 |
| K4276-0 | 12 III BOWL 2 TRAP *WELLWO WHIT | 3 |
| C8001MWH | EB PLAS CLST SEAT WHIT | 2 |
| | --SHOWER | |
| K304-KS-NA | WM P/BAL VLV W/ ST *RITTEM | 2 |
| K396-4-CP | 1HDL LEV P/BAL SHWR TRIM *DEVONS CP | 2 |
| | **** POWDER ROOM **** | |
| | --LAVATORY FAUCET | |
| SP-RLARBEJLAB/AB | RUBINO BTRUSCAN WDSPRD FCT AB/AB | 1 |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | **** CABANA BATH **** | |
| | --LAVATORY FAUCET | |
| K394-4-BN | 2HDL LEV W/SPRD LAV FCT *DEVONS BN | 1 |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | --WATER CLOSET SUPPLIES | |
| K9453-BN | LH TRIP LEV *SANRAP BN | 1 |

KROSEN - 001917

JUL-28-2005 THU 09:43 AM albanese      FAX NO.      P. 10

RightFax:     7/27/2005 10:11    PAGE 004/004   Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Phone : 561-99 -8735
Fax : 561-99 2680

Page # 4

10:16:17 JUL 27 2005

*Reference No:* 80:507

| Item | Description | Quantity | |
|------|-------------|----------|---|
| 5482155 | 1/2 DCOMP X 3/8 CLST SPLY KIT SN | 1 | |
| | --- | | |
| | --- | | |
| | **** KF CHEN **** | | |
| | --- | | |
| | --SINK | | |
| FGNK11028 | *EU-OPR 28X20 12D 1B UC SS SINK | 1 | |
| BADGER5 | 1/2HP DISP *BADGER | 1 | |
| | --- | | |
| | --FAUCET | | |
| B12177-BN | 1H OL1EV PO KTIC PCT *FAIRFA BN | 1 | |
| | SHIPPING AND HANDLING | | |
| | --- | | |
| | RESTOCK FEE WILL APPLY TO | | |
| | ALL RETURNED NON-STOCK | | |
| | ITEMS | | |

KROSEN - 001918

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
*at Boca Raton*

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 9 Including Cover Sheet |
| phone | | Date: | 7/28/05 |
| Cc: | | RE: | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

The following is the plumbing work order. Please review, sign, and fax back.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001919

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 8, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 7

Comments:

Dear Jim and Dianne:

Please read the attached documents. Original check is in the mail to Jim.

Thanks

Kevin

KROSEN - 001920

P. 1

* * * Communication Result Report ( Aug. 8. 2005  8:25AM ) * * *

FAX HEADER: NASD

Date/Time: Aug. 8. 2005  8:24AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2495 Memory TX | 4777113 | P.  7 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 8, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☐ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

Please read the attached documents. Original check is in the mail to Jim.

Thanks

Kevin.

KROSEN - 001921

P. 1

\* \* \* Communication Result Report ( Aug. 8. 2005  8:31AM ) \* \* \*

FAX HEADER: NASD

Date/Time: Aug. 8. 2005  8:24AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2497 Memory TX | 4777113 | P.   7 | OK | |

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                                E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 8, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❏ Please Review
❏ For your information

Total pages, including cover: 7

Comments:

Dear Jim and Dianne:

Please read the attached document. Original check is in the mail to Jim.

Thanks

Kevin

KROSEN - 001922

P. 1

* * * Communication Result Report ( Aug. 8. 2005 8:28AM ) * * *

FAX HEADER: NASD

Date/Time: Aug. 8. 2005 8:24AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2496 Memory TX | 9945613 | P. 7 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 8, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 35 - Rosen
☐ Please review
☐ For your information

Total pages, including cover: 7

Comments:

Dear Jim and Dianne:

Please read the attached documents. Original check is in the mail to Jim.

Thanks

Kevin

KROSEN - 001923

P. 1

* * * Communication Result Report ( Aug. 8. 2005  8:30AM ) * * *

FAX HEADER: NASD

Date/Time: Aug. 8. 2005  8:25AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2498 Memory TX | 9945613 | P. 7 | OK | |

--------------------------------------------------------------------------------

Reason for error
  E.1) Hang up or line fail
  E.3) No answer

  E.2) Busy
  E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 8, 2005 |
| James Waller Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
❑ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 7

Comments:

Dear Jim and Dianne:

Please read the attached documents. Original check is in the mail to Jim.

Thanks

Kevin

KROSEN - 001924



**Kevin D. Rosen**

**VIA FACSIMILE 5** ████ **& U.S. MAIL**

August 8, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #15 - Electrical Revisions with Check #2458 dated August 8, 2005 in the amount of $446.25 as satisfaction of payment of Work Order #15. Also, I have enclosed a copy of signed Memo #16 - Exterior Railing.

Very truly yours,

Kevin D. Rosen

cc: Dianne Chamberlin, Design Coordinator (via facsimile 561-477-7113)

KROSEN - 001925

AUG-05-2005 FRI 10:21 AM albanese          FAX NO.                    P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 8/4/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the revised work order for the electrical.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001926

Case 1:12-cv-22409-MGC Document 276-11 Entered on FLSD Docket 05/13/2019 Page 16 of 526
Case 2:09-md-02047-EEF-MBN Document 22380-49 Filed 12/02/19 Page 16 of 161
of 526

AUG-05-2005 FRI 10:21 AM albanese          FAX NO.                    P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                                        Work Order #15
ROSEN, KEVIN & STACEY                      Date: 7/25/2005
                                           Job: G001-030 POD G-1, L030 ROSEN

Description:  Electrical Revisions

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Electrical Revisions per Red Line Drawings

| | | | | |
|---|---|---|---|---|
| 1 | Electrical Revisions | Electrical Revisions per Red Line Drawings - Revised | | 525.00 |
| 2 | Discount per Contract | 15% Discount per Contract Specifications | | -78.75 |
| | | | TOTAL: | $446.25 |

SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  8.2.05           _____  8-8-05
ALBANESE-POPKIN THE OAKS      Date         ROSEN, KEVIN & STACEY        Date

                                                           Page 1 of 1

KROSEN - 001927



# THE OAKS
*at Boca Raton*

Fax: (561) 477-113
## WORK ORDER #15

## LOT 30 (G-1) THE OAKS at BOCA RATON
### Rosen Residence

**March 16, 2005**
**Revised July 5, 2005**
**Revised July 25, 2005**
**August 2, 2005**

### Electrical Changes:

Electrical changes as per Red Line Drawing:

| | |
|---|---|
| -One (1) Outlet in Kitchen for Water Cooler | $ 70.00 |
| -One (1) Switch and J-Box for Sconce Light on rear patio from Living Room | Per Code – N/C No Charge |
| -Relocate One (1) Outlet for Central Vac | |
| -One (1) 3-Way Switch for Hi-Hat in Kitchen | $ 80.00 |
| -Add (5) Dimmer Switches: Dining Room, Living Room, Master Bedroom, Master Bath and Family Room | $ 375.00 |

|  |  |
|---|---|
| **Total:** | $ 525.00 |
| **15% Discount:** | [$ 78.75] |
| **TOTAL AMOUNT:** | $ 446.25 |

8-8-05

Approved: _____        Date: _____

KROSEN - 001928

AUG-05-2005 FRI 10:21 AM albanese          FAX NO.                    P. 04

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 16
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                    Subject: Exterior Railing
From: Dianne Chamberlin

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard straight exterior railing for your home at The Oaks.
If you agree with this selection, please sign bellow and fax it back to my attention at number 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Exterior Railing:**
          **STANDARD: STRAIGHT RAILING**
          **STANDARD COLOR: DARK BRONZE**

                                        8-8-05
_____          _____
Approved                          Date

1200 S Rogers Circle. #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001929

AUG-05-2005 FRI 10:21 AM albanese          FAX NO.                    P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 8/4/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the revised work order for the electrical.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001930

AUG-05-2005 FRI 10:21 AM albanese          FAX NO.                    P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

### WORK ORDER

To:                                    Work Order #15
    ROSEN, KEVIN & STACEY              Date: 7/25/2005
                                        Job: G001-030  POD G-1, L030 ROSEN

Description:  Electrical Revisions

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
    Electrical Revisions per Red Line Drawings

| | | | |
|---|---|---|---|
| 1  Electrical Revisions | Electrical Revisions per Red Line Drawings - Revised | | 525.00 |
| 2  Discount per Contract | 15% Discount per Contract Specifications | | -78.75 |
| | | TOTAL: | $446.25 |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_(signature)_  /  8-2-05
ALBANESE-POPKIN THE OAKS          Date            ROSEN, KEVIN & STACEY          Date

                                                                    Page 1 of 1

KROSEN - 001931



# THE OAKS
### *at Boca Raton*

Fax: (561) 477-`113
**WORK ORDER #15**

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

March 16, 2005
Revised July 5, 2005
Revised July 25, 2005
August 2, 2005

### Electrical Changes:

Electrical changes as per Red Line Drawing:

-One (1) Outlet in Kitchen for Water Cooler     $ 70.00
-One (1) Switch and J-Box for Sconce Light on rear patio
    from Living Room     Per Code – N/C
-Relocate One (1) Outlet for Central Vac     No Charge
-One (1) 3-Way Switch for Hi-Hat in Kitchen     $ 80.00
-Add (5) Dimmer Switches: Dining Room, Living Room, Master
    Bedroom, Master Bath and Family Room     $ 375.00

| | |
|---|---|
| **Total:** | $ 525.00 |
| **15% Discount:** | [$ 78.75] |
| **TOTAL AMOUNT:** | $ 446.25 |

Approved: _____     Date: _____

KROSEN - 001932

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: June 6, 2005
Pages: 1
Memo # 16
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy              Subject: Exterior Railing
From: Dianne Chamberlin

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Standard straight exterior railing for your home at The Oaks. If you agree with this selection, please sign bellow and fax it back to my attention at number 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Exterior Railing:**

        **STANDARD: STRAIGHT RAILING**
        **STANDARD COLOR: DARK BRONZE**

_____          _____
Approved                             Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001933

# Albanese-Popkin

## The Oaks Development Group, L.P.

### REVISED MEMORANDUM

Date: August 2, 2005
Pages: 1
Memo #5
Sent Via: FAX
File: Lot 30, G-1 Rosen Residence

**Subject: Stucco Texture**

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

Hi Kevin & Stacy,

Per your conversation with your Project Manager, Jim Walter, you have selected standard light textured stucco for your home at The Oaks. If you agree with this selection, please sign below and fax this form back to my attention to fax # 561-477-7113.

Thank you,

Dianne.-

— Hand delivered to Dianne on 8-2-05 at The Oaks.
— This is standard and without upgrade charge or change fee.

**EXTERIOR**

**Stucco Texture:**

**STANDARD LIGHT TEXTURE**

Approved                                    Date   8-2-05

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001934

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 28, 2005 |
| cc James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
✗ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 6

**Comments:**

Dear Dianne:

Thank you for your fax and phone call of yesterday. Your fax included Work Order #15 - Electrical Revisions and Work Order #13 - Additional Fence.

As per our discussion, I have edited Work Order #15 - Electrical Revisions with attachment to delete the 220 GFI Outlet for Spa Hot Tub $750.00. The price is too high. I have attached the edited work order and I understand that Annie will prepare another work order for my signature.

Also, we discussed Work Order #13. I have not signed Work Order #13 - Additional Fence. Per our meeting with Gary on May 17, 2005, Gary confirmed that 2 gates are standard with the house. The gates will be located at the North West corner of the lot and near the pool pump on the South East corner of the lot. We do not wish to add a third gate. Since Work Order #13 includes pricing for an additional gate, kindly re-deliver another work order without the additional gate and with the credit reduction in price for the 90 feet of fence without the gate. I will not be able to sign a final work order on the additional fence until I have written confirmation that we can lawfully place the fence inside the utility easement. I understand that the paperwork is pending between The Oaks and FPL for approval.

On another note, Donna at Designer Floors cut the wood samples and she advised me that your samples would be delivered to you shortly. I will await receipt of work orders for the dining room and den.

Last Thursday, Jim called me to advise that he could not locate the following checks that I mailed on May 22, 2005 and which have not cleared my bank:

KROSEN - 001935

1.     Check #2409   $   72.25     Work Order #9 - TV Outlet
2.     Check #2410   $2,975.00     Work Order #6 - Speaker System
3.     Check #2411   $3,793.55     Work Order #14 - Upgrade Granite

I plan on stopping by the bank today to obtain stop payments on the checks. Thereafter, I will mail Jim replacement checks. If, by chance, anyone locates the missing checks, please notify me and return the checks to me.

Thank you.

Kevin

KROSEN - 001936

JUL-27-2005 WED 04:28 PM albanese      FAX NO.      P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 7/27/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the work order for your electrical and the additional fence. Please review and sign the electrical work order. As soon as Annie gives me status on the itsman, I will let you know.,

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

**ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP**

KROSEN - 001937

JUL-27-2005 WED 04:29 PM albanese          FAX NO.                    P. 03

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**                                    Work Order #15
ROSEN, KEVIN & STACEY                      Date: 7/25/2005
                                           Job: G001-030 POD G-1, L030 ROSEN

**Description:** Electrical Revisions

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Electrical Revisions per Red Line Drawings

| | | |
|---|---|---|
| 1 Electrical Revisions | Electrical Revisions per Red Line Drawings | 1,275.00  525.00 |
| 2 Discount per Contract | 15% Discount per Contract Specifications | -191.25  78.75 |
| | TOTAL: | $1,083.75 |

*446.25

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS    Date 7-25-05        ROSEN, KEVIN & STACEY         Date

                                                                    Page 1 of 1

KROSEN - 001938

JUL-27-2005 WED 04:29 PM albanese       FAX NO.       P. 04



**THE OAKS**
*at Boca Raton*

Fax: (561) 477-7113
WORK ORDER #15

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

**March 16, 2005**
**Revised July 5, 2005**
**Revised July 25, 2005**

**Electrical Changes:**

Electrical changes as per Red Line Drawing:

| | |
|---|---|
| -One (1) Outlet in Kitchen for Water Cooler | $ 70.00 |
| -One (1) Switch and J-Box for Sconce Light on rear patio from Living Room | Per Code – N/C |
| -Relocate One (1) Outlet for Central Vac | No Charge |
| -One (1) 3-Way Switch for Hi-Hat in Kitchen | $ 80.00 |
| -Add (1) 220 GFI Outlet for Spa Hot Tub next to Pool Pump | $ 750.00 |
| -Add (5) Dimmer Switches: Dining Room, Living Room, Master Bedroom, Master Bath and Family Room | $ 375.00 |

*Delete*

**TOTAL:**     $ 1,275.00

$525.00
- 78.75
$446.25

Approved: _____     Date: _____

KROSEN - 001939

JUL-27-2005 WED 04:28 PM albanese      FAX NO.      P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #13**
Date: 7/5/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Fence

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Additional Fence

*No additional gate*

| | | | |
|---|---|---|---|
| 1 | Additional Fence | 90 lf additional Bronze Aluminum Fence, including one (1) additional gate. | 2,166.00 |
| 2 | Discount Per Contract | 15% Discount per Contract specifications. | -324.90 |
| | | **TOTAL:** | $1,841.10 |

*2 gates are standard*

*Adjust price for deletion of gate.*

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_(signature)_    7.5.05
ALBANESE-POPKIN THE OAKS      Date

ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 001940

P. 1

\* \* \* Communication Result Report ( Jul.28. 2005 7:33AM ) \* \* \*

FAX HEADER: NASD

Date/Time: Jul.28. 2005 7:32AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2122 Memory TX | 4777113 | P. 6 | OK | |

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                               E.4) No facsimile connection

## Fax Cover Sheet

| Send to: | From: |
|----------|-------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| Dianne Chamberlin | Date: July 28, 2005 |
| Fax Number: 561-477-7113 | |
| cc James Wolfer | Phone Number: |
| Fax Number 561-994-5613 | |

☐ Urgent
☐ Reply ASAP                RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please comment
☐ Please Review
☒ For your information

Total pages, including cover:  6

**Comments:**

Dear Dianne:

Thank you for your fax and phone call of yesterday.  Your fax included Work Order #15 - Electrical Revisions and Work Order #13 - Additional Fence.

As per our discussion, I have edited Work Order #15 - Electrical Revisions with attachment to delete the 220 GFI Outlet for Spa Hot Tub $750.00. The price is too high. I have attached the edited work order and I understand that Annie will prepare another work order for my signature.

Also, we discussed Work Order #13.  I have not signed Work Order #13 - Additional Fence.  Per our meeting with Gary on May 17, 2005, Gary confirmed that 2 gates are standard with the house.  The gates will be located at the North West corner of the lot and near the pool pump on the South East corner of the lot.  We do not wish to add a third gate.  Since Work Order #13 includes pricing for an additional gate, kindly re-deliver another work order without the additional gate and with the credit reduction in price for the 90 feet of fence without the gate.  I will not be able to sign a final work order as the additional fence until I have written confirmation that we can lawfully place the fence inside the utility easement.  I understand that the paperwork is pending between The Oaks and FPL for approval.

On another note, Donna at Designer Floors cut the wood samples and she advised me that your samples would be delivered to you shortly.  I will await receipt of work order for the dining room and den.

Last Thursday, Jim called me to advise that he could not locate the following checks that I mailed on May 22, 2005 and which have not cleared my bank:

KROSEN - 001941

P. 1

* * * Communication Result Report ( Jul.28. 2005 7:34AM ) * * *

FAX HEADER: NASD

Date/Time: Jul.28. 2005  7:33AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2124 Memory TX | 4777113 | P. 6 | OK | |

---

Reason for error
E.1) Hang up or line fail
E.3) No answer

E.2) Busy
E.4) No facsimile connection

---

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dionne Chamberlin Fax Number: 561-477-7113 | Date: July 28, 2005 |
| cc: James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 6

**Comments:**

Dear Dionne:

Thank you for your fax and phone call of yesterday. Your fax included Work Order #15 - Electrical Revisions and Work Order #13 - Additional Fence.

As per our discussion, I have edited Work Order #15 - Electrical Revisions with attachment to delete the 220 GFI Outlet for Spa Hot Tub $750.00. The price is too high. I have attached the edited work order and I understand that Annie will prepare another work order for my signature.

Also, we discussed Work Order #13. I have not signed Work Order #13 - Additional Fence. Per our meeting with Gary on May 17, 2005, Gary confirmed that 2 gates are standard with the house. The gates will be located at the North West corner of the lot and near the pool pump on the South East corner of the lot. We do not wish to add a third gate. Since Work Order #13 includes pricing for an additional gate, kindly re-deliver another work order without the additional gate and with the credit reduction in price for the 90 feet of fence without the gate. I will not be able to sign a final work order on the additional fence until I have written confirmation that we can lawfully place the fence inside the utility easement. I understand that the paperwork is pending between The Oaks and FPL for approval.

On another note, Donna at Designer Floors cut the wood samples and she advised me that your samples would be delivered to you shortly. I will await receipt of work orders for the dining room and den.

Last Thursday, Jim called me to advise that he could not locate the following checks that I mailed on May 22, 2005 and which have not cleared my bank:

KROSEN - 001942

P. 1

\* \* \* Communication Result Report ( Jul.28. 2005 7:36AM ) \* \* \*

FAX HEADER: NASD

Date/Time: Jul.28. 2005 7:33AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2123 Memory TX | 9945613 | P. 6 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

---

**Fax Cover Sheet**

| Send to:<br>Albanese-Poplin Development Group<br><br>Dianne Chamberlin<br>Fax Number: 561-477-7113 | From:<br>Kevin D. Rosen, Esq.<br><br>Date: July 28, 2005 |
|---|---|
| cc: James Wolter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 6

**Comments:**

Dear Dianne:

Thank you for your fax and phone call of yesterday. Your fax included Work Order #15 - Electrical Revisions and Work Order #13 - Additional Fence.

As per our discussion, I have edited Work Order #15 - Electrical Revisions with attachment to delete the 220 Gift Outlet for Spa Hot Tub $750.00. The price is too high. I have attached the edited work order and I understand that Annie will prepare another work order for my signature.

Also, we discussed Work Order #13. I have not signed Work Order #13 - Additional Fence. Per our meeting with Gary on May 17, 2005, Gary confirmed that 2 gates are standard with the house. The gates will be located at the North West corner of the lot and near the pool pump on the South East corner of the lot. We do not wish to add a third gate. Since Work Order #13 includes pricing for an additional gate, kindly re-deliver another work order without the additional gate and with the credit reduction in price for the 90 feet of fence without the gate. I will not be able to sign a final work order on the additional fence until I have written confirmation that we can lawfully place the fence inside the utility easement. I understand that the paperwork is pending between The Oaks and FPL for approval.

On another note, Donna at Designer Floors cut the wood samples and she advised me that your samples would be delivered to you shortly. I will await receipt of work order for the dining room and den.

Last Thursday, Jim called me to advise that he could not locate the following checks that I mailed on May 22, 2005 and which have not cleared my bank:

KROSEN - 001943

P. 1

* * * Communication Result Report ( Jul. 28. 2005  7:38AM ) * * *

FAX HEADER: NASD

Date/Time: Jul. 28. 2005  7:33AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2125 Memory TX | 9945613 | P.  6 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dionne Chamberlin Fax Number: 561-477-7115 | Date: July 28, 2005 |
| cc James Waller Fax Number 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your information

Re: The Oaks, Pool G-1, Lot 30 - Rosen

Total pages, including cover:  6

Comments:

Dear Dionne:

Thank you for your fax and phone call of yesterday. Your fax included Work Order #15 - Electrical Revisions and Work Order #13 - Additional Fence.

As per our discussion, I have edited Work Order #15 - Electrical Revisions with attachment to delete the 220 GFI Outlet for Spa Hot Tub $750.00. The price is too high. I have attached the edited work order and I understand that Annie will prepare another work order for my signature.

Also, we discussed Work Order #13. I have not signed Work Order #13 - Additional Fence. Per our meeting with Gary on May 17, 2005, Gary confirmed that 2 gates are standard with the house. The gates will be located at the North West corner of the lot and near the pool pump on the South East corner of the lot. We do not wish to add a third gate. Since Work Order #13 includes pricing for an additional gate, kindly re-deliver another work order without the additional gate and with the credit reduction in price for the 90 feet of fence without the gate. I will not be able to sign a final work order on the additional fence until I have written confirmation that we can lawfully place the fence inside the utility easement. I understand that the paperwork is pending between The Oaks and FPL for approval.

On another note, Donna at Designer Floors cut the wood samples and she advised me that your samples would be delivered to you shortly. I will await receipt of work order for the dining room and den.

Last Thursday, Jim called me to advise that he could not locate the following checks that I mailed on May 22, 2005 and which have not cleared my bank:

KROSEN - 001944

# Fax Cover Sheet



| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 1, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ▉ |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 28

**Comments:**

Dear Jim and Dianne:

Please read the attached documents. Original checks are in the mail to Jim.

Thanks

Kevin

KROSEN - 001945

P. 1

\* \* \* Communication Result Report ( Aug. 1. 2005  8:22AM ) \* \* \*

FAX HEADER: NASD

Date/Time: Aug. 1. 2005  8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2229 Memory TX | 9945613 | P. 28 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 1, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☐ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 28

Comments:

Dear Jim and Dianne:

Please read the attached documents. Original checks are in the mail to Jim.

Thanks

Kevin

KROSEN - 001946

P. 1

* * * Communication Result Report ( Aug. 1. 2005  8:00AM ) * * *

FAX HEADER: NASD

Date/Time: Aug. 1. 2005  7:55AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2227 Memory TX | 4777113 | P. 28 | OK | |

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                               E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 1, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover:  28

**Comments:**

Dear Jim and Dianne:

Please read the attached documents. Original checks are in the mail to Jim.

Thanks

Kevin

KROSEN - 001947

**Kevin D. Rosen**



**VIA FACSIMILE** ▊ **& U.S. MAIL**

August 1, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following replacement checks as satisfaction of payment of the following work orders:

1.    Check #2450 in the amount of $72.25 for Work Order #9 - TV Outlet.

2.    Check #2451 in the amount of $2,975.00 for Work Order #6 - Speaker System.

3.    Check #2452 in the amount of $3,793.55 for Work Order #14 - Upgrade Granite at Kitchen and Powder Room.

If you or your staff locate my missing Checks #2409, 2410 and 2411 that I mailed in May 2005 for payment of the work orders, kindly notify me and return the checks.

Additionally, I have also enclosed the following:

1.    Check #2453 in the amount of $1,385.50 for Work Order #11 - Plumbing Upgrades.

2.    Signed Work Order #11 - Plumbing Upgrades

3.    Signed Memo #27 - Stucco Texture

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile 561-477-7113)

KROSEN - 001948



# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: July 28, 2005
Pages: 1
Memo # 27
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin                    Subject: Stucco Texture

Hi Kevin,

Per your conversation with your Project Manager, Jim Walters, you have selected to have light textured stucco on your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax # 561-477-7113.

Thank you,          *Per telephone call with Jim on 7-28-05,*
                    *this selection is a standard and*
Dianne              *without an upgrade charge.*

### EXTERIOR

**Stucco Texture:**

                         LIGHT

_____                    8-1-05
Approved                                    _____
                                           Date

1200 S Rogers Circle, # 11
Boca Raton, FL 3348/
(561) 994-1375 Corp; (561) 477 7330 Oaks
(561) 997-5613 Corp fax; (561) 477 7113 Oaks fax

KROSEN - 001950

JUL-28-2005 THU 03:03 PM albanese      FAX NO.      P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
*at Boca Raton*

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** |  | **Pages:** | 2 Including Cover Sheet |
| **phone** | | **Date:** | 7/28/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

The following is selection memo for the stucco texture

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001951

JUL-20-2005 THU 09:41 AM albanese FAX NO. P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

*23 Pages*

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #11
Date: 5/16/2005
Job: G001-030 POD G-1, L030 ROSEN

Description: Plumbing

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:
Plumbing Upgrades

| | | |
|---|---|---|
| 1 Plumbing Upgrades | Plumbing as Re-Selected through Ferguson's | 1,630.00 |
| 2 Discount per Contract | 15% Discount per Contract Specifications. | -244.50 |
| | **TOTAL:** | **$1,385.50** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As-directed, we will not proceed with this change until formal direction from OWNER is received.

_____  7-25-05
ALBANESE-POPKIN THE OAKS        Date

_____  8-1-05
ROSEN, KEVIN & STACEY        Date

Page 1 of 1

*1 of 23*

KROSEN - 001952

JUL-28-2005 THU 09:41 AM albanese     FAX NO.     P. 03

*atta: Annie 7- PAGES.*

**SOLTYS PLUMBING**
1395 NW 17TH AVE, SUITE #103
DELRAY BEACH, FL 33445
PHONE: 561-243-2218 FAX: 561-243-2022

DATE:     **REVISED 5/16/05**
BUILDER:     ALBANESE/POPKIN
LOT:     30-G1-OAKS
CUSTOMER:     ROSEN

| QTY | LOCATIONS | SELECTION COST | ALLOW | DIFFERENCE |
|---|---|---|---|---|
| | **MASTER BATH-BISC & BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | BIDET | 547 | 547 | 0 |
| 1 | BIDET TRIM | 886 | 855 | 31 |
| 2 | FAUCET | 950 | 941 | 9 |
| 2 | LAVS | 223 | 223 | 0 |
| 1 | TUB | 1999 | 1999 | 0 |
| 1 | TUB FAUCET | 804 | 706 | 98 |
| 1 | SHOWER | 599 | 448 | 151 |
| | **POWDER ROOM-BISC AND ANTIQUE BRASS** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | FAUCET | 490 | 471 | 19 |
| 1 | LAVS | 111 | 111 | 0 |
| | **SECONDARY-BATHS #3 & GUEST - TUBS-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | TUB | 854 | 854 | 0 |
| 2 | TUB/SHWR TRIM | 157 | 232 | -75 |
| | **SECONDARY-BATHS #4 & #5-WHITE & CHROME** | | | |
| 2 | W.C | 427 | 427 | 0 |
| 2 | 2-LAVS | 237 | 237 | 0 |
| 2 | FAUCET | 428 | 310 | 118 |
| 2 | SHWR TRIM | 113 | 194 | -81 |
| | **CABANA - BISC AND BN** | | | |
| 1 | W.C | 916 | 916 | 0 |
| 1 | LAV | 111 | 111 | 0 |
| 1 | FAUCET | 332 | 155 | 177 |

CONTINUED ON PAGE 2



P. 1

May 16 2005 10:43AM   HP LASERJET FAX

2 of 23

KROSEN - 001953

PAGE #2- ALBNAESE/POPKIN @ THE OAKS
LOT 30-G1-ROSEN RES. RVISED 5/16/05

| QTY | | SELECTIONS | | ALLOWANCE | | DIFFERENCE | |
|-----|------|----|----|----|----|----|----|
| 1 | **KITCHEN** SINK | | 975 | | 750 | | 225 |
| 1 | FAUCET | | 3B1 | | 206 | | 175 |
| | **LAUNDRY** | | | | | | |
| 1 | SINK | STD | | STD | | | |
| 1 | FCT | STD | | STD | | | 0 |
| | | | | | | | 0 |

|  |  |
|--|--|
| SUB TOTAL | $965.00 |
| FREIGHT | 105.00 |
| TAX | 70.00 |
|  | 490.00 |

EXTRA : MAS & CABANA ., & PR -SUPPLYS,
TRIPS, EXC, DRAINS, WASTE & OVERFLOW

TOTAL                $1,630.00

NOTE: DOES NOT INCLUDE SPECIAL PLATING !!

P. 2

May 16 2005 10:43AM HP LASERJET FAX

3 of 23

KROSEN - 001954



**GALLERY COLLECTION**

▷ Gallery™ 5
DIMENSIONS:
FEATURES:
PowerPro™
WHIRLPOOL MOTOR PUMP:
15 AMP service required.
WATER CAPACITY:
Left-hand and right-hand models

◁ Milano™
DIMENSIONS:
FEATURES:
PowerPro™
WHIRLPOOL MOTOR PUMP:
15 AMP service required.
WATER CAPACITY:
Left-hand and right-hand models
Available

**HYDROTHERAPY WHIRLPOOL PERFORMANCE:**
PowerPro™ HTC jet: Max. flow rate of 20 GPM/jet. Blue lumbar jet: Max. flow rate of 8 GPM/jet. Back foot jet: Max flow rate of 9 GPM/jet.

◁ Gallery™ 5 Oval
◁ Gallery™ 6 Oval
DIMENSIONS:
Gallery 5 Oval: 62"L x 43"W x 19"H
Gallery 6 Oval:
FEATURES:
WHIRLPOOL MOTOR PUMP: 1.5 HP, 115V
15 AMP service required
WATER CAPACITY: 46 gal, 62 gal avg.
Left hand and right-hand models
Available non-jetted

section

KROSEN - 001955

JUL-20-2005 THU 09:42 AM albanese          FAX NO.          P. 06
May. 3. 2005  8:01AM  NASU                          No.9341  P. 8
14.6

Avatar.
Pullout Spray

- Ergonomic fingertip toggle
- High-arch 9¼" brass spout swivels 360°
- Washerless ceramic valving ensures reliable performance



K-6050-B4 Avatar kitchen sink faucet with front lever handle in Vibrant Polished Nickel with pullout sprayhead and handle in Vibrant Polished Nickel



K-6352-AP-CP

Order model with desired color/finish to complete.

| Model | Spout Reach¹ | Spout Height² | Spout Height² | Handles | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|---|
| K-6352 | 9¼" | 11¾" | 8¼" | Front lever | Sprayhead, removable hose, aerator, integral vacuum breaker, escutcheon plate | Refer to finish selection below | |
| K-6352 | swing | | | Right-side lever | | | |
| K-6050 | | | | Left-side lever | | | |

NOTE - Contains all necessary parts for either a single-hole or three-hole installation.

### Color/Finish Selection

| Suffix | Body | Escutcheon | Handle | Sprayhead |
|---|---|---|---|---|
| -CP | Polished Chrome | Polished Chrome | Polished Chrome | White |
| -BP-CP | Polished Chrome | Polished Chrome | Polished Chrome | Black |
| -VP-CB | Vibrant Polished Brass | Vibrant Polished Brass | Vibrant Polished Brass | Black |
| -B4 | Vibrant Stainless | Vibrant Stainless | Vibrant Polished Nickel | Vibrant Polished Nickel |
| -BC | Vibrant Stainless | Vibrant Stainless | Black | Black |
| | | | Biscuit | |
| | | | Black Black | |
| | | | White | |
| -CP | | | Polished Chrome | |

KOHLER.com

---

Fairfax.
Pullout Spray

**Kohler Brushed Nickel #12177** *(handwritten)*

- Easy-to-clean MasterClean™ sprayface resists calcium buildup
- Flexible 22" stainless steel supplies aid to simplify installation
- Washerless ceramic valving ensures reliable performance



K-12177-BX Fairfax single-control kitchen sink faucet with pullout spray and integral vacuum breaker in Vibrant Brazen Bronze



K-12177-CB

Order model with desired color/finish to complete.

| Model | Spout Reach¹ | Spout Height² | Spout Height² | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|
| K-12177 | 9" swing | 8¾" | 5" | Matching color sprayhead, aerator, 10" escutcheon plate | BU, BV, CP, G, PB | Optional plug button available |

#### Optional

| Model | Description | Color/Finish | Notes |
|---|---|---|---|
| K-120 | Single-control plug button | BU, BV, CP, G, PB | |

All sold color/finish Fairfax faucets come standard with White plug button. Polished Chrome faucets with Vibrant Polished Brass accents come standard with Vibrant Polished Brass plug buttons. Interior upgrade plug buttons, in a variety of colors/finishes, are also available (K-120 01).





5 of 23 *(handwritten)*

KROSEN - 001956

JUL-28-2005 THU 09:43 AM albanese          FAX NO.                    P. 07

RightFax          7/27/2005 10:11    PAGE 001/004   Fax Server

MASTER=TUB CHARGE

FEI BOCA RATON #121
1041 SOUTH ROGERS CIRCLE
BOCA RATON, FL 33487-2803

FERGUSON ENTERPRISES, INC.

To: TESLEY
From: Lindsey Louzkis
Comments: REVISED BID AS OF 7-27

10:05:17 JUL 27 2005

FERGUSON ENTERPRISES, INC.
FEI BOCA RATON #140

Page # 1

Phone : 561-997-8735
Fax : 561-997-2680

Bid No........  B02837                           Cust Phone: 561-986-3318
Bid Date....:  03/01/05                          Terms........ NET 10TH PROX
Quoted By.:  LL

Customer:  SOLIYS PLUMBING              Ship To:  DITYI PLUMBING
           1306 NW 17TH AVE                       391 NW 17TH AVE
           SUITE 103                               UNIT 103
           DELRAY BEACH, FL 33445                  DELRAY BEACH, FL 33445

Cust PO#...:                             Job Name:  OAKS LOT 30-G1

| Item | Description | Quantity | |
|------|-------------|----------|---|
| | **** MASTER BATH **** | | |
| | ---- | | |
| | --LAVATORY FAUCET | | |
| SP-W17.2-T-SN | W/SPRD WYNDHAM BATIN NICK | 2 | |
| | --LAVATORY SINK | | |
| K2210-96 | 17 X14 VC UC LAV *CAXTON BISC | 2 | |
| | --WATER CLOSET | | |
| K74??-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 | |
| | --WATER CLOSET SUPPLIES | | |
| 8492155 | 1/2 COMP X 3/8 CLST SPLY KIT SN | 1 | |
| K4453-BN | LH TIP LEV *SANRAP BN | 1 | |
| | --BIDET | | |
| K4854-96 | VC BIDET *SANTRO BISC | 1 | |
| | --BIDET SUPPLIES | | |
| B4121SS | 1/2 COMP X 3/8 COMP STRT VLV SN | 2 | |
| B4321SS | 3/8 OD X 20 LAV BULLNOSE RSR SN | 2 | |
| B4471SS | 5/8 OD SURE GRIP FLG SN | 2 | |
| | --BIDET FAUCET | | |
| SP-W17-4-T-BN | BIDET FCT WYNDHAM | 1 | |

6 of 23

KROSEN - 001957

JUL-28-2005 THU 09:43 AM albanese      FAX NO.      P. 08

RightFax      7/27/2005 10:11    PAGE 002/004    Fax Server



**FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FERBOCA RATON #4140

Phone : 561-997-8735
Fax : 561-997-2560

Page # 2

10:05:17 JUL 27 2005

*Reference No:* B0****7

| Item | Description | Quantity |
|---|---|---|
| | --TUB | |
| JN600969 | 72X42 .H WP *GALLER OYST | 1 |
| G1501d8301 | 17 - 12 PVC SCH40 W&O L/TRIM | 1 |
| G240722FW/1 | BATH & WP CABLE W&O TRIM BN | 1 |
| | --TUB FAUCET | |
| SP-W17-B-T-BN | ROMAN TUB WYNDHAM | 1 |
| | --SHOWER | |
| SP-W/17-6.5-T-TOSN | TRIM ONLY SHWR TRIM | 1 |
| S5841X | *TEMPER SHWR VLV W/ST CP | 1 |
| B4U2155 | 1/2 CXMP X 3/8 CLST SPLY KIT SN | 1 |
| B4U2155 | | |
| | *** BATH 3 & GUEST *** | |
| | --LAVATORY FAUCET | |
| K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
| | --LAVATORY SINK | |
| K2905-8-0 | 19X16 8 LAV *FARMIN WHIT | 2 |
| | --WATER CLOSET | |
| K4276-0 | 12 ELI BOWL 2 TRAP *WELLWO WHIT | 2 |
| K4620-0 | 1.6 RI CLST TANK ONLY *WELLWO WHIT | 2 |
| C8001T/WH | EB .L/6 CLST SEAT WHIT | 2 |
| | --TUB | |
| | -SPECIFY RIGHT OR LEFT | |
| | --DRAIN | |
| K715-0 | 60X30 LH CI BATH *VILLAG WHIT | 2 |
| KB062AW | 1-1/2 I PVC L&T BATH DRN | 2 |
| | --TUB/SHOWER TRIM VALVE | |
| K304-KS-NA | WM P/BAL VLV W/ ST *RITEM | 2 |
| K1300-4-CP | 1HDL LEV P/BAL T&S TRIM *DEVONS CP | 2 |
| KT395-4-CP | | |
| | *** BATH 4 & 5 *** | |

7 of 23

p. 8

JUL 27 2005 9:27PM   HP LASERJET FAX

KROSEN - 001958

JUL-28-2005 THU 09:43 AM albanese     FAX NO.     P. 09

Right-Fax     7/27/2005 10:11     PAG / 003/016     Fax Server

 **FERGUSON ENTERPRISES, INC.**

FERGUSON ENTERPRISES, INC.
FLORIDA DAYTON #140

Phone : 561-997-8735
Fax : 561-997-2680

Page # : 3

10:09:17 JUL 27 2005

Reference No: 802507

| Item | Description | Quantity |
|---|---|---|
| | --LAVATORY FAUCET | |
| K3594-CP<br>K394-4-CP | 2HDL LEV W/SPRD LAV FCT *DEVONS CP | 2 |
| | --LAVATORY SINK | |
| K2905-3-0 | 19X16 3 LAV *FARMIN WH-IT | 2 |
| | --WATER CLOSET | |
| K4620-0 | 1.6 BI CLST TANK ONLY *WELLWO WHIT | 2 |
| K4270-0 | 12 BII BOWL 2 TRAP *WELLWO WHIT | 2 |
| C8007MWH | EB PLAS CLST SEAT WHIT | 2 |
| | --SHOWER | |
| K304-KS-NA | WM P/BAL VLV W/ ST *TRITEM | 2 |
| KT396-4-CP | 1HDL LEV P/BAL SHWR TRIM *DEVONS CP | 2 |
| | **** POWDER ROOM **** | |
| | --LAVATORY FAUCET | |
| SP-R1AR8EJLAB/AB | BUBINB ETRUSCAN WDSPRD FCT AB/AB | 1 |
| | --LAVATOR SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | **** CABANA BATH **** | |
| | --LAVATORY FAUCET | |
| K394-4-BN | 2HDL LEV W/SPRD LAV FCT *DEVONS BN | 1 |
| | --LAVATORY SINK | |
| K2210-96 | 17X14 VC UC LAV *CAXTON BISC | 1 |
| | --WATER CLOSET | |
| K3466-96 | 1.6 12 VC EB 1PC CLST *SANRAP BISC | 1 |
| | --WATER CLOSET SUPPLIES | |
| K9453-BN | LH TRIP LEV *SANRAP BN | 1 |

8 of 23

P. 9     HP LASERJET FAX     Jul 27 2005 9:43PM

KROSEN - 001959

JUL-28-2005 THU 09:43 AM albanese          FAX NO.                    P. 10

RightFax:          7/27/2005 10:11   PAGE 004/004   Fax Server


**FERGUSON ENTERPRISES, INC.**

10:08:17 JUL 27 2005

FERGUSON ENTERPRISES, INC.
FEIBOCA RATON #140                    Page # 4

Phone : 561-99 -8735
Fax  : 561-799 2680

*Reference No:* B0:507

| Item | Description | Quantity |
|------|-------------|----------|
| B482155 | 1/2 COMP X 3/8 CLST SPLY KIT SIN | 1 |
| | *** | |
| | --- | |
| | *** KFCHEN *** | |
| | --- | |
| | --SINK | |
| FGAK01102B | *EUROPR 28X20 12D 18 UC SS SINK | 1 |
| BADGER5 | 1/2HP DISP *BADGER | 1 |
| | --- | |
| | --FAUCET | |
| K12177-BN | TROUBEV PO KTC PCT *FAIRFA BN | 1 |
| | SHIPPING AND HANDLING | |
| | *** | |
| | RERTOCK FEE WILL APPLY TO | |
| | ALL RETURNED NON-STOCK | |
| | ITEMS | |

9 of 23

KROSEN - 001960

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 9 Including Cover Sheet |
| phone | | Date: | 7/28/05 |
| Cc: | | RE: | |

☐ Urgent     X for Review     ☐ Please Comment     ☐ Please Reply     ☐ Please Recycle

Dear Kevin,

The following is the plumbing work order. Please review, sign, and fax back.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

10 of 23

KROSEN - 001961



GALLERY COLLECTION



► **Gallery™ 5**

**DIMENSIONS:** 60"L × 42"W × 20-1/4"H
**FEATURES:** Five jets: four fully adjustable PowerPro® jets, one lumbar jet.
**WHIRLPOOL MOTOR PUMP:** 1.5 HP, 115V, 15 AMP service required.
**WATER CAPACITY:** 48 gal. avg.
*Left-hand and right-hand models.
Available non-jetted.

◄ Left-hand drain shown.

◄ **Milano™**

**DIMENSIONS:** 72"L × 48"W × 20-3/4"H
**FEATURES:** Six jets: four fully adjustable PowerPro® jets, two foot jets, one lumbar jet included.
**WHIRLPOOL MOTOR PUMP:** 1.5 HP, 115V, 15 AMP service required.
**WATER CAPACITY:** 60 gal. avg.
*Left-hand and right-hand models.
Available non-jetted.



Right-hand drain shown. ▲

*Milano with Sea Crest™ faucetry by Jacuzzi®.*

**HYDROTHERAPY WHIRLPOOL PERFORMANCE:**
PowerPro® HTC jet: Max. flow rate of 30 GPM/jet. BMH lumbar jet: Max. flow rate of 9 GPM/jet. BMH foot jet: Max. flow rate of 9 GPM/jet.

► **Gallery™ 5 Oval**
► **Gallery™ 6 Oval**

**DIMENSIONS:**
**Gallery 5 Oval:** 62"L × 43"W × 19"H
**Gallery 6 Oval:** 72"L × 42"W × 20-1/2"H
**FEATURES:** Five jets: four fully adjustable PowerPro® jets, one lumbar jet. Gallery 6 Oval has two additional foot jets.
**WHIRLPOOL MOTOR PUMP:** 1.5 HP, 115V, 15 AMP service required.
**WATER CAPACITY:** 48 gal., 62 gal. avg.
*Left-hand and right-hand models.
Available non-jetted.



Gallery 5 Oval: 62"
Gallery 6 Oval: 72"

◄ Left-hand drain shown.



*Gallery 6 Oval with faucetry by Moen®.*

Selection

9

11 of 23

KROSEN - 001962

14.6 — SINGLE-CONTROL KITCHEN SINK FAUCETS

## Avatar
Pullout Spray

- Ergonomic fingertip toggle
- High-arch 9¹/²" brass spout swivels 360°
- Washerless ceramic valving ensures reliable performance



K-6350-B4 Avatar kitchen sink faucet with front lever handle in Vibrant Stainless with pullout sprayhead and handle in Vibrant Polished Nickel.



K-6352-AP-CP

Order model with desired color/finish to complete. **ADA**

| Model | Spout Reach | Spout Height¹ | Spout Height² | Handles | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|---|
| K-6350 | 9¹/²" swing | 11¹/²" | 8⁷/₈" | Front lever | Sprayhead, retractable hose, aerator, integral vacuum breaker, escutcheon plate | Refer to finish selection below | |
| K-6352 | | | | Right-side lever | | | |
| K-6353 | | | | Left-side lever | | | |

NOTE - Contains all necessary parts for either a single-hole or three-hole installation.

¹ Measured from finished surface to highest faucet point. ² Measured from finished surface to aerator.

### Color/Finish Selection

| Suffix | Body | Escutcheon | Handle | Sprayhead |
|---|---|---|---|---|
| -AP-CP | Polished Chrome | Polished Chrome | Polished Chrome | White |
| -BN-CP | Polished Chrome | Polished Chrome | Polished Chrome | Black |
| -BF-PB | Vibrant Polished Brass | Vibrant Polished Brass | Vibrant Polished Brass | Black |
| -B4 | Vibrant Stainless | Vibrant Stainless | Vibrant Polished Nickel | Vibrant Polished Nickel |
| -BV | Vibrant Stainless | Vibrant Stainless | Black | Black |
| -96 | Biscuit | | | |
| -7 | Black Black | | | |
| -0 | White | | | |
| -CP | Polished Chrome | | | |

**KOHLER**.com

## Fairfax
Pullout Spray



*(handwritten)* Kohler Brushed Nickel # 12177

- Easy-to-clean MasterClean™ sprayface resists calcium buildup
- Flexible 22" stainless steel supplies help simplify installation
- Washerless ceramic valving ensures reliable performance



K-12177-BX Fairfax single-control kitchen sink faucet with pullout spray and integral vacuum breaker in Vibrant Brazen Bronze.



K-12177-CB

Order model with desired color/finish to complete. **ADA**

| Model | Spout Reach | Spout Height¹ | Spout Height² | Includes | Color/Finish | Notes |
|---|---|---|---|---|---|---|
| K-12177 | 9" swing | 8⁵/₈" | 6" | Matching color sprayhead, aerator, 10" escutcheon plate | BN, BV, BX, CB, CP, G, PB | Optional plug button available |

¹ Measured from finished surface to highest faucet point. ² Measured from finished surface to aerator.

### Optional

| Model | Description | Color/Finish | Notes |
|---|---|---|---|
| K-12001 | Single-control plug button | 47, 96, BN, BV, CP, G, PB | |

All solid color/finish Fairfax faucets come standard with White plug buttons. Polished Chrome faucets with Vibrant Polished Brass accents come standard with Vibrant Polished Brass plug buttons. Interchangeable plug buttons, in a variety of colors/finishes, are also available (K-12001).



*(handwritten)* 12 of 23

KROSEN - 001963



# FERGUSON®
## PRO Visions™
The Whole House Solution.

# Project
# Portfolio

*for*

## Soltys Plumbing
## Oaks Lot 30-G1



**Lindsey Loudakis**
**1041 South Rogers Circle**
**Boca Raton, Fl 33487**
**5619978735**


Member
**NAHB**

13 of 23

KROSEN - 001964



# Finishes



White                        Biscuit

*Colors shown here will vary according to printing capabilities and are to be viewed as representations only.*
*Please check with your local representative to view actual color charts.*

*March 11, 2005*        **Soltys Plumbing**        *Page 2*

© 2004 MarketForce Communications, Inc.

14 of 23

KROSEN - 001965

# *Plumbing Fixtures*

## Master Bath



**Kobler K2210**

*Caxton Undercounter Lavatory
*17" x 14"

*Biscuit*



**Kobler K3466**

*San Raphael 1-Piece Elongated Toilet w/Concealed Trap
*Includes French Curve Seat & PC Trip
*Supply Not Included

*Biscuit*



**Kobler K4854**

*San Tropez Bidet
*Vertical Spray
*Shown w/ Alterna Faucet (K9295-4)

*P*

*Should be
Gallery
6 Oval
Whirlpool*



**Jacuzzi JN845**

*Gallery 5 Oval Whirlpool
*LH; 62" x 43"; 5 Jets: 4 Adjustable, 1 Lumbar
*45 Gallon Capacity

*Biscuit*

*15 of 23*



KROSEN - 001966

# 🌸 *Plumbing Fixtures*                    Master Bath



*Handles* (handwritten) ← *Different Handles*

### Watermark W17-2

*Wyndham Series Widespread Lavatory Faucet

*BRUSHED NICKELHANDLES TO BE DECORATIVE KNOBS*



*Different Handles* (handwritten)

### Watermark W17-4

*Wyndham Series Bidet Faucet
*4 Hole Drillings

*BRUSHEDN NICKELHANDLES TO BE DECORATIVE KNOBS
AND MATCH SINK FAUCET*



### Watermark W17-8

*Wyndham Series Roman Tub Faucet
*Deck Mounted
*Shown with S Handles

B'    'ED NICKELHANDLES TO BE DEVORATIVE KNOBS TO
M.    . SINK FAUCET



### Watermark W17-6.2

*Wyndham Series Single Handle Pressure Balanced Valve

*BRUSHED NICKELHANDLE TO BE DECORATIVE KNOBSRE-
GARD TUB SPOUT IN PICTURE*

*March 11, 2005*                    **Soltys Plumbing**                    *Page 4*

© 2004 MarketForce Communications, Inc.

*16 of 23* (handwritten)

KROSEN - 001967

# ❧ Plumbing Fixtures

## Bath 3 & Guest



**Kohler K394-4**

*Devonshire Widespread Lav Faucet
*Traditional Lever Handles

*Polished Chrome*



**Kohler K2905-8**

*Farmington Lavatory
*19 1/4" x 161/4"; 8" CC
*Shown w/ Taboret faucet (K8211-4)

*White*



**Kohler K3422**

*Wellworth w/Elongated Bowl
*PC Trip Lever
*Seat & Supply Not Included

---

**Kohler K715/716**

*Villager Bath
*60" x 30"; Cast Iron; Integral Apron
*Left or Right Hand (K714 Shown w/ 4" Extra Ledge)

*White*

---

**Kohler KT395-4**

*Devonshire Rite-Temp PB T&S Faucet
*5 1/4" Diverter Spout
*Traditional Handle; Requires K304-K Rite-Temp Valve

*Polished Chrome*

---

*March 11, 2005*

**Soltys Plumbing**

© 2004 MarketFocus Communications, Inc.

*Page 5*

17 of 23

KROSEN - 001968

# ❧ Plumbing Fixtures

## Bath 4 & 5



**Kohler K394-4**

*Devonshire Widespread Lav Faucet
*Traditional Lever Handles

*Polished Chrome*



**Kohler K2905-8**

*Farmington Lavatory
*19 1/4" x 16 1/4"; 8" CC
*Shown w/ Taboret faucet (K8211-4)

*White*



**Kohler K3422**

*Wellworth w/Elongated Bowl
*PC Trip Lever
*Seat & Supply Not Included



**Kohler KT396-4**

*Devonshire Shower Only Faucet
*Traditional Handle; Requires K304-K Rite-Temp Valve

*Polished Chrome*

18 of 23

KROSEN - 001969

# POWDER ROOM



**ANTIQUE BRASS**
**FAUCET TO HAVE GOOSENECK SPOUT**

Rubinet manufacture
Etruscan Series
Widespread

19 of 23

KROSEN - 001970



## Plumbing Fixtures — Powder Room



**Kohler K2210**

*Caxton Undercounter Lavatory
*17" x 14"

*BISCUIT*



**Kohler K3466**

*San Raphael 1-Piece Elongated Toilet w/Concealed Trap
*Includes French Curve Seat & PC Trip
*Supply Not Included

*BISCUIT*

*March 11, 2005*          ***Soltys Plumbing***          *Page 7*

© 2004 MarketFocus Communications, Inc.

20 of 23

KROSEN - 001971



# Plumbing Fixtures

## Cabana Bath



*Kohler K394-4*

*Devonshire Widespread Lav Faucet
*Traditional Lever Handles

*BRUSHED NICKEL*



*Kohler K2210*

*Caxton Undercounter Lavatory
*17" x 14"

*BISCUIT*



*Kohler K3466*

*San Raphael 1-Piece Elongated Toilet w/Concealed Trap
*Includes French Curve Seat & PC Trip
*Supply Not Included

*BISCUIT*

KROSEN - 001972



# *Plumbing Fixtures*                    Kitchen



**Franke FGNX110-28**

*EuroPro Stainless Steel Sink
*28" x 20"

March 11, 2005

**Soltys Plumbing**

22 of 23

Page 9

KROSEN - 001973



# TERMS OF SALE

## CUSTOMER RETURN POLICY & WARRANTY DISCLAIMER STATEMENT

**Customer Return Policy.** You may return any product which Ferguson's servicing branch stocks with no restocking charge if (i) it is in new condition, suitable for resale in its undamaged original packaging and with all its original parts and (ii) it has not been used, installed, modified, rebuilt, reconditioned, repaired, altered or damaged. Your surplus job returns and those not meeting (i) and (ii), above, will be evaluated on an individual basis after you have contacted your Ferguson representative for prior written permission. Special orders or non-stock items may be returned if the manufacturer will accept the return, but such items may be subject to transportation and restocking/handling charges. All sales are made subject to Ferguson's Conditions and Terms of Sale.

**Manufacturers' Warranties and Sales Literature.** Most of the products in this catalog are warranted by the product's manufacturer. A copy of the manufacturer's warranty is supplied with the product or may be obtained from your local Ferguson branch. Ferguson assumes no responsibility for the content or fulfillment of such warranties or the product manufacturers' sales brochures or other literature, including manufacturers' MSDS sheets. No consumer warranties, as defined in the Magnuson-Moss Warranty Act or the Federal Trade Commission's or regulations, shall arise from the sale of products in this catalog.

**Warranty Disclaimer: The buyer's sole and exclusive warranty if any, is that provided by the product's manufacturer. Ferguson disclaims all warranties, including, without limitation, the implied warranties of merchantability and fitness for a particular purpose. In no event shall Ferguson be liable for incidental or consequential damage of any kind. Ferguson's sole liability in all events shall be limited to the product's sales price.**

**Illustrations.** The illustrations and descriptions contained in this catalog have been prepared by the product's manufacturer for the sole purpose of identification and consequently, do not represent an express or implied a warranty by Ferguson that the products are fit for a particular purpose or that the products will conform to the illustrations or descriptions. No warranty or affirmation of fact shall arise from such illustrations or descriptions.

**Code Compliance.** Many states and municipalities have codes and regulations governing the sale, installation and use of products for certain purposes. Ferguson does not guarantee compliance with such codes and regulations and is not responsible for how products are installed or used. Before purchase and use of any product, review the product's application and all national and local codes and regulations to ensure that the product, as well as the installation and use of the product, complies with all codes and regulations.

Material Safety Data Sheets (MSDS) are available at your local Ferguson branch.

**All prices and terms and conditions of sale are subject to change without notice.**

23 of 23

KROSEN - 001974

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 4, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ❑ Please Review
- ☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

I have signed and attached Memo #23 - Exterior Door Hardware. Thank you for your assistance.

Kevin

KROSEN - 001975

JUN-30-2005 THU 03:53 PM albanese          FAX NO.          P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: June 30, 2005
Pages: 1
Memo # 23
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: Exterior Door Hardware

Hi Kevin & Stacy,

Per our meeting on 5/16/05, you have selected Schlage Camelot and Accent Lever entry door hardware for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax 561-477-7113.

Thank you,

Dianne

---

### EXTERIOR

Entry Door / Exterior Panel Hardware:

    Manufacturer: Schlage
    Style: Camelot Accent Lever
    Finish: Rubbed Bronze # 613

Entry Door / Interior Panel Hardware:

    Manufacturer: Schlage
    Style: Accent Lever
    Finish: Rubbed Bronze # 613

_____          7-4-05
Approved                         Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001976

JUN-30-2005 THU 03:52 PM albanese      FAX NO.      P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
*at Boca Raton*

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 6/29/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the memo selection for the standard front door hardware. Please review, sign, and fax it back to my attention.

If you have any questions, please let me know.

Thank you,

Dianne Chamberlin

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001977

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/04/2005 17:25
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME           07/04  17:25
FAX NO./NAME        4777113
DURATION            00:00:38
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
| --- | --- |
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 4, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

I have signed and attached Memo #23 - Exterior Door Hardware. Thank you for your assistance.

Kevin

KROSEN - 001978

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 07/04/2005 17:29
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : 15613628265
                                    TEL   : 15613628265
                                    SER.# : BROK1J739433
```

```
DATE,TIME            07/04  17:28
FAX NO./NAME         4777113
DURATION             00:00:38
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 4, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover:  3

**Comments:**

Dear Dianne:

I have signed and attached Memo #23 - Exterior Door Hardware. Thank you for your assistance.

Kevin

KROSEN - 001979

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/04/2005 17:27
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME          07/04  17:26
FAX NO./NAME       9945613
DURATION           00:00:53
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 4, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  3

**Comments:**

Dear Dianne:

I have signed and attached Memo #23 – Exterior Door Hardware. Thank you for your assistance.

Kevin

KROSEN - 001980

TRANSMISSION VERIFICATION REPORT

```
TIME    : 07/04/2005 17:30
NAME    : ROYAL PALM PLACE
FAX     : 15613628265
TEL     : 15613628265
SER.#   : BROK1J739433
```

```
DATE,TIME          07/04  17:29
FAX NO./NAME       9945613
DURATION           00:00:53
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: July 4, 2005 |
| cc: James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment
❏ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne:

I have signed and attached Memo #23 - Exterior Door Hardware. Thank you for your assistance.

Kevin

KROSEN - 001981



**VIA FACSIMILE ⬛ & U.S. MAIL**

June 27, 2006

Timothy P. Galloway
Master Gardeners
15250 Persimmon Avenue
Delray Beach, Florida 33446

RE:     The Oaks, Lot 30 - G1

Dear Tim:

On June 19, 2006, I signed the plant list/materials contract in the amount of $28,500.00. A copy of the contract is attached. I confirmed with Jim Walter that Albanese-Popkin has arranged for payment to Master Gardeners in the amount of $12,500.00 which is my landscape allowance. I have enclosed check #2653 dated today in the amount of $13,300.00. The check represents full payment of the balance owed on the contract. I have provided a copy of this letter with enclosures to both Jim Walter and Dianne Chamberlin for their records.

By copy of this letter to Jim and Dianne, I take this opportunity to compliment you for your professionalism. Of the host of contractors that I have worked with through Albanese-Popkin over the past year and one-half, you are at the top of the list in client service and product knowledge. Congratulations!

Very truly yours,

Kevin D. Rosen

cc:    James Walter, Senior Project Manager (via facsimile ⬛
       Dianne Chamberlin, Design Coordinator (via facsimile ⬛

KROSEN - 001982



**PLANT LIST / MATERIALS CONTRACT**
This is a Plant List / Materials Contract which
will be accompanied by a "Landscape Contract"

THE OAKS DEVELOPMENT
ROSEN RESIDENCE
**MG-3097**
**OTHER**
10-Dec-04
REVISED: 5/5/06

| QTY | ABRV. | TYPE OF PLANT MATERIAL | SIZE | HEIGHT/SPECIFICATIONS |
|---|---|---|---|---|
| 2 | CP-C | COCONUT PALM "CURVED" | B&B | 5' WOOD HEAVY CURVE |
| 1 | CP | COCONUT PALM | B&B | 20' OA HGT |
| 2 | FT-S | FOXTAIL PALM "SINGLE" | B&B | 12' OA |
| 2 | HT-L | HIBISCUS TREES PINK | #20 | 6' OA MATCHED |
| 1 | PR-T | ADONIDIA PALM 'TRIPLE' | BB | 7-8' OA |
| 1 | AD-T | ADONIDIA PALM 'TRIPLE-PHASE TWO' | B&B | 12' OA |
| 4 | CFP-M | CHINESE FAN PALM "MULTI" | B&B | 6'-7' OA |
| 3 | MAJ | MAJESTY PALM | B&B | 8'-10' OA |
| 2 | PAN | PANDANUS "SCREW PALM" | B&B | 12' OA SINGLE STEM |
| 2 | GL | GUMBO LIMBO TREES | B&B | 12' OA |
| 1 | LO | LIVE OAK "STREET TREE" | B&B | BY OTHERS |
| 1 | JFT | JAPANESE FERN TREE | B&B | 10' OA |
| 2 | BOU-S | BOUGAINVILLIEA "STANDARD" | #15 | 5-6' OA FULL HEAD |
| 3 | HIT | HIBISCUS TREE | #15 | 5-6' OA FULL HEAD |
| 9 | OBP | ORANGE BIRD OF PARADISE | #15 | 30"x30" FULL & FLAT |
| 1 | PON | PONYTAIL PALM | #15 | 4' OA |
| 1 | DRA-S | DRACEANA ARBOREA "SINGLE" | #15 | 4-5' OA |
| 3 | CLE | CLERODENDRON "STARBURST" | #15 | 5-6' OA F.T.B. |
| 15 | FIB | FICUS BENJAMINA "HEDGE" | #7 | 36"-42" OA F.T.B. |
| 1 | RHA | RHAPIS PALM | #7 | 4' OA F.T.B. |
| 4 | BOU-V | BOUGAINVILLEA 'VINE' FUCHSIA | #7 | 4' OA |
| 1 | VINE | 5'X5' RACK | | |
| 17 | ARB | ARBORICOLA GREEN | #3 | 18" OA |
| 66 | FGI | FICUS "GREEN ISLAND" | #3 | 14" SPR. |
| 59 | JUN | JUNIPER "PARSONI" | #3 | 12" SPR. |
| 10 | DGM | DURANTA "GOLD MOUND" | #3 | 10" SPR. |
| 64 | PIN | PINWHEEL JASMINE | #3 | 18" OA |
| 17 | RBG | RED BUTTON GINGER | #3 | 18-24" OA |
| 8 | XAN | PHILODENDRON "XANADU" | #3 | 14" SPR. |
| 20 | CRO | CROTON "MAMMY" | #3 | 14-16" OA |
| 2 | COR | COROYLINE "BLACK MAGIC" | #3 | 24-30" OA |
| 6 | WAX | WAX MYRTLE | #3 | 18-24"OA |
| 8 | TIA | IXORA "TAWANESE" RED | #3 | 12" OA |
| 85 | FIC | FICUS BENJAMINA "HEDGE" | #3 | 24-30" OA |
| 16 | GRO | GROUND ORCHID | #3 | 12-14" OA FULL |
| 15 | ARB | ARBORICOLA "CAPELLA" | #3 | 18" OA |
| 6 | RUE | RUELLIA "PURPLE SHOWER" | #3 | 18" OA |
| 3 | D-TRI | DRACEANA "TRICOLOR" | #3 | 3' OA |
| 1 | BRO | BROMILIAD | #3 | 24" OA |

Page 1 of 2

6-19-06

KROSEN - 001983



| 4 | ANT | ANTHURIUM | #3 | 18" OA |
| 12 | CHE | DWARF CHENILLE | #1 | FULL |
| 26 | FLX | BLUEBERRY FLAX | #1 | 8" OA FULL |
| 47 | ANN | ANNUALS CALADIUMS | #1 | FULL |
| 3 | COT-D | CROWN OF THORN "DWARF YELLOW" | #1 | FULL |
| 4 | LSB | LANDSCAPE BOULDERS | | LIMESTONE MEDIUM |
| 1 | BLD | BOULDER "URDL" | | SMALL |
| 30 | GRA | BROWN EGG ROCK BAGS | | MEDIUM |
| 50 | BPE | BLACK PLASTIC EDGING | | HEAVY GAUGE |
| 5 | RSS | ROUND STEPPING STONES | | TO BE SELECTED |
| 225 | MUL | CYPRESS MULCH BAGS | | SHREDDED |
| 3.5 | D-GRA | DRAIN GRAVEL | | |
| 1500 | SOD | ST. AUGUSTINE "FLORATAM" SOD | | SOLID, WEED FREE |

BERM BY OTHER

PRICE INCLUDES ALL LABOR, TREE BRACING AS NECESSARY AND FULL WARRANTY PROGRAM.
NO WARRANTY ON ANNUALS.
WARRANTY IS VOID IF FULL PAYMENT IS NOT RECEIVED AT TIME OF COMPLETION.
IRRIGATION AND SOD ARE NOT PART OF THIS CONTRACT UNLESS OTHERWISE STATED.

**TOTAL PRICE FOR ITEMIZED PLANT LIST…………….** $ **25,800.00**

Approved by:_____     Date:_____6-19-06_____

KROSEN - 001984



KROSEN - 001985

| TRANSMISSION VERIFICATION REPORT |
| --- |

```
                                    TIME  : 06/26/2006 05:47
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME              06/26  05:46
FAX NO./NAME
DURATION               00.01.06
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 001986

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/26/2006 05:44
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433
```

```
DATE,TIME           05/26  05:43
FAX NO./NAME
DURATION            00:01:00
PAGE(S)             04
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 001987

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/26/2006 05:42
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME            06/26  05:42
FAX NO./NAME
DURATION             00:00:59
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

KROSEN - 001988



***Kevin D. Rosen***

**VIA FACSIMILE 5** & U.S. MAIL

June 9, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.     Signed Work Order #32 - Change Bath #4 Counter Top with check #2646 in the amount of $1,116.00 as full payment of the work order.

2.     Signed Work Order #33 - Re-Paint Ceilings with check #2647 in the amount of $4,733.82 as full payment of the work order.

3.     Signed Revised Memorandum #45 - Interior Paint.

I extend humble thanks to Gary for the accommodations in re-painting all ceilings in the house and replacing the countertop in Bathroom #4.  Please pass along my thanks.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile 5

KROSEN - 001989

JUN-08-2006 08:21 From:ALBANESE          5614777330          To:NASD          P.2/2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph.: (561) 994-1375
Fax (561) 994-5613

## WORK ORDER

To:
ROSEN, KEVIN & STACEY - G1-30

Work Order #32
Date: 6/6/2006
Job: G001-030  POD G-1, L030 ROSEN

Description:  Change Bath #4 Counter Top

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
Change Bath #4 Counter Top to 4 x 4 Tumbled White Onyx Marble Tile.

| | | | |
|---|---|---|---|
| 1 | Change Bath #4 Counter Top | Change Bath #4 Counter Top | 564.00 |
| 2 | Change Order Fee | Change Order Fee | 750.00 |
| 3 | 15% Discount | 15% Discount per Agreement | -198.00 |
| | | **TOTAL:** | **$1,116.00** |

**All Work Orders Must be approved with full payment within Ten (10) days.**
**Otherwise it will become Null & Void and can not be reissued at a later date.**

*Please deliver to Jim Watter and Dianne Chamberlin*
*Thank you!*
*Kevin Rosen*
*6-8-06 via Fax*

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received

_____     6/7/6
ALBANESE-POPKIN THE OAKS          Date

_____     6-8-06
ROSEN, KEVIN & STACEY - G1-30          Date

Page 1 of 1

JUN-08-2006 15:34 From:ALBANESE     5614777330     To:NASD     P.2/2
From:     6619946613     06/08/2006 16:49     #462 P.002/002

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375
Fax (561) 994-3813

## WORK ORDER

To:
  ROSEN, KEVIN & STACEY - G1-30

Work Order #33
Date: 6/8/2006
Job: G001-030 POD G-1, L030 ROSEN

Description: Re-Paint Ceilings

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

    Re-Paint Ceilings

| | | | |
|---|---|---|---|
| 1 Re-Paint Ceilings | Re-Paint Ceilings (after CO & prior to Closing) | | 3,819.20 |
| 2 Product Protection | Product Protection | | 1,000.00 |
| 3 Change Order Fee | Change Order Fee | | 750.00 |
| 4 15% Discount | 15% Discount per Agreement | | -835.38 |
| | | **TOTAL:** | **$4,733.82** |

All Work Orders Must be approved with full payment within Ten (10) days.
Otherwise it will become Null & Void and can not be reissued at a later date.

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received

ALBANESE-POPKIN THE OAKS     6/8/6
      Date

6-9-06
ROSEN, KEVIN & STACEY - G1-30     Date

Page 1 of 1

KROSEN - 001991

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### REVISED MEMORANDUM

DATE: JUNE 8, 2006
PAGES: 1
MEMO # 45
FILE: LOT 30, G-1 ROSEN RESIDENCE

SUBJECT: INTERIOR PAINT

TO: KEVIN AND STACEY ROSEN
FROM: DIANNE CHAMBERLIN

## INTERIOR

SAMPLE TO BE APPLIED FOR CLIENT'S
APPROVAL PRIOR TO PAINTING THE HOUSE

PAINT COLOR:

WALLS: PORTER PAINT "WHEAT STRAW" # 6849-2, FLAT

CEILING: BENJAMIN MOORE "NATURAL WICKER" # 950, FLAT

INTERIOR TRIM: BENJAMIN MOORE "NATURAL WICKER" # 950,
SEMI-GLOSS.

6-7-06

APPROVED                              DATE

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 001992



TRANSMISSION VERIFICATION REPORT

```
                                    TIME  :  06/07/2006 19:56
                                    NAME  :  ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# :  BROK1J739433
```

```
    DATE,TIME              06/07  19:55
    FAX NO./NAME
    DURATION              00.01.12
    PAGE(S)               05
    RESULT               OK
    MODE                 STANDARD
                         ECM
```

KROSEN - 001994

TRANSMISSION VERIFICATION REPORT

```
TIME    : 06/07/2006 19:53
NAME    : ROYAL PALM PLACE
FAX     : 1
TEL     : 1
SER.#   : BROK1S735433
```

```
DATE,TIME          06/07  19:52
FAX NO./NAME
DURATION           00:01:11
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 001995

JUN-08-2006 08:21 From:ALBANESE          5614777330          To:NASD          P.2/2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph.: (561) 994-1375
Fax (561) 994-5613

## WORK ORDER

To:                                          Work Order #32
    ROSEN, KEVIN & STACEY - G1-30            Date: 6/8/2006
                                             Job: G001-030 POD G-1, L030 ROSEN

**Description:**   Change Bath #4 Counter Top

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
    Change Bath #4 Counter Top to 4 x 4 Tumbled White Onyx Marble Tile.

| | | | | |
|---|---|---|---|---|
| 1 | Change Bath #4 Counter Top | Change Bath #4 Counter Top | | 564.00 |
| 2 | Change Order Fee | Change Order Fee | | 750.00 |
| 3 | 15% Discount | 15% Discount per Agreement | | -198.00 |
| | | | **TOTAL:** | **$1,116.00** |

**All Work Orders Must be approved with full payment within Ten (10) days.**
**Otherwise it will become Null & Void and can not be reissued at a later date.**

*Please deliver to Jim Utter and Diane Chamberlin*
*Thank you!*
*Kevin Rosen*
*6-8-06 Via Fax*

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received

_____  6/7/6            _____  6-8-06
ALBANESE-POPKIN THE OAKS   Date          ROSEN, KEVIN & STACEY - G1-30   Date

                                                            Page 1 of 1

KROSEN - 001996

```
                                                                    P. 1
     *  *  *  Communication Result Report ( Jun. 8. 2006  1:20PM ) *  *  *
                                                              Fax Header)

Date/Time: Jun. 8. 2006  1:20PM

File
No. Mode           Destination              Pg(s)      Result        Page
                                                                     Not Sent
--------------------------------------------------------------------------------
2631 Memory TX      9945613                 P.  1       OK

--------------------------------------------------------------------------------
Reason for error
   E. 1) Hang up or line fail              E. 2) Busy
   E. 3) No answer                         E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size
```

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487

**WORK ORDER**

To:                              Work Order #32
ROSEN, KEVIN & STACEY - G1-30    Date: 6/5/2006
                                 Job: O095-030 POD G-1, L630 ROSEN

Description:  Change Bath #4 Counter Top

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following change in work:
Change Bath #4 Counter Top to 4 x 4 Tumbled White Onyx Marble Tile.

| | | | |
|---|---|---|---|
| 1 Change Bath #4 Counter Top | Change Bath #4 Counter Top | | 664.00 |
| 2 Change Order Fee | Change Order Fee | | 792.00 |
| 3 15% Discount | 15% Discount per Agreement | | -166.00 |
| | | TOTAL: | $1,116.00 |

All Work Orders Must be approved with full payment within Ten (10) days.
Otherwise it will become Null & Void and can not be refunded at a later date.

*Please deliver to Jim Utter and Dianne Chamberlin. Thank you! Kevin Rosen*
6-8-06 via Fax

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☑  As directed, we will not proceed with this change until formal direction from OWNER is received

ALBANESE-POPKIN THE OAKS    Date 6/7/6        ROSEN, KEVIN & STACEY - G1-30  Date 6-8-06

Page 1 of 1

KROSEN - 001997

Case 2:09-md-02047-EEF-MBN Document 22380-49 Filed 12/02/19 Page 87 of 161
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2013 Page 286
of 526

P. 1

* * * Communication Result Report ( Jun. 8. 2006 1:21PM ) * * *

Fax Header)

Date/Time: Jun. 8. 2006  1:20PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 2632 Memory TX | 4777113 | P.  1 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

JUN-08-2006 08H21 From:ALBANESE          5614777138          To:NEED          P.2/2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph: (561) 994-1975
Fax: (561) 994-2005

## WORK ORDER

To:
ROSEN, KEVIN & STACEY - G1-20

Work Order #32
Date: 6/8/2006
Job: GG01-030 POD G-1, L030 ROSEN

Description:  Change Bath #4 Counter Top

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Change Bath #4 Counter Top to 4 x 4 Tumbled White Onyx Marble Tile.

| | | | |
|---|---|---|---|
| 1 Change Bath #4 Counter Top | Change Bath #4 Counter Top | | 664.00 |
| 2 Change Order Fee | Change Order Fee | | 750.00 |
| 3 15% Discount | 15% Discount per Agreement | | -199.00 |
| | | YOTAL: | $1,115.00 |

All Work Orders Must be approved with full payment within Ten (10) days.
Otherwise it will become Null & Void and can not be released at a later date.

*Please deliver to Jim Usher and Dianne Chamberlin*

*Thank you!*
*Kevin Rosen*

*6-8-06 Via Fax*

☐ SCHEDULE IMPACT
☐ We have proceeded with this change to achieve schedule.
☑ As directed, we will not proceed with this change until formal direction from OWNER is received

ALBANESE-POPKIN THE OAKS          6/9/06
Date

ROSEN, KEVIN & STACEY - G1-20          6-8-06
Date

Page 1 of 1

KROSEN - 001998

JUN-08-2006 15:34 From:ALBANESE          5614777330          To:NASD          P.1/2

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 6/8/06 |
| Cc: | | RE: | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

The following is the work order for the additional ceiling color reflecting your discount.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 001999

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## JC Work Order

To:
ROSEN, KEVIN & STACEY - G1-30

JC Work Order #: 33
Date: 6/8/2006
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Re-Paint Ceilings

ALBANESE-POPKIN THE OAKS submits a JC Work Order for the following changes in work:
Re-Paint Ceilings

**JC Work Order Detail:**

| 1 Re-Paint Ceilings | Re-Paint Ceilings (after CO & prior to Closing) $3819.20 Product Protection $1000 Processing Fee $750 | 5,569.20 |
|---|---|---|
| | **TOTAL:** | **$5,569.20** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  6/8/6
ALBANESE-POPKIN THE OAKS     Date

_____
ROSEN, KEVIN & STACEY - G1-30     Date

Page 1 of 1

KROSEN - 002000

·2006 12:32 From:ALBANESE　　　5614777330　　　To:NPSD　　　P.1/3

68 Key Vista Way
ca Raton, FL 33496
61-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 3 Including Cover Sheet |
| phone | | Date: | 6/8/06 |
| Cc: | | RE: | |

☐ Urgent　　X for Review　　☐ Please Comment　　☐ Please Reply　　☐ Please Recycle

Dear Kevin,

The following is the work order for the additional ceiling color.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002001

JUN-08-2006 08:21 From:ALBANESE          5614777330          To:NASD          P.2/2

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph: (561) 994-1375
Fax (561) 994-5613

## WORK ORDER

To:
ROSEN, KEVIN & STACEY - G1-30

Work Order #32
Date: 6/6/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:    Change Bath #4 Counter Top

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Change Bath #4 Counter Top to 4 x 4 Tumbled White Onyx Marble Tile.

| | | | |
|---|---|---|---|
| 1  Change Bath #4 Counter Top | Change Bath #4 Counter Top | | 564.00 |
| 2  Change Order Fee | Change Order Fee | | 750.00 |
| 3  15% Discount | 15% Discount per Agreement | | -198.00 |
| | | TOTAL: | $1,116.00 |

**All Work Orders Must be approved with full payment within Ten (10) days.
Otherwise it will become Null & Void and can not be reissued at a later date.**

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received

_____     6/7/6
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY - G1-30          Date

Page 1 of 1

KROSEN - 002002

JUN-08-2006 08:21 From:ALBANESE          5614777330          To:NASD          P.1/2

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



## Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 6/8/06 |
| Cc: | | RE: | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

The following is the work order for changing the counter top color in bath # 4.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002003



*Kevin D. Rosen*

**VIA FACSIMILE :** ▮ **& U.S. MAIL**

May 8, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #24 - Upgrade Kitchen Backsplash and check #2629 in the amount of $212.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ▮



FROM : (561)994-5613　　　　　FAX NO. :561-994-5613　　　May. 08 2006 10:03AM P2

## ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375
Fax: (561) 994-5613

## WORK ORDER

To:　　　　　　　　　　　　　　　　　Work Order 24
ROSEN, KEVIN & STACEY　　　　　　　Date: 5/5/2006
　　　　　　　　　　　　　　　　　　　Job: G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade Kitchen Splash to Diag

ALBANESE-POPKIN THE OAKS submits a Work Order for the following changes in work :

Upgrade Jitchen Backsplash to a diagonal pattern

| | | | |
|---|---|---|---|
| 1 | Upgrade Kitchen Splash to Diag | Upgrade Kitchen Splash to Diagonal pattern | 250.00 |
| 2 | Discount per Agreement | 15% Discount per Agreement | -37.50 |
| | | **TOTAL:** | **$212.50** |

**All Work Orders Must be approved with full payment within Ten (10) days.**
**Otherwise it will become Null & Void and can not be reissued at a later date.**

SCHEDULE IMPACT

As directed, we will not proceed with this change until formal direction from OWNER is received.

_____　5/8/6　　　　　_____　9806
ALBANESE-POPKIN THE OAKS　　Date　　　ROSEN, KEVIN & STACEY　　Date

Page 1 of 1

KROSEN - 002006

FROM : (561)994-5613          FAX NO. :561-994-5613          May. 08 2006 10:03AM  P1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL  33487
Ph : (561) 994-1375

## Letter of Transmittal

To: _ROSEN, KEVIN & STACEY_

Transmittal #: 124
**Date:** 5/5/2006
**Job:** G001-030 POD G-1, L030 ROSEN

Subject:  Work Order for Kitchen Splash

| WE ARE SENDING YOU | ☐ Attached | | ☐ Under separate cover via None the following items: |
|---|---|---|---|
| ☐ Shop drawings | ☐ Prints | ☐ Plans | ☐ Samples |
| ☐ Copy of letter | ☑ Change order | ☐ Specifications | ☐ Other |

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 5/5/06 | 24 | Upgrade Kitchen Splash to Diag |

**THESE ARE TRANSMITTED as checked below:**

| | | |
|---|---|---|
| ☑ For approval | ☐ Approved as submitted | ☐ Resubmit ___ copies for approval |
| ☐ For your use | ☐ Approved as noted | ☐ Submit ___ copies for distribution |
| ☐ As requested | ☐ Returned for corrections | ☐ Return ___ corrected prints |
| ☐ For review and comment | ☐ Other | |
| ☐ FOR BIDS DUE | ☐ PRINTS RETURNED AFTER LOAN TO US | |

**Remarks:**

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME          **Signature:** _____

If enclosures are not as noted, kindly notify us at once.          Page 1 of 1

KROSEN - 002007

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 05/07/2006 04:51
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J735433
```

```
DATE,TIME          05/07  04:50
FAX NO./NAME
DURATION           00:00:50
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002008

TRANSMISSION VERIFICATION REPORT

```
TIME  : 05/07/2006 04:52
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME        05/07   04:51
FAX NO./NAME
DURATION         00:00:50
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

KROSEN - 002009

TRANSMISSION VERIFICATION REPORT

```
                                   TIME  : 05/07/2006 04:53
                                   NAME  : ROYAL PALM PLACE
                                   FAX   : ███████████
                                   TEL   : ███████████
                                   SER.# : BROK1J739433
```

```
DATE,TIME            05/07  04:52
FAX NO./NAME         ███████████
DURATION             00:00:53
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

KROSEN - 002010

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: May 7, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:

**Comments:**

Dear Jim:

Per our phone call of May 4, 2006, thank you for affording Stacey and I the opportunity to switch our standard carpet color in the secondary bedroom of our house. After we concluded our call Friday afternoon, I ran over to the Carpet Connection and met with Sue. She kindly assisted me by providing us with three boards of standard carpet colors to choose from. After reviewing our standard options, please order the following carpets:

1.     Bedroom #4: 710 Aladdin by Mohawk Color Cloud Nine (delete Tomahac Grey)
2.     Bedroom #5: 742 Aladdin by Mohawk Color Distinguished Tea (delete New Earth)

I have revised Memo #39 - Carpet in case you or Dianne need a copy of a revised memo for your records.

On a final note, Sue advised me that she will be back in the office on Tuesday, May 10.

Thank you.

Kevin

KROSEN - 002011

NOV-15-2005 TUE 02:17 PM albanese      FAX NO.      P. 02

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

Revised **MEMORANDUM**

Date: November 8, 2005
Pages: 1
Memo # 39
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy      Subject: **CARPET**
From: Dianne Chamberlin

Hi Kevin,

Per your meeting with Sue at Carpet Connection, the following is your standard carpet selection for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### FLOORING:

Carpet:

LOFT & BRIDGE: NEW GENERATION COLOR SAND TREASURE OVER 3/8 REBOND PAD.

BEDROOM # 3: HELD OVER II COLOR LEMONY OVER 3/8 REBOND.

BEDROOM # 4: ~~WARRIER COLOR TOMAHAC GRAY OVER 3/8 REBOND.~~ — Aladdin by Mohawk Color Cloud Nine - 710

BEDROOM # 5: ~~WARRIER COLOR NEW EARTH OVER 3/8 ROBOND PAD.~~ — Aladdin by Mohawk Color Distinguished Tea - 742

_____      11-24-05    5-7-06
Approved      Date

1200 S Rogers Circle, #11
Boca Raton, FL 33187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002012

TRANSMISSION VERIFICATION REPORT

```
                                TIME  : 05/06/2006 00:10
                                NAME  : ROYAL PALM PLACE
                                FAX   :
                                TEL   :
                                SER.# : BROK1J739433
```

```
DATE,TIME              05/06  00:10
FAX NO./NAME
DURATION
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002013

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 05/06/2006 00:09
                                    NAME  : ROYAL PALM PLACE
                                    FAX   : ▮
                                    TEL   : ▮
                                    SER.# : BROK1J739433
```

```
         DATE,TIME            05/06  00:08
         FAX NO./NAME         ▮
         DURATION             00.00.38
         PAGE(S)              02
         RESULT               OK
         MODE                 STANDARD
                              ECM
```

KROSEN - 002014

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 05/06/2006 00:11
                                    NAME   : ROYAL PALM PLACE
                                    FAX    : 1
                                    TEL    : 1
                                    SER.#  : BROKIJ735433
```

```
DATE,TIME              05/06  00:11
FAX NO./NAME
DURATION               00:00:36
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002015

Beautiful Homes

Page 1 of 1







About Us          Terms of Use          Privacy Policy
Copyright © 2005 Beautiful Homes, Inc. All Rights Reserved.
Powered By Volusion Shopping Cart Software & eCommerce Web Hosting

https://www.stairpartsusa.com/gallery_10.asp

1/2/2006

KROSEN - 002016

*Kevin D. Rosen*



**VIA FACSIMILE** ▓▓▓▓ **& U.S. MAIL**

May 7, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of May 4 with signed Work Order #31 - Wood Flooring, I have enclosed check #2628 in the amount of $4,502.00 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ▓▓▓▓

**KEVIN D. ROSEN**
**STACEY A. ROSEN**
101 PLAZA REAL SOUTH, APT. 313
BOCA RATON, FL 33432

2628

63-27/631 FL
875

Bank of America Advantage

Date 5-7-06

Pay to the order of Albanese Popkin The Oaks Development Group $ 4,502.00

Four Thousand Five Hundred Two & 00/100 Dollars

**Bank of America**

ACH R/T 063100277

Rosen Lot 3064
The Oaks - Model Home

Memo Wo #31 - Wood Flooring

MP

KROSEN - 002018

TRANSMISSION VERIFICATION REPORT

```
                                      TIME  : 05/06/2006 00:06
                                      NAME  : ROYAL PALM PLACE
                                      FAX   :
                                      TEL   :
                                      SER.# : BROK1J739433
```

```
DATE,TIME                    05/06  00:06
FAX NO./NAME
DURATION                     00:00:27
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

KROSEN - 002019

```
┌─────────────────────────────────────────┐
│ TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                          TIME  : 05/06/2006 00:07
                          NAME  : ROYAL PALM PLACE
                          FAX   :
                          TEL   :
                          SER.# : BROKIJ739433
```

```
DATE,TIME               05/06  00:07
FAX NO./NAME
DURATION                00:00:26
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

KROSEN - 002020

# Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: May 4, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ▓▓▓▓ |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 5

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #44 - Stairs & Railing and Work Order #31 - Wood Flooring. Payment of the work order will be mailed to you, Jim, next week as we discussed today.

Thank you.

Kevin

KROSEN - 002021

FROM :(561)994-5613          FAX NO. :561-994-5613          May. 03 2006 12:25PM P1

# Albanese-Popkin

## The Oaks Development Group, L.P.

### Memorandum

DATE: May 3, 2006
PAGES: 1
MEMO # 44
FILE: LOT 30, G-1 ROSEN RESIDENCE

TO: KEVIN AND STACY ROSEN                SUBJECT: STAIRS & RAILINGS
FROM: JIM WALTER

STAIRS & RAILINGS

To clarify Work Order #2 and Final Selection of Stars and Railings

Closed Paint Grade Stringer in Trim Color
Mahogany Stringer Cap and Balcony Nosing
Mahogany Railing & Newel Posts
Santos Mahogany Risers
Santos Mahogany Stair Treads
Standard Stair & Balcony Railing w/ 1 -"S" Design, 2 Double Twist, 1 – "S" Design, repenting
Stain Color for Rail, Newels, Stringer Cap, Balcony Nosing & Treads to be;
 BLEACH ANTIQUE BROWN 1, SEMI GLOSS.
PER SAMPLES PROVIDED BY DESIGNER FLOOR AND APPROVED BY THE CLIENT.

5-3-06

APPROVED                                    DATE

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002022

FROM : (561)994-5613          FAX NO. :561-994-5613          May. 03 2006 12:25PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #31
**Date:** 5/3/2006
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Wood Flooring

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade Flooring in Dining Room from 18"x 18: Saturnia Straight to 4" Cumaru Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane.
Upgrade Flooring in Guest Bedroom & Closet from Carpet to 4" IPE Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane.

| | | | |
|---|---|---|---|
| 1 Dining Room Flooring | ✗ | Upgrade Flooring in Dining Room from 18"x 18: Saturnia Straight to 4" Cumaru Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane  *High Gloss* | 1,850.00 |
| 2 Guest Bedroom Flooring | ✗ | Upgrade Flooring in Guest Bedroom & Closet from Carpet to 4" IPE *Natural* Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane  *Semi Gloss* | 3,447.00 |
| 3 Discount per Agreement | | 15% Discount per Agreement | -795.00 |
| | | **TOTAL:** | **$4,502.00** |

**All Work Orders Must be approved with full payment within Ten (10) days.**
**Otherwise it will become Null & Void and can not be reissued at a later date.**

*= Per samples provided by Designer Floor
and approved by client

2 pages attached : 1) email 3-14-06
                    2) floor plan with directions of
                                       Wood planks

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date  5/3/6

ROSEN, KEVIN & STACEY          Date  5-3-06

Page 1 of 1

KROSEN - 002023

Yahoo! Mail - k███████████████

Page 1 of 1

**YAHOO! MAIL**

Print - Close Window

| | |
|---|---|
| **Date:** | Tue, 14 Mar 2006 16:39:05 -0800 (PST) |
| **From:** | "kevin rosen" <███████████████ |
| **Subject:** | The Oaks - Rosen Lot 30 - G1 |
| **To:** | "Dianne Chamberlin" ███████████████ |
| **CC:** | "James Walter" ███████████████ |

Hi Dianne,

Today, I spoke with Donna at Designer Floors. Donna recommends and I agree that the wood flooring planks should be installed as follows:

1. Dining Room: on the plans, vertical so that the planks run the longest length of the dining room.

2. Den/Guest Room: on the plans, horizontal so that the planks run the longest length of the den.

I will photo copy the rooms off the plans and diagram the planking and attach it to the Memo/Work Order when I receive it so that we are all on the same page.

Kevin

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

KROSEN - 002024



KROSEN - 002025

P. 1

* * * Communication Result Report ( May. 4. 2006 7:41AM ) * * *

Fax Header)

Date/Time: May. 4. 2006  7:40AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1990 | Memory TX | ████████ | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet
101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dionne Chamberlin Fax Number: 561-477-7113 | Date: May 4, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover: 5

**Comments:**

Dear Dionne and Jim:

I have signed and attached Memorandum #44 - Stairs & Railing and Work Order #31 - Wood Flooring. Payment of the work order will be mailed to you, Jim, next week as we discussed today.

Thank you.

Kevin

KROSEN - 002026

P. 1

✻ ✻ ✻ Communication Result Report ( May. 4. 2006  7:43AM ) ✻ ✻ ✻

Fax Header)

Date/Time: May. 4. 2006  7:41AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1991 | Memory TX | ███████ | P. 5 | OK | |

---

Reason for error
E. 1) Hang up or line fail        E. 2) Busy
E. 3) No answer                   E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet
101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Poplin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: May 4, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ███████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover: 5

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #44 - Stairs & Railing and Work Order #31 - Wood Flooring. Payment of the work order will be mailed to you, Jim, next week as we discussed today.

Thank you.

Kevin

KROSEN - 002027

P. 1

※ ※ ※ Communication Result Report ( May. 4. 2006  7:44AM ) ※ ※ ※

Fax Header)

Date/Time: May. 4. 2006  7:41AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1992 | Memory TX | ████████ | P.  5 | OK | |

Reason for error
E. 1) Hang up or line fail                   E. 2) Busy
E. 3) No answer                              E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet
101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: May 4, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ████ |

☐ Urgent
☐ Reply ASAP                         RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please comment
☐ Please Review
☐ For your Information

Total pages, including cover: 5

Comments:

Dear Dianne and Jim:

I have signed and attached Memorandum #44 - Stain & Railing and Work Order #31 - Wood Flooring. Payment of the work order will be mailed to you, Jim, next week as we discussed today.

Thank you.

Kevin

KROSEN - 002028

P. 1

x x x Communication Result Report ( May. 4. 2006 10:34AM ) x x x

Fax Header)

Date/Time: May. 4. 2006 10:28AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1995 | Memory TX | ████████ | P. 5 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet
101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: May 4, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your Information

Total pages, including cover: 5

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #44 - Stairs & Railing and Work Order #31 – Wood Flooring. Payment of the work order will be mailed to you, Jim, next week as we discussed today.

Thank you.

Kevin

KROSEN - 002029

# Albanese-Popkin

## The Oaks Development Group, L.P.

### Memorandum

**DATE: May 3, 2006**
**PAGES: 1**
**MEMO # 44**
**FILE: LOT 30, G-1 ROSEN RESIDENCE**

**TO: KEVIN AND STACY ROSEN**          **SUBJECT: STAIRS & RAILINGS**
**FROM: JIM WALTER**

---

**STAIRS & RAILINGS**

To clarify Work Order #2 and Final Selection of Stars and Railings

Closed Paint Grade Stringer in Trim Color
Mahogany Stringer Cap and Balcony Nosing
Mahogany Risers
Mahogany Railing & Newel Posts
Santos Mahogany Stair Treads
Standard Stair & Balcony Railing w/ 1 -"S" Design, 2 Double Twist, 1 – "S" Design, repeating
Stain Color for Rail, Newels, Stringer Cap, Balcony Nosing & Treads to be;
  BLEACH ANTIQUE BROWN 1, SEMI GLOSS.
PER SAMPLES PROVIDED BY DESIGNER FLOOR AND APPROVED BY THE CLIENT.



**APPROVED**                              **DATE**

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002030

FROM :(561)994-5613          FAX NO. :561-994-5613          May. 03 2006 11:02AM  P1

## ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #31
Date: 5/3/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:   Wood Flooring

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade Flooring in Dining Room from 18"x 18: Saturnia Straight to 4" Cumaru Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane.
Upgrade Flooring in Guest Bedroom & Closet from Carpet to 4" IPE Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane.

| | | | |
|---|---|---|---|
| 1 | Dining Room Flooring | Upgrade Flooring in Dining Room from 18"x 18: Saturnia Straight to 4" Cumaru Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane | 1,850.00 |
| 2 | Guest Bedroom Flooring | Upgrade Flooring in Guest Bedroom & Closet from Carpet to 4" IPE Wood Plank Flooring including staining an sealing w/ 3 coats of polyurathane | 3,447.00 |
| | | **TOTAL:** | **$5,297.00** |

**All Work Orders Must be approved with full payment within Ten (10) days.**
**Otherwise it will become Null & Void and can not be reissued at a later date.**



☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____     5/3/6
ALBANESE-POPKIN THE OAKS         Date

_____
ROSEN, KEVIN & STACEY         Date

Page 1 of 1

# SMITH & De SHIELDS, Inc.

# IN STOCK
## MOULDINGS

For
Kievin.
Rosen.

**2005 Edition**

KROSEN - 002032

# STOCK POPLAR APPLIED MOULDING



**AM 118** 9/16″ x 1-1/8″



**AM 114** 9/16″ x 1-1/4″



**AM 134** 9/16″ x 1-3/4″



**AM 134A** 11/16″ x 1-3/4″



**AM 134B** 3/4″ x 1-3/4″



**AM 218** 9/16″ x 2-1/8″



**AM 34** 1/2″ x 3/4″



**AM 78** 1/2″ x 7/8″



**AM 158** 3/4″ x 1-5/8″



**AM 214** 13/16″ x 2-1/4″



**AM 11516** 13/16″ x 2″

# STOCK POPLAR STOP



**916P** 5/16″ x 1-1/2″



**91612P** 1/2″ x 1-1/2″

*All moulding profiles and sizes are subject to change without not.*

KROSEN - 002033



POPLAR BASE

*Handwritten notes:*

AM 134
AM 134B
AM 314
Look thru booth
Also.

Kevin.
Hello. I like
AM 134B. The best.
The other two
high profile will
be to the out-
side of the square
Thanks Roger.

| BA 334 | BA 514 | BA 512 | BA 612 | BA 718 |
| 11/16" x 3-3/4" | 9/16" x 5-1/4" | 11/16" x 5-1/2" | 11/16" x 6-1/2" | 11/16" x 7-1/8" |

notice. All moulding profiles and sizes are subject to change without notice.

www.smithanddeshields.com    19

KROSEN - 002034

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Roger Sprint Fax Number: 561-477-7113 | Date: April 4, 2006 |
| | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover:  2

**Comments:**

Dear Roger,

Thank you for dropping the In Stock Moldings booklet at the house. Stacey and I took at look at the booklet and we agree with your recommendation with Applied Molding AM 134B for the master bedroom ceiling. I have attached a diagram for the molding lay-out and I thank you for scheduling the electrician to move the smoke detector out of the rectangle and as far away from the center of the ceiling as possible. Between the molding shapes and the knock down on the crawl space panel, I hope we are able to camouflage the crawl space panel. I am pleased that you will be able to move the crawl space out of the family room and into the cabana to better hide the other crawl space panel.

Kevin

KROSEN - 002035



P. 1

x x x Communication Result Report ( Apr. 4. 2006 7:34AM ) x x x

Fax Header)

Date/Time: Apr. 4. 2006 7:33AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1631 | Memory TX | ▮ | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail                    E. 2) Busy
E. 3) No answer                              E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Roger Sprint<br>Fax Number: 561-477-7113 | Date: April 4, 2006 |
| | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment ·
☐ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2.

**Comments:**

Dear Roger,

Thank you for dropping the In Stock Moldings booklet at the house. Stacey and I look at look at the booklet and we agree with your recommendation with Applied Molding AM 1348 for the master bedroom ceiling. I have attached a diagram for the molding lay-out and I thank you for scheduling the electrician to move the smoke detector out of the rectangle and as far away from the center of the ceiling as possible. Between the molding shapes and the knock down on the crawl space panel, I hope we are able to camouflage the crawl space panel. I am pleased that you will be able to move the crawl space out of the family room and into the cabana to better hide the other crawl space panel.

Kevin

KROSEN - 002037

P. 1

* * * Communication Result Report ( Apr. 4. 2006 7:43AM ) * * *

Fax Header)

Date/Time: Apr. 4. 2006  7:42AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 1632 | Memory TX | ▮▮▮▮▮ | P.  2 | OK | |

Reason for error
  E. 1) Hang up or line fail          E. 2) Busy
  E. 3) No answer                     E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Roger Sprint Fax Number: 561-477-7113 | Date: April 4, 2006 |
| | Phone Number: ▮▮▮▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover:  2.

**Comments:**

Dear Roger,

Thank you for dropping the In Stock Moldings booklet at the house. Stacey and I look at look at the booklet and we agree with your recommendation with Applied Molding AM 1348 for the master bedroom ceiling. I have attached a diagram for the molding lay-out and I thank you for scheduling the electrician to move the smoke detector out of the rectangle and as far away from the center of the ceiling as possible. Between the molding shapes and the knock down on the crawl space panel, I hope we are able to camouflage the crawl space panel. I am pleased that you will be able to move the crawl space out of the family room and into the cabana to better hide the other crawl space panel.

Kevin

KROSEN - 002038

# Fax Cover Sheet

| | |
|---|---|
| **Send to:** Albanese-Popkin Development Group | **From:** Kevin D. Rosen, Esq. |
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: March 17, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment                    RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover:  3

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #42 - Kitchen Counter Top for Artus Gold granite.

Thank you.

Kevin

KROSEN - 002039

MAR-16-2006 11:32 From:ALBANESE          5614777330          To:NASD          P.2/2

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

DATE: March 15, 2006
PAGES: 1
MEMO # 42
FILE: LOT 30, G-1 ROSEN RESIDENCE

TO: KEVIN AND STACY ROSEN          SUBJECT: KITCHEN COUNTER TOP
FROM: DIANNE CHAMBERLIN

INTERIOR

KITCHEN COUNTER TOP:

COLOR: ARTUS GOLD (FOR ADDITIONAL INFORMATION, PLEASE REFER TO WORK ORDER # 14)

3-17-06

_____          _____
APPROVED                                DATE

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002040

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 including Cover Sheet |
| phon | | Date: | 3/15/06 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please sign and fax the following memorandum.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002041

P. 1

* * * Communication Result Report ( Mar. 17. 2006 7:21AM ) * * *

Fax Header)

Date/Time: Mar. 17. 2006 7:20AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 1351 | Memory TX | [redacted] | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Fax Cover Sheet

[redacted]

| Send to: | From: |
|---|---|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: March 17, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: [redacted] |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #42 - Kitchen Counter Top for Artus Gold granite.

Thank you.

Kevin

P. 1

```
*  *  *  Communication Result Report ( Mar. 17. 2006  7:22AM ) *  *  *
                                                            Fax Header)
```

Date/Time: Mar. 17. 2006  7:21AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 1352 | Memory TX | ████████ | P.  3 | OK | |

```
Reason for error
   E. 1) Hang up or line fail          E. 2) Busy
   E. 3) No answer                     E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size
```

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: March 17, 2006 |
| James Wolter Fax Number: 561-994-5613 | Phone Number ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: the Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover: 3

**Comments:**

Dear Dianne and Jim:

I have signed and attached Memorandum #42 - Kitchen Counter Top for Artur Gold granite.

Thank you.

Kevin

KROSEN - 002043

P. 1

※　※　※　Communication Result Report ( Mar. 17. 2006　7:22AM ) ※　※　※

Fax Header)

Date/Time: Mar. 17. 2006　7:21AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 1354 | Memory TX | | P.　3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size

E. 2) Busy
E. 4) No facsimile connection

## Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: March 17, 2006 |
| James Waller Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

Comments:

Dear Dianne and Jim:

I have signed and attached Memorandum #42 - Kitchen Counter Top for Artus Gold granite.

Thank you,

Kevin

KROSEN - 002044

P. 1

✕ ✕ ✕ Communication Result Report ( Mar. 17. 2006  7:23AM ) ✕ ✕ ✕

Fax Header)

Date/Time: Mar. 17. 2006  7:21AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 1353 Memory TX | ████████ | P. 3 | OK | |

Reason for error
  E. 1) Hang up or line fail            E. 2) Busy
  E. 3) No answer                      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

## Fax Cover Sheet
101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: March 17, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

Comments:

Dear Dianne and Jim:

I have signed and attached Memorandum #42 - Kitchen Counter Top for Arius Gold granite.

Thank you.

Kevin

KROSEN - 002045

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Sprint<br>Fax Number: 561-477-7113 | Date: March 14, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ☒ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☐ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim, Dianne and Roger:

I have signed a "Revised Memorandum" on the Interior Paint.

Please paint as follows:

Drywall/Ceiling: Porter Paint "Wheat Straw" 6849-2
Interior Trim: Benjamin Moore "Natural Wicker" 950

Thank you.

Kevin

URGENT


KROSEN - 002046

AUG-15-2005 MON 12:34 PM albanese      FAX NO.      P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

*Revised* **MEMORANDUM**

Date: ~~August 15, 2005~~ *March 14, 2006*
Pages: 1
Memo # 31
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To:** Kevin & Stacy
**From:** Dianne Chamberlin

**Subject: Interior Paint**

Hi Kevin,

*Porter Paint "Wheat Straw"*
*6849-2*

Per your e-mail, you have selected the color for your Drywall/Ceiling to be ~~Benjamin Moore "Bone White"~~ ~~full formula;~~ and the color for your trim to be ~~Benjamin Moore "Bone White" ¼ formula.~~ If you agree with this selection, please sign this form and fax it back to my attention at fax Number ▉▉▉▉

Thank you,

*Benjamin Moore "Natural Wicker"*
*1B - 950*

Dianne

**INTERIOR**

Paint Color: *Porter Paint "Wheat Straw" 6849-2*

     DRYWALL/CEILING: ~~BENJAMIN MOORE "BONE WHITE" FULL FORMULA~~

     INTERIOR TRIM: ~~BENJAMIN MOORE "BONE WHITE" ¼ FORMULA~~
         *Natural Wicker 950*

*8-16-05*

Approved           *3-14-06*     Date

1200 S Rogers Circle, #11
Boca Raton, FL 33 l87
(561) 994-1375 Corp; (561) ٩٧7-7330 Oaks
(561) 997-5613 Corp fax; (561) ٩٧7-7113 Oaks fax

KROSEN - 002047

```
┌─────────────────────────────────────────────────┐
│       TRANSMISSION VERIFICATION REPORT           │
└─────────────────────────────────────────────────┘
                              TIME  : 03/13/2006 06:51
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK1J/33433
```

```
┌──────────────────────────────────────────────────────────────────┐
│   DATE,TIME              03/13  06:50                               │
│   FAX NO./NAME                                                      │
│   DURATION              00.00.42                                    │
│   PAGE(S)               02                                          │
│   RESULT                OK                                          │
│   MODE                  STANDARD                                    │
│                         ECM                                        │
└──────────────────────────────────────────────────────────────────┘
```

KROSEN - 002048

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                          TIME   : 03/13/2006 06:50
                          NAME   : ROYAL PALM PLACE
                          FAX    :
                          TEL    :
                          SER.#  : BROK1J739433
```

```
        DATE,TIME              03/13  06:49
        FAX NO./NAME
        DURATION              00:00:32
        PAGE(S)               02
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

KROSEN - 002049

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT           │
└─────────────────────────────────────────────┘

                              TIME   : 03/13/2006 06:52
                              NAME   : ROYAL PALM PLACE
                              FAX    :
                              TEL    :
                              SER.#  : BROK1J739433
```

```
     DATE,TIME              03/13  06:51
     FAX NO./NAME
     DURATION               00:00:32
     PAGE(S)                02
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```

KROSEN - 002050

TRANSMISSION VERIFICATION REPORT

```
TIME    : 03/13/2006 06:53
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433
```

```
DATE,TIME           03/13  06:52
FAX NO./NAME
DURATION            00:00:42
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 002051



*Kevin D. Rosen*

**VIA FACSIMILE** ██████ **& U.S. MAIL**

February 28, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #30 - Upgrade to Stainless Steel Appliance in the amount of $2,536.44.

Work Order #30 is accompanied by your Contract Item Billing Summary that shows credits in my favor for:

$210.00 (Work Order #29 - Credit Transom Window)
$116.42 (Work Order #17 - Credit Powder Room Mirror)
$605.00 (Work Order #26 - Credit Carpet Changes)
TOTAL $931.42

$2,536.44 (Work Order #30) - $931.42 (total credits) = $1,605.02. I have enclosed check #2586 in the amount of $1,605.02. The combination of my check and the total credits fully satisfies Work Order #30.

Very truly yours,

Kevin D. Rosen

cc: Dianne Chamberlin, Design Coordinator (via facsimile ██████

P. 1

* * * Communication Result Report ( Feb. 28. 2006 7:05AM ) * * *

Fax Header)

Date/Time: Feb. 28. 2006 7:03AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 8153 | Memory TX | ██████████ | P. 9 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**Kevin D. Rosen**

██████████████████

**VIA FACSIMILE** ████ **& U.S. MAIL**

February 28, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim,

I have enclosed signed Work Order #30 - Upgrade to Stainless Steel Appliance in the amount of $2,536.44.

Work Order #30 is accompanied by your Contract Item Billing Summary that shows credits in my favor for:

|  | $210.00 (Work Order #29 – Credit Transom Window) |
|  | $116.42 (Work Order #17 – Credit Powder Room Mirror) |
|  | $605.00 (Work Order #26 – Credit Carpet Changes) |
| TOTAL | $931.42 |

$2,536.44 (Work Order #30) - $931.42 (total credits) = $1,605.02. I have enclosed check #2586 in the amount of $1,605.02. The combination of my check and the total credits fully satisfies Work Order #30.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile ████████)

KROSEN - 002053

P. 1

```
* * * Communication Result Report ( Feb. 28. 2006 7:07AM ) * * *
                                                    Fax Header)

Date/Time: Feb. 28. 2006  7:04AM

File
No. Mode          Destination                    Pg(s)    Result    Page
                                                                    Not Sent
--------------------------------------------------------------------------------
8155 Memory TX    ██████████████                 P.  9    OK

--------------------------------------------------------------------------------
Reason for error
   E. 1)  Hang up or line fail            E. 2)  Busy
   E. 3)  No answer                       E. 4)  No facsimile connection
   E. 5)  Exceeded max. E-mail size
```

*Kevin D. Rosen*

████████████████████

**VIA FACSIMILE** ████ **U.S. MAIL**

February 28, 2006

James Walter.
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #30 - Upgrade to Stainless Steel Appliance in the amount of $2,536.44.

Work Order #30 is accompanied by your Contract Item Billing Summary that shows credits in my favor for:

$210.00 (Work Order #29 - Credit Transom Window)
$116.42 (Work Order #17 - Credit Powder Room Mirror)
$605.00 (Work Order #26 - Credit Carpet Changes)
**TOTAL**         $931.42

$2,536.44 (Work Order #30) - $931.42 (total credits) = $1,605.02. I have enclosed check #2586 in the amount of $1,605.02. The combination of my check and the total credits fully satisfies Work Order #30.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile ████████████)

KROSEN - 002054

P. 1

✱  ✱  ✱  Communication Result Report ( Feb. 28. 2006  7:08AM ) ✱  ✱  ✱

Fax Header)

Date/Time: Feb. 28.  2006  7:03AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8154 | Memory TX | ▮▮▮▮▮ | P.  9 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

*Kevin D. Rosen*

VIA FACSIMILE ▮▮▮▮ U.S. MAIL

February 28, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #30 - Upgrade to Stainless Steel Appliance in the amount of $2,536.44.

Work Order #30 is accompanied by your Contract Item Billing Summary that shows credits in my favor for:

$210.00 (Work Order #29 - Credit Transom Window)
$116.42 (Work Order #17 - Credit Powder Room Mirror)
$605.00 (Work Order #26 - Credit Carpet Changes)
TOTAL:     $931.42

$2,536.44 (Work Order #30) - $931.42 (total credits) = $1,605.02.  I have enclosed check #2586 in the amount of $1,605.02.  The combination of my check and the total credits fully satisfies Work Order #30.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮▮)

P. 1

* * * Communication Result Report ( Feb. 28. 2006 7:09AM ) * * *

Fax Header)

Date/Time: Feb. 28. 2006 7:04AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8156 | Memory TX | ▮▮▮ | P. 9 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

---

**Kevin D. Rosen**

10▮
Bo▮

**VIA FACSIMILE 5▮▮ & U.S. MAIL**

February 28, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #30 - Upgrade to Stainless Steel Appliance in the amount of $2,536.44.

Work Order #30 is accompanied by your Contract Item Billing Summary that shows credits in my favor for:

|  | $210.00 (Work Order #29 - Credit Transom Window) |
|---|---|
|  | $116.42 (Work Order #17 - Credit Powder Room Mirror) |
|  | $605.00 (Work Order #26 - Credit Carpet Changes) |
| TOTAL | $931.42 |

$2,536.44 (Work Order #30) - $931.42 (total credits) = $1,605.02. I have enclosed check #2586 in the amount of $1,605.02. The combination of my check and the total credits fully satisfies Work Order #30.

Very truly yours,

Kevin D. Rosen

cc:  Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮

KROSEN - 002056



FROM :(561)994-5613          FAX NO. :561-994-5613          Feb. 27 2006 05:57PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #30
Date: 2/27/2006
Job: G001-030 POD G-1, L030 ROSEN

**Description:**  Upgrade to Stainless Appliance

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade to Appliances to Stainless Steel per attached list Dated 2-27-06

| | | |
|---|---|---|
| 1  Upgrade to Stainless Appliance | | 2,536.44 |
| | TOTAL: | $2,536.44 |

# WORK ORDER MUST BE APPROVED WITH FULL PAYMENT WITHIN TEN (10) DAYS OTHERWISE IT WILL BE VOID AND WILL NOT BE REISSUED AT A LATER DATE

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____     2/27/6
ALBANESE-POPKIN THE OAKS          Date

                                              2-27-06
_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002058

FROM :                                    FAX NO. :                        Feb. 27 2006 05:57PM  P3

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

Lot # 30 G1
Rosen Residence
Date: 2-27-06
Work Order # 30

## THE OAKS
at Boca Raton

| Kitchen Appliance | Standard | Size | Color | | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | | KitchenAid Refrigerator Side By Side W/ Water & Ice Dispenser # KSSC42QMS | 42" | Stainless | $ 1,406.21 |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | | KitchenAid # KEBC207KSS | 30" | Stainless | $ 560.46 |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | | GE Micro-CT # JEM31SF | 0.8 CF | Stainless | $ 91.86 |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | | KitchenAid # KGCS166GSS | 36" | Stainless | $ 83.87 |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | | KitchenAid # KUDI02FRSS | 24" | Stainless | $ 394.05 |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | |
| Washer | KitchenAid # KAWS850LQ | 27" | White | | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | WO#22 |
| Dryer | KitchenAid # KEYS850LQ | 27" | White | | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | WO#22 |

Total Work Order #30                                            $  2,536.44

_____    _____
Albanese Popkin The Oaks Development, LP    Date
                                                    2/27/6

_____    _____
Mr. & or Mrs. Rosen                  Date
                                                    2-27-06

KROSEN - 002059

ALBANESE-POPKIN THE OAKS

Contract Item Billing Summary

02-27-2006        Page 1
System Date: 02-27-2006
System Time: 3:50 pm

| Job | Contract Item | Description | Original Contract | Approved Changes | Revised Contract | Billed | Cash Receipt | Buyer's Balance |
|---|---|---|---|---|---|---|---|---|
| G001 030 | | Rosen, Kevin & Stacey | | | | | | |
| G001-030 | 60-00100 | Upgrade Windows to Imp Glass | | 29,410.00 | 29,410.00 | 29,410.00 | 29,410.00 | |
| | 60-00200 | Upgrade Staircase | | 19,283.00 | 19,283.00 | 19,283.00 | 19,283.00 | |
| | 60-00300 | Add in Wall Pest Control | | 659.30 | 659.30 | 659.30 | 659.30 | |
| | 60-00400 | Gas Line for Future Barbeque | | 552.50 | 552.50 | 552.50 | 552.50 | |
| | 60-00500 | Upgrade dining Room Columns | | 388.45 | 388.45 | 388.45 | 388.45 | |
| | 60-00600 | Speaker system | | 2,975.00 | 2,975.00 | 2,975.00 | 2,975.00 | |
| | 60-00700 | Radio Back-up for Alarm | | | | | | |
| | 60-00800 | Structure Cabling | | 998.75 | 998.75 | 998.75 | 998.75 | |
| | 60-00900 | TV Outlet | | 72.25 | 72.25 | 72.25 | 72.25 | |
| | 60-01000 | Add angled archway in living r | | 583.95 | 583.95 | 583.95 | 583.95 | |
| | 60-01100 | Plumbing | | 1,385.50 | 1,385.50 | 1,385.50 | 1,385.50 | |
| | 60-01200 | Pavers - Revised | | 2,704.70 | 2,704.70 | 2,704.70 | 2,704.70 | |
| | 60-01300 | Fence | | 1,692.35 | 1,692.35 | 1,692.35 | 1,692.35 | |
| | 6C-01400 | Granite Upgrades | | 3,793.55 | 3,793.55 | 3,793.55 | 3,793.55 | |
| | 6C-01500 | Electrical Revision | | 446.25 | 446.25 | 446.25 | 446.25 | |
| | 60-01600 | Marble & Tile Flooring | | 2,681.76 | 2,681.76 | 2,681.76 | 2,681.76 | |
| | 60-01700 | Credit Powder Rm Mirror | | 210.00- | 210.00- | 210.00- | | 210.00- |
| | 60-01800 | WOM IS Master Shower Enclosure | | 102.00 | 102.00 | 102.00 | 102.00 | |
| | 60-01900 | Pool Upgrade | | 5,335.45 | 5,335.45 | 5,335.45 | 5,335.45 | |
| | 60-02000 | Pool Tile Upgrade | | 431.80 | 431.80 | 431.80 | 431.80 | |
| | 60-02100 | Cabinet Upgrades | | 9,948.82 | 9,948.82 | 9,948.82 | 9,948.82 | |
| | 6C-02200 | Appliance Upgrades | | 837.90 | 837.90 | 837.90 | 837.90 | |
| | 60-02300 | Kitchen Counter Top Upgrades | | 255.00 | 255.00 | 255.00 | 255.00 | |
| | 60-02500 | Upgrade Exterior Columns | | 2,269.50 | 2,269.50 | 2,269.50 | 2,269.50 | |
| | 60-02600 | Carpet Changes | | 116.42- | 116.42- | 116.42- | | 116.42- |
| | 60-02700 | Change Bath # 4 Shower to Tub | | 1,628.60 | 1,628.60 | 1,628.60 | 1,628.60 | |
| | 60-02800 | Additional High Hats & Elect | | 416.50 | 416.50 | 416.50 | 416.50 | |
| | 60-02900 | Credit - Transom Windows | | 605.00- | 605.00- | 605.00- | | 605.00- |
| | 6C-03000 | Upgrade to Stainless Steel | | 2,536.44 | 2,536.44 | 2,536.44 | 2,536.44 | |
| | | Totals | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| | | REPORT TOTALS | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| Report Totals: | | | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |

Feb. 27 2006 05:57PM P4

Paid 2-27-06 by the Rosens
#2586
$1,605.00

KROSEN - 002060

FROM : (561)994-5613                    FAX NO. :561-994-5613            Feb. 27 2006 05:57PM  P5

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

# WORK ORDER

To:
ROSEN, KEVIN & STACEY

⬛⬛⬛⬛⬛⬛⬛⬛

**Work Order #29**
**Date:** 1/25/2006
**Job:** G001-030  POD G-1, L030 ROSEN

**Description:**  Credit - Transom Windows

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Credit for Transom Window above doors @ Bedroom #4

| | | | |
|---|---|---|---|
| 1 | Credit - Transom Window | Credit - Transom Window | -605.00 |

**TOTAL:**  -$605.00

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____          _____   2-27-06
ALBANESE-POPKIN THE OAKS        Date           ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002061

FROM : (561)994-5613                    FAX NO. :561-994-5613              Feb. 27 2006 05:57PM  P6

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                                      Work Order #17
    ROSEN, KEVIN & STACEY                 Date: 8/12/2005
                                         Job: G001-030  POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

    Credit Powder Room Mirror

| | | | | |
|---|---|---|---|---|
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | | -210.00 |
| | | | TOTAL: | -$210.00 |

APPROVED

cc: Dianne
    Gary

COMPLETED

DISTRIBUTED

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_Gavin Guidara_  8·12·05                          8-15-15
ALBANESE-POPKIN THE OAKS    Date          ROSEN, KEVIN & STACEY          Date

                                                           Page 1 of 1

KROSEN - 002062

FROM : (561)994-5613                    FAX NO. :561-994-5613        Feb. 27 2006 05:58PM  P7
NOV-23-2005 WED 12:20 PM albanese        ROYAL PALM PLACE                    PAGE 02
        2005/11/23  09:04:39  Albanese-Popkin :619945613          Page:3/5   P. 12

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                                      Work Order #29
ROSEN, KEVIN & STACEY                    Date  11/23/2005
                                         Job   0001-030  POD G-1, 1030 ROSEN

Description:   Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Held Over II Lemony
Omit Carpet in Master Suite.

| 1 | Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | 678.80 |
| 2 | Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | 143.78 |
| 3 | Omit Carpet Master Suite | Omit Carpet Master Suite | -1,240.00 |
| | | **TOTAL:** | -$118.42 |

COMPLETED _____

DISTRIBUTED _____

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS        Date  11/23/                    ROSEN, KEVIN & STACEY        Date  11-24-05

Page 1 of 1

KROSEN - 002063



Feb. 27 2006 05:56PM P1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## Letter of Transmittal

**To:** DIANNE CHAMBERLIN
(Albanese-Popkin Development)

**Transmittal #:** 110
**Date:** 2/27/2006
**Job:** G001-030  POD G-1, L030 ROSEN

**Subject:** Work Order #30 Appliances

**WE ARE SENDING YOU**  ☐ Attached     ☐ Under separate cover via None the following items:

☐ Shop drawings    ☐ Prints       ☐ Plans        ☐ Samples
☐ Copy of letter   ☑ Change order  ☐ Specifications ☐ Other

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 2/27/06 | 30 | Upgrade to Stainless Appliance |

**THESE ARE TRANSMITTED as checked below:**

☑ For approval          ☐ Approved as submitted       ☐ Resubmit ___ copies for approval
☐ For your use          ☐ Approved as noted           ☐ Submit ___ copies for distribution
☐ As requested          ☐ Returned for corrections     ☐ Return ___ corrected prints
☐ For review and comment ☐ Other
☐ FOR BIDS DUE          ☐ PRINTS RETURNED AFTER LOAN TO US

**Remarks:** I have faxed a copy of this Work Order to Kevin.

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME     **Signature:** _____

If enclosures are not as noted, kindly notify us at once.     Page 1 of 1

KROSEN - 002064

# Fax Cover Sheet

| | |
|---|---|
| **Send to:**<br>Albanese-Popkin Development Group | **From:**<br>Kevin D. Rosen, Esq. |
| Dianne Chamberlin and Roger Sprint<br>Fax Number: 561-477-7113 | Date: March 14, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☒ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim, Dianne and Roger:

I have signed a "Revised Memorandum" on the Interior Paint.

Please paint as follows:

Drywall/Ceiling: Porter Paint "Wheat Straw" 6849-2
Interior Trim: Benjamin Moore "Natural Wicker" 950

Thank you.

Kevin

URGENT

AUG-15-2005 MON 12:34 PM albanese                FAX NO.                    P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

*Revised* **MEMORANDUM**

Date: August 15, 2005 *March 14, 2006*
Pages: 1
Memo # 31
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                        Subject: Interior Paint
From: Dianne Chamberlin

Hi Kevin,

*(up) Porter Paint "Wheat Straw" 6849-2*

Per your e-mail, you have selected the color for your Drywall/Ceiling to be Benjamin Moore "Bone White" full formula, and the color for your trim to be Benjamin Moore "Bone White" ¼ formula. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

*(or) Benjamin Moore "Natural Wicker" 1B - 950*

Dianne

---

**INTERIOR**

Paint Color:     *(up) Porter Paint "Wheat Straw" 6849-2*

DRYWALL/CEILING: BENJAMIN MOORE "BONE WHITE" FULL FORMULA

INTERIOR TRIM: BENJAMIN MOORE "BONE WHITE" ¼ FORMULA
*Natural Wicker 950 (trim)*

Approved                          Date

*8-16-05*

*3-14-06*

1200 S Rogers Circle, #11
Boca Raton, FL 33 187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002066

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/13/2006 06:51
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME            03/13  06:50
FAX NO./NAME
DURATION            00:00:42
PAGE(S)             02
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 002067

TRANSMISSION VERIFICATION REPORT

```
                                  TIME  :  03/13/2006 06:50
                                  NAME  :  ROYAL PALM PLACE
                                  FAX   :  █████████████
                                  TEL   :  █████████████
                                  SER.# :  BROK1J739433
```

```
DATE,TIME                   03/13  06:49
FAX NO./NAME                ████████
DURATION                    00:00:32
PAGE(S)                     02
RESULT                      OK
MODE                        STANDARD
                            ECM
```

KROSEN - 002068

TRANSMISSION VERIFICATION REPORT

TIME  : 03/13/2006 06:52
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433

DATE,TIME          03/13  06:51
FAX NO./NAME
DURATION           00:00:32
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM

KROSEN - 002069

TRANSMISSION VERIFICATION REPORT

```
TIME   : 03/13/2006 06:53
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME          03/13  06:52
FAX NO./NAME
DURATION           00:00:42
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002070

FROM : (561)994-5613                  FAX NO. :561-994-5613          Feb. 27 2006 05:57PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #30
Date: 2/27/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:   Upgrade to Stainless Appliance

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
   Upgrade to Appliances to Stainless Steel per attached list Dated 2-27-06

| | | |
|---|---|---|
| 1  Upgrade to Stainless Appliance | | 2,536.44 |
| | TOTAL: | $2,536.44 |

# WORK ORDER MUST BE APPROVED WITH FULL PAYMENT WITHIN TEN (10) DAYS OTHERWISE IT WILL BE VOID AND WILL NOT BE REISSUED AT A LATER DATE

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   2/27/6
ALBANESE-POPKIN THE OAKS      Date

_____   _____
ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 002071

Feb. 27 2006 05:57PM P3

# THE OAKS
### at Boca Raton

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

Lot # 30 G1
**Rosen Residence**
Date: 2-27-06
Work Order # 30

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator. Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side W/ Water & Ice Dispenser # KSSC42QMS | 42" | Stainless | $ 1,406.21 |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | KitchenAid # KEBC207KSS | 30" | Stainless | $ 560.46 |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | GE Micro-CT # JEM31SF | 0.8 CF | Stainless | $ 91.85 |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | KitchenAid # KGCS166GSS | 36" | Stainless | $ 83.87 |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | KitchenAid # KUDI02FRSS | 24" | Stainless | $ 394.05 |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | |
| Washer | KitchenAid # KAWS850LQ | | White | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | WO#22 |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | WO#22 |

**Total Work Order #30** $ 2,536.44

_____ 2/27/6
Albanese Popkin The Oaks Development, LP Date

_____ _____
Mr. & or Mrs. Rosen Date

KROSEN - 002072