# EXHIBIT 32 part 7

ALBANESE-POPKIN THE OAKS

Contract Item Billing Summary

02-27-2006    Page 1
System Date: 02-27-2006
System Time: 3:50 pm

| Job | Contract Item Description | Original Contract | Approved Changes | Revised Contract | Billed | Cash Receipt | Buyer's Balance |
|---|---|---|---|---|---|---|---|
| G001 030 | | | | | | | |
| G001-030 | Rosen, Kevin & Stacey | | | | | | |
| | 60-00100 Upgrade Windows to Imp Glass | | 29,410.00 | 29,410.00 | 29,410.00 | 29,410.00 | |
| | 60-00200 Upgrade Staircase | | 19,283.00 | 19,283.00 | 19,283.00 | 19,283.00 | |
| | 60-00300 Add in wall Pest Control | | 659.30 | 659.30 | 659.30 | 659.30 | |
| | 60-00400 Gas Line for Future Barbeque | | 552.50 | 552.50 | 552.50 | 552.50 | |
| | 60-00500 Upgrade dining Room Columns | | 388.45 | 388.45 | 388.45 | 388.45 | |
| | 60-00600 Speaker system | | 2,975.00 | 2,975.00 | 2,975.00 | 2,975.00 | |
| | 60-00700 Radio Back-up for Alarm | | 998.75 | 998.75 | 998.75 | 998.75 | |
| | 60-00800 Structure Cabling | | 72.25 | 72.25 | 72.25 | 72.25 | |
| | 60-00900 TV Outlet | | 583.95 | 583.95 | 583.95 | 583.95 | |
| | 60-01000 Add angled archway in living r | | 1,385.50 | 1,385.50 | 1,385.50 | 1,385.50 | |
| | 60-01100 Plumbing | | 2,704.70 | 2,704.70 | 2,704.70 | 2,704.70 | |
| | 60-01200 Pavers - Revised | | 1,692.35 | 1,692.35 | 1,692.35 | 1,692.35 | |
| | 60-01300 Fence | | 3,793.55 | 3,793.55 | 3,793.55 | 3,793.55 | |
| | 60-01400 Granite Upgrades | | 446.25 | 446.25 | 446.25 | 446.25 | |
| | 60-01500 Electrical Revision | | 2,681.76 | 2,681.76 | 2,681.76 | 2,681.76 | |
| | 60-01600 Marble & Tile Flooring | | 210.00- | 210.00- | 210.00- | | 210.00- |
| | 60-01700 Credit Powder Rm Mirror | | 102.00 | 102.00 | 102.00 | 102.00 | |
| | 60-01800 WOW 18 Master Shower Enclosure | | 5,335.45 | 5,335.45 | 5,335.45 | 5,335.45 | |
| | 60-01900 Pool Upgrade | | 431.80 | 431.80 | 431.80 | 431.80 | |
| | 60-02000 Pool Tile Upgrade | | 9,948.82 | 9,948.82 | 9,948.82 | 9,948.82 | |
| | 60-02100 Cabinet Upgrades | | 837.90 | 837.90 | 837.90 | 837.90 | |
| | 60-02203 Appliance Upgrades | | 255.00 | 255.00 | 255.00 | 255.00 | |
| | 60-02300 Kitchen Counter Top Upgrades | | 2,269.50 | 2,269.50 | 2,269.50 | 2,269.50 | |
| | 60-02500 Upgrade Exterior Columns | | 116.42- | 116.42- | 116.42- | | 116.42- |
| | 60-02600 Carpet Changes | | 1,628.60 | 1,628.60 | 1,628.60 | 1,628.60 | |
| | 60-02700 Change Bath 4 & Shower to Tub | | 416.50 | 416.50 | 416.50 | 416.50 | |
| | 60-02800 Additional High Hatts & Elect | | 605.00- | 605.00- | 605.00- | | 605.00- |
| | 60-02900 Credit - Transom Windows | | 2,536.44 | 2,536.44 | 2,536.44 | | 2,536.44 |
| | 60-03000 Upgrade to Stainless Steel | | | | | | |
| | Totals | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| | REPORT TOTALS | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| Report Totals: | | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |

KROSEN - 002073

Feb. 27 2006 05:57PM P5

DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #29
Date: 1/25/2006
Job: G001-030 POD G-1, L030 ROSEN

Description: Credit -Transom Windows

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Credit for Transom Window above doors @ Bedroom #4

| | | | | |
|---|---|---|---|---|
| 1 | Credit -Transom Window | Credit -Transom Window | | -605.00 |
| | | | TOTAL: | -$605.00 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____    _____
ALBANESE-POPKIN THE OAKS          Date

_____    _____
ROSEN, KEVIN & STACEY             Date

Page 1 of 1

KROSEN - 002074

Feb. 27 2006 05:57PM P6

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #17
Date: 8/12/2005
Job: G001-030 POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | | |
|---|---|---|---|
| | | | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | |
| | | TOTAL: | -$210.00 |

APPROVED

CC: Diane
Gary
Jim W.

COMPLETED _____

DISTRIBUTED _____

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☐  We have proceeded with this change to achieve schedule.
☒  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____ 8·12·05
ALBANESE-POPKIN THE OAKS     Date

_____ 8-15-5
ROSEN, KEVIN & STACEY     Date

Page 1 of 1

KROSEN - 002075

Feb. 27 2006 05:58PM P7

NOV-23-2005 WED 12:20 PM albanese       ROYAL PALM PLACE
                                        FAX NO.                    PAGE 02
2005/11/23 09:04:39 Albanese-Popkin 8619945613      Page:3/3   P. 12

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                              Work Order #28
    ROSEN, KEVIN & STACEY        Date  11/23/2005
                                 Job   G001-030 POD G-1, L030 ROSEN

Description:  Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Hold Over II Lemony
Omit Carpet in Master Suite.

| | | | | |
|---|---|---|---|---|
| 1 | Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | | 979.80 |
| 2 | Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | | 143.78 |
| 3 | Omit Carpet Master Suite | Omit Carpet Master Suite | | -1,240.00 |
| | | | TOTAL: | -$116.42 |

COMPLETED _____

DISTRIBUTED _____

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☒  As directed, we will not proceed with this change until formal reaction from OWNER is received.

_____          11-24-05
ALBANESE-POPKIN THE OAKS   Date    ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002076

Feb. 27 2006 05:56PM P1

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## Letter of Transmittal

**To:** DIANNE CHAMBERLIN
(Albanese-Popkin Development)

**Subject:** Work Order #30 Appliances

**Transmittal #:** 110
**Date:** 2/27/2006
**Job:** G001-030 POD G-1, L030 ROSEN

561-36/-9540

**WE ARE SENDING YOU** ☐ Attached    ☐ Under separate cover via None the following items:

☐ Shop drawings    ☐ Prints    ☐ Plans    ☐ Samples
☐ Copy of letter    ☑ Change order    ☐ Specifications    ☐ Other

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 2/27/06 | 30 | Upgrade to Stainless Appliance |

**THESE ARE TRANSMITTED as checked below:**

☑ For approval    ☐ Approved as submitted    ☐ Resubmit ___ copies for approval
☐ For your use    ☐ Approved as noted    ☐ Submit ___ copies for distribution
☐ As requested    ☐ Returned for corrections    ☐ Return ___ corrected prints
☐ For review and comment    ☐ Other
☐ FOR BIDS DUE    ☐ PRINTS RETURNED AFTER LOAN TO US

**Remarks:** I have faxed a copy of this Work Order to Kevin.

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME    **Signature:** _____

If enclosures are not as noted, kindly notify us at once.    Page 1 of 1

KROSEN - 002077

*Kevin D. Rosen*

10

B

**VIA FACSIMILE** & U.S. MAIL

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 - Additional High Hats and Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimil

KROSEN - 002078



P. 1

\* \* \* Communication Result Report ( Jan. 26. 2006 7:20AM ) \* \* \*

Fax Header)

Date/Time: Jan. 26. 2006  7:19AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7688 | Memory TX | | P.  2 | OK | |

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

*Kevin D. Rosen*

VIA FACSIMILE ▉ U.S. MAIL

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 - Additional High Hats and Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002080

P. 1

✳ ✳ ✳  Communication Result Report ( Jan. 26. 2006  7:21AM ) ✳ ✳ ✳

Fax Header)

Date/Time: Jan. 26. 2006  7:19AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7689 | Memory TX | 4777113 | P.  2 | OK | |

----------------------------------------------------------------------------

Reason for error
   E. 1) Hang up or line fail                E. 2) Busy
   E. 3) No answer                           E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size

*Kevin D. Rosen*

**VIA FACSIMILE** ███ **U.S. MAIL**

January 26, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

In furtherance of my fax of yesterday with signed Work Order #28 – Additional High Hats and Elect., I have enclosed check #2566 in the amount of $416.50 as full payment of the work order.

Very truly yours,

Kevin D. Rosen

    cc:    Dianne Chamberlin, Design Coordinator (via facsimil ███)

KROSEN - 002081

Feb. 27 2006 05:57PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33467
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #30
Date: 2/27/2006
Job: G001-030 POD G-1, L030 ROSEN

Description: Upgrade to Stainless Appliance

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade to Appliances to Stainless Steel per attached list Dated 2-27-06

| | | |
|---|---|---|
| 1 Upgrade to Stainless Appliance | | 2,536.44 |
| | TOTAL: | $2,536.44 |

# WORK ORDER MUST BE APPROVED WITH FULL PAYMENT WITHIN TEN (10) DAYS OTHERWISE IT WILL BE VOID AND WILL NOT BE REISSUED AT A LATER DATE

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  2/27/6
ALBANESE-POPKIN THE OAKS      Date

_____
ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 002082

Feb. 27 2006 05:57PM P3

# Albanese-Popkin The Oaks Development Group, LP

1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax (561) 994-5613

Lot # 30 G1
Rosen Residence
Date: 2-27-06
Work Order # 30

THE OAKS
at Boca Raton

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side W/ Water & Ice Dispenser # KSSC42QMS | 42" | Stainless | $ 1,406.21 |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | KitchenAid # KEBC207KSS | 30" | Stainless | $ 560.46 |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | GE Micro-CT # JEM31SF | 0.8 CF | Stainless | $ 91.86 |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | KitchenAid # KGCS166GSS | 36" | Stainless | $ 83.87 |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | KitchenAid # KUDI02FRSS | 24" | Stainless | $ 394.05 |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | |
| Washer | KitchenAid # KAWS850LQ | | White | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | WO#22 |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | WO#22 |
| | | | | Total Work Order #30 | | | $ 2,536.44 |

Albanese Popkin The Oaks Development, LP    Date 2/27/6

Mr. & or Mrs. Rosen    Date

KROSEN - 002083

ALBANESE-POPKIN THE OAKS

Contract Item Billing Summary

02-27-2006    Page 1
System Date: 02-27-2006
System Time: 3:50 pm

| Job | Contract Item | Description | Original Contract | Approved Changes | Revised Contract | Billed | Cash Receipt | Buyer's Balance |
|---|---|---|---|---|---|---|---|---|
| G001 030 | | Rosen, Kevin & Stacey | | | | | | |
| G001-030 | 60-00100 | Upgrade Windows to Imp Glass | | 29,410.00 | 29,410.00 | 29,410.00 | 29,410.00 | |
| | 60-00200 | Upgrade Staircase | | 19,283.00 | 19,283.00 | 19,283.00 | 19,283.00 | |
| | 60-00300 | Add in wall Pest Control | | 659.30 | 659.30 | 659.30 | 659.30 | |
| | 60-00400 | Gas Line for Future Barbeque | | 552.50 | 552.50 | 552.50 | 552.50 | |
| | 60-00500 | Upgrade dining Room Columns | | 388.45 | 388.45 | 388.45 | 388.45 | |
| | 60-00600 | Speaker system | | 2,975.00 | 2,975.00 | 2,975.00 | 2,975.00 | |
| | 60-00700 | Radio Back-up for Alarm | | 998.75 | 998.75 | 998.75 | 998.75 | |
| | 60-00800 | Structure Cabling | | 72.25 | 72.25 | 72.25 | 72.25 | |
| | 60-00900 | TV Outlet | | 583.95 | 583.95 | 583.95 | 583.95 | |
| | 60-01000 | Add angled archway in living r | | 1,385.50 | 1,385.50 | 1,385.50 | 1,385.50 | |
| | 60-01100 | Plumbing | | 2,704.70 | 2,704.70 | 2,704.70 | 2,704.70 | |
| | 60-01200 | Pavers - Revised | | 1,692.35 | 1,692.35 | 1,692.35 | 1,692.35 | |
| | 60-01300 | Fence | | 3,793.55 | 3,793.55 | 3,793.55 | 3,793.55 | |
| | 60-01400 | Granite Upgrades | | 446.25 | 446.25 | 446.25 | 446.25 | |
| | 60-01500 | Electrical Revision | | 2,681.76 | 2,681.76 | 2,681.76 | 2,681.76 | |
| | 60-01600 | Marble & Tile Flooring | | 210.00- | 210.00- | 210.00- | | 210.00- |
| | 60-01700 | Credit Powder Rm Mirror | | 102.00 | 102.00 | 102.00 | 102.00 | |
| | 60-01800 | MCM 18 Master Shower Enclosure | | 5,335.45 | 5,335.45 | 5,335.45 | 5,335.45 | |
| | 60-01900 | Pool Upgrade | | 431.80 | 431.80 | 431.80 | 431.80 | |
| | 60-02000 | Pool Tile Upgrade | | 9,948.82 | 9,948.82 | 9,948.82 | 9,948.62 | |
| | 60-02100 | Cabinet Upgrades | | 837.90 | 837.90 | 837.90 | 837.90 | |
| | 60-02200 | Appliance Upgrades | | 255.00 | 255.00 | 255.00 | 255.00 | |
| | 60-02300 | Kitchen Counter Top Upgrades | | 2,269.50 | 2,269.50 | 2,269.50 | 2,269.50 | |
| | 60-02500 | Upgrade Exterior Columns | | 116.42- | 116.42- | 116.42- | | 116.42- |
| | 60-02600 | Carpet Changes | | 1,628.60 | 1,628.60 | 1,628.60 | -,628.60 | |
| | 60-02700 | Change Bath # 4 Shower to Tub | | 416.50 | 416.50 | 416.50 | 416.50 | |
| | 60-02800 | Additional High Hats & Elect | | 605.00- | 605.00- | 605.00- | | 605.00- |
| | 60-02900 | Credit - Transom Windows | | 2,536.44 | 2,536.44 | 2,536.44 | | 2,536.44 |
| | 60-03000 | Upgrade to Stainless Steel | | | | | | |
| | | **Totals** | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |
| | | REPORT TOTALS | .00 | 90,457.90 | 90,457.90 | 90,457.90 | 88,852.88 | 1,605.02 |

Report Totals:    .00    90,457.90    90,457.90    90,457.90    88,852.88    1,605.02

FROM

KROSEN - 002084

FROM : ▮

ALBA▮
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

Feb. 27 2006 05:57PM P5

## WORK ORDER

To:

ROSEN, KEVIN & STACEY

▮

Work Order #29
Date: 1/25/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:   Credit - Transom Windows

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit for Transom Window above doors @ Bedroom #4

| | | | |
|---|---|---|---|
| 1 Credit - Transom Window | Credit - Transom Window | | -605.00 |
| | | TOTAL: | -$605.00 |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____
ALBANESE-POPKIN THE OAKS          Date

_____
ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002085

FROM :

Feb. 27 2006 05:57PM P6

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #17
Date: 8/12/2005
Job: G001-030  POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

| | | | |
|---|---|---|---|
| | | | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | |
| | | TOTAL: | -$210.00 |

APPROVED

C.C: Diane
Gary
Joe
Jim W.

COMPLETED

DISTRIBUTED

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          Date  8-12-05

ROSEN, KEVIN & STACEY          Date  8-15-05

Page 1 of 1

KROSEN - 002086

FROM : ▮▮▮▮▮▮▮▮▮    11/27/2005  19:45   15613528265                    Feb. 27 2006 05:58PM  P7

NOV-23-2005 WED 12:20 PM albanese          ROYAL PALM PLACE          PAGE  02
                                                FAX NO.                P. 12
     2005/11/23 09:04:39  Albanese-Popkin  619945613          Page:3/3

## ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

### WORK ORDER

To:                                    Work Order #28
    ROSEN, KEVIN & STACEY              Date  11/23/2005
                                       Job  G001-030 POD G-1, L030 ROSEN

▮▮▮▮▮▮▮▮▮▮▮

Description:  Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

    Upgrade Carpet at Loft and Bridge to New Generation Sand
    Upgrade Carpet at Bedroom #3 to Hold Over II Lemony
    Omit Carpet in Master Suite.

| 1 Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | 679.80 |
| 2 Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | 143.78 |
| 3 Omit Carpet Master Suite | Omit Carpet Master Suite | -1,240.00 |
| | TOTAL: | -$116.42 |

COMPLETED _____

DISTRIBUTED _____

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☒ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  11/23/05          _____  11-24-05
ALBANESE-POPKIN THE OAKS        Date           ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002087

FROM :

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

Feb. 27 2006 05:56PM P1

## Letter of Transmittal

**To:** DIANNE CHAMBERLIN
(Albanese-Popkin Development)

**Transmittal #:** 110
**Date:** 2/27/2006
**Job:** G001-030 POD G-1, L030 ROSEN

**Subject:** Work Order #30 Appliances

561-361-9540

**WE ARE SENDING YOU** ☐ Attached ☐ Under separate cover via None the following items:

☐ Shop drawings ☐ Prints ☐ Plans ☐ Samples
☐ Copy of letter ☑ Change order ☐ Specifications ☐ Other

| Document Type | Copies | Date | No. | Description |
|---|---|---|---|---|
| JC JC change order | 1 | 2/27/06 | 30 | Upgrade to Stainless Appliance |

**THESE ARE TRANSMITTED as checked below:**

☑ For approval ☐ Approved as submitted ☐ Resubmit ___ copies for approval
☐ For your use ☐ Approved as noted ☐ Submit ___ copies for distribution
☐ As requested ☐ Returned for corrections ☐ Return ___ corrected prints
☐ For review and comment ☐ Other
☐ FOR BIDS DUE ☐ PRINTS RETURNED AFTER LOAN TO US

**Remarks:** I have faxed a copy of this Work Order to Kevin.

**Copy To:**

**From:** Walter, Jim (ALBANESE-POPKIN DEVELOPME  **Signature:** _____

If enclosures are not as noted, kindly notify us at once.

Page 1 of 1

KROSEN - 002088

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Sprint<br>Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 – Rosen

Total pages, including cover:  6

## Comments:

Dear Jim, Dianne and Roger,

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday. Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint. I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002089

P. 1

x  x  x  Communication Result Report ( Jan. 25, 2006  9:33AM ) x  x  x

Fax Header)

Date/Time: Jan. 25, 2006  9:30AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7667 | Memory TX | | P. 6 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 3) No answer
E. 5) Exceeded max. E-mail size
E. 2) Busy
E. 4) No facsimile connection

### Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Spinl Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 6

**Comments:**

Dear Jim, Dianne and Roger.

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday. Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint. I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002090

P. 1

x  x  x  Communication Result Report ( Jan. 25. 2006 9:31AM ) x  x  x

Fax Header)

Date/Time: Jan. 25. 2006 9:30AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7666 | Memory TX | ▮▮▮▮▮ | P.  6 | OK | |

Reason for error
E. 1) Hang up or line fail                              E. 2) Busy
E. 3) No answer                                         E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin and Roger Sprint Fax Number: 561-477-7113 | Date: January 25, 2006 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ▮▮▮▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your Information

Total pages, including cover: 6

**Comments:**

Dear Jim, Dianne and Roger,

I have attached signed Work Order #28 - Additional High Hats and Elect. along with the revised high hat plan for the living room and email exchange between Jim and I of yesterday. Payment by check will be mailed to Jim later this week.

Roger, thank you for calling yesterday to coordinate our meeting for today regarding exterior paint. I look forward to meeting you at the house at 11:50 a.m.

Kevin

KROSEN - 002091

Yahoo! Mail - ████████████

Page 1 of 1

**YAHOO!** MAIL

Print - Close Window

| | |
|---|---|
| Date: | Tue, 24 Jan 2006 17:13:00 -0800 (PST) |
| From: | "kevin rosen" ████████████ |
| Subject: | Fwd: Work Order #28 |
| To: | "James Walter" ████████████ |
| CC: | "Dianne Chamberlin" ████████████ |

Hi Jim,

I reviewed the Work Order. Two things: (1) The Work
Order does not reflect a 15% discount; and (2) I
recollect, based upon our phone call of today, that
you were going to apply my outstanding credits (i.e.
master carpet credit, powder room credit, and impact
glass transom balcony #4 credit [amt. to be advised by
you], against this Work Order which wasn't done.

For the sake of getting this Work Order signed-off to
Roger, I really don't care whether you apply the
outstanding credits to the next work order and I hand
write the 15% discount ($73.50) off the total and fax
it back to you. If I don't hear from you by 9:00 a.m.
on Wednesday, Jan. 25, I will write the discount on
the Work Order and fax it back to you and Dianne with
a check to follow later this week.

Kevin


--- Jim Walters <████████████> wrote:

> Subject: Work Order #28
> Date: Tue, 24 Jan 2006 17:20:33 -0500
> From: "Jim Walters" ████████████
> To: "kevin rosen" <████████████
>
> Sorry I missed the 5:00 PM deadline.
>
> Jim
>


Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Attachments

Files:

📎 **Work_Order__28.tif** (84k)

http://us.f545.mail.yahoo.com/ym/ShowLetter?box=Sent&MsgId=1580_461985_21826_707_826...  1/24/2006

KROSEN - 002092

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #28**
**Date:** 1/24/2006
**Job:** G001-030  POD G-1, L030 ROSEN

**Description:**   Additional High Hats & Elect.

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Add 3 High Hats in Living Room on Existing Switch
Add 1 Outlet for TV

| 1 | Additional High Hats & Elect. | Additional High Hats & Elect. | 490.00 |
|---|---|---|---|
| | | TOTAL: | $490.00 |

*Less 15% discount per*
*Contract Specifications*

$- \$ 73.50$

*Total  \$ 416.50*

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  1/24/16          _____  1-25-06
ALBANESE-POPKIN THE OAKS      Date          ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002093

Yahoo! Mail - k[BLACKED OUT]                                    Page 1 of 1

# YAHOO! MAIL                              Print - Close Window

**Subject:** Work Order #28

**Date:** Tue, 24 Jan 2006 17:20:33 -0500

**From:** "Jim Walters" <[BLACKED OUT]

**To:** "kevin rosen" <[BLACKED OUT]

Sorry I missed the 5:00 PM deadline.

Jim

---

**Attachments**

Files:

📎 **Work_Order__28.tif** (84k)

---

http://us.f545.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=5584_369291_43708_1392_8...    1/24/2006

KROSEN - 002094

KROSEN - 002095

JAN-13-2006 FRI 10:03 AM Albanese-Popkins     FAX NO. 5▇▇▇     P. 01

Albanese-Popkin The Oaks Development
Boca Raton, Florida 33487
Phone: (561) 477-7330
Fax:    (561) 477-7113



THE OAKS
at Boca Raton

To: Kevin Rosen     From: Roger Sprint.

Fax: ▇     Pages: 2

Phone: ▇     Date: 1-13-06

Re: 306-1     CC:

☑ Urgent   ☑ For Review   ☐ Please Comment   ☑ Please Reply   ☐ Please Recycle

message:

Kevin.

Hello. I met with
Ralph. from Traylor Electric
and said to only add
6 regular High Hats instead
of mini's. He mentioned from
your suggestion that it would
be very expensive to add 20
High hats or mini's. Please
review and advise.

Thank You.
Roger Sprint.

cell 561-239-5541

KROSEN - 002096



*Kevin D. Rosen*

**VIA FACSIMILE :** & U.S. MAIL

January 3, 2006

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #27 - Change Bath #4 Shower to Tub with check #2554 in the amount of $1,628.60.  Once again, please pass along my appreciation to Gary for his override and waiver of the $750.00 change order fee.

Very truly yours,

Kevin D. Rosen

cc:      Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002097

JAN-03-2006 TUE 03:12 PM Albanese-Popkins     FAX NO. ███████████     P. 02

FROM : (561)994-5613     FAX NO. :561-994-5613     Jan. 03 2006 03:29PM P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1376

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #27
Date: 1/3/2006
Job: G001-030 POD G-1, L030 ROSEN

Description:   Change Bath #4 Shower to Tub

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Change Bath #4 Shower to a Kohler #K715/716 Tub in White including tub faucet.
*After Rough.

| | | | |
|---|---|---|---|
| 1 Change Bath #4 Shower to Tub | Change Bath #4 Shower to Tub | | 1,918.00 |
| 2 15% Discount per agreement | 15% Discount | | -287.40 |
| | | **TOTAL:** | **$1,628.60** |

*Faucet to Match Bath #3 hardware
+ Divert Spout
+ Handle

Kohler
KT395-4
Polished Chrome

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          1/3/6   Date

ROSEN, KEVIN & STACEY          1-3-06   Date

Page 1 of 1

KROSEN - 002098



KROSEN - 002099

JAN-03-2006 TUE 03:12 PM Albanese-Popkins     FAX NO. 5614777113     P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)





| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 1/03/06 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following is the work order for changing from a shower to a tub in bath # 4.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002100

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 01/02/2006 05:30
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
          DATE,TIME            01/02  05:29
          FAX NO./NAME
          DURATION            00:00:51
          PAGE(S)             04
          RESULT              OK
          MODE                STANDARD
                              ECM
```

KROSEN - 002101

| TRANSMISSION VERIFICATION REPORT |
| --- |

```
                                        TIME : 01/02/2006 05:31
                                        NAME : ROYAL PALM PLACE
                                        FAX  : 1
                                        TEL  : 1
                                        SER.# : BROKIJ739433
```

```
DATE,TIME              01/02  05:30
FAX NO./NAME
DURATION               00:00:50
PAGE(S)                04
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002102

TRANSMISSION VERIFICATION REPORT

TIME    : 01/02/2006 05:32
NAME    : ROYAL PALM PLACE
FAX     :
TEL     :
SER.#   : BROK1J739433

| | |
|---|---|
| DATE,TIME | 01/02  05:31 |
| FAX NO./NAME | |
| DURATION | 00:00:51 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

KROSEN - 002103

# Fax Cover Sheet

| Send to:<br>Jack Miller<br>Kitchen Art | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Fax Number: 561-852-6334 | Date: December 27, 2005 |
| Phone Number: 954-520-1715 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☒ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 1

**Comments:**

Dear Jack,

Thank you for speaking with me today about the cabinet heights in the bathrooms. Please order the cabinets as follows:

1. Master 34 ½" Tall plus Tops

2. Guest/Den (1st Floor): 34 ½" Tall plus Top

3. Powder (1st Floor): 34 ½" Tall plus Top

4. Cabana (1st Floor): 31 5/8" Tall plus Top

5. Baths 3, 4 and 5 (2nd Floor): 31 5/8" Tall plus Tops

Thank you for your flexibility in handling this without charge to us.

Happy Holidays to you and your family!

Kevin

12-27-05

KROSEN - 002104

TRANSMISSION VERIFICATION REPORT

```
TIME  : 12/27/2005 04:00
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME          12/27  04:00
FAX NO./NAME
DURATION           00:00:19
PAGE(S)            01
RESULT            OK
MODE              STANDARD
                   ECM
```

KROSEN - 002105

TRANSMISSION VERIFICATION REPORT

```
TIME   : 12/27/2005 04:01
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.# : BROK1J739433
```

```
DATE,TIME          12/27  04:01
FAX NO./NAME
DURATION           00:00:19
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002106

DEC-08-2005 THU 02:39 PM albanese      FAX NO.      P. 01

7768 Key Vista Way
Boca Raton, FL. 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** |  | **Pages:** | 3 Including Cover Sheet |
| **phone** | | **Date:** | 12/08/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**     X **for Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Dear Kevin,

The following is the revised appliance work order. Please sign, and fax back to my attention.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002107

DEC-08-2005 THU 02:39 PM albanese                    FAX NO.                              P. 02

FROM : (561)994-5613          FAX NO. :561-994-5613          Dec. 08 2005 03:26PM  P2

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #22
Date: 11/14/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:**   Appliance Upgrades

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Appliance Upgrades per attached list dated 11-7-05 and Revised 12-7-05

| | | | |
|---|---|---|---|
| 1 | Appliance Upgrades | Appliance Upgrades per attached list dated 11-7-05 and Revised 12-7-05 | 1,428.80 |
| 2 | 15% Discount | 15% Discount per agreement | -214.32 |
| | | TOTAL: | $1,214.48 |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS          12/8/5
                                  Date

ROSEN, KEVIN & STACEY                      Date

Page 1 of 1

KROSEN - 002108

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-4375
Fax  (561) 994-5613

Lot # 30 G1
**Rosen Residence**
Date: 11-4-05 Revised 11-7-05 & 12-7-05
Work Order # 22

THE OAKS
at Boca Raton

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price $ |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side Without Water Dispenser # KSSS42FWX | 42" | Paneled | $ |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | | | | $ 67.75 |
| Microwave | GE Micro-CT # JEM31BF88 | 0.8 CF | Black | | | | $ 838.37 |
| Gas Cooktop | KitchenAid # KGCS166GBL | 35" | Black | | | | |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | | | | $ 522.70 |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | KitchenAid Hood Trim Kit # 4360204 Whirlpool 8 Cycle 3 Temp Duel Washer # GHW9150PW | 36" | Black | $ 1,428.80 |
| | | | | | 27" | White | $ 214.32 |
| Washer | KitchenAid # KAWS850LQ | | White | | | | |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | $ 1,214.48 |
| | 15% Discount | | | | | | |
| | Total | | | | | | |

Mr. & or Mrs. Rosen          Date

_(signature)_  12/8/__
Albanese Popkin The Oaks Development, LP    Date

KROSEN - 002109



KROSEN - 002110

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: November 28, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have enclosed a signed copy of Memo #40 - Counter Tops 4X4 Color signed on 11/28/05.

Kevin

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/27/2005 03:34
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
         DATE,TIME            11/27  03:33
         FAX NO./NAME
         DURATION            00:00:39
         PAGE(S)             03
         RESULT              OK
         MODE                STANDARD
                             ECM
```

KROSEN - 002112

TRANSMISSION VERIFICATION REPORT

```
                                   TIME  : 11/27/2005 03:35
                                   NAME  : ROYAL PALM PLACE
                                   FAX   : ████████████
                                   TEL   : ████████████
                                   SER.# : BROK1J739433
```

```
DATE,TIME            11/27  03:34
FAX NO./NAME         ████████████
DURATION             00:00:54
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

KROSEN - 002113

TRANSMISSION VERIFICATION REPORT

```
TIME  : 11/27/2005 03:36
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME          11/27  03:35
FAX NO./NAME
DURATION           00:00:39
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002114

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 25, 2005
Pages: 1
Memo # 40
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          Subject: **COUNTER TOPS 4 X 4 COLOR**
From: Dianne Chamberlin

Hi Kevin,

Per our meeting back on September, the following is the color selection for your 4 x 4 counter top for your secondary bathrooms in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

**Counter Top Color:**

Bath # 3:  Gold 4 x 4 tumbled
Bath # 4:  DV 4 x 4 tumbled
Bath # 5:  Noche 4 x 4 tumbled
Guest Bathroom:  Classic 4 x 4 tumbled
Cabana:  Gold 4 x 4 tumbled

11-28-05

_____          _____
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002115

NOV-28-2005 MON 10:33 AM albanese          FAX NO.                    P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 11/28/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

The following are your 4 x 4 tumble marble selections for your counter tops. Please note, according to Just Tile and Marble's selections, the color for bath # 4 is ' DV " instead of " Nuvolato ". If this information is correct, please sign and fax back the memorandum.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002116

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: November 24, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have enclosed a signed copy of Memo #39 - Carpet dated 11/08/05 and the corresponding Work Order #26 - Carpet Changes dated 11/23/05.

Kevin

KROSEN - 002117

NOV-23-2005 WED 12:20 PM albanese    FAX NO.    P. 12

2005/11/23 09:04:39 Albanese-Popkin :619945613    Page:5/5

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #26
Date 11/23/2005
Job G001-030 POD G-1, L030 ROSEN

Description: Carpet Changes

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Upgrade Carpet at Loft and Bridge to New Generation Sand
Upgrade Carpet at Bedroom #3 to Held Over II Lemony
Omit Carpet in Master Suite.

| | | | |
|---|---|---|---|
| 1 Upgrade Carpet Loft & Bridge | Upgrade Carpet Loft & Bridge | | 979.80 |
| 2 Upgrade Carpet Bedroom #3 | Upgrade Carpet Bedroom #3 | | 143.78 |
| 3 Omit Carpet Master Suite | Omit Carpet Master Suite | | -1,240.00 |
| | | TOTAL: | -$116.42 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_[signature]_    11/23/

ALBANESE-POPKIN THE OAKS    Date

_[signature]_    11-24-05

ROSEN, KEVIN & STACEY    Date

Page 1 of 1

KROSEN - 002118

NOV-15-2005 TUE 02:17 PM albanese          FAX NO.                    P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: November 8, 2005
Pages: 1
Memo # 39
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin                    Subject: **CARPET**

Hi Kevin,

Per your meeting with Sue at Carpet Connection, the following is your standard carpet selection for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**FLOORING:**

Carpet:

LOFT & BRIDGE: NEW GENERATION COLOR SAND TREASURE OVER 3/8 REBOND PAD.

BEDROOM # 3: HELD OVER II COLOR LEMONY OVER 3/8 REBOND.

BEDROOM # 4: WARRIER COLOR TOMAHAC GRAY OVER 3/8 REBOND.

BEDROOM # 5: WARRIER COLOR NEW EARTH OVER 3/8 ROBOND PAD.

                                        11-24-05

_____          _____
Approved                          Date

1200 S Rogers Circle  #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002119

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/22/2005 19:46
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME            11/22  19:45
FAX NO./NAME
DURATION            00:00:55
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 002120

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 11/22/2005 19:45
                                        NAME  : ROYAL PALM PLACE
                                        FAX   :
                                        TEL   :
                                        SER.# : BROK1J739433
```

```
         DATE,TIME                11/22  19:44
         FAX NO./NAME
         DURATION                 00:00:40
         PAGE(S)                  03
         RESULT                   OK
         MODE                     STANDARD
                                  ECM
```

KROSEN - 002121

TRANSMISSION VERIFICATION REPORT

```
                                  TIME   : 11/22/2005 19:42
                                  NAME   : ROYAL PALM PLACE
                                  FAX    :
                                  TEL    :
                                  SER.#  : BROK1J739433
```

```
DATE,TIME                11/22  19:41
FAX NO./NAME
DURATION                 00:00:40
PAGE(S)                  03
RESULT                   OK
MODE                     STANDARD
                         ECM
```

KROSEN - 002122

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/22/2005 19:44
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME          11/22  19:43
FAX NO./NAME
DURATION           00:00:55
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

KROSEN - 002123



*Kevin D. Rosen*

101
Boc

**VIA FACSIMILE 5**         **& U.S. MAIL**

November 26, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #25 - Upgrade Exterior Columns with check #2532 in the amount of $2,269.50. I have selected this upgrade with the understanding that I am not charged a change fee for upgrading the exterior columns from standard to Corinthian Capitols.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002124

NOV-23-2005 WED 12:19 PM albanese     FAX NO.    Page.2/3   P. 11
2005/11/23 09:04:39 Albanese-Popkin 5619945613

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #25
Date. 11/23/2005
Job   G001-030 POD G-1, L030 ROSEN

**Description:** Upgrade Exterior Columns

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:
Upgrade All Exterior Columns to Corrithian Capitols.

| | | | |
|---|---|---|---|
| 1 Upgrade Exterior Columns | Upgrade Exterior Columns | | 2,670.00 |
| 2 15% Discount per Agreement | 15% Discount | | -400.50 |
| | | TOTAL: | $2,269.50 |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

ALBANESE-POPKIN THE OAKS    Date       ROSEN, KEVIN & STACEY    Date

11-26-05

Page 1 of 1

KROSEN - 002125

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 11/24/2005 19:41
                                    NAME   : ROYAL PALM PLACE
                                    FAX    : ███████████████
                                    TEL    : ███████████████
                                    SER.#  : BROK1J739433
```

```
DATE,TIME            11/24  19:41
FAX NO./NAME         ████████████
DURATION             00:00:39
PAGE(S)              03
RESULT               OK
MODE                 STANDARD
                     ECM
```

KROSEN - 002127

TRANSMISSION VERIFICATION REPORT

```
TIME   : 11/24/2005 19:40
NAME   : ROYAL PALM PLACE
FAX    : 1
TEL    : 1
SER.#  : BROK1J739433
```

```
DATE,TIME        11/24  19:39
FAX NO./NAME
DURATION         00:00:52
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 11/24/2005 19:38
                                    NAME   : ROYAL PALM PLACE
                                    FAX    :
                                    TEL    :
                                    SER.#  : BROK1J739433
```

```
DATE,TIME           11/24  19:37
FAX NO./NAME
DURATION            00:00:32
PAGE(S)             03
RESULT              OK
MODE                STANDARD
                    ECM
```

KROSEN - 002129

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 11/24/2005 19:39
                                    NAME : ROYAL PALM PLACE
                                    FAX  :
                                    TEL  :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME            11/24  19:38
        FAX NO./NAME
        DURATION            00:00:39
        PAGE(S)             03
        RESULT              OK
        MODE                STANDARD
                            ECM
```

KROSEN - 002130

*Kevin D. Rosen*

10
Bo

**VIA FACSIMILE** ▉▉▉▉ **& U.S. MAIL**

November 14, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following Work Orders and checks:

1.    Work Order #21 - Upgrade Cabinets with check #2515 in the amount of $9,948.82.

2.    Work Order #22 - Appliance Upgrades with check #2516 in the amount of $837.90.

3.    Work Order #23 - Kitchen Counter Top Upgrade with check #2517 in the amount of $255.00.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile ▉▉▉▉

KROSEN - 002131

2005/11/14 16:22:38 Albanese-Popkin 5619945613          Page:1/5

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #21**
**Date:** 11/7/2005
**Job:** G001-030  POD G-1, L030 ROSEN

**Description:**    Cabinet Upgrades

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**
Upgrade Cabinets per attached list dated 11-7-05

| | | | |
|---|---|---|---|
| 1 | Cabinet Upgrades | Cabinet Upgrades per attached list dated 11-7-05 | 11,704.50 |
| 2 | 15% Discount | 15% Discount per agreement | -1,755.68 |
| | | **TOTAL:** | **$9,948.82** |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  11/14/05          _____  11-14-05
ALBANESE-POPKIN THE OAKS      Date              ROSEN, KEVIN & STACEY        Date

Page 1 of 1

KROSEN - 002132

2005/11/14 16:22:38  Albanese-Popkin 5619945613                    Page:2/5

## Albanese-Popkin The Oaks Development Group, LP

**1200 South Rogers Circle, #11**
**Boca Raton, Florida 33487**
Phone  (561) 994-1375
Fax     (561) 994-5613

**LOT # 30 G-1**
**Residence - Rosen**
**Work Order #21**
**Date: 9-22-05**
**Revised 11-7-05**



| ROOM | DESCRIPTION | UPGRADE |
|------|-------------|---------|
| CABINETRY | | |
| Kitchen | Base Level 5 | $      - |
| | Cherry Premium on above | $ 1,087.50 |
| | Bump and Raise Hood Area | $   630.00 |
| | Glass doors with finished interior in above (2) | $   675.00 |
| | False Doors & Frun. Base on back of Sink Island | $ 2,700.00 |
| | Applied Corbels on Island (2) | $ 1,350.00 |
| | Drawer Bank Below of Cooktop | $   270.00 |
| | Wood Panels on Ref | $ 1,725.00 |
| | False Doors on end runs (Standard SM Island) (2) | $   480.00 |
| | Double Trash PO | $   270.00 |
| | Micro Tower Cabinet | $   577.50 |
| | Rollouts Shelves (6) | $   675.00 |
| | Convert Standard Cabinet to Drawer Bank | $   270.00 |
| Master Bath | Base Level 5 Haze | $      - |
| | Convert  Base cabinets to Drawer Bank (2) | $   540.00 |
| Cabana | Base Level 3 with Haze Pedistol Std | $      - |
| | Plywood Top Ready for tile B/O | $      - |
| Bath # 3 | Base Level 3 with Haze | $      - |
| | Plywood Top Ready for tile B/O | $      - |
| Guest Bath | Base Level 3 with Haze | $      - |
| | Plywood Top Ready for tile B/O | $      - |
| Powder Room | Base Level 3 with Haze | $      - |
| | Upgrade to Level 6 | $   453.00 |
| Laundry | Base Level 2 Foil w/ Laminate Top & 4" Splash | $      - |

|  | | $ 11,704.50 |
|---|---|---|
| | 15% Discount | $ (1,755.68) |
| | **Total Work Order #21** | **$9,948.82** |

_(signature)_  11/14/5 _(signature)_  11-14-05
Albanese Popkin The Oaks Development, LP    Date    Mr. & or Mrs. Rosen    Date

_Attachment to WO#21_
_dated 11-7-05_

KROSEN - 002133

2005/11/14 16:22:38  Albanese-Popkin 5619945613          Page:3/5

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
    ROSEN, KEVIN & STACEY

Work Order #22
  **Date:** 11/14/2005
  **Job:** G001-030 POD G-1, L030 ROSEN

**Description:**   Appliance Upgrades

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

   Appliance Upgrades per attached list dated 11-7-05

| | | | |
|---|---|---|---|
| 1 | Appliance Upgrades | Appliance Upgrades per attached list dated 11-7-05 | 985.76 |
| 2 | 15% Discount | 15% Discount per agreement | -147.86 |
| | | **TOTAL:** | **$837.90** |

*[handwritten note:] Jim, Please order black trim/handles for refrigerator. Thanks! Kevin*

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

*[signature]*  11/14/8
ALBANESE-POPKIN THE OAKS            Date

*[signature]*  11-14-05
ROSEN, KEVIN & STACEY            Date

Page 1 of 1

KROSEN - 002134

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax    (561) 994-5613



THE OAKS
at Boca Raton

Lot # 30 G1
Rosen Residence
Date: 11-4-05  Revised 11-7-05
Work Order # 22

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | KitchenAid # KSSS42QMB | 42" | Black | KitchenAid Refrigerator Side By Side Without Water Dispenser # KSSS42FMX | 42" | B. Aluminum Black | $ (443.04) |
| Double Oven | KitchenAid # KEBC207KBL | 30" | Black | | | | |
| Microwave | GE Micro-CT # JEM31BFBB | 0.8 CF | Black | | | | |
| Gas Cooktop | KitchenAid # KGCS166GBL | 36" | Black | | | | |
| Dishwasher | KitchenAid # KUDI02IRBL | 24" | Black | | | | |
| Slide Out Hood | KitchenAid CVTB 350 CFM Wall Hood # KWVU285YBA | 36" | B. Aluminum | KitchenAid Hood Trim Kit # 4360204 | 36" | Black | $   67.73 |
| Washer | KitchenAid # KAWS850LQ | | White | Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW | 27" | White | $  838.37 |
| | | | | | | | $  522.70 |
| Dryer | KitchenAid # KEYS850LQ | | White | Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW | 27" | White/Grey | $  985.76 |
| | | | | | | | $  147.86 |
| 15% Discount | | | | | | | |
| Total | | | | | | | $  837.90 |

_____     _____
Mr. & or Mrs. Rosen                        Date                    1/14/05

_____     _____
Albanese Popkin The Oaks Development, LP    Date

KROSEN - 002135

2005/11/14  16:22:39  Albanese-Popkin 5619945613          P.

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #23**
**Date:** 11/14/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:**   Kitchen Counter Top Upgrade

**ALBANESE-POPKIN THE OAKS** submits a WORK ORDER for the following changes in work:
   Add Bump Out at Cooktop in Beveled Edge.

| | | | |
|---|---|---|---|
| 1 | Kitchen Counter Top Upgrade | Kitchen Counter Top Upgrade | 300.00 |
| 2 | 15% Discount | 15% Discount per agreement | -45.00 |
| | | **TOTAL:** | **$255.00** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  11/14/_____          _____  11-14-05
ALBANESE-POPKIN THE OAKS       Date              ROSEN, KEVIN & STACEY       Date

Page 1 of 1

KROSEN - 002136







```
┌─────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT     │
└─────────────────────────────────────────┘

                          TIME   : 11/13/2005 04:27
                          NAME   : ROYAL PALM PLACE
                          FAX    :
                          TEL    :
                          SER.#  : BRUK1J739433
```

```
┌───────────────────────────────────────────────────────────────┐
│   DATE,TIME              11/13  04:25                           │
│   FAX NO./NAME                                                  │
│   DURATION              00:02:16                                │
│   PAGE(S)               07                                      │
│   RESULT                OK                                      │
│   MODE                  STANDARD                                │
│                         ECM                                     │
└───────────────────────────────────────────────────────────────┘
```

KROSEN - 002138

Case 2:09-md-02047-EEF-MBN   Document 22380-50   Filed 12/02/19   Page 68 of 167
Case 1:11-cv-22408-MGC   Document 276-11   Entered on FLSD Docket 05/13/2019   Page 427
of 526

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 11/13/2005 04:22
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME              11/13  04:20
        FAX NO./NAME
        DURATION              00:02:17
        PAGE(S)               07
        RESULT                OK
        MODE                  STANDARD
                              ECM
```

KROSEN - 002139

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘

                          TIME  : 11/13/2005 04:25
                          NAME  : ROYAL PALM PLACE
                          FAX   :
                          TEL   : ███████████
                          SER.# : BROK1J739433
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME              11/13  04:23                           │
│   FAX NO./NAME           ████████████                          │
│   DURATION               00:01:43                              │
│   PAGE(S)                07                                     │
│   RESULT                 OK                                     │
│   MODE                   STANDARD                              │
│                          ECM                                   │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

KROSEN - 002140

NOV-15-2005 TUE 02:17 PM albanese          FAX NO.                    P. 02

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: November 8, 2005
Pages: 1
Memo # 39
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: **CARPET**

Hi Kevin,

Per your meeting with Sue at Carpet Connection, the following is your standard carpet selection for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

### FLOORING:

**Carpet:**

LOFT & BRIDGE: NEW GENERATION COLOR SAND TREASURE OVER 3/8 REBOND PAD.

BEDROOM # 3: HELD OVER II COLOR LEMONY OVER 3/8 REBOND.

BEDROOM # 4: WARRIER COLOR TOMAHAC GRAY OVER 3/8 REBOND.

BEDROOM # 5: WARRIER COLOR NEW EARTH OVER 3/8 ROBOND PAD.

Approved _____          Date _____

1200 S Rogers Circle #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002141

Case 2:09-md-02047-EEF-MBN Document 22380-50 Filed 12/02/19 Page 71 of 167
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2013 Page 430
of 526

NOV-15-2005 TUE 02:17 PM albanese   FAX NO.    P. 01

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 11/15/05 |
| Cc: | | RE: | |

☐ Urgent  X for Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Dear Kevin,

The following is the memo selection for your carpet selection. Please review, sign, and fax it back to my attention.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002142



October 31, 2005

Mr. and Mrs. Kevin Rosen

Dear Kevin and Stacey;

Through the development of our model homes in the Oak Point Estates, we have enhanced the layout of the kitchen in the Monte Verde Model series. Even though your slab has been poured, we wanted to give you the opportunity for this enhancement. We have attached a plan of the revision for your review. We are offering you the chance to alter your home to include these changes now before the slab is poured.

I am sure you are aware that home prices have dramatically increased since you purchased your home, the price of this kitchen change is just one of the factors that increased the price. That cost for this change will be $15,200.00 which includes additional cabinets at the standard Level 5 and additional Level 1 granite countertops.

Please notify your design coordinator if you are interested in proceeding with this upgrade. Time is of the essence and this offer will only be available until November 15th, 2005.

Sincerely,

Gavin Guinan
V.P. of Operations

**ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP**
1200 S. Rogers Circle #11 • Boca Raton, FL 33487
Telephone: (561) 994-1375 Facsimile: (561) 997-2626



LOT 27 — THE OAKS
Scale ⅜: 1'0"

KITCHEN — FLOOR PLAN

fridge & freezer 3'-6"

shelves

cook top

Dishwasher

KROSEN - 002144



KITCHEN ISLAND— ELEVATION N

KITCHEN — ELEVATION B

(1) Drawer

(2) doors w/shelves

wood panels

Dishwasher

KITCHEN ISLAND— ELEVATION M

KITCHEN — ELEVATION O

LOT 27 — THE OAKS
Scale 3/8: 1'0"

KROSEN - 002145

# Fax Cover Sheet

| | |
|---|---|
| **Send to:**<br>Albanese-Popkin Development Group | **From:**<br>Kevin D. Rosen, Esq. |
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 20, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number ▮▮▮▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment              RE:  The Oaks, Pod G-1, Lot 30 – Rosen
❑ Please Review
❑ For your Information

Total pages, including cover:  2

**Comments:**

Dear Jim and Dianne:

We have decided against mullions.  Per Dianne's request, I have written "no mullions" on the kitchen drawing, a copy of which is attached.

Kevin

KROSEN - 002146



TRANSMISSION VERIFICATION REPORT

```
TIME  : 10/20/2005 21:24
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
                        10/20  21:23
DATE,TIME
FAX NO./NAME
DURATION                00:00:51
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/20/2005 21:25
NAME   : ROYAL PALM PLACE
FAX    :
TEL    :
SER.#  : BROK1J739433
```

```
DATE,TIME              10/20  21:25
FAX NO./NAME
DURATION               00:00:41
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

KROSEN - 002149

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 10/20/2005 21:23
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# :
```

```
         DATE,TIME         10/20  21:22
         FAX NO./NAME
         DURATION          00.00.41
         PAGE(S)           02
         RESULT            OK
         MODE              STANDARD
                           ECM
```

KROSEN - 002150

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
- ☑ Please Review
- ❑ For your Information

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002151

Case 2:09-md-02047-EEF-MBN Document 22380-50 Filed 12/02/19 Page 81 of 167
Case 1:11-cv-22408-MGC Document 276-11 Entered on FLSD Docket 05/13/2013 Page 440
of 526



KROSEN - 002152

TRANSMISSION VERIFICATION REPORT

```
                                          TIME  : 10/14/2005 18:32
                                          NAME  : ROYAL PALM PLACE
                                          FAX   :
                                          TEL   :
                                          SER.# : BROK1J739433
```

```
DATE,TIME                    10/14   18:32
FAX NO./NAME
DURATION                     00:00:50
PAGE(S)                      02
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment
☑ Please Review
❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002153

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/14/2005 18:35
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME          10/14  18:34
FAX NO./NAME
DURATION           00:00:50
PAGE(S)            02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

- ☐ Urgent
- ☐ Reply ASAP
- ☐ Please comment
- ☑ Please Review
- ☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002154

```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT             │
└─────────────────────────────────────────────┘

                              TIME  : 10/14/2005 18:31
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK1J739433
```

```
DATE,TIME               10/14  18:30
FAX NO./NAME
DURATION                00:00:38
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑  Urgent
❑  Reply ASAP
❑  Please comment
☑  Please Review
❑  For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002155

TRANSMISSION VERIFICATION REPORT

```
                              TIME   : 10/14/2005 18:34
                              NAME   : ROYAL PALM PLACE
                              FAX    :
                              TEL    :
                              SER.#  : BROK1J739433
```

```
DATE,TIME            10/14  18:33
FAX NO./NAME
DURATION             00:00:38
PAGE(S)              02
RESULT              OK
MODE                STANDARD
                    ECM
```

# Fax Cover Sheet

101 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: October 14, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❏ Urgent
❏ Reply ASAP
❏ Please comment
☑ Please Review
❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

Per Dianne's fax of October 4, I have signed and enclosed the Laundry Layout from Kitchen Art. I have signed the document in advance of finalizing the laundry room appliances as I am waiting to be informed of the dollar credits for the washer/dryer before I can make a final decision on the washer/dryer.

Kevin

KROSEN - 002156



**VIA FACSIMILE** & U.S. MAIL

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #20
**Date:** 9/29/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:**  Pool Tile Upgrade

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Pool Tile Upgrade

| | | | |
|---|---|---|---:|
| 1 | Pool Tile Upgrade | Upgrade Pool Tile from Standard to TE-2 (Lauderdale Tile) | 508.00 |
| 2 | Discount | Less 15% Discount per Contract Specifications | -76.20 |
| | | **TOTAL:** | **$431.80** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____   9·30·05
ALBANESE-POPKIN THE OAKS          Date

_____   10-9-05
ROSEN, KEVIN & STACEY          Date

Page 1 of 1



```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT             │
└─────────────────────────────────────────────┘
                              TIME  : 10/09/2005 11:53
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK1J739433
```

```
DATE,TIME              10/09  11:52
FAX NO./NAME
DURATION               00:00:36
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE 5          & U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002160

```
┌─────────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT                │
└─────────────────────────────────────────────────┘
                                    TIME  : 10/09/2005 11:55
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
DATE,TIME              10/09  11:55
FAX NO./NAME
DURATION               00:00:37
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE**  ███████ **& U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile ███████

KROSEN - 002161

```
┌─────────────────────────────────────────────┐
│      TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────────┘

                              TIME   : 10/09/2005 11:51
                              NAME   : ROYAL PALM PLACE
                              FAX    :
                              TEL    :
                              SER.#  : BROK1J739433
```

```
┌──────────────────────────────────────────────────────────────┐
│  DATE,TIME                    10/09  11:50                     │
│  FAX NO./NAME                                                  │
│  DURATION                     00:00:51                         │
│  PAGE(S)                      03                               │
│  RESULT                       OK                               │
│  MODE                         STANDARD                         │
│                               ECM                              │
└──────────────────────────────────────────────────────────────┘
```



**VIA FACSIMILE 5           & U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002162

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 10/09/2005 11:54
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
        DATE,TIME              10/09  11:53
        FAX NO./NAME
        DURATION              00:00:50
        PAGE(S)               03
        RESULT                OK
        MODE                  STANDARD
                              ECM
```



*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮▮ **& U.S. MAIL**

October 9, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed signed Work Order #20 - Pool Tile Upgrade with check #2495 in the amount of $431.80.

Very truly yours,

Kevin D. Rosen

cc:    Dianne Chamberlin, Design Coordinator (via facsimile 56▮▮▮▮▮

KROSEN - 002163

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: 9 |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
☒ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002164

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 36
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

Subject: **POOL COPING**

Hi Kevin,

Per our meeting you have selected your Pool Coping to be Old Chicago for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR:**

**Pool Coping:**

### STANDARD OLD CHICAGO

10-5-05

_____
Approved

_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002165

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 37
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

Subject: **POOL PLASTER**

Hi Kevin,

Per our meeting you have selected your Pool Plaster to be Sky Blue for your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR:**

**Pool Plaster:**

**STANDARD SKY BLUE**

_____
Approved

10-5-05
_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002166

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 29, 2005
Pages: 1
Memo # 38
Sent Via: **Meeting**
File: Lot 30, G-1 Rosen Residence

To: **Kevin & Stacy**                    Subject: **FINISH FLOOR BY STAIRS**
From: **Dianne Chamberlin**

Hi Kevin,

Per your selections, your first floor finish at bottom of the stairs is Marble, and the second floor finish at top of stairs is Carpet in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

_____

**INTERIOR:**

**Finish Floor:**

FIRST FLOOR FINISH AT BOTTOM OF STAIRS: MARBLE

SECOND FLOOR FINISH AT TOP OF STAIRS: CARPET

_____                    _____
Approved                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002167

```
TRANSMISSION VERIFICATION REPORT
```

```
                                         TIME  : 10/05/2005 21:39
                                         NAME  : ROYAL PALM PLACE
                                         FAX   :
                                         TEL   :
                                         SER.# : BROK1J739433
```

```
DATE,TIME          █████1:38
FAX NO./NAME       ██████
DURATION           00:00:48
PAGE(S)            04
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002168

```
TRANSMISSION VERIFICATION REPORT
```

```
                        TIME  : 10/05/2005 21:41
                        NAME  : ROYAL PALM PLACE
                        FAX   : 1
                        TEL   : 1
                        SER.# : BROKIJ735433
```

```
DATE,TIME          10/05  21:40
FAX NO./NAME
DURATION           00:01:07
PAGE(S)            04
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

| **Send to:**<br>Albanese-Popkin Development Group | **From:**<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin

KROSEN - 002169

TRANSMISSION VERIFICATION REPORT

```
TIME   : 10/05/2005 21:42
NAME   : ROYAL PALM PLACE
FAX    : 
TEL    : 
SER.#  : 
```

```
DATE,TIME         10/05  21:41
FAX NO./NAME      
DURATION          00:00:48
PAGE(S)           04
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: October 5, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☑ For your Information

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #36 - Pool Coping; Memo #37 - Pool Plaster; and Memo #38 - Finish Floor by Stairs.

Kevin



# THE OAKS
### at Boca Raton

Fax: (561) 477-7113
WORK ORDER

LOT 30 (G-1) THE OAKS at BOCA RATON
Rosen Residence

**September 28, 2005**

9/29/05

**Pool Upgrades:**

SKY BLUE

- ~~Hawaiian Blue Gem~~                          ~~$ 1,605.00~~
-Pool Tile
    ~~TE-1 or~~ TE-2 or ~~TE-3~~                 $   508.00

                                                 – 15%

**\*\*Less 15% Discount**                        $ 431.80

---

**Approved:**                    **Date:**

KROSEN - 002171

# Fax Cover Sheet

| Send to: | From: |
|---|---|
| C.K.'s Security Systems, Inc.<br>301 S.E. 4th Street<br>Boynton Beach, Florida 33435 | Kevin D. Rosen, Esq. |
| Attention: Robert Sclafano<br>Fax Number: 561-737-1347 | Date: September 25, 2005 |
| | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment
- ☑ Please Review
- ❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002172

# C.K.'S SECURITY SYSTEMS, INC

301 S.E. 4TH STREET
BOYNTON BEACH, FL 33435
561-330-9838
FAX 561-737-1347

## Estimate

| DATE | ESTIMATE NO. |
|------|--------------|
| 6/29/2005 | 12577 |

| Customer |
|----------|
| Rosen |

| PROJECT |
|---------|
| G1-30 Oaks |

| DESCRIPTION | UNIT | UNIT PRICE | TOTAL |
|-------------|------|------------|-------|
| CAMERA SYSTEM--PREWIRE ONLY | | 630.00 | 630.00T |
| -PREWIRE ONLY FOR 7 CAMERA LOCATIONS | | | |
| **A MEETING WILL BE REQUIRED TO VERIFY CAMERA LOCATIONS AT THE NEW HOME PRIOR TO STARTING PREWIRE FOR ALBANESE. | | | |
| PAYMENT SCHEDULE | | | |
| 100% UPON PREWIRE COMPLETION | | | |
| Sales Tax | | 6.50% | 40.95 |

Any alteration or deviation from above specifications involving extra cost, will be executed only upon written orders, and will become an extra charge over and above the estimate. Owner to carry fire, tornado and other necessary insurance upon above work. All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified.
WARRANTY 1-YEAR PARTS
90-DAYS LABOR

| TOTAL | $670.95 |
|-------|---------|

Approval Signature

9-24-05

KROSEN - 002173

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 09/25/2005 14:25
                                        NAME : ROYAL PALM PLACE
                                        FAX  : 1
                                        TEL  : 1
                                        SER.# : BROK1J739433
```

```
DATE,TIME         09/25  14:24
FAX NO./NAME
DURATION          00:00:38
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

# Fax Cover Sheet

| Send to:<br>C.K.'s Security Systems, Inc.<br>301 S.E. 4th Street<br>Boynton Beach, Florida 33435 | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Attention: Robert Sciafano<br>Fax Number: 561-737-1347 | Date: September 25, 2005 |
| | Phone Number: 9. |

☐  Urgent
☐  Reply ASAP
☐  Please comment
☒  Please Review           RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐  For your Information

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002174

TRANSMISSION VERIFICATION REPORT

```
TIME : 09/25/2005 14:23
NAME : R█████████CE
FAX  : 1█
TEL  : 1█
SER.# : BROK1J739433
```

```
DATE,TIME      : ██/██  ██:██
FAX NO./NAME   : ███████████
DURATION       : 00:00:39
PAGE(S)        : 02
RESULT         : OK
MODE           : STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to: C.K.'s Security Systems, Inc. 301 S.E. 4th Street Boynton Beach, Florida 33435 | From: Kevin D. Rosen, Esq. ████████ |
| Attention: Robert Sclafano Fax Number: 561-737-1347 | Date: September 25, 2005 |
| | Phone Number: ████████ |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Bob:

I have signed and attached C.K.'s Security Systems' Estimate dated 06/29/05 in the amount of $670.95 for camera pre-wire. Please call me a few days in advance to schedule a meeting to verify camera locations.

Thanks.

Kevin

KROSEN - 002175



*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮ **& U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.     Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.     Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.     Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.     Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ▮▮▮▮

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #12**
**Date:** 9/12/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Pavers - Revised

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Pavers - Revised per Hardscape dated 6-1-05 - Revised (9-12-05

| | | | |
|---|---|---|---|
| 1 | Pavers - Rear | Additional 531 sf of Standard Pavers at rear deck. | 2,400.00 |
| 2 | Circular Drive | Circular Drive in Standard Pavers - Revised per Hardscape dated 6-1-05 - Honoring price given per s.f. on original Work Order #12 - Recalculation of s.f. of driveway - totaling 173 sf additional. | 782.00 |
| 3 | Discount per Contract | 15% Discount per Contract Specifiations | -477.30 |

**TOTAL:** **$2,704.70**

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  9-12-05
ALBANESE-POPKIN THE OAKS            Date

_____  9-22-05
ROSEN, KEVIN & STACEY            Date

Page 1 of 1

KROSEN - 002177

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**To:**
ROSEN, KEVIN & STACEY

**Work Order #13**
**Date:** 9/12/2005
**Job:** G001-030 POD G-1, L030 ROSEN

**Description:** Fence

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Additional Fence

| | | |
|---|---|---|
| 1  Additional Fence | 90 If additional Bronze Aluminum Fence with (2) Gates (Per Builder). One (1) gate must be located at the Lake Bank so therefore you can place the other Gate at either side of the house. If you choose to add (1) additional Gate - The cost will be $175. | 1,991.00 |
| 2  Discount Per Contract | 15% Discount per Contract Specifications. | -298.65 |
| | **TOTAL:** | **$1,692.35** |

☐   SCHEDULE IMPACT

☐   We have proceeded with this change to achieve schedule.

☑   As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  9-12-05
ALBANESE-POPKIN THE OAKS           Date

_____  9-22-05
ROSEN, KEVIN & STACEY              Date

Page 1 of 1
1 page attachment

KROSEN - 002178

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:
ROSEN, KEVIN & STACEY

Work Order #19
Date: 8/23/2005
Job: G001-030 POD G-1, L030 ROSEN

**Description:** Pool Upgrade

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade Pool

| | | |
|---|---|---|
| 1  Extra Pool | Pool Per Contract Specifications 84lf   84 1f<br>Additional 18lf per Hardscape dated 6-1-05<br>Total of 102lf | 6,277.00 |
| 2  Discount | 15% Discount per Contract Specifications | -941.55 |
| | **TOTAL:** | **$5,335.45** |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  9-12-05
ALBANESE-POPKIN THE OAKS          Date

_____  9-22-05
ROSEN, KEVIN & STACEY          Date

Page 1 of 1



KROSEN - 002180

Check 2478 — Bank of America Advantage
KEVIN D. ROSEN
STACEY A. ROSEN
Date 9-22-05
Pay to the order of Albanese Popkin The Oaks Development Group   $ 1,652.35
One Thousand Six Hundred Ninety Two 35/100 Dollars
Bank of America
Lot 30 G4
Monteverde the Oaks
Memo Wo #13 - Additional Fence



Check 2479 — Bank of America Advantage
KEVIN D. ROSEN
STACEY A. ROSEN
Date 9-22-05
Pay to the order of Albanese Popkin The Oaks Development Group   $ 2,704.70
Two Thousand Seven Hundred Four 70/100 Dollars
Bank of America
Lot 30 G4
Monteverde The Oaks
Memo Wo #12 - Pavers - Revised



Check 2480 — Bank of America Advantage
KEVIN D. ROSEN
STACEY A. ROSEN
Date 9-22-05
Pay to the order of Albanese Popkin The Oaks Development Group   $ 5,335.45
Five Thousand Three Hundred Thirty Five 45/100 Dollars
Bank of America
Lot 30 G4
Monteverde the Oaks
Memo Wo #19 - Upgrade Pool

KROSEN - 002181

```
┌─────────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT             │
└─────────────────────────────────────────────┘
                                    TIME  : 09/22/2005 12:26
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J739433
```

```
┌─────────────────────────────────────────────────────────────┐
│  DATE,TIME              09/22  12:24                          │
│  FAX NO./NAME                                                 │
│  DURATION              00:01:33                               │
│  PAGE(S)               06                                     │
│  RESULT                OK                                     │
│  MODE                  STANDARD                              │
│                        ECM                                    │
└─────────────────────────────────────────────────────────────┘
```



*Kevin D. Rosen*

**VIA FACSIMILE** ▮▮▮▮▮ **U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.  Signed Work Order #13 – Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.  Signed Work Order #12 – Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.  Signed Work Order #19 – Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.  Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

KROSEN - 002182

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                              TIME  : 09/22/2005 12:17
                              NAME  : ROYAL PALM PLACE
                              FAX   :
                              TEL   :
                              SER.# : BROK15735433
```

```
DATE,TIME          09/22  12:15
FAX NO./NAME
DURATION           00:01:59
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```



*Kevin D. Rosen*

**VIA FACSIMILE** **& U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.      Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.      Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.      Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.      Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

KROSEN - 002183

TRANSMISSION VERIFICATION REPORT

```
                                         TIME  :  09/22/2005 12:19
                                         NAME  :  ROYAL PALM PLACE
                                         FAX   :
                                         TEL   :
                                         SER.# :  BROK1J739433
```

```
DATE,TIME              09/22   12:18
FAX NO./NAME
DURATION               00:01:24
PAGE(S)                05
RESULT                 OK
MODE                   STANDARD
                       ECM
```

**Kevin D. Rosen**

**VIA FACSIMILE** ▮▮▮▮ **& U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.     Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.     Signed Work Order #12 - Pavers – Revised with check #2479 in the amount of $2,704.70 as payment.

3.     Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.     Signed Hardscape last revised 08/23/05 (via U.S. Mail only).

```
┌─────────────────────────────────────────────┐
│     TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────────┘

                              TIME : 09/22/2005 12:22
                              NAME : ROYAL PALM PLACE
                              FAX  : ███████████
                              TEL  : ███
                              SER.# : BROK1J739433


┌─────────────────────────────────────────────┐
│  DATE,TIME           09/22  12:20            │
│  FAX NO./NAME        ███████████            │
│  DURATION            00:01:25                │
│  PAGE(S)             06                      │
│  RESULT              OK                      │
│  MODE                STANDARD                │
│                      ECM                     │
└─────────────────────────────────────────────┘
```



*Kevin D. Rosen*
Attorney at Law

**VIA FACSIMILE** ████████ **U.S. MAIL**

September 22, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the following items:

1.    Signed Work Order #13 - Additional Fence with check #2478 in the amount of $1,692.35 as payment.

2.    Signed Work Order #12 - Pavers - Revised with check #2479 in the amount of $2,704.70 as payment.

3.    Signed Work Order #19 - Upgrade Pool with check #2480 in the amount of $5,335.45 as payment.

4.    Signed Hardscape last revised 08/23/05 (via U.S. Mail only).



Hand delivered
9-26-05

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: September 22, 2005
Pages: 1
Memo # 35
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: COUNTER TOPS**

Hi Kevin,

Per our meeting back on May 5th, you have selected standard Crema Marfil counter top for your Master Bath with a 1 1/2" beveled 5/8" edge, and your secondary bathrooms will have 4" x 4" Tumbled Marble counter top. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**INTERIOR**

**Counter Top:**

> Master Bathroom: Standard Crema Marfil with 1 ½" Beveled 5/8" Edge.
> Secondary Bathrooms: 4 x 4 Tumbled Marble.

9-26-05

_____
Approved

_____
Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002186

2005/09/19 16:32:06   Albanese-Popkin                    Page:2/2



**THE OAKS**
at Boca Raton

**Albanese-Popkin The Oaks Development Group, LP**
1200 South Rogers Circle, #11
Boca Raton, Florida 33487
Phone (561) 994-1375
Fax   (561) 994-5613

Lot # 30 G1
Rosen Residence
Date: 9-12-05
Work Order #

| Kitchen Appliance | Standard | Size | Color | Upgrade | Size | Color | Price |
|---|---|---|---|---|---|---|---|
| Refrigerator, Ice, Water | ✗ KitchenAid # KSSA42QMX | 42" | S. Steel | ✓ KitchenAid SXS Filtrat # KSSS42QMB | 42" | Black | $ 204.48 |
|  |  |  |  | KitchenAid Panel Kit for Refrigerator ? # 2220868 |  | Black | $ (340.80) |
| Microwave/Oven Combo | ✓ KitchenAid # KEMC307KBL | 30" | Black | ✗ KitchenAid Flat Central Double Oven # KEBC207KBL | 30" | Black | $ 281.16 |
| Microwave Trim Kit | KitchenAid # 8171555 |  | Black | ✗ GE Micro-CT Microwave # JEM31BFBB | 0.8 CF | Black |  |
| Gas Cooktop | ✓ KitchenAid # KGCS166GBL | 36" | Black |  |  |  |  |
| Dishwasher | ✗ KitchenAid # KUDP02FRBL | 24" | Black | KitchenAid 3 Cycle 6 Options Mono Dishwasher # KUDIO2IRBL | 24" | Black | $ (265.19) |
| Downdraft (Hood) | KitchenAid # KIRD861HSS |  |  | KitchenAid CVTB 350 CFM Wall Hood # KWVU265YBA | 36" | B. Aluminum | $ (206.61) |
|  |  |  |  | KitchenAid Hood Trim Kit # 4390204 |  | Black | $ 67.73 |
| Washer | ✗ KitchenAid # KAWS850LQ | White | ✗ Maytag Neptune Horizontal Axis Washer # MAH5500BWW | White | White | $ 439.63 |
| Washer | ✗ KitchenAid # KAWS850LQ | White | ✓ Whirlpool 8 Cycle 3 Temp Duet Washer # GHW9150PW |  | White | $ 838.37 |
| Dryer | ✗ KitchenAid # KEYS850LQ | White | ✗ Maytag Neptune Rear Control Gas Dryer # MDG6500AWW |  | White | $ 414.07 |
| Dryer | ✗ KitchenAid # KEYS850LQ | White | ✓ Whirlpool 8 Cycle 5 Temp Gas Dryer # GGW9250PW |  | White | $ 522.70 |

*Handwritten note:*
KEVIN, THIS IS THE
APPLIANCE INFO.
PLEASE REVIEW IT
& LET ME KNOW
WHICH ITEMS YOU
WANT SO THAT I
CAN HAVE A WORK
ORDER WRITTEN.
THANK YOU,
Diane

KROSEN - 002187

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: ▮▮▮▮▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment
✗ Please Review
☐ For your Information

RE: The Oaks, Pod G-1, Lot 30 – Rosen

Total pages, including cover: 2

Comments:

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002188

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 12, 2005
Pages: 1
Memo # 34
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**

**Subject: Shower Enclosures**

Hi Kevin,

Per our conversation, you have selected standard shower enclosures per your specs. for the bathrooms in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

*Upgraded Master shower pull a hinge to Satin nickel finish, per USO #18.* ⭕

Dianne

---

**INTERIOR**

**Shower Enclosures:**

STANDARD PER SPECS.

_____        9-22-05
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002189

TRANSMISSION VERIFICATION REPORT

```
TIME  : 09/21/2005 21:13
NAME  : ROYAL PALM PLACE
FAX   :
TEL   :
SER.# : BROK1J739433
```

```
DATE,TIME          09/21  21:12
FAX NO./NAME
DURATION           00:00:37
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❏ Urgent
- ❏ Reply ASAP
- ❏ Please comment
- ☒ Please Review
- ❏ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

## Comments:

Dear Jim and Dianne:

I have signed and enclosed Memo #34 - Shower Enclosures.

Kevin

KROSEN - 002190

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

                          TIME  : 09/21/2005 17:38
                          NAME  : ROYAL PALM PLACE
                          FAX   :
                          TEL   :
                          SER.# : BROK1J735453
```

```
DATE,TIME               09/21  17:38
FAX NO./NAME
DURATION                00:00:27
PAGE(S)                 02
RESULT                  OK
MODE                    STANDARD
                        ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number |

❏ Urgent
❏ Reply ASAP
❏ Please comment
☒ Please Review          RE: The Oaks, Pod G-1, Lot 30 - Rosen
❏ For your Information

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002191

TRANSMISSION VERIFICATION REPORT

```
                                        TIME   : 09/21/2005 17:37
                                        NAME   : ROYAL PALM PLACE
                                        FAX    :
                                        TEL    :
                                        SER.#  :
```

```
DATE,TIME          09/21  17:36
FAX NO./NAME
DURATION           00:00:27
PAGE(S)            02
RESULT             OK
MODE               STANDARD
                   ECM
```

# Fax Cover Sheet

01 Plaza Real South, #313
Boca Raton, Florida 33432

| Send to: | From: |
|----------|-------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: September 21, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
☒ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 2

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #34 -Shower Enclosures.

Kevin

KROSEN - 002192

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 12, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment         RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
☒ For your Information

Total pages, including cover:  4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #32 – Entry Door Color and Memo #33 – Garage Door Color.

Kevin

KROSEN - 002193

TRANSMISSION VERIFICATION REPORT

```
TIME : 09/12/2005 18:26
NAME : ROYAL PALM PLACE
FAX  :
TEL  :
SER.# : BROK1J739433
```

```
DATE,TIME        09/12  18:25
FAX NO./NAME
DURATION         00:00:49
PAGE(S)          04
RESULT           OK
MODE             STANDARD
                 ECM
```

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: September 12, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 4

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #32 - Entry Door Color and Memo #33 - Garage Door Color.

Kevin

KROSEN - 002194

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 33
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          Subject: **Garage Door Color**
From: Dianne Chamberlin

Hi Kevin,

Per your e-mail, you have stated you want your Garage Door Color to match the Garage Door Color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

___

**EXTERIOR**

**Garage Door Color:**

       **Sample to be applied for customer's approval prior to painting the door.**

       **COLOR TO MATCH GARAGE DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

9-12-05

_____                    _____
Approved                                    Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002195

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 32
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          **Subject: Entry Door Color**
From: Dianne Chamberlin

Hi Kevin,

Per your e-mail, you have stated you want your Entry Door color to match the entry door color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

**EXTERIOR**

**Entry Door Color:**

> **Sample to be applied for customer's approval prior to painting the door.**

> **COLOR TO MATCH FRONT DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

9-12-05

_____            _____
Approved                            Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002196

17768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



THE OAKS
at Boca Raton

# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: | | Pages: | 3 Including Cover Sheet |
| phone | | Date: | 9/8/05 |
| Cc: | | RE: | |

☐ Urgent   X for Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Dear Kevin,

Please review and sign off the following memorandum regarding the garage and front door color.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002197



*Kevin D. Rosen*

**VIA FACSIMILE** ███████ **& U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:     Dianne Chamberlin, Design Coordinator (via facsimile ███████

AUG-29-2005 MON 01:21 PM albanese                          FAX NO.

ALBANESE-POPKIN THE OAKS
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

**WORK ORDER**

Work Order #18
Date: 8/22/2005
Job: G001-030  POD G-1, L030 ROSEN

To:  ROSEN, KEVIN & STACEY

Description:  Master Shower Enclosure

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Master Shower Enclosure

| | | |
|---|---|---|
| 1  Master Shower Enclosure | Upgrade Master Shower Enclosure (76" Frameless) - Standard Pull and Hinges in Satin Nickel Finish. | 120.00 |
| 2  Discount | 15% Discount per Contract Specifications. | -18.00 |
| | TOTAL: | $102.00 |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☐  We will not proceed with this change until formal direction from OWNER is received.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_Gavin Guiney_        8-23-05
A/ALBANESE-POPKIN THE OAKS          Date

_(signature)_   9-12-

ROSEN, KEVIN & STACEY

Dat

Page

KROSEN - 002199



KROSEN - 002200

```
TRANSMISSION VERIFICATION REPORT

                                        TIME  : 09/12/2005 18:29
                                        NAME  : ROYAL PALM PLACE
                                        FAX   :
                                        TEL   :
                                        SER.# : BROK1J739433
```

```
DATE,TIME          09/12  18:28
FAX NO./NAME
DURATION           00:00:38
PAGE(S)            03
RESULT             OK
MODE               STANDARD
                   ECM
```

*Kevin D. Rosen*

**VIA FACSIMILE 5**      **& U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator (via facsimile 561-477-7113)

KROSEN - 002201

```
┌─────────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT            │
└─────────────────────────────────────────────┘
                                    TIME  : 09/12/2005 18:31
                                    NAME  : ROYAL PALM PLACE
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK1J733433
```

```
DATE,TIME        09/12  18:30
FAX NO./NAME
DURATION         00:00:52
PAGE(S)          03
RESULT           OK
MODE             STANDARD
                 ECM
```



**VIA FACSIMILE 5**          **& U.S. MAIL**

September 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

I have enclosed the signed Work Order #18 - Master Shower Enclosure with Check #2471 dated September 12, 2005 in the amount of $102.00 as satisfaction of payment of Work Order #18.

Very truly yours,

Kevin D. Rosen

cc:   Dianne Chamberlin, Design Coordinator (via facsimile

KROSEN - 002202

SEP-09-2005 FRI 02:20 PM albanese          FAX NO.          P. 02/03

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: September 7, 2005
Pages: 1
Memo # 33
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**
**From: Dianne Chamberlin**          **Subject: Garage Door Color**

Hi Kevin,

Per your e-mail, you have stated you want your Garage Door Color to match the Garage Door Color of the house located at 17826 Lake Azure Way. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

### EXTERIOR

**Garage Door Color:**

Sample to be applied for customer's approval prior to painting the door.

**COLOR TO MATCH GARAGE DOOR COLOR OF THE HOUSE LOCATED AT 17826 LLAKE AZURE WAY**

Approved _____          Date _____

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002203

AUG-29-2005 MON 01:20 PM albanese          FAX NO.                    P. 01/04

7768 Key Vista Way
Boca Raton, FL 33496
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax: |  | Pages: | 4 Including Cover Sheet |
| phone | | Date: | 8/29/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please review and sign off the following work orders.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002204

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**Work Order #12**
Date: 8/23/2005
Job: G001-030 POD G-1, L030 ROSEN

To:
ROSEN, KEVIN & STACEY

**Description:** Pavers - Revised

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Pavers - Revised per Hardscape dated 6-1-05

| | | |
|---|---|---|
| 1 Pavers - Rear | Additional 531 sf of Standard Pavers at rear deck. | 2,400.00 |
| 2 Circular Drive | Circular Drive in Standard Pavers - Revised per Hardscape dated 6-1-05 | 904.00 |
| 3 Discount per Contract | 15% Discount per Contract Specifications | -495.60 |
| | TOTAL: | $2,808.40 |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_Kevin Goinear_   8-23-05
ALBANESE-POPKIN THE OAKS   Date

ROSEN, KEVIN & STACEY     Date

Page 1 of 1

KROSEN - 002205

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

Work Order #19
Date: 8/23/2005
Job: G001-030  POD G-1, L030 ROSEN

To:
ROSEN, KEVIN & STACEY

Description:  Pool Upgrade

**ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:**

Upgrade Pool

| | | | |
|---|---|---|---|
| | | | 6,277.00 |
| 1  Extra Pool | 18' Extra Pool per Hardscape dated 6-1-05. | | -941.55 |
| 2  Discount | 15% Discount per Contract Specifications | TOTAL: | $5,335.45 |

☐  SCHEDULE IMPACT

☐  We have proceeded with this change to achieve schedule.

☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_signature_          8·23.05
ALBANESE-POPKIN THE OAKS          Date

ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002206

AUG-29-2005 MON 01:21 PM albanese      FAX NO.      P. 04/04

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

**Work Order #18**
**Date:** 8/22/2005
**Job:** G001-030 POD G-1, L030 ROSEN

To:
ROSEN, KEVIN & STACEY

Description: Master Shower Enclosure

**ALBANESE-POPKIN THE OAKS** submits a **WORK ORDER** for the following changes in work:

Master Shower Enclosure

| | | | |
|---|---|---|---|
| 1 | Master Shower Enclosure | Upgrade Master Shower Enclosure (76" Frameless) - Standard Pull and Hinges in Satin Nickel Finish. | 120.00 |
| 2 | Discount | 15% Discount per Contract Specifications. | -18.00 |
| | | **TOTAL:** | **$102.00** |

☐ SCHEDULE IMPACT

☐ We have proceeded with this change to achieve schedule.

☑ As directed, we will not proceed with this change until formal direction from OWNER is received.

_signature_    8-23-05
ALBANESE-POPKIN THE OAKS    Date

ROSEN, KEVIN & STACEY      Date

Page 1 of 1

KROSEN - 002207

# Fax Cover Sheet



| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: 9 |

☐  Urgent
☐  Reply ASAP
☐  Please comment                                    RE:  The Oaks, Pod G-1, Lot 30 - Rosen
☐  Please Review
☐  For your Information

Total pages, including cover:  7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.        Memo #28 - Screen Enclosure

2.        Memo #29 - Closet Organizers

3.        Memo #30 - Mirrors

4.        Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002208

P. 1

* * * Communication Result Report ( Aug.15. 2005 8:14AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.15. 2005 8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2734 Memory TX | ▮▮▮▮▮▮ | P. 7 | OK | |

Reason for error
E.1) Hang up or line fail        E.2) Busy
E.3) No answer                   E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Poplin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Wolter Fax Number: 561-994-6613 | Phone Number ▮▮▮▮▮ |

❑ Urgent
❑ Reply ASAP
❑ Please comment!        RE: The Oaks, Pod G-1, Lot 30 - Rosen
❑ Please Review
❑ For your Information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.   Memo #28 - Screen Enclosure

2.   Memo #29 - Closet Organizers

3.   Memo #30 - Mirrors

4.   Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002209

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 28
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                          **Subject:  Screen Enclosure**
**From: Dianne Chamberlin**

Hi Kevin,

Per our conversation, you have selected **Not** to have a Screen Enclosure in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax # 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Screen Enclosure:**

**NO SCREEN ENCLOSURE**

_____                    8-15-05

Approved                                   Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002210

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 29
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                    **Subject: Closet Organizers**
From: Dianne Chamberlin

Hi Kevin,

Per our conversation, you have selected to have standard shelving per your specs. in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

**Closet Organizers:**

**STANDARD SHELVING PER SPECS.**

_____          8-15-05
Approved                         Date

1200 S Rogers Circle, #11
Boca Raton, FL 33-187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002211

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 30
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                              Subject: Mirrors
From: Dianne Chamberlin

Hi Kevin,

Per our conversation, you have selected to have standard mirrors per your specs. in the Master Bathroom and Secondary Bathrooms, except in the Powder Room. If you agree with this selection, please sign this form and fax it back to my attention at fax Number ███████████

Thank you,

Dianne

---

**INTERIOR**

**Mirrors:**

> **STANDARD MIRRORS PER SPECS. IN MASTER BATHROOM AND SECONDARY BATHROOM.**
>
> **NO MIRROR IN THE POWDER ROOM**

8-15-05

Approved _____        Date _____

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002212

AUG-12-2005 FRI 02:32 PM albanese                    FAX NO.                        P. 01/04

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|-----|------------------------|-------|-------------------|
| **Fax:** |  | **Pages:** | 4 Including Cover Sheet |
| **phone** | | **Date:** | 8/12/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**    X **for Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Dear Kevin,

Please review and sign the following selections. As soon as I have the credit work order for the mirror in the Powder Room I will fax it to you.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002213

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                              Work Order #17
    ROSEN, KEVIN & STACEY        Date: 8/12/2005
                                 Job: G001-030  POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

    Credit Powder Room Mirror

|   |   |   |   |
|---|---|---|---|
|   |   |   | -210.00 |
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | |
|   |   | TOTAL: | -$210.00 |

☐  SCHEDULE IMPACT
☐  We have proceeded with this change to achieve schedule.
☑  As directed, we will not proceed with this change until formal direction from OWNER is received.

_____  8·12·05          _____  8-15-05
ALBANESE-POPKIN THE OAKS    Date        ROSEN, KEVIN & STACEY    Date

                                              Page 1 of 1

KROSEN - 002214

AUG-12-2005 FRI 03:13 PM albanese                    FAX NO.                    P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)





| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 8/12/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please review and sign the following credit work order.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002215

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

- ❑ Urgent
- ❑ Reply ASAP
- ❑ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
- ❑ Please Review
- ☒ For your Information

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002216

P. 1

* * * Communication Result Report ( Aug.16. 2005 7:44AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005 7:43AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2775 Memory TX | ▆▆▆▆▆ | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer

E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter<br>Fax Number: 561-994-6613 | Phone Number: ▆▆▆ |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002217

P. 1

* * * Communication Result Report ( Aug.16. 2005  7:45AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005  7:44AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2778 Memory TX | ███████ | P. 3 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

---

Fax Cover Sheet

███████

| Send to: | From: |
|----------|-------|
| Albanese-Popkin Development Group | Kevin D. Rosen, Esq. |
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Waller Fax Number: 561-994-6613 | Phone Number: ███ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☒ For your information

Total pages, including cover: 3

Comments:

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002218

P. 1

* * * Communication Result Report ( Aug.16. 2005  7:46AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16. 2005  7:43AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2776 Memory TX | ████ | P.  3 | OK | |

--------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail
E.3) No answer

E.2) Busy
E.4) No facsimile connection

### Fax Cover Sheet

████████████

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number ████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment
☐ Please Review
☒ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002219

P. 1

* * * Communication Result Report ( Aug.16, 2005  7:47AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.16, 2005  7:44AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2779 Memory TX | ███████ | P. 3 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 16, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ██████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment!
☐ Please Review
☑ For your information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 3

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed Memo #31 - Interior Paint.

Kevin

KROSEN - 002220

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 15, 2005
Pages: 1
Memo # 31
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy
From: Dianne Chamberlin

Subject: Interior Paint

Hi Kevin,

Per your e-mail, you have selected the color for your Drywall/Ceiling to be Benjamin Moore "Bone White" full formula, and the color for your trim to be Benjamin Moore "Bone White" ¼ formula. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

**INTERIOR**

Paint Color:

DRYWALL/CEILING: BENJAMIN MOORE "BONE WHITE" FULL FORMULA

INTERIOR TRIM: BENJAMIN MOORE "BONE WHITE" ¼ FORMULA

8-16-05

Approved _____     Date _____

1200 S Rogers Circle, #11
Boca Raton, FL 33 l87
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002221

AUG-15-2005 MON 12:34 PM albanese     FAX NO.     P. 01

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax



| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|---|---|---|---|
| Fax | ▮▮▮▮▮ | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 8/15/05 |
| Cc: | | RE: | |

☐ **Urgent**    X **for Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Dear Kevin,

Please review and sign off the following selection memo on the interior paint color.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002222

# Fax Cover Sheet

| Send to:<br>Albanese-Popkin Development Group | From:<br>Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin<br>Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter<br>Fax Number: 561-994-5613 | Phone Number: |

❑ Urgent
❑ Reply ASAP
❑ Please comment
❑ Please Review
❑ For your Information

RE: The Oaks, Pod G-1, Lot 30 - Rosen

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1. Memo #28 - Screen Enclosure

2. Memo #29 - Closet Organizers

3. Memo #30 - Mirrors

4. Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002223

P. 1

* * * Communication Result Report ( Aug.15. 2005 8:14AM ) * * *

FAX HEADER: NASD

Date/Time: Aug.15. 2005 8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 2734 Memory TX | ███████ | P. 7 | OK | |

--------------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                               E.4) No facsimile connection

## Fax Cover Sheet

███████

| Send to: Albanese-Poptin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Walter Fax Number: 561-994-5613 | Phone Number: ███████ |

☐ Urgent
☐ Reply ASAP
☐ Please comment          RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.    Memo #28 - Screen Enclosure

2.    Memo #29 - Closet Organizers

3.    Memo #30 - Mirrors

4.    Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002224

P. 1

\* \* \* Communication Result Report ( Aug. 15. 2005  8:18AM ) \* \* \*

FAX HEADER: NASD

Date/Time: Aug. 15. 2005  8:11AM

| File Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----------|-------------|-------|--------|---------------|
| 2733 Memory TX | ▮▮▮▮▮ | P.  7 | OK | |

---

Reason for error
  E.1) Hang up or line fail
  E.3) No answer
  E.2) Busy
  E.4) No facsimile connection

---

## Fax Cover Sheet

| Send to: Albanese-Popkin Development Group | From: Kevin D. Rosen, Esq. |
|---|---|
| Dianne Chamberlin Fax Number: 561-477-7113 | Date: August 15, 2005 |
| James Waller Fax Number: 561-994-6613 | Phone Number: ▮▮▮ |

☐ Urgent
☐ Reply ASAP
☐ Please comment        RE: The Oaks, Pod G-1, Lot 30 - Rosen
☐ Please Review
☐ For your information

Total pages, including cover: 7

**Comments:**

Dear Jim and Dianne:

I have signed and enclosed the following documents:

1.      Memo #28 - Screen Enclosure

2.      Memo #29 - Closet Organizers

3.      Memo #30 - Mirrors

4.      Work Order #17 - Credit Powder Room Mirror

Kevin

KROSEN - 002225

# Albanese-Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 28
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                          **Subject: Screen Enclosure**
**From: Dianne Chamberlin**

Hi Kevin,

Per our conversation, you have selected **Not** to have a Screen Enclosure in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax # 561-477-7113.

Thank you,

Dianne

**EXTERIOR**

**Screen Enclosure:**

**NO SCREEN ENCLOSURE**

8-15-05

_____          _____
Approved                                      Date

1200 S Rogers Circle, #11
Boca Raton, FL 33487
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002226

# Albanese–Popkin

## The Oaks Development Group, L.P.

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 29
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

To: Kevin & Stacy                          **Subject: Closet Organizers**
From: Dianne Chamberlin

---

Hi Kevin,

Per our conversation, you have selected to have standard shelving per your specs. in your home at The Oaks. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477-7113.

Thank you,

Dianne

---

### INTERIOR

**Closet Organizers:**

### STANDARD SHELVING PER SPECS.

8-15-05

_____          _____
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL 33187
(561) 994-1375 Corp; (561) 477-7330 Oaks
(561) 997-5613 Corp fax; (561) 477-7113 Oaks fax

KROSEN - 002227

AUG-12-2005 FRI 02:33 PM albanese          FAX NO.                    P. 04/04

# *Albanese-Popkin*

## *The Oaks Development Group, L.P.*

### MEMORANDUM

Date: August 11, 2005
Pages: 1
Memo # 30
Sent Via: Meeting
File: Lot 30, G-1 Rosen Residence

**To: Kevin & Stacy**                    **Subject: Mirrors**
**From: Dianne Chamberlin**

Hi Kevin,

Per our conversation, you have selected to have standard mirrors per your specs. in the Master Bathroom and Secondary Bathrooms, except in the Powder Room. If you agree with this selection, please sign this form and fax it back to my attention at fax Number 561-477 7113.

Thank you,

Dianne

---

**INTERIOR**

**Mirrors:**

**STANDARD MIRRORS PER SPECS. IN MASTER BATHROOM AND SECONDARY BATHROOM.**

**NO MIRROR IN THE POWDER ROOM**

8-15-05

_____               _____
Approved                          Date

1200 S Rogers Circle, #11
Boca Raton, FL  33487
(561) 994-1375 Corp; (561) 4/7-7330 Oaks
(561) 997-5613 Corp fax; (561) 4/7-7113 Oaks fax

KROSEN - 002228

FAX NO,    P. 01/04

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



**THE OAKS**
at Boca Raton



# Fax

| **To:** | Kevin and Stacey Rosen | **From:** | Dianne Chamberlin |
|---|---|---|---|
| **Fax:** |  | **Pages:** | 4 including Cover Sheet |
| **phone** |  | **Date:** | 8/12/05 |
| **Cc:** |  | **RE:** |  |

☐ **Urgent**    X **for Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Dear Kevin,

Please review and sign the following selections. As soon as I have the credit work order for the mirror in the Powder Room I will fax it to you.

If you have any questions, please let me know.

Thank you,
Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002229

AUG-12-2005 FRI 03:13 PM albanese          FAX NO.                          P. 02

**ALBANESE-POPKIN THE OAKS**
DEVELOPMENT GROUP, LP
BOCA RATON, FL 33487
Ph : (561) 994-1375

## WORK ORDER

To:                                        Work Order #17
ROSEN, KEVIN & STACEY                      Date: 8/12/2005
                                           Job: G001-030 POD G-1, L030 ROSEN

Description:  Credit Powder Room Mirror

ALBANESE-POPKIN THE OAKS submits a WORK ORDER for the following changes in work:

Credit Powder Room Mirror

|   |   |   |   | -210.00 |
|---|---|---|---|---|
| 1 Credit Powder Room Mirror | Credit Powder Room Mirror | | TOTAL: | -$210.00 |

SCHEDULE IMPACT

We have proceeded with this change to achieve schedule.

As directed, we will not proceed with this change until formal direction from OWNER is received.

_Gavin Guinan_  8·12·05                     8-15-05
ALBANESE-POPKIN THE OAKS    Date              ROSEN, KEVIN & STACEY          Date

Page 1 of 1

KROSEN - 002230

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| To: | Kevin and Stacey Rosen | From: | Dianne Chamberlin |
|-----|------------------------|-------|--------------------|
| Fax: | | Pages: | 2 Including Cover Sheet |
| phone | | Date: | 8/12/05 |
| Cc: | | RE: | |

☐ Urgent    X for Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Kevin,

Please review and sign the following credit work order.

If you have any questions, please let me know.

Thank you,
Dianne.

**ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP**

KROSEN - 002231



*Kevin D. Rosen*

**VIA U.S. MAIL**

August 12, 2005

James Walter
Senior Project Manager
Albanese-Popkin Development Group, Inc.
1200 S. Rogers Circle, #11
Boca Raton, Florida 33487

Dear Jim:

Per Dianne's request of August 9, 2005, I have re-signed and enclosed the electrical plan.

Very truly yours,

Kevin D. Rosen

Enclosure

KROSEN - 002232

1200 S. Rogers Circle, Unit #11
Boca Raton, FL 33487
561-477-7330 (Phone)
561-477-7113 (Fax)



# Fax

| | | | |
|---|---|---|---|
| **To:** | Kevin and Stacey Rosen | **From:** | Dianne Chamberlin |
| **Fax:** | ███████ | **Pages:** | 1 Including Cover Sheet |
| **phon** | ███████ | **Date:** | 8/9/05 |
| **Cc:** | | **RE:** | |

☐ **Urgent**   X **for Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Dear Kevin,

Per our conversation, enclosed please find two copies of the red line plan. As stated earlier, the purpose is for the date on the work order to match the date on the plans. This way, there will be no confusions. The work order date is 8/8/05.

I thank you.

Dianne.

ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, LP

KROSEN - 002233

Yahoo! Mail -                                                                    Page 1 of 1

**YAHOO!** MAIL                                                    Print - Close Window

| | |
|---|---|
| Date: | Thu, 11 Aug 2005 |
| From: | "kevin rosen" < |
| Subject: | The Oaks, Rosen, Lot 30 - G1 |
| To: | "Dianne Chamberlin" <d |

Hi Dianne,

I received your memo of August 9, 2005 with electrical
plan.  Per your request, I have re-signed the plan
which will go in the mail tomorrow to Jim Walter's
attention at your corporate office.

Best wishes,

Kevin

Start your day with Yahoo! - make it your home page
http://www.yahoo.com/r/hs

KROSEN - 002234



KROSEN - 002235



**2ND FLOOR ELECTRICAL PLAN**

ROSEN RESIDENCE
LOT 30 g 1 @ THE OAKS OF BOCA RATON

GARCIA BRENNER STROMBERG
ARCHITECTURE

ALBANESE POPKIN DEVELOPMENT GROUP LP
PALM BEACH COUNTY, FLORIDA

Kevin & Stacey Rosen - Chinese Drywall Expenses and Damages

## Albanese Construction Upgrades

| Date Signed | Work Order # | Description | Amount |
|---|---|---|---|
| 3/10/2005 | 1 | Impact Glass | $ 29,410.00 |
| 3/10/2005 | 2 | Staircase | $ 19,283.00 |
| 3/11/2005 | 3 | In Wall Pest Control | $ 659.30 |
| 3/11/2005 | 4 | Gas Line for Barbeque | $ 552.50 |
| 3/11/2005 | 5 | Dining Room Columns | $ 388.45 |
| 5/21/2005 | 6 | Speaker System | $ 2,975.00 |
| N/A | 7 | DECLINED - Radio Back-Up Alarm System | $ - |
| 6/16/2005 | 8 | Structured Cabling | $ 998.75 |
| 5/21/2005 | 9 | TV Outlet | $ 72.25 |
| 3/11/2005 | 10 | Angled Archway Living Room | $ 583.95 |
| 8/1/2005 | 11 | Plumbing Fixtures | $ 1,385.50 |
| 9/22/2005 | 12 | Additional Pavers | $ 2,704.70 |
| 9/22/2005 | 13 | Additional Fence | $ 1,692.35 |
| 5/21/2005 | 14 | Upgrade Granite Kitchen/Powder | $ 3,793.55 |
| 8/8/2005 | 15 | Electrical Revisions | $ 446.25 |
| 6/26/2005 | 16 | Marble Flooring | $ 2,681.76 |
| 8/15/2005 | 17 | Powder Room Mirror (Credit) | $ (210.00) |
| 9/12/2005 | 18 | Master Shower Enclosure | $ 102.00 |
| 9/22/2005 | 19 | Pool | $ 5,335.45 |
| 9/24/2005 | N/A | C.K. Security - Pre-Wire Camera Security | $ 670.95 |
| 10/9/2005 | 20 | Pool Tile Upgrade | $ 431.80 |
| 11/14/2005 | 21 | Cabinets | $ 9,948.82 |
| 11/14/2005 | 22 | Appliances | $ 837.90 |
| 11/14/2005 | 23 | Kitchen Counter Top | $ 255.00 |
| 5/8/2006 | 24 | Kitchen Backsplash | $ 212.50 |
| 11/26/2005 | 25 | Exterior Columns | $ 2,269.50 |
| 11/24/2005 | 26 | Carpet (Credit) | $ (116.42) |
| 1/3/2006 | 27 | Bath Shower to Tub | $ 1,628.60 |
| 1/9/2006 | N/A | C.K. Security - Pre-Wire Camera Security | $ 766.80 |
| 1/25/2006 | 28 | Electrical / High Hats | $ 416.50 |

KROSEN - 002237

| 2/27/2006 | 29  | Transom Window (Credit)   | $ | (605.00)   |
|-----------|-----|---------------------------|---|------------|
| 2/27/2006 | 30  | Stainless Steel Appliance | $ | 1,605.02   |
| 5/3/2006  | 31  | Wood Flooring             | $ | 4,502.00   |
| 6/8/2006  | 32  | Bath #4 Counter Top       | $ | 1,116.00   |
| 6/9/2006  | 33  | Re-Paint Ceilings         | $ | 4,733.82   |
| 6/19/2006 | N/A | Landscape                 | $ | 13,300.00  |

**TOTAL** $ 114,828.55

KROSEN - 002238