# EXHIBIT 33

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, **individually, and on behalf of all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>          **v.**<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al.,**<br><br>    **Plaintiffs.** | **Case No. 1:11-CV-22408-MGC** |

### PRIORITY CLAIMANTS' NOTICE OF FILING SUPPLEMENTAL PLAINTIFF PROFILE FORMS ("SPPF") IN RESPONSE TO DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN DISPUTE, AND COUNTERSTATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON <u>NON-FORMULA DAMAGES</u>

Priority Claimants, by and through undersigned counsel, hereby file the following Supplemental Plaintiff Profile Forms in support of their Response to Defendants' Motion and Memorandum for Summary Judgment (Dkt. No. 245) and Defendants' Statement of Material Facts Not In Dispute (Dkt. No. 250). The exhibits below will be cited in Priority Claimants' Reponses to docket numbers 245 and 250.

| Composite Exhibit | Supplemental Plaintiff Profile Forms |
|---|---|
| C1 | Janet Avery |
| C2 | Lillian Chatmon |
| C3 | David Deeg & Deborah Hooker |
| C4 | Cathy & Steve Etter |
| C5 | Andrew & Dawn Feldkamp |
| C6 | William & Vicki Foster |
| C7 | Anthony & Candace Gody |
| C8 | David & Diane Griffin |
| C9 | John Hernandez |
| C10 | Deborah & Gul Lalwani |
| C11 | Cassandra Marin |

| C12 | Dailyn & Luis Martinez |
| C13 | Jose Miranda |
| C14 | Tracy Nguyen |
| C15 | Jeovany & Monica Nunez |
| C16 | Kelly & Lori O'Brien |
| C17 | Kevin & Stacy Rosen |
| C18 | Michael & Robyn Rosen |
| C19 | Larry & Rosalee Walls |
| C20 | Marc & Jennifer Wites |

Dated: May 13, 2019.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was served by via CM/ECF on all parties authorized to receive service via CM/ECF, this 13th day of May 2019.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

# EXHIBIT C1

## SECOND AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

For Internal Use Only

File No._____

Date Received:

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall                          MDL NO. 2047
Products Liability Litigation                                            SECTION: L
                                                                                     JUDGE FALLON
This Document Relates to:                                          MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

| Name of Claimant: | Janet | C. | Avery | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |

| | Co-Claimant First Name (if applicable) M.I. | | Last Name | | Suffix |
|---|---|---|---|---|---|

Business/Entity Name (if applicable)

### Address of Property in this Lawsuit ("Property"):

10671 Camarelle Circle

| Address 1 | | | | Address 2 |
|---|---|---|---|---|
| Fort Myers | | FL | 33913 | |
| City | | State | Zip Code | |

Is the Property residential or commercial? <u>Residential</u>

| Name of Person Completing this Form: | Janet | C. | Avery | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |

Mailing Address (if different):

| ███████████ | | | | |
|---|---|---|---|---|
| Address 1 | | | | Address 2 |
| Cape Coral | | FL | 33904 | |
| City | | State | Zip Code | |

Phone Number of Person Completing This Form: ██████████

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>11/30/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>//2007</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>10/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 7/21/2011

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☒ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:

Date of filing: //

Docket No.:

Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Short Sale |
| **Lender's name:** | Fifth Third Bank |
| Loan Number: | ▮▮▮▮▮▮▮ |
| Original Loan/Mortgage Amount: | 90,000.00 |
| Date of Original Loan/Mortgage: | 10/30/2007 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | 87,394.02 |
| Date of Foreclosure or Short Sale: | 7/22/2011 |
| Short Sale Price (if applicable): | 70,000.00 |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>No</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | CDW Settlement Program |
|---|---|
| Amount of payments received: | $30,545.00 |
| Source: | WCI Settlement |
| Amount of payments received: | 775.00 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 2283.25 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 14,822.48 including $3,500 in moving expenses (no receipts for moving expenses)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 200,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD based on loss of value at time of Short Sale

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  |  | 11/30/2018 |
| --- | --- | --- |
| Claimant's signature |  | Date signed |

Name: Janet C. Avery

Address:

| | | |
| --- | --- | --- |
| Address 1 | | Address 2 |
| Cape Coral | FL | 33904 |
| City | State | ZipCode |

Phone No.:

Email:

V1                                        7

# EXHIBIT C2

# SECOND AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

For Internal Use Only

File No. _____

Date Received:

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall                    MDL NO. 2047
Products Liability Litigation                          SECTION: L
                                                       JUDGE FALLON
This Document Relates to:                              MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1673 (E.D. Va.).

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 3:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 15 of 184

Case 2:09-md-02047-EEF-MBN Document 278-2 Entered on FLSD Docket 05/13/2019 Page 3 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

| Name of Claimant: | Lillian | E. | Chatmon | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |

| | Co-Claimant First Name (if applicable) M.I. | | Last Name | | Suffix |
|---|---|---|---|---|---|

Business/Entity Name (if applicable)

### Address of Property in this Lawsuit ("Property"):

| | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | |
|---|---|---|---|---|---|
| | Address 1 | | | | Address 2 |
| | Tampa | | | FL | 33610 |
| | City | | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

| Name of Person Completing this Form: | Lillian | E. | Chatmon | |
|---|---|---|---|---|
| | First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| | | | | |
|---|---|---|---|---|
| | Address 1 | | | Address 2 |
| | City | | State | Zip Code |

Phone Number of Person Completing This Form: ▮▮▮▮▮▮▮▮▮▮

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>3/30/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>//2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>10/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

2

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 16 of 184
Case 2:09-md-02047-EEF-MBN Document 278-4 Entered on FLSD Docket 05/13/2019 Page 4 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:

Date of filing: //

Docket No.:

Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 17 of 184
Case 1:11-cv-22408-MGC Document 278-2 Entered on FLSD Docket 05/13/2019 Page 5 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

**Lender's name:** _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage: // 

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: _____

Date of Foreclosure or Short Sale: // 

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>No</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 18 of 184
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
Case 1:15-cv-22008-MGC - Document 2:8-2 entered on FLSD Docket 05/13/2019 Page 6 of 10

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | CDW Settlement Program |
|---|---|
| Amount of payments received: | $16,137.96 |
| Source: | GBI Hold back Payment |
| Amount of payments received: | 1,513.92 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 23,940.00

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 375,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____
Change: _____
Date: _____
Change: _____
Date: _____
Change: _____

---

You may use the section below to provide additional information or comments.

I continued to pay my mortgage and HOA fees at my home even though I was unable to reside in it. The HOA fees alone were $21,153.58 to date.

### Section IX. Verification of Supplemental Plaintiff Profile Form

V1 6

Case 1:09-cv-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 20 of 184
Case 2:09-md-02047-EEF-MBN Document 278-2 Entered on FLSD Docket 05/13/2009 Page 6 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

11/30/2009

Claimant's signature | Date signed

Name: Lillian E. Chatmon

Address: ▬▬▬▬▬▬▬▬▬

Address 1 | Address 2

Tampa | FL | 33610

City | State | ZipCode

Phone No.: (▬▬▬▬▬

Email: ▬▬▬▬▬

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 21 of 184
Case 1:11-cv-22408-MGC Document 278-2 Entered on FLSD Docket 05/13/2019 Page 9 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Supplemental Plaintiff Profile Form - Residential and Commercial Properties (Non-Knauf)

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Lillian E. Chatmon_                              11/30/2018
claimant's signature                              Date signed

Name:    Lillian E. Chatmon

Address: _____
         Address 1              Address 2
         Tampa           FL      33610
         City            State   Zip Code

Phone No.: _____

Email: _____

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/03/19 Page 22 of 184
Case 1:11-cv-22408-MGC Document 278-2 Entered on FLSD Docket 09/15/2014 Page 10 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# EXHIBIT C3

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 24 of 184
Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 2 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant:

| David | R | Deeg | |
|-------|-----|-----------|--------|
| First Name | M.I. | Last Name | Suffix |
| Deborah | M | Hooker | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 516 SW Akron Avenue | | | |
|---------------------|-----|----|----------|
| Address 1 | | | Address 2 |
| Stuart | | FL | 34994 |
| City | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person Completing this Form:

| Deborah | M | Hooker | |
|---------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ███████████ | | | |
|-------------|-----|-----|----------|
| Address 1 | | | Address 2 |
| ████████ | | ████ | ████ |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: ██████████

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>10/10/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>//2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>6/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

> Chinese drywall was installed during the initial construction of the affected property.  Inspection was performed on 6/22/09.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: <u>5/2/2016</u>

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☒ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:      //_____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | _____ |
| Lender's name: | _____ |
| Loan Number: | _____ |
| Original Loan/Mortgage Amount: | _____ |
| Date of Original Loan/Mortgage: | // _____ |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | _____ |
| Date of Foreclosure or Short Sale: | // _____ |
| Short Sale Price (if applicable): | _____ |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes  ☒ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes  ☒ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

_____

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☐ Yes  ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | Global, Banner, InEx Repair & Relocation |
|---|---|
| Amount of payments received: | $15,166.55 |
| Source: | |
| Amount of payments received: | |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 1873.65 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____0 %

Attach documents reflecting the total amount you received from the source(s).

_____

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 0.00

V1                                              5

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 194,700.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  | 02/21/2018 |
| --- | --- |
| Claimant's signature | Date signed |

| Name: | Deborah M.  Hooker |  |  |
| --- | --- | --- | --- |
| Address: | 1902 SW 3rd Avenue |  |  |
|  | Address 1 |  | Address 2 |
|  | Okeechobee | FL | 34974 |
|  | City | State | Zip Code |
| Phone No.: | (863) 447 - 2408 |  |  |
| Email: | dhookr@yahoo.com |  |  |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| Claimant's signature | 2-21-2018 |
| | Date signed |

Name: Deborah M. Hooker

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
      Address 1        Address 2
      City        State    Zip Code

Phone No.: ▓▓▓▓▓▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

# EXHIBIT C4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

AMENDED

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

     This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

     The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

     The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

     All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Steven       Etter

First Name    M.I.    Last Name      Suffix

Cathy       Etter

Co-Claimant First Name (if applicable)    M.I.    Last Name      Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

11894 SE Jupiter Inlet Way
<u>Address 1</u>                                                    Address 2

Tequesta                                        FL          33469
<u>City</u>                                         State        Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Steven                    Etter
                         First Name         M.I.  Last Name              Suffix

Mailing Address (if different):

Address 1                                                    Address 2

City                                            State        Zip Code

Phone Number of Person Completing This Form:

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 12  / 8  / 2004

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 2  /  / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall,
when did you first become aware that the Property contained Chinese drywall?
Month/Year: 3  / 2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first
become aware that the Property contained Chinese drywall?

NOTE: Lot was purchased 12/08/04. New home constructed with Chinese drywall (claimants not
aware). Claimants moved in to the affected property on 11/07/06)

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly
acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it?  ☑ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 9  / 28  / 2016

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☑ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                 Month     Day     Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                       Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                         Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? _Completed remediated_

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_January 2013 to October 2013_

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _Christian Thomas Construction_

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$ _915,845.45_

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _10_ / _2013_

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☑ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☑ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☑ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☑ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _Chinese Drywall Settlement Administrator_

Amount of payments received: $ _41,850.23_

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 35,996.85 (living expenses)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 46,608.43 (personal prope

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Steven M. Etter_      _Dec. 13, 2018_
Claimant's signature      Date signed

Name: _STEVEN M. ETTER_

Address: ▮▮▮▮▮▮▮▮▮▮▮
    Address 1       Address 2
    ▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮
    City       State    Zip Code

Phone No.: ▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮

7

# EXHIBIT C5

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 41 of 184
Case 1:11-cv-22408-MGC Document 278-9 Entered on FLSD Docket 05/13/2019 Page 2 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## FIRST AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 1:11-cv-02208-MGC Document 278-5 Entered on FLSD Docket 05/13/2019 Page 3 of 10
Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 42 of 184
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

| Name of Claimant: | Andrew | W. | Feldkamp | |
|---|---|---|---|---|
| | First Name | M.I. | Last Name | Suffix |
| | Dawn | M. | Feldkamp | |
| | Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 5237 Butte Street | | |
|---|---|---|
| Address 1 | | Address 2 |
| Lehigh Acres | FL | 33971 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

| Name of Person Completing this Form: | Andrew | W. | Feldkamp | |
|---|---|---|---|---|
| | First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ███████████████ | | |
|---|---|---|
| Address 1 | | Address 2 |
| ████████████████████████████████ | | |
| City | State | Zip Code |

Phone Number of Person Completing This Form: ██████████████

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>8/4/2008</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>??/??/2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>3/2012</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 9/24/2015

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes  ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes  ☒ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes  ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☒ Yes  ☐ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

| Court filed in: | Lee County, Fort Myers, FL |
|---|---|
| Date of filing: | 1/8/2015 |
| Docket No.: | 9:15-bk-00149 |
| Present Status: | Active |

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 44 of 184
Case 1:11-cv-22408-MGC Document 278-9 Entered on FLSD Docket 05/13/2015 Page 5 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes  ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Foreclosure |
| Lender's name: | 5/3 Bank |
| Loan Number: | |
| Original Loan/Mortgage Amount: | 125,000.00 |
| Date of Original Loan/Mortgage: | 8/4/2008 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | |
| Date of Foreclosure or Short Sale: | 9/24/2016 |
| Short Sale Price (if applicable): | 102,700.00 |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

4

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 45 of 184
Case 1:11-cv-02206-MGC Document 278-5 Entered on FLSD Docket 05/13/2019 Page 6 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

---

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | Banner Supply Settlement |
|---|---|
| Amount of payments received: | 5,844.96 |
| Source: | |
| Amount of payments received: | |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 711.97 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

---

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 37,989.00

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 450,000

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

You may use the section below to provide additional information or comments.

Please note that after multiple issues with the air conditioner, electronics, and seeing corrosion on internal wires, and hearing about CDW on the news, we decided to have the home inspected in March of 2012.

## Section IX. Verification of Supplemental Plaintiff Profile Form

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 47 of 184
Case 1:11-cv-22408-MGC Document 278-9 Entered on FLSD Docket 05/13/2019 Page 8 of 10
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

12/05/2018

Claimant's signature                                                                 Date signed

Name:       Andrew and Dawn Feldkamp

Address:    _____

            Address 1                                      Address 2

            _____

            City                          State      Zip Code

Phone No.:  _____

Email:      _____

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____                    12/05/2018
Claimant's signature                                        Date signed

Name:      Andrew and Dawn Feldkamp

Address:   ▬▬▬▬▬▬▬▬▬
           Address 1                    Address 2

           ▬▬▬▬▬▬▬▬▬▬▬▬
           City              State       Zip Code

Phone No.: ▬▬▬▬▬▬▬

Email:     ▬▬▬▬▬▬▬▬

V1                                    7

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| | 1-14-19 |
| Claimant's signature | 12/05/2018 |
| | Date signed |

Name: Andrew and Dawn Feldkamp

Address: ▮▮▮▮▮▮▮▮▮▮▮▮

Address 1          Address 2

▮▮▮▮▮▮▮▮▮▮▮▮

City          State     Zip Code

Phone No.: ▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮

# EXHIBIT C6

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 51 of 184
Case 2:11-cv-22408-MGC Document 27806 Entered on FLSD Docket 09/13/2019 Page 2 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## FOURTH AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

**For Internal Use Only**

File No._____

**Date Received:**

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall        MDL NO. 2047
Products Liability Litigation        SECTION: L
       JUDGE FALLON
This Document Relates to:        MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 52 of 184
Case 2:09-cv-22408-MSC-EBF Document 27816 Entered on FLSD Docket 09/13/2019 Page 3 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

| Name of Claimant: | William | P. | Foster | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |
| | Vicki | D. | Foster | | |
| | Co-Claimant First Name (if applicable) M.I. | | Last Name | | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

|  | | Address 2 |
|---|---|---|
| Address 1 | | |
| Fort Myers | FL | 33913 |
| City | State | ZipCode |

Is the Property residential or commercial? Residential

| Name of Person Completing this Form: | Vicki | D. | Foster | |
|---|---|---|---|---|
| | First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

|  | | Address 2 |
|---|---|---|
| Address 1 | | |
| City | State | ZipCode |

Phone Number of Person Completing This Form:

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 3/2/2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: //2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 2/2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes    ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes    ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes    ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes    ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes    ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes    ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes    ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:

Date of filing:    //

Docket No.:

Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

V1                                                    3

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 54 of 184
Case 2:09-md-02047-EEF-MBN Document 17816 Entered on FLSD Docket 09/13/2019 Page 5 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name:

Loan Number:

Original Loan/Mortgage Amount:

Date of Original Loan/Mortgage:           //

At the Date of Foreclosure or Short
Sale, the amount owed on the
Loan/Mortgage:

Date of Foreclosure or Short Sale:   //

Short Sale Price (if applicable):

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Partially remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

4/22/2012 - 6/13/2013

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>Polkow Construction, Inc.</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

127, 572.36

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>6/2013</u>

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 55 of 184
Case 2:09-md-02047-EEF-MBN Document 7806 Entered on FLSD Docket 09/13/2019 Page 6 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

In my garage in a sealed container

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

In my garage in a sealed container

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | CDW Settlement Program |
| Amount of payments received: | $65,738.82 |
| Source: | WCI Settlement |
| Amount of payments received: | 775.00 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 4,773.26 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 190,727.01

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 56 of 184
Case 2:09-cv-22408-MSC-EEF-MBN Document 27846 Entered on FLSD Docket 05/13/2019 Page 7 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 350,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes  ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date:

Change:

Date:

Change:

Date:

Change:

You may use the section below to provide additional information or comments.

## Section IX. Verification of Supplemental Plaintiff Profile Form

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 57 of 184
Case 2:09-md-02047-MBN Document 2786 Entered on FLSD Docket 09/13/2019 Page 8 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  |  |  | 12/06/2018 |
|---|---|---|---|
| Claimant's signature |  |  | Date signed |
| Name: | William and Vickie D. Foster |  |  |
| Address: | ▮▮▮▮▮▮▮▮▮▮ |  |  |
|  | Address 1 |  | Address 2 |
|  | Fort Myers | FL | 33913 |
|  | City | State | ZipCode |
| Phone No.: | ▮▮▮▮▮▮▮▮ |  |  |
| Email: | ▮▮▮▮▮▮ |  |  |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | | |
|---|---|---|
| *William Foster* | *Vickie D. Foster* | 12/06/2018 |
| Claimant's signature | | Date signed |

Name:     William and Vickie D. Foster

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Address 1 | | Address 2 |
|---|---|---|
| Fort Myers | FL | 33913 |
| City | State | Zip Code |

Phone No.: ▮▮▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮▮

# EXHIBIT C7

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 60 of 184
Case 2:11-cv-22408-MSC Document 278-1 Entered on FLSD Docket 09/13/2019 Page 2 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## FIFTH AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

```
For Internal Use Only

File No._____


_____

Date Received:

_____
```

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall             MDL NO. 2047
Products Liability Litigation                       SECTION: L
                                            JUDGE FALLON
This Document Relates to:                      MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co.,Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 61 of 184
Case 2:09-cv-22408-MSC-FBn Document 276-7 Entered on FLSD Docket 09/13/2019 Page 3 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant: 

| Anthony | T. | Gody | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

| Candace | D. | Gody | |
|---|---|---|---|
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 10842 Tiberio Drive | | |
|---|---|---|
| Address 1 | | Address 2 |

| Fort Myers | FL | 33913 |
|---|---|---|
| City | State | Zip Code |

Is the Property residential or commercial? Residential

Name of Person
Completing this Form:

| Candace | D. | Gody | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| | |
|---|---|
| Address 1 | Address 2 |

| | | |
|---|---|---|
| City | State | Zip Code |

Phone Number of Person Completing This
Form:

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 4/10/2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 8//2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 6/2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 62 of 184
Case 2:09-md-02047-EEF-MBN Document 7819 Entered on FLSD Docket 03/13/2019 Page 4 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:

Date of filing:       //

Docket No.:

Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

V1                                                                3

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name:

Loan Number:

Original Loan/Mortgage Amount:

Date of Original Loan/Mortgage:        //

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage:

Date of Foreclosure or Short Sale:    //

Short Sale Price (if applicable):

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Completely remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

6/29/2011 thru 8/31/2012. See Comment in Section VIII.

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>Polkow Construction, Intuitive Environmental Solutions</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

See Comment in Section VIII.

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

153,262.00 - see uploaded spreadsheet, invoices, receipts. See Comment in Section VIII

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>8/2012</u>

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 64 of 184
Case 2:09-md-02047-EEF-MBN Document 270 Filed on 13/20/19 Page 6 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Morgan & Morgan, 12800 University Drive, Suite 600, Fort Myers, FL 33906

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Morgan & Morgan, 12800 University Drive, Suite 600, Fort Myers, FL 33906

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | CDW Settlement Program |
|---|---|
| Amount of payments received: | $29,499.57 |
| Source: | WCI Drywall Trust Fund |
| Amount of payments received: | 775.00 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 2,660.15 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 60,522.00

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 65 of 184
Case 2:11-cv-22408-MSC-EEF-MBN Document 27847 Entered on FLSD Docket 09/13/2019 Page 7 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>200,000.00</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>TBD</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

| | |
|---|---|
| Date: | |
| Change: | |
| Date: | |
| Change: | |
| Date: | |
| Change: | |

---

You may use the section below to provide additional information or comments.

We also incurred personal property damage of at least $17,852.00.

With respect to Section V, Plaintiff believes that she is entitled to full remediation and non-remediation damages. By asserting that her property is completely remediated, Plaintiff does not waive her claim to additional damages under Judge Fallon's remediation formula in MDL 2047 should a factfinder determine that Plaintiff's home is partially remediated.

## Section IX. Verification of Supplemental Plaintiff Profile Form

Case 2:09-md-02047-EEF-MBN Document 22280-52 Filed 12/02/19 Page 66 of 184
Case 2:11-cv-22408-MSC Document 278-7 Entered on FLSD Docket 09/13/2019 Page 8 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  |  |  |  | 04/02/2019 |
|---|---|---|---|---|
| Claimant's signature |  |  |  | Date signed |

Name:     Candace D. Gody

Address:     ▆▆▆▆▆▆▆▆▆▆▆

           Address 1                    Address 2

           City               State     ZipCode

Phone No.:   ▆▆▆▆▆▆▆

Email:     ▆▆▆▆▆▆.com

1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| _Candace D. Goby_ | 04/02/2019 |
| Claimant's signature | Date signed |

Name: Candace D. Goby

Address:

| | | | |
|---|---|---|---|
| Address 1 | | Address 2 | |
| Fort Myers | FL | 33913 | |
| City | State | Zip Code | |

Phone No.:

Email:

# EXHIBIT C8

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 69 of 184
Case 2:09-cv-02047-MSC-EEF Document 27848 entered on FLSD Docket 05/13/2019 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

| For Internal Use Only |
| --- |
| File No._____ |
| |
| **Date Received:** |
| _____ |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 23280-52 Filed 12/02/19 Page 70 of 184
Case 2:09-md-02047-EEF-MBN Document 23280-51 Filed on LSP Docket 05/13/2019 Page 3 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| David | | Griffin | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Diane | | Griffin | |
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 9801 Cobblestone Lakes Court | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| Boynton Beach | | FL | 33472 |
| City | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person Completing this Form:

| David | | Griffin | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ██████████ | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| ██████████ | ████ | | ████ |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: ██████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>10/5/2006</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: //

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>5/2010</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 7/27/2010

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☒ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____//_____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 72 of 184
Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed on LA State Docket 09/13/2019 Page 5 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes   ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Short Sale |
| Lender's name: | Colonial Bank, NA |
| Loan Number: | ███████ |
| Original Loan/Mortgage Amount: | 585,235.00 |
| Date of Original Loan/Mortgage: | 12/1/2006 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | 212,586.46 |
| Date of Foreclosure or Short Sale: | 7/27/2010 |
| Short Sale Price (if applicable): | 240,000.00 |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 23380-53 Filed 12/02/19 Page 73 of 184
Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 08/13/2019 Page 6 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

_____

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
  Yes   No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: _____

Source: _____

Amount of payments received: _____

Source: _____

Amount of payments received: _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

_____

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ Unknown

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 74 of 184
Case 2:09-md-02047-MGC-EEF Document 2708-8 Entered on FLSD Docket 05/13/2010 Page 7 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 100,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 345,000.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

```
[blank text box]
```

### Section IX. Verification of Supplemental Plaintiff Profile Form

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____      3-1-2018
Claimant's signature                                      Date signed

Name: _____David Dennis Griffin_____

Address: _____
                Address 1                              Address 2
            _____
                City                        State        Zip Code

Phone No.: _____

Email: _____

7

# EXHIBIT C9

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 77 of 184
Case 2:09-md-02047-EEF-JCW Document 20741-1 Filed on Docket 09/13/2019 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## SECOND AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

<table>
<tr><td>

**For Internal Use Only**

File No._____

_____

**Date Received:**

_____
</td></tr>
</table>

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| John | D | Hernandez | Sr. |
|------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |
| Bertha/Betty | L | Hernanadez | |
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

_____

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 3516 N. Perry Avenue | | |
|----------------------|-------|----------|
| Address 1 | | Address 2 |
| Tampa | FL | 33603 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person
Completing this Form:

| John | D | Hernandez | Sr. |
|------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| | | |
|-----------|-------|----------|
| Address 1 | | Address 2 |
| | | |
| City | State | Zip Code |

Phone Number of Person Completing This
Form: ███████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>10/1/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>3/3/2007</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>1/2010</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

N/A

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☒ Yes   ☐ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:

Date of filing:   //

Docket No.:

Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | _____ |
| Lender's name: | _____ |
| Loan Number: | _____ |
| Original Loan/Mortgage Amount: | _____ |
| Date of Original Loan/Mortgage: | // _____ |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | _____ |
| Date of Foreclosure or Short Sale: | // _____ |
| Short Sale Price (if applicable): | _____ |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Completely remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Approximately June of 2013 to July of 2015

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>Paul J. Sierra Construction, Inc., a/k/a Sierra Construction & Restoration, Inc.</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

381,784.00

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>12</u>/<u>2014</u>

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Plaintiff's possession

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Plaintiff's possession

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | GBI Settlements |
| Amount of payments received: | 13,660.31 |
| Source: | |
| Amount of payments received: | |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 41,802.00

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ Estimated to be $200,000, however, to be determined at trial.

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ See Comments in Section VIII.

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes  ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

Plaintiffs may assert a diminution in value claim when and if the property is sold or transferred.

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

*John D. Hernandez*

4/25/2019

Claimant's signature           Date signed

Name:     John D. Hernandez, Sr.

Address:

Address 1                  Address 2

City                State     Zip Code

Phone No.:

Email:

# EXHIBIT C10

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 85 of 184
Case 1:11-cv-22408-MGC Document 278-10 Entered on FLSD Docket 06/13/2019 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## SECOND AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

**For Internal Use Only**

File No._____

**Date Received:**

_____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall        MDL NO. 2047
Products Liability Litigation        SECTION: L
       JUDGE FALLON
This Document Relates to:        MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

V1                 

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| Gul | | Lalwani | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Deborah | | Lalwani | |
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

| | |
|---|---|
| Business/Entity Name (if applicable) | |

Address of Property in this Lawsuit ("Property"):

| 4590 Kodiak Drive | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| Vero Beach | | FL | 32960 |
| City | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person Completing this Form:

| Gul | | Lalwani | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ███████████ | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| ██████ | | ██ | ██████ |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: ████████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>10/21/2006</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>??/??/??</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>3/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 87 of 184
Case 2:09-md-02047-EEF-MBN Document 20848-9 Entered on FLSD Docket 05/13/2019 Page 4 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

N/A

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 3/11/2011

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☒ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____//_____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | _____ |
| Lender's name: | _____ |
| Loan Number: | _____ |
| Original Loan/Mortgage Amount: | _____ |
| Date of Original Loan/Mortgage: | // _____ |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | _____ |
| Date of Foreclosure or Short Sale: | // _____ |
| Short Sale Price (if applicable): | _____ |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

_____

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN   Document 22380-52   Filed 12/02/19   Page 89 of 184
Case 1:11-cv-22408-MGC   Document 278-0   Entered on FLSD Docket 08/13/2012   Page 6 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes    ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes    ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes    ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes    ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes    ☐ No

If you have photographed these materials, please attach the photographs.

_____

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes    ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | GBI Settlements |
|---|---|
| Amount of payments received: | 11,834.46 |
| Source: | Woodside Litigation Trust |
| Amount of payments received: | 3.14 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

_____

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$

Case 2:09-md-02047-EEF-MBN  Document 22380-52  Filed 12/02/19  Page 90 of 184
Case 1:11-cv-22408-MGC  Document 278-1  Entered on FLSD Docket 05/13/2016  Page 7 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>Estimated $50,000.00, however, to be determined at trial</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>Estimated $545,000.00, however, to be determined at trial</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Gul Lalwani_                          1/12/19

Claimant's signature                          Date signed

Name:      Gul Lalwani  and Deborah Lalwani

Address:   _____

           Address 1                    Address 2

           City              State      Zip Code

Phone No.: _____

Email:     _____

V1

# EXHIBIT C11

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 93 of 184
Case 1:11-cv-22408-MGC Document 278 Entered on FLSD Docket 06/13/2016 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## FIRST AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall             MDL NO. 2047
Products Liability Litigation                   SECTION: L
                                                JUDGE FALLON
This Document Relates to:                        MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| Cassandra | | Marin | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

| | | | |
|---|---|---|---|
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

| |
|---|
| Business/Entity Name (if applicable) |

Address of Property in this Lawsuit ("Property"):

| 3865 SW Wycoff Street | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| Port St. Lucie | | FL | 34953 |
| City | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person
Completing this Form:

| Yvette | | Marin | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ███████████ | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| ███████████ | | ██ | ████ |
| City | | State | Zip Code |

Phone Number of Person Completing This
Form:

| ████████ |
|---|

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>2/8/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>??/??/2007</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>10/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN   Document 22380-52   Filed 12/02/19   Page 95 of 184
Case 1:11-cv-02349-MSK-DW   Document 278-4   Entered on FLSD Docket 08/13/2013   Page 4 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

| N/A |
| --- |

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

N/A

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 2/17/2012

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☒ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:   // _____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage: // _____

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: _____

Date of Foreclosure or Short Sale: // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

_____

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 23380-52 Filed 12/03/19 Page 97 of 184
Case 1:11-cv-22408-MGC Document 278-1 Entered on FLSD Docket 08/13/2018 Page 6 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

_____

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | GBI Settlements |
| Amount of payments received: | $12,627.66 |
| Source: | |
| Amount of payments received: | |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

_____

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ Estimated $100,000.00, however, to be determined at trial

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ Estimated $150,000.00, however, to be determined at trial

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?

☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature                                                    Date signed

Name:        Cassandra Marin

Address:     
             Address 1                                    Address 2

             City                        State      Zip Code

Phone No.:   

Email:

# EXHIBIT C12

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 101 of 184
Case 2:11-cv-22408-MSC-EEF Document 278-02 Entered on FLSD Docket 05/13/2019 Page 2 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## FIRST AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

| For Internal Use Only |
| File No._____ |
| |
| Date Received: |
| _____ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 102 of 184
Case 2:11-cv-22408-MGC EFF Document 276-12 Entered on FLSD Docket 05/13/2019 Page 3 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Dailyn     Martinez

| | | |
|---|---|---|
| First Name | M.I.   Last Name | Suffix |

| | | |
|---|---|---|
| Co-Claimant First Name (if applicable) M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

1624 NW 37th Avenue

| Address 1 | | Address 2 |
|---|---|---|
| Cape Coral | FL | 33993 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person
Completing this Form: Dailyn     Martinez nka Diaz

| First Name | M.I.   Last Name | Suffix |
|---|---|---|

Mailing Address (if different):

| Address 1 | | Address 2 |
|---|---|---|
| City | State | Zip Code |

Phone Number of Person Completing This
Form: ▇▇▇▇▇▇▇▇▇

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>9</u>/<u>16</u>/<u>2008</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: //<u>2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>10</u>/<u>2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 103 of 184
Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 4 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:   //

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage:  // _____

At the Date of Foreclosure or Short
Sale, the amount owed on the
Loan/Mortgage: _____

Date of Foreclosure or Short Sale:  // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

_____

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

---

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

---

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph (s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

---

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes  ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | CDW Settlement Program |
|---|---|
| Amount of payments received: | $33,373.68 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 2,457.98 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

---

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 12,199.00 see Doc ID#150426 & 150421

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 550,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?

☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____
Change: _____
Date: _____
Change: _____
Date: _____
Change: _____

---

You may use the section below to provide additional information or comments.

---

## Section IX. Verification of Supplemental Plaintiff Profile Form

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 107 of 184
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
Case 2:11-cv-22408-MSC EDocument 279-12 Entered on FLSD Docket 05/13/2019 Page 8 of 9

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  |  |
|---|---|
|  | 12/04/2018 |
| Claimant's signature | Date signed |

Name: Dailyn Martinez nka Diaz

Address: ▓▓▓▓▓▓▓▓▓▓▓▓

| Address 1 | Address 2 |
|---|---|

▓▓▓▓▓▓▓▓▓▓▓▓

| City | State | Zip Code |
|---|---|---|

Phone No.: ▓▓▓▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  | 12/04/2018 |
|---|---|
| Claimant's signature | Date signed |

Name:      Dallyn Martinez nka Diaz

Address: ▮▮▮▮▮▮▮▮▮▮▮

     Address 1              Address 2

     City          State    Zip Code

Phone No.: ▮▮▮▮▮▮▮▮▮

Email: ▮▮▮▮▮▮▮▮▮

# EXHIBIT C13

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 110 of 184
Case 2:11-cv-22408-MGC EDDocument 1 Entered on FLSD Docket 05/10/19 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## THIRD AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

| |
|---|
| **For Internal Use Only** |
| File No._____ |
| |
| **Date Received:** |
| _____ |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall                    MDL NO. 2047
Products Liability Litigation                                    SECTION: L
                                                                            JUDGE FALLON
This Document Relates to:                                    MAG. JUDGE WILKINSON


Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 111 of 184
Case 2:11-cv-22408-MGC Document 1-3 Entered on FLSD Docket 05/13/2011 Page 3 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| Jose | F | Miranda | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Adela | | Miranda | |
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

| |
|---|
| Business/Entity Name (if applicable) |

Address of Property in this Lawsuit ("Property"):

| 8890 SW 229 Street | | |
|---|---|---|
| Address 1 | | Address 2 |
| Miami | FL | 33190 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person
Completing this Form:

| Jose | F | Miranda | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ██████████████ | | |
|---|---|---|
| Address 1 | | Address 2 |
| ████ | ██ | ████ |
| City | State | Zip Code |

Phone Number of Person Completing This
Form:            ████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>1/??/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>??/??/2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>1/2010</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 112 of 184
Case 2:11-cv-02349-KDE-MBN Document 29-3 Entered on FLSD Docket 05/13/2019 Page 4 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

| N/A |
| --- |

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

N/A

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:   // _____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 113 of 184
Case 2:11-cv-02349-MBN Document 29-3 Entered on FLSD Docket 05/13/2019 Page 5 of 8

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Foreclosure |
| Lender's name: | Wells Fargo Bank |
| Loan Number: | ████████ |
| Original Loan/Mortgage Amount: | 272,511,000 |
| Date of Original Loan/Mortgage: | 1/20/2007 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | 421,089.81 with interest, fees, etc. |
| Date of Foreclosure or Short Sale: | 11/2/2017 |
| Short Sale Price (if applicable): | N/A |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

_____

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | GBI Settlements |
| Amount of payments received: | $14,182.70 |
| Source: | |
| Amount of payments received: | |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

_____

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 115 of 184
Case 2:14-cv-02688-MAC Document 278-03 Entered on FLSD Docket 05/13/2015 Page 7 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>Estimated $250,000.00, however, to be determined at trial</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>to be determined at trial</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

Section VII:  Purchase price was $302,900.   Claimants made a down payment and had closing costs of approximately $30,279.00

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

**Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

|  |  |  |
|---|---|---|
| Claimant's signature | | Date signed 1/15/19 |

Name:     Jose Miranda and Adela Miranda

Address:

| | |
|---|---|
| Address 1 | Address 2 |

| | | |
|---|---|---|
| City | State | Zip Code |

Phone No.:

Email:

# EXHIBIT C14

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## THIRD AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

| Name of Claimant: | Tracy | M. | Nguyen | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |
| | Tuyen | T. | Mai | | |
| | Co-Claimant First Name (if applicable) M.I. | | Last Name | | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

103 SE 16th Place

| Address 1 | | | Address 2 |
|---|---|---|---|
| Cape Coral | | FL | 33990 |
| City | | State | Zip Code |

Is the Property residential or commercial? Residential

| Name of Person Completing this Form: | Tuyen | T. | Mai | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |

Mailing Address (if different):

| | | | |
|---|---|---|---|
| Address 1 | | | Address 2 |
| | | | |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: (▮▮▮▮▮▮▮▮▮)

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 6/4/2004

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: ??/??/2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: ??/2010

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

| Purchased lot in 2004 and began construction on home in 2005 |
|---|

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☒ Yes   ☐ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: //

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

V1                                          3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage:  // _____

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: _____

Date of Foreclosure or Short Sale:  // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Partially remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

2/2015 - 5/2015

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>J&A Stucco Drywall Inc.</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

75,000.00

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>5/2015</u>

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| Source: | CDW Settlement Program |
|---|---|
| Amount of payments received: | 11,928.05 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 1441.56 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ Approx. $100,042.00

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>Approx. $450,000.00</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>TBD</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes  ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

You may use the section below to provide additional information or comments.

## Section IX. Verification of Supplemental Plaintiff Profile Form

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

01/08/2019

| Claimant's signature | | | Date signed |
| --- | --- | --- | --- |
| Name: | Tracy Nguyen | | |
| Address: | | | |
| | Address 1 | Address 2 | |
| | City | State | Zip Code |
| Phone No. | | | |
| Email: | | | |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature                01/08/2019
                                        Date signed

Name:    Tracy Nguyen

Address:    103 SE 16th Place
           Address 1                   Address 2
           Cape Coral         FL      33990
           City                    State     Zip Code

Phone No.:    ▮▮▮▮▮▮▮▮▮▮

Email:    ▮▮▮▮▮▮▮▮▮▮

# EXHIBIT C15

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 127 of 184
Case 1:11-cv-22408-MGC Document 278-9 Entered on FLSD Docket 05/18/2015 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## SECOND AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

**For Internal Use Only**

File No._____

**Date Received:**

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall          MDL NO. 2047
Products Liability Litigation                          SECTION: L
                                                                    JUDGE FALLON
This Document Relates to:                          MAG. JUDGE WILKINSON


Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant:

| Jeovany | | Nunez | |
|---------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |

| Monica | | Nunez | |
|--------|------|-------|--------|
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

_____
Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 8049 West 36th Avenue | | | Apt. 4 |
|-----------------------|------|-----------|-----------|
| Address 1 | | | Address 2 |

| Hialeah | | FL | 33018 |
|---------|-----|-------|----------|
| City | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

Name of Person
Completing this Form:

| Jeovany | | Nunez | |
|---------|------|-----------|--------|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ███████ | | | ███████ |
|---------|------|-----------|-----------|
| Address 1 | | | Address 2 |

| ███████ | | ██ | ███████ |
|---------|-----|-------|----------|
| City | | State | Zip Code |

Phone Number of Person Completing This
Form: ███████

_____

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>1/10/2007</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>10/1/2006</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>3/2010</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 129 of 184
Case 2:11-cv-02349-MBC Document 128-05 Entered on FLSD Docket 05/13/2019 Page 4 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

| N/A |
| --- |

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes    ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

N/A

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes    ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes    ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes    ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes    ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes    ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes    ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:     // _____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 130 of 184
Case 2:11-cv-22408-MBC Document 276-05 Entered on FLSD Docket 05/13/2019 Page 5 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Foreclosure |
| Lender's name: | Seterus |
| Loan Number: | ███████ |
| Original Loan/Mortgage Amount: | 209,371.00 |
| Date of Original Loan/Mortgage: | 1/12/2007 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | 209,371.00 |
| Date of Foreclosure or Short Sale: | 8/22/2017 |
| Short Sale Price (if applicable): | N/A |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 131 of 184
Case 2:11-cv-22408-MGC Document 1-2 Entered on FLSD Docket 05/13/2019 Page 6 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

_____

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | GBI Settlements |
| Amount of payments received: | $4,547.04 |
| Source: | |
| Amount of payments received: | |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

_____

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ _107,560.00_

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 132 of 184
Case 2:11-cv-22408-MBC Document 276-05 Entered on FLSD Docket 05/13/2019 Page 7 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ <u>Estimated $250,000.00, however, to be determined at trial</u>

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ <u>to be determined at trial</u>

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

_____

## Section IX. Verification of Supplemental Plaintiff Profile Form

**Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature _____     Date signed  1/11/19

Name:  Jeovany Nunez

Address:

Address 1 _____     Address 2 _____

City _____     State _____     Zip Code _____

Phone No.: _____

Email: _____

V1                                    7

# EXHIBIT C16

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 135 of 184
Case 2:09-md-02047-MCD Document 22380-52 Entered on FLSD Docket 05/30/2019 Page 2 of
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17

## FIRST AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall          MDL NO. 2047
Products Liability Litigation          SECTION: L
         JUDGE FALLON
This Document Relates to:          MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

     This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

     The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

     The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-53 Filed 12/02/19 Page 136 of 184
Case 2:09-md-02047-MCD-EEF-MBN Document 22918-18 Entered on FLSD Docket 05/13/2020 Page 3 of 17
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

| Name of Claimant: | Kelly | P. | O'Brien | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |
| | Lori | D. | O'Brien | | |
| | Co-Claimant First Name (if applicable) M.I. | | Last Name | | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 3120 W. Wallcraft Avenue | | | | |
|---|---|---|---|---|
| Address 1 | | | | Address 2 |
| Tampa | | | FL | 33611 |
| City | | | State | Zip Code |

Is the Property residential or commercial? Residential

| Name of Person Completing this Form: | Lori | D. | O'Brien | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |

Mailing Address (if different):

| ▮▮▮▮▮▮▮▮ | | | | |
|---|---|---|---|---|
| Address 1 | | | | Address 2 |
| ▮▮▮▮ | | | ▮ | ▮▮▮ |
| City | | | State | Zip Code |

Phone Number of Person Completing This Form: ▮▮▮▮▮▮▮▮

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 6/9/2004

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: ??/??/2007

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 11/2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

V1                                              2

Case 2:09-md-02047-EEF-MBN   Document 22380-53   Filed 12/02/19   Page 137 of 184
Case 2:09-md-02047-EEF-MBN   Document 22380-53   Filed 12/02/19   Page 4 of 17
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

> We purchased the lot in 2004 and house was built in 2007.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes    ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes    ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 2/17/2012

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes    ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☒ Yes    ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes    ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☒ Yes    ☐ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes    ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:        _____

Date of filing:    //    _____

Docket No.:        _____

Present Status:        _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

V1                                3

Case 2:09-md-02047-EEF-MBN Document 23380-53 Filed 03/02/19 Page 138 of 184
Case 2:09-md-02047-MBN Document 273-18 Entered on FLSD Docket 05/30/2019 Page 5 of
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes    ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage:    // _____

At the Date of Foreclosure or Short
Sale, the amount owed on the
Loan/Mortgage: _____

Date of Foreclosure or Short Sale:   // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

---

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 22380-53 Filed 12/02/19 Page 139 of 184
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17
Case 2:09-md-02047-EEF-MBN Document 22380-53 Filed 12/02/19 Page 6 of

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

---

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

---

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | CDW Settlement Program |
| Amount of payments received: | 30,287.00 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 3,009.85 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

---

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ Approx. 7,941.28

V1                                          5

Case 2:09-md-02047-EEF-MBN Document 22380-53 Filed 12/02/19 Page 140 of 184
Case 2:09-md-02047-EEF-MBN Document 22380-53 Filed 12/02/19 Page 7 of
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ Approx. 250,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 295,000.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. §
1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information
provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I
have supplied all of the documents requested in this declaration to the extent that such documents are in my
possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28
U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to
be true and correct and has been updated to the best of my knowledge.

|  |  |  | 12/05/2018 |
|---|---|---|---|
| Claimant's signature |  |  | Date signed |
| Name: | Kelly O'Brien |  |  |

| Address: | ▬▬▬▬▬▬▬ |  |  |
|---|---|---|---|
|  | Address 1 |  | Address 2 |
|  | ▬▬▬ | ▬ | ▬▬▬ |
|  | City | State | Zip Code |
| Phone No.: | ▬▬▬▬ |  |  |
| Email: | ▬▬▬▬ |  |  |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| _Kelly O'Brien_ | 12/05/2018 |
| Claimant's signature | Date signed |

Name: Kelly O'Brien

Address: ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ Address 2

▮▮▮▮▮▮▮

City     State   Zip Code

Phone No. ▮▮▮▮▮▮▮

Email. ▮▮▮▮▮▮▮

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 143 of 184 of
Case 1:11-cv-22408-MGC Document 279-16 Entered on FLSD Docket 05/13/2019 Page 10 of
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17

## THIRD AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

MDL NO. 2047
SECTION: L
JUDGE FALLON

This Document Relates to:

MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No.11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 144 of 184
Case 2:09-md-02047-EEF-MBN Document 278-16 Entered on FLSD Docket 05/13/2019 Page 11 of 17

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

| Name of Claimant: | Kelly | | P. | O'Brien | | | |
|---|---|---|---|---|---|---|---|
| | First Name | | M.I. | Last Name | | | Suffix |
| | Lori | | D. | O'Brien | | | |
| | Co-Claimant First Name (if applicable) | M.I. | | Last Name | | | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| | 3120 W. Wallcraft Avenue | | | | |
|---|---|---|---|---|---|
| | Address 1 | | | | Address 2 |
| | Tampa | | | FL | 33611 |
| | City | | | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

| Name of Person Completing this Form: | Lori | | D. | O'Brien | | | |
|---|---|---|---|---|---|---|---|
| | First Name | | M.I. | Last Name | | | Suffix |

Mailing Address (if different):

| | ███████████████ | | | | |
|---|---|---|---|---|---|
| | Address 1 | | | | Address 2 |
| | ███████ | | | ██ | ██████ |
| | City | | | State | Zip Code |

Phone Number of Person Completing This Form: ████████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>6/9/2004</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: <u>??/??/2007</u>

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: <u>11/2009</u>

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

V1                                        2

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 145 of 184
Case 1:11-cv-22408-MGC Document 270-16 Entered on FLSD Docket 03/20/2015 Page 12 of 17
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

We purchased the land in 2004. The home was custom-built from 2006 to early 2007. We first became aware of Chinese drywall in the home in November 2009.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 2/17/2012

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☒ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: 

Date of filing:    //

Docket No.: 

Present Status: 

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 146 of 184
Case 2:13-cv-22408-MCE-Document 276-16 Entered on FLSD Docket 05/13/2015 Page 13 of
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)
17

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage:   // _____

At the Date of Foreclosure or Short
Sale, the amount owed on the
Loan/Mortgage: _____

Date of Foreclosure or Short Sale:   // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Completely remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Approx March 2012 through May 2012

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>Remediation paid for by subsequent owner. See comment Section VIII.</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Unknown. Remediation paid for by subsequent owner.

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>5/2012</u>

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 147 of 184
Case 2:12-cv-22408-MSCE Document 270-16 Entered on FLSD Docket 05/13/2019 Page 14 of 17
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Morgan & Morgan

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes   ☐ No

If you have preserved samples, where are the samples located?

Morgan & Morgan

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes   ☒ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph (s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☒ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes   ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | CDW Settlement Program |
| Amount of payments received: | 30,287.00 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 3,009.85 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 10,962.00

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ Approx. 250,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ See comment Section VIII

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

## Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____
Change: _____
Date: _____
Change: _____
Date: _____
Change: _____

---

You may use the section below to provide additional information or comments.

We purchased the lot in 2004 and had the house built in 2007.

We also incurred Personal Property damage costs of at least $9,602.00.

With respect to Section V: We obtained an assignment from the buyer to pursue the Chinese Drywall claims. See Document ID 366625.

With respect to Section VII: In the event remediation damages are not awarded to former owners who expressly retained the right to pursue claims against Defendants, Claimant seeks diminution in value damages in amount to be determined at trial.

---

## Section IX. Verification of Supplemental Plaintiff Profile Form

Case 1:12-cv-22408-MGC-EFF-MBN Document 22380-52 Filed 12/02/18 Page 149 of 184 of
Case 1:09-md-02047-EEF-MBN Document 270-16 Entered on FLSD Docket 05/13/2019 Page 16 of
17

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | | | |
|---|---|---|---|
| Claimant's signature | | | Date signed |
| Name: | Kelly O'Brien | | |
| Address: | ▬▬▬▬▬ | | |
| | Address 1 | | Address 2 |
| | ▬▬▬ | FL | ▬▬▬ |
| | City | State | Zip Code |
| Phone No.: | ▬▬▬▬ | | |
| Email: | ▬▬▬ | | |

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature _____    Date signed    5/8/2019

Name:      Kelly O'Brien

Address:   _____

           Address 1                          Address 2

           _____

           City            State    Zip Code

Phone No.: _____

Email:     _____

V1

# EXHIBIT C17

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

**For Internal Use Only**
File No. _____

**Date Received:**
_____

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Kevin _____ Rosen _____
First Name      M.I.      Last Name      Suffix

Stacey _____ Rosen _____
Co-Claimant First Name (if applicable)    M.I.    Last Name      Suffix

_____
Business/Entity Name (if applicable)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

17830 Monte Vista Drive
Address 1

Boca Raton      FL    33496
City        State    Zip Code    Address 2

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:    Kevin       Rosen
       First Name    M.I.   Last Name        Suffix

Mailing Address (if different):

Address 1            Address 2

City        State    Zip Code

Phone Number of Person Completing This Form: ▮▮▮▮▮▮

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 8 / 7 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ?? / ?? / ??

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 9 / 2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☑ Yes ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 12 / 23 / 2009

2

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                Month    Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

| | |
|---|---|
| Lender's name: | Wachovia Mortgage, FSB |
| Loan Number: | ▮▮▮▮▮▮▮▮ |
| Original Loan/Mortgage Amount: | $ 200,000.00 |
| Date of Original Loan/Mortgage: | 4 / 10 / 2008 |
| | Month  Day  Year |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | $ |
| Date of Foreclosure or Short Sale: | / / |
| | Month  Day  Year |
| Short Sale Price (if applicable): | $ |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☑ Yes  ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source:  Other Loss Fund_____

Amount of payments received:  $ 340,974.34_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 54,831.07 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 792,292.84 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 792,292.84 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4-22-19
Claimant's signature                                    Date signed

Name: Kevin Rosen

Address: _____
            Address 1              Address 2

            _____
            City          State     Zip Code

Phone No.: _____

Email: _____

# EXHIBIT C18

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Chinese Manufactured Drywall | MDL NO. 2047 |
| Products Liability Litigation | SECTION: L |
| | JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Michael _____ Rosen _____
First Name       M.I.   Last Name                Suffix

_____
Co-Claimant First Name (if applicable)   M.I.   Last Name         Suffix

_____
Business/Entity Name (if applicable)

v1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

17538 Middlebrook Way
_____      _____
Address 1                                             Address 2

Boca Raton                   FL        33496
_____    _____    _____
City                                       State          Zip Code

Is the Property residential or commercial?   Residential _____

Name of Person
Completing this Form:
_____
First Name                M.I.    Last Name                      Suffix

Mailing Address (if different):
_____
Address 1                                          Address 2
_____
City                                        State          Zip Code

Phone Number of Person Completing This Form: ▮▮▮▮▮▮▮▮▮▮

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 11 / 6 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ?? / ?? / ??

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 8 / 2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it? ☑ Yes ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 12 / 4 / 2009

v1                                        2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☑ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                   Month    Day      Year

Docket No.:   _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

v1

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Lender's name:           Chase Mortgage Bank

Loan Number:         ██████

Original Loan/Mortgage Amount:    $ purchase price 1,825.000.00 (put down $1,200,000.00

Date of Original Loan/Mortgage:    11 / 6 / 2006
                                Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage:   $ (1st & 2nd Mortgages of $879,820.21)

Date of Foreclosure or Short Sale:    12 / 4 / 2009
                                 Month   Day   Year

Short Sale Price (if applicable):    $ 876,000.00 (Seller additionally paid $73,465.67)

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

---

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

v1

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

---

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☑ Yes  ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source:  CDW Settlement Program_____

Amount of payments received:  $ $323,430.05_____

v1                                              5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 5,200.00 (8 months rent)_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall? ☐ Yes ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

v1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Date: _____

Change: _____

You may use the section below to provide additional information or comments.

In totaling up my losses, purchase price, furnishing, repair, fixing, moving, storage, renal, mortgage, taxes etc., well over $2.2 million and i sold it for $875k.  I made for mortgage payments of $3,694.00.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| Claimant's signature | Date signed |

Name: Michael Rosen

Address:

| Address 1 | | Address 2 |
|---|---|---|
| City | State | Zip Code |

Phone No.:

Email:

# EXHIBIT C19

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 169 of 184
Case 2:09-cv-22408-MSC-EEF Document 279-19 Entered on FLSD Docket 05/13/2019 Page 2 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## THIRD AMENDED SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> ———————————————
>
> **Date Received:**
>
> _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall        MDL NO. 2047
Products Liability Litigation                  SECTION: L
                                        JUDGE FALLON

This Document Relates to:              MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.);
and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 170 of 184
Case 2:11-cv-22408-KDE Document 1-6 Entered on FLSD Docket 05/13/2019 Page 3 of 9

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

| Name of Claimant: | Larry | E. | Walls | | |
|---|---|---|---|---|---|
| | First Name | M.I. | Last Name | | Suffix |
| | Rosalee | M. | Walls | | |
| | Co-Claimant First Name (if applicable) | M.I. | Last Name | | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 2510 Van Buren Pkwy. | | |
|---|---|---|
| Address 1 | | Address 2 |
| Cape Coral | FL | 33993 |
| City | State | Zip Code |

Is the Property residential or commercial? <u>Residential</u>

| Name of Person Completing this Form: | Larry & Rosalee | | Walls | |
|---|---|---|---|---|
| | First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| ▆▆▆▆▆▆▆▆ | | |
|---|---|---|
| Address 1 | | Address 2 |
| ▆▆▆▆▆ | ▆ | ▆▆▆ |
| City | State | Zip Code |

Phone Number of Person Completing This Form: ▆▆▆▆▆▆▆

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: <u>9/1/2006</u>

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: //2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes    ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 8/2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

V1                                          2

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 171 of 184
Case 2:11-cv-22408-KDE-MBN Document 29-19 Entered on FLSD Docket 05/13/2019 Page 4 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☒ Yes   ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 7/18/2014

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes   ☒ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes   ☒ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes   ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes   ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:
Date of filing:     //
Docket No.:
Present Status:

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 172 of 184
Case 2:11-cv-22408-MBC-EEF Document 2-9 10-9 Entered on FLSD Docket 05/13/2019 Page 5 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☒ Yes   ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

| | |
|---|---|
| Foreclosure or Short Sale? | Foreclosure |
| Lender's name: | Duetsche Bank National Trust Company |
| Loan Number: | ▮▮▮▮▮▮ |
| Original Loan/Mortgage Amount: | 285,500.00 |
| Date of Original Loan/Mortgage: | 6/14/2005 |
| At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: | 335,084.73 |
| Date of Foreclosure or Short Sale: | 7/18/2014 |
| Short Sale Price (if applicable): | NA |

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: /

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 173 of 184
Case 2:09-cv-22408-MGC Document 276-10 Entered on FLSD Docket 05/13/2019 Page 6 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

---

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

---

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph (s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

---

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | CDW Settlement Program |
| Amount of payments received: | $27,647.75 |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 2,411.11 |
| Source: | |
| Amount of payments received: | |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: %

Attach documents reflecting the total amount you received from the source(s).

---

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 88,640.96

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 350,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ TBD

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

Property was acquired in 2002.  Building on the property began in 2005 and completed in 2006 and that is when clients moved into the affected property.  CDW was discovered in 2009, clients moved out in 2010 to alternative living.  Home was foreclosed in 2014.

### Section IX. Verification of Supplemental Plaintiff Profile Form

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 175 of 184
Case 2:11-cv-22408-MSC EEF Document 178-19 Entered on FLSD Docket 05/13/2019 Page 8 of 9
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

12/10/2018

Claimant's signature                                                        Date signed

Name:        Larry and Rosalee Walls

Address:     ▬▬▬▬▬▬▬▬
             Address 1                                    Address 2

             ▬▬▬▬▬▬            ▬     ▬▬▬▬
             City                        State    Zip Code

Phone No.:   ▬▬▬▬▬▬▬

Email:       ▬▬▬▬▬▬▬▬

V1                                        7

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_Larry Walls & Rosalee Walls_                    12/10/2018
Claimant's signature                                    Date signed

Name:        Larry and Rosalee Walls

Address:     _____
             Address 1

             _____        ____    _____
             City                     State   Zip Code

Phone No.:   _____

Email:       _____.com

v1                                      8

# EXHIBIT C20

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 178 of 184
Case 1:11-cv-22408-MGC Document 298-20 Entered on FLSD Docket 05/13/2019 Page 2 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## SUPPLEMENTAL PLAINTIFF PROFILE FORM

> **For Internal Use Only**
>
> File No._____
>
> _____
>
> **Date Received:**
>
> _____

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1672 (S.D. Fl.);
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1395 (E.D. La.); and
Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 179 of 184
Case 2:11-cv-22408-MGC Document 278-20 Entered on FLSD Docket 05/13/2019 Page 3 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant:

| Marc | A | Wites | |
|------|------|------|------|
| First Name | M.I. | Last Name | Suffix |
| Jennifer | | Wites | |
| Co-Claimant First Name (if applicable) M.I. | | Last Name | Suffix |

Business/Entity Name (if applicable)

Address of Property in this Lawsuit ("Property"):

| 17625 Middlebrook Way | | | |
|------|------|------|------|
| Address 1 | | | Address 2 |
| Boca Raton | | FL | 33496 |
| City | | State | Zip Code |

Is the Property residential or commercial? Residential

Name of Person Completing this Form:

| Marc | A. | Wites | |
|------|------|------|------|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| | | | |
|------|------|------|------|
| Address 1 | | | Address 2 |
| | | | |
| City | | State | Zip Code |

Phone Number of Person Completing This Form: ███████████

---

## Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 6//2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: //

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes  ☒ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 7/2009

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 180 of 184
Case 2:11-cv-22408-MAC Document 179-00 Entered on FLSD Docket 05/13/2019 Page 4 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

> [blank box]

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?

☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes  ☒ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: //

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

## Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☒ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes  ☒ No

If No, go to Section IV. If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:     // _____

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 181 of 184
Case 2:14-cv-02404-MAC Document 1-26-20 Entered on FLSD Docket 05/18/2015 Page 5 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: _____

Date of Original Loan/Mortgage: // _____

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: _____

Date of Foreclosure or Short Sale: // _____

Short Sale Price (if applicable): _____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

## Section V. Already Remediated Property

Has the Property been partially or completely remediated? <u>Completely remediated</u>

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

June 2010 - February 2011

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): <u>B4 & After General Contractors</u>

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation, and the amount of work remaining to be remediated:

Not Applicable. The Property was fully remediated.

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

Total Amount is $297,266. $252,537 was the amount paid to the contractor.

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: <u>2/2011</u>

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 182 of 184
Case 2:11-cv-22408-MBN Document 298 Entered on FLSD Docket 05/18/2018 Page 6 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☒ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☒ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?

☒ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☒ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☒ Yes ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?
☒ Yes ☐ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

| | |
|---|---|
| Source: | CDW Settlement Program |
| Amount of payments received: | $35,467.95 |
| Source: | |
| Amount of payments received: | |
| Source: | GBI Holdback Payment |
| Amount of payments received: | 4381.65 |

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: <u>N/A</u>%

Attach documents reflecting the total amount you received from the source(s).

## Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ <u>36,931.00</u>

Case 2:09-md-02047-EEF-MBN Document 22380-52 Filed 12/02/19 Page 183 of 184
Case 2:11-cv-22408-MBC Document 208-00 Entered on FLSD Docket 05/13/0193 Page 7 of 8
Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 480,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ Unknown

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?
☐ Yes   ☒ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Date: _____

Change: _____

---

You may use the section below to provide additional information or comments.

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

## Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature                                                    3/19/18
                                                                       Date signed

Name:        Marc Wites / Jennifer Wites

Address:     17625 Middlebrook Way
             Address 1                          Address 2
             Boca Raton              FL         33496
             City                    State      Zip Code

Phone No.:   ▓▓▓▓▓▓▓▓▓▓▓▓▓

Email:       ▓▓▓▓▓▓▓▓▓▓▓▓▓