# EXHIBIT 42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.
_____/

## PLAINTIFFS' ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO ALL CLAIMANTS

Pursuant to by Fed. R. Civ. P. 26 and 33 and LR 26.1(g) and as required by Fed. R. Civ. P. 26(e), Plaintiffs hereby serve answers to interrogatories propounded by Defendants Taishan Gypsum Company, Ltd., Tai'an Taishan Plasterboard Company, Ltd., and BNBM PLC (collectively "Defendants") on January 17, 2019.

1.    State whether the under-air square footage identified in the PSC's Master Spreadsheet (filed with the Court as docket entry 54) is the same as the under-air square footage of your property at the time the Chinese Drywall was installed. If the two under-air square footages are not the same, provide the under-air square footage at the time the Chinese Drywall was installed in your property, and provide a brief explanation for the difference between that square footage and the square footage set forth in the Master Spreadsheet.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding under-air square footage that are different than what was previously produced to Defendants or filed with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

2. State whether the current owner(s) of your property is the same as the owner(s) listed in your most recently filed verified supplemental plaintiff profile form. If the current owner(s) of your property is not the same, provide the name of the current owner(s) and date of transfer.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding ownership that are different than what was previously produced to Defendants or filed with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

3. State whether there has been any change in the assignment of rights as reflected in the PSC's Master Spreadsheet (filed with the Court as docket entry 54). If any assignment of rights has occurred, identify all facts and circumstances that relate to the assignment, including identification of the person(s) who hold such rights and whether the assignment was completed in connection with a sale of the property.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding assignment of rights that are different than what was previously produced to Defendants or filed

with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

4. Identify all facts and circumstances that relate to your contention that BNBM PLC is responsible for drywall in the "Chinese Manufacturer #2 (purple stamp)" and/or "ProWall" Product Identification categories.

**ANSWER:** Plaintiffs will respond separately to this interrogatory on or before February 15, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 1, 2019, I caused the foregoing Answers to Defendants' First Set of Interrogatories to be served via email on the following:

Craig P. Kalil, Esquire
ABALLI MILNE KALIL P.A.
SunTrust International Center
1 SE 3rd Avenue, Suite 2250
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska, Esquire
Eric Matthew Hairston, Esquire
Andrew Davidson, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA  94105
Telephone: (415) 773-5700
Email: cvejnoska@orrick.com
          ehairston@orrick.com
          adavidson@orrick.com

James L. Stengel, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: jstengel@orrick.com

*Attorneys for Beijing New Building Materials Public Limited Company*

Enjolique D. Aytch, Esquire
AKERMAN LLP
Las Olas Centre II – Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: enjolique.aytch@akerman.com

Bernard Taylor, Esquire
Michael P. Kenny, Esquire
Christina Hull Eikhoff, Esquire
David Venderbush, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: bernard.taylor@alston.com
       mike.kenny@alston.com
       christy.eikhoff@alston.com
       david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:11-CV-22408-MGC

EDUARDO AND CARMEN AMORIN et al.,
individually, and on behalf of all others
similarly situated,

    Plaintiffs,

v.

TAISHAN GYPSUM CO., LTD. F/K/A SHANDONG
TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN
PLASTERBOARD CO., LTD., et al.,

    Defendants.

_____/

**PLAINTIFFS' ANSWERS TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO ALL CLAIMANTS**

Pursuant to by Fed. R. Civ. P. 26 and 33 and LR 26.1(g) and as required by Fed. R. Civ. P. 26(e), Plaintiffs hereby serve answers to request for production of documents propounded by Defendants Taishan Gypsum Company, Ltd., Tai'an Taishan Plasterboard Company, Ltd., and BNBM PLC (collectively "Defendants") on January 17, 2019.

    1.    If the under-air square footage identified in the PSC's Master Spreadsheet (filed with the Court as docket entry 54) is not the same as the under-air square footage of your property at the time the Chinese Drywall was installed, provide all documents not already produced that relate to the basis for the difference between the square footage set forth in the Master Spreadsheet and the under-air square footage at the time the Chinese Drywall was installed.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding under-air square footage that are different than what was previously produced to Defendants or filed with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

2. If the current owner(s) of your property is not the same as the owner(s) listed in your most recently filed verified supplemental plaintiff profile form, produce all documents not already produced that relate to the change in ownership.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding ownership that are different than what was previously produced to Defendants or filed with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

3. If there has been any change in the assignment of rights as reflected in the PSC's Master Spreadsheet (filed with the Court as docket entry 54), produce all documents not already produced that relate to the assignment of rights.

**ANSWER:** *See* Florida *Amorin* Claimant Discovery Spreadsheet produced February 1, 2019 (attached hereto). Responses of individual Plaintiffs regarding assignment of rights that are different than what was previously produced to Defendants or filed with the Court are highlighted in yellow. Supporting documentation for these changes has been uploaded to the BrownGreer Chinese Drywall portal.

4. Provide all documents that relate to your contention that BNBM PLC is responsible for drywall in the "Chinese Manufacturer #2 (purple stamp)" and/or

"ProWall" Product Identification categories.

**ANSWER:** Plaintiffs will respond separately to this request on or before February 15, 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 1, 2019, I caused the foregoing Answers to Defendants' First Request for Production of Documents to be served via email on the following:

Craig P. Kalil, Esquire
ABALLI MILNE KALIL P.A.
SunTrust International Center
1 SE 3rd Avenue, Suite 2250
Miami, FL 33131
Telephone: (305) 373-6600
Facsimile: (305) 373-7929
Email: ckalil@aballi.com

L. Christopher Vejnoska, Esquire
Eric Matthew Hairston, Esquire
Andrew Davidson, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
San Francisco, CA 94105
Telephone: (415) 773-5700
Email: cvejnoska@orrick.com
ehairston@orrick.com
adavidson@orrick.com

James L. Stengel, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Email: jstengel@orrick.com

*Attorneys for Beijing New Building Materials Public Limited Company*

Enjolique D. Aytch, Esquire
AKERMAN LLP
Las Olas Centre II – Suite 1600
350 E. Las Olas Boulevard
Ft. Lauderdale, FL 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: enjolique.aytch@akerman.com

Bernard Taylor, Esquire
Michael P. Kenny, Esquire
Christina Hull Eikhoff, Esquire
David Venderbush, Esquire
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: bernard.taylor@alston.com
　　　　mike.kenny@alston.com
　　　　christy.eikhoff@alston.com
　　　　david.venderbush@alston.com

*Counsel for Taishan Gypsum Co., Ltd.
and Tai'an Taishan Plasterboard Co., Ltd.*

　　　　　　　　　　　　　　　　　　/s/ Patrick S. Montoya, Esq.
　　　　　　　　　　　　　　　　　　Patrick Shanan Montoya
　　　　　　　　　　　　　　　　　　Fla. Bar No. 0524441
　　　　　　　　　　　　　　　　　　Email: Patrick@colson.com
　　　　　　　　　　　　　　　　　　Colson Hicks Eidson
　　　　　　　　　　　　　　　　　　255 Alhambra Circle, PH
　　　　　　　　　　　　　　　　　　Coral Gables, FL  33134-2351
　　　　　　　　　　　　　　　　　　Telephone:  (305) 476-7400
　　　　　　　　　　　　　　　　　　Facsimile:  (305) 476-7444
　　　　　　　　　　　　　　　　　　*Interim Lead Counsel for Plaintiffs*