**CO-COUNSEL AGREEMENT**
**CHINESE DRYWALL LITIGATION**

This will memorialize the agreement between William Brian Collins of Collins Law Firm and his affiliated counsel[1] (the "Collins Group") and Daniel K. Bryson of Lewis & Roberts, PLLC and his affiliated counsel[2] (the "Bryson Group") (collectively, the "Law Firms") to jointly represent owners of properties constructed with Chinese-manufactured drywall. ("Chinese Drywall") and prosecute class and individual litigation, in both state and federal courts.

**1. Purpose of the Representation**

The Collins Group has been retained to serve as legal counsel for numerous persons whose homes were constructed with Chinese Drywall. The Collins Group agrees to associate with the Bryson Group in this representation. The Bryson Group has developed significant expertise in all aspects of the Chinese Drywall litigation and its members are either court appointed co-chairs or members of various plaintiffs' committees in *In re: Chinese-Manufactured Drywall Products Litigation*, MDL No. 2047 (E.D. La.). In particular, Daniel K. Bryson serves Of Counsel to the Plaintiffs' Steering Committee ("PSC") and participates in all aspects of those meetings, and co-chairs the PSC's Discovery Deposition Committee, the Expert Science Committee, and is a member of the Trial Team. The Collins Group and the Bryson Group, through their respective member attorneys and their law firms, have agreed to jointly represent these individuals, and others who may be retained by the Collins Group in the future, in class and individual actions which have been or will be filed in state or federal courts.

\# It is understood that this agreement only applies to cases obtained in Alabama that were submitted to the Bryson Group for filing. WBC

**2. Filing in the MDL**

The Bryson Group will assist in the filing of all cases that the Collins Group seeks to file in the MDL. The Collins Group understands that time is of the essence and that the current deadline for filing against Knauf in the MDL is December 2, 2009 (although the actual complaint will not be filed until December 9, 2009). Although all members of the "Collins Group" will be listed as counsel on the Omni Complaint against Knauf, only Daniel K. Bryson will be listed in client lists submitted to Arnold Levin's office as requested by his office. It is anticipated that there will be other filings against other manufacturers of Chinese Drywall in the MDL, and perhaps subsequent collective complaints against Knauf. The Bryson group will receive 25% of any attorneys fees ultimately awarded to any client in the MDL only (The Bryson Group will have no rights to any fee awarded to any client in any State Court action.) The current cases applicable to this agreement are attached hereto as Exhibit A. This exhibit will be updated on an as requested basis but at least monthly as additional cases are acquired. The Bryson Group warrants that all filing and service fees associated with these clients shall be borne by the PSC, subject to reimbursement only upon settlement and award by the Court. Service fees shall include the cost of all inspections of homes or other properties required of clients of the Collins Group by the Court presiding over the MDL. All other expenses, including initial inspection fees, shall be borne by the Collins Group. However, to the extent allowed by the Court, the Bryson Group will attempt to obtain reimbursement for any other expense incurred by

1 H. Arthur Edge, III; Kenneth Edward Sexton, II

2 Gary E. Mason of Mason LLP ("TMLF"), Joel R. Rhine of Lea, Rhine & Rosbrugh, Christopher L. Coffin of Pendley, Baudin & Coffin, LLP ("PBC") and Stephen W. Mullins of Luckey & Mullins.



EXHIBIT A

the Collins Group for cases in the MDL. Further, the Bryson Group anticipates that the PSC will continue to pay for all expenses related to the continued prosecution of any case in the MDL as it relates to any foreign manufacturer of the drywall. To the extent this is not the case, the Bryson Group will advance those expenses subject to approved reimbursement from the Court in any settlement or subsequent recovery. The Collins Group agrees to not assign any potential recovery from the MDL in any potential settlement in any other action without clearly indicating that the Bryson Group's fee portion of the MDL award, if any, will be deducted from said settlement. Finally, the Collins Group agrees to execute any supplemental agreement as necessary to effectuate the terms of this agreement if required by any applicable rules of ethics or professional conduct.

**3. MDL Participation**

The Collins Group desires to participate in the MDL through committee work and application for common benefit time. Dan Bryson will assist the Collins Group in joining MDL committees. The Collins Group is hereby advised that the PSC requires a payment of $10,000 per committee member, payable by the Collins Group.

It is understood that attorneys of records in existing cases (those cases that have been previously filed in state court for construction defect issues) will also appear as counsel on the cases filed in the MDL.

**4. Consulting with Collins Group**

Daniel K. Bryson, or other members of the Bryson Group, will consult with the Collins Group on an as requested basis during the pendency of this agreement on all aspects of this litigation. Upon request, at least once per quarter, Bryson will travel to Birmingham to consult with the Collins Group. Also, Bryson will facilitate with either his staff, or through appropriate training and software as permitted by the PSC, the review of all documents produced by parties such as Interior Exterior.

**5. Decision–Making and Communication**

Counsel agree to keep each other informed about their work projects and additional case acquisition. Counsel agree to communicate by conference call or other agreed means in order to make key strategic decisions with regard to filings in the MDL. Counsel agrees to not settle any case in the MDL without the approval of all undersigned law firms.

**6. Additional Counsel**

Counsel recognize that for this litigation to be successful, it may be necessary to retain additional counsel. Any decision to enlist the assistance of additional counsel shall be made by decision of all Law Firms which are a signatory to this Agreement. Additional counsel shall execute a separate local counsel agreement. However, said additional counsel will not affect or change the terms of the agreement set forth herein.

**7. Dispute Resolution**

Alabama law shall apply to all disputes relating to the terms of this agreement. In the




EXHIBIT A

event of a dispute arising from this agreement, the Law Firms agree to submit the matter to confidential and binding arbitration utilizing rules promulgated by the American Arbitration Association ("AAA"). The parties agree to first try to select an unbiased arbitrator; however, if that effort fails, to file with the AAA. The hearing would be in Birmingham, Alabama.

8. **Confidentiality**

All undersigned Counsel agree to keep the terms of this agreement strictly confidential. Counsel also agree that all work product produced by any firm during the prosecution of the litigation will be considered privileged and confidential. Unless specifically authorized by counsel, no firm can use work product for the benefit of persons or entities, other than the clients, or in other litigation.

**SEEN AND AGREED:**

**FOR THE BRYSON GROUP:**

Date: 3/30/10

Daniel K. Bryson
LEWIS & ROBERTS, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, North Carolina 27612
(919) 981-0191 Phone
(919) 981-0431 Fax

Date: ____________

Stephen W. Mullins
LUCKEY & MULLINS
2016 Bienville Blvd.
Ocean Springs, Mississippi 39564
(228) 875-3175 Phone
(228) 872-4719 Fax

Date: ____________

Gary E. Mason
MASON LLP
1625 Massachusetts Ave., Ste. 605
Washington, DC 20036
(202) 429-2290 Phone
(202) 429-2294 Fax

Date: ____________

Joel R. Rhine
LEA, RHINE & ROSBRUGH, PLLC
314 Walnut St.
Wilmington, North Carolina 28401
(910) 772-9960 Phone



EXHIBIT A

(910) 772-9062 Fax

Date: ______________________

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden St.
Plaquemine, Louisiana 70765
(225) 687-6396 Phone
(888) 725-2477 Fax

**SEEN AND AGREED:**

**FOR THE COLLINS GROUP:**

Date: Sept 30, 2010

W. Brian Collins
Collins Law Firm
2021 Morris Ave., Ste. 200
Birmingham, Alabama 35203
(205) 324-1834 Phone
(205) 324-1846 Fax

Date: September 30, 2010

H. Arthur Edge, III
H. ARTHUR EDGE III, P.C.
2021 Morris Ave., Ste. 300
Birmingham, Alabama 35203
(205) 453-0322 or 3 Phone
(205) 453-0326 Fax

Date: ______________________

Kenneth Edward Sexton, II
GENTLE, TURNER & SEXTON
2-20th Street North, Ste. 1200
Birmingham, Alabama 35203
(205) 716-3000 Phone
(205) 716-3010 Fax

* It is understood and agreed that this agreement relates back to November 2009 when the parties originally executed. WBC 9/30/2010



EXHIBIT A

| Last Name | First Name | CDW - Property Address | City | State | Zip Code | Contact Office | PSC Complaint |
|---|---|---|---|---|---|---|---|
| Adams | Candance | 3061 Arbor Glen | Hoover | AL | 35244 | Collins | I |
| Adams | John and Bonnie | 2291 Abbeyglen Circle | Hoover | AL | 35226 | Collins | IC |
| Allison | Tim and Susan | 704 Cahaba Manor Drive | Pelham | AL | 35124 | Collins | III, IB |
| Appling | James and Gwendolyn | 5379 Quail Ridge Road | Gardendale | AL | 35071 | Collins | IA |
| Arnold | Mike and Nicole | 9413 Brighton Avenue | Elberta | AL | 36530 | Collins | IIIA, VII |
| Ball | Jeffery | 205 12th Street | Pleasant Grove | AL | 35127 | Collins | IX |
| Ballard | James Monty and Suzanne | 101 Linden Lane | Birmingham | AL | 35242 | Collins | I |
| Bell | Marvaleen | 4720 Terrace | Birmingham | AL | 35208 | Collins | III, VII |
| Bennett | Stephen and Jennifer | 812 Boulder Lake Court | Birmingham | AL | 35242 | Collins | IV |
| Bennett | James and Glenda | 1032 N. Shiloh Road | Hartford | AL | 36344 | Collins | IIIA |
| Bennett | Andrew | 100 Jewel Circle | Bessemer | AL | 35022 | Collins | IIIA, VII |
| Bicehouse | Daniel and Tracy | 1021 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Blackburn | Benton and Amy | 2076 Mohecan Drive | Waverly | AL | 36879 | Collins | IIC |
| Boglin | Richard and Regina | 2028 Pratt Highway | Birmingham | AL | 35214 | Collins | III, VII |
| Bolle | Jonathan and Raeanna | 3014 Washington Circle | Moody | AL | 35004 | Collins | IV |
| Bond | Arthur and Marilyn | 2372 Arbor Glen | Hoover | AL | 35226 | Collins | I |
| Bonifacius | April | 1229 Glenstone Place | Moody | AL | 35004 | Collins | IB |
| Borklund | Stephen | 917 Alford Avenue | Hoover | AL | 35226 | Collins | IIC |
| Branch | Kenneth and Joyce | 112 Wild Timber Parkway | Pelham | AL | 35124 | Collins | IV |
| Brown | Larry | 2041 Hamilton Place | Birmingham | AL | 35215 | Collins | IC |
| Buckley | Brenda | 3253 Arbor Hill Trace | Hoover | AL | 35244 | Collins | I |
| Burson | Glenda | 2285 Bellevue Court | Hoover | AL | 35226 | Collins | IV |
| Burton | Lydell and Jenise | 4005 Wescott Circle | Moody | AL | 35004 | Collins | III |
| Campbell | Scott and Mary | 171 Silo Hill Road | Madison | AL | 35758 | Collins | IV |
| Carlin | Charles and Yvonne | 2395 Arbor Glen | Hoover | AL | 35244 | Collins | I |
| Cashion | William | 183 Cashion Avenue | Wetumpka | AL | 36092 | Collins | III, VII |
| Catron | James | 9440 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Caudle | Annie | 297 Seven Oaks Drive | Cook Springs | AL | 35052 | Collins | I |
| Chavous | George and Lorine | 2045 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Cissell | Darrin and Melissa | 392 Woodward Court | Birmingham | AL | 35242 | Collins | IV |
| Clark | Charles | 4337 Village Green Way | Birmingham | AL | 35226 | Collins | I |
| Clements | Christi | 225 Beech Street | Mountain Brook | AL | 35213 | Collins | IB |
| Conner | Cynthia | 2049 Hamilton Place | Birmingham | AL | 35215 | Collins | IV |
| Cook | William and Wendy | 2279 Abby Glen Circle | Birmingham | AL | 35226 | Collins | I |
| Cook | Thomas and Martha | 1080 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Cox | Thomas and Donnis | 105 Edgewater Lane | Chelsea | AL | 35043 | Collins | I |
| Cox | Jeffrey and Georgann | 2126 Chelsea Ridge Drive | Columbiana | AL | 35051 | Collins | IV |
| Crawford | Daniel and Sara | 105 Edgewater Lane | Chelsea | AL | 35043 | Collins | IV |
| Crow | Joshua and Melinda | 875 Lovejoy Road | Ashville | AL | 35953 | Collins | XV, XVI, XVII |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Daniel | William and Grace | 220 Wildtimber Parkway | Pelham | AL | 35124 | Collins | I |
| Davidson | Blake | 2081 Arbor Hill Parkway | Hoover | AL | 35244 | Collins | I |
| Davis | James William and Nancy | 1092 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| DeGruy | David | 531 Poinciana Drive | Homewood | AL | 35209 | Collins | IX |
| Demarais | William | 205 41st Street S | Birmingham | AL | 35222 | Collins | VII |
| Dennis | Jack and Sabrina | 301 Highland View Drive | Birmingham | AL | 35242 | Collins | I |
| Denton | Wade | 11151 Elysian Circle | Daphne | AL | 36526 | Collins | IA |
| Easley | Gail | 1012 Washington Court | Moody | AL | 35004 | Collins | IV |
| Edmonds | Johnny and Susan | 805 Boulder Lake Court | Birmingham | AL | 35242 | Collins | I |
| Elkins | Frank and Ruby Larue | 8601 Bradford Road | Pinson | AL | 35126 | Collins | IIIA |
| Elliott | Kevin and Mirela | 5337 Creekside Loop | Hoover | AL | 35244 | Collins | IV, IVC |
| Falls | Jameson | 852 Barkley Drive | Alabaster | AL | 35007 | Collins | III, VII |
| Fandetti | John and Maria | 2301 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| Fayyaz | Parveen | 2360 Arbor Glenn | Birmingham | AL | 35244 | Collins | IB, IC |
| Fincher | Randy and Becky | 126 County Road 129 | Bremen | AL | 35033 | Collins | I |
| Forbes | William and Mary | 100 Linden Lane | Birmingham | AL | 35242 | Collins | I |
| Foster | Van (1610) | 1610 13th Street N | Birmingham | AL | 35204 | Collins | II |
| Foster | Van (1514) | 1514 11th Street North | Birmingham | AL | 35204 | Collins | III, VII |
| Fowler | David and Martha | 1099 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Franks | Steven | 2134 Timberline Drive | Calera | AL | 35040 | Collins | IV |
| Freeland | Andrew and Emily | 2376 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Fuqua | Kelly | 1045 Little Sorrel Drive | Calera | AL | 35040 | Collins | I |
| Gargala | Chris and Susan | 120 Maple Trace | Hoover | AL | 35244 | Collins | IB, IC |
| Garvey | Thomas and Carley | 844 Barkley Drive | Alabaster | AL | 35007 | Collins | III |
| Gels | Daniel and Michelle | 2305 Bellevue Court | Birmingham | AL | 35226 | Collins | I |
| Gibbs | Michael and Eileen | 1095 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Gibson | Robert and Peggy | 494 County Road 800 | Calera | AL | 35040 | Collins | IX |
| Glasscox | Travis | 1441 Valley Grove Road | Remlar | AL | 35133 | Collins | VII |
| Gordon | Russell and Judy | 2340 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Gottlieb | David and Lindsey | 1025 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Griffiths | Lilly | 1283 Washington Drive | Moody | AL | 35004 | Collins | I |
| Grosfeld | Radolph and Donna | 715 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IV |
| Haire | Joseph and Jeanette | 132 Owens Road | Fort Mitchelle | AL | 36856 | Collins | XIII |
| Hamlin | Wayne | 2005 River Lake Drive | Birmingham | AL | 35244 | Collins | IIA |
| Haralson | Tommy and Sandra | 1036 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Harbor | Jim and Jennifer | 801 Boulder Lake Court | Vestavia Hills | AL | 35242 | Collins | I |
| Hardin | Peter and Lynn | 1431 South Trace | Hoover | AL | 35244 | Collins | IV |
| Harper | Matthew | 949 Golf Course Road | Pell City | AL | 35128 | Collins | XIII |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Harris | Angela | 2149 Timberline Drive | Calera | AL | 35040 | Collins | IV |
| Harris | James, Edward and Booker | 5401 7th Avenue North | Bessemer | AL | 35020 | Collins | IIC, III |
| Harrison | Neil and Julia | 16018 Innergrity Point Road, Unit #91 | Pensacola | FL | 32507 | Collins | IA |
| Hatcher | Cecil and Lena | 7400 Arabia Avenue | Birmingham | AL | 35224 | Collins | III, VII |
| Hawkins | Robert and Melissa | 1007 Taylors Circle | Moody | AL | 35004 | Collins | I |
| Hayes | Brian | 1031 Maryanna Road | Calera | AL | 35040 | Collins | I |
| Head | Clinton and Ashley | 992 Carrington Drive | Mt. Olive | AL | 35117 | Collins | XIII |
| Helm | Brandon and Melina | 802 Jackson Trace Circle | Morris | AL | 35116 | Collins | I |
| Henke | Christopher and Laurie | 155 Silo Hill Road | Madison | AL | 35758 | Collins | IV |
| Hensley | Donna | 5387 Quail Ridge Road | Gardendale | AL | 35071 | Collins | I, XV, XVI, XVII |
| Hicks | Stephen and Anne | 4291 Boulder Lake Circle | Vestavia Hills | AL | 35242 | Collins | IB |
| Hill | Chris | 2037 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Hill | Leonard and Luverdia | 2708 20th Avenue | Birmingham | AL | 35239 | Collins | IX |
| Hodo / Simpson | Mary / Jesse and Melinda | 4941 Zoba Circle | Birmingham | AL | 35235 | Collins | IIIA, VII |
| Hoit | Charles and Leta | 1129 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Hontzas | Betty | 3066 Arbor Bend | Birmingham | AL | 35244 | Collins | I |
| Hopkins | Terrell and Raeshonda | 2025 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Horton | Jamie and Kimberly | 1020 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Howard | James and Ann | 9444 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Hubbard | Shane and Elizabeth | 1728 Mayfair Drive | Birmingham | AL | 35209 | Collins | IV |
| Ingram | Jessee and Juanita | 9439 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Jackson | Steve and Pam | 406 Miles Drive | Bessemer | AL | 35023 | Collins | I |
| James | Anthony and Erica | 174 Silo Hill road | Madison | AL | 35758 | Collins | IA |
| Johnson | George and Millicent | 1129 Springhill Lane | Birmingham | AL | 35242 | Collins | I |
| Johnson | Fred and Sylvia | 3200 Heathrow Downs | Birmingham | AL | 35228 | Collins | III, IIC |
| Jones | Steven and Jessica | 1054 Little Sorrel Drive | Calera | AL | 35040 | Collins | I |
| Jones | Reginald and Winfred | 1040 Seminole Place | Calera | AL | 35040 | Collins | IA, IC |
| Jones | Roy and Carol | 2135 Chelsea Ridge Drive | Columbiana | AL | 35051 | Collins | I |
| Jones | Starla | 149 Farmingdale Drive | Harpersville | AL | 35078 | Collins | IV |
| Jones | Christopher | 5527 13th Avenue S | Birmingham | AL | 35222 | Collins | IX |
| Katherine Dutten Wallace Trust | | 3086 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Kelley | Sharon | 1412 Sutherland Place | Birmingham | AL | 35242 | Collins | IV, IVC |
| Kellogg | James and Donna | 1140 Hardwood Cove Road | Birmingham | AL | 35242 | Collins | IA |
| Kelly | Clarke and Kathy | 2289 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| King | Robert | 294 Grand View Parkway | Maylene | AL | 35114 | Collins | IX |
| Kynard | Horace and Kimberly | 2371 Bellevue Terrace | Hoover | AL | 35226 | Collins | I |

EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ladd | Keith and Brantley | 705 Small Lake Drive | Odenville | AL | 35120 | Collins | IV |
| Lee | Tamanika | 3423 Jeanne Lane | Hueytown | AL | 35023 | Collins | IV |
| Lescarini | Richard and Shannon | 860 Barkley Drive | Alabaster | AL | 35007 | Collins | III |
| Lewis | Leonard | 6201 Eastern Valley Road | McCalla | AL | 35111 | Collins | III, VII |
| Lewis | Judith | 940-46th Street Easley | Birmingham | AL | 35208 | Collins | VII |
| Limbach | Richard | 2396 Arbor Glenn | Hoover | AL | 35244 | Collins | I, IC |
| Magnolia Holiness Church | | 426 3112 John-Johnson Road | McIntosh | AL | 36553 | Collins | IIC |
| Marable | Kimberly | 2060 Hamilton Place | Birmingham | AL | 35215 | Collins | III |
| Marino | Teresa | 113 Emily Circle | Birmingham | AL | 35242 | Collins | III |
| McCool | Michael and Gabrielle | 203 Bedford Lane | Calera | AL | 35040 | Collins | III |
| McKee | Maria | 117 Emily Circle | Birmingham | AL | 35242 | Collins | III |
| McMillan | William and Maleah | 3089 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Melton / Jackson | Carolyn / Ivory | 340B 13th Avenue North | Birmingham | AL | 35234 | Collins | III, IIC |
| Merrill | Carrie | 931 Timberline Circle | Calera | AL | 35040 | Collins | IV |
| Methany | K. Brance and Julie | 4337 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | IV |
| Mitchell | Kenneth | 10 Acton Loop Road | Moody | AL | 35004 | Collins | IA |
| Moon | Daniel and Marva | 2012 Grove Parkway | Birmingham | AL | | Collins | III |
| Moore | Jerry and Rhonda | 2001 US Hwy 411 | Springville | AL | | Collins | III, IIC |
| Moore | Johnny and Brenda | 1464 Edward Street | Dolomite | AL | 35061 | Collins | IX |
| Moore | John and Debra | 1568 Pleasant Grove | Dolomite | AL | 35061 | Collins | IX |
| Moses | Claudia | 101 Spotted Fawn Road | Madison | AL | 35758 | Collins | IV |
| Moulin | William and JoAnn | 1096 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Mt. Joy Baptist Church | | 5640 Smith Lake Dam Road | Jasper | AL | 35504 | Collins | IIC |
| Nearing | Wayne and Virginia | 1025 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Neel | Kevin and Stacy | 12106 Danny Drive | McCalla | AL | 35111 | Collins | I |
| Nguyen | Tach and Minhthu | 2391 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Nguyen / Luong | Katie / Khanal | 1136 Dunnavant Place | Birmingham | AL | 35242 | Collins | IV |
| Nichols | Barrett and Linda | 2364 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Nichols | John and Pamela | 1104 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Otter | Keith and Melanie | 331 Stonegate Drive | Birmingham | AL | 35242 | Collins | IB, IC |
| Parker | Jason | 1499 Hwy 57 | Vincnet AL | | 35178 | Collins | IX |
| Patel | Mayur | 2400 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Patterson | Shawn and Yvonne | 1233 Glenstone Place | Moody | AL | 35004 | Collins | I |
| Patton | Kevin and Laura | 129 Chsaha Trial | Childersburg | AL | 35044 | Collins | VII |
| Peace | Daniel and Sharon | 1100 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Penala | Sadanandam and Neeraja | 2364 Chalybe Trail | Hoover | AL | 35226 | Collins | I |
| Perez | Edgar | 1256 Glenstone Place | Moody | AL | 35004 | Collins | I |
| Pesseackey | James and Phyllis | 3011 Kelly Creek Avenue | Moody | AL | 35004 | Collins | III |
| Pitman | Terry and Sharon | 5354 Meadow Brook Road | Birmingham | AL | 35242 | Collins | III |



| Poggio | James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33987 | Collins | IX |
|---|---|---|---|---|---|---|---|
| Prestridge | John | 12535 Maddox Road | Chunchula | AL | 36521 | Collins | IX |
| Purter | Charles and Nicole | 2293 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| Ramsey | Keith | 2000 Hamilton Place | Birmingham | AL | 35215 | Collins | IA |
| Ranelli | Frank and Rosalind | 2412 Arbor Glen | Birmingham | AL | 35244 | Collins | I |
| Rattler | Tara | 1000 Mason Circle | Odenville | AL | 35120 | Collins | III |
| Reed | Randy and Sheri | 494 Cedar Creek Road | Odenville | AL | 35120 | Collins | III, VII |
| Reed | Cory Ike and Angelyn | 32 Ike & Ang Road | McIntosh | AL | 36553 | Collins | VII |
| Reeves | Carrie | 4926 Paradise Lake Circle | Birmingham | AL | 35244 | Collins | III, VII, IIC |
| Rice | James and Leigh | 723 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IV |
| Rice | James and Heather | 17062 Equestrian Lane | Fairhope | AL | 36532 | Collins | IA, IC |
| Robinson | Linda | 1272 Washington Drive | Moody | AL | 35004 | Collins | I |
| Rodriguez | Otonier and Margarita | 14141 Whittier Lane | Port Charlotte | FL | 33987 | Collins | IX |
| Rogers | Vanessa | 100 Farmingdale Drive | Harpersville | AL | 35078 | Collins | IV |
| Roll | Patrick and Jane | 2000 Mountain View Road | Birmingham | AL | 35210 | Collins | I |
| Rosso | Victoria | 3027 Longmaid Avenue SE | Palm Bay | FL | 32909 | Collins | IX |
| Sanford | Robert and Melanie | 5813 Chestnut Trace | Hoover | AL | 35244 | Collins | IV |
| Sanford / Matheos | Eleni / Konstantina | 16076 Innergrity Point Road, Unit #41 | Pensacola | FL | 22507 | Collins | IA |
| Sargent | Judith | 3070 Arbor Bend | Hoover | AL | 35224 | Collins | I |
| Seifert | Charles and Lois | 145 Farmingdale Drive | Harpersville | AL | 35078 | Collins | I |
| Seratt | Douglas and Bernice | 213 Shore Front Lane | Wilsonville | AL | 35186 | Collins | III, IIC |
| Seymore | Melvin and Danny | 86 Legenda Lane | Arley | AL | 35541 | Collins | II |
| Sharit | Juanita | 1262 Washington Drive | Moody | AL | 35004 | Collins | I |
| Shirley | Michael and Milisa | 1287 Sierra Court | Gardendale | AL | 35071 | Collins | III |
| Shultz | James and Jennifer | 1005 Taylors Circle | Moody | AL | 35004 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #1 | Odenville | AL | 35120 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #2 | Odenville | AL | 35120 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #3 | Odenville | AL | 35120 | Collins | I |
| Somma | Joseph | 4739 Quarter Staff Road | Birmingham | AL | 35223 | Collins | III, IIC |
| Spink-Farmer | Dr. Carol | 2375 Arbor Glen | Hoover | AL | 35244 | Collins | I, IC |
| Spivey | Sharon | 2029 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Stamps | Reginald | 200 Kimulga Road | Childersburg | AL | 35044 | Collins | III |
| Stanley Michael | | 1755 Hickory Valley Road | Trussville | AL | 35173 | Collins | IA |
| Storie | Phillip and Beth | 201 Courtside Drive | Birmingham | AL | 35242 | Collins | IV |
| Summer | Sam | 4364 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | IV |
| Summers | Tyson and Beth | 2355 Chalybe Trail | Hoover | AL | 35244 | Collins | IA |
| Sumner | David and Amy | 1078 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Sutherland | Heath and Holly | 3608 Morgans Run Parkway | Bessemer | AL | 35022 | Collins | IB, IC |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tarver | Theodore and Cynthia | 1016 Woodbrook Road | Birmingham | AL | 35215 | Collins | III, VII |
| Thompson | Frank | 320 Hillstone Drive | Pell City | AL | 35125 | Collins | IA |
| Thrower | Christopher | 541 Ledbetter Road | Munford | AL | 36268 | Collins | III, VII |
| Tillery | Robert and Nancy | 1012 Highland Park Place | Birmingham | AL | 35242 | Collins | I |
| Tombrello | James and Deborah | 753 Valleyview Road | Pelham | AL | 35214 | Collins | III |
| Torbet | Chris | 1278 Easterwood Blvd. | Gardendale | AL | 35071 | Collins | I, IC |
| Ung / Cai | Kim / Xiao | 9527 Dornock Lane | Foley | AL | 36535 | Collins | IA |
| Veal | David and Mary | 2284 Bellevue Court | Hoover | AL | 35226 | Collins | IC, III |
| Velazques | Andrew and Romney | 4361 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | I |
| Visionary Ministry | | 1829 Darmouth Avenue | Bessemer | AL | 35020 | Collins | IX |
| Waite | Darrell and Shawnda | 2208 Rushton Lane | Moody | AL | 35004 | Collins | III |
| Walker | Steve | 184 Red Bag Drive | Maylene | AL | 35114 | Collins | Knauf |
| Wallace | Stephen and Jeanie | 3074 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Walters | Charles and Suzanne | 2380 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Weaver | Mary | 1403 Lovelady Lane | Lawley | AL | 36793 | Collins | VII |
| Westphal / Donnelly | Carrie / Paul | 245 Courtside Drive | Birmingham | AL | 35242 | Collins | I |
| White | Charles and JoAnn | 94 Hegsletts Road | Childersburg | AL | 35044 | Collins | IX |
| Williams | Alicia | 1001 Seminole Place | Birmingham | AL | 35040 | Collins | IV, IVC |
| Williamson | Chris and Nicole | 712 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IC, IV |
| Wong | Karen | 2336 Arbor Glenn | Hoover | AL | 35244 | Collins | IA |
| Wormly | Michael and paturina | 765 Ridgefield Way | Odenville | AL | 35120 | Collins | IV |
| Wylie | Patrick and Kim | 821 Vanessa Lane | Trussville | AL | 35173 | Collins | IV, IVC |
| Yokers | Stephanie DeAnn | 1322 Railroad Drive | Hayden | AL | 35079 | Collins | IIC |

EXHIBIT A