**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED )
   DRYWALL PRODUCTS   )  MDL NO. 2047
   LIABILITY LITIGATION  )
            )
THIS DOCUMENT RELATES TO: )  SECTION: L
            )
ALL CASES        )  JUDGE FALLON
            )
            )  MAG. JUDGE WILKINSON
_____)

## AFFIDAVIT OF DANIEL K. BRYSON

1. I am a licensed attorney in North Carolina, Kentucky and Georgia. I have been licensed in North Carolina since 1988. I am a founding partner with the law firm of Whitfield Bryson & Mason LLP with offices in Raleigh, North Carolina, Washington DC, Madisonville Kentucky and Nashville Tennessee.

2. I have spent the vast majority of my career representing owners in property damage or construction related disputes and defective products throughout the United States.

3. Because of my background, the Court appointed me to be a member of the Plaintiff's Steering Committee in MDL 2047 In Re: Chinese Manufactured Drywall Products Litigation.

4. Because of my experience in defective construction products, there were several firms that desired to enter into co-counsel agreements not only with my firm, but other firms that I had entered into co-counsel arrangements with. In that regard, Brian Collins, Art Edge and Eddie Sexton- attorneys in Alabama entered into a co-counsel agreement with me and some other firms. A true and accurate copy of the agreement is attached hereto as Exhibit A (the "agreement"). The agreement refers to the "Bryson Group," and the "Collins Group." It provides that the Bryson Group is to receive "25% of any attorneys fees ultimately awarded to any client in the MDL only…" against Knauf.

5. Thereafter, the Bryson Group complied with the terms of the agreement which were straightforward; namely assist the Collins Group in getting cases filed into the MDL, attempt to obtain common benefit work for them, and keep them apprised of the status of the case.

6. I assigned a senior paralegal, Amanda Mkamanga, with my firm to assist the Collins Group in that regard. She and another paralegal traveled to Birmingham when the case arose and helped organize and sign up dozens of clients. Thereafter, over the years, Ms.

1

EXHIBIT B

Mkamanga diligently provided information about these cases to the PSC, Brown Greer, and as requested by the Court. Her affidavit details her efforts over the years. She worked at my direction and we frequently spoke about what she was doing to comply with all Collins Group cases. She was supported by other paralegals and employees of the firm.

7. I made efforts to obtain common benefit work for the Collins Group by talking to the PSC leadership about the need for Alabama specific research. However, that was ultimately out of my hands and there was no requirement under the agreement that the Collins Group obtain common benefit work.

8. During the fee determinations before this Court, this agreement was provided to the PSC. Attached as Exhibit B is a copy of the joint Bryson Group/Collins Group cases which was provided to me by Brown Greer. In addition, attached as Exhibit C is a copy of an affidavit filed with the Court by Brian Collins indicating that he was "involved in the litigation for approximately 242 Knauf Chinese Drywall cases," and in a footnote 1 indicated "117 cases were filed through the law firm of Whitfield Bryson & Mason, LLP."

9. Attached hereto as Exhibits D through G are true and accurate copies of a sampling of emails indicating normal interactions with the Collins Group over the years as the cases were handled. I spoke, texted, emailed, or met in person with Mr. Collins many times over the years about the status of the MDL and general progress of the litigation. Mr. Collins expressly told me on several occasions to only communicate with him.

10. At some point, it became my understanding that Brian Collins associate David Horsley, left Mr. Collins' firm and began practicing with Art Edge, who is also a signatory to the co-counsel agreement. I do not know when that occurred. In a letter dated July 8, 2016, almost three years after the co-counsel agreement was executed, Art Edge sent me a letter purportedly on behalf of the "Collins Group." A copy of the letter is attached as Exhibit H. It stated that the Bryson Group had failed to "fulfill its obligations under the agreement," and that "after the initial filing of the claims in the MDL, the Bryson Group contributed nothing further to the litigation of these claims other than an occasional request of the Collins Group for client documentation." This assertion is incorrect. The co-counsel agreement specifically provides that "[t]he Bryson Group will assist in the filing of all cases that the Collins Group seeks to file in the MDL." It is beyond dispute that the Bryson Group complied with this requirement. In addition, the Collins Group was adamant that the Bryson Group have NO contact with any of the clients. All contact was through the Collins Group. *See* Affidavit of Amanda Mkamanga, ¶ 8 (Dec. 2, 2019). The Bryson Group complied with every request from the Collins Group for assistance, and as required by the PSC, the Court, or Brown Greer.

11. I responded to Mr. Edge's letter in a letter dated July 26, 2016. This letter is attached as Exhibit I and sets out in greater detail how we complied with the agreement. I received no response to this letter.

**EXHIBIT B**

12. In an email dated January 31, 2018, almost eight years after the agreement was executed, Mr. Collins stated, "[w]e signed the agreement with you and I intend on honoring the agreement." A true and accurate copy of this email is attached as Exhibit J.

13. In another email dated January 31, 2018, it became apparent to me that Mr. Collins was in a dispute with Mr. Horsley and Mr. Edge regarding the cases. It is my understanding that the dispute on how the attorney fees will be split between these now competing groups has not been resolved. A true and accurate copy of this email is attached as Exhibit K.

14. In summary, the Bryson Group complied with the terms of the agreement and respectfully asks the Court to enter an order and award the agreed upon percentage of 25% with interest, and the fees and costs associated with having to pursue this matter.

This the 2nd day of December, 2019.

By: _____
Daniel K. Bryson

Sworn to and subscribed before me
this 2nd day of December, 2019.

_____          May 14, 2023
Notary Public                                  My Commission Expires

JORDON CROWE
My Commission Expires
NOTARY
PUBLIC
May 14, 2023
WAKE COUNTY, NC

3

EXHIBIT B

## CO-COUNSEL AGREEMENT
## CHINESE DRYWALL LITIGATION

This will memorialize the agreement between William Brian Collins of Collins Law Firm and his affiliated counsel[1] (the "Collins Group") and Daniel K. Bryson of Lewis & Roberts, PLLC and his affiliated counsel[2] (the "Bryson Group")  (collectively, the "Law Firms") to jointly represent owners of properties constructed with Chinese-manufactured drywall ("Chinese Drywall")  and prosecute class and individual litigation, in both state and federal courts.

### 1.    Purpose of the Representation

The Collins Group has been retained to serve as legal counsel for numerous persons whose homes were constructed with Chinese Drywall. The Collins Group agrees to associate with the Bryson Group in this representation.  The Bryson Group has developed significant expertise in all aspects of the Chinese Drywall litigation and its members are either court appointed co-chairs or members of various plaintiffs' committees in *In re: Chinese-Manufactured Drywall Products Litigation*, MDL No. 2047 (E.D. La.).  In particular, Daniel K. Bryson serves Of Counsel to the Plaintiffs' Steering Committee ("PSC") and participates in all aspects of those meetings, and co-chairs the PSC's Discovery Deposition Committee, the Expert Science Committee, and is a member of the Trial Team.  The Collins Group and the Bryson Group, through their respective member attorneys and their law firms, have agreed to jointly represent these individuals, and others who may be retained by the Collins Group in the future, in class and individual actions which have been or will be filed in state or federal courts.

*# It is understood that this agreement only applies to cases obtained in Alabama that were submitted to the Bryson Group for filing. WBC*

### 2.    Filing in the MDL

The Bryson Group will assist in the filing of all cases that the Collins Group seeks to file in the MDL. The Collins Group understands that time is of the essence and that the current deadline for filing against Knauf in the MDL is December 2, 2009 (although the actual complaint will not be filed until December 9, 2009). Although all members of the "Collins Group" will be listed as counsel on the Omni Complaint against Knauf, only Daniel K. Bryson will be listed in client lists submitted to Arnold Levin's office as requested by his office.  It is anticipated that there will be other filings against other manufacturers of Chinese Drywall in the MDL, and perhaps subsequent collective complaints against Knauf. The Bryson group will receive 25% of any attorneys fees ultimately awarded to any client in the MDL only (The Bryson Group will have no rights to any fee awarded to any client in any State Court action.) The current cases applicable to this agreement are attached hereto as Exhibit A. This exhibit will be updated on an as requested basis but at least monthly as additional cases are acquired. The Bryson Group warrants that all filing and service fees associated with these clients shall be borne by the PSC, subject to reimbursement only upon settlement and award by the Court. Service fees shall include the cost of all inspections of homes or other properties required of clients of the Collins Group by the Court presiding over the MDL. All other expenses, including initial inspection fees, shall be borne by the Collins Group.  However, to the extent allowed by the Court, the Bryson Group will attempt to obtain reimbursement for any other expense incurred by

---

1 H. Arthur Edge, III; Kenneth Edward Sexton, II

2 Gary E. Mason of Mason LLP ("TMLF"), Joel R. Rhine of Lea, Rhine & Rosbrugh, Christopher L. Coffin of Pendley, Baudin & Coffin, LLP ("PBC") and Stephen W. Mullins of Luckey & Mullins.

**EXHIBIT B**

**EXHIBIT A**

the Collins Group for cases in the MDL. Further, the Bryson Group anticipates that the PSC will continue to pay for all expenses related to the continued prosecution of any case in the MDL as it relates to any foreign manufacturer of the drywall. To the extent this is not the case, the Bryson Group will advance those expenses subject to approved reimbursement from the Court in any settlement or subsequent recovery. The Collins Group agrees to not assign any potential recovery from the MDL in any potential settlement in any other action without clearly indicating that the Bryson Group's fee portion of the MDL award, if any, will be deducted from said settlement. Finally, the Collins Group agrees to execute any supplemental agreement as necessary to effectuate the terms of this agreement if required by any applicable rules of ethics or professional conduct.

### 3.     MDL Participation

The Collins Group desires to participate in the MDL through committee work and application for common benefit time. Dan Bryson will assist the Collins Group in joining MDL committees. The Collins Group is hereby advised that the PSC requires a payment of $10,000 per committee member, payable by the Collins Group.

It is understood that attorneys of records in existing cases (those cases that have been previously filed in state court for construction defect issues) will also appear as counsel on the cases filed in the MDL.

### 4.     Consulting with Collins Group

Daniel K. Bryson, or other members of the Bryson Group, will consult with the Collins Group on an as requested basis during the pendency of this agreement on all aspects of this litigation. Upon request, at least once per quarter, Bryson will travel to Birmingham to consult with the Collins Group. Also, Bryson will facilitate with either his staff, or through appropriate training and software as permitted by the PSC, the review of all documents produced by parties such as Interior Exterior.

### 5.     Decision–Making and Communication

Counsel agree to keep each other informed about their work projects and additional case acquisition. Counsel agree to communicate by conference call or other agreed means in order to make key strategic decisions with regard to filings in the MDL. Counsel agrees to not settle any case in the MDL without the approval of all undersigned law firms.

### 6.     Additional Counsel

Counsel recognize that for this litigation to be successful, it may be necessary to retain additional counsel. Any decision to enlist the assistance of additional counsel shall be made by decision of all Law Firms which are a signatory to this Agreement. Additional counsel shall execute a separate local counsel agreement. However, said additional counsel will not affect or change the terms of the agreement set forth herein.

### 7.     Dispute Resolution

Alabama law shall apply to all disputes relating to the terms of this agreement. In the

**EXHIBIT B**

**EXHIBIT A**

event of a dispute arising from this agreement, the Law Firms agree to submit the matter to confidential and binding arbitration utilizing rules promulgated by the American Arbitration Association ("AAA"). The parties agree to first try to select an unbiased arbitrator; however, if that effort fails, to file with the AAA. The hearing would be in Birmingham, Alabama.

**8.     Confidentiality**

All undersigned Counsel agree to keep the terms of this agreement strictly confidential. Counsel also agree that all work product produced by any firm during the prosecution of the litigation will be considered privileged and confidential. Unless specifically authorized by counsel, no firm can use work product for the benefit of persons or entities, other than the clients, or in other litigation.

SEEN AND AGREED:                          FOR THE BRYSON GROUP:

Date:  3/30/10

Daniel K. Bryson
LEWIS & ROBERTS, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, North Carolina 27612
(919) 981-0191 Phone
(919) 981-0751 Fax

Date: _____

Stephen W. Mullins
LUCKEY & MULLINS
2016 Bienville Blvd.
Ocean Springs, Mississippi 39564
(228) 875-3175 Phone
(228) 872-4719 Fax

Date: _____

Gary E. Mason
MASON LLP
1625 Massachusetts Ave., Ste. 605
Washington, DC  20036
(202) 429-2290 Phone
(202) 429-2294 Fax

Date: _____

Joel R. Rhine
LEA, RHINE & ROSBRUGH, PLLC
314 Walnut St.
Wilmington, North Carolina 28401
(910) 772-9960 Phone

{00362284.DOC}

EXHIBIT B

EXHIBIT A

(910) 772-9062 Fax

Date: _____

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden St.
Plaquemine, Louisiana 70765
(225) 687-6396 Phone
(888) 725-2477 Fax


**SEEN AND AGREED:**

Date: Sept 30, 2010

**FOR THE COLLINS GROUP:**

W. Brian Collins
Collins Law Firm
2021 Morris Ave., Ste. 200
Birmingham, Alabama 35203
(205) 324-1834 Phone
(205) 324-1846 Fax


Date: September 30, 2010

H. Arthur Edge, III
H. ARTHUR EDGE III, P.C.
2021 Morris Ave., Ste. 300
Birmingham, Alabama 35203
(205) 453-0322 or 3 Phone
(205) 453-0326 Fax


Date: _____

Kenneth Edward Sexton, II
GENTLE, TURNER & SEXTON
2-20th Street North, Ste. 1200
Birmingham, Alabama 35203
(205) 716-3000 Phone
(205) 716-3010 Fax


*# It is understood and agreed that this agreement relates back to November 2009 when the parties originally executed. WBC 9/30/2010*

(00362284.DOC)

- 4 -

**EXHIBIT B**

**EXHIBIT A**

| Last Name | First Name | CDW - Property Address | City | State | Zip Code | Contact Office | PSC Complaint |
|---|---|---|---|---|---|---|---|
| Adams | Candance | 3061 Arbor Glen | Hoover | AL | 35244 | Collins | I |
| Adams | John and Bonnie | 2291 Abbeyglen Circle | Hoover | AL | 35226 | Collins | IC |
| Allison | Tim and Susan | 704 Cahaba Manor Drive | Pelham | AL | 35124 | Collins | III, IB |
| Appling | James and Gwendolyn | 5379 Quail Ridge Road | Gardendale | AL | 35071 | Collins | IA |
| Arnold | Mike and Nicole | 9413 Brighton Avenue | Elberta | AL | 36530 | Collins | IIIA, VII |
| Ball | Jeffery | 205 12th Street | Pleasant Grove | AL | 35127 | Collins | IX |
| Ballard | James Monty and Suzanne | 101 Linden Lane | Birmingham | AL | 35242 | Collins | I |
| Bell | Marvaleen | 4720 Terrace | Birmingham | AL | 35208 | Collins | III, VII |
| Bennett | Stephen and Jennifer | 812 Boulder Lake Court | Birmingham | AL | 35242 | Collins | IV |
| Bennett | James and Glenda | 1032 N. Shiloh Road | Hartford | AL | 36344 | Collins | IIIA |
| Bennett | Andrew | 100 Jewel Circle | Bessemer | AL | 35022 | Collins | IIIA, VII |
| Bicehouse | Daniel and Tracy | 1021 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Blackburn | Benton and Amy | 2076 Mohecan Drive | Waverly | AL | 36879 | Collins | IIC |
| Boglin | Richard and Regina | 2028 Pratt Highway | Birmingham | AL | 35214 | Collins | III, VII |
| Bolle | Jonathan and Raeanna | 3014 Washington Circle | Moody | AL | 35004 | Collins | IV |
| Bond | Arthur and Marilyn | 2372 Arbor Glen | Hoover | AL | 35226 | Collins | I |
| Bonifacius | April | 1229 Glenstone Place | Moody | AL | 35004 | Collins | IB |
| Borklund | Stephen | 917 Alford Avenue | Hoover | AL | 35226 | Collins | IIC |
| Branch | Kenneth and Joyce | 112 Wild Timber Parkway | Pelham | AL | 35124 | Collins | IV |
| Brown | Larry | 2041 Hamilton Place | Birmingham | AL | 35215 | Collins | IC |
| Buckley | Brenda | 3253 Arbor Hill Trace | Hoover | AL | 35244 | Collins | I |
| Burson | Glenda | 2285 Bellevue Court | Hoover | AL | 35226 | Collins | IV |
| Burton | Lydell and Jenise | 4005 Wescott Circle | Moody | AL | 35004 | Collins | III |
| Campbell | Scott and Mary | 171 Silo Hill Road | Madison | AL | 35758 | Collins | IV |
| Carlin | Charles and Yvonne | 2395 Arbor Glen | Hoover | AL | 35244 | Collins | I |
| Cashion | William | 183 Cashion Avenue | Wetumpka | AL | 36092 | Collins | III, VII |
| Catron | James | 9440 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Caudle | Annie | 297 Seven Oaks Drive | Cook Springs | AL | 35052 | Collins | I |
| Chavous | George and Lorine | 2045 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Cissell | Darrin and Melissa | 392 Woodward Court | Birmingham | AL | 35242 | Collins | IV |
| Clark | Charles | 4337 Village Green Way | Birmingham | AL | 35226 | Collins | I |
| Clements | Christi | 225 Beech Street | Mountain Brook | AL | 35213 | Collins | IB |
| Conner | Cynthia | 2049 Hamilton Place | Birmingham | AL | 35215 | Collins | IV |
| Cook | William and Wendy | 2279 Abby Glen Circle | Birmingham | AL | 35226 | Collins | I |
| Cook | Thomas and Martha | 1080 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Cox | Thomas and Donnis | 105 Edgewater Lane | Chelsea | AL | 35043 | Collins | I |
| Cox | Jeffrey and Georgann | 2126 Chelsea Ridge Drive | Columbiana | AL | 35051 | Collins | IV |
| Crawford | Daniel and Sara | 105 Edgewater Lane | Chelsea | AL | 35043 | Collins | IV |
| Crow | Joshua and Melinda | 875 Lovejoy Road | Ashville | AL | 35953 | Collins | XV, XVI, XXII |

EXHIBIT B

EXHIBIT A

| Daniel | William and Grace | 220 Wildtimber Parkway | Pelham | AL | 35124 | Collins | I |
| Davidson | Blake | 2081 Arbor Hill Parkway | Hoover | AL | 35244 | Collins | I |
| Davis | James William and Nancy | 1092 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| DeGruy | David | 531 Poinciana Drive | Homewood | AL | 35209 | Collins | IX |
| Demarais | William | 205 41st Street S | Birmingham | AL | 35222 | Collins | VII |
| Dennis | Jack and Sabrina | 301 Highland View Drive | Birmingham | AL | 35242 | Collins | I |
| Denton | Wade | 11151 Elysian Circle | Daphne | AL | 36526 | Collins | IA |
| Easley | Gail | 1012 Washington Court | Moody | AL | 35004 | Collins | IV |
| Edmonds | Johnny and Susan | 805 Boulder Lake Court | Birmingham | AL | 35242 | Collins | I |
| Elkins | Frank and Ruby Larue | 8601 Bradford Road | Pinson | AL | 35126 | Collins | IIIA |
| Elliott | Kevin and Mirela | 5337 Creekside Loop | Hoover | AL | 35244 | Collins | IV, IVC |
| Falls | Jameson | 852 Barkley Drive | Alabaster | AL | 35007 | Collins | III, VII |
| Fandetti | John and Maria | 2301 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| Fayyaz | Parveen | 2360 Arbor Glenn | Birmingham | AL | 35244 | Collins | IB, IC |
| Fincher | Randy and Becky | 126 County Road 129 | Bremen | AL | 35033 | Collins | I |
| Forbes | William and Mary | 100 Linden Lane | Birmingham | AL | 35242 | Collins | I |
| Foster | Van (1610) | 1610 13th Street N | Birmingham | AL | 35204 | Collins | II |
| Foster | Van (1514) | 1514 11th Street North | Birmingham | AL | 35204 | Collins | III, VII |
| Fowler | David and Martha | 1099 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Franks | Steven | 2134 Timberline Drive | Calera | AL | 35040 | Collins | IV |
| Freeland | Andrew and Emily | 2376 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Fuqua | Kelly | 1045 Little Sorrel Drive | Calera | AL | 35040 | Collins | I |
| Gargala | Chris and Susan | 120 Maple Trace | Hoover | AL | 35244 | Collins | IB, IC |
| Garvey | Thomas and Carley | 844 Barkley Drive | Alabaster | AL | 35007 | Collins | III |
| Gels | Daniel and Michelle | 2305 Bellevue Court | Birmingham | AL | 35226 | Collins | I |
| Gibbs | Michael and Eileen | 1095 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Gibson | Robert and Peggy | 494 County Road 800 | Calera | AL | 35040 | Collins | IX |
| Glasscox | Travis | 1441 Valley Grove Road | Remlar | AL | 35133 | Collins | VII |
| Gordon | Russell and Judy | 2340 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Gottlieb | David and Lindsey | 1025 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Griffiths | Lilly | 1283 Washington Drive | Moody | AL | 35004 | Collins | I |
| Grosfeld | Radolph and Donna | 715 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IV |
| Haire | Joseph and Jeanette | 132 Owens Road | Fort Mitchelle | AL | 36856 | Collins | XIII |
| Hamlin | Wayne | 2005 River Lake Drive | Birmingham | AL | 35244 | Collins | IIA |
| Haralson | Tommy and Sandra | 1036 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Harbor | Jim and Jennifer | 801 Boulder Lake Court | Vestavia Hills | AL | 35242 | Collins | I |
| Hardin | Peter and Lynn | 1431 South Trace | Hoover | AL | 35244 | Collins | IV |
| Harper | Matthew | 949 Golf Course Road | Pell City | AL | 35128 | Collins | XIII |

EXHIBIT B

EXHIBIT A

| Harris | Angela | 2149 Timberline Drive | Calera | AL | 35040 | Collins | IV |
| Harris | James, Edward and Booker | 5401 7th Avenue North | Bessemer | AL | 35020 | Collins | IIC, III |
| Harrison | Neil and Julia | 16018 Innergrity Point Road, Unit #91 | Pensacola | FL | 32507 | Collins | IA |
| Hatcher | Cecil and Lena | 7400 Arabia Avenue | Birmingham | AL | 35224 | Collins | III, VII |
| Hawkins | Robert and Melissa | 1007 Taylors Circle | Moody | AL | 35004 | Collins | I |
| Hayes | Brian | 1031 Maryanna Road | Calera | AL | 35040 | Collins | I |
| Head | Clinton and Ashley | 992 Carrington Drive | Mt. Olive | AL | 35117 | Collins | XIII |
| Helm | Brandon and Melina | 802 Jackson Trace Circle | Morris | AL | 35116 | Collins | I |
| Henke | Christopher and Laurie | 155 Silo Hill Road | Madison | AL | 35758 | Collins | IV |
| Hensley | Donna | 5387 Quail Ridge Road | Gardendale | AL | 35071 | Collins | I, XV, XVI, XVII |
| Hicks | Stephen and Anne | 4291 Boulder Lake Circle | Vestavia Hills | AL | 35242 | Collins | IB |
| Hill | Chris | 2037 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Hill | Leonard and Luverdia | 2708 20th Avenue | Birmingham | AL | 35239 | Collins | IX |
| Hodo / Simpson | Mary / Jesse and Melinda | 4941 Zoba Circle | Birmingham | AL | 35235 | Collins | IIIA, VII |
| Hoit | Charles and Leta | 1129 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Hontzas | Betty | 3066 Arbor Bend | Birmingham | AL | 35244 | Collins | I |
| Hopkins | Terrell and Raeshonda | 2025 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Horton | Jamie and Kimberly | 1020 Columbia Circle | Birmingham | AL | 35242 | Collins | I |
| Howard | James and Ann | 9444 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Hubbard | Shane and Elizabeth | 1728 Mayfair Drive | Birmingham | AL | 35209 | Collins | IV |
| Ingram | Jessee and Juanita | 9439 Ambrose Lane | Kimberly | AL | 35091 | Collins | IV |
| Jackson | Steve and Pam | 406 Miles Drive | Bessemer | AL | 35023 | Collins | I |
| James | Anthony and Erica | 174 Silo Hill road | Madison | AL | 35758 | Collins | IA |
| Johnson | George and Millicent | 1129 Springhill Lane | Birmingham | AL | 35242 | Collins | I |
| Johnson | Fred and Sylvia | 3200 Heathrow Downs | Birmingham | AL | 35228 | Collins | III, IIC |
| Jones | Steven and Jessica | 1054 Little Sorrel Drive | Calera | AL | 35040 | Collins | I |
| Jones | Reginald and Winfred | 1040 Seminole Place | Calera | AL | 35040 | Collins | IA, IC |
| Jones | Roy and Carol | 2135 Chelsea Ridge Drive | Columbiana | AL | 35051 | Collins | I |
| Jones | Starla | 149 Farmingdale Drive | Harpersville | AL | 35078 | Collins | IV |
| Jones | Christopher | 5527 13th Avenue S | Birmingham | AL | 35222 | Collins | IX |
| Katherine Dutten Wallace Trust | | 3086 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Kelley | Sharon | 1412 Sutherland Place | Birmingham | AL | 35242 | Collins | IV, IVC |
| Kellogg | James and Donna | 1140 Hardwood Cove Road | Birmingham | AL | 35242 | Collins | IA |
| Kelly | Clarke and Kathy | 2289 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| King | Robert | 294 Grand View Parkway | Maylene | AL | 35114 | Collins | IX |
| Kynard | Horace and Kimberly | 2371 Bellevue Terrace | Hoover | AL | 35226 | Collins | I |

**EXHIBIT B**

**EXHIBIT A**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Ladd | Keith and Brantley | 705 Small Lake Drive | Odenville | AL | 35120 | Collins | IV |
| Lee | Tamanika | 3423 Jeanne Lane | Hueytown | AL | 35023 | Collins | IV |
| Lescarini | Richard and Shannon | 860 Barkley Drive | Alabaster | AL | 35007 | Collins | III |
| Lewis | Leonard | 6201 Eastern Valley Road | McCalla | AL | 35111 | Collins | III, VII |
| Lewis | Judith | 940-46th Street Easley | Birmingham | AL | 35208 | Collins | VII |
| Limbach | Richard | 2396 Arbor Glenn | Hoover | AL | 35244 | Collins | I, IC |
| Magnolia Holiness Church | | 426 3112 John-Johnson Road | McIntosh | AL | 36553 | Collins | IIC |
| Marable | Kimberly | 2060 Hamilton Place | Birmingham | AL | 35215 | Collins | III |
| Marino | Teresa | 113 Emily Circle | Birmingham | AL | 35242 | Collins | III |
| McCool | Michael and Gabrielle | 203 Bedford Lane | Calera | AL | 35040 | Collins | III |
| McKee | Maria | 117 Emily Circle | Birmingham | AL | 35242 | Collins | III |
| McMillan | William and Maleah | 3089 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Melton / Jackson | Carolyn / Ivory | 340B 13th Avenue North | Birmingham | AL | 35234 | Collins | III, IIC |
| Merrill | Carrie | 931 Timberline Circle | Calera | AL | 35040 | Collins | IV |
| Methany | K. Brance and Julie | 4337 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | IV |
| Mitchell | Kenneth | 10 Acton Loop Road | Moody | AL | 35004 | Collins | IA |
| Moon | Daniel and Marva | 2012 Grove Parkway | Birmingham | AL | | Collins | III |
| Moore | Jerry and Rhonda | 2001 US Hwy 411 | Springville | AL | | Collins | III, IIC |
| Moore | Johnny and Brenda | 1464 Edward Street | Dolomite | AL | 35061 | Collins | IX |
| Moore | John and Debra | 1568 Pleasant Grove | Dolomite | AL | 35061 | Collins | IX |
| Moses | Claudia | 101 Spotted Fawn Road | Madison | AL | 35758 | Collins | IV |
| Moulin | William and JoAnn | 1096 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Mt. Joy Baptist Church | | 5640 Smith Lake Dam Road | Jasper | AL | 35504 | Collins | IIC |
| Nearing | Wayne and Virginia | 1025 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Neel | Kevin and Stacy | 12106 Danny Drive | McCalla | AL | 35111 | Collins | I |
| Nguyen | Tach and Minhthu | 2391 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Nguyen / Luong | Katie / Khanal | 1136 Dunnavant Place | Birmingham | AL | 35242 | Collins | IV |
| Nichols | Barrett and Linda | 2364 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Nichols | John and Pamela | 1104 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Otter | Keith and Melanie | 331 Stonegate Drive | Birmingham | AL | 35242 | Collins | IB, IC |
| Parker | Jason | 1499 Hwy 57 | Vincnet AL | | 35178 | Collins | IX |
| Patel | Mayur | 2400 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Patterson | Shawn and Yvonne | 1233 Glenstone Place | Moody | AL | 35004 | Collins | I |
| Patton | Kevin and Laura | 129 Chsaha Trial | Childersburg | AL | 35044 | Collins | VII |
| Peace | Daniel and Sharon | 1100 Dunnavant Place | Birmingham | AL | 35242 | Collins | I |
| Penala | Sadanandam and Neeraja | 2364 Chalybe Trail | Hoover | AL | 35226 | Collins | I |
| Perez | Edgar | 1256 Glenstone Place | Moody | AL | 35004 | Collins | I |
| Pesseackey | James and Phyllis | 3011 Kelly Creek Avenue | Moody | AL | 35004 | Collins | III |
| Pitman | Terry and Sharon | 5354 Meadow Brook Road | Birmingham | AL | 35242 | Collins | III |

EXHIBIT B

EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Poggio | James and Janice | 13409 Ainsworth Lane | Port Charlotte | FL | 33987 | Collins | IX |
| Prestridge | John | 12535 Maddox Road | Chunchula | AL | 36521 | Collins | IX |
| Purter | Charles and Nicole | 2293 Bellevue Court | Hoover | AL | 35226 | Collins | I |
| Ramsey | Keith | 2000 Hamilton Place | Birmingham | AL | 35215 | Collins | IA |
| Ranelli | Frank and Rosalind | 2412 Arbor Glen | Birmingham | AL | 35244 | Collins | I |
| Rattler | Tara | 1000 Mason Circle | Odenville | AL | 35120 | Collins | III |
| Reed | Randy and Sheri | 494 Cedar Creek Road | Odenville | AL | 35120 | Collins | III, VII |
| Reed | Cory Ike and Angelyn | 32 Ike & Ang Road | McIntosh | AL | 36553 | Collins | VII |
| Reeves | Carrie | 4926 Paradise Lake Circle | Birmingham | AL | 35244 | Collins | III, VII, IIC |
| Rice | James and Leigh | 723 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IV |
| Rice | James and Heather | 17062 Equestrian Lane | Fairhope | AL | 36532 | Collins | IA, IC |
| Robinson | Linda | 1272 Washington Drive | Moody | AL | 35004 | Collins | I |
| Rodriguez | Otonier and Margarita | 14141 Whittier Lane | Port Charlotte | FL | 33987 | Collins | IX |
| Rogers | Vanessa | 100 Farmingdale Drive | Harpersville | AL | 35078 | Collins | IV |
| Roll | Patrick and Jane | 2000 Mountain View Road | Birmingham | AL | 35210 | Collins | I |
| Rosso | Victoria | 3027 Longmaid Avenue SE | Palm Bay | FL | 32909 | Collins | IX |
| Sanford | Robert and Melanie | 5813 Chestnut Trace | Hoover | AL | 35244 | Collins | IV |
| Sanford / Matheos | Eleni / Konstantina | 16076 Innergrity Point Road, Unit #41 | Pensacola | FL | 22507 | Collins | IA |
| Sargent | Judith | 3070 Arbor Bend | Hoover | AL | 35224 | Collins | I |
| Seifert | Charles and Lois | 145 Farmingdale Drive | Harpersville | AL | 35078 | Collins | I |
| Seratt | Douglas and Bernice | 213 Shore Front Lane | Wilsonville | AL | 35186 | Collins | III, IIC |
| Seymore | Melvin and Danny | 86 Legenda Lane | Arley | AL | 35541 | Collins | II |
| Sharit | Juanita | 1262 Washington Drive | Moody | AL | 35004 | Collins | I |
| Shirley | Michael and Milisa | 1287 Sierra Court | Gardendale | AL | 35071 | Collins | III |
| Shultz | James and Jennifer | 1005 Taylors Circle | Moody | AL | 35004 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #1 | Odenville | AL | 35120 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #2 | Odenville | AL | 35120 | Collins | I |
| Smith | Frank and Cherylbeth | 3698 Old Margaret Road #3 | Odenville | AL | 35120 | Collins | I |
| Somma | Joseph | 4739 Quarter Staff Road | Birmingham | AL | 35223 | Collins | III, IIC |
| Spink-Farmer | Dr. Carol | 2375 Arbor Glen | Hoover | AL | 35244 | Collins | I, IC |
| Spivey | Sharon | 2029 Hamilton Place | Birmingham | AL | 35215 | Collins | I |
| Stamps | Reginald | 200  Kimulga Road | Childersburg | AL | 35044 | Collins | III |
| Stanley Michael | | 1755 Hickory Valley Road | Trussville | AL | 35173 | Collins | IA |
| Storie | Phillip and Beth | 201 Courtside Drive | Birmingham | AL | 35242 | Collins | IV |
| Summer | Sam | 4364 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | IV |
| Summers | Tyson and Beth | 2355 Chalybe Trail | Hoover | AL | 35244 | Collins | IA |
| Sumner | David and Amy | 1078 Kings Way | Birmingham | AL | 35242 | Collins | I |
| Sutherland | Heath and Holly | 3608 Morgans Run Parkway | Bessemer | AL | 35022 | Collins | IB, IC |

EXHIBIT B

EXHIBIT A

| Tarver | Theodore and Cynthia | 1016 Woodbrook Road | Birmingham | AL | 35215 | Collins | III,  VII |
|--------|----------------------|----------------------|------------|-----|-------|---------|-----------|
| Thompson | Frank | 320 Hillstone Drive | Pell City | AL | 35125 | Collins | IA |
| Thrower | Christopher | 541 Ledbetter Road | Munford | AL | 36268 | Collins | III, VII |
| Tillery | Robert and Nancy | 1012 Highland Park Place | Birmingham | AL | 35242 | Collins | I |
| Tombrello | James and Deborah | 753  Valleyview Road | Pelham | AL | 35214 | Collins | III |
| Torbet | Chris | 1278 Easterwood Blvd. | Gardendale | AL | 35071 | Collins | I, IC |
| Ung / Cai | Kim / Xiao | 9527 Dornock Lane | Foley | AL | 36535 | Collins | IA |
| Veal | David and Mary | 2284 Bellevue Court | Hoover | AL | 35226 | Collins | IC, III |
| Velazques | Andrew and Romney | 4361 Boulder Lake Circle | Birmingham | AL | 35242 | Collins | I |
| Visionary Ministry | | 1829  Darmouth Avenue | Bessemer | AL | 35020 | Collins | IX |
| Waite | Darrell and Shawnda | 2208 Rushton Lane | Moody | AL | 35004 | Collins | III |
| Walker | Steve | 184 Red Bag Drive | Maylene | AL | 35114 | Collins | Knauf |
| Wallace | Stephen and Jeanie | 3074 Arbor Bend | Hoover | AL | 35244 | Collins | I |
| Walters | Charles and Suzanne | 2380 Arbor Glenn | Hoover | AL | 35244 | Collins | I |
| Weaver | Mary | 1403 Lovelady Lane | Lawley | AL | 36793 | Collins | VII |
| Westphal / Donnelly | Carrie / Paul | 245 Courtside Drive | Birmingham | AL | 35242 | Collins | I |
| White | Charles and JoAnn | 94 Hegsletts Road | Childersburg | AL | 35044 | Collins | IX |
| Williams | Alicia | 1001 Seminole Place | Birmingham | AL | 35040 | Collins | IV, IVC |
| Williamson | Chris and Nicole | 712 Boulder Lake Lane | Birmingham | AL | 35242 | Collins | IC, IV |
| Wong | Karen | 2336 Arbor Glenn | Hoover | AL | 35244 | Collins | IA |
| Wormly | Michael and paturina | 765 Ridgefield Way | Odenville | AL | 35120 | Collins | IV |
| Wylie | Patrick and Kim | 821 Vanessa Lane | Trussville | AL | 35173 | Collins | IV, IVC |
| Yokers | Stephanie DeAnn | 1322 Railroad Drive | Hayden | AL | 35079 | Collins | IIC |

EXHIBIT B

EXHIBIT A

| | | | | | | CHINESE DRYWALL ATTORNEY FEE REPORT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CDW 1049 | | | | | | AS OF 7/8/19 | | | | | | | | | |
| | | | | | | | | | | PAYMENT ISSUED | | | | | |
| | | | Claimant and Property Information | | | | | | Settlement Program | | | | Pilot Program / ARH | | |
| Row | Claimant ID | APID | PP Claim ID | Affected Property Address | Claimant Name | Law Firm Name | Global | Banner | InEx | Other Loss | Bodily Injury | Pilot Program | ARH | Total | Fee Amount |
| 1. | Pilot Program | | 102715 | 10 Acton Loop Road , Moody, AL 35004 | Mitchell Kenneth | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 106906.63 | | $106,906.63 | $15,485.15 |
| 2. | Pilot Program | | 103325 | 100 Farmingdale Drive , Harpersville, AL 35078 | Rogers Vanessa ; Rogers Gerald | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 121017.53 | | $121,017.53 | $17,529.07 |
| 3. | 105705 | 9411 | 104527 | 100 Jewel Circle, Bessemer, AL, 35020 | Andrew Bennett | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $18,904.39 | | | | | | | $18,904.39 | $2,738.25 |
| 4. | 107299 | 9656 | 103103 | 100 Linden Lane, Birmingham, AL 35424 | Forbes, William | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,946.10 | | $717.59 | | | | | $4,663.69 | $675.52 |
| 5. | 107088 | 9444 | 103379 | 1001 Seminole Place, Calera, AL, 35040 | Alicia D Williams | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $11,903.70 | | $1,062.54 | | | $11,903.70 | $1,724.22 |
| 6. | Pilot Program | | 102945 | 1005 Taylors Circle , Moody, AL 35004 | Shultz James ; Shultz Jennifer ; Shultz Adam ; Shultz Logan | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $139,734.10 | | $139,734.10 | $20,240.12 |
| 7. | 107105 | 9461 | 102930 | 1007 Taylors Circle, Moody, AL 35004 | Hawkins, Robert | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $433.87 | | | | | $62.84 | |
| 8. | 107203 | 9559 | 102663 | 101 Linden Lane, Birmingham, AL 35424 | Ballard, James | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,604.59 | | $655.49 | | | | | $4,260.08 | $617.06 |
| 9. | 107249 | 9606 | 103116 | 1012 Highland Park Place, Birmingham, AL, 35242 | Robert G Tillery; Tillery Nancy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $2,656.36 | | | $356,601.81 | | $359,258.17 | $52,032.67 |
| 10. | Pilot Program | | 103287 | 1012 Washington Court , Moody, AL, 35004 | Easley Gail | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $109,105.99 | | $109,105.99 | $15,803.72 |
| 11. | 107289 | 9646 | 105449 | 1016 Woodbrook Road, Birmingham, AL, 35215 | Cynthia R Tarver; Tarver Theodore | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | | | $6,298.94 | $912.38 |
| 12. | Pilot Program | | 102908 | 1020 Columbia Circle , Birmingham, AL, 35242 | Horton James ; Horton Kimberly ; Horton Matthew ; Horton Ta... | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $6,298.94 | | | | | $249,374.77 | | $249,374.77 | $36,121.29 |
| 13. | Pilot Program | | 102859 | 1021 Columbia Circle , Birmingham, AL, 35242 | Bicehouse Daniel ; Bicehouse Tracy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $268,557.29 | | $268,557.29 | $38,899.83 |
| 14. | Pilot Program | | 102863 | 1025 Columbia Circle , Birmingham, AL, 35242 | Gottlieb David ; Gottlieb Lindsey ; Gottlieb Andrew ; Gottlieb D... | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $281,817.50 | | $281,817.50 | $40,820.54 |
| 15. | 107037 | 9392 | 103362 | 1025 Kings Way, Birmingham, AL 35242 | Nearing, Wayne | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,150.02 | | $572.82 | | | | | $3,722.84 | $539.24 |
| 16. | 107324 | 9683 | 102925 | 1031 Maryanna Road, Calera, AL, 35031 | Brian D Hayes | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $511.92 | | | | $34,000.00 | $34,511.92 | $4,998.96 |
| 17. | Pilot Program | | 102940 | 1036 Kings Way , Birmingham, AL, 35242 | Haralson Tommy ; Haralson Sandra ; Haralson Christopher | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $237,347.23 | | $237,347.23 | $34,379.23 |
| 18. | Pilot Program | | 102696 | 1040 Seminole Place , Calera, AL, 35040 | Jones Reginald ; Jones Winfred | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $176,178.25 | | $176,178.25 | $25,518.96 |
| 19. | Pilot Program | | 103117 | 1045 Little Sorrel Drive , Calera, AL, 35040 | Fuqua Kelly | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $113561.22 | | $113,561.22 | $16,449.05 |
| 20. | Pilot Program | | 103129 | 1050 Edgewater Lane , Chelsea, AL, 35043 | Cox Donnis ; Cox Thomas | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 261726.01 | | $261,726.01 | $37,910.34 |
| 21. | Pilot Program | | 102966 | 1054 Little Sorrel Drive , Calera, AL, 35040 | Jones Steven ; Jones Jessica ; Jones Braxton | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $116,532.42 | | $116,532.42 | $16,879.42 |
| 22. | Pilot Program | | 102988 | 1078 Kings Way , Birmingham, AL, 35242 | Sumner Amy ; Sumner David ; Sumner Gabriella | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $202,830.22 | | $202,830.22 | $29,379.43 |
| 23. | Pilot Program | | 103090 | 1080 Dunnavant Road , Birmingham, AL, 35242 | Cook Thomas ; Cook Martha | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $170,458.35 | | $170,458.35 | $24,690.45 |
| 24. | 107127 | 9483 | 103038 | 1092 Dunnavant Place, Birmingham, AL, 35242 | James W Davis; Davis Nancy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $1,391.93 | | | 250816.78 | | $252,208.71 | $36,531.78 |
| 25. | Pilot Program | | 102857 | 1095 Dunnavant Place , Birmingham, AL, 35242 | Gibbs Michael ; Gibbs Eileen | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $226,176.40 | | $226,176.40 | $32,761.07 |
| 26. | 106977 | 9331 | 103356 | 1096 Dunnavant Place, Birmingham, AL, 35242 | Moulin William | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $4,572.80 | | | $173,449.25 | | $178,022.05 | $25,786.03 |
| 27. | Pilot Program | | 103106 | 1099 Dunnavant Place , Birmingham, AL, 35242 | Fowler David ; Fowler Martha Nan | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 178741.65 | | $178,741.65 | $25,890.26 |
| 28. | 107036 | 9391 | 102640 | 1100 Dunnavant Place, Birmingham, AL, 35242 | Dan Peace; Peace Sharon | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $13,813.09 | | | $255,548.36 | | $269,361.45 | $39,016.31 |
| 29. | Pilot Program | | 103366 | 1104 Dunnavant Place , Birmingham, AL, 35242 | Nichols John ; Nichols Pamela | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $213,840.68 | | $213,840.68 | $30974.27 |
| 30. | 107411 | 9770 | 102731 | 1131 Elysian Circle, Daphne, AL, 36526 | Thomas W Denton; Denton Angela | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $14,195.61 | | | 251470.11 | | $265,665.72 | 38480.99 |
| 31. | Pilot Program | | 102912 | 1129 Dunnavant Place , Birmingham, AL, 35242 | Hott Charles ; Hott Leta ; Hott Allison | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $267,747.73 | | $267,747.73 | 38782.57 |
| 32. | Pilot Program | | 102954 | 1129 Springhill Lane , Birmingham, AL, 35242 | Johnson George ; Johnson Wendy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $430,289.89 | | $430,289.89 | 62326.38 |
| 33. | Pilot Program | | 103122 | 1136 Dunnavant Place , Birmingham, AL, 35242 | Nguyen Katie ; Luong Khanat | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $187,690.90 | | $187,690.90 | 27186.14 |
| 34. | 106965 | 9319 | 102697 | 1140 Hardwood Cove Road, Birmingham, AL, 35242 | James S Kellogg; Kellogg Donna | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $15,300.66 | | | $439,062.96 | | $454,363.62 | 65813.4 |
| 35. | 107076 | 9432 | 104027 | 120 Maple Trace, Hoover, AL, 35244 | Christopher Gargas; Gargas Susan | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $10,801.37 | | | $210,957.32 | | $221,758.69 | 32121.17 |
| 36. | Pilot Program | | 103319 | 1206 Danny Drive , McCalla, AL, 35111 | Neel Kevin ; Neel Stacy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 147790.51 | | $143,790.51 | 20827.68 |
| 37. | Pilot Program | | 103993 | 1229 Glenstone Place , Moody, AL, 35004 | Bonfacius April Michelle | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 106408.03 | | $106,408.03 | 15412.93 |
| 38. | 107064 | 9420 | 103979 | 1233 Glenstone Place, Moody, AL, 35004 | Patterson Martin; Patterson Yvonne | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $5,001.45 | | | $143,536.53 | | $148,537.98 | 21515.34 |
| 39. | 107143 | 9499 | 106849 | 12535 Maddox Road, Chunchula, AL, 36521 | John W Prestridge | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $9,834.06 | | | | | | | $9,834.06 | 1424.43 |
| 40. | Pilot Program | | 103370 | 1256 Glenstone Place , Moody, AL, 35004 | Perez Edgar ; Perez Liz ; Perez Brandon | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $144,242.58 | | $144,242.58 | 20893.15 |
| 41. | Pilot Program | | 103327 | 1262 Washington Drive , Moody, AL, 35004 | Shank Juanita R; Gray David | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $84,398.35 | | $84,398.35 | 12224.88 |
| 42. | 106986 | 9340 | 102980 | 1272 Washington Drive, Moody, AL, 35004 | Linda Robinson | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $6,750.35 | | | $142,727.38 | | $149,477.73 | 21651.46 |
| 43. | 107210 | 9566 | 103111 | 128 Easterwood Blvd., Gardendale, AL, 35071 | Christopher Torbert | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $5,114.61 | | | $143,181.44 | | $143,181.44 | 20909.50 |
| 44. | Pilot Program | | 102877 | 1283 Washington Drive , Moody, AL, 35004 | Griffiths Lilly C. Gaye | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 108476.88 | | $108,476.88 | 15712.59 |
| 45. | 106978 | 9332 | 106846 | 129 Oneaha Trail , Childersburg, AL, 35044 | Kevin Patton; Patton Laura | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $12,113.93 | | | | | | | $12,113.93 | 1754.67 |
| 46. | 107211 | 9567 | 106824 | 1403 Lovelady Lane, Lawley, AL, 36793 | Mary A McPherson | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,538.90 | | | | | | | $3,538.90 | 512.66 |
| 47. | Pilot Program | | 110000 | 1412 Sutherland Place, Birmingham, AL, 35242 | Sharon K Kelley | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,250.90 | | $1,231.92 | | | | $99,517.18 | $104,000.00 | 15064.13 |
| 48. | Pilot Program | | 103297 | 1431 Scout Trace , Hoover, AL, 35244 | Hardin Peter ; Hardin Lora ; Hardin Natalie ; Hardin Sarah ; Har... | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $394,160.88 | | $394,160.88 | 57093.19 |
| 49. | 107313 | 9672 | 106821 | 1441 Valley Grove Road, Remlap, AL, 35133 | Travis Glassco; Glasscox Cathey | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $6,597.63 | | | | | | | $6,597.63 | 955.64 |
| 50. | 107000 | 9355 | 102945 | 145 Farmingdale Drive, Harpersville, AL, 35078 | Lois Seifert | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $11,146.02 | | | $135,316.13 | | $146,462.15 | 21214.66 |
| 51. | 107133 | 9489 | 106843 | 1464 Edward Street, Columbia, AL, 35061 | Johnny F Moore; Moore Brenda | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $7,508.82 | | | | | | | $7,508.82 | 1087.63 |
| 52. | 107103 | 9459 | 103309 | 149 Farmingdale Drive, Harpersville, AL, 35078 | Starla Jones | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $10,625.46 | | | 127741.01 | | $138,366.47 | 20042.02 |
| 53. | 107260 | 9617 | 106847 | 1499 Highway 57 , Vincent, AL, 35178 | Jason Parker | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $4,915.14 | | | | | | | $4,915.14 | 711.94 |
| 54. | 107312 | 9670 | 104738 | 1514 11th Street North, Birmingham, AL, 35215 | Good Ole Boyz, LLC | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $5,346.16 | | | | | | | $5,346.16 | 774.37 |
| 55. | Pilot Program | | 103302 | 155 Silo Hill Road , Madison, AL, 35758 | Henke Laurie ; Henke Christopher ; Henke Jordann ; Henke M... | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $190,722.77 | | $190,722.77 | 27625.7 |
| 56. | 107265 | 9622 | 103350 | 1562 Davis Acres Drive, Alpine, AL, 35014 | Fred Johnson; Johnson Sylvia | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $10,491.94 | | | | | | | $10,491.94 | 1519.73 |
| 57. | 107358 | 9717 | 106844 | 1568 Pleasant Grove Road, Dolomite, AL, 35061 | John C Moore | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $8,476.73 | | | | | | | $8,476.73 | 1227.83 |
| 58. | 107312 | 9671 | 104740 | 1610 13th Street North, Birmingham, AL, 35204 | Good Ole Boyz, LLC | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $5,633.51 | | | | | | | $5,633.51 | 815.99 |
| 59. | 107424 | 9783 | 102755 | 17062 Equestrian Lane, Fairhope, AL, 36532 | Anne Smith | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $252,095.59 | | $269,097.28 | 38978.05 |
| 60. | 107078 | 9434 | 103264 | 171 Silo Hill Road, Madison, AL, 35758 | Campbell, Scott | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $626.82 | | | | | $626.82 | 90.79 |
| 61. | Pilot Program | | 103304 | 1728 Mayfair Drive , Birmingham, AL, 35216 | Hubbard Shawn ; Hubbard Elizabeth ; Hubbard Austin ; Hubba... | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $272,147.99 | | $272,147.99 | 39419.93 |
| 62. | 107346 | 9705 | 102695 | 174 Silo Hill Road, Madison, AL, 35758 | Anthony D James; James Erica | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $11,766.13 | | | | | $11,766.13 | 1704.29 |
| 63. | 107089 | 9419 | 104747 | 183 Cashion Avenue, Wetumpka, AL, 36092 | William Cashion | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $10,276.88 | | $10,276.88 | 1488.51 |
| 64. | Pilot Program | | 106685 | 184 Red Bay Drive , Maylene, AL, 35114 | Walker Steve ; Walker Veronica | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $10,276.43 | | | | | $238,972.56 | | $238,972.56 | 34614.56 |
| 65. | Pilot Program | | 106822 | 194 Heaslets Road , Childersburg, AL, 35044 | Charles White; White JoAnn | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $7,962.53 | | | | | | | $7,962.53 | 1153.35 |
| 66. | 107404 | 9764 | 102754 | 2000 Hamilton Place , Birmingham, AL, 35215 | Ramsey Keith ; Ramsey Elizabeth A | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $117,251.56 | | $117,251.56 | 16983.58 |
| 67. | 107277 | 9634 | 102575 | 2000 Mountain View Road, Birmingham, AL, 35210 | Roll Patrick | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $57,160.12 | | | $1,375,466.15 | | $1,432,626.43 | 207512.24 |
| 68. | 107557 | 9917 | 103448 | 20001 Highway 411, Springville, AL, 35146 | Jerry E Moore; Moore Rhonda | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $9,490.00 | | | | | | | $9,490.00 | 1374.6 |
| 69. | 107290 | 9647 | 104759 | 2005 River Lake Drive, Birmingham, AL, 35244 | Dewey Wayne Hamlin; Hamlin Carol | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $11,342.63 | | | | $2,656.36 | | | $13,998.99 | 2027.71 |
| 70. | Pilot Program | | 103329 | 201 Courtside Drive , Birmingham, AL, 35242 | Stone Phillip ; Stone Kim | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $195,472.85 | | $195,472.85 | 28313.74 |
| 71. | 104930 | 7166 | 104618 | 2025 Hamilton Place , Birmingham, AL, 35215 | Hopkins Terrell ; Hopkins Raeshonda ; Hopkins Jr. Terrell | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $7,622.25 | | | | | $115,812.20 | | $115,812.20 | 16775.11 |
| 72. | Pilot Program | | 102898 | 2028 Pratt Highway, Birmingham, AL, 35214 | Regina Bogtin | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | | | $7,622.25 | 1104.06 |
| 73. | Pilot Program | | 103003 | 2029 Hamilton Place , Birmingham, AL, 35215 | Spivey Sharon ; Spivey Antwan ; Spivey John | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $108,853.61 | | $108,853.61 | 15767.16 |
| 74. | Pilot Program | | 102653 | 2041 Hamilton Place , Birmingham, AL, 35215 | Brown Philip ; Brown Hall | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $116,480.21 | | $116,480.21 | 16871.85 |
| 75. | Pilot Program | | 102922 | 2045 Hamilton Place , Birmingham, AL, 35215 | Brown Larry ; Brown Jennifer ; Brown II Larry | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $109,753.22 | | $109,753.22 | 15897.19 |
| 76. | 107371 | 9730 | 103281 | 2049 Hamilton Place, Birmingham, AL, 35215 | Cynthia G Conner | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $16,348.90 | | | $26,183.40 | | $26,183.40 | 6276.11 |
| 77. | 107346 | 9704 | 106816 | 205 12th Street, Pleasant Grove, AL, 35127 | Jeffrey D Ball | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $9,319.86 | | $2,656.36 | | $1,062.54 | | | $11,976.22 | 1734.72 |
| 78. | 107257 | 9614 | 106816 | 205 41st Street South , Birmingham, AL, 35222 | Carolyn Thomas | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $12,068.81 | | | | | | | $12,068.81 | 1752.48 |
| 79. | 107038 | 9393 | 103123 | 2076 Mohican Drive, Waverly, AL, 36879 | Benton C Blackburn; Blackburn Amy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $4,056.88 | | | | | $253,541.70 | | $253,541.70 | 36724.86 |
| 80. | Pilot Program | | 103035 | 2081 Arbor Hill Parkway , Hoover, AL, 35244 | Davis Thomas ; Davis Lauren | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $223,108.68 | | $223,108.68 | 31889.25 |
| 81. | Pilot Program | | 103036 | 2116 Chelsea Ridge Drive , Columbiana, AL, 35051 | Barzey Troy ; Cox Georgann | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $220,158.84 | | $220,158.84 | 31889.44 |
| 82. | Pilot Program | | 102836 | 2124 Chelsea Ridge Drive , Columbiana, AL, 35051 | Tate Leon | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | 122056.46 | | $122,056.46 | 17674.29 |
| 83. | 107095 | 9451 | 103456 | 213 Shore Front Lane, Wilsonville, AL, 35186 | Douglas Burton; Burton Deborah | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $12,098.81 | | $897.85 | | | | | $12,996.66 | 1882.54 |
| 84. | Pilot Program | | 103293 | 2134 Timberline Drive , Calera, AL, 35040 | Franks Steven ; Franks Robin | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $114387.46 | | $114,387.46 | 16568.73 |
| 85. | Pilot Program | | 103306 | 2138 Timberline Drive , Calera, AL, 35040 | James Dougherty; Dougherty Carol | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $121,161.43 | | $121,161.43 | 17549.93 |
| 86. | Pilot Program | | 103206 | 2149 Timberline Drive , Calera, AL, 35040 | Harris Angela ; Harris Jesse ; Harris Endia | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $121,161.43 | | $121,161.43 | 17549.93 |
| 87. | Pilot Program | | 103254 | 2200 Wild Timber Parkway , Pelham, AL, 35124 | Kelly Daniel ; Kelly Dana | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $325,852.83 | | $325,852.83 | 47218.49 |
| 88. | Pilot Program | | 103309 | 225 Beech Street, Birmingham, AL, 35215 | Clements Barbara Jean | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $258,898.03 | | $258,898.03 | 37500.63 |
| 89. | Pilot Program | | 103099 | 2279 Ashton Court , Birmingham, AL, 35226 | Cook Wendy ; Cook William Clay | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $194,259.13 | | $194,259.13 | 28137.93 |
| 90. | 107180 | 9536 | 104909 | 2284 Bellevue Court , Hoover, AL, 35226 | Dylan Edwards | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $15,300.66 | | | $230,016.35 | | $306,636.01 | 44416.36 |
| 91. | 107126 | 9482 | 103259 | 2285 Bellevue Court , Hoover, AL, 35226 | David E Veal; Veal Mary | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $1,875.18 | | | 297,801.68 | | $299,676.86 | 43405.81 |
| 92. | 107013 | 9368 | 102968 | 2288 Bellevue Court , Hoover, AL, 35226 | Pryor Kimberly | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $1,062.54 | $314,301.01 | | $314,301.01 | 45525.85 |
| 93. | 107171 | 9527 | 102968 | 2289 Bellevue Court , Hoover, AL, 35226 | Kathryn G Kelly; Kelly Pennell C | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $10,494.52 | | | | | $10,494.52 | 1520.1 |
| 94. | 107559 | 9919 | 103288 | 2288 Woodvine Way , Hoover, AL, 35226 | Thomas L Ables | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $1,097.05 | | $10,494.52 | | | | | $11,591.57 | 1679.08 |
| 95. | Pilot Program | | 103383 | 2293 Bellevue Court , Hoover, AL, 35226 | Purter Charles N; Purter Nicole J | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | $282,312.93 | | $282,312.93 | 40897.92 |
| 96. | 107066 | 9412 | 103070 | 2301 Bellevue Court, Birmingham, AL, 35226 | John C Fandetti; Fandetti Marie | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $7,957.02 | | | $335,585.35 | | $335,585.35 | 48622.79 |
| 97. | 107065 | 9421 | 103125 | 2305 Bellevue Court, Birmingham, AL, 35226 | Daniel J Gels; Gels Joy | Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $7,957.02 | | | $315,585.78 | | $315,585.78 | 45728.82 |

EXHIBIT B

EXHIBIT B

| # | Program | | Property Address | Claimant Names | Law Firm | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 98. | Pilot Program | 102749 | 2336 Arbor Glen , Birmingham, AL, 35244 | Wong Jason ; Wong Sun Hoi ; Wong Hiu Feng ; Wong Wilson | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $239,979.01 | $239,979.01 | 34760.34 |
| 99. | Pilot Program | 102862 | 2340 Arbor Glen , Hoover, AL, 35244 | Gordon Russell ; Gordon Judy | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $260,394.03 | $260,394.03 | 37717.4 |
| 100. | Pilot Program | 104023 | 2360 Arbor Glenn , Birmingham, AL, 35244 | Fayyaz Parveen | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $38,616.00 | $38,616.00 | 5593.42 |
| 101. | Pilot Program | 103367 | 2364 Arbor Glenn , Birmingham, AL, 35244 | Nichols W. Barrett ; Nichols Linda | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 273542.12 | $273,542.12 | 39621.87 |
| 102. | 107573 | 9933 | 2364 Chalybe Trail, Hoover, AL, 35226 | Penala, Sandaram | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $364.30 | | | | $364.30 | 52.76 |
| 103. | Pilot Program | 103022 | 2371 Bellevue Terrace , Hoover, AL, 35244 | Kynard Horace ; Kynard Kimberly ; Kynard Tyler | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $259,702.55 | $259,702.55 | 37617.24 |
| 104. | Pilot Program | 102822 | 2372 Arbor Glenn , Hoover, AL, 35244 | Bond Arthur ; Bond Marilyn | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $277,977.61 | $277,977.61 | 40264.34 |
| 105. | Pilot Program | 103004 | 2375 Arbor Glenn , Hoover, AL, 35244 | Spink Carol B; Spink Ryan ; Spink Alexandra ; Wood Katie ; Fa | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 289986.78 | $289,986.78 | 42003.84 |
| 106. | Pilot Program | 103110 | 2376 Arbor Glenn , Hoover, AL, 35244 | Freeland Andrew ; Freeland Emily | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 309545.96 | $309,545.96 | 44836.93 |
| 107. | Pilot Program | 103092 | 2380 Arbor Glenn , Hoover, AL, 35244 | Walters Charles ; Walters Suzanne ; Walters Daniel ; Walters D | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $278,486.48 | $278,486.48 | 40338.05 |
| 108. | Pilot Program | 103365 | 2391 Arbor Glenn , Hoover, AL, 35244 | Nguyen Thach Dac ; Le Minhthu ; Do Danny | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $282,504.57 | $282,504.57 | 40920.06 |
| 109. | Pilot Program | 102836 | 2395 Arbor Glenn , Hoover, AL, 35244 | Carlin Charles E ; Carlin Yvonne V.; Carlin Brooke T | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $281,777.46 | $281,777.46 | 40814.74 |
| 110. | Pilot Program | 103144 | 2396 Arbor Glenn , Hoover, AL, 35244 | Limbach Richard | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $230,226.36 | $230,226.36 | 33347.69 |
| 111. | Pilot Program | 103978 | 2400 Arbor Glenn , Hoover, AL, 35244 | Patel Mayur | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 293691.35 | $293,691.35 | 42540.43 |
| 112. | Pilot Program | 103099 | 2412 Arbor Glenn , Hoover, AL, 35244 | Ranelli Frank J.; Ranelli Rosalind | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 279959.79 | $279,959.79 | 40551.45 |
| 113. | 107010 | 9365 | 245 Courtside Drive, Birmingham, AL, 35242 | Paul Donnelly; Westphal Carrie | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | $15,300.66 | $160,990.10 | $176,290.76 | 25535.26 |
| 114. | 107264 | 9621 | 2708 20th Avenue North, Birmingham, AL, 35234 | Leonard Hill; Hill Luverdia | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,317.93 | | | | | $8,317.93 | 1204.83 |
| 115. | 107030 | 9385 | 294 Grande View Parkway, Maylene, AL, 35114 | Robert L King; King Alberta M | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $11,168.71 | | $2,656.36 | | | $13,825.07 | 2002.52 |
| 116. | Pilot Program | 102845 | 297 Seven Oaks Drive , Cook Springs, AL, 35052 | Caudle Annie | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 117509.13 | $117,509.13 | 17020.92 |
| 117. | Pilot Program | 102626 | 301 Highland View Drive , Birmingham, AL, 35242 | Dennis Jack E; Dennis Sabrina ; Gaither Dalton | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $545,301.53 | $545,301.53 | 78985.52 |
| 118. | Pilot Program | 102916 | 3061 Arbor Bend , Birmingham, AL, 35244 | Adams Candace H | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $168,244.98 | $168,244.98 | 24369.85 |
| 119. | Pilot Program | 102909 | 3066 Arbor Bend , Hoover, AL, 35244 | Hontzas Betty | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $206,489.86 | $206,489.86 | 29909.52 |
| 120. | Pilot Program | 102960 | 3070 Arbor Bend , Hoover, AL, 35244 | Sargent Judith R | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $174,059.05 | $174,059.05 | 25212 |
| 121. | Pilot Program | 103093 | 3074 Arbor Bend , Hoover, AL, 35244 | Wallace Jeanie ; Wallace Stephen | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $270,447.12 | $270,447.12 | 39173.57 |
| 122. | Pilot Program | 103095 | 3086 Arbor Bend , Birmingham, AL, 35244 | Wallace (Trust) Katherine Dutten ; Wallace Walter ; Wallace De | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $244,862.78 | $244,862.78 | 35467.74 |
| 123. | 107263 | 9620 | 3089 Arbor Bend, Hoover, AL, 35244 | William J McMillan; McMillan Maleah | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | $2,656.36 | | $250,466.86 | $253,123.22 | 36664.24 |
| 124. | 107310 | 9668 | 32 3ke & Ann Road, McIntosh, AL, 36553 | Corey I Reed; Reed Angelynn | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $6,291.38 | | $2,376.54 | | | $8,667.92 | 1255.52 |
| 125. | 107293 | 9650 | 320 Hillstone Drive, Pell City, AL, 35125 | Frank L Thompson | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | $10,625.46 | | | $10,625.46 | 1539.07 |
| 126. | Pilot Program | 102825 | 3253 Arbor Hill Trace , Hoover, AL, 35242 | Buckley Brenda ; Buckley Benjamin ; Jones Mark ; Buckley Jen | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 231522.57 | $231,522.57 | 33535.45 |
| 127. | Pilot Program | 103975 | 331 Stonegate Drive , Birmingham, AL, 35242 | Otter Keith ; Otter Melanie ; Otter Rosie ; Otter Skye | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 665791.02 | $665,791.02 | 96438.12 |
| 128. | 107366 | 9725 | 3408 13th Avenue North, Birmingham, AL, 35204 | Carolyn Melton | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,155.35 | | | | | $8,155.35 | 1181.28 |
| 129. | Pilot Program | 103313 | 3423 Jeanne Lane , Hueytown, AL, 35023 | Lee Tananika | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 113148.54 | $113,148.54 | 16389.27 |
| 130. | 107228 | 9584 | 3608 Morgans Run, Bessemer, AL, 35022 | Sutherland Heath | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $479.78 | | | | $479.78 | 69.49 |
| 131. | Pilot Program | 103013 | 3698 Old Margaret Road #1 , Odenville, AL, 35120 | Smith Frank ; Smith Cherybeth ; Smith Frank ; Smith Faith | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $159,521.78 | $159,521.78 | $23,106.32 |
| 132. | Pilot Program | 108854 | 3698 Old Margaret Road #2 , Odenville, AL, 35120 | Smith Frank ; Smith Cherybeth | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $123,891.37 | $123,891.37 | $17,945.34 |
| 133. | Pilot Program | 108855 | 3698 Old Margaret Road #3 , Odenville, AL, 35120 | Smith Frank ; Smith Cherybeth | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $122,308.75 | $122,308.75 | 17716.1 |
| 134. | Pilot Program | 103277 | 392 Woodward Court , Birmingham, AL, 35242 | Cissell Melissa ; Cissell Darin ; Cissell Sam ; Cissell Olivia | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $530,955.14 | $530,955.14 | 76907.49 |
| 135. | Pilot Program | 102898 | 406 Miles Drive , Bessemer, AL, 35023 | Jackson Steven ; Jackson Pamela ; Jackson Jacob ; Jackson Ma | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $153,936.17 | $153,936.17 | 22297.25 |
| 136. | 107256 | 9613 | 4291 Boulder Lake Circle, Vestavia Hills, AL 35242 | Hicks, Stephen | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $1,066.31 | | | | $1,066.31 | 154.45 |
| 137. | Pilot Program | 103317 | 4337 Boulder Lake Circle , Birmingham, AL, 35242 | Metheny Kristin Bryance; Metheny Julie Cottingham | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $345,684.06 | $345,684.06 | 50071.45 |
| 138. | Pilot Program | 103080 | 4337 Village Green Way , Birmingham, AL, 35226 | Clark Charles E. | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $169,041.46 | $169,041.46 | 24485.22 |
| 139. | Pilot Program | 103100 | 4361 Boulder Lake Circle , Birmingham, AL, 35242 | Velazquez Andrew ; Velazquez Romney ; Velazquez Sydney ; V | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $325,262.23 | $325,262.23 | 47113.4 |
| 140. | 107419 | 9778 | 4364 Boulder Lake Circle, Birmingham, AL, 35242 | Sumner, Jr. Bart | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | $1,143.19 | | $504,787.16 | $505,930.35 | 73282.71 |
| 141. | 107154 | 9510 | 4720 Terrace Street, Birmingham, AL, 35208 | Marvalean Bell | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $5,625.94 | | | | | $5,625.94 | 814.9 |
| 142. | 107549 | 9909 | 4729 Quarter Staff Road, Birmingham, AL, 35223 | Joseph Somma | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $6,745.08 | | | | | $6,745.08 | 977 |
| 143. | 107395 | 9754 | 4926 Paradise Lake Circle, Birmingham, AL, 35244 | Carrie H Reeves | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $11,985.38 | | | | | $27,286.04 | 3952.31 |
| 144. | 107080 | 9436 | 494 Cedar Creek Road, Odenville, AL, 35120 | Randy Reed; Reed Sheri | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $20,809.96 | | | | | $20,809.96 | 3014.26 |
| 145. | 107301 | 9658 | 494 County Road 800, Calera, AL, 35040 | Robert L Gibson; Gibson Peggy | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,068.39 | | | $15,300.66 | | $8,068.39 | 1168.68 |
| 146. | 107397 | 9756 | 4941 Zoba Circle, Birmingham, AL, 35235 | Mary Cole Hodo; Simpson Jesse ; Simpson Melinda | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $7,542.85 | | | | | $7,542.85 | 1092.56 |
| 147. | 107166 | 9522 | 5387 Quail Ridge Road, Gardendale, AL, 35071 | Donna Hensley | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $7,197.03 | $7,197.03 | 1042.47 |
| 148. | 107119 | 9475 | 5401 7th Avenue, Lipscomb, AL, 35020 | James E Harris; Harris Booker ; Harris Edward | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,930.43 | | | | | $8,930.43 | 1293.54 |
| 149. | 107735 | 9297 | 541 Ledbetter Road, Munford, AL, 35268 | Christopher I Thrower; Thrower Jennifer | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $6,586.29 | | | | | $6,586.29 | 954 |
| 150. | 107321 | 9680 | 5527 13th Avenue South, Birmingham, AL, 35222 | Christopher B Jones | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $7,108.05 | $7,108.05 | 1029.58 |
| 151. | Pilot Program | 103187 | 5813 Chestnut Trace , Hoover, AL, 35244 | Sanford Robert Bill ; Sanford Melanie ; Sanford Trey ; Sanford | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $313,104.52 | $313,104.52 | 45352.38 |
| 152. | Pilot Program | 103283 | 603 Ridgefield Way , Odenville, AL, 35120 | Crawford Daniel ; Crawford Sarah | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | 117037.97 | $117,037.97 | $16,952.64 |
| 153. | 107155 | 9511 | 105592 | 6201 Eastern Valley Road, McCalla, AL, 35111 | Leonard Lewis | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $1,062.54 | | | | $10,628.05 | $10,628.05 | 1539.44 |
| 154. | 107159 | 9515 | 105592 | 6201 Eastern Valley Road, McCalla, AL, 35111 | Alyssa J Lewis | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $1,062.54 | | | | $0.00 | 0.00 |
| 155. | Pilot Program | 103939 | 704 Cahaba Manor Drive , Pelham, AL, 35242 | Allison Tim ; Allison Susan | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $111,894.60 | $111,894.60 | $16,207.64 |
| 156. | Pilot Program | 103340 | 712 Boulder Lake Lane , Birmingham, AL, 35242 | Williamson Chris ; Williamson Nicole | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $382,964.99 | $382,964.99 | $55,471.49 |
| 157. | Pilot Program | 103235 | 715 Boulder Lake Lane , Birmingham, AL, 35242 | Grosfeld Donna ; Grosfeld Radolph ; Grosfeld Bram | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $356,465.74 | $356,465.74 | $51,633.14 |
| 158. | Pilot Program | 103324 | 723 Boulder Lake Lane , Birmingham, AL, 35242 | Rice Leigh ; Rice James ; Rice III James | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $376,117.59 | $376,117.59 | $54,479.66 |
| 159. | 107204 | 9560 | 7400 Arabia Avenue, Birmingham, AL, 35224 | Cecil Hatcher; Hatcher Lena | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,809.44 | | $1,772.66 | | | $10,582.10 | $1,532.79 |
| 160. | 107041 | 9396 | 801 Boulder Lake Court, Vestavia Hills, AL, 35242 | James Harbour; Harbour Jennifer | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | $9,321.15 | $1,062.54 | | | 442246.51 | $451,567.66 | $65,408.41 |
| 161. | 107225 | 9581 | 802 Jackson Trace Circle, Morris, AL, 35116 | Gary B Helm; Helm Melina | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $34,330.64 | $34,330.64 | $4,972.70 |
| 162. | Pilot Program | 103039 | 805 Boulder Lake Court , Birmingham, AL, 35242 | Edmonds Susan ; Edmonds Johnny Lee ; Edmonds Monroe F; | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $321,312.38 | $321,312.38 | $46,541.27 |
| 163. | 107547 | 9907 | 812 Boulder Lake Court, Birmingham, AL, 35242 | Stephen Bennett; Bennett Jennifer | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | $15,300.66 | | $366,187.74 | $381,488.40 | $55,257.62 |
| 164. | Pilot Program | 103284 | 816 Boulder Lake Court , Birmingham, AL, 35242 | Wood Chris | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | $28,262.70 | | $343,476.09 | $343,476.09 | $53,845.41 |
| 165. | ARH | 103344 | 821 Vannessa Drive , Trussville, AL, 35173 | Wylie Patrick ; Wylie Kim ; Wylie Jr. Patrick ; Wylie Sean | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | $4,310.00 | $4,310.00 | 624.29 |
| 166. | 107290 | 9647 | 86 Legends Lane, Arley, AL, 35057 | Danny Seymore; Seymore Melvin | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $7,327.34 | | | | | $7,327.34 | $1,061.34 |
| 167. | Pilot Program | 104673 | 875 Lovejoy Road, Ashville, AL, 35953 | Joshua L Crow; Crow Melinda | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $8,915.31 | | | | | $8,915.31 | $1,291.35 |
| 168. | 107021 | 9376 | 917 Alford Avenue, Hoover, AL, 35226 | Stephen E Borklund | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $7,168.54 | | | | | $7,168.54 | $1,038.34 |
| 169. | 107218 | 9574 | 940 46th St. Ensley 35208, Ensley, AL, 35208 | Judith Lewis | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $6,045.62 | | | | | $6,045.62 | $875.69 |
| 170. | 107144 | 9500 | 945 Carriage Dr, Morris, AL, 35116 | Christopher M Arnold; Arnold Lana | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $5,501.17 | | $25,937.55 | | | $31,438.72 | $4,553.81 |
| 171. | Pilot Program | 103035 | 9439 Ambrose Lane, Kimberly, AL, 35091 | Ingram, Juanita | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $5,735.83 | $1,043.05 | | | $192,160.46 | $192,160.46 | $27,833.05 |
| 172. | Pilot Program | 103303 | 9444 Ambrose Lane , Kimberly, AL, 35091 | Howard James ; Howard Ann | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | | | | | | | |
| 173. | 107220 | 9576 | 949 Golf Course Road, Pell City, AL, 35128 | Matthew S Harper; Davis Abigail | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $6,775.33 | | | | | $6,775.33 | $981.38 |
| 174. | 107227 | 9583 | 992 Carrington Drive, Mount Olive, AL, 35117 | Clinton D Head; Head Ashley | Collins & Horsley , P.C.; WHITFIELD BRYSON & MASON LLP | $15,029.46 | | | | | $15,029.46 | $2,176.97 |

| | | | | | | $403,193.71 | $0.00 | $12,172.24 | $438,390.16 | $7,437.78 | $27,008,656.83 | $137,827.18 | $28,000,240.12 | $4,055,762.14 |

EXHIBIT B

EXHIBIT B

## AFFIDAVIT OF W. BRIAN COLLINS

My name is W. Brian Collins and I am over the age of nineteen (19) and have personal knowledge of the facts contained herein.

I graduated from Cumberland School of Law in 1999 and have been a member of the Alabama State Bar since 1999. I am admitted to practice in all state and federal courts in the State of Alabama.

I am a shareholder in the law firm of Collins & Horsley, P.C. I have been involved as Primary Counsel (hereafter "PC") in Chinese Drywall litigation since approximately September 2009. I have been involved in the inspection of several hundred Chinese Drywall properties. In addition, I have been involved in the litigation for approximately 242 Knauf Chinese Drywall cases[1] and approximately 71 Taishan Chinese Drywall cases.

A Chinese Drywall case is far from a typical personal injury and property damage case. In dealing with a home suffering property damage, a homeowner requires a very high level of individual attention and attorney involvement in all aspects of the litigation and settlement process. For most individuals their home is their largest investment, and dealing with damage to that home, a lot of attention must be paid to each individual homeowner. Even work that could be conducted by a non-lawyer is the responsibility of PC to oversee and monitor.

Unlike other mass litigation, the individual issues addressed by PC in Chinese Drywall were unprecedented. The PSC produced a settlement that required PC to implement and oversee a remediation construction project. As a result of the structure of the settlement negotiated by the PSC, PC spent years overseeing construction projects. Further, these issues were left to the responsibility of PC with little or no involvement by the Common Benefit Counsel (hereafter

EXHIBIT B

EXHIBIT C

"CBC"). All individual client contact outlined herein took place through PC.

The first step in the Chinese Drywall litigation was to determine where the Chinese Drywall was located and the time frame for installation. This process took hours of research, review of thousands of supplier invoices, review of builder permits, correspondence to potential clients, phone interviews and hundreds of inspections. Early in the process, extensive efforts were spent on inspections of homes that did not contain Chinese Drywall in order to determine the typical profile of a home that does contain Chinese Drywall. As such, PC spent countless hours and expenses on inspection costs for homes that did not contain Chinese Drywall. These expenses cannot be recouped and must be paid from fees paid to PC. Based upon my experience, PC spent time and costs advertising, corresponding with potential Chinese Drywall owners, attending community informational meetings, participating in newspaper interviews, talk radio shows and television interviews to provide awareness to the community regarding the presence of Chinese Drywall and the ramifications of such. Once public awareness of Chinese Drywall began to increase, PC addressed with individual homeowners the possibility that their homes might contain Chinese Drywall. PC fielded hundreds of phone calls and emails from homeowners concerned that their home may contain Chinese Drywall. PC established the criteria to determine if a particular home might contain Chinese Drywall, including the time frame of the construction, the builder and supplier involved in the construction, and the symptoms of Chinese Drywall damage. In addition, from the onset it was believed that the replacement of HVAC evaporator coils was a sure sign of Chinese Drywall. After spending thousands of dollars investigating homes, PC learned that it was a potential sign of Chinese drywall however during the same time frame that Chinese Drywall was utilized, many of the

---

[1] 117 cases were filed through the law firm of Whitfield, Bryson & Mason, LLP.

EXHIBIT B

EXHIBIT C

copper evaporator coils utilized were defective.

If PC determined the home might contain Chinese Drywall, an inspection was conducted by PC with an inspector to determine if the home contained Chinese Drywall. PC attended the inspections and hired an independent inspector to verify the presence of Chinese Drywall and damages to electrical, plumbing and HVAC units typically seen with Chinese Drywall homes. At the inspection, PC typically attempted to determine the manufacturer of the sheet rock, the number of and the percentage of defective sheets in the home and the level of damage.

Following the inspection process, PC made a determination to accept or reject cases. This required a legal analysis and evaluation of various factors, including, but not limited to, the possible builders, suppliers, installers, which Chinese Drywall manufacturer was involved, the availability of insurance and caveat emptor/second homeowner issues.

PC would then meet with the homeowner and discuss the possible legal claims, possible repair scenarios, possible outcomes of litigation and the fee agreement. Clients sought advice regarding possible health effects and the ramifications of moving out of their home. Clients wanted to know if they should move out because of health issues and if they moved out because of health issues, would they be compensated for their expenses.

PC would next issue to the client a New Client Questionnaire requesting specific information regarding the history of the home and documentation regarding the home, including contracts for construction, deeds, HUD-1 statements, warranties, and appraisals. PC reviewed this documentation and prepared information for the inclusion of the homeowner on an Omnibus Complaint or prepared a separate complaint for filing. To include a homeowner on an Omnibus Complaint, IC had to provide detailed information regarding the owners of the home and

**EXHIBIT B**

**EXHIBIT C**

information regarding the property, including an inspection report.

Once the Omnibus Complaint was filed, PC was responsible for insuring all homeowners were included on the proper complaint and all Defendants were properly named. As a requirement by the PSC, IC provided a Plaintiff Profile Form providing information and documentation for each home. In many cases, IC had to provide an amended Plaintiff Profile Form to supply additional information. Further, in conjunction with Plaintiff Profile Forms, the PSC requested information regarding the number of HVAC coils replaced in each home. As such, IC completed a survey of all homeowners regarding the number of HVAC units and the number of HVAC coil replacements.

During the course of the litigation process, PC consistently responded to questions and advised homeowners regarding homeowner insurance claims, possible tax assessment protests, and IRS casualty loss issues. PC drafted tax assessment protests and attended a number of hearings with the tax assessor's office representing homeowners in their appeals of the valuation of their home. Homeowners consistently sought advice regarding the potential health issues associated with Chinese Drywall and if they should move out of their homes and/or stop paying their mortgages. Homeowners required research and updates on research and results of studies regarding the potential health issues associated with Chinese Drywall. This issue proved to be very difficult for PC because so little scientific information was available, but yet clients sought reassurance their health was not in jeopardy. PC also sent out additional questionnaires as the litigation progressed in order to determine if there were any common health problems associated with Chinese Drywall to bolster any health related claims.

PC participated in and attended various town hall meetings with homeowners.

EXHIBIT B

EXHIBIT C

Throughout the litigation process, PC provided regular updates to clients regarding the status of the MDL and progress of their case towards resolution.

Between the discovery of Chinese Drywall in homes and remediation of the home, PC advised homeowners regarding mortgage forbearance issues and possible foreclosure issues. On many occasions, PC negotiated directly with the mortgage companies regarding forbearance or foreclosure issues spending countless hours on the phone, working with customer service representatives and legal counsel for certain companies in an attempt to work out a solution for homeowners to save their homes.

Since the MDL Court did not have personal jurisdiction over Alabama builders that constructed homes in Alabama with Chinese Drywall, PC evaluated the statute of limitations for builders' claims and determined builder liability and availability of insurance for each homeowner. IPC determined the applicable building code for each jurisdiction and determined possible building code violations. As a result, PC prepared and filed numerous lawsuits against builders and also the supplier Interior/Exterior Building Supply, LP on behalf of homeowners with Chinese Drywall. As such, PC undertook the usual responsibilities of litigation in the state filed cases, including generation of pleadings, review of defendant's pleadings and preparation and review of paper discovery. Further, PC undertook settlement negotiations with builder attorneys. PC attended status conferences and motion dockets associated with builder lawsuits and was appointed as liaison counsel for Alabama state court Plaintiffs. As liaison counsel, PC designed and drafted case management orders for various state court judges regarding the various discovery tracks needed for builder cases. Further, PC responded to Motions to Stay filed by Knauf and INEX and represented homeowners at oral argument on this issue.

EXHIBIT B

EXHIBIT C

Once the PSC announced the Pilot Program as a possible settlement resolution, PC undertake a review of the protocol involved with the program. PC had 9 homes accepted into the initial 300 home Pilot Program[2] and were informed that detailed inspections of each property needed to be performed to identify the drywall utilized in the home. PC retained a building inspector who performed complete inspections of the home to detail the use of drywall in the homes as well as other issues associated with the construction of the home. PC also reviewed each file to determine if the home was eligible once the Pilot Program was expanded. In addition, PC met with and discussed with clients the possibility of enrolling their home in the Pilot Program and the possible benefits and legal ramifications of the Pilot Program. Once a client agreed to participate, PC prepared an eligibility packet containing certain information required by Knauf to consider a home for the Knauf Pilot Program. Once accepted into the Pilot Program, a series of inspections took place to determine the eligibility for homes.

As the Pilot Program was proceeding, the Knauf Settlement Agreement was announced. Following the Knauf Settlement Agreement, PC spent numerous hours reviewing the Settlement Agreement, interpreting the Settlement Agreement and explaining the Settlement Agreement to clients. An evaluation of each file was once again required to determine the possible impact on each homeowner. PC conferred with each client regarding the possibility of opting out of the settlement. PC met with each client to explain the benefits of the settlement under Option 1, 2 or 3, explained the inspection and remediation process, scope of remediation and determined which option was best for each client. After a client chose a particular option, PC reported to Knauf and BrownGreer which clients were choosing which options. Due to the benefits of possible cost increases during construction and the availability of change orders for these cost increases, the

---

[2] See Exhibit A to Settlement Agreement For The Demonstration Remediation of Homes with KPT Drywall

**EXHIBIT B**

**EXHIBIT C**

vast majority of clients chose Option 1 requiring a remediation construction project.

Following the choice of an option under the Knauf Settlement Agreement, PC coordinated an inspection of each home by MZA.  PC attended and oversaw the MZA inspection for compliance with the inspection protocol.  Often times PC provided the inspectors with vital information regarding the location of the Knauf Chinese Drywall and information regarding damages to the home.  In addition, the homeowners often had additional questions and concerns regarding the Knauf Settlement Agreement and possible legal ramifications of a remediation that arose at the inspections and required responses.  Following the MZA inspection, PC monitored the inspection results to determine if the home qualified for benefits under the Knauf Settlement Agreement.

If the home qualified for benefits following the MZA inspection, a second inspection and estimate was performed by Moss or another qualified contractor.  PC coordinated and attended the Moss inspection and estimate to ensure compliance with the ANSI square footage measurements and compliance with the Exhibit F remediation protocol.  Again, often times at the inspection clients had additional questions regarding the remediation process, scope of the remediation and the legal ramifications of settling under the Knauf Settlement Agreement.

Following the inspection by Moss or the qualified contractor, PC received an Xactimate estimate which provided a scope of work for the home and the ANSI square footage that determined the lump sum payment for each client.  PC reviewed the Xactimate estimate to ensure compliance with the Exhibit F protocol, confirmed that all areas of home were listed in the scope of work and verified the ANSI square footage.  PC then conferred with each homeowner to explain the Xactimate scope of work and seek approval of the Xactimate scope

# EXHIBIT B

# EXHIBIT C

and ANSI square footage. Once the Xactimate scope was approved, PC monitored the Xactimate estimated cost for the home and the Final Cost Estimates to ensure that the costs were in line with the size of the home, the quality of the original construction of the home, and the Xactimate scope of work.

Assuming the homeowner chose Option 1, after the inspection and estimate process was complete, BrownGreer prepared a generic work authorization package to be completed by PC and homeowner. Upon receipt and review of the work authorization, PC became concerned over the language utilized within the authorization. PC had active litigation in state court against builders for Chinese drywall as well as construction deficiencies. Due to the broad nature of the work authorization, PC could not in good conscience allow its homeowners to potentially sign away unrelated claims and damages. PC negotiated direct with Knauf's attorneys to modify the work authorization for its clients in order to ensure that all claims against builders could be pursued. Unfortunately this step created a setback in when remediations began but we has to ensure that we put the best interest of the client in front of ease.

After the modified work authorization was approved, PC then prepared a work authorization package specific to the particular homeowner and provided the package to the homeowner for review. PC then met with each homeowner to review the work authorization package and discuss the remediation program. This meeting included discussions regarding legal implications of executing the work authorization and signing of releases. In addition, the practical aspects of implementing the remediation, moving out, lump sum payments, and other move out and repair issues were discussed.

In Option 1 scenarios, following the return of the work authorization package,

EXHIBIT B

EXHIBIT C

BrownGreer provided a move out notice indicating when the homeowner must be out of the home for the remediation to begin. In addition, BrownGreer and/or Knauf provided a date and time for a kick off meeting between the contractors, PC and homeowners. Between the time of the receipt of the move out notice and the kick off meeting, PC received the lump sum payment for the homeowner. PC verified the amount of the lump sum payment and disbursed the funds to the clients.

PC then attended the kick off meeting at the home. At this meeting, PC oversaw compliance with the Exhibit F remediation protocol and the Xactimate scope of work. Often times issues regarding the scope of work, including appliance issues and HVAC issues were discussed and corrected onsite. Typically, numerous return trips to the project were required during the remediation process to ensure compliance with the remediation protocol and monitor the timing and completion of the construction. Usually during the construction process the homeowner raised questions regarding the scope of work as well as the quality of work. For most homes, PC mediated disputes and disagreements regarding the scope of the work and the quality of work. There were often disputes regarding the replacement of materials with "like-for-like" materials as required by the Knauf Settlement Agreement. This process of monitoring the remediations and mediating the disputes resulted in countless hours of time expended by PC. Further, this process of dispute resolution required a firm grasp of the Knauf Settlement Agreement and legal interpretations of the agreement, the work authorizations, and the remediation protocols.

Once a home was stripped of the Chinese Drywall, sometimes construction deficiencies or water and termite damage were discovered. At this point, PC were required to determine if

EXHIBIT B

EXHIBIT C

the costs associated with such repairs were costs associated with the Knauf remediation or the responsibility of the homeowner. There were often disputes regarding which party was responsible for the payment of such repair costs and required PC to determine a suitable resolution.

Following the kick off meeting, Moss provided an appliance binder to PC outlining the appliances to be replaced and setting forth the choices the homeowner had in regards to replacement of the appliances. PC had to determine if the appliance binder complied with the Knauf Settlement Agreement, the Exhibit F protocol and the Xactimate scope of work. Often some appliances were not included in the binder and corrections or adjustments to the binder had to be made. This required intimate knowledge of the Knauf Settlement Agreement and the remediation protocols to determine which appliances were to be replaced. PC then explained the appliance binder and potential choices to the homeowner and reported to Moss the homeowner's decision regarding appliances.

As a project neared completion, there were delays which required negotiations for delay payments owed to the homeowner. PC was responsible for monitoring the deadlines, calculating the delay payments and negotiating the delay payments for homeowners.

After a project obtained a Certificate of Occupancy, the contractor, PC and the owner met onsite to review the completed work. PC was responsible for determining if the scope of work and quality of work complied with the Knauf Settlement Agreement and the remediation protocols. At this meeting the homeowner and contractor created a punch list of items for the contractor to complete prior to returning the home to the owner. Disputes between the contractor and the owner often arose at this stage and were resolved by PC. In order to resolve these issues,

EXHIBIT B

EXHIBIT C

PC was required to have a thorough understanding of the Knauf Settlement Agreement, remediation protocols, and interpretations of the Knauf Settlement Agreement.

Once the punch list items were complete or the contractor and homeowner reached an agreement regarding the completion dates for the punch list items, a close out meeting was held at the home with the contractor, PC, and the homeowner attending.  At this point, the contractor sought to return the home to the owner and have the homeowner sign a release required by the Knauf Settlement Agreement upon substantial completion of the project.  Disputes regarding if the release should be signed often arose at this stage.  In addition, at this meeting, PC provided the homeowner with a close out package, including documents from the remediation such as the Knauf inspection report, the GFA certification, the warranty information, the Certificate of Occupancy, and the contractor's certification.

Further, once the home was released to the homeowner, PC was required to monitor ongoing punch list items and disputes regarding punch list items.  For many homes it took months to complete the punch list and resolve these issues.  It was not unusual for a three (3) month remediation project to take six (6) to nine (9) months for a total completion of the construction.  In addition, the homeowners received a one (1) year warranty from the contractor regarding all work performed on the home.  As such, the homeowners often required warranty work to be performed by the contractor.  PC monitored and oversaw the warranty requests and completion of the warranty requests.  Disputes often arose involving whether the repairs fell within the scope of the warranty.  Due to this one (1) year warranty, each three (3) month project took a minimum of a one (1) year and three (3) months to bring to a complete and total resolution.

EXHIBIT B

EXHIBIT C

If the homeowner chose Option 2 or 3, a separate set of paperwork was required. PC was required to coordinate the Option 2 or 3 package and meet with the homeowners to execute certain documents and provide legal advice regarding the documentation. PC had to ensure that components of the settlement package was complete as the settlement administrator had increased scrutiny over these claims. In addition, PC was required to explain the detriments that these options included and was forced to coordinate with personal contractors to ensure proper figures were provided for agreements under Option 2.

The final step in resolving a homeowner's claims involved the filing and monitoring of claims under the various settlements, including, but not limited to, bodily injury claims, global builder and supplier claims, foreclosures claims, pre-remediation move out claims, miscellaneous claims, and others. This process required an evaluation of all potential claims available under all settlements and an evaluation of each client's circumstances to determine if a client was eligible for a particular claim. This involved legal interpretations of the Knauf Settlement Agreement, the various other settlement agreements, and the various claims materials. Once the determination was made for each client, PC was responsible for drafting the claim form, gathering the required documentation and timely filing the claims. Once the claims were filed, PC monitored the progress of the claims and updated clients regarding the progress of the claims. Eventually, BrownGreer issued a Notice of Claim Eligibility form. PC discussed the Notice of Claim Eligibility with each client and determined whether to accept or appeal the notice. If the claim was accepted, PC was responsible for the execution of the Verification of Claim form, execution of a W9 form, verification of the payment of the claims and execution of releases. If the eligibility notice was appealed, PC was responsible for the appeals process to the

**EXHIBIT B**

**EXHIBIT C**

Special Master or the Court.  Some appeals are still proceeding to date.

In order to bring a client to a complete resolution, PC invested countless hours and significant expenses not reimbursed by the expense stipend to accomplish tasks that could not be accomplished by Common Benefit Counsel.  Many of the tasks required of PC to provide a homeowner with a complete resolution were tasks required by the PSC or because the PSC negotiated a settlement that required PC to completely implement the settlement on his own.  The resolution of a homeowner's claims required extensive client contact and involvement which was handled exclusively by PC.  A resolution of a homeowner's claims required consistent work on behalf of the client over a four (4) to six (6) year period of time.  PC contributed the majority of their practice over these time periods to resolve homeowner's Chinese Drywall disputes and without PC involvement the resolution of these claims would have proved impossible.

Collins & Horsley is a firm representing homeowners with Chinese Drywall.  Collins & Horsley did not make any claims for common benefit work.  Collins & Horsley performed Chinese Drywall-related work that was unique from other PC, but benefited all Chinese Drywall homeowners as a whole.

Collins & Horsley filed numerous lawsuits against builders of homes containing Chinese Drywall in various state courts in Alabama.  Since the MDL Court did not have personal jurisdiction over Alabama builders that constructed homes in Alabama with Chinese Drywall, Collins & Horsley evaluated the statute of limitations for builders' claims and determined builder liability for each homeowner.  We determined the applicable building code for each jurisdiction and determined possible building code violations.  As a result, we prepared and filed numerous builder lawsuits on behalf of homeowners with Chinese Drywall.  As such, we undertook the

EXHIBIT B

EXHIBIT C

usual responsibilities of litigation in the builder filed cases, including generation of pleadings, review of defendant's pleadings and preparation and review of paper discovery. Further, we undertook settlement negotiations with builder attorneys. We attended status conferences and motion dockets associated with builder lawsuits and were appointed as liaison counsel for Alabama state court Plaintiffs. As liaison counsel, we designed and drafted case management orders for various state court judges regarding the various discovery tracks needed for builder cases. Further, we responded to Motions to Stay filed by Knauf and INEX and represented homeowners at the oral argument on this issue. This work was performed without the help of the PSC or Common Benefit Counsel.

Further, Collins & Horsley worked with Moss & Associates and the Lead Contractors to insure that the repair protocol was sufficient. Moss took the position that the Exhibit F was the maximum that they were required to perform. After complaints of several homeowners, Collins & Horsley had to work closely with Moss & Associates to insure proper inspections of appliance, HVAC units and bathrooms. Collins & Horsley worked with homeowners and contractors to insure that the expectations of the clients were met and the homes were habitable when the remediation work was completed. This work was performed without help from the PSC or Common Benefit Counsel.

Collins & Horsley in connection with Eric Hoaglund of McCallum, Hoaglund, Cook and Irby, and Eddie Sexton of Gentle, Turner & Sexton enhanced the Knauf Settlement Agreement by objecting to the original Settlement Agreement and negotiating with Knauf the inclusion of Section 4.9 of the Amended Knauf Settlement Agreement providing Lower-Case Knauf homeowners with relief under the Knauf settlement. Further, the Sexton/Hoaglund firms

EXHIBIT B

EXHIBIT C

enhanced the Knauf Settlement Agreement by objecting to the original Settlement Agreement and negotiating with Knauf for the inclusion of Section 4.7.3.1 of the Knauf Settlement Agreement providing possible relief to Chinese Drywall homeowners by the inclusion of a claim for miscellaneous expenses not otherwise provided for in the settlement.


W. Brian Collins


STATE OF ALABAMA            )
                            )
JEFFERSON COUNTY            )

     SWORN TO AND SUBSCRIBED before me the undersigned Notary Public on this the 28th day of June , 2016.


Notary Public
My Commission Expires: 5/19/2019

ASHLEY LEIGH HORSLEY
My Commission Expires
May 19, 2019


EXHIBIT B

EXHIBIT C

## Amanda Mkamanga

| | |
|---|---|
| **From:** | Daniel Bryson |
| **Sent:** | Friday, September 13, 2013 8:09 AM |
| **To:** | Brian Collins |
| **Cc:** | Amanda Mkamanga |
| **Subject:** | Re: Chinese Drywall Litigation: Assistance with Claim Submission on CDW houses |

Brian- I am on the PSC as you know. I agree that the nuances of the deal are complicated and incredible frustrating. However, there is an immense amount of work to get all of the Ala. claims for our clients filed properly. Amanda, isn't the deadline Sept. 25th? Where are you in that process? Regards, Dan

Sent from my iPad

On Sep 13, 2013, at 2:41 AM, "Brian Collins" <brian@collinshorsley.com> wrote:

> Dan,
> I need assistance or knowledge on a couple issues that only the PSC can help on.
> 1.        I just completed a hearing with Dan Balhoff and it was a joke.  He was all about helping until the hearing and he performed a 180 degree turn.  I have over two hundred pages of emails documenting my position on the Patrick Roll Home.  Balhoff basically said that he could not make Moss do anything and then he said that a homeowner had no recourse under the settlement for admittedly deficient estimates and bid scopes.  I have performed extensive investigation over the last year and learned of many items that control this process including.  However, the company that helps control the costs and writes the bid scopes happen to be the same company that does the best work because they have unfettered ability to keep working until satisfaction is obtained by homeowner.  But in this situation, I have the contractor that wrote the original scope as delegated by Moss return at Moss's direction and redo the scope and estimate at Moss direction with an increase of 500k or more.  The estimate was denied for almost one year despite hundreds of requests.  Finally, during the special master procedure a few of the revised estimates were produced.  This was after I had produced their numbers(with the copy I had) and explained that someone would be committing perjury in a Federal Court if they continued to withhold the estimates.  After receiving the estimates, the argument changed stating Mr. Roll requested the company BD Welch to estimate the home on his terms.  BS, as Mike Munson with Moss copied me on the email requesting the guys to meet him for the second walkthrough.  Further, I was present when it all occurred.  I have this issue documented more than anything else in my career and feel more ineffective than ever at the same time.  The conclusion was that Moss could write any estimate they wanted even if totally deficient and erroneous to the point of another home being estimated and the only recourse the homeowner would have is to utilize Option 1 Moss for the repairs.  They have used one company to write deficient scopes and low ball each bid so that when the homeowner selects option 2 or 3 they are being shortchanged at least on the big homes.  Not so much on the smaller ones as Moss is making a killing.  Sometimes in excess of 100 percent profit.  I now see the purpose and that is to keep all of the homes within a range on square footage but that is not what we agreed to.  That same company BD Welch, who will admittedly do everything a homeowner requires if Option 1, was sent back to the home by Moss and wrote a correct bid which approximately doubled from 600k to 1.2k all in MEP's and Moss charges.  Knauf's counsel shows up for Moss and argues that Mr. Roll ordered the estimate and included many excessive items.  Wrong, I have the emails where Moss requested everything and I was present.  I also identified a string of required items that are left out of the bids originally but performed later through "understood" change orders.  I don't need to see seventy five furnaces ordered at once because they were left out.  The tile in the bathrooms on exterior walls, granite was replaced in 99.99 percent of homes and was called for in the bid scopes.  Only the large homes had reset which offends common sense.  Then I learned they were replaced in all or most of those homes.  I had the second prime whose bid was only five thousand more originally return to the home and he also increased his bid to over one million.  Knauf says that the estimate and scope by Moss is final even if bids are no good or deficient.  Knauf says Moss never replaced granite but out of 200 homes in the program, I only had less than 10 that stated reset granite and those were eventually replaced.  The square footage has been vastly underestimated for the remediation sq footage which affects the final number since the overhead



builder is using unit pricing by linear feet. Moss then offers the other contractors to do the work for the lowest bid, thereby, destroying the whole reason for competitive bidding and the assurance of a legitimate number. When asked about reasonable and legitimate bids, the special master replied that reasonable nor legitimate showed up anywhere in the settlement. Understand that this was the first time he had ever acted this way and seemed to be completely in my corner from the beginning. He then stated he had no authority after three months with these issues. I don't want to waist my time and need to know what you think about this type of estimating. If options 2 or 3 were not to be accepted they should not have been offered. I can go on and I am sure you feel this email is confusing at best, but I bet you are aware of what I am speaking about. In sum, Moss performed a secondary walkthrough and recognized their deficiencies early on. After estimates were generated and sent I learned through a Moss Area Manager the amounts and content. Moss then decided they could not produce the estimate as promised and argued it never existed. I had a copy and requested from everyone associated with Moss to do the honest thing before I exposed them. At one point I obtained an agreement with their attorney for 1.1 million and a copy of the actual revised scope so that I could identify what, if anything, was missing or incorrect. This was later disputed but I have it all in emails. Where do I go from here? The master has allowed me to supplement the record. I will either file objection to Fallon but I don't want to do this if it is futile. If the PSC agrees with that argument and endorses the artificially low numbers and scope, I will leave this alone but if not I need some help. I have documents and not a few that show continuous lies and misrepresentations by Knauf and Moss while we were attempting to get a legitimate number and move on. If you have any suggestions, please let me know. Also, what are you doing with people who have sold their homes? What about new clients since August? Also, do you have any knowledge as to the increase in fees from other sources than Knauf? Knauf alone will not pay my expenses in this thing after managing two hundred remediations. Is there no avenue for extra compensation for working the pilot program prior to the settlement since we had to handle it all rather than ombudsman, etc. Also, what benefits do I derive from being lilsted as a Committee Member? I am quickly becoming discourgaged by this whole deal and feel that we have worked as hard or harder than most attorneys other than the trial team. Please give me something to pick me up such as good news.

Brian

W. Brian Collins
COLLINS & HORSLEY, P.C.
2021 Morris Avenue
Suite 200
Birmingham, Alabama 35203
Phone (205)324-1834
Fax    (205)324-1846

This electronic transmission contains information from the law firm of Collins & Horsley, P.C. that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. The information is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 324-1834 or by electronic mail to: brian@collinshorsley.com. Thank you.

---

**From:** Daniel Bryson [mailto:Dan@wbmllp.com]
**Sent:** Thursday, September 12, 2013 2:09 PM
**To:** David Horsley; Brian Collins
**Cc:** Amanda Mkamanga; Gary Mason
**Subject:** Assistance with Claim Submission on CDW houses

David and Brian, we realize that assembly of the appropriate claims data for the clients is brutal. Would you like for us to send some paralegal assistance to Birmingham to assist. The deadline will be here soon! Regards, Dan

EXHIBIT B

EXHIBIT D

DANIEL K. BRYSON
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St  |  Raleigh, North Carolina 27603
P: 919.600.5002   |  F: 919.600.5035
dan@wbmllp.com  |  v-card

---

<image001.jpg>

---

<image002.jpg><image003.jpg> <image004.jpg>

EXHIBIT B

EXHIBIT D

**Amanda Mkamanga**

| | |
|---|---|
| **From:** | Daniel Bryson |
| **Sent:** | Monday, June 13, 2016 3:14 PM |
| **To:** | 'Brian Collins' |
| **Cc:** | Gary Mason; Amanda Mkamanga |
| **Subject:** | RE: Chinese Drywall Litigation NC: Chinese Drywall MDL 2047 |

Hi Brian, hope all is well and good to hear from you. I have copied my law partner Gary Mason who is intimately involved with the current posture of our Chinese drywall cases. I would suggest we set up a call some time tomorrow with Gary on the call to discuss everything. Just let me know what time works best for you. Best, Dan

**DAN BRYSON**
WHITFIELD BRYSON & MASON LLP
900 W. Morgan St  |  Raleigh, North Carolina 27603
P: 919.600.5002    |  F: 919.600.5035
dan@wbmllp.com  |  v-card





**From:** Brian Collins [mailto:brian@collinshorsley.com]
**Sent:** Monday, June 13, 2016 2:38 PM
**To:** Daniel Bryson
**Subject:** RE: Chinese Drywall MDL 2047

Hey Dan,
How are you?  Hope things are going well.  Please provide me an update when you get a chance.  I know we are reviewing items for the recovery obtained for clients now and I would just like to know what to expect as far as the process and timeframe.  I understand that you may not be certain on either but I would appreciate your best guess as to what will occur.   I feel it is important that we touch base on what to be looking for and items that could be of a concern.  It is also important that I talk with you personally on how to distribute the payments before such time.  Please make sure I am included on any correspondence to our office relating to the cases as I am in and out but would like to be aware of any items that are due or questions you may need answered from us.  I am requesting that you deal with me going forward so that we don't have any confusion when the time comes.  I was out of the office for some time and encountered some issues with other firms thinking that I was no longer handling certain items because of involvement from others in my office.  This is my main book of work presently so I want to be involved in the full process.  Give me a call or text 205-529-4988 and I will return call.  Or you may contact me at my office 205-324-1834 if you need to discuss anything.  Thanks Dan and I appreciate your help in this matter.

Also, it would be nice to know what you are keeping busy with these days and if we could assist in any way.

Brian

**W. Brian Collins**
**COLLINS & HORSLEY, P.C.**

1

# EXHIBIT B

# EXHIBIT E

2021 Morris Avenue
Suite 200
Birmingham, Alabama 35203
Phone (205)324-1834
Fax     (205)324-1846

This electronic transmission contains information from the law firm of Collins & Horsley, P.C. that is subject to the attorney-client communication privilege, and/or is privileged as attorney work product. The information is intended for the use of the recipients within an electronic mail program, and which should appear above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please immediately notify us by telephone (205) 324-1834 or by electronic mail to: brian@collinshorsley.com. Thank you.

EXHIBIT B

EXHIBIT E

**Amanda Mkamanga**

| | |
|---|---|
| **From:** | Brian Collins <briancollins196239@gmail.com> |
| **Sent:** | Friday, February 03, 2017 6:16 PM |
| **To:** | Amanda Mkamanga |
| **Cc:** | Daniel Bryson |
| **Subject:** | RE: Chinese Drywall Litigation NC: Future contact. |

Thank you for your gracious assistance.  Brian.

On Feb 3, 2017 7:40 AM, "Amanda Mkamanga" <Amanda@wbmllp.com> wrote:

I have attached a copy of the Fee Spreadsheet for the cases that our office handled for your office. This is the final one from BrownGreer that they will use to pay fees off of.

BrownGreer was the claims administrators. Below is a link to the claims portal for the other loss claims. You will have to contact someone at BG to give you access to it.

https://www3.browngreer.com/drywall/

Below is a link to the Pilot Program – Remediation portal. BG tracked all documents and payments related to the remediation and all the documents are imported into the portal. BG will have to give you a login password for this portal as well:

https://www2.browngreer.com/drywall/

BG is in charge of paying all claims and ultimately will pay the fees. You would need to contact them for sure. You can email them at:

CDWQuestions@browngreer.com

Or our contacts there have been:

Jake Woody: jswoody@browngreer.com

Katie Sanderson: ksanderson@browngreer.com

**EXHIBIT B**

**EXHIBIT F**

Ashley Hipps:  ahipps@browngreer.com



Chinese Drywall Settlement Administrator

**BROWNGREER PLC**

P.O. Box 25401

Richmond, Virginia  23260

Telephone:  (804) 521-7200

Facsimile:  (804) 521-7299

www.browngreer.com



Hopefully this helps.



---

**From:** Daniel Bryson
**Sent:** Thursday, February 02, 2017 8:53 PM
**To:** Brian Collins
**Cc:** Amanda Mkamanga
**Subject:** Re: Future contact.



Amanda, please do all you can to help Brian.

Sent from my iPad


On Feb 2, 2017, at 12:48 PM, Brian Collins <briancollins196239@gmail.com> wrote:

> Dan,
>
> Do you mind having someone forward me the relevant information on the drywall cases so that I
> might know who to contact to confirm that I'm listed as primary counsel for my Texas cases and
> whom I need to call about changing number or accounts for any disbursements.  Basically, I need
> to make sure that I'm receiving any inquiries related to developments or compromises on the fee
> for those cases as well as being the one from my firm listed alongside you as having
> representation for the cases we have together.   I need all the important cdw court numbers and
> contact points with all relevant issues on cdw for administration, disbursement, remediation,
> etc.  Websites and portals I need to view for clients or that were used to document clients



EXHIBIT B

EXHIBIT F

recovery or history during the case.  I am needing to get personal with the files again and need to be pointed on the right direction since my instructional memos and internal direction/explanation of correct protocol have been relieved from my possession.  I'm sure Amanda or someone coukd forward a list of things that woukd take me days to obtain.  Thanks Dan.


On Jan 30, 2017 3:55 PM, "Brian Collins" <briancollins196239@gmail.com> wrote:

Thanks Dan


On Jan 30, 2017 3:52 PM, "Daniel Bryson" <Dan@wbmllp.com> wrote:

Let me discuss this situation with my partner, Gary Mason, and I'll get back with you. You have been straight up with me during this process and I would like to help you if we can. It has been a long and miserable slog that is for sure.


DAN BRYSON

WHITFIELD BRYSON & MASON LLP

900 W. Morgan St  |  Raleigh, North Carolina 27603

P: 919.600.5002    |  F: 919.600.5035

dan@wbmllp.com  |  v-card







**From:** Brian Collins [mailto:briancollins196239@gmail.com]
**Sent:** Monday, January 30, 2017 4:51 PM
**To:** Daniel Bryson
**Subject:** Re: Future contact.


He shouldn't, in fact it was express term that he had no interest in cases filed before making him partner and then he would havr to repay 20 percent of the overhead that I was paying before he would participate in a dime.  Overhead and case experiences meaning all costs.of.running firm

EXHIBIT B

EXHIBIT F

that was.not being paid by cases he had interest in.  He was also an employee of.the.firm who received a.salary for.his work.

On Jan 30, 2017 2:41 PM, "Daniel Bryson" <Dan@wbmllp.com> wrote:

They have not tried to contact me. What cases were hijacked?

Sent from my iPhone

On Jan 30, 2017, at 3:35 PM, Brian Collins <briancollins196239@gmail.com> wrote:

> Have they tried to contact you? I woukdnt think so given their attitude about your
> assistance.  David wanted me to withhold affidavit from you during the fee
> opposition.  I had to force him to give me a copy.  The other cases were hijacked
> and I'm sure it will be tough to get back.  Thats ok as long as an interest is
> received. I just hate this profession.  I have been through too many of these things
> to get fired up again.  I will just get my drywall money and let them reconcile fees
> with me before I distribute anything to them.  Problem is funding until then.

> On Jan 30, 2017 2:28 PM, "Brian Collins" <briancollins196239@gmail.com>
> wrote:

> Which cases?  The drywall cases are all filed and done.  Except for fee and
> taishan which are with you.  There isn't any decision to be made.  There hasn't
> been any notice to the contrary and I woukd think that knauf cases are done.

> On Jan 30, 2017 1:32 PM, "Daniel Bryson" <Dan@wbmllp.com> wrote:

> Brian- so sorry for these issues. Have all of the cases remained with you?

> Sent from my iPhone

> On Jan 30, 2017, at 1:48 PM, Brian Collins <briancollins196239@gmail.com>
> wrote:
>
> Dan, i hope all is well. I need you to please note that any and all future contact
> or decisions that in any way relate to my drywall cases should come to me
> directly.  For the moment this email address and my number 2055294988 is the
> best contact info for me.  I have my other still in place but I don't know who all
> has access to it and i had my office cleaned out over the weekend.  It's amazing
> how this profession deals with resignations.  In any event, I had delegated several
> duties to David horsley and he is no longer with me and has no further authority
> to speak for any cases filed on my behalf.  I'm caught a little handicapped at the
> moment since Mr. Horsley had been my bookkeeper before going to law school

**EXHIBIT B**

**EXHIBIT F**

and later got married to my main assistant and we had let a couple other secretaries go recently so I find myself without any pw, files gone, assistant gone, servers gone, etc.   As you can imagine I feel a little vulnerable and betrayed as they left with Art.  I had worked with art for 20 years.   Oh well, such is life.  Dan, now more than ever I need to know if there is any end in sight to the fee dispute and if you know of anyone loaning money on those fees presently.  I am caught in extremely bad financial position at the moment and need to generate some small amount of cash flow.    Thanks for your attention to this email and please confirm receipt.
> Brian collins

# EXHIBIT B

# EXHIBIT F

**Amanda Mkamanga**

| | |
|---|---|
| From: | Brian Collins <brian@collinshorsley.com> |
| Sent: | Friday, June 17, 2016 1:53 PM |
| To: | Monica DiCocco; Dan Bryson; David Horsley |
| Subject: | RE: Chinese Drywall Litigation NC: Notice of Objection from Whitfield Bryson & Mason LLP |

Monica.  I have a large amount of cases that were not involved with your firm.  I took over representation for a few other attorneys plus I have alot of texas cases( approx half of my cases) filed on my own behalf.  It would not be proper to have all my cases listed under you.  Further, your firm submitted ppfs but did not draft or obtain the information.  The notice is somewhat misleading and inaccurate for the reasons stated.  I don't want to have to deal with this later, so please take steps to correct the notice.  Or give me a call to discuss.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Monica DiCocco <MDicocco@wbmllp.com>
Date: 17/06/2016 11:38 AM (GMT-06:00)
To: CDWQuestions@browngreer.com, "Arnold Levin (alevin@lfsblaw.com)" <alevin@lfsblaw.com>, "'drywall@hhklawfirm.com'" <drywall@hhklawfirm.com>
Cc: Brian Collins <brian@collinshorsley.com>, "'esexton@gtandslaw.com'" <esexton@gtandslaw.com>, "'ehoaglund@mhcilaw.com'" <ehoaglund@mhcilaw.com>, ccoffin@pbclawfirm.com, Amanda Mkamanga <Amanda@wbmllp.com>, Scott Heldman <SHeldman@wbmllp.com>, Daniel Bryson <Dan@wbmllp.com>, Gary Mason <GMason@wbmllp.com>
Subject: Chinese Drywall Litigation NC: Notice of Objection from Whitfield Bryson & Mason LLP

Dear Counsel,

Pursuant to PTO No. 28(F), attached please find Whitfield Bryson & Mason LLP's Notice of Objection regarding disputed recovery amounts. A hard copy is being mailed today by First Class Mail.

Sincerely,

**MONICA DICOCCO**

**Legal Assistant**

WHITFIELD BRYSON & MASON LLP

5101 Wisconsin Avenue, NW, Suite 305

1

**EXHIBIT B**

**EXHIBIT G**

Washington, DC  20016

P: 202.429.2290  |  F: 202.429.2294

mdicocco@wbmllp.com





Please consider the environment before printing this email.

This email and attachments are confidential and are intended solely for the use of the addressee(s) named above.  This communication may contain material protected by attorney-client, work product, or other privileges.  If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding; printing, copying, or other distribution of this email and any attachments is strictly prohibited.  If you have received this confidential communication in error, please notify the sender immediately and discard this email and any attachments.

# EXHIBIT B

# EXHIBIT G

### H. ARTHUR EDGE, P.C.

ATTORNEYS AT LAW
2021 MORRIS AVENUE
SUITE 300
BIRMINGHAM, ALABAMA 35203

H. ARTHUR EDGE, III
HUNTER C. SARTIN

TELEPHONE
205-453-0322
FACSIMILE
205-453-0326
E-MAIL: art@edgelawyers.com
WEBSITE: www.artedgepc.com

July 18, 2016

**VIA E-MAIL: dan@wbmllp.com**
Daniel K. Bryson, Esquire
Whitfield, Bryson & Mason
900 West Morgan Street
Raleigh, North Caolina 27603

RE:   **PTO 28(F) - Attorney Fee Representation Dispute**

Dear Dan:

This letter is written pursuant to Rule 408 of the Federal and Alabama Rules of Evidence and is inadmissible in the event that this matter is not settled.

I am writing on behalf of the Collins Group (Collins & Horsley, P.C., H. Arthur Edge, P.C. and Gentle, Turner, Sexton & Harbison, LLC) in response to your July 11, 2016 letter to BrownGreer. There is no dispute that the three firms executed the co-counsel agreement in September 2009. It is our position, however, that the Bryson Group did not fulfill its obligations under the agreement. The agreement provides that the Collins Group and Bryson Group will jointly represent the clients in federal and state court actions. After the initial filing of the claims in the MDL, the Bryson Group contributed nothing further to the litigation of these claims other than an occasional request of the Collins Group for client documentation.

Additionally, as part of the co-counsel agreement, the Collins Group paid $10,000 into the common benefit fund with the understanding that the Bryson Group would assist in having a member(s) of the Collins Group appointed to MDL committees, creating an entitlement to common benefit fees. The Bryson Group made no effort to involve any member of the Collins Group in any committee or common benefit work over the course of the litigation. The agreement also provided that "Daniel K. Bryson and members of the Bryson Group" would consult and communicate with the Collins Group in order to keep its members apprised of the happenings in the MDL. The Bryson Group provided the Collins Group with approximately six client updates, but did not communicate or consult regarding the progress of the MDL. Further, with your involvement on the PSC, your interests became adverse to ours, as you were entitled to common benefit fees and other resources which we were not

# EXHIBIT B

# EXHIBIT H

Daniel K. Bryson, Esquire
July 18, 2016
Page 2


     Due to the Bryson Group's failure to fulfil its obligations under the agreement as outlined above, we propose a compromise in the amount of 10% of the attorney's fee in the "joint" cases. This fairly reflects the Bryson Group's contribution to our cases.  We ask that you consider this offer and provide us a response within seven (7) business days.  We look forward to receiving your response.


               Sincerely,


               H. Arthur Edge, III


cc:    K. Edward Sexton, II, Esquire
       David L. Horsley, Esquire


**EXHIBIT B**

**EXHIBIT H**

Cc:    K. Edward Sexton, II *(via email only)*
David L. Horsley *(via email only)*
Gary E. Mason *(via email only)*
Joel R. Rhine *(via email only)*
Chris Coffin *(via email only)*
Steve Mullins *(via email only)*

# EXHIBIT B

# EXHIBIT H

# W H I T F I E L D   B R Y S O N
# &   M A S O N   L L P
### A T T O R N E Y S   A T   L A W

John C. Whitfield + # ◊          Jeremy R. Williams * ▪          900 West Morgan Street
Daniel K. Bryson * +             Patrick M. Wallace *           Raleigh, North Carolina 27603
Gary E. Mason > ^ *              Jennifer S. Goldstein "          Office: 919.600.5000
Scott C. Harris * ▪              Steven N. Berk > ▪ ~               Fax: 919.600.5035
Matthew E. Lee * ▪               Charles A. Schneider >            www.wbmllp.com
Caroline Ramsey Taylor + ▪ ◊     Martha B. Schneider > ~
Natasha Camenisch Farmer + ◊     Roger N. Braden + ~
Ben Branda > ▪

State Bar Admissions:                                          Daniel K. Bryson
KY +  DC >  NC *  FL ▪  TN ◊                                   dan@wbmllp.com
NY ^  MD *  IL ~  MO *  CA "                                   Direct: 919-600-5002
Of Counsel ~

July 27, 2016

H. Arthur Edge, III
H. Arthur Edge, P.C
2021 Morris Avenue, Suite 300
Birmingham, AL 35203
Email: art@edgelawyers.com

Re: PTO 28(F) – Attorney Fee Representation Dispute

Dear Art:

Thank you for your letter of July 18 concerning the September 2009 Co-Counsel Agreement between the Collins Group and the Bryson Group. I am responding to your letter on behalf of all the members of the Bryson Group.

I am disappointed that you feel we did not fulfill our obligations under the agreement. In my view, we did all that was required and much more. As explained below, our staff worked tirelessly for years on behalf of your clients, work that by itself justifies the agreed percentage. With respect to committee assignments and common benefit work, this was entirely beyond my control, although efforts were certainly made in that regard. With the exception of the work I did for the PSC, none of the attorneys in my group performed common benefit work.

We vigorously dispute that the Bryson Group did nothing after filing claims in the MDL. In regards to the claims handling my paralegal assisted in the following tasks in regards to your clients:

- Instructed Collins Group of documents required for Plaintiff Profile Forms ("PPF");
- Typed up PPF that were received handwritten;
- Organized PPF and supporting documents in required order;
- Bates stamped as required by PSC;

**EXHIBIT B**

**EXHIBIT I**

- Submitted PPFs to PSC, including many amended PPFs;
- Email correspondence with your offices regarding deficiencies in PPF and/or supporting documents, including indicia;
- Point of contact for all MZA and walk-through inspections – coordinated with your offices to arrange inspections for Pilot Program participants;
- Forwarded all Xactimates upon receipt from Moss;
- Searched and pulled all requested INEX invoices from your offices;
- Cleaned up filings with PSC and drafted/filed appropriate Motions to Dismiss;
- Spent countless hours working overtime to ensure that your clients would receive the same legal representation that Bryson's Group other clients were receiving; and
- Answered numerous questions regarding the process, documents required and forwarded all emails regarding deadlines to your offices upon receipt.

Amanda or any other paralegal from our offices would have assisted with the Global Settlement Claims but that would have required them to contact your clients directly. They were repeatedly told through the years to *never* contact the clients directly. They were instructed by your group to always go through your offices because the client didn't know we existed and you didn't want to cause confusion about who was representing them. Amanda offered assistance and was always willing to help in any way possible when asked.

Amanda dealt with your clients files with the PSC, Moss and Brown Greer regardless of the fact that she didn't directly contact your clients or office for information needed and/or requested. She submitted your clients' information on numerous spreadsheets required by the PSC, Moss and Brown Greer without your knowledge or requiring your assistance because she had the information needed and/or requested so that your clients claims could be pursued and their homes could be remediated properly. On July 20, 2016 she submitted requested information for all Taishan clients submitted by us to the PSC. She still submits your clients information as requested on your clients' behalf to ensure that all potential claims are being addressed.

I think the 25 percent we agreed to was fair and the circumstances have not changed so much as to warrant any modification. However, I would rather try and resolve this dispute than fight with my colleagues. I certainly respect you and look forward to working with you on other matters in the future. In addition, due to the number of objections that have been filed, it will most likely be months before any attorney fees are awarded or paid. To that end, I suggest we get together to discuss this matter in New Orleans at some point in the near future. Perhaps around a status conference.

Sincerely,

Daniel K. Bryson

**EXHIBIT B**

**EXHIBIT I**

Cc:    K. Edward Sexton, II *(via email only)*
David L. Horsley *(via email only)*
Gary E. Mason *(via email only)*
Joel R. Rhine *(via email only)*
Chris Coffin *(via email only)*
Steve Mullins *(via email only)*

# EXHIBIT B

# EXHIBIT I

Amanda Mkamanga

| | |
|---|---|
| From: | Daniel Bryson |
| Sent: | Wednesday, January 31, 2018 5:38 PM |
| To: | Brian Collins |
| Subject: | Re: Chinese Drywall referral agreement with Bryson Group |

Everything is at a standstill waiting for Fallon's order. The minute I hear anything I'll let you know. I haven't heard about any continuing negotiations. What is your cell number? Rest assured that I am not having "secret" conversations w Art- or David for that matter. I respect your acknowledgement to live up to the deal that we made, and I'll do everything I can ethically do to protect your interests. I don't forget friends.

Sent from my iPad

On Jan 31, 2018, at 4:24 PM, Brian Collins <briancollins196239@gmail.com> wrote:

> Dan, I just read your email on the 9th and I assume you didn't get any push back from art.  We signed the agreement with you and I intend on honoring the agreement.  I would also like to talk personally if there are any issues with edge rather than learning later on.  If and when a disbursement occurs, how do you foresee the transfer of funds.  Of course, my office handled all of the leg work and previous transfers with your office and I would request that all future pmts are handled the same.  I'm sure set and David would like it all sent to them but I don't know why there would be any reason for that given that I paid for the extensive labor and the 100% management of the locating, inspecting, transferring of the cases and further I was tasked with complete burden of selling the remediations, supervising the remediations and the myriad of arguments that had to be settled to complete the settlements.  I think you will agree with me that I with the assistance of employees took that whole portion of the settlement and was a great benefit to our cases and fees.  I increased Roll for example by close to 800k over what he was offered.  I have 2 bankers boxes full of correspondence, alternative estimates, inspections, etc.  I'm only bringing this up so that you would consider some consideration for the work that I undertook and paid for that was not anticipated or intended when we entered the agreement.  That being said, I have no history or desire to breach any agreements I have with you and would appreciate you setting aside a few minutes with me as soon as possible so that we can clarify the specific protocols for disbursement of funds.  I look forward to hearing from you Dan.  Please send any future emails to Thecollinslawoffices@gmail.com so that it won't be looked over.  Just so you are aware I am still the 100% owner, shareholder of Collins & Horsley, p.c. and utilize its dba The Collins Law offices to avoid any confusion that David Horsley is still an employee.   Thanks Dan
>
> On Jan 9, 2018 3:38 PM, "Daniel Bryson" <Dan@wbmllp.com> wrote:
> This email is a followup to my July 27, 2016 letter. It appears that this MDL may potentially reach a global settlement. In that regard, Amanda had a conversation with David a while back auditing the client properties that we handled and submitted into the MDL. The total is $27,546,266.49, although Amanda informs me that the remediation costs for 11 houses are missing, so the total is more like $28,000,000. In that regard, our referral agreement provides for 25% of any amount paid in the MDL. As I am sure you are aware, in addition to the referral agreement, there are ample statements in various memoranda and emails, which clearly evidence our agreement. Please confirm that you will honor the referral agreement so that we may proceed accordingly. We are happy to have a telcon to discuss. Best, Dan

EXHIBIT B

EXHIBIT J

Ps- congrats on Alabama winning the national title. Again.

Sent from my iPad

EXHIBIT B

EXHIBIT J

**Amanda Mkamanga**

| | |
|---|---|
| **From:** | Daniel Bryson |
| **Sent:** | Wednesday, January 31, 2018 6:28 PM |
| **To:** | will collins |
| **Subject:** | Re: Email for future contact |

Fair enough. I'm on the way to the AAJ conference in Hawaii. Let's talk next week. Send me an email and we'll work out a time.

Sent from my iPad

On Jan 31, 2018, at 5:17 PM, will collins <thecollinslawoffices@gmail.com> wrote:

> Thanks for reply.  If you don't mind I would still like to discuss the eventual protocol for payment of funds and would appreciate any documentation that was exchanged with David and Amanda related to the cases I filed with you.  I don't want to have any questions about what we are doing upon disbursement.  I will be busy enough with my receipt if funds on Texas cases.   It won't take too long and that way we have some understanding of what to expect.  I do think you should contribute something for my additional assistance in the cases given the amount of money it saved the group and cost me as well as time.  We are talking several years of remediation issues alone.  I am available almost any time so please find when its convenient for you within the next week or two. Thanks.
>
> I was not implying that secret discussions were occurring but I am not in any discussions with those guys and I uncovered credit cards, etc. That were taken out in my company's name unauthorized and were used without my knowledge and left for default.  I never believed that the person I trusted with my books and handled all my expenses personal and professional would have intentionally misappropriated or converted funds while running up interest on accounts that I had paid off monthly.   I had felt something completely different even upon the departure from my firm I did not anticipate what amounts to deception, conversion and direct misrepresentations that were significant.  Art has his hands full and doesn't even have a clue.  To that end please talk to me directly about decisions related to Collins & Downey or Collins & Horsley cases filed with you.  He has no interest in my fees nor does he have authority to speak for cases I filed with you.  I am just reminding you because he was included on that correspondence about agreememt.  I did not even allow Howard Downey to become a party to those cases and David had not even passed the bar at the time you and I met about the cases.
>
> Anyway I look forward to our talk.
>
> On Jan 31, 2018 4:39 PM, "Daniel Bryson" <Dan@wbmllp.com> wrote:
> Okay. I just responded to you on the other email but will use this one from now on.
>
> Sent from my iPad
>
> > On Jan 31, 2018, at 4:29 PM, will collins <thecollinslawoffices@gmail.com> wrote:
> >
> > I sent a reply to an old email I just reviewed relating to our agreement, etc.  I requested that

EXHIBIT B

EXHIBIT K

you set aside some time so that we may clarify and confirm a few things.  I hope all is well.
> Brian

EXHIBIT B

EXHIBIT K