UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINEESE MANUFACTURED  )
       DRYWALL PRODUCTS  )   MDL NO. 2047
       LIABILITY LITIGATION  )   SECTION: L
       )   JUDGE FALLON
THIS DOCUMENT RELATES TO:  )   MAG. JUDGE WILKINSON
       )
ALL CASES  )
       )   **ORDER**
       )
_____)

    This matter, having come before the undersigned and on the Whitfield Bryson & Mason LLP, Rhine Law Firm, P.C., Pendley Baudin & Coffin and Luckey & Mullins (collectively, the "Bryson Group") Motion for Allocation of the Disputed Attorneys' Fee Fund having considered and for good cause shown the Court is of the opinion that the motion should be granted.

    IT IS HEREBY ORDERED that the Motion for Allocation of the Disputed Attorneys' Fee Fund is GRANTED and that the Clerk of Court should distribute from the disputed attorneys' fees fund the sum of $1,013,940.35 to the Bryson Group.

    It is further ordered that the Bryson Group may further move the Court for an award of interest on the withheld funds, as well as costs and fees incurred in connection with the pursuit of the withheld funds, any such motion to be filed within 21 days of this date.

    SO ORDERED, this the _____ day of _____, 2019.

                                          _____
                                          United States District Judge