# EXHIBIT B



# WHITFIELD BRYSON & MASON LLP
ATTORNEYS AT LAW

John C. Whitfield +#◊
Daniel K. Bryson *+
Gary E. Mason > ^ «
Scott C. Harris *¤
Matthew E. Lee *¤
Caroline Ramsey Taylor +¤◊
Natasha Camenisch Farmer +◊
Ben Branda > ≈

Jeremy R. Williams *
Patrick M. Wallace *
Jennifer S. Goldstein "
Steven N. Berk > ≈ ~
Charles A. Schneider >
Martha B. Schneider > ~
Roger N. Braden + ~

900 West Morgan Street
Raleigh, North Carolina 27603
Office: 919.600.5000
Fax: 919.600.5035
www.wbmllp.com

State Bar Admissions:
KY + DC > NC * FL ¤ TN ◊
NY ^ MD « IL ≈ MO # CA "
Of Counsel ~

Daniel K. Bryson
dan@wbmllp.com
Direct: 919-600-5002

July 27, 2016

H. Arthur Edge, III
H. Arthur Edge, P.C
2021 Morris Avenue, Suite 300
Birmingham, AL 35203
Email: art@edgelawyers.com

Re: PTO 28(F) – Attorney Fee Representation Dispute

Dear Art:

Thank you for your letter of July 18 concerning the September 2009 Co-Counsel Agreement between the Collins Group and the Bryson Group. I am responding to your letter on behalf of all the members of the Bryson Group.

I am disappointed that you feel we did not fulfill our obligations under the agreement. In my view, we did all that was required and much more. As explained below, our staff worked tirelessly for years on behalf of your clients, work that by itself justifies the agreed percentage. With respect to committee assignments and common benefit work, this was entirely beyond my control, although efforts were certainly made in that regard. With the exception of the work I did for the PSC, none of the attorneys in my group performed common benefit work.

We vigorously dispute that the Bryson Group did nothing after filing claims in the MDL. In regards to the claims handling my paralegal assisted in the following tasks in regards to your clients:

- Instructed Collins Group of documents required for Plaintiff Profile Forms ("PPF");
- Typed up PPF that were received handwritten;
- Organized PPF and supporting documents in required order;
- Bates stamped as required by PSC;

- Submitted PPFs to PSC, including many amended PPFs;
- Email correspondence with your offices regarding deficiencies in PPF and/or supporting documents, including indicia;
- Point of contact for all MZA and walk-through inspections – coordinated with your offices to arrange inspections for Pilot Program participants;
- Forwarded all Xactimates upon receipt from Moss;
- Searched and pulled all requested INEX invoices from your offices;
- Cleaned up filings with PSC and drafted/filed appropriate Motions to Dismiss;
- Spent countless hours working overtime to ensure that your clients would receive the same legal representation that Bryson's Group other clients were receiving; and
- Answered numerous questions regarding the process, documents required and forwarded all emails regarding deadlines to your offices upon receipt.

Amanda or any other paralegal from our offices would have assisted with the Global Settlement Claims but that would have required them to contact your clients directly. They were repeatedly told through the years to *never* contact the clients directly. They were instructed by your group to always go through your offices because the client didn't know we existed and you didn't want to cause confusion about who was representing them. Amanda offered assistance and was always willing to help in any way possible when asked.

Amanda dealt with your clients files with the PSC, Moss and Brown Greer regardless of the fact that she didn't directly contact your clients or office for information needed and/or requested. She submitted your clients' information on numerous spreadsheets required by the PSC, Moss and Brown Greer without your knowledge or requiring your assistance because she had the information needed and/or requested so that your clients claims could be pursued and their homes could be remediated properly. On July 20, 2016 she submitted requested information for all Taishan clients submitted by us to the PSC. She still submits your clients information as requested on your clients' behalf to ensure that all potential claims are being addressed.

I think the 25 percent we agreed to was fair and the circumstances have not changed so much as to warrant any modification. However, I would rather try and resolve this dispute than fight with my colleagues. I certainly respect you and look forward to working with you on other matters in the future. In addition, due to the number of objections that have been filed, it will most likely be months before any attorney fees are awarded or paid. To that end, I suggest we get together to discuss this matter in New Orleans at some point in the near future. Perhaps around a status conference.

Sincerely,

Daniel K. Bryson

Cc:    K. Edward Sexton, II *(via email only)*
       David L. Horsley *(via email only)*
       Gary E. Mason *(via email only)*
       Joel R. Rhine *(via email only)*
       Chris Coffin *(via email only)*
       Steve Mullins *(via email only)*