# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

*Elizabeth Bennett, et al. v. Knauf GIPS, KG, et al.,*  **2:14-cv-02722-EEF-JCW**

MDL NO. 2047

SECTION: L

JUDGE ELDON FALLON

MAG. JUDGE WILKINSON

## <u>ORDER</u>

Upon consideration of Plaintiffs' Motions For Discovery Deadline Extension;

Alternatively, Motion To Vacate Case Management Order, it is hereby ORDERED,

ADJUDGED AND DECREED that said motion for additional time to conduct discovery is

**GRANTED**.   This Court's Case Management Order shall be amended to allow an additional

180 for all deadlines contained therein.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge