UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf GIPS, KG, et al.*,  2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Motions For Discovery Deadline Extension; Alternatively, Motion To Vacate Case Management Order, it is hereby ORDERED, ADJUDGED AND DECREED that said alternative motion to vacate the Case Management Order is **GRANTED**.   This Court's Case Management Order is hereby vacated in its entirety.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge