## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building Materials, et al. Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1672 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1395 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. 11-1673 | ) ) | |

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Morgan & Morgan, P.A. and Pete V. Albanis, hereby file their Memorandum in Support of their Motion to Withdraw as Counsel for Dailyn Martinez. In support thereof, Movants state as follow:

1. Movants have encountered irreconcilable differences with Ms. Martinez on issues involving her case, specifically related to her Objection to the Taishan Settlement.

2. Movants currently represent 313 Settlement Class members (See Revised Master Spreadsheet at D.E. 22355-1) and as of the date of this filing, Ms. Martinez is the only one of the 313 that has submitted an Objection.

3. Under these circumstances, Movants are unable to continue representing Ms. Martinez in this matter.

4. Ms. Martinez has been advised of all pending deadlines.

WHEREFORE, the law firm of Morgan & Morgan, P.A. and Pete V. Albanis request this Honorable Court to enter an Order permitting their withdrawal as counsel of record for Dailyn Martinez.

Respectfully Submitted,

*/s/ Pete V. Albanis*
PETE V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite #600
Fort Myers, FL 33907
Phone: (239) 433-6880
Fax:    (239) 433-6836

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 4th day of December, 2019.  I further certify that the above and foregoing has been served on Plaintiff Dailyn Martinez whose present address is 1624 NW 37th Ave., Cape Coral, FL 33993 along with notification of all pending deadlines and court appearances in the litigation, via certified mail, electronic mail, and regular mail. Pursuant to L.R. 83.2.11, Ms. Martinez may be reached at 786-255-1810.

*/s/ Pete V. Albanis*