# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 |
| | ) | SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON |
| Wiltz, et al. v. Beijing New Building Materials, et al. Case No. 10-361 | ) ) ) ) ) | MAG. JUDGE WILKINSON |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1672 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. Case No. 11-1395 | ) ) ) | |
| Amorin v. Taishan Gypsum Co., Ltd., et al. 11-1673 | ) ) | |

## ORDER GRANTING MORGAN & MORGAN, P.A.'S MOTION TO WITHDRAW AS COUNSEL FOR DAILYN MARTINEZ

Considering the law firm of Morgan & Morgan, P.A.'s and Pete V. Albanis' Motion to Withdraw as Counsel of Record for Plaintiff Dailyn Martinez and supporting Memorandum thereto, and finding that Morgan & Morgan, P.A. has complied with Local Rule 83.2.11,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiff Dailyn Martinez is Granted. Morgan & Morgan, P.A. and Pete V. Albanis are discharged from any further obligation and relieved of any further appearance in these cases on behalf of Dailyn Martinez. Morgan & Morgan, P.A. shall serve this Order on Dailyn Martinez via electronic mail and regular U.S. mail at her last known address within 10 days of the entry of this Order. Until such time as a Notice of Appearance is filed by new counsel, all pleadings pertinent to her claims shall be served on Plaintiff Dailyn Martinez at 1624 NW 37th Ave., Cape Coral, FL 33993.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge