# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## DECLARATION OF CHRISTINA HULL EIKHOFF

I, Christina Hull Eikhoff, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner at the law firm of Alston & Bird LLP. I am admitted to practice law in the State of Georgia, the United States District Court for the Northern District of Georgia, the United States District Court for the Southern District of Georgia, and the United States Courts of Appeals for the Second, Fifth and Eleventh Circuits. I am admitted *pro hac vice* to the United States District Court for the Eastern District of Louisiana.

2. On August 30, 2019, I caused to be sent by certified mail Notices of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 ("Notice Package"). Each Notice Package contained a cover letter that detailed the statutory requirements set out in 28 U.S.C. § 1715 and an Appendix Table of Contents (attached hereto as Exhibit A). Each Notice Package also contained the documents listed in the Appendix Table of Contents.

3. The Notice Packages were addressed to the Attorney General of the United States, and the attorneys general of the following states: Alabama, California, Florida, Georgia, Illinois, Louisiana, Mississippi, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, and Virginia.

4. United States Postal Service receipts confirming delivery were received for each of the addressees.

LEGAL02/39396793v1

Signed, under penalty of perjury, this 4th day of December 2019 in Atlanta, Georgia.

_____
Christina Hull Eikhoff

Sworn to and subscribed

before me this 4th day

of December, 2019.

Notary Public

My Commission Expires:

June 1, 2022

August 30, 2019

**By Certified Mail**

The United States Attorney General and
All State Attorneys General on the
Attached Service List

Re:     *Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715, In re*
        *Chinese-Manufactured Products Liability Litigation, Multi-District Litigation*
        *(MDL) Action No. 2047, and all cases listed in Appendix B, Exhibit 6.*

Dear Sir or Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendants
Taishan Gypsum Company Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd., Taishan Gypsum Co.,
Ltd., Taian Taishan Plasterboard Co., Ltd., Beijing New Building Materials (Group) Co., Ltd.,
Beijing New Building Materials Public Limited Co., China National Building Materials Co.,
Ltd.[1], through undersigned counsel, write to give notice of a proposed settlement in the above-
referenced matters. Documents referenced herein are included in the attached Appendix. They
can also be accessed, along with all other materials, at the website
www.ChineseDrywallSettlement.com.

On August 20, 2019, Settlement Class Counsel moved for certification of a settlement
class and preliminary approval of the class settlement agreement ("Motion for Preliminary
Approval"). Though Defendants deny responsibility for Settlement Class Members' alleged
damages attributed to Defendants' manufacture and sale of defective Chinese drywall, the parties
wish to avoid the effort, expense, and risk of continued litigation.

Under the terms of the Proposed Class Settlement Agreement, Defendants will deposit
$248 million into an interest-bearing settlement fund held in the Registry of the Court. Before
payments are made to class members from the settlement fund, reasonable administrative
expenses incurred relating to mailing notice to known class members and the retention and/or
services of the Allocation Neutral and the Claims Administrator will be deducted from the
settlement fund, as well as an award to be later determined and approved by the Court for
attorneys' fees and reimbursement for reasonable attorney expenses.[2] A Court-approved
Allocation Neutral has developed an objective Allocation Model to determine the proportionate

---

[1] Additional Defendants are identified in the attached exemplar complaint, and the full list of
Defendants can be accessed as referenced in ¶ 1 herein addressing 28 U.S.C. § 1715(b)(1)).
[2] Class Counsel have agreed to limit their request for attorneys' fees and reasonable attorney
expenses, combined, to no more than 33 percent of the settlement funds.

share of the fund for each eligible Class Member.  Class Member eligibility and claim valuation will be determined by a Court-approved Claims Administrator.

In compliance with 28 U.S.C. § 1715(b), Defendants set out the following:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials**:  A copy of the original Class Action Complaint filed in *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D. La.) is attached as Appendix A to this Notice as an exemplar of the many complaints filed against Defendants in this matter.  All other Complaints and Related Materials filed in federal court can be accessed electronically, through the Public Access to Court Electronic Records system (https://www.pacer.gov) using the case numbers listed in Appendix B, Exhibit 6.  Complaints and Related Materials filed in state court can be accessed through the Alabama Appellate Courts' Online Information Service (https://acis.alabama.gov/).

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing**:  A hearing on Class Counsel's unopposed Motion for Preliminary Approval was held before the Honorable Eldon E. Fallon on August 29, 2019, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA  70130.  The Court will conduct a full hearing on December 11, 2019 to determine whether the Proposed Class Settlement Agreement is fair, reasonable, and adequate.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members**:  A copy of the Proposed Notice to Known Class Members is attached as Appendix C.  The notice program for Unknown Class Members is set out in Section 8.1.2.5 of the Settlement Agreement and the substance of the publication notice is attached as Appendix D.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement**:  A copy of the Class Settlement Agreement, and its referenced Exhibits, is attached as Appendix B.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement**:  There are no other class settlements or other class agreements contemporaneously made between class counsel and counsel for the defendants.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment**:  No Final Judgment has been entered as of the date of this mailing, nor have any Notices of Dismissal been filed.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members & Estimate of Class Members' Proportionate Share**:

   **Names of Class Members.**  A table of known Class Members and their states of residence is set forth in the Master Spreadsheet attached as Appendix E.  The settlement also extends to unnamed (i.e., unknown) class members.  Given the lengthy nature of the litigation, the parties believe most affected owners have already been identified. However, the Claims Administrator (BrownGreer PLC) projects participation by unknown class members will not exceed 366 (10% of the volume of known Class

Members).  Unknown Class Members will be required to submit a claim form to the Claims Administrator, who will determine eligibility.  A copy of the claim form is attached as Appendix F.

**Estimate of Class Members' Proportionate Share.**  The settlement amount is $248 million, plus any interest earned post-deposit.  From that settlement amount will be deducted reasonable administrative expenses incurred relating to mailing notice to known class members and the retention and/or services of the Allocation Neutral and the Claims Administrator, as well as an award to be later determined and approved by the Court for attorneys' fees and reimbursement for reasonable attorney expenses.[3]  The Allocation Neutral has devised a formula for determining each plaintiff's respective share based on various factors that impact the value of his or her claims.  The Allocation Model and Allocation Neutral Report is attached as Appendix G.  The Notice being mailed to known Class Members includes a letter with an estimated gross Allocation Amount (before attorneys' fees and costs deduction up to 33 percent) prepared by the Claims Administrator.  Representative letters are attached as Appendix H.

8.  <u>**28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement**</u>:  To date, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned so that Defendants can address any concerns or questions that you may have.

[signatures on following page]

---

[3] As noted above, Class Counsel have agreed to limit their request for attorneys' fees and reasonable attorney expenses, combined, to no more than 33 percent of the settlement funds.

Sincerely,

_/s/ Christina Hull Eikhoff_                    _/s/ L. Christopher Vejnoska_

Bernard Taylor                                  L. Christopher Vejnoska
Michael P. Kenny                                Andrew K. Davidson
Christina Hull Eikhoff                          ORRICK, HERRINGTON & SUTCLIFFE
David Venderbush                                LLP
ALSTON & BIRD LLP                               The Orrick Building
1201 West Peachtree Street                      405 Howard Street
Atlanta, Georgia 30309                          San Francisco, CA 94105
Phone: (404) 881-7000                           415-773-5700
Fax: (404) 881-7777                             cvejnoska@orrick.com
bernard.taylor@alston.com
mike.kenny@alston.com                           James L. Stengel
christy.eikhoff@alston.com                      ORRICK, HERRINGTON & SUTCLIFFE
david.venderbush@alston.com                     LLP
                                                51 West 52nd Street
                                                New York, NY 10019
_Counsel for Taishan Gypsum Company Ltd._       212-506-5000
_f/k/a/ Shandong Taihe Dongxin Co., Ltd.,_      jstengel@orrick.com
_Taishan Gypsum Co., Ltd., Taian Taishan_
_Plasterboard Co., Ltd._
                                                _Counsel for Beijing New Building Materials_
                                                _(Group) Co., Ltd., Beijing New Building_
                                                _Materials Public Limited Co., China National_
                                                _Building Materials Co., Ltd_

**Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715**

*In re Chinese-Manufactured Products Liability Litigation,* Multi-District Litigation (MDL)
Action No. 2047, and all cases listed in Appendix B, Exhibit 6

| SERVICE LIST | | | |
|---|---|---|---|
| Fed. | The Honorable William P. Barr<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Miss. | The Honorable Jim Hood<br>Office of the Attorney General<br>Consumer Protection Division<br>P.O. Box 22947<br>Jackson, MS 39225-2947 |
| Ala. | The Honorable Steve Marshall<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | N.C. | The Honorable Josh Stein<br>Office of the Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Calif. | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | Okla. | The Honorable Mike Hunter<br>Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 |
| Fla. | The Honorable Ashley Moody<br>The Office of the Attorney General<br>PL-01, The Capitol<br>400 S. Monroe St.<br>Tallahassee, FL 32399 | S.C. | The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| Ga. | The Honorable Chris Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Tenn. | The Honorable Herbert H. Slatery, III<br>Office of the Attorney General & Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 |
| Ill. | The Honorable Kwame Raoul<br>Office of the Attorney General<br>500 South Second Street<br>Springfield, IL 62701 | Tex | The Honorable Greg Abbott<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| La. | The Honorable Jeff Landry<br>Office of the Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804 | Va. | The Honorable Mark R. Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 |

# Appendix Table of Contents

| Appendix No. | Document | |
|---|---|---|
| A | Class Action Complaint filed in *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.*, Civ. Action No. 11-1395 (E.D. La.) | |
| B | Class Settlement Agreement with Taishan | |
| | **Class Settlement Agreement Exhibits** | |
| | Exhibit No. | Document |
| | 1 | List of Plaintiffs included in separate settlement and excluded from class |
| | 2 | Categories of Chinese Drywall alleged to be attributable to Taishan and/or the Additional Released Parties |
| | 3 | Wiring Instructions |
| | 4 | Payment Invoice |
| | 5 | Proposed Order for Return of Funds Pursuant to Section 4.1.8 |
| | 6 | List of cases pending against Taishan and the Additional Released Parties |
| | 7 | Proposed Order for Return of Funds Pursuant to Section 12.3 |
| C | Long Form Notice to Known Class Members | |
| D | Publication Notice to Unknown Class Members | |
| E | Master Spreadsheet of Known Class Members | |
| F | Unknown Class Member Claim Form | |
| G | Allocation Model and Allocation Neutral Report | |
| H | Representative letters to Known Class Members | |