**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S**
**NOTICE OF FILING OF OPT-OUT REQUESTS**

PLEASE TAKE NOTICE that pursuant to Section 9 of the Class Settlement Agreement with Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (Rec. Doc. 22305-2), Settlement Class Counsel hereby file into the record the below listed Opt-Out requests received by Settlement Class Counsel (attached hereto):

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 1 | Cecchi, Clifford<br>Knight, Carl D. | Doyle Law Firm | 10/10/2019<br>(USPS) |
| 2 | Eves, Royce E. (agent for Ensign Capital LLC) | Doyle Law Firm | 10/07/2019<br>(USPS) |
| 3 | Fortenberry, Stephanie | Doyle Law Firm | 10/04/2019<br>(Certified Mail) |
| 4 | Hosey, Terry Wayne | Doyle Law Firm | 10/07/2019<br>(USPS) |
| 5 | Johnson, Ethlyn and Jackman, Janella | Doyle Law Firm | 10/08/2019<br>(USPS) |
| 6 | Klein, Michael and Mayna | Doyle Law Firm | 10/05/2019<br>(USPS) |
| 7 | McKoy, Tony Alvado | Doyle Law Firm | 10/10/2019<br>(USPS) |
| 8 | Rappel, Robert and Josette | Doyle Law Firm | 10/08/2019<br>(Certified Mail) |
| 9 | Tahiri, Karim H. and Sbar, Karyn K. | Doyle Law Firm | 10/08/2019<br>(Certified Mail) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 10 | Vizcaino, Angel R. | Doyle Law Firm | 10/07/2019 (USPS) |
| 11 | Whiteman, Robert and Rita | Doyle Law Firm | 10/07/2019 (USPS) |
| 12 | Delgado, Pedro and Margarita | Allison Grant and Baron & Budd | 10/08/2019 (USPS) |
| 13 | Lich, James L. | Doyle Law Firm | 10/09/2019 (USPS) |
| 14 | Gibbs, Gene and Darla | Doyle Law Firm | 10/10/2019 (USPS) |
| 15 | Spain, Gregory and Megan | Doyle Law Firm | 10/10/2019 (USPS) |
| 16 | Maharaj, Debbieann | Doyle Law Firm | 10/12/2019 (USPS) |
| 17 | Biltz, Shane and Darlene | Doyle Law Firm | 10/15/2019 (USPS) |
| 18 | Montgomery, Walter | Doyle Law Firm | 10/16/2019 (USPS) |
| 19 | Mitchell, Rhonda | Doyle Law Firm | 10/16/2019 (Certified Mail) |
| 20 | Rigsby, Pamela and Page, Irene | Doyle Law Firm | 10/17/2019 (USPS) |
| 21 | Ball, Edward and Gravel, Margot | Doyle Law Firm | 10/17/2019 (USPS) |
| 22 | Dombrowski, Joseph | Doyle Law Firm | 10/18/2019 (USPS) |
| 23 | Loredo, Pierre | Doyle Law Firm | 10/16/2019 (Certified Mail) 11/06/2019 (Priority Mail) |
| 24 | Greater NOLA Homes, LLC | Doyle Law Firm | 10/18/2019 (USPS) |
| 25 | Lauer, David and Tamara | Doyle Law Firm | 10/19/2019 (USPS) |
| 26 | Dipp, Evelyn | Doyle Law Firm | 10/19/2019 (USPS) |
| 27 | Kelvington, Barbara | Doyle Law Firm | 10/19/2019 (USPS) |
| 28 | Elia, William and Elizabeth | Doyle Law Firm | 10/21/2019 (USPS) |
| 29 | Barnett, Bessie | Doyle Law Firm | 10/24/2019 (USPS) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 30 | Barton, Michael & River Pointe at Grand Harbor Condominium HOA | Doyle Law Firm | 10/24/2019 (USPS) |
| 31 | Krekic, Nelica | Doyle Law Firm | 10/25/2019 (USPS) |
| 32 | Patel, Sanjay and Sharoj | Doyle Law Firm | 10/24/2019 (USPS) |
| 33 | Pruitt, Troyce and Rhonda | Doyle Law Firm | 10/24/2019 (USPS) |
| 34 | Kurtz, Garld G. Kurt | Doyle Law Firm | 10/26/2019 (Certified Mail) |
| 35 | Egnaczyk, Sylvia | Doyle Law Firm | 10/28/2019 (USPS) |
| 36 | Farinella, Richard | Doyle Law Firm | 10/29/2019 (USPS) |
| 37 | James, Alishia | Doyle Law Firm | 10/29/2019 (USPS) |
| 38 | Abitbol, Gilbert | Doyle Law Firm | 10/31/2019 (Certified Mail) |
| 39 | Forcas, LLC | Doyle Law Firm | 10/31/2019 (USPS) |
| 40 | Banks, Thomas and Anne | Doyle Law Firm | 11/01/2019 (USPS) |
| 41 | Cameron, Andy and Leslie | Doyle Law Firm | 11/01/2019 (Certified Mail) |
| 42 | Bierria, Gwendolyn Kerr | Doyle Law Firm | 11/04/2019 (USPS) |
| 43 | Fritz, Michael | Doyle Law Firm | 11/04/2019 (Certified Mail) |
| 44 | Martinez, Juana | Doyle Law Firm | 11/04/2019 (USPS) |
| 45 | Severance, Richard and Gretchen | Doyle Law Firm | 11/06/2019 (USPS) |
| 46 | Forget, Jean-Paul | Doyle Law Firm | 11/04/2019 (Canada Post) |
| 47 | Kennedy, John | Doyle Law Firm | 11/12/2019 (USPS) |
| 48 | Barre, Kerry | Doyle Law Firm | 11/07/2019 (USPS) |
| 49 | Lott, Dolly | Doyle Law Firm | 11/08/2019 (USPS) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 50 | Anderson, John Lester | Doyle Law Firm | 11/08/2019 (Certified Mail) |
| 51 | Haggerty, Bill | Doyle Law Firm | 11/12/2019 (Priority Mail) |
| 52 | Gray, Ian and Linda | Doyle Law Firm | 11/12/2019 (USPS) |
| 53 | Punch, Dwayne and Dolly | Doyle Law Firm | 11/12/2019 (USPS) |
| 54 | River Pointe at Grand Harbor Condominium HOA and Melnick, Nicholas and Elizabeth | Doyle Law Firm | 11/12/2019 (USPS) |
| 55 | River Pointe at Grand Harbor Condominium HOA and Redmond, David | Doyle Law Firm | 11/12/2019 (USPS) |
| 56 | Neff, Matthew | Doyle Law Firm | 11/12/2019 (USPS) |
| 57 | Duncan, Calvin and Debra | Doyle Law Firm | 11/12/2019 (USPS) |
| 58 | Bayne, Claude Randy | Doyle Law Firm | 11/13/2019 (USPS) |
| 59 | Jones, Howard | Doyle Law Firm | 11/14/2019 (USPS) |
| 60 | Alfonso, Barbara Ann | Doyle Law Firm | 11/15/2019 (USPS) |
| 61 | Merrell, Brandi | Doyle Law Firm | 11/14/2019 (USPS) |
| 62 | Cross, Gregory | Doyle Law Firm | 11/16/2019 (USPS) |
| 63 | Daniel, Victor | Doyle Law Firm | 11/16/2019 (USPS) |
| 64 | Norton, Randall | Doyle Law Firm | 11/18/2019 (USPS) |
| 65 | 1st Financial Corp. | Doyle Law Firm | 11/20/2019 (Priority Mail) |
| 66 | Quinn, Michael | Doyle Law Firm | 11/18/2019 (Canada Post) |
| 67 | Janicek, Sue Ann | Doyle Law Firm | 11/20/2019 (USPS) |
| 68 | Zapp, Andrew | Doyle Law Firm | 11/20/2019 (USPS) |
| 69 | Freeman, Twila | Doyle Law Firm | 11/20/2019 (USPS) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 70 | Sullivan, Patricia | Doyle Law Firm | 11/21/2019 (USPS) |
| 71 | Robinson, Edward | Doyle Law Firm | 11/21/2019 (USPS) |
| 72 | Ross, Terrence and Rhonda | O'Bryon & Schnabel | 11/21/2019 (USPS) |
| 73 | River Pointe at Grand Harbor Condominium and Porter, Cheryl | Doyle Law Firm | 11/23/2019 (USPS) |
| 74 | Bourlet, Joseph | Doyle Law Firm | 11/26/2019 (USPS) |
| 75 | Lindsay, Horace and Donna and River Pointe at Grand Harbor Condominium HOA | Doyle Law Firm | 11/25/2019 (USPS) |
| 76 | Ellison, Bryon | Doyle Law Firm | 11/25/2019 (USPS) |
| 77 | Choi, Injoon Clark | Doyle Law Firm | 11/25/2019 (USPS) |
| 78 | Albornoz, Alfonso | Doyle Law Firm | 11/25/2019 (USPS) |
| 79 | Van Drie, Anjali | Doyle Law Firm | 11/25/2019 (USPS) |
| 80 | Anderson, Christopher | Doyle Law Firm | 11/26/2019 (USPS) |
| 81 | Alexander, James and Sharon | Belt & Bruner | 11/26/2019 (USPS) 11/26/2019 (Certified Mail) |
| 82 | Baptiste, David | Doyle Law Firm | 11/27/2019 (USPS) |
| 83 | Bentz, Kelly | Doyle Law Firm | 11/27/2019 (USPS) |
| 84 | Carter, John | Doyle Law Firm | 11/27/2019 (USPS) |
| 85 | Heath, Thomas | Doyle Law Firm | 11/27/2019 (USPS) |
| 86 | Szala, Chad and Kristen | Doyle Law Firm | 11/27/2019 (USPS) |
| 87 | Wells, James Randall and Meyers, Amy | Doyle Law Firm | 11/27/2019 (USPS) |
| 88 | West, Teresa or Carroll, Jerry | Doyle Law Firm | 11/27/2019 (USPS) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 89 | Rayborn, Kenneth | Parker Waichman | 11/27/2019 (USPS) |
| 90 | Floman, Mark | Doyle Law Firm | 11/29/2019 (USPS) |
| 91 | Uhrina, Jason | Doyle Law Firm | 11/27/19 (Certified Mail) |
| 92 | Gottlieb, Patricia | Doyle Law Firm | 11/25/19 (Certified Mail) |

Respectfully submitted,

Dated:  December 4, 2019

By: */s/ Stephen J. Herman*
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
Charles King (Bar No.34621)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone:  (215) 592-1500
Fax:  (215) 592-4663
alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of December, 2019.

                                                  <u>/s/ Stephen J. Herman</u>
                                                  Stephen J. Herman
                                                  HERMAN, HERMAN & KATZ, LLC
                                                  820 O'Keefe Avenue
                                                  New Orleans, Louisiana 70113
                                                  Phone: (504) 581-4892
                                                  Fax: (504) 561-6024
                                                  <u>sherman@hhklawfirm.com</u>