# EXHIBIT "2"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Royce E. Eves Agent for Ensign Capital, LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 656__   __Wetumpka__   __AL__   __36092__
Street   City   State   Zip Code

Affected Property: __60 Pinebark Ct__   __Wetumpka__   __AL__   __36093__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Royce E. Eves__

Print Name: __Royce E. Eves__

Last four (4) digits of SSN/EIN/ITIN: __6425__

Date: __7__ / __Oct__ / 2019

P.O. Box 656
36092

70113-111520

Stephen J. Herman
Herman, Herman, and Katz LLC
820 O'Keefe Ave
New Orleans, LA 70113

OCT 10 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Royce E. Eves Agent for Ensign Capital, LLC**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **PO Box 656**   **Wetumpka**   **AL**   **36092**
Street   City   State   Zip Code

Affected Property: **60 Pinebark Ct**   **Wetumpka**   **AL**   **36093**
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature: Royce E. Eves]*

Print Name: **Royce E. Eves**

Last four (4) digits of SSN/EIN/ITIN: **6425**

Date: **7** / **OCT** / 2019



P.O. Box 656
36092

Arnold Levin & Sandra Duggan
Levin, Sedran & Berman
510 Walnut St, Suite 500
Philadelphia, PA 19106

19106-365799

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Royce E. Eves Agent for Ensign Capital, LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 656   Wetumpka   AL   36092__
Street   City   State   Zip Code

Affected Property: __60 Pinebark CT   Wetumpka   AL   36093__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _/s/ Royce E. Eves_

Print Name: __Royce E. Eves__

Last four (4) digits of SSN/EIN/ITIN: __6425__

Date: __7__ / __Oct__ / 2019

MONTGOMERY AL 360

07 OCT 2019 PM 3 L

Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Cir, Penthouse
Coral Gables, FL 33134

PO Box 656
36092

Rcvd on
10/11/2019
—YA.

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Royce E. Eves Agent for Ensign Capital, LLC**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **P.O. Box 656   Wetumpka   AL   36092**
Street — City — State — Zip Code

Affected Property: **60 Pinebark Ct   Wetumpka   AL   36093**
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature: Royce E. Eves]*

Print Name: **Royce E. Eves**

Last four (4) digits of SSN/EIN/ITIN: **6425**

Date: **7 / 04 / 2019**

P.O. Box 656
36092
Case 2:09-md-02047-EEF-MBN Document 22388-2 Filed 12/04/19 Page 9 of 9

MONTGOMERY AL 360
07 OCT 2019 PM 4 L



Richard J. Serpe.
Law Offices of Richard J. Serpe, P.C.
580 East Main St, Suite 310
Norfolk, VA 23510

23510-232385