# EXHIBIT "3"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: STePHAnie ForTenBeRRY
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 25025 N. BenVille Rd., PicAyuNe, MS, 39466
Street / City / State / Zip Code

Affected Property: 3012 OAK DR, VIoLeT LA, 70092
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Stephanie Fortenberry

Print Name: STePHAnie ForTenBeRRY

Last four (4) digits of SSN/EIN/ITIN: 6555

Date: 10 / 4 / 2019

Stephanie Fortenberry
28025 N. Beauville Rd
Picayune, MS 39466

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

7011381125 0010

7014 1120 0001 6179 6450

CERTIFIED MAIL


RECEIVED
OCT 24 2019

$4.05
U.S. POSTAGE PAID
FCM LETTER
PICAYUNE, MS
39466
OCT 04, 19
AMOUNT
R2305H129315-13

70113

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **STEPHANIE FORTENBERRY**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **25025 N. BENVILLE RD., PICAYUNE, MS, 39466**
Street / City / State / Zip Code

Affected Property: **3012 OAK DR, VIOLET, LA, 70092**
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Stephanie Fortenberry*

Print Name: **STEPHANIE FORTENBERRY**

Last four (4) digits of SSN/EIN/ITIN: **6555**

Date: **10 / 4 / 2019**



U.S. POSTAGE PAID
FCM LETTER
PICAYUNE, MS
39466
OCT 04 19
AMOUNT
$4.05
R2305H129315-13

19106



1000

7019 1120 0001 6179 6443

Arnold Levin & Sondra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephanie Fortenberry
25025 N. Beaville Rd.
Picayune, MS 39466

191052697 C047

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **STEPHANIE FORTENBERRY**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **25025 N. BENVILLE RD.** **PICAYUNE,** **MS,** **39466**
Street — City — State — Zip Code

Affected Property: **3012 OAK DR,** **VIOLET** **LA,** **70092**
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Stephanie Fortenberry*

Print Name: **STEPHANIE FORTENBERRY**

Last four (4) digits of SSN/EIN/ITIN: **6555**

Date: **10 / 4 / 2019**



**U.S. POSTAGE PAID**
FCM LETTER
PICAYUNE, MS
39466
OCT 04, 19
AMOUNT
**$4.05**
R2305H129315-13

33134

7019 1120 0001 6179 6467

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

33134347414 C037

Stephanie Fortenberry
25025 N. Benville Rd
Picayune, MS 39466

PCVCI
10/08/19
-YA

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Stephanie Fortenberry**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **25025 N. Benville Rd, Picayune, MS, 39466**
Street / City / State / Zip Code

Affected Property: **3012 Oak Dr, Violet, LA, 70092**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Stephanie Fortenberry*

Print Name: **Stephanie Fortenberry**

Last four (4) digits of SSN/EIN/ITIN: **6555**

Date: **10 / 4 / 2019**

10/08/19

Stephanie Fortenberry
25025 N. Benville Rd.
Picayune, MS 39466

7019 1120 0001 6179 6474

U.S. POSTAGE PAID
FCM LETTER
PICAYUNE, MS
39466
OCT 04, 19
AMOUNT
$4.05
R2305H129315-13

1000    23510

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

2351032323 C018