# EXHIBIT "5"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __ETHLyn JOHnsoN / JAnella JACKmAn__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __661 E 231st__ __Bronx__ __NY__ __10466__
Street   City   State   Zip Code

Affected Property: __2016 Gloria Cir__ __Palm Bay__ __FL__ __32905__
Street   City   State   Zip Code

 I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

 By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

 My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Ethlyn Johnson*

Print Name: __EThLyn JOHnSON__

Last four (4) digits of SSN/EIN/ITIN: __1213__

Date: __11__ / __7__ / 2019

Mrs. Ethlyn Johnson
661 E 231 Street
Bronx, NY 10466

NEW YORK NY 100

08 OCT 2019 PM 7 L

Stephen J. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

RECEIVED OCT 15 2019

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Ethlyn Johnson / Janella Jackman__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __661 E 231st     Bronx     NY     10466__
Street     City     State     Zip Code

Affected Property: __2016 Gloria Cir     Palm Bay     FL     32905__
Street     City     State     Zip Code

   I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

   By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

   My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Ethlyn Johnson__

Print Name: __Ethlyn Johnson__

Last four (4) digits of SSN/EIN/ITIN: __1213__

Date: __11 / 7 / 2019__



NEW YORK NY 280

28 OCT 2019 PM 7 L

Mrs. Ethlyn Johnson
661 E 231 Street
Bronx, NY 10466

Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERNAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Ethlyn Johnson / Janella Jackman__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __661 E 231 St__  __Bronx__  __NY__  __10466__
Street / City / State / Zip Code

Affected Property: __2016 Gloria Cir__  __Palm Bay__  __FL__  __32905__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Ethlyn Johnson__

Print Name: __Ethlyn Johnson__

Last four (4) digits of SSN/EIN/ITIN: __1213__

Date: __11__/__7__/2019



Mrs. Ethlyn Johnson
661 E 231 Street
Bronx, NY 10466

NEW YORK NY 100

30 OCT 2019 PM 13 L

Rcvd on
10/11/2019
—JA.

Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __ETHLyn JOHnSON / JAnella JACKMAN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __661 E 231 St__  __Bronx__  __NY__  __10466__
Street / City / State / Zip Code

Affected Property: __2016 Gloria Cir__  __Palm Bay__  __FL__  __32905__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Ethlyn Johnson__

Print Name: __EThLyn JOHnSON__

Last four (4) digits of SSN/EIN/ITIN: __1213__

Date: __11__/__7__/2019

NEW YORK NY 100

18 OCT 2019 PM 7 L

Richard J. Serpe
LAW OFFECES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232385

Mrs. Ethlyn Johnson
661 E 231 Street
Bronx, NY 10466