# EXHIBIT "6"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MICHAEL D. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

Affected Property: __10247 Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

  I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

  By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

  My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Michael Klein__

Print Name: __MICHAEL D. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __9156__

Date: __10__/__04__/2019

MICHAEL KLEIN
10247 ISLE WYND CT.
BOYNTON BEACH, FL 33437

RECEIVED OCT 08 2019

WEST PALM BCH FL 334
05 OCT 2019 PM 1 L

70113-112520

Stephen J. Herman
Herman, Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

FOREVER / USA

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MAYNA B. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court__  __Boynton Beach__  __FLA__  __33437__
　　　　　　　　　　Street　　　　　　　　　　City　　　　　　State　　Zip Code

Affected Property: __10247 Isle Wynd Court__  __Boynton Beach__  __FLA__  __33437__
　　　　　　　　　　Street　　　　　　　　　　City　　　　　　State　　Zip Code

　　　　I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

　　　　By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

　　　　My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Mayna B. Klein__

Print Name: __MAYNA B. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __1984__

Date: __10__/__04__/2019

MICHAEL KLEIN
10247 ISLE WYND CT.
BOYNTON BEACH, FL 33437

RECEIVED OCT 08 2019

Stephen J. Herman
Herman, Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

WEST PALM BCH FL 334
05 OCT 2019 PM 1 L

70113-112520

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MAYNA B. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
                    Street                    City            State    Zip Code

Affected Property: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
                    Street                    City            State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Mayna B. Klein__

Print Name: __MAYNA B. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __1984__

Date: __10__/__04__/2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MICHAEL D. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
Street / City / State / Zip Code

Affected Property: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ M. Klee__

Print Name: __MICHAEL D. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __9156__

Date: __10__/__04__/2019



WEST PALM BCH FL 334
05 OCT 2019 PM 1

Arnold Levin & Sandra Duggan
Levin, Sedran & Berman Law Firm
510 Walnut Street Suite 500
Philadelphia, PA. 19106



MICHAEL KLEIN
10247 ISLE WYND CT.
BOYNTON BEACH, FL 33437

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MAYNA B. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
Street   City   State   Zip Code

Affected Property: __10247 Isle Wynd Court   Boynton Beach   FLA   33437__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Mayna B. Klein__

Print Name: __MAYNA B. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __1984__

Date: __10__/__04__/2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MICHAEL D. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

Affected Property: __10247 Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ M. Klein__

Print Name: __MICHAEL D. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __9156__

Date: __10__/__04__/2019

WEST PALM BCH FL 334

05 OCT 2019 PM 11

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

MICHAEL KLEIN
10247 ISLE WYND CT.
BOYNTON BEACH, FL 33437

Rcvd
10/08/19
-YA.

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MAYNA B. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247 Isle Wynd Court    Boynton Beach    FLA    33437__
Street    City    State    Zip Code

Affected Property: __10247 Isle Wynd Court    Boynton Beach    FLA    33437__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Mayna B. Klein__

Print Name: __MAYNA B. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __1984__

Date: __10__ / __04__ / 2019

10/08/19

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __MICHAEL D. KLEIN__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __10247__ __Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

Affected Property: __10247__ __Isle Wynd Court__ __Boynton Beach__ __FLA__ __33437__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ M. Klein__

Print Name: __MICHAEL D. KLEIN__

Last four (4) digits of SSN/EIN/ITIN: __9156__

Date: __10__/__04__/2019

MICHAEL KLEIN
10247 ISLE WYND CT.
BOYNTON BEACH, FL 33437

WEST PALM BCH FL 334

SEP 2019 PM 11

RICHARD J. SERPE
LAW OFFICES OF RICHARD J SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

23510-232385