# EXHIBIT "8"

Dr. Robert Rappel
P.O. Box 1940
Vero Beach FL 32961



*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn:  Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Dr. Robert Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Dr. Robert Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

COPY

Class Member's Name:   Robert _Rappel_____
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: PO Box 1940          Vero Beach          FL          32961
Street                          City              State         Zip Code

Affected Property: 6475 Frances Manor          Vero Beach          FL          32967
Street                              City              State         Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:  Robert Rappel

Last four (4) digits of SSN/EIN/ITIN:  0700

Date:  10/_8_/ 2019

OR Robert Barrer
PO Box 1949
Vero Beach, FL 32461

REGISTERED

7013 1125 0

CERTIFIED MAIL®

7018 0040 0000 0227 7482

HERMAN, HERMAN & KATZ LLC
820 O'Keefe Avenue
New Orleans, LA 70113
ATTN: Stephen J. Herman

RECEIVED OCT 15 2019

$6.85
R2304E106368-13

U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33411
OCT 08.19
AMOUNT
1000
70113

UNITED STATES
POSTAL SERVICE

Josette M. Rappel
P.O. Box 1940
Vero Beach FL 32961

*SENT VIA CERTIFIED MAIL*

COPY

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn: Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Josette M. Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Josette M. Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047



Class Member's Name:  Josette M. Rappel_____
<span>Provide full name of individual or entity wishing to opt out of settlement</span>

Mailing Address: PO Box 1940        Vero Beach        FL        32961
<span>Street</span>                          <span>City</span>          <span>State</span>      <span>Zip Code</span>

Affected Property: 6475 Frances Manor    Vero Beach    FL        32967
<span>Street</span>                          <span>City</span>          <span>State</span>      <span>Zip Code</span>

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:  Josette M. Rappel

Last four (4) digits of SSN/EIN/ITIN:  3848

Date:  10/09/2019

Jm Reppel
PO Box 1940
Vero Beach, FL 32961

RETURN RECEIPT
REQUESTED

7018 0040 0000 0227 7425

CERTIFIED MAIL

RECEIVED
OCT 15 2009

7011-3-112520

HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
ATTN: Stephen J. Herman



U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08. 19
AMOUNT
$6.85
R2304E106358-13

1000

70113

UNITED STATES
POSTAL SERVICE®

Dr. Robert Rappel
P.O. Box 1940
Vero Beach FL 32961

*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn: Arnold Levin & Sandra Duggan

RE:    Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
       Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Dr. Robert Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Dr. Robert Rappel

Encl.

cc:    Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
       Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
       Patrick Montoya of COLSON HICKS EIDSON

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name:   Robert _Rappel_____
<div align="center">Provide full name of individual or entity wishing to opt out of settlement</div>

Mailing Address: PO Box 1940          Vero Beach       FL            32961
                          Street                                City               State            Zip Code

Affected Property: 6475 Frances Manor   Vero Beach      FL            32967
                          Street                                City               State            Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:  Robert  Rappel

Last four (4) digits of SSN/EIN/ITIN:  0700

Date:  10/ ₃ / 2019



U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT

**$6.85**

R2304E106358-13

1000          19106

CERTIFIED MAIL®

7018 0040 0000 0227 7468

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
ATTN: Arnold Levin & Sandra Dugan

RETURN RECEIPT
REQUESTED

Dr. Robert Pappel
P.O. Box 1940
Vero Beach, FL 32961

Josette M. Rappel
P.O. Box 1940
Vero Beach FL 32961

*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn:  Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Josette M. Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Josette M. Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name:   Josette M._Rappel_____

<div style="text-align:center">Provide full name of individual or entity wishing to opt out of settlement</div>

Mailing Address: PO Box 1940            Vero Beach            FL            32961
<div style="margin-left:18em">Street                          City                  State           Zip Code</div>

Affected Property: 6475 Frances Manor            Vero Beach            FL            32967
<div style="margin-left:18em">Street                          City                  State           Zip Code</div>

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:   Josette M. Rappel

Last four (4) digits of SSN/EIN/ITIN: 3848

Date:   10/08/2019

J. Rappel
PO Box 1040
Vero Beach, FL 32961

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL®

7018 0040 0000 0227 7451

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
ATTN: Arnold Levin & Sandra Dugan

19106-369799



U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT
$6.85
R2304E106358-13

1000
19106

UNITED STATES POSTAL SERVICE

Dr. Robert Rappel
P.O. Box 1940
Vero Beach FL 32961



*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn:  Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Dr. Robert Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Dr. Robert Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

COPY

Class Member's Name:   Robert _Rappel_____

<div style="text-align:center">Provide full name of individual or entity wishing to opt out of settlement</div>

Mailing Address: PO Box 1940              Vero Beach         FL            32961
                        Street                      City             State          Zip Code

Affected Property: 6475 Frances Manor    Vero Beach         FL            32967
                        Street                      City             State          Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:   Robert  Rappel

Last four (4) digits of SSN/EIN/ITIN:  0700

Date:  10/_8_/ 2019

U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT

**$6.85**
R2304E106358-13

UNITED STATES
POSTAL SERVICE®

1000

33134

33134

**CERTIFIED MAIL**®

7018 0040 0000 0227 7406



Rcvd on
10|11|2019
—YA

COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
ATTN: Patrick Montoya

Dr Robert Rappel
PO Box 1940
Vero Beach, FL 32961

RETURN RECEIPT
REQUESTED

Josette M. Rappel
P.O. Box 1940
Vero Beach FL 32961

*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn:  Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Josette M. Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Josette M. Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Josette M._Rappel_____
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: PO Box 1940          Vero Beach       FL          32961
              Street                          City            State       Zip Code

Affected Property: 6475 Frances Manor    Vero Beach       FL          32967
              Street                          City            State       Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:   Josette M. Rappel

Last four (4) digits of SSN/EIN/ITIN: 3848

Date:   10/ 0 2019

U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT

**$6.85**

R2304E106358-13

UNITED STATES
POSTAL SERVICE®

1000

33134

CERTIFIED MAIL®

7018 0040 0000 0227 7413

COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
ATTN: Patrick Montoya

Jim Rapper
PO Box 1940
Vero Beach, FL 32961

Rcud on
10/11/2019
—YA

RETURN RECEIPT
REQUESTED

Dr. Robert Rappel
P.O. Box 1940
Vero Beach FL 32961



*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn: Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Dr. Robert Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Dr. Robert Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

COPY

Class Member's Name:   Robert _Rappel_____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: PO Box 1940          Vero Beach          FL          32961

Street                        City              State        Zip Code

Affected Property: 6475 Frances Manor     Vero Beach          FL          32967

Street                        City              State        Zip Code

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name:  Robert Rappel

Last four (4) digits of SSN/EIN/ITIN:  0700

Date:  10/8/ 2019



U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT

**$6.85**

R2304E108358-13

CERTIFIED MAIL

7018 0040 0000 0227 7505

LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510
ATTN: Richard J. Serpe

23510-232385

Dr Robert Barrel
PO Box 1440
Vero Beach, FL 32961

Josette M. Rappel
P.O. Box 1940
Vero Beach FL 32961



*SENT VIA CERTIFIED MAIL*

October 8, 2019

LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Attn: Arnold Levin & Sandra Duggan

RE:     Request for Exclusion from Class Action Settlement – Proposed Taishan Chinese-Manufactured
        Drywall Class Action Settlement, MDL-2047

Dear Mr. Levin and Ms. Duggan:

I, Josette M. Rappel, have enclosed my signed and executed request for exclusion from class action
settlement from the proposed Taishan Chinese-manufactured drywall class action settlement, MDL-
2047.

Please let me know if you require any additional information.

Very truly yours,

Josette M. Rappel

Encl.

cc:     Stephen J. Herman of HERMAN, HERMAN & KATZ, LLC
        Richard J. Serpe of the LAW OFFICES OF RICHARD J. SERPE, PC
        Patrick Montoya of COLSON HICKS EIDSON

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

COPY

Class Member's Name: Josette M. Rappel_____
<small>Provide full name of individual or entity wishing to opt out of settlement</small>

Mailing Address: PO Box 1940       Vero Beach       FL       32961
<small>                    Street                    City                State            Zip Code</small>

Affected Property: 6475 Frances Manor       Vero Beach       FL       32967
<small>                        Street                            City                State            Zip Code</small>

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: Josette M. Rappel

Last four (4) digits of SSN/EIN/ITIN: 3848

Date: 10/03 2019



U.S. POSTAGE PAID
FCM LETTER
WEST PALM BEACH, FL
33417
OCT 08, 19
AMOUNT
**$6.85**
R2304E108958-13

1000    23510

CERTIFIED MAIL

7018 0040 0000 0227 7499

LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510
ATTN: Richard J. Serpe

23510-232365

RETURN RECEIPT
REQUESTED

Jim Barpe
Po Box 1940
Vero Beach, FL 32961