# EXHIBIT "9"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Karim H. Tahiri And Karyn K. Sbar**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **480 Bosphorous Ave.** **Tampa** **FL** **33606**
Street — City — State — Zip Code

Affected Property: **480 Bosphorous Ave** **Tampa** **FL** **33606**
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Karim Tahiri*

Print Name: **Karim H. Tahiri & Karyn K. Sbar**

Last four (4) digits of SSN/EIN/ITIN: **4577 / 0378**

Date: **10 / 07 / 2019**



Karim Tahiri & Karyn Sbar
480 Bosphorous Avenue
Tampa, FL 33606

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Karim H. Tahiri And Karyn K. Sbar**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **480 Bosphoroos Ave.   Tampa   FL   33606**
   Street   City   State   Zip Code

Affected Property: **480 Bosphorous Ave   Tampa   FL   33606**
   Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **Karim H. Tahiri & Karyn K. Sbar**

Last four (4) digits of SSN/EIN/ITIN: **4577 / 0378**

Date: **10 / 07 / 2019**

U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL
33629
OCT 08, 19
AMOUNT
$6.85
R2305M144111-05

CERTIFIED MAIL

7016 1370 0000 2654 8749

UNITED STATES POSTAL SERVICE
1023
19106

Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Karim Tahiri & Karyn Sbar
480 Bosphorous Avenue
Tampa, FL 33606

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __KARIM H. TAHIRI AND KARYN K. SBAR__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __480 Bosphorous Ave.__  __Tampa__  __FL__  __33606__
Street / City / State / Zip Code

Affected Property: __480 Bosphorous Ave__  __Tampa__  __FL__  __33606__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _(signature)_

Print Name: __KARIM H. TAHIRI & KARYN K. SBAR__

Last four (4) digits of SSN/EIN/ITIN: __4577 / 0378__

Date: __10__ / __07__ / 2019



U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL
33629
OCT 08, 19
AMOUNT
**$6.85**
R2305M144111-05

33134

1023

Rcvd on
10/11/2019
—YA

7017 2400 0000 3307 1205

CERTIFIED MAIL

Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RETURN RECEIPT
REQUESTED

Karim Tahiri & Karyn Sbar
480 Bosphorous Avenue
Tampa, FL 33606

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **KARIM H. TAHIRI AND KARYN K. SBAR**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **480 BOSPHOROUS AVE.**  **TAMPA**  **FL**  **33606**
Street  City  State  Zip Code

Affected Property: **480 BOSPHOROUS AVE**  **TAMPA**  **FL**  **33606**
Street  City  State  Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Karim Tahiri*

Print Name: **KARIM H. TAHIRI & KARYN K. SBAR**

Last four (4) digits of SSN/EIN/ITIN: **4577 / 0378**

Date: **10 / 07 / 2019**

RECEIVED 10/15/19






U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL
33629
OCT 08, 19
AMOUNT
$6.85
R2305M144111-05

7016 1370 0000 2654 8725

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232385

Karim Tahiri & Karyn Sbar
480 Bosphorous Avenue
Tampa, FL 33606

## ASSIGNMENT OF CLAIMS AGREEMENT

This Assignment of Claims Agreement ("Agreement") is effective on the 16th day of August, 2017 ("Effective Date"), by and between **Garld G. Kurtz, Jr.** (the "Individual Claimant" and "Seller") and **480 Bosphorous Avenue, LLC** (the "Buyer"). All parties to this agreement will be collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Seller is the owner of real property situated in Hillsborough County, State of Florida, purchased on or about November 24, 2003;

WHEREAS, Seller's real property has a residential structure situated on it and that structure has a street address of 480 Bosphorous Avenue, Tampa, Florida 33606;

WHEREAS, the real property containing Seller's residential structure has a legal description of: Lot 11, Block 1, BYARS THOMPSON ADD'N TO DAVIS ISLANDS, according to the Plat thereof as recorded in Plat Book 32, Page 43, of the Public Records of Hillsborough County, Florida;

WHEREAS, Seller's residential structure described herein was inspected on or about December 3, 2015, by Individual Claimant, and the structure was found to contain defective Chinese-manufactured drywall;

WHEREAS, the markings on the Chinese-manufactured drywall indicate that the drywall is a "Taishan" product and the parties responsible for manufacturing, marketing, shipping, and selling it are identified as follows: The State-Owned Assets Supervision and Administration Commission of the State Council, Taishan Gypsum Company, Ltd. f/k/a Shandong Taihe Dongxin Company, Ltd.; Tai'an Taishan Plasterboard Company, Ltd.; Beijing New Building Materials Public Limited Company; China National Building Material Company, Ltd.; Beijing New Building Materials (Group) Company, Ltd.; and China National Building Materials Group Corporation;

WHEREAS, after learning that his residential structure contained defective drywall, Seller engaged legal counsel at Doyle Law Firm, PC, and a claim was filed against the responsible parties on or about November 1, 2017, in a civil action styled *Brooke et al. v. SASC, et al.*, with a civil action number of 2:15-cv-6631, currently pending in the United States District Court for the Eastern District of Louisiana;

WHEREAS, Seller has undertaken and initiated legal process against the responsible parties and he understands that the result of this legal process is

1

uncertain and recovery of the full amount necessary to fully and properly remediate the structure is not guaranteed;

WHEREAS, Buyer is aware of the presence of the Chinese-manufactured drywall contained in Seller's residential structure located on the real property described herein, as well as the ongoing legal proceedings, and wishes to purchase this property prior to remediation;

WHEREAS, the Parties have agreed to the terms of a sale for the real property and the residential structure situated upon it;

WHEREAS, the Parties have agreed that the transfer of ownership will occur at a closing on August 16, 2017, at a time and place to be arranged by the Parties;

WHEREAS, the Parties have agreed to both the sale of this property and assignment of Buyer's legal claims related to the Chinese-manufactured drywall as a material term of the sale;

WHEREAS, the Parties understand that Florida law and/or federal law require the assignment of the legal claims to be effective on the same date of execution as the Warranty Deed in order to comply with the formalities required by law;

NOW, THEREFORE, in consideration of the preceding Recitals and of the mutual covenants, agreements, representations and promises contained in this Agreement, and other good and valuable consideration, the adequacy and receipt of which are hereby acknowledged, the Parties agree as follows:

1. The Seller hereby assigns and transfers to Buyer all claims he may possess, both filed and unfiled, related to the Chinese-manufactured drywall identified on this property which is contained within the structure;
2. In exchange for this assignment of claims, Seller will only receive a portion of the agreed upon sale price as consideration;
3. The final sale price of this real property reflects an arms-length transaction between the Parties and Buyer accepts ownership of this property with full assumption of the risk that litigation entails, including the possibility that no recovery may come from the Taishan entities at the conclusion of the *Brooke* lawsuit;
4. Buyer consents and agrees to accept the Assigned Claims and understands that it shall be its obligation to retain legal counsel following this assignment and it shall be its obligation to follow through with the prosecution of any legal claim

2

against the responsible parties that are either named in the *Brooke* lawsuit or which remain unnamed;

5. Buyer has demanded the Assigned Claims as a material term of the sale and Seller has agreed to transfer all claims in their entirety without any reservation; and,

6. Buyer accepts and assumes all rights, title, and interest conveyed through this Assignment of Claims Agreement and assumes all obligations and duties of the Seller against any responsible party beginning on the Effective Date declared herein.

_____
Garld G. Kurtz, Jr., Seller
Buyer

_____
480 Bosphorous Avenue, LLC,

KARYN K. SBAR
480 Bosphorous Avenue LLC Member's Printed Name

_____
Signature of Seller's Witness #1

Denise Jenkins
Seller's Witness #1 – Printed Name

_____
Signature of Buyer's Witness #1

BRETT H. SWIFT
Buyer's Witness #1 – Printed Name

_____
Signature of Seller's Witness #2

Stephen Janes
Seller's Witness #2 – Printed Name

_____
Signature of Buyer's Witness #2

Amy S Houser
Buyer's Witness #2 – Printed Name

3