# EXHIBIT "12"

copy

Octover 07 2019

Pedro and Margarita Delgado
2023 sw 30th terrace (property
Cape Coral Fl. 33914
telephone: 239-218-1732
email address--pemar2004@aol.com

Subject: Chinese Drywall Class Settlement With Taishan Gypsum co. LTD

Dear Claim Administrator, BrownGreer.

We, Pedro and Margarita Delgado Arrived to the conclusion of opting out from the class settlement with Taishan.
Based on allocation estimate of $33,499.14 minus 33% for attorneys fees and other cost as declared by allocation model developed by an allocation neutral to remediate our house it is clearly not enough cash funds for complete repairs.
Local Construction contractors estimate cost of $125,000 to remediate this house.

Moving out, rent a house to live for 4 or 5 months and move back in will amount to another $15,000 or more.
It is clear that allocation estimate of $33,499.14 minus 33% for my claim do not solve our problem.

(Affected property Address-2023 sw 30th Terrace
                                Cape Coral Fl. 33914)

(Attached copy of Chinese Manufactured Drywall products Liability Litigation MDL NO.2047 SECTION L)

Please, send us a letter that EXCLUDE us from that class settlement.
Thank you.

_Pedro Delgado_
Pedro Delgado
_Margarita Delgado_
Margarita Delgado

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

| For Internal Use Only |
| --- |
| File No. _____ |
| Date Received: |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall  
Products Liability Litigation

This Document Relates to:

MDL NO. 2047  
SECTION: L  
JUDGE FALLON  
MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);  
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and  
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

## Section I. Claimant and Property Information

Name of Claimant: __Pedro_____  ____  __Delgado_____  __Sr._____  
                             First Name                 M.I.   Last Name                 Suffix

                           __Margarita_____  ____  __Delgado_____  _____  
                           Co-Claimant First Name (if applicable)  M.I.  Last Name                 Suffix

                           _____  
                           Business/Entity Name (if applicable)

v1

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

| 2023 SW 30th Terrace | |
|---|---|
| Address 1 | Address 2 |
| Cape Coral | FL    33914 |
| City | State    Zip Code |

Is the Property residential or commercial? __Residential__

Name of Person Completing this Form: __Pedro__  __Delgado__  __Sr.__
First Name    M.I.    Last Name    Suffix

Mailing Address (if different):

| | |
|---|---|
| Address 1 | Address 2 |
| | |
| City | State    Zip Code |

Phone Number of Person Completing This Form: (__239__) __218__ - __1732__

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: __4__ / __3__ / __2007__

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: __7__ / __??__ / __2006__

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: __5__ / __2007__

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
N/A

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

v1

2

Pedro P. Delgado
2023 SW 30th Ter
Cape Coral, FL 33914-3967

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

70113-112520

Octover 07 2019

Pedro and Margarita Delgado
2023 sw 30th terrace (property
Cape Coral Fl. 33914
telephone: 239-218-1732
email address--pemar2004@aol.com

Subject: Chinese Drywall Class Settlement With Taishan Gypsum co. LTD

Dear Claim Administrator, BrownGreer.
We, Pedro and Margarita Delgado Arrived to the conclusion of opting out
from the class settlement with Taishan.
Based on allocation estimate of $33,499.14 minus 33% for attorneys fees and other cost
as declared by allocation model developed by an allocation neutral to remediate our house it is clearly
not enough cash funds for complete repairs.
Local Construction contractors estimate cost of $125,000 to remediate this house.

Moving out, rent a house to live for 4 or 5 months and move back in will amount to another $15,000
or more.
It is clear that allocation estimate Of $33,499.14 minus 33% for my claim do not solve our problem.

(Affected property Address-2023 sw 30th Terrace
                        Cape Coral Fl. 33914)

(Attached copy of Chinese Manufactured Drywall products Liability Litigation MDL NO.2047 SECTION L)

Please, send us a letter that EXCLUDE us from that class settlement.
Thank you.

*Pedro Delgado*
Pedro Delgado

*Margarita Delgado*
Margarita Delgado

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall        MDL NO. 2047
Products Liability Litigation              SECTION: L
                                           JUDGE FALLON
This Document Relates to:                  MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

**Section I. Claimant and Property Information**

Name of Claimant: Pedro _____ Delgado _____ Sr. _____
                  First Name         M.I.   Last Name          Suffix

                  Margarita _____ Delgado _____
                  Co-Claimant First Name (if applicable)  M.I.  Last Name   Suffix

                  _____
                  Business/Entity Name (if applicable)

v1

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

Address 1: 2023 SW 30th Terrace
City: Cape Coral   State: FL   Zip Code: 33914

Is the Property residential or commercial? Residential

Name of Person Completing this Form:
First Name: Pedro   M.I.:   Last Name: Delgado   Suffix: Sr.

Mailing Address (if different):

Address 1: _____   Address 2: _____
City: _____   State: _____   Zip Code: _____

Phone Number of Person Completing This Form: (239) 218 - 1732

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 4 / 3 / 2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 7 / ?? / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 5 / 2007

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?  ☐ Yes  ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
N/A

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

v1

2

Pedro P. Delgado
2023 SW 30th Ter
Cape Coral, FL 33914-3967



Arnold Levin And Sandra L. Duggan,
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19106-3697

Copy

Octover 07 2019

Pedro and Margarita Delgado
2023 sw 30th terrace (property
Cape Coral Fl. 33914
telephone: 239-218-1732
email address--pemar2004@aol.com

Subject: Chinese Drywall Class Settlement With Taishan Gypsum co. LTD

Dear Claim Administrator, BrownGreer.
We, Pedro and Margarita Delgado Arrived to the conclusion of opting out
from the class settlement with Taishan.
Based on allocation estimate of $33,499.14 minus 33% for attorneys fees and other cost
as declared by allocation model developed by an allocation neutral to remediate our house it is clearly
not enough cash funds for complete repairs.
Local Construction contractors estimate cost of $125,000 to remediate this house.

Moving out, rent a house to live for 4 or 5 months and move back in will amount to another $15,000
or more.
It is clear that allocation estimate Of $33,499.14 minus 33% for my claim do not solve our problem.

(Affected property Address-2023 sw 30th Terrace
                     Cape Coral Fl. 33914)

(Attached copy of Chinese Manufactured Drywall products Liability Litigation MDL NO.2047 SECTION L)


Please, send us a letter that EXCLUDE us from that class settlement.
Thank you.

_Pedro Delgado_
Pedro Delgado

_Margarita Delgado_
Margarita Delgado

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

# **SUPPLEMENTAL PLAINTIFF PROFILE FORM**

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall            MDL NO. 2047
Products Liability Litigation                  SECTION: L
                                               JUDGE FALLON
This Document Relates to:                      MAG. JUDGE WILKINSON

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Pedro _____ Delgado _____ Sr. _____
                 First Name     M.I.   Last Name         Suffix

Margarita _____ Delgado _____ _____
Co-Claimant First Name (if applicable)   M.I.   Last Name         Suffix

Business/Entity Name (if applicable) _____

v1

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

**Address of Property in this Lawsuit ("Property"):**

| 2023 SW 30th Terrace | |
|---|---|
| Address 1 | Address 2 |
| Cape Coral | FL | 33914 |
| City | State | Zip Code |

Is the Property residential or commercial? **Residential**

**Name of Person Completing this Form:** Pedro    Delgado    Sr.
First Name    M.I.    Last Name    Suffix

**Mailing Address (if different):**

Address 1    Address 2
City    State    Zip Code

Phone Number of Person Completing This Form: (239) 218 - 1732

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 4 / 3 / 2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 7 / ?? / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 5 / 2007

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
N/A

---

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

v1

2

FT MYERS FL 330

28 OCT 2019 PM 4 L

pcvd on
10/11/2019
—YA

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle Penthouse
Coral Gables, FL 33134

33134—741659

Pedro P. Delgado
2023 SW 30th Ter
Cape Coral, FL 33914-3967

Copy

Octover 07 2019

Pedro and Margarita Delgado
2023 sw 30th terrace (property
Cape Coral Fl. 33914
telephone: 239-218-1732
email address--pemar2004@aol.com

Subject: Chinese Drywall Class Settlement with Taishan Gypsum co. LTD

Dear Claim Administrator,BrownGreer.

We, Pedro and Margarita Delgado Arrived to the conclusion of opting out from the class settlement with Taishan.
Based on allocation estimate of $33,499.14 minus 33% for attorneys fees and other cost as declared by allocation model developed by an allocation neutral to remediate our house it is clearly not enough cash funds for complete repairs.
Local Construction contractors estimate cost of $125,000 to remediate this house.

Moving out, rent a house to live for 4 or 5 months and move back in will amount to another $15,000 or more.
It is clear that allocation estimate 0f $33,499.14 minus 33% for my claim do not solve our problem.

(Affected property Address-2023 sw 30th Terrace
                               Cape Coral Fl. 33914)

(Attached copy of Chinese Manufactured Drywall products Liability Litigation MDL NO.2047 SECTION L)

Please, send us a letter that EXCLUDE us from that class settlement.
Thank you.
*Pedro Delgado*
Pedro Delgado
*Margarita Delgado*
Margarita Delgado

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties (Non-Knauf)

# SUPPLEMENTAL PLAINTIFF PROFILE FORM

For Internal Use Only
File No. _____

Date Received:
_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Chinese Manufactured Drywall<br>Products Liability Litigation | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1672 (S.D. Fl.);
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1395 (E.D. La.); and
*Amorin v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd.*, Case No. 11-1673 (E.D. Va.).

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, other than the Knauf Defendants, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Pedro _____ Delgado _____ Sr.
First Name         M.I.   Last Name            Suffix

Margarita _____ Delgado _____
Co-Claimant First Name (if applicable)  M.I.  Last Name   Suffix

_____
Business/Entity Name (if applicable)

v1

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties (Non-Knauf)

Address of Property in this Lawsuit ("Property"):

2023 SW 30th Terrace
Address 1 — Address 2

Cape Coral — FL — 33914
City — State — Zip Code

Is the Property residential or commercial? **Residential**

Name of Person Completing this Form: Pedro — Delgado — Sr.
First Name — M.I. — Last Name — Suffix

Mailing Address (if different):

Address 1 — Address 2

City — State — Zip Code

Phone Number of Person Completing This Form: (239) 218 - 1732

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 4 / 3 / 2007

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 7 / ?? / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 5 / 2007

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
N/A

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ___ / ___ / ___

v1

2



Pedro P. Delgado
2023 SW 30th Ter
Cape Coral, FL 33914-3967

FT MYERS FL 339
08 OCT 2019 PM 1 L



Richard J. Serpe
Law Offices of Richard J. Serpe PC
580 East Main St. Suite 310
Norfolk, VA 23510

23510-232385