# EXHIBIT "16"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Debbie ann   Maharaj__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __17012 Ongar Ct.   Land O Lakes   FL   34638__
Street  City  State  Zip Code

Affected Property: __17012 Ongar Ct.   Land O Lakes   FL   34638__
Street  City  State  Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Debbieann Maharaj__

Print Name: __DEBBIEANN MAHARAJ__

Last four (4) digits of SSN/EIN/ITIN: __3245__

Date: __10__/__10__/2019

Ms. Debbie Maharaj
17012 Ongar Ct.
Land O Lakes, FL  34638-8116

TAMPA FL 335
SAINT PETERSBURG FL
12 OCT 2019 PM 5 L

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O' Keefe Avenue
New Orleans, LA
70113

RECEIVED OCT 15 2019

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Debbie ann Maharaj**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **17012 Ongar CT. Land O Lakes FL 34638**
Street / City / State / Zip Code

Affected Property: **17012 Ongar CT. Land O Lakes FL 34638**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Debbieann Maharaj*

Print Name: **DEBBIEANN MAHARAJ**

Last four (4) digits of SSN/EIN/ITIN: **3265**

Date: **10 / 10 / 2019**



Ms. Debbie Maharaj
17012 Ongar Ct.
Land O Lakes, FL 34638-8116

Arnold Levin + Sandra Duggan
Levin SEDRAN + BERMAN
510 Walnut Street
Suite 500
Philadelphia, PA 19106

TAMPA FL 335
SAINT PETERSBURG FL
12 OCT 2019 PM 5 L



## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Debbie ann    Maharaj__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __17012 Ongar Ct.   Land O Lakes   FL   34638__
Street / City / State / Zip Code

Affected Property: __1702 Ongar CT.   Land D Lakes   FL   34638__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Debbieann Maharaj__

Print Name: __DEBBIEANN MAHARAJ__

Last four (4) digits of SSN/EIN/ITIN: __3265__

Date: __10__/__10__/2019

TAMPA FL 335
SAINT PETERSBURG FL
12 OCT 2019 PM 5 L

Patrick Montoya
Colson Hicks Eidson
255 Albambra CR.
Penthouse
Coral Gables, FL
33134

Ms. Debbie Maharaj
17012 Ongar Ct.
Land O Lakes, FL   34638-8116

Rcvd on
10/14/19
-YA

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Debbieann Maharay**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **17012 Ongar Ct. Land O Lakes FL 34638**
Street / City / State / Zip Code

Affected Property: **1702 Ongar Ct. Land O Lakes FL 34638**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Debbieann Maharaj*

Print Name: **DEBBIEANN MAHARAJ**

Last four (4) digits of SSN/EIN/ITIN: **3245**

Date: **10 / 10 / 2019**

RECEIVED 10/17/19

Ms. Debbie Maharaj
17012 Ongar Ct.
Land O Lakes, FL 34638-8116

TAMPA FL 335
SAINT PETERSBURG FL
12 OCT 2019 PM 4 L

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street
Suite 310
Norfolk, VA 23510

23510-232365

