# EXHIBIT "18"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Walter Frank Montgomery__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1204 Bayou Pass Cir.__  __Ruskin__  __FL__  __33570__
Street / City / State / Zip Code

Affected Property: __1204 Bayou Pass dr__  __Ruskin__  __FL__  __33570__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __Walter Montgomery__

Last four (4) digits of SSN/EIN/ITIN: __6930__

Date: __10__ / __15__ / 2019

Peter Montgomery
1204 Bayou Pass Dr.
Ruskin, FL 33570

TAMPA FL 335
SAINT PETERSBURG FL
16 OCT 2019 PM 5 L

Stephen J. Herman
Herman, Herman Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

OCT 21 2019

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Walter Frank Montgomery__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1204 Bayou Pass dr.__  __Ruskin__  __FL__  __33570__
Street / City / State / Zip Code

Affected Property: __1204 Bayou Pass dr__  __Ruskin__  __FL__  __33570__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Walter Montgomery__

Print Name: __Walter Montgomery__

Last four (4) digits of SSN/EIN/ITIN: __6930__

Date: __10__ / __15__ / 2019

TAMPA FL 335
SAINT PETERSBURG FL
15 OCT 2019 PM 5 L

Walter Montgomery
1204 Bayou Pass dr.
Ruskin, FL 33570

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia PA 19106

19106-355758

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Walter Frank Montgomery__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1204 Bayou Pass dr.__ __Ruskin__ __FL__ __33570__
Street / City / State / Zip Code

Affected Property: __1204 Bayou Pass dr__ __Ruskin__ __FL__ __33570__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __Walter Montgomery__

Last four (4) digits of SSN/EIN/ITIN: __6930__

Date: __10__ / __15__ / 2019

TAMPA FL 335
SAINT PETERSBURG FL
16 OCT 2019 PM 5 L

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

33134—741434

Walter Montgomery
1204 Bayou Pass Dr.
Ruskin, FL 33570

RECEIVED
OCT 2 1 2019
By: Yilianne

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Walter Frank Montgomery**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **1204 Bayou Pass Cir** | **Ruskin** | **FL** | **33570**
Street | City | State | Zip Code

Affected Property: **1204 Bayou Pass Dr** | **Ruskin** | **FL** | **33570**
Street | City | State | Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **Walter Montgomery**

Last four (4) digits of SSN/EIN/ITIN: **6930**

Date: **10** / **15** / 2019

Walter Montgomery
1204 Bahou Pass Dr.
Destin, FL 32540

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232385

RICHMOND VA 230
SAINT PETERSBURG FL
23 OCT 2019 PM 5

RECEIVED
10/23/19