# EXHIBIT "19"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __RHONDA DENISE MITCHELL__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __15870 HOLBEIN DR   COLORADO SPRINGS, CO   80921__
Street / City / State / Zip Code

Affected Property: __94 SILVERTOP DR.   GRAYSON   GA   30017__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Rhonda D. Mitchell__

Print Name: __RHONDA D. MITCHELL__

Last four (4) digits of SSN/EIN/ITIN: __0163__

Date: __10__ / __15__ / 2019



MITCHELL
1587o HOLBEN
COLORADO SPRINGS, CO 80921

STEPHEN J. HERMAN
HERMAN, HERMAN & KATZ, LLC
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

7019 0700 0001 3380 8085

CERTIFIED MAIL

RECEIVED OCT 21 2019

U.S. POSTAGE PAID
FCM LETTER
MONUMENT, CO
80132
OCT 16, 19
AMOUNT
$3.50
R2307M152699-09

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __RHONDA  DENISE  MITCHELL__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __15870  HOLBEIN DR     COLORADO SPRINGS,  CO    80921__
                          Street                        City                State          Zip Code

Affected Property: __94 SILVERTOP DR.   GRAYSON    GA    30017__
                         Street                        City                State          Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Rhonda D. Mitchell__

Print Name: __RHONDA  D.  MITCHELL__

Last four (4) digits of SSN/EIN/ITIN: __0163__

Date: __10__ / __15__ / 2019

MITCHELL
15870 HOLBEIN DRIVE
COLORADO SPRINGS, CO 80921

CERTIFIED MAIL

7019 0700 0001 3380 8092

ARNOLD LEVIN & SANDRA DUGGAN
LEVIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106

19106-369799

U.S. POSTAGE PAID
MONUMENT, CO
80132
OCT 16, 19
AMOUNT
$3.50
R2307M152699-09

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __RHONDA DENISE MITCHELL__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __15870 HOLBEIN DR__  __COLORADO SPRINGS__, __CO__  __80921__
Street  City  State  Zip Code

Affected Property: __94 SILVERTOP DR.__  __GRAYSON__  __GA__  __30017__
Street  City  State  Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Rhonda D. Mitchell__

Print Name: __RHONDA D. MITCHELL__

Last four (4) digits of SSN/EIN/ITIN: __0163__

Date: __10__/__15__/2019



02047-EEF-MBN   Document 22388-19   Filed 12/04/1

MITCHELL
1587 HOLBEIN DRIVE
COLORADO SPRINGS, CO 80921

U.S. POSTAGE PAID
FCM LETTER
MONUMENT, CO
80132
OCT 16, 19
AMOUNT
$3.50
R2307M152699-09

CERTIFIED MAIL

7019 0700 0001 3380 8078

PATRICK MONTOYA
COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE
CORAL GABLES, FL 33134

RECEIVED
OCT 21 2019
By: ___

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __RHONDA DENISE MITCHELL__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __15870 HOLBEIN DR__  __COLORADO SPRINGS,__  __CO__  __80921__
Street / City / State / Zip Code

Affected Property: __94 SILVERTOP DR.__  __GRAYSON__  __GA__  __30017__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: __RHONDA D. MITCHELL__

Last four (4) digits of SSN/EIN/ITIN: __0163__

Date: __10__ / __15__ / 2019

MITCHELL
15870 HOLBEIN DRIVE
COLORADO SPRINGS, CO 80921

CERTIFIED MAIL

7019 0700 0001 3380 8559

RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

RETURN RECEIPT
REQUESTED

RECEIVED
10/23/19

U.S. POSTAGE PAID
FCM LETTER
MONUMENT, CO
80132
OCT 16, 19
AMOUNT
$6.30
R2307M152699-09

23510

23510-232385