# EXHIBIT "20"

October 9, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Re:   **MDL No 2047**
      **Affected Property: 1890 Coconut Palm Circle, North Port FL 34288**
      **Owners: Pamela L. Rigsby**

                  22547 Morning Glory Circle, Bradenton FL 34202
                  (941) 677-6385
                  rigsby@aol.com

            **Irene Page**

                  7136 Point of Rocks Circle, Sarasota FL 34242
                  (941) 346-1522
                  pagewilliam1@gmail.com

In reference to the proposed Class Settlement with Taishan Gypsum Company Ltd., this is to express our strongest possible objection. It is an unbelievable betrayal to the plaintiffs who have endured financial, medical and emotional damage for many years now only to be told of a settlement that compensates pennies on the dollar. There is no justice nor equity in this proposed settlement!

First, there is NO rationale for creating two different classes of plaintiffs based ONLY on the timing of the claim. On what bases can one determine that the Brooke plaintiffs' claims are worth 80% less when the damages are similar and only the date of filing is different? The criteria for determining payment should be identical for both classes

Second, how is it that those plaintiffs who had drywall from Taishan should receive a dramatically less settlement that those who had drywall from Knauf? The damages are not different and the cost to remediate is comparable in each circumstance and thus it seems to us that the settlement should be comparable.

As a result of this gross inequity of treatment both within the Taishan settlement, ie Amorin vs Brooke, and between the Knauf Settlement and the proposed Taishan Gypsum Settlement, we have concluded that we have NO Choice but to OPT OUT and we are proceeding accordingly by filing the appropriate paperwork. (See attached.) Since we are opting out, we will not be appearing at the Fairness Hearing nor calling any witnesses.

Nonetheless, we hope that on behalf of those who do not opt out, you will reconsider this settlement and work to establish a more equitable resolution.

_Pamela Rigsby_           _Irene Page_           _____
Pamela Rigsby              Irene Page             Counsel of Record

Attachments:   Signed Request for Exclusion forms from Pamela Rigsby & Irene Page

cc:   Richard J. Serpe, Law Offices of Richard J. Serpe, PC
       Stephen J. Herman, Herman, Herman & Katz, LLC
       Patrick S. Montoya, Colson Hicks Eidson
       Jimmy Doyle, Esq., Doyle Law Firm

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Pamela L. Rigsby_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _22547 Morning Glory Circle   Bradenton  FL  34202_
Street    City    State    Zip Code

Affected Property: _1890 Coconut Palm Circle   North Port  FL  34288_
Street    City    State    Zip Code

   I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

   By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

   My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Pamela L. Rigsby_

Print Name: _Pamela L. Rigsby_

Last four (4) digits of SSN/EIN/ITIN: _0753_

Date: _10_ / _9_ / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Irene Page_ Sarasota
Fla
                    Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _7136 Point of Rocks Cir_   34242
                    Street          City          State          Zip Code

Affected Property: _1890 Coconeer Palm Cir_
                    Street          City          State          Zip Code
                    North Pov   Fla.   34288

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Irene Page_

Print Name: _Irene Page_

Last four (4) digits of SSN/EIN/ITIN: _4911_

Date: _10_ / _9_ / 2019



Pam Rigsby
22547 Morning Glory Circle
Bradenton FL 34202

RECEIVED
OCT 21 2009

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

70113-112520

October 9, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106


Re:    **MDL No 2047**
       **Affected Property: 1890 Coconut Palm Circle, North Port FL 34288**
       **Owners: Pamela L. Rigsby**
                  22547 Morning Glory Circle, Bradenton FL 34202
                  (941) 677-6385
                  rigsby@aol.com
       **Irene Page**
                  7136 Point of Rocks Circle, Sarasota FL 34242
                  (941) 346-1522
                  pagewilliam1@gmail.com

In reference to the proposed Class Settlement with Taishan Gypsum Company Ltd., this is to express our strongest possible objection. It is an unbelievable betrayal to the plaintiffs who have endured financial, medical and emotional damage for many years now only to be told of a settlement that compensates pennies on the dollar. There is no justice nor equity in this proposed settlement!

First, there is NO rationale for creating two different classes of plaintiffs based ONLY on the timing of the claim. On what bases can one determine that the Brooke plaintiffs' claims are worth 80% less when the damages are similar and only the date of filing is different? The criteria for determining payment should be identical for both classes

Second, how is it that those plaintiffs who had drywall from Taishan should receive a dramatically less settlement that those who had drywall from Knauf? The damages are not different and the cost to remediate is comparable in each circumstance and thus it seems to us that the settlement should be comparable.

As a result of this gross inequity of treatment both within the Taishan settlement, ie Amorin vs Brooke, and between the Knauf Settlement and the proposed Taishan Gypsum Settlement, we have concluded that we have NO Choice but to OPT OUT and we are proceeding accordingly by filing the appropriate paperwork. (See attached.) Since we are opting out, we will not be appearing at the Fairness Hearing nor calling any witnesses.

Nonetheless, we hope that on behalf of those who do not opt out, you will reconsider this settlement and work to establish a more equitable resolution.


_Pamela Rigsby_                    _Irene Page_                    _____
Pamela Rigsby                      Irene Page                      Counsel of Record


Attachments:   Signed Request for Exclusion forms from Pamela Rigsby & Irene Page

cc:    Richard J. Serpe, Law Offices of Richard J. Serpe, PC
       Stephen J. Herman, Herman, Herman & Katz, LLC
       Patrick S. Montoya, Colson Hicks Eidson
       Jimmy Doyle, Esq., Doyle Law Firm

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Pamela L. Rigsby_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _22547 Morning Glory Circle   Bradenton FL 34202_
Street     City     State     Zip Code

Affected Property: _1890 Coconut Palm Circle   North Port FL 34288_
Street     City     State     Zip Code

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Pamela L. Rigsby_

Print Name: _Pamela L Rigsby_

Last four (4) digits of SSN/EIN/ITIN: _0753_

Date: _10_ / _9_ / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Irene Page_   _Sarasota_
<span></span>Provide full name of individual or entity wishing to opt out of settlement   _Fla_

Mailing Address: _7136 Point of Rocks Cir_   _34242_
<span></span>Street          City          State          Zip Code

Affected Property: _1890 Coconut Palm Cir_
<span></span>Street          City          State          Zip Code
<span></span>_North Port   Fla.   34288_

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Irene Page_

Print Name: _Irene Page_

Last four (4) digits of SSN/EIN/ITIN: _4911_

Date: _10_ / _9_ / 2019



TAMPA FL 335

SAINT PETERSBURG FL

17 OCT 2019 PM 6 L

Pam Rigsby
22547 Morning Glory Circle
Bradenton FL 34202

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19106-369799

October 9, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Re:    **MDL No 2047**
       **Affected Property: 1890 Coconut Palm Circle, North Port FL 34288**
       **Owners: Pamela L. Rigsby**
                      22547 Morning Glory Circle, Bradenton FL 34202
                      (941) 677-6385
                      rigsby@aol.com
              **Irene Page**
                      7136 Point of Rocks Circle, Sarasota FL 34242
                      (941) 346-1522
                      pagewilliam1@gmail.com

In reference to the proposed Class Settlement with Taishan Gypsum Company Ltd., this is to express our strongest possible objection. It is an unbelievable betrayal to the plaintiffs who have endured financial, medical and emotional damage for many years now only to be told of a settlement that compensates pennies on the dollar. There is no justice nor equity in this proposed settlement!

First, there is NO rationale for creating two different classes of plaintiffs based ONLY on the timing of the claim. On what bases can one determine that the Brooke plaintiffs' claims are worth 80% less when the damages are similar and only the date of filing is different? The criteria for determining payment should be identical for both classes

Second, how is it that those plaintiffs who had drywall from Taishan should receive a dramatically less settlement that those who had drywall from Knauf? The damages are not different and the cost to remediate is comparable in each circumstance and thus it seems to us that the settlement should be comparable.

As a result of this gross inequity of treatment both within the Taishan settlement, ie Amorin vs Brooke, and between the Knauf Settlement and the proposed Taishan Gypsum Settlement, we have concluded that we have NO Choice but to OPT OUT and we are proceeding accordingly by filing the appropriate paperwork. (See attached.) Since we are opting out, we will not be appearing at the Fairness Hearing nor calling any witnesses.

Nonetheless, we hope that on behalf of those who do not opt out, you will reconsider this settlement and work to establish a more equitable resolution.

| | | |
|---|---|---|
| *Pamela Rigsby* | *Irene Page* | |
| Pamela Rigsby | Irene Page | Counsel of Record |

Attachments:   Signed Request for Exclusion forms from Pamela Rigsby & Irene Page

cc:    Richard J. Serpe, Law Offices of Richard J. Serpe, PC
       Stephen J. Herman, Herman, Herman & Katz, LLC
       Patrick S. Montoya, Colson Hicks Eidson
       Jimmy Doyle, Esq., Doyle Law Firm

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Pamela L. Rigsby_
<span style="font-size:smaller">Provide full name of individual or entity wishing to opt out of settlement</span>

Mailing Address: _22547 Morning Glory Circle___ _Bradenton_ _FL_ _34202_
                 Street              City        State    Zip Code

Affected Property: _1890 Coconut Palm Circle___ _North Port_ _FL_ _34288_
                   Street             City       State     Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Pamela L. Rigsby_

Print Name: _Pamela L Rigsby_

Last four (4) digits of SSN/EIN/ITIN: _0753_

Date: _10_ / _9_ / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Irene Page_   _Sarasota_
Fla
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: _7136 Point of Rocks Cir_   _34242_
*Street*                    *City*                    *State*                    *Zip Code*

Affected Property: _1890 Coconut Palm Cir_
*Street*          *City*          *State*          *Zip Code*
_North Port   Fla.   34288_

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Irene Page_

Print Name: _Irene Page_

Last four (4) digits of SSN/EIN/ITIN: _4911_

Date: _10_ / _9_ / 2019



Pam Rigsby
22547 Morning Glory Circle
Bradenton FL 34202

RECEIVED
OCT 2 1 2019
By: Julianne

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

33134-741456

October 9, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Re:    **MDL No 2047**
       **Affected Property: 1890 Coconut Palm Circle, North Port FL 34288**
       **Owners: Pamela L. Rigsby**
               22547 Morning Glory Circle, Bradenton FL 34202
               (941) 677-6385
               rigsby@aol.com
          **Irene Page**
               7136 Point of Rocks Circle, Sarasota FL 34242
               (941) 346-1522
               pagewilliam1@gmail.com

In reference to the proposed Class Settlement with Taishan Gypsum Company Ltd., this is to express our strongest possible objection. It is an unbelievable betrayal to the plaintiffs who have endured financial, medical and emotional damage for many years now only to be told of a settlement that compensates pennies on the dollar. There is no justice nor equity in this proposed settlement!

First, there is NO rationale for creating two different classes of plaintiffs based ONLY on the timing of the claim. On what bases can one determine that the Brooke plaintiffs' claims are worth 80% less when the damages are similar and only the date of filing is different? The criteria for determining payment should be identical for both classes

Second, how is it that those plaintiffs who had drywall from Taishan should receive a dramatically less settlement that those who had drywall from Knauf? The damages are not different and the cost to remediate is comparable in each circumstance and thus it seems to us that the settlement should be comparable.

As a result of this gross inequity of treatment both within the Taishan settlement, ie Amorin vs Brooke, and between the Knauf Settlement and the proposed Taishan Gypsum Settlement, we have concluded that we have NO Choice but to OPT OUT and we are proceeding accordingly by filing the appropriate paperwork. (See attached.) Since we are opting out, we will not be appearing at the Fairness Hearing nor calling any witnesses.

Nonetheless, we hope that on behalf of those who do not opt out, you will reconsider this settlement and work to establish a more equitable resolution.


_Pamela Rigsby_                       _Irene Page_                     **Counsel of Record**
**Pamela Rigsby**                      **Irene Page**

Attachments:   Signed Request for Exclusion forms from Pamela Rigsby & Irene Page

cc:    Richard J. Serpe, Law Offices of Richard J. Serpe, PC
      Stephen J. Herman, Herman, Herman & Katz, LLC
      Patrick S. Montoya, Colson Hicks Eidson
      Jimmy Doyle, Esq., Doyle Law Firm

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Pamela L. Rigsby_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _22547 Morning Glory Circle   Bradenton  FL 34202_
                     Street                   City        State       Zip Code

Affected Property: _1890 Coconut Palm Circle   North Port  FL 34288_
                  Street                City         State      Zip Code

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Pamela L. Rigsby_

Print Name: _Pamela L Rigsby_

Last four (4) digits of SSN/EIN/ITIN: _0753_

Date: _10_ / _9_ / 2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Irene Page_

<span style="font-size:small">Provide full name of individual or entity wishing to opt out of settlement</span>

Mailing Address: _7136 Point of Rocks Cir._   _Sarasota_   _Fla_ _34242_

<span style="font-size:small">Street          City          State          Zip Code</span>

Affected Property: _1890 Coconut Palm Cir._

<span style="font-size:small">Street          City          State          Zip Code</span>

_North Port   Fla.   34288_

   I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

   By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

   My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Irene Page_

Print Name: _Irene Page_

Last four (4) digits of SSN/EIN/ITIN: _4911_

Date: _10_ / _9_ / 2019

TAMPA FL 335
SAINT PETERSBURG, FL
17 OCT 2019 PM 5 L

RECEIVED
10/21/19

Pam Rigsby
22547 Morning Glory Circle
Bradenton FL 34202

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232365