# EXHIBIT "23"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Pierre   Loredo__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __13452   Little Gem Circle   Fort Myers, Fl   33913__
Street   City   State   Zip Code

Affected Property: __13452   Little Gem Circle   Fort Myers, Fl   33913__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ____[signature]____

Print Name: __Pierre   Loredo__

Last four (4) digits of SSN/EIN/ITIN: __2273__

Date: __10__ / __16__ / 2019



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Pierre Loredo__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __13452__ __Little Gem__ __Circle__ __Fort Myers, Fl 33913__
                    Street         City         State        Zip Code

Affected Property: __13452 Little Gem Circle Fort Myers, Fl 33913__
                     Street        City        State       Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/__

Print Name: __Pierre Loredo__

Last four (4) digits of SSN/EIN/ITIN: __2273__

Date: __OCT__ / __16__ / 2019

Pierre Loredo
13452 Little Gem Circle
Fort Myers, Fl 33913

CERTIFIED MAIL

7019 1120 0001 7800 0045

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106



U.S. POSTAGE PAID
FCM LETTER
FORT MYERS, FL
33907
OCT 16, 19
AMOUNT
$3.50
R2305M146195-0

1023
19106



19103657 0047

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Pierre Loredo__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __13452 Little Gem Circle   Fort Myers, Fl   33913__
Street    City    State    Zip Code

Affected Property: __13452 Little Gem Circle   Fort Myers, Fl   33913__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __Pierre Loredo__

Last four (4) digits of SSN/EIN/ITIN: __2273__

Date: __10__/__16__/2019

Pierre Loredo
13452 Little Gem Circle
Fort Myers, Fl 33913



7019 1120 0001 7800 1066

Richard J. Serpe
Law offices of Richard J. Serpe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510




10/23/19



23510$2323 C018



U.S. POSTAGE PAID
FCM LETTER
FORT MYERS, FL
33907
OCT 16, 19
AMOUNT
$3.50
R2305M146185-84



FSC
MIX

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

PLACE STICKER AT TOP

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

**Class Member's Name:** _Pierre Loredo_
Provide full name of individual or entity wishing to opt out of settlement

**Mailing Address:** _13452 Little Gem Circle   Fort Myers,   Fl   33913_
   Street         City         State      Zip Code

**Affected Property:** _13452 Little Gem Circle   Fort Myers, Fl   33913_
   Street         City         State      Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

**Sign Here:** _/s/_

**Print Name:** _Pierre Loredo_

**Last four (4) digits of SSN/EIN/ITIN:** _2273_

**Date:** _10_ / _16_ / 2019

Pierre Loredo
1573 Little Gem Circle
Ft Myers, Fl 33913

RECEIVED
NOV 07 2019
By: Yilianne

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl 33134

USPS TRACKING NUMBER

EXPECTED DELIVERY DAY: 11/07/19

U.S. POSTAGE PAID
PM 2-Day
FORT MYERS, FL
33907
NOV 05, 19
AMOUNT
$6.80
R2304E107113-10

33134

1006
UNITED STATES POSTAL SERVICE

PRIORITY® MAIL ★
FLAT RATE
ONE RATE ★ ANY
APPLY PRIORITY

EP14H July 2013 Outer Dimen

* For international shipments, the maximum weight is 4 lbs.

Case 8:19-md-02047-EEF-MBN Document 22388-23 Filed 12/04/19 Page

*Domestic only.

This packaging is the property of the U.S. Postal Service® and'же may be a violation of federal law.
provided solely for use in sending Priority Mail® shipments. Misuse This label is not for resale.
may be a violation of federal law. This packaging is not for resale.

TRACKED
INSURED

PRIORITY MAIL

PRESS FIRMLY TO SEAL

United States Postal Service®

UNITED STATES POSTAL SERVICE®

EP14H July 2013
OD: 10 x 5

PS00001000064

VISIT US AT USPS.COM®
Label 106A, Nov 2018

This product is for use with Priority Mail®.
Misuse may be a violation of federal law. This label is not for resale.

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

PRIORITY MAIL

United States Postal Service®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

ring stamp

PRIORITY MAIL ★

PRIORITY MAIL

PRESS FIRMLY TO SEAL

★ MAIL ★

VISIT US AT USPS.COM®
Label 106A, Nov 2018

United States Postal Service®

📅 DATE OF DELIVERY SPECIFIED*
📶 USPS TRACKING™ INCLUDED*
💲 INSURANCE INCLUDED*
🚚 PICKUP AVAILABLE

* Domestic only

EP14H © U.S. Postal Service; July 2013; All rights reserved.

9505 5154 1322 9309 3534 84