# EXHIBIT "24"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Ross D. Shales for Greater NOLA Homes, LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1 South ParkPlace__  __New Orleans__  __LA__  __70124__
Street / City / State / Zip Code

Affected Property: __8287 BenJamin Street__  __Chalmette__  __LA__  __70043__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __Ross D. Shales for Greater NOLA Homes, LLC__

Last four (4) digits of SSN/EIN/ITIN: __SSN-0271   -EIN-2255__

Date: __10__/__11__/2019

Boss Shales
Floater NOLA Homes LLC
South Park Place
New Orleans, LA 70129

7014 3125 0010

Stephen J. Herman
HERMAN HERMAN & KATZ
820 O'Keefe Avenue
New Orleans, LA 70113

RECEIVED
OCT 21 2013

U.S. POSTAGE PAID
FCM LETTER
NEW ORLEANS, LA
70124
OCT 18, 19
AMOUNT
$0.55
R2304M116272-15

1000
70113

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Ross D. Shales for Greater NOLA Homes, LLC
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 1 South Park Place, New Orleans LA 70124
Street / City / State / Zip Code

Affected Property: 8287 Benjamin Street, Chalmette LA 70043
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: Ross D. Shales for Greater NOLA Homes LLC

Last four (4) digits of SSN/EIN/ITIN: SSN - 0271 - EIN - 2255

Date: 10 / 11 / 2019

U.S. POSTAGE PAID
FCM LETTER
NEW ORLEANS, LA
70124
OCT 18, 19
AMOUNT
$0.55
R2304M116272-15




1000
19106

Arnold Levin & Sandra Duggan
LEVIN SEDRAN &BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

1910E30E97 CC47

Ross Sholes
Greater NOLA Homes LLC
1 South Park Place
New Orleans, LA 70124

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Ross D. Shales for Greater NOLA Homes, LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1 South Park Place, New Orleans LA 70124__
Street / City / State / Zip Code

Affected Property: __8287 Benjamin Street, Chalmette LA 70043__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __Ross D. Shales for Greater NOLA Homes, LLC__

Last four (4) digits of SSN/EIN/ITIN: __SSN - 0271 - EIN - 2255__

Date: __10__ / __11__ / 2019



U.S. POSTAGE PAID
FCM LETTER
NEW ORLEANS, LA
70124
OCT 18, 19
AMOUNT
$0.55
R2304M116272-15

33134
1000

Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Pent house
Coral Gables, FL 33134

Ross Shaked
Gladden NOLA Homes LLC
1 South Pawk Place
New Orleans, LA 70124

RECEIVED
OCT 22 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Ross D. Shales for Greater NOLA Homes, LLC
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 1 South Park Place, New Orleans LA 70124
Street / City / State / Zip Code

Affected Property: 8287 Benjamin Street, Chalmette LA 70043
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: Ross D. Shales for Greater NOLA Homes, LLC

Last four (4) digits of SSN/EIN/ITIN: SSN-0271 -EIN- 2255

Date: 10 / 11 / 2019

Lois Singles
Greater NOLA Homes LLC
1 South Park Place
New Orleans, LA 70124

Richard J. Serpe
LAW OFFICES OF RICHARD J SERPE, PC
580 East Main Street Suite 310
Norfolk, VA 23510

U.S. POSTAGE PAID
FCM LETTER
NEW ORLEANS, LA
70124
OCT 18, 19
AMOUNT
$0.55
R2304M116272-15

1000
23510

235103323 0018

RECEIVED 10/23/19