# EXHIBIT "26"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Evelyn Dipp__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __3720  6th. St. W.   Lehigh Acres,  FL   33971__
　　　　　　　　　　Street　　　　　　　City　　　　　　State　　　Zip Code

Affected Property: __Same As Above__
　　　　　　　　　Street　　　　City　　　State　　Zip Code

　　　I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

　　　By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

　　　My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Evelyn Dipp__

Print Name: __Evelyn Dipp__

Last four (4) digits of SSN/EIN/ITIN: __0528__

Date: __10__/__18__/2019

From: Evelyn Dipp
1720 6th St. W. Lehigh Acres,
FL 33971

Envelope #1

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA
19106

19106-365799

U.S. POSTAGE PAID
FCM LETTER
LEHIGH ACRES, FL
33936
OCT 19, 19
AMOUNT
$0.55
R2305H130563-11

LEHIGH ACR
OCT 19 2019
USPS

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Evelyn Dipp__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __3720 6th. St. W.__  __Lehigh Acres__  __FL__  __33971__
Street / City / State / Zip Code

Affected Property: __Same as Above__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Evelyn Dipp__

Print Name: __Evelyn Dipp__

Last four (4) digits of SSN/EIN/ITIN: __0528__

Date: __10__/__18__/2019

Envelope #2

Evelyn Dipp
320 6th. St W.
Lehigh Acres, FL. 33971

Stephen J. Herman
Herman, Herman & Katz, LLC.
820 O'Keefe Avenue
New Orleans, LA
70113

7013-1520

1023
70113

U.S. POSTAGE PAID
FCM LETTER
LEHIGH ACRES, FL
33936
OCT 19, 19
AMOUNT
$0.55
R2305H130563-11

RECEIVED
OCT 22 2019

LEHIGH USPS

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Evelyn Dipp__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __3720 6th. St. W    Lehigh Acres   FL.   33971__
Street    City    State    Zip Code

Affected Property: __Same As Above__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Evelyn Dipp__

Print Name: __Evelyn Dipp__

Last four (4) digits of SSN/EIN/ITIN: __0528__

Date: __10__ / __18__ / 2019

U.S. POSTAGE PAID
FCM LETTER
LEHIGH ACRES, FL
33936
OCT 19, 19
AMOUNT
**$0.55**
R2305H130563-11

33134

1023

UNITED STATES POSTAL SERVICE

OCT 19 20
LEHIGH AC
USPS

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Evelyn Dipp
3720 6th. St. W
Lehigh Acres, FL 33971

RECEIVED
OCT 22 2019
by: fjilliano

Envelope #4

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Evelyn Dipp__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __3720 6th St. W.   Lehigh Acres,  FL   33971__
　　　　　　　　　　Street　　　　　　　City　　　　　　State　　　Zip Code

Affected Property: __Same As Above__
　　　　　　　　　　Street　　　　　　　City　　　　　　State　　　Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Evelyn Dipp__

Print Name: __Evelyn Dipp__

Last four (4) digits of SSN/EIN/ITIN: __0528__

Date: __10__ / __18__ / 2019



Richard J. Seppe
Law offices of Richard J. Seppe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232385

Evelyn Dipp
3120 6th. St. W
Lehigh Acres, FL 33971



Envelope #2