# EXHIBIT "27"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Barbara Kelvington__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __729 46th Square   Vero Beach   FL.   32968__
Street / City / State / Zip Code

Affected Property: __729 46th Square   Vero Beach   FL.   32968__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Barbara B. Kelvington__

Print Name: __Barbara Kelvington__

Last four (4) digits of SSN/EIN/ITIN: __2127__

Date: __10__ / __10__ / 2019

**Barbara B. Kelvington**
729 46th Sq.
Vero Beach, FL 32968-1179



ORLANDO FL 328
19 OCT 2019 PM 5 L

Arnold Levin and Sandra Duggan
Levin Sedran and Berman
510 Walnut Street Suite 500
Philadelphia, PA, 19106

19106-3697555



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Barbara Kevington__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __729 46th Square   Vero Beach   FL.   32968__
Street / City / State / Zip Code

Affected Property: __729 46th Square   Vero Beach   FL.   32968__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Barbara B. Kevington__

Print Name: __Barbara Kevington__

Last four (4) digits of SSN/EIN/ITIN: __2127__

Date: __10__/__10__/2019

Barbara Kellington
729 46th Sq
Vero Beach, FL 32968-1179



19 OCT 2019 PM 5 L

Stephen J. Herman
Herman, Herman and Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RECEIVED OCT 22 2019

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Barbara Kevington__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __729 46th Square    Vero Beach    FL,    32968__
Street            City            State        Zip Code

Affected Property: __729 46th Square    Vero Beach    FL,    32968__
Street            City            State        Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Barbara B. Kevington__

Print Name: __Barbara Kevington__

Last four (4) digits of SSN/EIN/ITIN: __2127__

Date: __10__/__10__/2019



ORLANDO FL 328
19 OCT 2019 PM 5 L

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL. 33134

33134-741459

Barbara Kelvington
729 46th Sq
Vero Beach, FL  32968-1179

RECEIVED
OCT 22 2019
By: julianna

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Barbara Kehrigten
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 729 46th Square   Vero Beach   FL.   32968
Street   City   State   Zip Code

Affected Property: 729 46th Square   Vero Beach   FL,   32968
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Barbara B. Kelvington

Print Name: Barbara Kelvington

Last four (4) digits of SSN/EIN/ITIN: 2127

Date: 10 / 10 / 2019

**Barbara Kelvington**
729 46th Sq
Vero Beach, FL 32968-1179

Richard S. Serpe
Law offices of Richard S. Serpe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

RECEIVED 10/22/19

ORLANDO FL 328
19 OCT 2019 PM 5 L

23510-232385
23510823323 0018