# EXHIBIT "28"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __WILLIAM + ELIZABETH ELIA__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1305 SW 12th Avenue__ __Cape Coral__ __FL__ __33991__
Street / City / State / Zip Code

Affected Property: __1305 SW 12th Avenue__ __Cape Coral__ __FL__ __33991__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: /s/ William Elia  /s/ Elizabeth Elia

Print Name: William W Elia  Elizabeth Elia

Last four (4) digits of SSN/EIN/ITIN: __0359__

Date: __10__/__19__/2019

Ms. Elizabeth Lima
1305 SW 12th Ave
Cape Coral, FL 33991

21 OCT 2019 PM 1 L

RECEIVED OCT 28 2019

Stephen J Herman
Herman Herman + Katz
820 O'Keefe Avenue
New Orleans LA
70113

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __WILLIAM + ELIZABETH Elia__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __1305 SW 12th Avenue   Cape Coral   FL   33991__
                   Street                City          State   Zip Code

Affected Property: __1305 SW 12th Avenue   Cape Coral   FL   33991__
                   Street                City          State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_                          _[signature]_

Print Name: __William M Elia__                    __Elizabeth Elia__

Last four (4) digits of SSN/EIN/ITIN: __0359__

Date: __10__ / __19__ / 2019



Anneedwines Sonora Duggan
Levin Sedran + Berman
510 Walnut St
Suite 500
Philadelphia, PA
19106



Ms. Elizabeth Elia
1305 SW 12th Ave
Cape Coral, FL 33991

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **William H Elizabeth Elia**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **1305 SW 12th Avenue　Cape Coral　FL　33991**
Street　City　State　Zip Code

Affected Property: **1305 SW 12th Avenue　Cape Coral　FL　33991**
Street　City　State　Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **William H. Elia　Elizabeth Elia**

Last four (4) digits of SSN/EIN/ITIN: **0359**

Date: **10 / 19 / 2019**

FT MYERS FL 339

23 OCT 2019 PM 2 L

3313487414 CC37

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134

RECEIVED
OCT 23 2019
By: [signature]

Ms. Elizabeth Elia
1305 SW 12th Ave
Cape Coral, FL 33991

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: William + Elizabeth Elia
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 1305 SW 12th Avenue Cape Coral FL 33991
Street / City / State / Zip Code

Affected Property: 1305 SW 12th Avenue Cape Coral FL 33991
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature] [signature]

Print Name: William M. Elia    Elizabeth Elia

Last four (4) digits of SSN/EIN/ITIN: 0359

Date: 10 / 19 / 2019



Ms. Elizabeth Elia
1305 SW 12th Ave
Cape Coral, FL 33991

FT MYERS FL

Richard Serpe
Law Offices of Richard Serpe
580 East Main St
Suite 310
Norfolk VA
23510

RECEIVED
10/24/19

23510-232385