# EXHIBIT "30"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: _River Pointe at Grand Harbor Condominium HOA_ / Michael Barton
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _505 Lynmere Rd  Bryn Mawr  PA  19010_
Street / City / State / Zip Code

Affected Property: _N Harbor Village Dr 301  Vero Beach_ _32967_
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: _Michael Barton_

Last four (4) digits of SSN/EIN/ITIN: _3753_

Date: _10_/_19_/2019

Michael Barton
505 Lynmere Rd.
Bryn Mawr PA 19010-3637

Stephen J. Herman
Herman, Herman + Katz LLC
820 O'Keefe Ave
New Orleans, La 70113

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: River Birch at Grand Harbor Condominium / Michael Barton

*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 505 Lynmere Rd, Bryn Mawr, PA 19010

Affected Property: N Harbor Village Dr Ste 301, Vero Beach, FL 32967

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: Michael Barton

Last four (4) digits of SSN/EIN/ITIN: 2753

Date: 10 / 19 / 2019



PHILADELPHIA PA 190
24 OCT 2019 PM 7 L

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut St. Suite 500
Philadelphia Pa 19106

Michael Barton
505 Lynmere Rd
Bryn Mawr PA 19010-3637

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: _River Pointe at Grand Harbor Condominium HOA_    Michael Barton
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _505 Lynmere Rd   Bryn Mawr   PA   19010_
Street    City    State    Zip Code

Affected Property: _5620 N Harbor Village Dr Suite 301_
Street    City    State    Zip Code
_Vero Beach  FL. 32967_

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: _Michael Barton_

Last four (4) digits of SSN/EIN/ITIN: _2753_

Date: _10_ / _19_ / 2019

PHILADELPHIA PA 190
24 OCT 2019 PM 7 L

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl. 33134

Michael Barton
505 Lynmere Rd.
Bryn Mawr PA 19010-3637

RECEIVED
OCT 29 2019
BY:

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Michael Barton, River Pointe at Grand Harbor Condominium HOA
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 505 Lynmere Rd, Bryn Mawr, PA 19010
Street / City / State / Zip Code

Affected Property: N Harbor Village Dr Suite 301, Vero Beach, FL 32967
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: Michael Barton

Last four (4) digits of SSN/EIN/ITIN: 2753

Date: 10 / 19 / 2019

Michael Barton
505 Lynmere Rd.
Bryn Mawr PA 19010-3637

PHILADELPHIA, PA 190
24 OCT 2019 PM 6 L



2351082323 C018

Richard J. Serpe
Law Office of Richard Serpe PC
580 East Main Street, Suite 310
Norfolk, VA 23510

