# EXHIBIT "31"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __NELICA KREKIC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __120 SE 21st ten__ __CAPE CORAL__ __FL__ __33990__
Street / City / State / Zip Code

Affected Property: __120 SE 21st ten__ __CAPE CORAL__ __FL__ __33990__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Nelica Krekic__

Print Name: __NELICA KREKIC__

Last four (4) digits of SSN/EIN/ITIN: __0324__

Date: __10__ / __25__ / 2019

Nelica Krekic
120 SE 21st Ter
Cape Coral, FL 33990

STEPHEN J. HERMAN
HERMAN, HERMAN & KATZ
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

RECEIVED
LLC
OCT 28 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __NELICA KREKIC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __120 SE 21st ter__  __CAPE CORAL__  __FL__  __33990__
Street / City / State / Zip Code

Affected Property: __120 SE 21st ter__  __CAPE CORAL__  __FL__  __33990__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __NELICA KREKIC__

Last four (4) digits of SSN/EIN/ITIN: __0324__

Date: __10__ / __25__ / 2019



Nelica Krekic
120 SE 21st Ter
Cape Coral, FL 33990

ARNOLD LEVIN & SANDRA DUGGAN
LEVIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADELPHIA, PA 19106

FT MYERS FL 335
25 OCT 2019 PM 4 L

19106-369799



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __NELICA KREKIC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __120 SE 21st Ter__  __CAPE CORAL__  __FL__  __33990__
Street / City / State / Zip Code

Affected Property: __120 SE 21st Ter__  __CAPE CORAL__  __FL__  __33990__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ____[signature]____

Print Name: __NELICA KREKIC__

Last four (4) digits of SSN/EIN/ITIN: __0324__

Date: __10__ / __25__ / 2019



FT MYERS FL 339
25 OCT 2019 PM 4 L

PATRICK MONTOYA
COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE
CORAL GABLES, FL 33134

Nelica Krekic
120 SE 21st Ter
Cape Coral, FL 33990

RECEIVED
OCT 29 2019
By: jilliana

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

**Class Member's Name:** NELICA KREKIC
Provide full name of individual or entity wishing to opt out of settlement

**Mailing Address:** 120 SE 21st Ter.  CAPE CORAL  FL  33990
Street / City / State / Zip Code

**Affected Property:** 120 SE 21st Ter.  CAPE CORAL  FL  33990
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

**Sign Here:** /s/

**Print Name:** NELICA KREKIC

Last four (4) digits of SSN/EIN/ITIN: 0324

Date: 10 / 25 / 2019

Nelica Krekic
120 SE 21st Ter
Cape Coral, FL 33990

FT MYERS FL 339

25 OCT 2019 PM 4 L

RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

23510-232385

RECEIVED
10/28/19