# EXHIBIT "33"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __Troyce Eddie Pruitt__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__  __Ocean Springs__  __MS__  __39564__
                    Street           City            State   Zip Code

Affected Property: __12 Gulfview Drive__  __Ocean Springs__  __MS__  __39564__
                    Street           City            State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Troyce Eddie Pruitt__

Print Name: __TROYCE EDDIE PRUITT__

Last four (4) digits of SSN/EIN/ITIN: __7855__

Date: __10__/__24__/2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __Rhonda Jean Pruitt  (aka Rhonda Kaufman)__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__  __Ocean Springs__  __MS__  __39564__
Street    City    State    Zip Code

Affected Property: __12 Gulfview Drive__  __Ocean Springs__  __MS__  __39564__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Rhonda Jean Pruitt__

Print Name: __Rhonda Jean Pruitt__

Last four (4) digits of SSN/EIN/ITIN: __9501__

Date: __10__ / __24__ / 2019

T. Pruitt
12 Gulfview Dr.
Ocean Springs, MS
39564

GULFPORT MS 395
24 OCT 2019 PM 2 T

RECEIVED
OCT 28 2019

Stephan J. Herman
HERMAN, HERMAN & KATZ
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

70113+1125

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: __Troyce Eddie Pruitt__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
                        Street                      City             State         Zip Code

Affected Property: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
                        Street                      City             State         Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Troyce Eddie Pruitt* (signature)

Print Name: __TROYCE EDDIE PRUITT__

Last four (4) digits of SSN/EIN/ITIN: __7855__

Date: __10__/__24__/2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Rhonda Jean Pruitt  (aka Rhonda Kaufman)__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

Affected Property: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Rhonda Jean Pruitt*

Print Name: *Rhonda Jean Pruitt*

Last four (4) digits of SSN/EIN/ITIN: __9501__

Date: __10__ / __24__ / 2019

T. Pruitt
12 Gulfview Dr.
Ocean Springs, MS
39564

GULFPORT MS 395
24 OCT 2019 PM 2 T

19106+3657

Arnold Levin & Sandra Duggen
LEVIN SEDRAN & BERMAN
510 WALNUT ST., SUITE 500
Philadelphia, PA 19106



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Troyce Eddie Pruitt__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

Affected Property: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Troyce Eddie Pruitt__

Print Name: __TROYCE EDDIE PRUITT__

Last four (4) digits of SSN/EIN/ITIN: __7855__

Date: __10__/__24__/2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __Rhonda Jean Pruitt (aka Rhonda Kaufman)__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
                       Street                City          State       Zip Code

Affected Property: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
                     Street               City         State       Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Rhonda Jean Pruitt*

Print Name: *Rhonda Jean Pruitt*

Last four (4) digits of SSN/EIN/ITIN: __9501__

Date: __10__ / __24__ / 2019

T. Pratt
12 Gulfview Dr
Ocean Springs, MS
39564

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
OCT 29 2019
BY: jilliann

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

**Class Member's Name:** Troyce Eddie Pruitt

*Provide full name of individual or entity wishing to opt out of settlement*

**Mailing Address:** 12 Gulfview Drive | Ocean Springs | MS | 39564
Street | City | State | Zip Code

**Affected Property:** 12 Gulfview Drive | Ocean Springs | MS | 39564
Street | City | State | Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

**Sign Here:** *Troyce Eddie Pruitt*

**Print Name:** TROYCE EDDIE PRUITT

**Last four (4) digits of SSN/EIN/ITIN:** 7855

**Date:** 10/24/2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Rhonda Jean Pruitt  (aka Rhonda Kaufman)__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

Affected Property: __12 Gulfview Drive__   __Ocean Springs__   __MS__   __39564__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Rhonda Jean Pruitt*

Print Name: *Rhonda Jean Pruitt*

Last four (4) digits of SSN/EIN/ITIN: __9501__

Date: __10__/__24__/2019

T. Pluitt
12 Gulfview Dr
Ocean Springs, MS
39564

GULFPORT MS 395
24 OCT 2019 PM 2 T

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

23510+2323



REC'D
10/28/19