# EXHIBIT "34"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: GARLD G. KURT KURTZ
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 301 HARBOUR PLACE DRIVE #705 TAMPA, FL 33602
Street / City / State / Zip Code

Affected Property: 401 BOSPHOROUS AVE. TAMPA, FL. 33606
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: GARLD G. KURT KURTZ

Last four (4) digits of SSN/EIN/ITIN: 2338

Date: 10/24/2019

7013812S 0010

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RECEIVED
OCT 30 2019

RETURN RECEIPT
REQUESTED

7018 0040 0000 0507 2176

THE FLORIDA AQUARIUM
701 Channelside Drive
Tampa, Florida 33602

Kat Knope
501 Harbour Post
#85
Tampa, FL 33602

$6.85
AMOUNT
TAMPA, FL
33630
OCT 26, 19
R2305M149531-02

70113
1023

CERTIFIED MAIL
UNITED STATES POSTAL SERVICE

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: GARLD G. KURT KURTZ

Mailing Address: 301 HARBOUR PLACE DRIVE #705 TAMPA, FL 33602

Affected Property: 401 BOSPHOROUS AVE. TAMPA, FL. 33606

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: GARLD G. KURT KURTZ

Last four (4) digits of SSN/EIN/ITIN: 2338

Date: 10/24/2019



**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: GARLD G. KURT KURTZ
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 301 HARBOUR PLACE DRIVE #705 TAMPA, FL 33602
Street / City / State / Zip Code

Affected Property: 420 BOSPHOROUS AVE. TAMPA, FL 33606
Street / City / State / Zip Code

  I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

  By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

  My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: GARLD G. KURT KURTZ

Last four (4) digits of SSN/EIN/ITIN: 2338

Date: 10 / 24 / 2019

U.S. POSTAGE PAID
FCM LETTER
TAMPA, FL
33630
OCT 26, 19
AMOUNT
$6.85
R2305M149531-02

33134
1023

CERTIFIED MAIL

7018 0040 0000 0507 2190

Kurt Kurtz
THE FLORIDA AQUARIUM
701 Channelside Drive
Tampa, Florida 33602
301 Harbour P. ~~Island~~ P.
#705
Tampa, FL 33602

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134

RECEIPT
RECEIVED
OCT 2 9 2019
By: [signature]

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: GARLD G. KURT KURTZ
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 301 HARBOUR PLACE DRIVE #705 TAMPA, FL 33602
Street  City  State  Zip Code

Affected Property: 401 BOSPHOROUS AVE. TAMPA, FL 33606
Street  City  State  Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: /s/ G. Kurtz

Print Name: GARLD G. KURT KURTZ

Last four (4) digits of SSN/EIN/ITIN: 2338

Date: 10/24/2019

Kurt Kurth
THE FLORIDA AQUARIUM
301 Harbour Place D
Tampa, FL 33602
#705

RETURN RECEIPT REQUESTED

U.S. POSTAGE
FCM LETTER
TAMPA, FL
33630
OCT 26, 19
AMOUNT
$6.85
R2305M149531-02

CERTIFIED MAIL
7018 0040 0000 0507 2169

Richard J. Serpe
Law Office of Richard J. Serpe
580 East Main Street
Suite 310
Norfolk, VA 23510

RECEIVED 10/29/19