# EXHIBIT "35"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Sylvia E Egnaczyk_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _5400 NW Arrowhead Ter Port Saint Lucie Fl    34986_
Street                City        State        Zip Code

Affected Property: _5375 Corsica Pl    Vero Beach    Fl        32967_
Street                City        State        Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Sylvia E Egnaczyk_

Print Name: _Sylvia E Egnaczyk_

Last four (4) digits of SSN/EIN/ITIN: _9091_

Date: _Oct_ / _27_ / 2019



Sylvia Egnaczyk
5400 NW Arrowhead Ter.
Port Saint Lucie, FL 34986

701113-112520

Stephen J Herman
Herman, Herman & Katz, LLP
820 OKeefe Ave
New Orleans, La 70113

RECEIVED
NOV 01 2019

WEST PALM BEACH FL 334

FOREVER / USA

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Sylvia E Egnaczyk_
<br>Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _5400 NW Arrowhead Ter Port Saint Lucie Fl    34986_
<br>Street          City          State          Zip Code

Affected Property: _5375 Corsica Pl    Vero Beach    Fl        32967_
<br>Street          City          State          Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Sylvia E Egnaczyk_

Print Name: _Sylvia E Egnaczyk_

Last four (4) digits of SSN/EIN/ITIN: _9091_

Date: _Oct_ / _27_ / 2019

FOREVER / USA

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut St, Suite 500
Philadelphia Pa 19106

19106\$3697 C047



Sylvia Egnaczyk
5400 NW Arrowhead Ter.
Port Saint Lucie, FL 34986

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Sylvia E Egnaczyk_
<sub>Provide full name of individual or entity wishing to opt out of settlement</sub>

Mailing Address: _5400 Nw Arrowhead Ter_   _Port Saint Lucie_   _Fl_   _34986_
                 Street                      City              State   Zip Code

Affected Property: _5375 Corsica Pl_   _Vero Beach_   _Fl_   _32967_
                   Street              City           State   Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Sylvia E Egnaczyk_

Print Name: _Sylvia E Egnaczyk_

Last four (4) digits of SSN/EIN/ITIN: _9091_

Date: _Oct_ / _27_ / 2019

WEST PALM BCH FL 334

28 OCT 2019 PM 4 L

Patrick Montoya
Lofson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl 33134

33134874I4 0087

Sylvia Egnaczyk
5400 NW Arrowhead Ter.
Port Saint Lucie, FL 34986

RECEIVED

OCT 3 0 2019

By:

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Sylvia E Egnaczyk_
<br>Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _5400 NW Arrowhead Ter Port Saint Lucie Fl    34986_
<br>　　　　　　　　Street　　　　　　City　　　　　State　　　Zip Code

Affected Property: _5375 Corsica Pl   Vero Beach   Fl      32967_
<br>　　　　　　　　Street　　　　　　City　　　　　State　　　Zip Code

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Sylvia E Egnaczyk_

Print Name: _Sylvia E Egnaczyk_

Last four (4) digits of SSN/EIN/ITIN: _9091_

Date: _Oct_ / _27_ / 2019



Sylvia Egnaczyk
5400 NW Arrowhead Ter.
Port Saint Lucie, FL 34986

WEST PALM BCH FL 334

20 OCT 2019 PM 31



RECEIVED
11/1/2019

Richard J Serpe
Law offices of Richard J Serpe, PC
580 East Main Street, Suite 310
Norfolk, Va
23510

23510-232385