# EXHIBIT "38"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __GILBERT ABITBOL__
C/o JENNIFER WICKHAM
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 111462 - Palm Bay, FL 32911 - 1462__
Street · City · State · Zip Code

Affected Property: __1451 HEPNER ST. SE, Palm Bay, FL 32909__
Street · City · State · Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __GILBERT ABITBOL__

Last four (4) digits of SSN/EIN/ITIN: __0986__

Date: __01__/__11__/2019

MR. GILBERT ABITBOL
c/o
WICKHAM REALTY GROUP LLC
P.O. BOX 111462
PALM BAY, FLORIDA 32911

7017 1000 0001 0858 8321

 

U.S. POSTAGE PAID
FCM LETTER
PALM BAY, FL
32907
OCT 31, 19
AMOUNT
$4.20
R2305E126095-21

UNITED STATES
POSTAL SERVICE®

1023

70113



RECEIVED
NOV 0 5 2019

STEPHEN J. HERMAN
HERMAN, HERMAN & KATZ, LLC
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

701131125 C0/0

CERTIFIED MAIL ®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __GILBERT ABITBOL__
C/O JENNIFER WICKHAM
<small>Provide full name of individual or entity wishing to opt out of settlement</small>

Mailing Address: __P.O. Box 111462 - Palm Bay, FL 32911-1462__
            Street          City          State          Zip Code

Affected Property: __1451 HEPNER ST. SE, Palm Bay, FL 32909__
            Street          City          State          Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __GILBERT ABITBOL__

Last four (4) digits of SSN/EIN/ITIN: __0986__

Date: __01__/__11__/2019





CERTIFIED MAIL

7017 1000 0001 0858 8338

MR. GILBERT ABITBOL

c/o

WICKHAM REALTY GROUP LLC

P.O. Box 111462

PALM BAY, FLORIDA 32911

U.S. POSTAGE PAID
FCM LETTER
PALM BAY, FL
32907
OCT 31, 19
AMOUNT
$4.20
R2305E126095-21

19106

ARNOLD LEVIN & SANDRA DUGGAN

LEVIN SEDRAN & BERMAN

510 WALNUT STREET, SUITE 500

PHILADELPHIA, PA 19106

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __GILBERT ABITBOL__
C/o JENNIFER WICKHAM
<span>Provide full name of individual or entity wishing to opt out of settlement</span>

Mailing Address: __P.O. Box 111462 - Palm Bay, FL 32911 - 1462__
Street ___ City ___ State ___ Zip Code

Affected Property: __1451 HEPNER St. SE Palm Bay, FL 32909__
Street ___ City ___ State ___ Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) (*"Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints (*"Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __GILBERT ABITBOL__

Last four (4) digits of SSN/EIN/ITIN: __0986__

Date: __01__/__11__/2019



U.S. POSTAGE PAID
FCM LETTER
PALM BAY, FL
32907
OCT 31 '19
AMOUNT

**$4.20**

R2305E126095-21

33134

UNITED STATES
POSTAL SERVICE

1023

7017 1000 0001 0858 8314

MR. GILBERT ABITBOL
To
WICKHAM REALTY GROUP LLC
O. BOX 111462
ALM BAY, FLORIDA 32911

PATRICK MONTOYA
COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE
CORAL GABLES, FL 33134

331348714 0087

RECEIVED

NOV 0 4 2019

JR.

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __GILBERT ABITBOL__
C/o JENNIFER WICKHAM
<small>Provide full name of individual or entity wishing to opt out of settlement</small>

Mailing Address: __P.O. Box 111462 - Palm Bay, FL 32911 - 1462__
Street          City          State          Zip Code

Affected Property: __1451 HEPNER ST. SE, PALM BAY, FL 32909__
Street          City          State          Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __GILBERT ABITBOL__

Last four (4) digits of SSN/EIN/ITIN: __0986__

Date: __01__ / __11__ / 2019

Mr. Gilbert Abitbol
C/o
Wickham Realty Group LLC
P.O. Box 111462
Palm Bay, Florida 32911

7017 1000 0001 0858 8307



U.S. POSTAGE PAID
PCM LETTER
PALM BAY, FL
32907
OCT 31, 19
AMOUNT

1023

23510

$4.20
R2305E126095-21

RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

23510823203 C0JA





RECEIVED
11/05/19

