# EXHIBIT "39"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __FORCAS LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __7135 Collins Av. #1016__  __Miami Beach__  __FL.__  __33141__
                      Street                             City             State         Zip Code

Affected Property: __1940 SE 23 Av.__  __Homestead__  __FL__  __33035__
                    Street                  City             State         Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __Monica Casertueiro__

Last four (4) digits of SSN/EIN/ITIN: __6281__

Date: __10/18__/2019

-02047-EEF-MBN   Document 22388-39   Filed 12/04/1

MIAMI FL 331

31 OCT 2019 PM 1 L

RECEIVE
NOV 04 2019

Stephen J. Herman
Herman, Herman, & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

7016-11520

Monica Quisqueteiro
999 SW 1st Ave #2309
Miami, FL 33130.

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __FORCAS LLC__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __7135 Collins Av. #1016__ __Miami Beach__ __FL.__ __33141__
                         Street                           City                   State        Zip Code

Affected Property: __1940 SE 23 Av.__ __Homestead__ __FL__ __33035__
                         Street                           City                   State        Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __MONICA CASERMEIRO__

Last four (4) digits of SSN/EIN/ITIN: __6281__

Date: __10__/__18__/2019



MIAMI FL 331
31 OCT 2019 PM 2 L

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut St, Ste 500
Philadelphia, PA 19106

19106-365799

Monica Casemeiro
7135 Collins Ave. #1014
Miami Beach, FL 33141

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **FORCAS LLC**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **7135 Collins Av. #1016   Miami Beach   FL.   33141**
Street   City   State   Zip Code

Affected Property: **1940 SE 23 Av.   Homestead   FL   33035**
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *(signature)*

Print Name: **MONICA CASERMEIRO**

Last four (4) digits of SSN/EIN/ITIN: **6281**

Date: **10 / 18 / 2019**



Monica Castemeino
969 SW 1st Ave, #2309
Miami, FL 33130.

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134

MIAMI FL 331
31 OCT 2019 PM 1 L

RECEIVED
NOV 04 2019
by: William

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **FORCAS LLC**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **7135 Collins Av. #1016    Miami Beach    FL.    33141**
Street    City    State    Zip Code

Affected Property: **1940 SE 23 Av.    Homestead    FL.    33035**
Street    City    State    Zip Code

  I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

  By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

  My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **MONICA GASERLHEIRO**

Last four (4) digits of SSN/EIN/ITIN: **6281**

Date: **10/18/2019**

Monica Casermeiro
999 SW 1st Ave #2309
Miami, FL 33130.

MIAMI FL 331
31 OCT 2019 PM 1 L



Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 E. Main St. Ste 310
Norfolk, VA 23510

RECEIVED
11/04/19

23510-232385