# EXHIBIT "40"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Thomas S. Banks_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _4213 Milhaven Drive  Birmingham  Al  35243_
Street                City              State           Zip Code

Affected Property: _4213 Milhaven Drive Birmingham, Al 35243_
Street                City              State           Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily-approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _T. S. Banks_

Print Name: _Thomas S Banks_

Last four (4) digits of SSN/EIN/ITIN: _4445_

Date: _10_ / _28_ / 2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Anne S Banks_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _4213 Millhaven Drive_ _Birmingham,_ _Al_ _35243_
Street                              City         State    Zip Code

Affected Property: _4213 Millhaven Drive_ _Birmingham,_ _Al_ _35243_
Street                              City         State    Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Anne S Banks_

Print Name: _Anne S Banks_

Last four (4) digits of SSN/EIN/ITIN: _5666_

Date: _10_ / _28_ / 2019

3513 Kilmaren Drive 35043

Stephen J. Herman
Herman, Herman & [illegible] LLC
820 O'Keefe Avenue
New Orleans, La 70113

RECEIVED
NOV 04 2019

AL NOV 2019 PM 5 L

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: _Thomas S. Banks_
<span style="font-size:smaller">Provide full name of individual or entity wishing to opt out of settlement</span>

Mailing Address: _4213 Milhaven Drive   Billingham   Al  35243_
<span style="font-size:smaller">Street                          City                    State          Zip Code</span>

Affected Property: _4213 Milhaven Drive Billingham, Al  35243_
<span style="font-size:smaller">Street                          City                    State          Zip Code</span>

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _T L S Bks_

Print Name: _Thomas S Banks_

Last four (4) digits of SSN/EIN/ITIN: _4445_

Date: _10_ / _28_ / 2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Anne S Banks_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _4213 Milhaven Drive_ _Birmingham_, _Al_ _35243_
                  Street                  City         State  Zip Code

Affected Property: _4213 Milhaven Drive_ _Birmingham_, _Al_ _35243_
                  Street                  City         State  Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Anne S Banks_

Print Name: _Anne S Banks_

Last four (4) digits of SSN/EIN/ITIN: _5666_

Date: _10_ / _28_ / 2019



BIRMINGHAM AL 350

01 NOV 2019 PM 5 L

Banks
1013 Millhaven Drive
Birmingham, AL 35242

Arnold Levin & Sandra Dugan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19406836625 CO47

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _Thomas S. Banks_

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _4213 Milhaven Drive   Billingham   Al   35243_

               Street          City       State      Zip Code

Affected Property: _4213 Milhaven Drive Billingham, Al  35243_

               Street          City       State      Zip Code

       I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

       By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

       My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _T L S Bks_

Print Name: _Thomas S Banks_

Last four (4) digits of SSN/EIN/ITIN: _4445_

Date: _10_ / _28_ / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: __Anne S Banks__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4213 Milhaven Drive__ __Birmingham,__ __Al__ __35243__
Street            City              State          Zip Code

Affected Property: __4213 Milhaven Drive__ __Birmingham,__ __Al__ __35243__
Street            City              State          Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Anne S Banks_

Print Name: _Anne S Banks_

Last four (4) digits of SSN/EIN/ITIN: __5666__

Date: __10__ / __28__ / 2019

BIRMINGHAM AL 350

01 NOV 2019 PM 5 L

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl 33134

33134-7405169

BANKS
4213 Millhaven Drive
B/irmingham, Al 35043

RECEIVED
NOV 0 4 2019
by: *William*

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Thomas S. Banks_

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _4213 Milhaven Drive   Billingham   Al   35243_

Street          City          State          Zip Code

Affected Property: _4213 Milhaven Drive   Billingham, Al   35243_

Street          City          State          Zip Code

  I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

  By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

  My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: _Thomas S Banks_

Last four (4) digits of SSN/EIN/ITIN: _4445_

Date: _10_ / _28_ / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

**Class Member's Name:** _Anne S Banks_

<small>Provide full name of individual or entity wishing to opt out of settlement</small>

**Mailing Address:** _4213 Millhaven Drive     Birmingham, Al 35243_

<small>Street                               City                   State               Zip Code</small>

**Affected Property:** _4213 Millhaven Drive     Birmingham, Al 35243_

<small>Street                               City                   State               Zip Code</small>

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

**Sign Here:** _Anne S Banks_

**Print Name:** _Anne S Banks_

**Last four (4) digits of SSN/EIN/ITIN:** _5666_

**Date:** _10_ / _28_ / 2019

BANKS
4213 hil haven Drive
Birmingham A1 35213

BIRMINGHAM AL 350

01 NOV 2019 PM 1 L



RECEIVED
11/04/19

RICHARD J. Serpe
Law Offices of Richard J. Serpe
580 East Main Street
Suite 310
Norfolk, VA 23510.

23510-232985