# EXHIBIT "43"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Michael R. Fritz
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 6412 Thoroughbred Loop Odessa FL 33556
Street City State Zip Code

Affected Property: 7540 Tamarind Ave Tampa FL 33625
Street City State Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: MICHAEL R. FRITZ

Last four (4) digits of SSN/EIN/ITIN: 8097

Date: 10 / 30 / 2019

Mr. Michael R. Fritz
6412 Thoroughbred Loop
Odessa, FL 33556-1856

CERTIFIED MAIL

7019 1120 0000 9429 5204

TAMPA FL 335
04 NOV '19
PM 7 L

CPU

U.S. POSTAGE
$4.05
FCML 0023
Orig: 33558
11/04/19
11082265
R2303S101894
06 2S

Stephen J. Herman

HERMAN, HERMAN & KATZ, LLC

820 O'Keefe Avenue

New Orleans, LA 70113

RECEIVED
NOV 07 2019

70113$1125 C010

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Michael R. Fritz
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 6412 Thoroughbred Loop Odessa FL 33556
Street City State Zip Code

Affected Property: 7540 Tamarind Ave Tampa FL 33625
Street City State Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: MICHAEL R FRITZ

Last four (4) digits of SSN/EIN/ITIN: 8097

Date: 10 / 30 / 2019

Mr. Michael R. Fritz
6412 Thoroughbred Loop
Odessa, FL 33556-1856

CERTIFIED MAIL

7019 1120 0000 9429 5235

TAMPA
FL 335
04 NOV '19

CPU

U.S. POSTAGE
$4.05
FCML 0023
Orig: 33558
11/04/19
11082265
R2303S101894
2S
06

Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19106-369799

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Michael R. Fritz
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 6412 Thoroughbred Loop Odessa FL 33556
Street City State Zip Code

Affected Property: 7540 Tamarind Ave Tampa FL 33625
Street City State Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: MICHAEL R. FRITZ

Last four (4) digits of SSN/EIN/ITIN: 8097

Date: 10 / 30 / 2019



Mr. Michael R. Fritz
6412 Thoroughbred Loop
Odessa, FL 33556-1856
7019 1120 0000 9429 5228
CPU
U.S. POSTAGE
$4.05
FCML 0023
Orig: 33558
11/04/19
11082265
R2303S101894
06 2S
RECEIVED
NOV 07 2019
By: Yilianne
Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
33134-741499

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT

Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Michael R. Fritz
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 6412 Thoroughbred Loop Odessa FL 33556
Street City State Zip Code

Affected Property: 7540 Tamarind Ave Tampa FL 33625
Street City State Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: [signature]

Print Name: MICHAEL R. FRITZ

Last four (4) digits of SSN/EIN/ITIN: 8097

Date: 10 / 30 / 2019

Mr. Michael R. Fritz
6412 Thoroughbred Loop
Odessa, FL 33556-1856

7019 1120 0000 9429 5211

TAMPA
FL 335
04 NOV '19

CPU

U.S. POSTAGE
$4.05
FCML 0023
Orig: 33558
11/04/19
11082265
06 2S
R2303S101894

Richard J. Serpe

LAW OFFICES OF RICHARD J. SHERPE, PC

580 East Main Street, Suite 310

Norfolk, VA 23510

23510-232385

7019 1120 0000 9429 5211
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL