# EXHIBIT "46"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __JEAN-PAUL FORGET__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __107 F.-BELAND__, __GATINEAU__, __QC__  __J8R 1G2 CANADA__
Street, City, State, Zip Code

Affected Property: __8663 PEGASUS DR__, __LEHIGH ACRES__, __FL__, __33971__
Street, City, State, Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Jean-Paul F__

Print Name: __JEAN-PAUL FORGET__

Last four (4) digits of SSN/EIN/ITIN: __1976__

Date: __NOV / 4TH / 2019__

JP FORGET
107 F.-BELAND
GATINEAU, QC
J8R 1G2
CANADA

STEPHEN J. HERMAN
HERMAN, HERMAN & KATZ, LLC
820 O'KEEFE AVENUE
NEW ORLEANS, LA, 70113
USA

POSTES CANADA POSTES CANADA
BUREAU DE POSTE MALONEY
381 Boul. Maloney Est, Gatineau
J8P 1K0
2019-11-04

NOV 13 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __JEAN-PAUL FORGET__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __107 F.-BELAND, GATINEAU, QC J8R 1G2 CANADA__
Street / City / State / Zip Code

Affected Property: __8663 PEGASUS DR, LEHIGH ACRES, FL, 33971__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Jean-Paul F___

Print Name: __JEAN-PAUL FORGET__

Last four (4) digits of SSN/EIN/ITIN: __1976__

Date: __Nov / 4TH / 2019__

JP BORGES
107 F.- BELAND
GATINEAU, QC
J8R 1G2
CANADA

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA, 19106
USA

POSTES CANADA / CANADA POST
105733
04 -11- 2019
BUREAU DE POSTE MALONEY POST OFFICE
381 Boul. Maloney Est, Gatineau, Qc
J8P 1K0

1911050601
3879 H4T

1910633697 0047

<pre>
Case 2:09-md-02047-EEF-MBN   Document 22388-46   Filed 12/04/19   Page 6 of 9
</pre>

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __JEAN-PAUL FORGET__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __107 F-BELAND, GATINEAU, QC J8R 1G2 CANADA__
Street / City / State / Zip Code

Affected Property: __8663 PEGASUS DR, LEHIGH ACRES, FL, 33971__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature: Jean Paul Forget]*

Print Name: __JEAN-PAUL FORGET__

Last four (4) digits of SSN/EIN/ITIN: __1976__

Date: __NOV / 4TH / 2019__

POSTES CANADA / POST CANADA
105733
04-11-2019
BUREAU DE POSTE MALONEY POST OFFICE
381 Boul. Maloney Est, Gatineau, Qc
J8P 1K0

PATRICK MONTOYA
COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE
CORAL GABLES, FL., 33134
USA

JP FORGET
107 F.-BELAND
GATINEAU, QC
J8R 1G2
CANADA

RECEIVED
NOV 1 8 2019
By: ljiljana

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __JEAN-PAUL FORGET__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __107 F.-BELAND, GATINEAU, QC J8R 1G2 CANADA__
Street / City / State / Zip Code

Affected Property: __8663 PEGASUS DR, LEHIGH ACRES, FL, 33971__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Jean-Paul F___

Print Name: __JEAN-PAUL FORGET__

Last four (4) digits of SSN/EIN/ITIN: __1976__

Date: __Nov / 4TH / 2019__

JP FORGET
107 F, - BELAND
GATINEAU, QC
J8R 1G2
CANADA

RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA, 23510
USA



POSTES CANADA
CANADA POST
04-11 2019 T
BUREAU DE POSTE MALONEY POST OFFICE
381 Boul. Maloney Est, Gatineau, Qc
J8P 1K0

RECEIVED
11/12/19

23510$2323 C018