# EXHIBIT "50"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __John Lester Anderson__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __410 Ross Nealy Rd     Albertville    Al    35951__
Street                    City                State          Zip Code

Affected Property: __410 Ross Nealy Rd     Albertville    Al    35951__
Street                    City                State          Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __John Anderson__

Print Name: __John Anderson__

Last four (4) digits of SSN/EIN/ITIN: __9329__

Date: __11__/__08__/2019

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

RECEIVED NOV 20 2019

7018 1130 0001 3573 8777


U.S. POSTAGE PAID
FCM LETTER
ALBERTVILLE, AL
35950
NOV 08, 19
AMOUNT
$6.85
R2304P119031-13
70113


J. Anderson
410 Ross Neely Rd.
Albertville, AL 35951

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: John Lester Anderson
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 410 Ross Nealy Rd  Albertville  Al  35951
Street / City / State / Zip Code

Affected Property: 410 Ross Neely Rd  Albertville  Al  35951
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: John Anderson

Print Name: John Anderson

Last four (4) digits of SSN/EIN/ITIN: 9329

Date: 11 / 08 / 2019



J. Anderson
410 Ross Neely Rd.
Albertville, AL 35951

7018 1130 0001 3273 8753



Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut St Suite 500
Philadelphia, PA 19106

U.S. POSTAGE PAID
FCM LETTER
ALBERTVILLE, AL
35950
NOV 08, 19
AMOUNT
$6.85
R2304P119031-13

19106

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **John Lester Anderson**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **410 Ross Neely Rd    Albertville    Al    35951**
Street    City    State    Zip Code

Affected Property: **410 Ross Neely Rd    Albertville    Al    35951**
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *John Anderson*

Print Name: **John Anderson**

Last four (4) digits of SSN/EIN/ITIN: **9329**

Date: **11 / 08 / 2019**

U.S. POSTAGE PAID
FCM LETTER
ALBERTVILLE, AL
35950
NOV 08, 19
AMOUNT
$6.85
R2304P119031-13

33134

1028

7018 1130 0001 3273 8746

CERTIFIED MAIL

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
NOV 18 2019
BY:

J. Anderson
410 Ross Neely Rd.
Albertville, Al. 35951

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: John Lester Anderson
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 410 Ross Neely Rd   Albertville   AL   35951
Street   City   State   Zip Code

Affected Property: 410 Ross Neely Rd   Albertville   Al   35951
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: John Anderson

Print Name: John Anderson

Last four (4) digits of SSN/EIN/ITIN: 9329

Date: 11 / 08 / 2019



J. Anderson
410 Ross Neely Rd.
Albertville, AL 35951

CERTIFIED MAIL

7018 1130 0001 3273 8760

U.S. POSTAGE PAID
FCM LETTER
ALBERTVILLE, AL
35950
NOV 08, 19
AMOUNT
$6.85
R2304P119031-13

Richard J. Serpe, P.C.
580 East Main St, Suite 310
Norfolk, VA 23510

RECEIVED