# EXHIBIT "51"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __BILL HAGGERTY__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __2561 6th 52rd AVE NE   NAPLES   FL   34120__
                  Street           City         State     Zip Code

Affected Property: __2561 52ND AVE. NE. NAPLES FL   34120__
                  Street           City         State     Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __BILL HAGGERTY__

Last four (4) digits of SSN/EIN/ITIN: __3806__

Date: __11__ / __12__ / 2019




PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

FROM:

Bill Haggerty
2561 52nd Ave NE
Naples, FL. 34120


RECEIVED NOV 14 2019

TO:

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA. 70113



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __BILL HAGGERTY__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __2561__  __52ND AVE NE__  __NAPLES__  __FL__  __34120__
Street    City    State    Zip Code

Affected Property: __2561__  __52ND AVE. NE__  __NAPLES__  __FL.__  __34120__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __BILL HAGGERTY__

Last four (4) digits of SSN/EIN/ITIN: __3806__

Date: __11__ / __12__ / 2019

PRIORITY MAIL FLAT RATE POSTAGE REQUIRED

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018. All rights reserved.

PRESS FIRMLY TO SEAL

FROM:
Bill HAGGERTY
2561 52nd Ave NE
NAPLES, FL. 34120

TO:
Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street Suite 500
PHILADELPHIA, PA 19106

---

Retail

US POSTAGE PAID
$7.35

Origin: 33935
11/12/19
1147250455-08

PRIORITY MAIL 3-DAY®

0 Lb 1.60 Oz

1006

C047

EXPECTED DELIVERY DAY: 11/15/19

SHIP TO:
510 WALNUT ST
STE 500
PHILADELPHIA PA 19106-3625

USPS TRACKING NUMBER

9505 5158 2278 9316 1805 88

EP14F Oct 2018
OD: 12 1/2 x 9 1/2


USPS.COM/PICKUP

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __BILL HAGGERTY__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __256__ __52ND AVE NE__ __NAPLES__ __FL__ __34120__
                          Street                          City           State       Zip Code

Affected Property: __2561__ __52 ND AVE__ __NE__ __NAPLES__ __FL__ __34120__
                         Street                          City           State       Zip Code

      I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

      By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

      My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Bill Haggerty__

Print Name: __BILL HAGGERTY__

Last four (4) digits of SSN/EIN/ITIN: __3806__

Date: __11__ / __12__ / 2019

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

FROM:
Bill Haggerty
3561 52nd Ave. NE.
Naples, FL. 34120

TO:
Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle Penthouse
Coral Gables FL. 33134

RECEIVED NOV 18 2019 BY: Jiliane



Retail
US POSTAGE PAID
$7.35
Origin: 33935
11/12/19
1147250455-08

PRIORITY MAIL 2-DAY®
0 Lb 1.70 Oz
1006
C037

EXPECTED DELIVERY DAY: 11/14/19

SHIP TO:
255 ALHAMBRA CIR
MIAMI FL 33134-7411

USPS TRACKING NUMBER

9505 5158 2278 9316 1805 95

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __BILL HAGGERTY__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __2561__ __52ND AVE NE__ __NAPLES__ __FL.__ __34120__
Street / City / State / Zip Code

Affected Property: __2561__ __52 ND AVE NE__ __NAPLES__ __FL.__ __34120__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ___[signature]___

Print Name: __BILL HAGGERTY__

Last four (4) digits of SSN/EIN/ITIN: __3806__

Date: __11__ / __12__ / 2019

PRESS FIRMLY TO SEAL     PRESS FIRMLY TO SEAL     PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

UNITED STATES



RECEIVED
11/15/19

FROM:
BILL DAUGHERTY
2561 52nd Ave NE
NAPLES, FL. 34120

Retail
US POSTAGE PAID
$7.35
Origin: 33935
11/12/19
1147250455-08

PRIORITY MAIL 2-DAY

0 Lb 1.70 Oz
1006

EXPECTED DELIVERY DAY: 11/14/19

C018

SHIP TO:
580 E MAIN ST
STE 310
NORFOLK VA 23510-2323

USPS TRACKING NUMBER

9505 5158 2278 9316 1805 64

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

PS00001000014

USPS.COM/PICKUP

TO:
Richard J. Serpe
Law Offices of Richard J Serpe, PC
580 East Main Street Suite 310
Norfolk, VA 23510

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.