# EXHIBIT "54"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

River Pointe at Grand Harbor Condominium HOA &

Class Member's Name: __Melnick, Nicholas & Elizabeth__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __5620 N. Harbor Village Dr. #302__, __Vero Beach__, __FL__ __32967__
Street / City / State / Zip Code

Affected Property: __5620 N. Harbor Village Dr. #302__, __Vero Beach__, __FL__ __32967__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Nicholas Melnick*

Print Name: __Nicholas Melnick__

Last four (4) digits of (SSN)/EIN/ITIN: __9252__

Date: __11__/__10__/2019

Nicholas Melnick
5620 N. Harbor Village Dr.
Unit 302
Vero Beach, FL 32967



ORLANDO FL 328

12 NOV 19 PM 1 L

Stephen J. Herman

HERMAN, HERMAN & KATZ, LLC

820 O'Keefe Avenue

New Orleans, LA 70113



RECEIVED NOV 15 2019

7011 3811 25 C010

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

River Pointe at Grand Harbor Condominium HOA &

Class Member's Name: **Melnick, Nicholas & Elizabeth**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **5620 N. Harbor Village Dr. #302, Vero Beach, FL 32967**
Street / City / State / Zip Code

Affected Property: **5620 N. Harbor Village Dr. #302, Vero Beach, FL. 32967**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Nicholas Melnick*

Print Name: **Nicholas Melnick**

Last four (4) digits of (SSN)/EIN/ITIN: **9252**

Date: **11 / 10 / 2019**



Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Nicholas Melnick
5620 N. Harbor Village Dr.
Unit 302
Vero Beach, FL 32967

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Melnick, Nicholas & Elizabeth** *River Pointe at Grand Harbor Condominium HOA &*
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **5620 N. Harbor Village Dr. #302, Vero Beach, FL 32967**
Street / City / State / Zip Code

Affected Property: **5620 N. Harbor Village Dr. #302, Vero Beach, FL. 32967**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Nicholas Melnick*

Print Name: **Nicholas Melnick**

Last four (4) digits of (SSN)/EIN/ITIN: **9252**

Date: **11 / 10 / 2019**

Nicholas Melnick
5620 N. Harbor Village Dr.
Unit 302
Vero Beach, FL 32967

Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle Penthouse
Coral Gables, FL 33134

33134-741455

RECEIVED
NOV 1 8 2019
by: jillianna

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

River Pointe at Grand Harbor Condominium HOA &

Class Member's Name: **Melnick, Nicholas & Elizabeth**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **5620 N. Harbor Village Dr. #302**, **Vero Beach**, **FL** **32967**
Street / City / State / Zip Code

Affected Property: **5620 N. Harbor Village Dr. #302**, **Vero Beach**, **FL** **32967**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Nicholas Melnick*

Print Name: **Nicholas Melnick**

Last four (4) digits of (SSN)/EIN/ITIN: **9252**

Date: **11 / 10 / 2019**

Nicholas Melnick

5620 N. Harbor Village Dr.
Unit 302
Vero Beach, FL 32967



Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510



RECEIVED
11/15/19

23510-232385