# EXHIBIT "58"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Claude Randy Bayne_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _507 Thomas Avenue Boaz Al. 35957_
Street          City          State          Zip Code

Affected Property: _507 Thomas Avenue Boaz Al    35957_
Street          City          State          Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Claude Randy Bayne_

Print Name: _Claude Randy Bayne_

Last four (4) digits of SSN/EIN/ITIN: _7814_

Date: _11_ / _11_ / 2019

BIRMINGHAM AL 350

13 NOV 2019 PM 4 L

Arnold Levin & Sandra Duggan
LEVIN SEDRAN & Berman
510 Walnut Street Suite 500
Philadelphia, PA   19106

19106-35758

Randy Bayne
507 Thomas Avenue
Boaz, Al 35957

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Claude Randy Bayne_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _507 Thomas Avenue Boaz Al. 35957_
Street      City      State      Zip Code

Affected Property: _507 Thomas Avenue Boaz Al   35957_
Street      City      State      Zip Code

       I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

       By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

       My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Claude Randy Bayne_

Print Name: _Claude Randy Bayne_

Last four (4) digits of SSN/EIN/ITIN: _7814_

Date: _11_ / _11_ / 2019



FOREVER / US

BIRMINGHAM AL 350

13 NOV 2019 PM 4 L

33174-18135

Randy Boyne
507 Thomas Avenue
Boaz, Al 35957

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables FL  33134

RECEIVED
NOV 18 2019
By: Julianna

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _Claude Randy Bayne_
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _507 Thomas Avenue Boaz Al. 35957_
Street    City    State    Zip Code

Affected Property: _507 Thomas Avenue Boaz Al 35957_
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _Claude Randy Bayne_

Print Name: _Claude Randy Bayne_

Last four (4) digits of SSN/EIN/ITIN: _7814_

Date: _11_ / _11_ / 2019

Randy Bayne
507 Thomas Avenue
Boaz  Al 35957

BIRMINGHAM AL 350

13 NOV 2019 PM 4 L



FOREVER / USA

Richard J. Serpe
Law offices of Richard J. Serpe PC
580 East Main Street  Suite 310
Norfolk, VA 23510



11/18/19

23510-232385