# EXHIBIT "61"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Brandi Merrell__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __19067 Fenton-Dedeaux Rd. Kiln, MS 39556__
Street / City / State / Zip Code

Affected Property: __19067 Fenton-Dedeaux Rd. Kiln, MS 39556__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Brandi Merrell__

Print Name: __Brandi Merrell__

Last four (4) digits of SSN/EIN/ITIN: __1950__

Date: __11__/__14__/2019

Brandi Morrell
19067 Feater-Buckway Rd.
Kiln, MS. 39556

USPS
1000
19106

U.S. POSTAGE PAID
FCM LETTER
PICAYUNE, MS
39466
NOV 14, 19
AMOUNT
$6.85
R2305H129315-09

7018 3090 0000 6414 1284

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA. 19106

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Brandi Merrell
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 19067 Fenton-Dedeaux Rd. Kiln, MS 39556
Street   City   State   Zip Code

Affected Property: 19067 Fenton-Dedeaux Rd. Kiln, MS 39556
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Brandi Merrell

Print Name: Brandi Merrell

Last four (4) digits of SSN/EIN/ITIN: 1950

Date: 11 / 14 / 2019

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables FL. 33134

Brandi Merrell
19067 Fenton-Decleaux Rd.
Kiln, MS. 39556

RECEIVED
NOV 19 2019
BY: ___

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Brandi Merrell
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 19067 Fenton-Dedeaux Rd. Kiln, MS 39556
Street / City / State / Zip Code

Affected Property: 19067 Fenton-Dedeaux Rd. Kiln, MS 39556
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Brandi Merrell

Print Name: Brandi Merrell

Last four (4) digits of SSN/EIN/ITIN: 1950

Date: 11/14/2019





Brandi Morrell
404 M Fenton-Dedeaux Rd.
Kiln, MS. 39556

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St, Suite 310
Norfolk, VA. 23510