# EXHIBIT "62"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: _____ GREGORY CROSS _____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _____ 282 SAW GRASS LOOP, COVINGTON, LA 70435 _____

| Street | City | State | Zip Code |

Affected Property: _____ 284 VINTAGE DRIVE, COVINGTON, LA 70433 _____

| Street | City | State | Zip Code |

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____ *Gregory Cross* _____

Print Name: _____ GREGORY CROSS _____

Last four (4) digits of SSN/EIN/ITIN: _____ 9977 _____

Date: _11_ / _14_ / 2019





STEPHEN J. HERMAN
HERMAN, HERMAN & KATZ, LLC
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

GREG CROSS
282 SAW GRASS LOOP
COVINGTON, LA 70435

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
### Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: ___GREGORY CROSS___
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: ___282 SAW GRASS LOOP, COVINGTON, LA 70435___
Street                City                State                Zip Code

Affected Property: ___284 VINTAGE DRIVE, COVINGTON, LA 70433___
Street                City                State                Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ___*Gregory Cross*___

Print Name: ___GREGORY CROSS___

Last four (4) digits of SSN/EIN/ITIN: ___9977___

Date: __11__ / __14__ / 2019

GREG CROSS
282 SAW GRASS LOOP
COVINGTON, LA 70435



COVINGTON LA
NOV 16 2019
70433 USPS

19105 3697 0047

ARNOLD LEVIN & SANDRA DUGGAN
LEVIN SEDRAN & BERMAN
510 WALNUT STREET, SUITE 500
PHILADEL PHIA, PA 19106



FOREVER USA
0433 USP

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
## MDL-2047

Class Member's Name: ___**GREGORY CROSS**_____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _____282 SAW GRASS LOOP, COVINGTON, LA 70435_____

| Street | City | State | Zip Code |

Affected Property: _____284 VINTAGE DRIVE, COVINGTON, LA 70433_____

| Street | City | State | Zip Code |

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ___*Gregory Cross*_____

Print Name: ___GREGORY CROSS_____

Last four (4) digits of SSN/EIN/ITIN: ___9977_____

Date: __11__ / __14__ / 2019

FOREVER

NOV 16 19

COVINGTON LA

USA

LEDO TITLETTEE

RECEIVED

NOV 2 6 2019

By: Julianne

PATRICK MONTOYA
COLSON HICKS EIDSON
255 ALHAMBRA CIRCLE, PENTHOUSE
CORAL GABLES, FL 33134

GREG CROSS
282 SAND PALMS
COVINGTON, LA 70435

70433 USPS
NOV 16 2019
COVINGTON LA

**REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT**
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name:   <u>GREGORY CROSS</u>
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address:  <u>282 SAW GRASS LOOP, COVINGTON, LA 70435</u>

| Street | City | State | Zip Code |

Affected Property:  <u>284 VINTAGE DRIVE, COVINGTON, LA 70433</u>

| Street | City | State | Zip Code |

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement.  I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law.  I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will.  The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Gregory Cross*

Print Name:  <u>GREGORY CROSS</u>

Last four (4) digits of SSN/EIN/ITIN:  <u>9977</u>

Date: <u>11</u> / <u>14</u> / 2019



NOV 16 2019

GREG CROSS
28a SAW GRASS LOOP
COVINGTON, LA 70435

RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, PC
580 EAST MAIN STREET, SUITE 310
NORFOLK, VA 23510

