# EXHIBIT "64"

Case 2:09-md-02047-EEF-MBN   Document 22388-64   Filed 12/04/19   Page 2 of 9

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Randall S. Norton
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 231 Crescent st se — Palm Bay — Florida — 32909
Street — City — State — Zip Code

Affected Property: 231 Crescent st se — Palm Bay — Florida — 32909
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: Randall S Norton

Last four (4) digits of SSN/EIN/ITIN: 1027

Date: 11 / 17 / 2019

R. Norton
3101 Crescent St SE
Palm Bay Fl 32909

Stephen J. Herman
Herman, Herman, & Katz LLC
820 O'Keefe Avenue
New Orleans, LA 70113

7013-1120

NOV 21 20

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Randall S. Norton__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __231 Crescent st se__  __Palm Bay__  __Florida__  __32909__
                        Street                City         State         Zip Code

Affected Property: __231 Crescent st se__  __Palm Bay__  __Florida__  __32909__
                        Street                City         State         Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Randall S. Norton* (signature)

Print Name: __Randall S Norton__

Last four (4) digits of SSN/EIN/ITIN: __1027__

Date: __11__ / __17__ / 2019

R. Nolton
231 Crescent St SE
Palm Bay Fl 32909

Arnold Levin & Sandra Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Randall S. Norton__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __231 Crescent st se__   __Palm Bay__   __Florida__   __32909__
Street   City   State   Zip Code

Affected Property: __231 Crescent st se__   __Palm Bay__   __Florida__   __32909__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Randall S. N*

Print Name: *Randall S Norton*

Last four (4) digits of SSN/EIN/ITIN: __1027__

Date: __11__ / __17__ / 2019

ORLANDO FL [postmark]
18 NOV 2019 PM 2 L

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle penthouse
Coral Gables, FL 33134

R. Norton
231 crescent ST SE
Palm Bay Fl 32909

RECEIVED
NOV 2 0 2019
BY: [signature]

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Randall S. Norton**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **231 Crescent st se**   **Palm Bay**   **Florida**   **32909**
Street   City   State   Zip Code

Affected Property: **231 Crescent st se**   **Palm Bay**   **Florida**   **32909**
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Randall L Norton*

Print Name: Randall S Norton

Last four (4) digits of SSN/EIN/ITIN: 1027

Date: 11 / 17 / 2019



R. Norton
231 Crescent St SE
Palm Bay Fl 32909

ORLANDO FL
18 NOV 2019 PM 2 L

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Suite 310
Norfolk, VA 23510

23510-232365

RECEIVED
11/21/19