# EXHIBIT "67"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Sue Ann Janicek__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __14263 Wake Robin Dr   Brooksville   FL   34604__
　　　　　　　　　　Street　　　　　　　　　City　　　　　State　　Zip Code

Affected Property: __7554 Tamarind Ave   Tampa   FL   33625__
　　　　　　　　　　Street　　　　　　　City　　　State　　Zip Code

　　　I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

　　　By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

　　　My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Sue Ann Janicek__

Print Name: __Sue Ann Janicek__

Last four (4) digits of SSN/EIN/ITIN: __1400__

Date: __11__/__20__/2019

Lee Janicek
16263 Wake Robin Dr
Brooksville, FL 34604

Stephen J. Herman
HERMAN, HERMAN + KATZ, LLC
820 O'Keefe Ave
New Orleans, LA 70113

7011 3811 25 C010

NOV 20 2024
BROOKSVILLE
34601-9998
PURPLE HEART
FOREVER USA

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Sue Ann Janicek__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __14263 Wake Robin Dr__ __Brooksville__ __FL__ __34604__
Street / City / State / Zip Code

Affected Property: __7554 Tamarind Ave__ __Tampa__ __FL__ __33625__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Sue Ann Janicek__

Print Name: __Sue Ann Janicek__

Last four (4) digits of SSN/EIN/ITIN: __1400__

Date: __11__ / __20__ / 2019



Sue Janicek
14263 Wake Robin Dr
Brooksville, FL 34604

Arnold Levine + Sandra Duggan
LEVIN SEDRAN + BERMAN
510 Walnut St Ste 500
Philadelphia, PA 19106

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Sue Ann Janicek__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __14263 White Robin Dr__ __Brooksville__ __FL__ __34604__
Street / City / State / Zip Code

Affected Property: __7554 Tamarind Ave__ __Tampa__ __FL__ __33625__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Sue Ann Janicek__

Print Name: __Sue Ann Janicek__

Last four (4) digits of SSN/EIN/ITIN: __1400__

Date: __11__/__20__/2019



Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

33134$7414 C037

Sue
14243 Lake Robin Dr.
Brooksville, FL 34604

RECEIVED
NOV 26 2019
by: Julianna

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Sue Ann Janicek__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __14263 Wake Robin Dr__  __Brooksville__  __FL__  __34604__
Street — City — State — Zip Code

Affected Property: __7554 Tamarind Ave__  __Tampa__  __FL__  __33625__
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __Sue Ann Janicek__

Print Name: __Sue Ann Janicek__

Last four (4) digits of SSN/EIN/ITIN: __1400__

Date: __11__ / __20__ / 2019

Sue Janicek
4263 Wake Robin Dr
Brooksville, FL 34604

Richard G Serpe
LAW OFFICES OF RICHARD J SERPE,
580 E Main St Ste 310
Norfolk, VA 23510


RECEIVED
11/25/19

23510$2323 C018