# EXHIBIT "68"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __ANDREW ZAPP__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4835 Portmarnock Way__  __Wesley Chapel__  __FL__  __33543__
Street / City / State / Zip Code

Affected Property: __4835 Portmarnock Way__  __Wesley Chapel__  __FL__  __33543__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _/s/_

Print Name: __ANDREW ZAPP__

Last four (4) digits of SSN/EIN/ITIN: __7249__

Date: __11__/__20__/2019



A ZAPP
4635 Pootmanaocie way
Wesley Chapel FL 33543

SAINT PETERSBURG FL
[postmark]

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe AVE
New Orleans, LA 70113

NOV 25 2019

70113-112520

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: ANDREW ZAPP
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 4835 Portmarnock Way   Wesley Chapel   FL   33543
Street   City   State   Zip Code

Affected Property: 4835 Portmarnock Way   Wesley Chapel   FL   33543
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: /s/

Print Name: ANDREW ZAPP

Last four (4) digits of SSN/EIN/ITIN: 7249

Date: 11 / 20 / 2019

A ZAND
4835 Portmarnock Way
Wesley Chapel Fl 33543

Arnold Levin & Sandra Duggan
Levin, Sedran, & Berman
510 Walnut St. Suite 500
Philadelphia, PA 19106

19106-359799

TAMPA FL 335
SAINT PETERSBRG FL
20 NOV 2019 PM 5 L



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __ANDREW ZAPP__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4835 Portmarnock Way__  __Wesley Chapel__  __FL__  __33543__
                  Street           City        State     Zip Code

Affected Property: __4835 Portmarnock Way__  __Wesley Chapel__  __FL__  __33543__
                  Street           City        State     Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __ANDREW ZAPP__

Last four (4) digits of SSN/EIN/ITIN: __7249__

Date: __11__ / __20__ / 2019



Envelope:

From:
A 2AM
4635 Richmond Way
Wesley Chapel, FL 33543

Postmark: TAMPA FL 335 / SAINT PETERSBURG FL / 20 NOV 2019 PM 7 L

To:
Patrick Montoya
Colson, Hicks, Eidson
255 Alhambra Cir, Penthouse
Coral Gables, FL 33134

33134-741455

RECEIVED NOV 2 6 2019
BY: [signature]

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __ANDREW ZAPP_____
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4835 Portmarnock Way___ __Wesley Chapel__ __FL__ __33543__
Street — City — State — Zip Code

Affected Property: __4835 Portmarnock Way___ __Wesley Chapel__ __FL__ __33543__
Street — City — State — Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_____

Print Name: __ANDREW ZAPP_____

Last four (4) digits of SSN/EIN/ITIN: __7249__

Date: __11__ / __20__ / 2019

A Zhu
4635 Persimmon Way
Wesley Chapel R 33543

RECEIVED
11/25/19

Richard J. Serpe
Law Office of Richard J. Serpe, PC.
580 East Main St. Suite 310
Norfolk, VA 23510

SAINT PETERSBURG FL
20 NOV 2019 PM 5 L

23510-232385