# EXHIBIT "72"



# O'BRYON & SCHNABEL PLC

KEVIN O'BRYON

1010 Common Street
Suite 1950
New Orleans, LA 70112

e-mail kob@obryonlaw.com
Tel: (504) 799-4200
Fax: (504) 799-4211

November 21, 2019

*By Certified Mail, Return Receipt Requested*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

    RE:    Terrence Ross v. C. Adams Construction, et al.
             USDC ED LA No.: MDL 2047 "L"
             My file: 41646

Dear Sir:

    Enclosed please find an original request to opt-out of the Taishan Class Settlement executed by claimants Terrence M. Ross and Rhonda B. Ross.

                                          Sincerely yours,

                                          Kevin O'Bryon

KOB:sml
enclosure
    cc:    (w/encl.)
             Richard J. Serpe, Esq.
             Stephen J. Herman, Esq.
             Patrick S. Montoya, Esq.
             Mr. and Mrs. Terrence Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## OPT-OUT FROM TAISHAN CLASS SETTLEMENT

The undersigned hereby opt out of, and request exclusion from, the proposed class settlement agreement with Taishan Gypsum Company, Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

_____
TERRENCE M. ROSS

_____
RHONDA B. ROSS

_____
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
1010 Common St., Suite 1950
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211
*Attorney for Terrance M. Ross and Rhonda B. Ross*



# O'BRYON & SCHNABEL PLC

1010 Common Street
Suite 1950
New Orleans, LA 70112

KEVIN O'BRYON

e-mail kob@obryonlaw.com
Tel: (504) 799-4200
Fax: (504) 799-4211

November 21, 2019

***By Certified Mail, Return Receipt Requested***

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

    RE:    Terrence Ross v. C. Adams Construction, et al.
             USDC ED LA No.: MDL 2047 "L"
             My file: 41646

Dear Sir:

    Enclosed please find an original request to opt-out of the Taishan Class Settlement executed by claimants Terrence M. Ross and Rhonda B. Ross.

                          Sincerely yours,

                          Kevin O'Bryon

KOB:sml
enclosure
cc:    (w/encl.)
        Richard J. Serpe, Esq.
        Stephen J. Herman, Esq.
        Patrick S. Montoya, Esq.
        Mr. and Mrs. Terrence Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

### OPT-OUT FROM TAISHAN CLASS SETTLEMENT

The undersigned hereby opt out of, and request exclusion from, the proposed class settlement agreement with Taishan Gypsum Company, Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

_____
TERRENCE M. ROSS

_____
RHONDA B. ROSS

_____
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
1010 Common St., Suite 1950
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211
*Attorney for Terrance M. Ross and Rhonda B. Ross*

**O'BRYON & SCHNABEL, PLC**
1010 COMMON STREET, SUITE 1950
NEW ORLEANS, LOUISIANA 70112

CERTIFIED MAIL
7018 1830 0001 6948 4152

19106-369799

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106





Mailed From 70112
11/21/2019
032A 0061859032
US POSTAGE $06.80°
First-Class



# O'Bryon & Schnabel PLC

1010 Common Street
Suite 1950
New Orleans, LA 70112

KEVIN O'BRYON

e-mail kob@obryonlaw.com
Tel: (504) 799-4200
Fax: (504) 799-4211

November 21, 2019

*By Certified Mail, Return Receipt Requested*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

  RE: Terrence Ross v. C. Adams Construction, et al.
     USDC ED LA No.: MDL 2047 "L"
     My file: 41646

Dear Sir:

  Enclosed please find an original request to opt-out of the Taishan Class Settlement executed by claimants Terrence M. Ross and Rhonda B. Ross.

                Sincerely yours,

                Kevin O'Bryon

KOB:sml
enclosure
cc: (w/encl.)
   Richard J. Serpe, Esq.
   Stephen J. Herman, Esq.
   Patrick S. Montoya, Esq.
   Mr. and Mrs. Terrence Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## OPT-OUT FROM TAISHAN CLASS SETTLEMENT

The undersigned hereby opt out of, and request exclusion from, the proposed class settlement agreement with Taishan Gypsum Company, Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

_____
TERRENCE M. ROSS

_____
RHONDA B. ROSS

_____
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
1010 Common St., Suite 1950
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211
*Attorney for Terrance M. Ross and Rhonda B. Ross*



# O'BRYON & SCHNABEL PLC

1010 Common Street
Suite 1950
New Orleans, LA 70112

KEVIN O'BRYON

e-mail kob@obryonlaw.com
Tel: (504) 799-4200
Fax: (504) 799-4211

November 21, 2019

*By Certified Mail, Return Receipt Requested*

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE: Terrence Ross v. C. Adams Construction, et al.
USDC ED LA No.: MDL 2047 "L"
My file: 41646

Dear Sir:

Enclosed please find an original request to opt-out of the Taishan Class Settlement executed by claimants Terrence M. Ross and Rhonda B. Ross.

Sincerely yours,

Kevin O'Bryon

KOB:sml
enclosure
cc: (w/encl.)
    Richard J. Serpe, Esq.
    Stephen J. Herman, Esq.
    Patrick S. Montoya, Esq.
    Mr. and Mrs. Terrence Ross

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION "L"

JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

## OPT-OUT FROM TAISHAN CLASS SETTLEMENT

The undersigned hereby opt out of, and request exclusion from, the proposed class settlement agreement with Taishan Gypsum Company, Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.

_____
TERRENCE M. ROSS

_____
RHONDA B. ROSS

_____
KEVIN O'BRYON, LSBA 10151
O'Bryon & Schnabel, APLC
1010 Common St., Suite 1950
New Orleans, LA 70112
Telephone: (504) 799-4200
Facsimile: (504) 799-4211
*Attorney for Terrance M. Ross and Rhonda B. Ross*



O'BRYON &
SCHNABEL PLC
1010 COMMON STREET, SUITE 1950
NEW ORLEANS, LOUISIANA 70112





US POSTAGE
$00.50⁰
First-Class
Mailed From 70112
11/21/2019
032A 0061859032

Richard J. Serpe, Esq.
580 E. Main St., Suite 310
Norfolk, VA 23510



23510-232385