# EXHIBIT "74"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **JOSEPH ANDREW BOURLET**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **4501 FAIRFIELD ST, METAIRIE, LA 70006**
Street / City / State / Zip Code

Affected Property: **4501 FAIRFIELD ST, METAIRIE, LA 70006**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Joseph Andrew Bourlet*

Print Name: **JOSEPH ANDREW BOURLET**

Last four (4) digits of SSN/EIN/ITIN: **9481**

Date: **11/26/2019**

JOSEPH BOURLET
4501 FAIRFIELD ST.
METAIRIE, LA 70006

RECEIVED
NOV 27 2019

STEPHEN J. HERMAN
HERMAN, HERMAN AND KATZ, LLC
820 O'KEEFE AVENUE
NEW ORLEANS, LA 70113

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __JOSEPH ANDREW BOURLET__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4501 FAIRFIELD ST, METAIRIE, LA 70006__
Street / City / State / Zip Code

Affected Property: __4501 FAIRFIELD ST, METAIRIE, LA 70006__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Joseph Andrew Bourlet*

Print Name: __JOSEPH ANDREW BOURLET__

Last four (4) digits of SSN/EIN/ITIN: __9481__

Date: __11__ / __26__ / 2019



ARNOLD LEVIN AND SANDRA DUGGAN
LEVIN SEDRAN AND BERMAN
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106

JOSEPH BOURIET
4501 FAIRFIELD ST,
METAIRIE LA 70006

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **JOSEPH ANDREW BOURLET**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **4501 FAIRFIELD ST. METAIRIE, LA 70006**
Street / City / State / Zip Code

Affected Property: **4501 FAIRFIELD ST, METAIRIE, LA 70006**
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Joseph Andrew Bourlet*

Print Name: **JOSEPH ANDREW BOURLET**

Last four (4) digits of SSN/EIN/ITIN: **9481**

Date: **11 / 26 / 2019**

JOSEPH BOURLET
4501 FAIRFIELD ST,
METAIRIE, LA 70006


12/02/19



RICHARD J. SERPE
LAW OFFICES OF RICHARD J. SERPE, P
580 EAST MAIN STREET
SUITE 310
NORFOLK, VA 23510

2351032323  C018