# EXHIBIT "75"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace and Donna
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 5620 N. Harbor Village Dr. #402, Vero Beach, FL, 32967
    Street            City            State    Zip Code

Affected Property: 5620 N. Harbor Village Dr #402, Vero Beach, FL 32967
    Street            City            State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Horace Lindsay (President)

Print Name: Horace Lindsay for River Point Condominium HOA

Last four (4) digits of SSN/EIN/ITIN: 8025

Date: 24 / NOV / 2019

Stephen J. Herman
Herman, Herman & Katz LLC
820 O'Keefe Ave
New Orleans, La. 70113

Horace Lindsay
5620 N. Harbor Village Dr., Apt. 402
Vero Beach, FL 32967

7011 3111 25 0010

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: RiverPointe at Grand Harbor Condominiums
Provide full name of individual or entity wishing to opt out of settlement
DBA Lindsay, Horace and Donna

Mailing Address: 5620 N. Harbor Village Dr #402 Vero Beach, Fl. 37967
                  Street              City              State    Zip Code

Affected Property: 5620 N. Harbor Village Dr. #402, Vero Beach, Fl. 32967
                    Street              City              State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Horace Lindsay / Donna Lindsay

Print Name: Horace Lindsay & Donna Lindsay

Last four (4) digits of SSN/EIN/ITIN: 1379 / 8913

Date: 24 / NOV / 2019

Stephen J. Herman
Herman, Herman & Katz LLC
820 O'Keefe Ave
New Orleans, La. 70113

Horace Lindsay
5620 N. Harbor Village Dr., Apt. 402
Vero Beach, FL 32967

7011 3500 0000 0125 0010

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace and Donne

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 5620 N. Harbor Village Dr. #402, Vero Beach, FL, 32967
                  Street                City              State    Zip Code

Affected Property: 5620 N. Harbor Village Dr #402, Vero Beach, FL. 32967
                    Street              City           State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Horace Lindsay (President)*

Print Name: Horace Lindsay for River Point Condominium HOA

Last four (4) digits of SSN/EIN/ITIN: 8025

Date: 24 / NOV / 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: RiverPointe at Grand Harbor Condominium
HOA & Lindsay, Horace and Donna
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 5620 N. Harbor Village Dr. #402 Vero Beach, Fl. 32967
Street / City / State / Zip Code

Affected Property: 5620 N. Harbor Village Dr. #402, Vero Beach, Fl. 32967
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Horace Lindsay / Donna Lindsay

Print Name: Horace Lindsay & Donna Lindsay

Last four (4) digits of SSN/EIN/ITIN: 1879 / 8913

Date: 24 / NOV / 2019



Arnold Levin and Sandra Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, Pa 19106

Horace Lindsay
5620 N. Harbor Village Dr., Apt. 402
Vero Beach, FL 32967

NOV 25 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: RiverPointe at Grand Harbor Condominium
Provide full name of individual or entity wishing to opt out of settlement
HOA & Lindsay, Horace and Donna

Mailing Address: 5620 N. Harbor Village Dr #402 Vero Beach, Fl. 32967
Street / City / State / Zip Code

Affected Property: 5620 N. Harbor Village Dr. #402, Vero Beach, Fl. 32967
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Horace Lindsay / Donna Lindsay*

Print Name: Horace Lindsay & Donna Lindsay

Last four (4) digits of SSN/EIN/ITIN: 1379 / 8913

Date: 24 / Nov / 2019

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace and Donna
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 5620 N. Harbor Village Dr. #402, Vero Beach, FL, 32967
　　　　　　　　　Street　　　　　　City　　　　State　　Zip Code

Affected Property: 5620 N. Harbor Village Dr #402, Vero Beach, Fl. 32967
　　　　　　　　　Street　　　　　　City　　　　State　　Zip Code

　　　I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

　　　By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

　　　My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *Horace Lindsay (President)*

Print Name: Horace Lindsay for River Point Condominium HOA

Last four (4) digits of SSN/EIN/ITIN: 8025

Date: 24 / NOV / 2019

Patrick S. Montoye
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, Fl. 33134

Horace Lindsay
5620 N. Harbor Village Dr., Apt. 402
Vero Beach, FL 32967

RECEIVED
DEC 0 2 2019
BY:

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: RiverPointe at Grand Harbor Condominium
HOA & Lindsay, Horace and Donna
*Provide full name of individual or entity wishing to opt out of settlement*

Mailing Address: 5620 N. Harbor Village Dr #402 Vero Beach, Fl. 32967
Street / City / State / Zip Code

Affected Property: 5620 N. Harbor Village Dr. #402, Vero Beach, Fl. 32967
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Horace Lindsay / Donna Lindsay

Print Name: Horace Lindsay & Donna Lindsay

Last four (4) digits of SSN/EIN/ITIN: 1377 / 8913

Date: 24 / Nov 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

CLAIMANT NO. 2959

Class Member's Name: River Pointe at Grand Harbor Condominium HOA & Lindsay, Horace and Donna
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 5620 N. Harbor Village Dr. #402, Vero Beach, Fl, 32967
Street / City / State / Zip Code

Affected Property: 5620 N. Harbor Village Dr #402, Vero Beach, FL. 32967
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: Horace Lindsay (President)

Print Name: Horace Lindsay for River Point Condominium HOA

Last four (4) digits of SSN/EIN/ITIN: 8025

Date: 24 / NOV / 2019



Horace Lindsay
5620 N. Harbor Village Dr., Apt. 402
Vero Beach, FL 32967

Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main St, Suite 310
Norfolk, Va. 23510

2351082323 C018