# EXHIBIT "81"



# BELT & BRUNER PC
## A T T O R N E Y S   A T   L A W

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
THE NATIONAL BOARD OF
TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:      **Notice of Intent to Opt-Out**
         Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**VIA US MAIL AND CERTIFIED MAIL**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

      Re:      **Notice of Intent to Opt-Out**
                      Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

     We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public
My commission expires_____

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
November 18, 2023



**BELT & BRUNER PC**
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213



CERTIFIED MAIL

7018 3090 0000 3089 6156

NEOPOST
11/26/2019
US POSTAGE $006.80⁰

FIRST-CLASS MAIL

ZIP 35213
041L10424402

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113



RECEIVED
DEC 0 2 2019



## BELT & BRUNER PC
### ATTORNEYS AT LAW

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
THE NATIONAL BOARD OF
TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:   **Notice of Intent to Opt-Out**
      Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**VIA US MAIL AND CERTIFIED MAIL**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:     **Notice of Intent to Opt-Out**
        Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public
My commission expires_____

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
**November 18, 2023**

NEOPOST
11/26/2019
US POSTAGE $006.80⁰

FIRST-CLASS MAIL

ZIP 35213
041L10424402



CERTIFIED MAIL®

7018 3090 0000 3089 6163

BELT & BRUNER PC
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106



**BELT & BRUNER PC**
A T T O R N E Y S   A T   L A W

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
   THE NATIONAL BOARD OF
   TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:     **Notice of Intent to Opt-Out**
        Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**VIA US MAIL AND CERTIFIED MAIL**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

> Re:     **Notice of Intent to Opt-Out**
>          Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public

My commission expires

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
November 18, 2023



FIRST-CLASS MAIL

NEOPOST
11/26/2019
**US POSTAGE** **$006.80**

ZIP 35213
041L10424402

CERTIFIED MAIL

7017 0660 0000 5017 7207

BELT & BRUNER PC
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 0 3 2019
By:

3301348?414 C037



**BELT & BRUNER PC**
ATTORNEYS AT LAW

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***

FRANCIS H. HARE, JR. (1936-2018)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO
**ALSO LICENSED IN NC
**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
    THE NATIONAL BOARD OF
    TRIAL ADVOCACY
***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:        **Notice of Intent to Opt-Out**
           Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

## VIA US MAIL AND CERTIFIED MAIL

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:     **Notice of Intent to Opt-Out**
        Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public
My commission expires_____  **My Commission Expires:**
                                **November 18, 2023**

SAMANTHA J. LONG
My Commission Expires
November 18, 2023



**BELT & BRUNER PC**
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213



7018 3090 0000 3089 6132



NEOPOST          FIRST CLASS MAIL
11/26/2019
US POSTAGE  $006.80

ZIP 35213
041L1042440

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

12/02/19

23510$2323 C018



# BELT & BRUNER PC
## ATTORNEYS AT LAW

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
  THE NATIONAL BOARD OF
  TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:    **Notice of Intent to Opt-Out**
       Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**VIA US MAIL AND CERTIFIED MAIL**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

      Re:      **Notice of Intent to Opt-Out**
                Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

     We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public
My commission expires

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

Commission Expires:
November 18, 2023



**BELT & BRUNER PC**
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213



NEOPOST
11/26/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 35213
041L10424402

DEC 02 2019

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

701139112S 0010



**BELT & BRUNER PC**
A T T O R N E Y S   A T   L A W

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
  THE NATIONAL BOARD OF
  TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:     **Notice of Intent to Opt-Out**
        Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**<u>VIA US MAIL AND CERTIFIED MAIL</u>**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

   Re:   **Notice of Intent to Opt-Out**
       Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

   We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER     SHARON ALEXANDER
4275 River Oaks Road     4275 River Oaks Road
Millbrook, AL 36054      Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public
My commission expires_____

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
November 18, 2023



**BELT & BRUNER PC**

880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213

1910636697.0047



NEOPOST
11/26/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 35213
041L10424402

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106



**BELT & BRUNER PC**
A T T O R N E Y S   A T   L A W

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***

FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
   THE NATIONAL BOARD OF
   TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:       **Notice of Intent to Opt-Out**
          Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

**VIA US MAIL AND CERTIFIED MAIL**

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

      Re:      **Notice of Intent to Opt-Out**
                  Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

      We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public

My commission expires

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
November 18, 2023



NEOPOST
11/26/2019
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 35213
041L10424442

BELT & BRUNER PC
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 02 2019



**BELT & BRUNER PC**
ATTORNEYS AT LAW

KEITH T. BELT, JR.*
ROBERT P. BRUNER**
S. DREW BARNETT
W. RYAN MYERS
DAVID L. BRUCE***
_____
FRANCIS H. HARE, JR. (1936-2019)

880 MONTCLAIR ROAD
SUITE 300
BIRMINGHAM, ALABAMA 35213

TELEPHONE: 205-933-1500
FACSIMILE: 205-933-5500
WWW.ALABAMAINJURYLAWYER.COM

*ALSO LICENSED IN GA, FL, TN, NM AND CO

**ALSO LICENSED IN NC

**BOARD CERTIFIED CIVIL TRIAL ADVOCATE BY
   THE NATIONAL BOARD OF
   TRIAL ADVOCACY

***ALSO LICENSED IN LA

November 26, 2019

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:        **Notice of Intent to Opt-Out**
           Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Counsel:

Please find enclosed the Notice of Intent to Opt-Out of Jim and Sharon Alexander for the above property.

Should you have any questions, please feel free to contact me.

Sincerely,

*Robert P. Bruner*

ROBERT P. BRUNER

RPB/tw
Enclosure

November 26, 2019

## <u>VIA US MAIL AND CERTIFIED MAIL</u>

Arnold Levin
Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Re:        **Notice of Intent to Opt-Out**
           Property: 4275 River Oaks Road, Millbrook, AL 36054

Dear Sir or Madam:

   We hereby give notification that we are opting out of the Settlement Class for our property, 4275 River Oaks Road, Millbrook, AL 36054, damaged by Covered Chinese Drywall.

JAMES ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

SHARON ALEXANDER
4275 River Oaks Road
Millbrook, AL 36054

State of Alabama)
Jefferson County)

Sworn to and subscribed before me this 26th day of November, 2019.

Notary Public

My commission expires

SAMANTHA J. LONG
My Commission Expires
November 18, 2023

My Commission Expires:
November 18, 2023



**BELT & BRUNER PC**
880 MONTCLAIR ROAD, SUITE 300
BIRMINGHAM, ALABAMA 35213



Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, VA 23510

RECEIVED
12/02/19