# EXHIBIT "83"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Kelly Michael Bentz**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **308 Stallings Dr. McDonough, GA 30252**
Street     City     State     Zip Code

Affected Property: **308 Stallings Dr. McDonough, GA 30252**
Street     City     State     Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **Kelly M. Bentz**

Last four (4) digits of SSN/EIN/ITIN: **4852**

Date: **11** / **26** / 2019

-02047-EEF-MBN   Document 22388-83   Filed 12/04/19

Kelly M Bentz
108 Stallings Dr
McDonough, GA 30252

N METRO
GA 301
27 NOV '19
PM 10 L

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

RECEIVED
DEC 02 2019

FIRST-CLASS

70113-112520

02 1P
0002115913   NOV 26 2019
MAILED FROM ZIP CODE 30252
PITNEY BOWES
US POSTAGE
$ 000.50⁰

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Kelly Michael Bentz
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 308 Stallings Dr. McDonough, GA 30252
Street    City    State    Zip Code

Affected Property: 308 Stallings Dr. McDonough, GA 30252
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _/s/ Kelly M. Bentz_

Print Name: Kelly M. Bentz

Last four (4) digits of SSN/EIN/ITIN: 4852

Date: 11 / 26 / 2019

Kelly M Bentz
308 Stallings Dr
McDonough GA 30252

IN METRO
GA 301
27 NOV '19
PM 10 L

FIRST-CLASS

02 1P
0002115913
MAILED FROM ZIP CODE 30252
PITNEY BOWES
US POSTAGE $000.50⁰
NOV 26 2019

Arnold Levin & Sandra Duggan
Levin Sendran & Berman
510 Walnut St., Suite 500
Philadelphia, PA 19106

19106-359799

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Kelly Michael Bentz__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __308 Stallings Dr. McDonough, GA 30252__
Street    City    State    Zip Code

Affected Property: __308 Stallings Dr. McDonough, GA 30252__
Street    City    State    Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _/s/ K M. Bentz_

Print Name: __Kelly M. Bentz__

Last four (4) digits of SSN/EIN/ITIN: __4852__

Date: __11__ / __26__ / 2019

US POSTAGE $000.50 NOV 26 2019
02 1P 0002115913
MAILED FROM ZIP CODE 30252
FIRST-CLASS

N METRO
GA 301
27 NOV '19
PM 4 L

Patricia Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 02 2019
BY: ljuliano

Kelly M. Bertz
306 Stallings Dr
McDonough, GA 30252

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: **Kelly Michael Bentz**
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: **308 Stallings Dr. McDonough, GA 30252**
Street                City                State                Zip Code

Affected Property: **308 Stallings Dr. McDonough, GA 30252**
Street                City                State                Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: *[signature]*

Print Name: **Kelly M. Bentz**

Last four (4) digits of SSN/EIN/ITIN: **4852**

Date: **11** / **26** / 2019

Kelly M. Bentz
306 Stallings Dr
McDonough GA 30252

N METRO
GA 301
27 NOV '19
PM 9 L

US POSTAGE
$ 000.50
NOV 26 2019
MAILED FROM ZIP CODE 30252
02 1P
0002115913

FIRST-CLASS

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 E. Main St. Suite 310
Norfolk, VA 23510

23510-232385

RECEIVED
12/03/19