# EXHIBIT "85"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Thomas Heath__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __342 Circle Dr West  St Augustine  FL  32084__
Street / City / State / Zip Code

Affected Property: __495 Lena St  St. Augustine  FL  32084__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __Thomas Heath__

Last four (4) digits of SSN/EIN/ITIN: __6256__

Date: __11__/__26__/2019

Thomas Heath
312 Circle Drive West
St. Augustine, FL 32084

Stephen J Herman
Herman, Herman + Katz, LLC
820 O'Keefe Ave
New Orleans, LA 70113

U.S. POSTAGE PAID
FCM LETTER
SAINT AUGUSTINE, FL
32084
NOV 27, 19
AMOUNT
$0.00
R2304M110076-18

1000
70113

RECEIVED
DEC 03 2019

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Thomas Heath__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __342 Circle Dr West   St Augustine   FL   32084__
Street   City   State   Zip Code

Affected Property: __495 Lena St   St. Augustine   FL   32084__
Street   City   State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __Thomas Heath__

Last four (4) digits of SSN/EIN/ITIN: __6256__

Date: __11__ / __26__ / 2019

T. W. Heath
342 Circle Drive West
St. Augustine, FL 32084

U.S. POSTAGE PAID
FCM LETTER
SAINT AUGUSTINE, FL
32084
NOV 27, 19
AMOUNT
$0.00
R2304M110076-18

1000
19106

Arnold Levin + Sandra Duggan
LEVIN SEDRAN + BERMAN
510 Walnut Street Suite 500
Philadelphia, PA 19106

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Thomas Heath__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __342 Circle Dr West__ __St Augustine__ __FL__ __32084__
Street / City / State / Zip Code

Affected Property: __495 Lena St__ __St. Augustine__ __FL__ __32084__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __Thomas Heath__

Last four (4) digits of SSN/EIN/ITIN: __6256__

Date: __11__/__26__/2019

Thomas Heath
342 Circle Drive West
St. Augustine, FL 32084

U.S. POSTAGE PAID
FCM LETTER
SAINT AUGUSTINE, FL
32084
NOV 27, 19
AMOUNT
$0.00
R2304M110076-18

1000    33134

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 0 2 2019
BY:

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Thomas Heath__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __342 Circle Dr West St Augustine FL 32084__
Street / City / State / Zip Code

Affected Property: __495 Lena St St. Augustine FL 32084__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __Thomas Heath__

Last four (4) digits of SSN/EIN/ITIN: __6256__

Date: __11__ / __26__ / 2019

Thomas Heath
342 Circle Drive West
St. Augustine, FL 32084



U.S. POSTAGE PAID
FCM LETTER
SAINT AUGUSTINE, FL
32084
NOV 27, 19
AMOUNT
$0.00
R2304M110076-18

1000    23510

Richard J Serpe
Law Offices of Richard J Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

23510-232385

RECEIVED
12/02/19