# EXHIBIT "88"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Teresa Lynn West or Jerry Carroll__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 368__  __Woodstock__  __AL__  __35188__
Street   City   State   Zip Code

Affected Property: __1446 Beardons Farm Rd.__, __Woodstock__, __AL__ __35188__
Street   City   State   Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __[signature]__

Print Name: __Jerry Carroll__

Last four (4) digits of SSN/EIN/ITIN: __3027__

Date: __11__ / __27__ / 2019

PO Box 368
Woodstock, AL 35188

Stephen J. Herman
Herman, Herman + Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

BIRMINGHAM AL 350
27 NOV 2013 PM 5 L

RECEIVED
DEC 20 2013

7014 3-1520

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Teresa Lynn West or Jerry Carroll__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 368    Woodstock    AL    35188__
Street / City / State / Zip Code

Affected Property: __1446 Beardons Farm Rd, Woodstock, AL 35188__
Street / City / State / Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Jerry Carroll__

Print Name: __Jerry Carroll__

Last four (4) digits of SSN/EIN/ITIN: __3027__

Date: __11__ / __27__ / 2019

P.O. Box 368
Woodstock, AL 35188

Arnold Levin + Sandra Duggan
Levin Sedran + Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Teresa Lynn West or Jerry Carroll__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 368   Woodstock   AL   35188__
                    Street        City        State   Zip Code

Affected Property: __1446 Beardons Farm Rd., Woodstock, AL 35188__
                    Street        City        State   Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Jerry Carroll__

Print Name: __Jerry Carroll__

Last four (4) digits of SSN/EIN/ITIN: __3027__

Date: __11__ / __27__ / 2019

P.O. Box 368
Woodstock, AL 35188

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Circle Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 02 2019
By: _____

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Teresa Lynn West or Jerry Carroll__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __P.O. Box 368    Woodstock    AL    35188__
Street    City    State    Zip Code

Affected Property: __1446 Beardons Farm Rd., Woodstock, AL 35188__
Street    City    State    Zip Code

    I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

    By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

    My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: __/s/ Jerry Carroll__

Print Name: __Jerry Carroll__

Last four (4) digits of SSN/EIN/ITIN: __3027__

Date: __11__ / __27__ / 2019

P.O. Box 100
Woodstock, AL 35188

BIRMINGHAM AL 350

27 NOV 2019 PM 4 L

RECEIVED
(12/02/19)

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street Suite 310
Norfolk, VA 23510

23510-232385