# EXHIBIT "89"

November 27, 2019


Arnold Levin and Sandra L. Duggan,
Levin Sedan & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE - CDW OPT-OUT OF CLASS SETTLEMENT

Gentlemen,

This is to serve as formal notice that I am OPTING OUT OF THE SETTLEMENT.

MY NAME IS: KENNETH H. RAYBORN

AFFECTED PROPERTY ADDRESS IS: 15693 FIDDLESTICKS BLVD., FORT MYERS, FL 33912

My current MAILING ADDRESS is 507 Kyle Lane NW, Cleveland, TN 37312-6439

My Phone number is 423-618-2282

Signed:


ₛ/ₛ
Kenneth H. Rayborn


Copies to:

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse, Coral Gables, FL 33134

Kenneth H. Rayborn
507 Kyle Lane, NW
Cleveland, TN 37312



NOV 27 2019

RECEIVED
DEC 03 2019

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA   70113

70113$1125 C010

November 27, 2019

Arnold Levin and Sandra L. Duggan,
Levin Sedan & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE - CDW OPT-OUT OF CLASS SETTLEMENT

Gentlemen,  ··

This is to serve as formal notice that I am OPTING OUT OF THE SETTLEMENT.

MY NAME IS: KENNETH H. RAYBORN

AFFECTED PROPERTY ADDRESS IS: 15693 FIDDLESTICKS BLVD., FORT MYERS, FL 33912

My current MAILING ADDRESS is 507 Kyle Lane NW, Cleveland, TN 37312-6439

My Phone number is 423-618-2282

Signed:

Kenneth H. Rayborn

Copies to:

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse, Coral Gables, FL 33134



JACKSON MS 390

27 NOV 2019 PM 3 L

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19106-369799

Kenneth H. Rayborn
507 Kyle Lane, NW
Cleveland, TN 37312

November 27, 2019

Arnold Levin and Sandra L. Duggan,
Levin Sedan & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE - CDW OPT-OUT OF CLASS SETTLEMENT

Gentlemen,

This is to serve as formal notice that I am OPTING OUT OF THE SETTLEMENT.

MY NAME IS: KENNETH H. RAYBORN

AFFECTED PROPERTY ADDRESS IS: 15693 FIDDLESTICKS BLVD., FORT MYERS, FL 33912

My current MAILING ADDRESS is 507 Kyle Lane NW, Cleveland, TN 37312-6439

My Phone number is 423-618-2282

Signed:

Kenneth H. Rayborn

Copies to:

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse, Coral Gables, FL 33134



RECEIVED

DEC 0 2 2019

BY:

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse
Coral Gables, FL 33134

33134-741459

Kenneth H. Rayborn
507 Kyle Lane, NW
Cleveland, TN 37312

November 27, 2019


Arnold Levin and Sandra L. Duggan,
Levin Sedan & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE - CDW OPT-OUT OF CLASS SETTLEMENT

Gentlemen,

This is to serve as formal notice that I am OPTING OUT OF THE SETTLEMENT.

MY NAME IS: KENNETH H. RAYBORN

AFFECTED PROPERTY ADDRESS IS: 15693 FIDDLESTICKS BLVD., FORT MYERS, FL 33912

My current MAILING ADDRESS is 507 Kyle Lane NW, Cleveland, TN 37312-6439

My Phone number is 423-618-2282

Signed:

*5/5*
Kenneth H. Rayborn


Copies to:

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse, Coral Gables, FL 33134



JACKSON MS 390

27 NOV 2019 PM 3 L

Kenneth H. Rayborn
507 Kyle Lane, NW
Cleveland, TN 37312

RECEIVED
12/02/19

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

23510-232365