# EXHIBIT "91"

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Jason Donald Uhriva__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4569__ __Belvedere Ctr__ __Pace__ __FL__ __32571__
                  Street            City            State    Zip Code

Affected Property: __4569 Belvedere Ctr__ __Pace__ __FL__ __32571__
                    Street                City      State   Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: ____/s/____

Print Name: __Jason Uhriva__

Last four (4) digits of SSN/EIN/ITIN: __1562__

Date: __10__/__18__/2019

4569 BELVEDERE CIRCLE
Uhrina
PACE, FLORIDA 32571

CERTIFIED MAIL

7019 0140 0000 2565 7764

U.S. POSTAGE PAID
FCM LETTER
PENSACOLA, FL
32503
NOV 27, 19
AMOUNT
$6.85
R2304N118151-8

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RECEIVED DEC 02 2019

70113-112520

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: Jason Donald Uhrina
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: 4569 Belvedere Ctr, Pace, FL 32571
Street / City / State / Zip Code

Affected Property: 4569 Belvedere Ctr, Pace, FL 32571
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: /s/

Print Name: Jason Uhrina

Last four (4) digits of SSN/EIN/ITIN: 1562

Date: 10/18/2019



# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Jason Donald Uhrina__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4565__ __Belvedere Ctr__ __Pace__ __FL__ __32571__
                             Street                City        State      Zip Code

Affected Property: __4565__ __Belvedere Ctr__ __Pace__ __FL__ __32571__
                             Street                City        State      Zip Code

     I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

     By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

     My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _[signature]_

Print Name: __Jason Uhrina__

Last four (4) digits of SSN/EIN/ITIN: __1562__

Date: __10__/__18__/2019

U.S. POSTAGE
FCM LETTER
PENSACOLA, FL
32503
NOV 27 19
AMOUNT
$6.8...
R2304N118151-...

33134

1000

PENSACOLA
FL 325
27 NOV '19
PM 2 L

7019 0140 0000 2565 7771

CERTIFIED MAIL®

Patrick Montoya
Colson Hicks Eidson
255 Alhambra Cir, Penthouse
Coral Gables, FL 33134

4569 BELVEDERE CIRCLE
Alrina
PACE, FLORIDA 32571

RECEIVED
DEC 03 2019
By: Liliana

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Jason Donald Uhcina__
Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __4569 Belvedere Ctr__ __Pace__ __FL__ __32571__
Street / City / State / Zip Code

Affected Property: __4569 Belevedere Ctr__ __Pace__ __FL__ __32571__
Street / City / State / Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _/s/_

Print Name: __Jason Uhcina__

Last four (4) digits of SSN/EIN/ITIN: __1562__

Date: __10__/__18__/2019



