# EXHIBIT "92"

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _____ Patricia S. Gottlieb _____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _____ 619 Orton Ave. #503 Ft Laud. Fl., 33304 _____

| Street | City | State | Zip Code |

Affected Property: _____ 8841 Sunrise Lakes Blvd #110 Sunrise, Fl 33322 _____

| Street | City | State | Zip Code |

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: _____ Patricia S. Gottlieb _____

Last four (4) digits of SSN/EIN/ITIN: _____ 7119 _____

Date: _Nov._ / _22_ / 2019

U.S. POSTAGE PAID
FCM LETTER
FORT LAUDERDALE
33304
NOV 25, 19
AMOUNT
**$4.05**
R2305H12772-06

70113

1020



CERTIFIED MAIL®

7019 1120 0000 0150 6652

Patricia Gottlieb
619 Orton Ave #503
FT Laud Fl 33304-4066

Stephen J. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

70113-112520

## REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: _____ Patricia S. Gottlieb _____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _____ 619 Orton Ave. #503 Ft Laud. Fl., 33304 _____

Street                City                State                Zip Code

Affected Property: _____ 8841 Sunrise Lakes Blvd #110 Sunrise, Fl 33322 _____

Street                City                State                Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: _____ Patricia S. Gottlieb _____

Last four (4) digits of SSN/EIN/ITIN: _____ 7119 _____

Date: __Nov./ 22__ / 2019

U.S. POSTAGE P
FCM LETTER
FORT LAUDERD/
33304
NOV 25 19
AMOUNT
$4.05
R2305H127722-5

19106

1020

7019 1120 0000 0150 6645

Patricia Gottlieb
619 Orton Ave #503
FT Laud Fl 33304-4066

Arnold Levin & Sandra Duggan
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

19106-359799

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
## Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
### MDL-2047

Class Member's Name: _____ Patricia S. Gottlieb _____

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: _____ 619 Orton Ave. #503 Ft Laud. Fl., 33304 _____

| Street | City | State | Zip Code |

Affected Property: _____ 8841 Sunrise Lakes Blvd #110 Sunrise, Fl 33322 _____

| Street | City | State | Zip Code |

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____ *Patricia Gottlieb* _____

Print Name: _____ Patricia S. Gottlieb _____

Last four (4) digits of SSN/EIN/ITIN: _____ 7119 _____

Date: _____ Nov. / 22 / 2019



Patricia Gottlieb
619 Orton Ave #503
FT Laud Fl 33304-4066

Patrick Montoya
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

CERTIFIED MAIL

7019 1120 0000 0150 6676

UNITED STATES
POSTAL SERVICE®

1020

33134

33134-741499



RECEIVED

DEC 03 2019

By: _Jilianne_

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

S, POSTAGE PAID
M LETTER
RT LAUDERDALE, FL
04
V 25, 19
OUNT

**$4.05**
05H127722-06

# REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT
Proposed Taishan Chinese-Manufactured Drywall Class Action Settlement
MDL-2047

Class Member's Name: __Patricia S. Gottlieb__

Provide full name of individual or entity wishing to opt out of settlement

Mailing Address: __619 Orton Ave. #503 Ft Laud. Fl., 33304__

Street          City          State          Zip Code

Affected Property: __8841 Sunrise Lakes Blvd #110 Sunrise, Fl 33322__

Street          City          State          Zip Code

I wish to be excluded from the settlement class in the Taishan Class Action Settlement pending in the United States District Court for the Eastern District of Louisiana, preliminarily approved on August 30, 2019 (Doc. 22314), consisting of: (1) all Class Members in the *Amorin* Class certified in MDL No. 2047 in *In re Chinese-Manufactured Products Liability Litigation,* 2014 WL 4809520 (E.D. La. Sept. 26, 2014) ("*Amorin* Plaintiffs"); (2) all Plaintiffs who are named on one or more of the *Brooke* Complaints ("*Brooke* Plaintiffs"); and (3) all other property owners with Chinese Drywall alleged to be attributed to Taishan and/or the Additional Released Parties ("Absent Class Members").

By signing this form I voluntarily elect to "opt out" of the proposed class action settlement. I understand that by opting out, I will not be eligible to receive any monetary relief provided pursuant to the proposed class action settlement and that any future recovery will come to me only if I assert my legal claims related to defective Chinese-manufactured drywall in a separate action within the time period prescribed by law. I have read and I understand the consequences of returning this opt out form.

My signature below affirms that I have not been coerced by anyone to opt out of this proposed settlement and the choice to opt out is of my own free will. The date provided below my signature is the same date I placed this opt out form in the U.S. Mail, first class, and postage prepaid, which is within the time period provided in the Long Form Notice (i.e., postmarked no later than November 27, 2019) to effectively opt out of this proposed settlement.

Sign Here: _____

Print Name: __Patricia S. Gottlieb__

Last four (4) digits of SSN/EIN/ITIN: __7119__

Date: __Nov.__/ __22__ / 2019








U.S. POS
FCM LET
33394
NOV 25,
AMOUNT
$4
R2305H1

23510

1020

RECEIVED
12/02/19

CERTIFIED MAIL

7019 1120 0000 0150 9969

Patricia Gottlieb
619 Orton Ave #503
FT Laud Fl 33304-4066

Richard J. Serpe
LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA  23510