**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**SETTLEMENT CLASS COUNSEL'S**
**NOTICE OF FILING OF OBJECTIONS TO THE CLASS SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Section 10 of the Class Settlement Agreement with Taishan Gypsum Company Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. (Rec. Doc. 22305-2), Settlement Class Counsel hereby files into the record the below listed Class Member Objections received by Settlement Class Counsel (attached hereto):

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 1 | Roundtree, Alisa | Parker Waichman | 11/07/2019 (Certified Mail) |
| 2 | Alexander, Penny | Becnel Law Firm | 11/21/2019 (USPS) |
| 3 | Staton, Lori | Becnel Law Firm | 11/22/2019 (Certified Mail) |
| 4 | Caulkins, Charles | PSC | 11/27/2019 (USPS) |
| 5 | Martinez, Dailyn | Morgan & Morgan | 11/27/2019 (USPS) |
| 6 | Helmick, Gary and Ina | Doyle Law Firm | 11/27/2019 (USPS) |
| 7 | Clay, Dominesha | Doyle Law Firm | 11/27/19 (Rec. Doc.22379-4) |
| 8 | Doherty, Kenneth Randall and Alicia | Doyle Law Firm | 11/27/19 (Rec. Doc. 22379-1) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 9 | Hemming, Stephen and Bonita | Doyle Law Firm | 11/27/19 (Rec. Doc. 22379-3) |
| 10 | Moody, Russell | Pro se | 11/26/2019 (Priority Mail) |
| 11 | Yorsch, Frederick | Lemmon Law Firm | 11/27/2019 (USPS) |
| 12 | Foster, Van for Good Ole Boyz, LLC | Arthur Edge | 11/27/2019 (Priority Mail) |
| 13 | Tarver, Theodore and Cynthia | Arthur Edge | 11/27/2019 (Priority Mail) |
| 14 | Cummins, Chris | Arthur Edge | 11/27/2019 (Priority Mail) |
| 15 | Bishop, Robert | Arthur Edge | 11/27/2019 (Priority Mail) |
| 16 | Prestridge, John | Arthur Edge | 11/27/2019 (Priority Mail) |
| 17 | Harper, Matthew | Arthur Edge | 11/27/2019 (Priority Mail) |
| 18 | Archer, Kent and Lindsey | Arthur Edge | 11/27/2019 (Priority Mail) |
| 19 | Hall, Timothy and Sebrina | Arthur Edge | 11/27/2019 (Priority Mail) |
| 20 | Brasher, Robert | Arthur Edge | 11/27/2019 (Priority Mail) |
| 21 | Hayes, Robert and Debbie | Doyle Law Firm | 11/27/2019 (USPS) |
| 22 | Zimmerman, James | Doyle Law Firm | 11/27/2019 (USPS) |

Further, Settlement Class Counsel files into the record the below listed Purported Non-Class Member Objections received by Class Counsel (attached hereto):

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 23 | Escudie, Mary | Parker Waichman | 11/20/2019 (Certified Mail) |
| 24 | Guerriero, Michael | Parker Waichman | 10/312019 (Priority Mail) |
| 25 | Rigsby, Pamela and Page, Irene | Doyle | 11/27/19 (Rec. Doc. 22379-5) |
| 26 | Gottlieb, Patricia | Doyle | 10/10/2019 (Certified Mail) |

| Exhibit | Class Member | Counsel | Post-Marked |
|---|---|---|---|
| 27 | Doyle, Jimmy | N/A | 11/27/19 (Rec. Doc. 22378) |

Respectfully submitted,

Dated:  December 4, 2019         By: */s/ Stephen J. Herman*
   Russ M. Herman (Bar No. 6819)
   Leonard A. Davis (Bar No. 14190)
   Stephen J. Herman (Bar No. 23129)
   Charles King (Bar No.34621)
   Herman, Herman & Katz, LLC
   820 O'Keefe Avenue
   New Orleans, LA 70113
   Phone: (504) 581-4892
   Fax: (504) 561-6024
   SHerman@hhklawfim.com
   *Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*

   Arnold Levin
   Fred S. Longer
   Sandra L. Duggan
   Keith Verrier
   Levin Sedran & Berman LLP
   510 Walnut Street, Suite 500
   Philadelphia, PA 19106
   Phone:  (215) 592-1500
   Fax:  (215) 592-4663
   alevin@lfsblaw.com
   *Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Phone: (305) 476-7400
Fax: (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 4th day of December, 2019.

          <u>/s/ Stephen J. Herman</u>
          Stephen J. Herman
          HERMAN, HERMAN & KATZ, LLC
          820 O'Keefe Avenue
          New Orleans, Louisiana 70113
          Phone: (504) 581-4892
          Fax: (504) 561-6024
          sherman@hhklawfirm.com