# EXHIBIT "2"

# BECNEL LAW FIRM, L.L. C.

## www.becnellaw.com

DANIEL E. BECNEL, JR.*

KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
TONI S. BECNEL
*RETIRED (1969-2015)

425 W. AIRLINE HWY, SUITE B
LAPLACE, LA 70068
PHONE NO. 985.536.1186
FAX NO. 985.536.6445

WRITER'S EMAIL: SCHRISTINA@BECNELLAW.COM

November 20, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE:    In Re: Chinese Manufactured Dyrwall Products Liability Litigation; MDL 2047
       Objection of Penny Alexander

Dear Arnold and Sandy;

Please find enclosed the objection to the Taishan Settlement from Penny Alexander.

Sincerely,

Salvadore Christina, Jr.

Enclosure

CC:    Richard J. Serpe
       Law Offices of Richard J. Serpe, PC
       580 East Main St., Suite 310
       Norfolk, VA 23510

       Stephen J. Herman
       Herman, Herman & Katz, LLC
       820 O'Keefe Ave.
       New Orleans, LA 70113

       Patrick S. Montoya
       Colson Hicks Eidson
       255 Alhambra Circle
       Penthouse, Coral Gables, FL 33134

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**          **MDL No. 2047**
**LITIGATION**
     **SECTION: L**

**THIS DOCUMENT RELATES TO:**          **JUDGE FALLON**
     **MAGISTRATE JUDGE WILKINSON**

To whom it may concern:

     This objection applies to me, Penny Alexander. My address is 2501 Pressburg, New Orleans, Louisiana 70122. My contact number is 504-666-8539 and email is pbrazley2005@yahoo.com . My home that had Chinese Drywall was located at 4968 Paulina Dr., New Orleans, LA. 70126. I am a named plaintiff in the Abel case (11-80), Amorin (11-1395, 11-1672, and 11-1673). I do not plan to attend the fairness hearing.

     I am writing in regards to the current settlement money we are being offered at this time. We don't feel that this offer is suitable our home was worth more money than what's being offered. I have receipts on everything I've spent thus far. We spend two hundred fifty thousand dollars on building our dream home. I had a Small Business Administration (SBA) Loan in the amount of two hundred and twenty-eight thousand and three hundred dollars in which every penny was spent. We then came out of our pocket with the remaining balance of twenty-two thousand dollars.

     I've also spend money for rental fees due to my family and I having to move out of our home in 2009 to live with my sister due to health-related problems that the house caused. I paid her five hundred dollars a month for my family and my expenses relocating to her home. We then move out due to the home becoming crowded with two different families. We moved into a rental house from January 1, 2011 until July 2, 2012. During this time, even though we were not living in our home we had to still pay on the (SBA) mortgage as well as flood and homeowners insurance for the house due to it being a requirement from (SBA). We then started having finance problems trying to foot both bills mortgage, rent along with other house whole bills. We knew we couldn't move back into our home because of us getting sick and we didn't become homeless, we were force to look for other sources to help with rental assistance. We were trying to hold on to our property that we owned since 1994.

I found out about a program called Project Home Again that traded off your property and help you with another home. We felt like our backs were against the wall and was forced to give up our home and neighborhood we lived in for fourteen years however, this was our only choice we had at the time so we did what was best to keep from becoming a part of the homeless population statistics. We applied for the assistance and we were qualified for the program, but we were required to transfer the (SBA) Loan to the new home.

Due to the Chinese drywall, the house was just like Hurricanes Katrina home deemed unlivable so Project Home Again could only offer us a sum for the land as the building was considered a loss. Now I have to comply with 3 mortgage companies. While, today I only pay the SBA loan, the Project Home Again and Neigborhood Stablization loans are only forgiven if we stay in the new home for 10 years. We agreed to this so our family would have somewhere to live after we had to trade our home.

Project Home offered $55,000.00 thousands for our property. Due to our situation we were force

to trade off our home with tainted Chinese Drywall for less than the money and work that was put into the home.

We had to transfer our SBA loan to the new house in order to be eligible for the program. We made this loan to build the house that we no longer own, we were told the house wasn't worth anything and they would be tearing it down, but instead they sold the property. We traded our home in July 2012 and our home was sold in August 2012 for $20,000.00, but when I went online to check the sales price, the house's estimated worth was $128,000.00.

I feel that our offer from Brown Greer at this time does not properly compensate us for the losses we suffered and what we have had to endure for the last nine years.  We do not want to opt-out, we would just like to be treated fairly in our case.

Respectfully Submitted,

Penny Brazley Alexander

Salvadore Christina Jr
Becnel Law Firm



**BECNEL LAW FIRM, LLC**

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

NEW ORLEANS LA 700
21 NOV 2019 PM 1 L

RECEIVED
NOV 22 2019

# BECNEL LAW FIRM, L.L. C.
## www.becnellaw.com

DANIEL E. BECNEL, JR.*

KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
TONI S. BECNEL
*RETIRED (1969-2015)*

425 W. AIRLINE HWY, SUITE B
LAPLACE, LA 70068
PHONE NO. 985.536.1186
FAX NO. 985.536-6445

WRITER'S EMAIL: SCHRISTINA@BECNELLAW.COM

November 20, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE:   In Re: Chinese Manufactured Dyrwall Products Liability Litigation; MDL 2047
      Objection of Penny Alexander

      Dear Arnold and Sandy;

      Please find enclosed the objection to the Taishan Settlement from Penny Alexander.

Sincerely,

Salvadore Christina, Jr.

Enclosure

CC:   Richard J. Serpe
      Law Offices of Richard J. Serpe, PC
      580 East Main St., Suite 310
      Norfolk, VA 23510

      Stephen J. Herman
      Herman, Herman & Katz, LLC
      820 O'Keefe Ave.
      New Orleans, LA 70113

      Patrick S. Montoya
      Colson Hicks Eidson
      255 Alhambra Circle
      Penthouse, Coral Gables, FL 33134

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY          MDL No. 2047
LITIGATION**
      **SECTION: L**

**THIS DOCUMENT RELATES TO:          JUDGE FALLON
      MAGISTRATE JUDGE WILKINSON**

To whom it may concern:

    This objection applies to me, Penny Alexander.  My address is 2501 Pressburg, New Orleans, Louisiana 70122.  My contact number is 504-666-8539 and email is pbrazley2005@yahoo.com .  My home that had Chinese Drywall was located at 4968 Paulina Dr., New Orleans, LA. 70126.  I am a named plaintiff in the Abel case (11-80), Amorin (11-1395, 11-1672, and 11-1673).  I do not plan to attend the fairness hearing.

    I am writing in regards to the current settlement money we are being offered at this time. We don't feel that this offer is suitable our home was worth more money than what's being offered. I have receipts on everything I've spent thus far. We spend two hundred fifty thousand dollars on building our dream home. I had a Small Business Administration (SBA) Loan in the amount of two hundred and twenty-eight thousand and three hundred dollars in which every penny was spent. We then came out of our pocket with the remaining balance of twenty-two thousand dollars.

    I've also spend money for rental fees due to my family and I having to move out of our home in 2009 to live with my sister due to health-related problems that the house caused. I paid her five hundred dollars a month for my family and my expenses relocating to her home. We then move out due to the home becoming crowded with two different families. We moved into a rental house from January 1, 2011 until July 2, 2012. During this time, even though we were not living in our home we had to still pay on the (SBA) mortgage as well as flood and homeowners insurance for the house due to it being a requirement from (SBA). We then started having finance problems trying to foot both bills mortgage, rent along with other house whole bills. We knew we couldn't move back into our home because of us getting sick and we didn't become homeless, we were force to look for other sources to help with rental assistance. We were trying to hold on to our property that we owned since 1994.

I found out about a program called Project Home Again that traded off your property and help you with another home. We felt like our backs were against the wall and was forced to give up our home and neighborhood we lived in for fourteen years however, this was our only choice we had at the time so we did what was best to keep from becoming a part of the homeless population statistics. We applied for the assistance and we were qualified for the program, but we were required to transfer the (SBA) Loan to the new home.

Due to the Chinese drywall, the house was just like Hurricanes Katrina home deemed unlivable so Project Home Again could only offer us a sum for the land as the building was considered a loss. Now I have to comply with 3 mortgage companies. While, today I only pay the SBA loan, the Project Home Again and Neigborhood Stablization loans are only forgiven if we stay in the new home for 10 years.  We agreed to this so our family would have somewhere to live after we had to trade our home.

Project Home offered $55,000.00 thousands for our property. Due to our situation we were force

to trade off our home with Tainted Chinese Drywall for less than the money and work that was put into the home.

We had to transfer our SBA loan to the new house in order to be eligible for the program. We made this loan to build the house that we no longer own, we were told the house wasn't worth anything and they would be tearing it down, but instead they sold the property. We traded our home in July 2012 and our home was sold in August 2012 for $20,000.00, but when I went online to check the sales price, the house's estimated worth was $128,000.00.

I feel that our offer from Brown Greer at this time does not properly compensate us for the losses we suffered and what we have had to endure for the last nine years. We do not want to opt-out, we would just like to be treated fairly in our case.

Respectfully Submitted,

Penny Brazley Alexander

Salvadore Christina Jr
Becnel Law Firm

## BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084

NEW ORLEANS LA 700
21 NOV '19
PM 1 L

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106



# BECNEL LAW FIRM, L.L. C.

## www.becnellaw.com

DANIEL E. BECNEL, JR.*

KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
TONI S. BECNEL
*RETIRED (1969-2015)

425 W. AIRLINE HWY, SUITE B
LAPLACE, LA 70068
PHONE NO. 985.536.1186
FAX NO. 985.536-6445

WRITER'S EMAIL: SCHRISTINA@BECNELLAW.COM

November 20, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE:   In Re: Chinese Manufactured Dyrwall Products Liability Litigation; MDL 2047
Objection of Penny Alexander

Dear Arnold and Sandy;

Please find enclosed the objection to the Taishan Settlement from Penny Alexander.

Sincerely,

Salvadore Christina, Jr.

Enclosure

CC:   Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Penthouse, Coral Gables, FL 33134

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**          **MDL No. 2047**
**LITIGATION**
      **SECTION: L**

**THIS DOCUMENT RELATES TO:**          **JUDGE FALLON**
    **MAGISTRATE JUDGE WILKINSON**

To whom it may concern:

    This objection applies to me, Penny Alexander. My address is 2501 Pressburg, New Orleans, Louisiana 70122. My contact number is 504-666-8539 and email is pbrazley2005@yahoo.com . My home that had Chinese Drywall was located at 4968 Paulina Dr., New Orleans, LA. 70126. I am a named plaintiff in the Abel case (11-80), Amorin (11-1395, 11-1672, and 11-1673). I do not plan to attend the fairness hearing.

    I am writing in regards to the current settlement money we are being offered at this time. We don't feel that this offer is suitable our home was worth more money than what's being offered. I have receipts on everything I've spent thus far. We spend two hundred fifty thousand dollars on building our dream home. I had a Small Business Administration (SBA) Loan in the amount of two hundred and twenty-eight thousand and three hundred dollars in which every penny was spent. We then came out of our pocket with the remaining balance of twenty-two thousand dollars.

    I've also spend money for rental fees due to my family and I having to move out of our home in 2009 to live with my sister due to health-related problems that the house caused. I paid her five hundred dollars a month for my family and my expenses relocating to her home. We then move out due to the home becoming crowded with two different families. We moved into a rental house from January 1, 2011 until July 2, 2012. During this time, even though we were not living in our home we had to still pay on the (SBA) mortgage as well as flood and homeowners insurance for the house due to it being a requirement from (SBA). We then started having finance problems trying to foot both bills mortgage, rent along with other house whole bills. We knew we couldn't move back into our home because of us getting sick and we didn't become homeless, we were force to look for other sources to help with rental assistance. We were trying to hold on to our property that we owned since 1994.

I found out about a program called Project Home Again that traded off your property and help you with another home. We felt like our backs were against the wall and was forced to give up our home and neighborhood we lived in for fourteen years however, this was our only choice we had at the time so we did what was best to keep from becoming a part of the homeless population statistics. We applied for the assistance and we were qualified for the program, but we were required to transfer the (SBA) Loan to the new home.

Due to the Chinese drywall, the house was just like Hurricanes Katrina home deemed unlivable so Project Home Again could only offer us a sum for the land as the building was considered a loss. Now I have to comply with 3 mortgage companies. While, today I only pay the SBA loan, the Project Home Again and Neigborhood Stablization loans are only forgiven if we stay in the new home for 10 years. We agreed to this so our family would have somewhere to live after we had to trade our home.

Project Home offered $55,000.00 thousands for our property. Due to our situation we were force

to build on our home with Amber Homes. I would for less than the money and work that was put into the home.

We had to transfer our SBA loan to the new house in order to be eligible for the program. We made this loan to build the house that we no longer own, we were told the house wasn't worth anything and they would be tearing it down, but instead they sold the property. We traded our home in July 2012 and our home was sold in August 2012 for $20,000.00, but when I went online to check the sales price, the house's estimated worth was $128,000.00.

I feel that our offer from Brown Greer at this time does not properly compensate us for the losses we suffered and what we have had to endure for the last nine years. We do not want to opt-out, we would just like to be treated fairly in our case.

Respectfully Submitted,

Penny Brazley Alexander

Salvadore Christina Jr
Becnel Law Firm



NEW ORLEANS LA 700

21 NOV 2019 PM 1 L

33134-744199

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

BECNEL LAW FIRM, LLC

BECNEL
LAW FIRM, LLC
425 W. Airline Hwy. Suite B
LaPlace, LA 70068

RECEIVED
NOV 26 2019
BY:

# BECNEL LAW FIRM, L.L. C.
## www.becnellaw.com

DANIEL E. BECNEL, JR.*

KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
TONI S. BECNEL
*RETIRED (1969-2015)

425 W. AIRLINE HWY, SUITE B
LAPLACE, LA 70068
PHONE NO. 985.536.1186
FAX NO. 985.536-6445

WRITER'S EMAIL: SCHRISTINA@BECNELLAW.COM

November 20, 2019

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

RE:   In Re: Chinese Manufactured Dyrwall Products Liability Litigation; MDL 2047
      Objection of Penny Alexander

      Dear Arnold and Sandy;

      Please find enclosed the objection to the Taishan Settlement from Penny Alexander.

                                        Sincerely,

                                        Salvadore Christina, Jr.

Enclosure

CC:   Richard J. Serpe
      Law Offices of Richard J. Serpe, PC
      580 East Main St., Suite 310
      Norfolk, VA 23510

      Stephen J. Herman
      Herman, Herman & Katz, LLC
      820 O'Keefe Ave.
      New Orleans, LA 70113

      Patrick S. Montoya
      Colson Hicks Eidson
      255 Alhambra Circle
      Penthouse, Coral Gables, FL 33134

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**          **MDL No. 2047**
**LITIGATION**
**       SECTION: L**

**THIS DOCUMENT RELATES TO:**       **JUDGE FALLON**
**       MAGISTRATE JUDGE WILKINSON**

To whom it may concern:

This objection applies to me, Penny Alexander. My address is 2501 Pressburg, New Orleans, Louisiana 70122. My contact number is 504-666-8539 and email is pbrazley2005@yahoo.com . My home that had Chinese Drywall was located at 4968 Paulina Dr., New Orleans, LA. 70126. I am a named plaintiff in the Abel case (11-80), Amorin (11-1395, 11-1672, and 11-1673). I do not plan to attend the fairness hearing.

I am writing in regards to the current settlement money we are being offered at this time. We don't feel that this offer is suitable our home was worth more money than what's being offered. I have receipts on everything I've spent thus far. We spend two hundred fifty thousand dollars on building our dream home. I had a Small Business Administration (SBA) Loan in the amount of two hundred and twenty-eight thousand and three hundred dollars in which every penny was spent. We then came out of our pocket with the remaining balance of twenty-two thousand dollars.

I've also spend money for rental fees due to my family and I having to move out of our home in 2009 to live with my sister due to health-related problems that the house caused. I paid her five hundred dollars a month for my family and my expenses relocating to her home. We then move out due to the home becoming crowded with two different families. We moved into a rental house from January 1, 2011 until July 2, 2012. During this time, even though we were not living in our home we had to still pay on the (SBA) mortgage as well as flood and homeowners insurance for the house due to it being a requirement from (SBA). We then started having finance problems trying to foot both bills mortgage, rent along with other house whole bills. We knew we couldn't make back into our home because of us getting sick and we didn't become homeless, we were force to look for other sources to help with rental assistance. We were trying to hold on to our property that we owned since 1994.

I found out about a program called Project Home Again that traded off your property and help you with another home. We felt like our backs were against the wall and was forced to give up our home and neighborhood we lived in for fourteen years however, this was our only choice we had at the time so we did what was best to keep from becoming a part of the homeless population statistics. We applied for the assistance and we were qualified for the program, but we were required to transfer the (SBA) Loan to the new home.

Due to the Chinese drywall, the house was just like Hurricanes Katrina home deemed unlivable so Project Home Again could only offer us a sum for the land as the building was considered a loss. Now I have to comply with 3 mortgage companies. While, today I only pay the SBA loan, the Project Home Again and Neigborhood Stablization loans are only forgiven if we stay in the new home for 10 years. We agreed to this so our family would have somewhere to live after we had to trade our home.

Project Home offered $55,000.00 thousands for our property. Due to our situation we were force

to trade on our home with Tainted Chinese Drywall for less than the money and work that was put into the home.

We had to transfer our SBA loan to the new house in order to be eligible for the program. We made this loan to build the house that we no longer own, we were told the house wasn't worth anything and they would be tearing it down, but instead they sold the property. We traded our home in July 2012 and our home was sold in August 2012 for $20,000.00, but when I went online to check the sales price, the house's estimated worth was $128,000.00.

I feel that our offer from Brown Greer at this time does not properly compensate us for the losses we suffered and what we have had to endure for the last nine years.  We do not want to opt-out, we would just like to be treated fairly in our case.

Respectfully Submitted,

Penny Brazley Alexander

Salvadore  Christina  Jr
Becnel  Law  Firm

**BECNEL LAW FIRM, LLC**

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084

NEW ORLEANS LA 700

21 NOV 2019 PM 1 L



Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510



23510-232385