# EXHIBIT "5"



**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Mass Torts | Whistleblower | Class Action

November 27, 2019

**VIA US MAIL AND E-MAIL**

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

re: 1163545 - Martinez, Dailyn nka Diaz, Dailyn - CDW (S)

Dear Class Counsel:

Enclosed is Dailyn Martinez's Objection.

Sincerely,

Pete Albanis

PVA/cc
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashville,
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haven, F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION "L" ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON ) |
| ALL CASES | ) MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, et al., individually, and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:11CV-22408-MGC |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., et al., | ) ) JUDGE COOKE ) ) ) |
| Defendants. | ) |

### OBJECTION OF DAILYN MARTINEZ TO TAISHAN SETTLEMENT

I, Dailyn Martinez, object to the Taishan Settlement, and state as follows:

- This Objection applies only to my claim.

- I object to the Settlement because the amount offered ($104,834 estimated gross allocation amount) is not enough money for me to get my house fixed. According to a December 2018 contractor's estimate, it will cost over $179,000 to get my

1

house fixed. I have been waiting for over 9 years for my case to be resolved. Not receiving enough money to get my house fixed is not fair to me or my family.

- I intend to appear at the Fairness Hearing and speak on my own behalf without my counsel, Pete V. Albanis of Morgan & Morgan, P.A.

- I do intend to call witnesses who are Luis Diaz and Jeasiel Diaz to testify of damages. I intend to present the following evidence: Contractors Estimate, Photographs, Drywall Inspections, Health Reports, Rental Contracts, Property Damage Receipts, Estimated Gross Allocation, Chinese Drywall Pamphlet, Supplemental Plantiff Form, Deposition Of Dailyn Martinez

- The address of affected property as well as my contact information is:

Dailyn Martinez
1624 NW 37th Ave.
Cape Coral, FL 33993
Tel: 786-255-1810

Signed: _____

Print Name: Dailyn Martinez

Date: 11-26-19

Mailed to:

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Penthouse
Norfolk, VA 23510

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle,
Coral Gables, FL 33134

2



**MORGAN & MORGAN**
COMPLEX LITIGATION GROUP
Mass Torts | Whistleblower | Class Action

One University Park
12800 University Drive | Suite 600
Fort Myers, FL 33907

7011 3125 0010



U.S. P...
ZIP 33907
02 4W
0000342864

*1163545*
Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

RECEIVED DEC 0 2 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| ALL CASES | ) ) | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Case No. 1:11CV-22408-MGC |
| TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*, | ) ) ) ) ) ) | JUDGE COOKE |
| Defendants. | | |

## OBJECTION OF DAILYN MARTINEZ TO TAISHAN SETTLEMENT

I, Dailyn Martinez, object to the Taishan Settlement, and state as follows:

- This Objection applies only to my claim.

- I object to the Settlement because the amount offered ($104,834 estimated gross allocation amount) is not enough money for me to get my house fixed. According to a December 2018 contractor's estimate, it will cost over $179,000 to get my

1

house fixed. I have been waiting for over 9 years for my case to be resolved. Not receiving enough money to get my house fixed is not fair to me or my family.

- I intend to appear at the Fairness Hearing and speak on my own behalf without my counsel, Pete V. Albanis of Morgan & Morgan, P.A.

- I do intend to call witnesses who are Luis Diaz and Jeasiel Diaz to testify of damages. I intend to present the following evidence: Contractors Estimate, Photographs, Drywall Inspections, Health Reports, Rental Contracts, Property Damage Receipts, Estimated Gross Allocation, Chinese Drywall Pamphlet, Supplemental Plantiff Form, Deposition Of Dailyn Martinez

- The address of affected property as well as my contact information is:

Dailyn Martinez
1624 NW 37th Ave.
Cape Coral, FL 33993
Tel: 786-255-1810

Signed: _[signature]_
Print Name: Dailyn Martinez
Date: 11-26-19

Mailed to:

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310 Penthouse
Norfolk, VA 23510

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle,
Coral Gables, FL 33134

2



November 27, 2019

**VIA US MAIL AND E-MAIL**

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

re:   1163545 - Martinez, Dailyn nka Diaz, Dailyn - CDW (S)

Dear Class Counsel:

Enclosed is Dailyn Martinez's Objection.

Sincerely,

Pete Albanis

PVA/cc
Enclosure

One University Park  I  12800 University Drive  I  Suite 600  I  Fort Myers, FL 33907  I  Ph: 239.433.6880  I  www.ForThePeople.com

Atlanta, GA  I  Bowling Green, KY  I  Daytona Beach, FL  I  Fort Myers, FL  I  Jackson, MS  I  Jacksonville, FL  I  Kissimmee, FL  I  Lakeland, FL  I  Lexington, KY  I  Naples, FL  I  Nashville, New York, NY  I  Memphis, TN  I  Orlando, FL  I  Plantation, FL  I  Sarasota, FL  I  St. Petersburg, FL  I  Tallahassee, FL  I  Tampa, FL  I  Tavares, FL  I  The Villages, FL  I  Winter Haven, F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| ALL CASES | ) | MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MGC<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:11CV-22408-<br><br>JUDGE COOKE |

## OBJECTION OF DAILYN MARTINEZ TO TAISHAN SETTLEMENT

I, Dailyn Martinez, object to the Taishan Settlement, and state as follows:

- This Objection applies only to my claim.

- I object to the Settlement because the amount offered ($104,834 estimated gross allocation amount) is not enough money for me to get my house fixed. According to a December 2018 contractor's estimate, it will cost over $179,000 to get my

1

house fixed. I have been waiting for over 9 years for my case to be resolved. Not receiving enough money to get my house fixed is not fair to me or my family.

- I intend to appear at the Fairness Hearing and speak on my own behalf without my counsel, Pete V. Albanis of Morgan & Morgan, P.A.

- I do intend to call witnesses who are Luis Diaz and Jeasiel Diaz to testify of damages. I intend to present the following evidence: Contractors Estimate, Photographs, Drywall Inspections, Health Reports, Rental Contracts, Property Damage Receipts, Estimated Gross Allocation, Chinese Drywall Pamphlet, Supplemental Plantiff Form, Deposition Of Dailyn Martinez

- The address of affected property as well as my contact information is:

Dailyn Martinez
1624 NW 37th Ave.
Cape Coral, FL 33993
Tel: 786-255-1810

Signed: _____

Print Name: Dailyn Martinez

Date: 11-26-19

Mailed to:

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310 Penthouse
Norfolk, VA 23510

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle,
Coral Gables, FL 33134

2



02047-EEF-MBN   Document 22389-5   Filed 12/04/19

MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Mass Torts | Whistleblower | Class Action

One University Park
12800 University Drive  Suite 600
Fort Myers, FL 33907

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

RECEIVED
DEC 03 2019
By:



**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
Mass Torts | Whistleblower | Class Action

November 27, 2019

## VIA US MAIL AND E-MAIL

| | |
|---|---|
| Arnold Levin & Sandra L. Duggan | Steven J. Herman |
| Levin Sedran & Berman | Herman, Herman & Katz |
| 510 Walnut Street Suite 500 | 820 O'Keefe Ave. |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| | |
| Richard J. Serpe | Patrick S. Montoya |
| Law Offices of Richard J. Serpe, PC | Colson Hicks Eidson |
| 580 East Main St., Suite 310 | 255 Alhambra Circle, Penthouse |
| Norfolk, VA 23510 | Coral Gables, FL 33134 |

re:   1163545 - Martinez, Dailyn nka Diaz, Dailyn - CDW (S)

Dear Class Counsel:

Enclosed is Dailyn Martinez's Objection.

Sincerely,

Pete Albanis

PVA/cc
Enclosure

One University Park | 12800 University Drive | Suite 600 | Fort Myers, FL 33907 | Ph: 239.433.6880 | www.ForThePeople.com

Atlanta, GA | Bowling Green, KY | Daytona Beach, FL | Fort Myers, FL | Jackson, MS | Jacksonville, FL | Kissimmee, FL | Lakeland, FL | Lexington, KY | Naples, FL | Nashvi
New York, NY | Memphis, TN | Orlando, FL | Plantation, FL | Sarasota, FL | St. Petersburg, FL | Tallahassee, FL | Tampa, FL | Tavares, FL | The Villages, FL | Winter Haver

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 ) ) SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE FALLON |
| ALL CASES | ) ) MAG. JUDGE WILKINSON |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated, Plaintiffs, v. MGC TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*, Defendants. | ) ) ) ) ) ) ) ) ) Case No. 1:11CV-22408- ) ) ) JUDGE COOKE ) ) ) ) |

### OBJECTION OF DAILYN MARTINEZ TO TAISHAN SETTLEMENT

I, Dailyn Martinez, object to the Taishan Settlement, and state as follows:

- This Objection applies only to my claim.

- I object to the Settlement because the amount offered ($104,834 estimated gross allocation amount) is not enough money for me to get my house fixed. According to a December 2018 contractor's estimate, it will cost over $179,000 to get my

1

house fixed. I have been waiting for over 9 years for my case to be resolved. Not receiving enough money to get my house fixed is not fair to me or my family.

- I intend to appear at the Fairness Hearing and speak on my own behalf without my counsel, Pete V. Albanis of Morgan & Morgan, P.A.

- I do intend to call witnesses who are Luis Diaz and Jeasiel Diaz to testify of damages. I intend to present the following evidence: Contractors Estimate, Photographs, Drywall Inspections, Health Reports, Rental Contracts, Property Damage Receipts, Estimated Gross Allocation, Chinese Drywall Pamphlet, Supplemental Plantiff Form, Deposition Of Dailyn Martinez

- The address of affected property as well as my contact information is:

Dailyn Martinez
1624 NW 37th Ave.
Cape Coral, FL 33993
Tel: 786-255-1810

Signed: _____

Print Name: Dailyn Martinez

Date: 11-26-19

Mailed to:

Arnold Levin & Sandra L. Duggan
Levin Sedran & Berman
510 Walnut Street Suite 500
Philadelphia, PA 19106

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Penthouse
Norfolk, VA 23510

Steven J. Herman
Herman, Herman & Katz
820 O'Keefe Ave.
New Orleans, LA 70113

Patrick S. Montoya
Colson Hicks Eidson
255   Alhambra   Circle,

Coral Gables, FL 33134

2



**MORGAN & MORGAN**
COMPLEX LITIGATION GROUP
Mass Torts | Whistleblower | Class Action

One University Park
12800 University Drive | Suite 600
Fort Myers, FL 33907

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 33907 $ 000.50⁰
02 4W
0000342864

RECEIVED
12/02/19

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510