# EXHIBIT "6"

# GARY AND INA HELMICK

13237 Emerald Acres Avenue, Dover, FL. 33527-3528 | 813-986-6326 | ina.helmick@gmail.com

**November 10, 2019**

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113

**Dear Settlement Class Counsel:**

**We object to the manner in which the limited settlement money is being distributed. We also object to the way in which the amount of money to be distributed was determined without considering the actual losses of all Chinese Drywall victims and was then allocated without consideration of those losses. Our home was built with Chinese Drywall in 2006, and we lived there from 2006 to 2017 before learning that we were impacted. Yet, no information regarding the losses or expenses we incurred were considered during settlement determination. The only considerations were the size of our home, the presence of the drywall markings and the date on which we discovered the presence of the problem drywall, which placed us in the "Brooke" settlement group.**

I am a retired teacher, and my husband is retired from the insurance industry. We were married in 1977 and bought our first home in 1980 for $29,000. In 1984, with a 4-year-old son, we sold that home and bought a slightly larger home for $79,000, rolling all of the equity into the new home. We lived in that home until 2006, when we sold that home and built the home we planned to retire in for $309,000, again rolling all of our equity into the new home. We lived in that home for 11 years. In 2017, a few years after we retired, we learned that this home on Emerald Acres was built with Chinese drywall. For the past two years, we have rented - first an apartment and now a house. We own this home that was valued at $450,000 to $470,000 (without the faulty drywall) that is now uninhabitable and basically worthless.

For this loss, we have been offered $33,000, minus approximately 30% for attorney fees. This amount comes nowhere near the amount required for replacing the drywall and restoring the home, much less the numerous expenses we have incurred by being forced to leave our home. The explanation for those in the "Brooke" group receiving only 20% of the amount allocated for the "Amron" group was that the "Brooke" cases were "not as developed." The losses experienced by all individuals who have lived in Chinese drywall homes, while all very individual, have been EQUALLY devastating. My husband and I have lost not only the value of this house, including all of the equity that we have built up from the homes we have owned throughout our 42-year marriage, but many of our retirement dreams as well.

I began this letter a couple of weeks ago with the intention of opting out of this settlement that I consider to be unfair for our situation. That changed when my husband was recently diagnosed with Stage IV cancer with no known primary, a very rare cancer that is affecting his liver, adrenal glands, lungs, stomach and lymph nodes. At this time in our lives, closure for this situation is needed.

I appreciate your efforts to assist those affected by Chinese drywall over the years. Unfortunately, for us and others in the "Brooke" group, the amount offered will not allow us to return to our homes. My husband and I are currently spending the amount offered in the settlement every year for living expenses away from our home. An early estimate of the cost to replace the drywall only (not replace the AC, the wiring, the fixtures and the appliances; not reimburse living expenses and relocation expenses for the time spent away from our home; and not replace any property losses that resulted from exposure) was $130,000. All victims should be treated equally. No victim should be told that he/she has suffered only 20% as much as another group of victims.

Sincerely,

**Gary and Ina Helmick**

2



Stephen J. Herman
Herman, Herman & Katz LLC
820 O'Keefe Ave.
New Orleans, LA 70113

RECEIVED DEC 02 2019

NOV 27 2019 TAMPA FL 33630 USA FOREVER



Ms Ina Helmick
13237 Emerald Acres Ave
Dover, FL 33527

**GARY AND INA HELMICK**

13237 Emerald Acres Avenue, Dover, FL. 33527-3528 | 813-986-6326 | ina.helmick@gmail.com

**November 10, 2019**

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA. 19106

**Dear Settlement Class Counsel:**

**We object to the manner in which the limited settlement money is being distributed. We also object to the way in which the amount of money to be distributed was determined without considering the actual losses of all Chinese Drywall victims and was then allocated without consideration of those losses. Our home was built with Chinese Drywall in 2006, and we lived there from 2006 to 2017 before learning that we were impacted. Yet, no information regarding the losses or expenses we incurred were considered during settlement determination. The only considerations were the size of our home, the presence of the drywall markings and the date on which we discovered the presence of the problem drywall, which placed us in the "Brooke" settlement group.**

I am a retired teacher, and my husband is retired from the insurance industry. We were married in 1977 and bought our first home in 1980 for $29,000. In 1984, with a 4-year-old son, we sold that home and bought a slightly larger home for $79,000, rolling all of the equity into the new home. We lived in that home until 2006, when we sold that home and built the home we planned to retire in for $309,000, again rolling all of our equity into the new home. We lived in that home for 11 years. In 2017, a few years after we retired, we learned that this home on Emerald Acres was built with Chinese drywall. For the past two years, we have rented - first an apartment and now a house. We own this home that was valued at $450,000 to $470,000 (without the faulty drywall) that is now uninhabitable and basically worthless.

For this loss, we have been offered $33,000, minus approximately 30% for attorney fees. This amount comes nowhere near the amount required for replacing the drywall and restoring the home, much less the numerous expenses we have incurred by being forced to leave our home. The explanation for those in the "Brooke" group receiving only 20% of the amount allocated for the "Amron" group was that the "Brooke" cases were "not as developed." The losses experienced by all individuals who have lived in Chinese drywall homes, while all very individual, have been EQUALLY devastating. My husband and I have lost not only the value of this house, including all of the equity that we have built up from the homes we have owned throughout our 42-year marriage, but many of our retirement dreams as well.

I began this letter a couple of weeks ago with the intention of opting out of this settlement that I consider to be unfair for our situation. That changed when my husband was recently diagnosed with Stage IV cancer with no known primary, a very rare cancer that is affecting his liver, adrenal glands, lungs, stomach and lymph nodes. At this time in our lives, closure for this situation is needed.

I appreciate your efforts to assist those affected by Chinese drywall over the years. Unfortunately, for us and others in the "Brooke" group, the amount offered will not allow us to return to our homes. My husband and I are currently spending the amount offered in the settlement every year for living expenses away from our home. An early estimate of the cost to replace the drywall only (not replace the AC, the wiring, the fixtures and the appliances; not reimburse living expenses and relocation expenses for the time spent away from our home; and not replace any property losses that resulted from exposure) was $130,000. All victims should be treated equally. No victim should be told that he/she has suffered only 20% as much as another group of victims.

Sincerely,

**Gary and Ina Helmick**

2



Ms. Ina Helmick
13237 Emerald Acres Ave
Dover, FL 33527

Arnold Levin and Sandra L. Duggan
Levin, Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106



# GARY AND INA HELMICK

13237 Emerald Acres Avenue, Dover, FL. 33527-3528 | 813-986-6326 | ina.helmick@gmail.com

**November 10, 2019**

Patrick S. Montoya
Colson Hicks Eidson
235 Alhambra Circle, Penthouse
Coral Gables, FL. 33134

**Dear Settlement Class Counsel:**

**We object to the manner in which the limited settlement money is being distributed. We also object to the way in which the amount of money to be distributed was determined without considering the actual losses of all Chinese Drywall victims and was then allocated without consideration of those losses. Our home was built with Chinese Drywall in 2006, and we lived there from 2006 to 2017 before learning that we were impacted. Yet, no information regarding the losses or expenses we incurred were considered during settlement determination. The only considerations were the size of our home, the presence of the drywall markings and the date on which we discovered the presence of the problem drywall, which placed us in the "Brooke" settlement group.**

I am a retired teacher, and my husband is retired from the insurance industry. We were married in 1977 and bought our first home in 1980 for $29,000. In 1984, with a 4-year-old son, we sold that home and bought a slightly larger home for $79,000, rolling all of the equity into the new home. We lived in that home until 2006, when we sold that home and built the home we planned to retire in for $309,000, again rolling all of our equity into the new home. We lived in that home for 11 years. In 2017, a few years after we retired, we learned that this home on Emerald Acres was built with Chinese drywall. For the past two years, we have rented - first an apartment and now a house. We own this home that was valued at $450,000 to $470,000 (without the faulty drywall) that is now uninhabitable and basically worthless.

2

For this loss, we have been offered $33,000, minus approximately 30% for attorney fees. This amount comes nowhere near the amount required for replacing the drywall and restoring the home, much less the numerous expenses we have incurred by being forced to leave our home. The explanation for those in the "Brooke" group receiving only 20% of the amount allocated for the "Amron" group was that the "Brooke" cases were "not as developed." The losses experienced by all individuals who have lived in Chinese drywall homes, while all very individual, have been EQUALLY devastating. My husband and I have lost not only the value of this house, including all of the equity that we have built up from the homes we have owned throughout our 42-year marriage, but many of our retirement dreams as well.

I began this letter a couple of weeks ago with the intention of opting out of this settlement that I consider to be unfair for our situation. That changed when my husband was recently diagnosed with Stage IV cancer with no known primary, a very rare cancer that is affecting his liver, adrenal glands, lungs, stomach and lymph nodes. At this time in our lives, closure for this situation is needed.

I appreciate your efforts to assist those affected by Chinese drywall over the years. Unfortunately, for us and others in the "Brooke" group, the amount offered will not allow us to return to our homes. My husband and I are currently spending the amount offered in the settlement every year for living expenses away from our home. An early estimate of the cost to replace the drywall only (not replace the AC, the wiring, the fixtures and the appliances; not reimburse living expenses and relocation expenses for the time spent away from our home; and not replace any property losses that resulted from exposure) was $130,000. All victims should be treated equally. No victim should be told that he/she has suffered only 20% as much as another group of victims.

Sincerely,

*Gary & Ina Helmick*

**Gary and Ina Helmick**

2

Patrick S. Montoya
Carlson Hicho Eskarp
235 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Ms Ina Helmick
13237 Emerald Acres Ave
Dover, FL 33527

RECEIVED
DEC 02 2019
By: jjulianm

# GARY AND INA HELMICK

13237 Emerald Acres Avenue, Dover, FL. 33527-3528 | 813-986-6326 | ina.helmick@gmail.com

**November 10, 2019**

Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA. 23510

**Dear Settlement Class Counsel:**

**We object to the manner in which the limited settlement money is being distributed. We also object to the way in which the amount of money to be distributed was determined without considering the actual losses of all Chinese Drywall victims and was then allocated without consideration of those losses. Our home was built with Chinese Drywall in 2006, and we lived there from 2006 to 2017 before learning that we were impacted. Yet, no information regarding the losses or expenses we incurred were considered during settlement determination. The only considerations were the size of our home, the presence of the drywall markings and the date on which we discovered the presence of the problem drywall, which placed us in the "Brooke" settlement group.**

I am a retired teacher, and my husband is retired from the insurance industry. We were married in 1977 and bought our first home in 1980 for $29,000. In 1984, with a 4-year-old son, we sold that home and bought a slightly larger home for $79,000, rolling all of the equity into the new home. We lived in that home until 2006, when we sold that home and built the home we planned to retire in for $309,000, again rolling all of our equity into the new home. We lived in that home for 11 years. In 2017, a few years after we retired, we learned that this home on Emerald Acres was built with Chinese drywall. For the past two years, we have rented - first an apartment and now a house. We own this home that was valued at $450,000 to $470,000 (without the faulty drywall) that is now uninhabitable and basically worthless.

For this loss, we have been offered $33,000, minus approximately 30% for attorney fees. This amount comes nowhere near the amount required for replacing the drywall and restoring the home, much less the numerous expenses we have incurred by being forced to leave our home. The explanation for those in the "Brooke" group receiving only 20% of the amount allocated for the "Amron" group was that the "Brooke" cases were "not as developed." The losses experienced by all individuals who have lived in Chinese drywall homes, while all very individual, have been EQUALLY devastating. My husband and I have lost not only the value of this house, including all of the equity that we have built up from the homes we have owned throughout our 42-year marriage, but many of our retirement dreams as well.

I began this letter a couple of weeks ago with the intention of opting out of this settlement that I consider to be unfair for our situation. That changed when my husband was recently diagnosed with Stage IV cancer with no known primary, a very rare cancer that is affecting his liver, adrenal glands, lungs, stomach and lymph nodes. At this time in our lives, closure for this situation is needed.

I appreciate your efforts to assist those affected by Chinese drywall over the years. Unfortunately, for us and others in the "Brooke" group, the amount offered will not allow us to return to our homes. My husband and I are currently spending the amount offered in the settlement every year for living expenses away from our home. An early estimate of the cost to replace the drywall only (not replace the AC, the wiring, the fixtures and the appliances; not reimburse living expenses and relocation expenses for the time spent away from our home; and not replace any property losses that resulted from exposure) was $130,000. All victims should be treated equally. No victim should be told that he/she has suffered only 20% as much as another group of victims.

Sincerely,

**Gary and Ina Helmick**

2







Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510

Ms Ina Helmick
13237 Emerald Acres Ave
Dover, FL 33527