# EXHIBIT "9"

SUBJECT:  Objection to Taishan Settlement for MDL No.2047

a) This objection applies to all class members identified as Brook Plantiffs Class H in the Chinese Drywall Litigation:  Allocation Model and Allocation Neutral Report.
b) The plantiffs specified in para a.  are only allocated a multiple of .2 for the settlement per sq ft amount because they did not find out that they had Taishan Chinese Drywall until after the initial lawsuit was filed.  It is unfair for these plantiffs to be denied full compensation, when it is proven that Taishan supplied the drywall used in their property.  (In my specific case remediation is estimated at $138,000.  Under the specified settlement I will receive slightly over $25,000.)
c) I cannot appear at the hearing for financial reasons.
d) I would submit my inspection report prepared by Howard Ersham of Chinese Drywall Screening LLC, a noted expert on Chinese drywall which specifically states my home has MDL2047 Drywall Index #17-Taishan. This report includes photographs of samples showing Taishan marking.

    Comment:  It is extremely unfair to reduce the award for Brook Class H by 80% solely because the houses were purchased after the litigation began or the plantiffs did become aware of the Chinese Drywall until after the litigation began!


Stephen and Bonita Hemming

/s/  Jimmy Doyle
Counsel for Plaintiffs