# EXHIBIT "11"

# LEMMON
## LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

P 985.783.6789 · F 985.783.1333
www.LemmonLawFirm.com

November 27, 2019

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Ste. 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Edison
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134

Re: Frederick Yorsch
3404-3406 Shangri LA
Chalmette, LA 70043

Dear Gentlemen:

My client Frederick Yorsch instructed me to file this appeal in his claim on the above property only to raise the sufficiency of the proposed allocation of $22,806.33. Mr. Yorsch's property is nearly 2,300 square feet and sustained significant damage to its electrical and air conditioning, and he has no other source of relief for this claim because there was no contractor or insurance involved. He is required to renovate the property, and the amount offered will not even satisfy his out of pocket costs to repair, even before attorneys' fees and costs. It amounts to less than $10 per square foot. This situation is an extreme hardship on him and his family.

Mr. Yorsch intends to be available with below counsel for the Fairness Hearing and would testify if called to discuss the extent of the renovation required.

Mr. Yorsch is a named party in the following matter: *Stephen and Diane Brooke, individually, and on behalf of all other similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation*, EDLA, No. 2:15-cv-

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Scott J. Falgoust
scott@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

04127. His full name and mailing address is: Frederick Yorsch, 4532 W. Napoleon Ave., Suite 201, Metairie, LA 70001. His email address is: fyorsch@morelyorsch.com.. His phone number is: 504-595-5034.

Sincerely,

Andrew A. Lemmon

AAL/aa

Approved by:

_____
Frederick Yorsch

**LEMMON LAW FIRM, LLC**

15058 River Road
Post Office Box 904
Hahnville, LA 70057





RECEIVED DEC 03 2019

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

# LEMMON
## LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

P 985.783.6789 · F 985.783.1333
www.LemmonLawFirm.com

November 27, 2019

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Ste. 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Edison
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134

Re:   Frederick Yorsch
      3404-3406 Shangri LA
      Chalmette, LA 70043

Dear Gentlemen:

My client Frederick Yorsch instructed me to file this appeal in his claim on the above property only to raise the sufficiency of the proposed allocation of $22,806.33. Mr. Yorsch's property is nearly 2,300 square feet and sustained significant damage to its electrical and air conditioning, and he has no other source of relief for this claim because there was no contractor or insurance involved. He is required to renovate the property, and the amount offered will not even satisfy his out of pocket costs to repair, even before attorneys' fees and costs. It amounts to less than $10 per square foot. This situation is an extreme hardship on him and his family.

Mr. Yorsch intends to be available with below counsel for the Fairness Hearing and would testify if called to discuss the extent of the renovation required.

Mr. Yorsch is a named party in the following matter: *Stephen and Diane Brooke, individually, and on behalf of all other similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation*, EDLA, No. 2:15-cv-

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Scott J. Falgoust
scott@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

04127. His full name and mailing address is: Frederick Yorsch, 4532 W. Napoleon Ave., Suite 201, Metairie, LA 70001. His email address is: fyorsch@morelyorsch.com.. His phone number is: 504-595-5034.

Sincerely,

Andrew A. Lemmon

AAL/aa

Approved by:

_____
Frederick Yorsch

**LEMMON LAW FIRM, LLC**

15058 River Road
Post Office Box 904
Hahnville, LA 70057

U.S. POSTAGE PAID
FCM LETTER
LULING, LA
70070
NOV 27, 19
$0.55
R2304H108211-08

19106

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

# LEMMON
## LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

P 985.783.6789 · F 985.783.1333
www.LemmonLawFirm.com

November 27, 2019

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Ste. 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Edison
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134

Re: Frederick Yorsch
3404-3406 Shangri LA
Chalmette, LA 70043

Dear Gentlemen:

My client Frederick Yorsch instructed me to file this appeal in his claim on the above property only to raise the sufficiency of the proposed allocation of $22,806.33. Mr. Yorsch's property is nearly 2,300 square feet and sustained significant damage to its electrical and air conditioning, and he has no other source of relief for this claim because there was no contractor or insurance involved. He is required to renovate the property, and the amount offered will not even satisfy his out of pocket costs to repair, even before attorneys' fees and costs. It amounts to less than $10 per square foot. This situation is an extreme hardship on him and his family.

Mr. Yorsch intends to be available with below counsel for the Fairness Hearing and would testify if called to discuss the extent of the renovation required.

Mr. Yorsch is a named party in the following matter: *Stephen and Diane Brooke, individually, and on behalf of all other similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation*, EDLA, No. 2:15-cv-

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Scott J. Falgoust
scott@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

04127. His full name and mailing address is: Frederick Yorsch, 4532 W. Napoleon Ave., Suite 201, Metairie, LA 70001. His email address is: fyorsch@morelyorsch.com.. His phone number is: 504-595-5034.

Sincerely,

Andrew A. Lemmon

AAL/aa

Approved by:

_____
Frederick Yorsch



# LEMMON
## LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

P 985.783.6789 · F 985.783.1
www.LemmonLawFirm.cor

November 27, 2019

Arnold Levin
Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Ste 500
Philadelphia, PA 19106

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

Richard Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Ste. 310
Norfolk, VA 23510

Patrick S. Montoya
Colson Hicks Edison
255 Alhambra Circle,
Penthouse
Coral Gables, FL 33134

Re: Frederick Yorsch
3404-3406 Shangri LA
Chalmette, LA 70043

Dear Gentlemen:

My client Frederick Yorsch instructed me to file this appeal in his claim on the above property only to raise the sufficiency of the proposed allocation of $22,806.33. Mr. Yorsch's property is nearly 2,300 square feet and sustained significant damage to its electrical and air conditioning, and he has no other source of relief for this claim because there was no contractor or insurance involved. He is required to renovate the property, and the amount offered will not even satisfy his out of pocket costs to repair, even before attorneys' fees and costs. It amounts to less than $10 per square foot. This situation is an extreme hardship on him and his family.

Mr. Yorsch intends to be available with below counsel for the Fairness Hearing and would testify if called to discuss the extent of the renovation required.

Mr. Yorsch is a named party in the following matter: *Stephen and Diane Brooke, individually, and on behalf of all other similarly situated v. The State-Owned Assets Supervision and Administration Commission of the State Council; Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Beijing New Building Materials Public Limited Co.; China National Building Material Co., Ltd.; Beijing New Building Materials (Group) Co., Ltd.; China National Building Materials Group Corporation*, EDLA, No. 2:15-cv-

Andrew A. Lemmon
andrew@lemmonlawfirm.com

James (Jake) Lemmon *of Counsel*
jake@lemmonlawfirm.com

Irma L. Netting
irma@lemmonlawfirm.com

Scott J. Falgoust
scott@lemmonlawfirm.com

Harry T. Lemmon
*of Counsel*

04127. His full name and mailing address is: Frederick Yorsch, 4532 W. Napoleon Ave., Suite 201, Metairie, LA 70001. His email address is: fyorsch@morelyorsch.com.. His phone number is: 504-595-5034.

Sincerely,

Andrew A. Lemmon

AAL/aa

Approved by:

_____
Frederick Yorsch



**LEMMON**
LAW FIRM, LLC

15058 River Road
Post Office Box 904
Hahnville, LA 70057

  

U.S. POSTAGE PAID
FCM LETTER
LULING, LA
70070
NOV 27, 19
AMOUNT
**$0.55**
R2304H108211-08

1000   23510

Richard Serpe
Law Offices of Richard J. Serpe, PC
580 East Main Street, Ste. 310
Norfolk, VA 23510

RECEIVED
12/02/19

23510?2323 C018