# EXHIBIT "12"

# ARTHUR EDGE, III, P.C.
# ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    **RE:**    **Chinese Drywall MDL – Taishan Objections**

Dear Stephen:

    Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

    Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Comes Now Plaintiff Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**Foster Objection**

Mr. Foster's only objection is regarding the notation on the master spreadsheet that states "Class Member 1st Franklin Financial Corporation has asserted a Claim with respect to this Affected Property. You must submit to the Claims Administrator documentation to support the allocation of the Allocation Amount for this property within 35 days of the Preliminary Approval Order." Mr. Foster is unaware if 1st Franklin Financial Corporation has submitted any

documentation to the Claims Administrator and believes he is entitled to the entirety of the settlement proceeds.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: /s/ David L. Horsley

David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

I, Van Foster on behalf of Good Ole Boyz, LLC, who owned a home located at 1610 16th St North, Birmingham, Alabama 35204 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_Van D. Foster_
**Claimant Print**

_Van D. Foster_
**Claimant Signature**

_1610 16th St. North Birmingham, AL - 35204_
~~2017 47th St, Insley~~
**Address**

_205-427-4469_
**Phone**

_Taysid@aol.com_
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113





UNITED STATES POSTAL SERVICE.  Retail

US POSTAGE PAID
$7.85
Origin: 35205
11/27/19
0108150290-15

PRIORITY MAIL 2-DAY ®

0 Lb 6.40 Oz
1004

EXPECTED DELIVERY DAY: 11/30/19

C010

SHIP TO:
820 OKEEFE AVE
NEW ORLEANS LA 70113-1125

USPS TRACKING® NUMBER

9505 5105 8392 9331 3703 83

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

**OBJECTION TO TAISHAN PROPOSED SETTLEMENT**

Comes Now Plaintiff Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**Foster Objection**

Mr. Foster's only objection is regarding the notation on the master spreadsheet that states "Class Member 1st Franklin Financial Corporation has asserted a Claim with respect to this Affected Property. You must submit to the Claims Administrator documentation to support the allocation of the Allocation Amount for this property within 35 days of the Preliminary Approval Order." Mr. Foster is unaware if 1st Franklin Financial Corporation has submitted any

documentation to the Claims Administrator and believes he is entitled to the entirety of the settlement proceeds.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

I, Van Foster on behalf of Good Ole Boyz, LLC, who owned a home located at 1610 16th St North, Birmingham, Alabama 35204 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_Van D. Foster_
**Claimant Print**

_Van D. Foster_
**Claimant Signature**

_1610 16th St. North Birmingham, AL - 35204_
~~2017 47th St, Ensley~~
**Address**

_205-427-4469_
**Phone**

_Taysid@aol.com_
**Email**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

**OBJECTION TO TAISHAN PROPOSED SETTLEMENT**

Comes Now Plaintiff Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**Foster Objection**

Mr. Foster's only objection is regarding the notation on the master spreadsheet that states "Class Member 1st Franklin Financial Corporation has asserted a Claim with respect to this Affected Property. You must submit to the Claims Administrator documentation to support the allocation of the Allocation Amount for this property within 35 days of the Preliminary Approval Order." Mr. Foster is unaware if 1st Franklin Financial Corporation has submitted any

documentation to the Claims Administrator and believes he is entitled to the entirety of the settlement proceeds.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: /s/ David L. Horsley
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

# TAISHAN OBJECTION

I, Van Foster on behalf of Good Ole Boyz, LLC, who owned a home located at 1610 16th St North, Birmingham, Alabama 35204 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_Van D. Foster_
**Claimant Print**

_Van D. Foster_
**Claimant Signature**

_1610 16th St. North Birmingham, AL. 35204_
~~2017 47th St, Ensley~~
**Address**

_205-427-4469_
**Phone**

_Taysid@aol.com_
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322


RECEIVED
DEC 02 2019
By: Yliane



Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

USPS PRIORITY MAIL 2-DAY
US POSTAGE PAID $8.00
Origin: 35205
11/27/19
0108150290-15
0 Lb 6.40 Oz
1004
EXPECTED DELIVERY DAY: 11/30/19
C037
SHIP TO:
255 ALHAMBRA CIR
MIAMI FL 33134-7411

USPS TRACKING NUMBER
9505 5105 8392 9331 3703 90

# ARTHUR EDGE, III, P.C.
# ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, Virginia 23510

### RE:   Chinese Drywall MDL – Taishan Objections

Dear Richard:

Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

ARTHUR EDGE, III P.C.

2320 I
Bi

USPS TRACKING NUMBER
EXPECTED DELIVERY DAY: 11/30/19
9505 5105 8392 9331 3704 08

Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main St., Suite 310
Norfolk, VA 23510


1004


23510


U.S. POSTAGE PAID
BIRMINGHAM, AL
35203
NOV 27, 19
AMOUNT
$8.00
R2304M114497-15

RECEIVED 12/2/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

································································

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Comes Now Plaintiff Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Van Foster of Good Ole Boyz, LLC who owned a property at 1610 16th Street North, Birmingham, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**Foster Objection**

Mr. Foster's only objection is regarding the notation on the master spreadsheet that states "Class Member 1st Franklin Financial Corporation has asserted a Claim with respect to this Affected Property. You must submit to the Claims Administrator documentation to support the allocation of the Allocation Amount for this property within 35 days of the Preliminary Approval Order." Mr. Foster is unaware if 1st Franklin Financial Corporation has submitted any

documentation to the Claims Administrator and believes he is entitled to the entirety of the settlement proceeds.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

I, Van Foster on behalf of Good Ole Boyz, LLC, who owned a home located at 1610 16th St North, Birmingham, Alabama 35204 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_Van D. Foster_
**Claimant Print**

_Van D. Foster_
**Claimant Signature**

1610 16th St. North Birmingham, AL. 35204
~~2017 47th St, Ensley~~
**Address**

205-427-4469
**Phone**

Taysid@aol.com
**Email**