# EXHIBIT "13"

# ARTHUR EDGE, III, P.C.
## ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE:  (205)  453-0322
FACSIMILE:  (205)  453-0326

November 27, 2019

**VIA USPS:**
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

    **RE:   Chinese Drywall MDL – Taishan Objections**

Dear Stephen:

    Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

    Should you have any questions or need anything further please do not hesitate to contact this office.

                        Sincerely,

                        David L. Horsley

Enclosures

DLH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:   CHINESE-MANUFACTURED            MDL NO. 2047
         DRYWALL PRODUCTS LIABILITY
         LITIGATION                       SECTION: L

         THIS DOCUMENT RELATES TO:        JUDGE FALLON

         *ALL CASES*                      MAG. JUDGE WILKINSON

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, the Tarvers would be entitled to only $60,169.09[1] or $36.15 a sq/ft.  Under the metrics of the Taishan default, they would receive $176,446.06 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2]  A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief.  Unlike Knauf claimants who have had their homes remediated and have not had to spent additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages.  Due to the small sum that has been agreed upon in this settlement, Plaintiffs will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Tarver Specific**

The Tarvers would also like to bring to the Court's attention the following:

1. The Tarvers have consulted with local builders who have estimated the remediation of the home at $120 - $125 sq/ft and this does not include any alternative living expenses.

2. The Tarvers have spent funds to replace the HVAC system, household appliances and other electrical devices as a result of the Chinese drywall.

3. The Tarvesr believe that the Chinese drywall has caused medical issues that they have been forced to live with and continue to suffer to this day.

---

[1] The Tarvers' Estimate Gross was $89,804.62, after the reduction of fees and expenses it totals $60,169.09
[2] Under the terms of the *Germano* Default, Plaintiffs would be entitled to $141,610.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

**TAISHAN OBJECTION**

We, Theodore and Cynthia Tarver, who own a home located at 1016 Woodbrook Road, Birmingham, Alabama 35215 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_THEODORE TARVER_
Claimant Print

_[signature]_
Claimant Signature

_Cynthia R. Tarver_
Claimant Print

_[signature]_
Claimant Signature

_1016 Woodbrook Rd_
_Birmingham, Al 35215_
Address

_205-856-6282  Cell # 205-234-5338_
Phone

_Tarver7916@yahoo.com_
Email

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113





**UNITED STATES POSTAL SERVICE.**   *Retail*

**P**

**US POSTAGE PAID**
**$7.85**
Origin: 35205
11/27/19
0108150290-15

**PRIORITY MAIL 2-DAY ®**

0 Lb 8.40 Oz
**1004**

EXPECTED DELIVERY DAY:  11/30/19

**C010**

SHIP
TO:
820 OKEEFE AVE
NEW ORLEANS LA 70113-1125

**USPS TRACKING®NUMBER**

9505 5105 8392 9331 3703 83

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     **CHINESE-MANUFACTURED**       MDL NO. 2047
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**                     SECTION: L

**THIS DOCUMENT RELATES TO:**     JUDGE FALLON

*ALL CASES*                             MAG. JUDGE WILKINSON

................................................................................

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is "**fair, reasonable, and adequate.**" Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, the Tarvers would be entitled to only $60,169.09[1] or $36.15 a sq/ft.  Under the metrics of the Taishan default, they would receive $176,446.06 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2]  A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief.  Unlike Knauf claimants who have had their homes remediated and have not had to spent additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages.  Due to the small sum that has been agreed upon in this settlement, Plaintiffs will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Tarver Specific**

The Tarvers would also like to bring to the Court's attention the following:

1. The Tarvers have consulted with local builders who have estimated the remediation of the home at $120 - $125 sq/ft and this does not include any alternative living expenses.

2. The Tarvers have spent funds to replace the HVAC system, household appliances and other electrical devices as a result of the Chinese drywall.

3. The Tarvesr believe that the Chinese drywall has caused medical issues that they have been forced to live with and continue to suffer to this day.

---

[1] The Tarvers' Estimate Gross was $89,804.62, after the reduction of fees and expenses it totals $60,169.09
[2] Under the terms of the *Germano* Default, Plaintiffs would be entitled to $141,610.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____

David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

We, Theodore and Cynthia Tarver, who own a home located at 1016 Woodbrook Road, Birmingham, Alabama 35215 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_THEODORE TARVER_
**Claimant Print**

_[signature]_
**Claimant Signature**

_Cynthia R. TARVER_
**Claimant Print**

_[signature]_
**Claimant Signature**

_1016 Woodbrook Rd_
_Birmingham, Al 35215_
**Address**

_205 – 856 – 6282   Cell # 205 – 234 – 5338_
**Phone**

_TARVER7916@yahoo.com_
**Email**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | | SECTION: L |
| | THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | *ALL CASES* | MAG. JUDGE WILKINSON |

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, the Tarvers would be entitled to only $60,169.09[1] or $36.15 a sq/ft.  Under the metrics of the Taishan default, they would receive $176,446.06 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2]  A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief.  Unlike Knauf claimants who have had their homes remediated and have not had to spent additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages.  Due to the small sum that has been agreed upon in this settlement, Plaintiffs will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Tarver Specific**

The Tarvers would also like to bring to the Court's attention the following:

1.  The Tarvers have consulted with local builders who have estimated the remediation of the home at $120 - $125 sq/ft and this does not include any alternative living expenses.

2.  The Tarvers have spent funds to replace the HVAC system, household appliances and other electrical devices as a result of the Chinese drywall.

3.  The Tarvesr believe that the Chinese drywall has caused medical issues that they have been forced to live with and continue to suffer to this day.

---

[1] The Tarvers' Estimate Gross was $89,804.62, after the reduction of fees and expenses it totals $60,169.09
[2] Under the terms of the *Germano* Default, Plaintiffs would be entitled to $141,610.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:     205-453-0326

## TAISHAN OBJECTION

We, Theodore and Cynthia Tarver, who own a home located at 1016 Woodbrook Road, Birmingham, Alabama 35215 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_THEODORE TARVER_
**Claimant Print**

_(signature)_
**Claimant Signature**

_Cynthia R. Tarver_
**Claimant Print**

_Cynthia R. Tarver_
**Claimant Signature**

_1016 Woodbrook Rd._
_Birmingham, Al 35215_
**Address**

_205-856-6282 Cell # 205-234-5338_
**Phone**

_Tarver7916@yahoo.com_
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

RECEIVED
DEC 0 2 2019
By: Yulianne


UNITED STATES
POSTAL SERVICE.          *Retail*

  US POSTAGE PAID
**$8.00**   Origin: 35205
11/27/19
0108150290-15

PRIORITY MAIL 2-DAY ®

0 Lb 6.40 Oz
**1004**

EXPECTED DELIVERY DAY:  11/30/19

C037

SHIP
TO:
   255 ALHAMBRA CIR
   MIAMI FL  33134-7411

USPS TRACKING® NUMBER



9505 5105 8392 9331 3703 90

Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

# ARTHUR EDGE, III, P.C.
# ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, Virginia 23510

### RE:   Chinese Drywall MDL – Taishan Objections

Dear Richard:

Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

ARTHUR EDGE, III, P.C.

USPS TRACKING ® NUMBER

9505 5105 8392 9331 3704 08

EXPECTED DELIVERY DAY: 11/30/19

Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main St., Suite 310
Norfolk, VA 23510







U.S. POSTAGE PAID
BIRMINGHAM AL
$8.00
R2304I11446715



RECEIVED
12/2/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | | **SECTION: L** |
| | **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| | *ALL CASES* | **MAG. JUDGE WILKINSON** |

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Theodore Tarver and Cynthia Tarver who own a property at 1016 Woodbrook Road, Birmingham, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, the Tarvers would be entitled to only $60,169.09[1] or $36.15 a sq/ft. Under the metrics of the Taishan default, they would receive $176,446.06 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf claimants who have had their homes remediated and have not had to spent additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiffs will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Tarver Specific**

The Tarvers would also like to bring to the Court's attention the following:

1. The Tarvers have consulted with local builders who have estimated the remediation of the home at $120 - $125 sq/ft and this does not include any alternative living expenses.

2. The Tarvers have spent funds to replace the HVAC system, household appliances and other electrical devices as a result of the Chinese drywall.

3. The Tarvesr believe that the Chinese drywall has caused medical issues that they have been forced to live with and continue to suffer to this day.

---

[1] The Tarvers' Estimate Gross was $89,804.62, after the reduction of fees and expenses it totals $60,169.09
[2] Under the terms of the *Germano* Default, Plaintiffs would be entitled to $141,610.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____

David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

We, Theodore and Cynthia Tarver, who own a home located at 1016 Woodbrook Road, Birmingham, Alabama 35215 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

THEODORE TARVER
**Claimant Print**

**Claimant Signature**

Cynthia R. Tarver
**Claimant Print**

Cynthia R Tarver
**Claimant Signature**

1016 Woodbrook Rd
Birmingham, Al 35215
**Address**

205-856-6282  Cell # 205-234-5338
**Phone**

Tarver7916@yahoo.com
**Email**