# EXHIBIT "14"

# ARTHUR EDGE, III, P.C.
# ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

RE:   **Chinese Drywall MDL – Taishan Objections**

Dear Stephen:

Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:      **CHINESE-MANUFACTURED**      **MDL NO. 2047**
         **DRYWALL PRODUCTS LIABILITY**
         **LITIGATION**      **SECTION: L**

         **THIS DOCUMENT RELATES TO:**      **JUDGE FALLON**

         *ALL CASES*      **MAG. JUDGE WILKINSON**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Comes Now Plaintiff Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, Mr. Cummins would be entitled to only $15,029.75[1] or $6.92 a sq/ft. Under the metrics of the Taishan default, he would receive $154,204.96 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf claimants who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffss are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, Mr. Cummins is being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke*

---

[1] Cummins's Estimate Gross was $15,029.75, after the reduction of fees and expenses it totals $10,069.93

[2] Under the metrics of the *Germano* Default, Plaintiff would be entitled to $123,760.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

claimants. In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

**I, Chris Cummins, who own a home located at 13623 Johns Road, Vance, Alabama 35490 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.**

_Chris Cummins_
**Claimant Print**

_Chris Cummins_
**Claimant Signature**

13623 Johns Rd

Vance, AL   35490
**Address**

205-616-5667
**Phone**

bamaboy7739@yahoo.com
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113





UNITED STATES POSTAL SERVICE.    *Retail*

**P**    US POSTAGE PAID

**$7.85**

Origin: 35205
11/27/19
0108150290-15

PRIORITY MAIL 2-DAY ®

0 Lb 8.40 Oz

**1004**

EXPECTED DELIVERY DAY:  11/30/19

C010

SHIP
TO:
820 OKEEFE AVE
NEW ORLEANS LA  70113-1125

USPS TRACKING®NUMBER

9505 5105 8392 9331 3703 83

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | | **SECTION: L** |
| | **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| | *ALL CASES* | **MAG. JUDGE WILKINSON** |

**OBJECTION TO TAISHAN PROPOSED SETTLEMENT**

Comes Now Plaintiff Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, Mr. Cummins would be entitled to only $15,029.75[1] or $6.92 a sq/ft. Under the metrics of the Taishan default, he would receive $154,204.96 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf claimants who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffss are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, Mr. Cummins is being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke*

---

[1] Cummins's Estimate Gross was $15,029.75, after the reduction of fees and expenses it totals $10,069.93
[2] Under the metrics of the *Germano* Default, Plaintiff would be entitled to $123,760.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

claimants. In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

**I, Chris Cummins, who own a home located at 13623 Johns Road, Vance, Alabama 35490 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.**

Chris Cummins
**Claimant Print**

Chris Cummins
**Claimant Signature**

13623 Johns Rd

Vance, AL   35490
**Address**

205-616-5667
**Phone**

bamaboy7739@yahoo.com
**Email**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:     **CHINESE-MANUFACTURED**     **MDL NO. 2047**
             **DRYWALL PRODUCTS LIABILITY**
             **LITIGATION**              **SECTION: L**

             **THIS DOCUMENT RELATES TO:**     **JUDGE FALLON**

             *ALL CASES*                   **MAG. JUDGE WILKINSON**

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Comes Now Plaintiff Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama.  Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel.  Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."**  Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate.  In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages.  In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, Mr. Cummins would be entitled to only $15,029.75[1] or $6.92 a sq/ft. Under the metrics of the Taishan default, he would receive $154,204.96 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf claimants who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffss are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

## Brookes Plaintiffs are being unfairly prejudiced

As a *Brooke* Plaintiff, Mr. Cummins is being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke*

---

[1] Cummins's Estimate Gross was $15,029.75, after the reduction of fees and expenses it totals $10,069.93
[2] Under the metrics of the *Germano* Default, Plaintiff would be entitled to $123,760.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

claimants. In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

# TAISHAN OBJECTION

I, Chris Cummins, who own a home located at 13623 Johns Road, Vance, Alabama 35490 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.


_Chris Cummins_
**Claimant Print**

_Chris Cummins_
**Claimant Signature**


13623 Johns Rd

Vance, AL   35490
**Address**


205-616-5667
**Phone**


bamaboy7739@yahoo.com
**Email**

ARTHUR EDGE, III, P.C.
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

RECEIVED
DEC 0 2 2019
By: Julianne



UNITED STATES
POSTAL SERVICE.                    *Retail*

**P**    US POSTAGE PAID
**$8.00**   Origin: 35205
11/27/19
0108150290-15

PRIORITY MAIL 2-DAY ®

0 Lb 6.40 Oz
**1004**

EXPECTED DELIVERY DAY:  11/30/19

C037

SHIP
TO:
  255 ALHAMBRA CIR
  MIAMI FL  33134-7411

USPS TRACKING®NUMBER

9505 5105 8392 9331 3703 90



Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

# ARTHUR EDGE, III, P.C.
## ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, Virginia 23510

### RE:    Chinese Drywall MDL – Taishan Objections

Dear Richard:

Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

ARTHUR EDGE, III, P.C.







U.S. POSTAGE PAID
BIRMINGHAM, AL
$8.00
R2304I11449?-15

9505 5105 8392 9331 3704 06
USPS TRACKING ® NUMBER

EXPECTED DELIVERY DAY: 11/30/19

Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main St., Suite 310
Norfolk, VA 23510



## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:        **CHINESE-MANUFACTURED**        MDL NO. 2047
              **DRYWALL PRODUCTS LIABILITY**
              **LITIGATION**                  **SECTION: L**

              **THIS DOCUMENT RELATES TO:**   **JUDGE FALLON**

              *ALL CASES*                     **MAG. JUDGE WILKINSON**

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Comes Now Plaintiff Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Chris Cummins who owns a property at 13623 Johns Road, Vance, Alabama. Plaintiff does not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiff does not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, Mr. Cummins would be entitled to only $15,029.75[1] or $6.92 a sq/ft. Under the metrics of the Taishan default, he would receive $154,204.96 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf claimants who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffss are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, Mr. Cummins is being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke*

---

[1] Cummins's Estimate Gross was $15,029.75, after the reduction of fees and expenses it totals $10,069.93
[2] Under the metrics of the *Germano* Default, Plaintiff would be entitled to $123,760.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

claimants. In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

I, Chris Cummins, who own a home located at 13623 Johns Road, Vance, Alabama 35490 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

*Chris Cummins*
**Claimant Print**

*Chris Cummins*
**Claimant Signature**

13623 Johns Rd

Vance, AL   35490
**Address**

205-616-5667
**Phone**

bamaboy7737@yahoo.com
**Email**