# EXHIBIT "19"

# ARTHUR EDGE, III, P.C.
## ATTORNEYS AT LAW
2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE:  (205) 453-0326

November 27, 2019

**VIA USPS:**
Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

     **RE:**    **Chinese Drywall MDL – Taishan Objections**

Dear Stephen:

    Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

    Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | | **SECTION: L** |
| | **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| | *ALL CASES* | **MAG. JUDGE WILKINSON** |

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, The Halls would be entitled to only $9,118.05[1] or $7.50 a sq/ft. Under the metrics of the Taishan default, he would receive $128,786.56 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf Plaintiffs who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, the Halls are being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke* Plaintiffs.

---

[1] The Halls' Estimate Gross was $13,609.03, after the reduction of fees and expenses it totals $9,118.05
[2] Under the terms of the Germano Default, Plaintiff would be entitled to $103,360.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

**Hall Specific**

The Halls would also like to bring to the Court's attention the following:

1. The Halls had to pay for repairs to a heat pump and eventually had to get a new one that cost over 6000.

2. The Halls have had to continually live with the sulfur smell in their home.

3. Electronics have been damaged due to the Chinese drywall.

4. The Halls attempted to sell their home but told us the best thing to do would be to walk away because of the expense for remediation.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____

David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

We, Timothy and Sebrina Hall, who own a home located at 1426 Marvin Pearce Road, Boaz, Alabama 35957 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

Timothy J. Hall
**Claimant Print**

Timothy J. Hall
**Claimant Signature**

Sebrina L. Hall
**Claimant Print**

Sebrina L. Hall
**Claimant Signature**

1426 Marvin Pearce R.D.
Boaz AL 35957
**Address**

256-298-1075
**Phone**

Sebrina14@Hotmail.com
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

Stephen J. Herman, Esquire
Herman, Herman & Katz, LLC
820 O'Keefe Ave.
New Orleans, LA 70113





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:        CHINESE-MANUFACTURED      MDL NO. 2047
                DRYWALL PRODUCTS LIABILITY
                LITIGATION                    SECTION: L

                THIS DOCUMENT RELATES TO:    JUDGE FALLON

                *ALL CASES*                    MAG. JUDGE WILKINSON

## OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, The Halls would be entitled to only $9,118.05[1] or $7.50 a sq/ft.  Under the metrics of the Taishan default, he would receive $128,786.56 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2]  A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief.  Unlike Knauf Plaintiffs who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages.  Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, the Halls are being unfairly prejudiced.  In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke* Plaintiffs.

---

[1] The Halls' Estimate Gross was $13,609.03, after the reduction of fees and expenses it totals $9,118.05
[2] Under the terms of the Germano Default, Plaintiff would be entitled to $103,360.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

**Hall Specific**

The Halls would also like to bring to the Court's attention the following:

1.  The Halls had to pay for repairs to a heat pump and eventually had to get a new one that cost over 6000.

2.  The Halls have had to continually live with the sulfur smell in their home.

3.  Electronics have been damaged due to the Chinese drywall.

4.  The Halls attempted to sell their home but told us the best thing to do would be to walk away because of the expense for remediation.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By:

David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

# TAISHAN OBJECTION

We, Timothy and Sebrina Hall, who own a home located at 1426 Marvin Pearce Road, Boaz, Alabama 35957 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

_Timothy J. Hall_
**Claimant Print**

_Timothy J. Hall_
**Claimant Signature**

_Sebrina L. Hall_
**Claimant Print**

_Sebrina L. Hall_
**Claimant Signature**

_1426 Marvin Pearce RD_
_Boaz, AL 35957_
**Address**

_256-298-1075_
**Phone**

_Sebrina14@Hotmail.com_
**Email**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:          CHINESE-MANUFACTURED          MDL NO. 2047
                DRYWALL PRODUCTS LIABILITY
                LITIGATION                    SECTION: L

                THIS DOCUMENT RELATES TO:     JUDGE FALLON

                *ALL CASES*                   MAG. JUDGE WILKINSON

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

### OBJECTION TO TAISHAN PROPOSED SETTLEMENT

Come Now Plaintiffs Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama and files the following Objection to the Approval of the Proposed Taishan Settlement:

**General**

This objection is being brought on behalf of Timothy Hall and Sebrina Hall who own a property at 1426 Marvin Pearce Road, Boaz, Alabama. Plaintiffs do not plan to attend the Fairness Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is **"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano* default order this Court made the determination that $86 sq/ft was the proper measure of damages. In the Class Action default against Taishan, this Court readopted that measure of damages and adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, The Halls would be entitled to only $9,118.05[1] or $7.50 a sq/ft.  Under the metrics of the Taishan default, he would receive $128,786.56 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2]  A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief.  Unlike Knauf Plaintiffs who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages.  Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, the Halls are being unfairly prejudiced.  In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke* Plaintiffs.

---

[1] The Halls' Estimate Gross was $13,609.03, after the reduction of fees and expenses it totals $9,118.05
[2] Under the terms of the Germano Default, Plaintiff would be entitled to $103,360.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

**Hall Specific**

The Halls would also like to bring to the Court's attention the following:

1.  The Halls had to pay for repairs to a heat pump and eventually had to get a new one that cost over 6000.

2.  The Halls have had to continually live with the sulfur smell in their home.

3.  Electronics have been damaged due to the Chinese drywall.

4.  The Halls attempted to sell their home but told us the best thing to do would be to walk away because of the expense for remediation.

Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

We, Timothy and Sebrina Hall, who own a home located at 1426 Marvin Pearce Road, Boaz, Alabama 35957 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.


_Timothy J. Hall_
**Claimant Print**

_Timothy J. Hall_
**Claimant Signature**

_Sebrina L. Hall_
**Claimant Print**

_Sebrina L. Hall_
**Claimant Signature**


_1426 Marvin Pearce RD._
_Boaz, AL 35957_
**Address**


_256-298-1075_
**Phone**


_Sebrina14@Hotmail.com_
**Email**

**ARTHUR EDGE, III, P.C.**
ATTORNEYS AT LAW
2320 HIGHLAND AVE. S., S # 175
BIRMINGHAM, AL 35205
(205) 453-0322

RECEIVED
DEC 0 2 2019
By: Julianne



Patrick S. Montoya, Esquire
Colson Hicks Eidson
255 Alhambra Circle
Coral Gables, FL 33134

UNITED STATES
POSTAL SERVICE.                    *Retail*

**P**     US POSTAGE PAID
          **$8.00**     Origin: 35205
                        11/27/19
                        0108150290-15

PRIORITY MAIL 2-DAY ®

0 Lb 6.40 Oz
**1004**

EXPECTED DELIVERY DAY: 11/30/19

C037

SHIP
TO:
   255 ALHAMBRA CIR
   MIAMI FL 33134-7411

USPS TRACKING®NUMBER



9505 5105 8392 9331 3703 90

# ARTHUR EDGE, III, P.C.
## ATTORNEYS AT LAW

2320 HIGHLAND AVENUE SOUTH
SUITE 175
BIRMINGHAM, ALABAMA 35205

H. ARTHUR EDGE, III
DAVID L. HORSLEY
HUNTER C. SARTIN
ETHAN D. HIATT

TELEPHONE: (205) 453-0322
FACSIMILE: (205) 453-0326

November 27, 2019

**VIA USPS:**
Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main Street, Suite 310
Norfolk, Virginia 23510

### RE:   Chinese Drywall MDL – Taishan Objections

Dear Richard:

Please find enclosed Objections to the Taishan Settlement for the following:

Van Foster of Good Ole Boyz, LLC – 1610 16th Street North, Birmingham, Alabama
Theodore and Cynthia Tarver – 1016 Woodbrook Road, Birmingham, Alabama
Chris Cummins – 13623 Johns Road, Vance, Alabama
Robert Bishop – 529 57th Street South, Birmingham, Alabama
John Prestridge – 12535 Maddox Road, Chunchula, Alabama
Matthew Harper – 949 Golf Course Road, Pell City, Alabama
Kent and Lindsey Archer – 10424 Gallant Road, Gallant, Alabama
Timothy and Sebrina Hall – 1426 Marvin Pearce Road, Boaz, Alabama
Robert Brasher – 43 Pleasant Circle, Odenville, Alabama

Should you have any questions or need anything further please do not hesitate to contact this office.

Sincerely,

David L. Horsley

Enclosures

DLH

ARTHUR EDGE, III, P.C.







U.S. POSTAGE PAID
BIRMINGHAM AL
$8.00
R2304N11449T-15

EXPECTED DELIVERY DAY: 11/30/19

USPS TRACKING ® NUMBER

9505 5105 8392 9331 3704 08

Richard J. Serpe, Esquire
The Law Offices of Richard J. Serpe, P.C.
580 East Main St., Suite 310
Norfolk, VA 23510



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:   **CHINESE-MANUFACTURED**       **MDL NO. 2047**
         **DRYWALL PRODUCTS LIABILITY**
         **LITIGATION**                 **SECTION: L**

         **THIS DOCUMENT RELATES TO:**  **JUDGE FALLON**

         *ALL CASES*                    **MAG. JUDGE WILKINSON**

..............................................................

**OBJECTION TO TAISHAN PROPOSED SETTLEMENT**

Come Now Plaintiffs Timothy Hall and Sebrina Hall who own a property at 1426 Marvin

Pearce Road, Boaz, Alabama and files the following Objection to the Approval of the Proposed

Taishan Settlement:

**General**

This objection is being brought on behalf of Timothy Hall and Sebrina Hall who own a

property at 1426 Marvin Pearce Road, Boaz, Alabama. Plaintiffs do not plan to attend the Fairness

Hearing on December 11, 2019, but will be represented by Counsel. Plaintiffs do not intend to

present witnesses or any additional evidence at the Hearing unless requested by the Court.

**The Settlement Fund is not large enough to adequately compensate Plaintiffs**

Under FRCP 23(e)(2) this court is tasked with determining whether this class settlement is

**"fair, reasonable, and adequate."** Based on this Court's previous rulings, the proposed

settlement cannot be considered and approved as fair, reasonable, and adequate. In the *Germano*

default order this Court made the determination that $86 sq/ft was the proper measure of damages.

In the Class Action default against Taishan, this Court readopted that measure of damages and

adjusted the number based on RSMeans and made a determination that $105.91 sq/ft was the

proper measure of damages. In its approval of the Knauf settlement, this Court made the

determination that the appropriate measure for alternative living for an individual with a home under 3500 sq/ft was $8.50 sq/ft.

Based upon the proposed Settlement, The Halls would be entitled to only $9,118.05[1] or $7.50 a sq/ft. Under the metrics of the Taishan default, he would receive $128,786.56 for remediation costs in addition to the potential for recovery of "alternative living expenses, bodily injury, foreclosure and/or lost rent."[2] A comparison of the disproportionate relief from this Court's prior rulings, dictates this settlement should not be approved.

Further, Taishan Plaintiffs have been dealing with the drywall issues for ten years with little to no relief. Unlike Knauf Plaintiffs who have had their homes remediated and have not had to spend additional funds to replace and repair appliances or HVAC units in multiples years, the Taishan Plaintiffs are continuing to expend funds for these damages. Due to the small sum that has been agreed upon in this settlement, Plaintiff will not only be forced to spend personal funds to remediate the home, but will have to deal with the losses previously sustained.

**Brookes Plaintiffs are being unfairly prejudiced**

As a *Brooke* Plaintiff, the Halls are being unfairly prejudiced. In the Allocation Model the Allocation Neutral made the determination that "The *Brooke* litigation remains in the early stages. The Defendants have not answered, no discovery has occurred, and no court has certified a class." While these statements are true, the allocation formula does not address what discovery has to be done or why in its opinion that so much work has to be done, since in the vast majority of the Taishan cases no individual discovery been done other than Plaintiff Profile Forms or Supplemental Plaintiff Profile Forms which have been done for both *Amorin* and *Brooke* Plaintiffs.

---

[1] The Halls' Estimate Gross was $13,609.03, after the reduction of fees and expenses it totals $9,118.05
[2] Under the terms of the Germano Default, Plaintiff would be entitled to $103,360.00 plus alternative living expenses, bodily injury, foreclosure, damage to property, and/or lost rent

In addition, any depositions of Taishan representatives that would potentially be needed would have already been taken in the *Amorin* action. The *Brooke* Plaintiffs are being asked to share the burden of these expenses, however, they are not receiving any benefit associated with the expenses.

**Hall Specific**

The Halls would also like to bring to the Court's attention the following:

1. The Halls had to pay for repairs to a heat pump and eventually had to get a new one that cost over 6000.

2. The Halls have had to continually live with the sulfur smell in their home.

3. Electronics have been damaged due to the Chinese drywall.

4. The Halls attempted to sell their home but told us the best thing to do would be to walk away because of the expense for remediation.


Respectfully submitted this 27th day of November, 2019:

**ARTHUR EDGE, P.C.**

By: _____
David L. Horsley (ASB-6090-I47H)
david@edgelawyers.com
2320 Highland Avenue, Ste 175
Birmingham, Alabama 35205
Phone: 205-453-0322
Fax:    205-453-0326

## TAISHAN OBJECTION

We, Timothy and Sebrina Hall, who own a home located at 1426 Marvin Pearce Road, Boaz, Alabama 35957 object to the proposed Taishan Settlement for the reasons outlined in the attached brief.

*Timothy J. Hall*
**Claimant Print**

*Timothy J. Hall*
**Claimant Signature**

*Sebrina L. Hall*
**Claimant Print**

*Selrina L. Hall*
**Claimant Signature**

*1426 Marvin Pearce RD.*
*Boaz AL 35957*
**Address**

*256-298-1075*
**Phone**

*Sebrina14@Hotmail.com*
**Email**