# EXHIBIT "22"

November 20 , 2019

James T. Zimmerman
7509 Daniel Dr.
New Orleans, La. 70127
504-905-6470

Stephen J. Herman
Herman , Herman and Katz , Llc .
820 O'Keefe Ave. New Orleans, La. 70113

MDL No. 2047

Objection of Settlement

I , James T . Zimmerman object to the proposed settlement because it is insufficient . The dollar amount that was quoted will not cover the expense that I have already spent . And will not be enough to replace drywall , electrical , plumbing , appliances , A/C unit , furniture and all other effective items in my home . I have already replace my A/C unit Twice , three TV's , replaced light fixtures a refrigerator , plumbing fixtures , and switches and outlets . I do intend to appear in court and testify if necessary . The above address is the affected property that relates to the claim .

James T. Zimmerman

X *(signature)*

Email : thezeej@aol.com.

James Zimmerman
7509 Daniel Dr.
New Orleans, LA 70127

NEW ORLEANS LA 700
27 NOV 2019 PM 3 L

STePheN J. HeRMAN
HeRMAN, HeRMAN ANd KATZ, LLC
820 O'Keefe Ave.
New ORLeANS, LA. 70113

RECEIVED
DEC 03 2019
BY:

70113-112520