# EXHIBIT "24"

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.   2047
SECTION:   L
JUDGE FALLON

MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1395 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1672 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1673

## MICHAEL A. GUERRIERO'S OBJECTION TO BEING EXCLUDED AS A SETTLEMENT CLASS MEMBER

This objection only applies to myself and the grounds of which are as follows:

My wife Nancy and I purchased a lot in the Cascades at River Hall Community in October of 2005. A home was built for us by Levitt & Sons on that lot throughout 2006 with completion in December 2006. We closed on the home on December 18, 2006 and the address of the property was **15336 Yellow Wood Drive, Alva, Fl 33920**. While living at the property various neighbors confirmed that their homes had Chinese drywall which prompted us to have a full home environmental test conducted by an independent lab on November 14, 2009. The report yielded the conclusion that ceiling and wall drywall in our home contained the distinct markings "Dragon Brand" and China. **(Please see the enclosed copy of report).** Since the presence of Chinese drywall was now confirmed and due to health concerns for our infant son, we had to vacate, file for bankruptcy and ultimately foreclose on the property. Please understand that at the time, we could not afford to remediate the property. Only a few months earlier we were elated thinking we finally found our dream home only to come to the stark realization that we had lost in excess of $140,000 and we were now homeless. We subsequently joined the class action Chinese drywall lawsuit with Parker Waichman LLP soon after, hoping that one day they would be able to make our lives whole again through litigation and we have been their clients ever since.

On December 23, 2017 my whole life changed. For no apparent reason, I suffered a spontaneous carotid artery dissection which basically meant that the inner wall of my right carotid artery blew apart creating a full blockage of the artery which led to a clot and then a stroke. The ER doctors worked on me for almost three hours but their attempts to break through

stroke I still suffer from some of the same post-stroke ailments. Only recently have I started to seek the medical intervention needed for my depression, fears and anxiety in an attempt to get my health back to where it was before my sickness. Please note that I have since filed the SPPF and supporting documents and they have been uploaded to the system by my lawyer.

The facts speak for themselves. It is irrefutable that in 2006 my home was built with some degree of tainted Chinese drywall which forced my family & I to vacate the property. It is irrefutable that this directly led to my filing for bankruptcy and ultimately foreclosure of the property. It is irrefutable that I lost a home along with $140,000 in cash used for down payments and upgrades. Finally, it is irrefutable that I suffered a massive stroke which created emotional and physical damage and caused a life changing occurrence which led to ill health, fear, confusion, very poor decision making and apathy towards some very relevant matters.

In conclusion, I am asking this Honorable Court to take a moment to carefully examine and weigh the overwhelming and unavoidable circumstances which led to my negligence in returning the SPPF on time. I am humbly asking for the court to view this as a prime example of excusable neglect due to medical reasons beyond my control and to reinstate my case and grant me the rights and privileges accorded to a settlement class member again. Only this Honorable Court has the ability to bring a sense of worth back to my life and to restore an opportunity to right a terrible wrong that was done to me and my family some 14 years ago. I implore this Honorable Court to please consider my request to be reinstated as a class member and to be eligible for possible compensation. I wish to be considered a Class member again as I have always been in the *Amorin* Complaint and my claims are well known to Taishan. Therefore, there is no prejudice to Taishan for being asked to be recognized as a class member and be compensated for the damage they have done. I believe this is fair after all the intentional neglect they have done with this case.

I do not have any intention of speaking in person at the Fairness Hearing nor do I intend to call any witnesses. I would be willing to speak by phone if asked to do so.

In closing, I wish to offer my sincere thanks to this Honorable Court for their time in hearing my objection to no longer being considered a settlement class member in this case.

Respectfully submitted,

Michael A. Guerriero
3565 Beaufort Court
Naples, Fl 34119
(239) 273-2132
michaelguerriero@comcast.net



# Naples Community Hospital
# Naples, Florida

### Healthcare System

## EMERGENCY URGENT CARE

| | |
|---|---|
| Document Type: | Emergency Room Note |
| Service Date/Time: | 12/23/2017 10:33 EST |
| Result Status: | Final |
| Perform Information: | Lozier,Stephen,MD (12/23/2017 10:35 EST) |
| Sign Information: | Lozier,Stephen,MD (12/23/2017 15:17 EST) |

**Neurological Problem *ED**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**   **MRN: 1523798**   **FIN: 10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Lozier, Stephen, MD**

## Basic Information
**Time seen:** Date & time 12/23/2017 10:30:00 AM, Immediately upon arrival, I was informed that the patient was a possible stroke alert at 10:19 AM ETA 10 minutes. The patient was seen immediately on arrival to ED at 10:30 AM before being sent directly to CT from EMS. He returned to room _ from CT scan. Stroke alert was initiated prior to their arrival and the teleneurologist was paged. Teleneurologist at bedside upon arrival to ED.
**History source:** Patient.
**Arrival mode:** Ambulance.
**History limitation:** Clinical condition.
**Additional information:** Patient's physician(s), Non-Staff, Physician.

## History of Present Illness
Michael is a 53 year old male presenting to the ED via EMS for an evaluation of left sided weakness. Per EMS, patient was last seen normal at 9:50 AM. He was helping his neighbor move stuff around when he suddenly developed left sided weawkness, left sided facial droop, and right sided gaze. His blood pressure was 115/72. Patient Blood sugar was 172. No hx of stroke. Not on any blood thinners.

## Review of Systems
**Additional review of systems information:** Unable to obtain due to: Clinical condition.

## Health Status
**Allergies:**
Allergic Reactions (Selected)
NKA.
**Medications:** Per medication list.
**Immunizations:** Per nurse's notes.

## Past Medical/ Family/ Social History

**Medical history**
Cardiovascular: hyperlipidemia.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 36 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

### EMERGENCY URGENT CARE

**Surgical history:** Unable to due to critical condition.
**Family history:** Unable to due to critical condition.
**Social history:** Unable to due to critical condition.

## Physical Examination

### Vital Signs
Vital Signs

| 12/23/2017 11:00 AM EST | | |
|---|---|---|
| | Nursing Heart Rate | 82 bpm |
| | Nursing Respiratory Rate | 14 br/min |
| | Systolic BP | 116 mmHg |
| | Diastolic BP | 66 mmHg |
| | Oxygen Saturation | 100 % |

Measurements

| 12/23/2017 11:19 AM EST | | |
|---|---|---|
| | Clinical Weight | 67.6 kg |
| | CLINICALHEIGHT | 168 cm |
| | Height Method | Estimated |
| | Patient's Weight | 67.6 kg |
| | Weight Method | Bed Scale |
| | Height Measurement Units | Feet & Inches |
| | Patient Height in Feet (new) | 5 ft |
| | Patient Height in Inches (new) | 6 inches |
| | Body Mass Index Measured | 23.95 |

Oxygen saturation.
**General:** Alert.
**Skin:** Warm, dry.
**Head:** Normocephalic.
**Neck:** Supple, trachea midline, no JVD.
**Eye:** Normal conjunctiva, Rightward gaze deviation.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No CVA tenderness, No guarding, No rebound.
**Musculoskeletal:** moving all four extremities voluntarily.
**Neurological:** He has left hemiparesis
Left facial droop
Speaking intelligibly but mildly slurred.
Following commands..
**Lymphatics:** No lymphadenopathy.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798       DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 37 of 82 | | | |

2



**Naples Community Hospital**

**Naples, Florida**

## EMERGENCY URGENT CARE

**Medical Decision Making**
  **Rationale:**
    **Documents reviewed:**  Emergency nurses' notes, EMS run sheets, laboratory studies, radiographic studies, and all
      pertinent medical records, if available, were reviewed/ referenced.
    **Orders**  acetaminophen 650 mg = 2 tablet PO.
    **Electrocardiogram:**  Time 12/23/2017 10:49:00 AM, EP Interp, Rate: 80 bpm
    PR inter: 124 ms
    QRS: 86 ms
    QTc: 422 ms
    Interpretation: Normal sinus rhythm.
    **Results review:**  Lab results : Lab View
        12/23/2017 10:39 AM EST

| | |
|---|---|
| WBC | 6.3 th/uL |
| RBC | 4.95 mil/uL |
| HGB | 14.8 gm/dL |
| Hct | 43.7 % |
| MCV | 88 fL |
| MCH | 29.9 pg |
| MCHC | 33.9 gm/dL |
| RDW | 12.8 % |
| Platelet Count | 171 th/uL |
| Neutro Auto | 47.1 % |
| Lymph Auto | 33.2 % |
| Mono Auto | 12.8 % |
| **Eos Auto** | **6.1 %  HI** |
| Basophil Auto | 0.6 % |
| IG% Auto | 0.2 % |
| Neutro Absolute | 2.960 th/uL |
| Sodium Lvl | 139 mmol/L |
| Potassium Lvl | 4.3 mmol/L |
| CHLORIDE | 105 mmol/L |
| CO2 Lab | 27 mmol/L |
| ANION GAP, BLOOD | 7 mmol/L |
| **Glucose Level** | **103 mg/dL  HI** |
| BUN | 11 mg/dL |
| CREATININE | 1.0 mg/dL |
| GFR Calculation | 88 NA |
| Albumin Level | 3.7 gm/dL |
| Bili Total | 0.52 mg/dL |
| T PROT | 7.5 gm/dL |
| ALK PHOS | 67 IU/L |
| ALT | 24 IU/L |
| AST | 22 IU/L |
| Calcium Level | 8.7 mg/dL |
| Troponin I | <0.05 ng/mL |
| INR | 1.0 ratio |

Unit Ref:              811675173
Print Date/Time:    10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 38 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798
Financial #:   10001337441      DOB: 6/17/1964

3



**Naples Community Hospital**

**Naples, Florida**

### EMERGENCY URGENT CARE

|  |  |  |  |
|---|---|---|---|
| | PT | | 13.7 second(s) |
| | PTT | | 24.3 second(s) |

Radiology results:

## CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
   1. Hyperdense right MCA sign suggesting acute right MCA infarct.
   2. No CT evidence of acute intracranial hemorrhage.

   N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN
   LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

   Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Notes:** EKG(s) were reviewed and interpreted by myself. Imaging noted above was reviewed, and independently
interpreted by myself, and radiologic interpretation was reviewed by myself. Laboratory results were
reviewed as well. All of this data was used in my medical decision making.

**Reexamination/ Reevaluation**
Time: 12/23/2017 10:50:00 AM .
Notes: Wife now present at bedside. Results were reviewed and discussed with patient's family. Questions were solicited
   and answered. At this time admission was discussed, and the family agrees with treatment and admission plan.
Time: 12/23/2017 11:26:00 AM .
Vital signs
   results included from flowsheet : Vital Signs

| 12/23/2017 11:30 AM EST | Nursing Heart Rate | 88 bpm |
|---|---|---|
| | Nursing Respiratory Rate | 15 br/min |
| | Systolic BP | 110 mmHg |
| | Diastolic BP | 65 mmHg |
| | Oxygen Saturation | 100 % |

Notes: Dr. Firment present in the department to see the patient.

**Procedure**
   **Critical care note**
   Total time: 41 minutes spent engaged in work directly related to patient care and/ or available for direct patient care,
      **Critical care time is exclusive of any and all time spent on separate procedures.**
   Critical condition(s) addressed for impending deterioration include: central nervous system.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 39 of 82 | | | | |

4



**Naples Community Hospital**

**Naples, Florida**

*EMERGENCY URGENT CARE*

Management: bedside assessment, supervision of care, Case review (medical specialist, nursing).
Performed by: self.
Notes: Critical care time is exclusive of any and all time spent on separate procedures..

**Impression and Plan**

Acute right MCA stroke : ICD10-CM I63.511, Admitting, Medical

**Calls-Consults**

- 12/23/2017 10:32:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He was evaluating patient alongside myself. Patient in TPA window and he recommends this.
- 12/23/2017 10:45:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, Discussed patient case. No bleed but patient has large vessel occlusion. He recommends surgical intervention. .
- 12/23/2017 10:49:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He spoke to Dr. Firment and agreed with TPA given he will take aboutt 45 minutes to get everything set. .
- 12/23/2017 10:52:00 AM , Radiology, consult, I discussed the imaging with the radiologist. R MCA stroke. No ischemic changes at this time. .
- 12/23/2017 11:30:00 AM , Ruthman., Carl MD, Critical care, consult, Discussed patient case. , Accepts the patient for admission.

**Plan**

**Condition:** Critical.

**Disposition:** Admit: Time 12/23/2017 10:47:00 AM, to Intensive Care Unit, Ruthman., Carl MD, This is the admit decision time.

**Counseled:** Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Family understood.

**Notes:** Electronically signed by Anizza Custodio acting as the scribe for and in the presence of Stephen J. Lozier MD, on 12/23/2017 11:31 AM.

"I, Stephen J. Lozier MD, personally performed the services described in the documentation, reviewed the documentation recorded by the scribe in my presence and it accurately records my words and actions."

*Electronically Signed By: Lozier, Stephen, MD*
*Date / Time Signed: 12/23/17 15:17*



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head (Code Save a Brain) | Lozier,Stephen,MD | 12/23/2017 10:40 EST | CT-17-0078645 |

**Report**
STUDY: CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35.3 ) mGy, DLP = ( 569.9 ) mGycm

TECHNIQUE:   Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   Prior comparison studies are not available for review at this time.

FINDINGS:
Normal soft tissue structures.  Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is a hyperdense right middle cerebral artery suggesting sequela of acute infarct.

Normal visualized paranasal sinuses.

IMPRESSION:
1.  Hyperdense right MCA sign suggesting acute right MCA infarct.
2.  No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed:
Anna Miller, MD
2017/12/23 at 10:52 EST
(216) 469-7140
This has been co-signed by:
Daniel Tufariello, MD
2018/01/01 at 7:07 EST
Service support  1-888-557-3617, Fax 216-255-5701

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 76 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angio Perfusion | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078648 |

**Report**

STUDY: CTA BRAIN WITH PERFUSION ANALYSIS

REASON FOR EXAM:  Male, 53 years old.  Left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility): CTDIvol = ( ) mGy, DLP = ( 2239.2 ) mGycm

TECHNIQUE:   CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 40 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CTA done on the same day.

FINDINGS:

CT Perfusion

There is abnormal mean transit time and time to peak involving the entire right middle cerebral artery territory.

There is corresponding decreased cerebral blood flow to the same area.  There is also an area of abnormal cerebral blood volume involving predominantly the anterior portion of the MCA territory.

CTA Angiogram

There is no flow in the right petrous segment or cavernous segment.  There is reconstitution of the supraclinoid portion of the right internal carotid artery with flow into the right anterior cerebral artery.  There is limited flow into the right M1 segment.  There is limited collateral of the distal right MCA branches.  Normal appearance of the distal left internal carotid artery and left anterior circulation without evidence of significant stenosis or occlusion.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 74 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Perfusion | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078648 |

**Report**

IMPRESSION:
Abnormal CT perfusion with large area of tissue at risk involving the entire right middle cerebral artery territory with a large core infarct involving the anterior portion of the right middle cerebral artery territory.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:12 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 3:12 pm*

*Transcribed D/T:  23-DEC-2017 3:12 pm*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 75 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**
STUDY: CTA OF THE BRAIN

REASON FOR EXAM:  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility): CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT perfusion done on the same day.

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
|-----------|-----------|-----------------------------------|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |
| Page 72 of 82 | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**

DICTATED BY: Firment M.D., Christopher
Electronic Signature
Signed D/T: 23-DEC-2017 3:14 pm

Transcribed D/T: 23-DEC-2017 3:14 pm

---

Unit Ref:             811675173
Print Date/Time:      10/25/2019 12:54 EDT
Report Request ID:    29993300
Page 73 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798          DOB: 6/17/1964
Financial #:   10001337441

2



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**
STUDY:  CTA NECK WITH CONTRAST

REASON FOR EXAM:  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

COMPARISON:  CTA the head done on the same day.

FINDINGS:

AORTIC ARCH:
Normal visualized aortic arch.  Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

RIGHT CAROTID ARTERIES:
Normal right common carotid artery (CCA).  Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation.  There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA).  Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis.  There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|-----------|-----------|---------------|--------------------|--|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |

Page 70 of 82



## Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**
Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support 1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 23-DEC-2017 3:17 pm*

*Transcribed D/T: 23-DEC-2017 3:17 pm*

---

Unit Ref:                    811675173
Print Date/Time:      10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 71 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:      1523798
Financial #:      10001337441        DOB: 6/17/1964

2



**Naples Community Hospital**

**Naples, Florida**

| XAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| F ace cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION:  Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:

Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

---



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:

The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:

1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support 1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 24-DEC-2017 10:03 am*

*Transcribed D/T: 24-DEC-2017 10:03 am*

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 65 of 82 | | | |

2



**Naples Community Hospital**
**Naples, Florida**

| | | | |
|---|---|---|---|
| EXAM | PHYSICIAN | DATE | ACC NO. |
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION: Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN: Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:

Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 68 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

Healthcare
System

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**
PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION: Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:
Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| | | | |
|------|------|------|------|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 61 of 82 | | | |



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

---

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support 1-888-557-3617, Fax 216-255-5701

---

2



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 24-DEC-2017 10:03 am*

*Transcribed D/T: 24-DEC-2017 10:03 am*



**Naples Community Hospital**

**Naples, Florida**

**CONSULTATION**

**Impression and Plan**
The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

**Pulmonary/Respiratory**
-No known pulmonary issues

**Cardiovascular**
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication             -EKG shows normal sinus rhythm, no previous for comparison

**Renal/GU**
-No known issues, normal BUN and creatinine

**Neurology/Psych**
-Status post TPA

-spontaneous dissection of the right proximal internal carotid artery        -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

**Endocrine/Metabolic**
-very mild hyperglycemia

**GI**
-No known issues.

**Hematologic/Oncology**
-No known issues

**Infectious Disease**
-No known issues

**Rheumotology**
-No known issues

**Code Status**
-FULL


**PLAN**


| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 28 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

**Diagnosis**
   Dx Code Search (Not documented).

*Electronically Signed By: Rauf M.D. (Resident PGY1), Zakia*
*Date / Time Signed: 12/23/17 16:13*

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 12/23/2017 10:41 EST |
| Result Status: | Modified |
| Perform Information: | Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D., Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib (12/23/2017 11:06 EST) |
| Sign Information: | Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D., Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib (12/23/2017 11:06 EST) |

**Addendum by Qureshi M.D., Sakib on December 23, 2017 12:20 PM EST**
Entered tpa order 54.5 infusion, 6.1mg bolus.

Patient underwent CTA / CTP and proceeded to intervention per Dr Firment.

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 12:20*

**Addendum by Qureshi M.D., Sakib on December 23, 2017 11:07 AM EST**
CT head negative for bleed, hyperdense M1

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:07*

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 29 of 82 | | | |

2



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**Stroke Alert: Teleneurology**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      **MRN: 1523798**      **FIN: 10001337441**
Age:  **53 years**   Sex:  **Male**   DOB:  **6/17/1964**
Associated Diagnoses:  **None**
Author:  **Qureshi M.D., Sakib**



**TeleSpecialists TeleNeurology Consult Services**

**Impression**: Stroke alert; 54 year old presenting with acute onset L hemiplegia, R gaze preference, and neglect; suggesting LVO, within tpa window – given tpa.  NIHSS 14.

**Differential Diagnosis:**
1. Cardioembolic stroke
2. Small vessel disease/lacune
3. Thromboembolic, artery-to-artery mechanism
4. Hypercoagulable state-related infarct
5. Thrombotic mechanism, large artery disease

**Comments:**
Arrival Time:  1032
TeleSpecialists contacted: 1021
TeleSpecialists at bedside: 1027
NIHSS assessment time: 1035
Verbal tpa order:  1050
Needle time: 1058

**Verbal Consent to tPA:**
I have explained to the patient/family/guardian the nature of the patient's condition, the use of tPA fibrinolytic agent, and the benefits to be reasonably expected compared with alternative approaches. I have discussed the likelihood of major risks or complications of this procedure including (if applicable) but not limited to loss of limb function, brain damage, paralysis, hemorrhage, infection, complications from transfusion of blood components, drug reactions, blood clots and loss of life. I have also indicated that with any procedure there is always the possibility of an unexpected complication. I have explained the risks which include:

1. Death, Stroke or permanent neurologic injury (paralysis, coma, etc)
2. Worsening of stroke symptoms from swelling or bleeding in the brain

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 30 of 82 | | | |

3



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

3. Bleeding in other parts of the body
4. Need for blood transfusions to replace blood or clotting factors
5. Allergic reaction to medications
6. Other unexpected complications
All questions were answered and the patient/family/guardian express understanding of the treatment plan and consent to the procedure.
Our recommendations are outlined below.
We will be seeing the patient back in follow up as noted.

**Recommendations:**

IV tPA – dose = 87.6
Routine post tPA monitoring including neuro checks and blood pressure control during/after treatment
Monitor blood pressure
Check blood pressure and NIHSS every 15 min for 2 h, then every 30 min for 6 h, and finally every hour for 16 h

*Systolic greater than 180 OR diastolic greater than 105:*
*Option 1: Labetalol 10 mg IV for 1 - 2 min*
*May repeat or double labetalol every 10 min to maximum dose of 300 mg, or give initial labetalol dose, then start labetalol drip at 2 - 8 mg/min.*
*Option 2: Nicardipine 5 mg/h IV infusion as initial dose and titrate to desired effect by increasing 2.5 mg/h every 5 min to maximum of 15 mg/h;*
*If blood pressure is not controlled by labetolol or nicardipine, consider sodium nitroprusside.*

**Discussed with Dr. Firment given dense M1 – he ordered for CTA / CTP and is preparing for STAT angiogram post for likely thrombectomy**
**Post NeuroIR reccs** --- Admission to ICU
CT brain 24 hours post tPA
NPO until swallowing screen performed and passed
No antiplatelet agents or anticoagulants (including heparin for DVT prophylaxis) in first 24 hours
No Foley catheter, nasogastric tube, arterial catheter or central venous catheter for 24 hr, unless absolutely necessary
Telemetry
Inpatient Neurology Consultation
Stroke evaluation as per inpatient neurology recommendations
Discussed with ED MD

-----------------------------------------------------------------

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 31 of 82 | | | |

4



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**CC  L hemiplegia**

**History of Present Illness**

Patient is a 54 year old gentleman.  LKN 950AM.  Was with a neighbor friend, then sudden onset left sided weakness, arm and leg; persistent.   Patient unable to provide history.  No blood thinners.  No prior stroke.  No history of bleeding.  No head trauma.

**Exam**

1a- LOC: Keenly responsive - 1

1b- LOC questions: Answers both questions correctly - 0

1c- LOC commands- Performs both tasks correctly- 0

2- Gaze: Normal; 2

3- Visual Fields: normal, no Visual field deficit - 0

4- Facial movements: 1

5- Upper limb motor - 3

6- Lower limb motor - 3

7- Limb Coordination: absent ataxia - 0

8- Sensory: 2

9- Language - No aphasia - 0

10- Speech - No dysarthria -0

11- Neglect / Extinction - 2

NIHSS score:  14

Medical Decision Making:
- Extensive number of diagnosis or management options are considered above.
- Extensive amount of complex data reviewed.
- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.
- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.
Medical Data Reviewed:
1.Data reviewed include clinical labs, radiology,  Medical Tests;
2.Tests results discussed w/performing or interpreting physician;
3.Obtaining/reviewing old medical records;

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 32 of 82 | | | |



## Naples Community Hospital
## Naples, Florida

**CONSULTATION**

4.Obtaining case history from another source;
5.Independent review of image, tracing or specimen.

Medical Decision Making:
- Extensive number of diagnosis or management options are considered above.
- Extensive amount of complex data reviewed.
- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.
- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.
Medical Data Reviewed:
1.Data reviewed include clinical labs, radiology,  Medical Tests;
2.Tests results discussed w/performing or interpreting physician;
3.Obtaining/reviewing old medical records;
4.Obtaining case history from another source;
5.Independent review of image, tracing or specimen.

Patient was informed the Neurology Consult would happen via telehealth (remote video) and consented to receiving care in this manner.

**Health Status**
   **Allergies:**
      <u>Allergic Reactions (Selected)</u>
         NKA,

| <u>Allergies (1) Active</u> | <u>Reaction</u> |
|---|---|
| NKA | None Documented |

   **Current medications:**  (Selected)
      <u>Inpatient Medications</u>
         *Ordered*
            acetaminophen (Tylenol) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain, Mild=Pain Scale 1 to 3 or Fever
      <u>Documented Medications</u>
         *Documented*
            multivitamin: ,
**Home Medications (1) Active**
multivitamin
,
**Medications (1) Active**



**Naples Community Hospital**
**Naples, Florida**

NCH
Healthcare
System

## CONSULTATION

Scheduled: (0)
Continuous: (0)
PRN: (1)
**acetaminophen 325 mg Tab**  650 mg 2 tab, PO, Q6H

**Problem list:**
   Medical
      Undescended testicle / 314164011 / Confirmed
   All Problems
      Undescended testicle / 314164011 / Confirmed,
**Active Problems** (1)
**Undescended testicle**


**Histories**
   **Past Medical History:**
      Active
         Undescended testicle (314164011)
   **Family History:**
      Myocardial infarction
         Father

   **Procedure history:**
      No active procedure history items have been selected or recorded.
   **Social History**

      Social & Psychosocial Habits

      **Tobacco**        (Heavy≡ greater than10 cig/d)    (Light≡ fewer than 10 cig/d)
      **11/04/2014  MU Smoking Status** Never smoked


**Physical Examination**
   **VS/Measurements**

   No qualifying data available

**Health Maintenance**

   **Health Maintenance**
      Pending (in the next year)
         OverDue
            Influenza Vaccine due  09/01/17  and every 1  year(s)
         Due
            Colorectal Screening due  12/23/17  Variable frequency
            Lipid Screening due  12/23/17  and every 5  year(s)

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 34 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

Tetanus Vaccine due 12/23/17 and every 10 year(s)
**Satisfied** (in the past 1 year)
   Satisfied
      Diabetes Screening on 12/23/17. Satisfied by Contributor_system, POWERCHART
      Diabetes Screening on 12/23/17. Satisfied by Lozier, Stephen, MD


**Review / Management**
  **Results review**:
  Labs (Last four charted values)
  WBC          6.3      (DEC 23)

  Hgb          14.8     (DEC 23)

  Hct          43.7     (DEC 23)

  Plt     171   (DEC 23)


  PT           13.7     (DEC 23)

  INR          1.0      (DEC 23)

  PTT          24.3     (DEC 23) .


*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:06*

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 35 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798      DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

| | | |
|---|---|---|
| Nursing Respiratory Rate | 17 br/min | (Modified) |
| BP Location | Right Arm | |
| BP Position | Sitting | |
| **Systolic BP** | **96 mmHg** LOW | |
| **Diastolic BP** | **53 mmHg** LOW | |
| Mean Arterial Pressure, Cuff | 67 mmHg | |
| Oxygen Saturation | 100 % | |
| Oxygen Therapy | Room air | |

**General:** Alert and oriented, No acute distress.
**Neck:** No carotid bruit.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal sensory, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, Normal deep tendon reflexes.
**Psychiatric:** Cooperative, Appropriate mood & affect, Normal judgment.

**Results Review**
**Report**
STUDY: CTA OF THE BRAIN

REASON FOR EXAM:  Male, 53 years old.   Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT perfusion done on the same day.

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 19 of 82 | | | |



# Naples Community Hospital
# Naples, Florida

## CONSULTATION

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.   There is no demonstrated abnormality of the visualized brain.

**IMPRESSION:**
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY:  Firment M.D., Christopher
Electronic Signature
Signed D/T:  23-DEC-2017 3:14 pm

Transcribed D/T:  23-DEC-2017 3:14 pm

**Report**
STUDY:  CTA NECK WITH CONTRAST

**REASON FOR EXAM:**  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling

**RADIATION DOSAGE (If Supplied By Facility):**  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

**TECHNIQUE:**  CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

**COMPARISON:**  CTA the head done on the same day.

**FINDINGS:**

**AORTIC ARCH:**
Normal visualized aortic arch.  Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

**RIGHT CAROTID ARTERIES:**

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:    1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:    10001337441 | |

Page 20 of 82

2



# Naples Community Hospital
# Naples, Florida

## CONSULTATION

Normal right common carotid artery (CCA). Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation. There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA). Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis. There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY:  Firment M.D., Christopher
Electronic Signature
Signed D/T:  23-DEC-2017 3:17 pm

Transcribed D/T:  23-DEC-2017 3:17 pm

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798      DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



**Naples Community Hospital**

**Naples, Florida**

---

**CONSULTATION**

---

**Signature Line**
DICTATED BY: Firment M.D., Christopher
Electronic Signature
Signed D/T: 24-DEC-2017 10:03 am

Transcribed D/T: 24-DEC-2017 10:03 am

**Impression and Plan**
R ICA Dissection --> R hemispheric stroke s/p TPA/thrombectomy.

Int Rad and ICU doc have initated treatement with ASA/Plavix. Otherwise post TPA protocol is being followed.

Will get MRI to document extent of ischemia post treatment. Limited exam presently shows minimal if any residual.

I shall followup tomorrow. My collegue (the Hospital stroke director) Dr. Totoraits will return 12/26 and will assess.

May need collagen vascular and other w/u for unexplained dissection.

D/W family in detail

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/24/17 15:03*

---

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 12/23/2017 14:35 EST |
| Result Status: | Modified |
| Perform Information: | Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D. (Resident PGY1),Zakia (12/23/2017 16:04 EST) |
| Sign Information: | Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D. (Resident PGY1),Zakia (12/23/2017 16:13 EST) |

**Addendum by Ruthman., Carl MD on December 23, 2017 5:15 PM EST**

The above resident note reflects my direct input and I was involved in all medical decision. I personally interviewed and examined the patient and the above exam findings are reflective of my exam findings. To briefly summarize, this 53 year old male suffered an acute right MCA stroke today at 09:50 am in the setting of approximately one week of progressive headaches. tPa was

---



**Naples Community Hospital**

**Naples, Florida**

## CONSULTATION

administered in the ED followed by invasive angiography to attempt mechanical thrombectomy. The RCA system was found to be dissected and the true lumen could not be cannulated. Review of the patient's STAT CT angiogram of the neck revealed that this had been present at the time of admission and in light of the patient's week of symptoms this had likely been evolving for approximately one week.

IMPRESSION:
//Acute right MCA stroke
//Right internal carotid dissection
//S/P tPa

PLAN:
//Admit to ICU
//Strict BP control with permissive hypertension
//Discussed with neurovascular surgery regarding possible ECA-ICA bypass, patient not a candidate at this time
//Frequent Neuro checks
//ASA and Plavix
//Check CYP2C19
//Repeat CT for any neurologic changes
//F/U postoperative CT of the head
//Monitor for airway protection, currently no issues

All questions answered to the best of my ability. 43 minutes critical care time exclusive of procedures

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/23/17 17:15*

**ICU Admission H&P -full**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      **MRN: 1523798**      **FIN: 10001337441**
Age:  **53 years**   Sex:  **Male**   DOB:  **6/17/1964**
Associated Diagnoses:  **None**
Author:  **Rauf M.D. (Resident PGY1), Zakia**

**Visit Information**
 **Admission**:
  23-DEC-2017 10:32.
  **Primary Care Provider**:
  Non-Staff, Physician.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |

Page 23 of 82



**Naples Community Hospital**

**Naples, Florida**

Healthcare
System

**CONSULTATION**

**Chief Complaint**

**History of Present Illness**
The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

**Histories**
**Past Medical History:**
Undescended testicle
sinus arrhythmia

**Procedure History:**
orchidopexy

**Allergies:**
NKA

**Medications:**
Home Medications (1) Active
multivitamin

**Family History:**
mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son. Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use
1 beer daily

**Review of Systems**
**Constitutional:** Denies fevers or chills
**Eye:** Denies discharge or double vision



**Naples Community Hospital**
**Naples, Florida**

NCH Healthcare System

## CONSULTATION

**Respiratory:** Denies cough or wheezing
**Cardiovascular:** Denies chest pain or palpitations
**Gastrointestinal:** Denies nausea or vomiting
**Hema/Lymph:** Denies bleeding or swollen lymph glands
**Extremities:** Denies lower extremity edema
**Endocrine:** Denies cold or heat intolerance
**Integumentary:** Denies rashes or pruritus
**Neurologic:** Denies confusion or tingling
**Psychiatric:** Denies delusions or hallucinations


**Physical Examination**
  **Intake and Output:**

|          | 12/23/17 | 12/22/17 |
|----------|----------|----------|
| INTAKE   | 0.00     | 0.00     |
| OUTPUT   | 0.00     | 0.00     |
| BALANCE  | 0.00     | 0.00     |

**Measurements and Weights:**  Measurements and Weights (ST)
**Most Recent**
  Height/Length Measured:
  Height/Length Dosing:

  Weight Measured:
  Weight Dosing:

  BMI Measured:  23.95  12/23/17 10:35
    Contributing Values
      Height/Length              12/23/17 10:35
  Measured:
      Weight Measured:    12/23/17 10:35

**Vital Signs:**

| Temperature              | 36.6 | (11:26) |
|--------------------------|------|---------|
| Systolic Blood Pressure  | 110  | (11:28) |
| Diastolic Blood Pressure | 65   | (11:28) |
| Pulse                    | 88   | (12:02) |
| SpO2                     | 98   | (12:02) |
| Respiratory Rate         | 16   | (12:02) |

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**General:** Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Oral mucosa is moist.
**Neck:** Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:** No swelling, No deformity.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength 5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:** Oriented, Speech clear and coherent.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Results Review**
  **Lab Results**
    Labs Last 24 Hours (ST)
    Labs (Last four charted values)

| Labs | | | |
|------|------|-----|----------|
| WBC  |      | 6.3 | (DEC 23) |
| Hgb  |      | 14.8| (DEC 23) |
| Hct  |      | 43.7| (DEC 23) |
| Plt  | 171  |     | (DEC 23) |
| Na   |      | 139 | (DEC 23) |
| K    | 4.3  |     | (DEC 23) |
| Cl   | 105  |     | (DEC 23) |
| Cr   | 1.0  |     | (DEC 23) |

| | |
|---|---|
| Unit Ref: | 811675173 |
| Print Date/Time: | 10/25/2019 12:54 EDT |
| Report Request ID: | 29993300 |

Patient Name: GUERRIERO, MICHAEL
Med Rec #:  1523798      DOB: 6/17/1964
Financial #:  10001337441

Page 26 of 82



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

| BUN | 11 | (DEC 23) |
| Glucose | H 103 | (DEC 23) |
| Ca | 8.7 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) |
| Troponin | <0.05 | (DEC 23) |

**X-Ray Findings**

No qualifying data available.

**CT Findings**

### Recent CT Scans

CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
1. Hyperdense right MCA sign suggesting acute right MCA infarct.
2. No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

9



NCH Healthcare System

**Naples Community Hospital**
**Naples, Florida**

## HISTORY AND PHYSICAL

| | |
|---|---|
| Document Type: | History and Physical |
| Service Date/Time: | 12/23/2017 13:00 EST |
| Result Status: | Final |
| Perform Information: | Ruthman.,Carl MD (12/24/2017 07:20 EST) |
| Sign Information: | Ruthman.,Carl MD (12/24/2017 07:20 EST) |

**Visit Information**

**Admission:**
23-DEC-2017 10:32.
**Primary Care Provider:**
Non-Staff, Physician.

**Chief Complaint**

**History of Present Illness**

The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

**Histories**

**Past Medical History:**
Undescended testicle
sinus arrthymia

**Procedure History:**
orchidopexy

**Allergies:**
NKA

**Medications:**
Home Medications (1) Active
multivitamin

**Family History:**



**Naples Community Hospital**
**Naples, Florida**

### HISTORY AND PHYSICAL

mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son.  Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use
1 beer daily

**Review of Systems**
   **Constitutional:** Denies fevers or chills
   **Eye:** Denies discharge or double vision
   **Respiratory:** Denies cough or wheezing
   **Cardiovascular:** Denies chest pain or palpitations
   **Gastrointestinal:** Denies nausea or vomiting
   **Hema/Lymph:** Denies bleeding or swollen lymph glands
   **Extremities:** Denies lower extremity edema
   **Endocrine:** Denies cold or heat intolerance
   **Integumentary:** Denies rashes or pruritus
   **Neurologic:** Denies confusion or tingling
   **Psychiatric:** Denies delusions or hallucinations

**Physical Examination**
   **Intake and Output:**

|              | 12/23/17 | 12/22/17 |
|--------------|----------|----------|
| **INTAKE**   | 0.00     | 0.00     |
| **OUTPUT**   | 0.00     | 0.00     |
| **BALANCE**  | 0.00     | 0.00     |

**Measurements and Weights:**  Measurements and Weights (ST)
**Most Recent**
   Height/Length Measured:
   Height/Length Dosing:

   Weight Measured:
   Weight Dosing:

   BMI Measured:   23.95  12/23/17 10:35
     **Contributing Values**
     Height/Length                12/23/17 10:35
**Measured:**

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
|-----------|-----------|---------------|--------------------|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 | |

Page 6 of 82

2



**Naples Community Hospital**
**Naples, Florida**

### HISTORY AND PHYSICAL

**Weight Measured:**     12/23/17 10:35

**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 36.6 | (11:26) |
| Systolic Blood Pressure | 110 | (11:28) |
| Diastolic Blood Pressure | 65 | (11:28) |
| Pulse | 88 | (12:02) |
| SpO2 | 98 | (12:02) |
| Respiratory Rate | 16 | (12:02) |

**General:** Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Oral mucosa is moist.
**Neck:** Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:** No swelling, No deformity.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength 5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:** Oriented, Speech clear and coherent.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Results Review**
   **Lab Results**
      Labs Last 24 Hours (ST)
      Labs (Last four charted values)

| | | | |
|---|---|---|---|
| WBC | | 6.3 | (DEC 23) |
| Hgb | | 14.8 | (DEC 23) |
| Hct | | 43.7 | (DEC 23) |
| Plt | 171 | (DEC 23) | |
| Na | | 139 | (DEC 23) |

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 |
| Page 7 of 82 | | |



**Naples Community Hospital**

**Naples, Florida**

## HISTORY AND PHYSICAL

| | | |
|---|---|---|
| K | 4.3 | (DEC 23) |
| Cl | 105 | (DEC 23) |
| Cr | 1.0 | (DEC 23) |
| BUN | 11 | (DEC 23) |
| Glucose | H 103 | (DEC 23) |
| Ca | 8.7 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) |
| Troponin | <0.05 | (DEC 23) |

**X-Ray Findings**

No qualifying data available.

**CT Findings**

### Recent CT Scans

CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
1. Hyperdense right MCA sign suggesting acute right MCA infarct.
2. No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN

---

4



**Naples Community Hospital**

**Naples, Florida**

## HISTORY AND PHYSICAL

LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

**Impression and Plan**

The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

**Pulmonary/Respiratory**
-No known pulmonary issues

**Cardiovascular**
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication          -EKG shows normal sinus rhythm, no previous for comparison

**Renal/GU**
-No known issues, normal BUN and creatinine

**Neurology/Psych**
-Status post TPA

-spontaneous dissection of the right proximal internal carotid artery        -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

**Endocrine/Metabolic**
-very mild hyperglycemia

**GI**
-No known issues.

**Hematologic/Oncology**
-No known issues

**Infectious Disease**

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 9 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

### HISTORY AND PHYSICAL

-No known issues

**Rheumotology**
-No known issues

**Code Status**
-FULL

## PLAN

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/24/17 07:20*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 10 of 82 | | | |





# Naples Community Hospital
## Naples, Florida

**CARDIO / EKG**

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *

Pat ID 811675173

12/24/2017 07:34:16
06/17/1964 53 yrs

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept        12-24
Room      SICU
Tech        3020

Req Provider: Carl Ruthman

RX
DX

Rate        64
PR          110
QRSd       94
QT          394
QTc         406

---Axis---

P            57
QRS         71
T            67

Sinus rhythm with short PR
Incomplete right bundle branch block
Borderline ECG
Compared to ECG 12/23/2017 17:14:30
Short PR interval now present
Incomplete right bundle-branch block now present
Sinus arrhythmia no longer present
Electronically Signed On 12-24-2017 14:25:00 EST by HERMES KOOP MD

- Borderline ECG -



Confirmed By: HERMES KOOP MD 12/24/2017 14:25:00

GE MAC55-213

25 mm/sec          10.0 mm/mV          0.05 - 40 Hz

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327;1523798
FIN: 1000133744

Page 48 of 82

Pat ID 811675173

RX
DX

12/23/2017 17:14:30
06/17/1964 53 yrs

GUERRIERO, MICHAEL
Male
Account # 1000133744

* Final *

NCH Healthcare System
Dept          12-23
Room         SICU
Tech          3048

Req Provider:  Carl Ruthman

Sinus rhythm with marked sinus arrhythmia
Otherwise normal ECG
Compared to ECG 12/23/2017 10:49.50
No significant changes
Electronically Signed On 12-23-2017 22:30:52 EST by PAUL JONES MD

| | |
|---|---|
| Rate | 83 |
| PR | 128 |
| QRSd | 94 |
| QT | 372 |
| QTc | 437 |
| --Axis--- | |
| P | 66 |
| QRS | 73 |
| T | 54 |

- Otherwise Normal ECG -





Facility: NCH

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *

Pat ID 811675173

RX
DX

Rate          80
PR            124
QRSd          86
QT            366
QTc           422

  ---Axis---

P             68
QRS           66
T             62

12/23/2017 10:49:50
06/17/1964 53 yrs

Normal sinus rhythm
Electronically Signed On 12-25-2017 8:16:51 EST by STEPHEN LOZIER MD

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept      12-23
Room      661
Tech      MRJ

Req Provider:  Stephen Lozier E



Confirmed By: STEPHEN LOZIER MD 12/25/2017 08:16:51

- Normal ECG -

GE MAC55-220        25 mm/sec        10.0 mm/mV        0.05 - 40 Hz

Facility: NCH



**Naples Community Hospital**

**Naples, Florida**

TELEMETRY STRIP

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: SR  ARRHYTHMIA _____ PR 0.12 QRS 0.08 QT 0.36 NURSE ___

**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376     Orig: 9/98     Rev: 09/10

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
FIN: 10001337441

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *



RHYTHM: SR   ARRHYTHMIA _____   PR 0.12  QRS 0.08  QT 0.40  NURSE

RHYTHM: SR   ARRHYTHMIA _____   PR 0.12  QRS 0.08  QT 0.36  NURSE

RHYTHM: _____   ARRHYTHMIA SR   PR 0.12  QRS 0.06  QT 0.44  NURSE

**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

4

NCH #: 5376    Orig: 9/98    Rev: 09/10

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *



RHYTHM: _____ ARRHYTHMIA _SA_ PR 0.12 QRS 0.08 QT 0.51 NURSE MKP

RHYTHM: _____ ARRHYTHMIA _SA_ PR 0.12 QRS 0.06 QT 0.40 NURSE MKP

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

Admit Strip

**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376    Orig: 9/98    Rev: 09/10

4

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
FIN: 10001337441



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Head WO Contrast | Patel, Vishal DO | 12/24/2017 12:41 EST | CT-17-0078743 |

## Report
STUDY: CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:  Male, 53 years old.  24 hour follow-up after administration of TPA.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35 ) mGy, DLP = ( 529.9 ) mGycm

TECHNIQUE:  Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT of the head dated December 23, 2017.

___

FINDINGS:
Normal soft tissue structures.  Normal calvarium.  There is deviation of nasal septum towards the right with a bony spur. There is a left-sided conchal bullosa.

There is subtle decreased attenuation within the right temporal lobe that may be the result of subacute infarct.  There is normal gray-white differentiation otherwise.  Cortical sulci ventricles have a grossly normal appearance.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is minimal atherosclerotic calcification of intracranial arteries.

Normal visualized paranasal sinuses.

___

IMPRESSION:
1.  Sequela of a subacute infarct involving the right temporal lobe.
2.  No CT evidence of acute intracranial hemorrhage.

Electronically Signed:
Anna Miller, MD
2017/12/24 at 12:55 EST
(216) 469-7140
This has been co-signed by:
William Ford, MD
2018/01/02 at 7:38 EST
Service support  1-888-557-3617, Fax 216-255-5701

DICTATED BY:  Ford, William J -MD
Electronic Signature
Signed D/T:  24-DEC-2017 12:55 pm

Transcribed D/T:  24-DEC-2017 12:55 pm

___

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 58 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

| | | | |
|---|---|---|---|
| **EXAM**<br>CT Head WO Contrast | **PHYSICIAN**<br>Ruthman.,Carl MD | **DATE**<br>12/23/2017 16:09 EST | **ACC NO.**<br>CT-17-0078686 |

**Report**
STUDY:  CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Stroke, tPa, thrombectomy, carotid dissection / SICU pt f/up timed post tPa, thrombectomy, carotid dissection/ stent placement f/up. Pt has no new complaints-same headache

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 570 ) mGycm

TECHNIQUE:  Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT Brain
Dec 23 2017 10:37am

FINDINGS:
Normal soft tissue structures.  Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age.  There is a focal area of gray-white matter loss of differentiation in the region of the right MCA.  This is consistent for an ischemic infarct.  Normal basal ganglia and thalami. Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There are no findings of an acute ischemic infarction.

Normal visualized paranasal sinuses.

IMPRESSION:
There is a focal area of gray-white matter loss of differentiation in the region of the right MCA.  This is consistent for an ischemic infarct.  This is very mild.

Electronically Signed:
Sean Takeuchi, MD
2017/12/23 at 16:20 EST
Tel 308-293-6189, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Takeuchi, Sean - MD*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 4:20 pm*

*Transcribed D/T:  23-DEC-2017 4:20 pm*

| | |
|---|---|
| **Unit Ref:**  811675173 | **Patient Name:** GUERRIERO, MICHAEL |
| **Print Date/Time:**  10/25/2019 12:54 EDT | **Med Rec #:**  1523798    **DOB:** 6/17/1964 |
| **Report Request ID:**  29993300 | **Financial #:**  10001337441 |
| **Page 60 of 82** | |

2



# Naples Community Hospital
## Naples, Florida

### CONSULTATION

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 12/24/2017 15:45 EST |
| Result Status: | Modified |
| Perform Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 15:54 EST) |
| Sign Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 16:07 EST) |

**Addendum by Kakaes MD, Nicoleta on December 24, 2017 7:10 PM EST**
Pt seen and examined. Agree with above. Pt denies any complaints and has no focal deficits despite recent CVA. Patient has been started on DAPT. Neuro following. Will need workup based on CVA at young age and no obvious cause.

Gen: NAD
HEENT: nc/at, eomi, moist oral mucosa
Cardio: s1s2, RRR
Lungs: CTAB
Abd: soft
Neuro: AAO x 3

Nicoleta Kakaes, MD
IM Hospitalist

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 12/24/17 19:10*

**Hospitalist Consult Note**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**      **MRN: 1523798**      **FIN: 10001337441**
Age: **53 years**    Sex: **Male**    DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Duarte P.A., Elizabeth**

Primary Care Doctor: **None**

## Subjective

Referring Physician: **Dr Ruthman**

Reason for Consultation: SICU to Medical Floor Transfer; Medical Management

History of Present Illness: 53-year-old male who presented to the ED on 12/23/2017 for evaluation of sudden left-sided weakness and facial droop. The patient collapsed to the ground. In the ED, patient was found to have a hyperdense right MCA suggesting acute right MCA infarct. Patient was given TPA and taken to thrombectomy. During thrombectomy patient was found to have a spontaneous dissection of the right proximal internal carotid artery with no evidence of thrombus or embolus appreciated. No intervention was performed. Patient was seen by inpatient neurology and placed on aspirin and Plavix. At this time patient is medically stable for transfer out of the critical care unit and to the medical floor. We were consulted for medical management. Currently patient is feeling well. States that he gets a "vice like headache" when he sneezes or coughs. Passed swallow eval. Patient denies chest pain, SOB, heart palpitations, abdominal pain, nausea, vomiting, diarrhea, or dysuria.

| | |
|---|---|
| Unit Ref: | 811675173 |
| Print Date/Time: | 10/25/2019 12:54 EDT |
| Report Request ID: | 29993300 |
| Page 11 of 82 | |

Patient Name: GUERRIERO, MICHAEL
Med Rec #:  1523798      DOB: 6/17/1964
Financial #:  10001337441



# Naples Community Hospital
## Naples, Florida

### CONSULTATION

## Health Status
### Allergies:

**Allergies (1) Active**

NKA

**Reaction**

None Documented

### Current medications:
**Home Medications (1) Active**

multivitamin

## Objective

**Past Medical History:**
Undescended testicle
Sinus arrhythmia

**Past Surgical History:**
Orchidopexy

**Social History:**
Alcohol use of 1 beer daily
Denies tobacco use

**Family History:**
Mother deceased with pancreatic cancer
Father deceased with CVA vs MI?

### REVIEW OF SYSTEMS:

**General:** denies fevers, chills, sweats. No weight loss or weight gain.

**HEENT:** Denies diplopia or visual changes, no hearing changes, no vertigo or dizziness, no cough, rhinorrhea, or sore throat. Positive headache.

**Cardiovascular:** Denies chest pain or palpitations.

**Lungs:** Denies shortness of breath, hemoptosis or wheezing.

**GI:** Denies nausea, vomiting, abdominal pain, diarrhea or constipation.

**GU:** Denies dysuria, hematuria or frequency.

**Musculoskeletal:** Denies joint stiffness, swelling or redness.

**Derm:** Denies rashes, tattoos or pruritis.

**Psych:** Denies history of depression and anxiety.

**Neuro:** Denies history of fall, syncopal episodes, loss of consciousness, seizures or weakness.

### PHYSICAL EVALUATION:

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 |
| Page 12 of 82 | | |

*2*



**Naples Community Hospital**
**Naples, Florida**

*CONSULTATION*

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min  (DEC 24 15:00) |
| SBP | L 92mmHg  (DEC 24 15:00) |
| DBP | L 53mmHg  (DEC 24 15:00) |
| SpO2 | 100 %  (DEC 24 15:00) |
| BMI | 23.95  (DEC 23 16:40) |

**General:** Appears stated age in no acute distress. Pt sitting in chair comfortably with family at bedside.

**HEENT:** Normocephalic atraumatic, pupils are equal, round and reactive to light, extraocular movements are intact.  Hearing appears good, no hearing aids in place, oral mucosa is dry and pink.

**Respiratory:** Lungs are clear to auscultation, good effort.  Pattern regular.  No rhonchi, wheezes or rales.

**Cardiovascular:** Normal rate, regular rhythm.  S1 and S2 are normal, no murmurs, rubs or gallops.

**Gastrointestinal:** Abdomen is soft, non-tender, non-distended, bowel sounds present in all 4 quadrants.

**Genitourinary:** No suprapubic tenderness, no foley catheter.

**Musculoskeletal:** No joint stiffness, swelling or redness noted.

**Integumentary:** Skin is warm, pink, dry.  No rashes or tattoos.

**Neurological:** Grossly nonfocal, cranial nerves II-XII intact.

**Psychiatric:** Cooperative, appropriate mood and affect.  Patient is alert and oriented.

**Lower extremities:** No edema, clubbing or cyanosis.


**Results Review**
  **Inpatient Vitals/Meds/Labs**
    **Vitals**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min  (DEC 24 15:00) |
| SBP | L 92mmHg  (DEC 24 15:00) |
| DBP | L 53mmHg  (DEC 24 15:00) |
| SpO2 | 100 %  (DEC 24 15:00) |
| BMI | 23.95  (DEC 23 16:40) |

    **Meds**
    **Medications (10) Active**
    Scheduled: (6)
    aspirin 325 mg Tab Enteric  325 mg 1 tab, PO, Daily
    clopidogrel 75 mg Tab  75 mg 1 tab, PO, Daily

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798          DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 13 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

## CONSULTATION

INFLUENZA VIRUS VACCINE 0.5 mL Inj  0.5 mL, IM, Daily+
MEDICATION INSTRUCTION: NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
MEDICATION INSTRUCTION: HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
simvastatin 40 mg Tab  40 mg 1 tab, PO, Daily
Continuous: (1)
sodium chloride 0.9% 1,000 mL  1,000 mL, IV, 75 mL/hr
PRN: (3)
dextrose 50% 50 mL Pre Fill Syringe Inj  25 g 50 mL, IV Push, Unscheduled One Time
hydrALAZINE 20 mg/mL Inj  10 mg 0.5 mL, IV Push, Q4HR
labetalol 100 mg/20 mL Inj  20 mg 4 mL, IV Push, Q10Min

**Laboratory Results**
Today's Lab Results : Lab Results
         12/24/2017 3:25 AM EST

| Test | Result |
|---|---|
| WBC | 13.2 th/uL  HI |
| RBC | 4.87 mil/uL |
| HGB | 14.5 gm/dL |
| Hct | 42.7 % |
| MCV | 88 fL |
| MCH | 29.8 pg |
| MCHC | 34.0 gm/dL |
| RDW | 12.6 % |
| Platelet Count | 219 th/uL |
| Neutro Auto | 67.0 % |
| Lymph Auto | 18.4 %  LOW |
| Mono Auto | 12.2 % |
| Eos Auto | 1.9 % |
| Basophil Auto | 0.2 % |
| IG% Auto | 0.3 % |
| Neutro Absolute | 8.820 th/uL  HI |
| Sodium Lvl | 141 mmol/L |
| Potassium Lvl | 3.9 mmol/L |
| CHLORIDE | 109 mmol/L  HI |
| CO2 Lab | 24 mmol/L |
| ANION GAP, BLOOD | 8 mmol/L |
| Glucose Level | 115 mg/dL  HI |
| BUN | 7 mg/dL |
| CREATININE | 0.8 mg/dL |
| Estim Creatinine Clearance | 96.86 |
| GFR Calculation | 102  NA |
| Albumin Level | 3.4 gm/dL |
| Bili Total | 0.78 mg/dL |
| T PROT | 6.9 gm/dL |
| ALK PHOS | 67 IU/L |
| ALT | 23 IU/L |
| AST | 18 IU/L |
| Calcium Level | 8.2 mg/dL  LOW |

Unit Ref:        811675173          Patient Name:  GUERRIERO, MICHAEL
Print Date/Time:  10/25/2019 12:54 EDT    Med Rec #:  1523798       DOB: 6/17/1964
Report Request ID:  29993300        Financial #:  10001337441
Page 14 of 82



### Naples Community Hospital
### Naples, Florida

## CONSULTATION

|  |  |  |
|---|---|---|
| | Cholesterol | 143 mg/dL |
| | TRIG | 45 mg/dL |
| | HDLP CHOL | 61 mg/dL |
| | LDL Chol | 73 mg/dL |
| | INR | 1.1 ratio |
| | PT | 14.0 second(s) |
| | PTT | 26.0 second(s) |
| 12/23/2017 10:39 AM EST | WBC | 6.3 th/uL |
| | RBC | 4.95 mil/uL |
| | HGB | 14.8 gm/dL |
| | Hct | 43.7 % |
| | MCV | 88 fL |
| | MCH | 29.9 pg |
| | MCHC | 33.9 gm/dL |
| | RDW | 12.8 % |
| | Platelet Count | 171 th/uL |
| | Neutro Auto | 47.1 % |
| | Lymph Auto | 33.2 % |
| | Mono Auto | 12.8 % |
| | **Eos Auto** | **6.1 % HI** |
| | Basophil Auto | 0.6 % |
| | IG% Auto | 0.2 % |
| | Neutro Absolute | 2.960 th/uL |
| | Sodium Lvl | 139 mmol/L |
| | Potassium Lvl | 4.3 mmol/L |
| | CHLORIDE | 105 mmol/L |
| | CO2 Lab | 27 mmol/L |
| | ANION GAP, BLOOD | 7 mmol/L |
| | **Glucose Level** | **103 mg/dL HI** |
| | BUN | 11 mg/dL |
| | CREATININE | 1.0 mg/dL |
| | GFR Calculation | 88 NA |
| | Albumin Level | 3.7 gm/dL |
| | Bili Total | 0.52 mg/dL |
| | T PROT | 7.5 gm/dL |
| | ALK PHOS | 67 IU/L |
| | ALT | 24 IU/L |
| | AST | 22 IU/L |
| | Calcium Level | 8.7 mg/dL |
| | Troponin I | <0.05 ng/mL |
| | INR | 1.0 ratio |
| | PT | 13.7 second(s) |
| | PTT | 24.3 second(s) |

Unit Ref: 811675173
Print Date/Time: 10/25/2019 12:54 EDT
Report Request ID: 29993300
Page 15 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #: 1523798          DOB: 6/17/1964
Financial #: 10001337441



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

### Impression and Plan

#Acute CVA secondary to Complete Dissection of the Right ICA
   -s/p tPA
   -all CT and CT perfusion studies reviewed
   -repeat CT head ordered
   -LDL 73; started on statin
   -continue neurochecks
   -SBP 160-180
   -continue ASA and plavix per Neuro
   -PT/OT/Speech consulted
   -Neurology consulted

#Leukocytosis
   -most likely reactive
   -pt afebrile
   -monitor

#Hyperglycemia
   -mild

#Hyperchloremia
   -mild
   -monitor

#DVT proph
   -pedal pumps


d/w Dr Kakaes

*Electronically Signed By: Duarte P.A., Elizabeth*
*Date / Time Signed: 12/24/17 16:07*

---

Document Type:                   Consultation
Service Date/Time:          12/24/2017 14:49 EST
Result Status:               Modified
Perform Information:        Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers, Michael J -MD (12/24/2017 15:03 EST)

Sign Information:            Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers, Michael J -MD (12/24/2017 15:03 EST)

---

6



**Naples Community Hospital**

**Naples, Florida**

## CONSULTATION

**Addendum by Vickers, Michael J - MD on December 25, 2017 10:48 AM EST**
This should be labelled as consult

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/25/17 10:48*

**MJV**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**       MRN: **1523798**       FIN: **10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses:  **None**
Author:  Vickers, Michael J - MD

**Subjective**
   Dr. Totoratis was consulted early this AM on this very pleasant gentlamn who is post TPA/post thrombectomy/ cartoid
      dissection.  Per protocol she was consulted.  She is off for this holiday and has asked me to do the consult in her
      stead.

   53 y/o gentleman who had nagging severe posterior h/a last 3-4 days.  No significant trauma.  No whiplash injury.
      Nothing odd at work, no therapy or chiropractic manipulations.  He was at a friends house when he fell outr.  His 7
      y/o son was there and he described what happened to his daddy in excellent detail.  Pts friend Mr. Matt stayed with
      the pt and Mrs. Nicole who is a nurse called for EMS.  Pt was brought directly to NCH and recieved TPA very quickly.
      NIHSS was 14 with neglect LHP.  also had thrombectomy.  Was found to have carotid dissection.  Was not stented.
      Was placed on ASA and Plavix by ICU doc yesterday.

   No residual sxs today except mild (very much improved) h/a.

   followup CT head today shows r temporal changes.

   **Past Medical History:**
   Undescended testicle
   sinus arrthymia

   **Procedure History:**
   orchidopexy

   **Family History:**
   mother passed at 75 of pancreatic cancer
   father passed in 80s of a fall

   **Social History:**
   Patient lives in Naples with wife and son.  Works as a security supervisor.
   lifetime nonsmoker
   denies illicit drug use



# Naples Community Hospital
## Naples, Florida

### CONSULTATION

1 beer daily

**ROS as per admission note**

**Health Status**
  **Allergies:**

| Allergies (1) Active | Reaction |
|---|---|
| NKA | None Documented |

**Current medications:**  (Selected)
  **Inpatient Medications**
    *Ordered*
      MEDICATION INSTRUCTION:: HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
      MEDICATION INSTRUCTION:: NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
      NOREPinephrine (Levophed^) 16 mg [8 mcg/min] + Dextrose 5% in Water 250 mL: 7.5 mL/hr, IV
      NS 1,000 mL: 75 mL/hr, IV
      Nitrostat 0.4 mg Tab SL: 0.4 mg, 1 tab, SubLingual, Q5Min, PRN: Chest Pain
      Nursing Med Protocol Orders - Critical Care ELECTROLYTES: 1 EA, Rx Dosing, On Call
      Pepcid 20 mg Inj: 20 mg, IV Slow Push, Q12HR
      Plavix: 75 mg, 1 tab, PO, Daily
      REQUEST FOR INFLUENZA VACCINE: 0.5 mL, IM, Daily+
      Saline Flush: 1 syringe(s), IV Flush, Daily, PRN: Line Patency
      Saline Flush: 1 syringe(s), IV Flush, Q8HR
      Tylenol (acetaminophen) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain,Mild=PainScale1-3,Headache or Fever
      Zofran Inj: 4 mg, 2 mL, IV Slow Push, Q6HR, PRN: Nausea/Vomiting
      aspirin: 325 mg, 1 tab, PO, Daily
      dextrose 50% ADULT Syringe: 25 g, 50 mL, IV Push, Unscheduled One Time, PRN: Serum Glucose (Parameters in comments)
      hydrALAZINE Inj: 10 mg, 0.5 mL, IV Push, Q4HR, PRN: Blood Pressure(Parameters in comments)
      labetalol Inj: 20 mg, 4 mL, IV Push, Q10Min, PRN: Blood Pressure(Parameters in comments)
      simvastatin: 40 mg, 1 tab, PO, Daily
  **Documented Medications**
    *Documented*
      multivitamin:

**Objective**
  **VS/Measurements**
  Vital Signs

| | | |
|---|---|---|
| 12/24/2017 2:00 PM EST | Heart Rate Monitored | 86 bpm |

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |

Page 18 of 82



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
STUDY:   MRI BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided facial droop and right-sided days.  Patient has had right-sided MCA thrombectomy.

TECHNIQUE:   Standardized multiplanar fat and water weighted pulse sequences were obtained.

COMPARISON:   CT of the head dated December 24, 2017 and MRA of the head dated December 25, 2017.

---

FINDINGS:
Normal size of the ventricles and extra-axial spaces for the patient's age.  There are a limited number of small white matter hyperintensities, distributed throughout the deep white matter tracts of the cerebral hemispheres, consistent with mild chronic white matter ischemic changes.

There is abnormal signal within the head of the right caudate nucleus, right putamen and medial right temporal lobe and insular cortex consistent with sequela of subacute infarct.  There is restricted diffusion visible within the head of the right caudate nucleus, right basal ganglia and right insular cortex.  This is consistent with an acute infarct.  Normal T2* images of the brain without demonstrated susceptibility artifact.  There is no demonstrated hemosiderin stain.

The left basal ganglia has a normal appearance.  Normal thalami.  There is no extra-axial fluid accumulation.

Normal flow voids within the major intracranial circulation suggesting patency by spin echo criteria.

There is increased CSF within the sella and flattening of the pituitary gland consistent with an "empty sellar syndrome".  Normal infundibular stalk, hypothalamus, and optic chiasm.  Normal tectal plate and pineal gland.

Normal midbrain, pons and medulla.  Normal cerebellum.  Normal basal cisterns.  Normal bilateral temporal bones.  Normal bilateral internal auditory canals.

No demonstrated orbital abnormality, within the constraints of a routine brain study.  Small left maxillary mucous retention cyst.  There is mild mucoperiosteal thickening of the maxillary sinuses.  There is moderate deviation of nasal septum towards the right with a bony spur.  Normal calvarium and skull base.  Normal visualized soft tissue structures.  Normal visualized upper cervical spine.

---

IMPRESSION:
1.  Acute infarct involving the right caudate nucleus, putamen and right insular cortex and temporal lobe.
2.  No MR evidence to suggest hemorrhagic formation.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 18:09 EST

---

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 54 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
(216) 469-7140
This has been co-signed by:
**William Ford, MD**
**2018/01/02 at 7:46 EST**
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Ford, William J -MD*
*Electronic Signature*
*Signed D/T:  25-DEC-2017 6:09 pm*

*Transcribed D/T:  25-DEC-2017 6:09 pm*

Unit Ref:         811675173
Print Date/Time:   10/25/2019 12:54 EDT
Report Request ID:  29993300
**Page 55 of 82**

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798          DOB: 6/17/1964
Financial #:    10001337441



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRA Cerebral WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:08 EST | MR-17-0019118 |

**Report**

STUDY:   MRA OF THE HEAD WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.   Left-sided facial droop and right sided gaze.   Patient has had a right-sided middle cerebral artery thrombectomy.

TECHNIQUE:   3-D time-of-flight (TOF) imaging was performed with MIPs. The study was performed unenhanced.

COMPARISON:   CTA of the head dated December 23, 2017.

---

FINDINGS:

Normal bilateral petrous carotid arteries.   Normal right cavernous carotid artery with a normal supraclinoid bifurcation. There is elongation and tortuosity of the left cavernous carotid artery, without a demonstrated hemodynamically significant stenosis.

Normal right A1 segments of the anterior cerebral artery. Normal left A1 segments of the anterior cerebral artery.   Normal intact anterior communicating artery (ACOM). Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.   Normal left M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.

Normal right posterior communicating artery (PCOM).   Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.   There is no major vessel occlusion or hemodynamically significant stenosis.   There is no demonstrated abnormality of the visualized brain.

---

IMPRESSION:
1.  Recanalization of the right middle cerebral artery since previous CTA.
2.  No MRA evidence for hemodynamically significant stenosis, thrombosis or aneurysm.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 14:28 EST
(216) 469-7140
This has been co-signed by:
Christopher Firment,

---



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| MRA Cerebral WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:08 EST | MR-17-0019118 |

**Report**
**2018/01/02 at 10:06 EST**
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  25-DEC-2017 2:28 pm*

*Transcribed D/T:  25-DEC-2017 2:28 pm*

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 57 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798        DOB: 6/17/1964
Financial #:   10001337441



# Naples Community Hospital
# Naples, Florida

## FINAL SUMMARY

Document Type:                          Final Summary
Service Date/Time:                      12/26/2017 17:02 EST
Result Status:                          Final
Perform Information:                    Kakaes MD,Nicoleta (12/26/2017 17:05 EST)
Sign Information:                       Kakaes MD,Nicoleta (1/7/2018 20:03 EST)

**Discharge Summary**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      **MRN: 1523798**        **FIN: 10001337441**
Age:  **53 years**    Sex:  **Male**    DOB:  **6/17/1964**
Associated Diagnoses:  **None**
Author:  **Kakaes MD, Nicoleta**

**Discharge Information**
  **Admit Date:**
  23-DEC-2017 10:32.
  **Discharge Date:** 12/26/2017.
  **Reason for Hospitalization:** CVA.
  **Primary Care Provider:**
  Non-Staff, Physician.
  **Admitting Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**
  .
  **Discharge Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**
  .
  **Consulting Physician:** Vickers, Michael J - MD, Ruthman., Carl MD
  .
  **Discharge Medications:**
  multivitamin
  ASA 81mg q day
  Plavix 75mg q day
  Simvastatin 40mg q day.
  **Procedures:** thrombectomy aborted.
  **Complications:** Not applicable.

**Results Review**
  **Lab Results**

| Labs | (Last four charted values) | | | | | | | |
|------|------|------|------|------|------|------|------|------|
| WBC  | 6.1 | (DEC 26) | 6.2 | (DEC 25) | H 13.2 | (DEC 24) | 6.3 | (DEC 23) |
| Hgb  | L 12.0 | (DEC 26) | L 11.9 | (DEC 25) | 14.5 | (DEC 24) | 14.8 | (DEC 23) |



**Naples Community Hospital**
**Naples, Florida**

## FINAL SUMMARY

| | |
|---|---|
| DBP | 79 mmHg (DEC 26 16:58) |
| SpO2 | 97 % (DEC 26 16:58) |
| BMI | 24.62 (DEC 26 04:16) |

**General:** Alert and oriented, No acute distress.
**Eye:** Extraocular movements are intact, Normal conjunctiva.
**HENT:** Normocephalic, Normal hearing, Oral mucosa is moist.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm.
**Gastrointestinal:** Soft, Non-tender.
**Musculoskeletal:** Normal range of motion.
**Integumentary:** Warm.
**Neurologic:** Alert, Oriented, Normal sensory, Normal motor function, No focal deficits.
**Cognition and Speech:** Speech clear and coherent.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Hospital Course**

Mr. Guerriero was admitted due to sudden left sided weakness and facial droop, drooling, and right sided gaze. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tPA and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. MRA done on 12/25/17 showed patent intracranial vessels. MRI 12/25/17 showed small deep right MCA infarct. Patient had no focal deficits. Neurologists, Drs. Vickers and Totoraitis suspected this event was likely a spontaneous dissection as no other vascular abnormalities were seen. I discussed with Dr. Totoraitis who recommended medical management with aspirin 81mg and Plavix 75 mg until follow up imaging is obtained. Patient is to obtain a CTA in 1month to ensure to anuerysm development occurs. He is to follow up with neurology as an outpatient. Patient was discharged home in stable condition.

**Discharge Plan**
**Discharge Condition**
Improved.
Stable.
Patient Instructions: Carotid Dissection, Preventing Recurrent Stroke: Getting Active, Preventing Recurrent Stroke: Eating Healthy, Preventing Recurrent Stroke with a Healthier Lifestyle, Counseled (patient, spouse, regarding diagnosis, regarding treatment, regarding medications, diet, activity, verbalized understanding), Diet low cholesterol diet, Activity as tolerated. no heavy lifting or exertion.
Follow-up: Michael Vickers Within 2 Weeks; Physician Non-Staff Within 1 to 2 Days.
Discharge Disposition: Home.
Greater than 30 mins.

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 01/07/18 20:03*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 4 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

## LABORATORY

### HEMATOLOGY

| Procedure | Collected Date 12/26/2017 Collected Time 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| WBC | 6.1 G1 | 6.2 G1 | 13.2 H G1 | 6.3 G1 | [4.2-10.8] | th/uL |
| RBC | 4.05 G1 | 4.09 G1 | 4.87 G1 | 4.95 G1 | [4.00-5.40] | mil/uL |
| HGB | 12.0 L G1 | 11.9 L G1 | 14.5 G1 | 14.8 G1 | [14.0-18.0] | gm/dL |
| Hct | 36.6 L G1 | 36.5 L G1 | 42.7 G1 | 43.7 G1 | [42.0-52.0] | % |
| MCV | 90 G1 | 89 G1 | 88 G1 | 88 G1 | [80-99] | fL |
| MCH | 29.6 G1 | 29.1 G1 | 29.8 G1 | 29.9 G1 | [25.4-34.6] | pg |
| MCHC | 32.8 G1 | 32.6 G1 | 34.0 G1 | 33.9 G1 | [31.0-37.0] | gm/dL |
| RDW | 13.3 G1 | 13.2 G1 | 12.6 G1 | 12.8 G1 | [11.5-14.5] | % |
| Platelet Count | 158 G1 | 148 G1 | 219 G1 | 171 G1 | [130-450] | th/uL |
| MPV | 9.8 G1 | 9.6 G1 | 9.3 G1 | 9.4 G1 | [7.0-14.0] | fL |
| Neutro Auto | - | - | 67.0 O1 G1 | 47.1 O2 G1 | [41.0-77.0] | % |
| Lymph Auto | - | - | 18.4 L O1 G1 | 33.2 O2 G1 | [24.0-44.0] | % |
| Mono Auto | - | - | 12.2 O1 G1 | 12.8 O2 G1 | [0.0-15.0] | % |
| Eos Auto | - | - | 1.9 O1 G1 | 6.1 H O2 G1 | [0.0-5.0] | % |
| Basophil Auto | - | - | 0.2 O1 G1 | 0.6 O2 G1 | [0.0-3.0] | % |
| IG% Auto | - | - | 0.3 O1 G1 | 0.2 O2 G1 | [0.0-0.4] | % |
| Neutro Absolute | - | - | 8.820 H O1 G1 | 2.960 O2 G1 | [1.800-7.000] | th/uL |

**Order Comments**

O1:   Automated Differential
       Ordered by Discern Expert
O2:   Automated Differential
       Ordered by Discern Expert

### CHEMISTRY

| Procedure | Collected Date 12/26/2017 Collected Time 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| Glucose Level | 86 G1 | 97 G1 | 115 H G1 | 103 H G1 | [70-99] | mg/dL |
| BUN | 13 G1 | 11 G1 | 7 G1 | 11 G1 | [7-18] | mg/dL |
| CREATININE | 0.8 G1 | 0.7 G1 | 0.8 G1 | 1.0 G1 | [0.6-1.3] | mg/dL |
| Estim Creatinine Clearance | 96.86 R1 | 110.70 R2 | 96.86 R1 | - | | |
| GFR Calculation | 108 G1 G1 | 124 G1 G1 | 102 G1 G1 | 88 G1 G1 | | |
| Albumin Level | - | - | 3.4 G1 | 3.7 G1 | [3.4-5.0] | gm/dL |
| Bili Total | - | - | 0.78 G1 | 0.52 G1 | [0.20-1.00] | mg/dL |
| T PROT | - | - | 6.9 G1 | 7.5 G1 | [6.4-8.2] | gm/dL |
| ALK PHOS | - | - | 67 G1 | 67 G1 | [50-136] | IU/L |

Unit Ref:   811675173
Print Date/Time:   10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 78 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:   1523798          DOB: 6/17/1964
Financial #:   10001337441



# Naples Community Hospital
# Naples, Florida

## LABORATORY

## CHEMISTRY

| Collected Date<br>Collected Time | 12/26/2017<br>01:39 EST | 12/25/2017<br>01:21 EST | 12/24/2017<br>03:25 EST | 12/23/2017<br>10:39 EST | | |
|---|---|---|---|---|---|---|
| Procedure | | | | | Reference Range | Units |
| ALT | - | - | 23 @1 | 24 @1 | [12-78] | IU/L |
| AST | - | - | 18 @1 | 22 @1 | [15-37] | IU/L |
| Calcium Level | 8.2 L @1 | 7.7 L @1 | 8.2 L @1 | 8.7 @1 | [8.5-10.1] | mg/dL |
| Magnesium | 2.0 @1 | 1.9 @1 | - | - | [1.8-2.4] | mg/dL |

**Result Comments**

R1:    Estim Creatinine Clearance
    MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
    by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.8 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
    used when SrCr < 1).

R2:    Estim Creatinine Clearance
    MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
    by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.7 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
    used when SrCr < 1).

**Interpretive Data**

@1:    GFR Calculation
    Interpretive Data for Estimated GFR:

    The severity of chronic kidney disease (CKD) is described by 6 stages, the most severe three are defined by the
    MDRD-eGFR value, and first three also depend whether there is other evidence of kidney disease (e.g. proteinuria):

        0) Normal kidney function – GFR above 90mL/min/1.73m2 and no proteinuria
        1) CKD1 – GFR above 90mL/min/1.73m2 with evidence of kidney damage
        2) CKD2 (Mild) – GFR of 60 to 89 mL/min/1.73m2 with evidence of kidney damage
        3) CKD3 (Moderate) – GFR of 30 to 59 mL/min/1.73m2
        4) CKD4 (Severe) – GFR of 15 to 29 mL/min/1.73m2
        5) CKD5 Kidney failure (dialysis or kidney transplant needed) – GFR less than 15 mL/min/1.73m2

    GFR estimates between 60 and 89 mL/min/1.73m2 do not indicate CKD unless there is other existing laboratory/clinical
    evidence of disease.

    Estimated GFR should be multiplied by 1.212 for African-Caribbean patients.

    The estimated GFR has not been validated for use in acute renal failure, pregnancy, oedematous states, muscle wasting
    disorders, amputees and malnourished people.

    GFR calculation and interpretation from the National Kidney Foundation.

---



# Naples Community Hospital
## Naples, Florida

## LABORATORY

### ELECTROLYTES

| Procedure | 12/26/2017 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| Collected Date / Collected Time | | | | | | |
| Sodium Lvl | 142 @1 | 139 @1 | 141 @1 | 139 @1 | [136-145] | mmol/L |
| Potassium Lvl | 3.9 @1 | 3.8 @1 | 3.9 @1 | 4.3 @1 | [3.5-5.1] | mmol/L |
| CHLORIDE | 108 H @1 | 107 @1 | 109 H @1 | 105 @1 | [98-107] | mmol/L |
| CO2 Lab | 26 @1 | 26 @1 | 24 @1 | 27 @1 | [21-32] | mmol/L |
| ANION GAP,BLOOD | 8 @1 | 6 @1 | 8 @1 | 7 @1 | [3-11] | mmol/L |

### COAGULATION

| Procedure | 12/25/2017 17:10 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|
| Collected Date / Collected Time | | | | | |
| INR | 1.1 @1 | 1.1 @1 | 1.0 @1 | [0.8-1.2] | ratio |
| PT | 14.3 @1 | 14.0 @1 | 13.7 @1 | [11.5-14.6] | second(s) |
| PTT | 26.9 @1 | 26.0 @1 | 24.3 @1 | [23.7-35.4] | second(s) |

### CARDIAC PROCEDURES

| Procedure | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|
| Collected Date / Collected Time | | | |
| Troponin I | <0.05 @1 | [<=0.15] | ng/mL |

### LIPIDS/LIPOPROTEIN

| Procedure | 12/24/2017 03:25 EST | Reference Range | Units |
|---|---|---|---|
| Collected Date / Collected Time | | | |
| Cholesterol | 143 @2 @1 | [<=200] | mg/dL |
| TRIG | 45 @3 @1 | [<=150] | mg/dL |
| HDLP CHOL | 61 @4 @1 | [>=40] | mg/dL |
| LDL Chol | 73 @1 | [<=100] | mg/dL |

Interpretive Data
@2:     Cholesterol
        Cholesterol Reference Range:

        Less than 200 mg/dL      .......  Desirable
        200 – 239 mg/dL          .......  Borderline High

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 80 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

## LABORATORY

## LIPIDS/LIPOPROTEIN

Interpretive Data

@2:   Cholesterol
        Greater than 239 mg/dL      ....... High
@3:   TRIG
        Triglycerides Reference Ranges:

        Less than 150 mg/dL      ....... Normal
        150 - 199 mg/dL           ....... Borderline High
        200 - 499 mg/dL           ....... High
        Greater than 499 mg/dL   ....... Very High

        For proper interpretation, total triglycerides must be obtained from a specimen drawn after a strict 12-hour fast.
@4:   HDLP CHOL
        HDL Cholesterol Risk for Coronary Heart Disease (CHD):

        Less than 40 mg/dL                  ....... High Risk for CHD
        Equal to or greater than 60 mg/dL   ....... Low Risk for CHD

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

**Page 81 of 82**

4



**Naples Community Hospital**

**Naples, Florida**

| | |
|---|---|
| Document Type: | Outbound Transition of Care |
| Service Date/Time: | 12/27/2017 04:32 EST |
| Result Status: | Final |
| Perform Information: | TOC,NCHMD (12/27/2017 04:32 EST) |
| Sign Information: | |

**Attachment(s):**
**12/27/2017 04:32 EST Transition of Care/Referral Summary**

**You have been sent a Continuity of Care Document from Naples Community Hospital**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the named addressee, please delete this email from your system and do not disseminate, distribute, or copy this information. If you are not the intended recipient, you are notified that any disclosure of this email and its contents are strictly prohibited.

Note: This is not a monitored email address. If you have received this email in error, please do not reply to this email but contact Naples Community Hospital.

Performing Locations
@1:     This test was performed at:
        DNH Laboratory, NCH Healthcare System, Downtown Baker Campus Laboratory /Pathology Department, 350 7th
         Street N, Naples, FL, 34102-   , USA, 239-624-3570

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

Page 82 of 82

November 30, 2009



**Intuitive
Environmental
Solutions, LLC**

13521 Eagle Ridge Drive
Suite 111
Fort Myers, Fl 33912

**(239)-292-5091**

dreid@intuitiveenvsol.com

**www.intuitiveenvsol.com**

Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road – Suite 101
Bonita Beach, Florida  34134

Re:    Contaminated, Reactive, Chinese/Foreign Drywall Investigation at:

Michael Guerriero Residence
15336 Yellow Wood Road
Alva, Florida  33920

On Saturday, November 14, 2009, an investigation was conducted at the above referenced residence for possible building materials and metal component damage, as a result of the presence of imported, reactive, foreign drywall, that was may have been installed in the home. The residence is located in the Cascades at River Hall residential complex and was reportedly constructed by Levitt & Sons Builders in 2006. The investigation was conducted by Intuitive Environmental Solutions, LLC (IES) of Fort Myers, Florida.



All of the windows and doors were closed and the air conditioning was operating at the time of the inspection. The home is supplied by municipal water. A very slight, sulfur-like odor was detected inside of the home upon entering.

Mr. Guerriero stated that his family moved into the residence in January of 2007, but had to leave the 55+ community after a baby was born. When asked about and electronic equipment failures in the home or any health concerns related to living at the residence, Mr. Guerriero said that he was not aware of any.

In late 2008, a new environmental dilemma emerged in Florida and involves the installation of drywall that was imported from overseas during the building boom and building materials shortage after the hurricane seasons of 2004 - 2007. The drywall in question was imported from foreign sources, including China and some of the material contains excessive amounts of sulfur and sulfur related compounds. Sources of the contaminated drywall material are highly suspected to be the mining of high sulfur content gypsum mineral from the ground. Now, under certain indoor environmental conditions, the contaminants imbedded in the imported and installed drywall, in the form of sulfur dioxide ($SO_2$), hydrogen sulfide ($H_2S$), carbon disulfide, carbonyl sulfide, strontium sulfide and others, can migrate from the drywall into the indoor air. When the sulfur laden air comes in contact with water/moisture/condensation

located on air conditioning coils, copper piping, exposed copper wiring, silver components and possibly others, an acidic solution (sulfuric or sulfurous acid) can formulate that can blacken and deteriorate the metal components. As in the case of air conditioning coils and piping, the copper tubing and joint solder can fail, release the refrigerant and the coils have to be replaced. In addition, there have been reports of the silver backing on mirrors, electronic equipment, appliances, jewelry, and other metal components inside of some homes blackening or corroding and failing. It is unknown at this time what human health consequences, if any, can be attributed to the exposure of the off-gassing of there sulfur compounds from the drywall inside of a home. Reported exposure symptoms may include irritated eyes, bloody noses, coughing, sneezing, difficulty breathing, and other symptoms similar to bronchitis and asthma.

The investigation at the residence included a visual inspection of the home in areas where unpainted drywall could be observed. Areas to be investigated included inside of cable, IT and telephone outlet boxes, pocket door openings, behind bathroom cabinet mirrors and other potential unpainted areas of exposed drywall.

Various electrical outlets, the air handler and the rear of the refrigerator were opened and inspected for evidence of any copper wiring/plumbing blackening, tarnishing or corrosion. Numerous metal fixtures, components, valves and mirrors located throughout the home were inspected for blackening, pitting and metal surface decay.

Inside of the attic above the home, two varieties of drywall were present:

On the ceilings of the garage and occupied areas of the home, the drywall markings were as follows:

**"UNDERWRITERS LABORATORIES, INC. CLASSIFIED GYPSUM BOARD F 3724 FIRE RESISTENCE CLASSIFICATION SEE UL RESSISTENC DIRECTORY R14196"**

The paper end label for the boards stated:

**"Manufactured by American Gypsum, Dallas, TX USA"**

On the upper walls and ceiling area at the foyer of the home, the drywall contained the following marking:

**"DRYWALL PER ½" 4'x12' ASTM C1396 NA 20:12 10/30/06"** in a large dot matrix print



This is a variety of "Chinese drywall" called the "Dragon Brand". The "NA" in the photo is part of the word "CHINA".

An Extech Instruments® BR200 Video Borescope with Wireless Inspection Camera was utilized for the investigation to assist in viewing areas of internal wall cavities inside of the residence. Different wall cavities areas from inside of the residence were examined.

There are three (3) pocket doors in the home. An inspection into the wall cavities at the pocket door opening did not provide and marking or labeling associated with the reverse sides of the drywall present, with the exception of the pocket door in the utility room, where the same **"DRYWALL PER ½" 4'x12' ASTM C1396"** marking was again identified.

Photographs of the markings and labeling found are included in the appendices of this submission.

The air handler servicing the home, located in the garage, was opened up and the internal conditions inspected. The IES inspection of the air handler found the internal copper plumbing associated with the evaporation coil to be blackened, which is the result of sulfur laden air inside of the home constantly being drawn across the copper coils causing the blackening. The external copper plumbing line for the air handler was not blackened.

Numerous wall outlets and electrical sockets were opened up to inspect the copper wiring and other metal components. Outlets from both external and internal walls were opened and inspected inside of the master bedroom, master bathroom, kitchen bar, nook, baby's bedroom, dining room, front bedroom and the hall bathroom. The majority of the wall outlets that were opened in wall areas comprised of drywall did not show and signs of blackening of the exposed copper wiring, or pitting of other metal components (i.e. metal screws, metal contact points, etc.). The exposed copper was shinny in copper color. The exceptions were the outlets on the eastern side of the home in the master bedroom, living room, dining room and the kitchen bar, where the exposed copper wiring was blackened.

The back of the refrigerator in the kitchen was opened and inspected. A portion of the accessible copper plumbing was blackened.

None of the mirrors located inside of the residence showed signs of blackening around the edges of the individual mirrors.

All of the chrome and metal showerheads, shower valves, faucets, toilet valves, drains, cover plates and other metal components in the home were free of any surface tarnishing or pitting.

The investigation inside of the home included the instantaneous measurement of sulfur dioxide ($SO_2$) and hydrogen sulfide ($H_2S$), which are two of the sulfur compounds that have been identified to be off-gassing from the contaminated Chinese/foreign drywall. The gaseous air samples were recorded with a pre-calibrated, ToxiRAE II® meters. All recordings were instantaneous in nature and only documented at the point of equilibrium. These recordings provide a basic understanding of the air quality at the time of the investigation. The data is not designed to be an exact evaluation or concentration of these parameters but a screening tool for evaluating potential areas for concern regarding the off-gassing of contaminants and the potential presence of the Chinese/foreign drywall inside of a residence. The $SO_2$ and $H_2S$ results are reported in parts per million (ppm).

Hydrogen Sulfide ($H_2S$) is a colorless gas with the strong odor of rotten eggs. However, at approximately 100 ppm, the gas desensitizes the olfactory nerve within 2 to 5 minutes. It is primarily used to test and manufacture other chemicals but it can be found as a by-product of chemical reactions (such as in sewage treatment or the decomposition of organic materials). Low level exposure can cause eye irritation, blurred vision and an irritation of the lungs leading to nausea, dizziness, headaches and eventually death. Hydrogen sulfide is a highly flammable gas and a dangerous fire hazard. The Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) is 20 ppm and 50 ppm not to be exceeded during any 10 minute work period. The National Institute of Occupational Safety and Health (NIOSH) ceiling exposure limit (C) is 10 ppm not to be exceeded during any 10 minute work period. The American Conference of Governmental Industrial Hygienists (*ACGIH*) permissible exposure limit (PEL) is 10 ppm for an 8 hour TWA work period, with a short term exposure limit (STEL) of 15 ppm. $H_2S$ is approximately 4 times heavier than air and can quickly sink into lower parts of work spaces. No $H_2S$ (above 0 ppm - the meters lower detection limit) was identified during this sampling event.

Sulfur Dioxide ($SO_2$) is a dense, toxic, nonflammable gas with a strong odor that is produced by volcanoes and in various industrial processes. Since coal and petroleum often contain sulfur compounds, their combustion generates sulfur dioxide. Further oxidation of $SO_2$, along with $SO_3$, usually in the presence of a catalyst such as $NO_2$, forms $H_2SO_4$ (acid rain). This is one of the causes for concern over the environmental impact of the use of fossil fuels as power sources. Exposure to very high levels of sulfur dioxide can be life threatening. Exposure to 100 ppm is considered immediately dangerous to life and health. Burning of the nose and throat, breathing difficulties, and severe airway obstructions may occur from exposure. Long-term exposure to persistent levels of sulfur dioxide can affect your health. Sulfur dioxide can act as an acid when it reacts with other chemicals in the air and form tiny sulfate particles. When these are breathed, they gather in the lungs and are associated with increased respiratory symptoms and disease, difficulty in breathing, and possibly premature death. Upon contact with eyes, redness and pain will occur. The *OSHA* PEL is 5 ppm. The *NIOSH* and *ACGIH* PEL is 2 ppm with an STEL of 5 ppm. No $SO_2$ (above 0.0 ppm - the meters lower detection limit) was identified during this sampling event.

The following conclusions and recommendations are made specifically regarding the inspection performed at the Guerriero residence:

- ✓ Most of the drywall comprising the ceilings in the home is from the US manufacturer the American Gypsum Company.
- ✓ A portion of the ceiling drywall at the foyer, and the drywall used in at least a portion of the walls in the home, is the "**Dragon Brand**" Chinese drywall. The marking - "**DRYWALL PER ½" 4'x12' ASTM C1396 NA 20:12 10/30/06**", in a large dot matrix print, was observed on the drywall in the ceiling and upper walls of the foyer, and in an area of the home (hallway at the dining room) where the exposed copper electrical wiring was blackened. The "NA" in the marking observed is from the word "**CHINA**".
- ✓ Please refer to the reference section in the appendices of this submission for a web link to the US District Court - MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples showing the Dragon Brand markings (# 5).
- ✓ A complete examination of the drywall used inside of the home on the walls would require an extensive destructive inspection, which may be warranted at a future date. The homeowner was reluctant to allow for large areas of the walls to be opened in the home to further investigate the drywall present in the areas where high sulfur content drywall is

suspected.

- ✓ It is evident that there has been some sulfur related degradation of metal components inside of the Guerriero residence.
- ✓ A slight sulfur like odor was present inside of the home, and was much stronger in certain wall cavities where the copper wiring was blackened.
- ✓ The copper piping associated with the air handler and refrigerator is blackened.
- ✓ Some of the electrical wiring that was inspected at electrical outlets in the rear (east side) of the home (dining room, master bedroom, living room and the kitchen), where copper wiring was exposed, was blackened. Other areas inspected on the western side of the home found the wiring to be relatively free of tarnishing or blackening.
- ✓ It is the conclusion of this investigation that there is presently, or has in the past, been a chemical reaction of metal components to elevated sulfur concentrations inside of the home. The sulfur is blackening, pitting and decaying numerous copper and metal components. The blackening of copper and other metals has been shown to be a result of sulfur exposure, especially from homes containing high sulfur content, reactive drywall. Portions of the walls and upper ceiling areas in the home consist of the "**Dragon Brand Chinese drywall**", which is suspected to contain a reactive, high sulfur content and that it is readily off-gassing.
- ✓ At the time of this submission, the scientific community has not yet concluded as to how long high sulfur content drywall will continue to off-gas contaminants into the indoor environment and as to the variable amount of sulfur content that may exist between bundles or shipments of a manufactured product.
- ✓ It is unknown at this time, if the off-gassing of the sulfur components from the drywall has discontinued or lessened inside of the residence since it was originally installed.
- ✓ It is recommended that the occupants of the residence open up the windows, doors and rear glass sliding doors periodically to "air out" the home of any gases or sulfur related compounds that may have accumulated inside of the home.

All of these services are subject to the current terms and conditions for the sale of services of Intuitive Environmental Solutions, LLC.  If you have any questions or additional concerns, please call at **239-292-5091** or inquire by e-mail at dreid@intuitiveenvsol.com

Sincerely,

*[signature: Daniel Reid]*

Daniel Reid –  Indoor Hygienist, Mycologist,
　　　　　　 Board Certified Microbial Consultant (CMC)
　　　　　　 Awarded By the American Indoor Air Quality Council (AMIAQC),
Member:　　Indoor Air Quality Association, (IAQA),
　　　　　　 U S Green Building Council (USGBC),
　　　　　　 National Federation of Independent Businesses (NFIB)

# Site Photographs



Guerriero Floor Plan

Guerriero Residence

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Attic



Baby's Bedroom Electrical Outlet Copper Wiring

Baby's Room

Dining Room Electrical Outlet Copper Wiring Blackened

Dining Room

Front Bedroom Electrical Outlet Copper Wiring

Front Bedroom



Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall



Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall

Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"

Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"

Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"

Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"



**Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"**



**Garage Attic Ceiling Drywall Markings –
"American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End
Label – "American Gypsum Company"**



**arage Attic Ceiling Drywall Paper End Label
– "American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End
Label – "American Gypsum Company"**



**Hall Bathroom Cabinet Mirror**



Hall Bathroom Electrical Outlet Copper Wiring

Hall Bathroom Showerhead

Hall Bathroom Toilet Valve

Hall Bathroom

Kitchen Bar Electrical Outlet Copper Wiring Blackened

Kitchen Faucet



Kitchen

Living Room

Living Room Electrical Outlet Copper Wiring Blackened

Master Bathroom Bathtub Fixtures

Master Bathroom Faucet

Master Bathroom Showerhead



Master Bathroom Toilet Valve

Master Bathroom

Master Bedroom Electrical Outlet Copper Wiring Blackened

Master Bedroom Electrical Outlet Copper Wiring

Master Bedroom

Nook Electrical Outlet Copper Wiring



**Refrigerator Back Copper Plumbing
Blackened**



**Refrigerator Back Copper Plumbing
Blackened**



**Refrigerator Back Copper Plumbing
Blackened**



**Utility Room Faucet**

# References

American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) Standard 55-2004 – "Thermal Environmental Conditions for Human Occupancy". http://www.ashrae.org/

Center for Disease Control (CDC), National Institute for Occupational Safety and Health (NIOSH), "NIOSH Manual of Analytical Methods (NMAM): http://www.cdc.gov/niosh/nmam/default.html

Homeowner / Consumer Website: Chinese Drywall - http://www.chinesedrywall.com

Florida Department of Health – "Hazard Assessment of Copper Corrosion and Air-Conditioner Evaporator Coil Failures Possibly Associated with Imported Drywall" http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html#presence

Lee County, Florida - Property Appraisers web site for building and property information: http://www.leepa.org/Scripts/query.htm

MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples: http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm - (# 5 Dragon Brand Drywall)

# INSPECTION and TESTING TERMS AND CONDITIONS

The inspection is not a Building Code Inspection, title examination, home inspection or a by-law compliance inspection.  Intuitive Environmental Solutions, LLC (IES) does not offer an opinion as to:(a) the advisability or inadvisability of the purchase, sale, or repair or replacement of the property or its components such as, but not limited to, insulation, paint, appliances, carpeting, heating, ventilating, and air conditioning equipment and ducts; (b) the property's value; (c) the property's potential use; or (d) safety of occupancy.

The Inspection and Testing fee, and any report based on the inspection and testing conducted, is based on a single visit or continuous series of visits to the property. Additional fees may be charged for any subsequent visits required by the Customer. If the Inspector or other IES personnel are called upon to prepare for litigation or give testimony as a result of the Inspection and Testing, additional fees shall be for any time spent, including, but not limited to, research, consultation, additional inspection and testing time, additional laboratory test fees, preparation of reports, travel, time waiting to testify and court appearances or depositions.

The inspection and testing report is based on the condition of the Subject Property/Building existing and apparent on the precise time and exact date of the inspection. Not all conditions may be apparent on the inspection and testing date due to weather conditions, inoperable systems, inaccessibility of areas of the Subject Building (ex: attics, hidden chases and soffits, unidentified/inaccessible crawlspaces or HVAC components, behind and underneath cabinetry, wall cavities and abandoned systems), or for other reasons. The Customer understands and agrees that Intuitive Environmental Solution's inspection and testing can report only apply to Subject Building locations that are actually inspected and tested. Air tests can only report the presence of analytes in the air of each room/area in which an air sample is taken at the time of testing. Bulk material samples are taken as a small representation of presumably homogeneous material. In other words, IES can not report on areas or locations in the building that have not been specifically inspected and tested and that it is both impractical and cost prohibitive to inspect and test every square foot of space.

IES is not responsible or liable for the non-discovery of any specific materials or conditions of the Subject Building, or any other problems which may occur or may be evident after the inspection and testing time and date. IES is not an insurer or a guarantor against defects in the Subject Building and improvements, systems, or components inspected. IES makes no warranty, express or implied, as to the fitness for use or condition of the systems or components inspected. IES assumes no responsibility for the cost of repairing any problems, cleaning up any contaminant identified or any other defects or conditions. IES is not responsible or liable for any future problems or any other future failures or repairs.

IES and its employees are limited in liability to the fee paid for the inspection and testing services and report in the event that Customer or any third party claims IES is in any way liable for negligently performing the inspection or testing, or preparing the Inspection and Testing Report, or for any other reason or claim that IES has not fully satisfied all it obligations hereunder. Customer hereby agrees to indemnify, defend and hold harmless IES if any third party brings claim against IES relating to the inspection and testing, or Inspection and Testing Report.

This agreement is governed by the laws and jurisdiction of the State of Florida. Any controversy or claim between the parties hereto, arising directly or indirectly out of, connected with, or relating to the interpretation of the Agreement, the scope of the services, the actual inspection and testing services rendered by Inspector, The Inspection and Testing Report provided to the Customer by IES, or any other matters of any kind involving any act or omission performed under this Agreement, or promises, representations, or negotiations concerning duties of the Inspector hereunder, shall be submitted to arbitration in accordance with the applicable rules of the American Arbitration Association. The parties shall mutually appoint an arbitrator who is knowledgeable and familiar with the Indoor Air Quality (IAQ) inspection and IAQ testing industry. Judgment on any award may be entered in any court having jurisdiction, and the arbitration decision shall be binding on all parties. Secondary or consequential damages are specifically excluded.

In the event that any dispute arises out of the Inspection, Testing, or Report, and proceedings are commenced by the Customer, if the Customer is unsuccessful in maintaining the claim in arbitration or elsewhere, then the Customer shall be liable to IES for all charges, expenses, costs and legal fees incurred by IES on a complete indemnity basis, including a reasonable fee for al the time spent by IES or Intuitive Environmental Solution's personnel in investigating, research, preparation for, and attendance at arbitration or court hearings and examinations.

Any claims must be presented to IES in hand, by certified U.S. mail or suitable proof of delivery within one (1) year from the date of the Inspection. IES shall have no liability for any claims presented one (1) year after the date of the inspection and testing. Customer guarantees IES a right to examine the subject matter and area of any claim and offer a restitution prior to Customer's performance of remedial measures (except in the event of an emergency, or to protect for personal safety, or to reduce avoid damage to property). This is a condition precedent to Customer's claim.

This Agreement and the documents referred to herein constitute the entire Agreement between the parties hereto, and supersede any and all prior representations, discussions, or agreements, whether written or oral. No amendment, change, or variance from this Agreement shall be binding on either party unless mutually agreed to, in writing, and signed by the parties hereto. If any provision of this agreement in held invalid or unenforceable by any court of final jurisdiction, it is the intent of the parties that all other provisions of this Agreement be construed to remain fully valid, enforceable, and binding on the parties.

THE INSPECTION, TESTING, AND INSPECTION AND TESTING REPORT DO NOT CONSTITUTE A WARRANTY, GUARANTEE OR INSURANCE POLICY OF ANY KIND

MICHAEL A. GUERRIERO
3565 BEAUFORT COURT
NAPLES, FL 34119 - 8643



**UNITED STATES**
**POSTAL SERVICE.**                    *Retail*

**P**    US POSTAGE PAID        Origin: 34108
         **$13.45**              10/31/19
                                 1162710477-16

PRIORITY MAIL 3-DAY ®

                          1 Lb 0.10 Oz
                                   **1006**

EXPECTED DELIVERY DAY:  11/04/19

                          C047

SHIP
TO:   510 WALNUT ST
      STE 500
      PHILADELPHIA PA 19106-3625

**USPS SIGNATURE TRACKING NUMBER**

9510 8127 4629 9304 5038 91



Arnold Levin & Sandra Duggan
Levin Sedran & Berman LLP
510 Walnut St, Suite 500
Philadelphia, PA 19106

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.    2047
SECTION:    L
JUDGE FALLON

MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1395 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1672 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1673

_____/

## MICHAEL A. GUERRIERO'S OBJECTION TO BEING EXCLUDED AS A SETTLEMENT CLASS MEMBER

This objection only applies to myself and the grounds of which are as follows:

My wife Nancy and I purchased a lot in the Cascades at River Hall Community in October of 2005. A home was built for us by Levitt & Sons on that lot throughout 2006 with completion in December 2006. We closed on the home on December 18, 2006 and the address of the property was **15336 Yellow Wood Drive, Alva, Fl 33920**. While living at the property various neighbors confirmed that their homes had Chinese drywall which prompted us to have a full home environmental test conducted by an independent lab on November 14, 2009. The report yielded the conclusion that ceiling and wall drywall in our home contained the distinct markings "Dragon Brand" and China. **(Please see the enclosed copy of report).** Since the presence of Chinese drywall was now confirmed and due to health concerns for our infant son, we had to vacate, file for bankruptcy and ultimately foreclose on the property. Please understand that at the time, we could not afford to remediate the property. Only a few months earlier we were elated thinking we finally found our dream home only to come to the stark realization that we had lost in excess of $140,000 and we were now homeless. We subsequently joined the class action Chinese drywall lawsuit with Parker Waichman LLP soon after, hoping that one day they would be able to make our lives whole again through litigation and we have been their clients ever since.

On December 23, 2017 my whole life changed. For no apparent reason, I suffered a spontaneous carotid artery dissection which basically meant that the inner wall of my right carotid artery blew apart creating a full blockage of the artery which led to a clot and then a stroke. The ER doctors worked on me for almost three hours but their attempts to break through

the blockage were not successful.  My wife was told by a doctor that nothing more could be done for me at that hospital and that I might need to be transferred to a facility on the east coast for more specialized care because my brain was not receiving proper blood flow. I stayed in the hospital for 5 days undergoing a full battery of testing and treatments. **(Please see the enclosed copies of medical paperwork).** When I finally left the hospital with a $102,000 bill, I returned home but I was not the same person. I was alive but I found myself suffering from all of the following post-stroke physical and mental ailments to varying degrees:

- Left – sided weakness
- Left side hand and foot tremors
- Left eye visual auras and twitching
- Loss of limited left-hand motor skills
- Memory loss and inability to properly follow intructions
- Occasional slurring of speech
- Inability to properly focus on tasks
- Heightened sense of fear, anxiety and worrying
- Distinct behavioral changes including temper tantrums, moodiness, depression, episodes of crying accompanied by feelings of low self- esteem which led to a heightened sense of hopelessness with thoughts of suicide.
- A lack of urgency or concern over pending situations
- Poor appetite
- Insomnia

I found myself unable to resume a normal life but tried to hide my ailments as best I could. Inadequate insurance and the real possibility of incurring additional medical expenses kept me from seeking the proper treatment and therapy which I desperately needed for my recovery.  I was unable to travel on vacations with my family because of the constant fear that I would suffer an identical injury on my left side and would not be able to receive proper treatment in time.  Irrational thoughts of impending death consumed me on a daily basis.

As a result of this, in March of 2018, I missed a deadline to return the Supplemental Plaintiff Profile Form (SPPF) to Parker Waichman for the Chinese drywall case. In addition, when my attorney was finally able to contact me, he only spoke with my wife and my wife authorized him to close my case.  My wife ONLY did so because of the extreme emotional duress she was under due to the great ordeal my family was going through at the time.  My wife also takes care of our special needs child and this was just too much for her to handle at the time. I was not informed that she had done that until very recently. However, as joint owner of the home, I NEVER personally authorized my case to be closed. Because of this, my case was dismissed by the court and suddenly I was no longer considered a class member.  I absolutely admit to my failure in not completing and returning the SPPF at that time and for not following up with my lawyer to explain what had happened and why I hadn't returned the paperwork. However please take into account what I was enduring emotionally and physically at that time.  I was simply trying to survive each day. Due to my condition at the time, the SPPF was far out of my realm of thought as were other relevant issues. Only now do I have clarity and focus back and I wholeheartedly regret my lack of action and sense of urgency at that time and would most certainly change my course of action if I had the opportunity to do so.  Some two years after my

stroke I still suffer from some of the same post-stroke ailments.  Only recently have I started to seek the medical intervention needed for my depression, fears and anxiety in an attempt to get my health back to where it was before my sickness.  Please note that I have since filed the SPPF and supporting documents and they have been uploaded to the system by my lawyer.

The facts speak for themselves.  It is irrefutable that in 2006 my home was built with some degree of tainted Chinese drywall which forced my family & I to vacate the property.  It is irrefutable that this directly led to my filing for bankruptcy and ultimately foreclosure of the property.  It is irrefutable that I lost a home along with $140,000 in cash used for down payments and upgrades.  Finally, it is irrefutable that I suffered a massive stroke which created emotional and physical damage and caused a life changing occurrence which led to ill health, fear, confusion, very poor decision making and apathy towards some very relevant matters.

In conclusion, I am asking this Honorable Court to take a moment to carefully examine and weigh the overwhelming and unavoidable circumstances which led to my negligence in returning the SPPF on time.  I am humbly asking for the court to view this as a prime example of excusable neglect due to medical reasons beyond my control and to reinstate my case and grant me the rights and privileges accorded to a settlement class member again.  Only this Honorable Court has the ability to bring a sense of worth back to my life and to restore an opportunity to right a terrible wrong that was done to me and my family some 14 years ago.  I implore this Honorable Court to please consider my request to be reinstated as a class member and to be eligible for possible compensation.  I wish to be considered a Class member again as I have always been in the *Amorin* Complaint and my claims are well known to Taishan.  Therefore, there is no prejudice to Taishan for being asked to be recognized as a class member and be compensated for the damage they have done.  I believe this is fair after all the intentional neglect they have done with this case.

I do not have any intention of speaking in person at the Fairness Hearing nor do I intend to call any witnesses.  I would be willing to speak by phone if asked to do so.

In closing, I wish to offer my sincere thanks to this Honorable Court for their time in hearing my objection to no longer being considered a settlement class member in this case.

Respectfully submitted,

Michael A. Guerriero
3565 Beaufort Court
Naples, Fl 34119
(239) 273-2132
michaelguerriero@comcast.net



## Naples Community Hospital
## Naples, Florida

### *EMERGENCY URGENT CARE*

Document Type:                     Emergency Room Note
Service Date/Time:                 12/23/2017 10:33 EST
Result Status:                     Final
Perform Information:               Lozier,Stephen,MD (12/23/2017 10:35 EST)
Sign Information:                  Lozier,Stephen,MD (12/23/2017 15:17 EST)

**Neurological Problem *ED**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**      **MRN: 1523798**      **FIN: 10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses:  **None**
Author:  Lozier, Stephen, MD

**Basic Information**
    **Time seen:** Date & time 12/23/2017 10:30:00 AM, Immediately upon arrival, I was informed that the patient was a
    possible stroke alert at 10:19 AM ETA 10 minutes. The patient was seen immediately on arrival to ED at 10:30 AM
    before being sent directly to CT from EMS. He returned to room _ from CT scan. Stroke alert was initiated prior to
    their arrival and the teleneurologist was paged. Teleneurologist at bedside upon arrival to ED.
    **History source:** Patient.
    **Arrival mode:** Ambulance.
    **History limitation:** Clinical condition.
    **Additional information:** Patient's physician(s), Non-Staff, Physician.

**History of Present Illness**
    Michael is a 53 year old male presenting to the ED via EMS for an evaluation of left sided weakness.   Per EMS, patient
    was last seen normal at 9:50 AM. He was helping his neighbor move stuff around when he suddenly developed left sided
    weawkness, left sided facial droop, and right sided gaze. His blood pressure was 115/72. Patient Blood sugar was 172.
    No hx of stroke.  Not on any blood thinners.

**Review of Systems**
        **Additional review of systems information:** Unable to obtain due to: Clinical condition.

**Health Status**
    **Allergies:**
        Allergic Reactions (Selected)
            NKA.
    **Medications:** Per medication list.
    **Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**

    **Medical history**
        Cardiovascular: hyperlipidemia.

---



**Naples Community Hospital**

**Naples, Florida**

*EMERGENCY URGENT CARE*

**Surgical history:** Unable to due to critical condition.
**Family history:** Unable to due to critical condition.
**Social history:** Unable to due to critical condition.

## Physical Examination

### Vital Signs
Vital Signs

| 12/23/2017 11:00 AM EST | | |
|---|---|---|
| Nursing Heart Rate | 82 bpm |
| Nursing Respiratory Rate | 14 br/min |
| Systolic BP | 116 mmHg |
| Diastolic BP | 66 mmHg |
| Oxygen Saturation | 100 % |

Measurements

| 12/23/2017 11:19 AM EST | | |
|---|---|---|
| Clinical Weight | 67.6 kg |
| CLINICALHEIGHT | 168 cm |
| Height Method | Estimated |
| Patient's Weight | 67.6 kg |
| Weight Method | Bed Scale |
| Height Measurement Units | Feet & Inches |
| Patient Height in Feet (new) | 5 ft |
| Patient Height in Inches (new) | 6 inches |
| Body Mass Index Measured | 23.95 |

Oxygen saturation.
**General:** Alert.
**Skin:** Warm, dry.
**Head:** Normocephalic.
**Neck:** Supple, trachea midline, no JVD.
**Eye:** Normal conjunctiva, Rightward gaze deviation.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No CVA tenderness, No guarding, No rebound.
**Musculoskeletal:** moving all four extremities voluntarily.
**Neurological:** He has left hemiparesis
Left facial droop
Speaking intelligibly but mildly slurred.
Following commands..
**Lymphatics:** No lymphadenopathy.

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 37 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

*EMERGENCY URGENT CARE*

**Medical Decision Making**
  **Rationale:**
    **Documents reviewed:**  Emergency nurses' notes, EMS run sheets, laboratory studies, radiographic studies, and all
      pertinent medical records, if available, were reviewed/ referenced.
  **Orders**  acetaminophen 650 mg = 2 tablet PO.
  **Electrocardiogram:**  Time 12/23/2017 10:49:00 AM, EP Interp, Rate: 80 bpm
  PR inter: 124 ms
  QRS: 86 ms
  QTc: 422 ms
  Interpretation: Normal sinus rhythm.
  **Results review:**  Lab results : Lab View

| 12/23/2017 10:39 AM EST | | |
|---|---|---|
| WBC | 6.3 th/uL | |
| RBC | 4.95 mil/uL | |
| HGB | 14.8 gm/dL | |
| Hct | 43.7 % | |
| MCV | 88 fL | |
| MCH | 29.9 pg | |
| MCHC | 33.9 gm/dL | |
| RDW | 12.8 % | |
| Platelet Count | 171 th/uL | |
| Neutro Auto | 47.1 % | |
| Lymph Auto | 33.2 % | |
| Mono Auto | 12.8 % | |
| **Eos Auto** | **6.1 %  HI** | |
| Basophil Auto | 0.6 % | |
| IG% Auto | 0.2 % | |
| Neutro Absolute | 2.960 th/uL | |
| Sodium Lvl | 139 mmol/L | |
| Potassium Lvl | 4.3 mmol/L | |
| CHLORIDE | 105 mmol/L | |
| CO2 Lab | 27 mmol/L | |
| ANION GAP, BLOOD | 7 mmol/L | |
| **Glucose Level** | **103 mg/dL  HI** | |
| BUN | 11 mg/dL | |
| CREATININE | 1.0 mg/dL | |
| GFR Calculation | 88  NA | |
| Albumin Level | 3.7 gm/dL | |
| Bili Total | 0.52 mg/dL | |
| T PROT | 7.5 gm/dL | |
| ALK PHOS | 67 IU/L | |
| ALT | 24 IU/L | |
| AST | 22 IU/L | |
| Calcium Level | 8.7 mg/dL | |
| Troponin I | <0.05 ng/mL | |
| INR | 1.0 ratio | |

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name:  GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 38 of 82 | | | |

3



**Naples Community Hospital**

**Naples, Florida**

## EMERGENCY URGENT CARE

Management: bedside assessment, supervision of care, Case review (medical specialist, nursing).
Performed by: self.
Notes: Critical care time is exclusive of any and all time spent on separate procedures. .

**Impression and Plan**
Acute right MCA stroke : ICD10-CM I63.511, Admitting, Medical

**Calls-Consults**
- 12/23/2017 10:32:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He was evaluating patient alongside myself. Patient in TPA window and he recommends this.
- 12/23/2017 10:45:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, Discussed patient case. No bleed but patient has large vessel occlusion. He recommends surgical intervention. .
- 12/23/2017 10:49:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He spoke to Dr. Firment and agreed with TPA given  he will take aboutt 45 minutes to get everything set. .
- 12/23/2017 10:52:00 AM , Radiology, consult, I discussed the imaging with the radiologist. R MCA stroke. No ischemic changes at this time. .
- 12/23/2017 11:30:00 AM , Ruthman., Carl MD, Critical care, consult, Discussed patient case. , Accepts the patient for admission.

**Plan**
**Condition:** Critical.
**Disposition:** Admit: Time  12/23/2017 10:47:00 AM, to Intensive Care Unit, Ruthman., Carl MD, This is the admit decision time.
**Counseled:** Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Family understood.
**Notes:** Electronically signed by Anizza Custodio acting as the scribe for and in the presence of Stephen J. Lozier MD, on 12/23/2017 11:31 AM.

"I, Stephen J. Lozier MD, personally performed the services described in the documentation, reviewed the documentation recorded by the scribe in my presence and it accurately records my words and actions."

*Electronically Signed By: Lozier, Stephen, MD*
*Date / Time Signed: 12/23/17 15:17*

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |

Page 40 of 82



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head (Code Save a Brain) | Lozier,Stephen,MD | 12/23/2017 10:40 EST | CT-17-0078645 |

**Report**
STUDY:  CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35.3 ) mGy, DLP = ( 569.9 ) mGycm

TECHNIQUE:   Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  Prior comparison studies are not available for review at this time.

FINDINGS:
Normal soft tissue structures.  Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is a hyperdense right middle cerebral artery suggesting sequela of acute infarct.

Normal visualized paranasal sinuses.

IMPRESSION:
1.  Hyperdense right MCA sign suggesting acute right MCA infarct.
2.  No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed:
Anna Miller, MD
2017/12/23 at 10:52 EST
(216) 469-7140
This has been co-signed by:
Daniel Tufariello, MD
2018/01/01 at 7:07 EST
Service support  1-888-557-3617, Fax 216-255-5701

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 76 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Perfusion | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078648 |

**Report**
STUDY: CTA BRAIN WITH PERFUSION ANALYSIS

REASON FOR EXAM:  Male, 53 years old.   Left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 2239.2 ) mGycm

TECHNIQUE:   CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 40 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CTA done on the same day.

---

FINDINGS:

CT Perfusion

There is abnormal mean transit time and time to peak involving the entire right middle cerebral artery territory.

There is corresponding decreased cerebral blood flow to the same area.  There is also an area of abnormal cerebral blood volume involving predominantly the anterior portion of the MCA territory.

CTA Angiogram

There is no flow in the right petrous segment or cavernous segment.  There is reconstitution of the supraclinoid portion of the right internal carotid artery with flow into the right anterior cerebral artery.  There is limited flow into the right M1 segment.  There is limited collateral of the distal right MCA branches.  Normal appearance of the distal left internal carotid artery and left anterior circulation without evidence of significant stenosis or occlusion.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

---

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |



# Naples Community Hospital
# Naples, Florida

EXAM                    PHYSICIAN              DATE                    ACC NO.
CT Angio Perfusion      Lozier,Stephen,MD      12/23/2017 11:15 EST    CT-17-0078648

**Report**

IMPRESSION:
Abnormal CT perfusion with large area of tissue at risk involving the entire right middle cerebral artery territory with a large core infarct involving the anterior portion of the right middle cerebral artery territory.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:12 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 3:12 pm*

*Transcribed D/T:  23-DEC-2017 3:12 pm*



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**
STUDY:  CTA OF THE BRAIN

REASON FOR EXAM:  Male, 53 years old.   Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT perfusion done on the same day.

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.    Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| | |
|---|---|
| Unit Ref:  811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time:  10/25/2019 12:54 EDT | Med Rec #:  1523798     DOB: 6/17/1964 |
| Report Request ID:  29993300 | Financial #:  10001337441 |
| Page 72 of 82 | |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 3:14 pm*

*Transcribed D/T:  23-DEC-2017 3:14 pm*

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 73 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798          DOB: 6/17/1964
Financial #:   10001337441

2



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**
STUDY:  CTA NECK WITH CONTRAST

REASON FOR EXAM:  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

COMPARISON:  CTA the head done on the same day.

FINDINGS:

AORTIC ARCH:
Normal visualized aortic arch.  Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

RIGHT CAROTID ARTERIES:
Normal right common carotid artery (CCA).  Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation.  There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA).  Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis.  There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

| Unit Ref: | 811675173 | Patient Name:  GUERRIERO, MICHAEL |
|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |
| Page 70 of 82 | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 23-DEC-2017 3:17 pm*

*Transcribed D/T: 23-DEC-2017 3:17 pm*

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 71 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:    1523798        DOB: 6/17/1964
Financial #:   10001337441

2



**Naples Community Hospital**

**Naples, Florida**

| XAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Face cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION:  December 23, 2017

INDICATION:  Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:

Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

Unit Ref:            811675173
Print Date/Time:   10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 64 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798            DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:

The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:

1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  24-DEC-2017 10:03 am*

*Transcribed D/T:  24-DEC-2017 10:03 am*



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION:  December 23, 2017

INDICATION:  Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:

Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

Page 67 of 82



**Naples Community Hospital**
**Naples, Florida**

| | | | |
|---|---|---|---|
| EXAM | PHYSICIAN | DATE | ACC NO. |
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701



## Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**
*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 24-DEC-2017 10:03 am*

*Transcribed D/T: 24-DEC-2017 10:03 am*

Unit Ref:              811675173
Print Date/Time:       10/25/2019 12:54 EDT
Report Request ID:     29993300
Page 63 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798          DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**

**Naples, Florida**

| | | | |
|---|---|---|---|
| EXAM | PHYSICIAN | DATE | ACC NO. |
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**
PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION:  December 23, 2017

INDICATION:  Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:
Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |
| Page 61 of 82 | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

---

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

---

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|-----------|-----------|----------------------------------|--|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 | |
| Page 68 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

*CONSULTATION*

## Impression and Plan

The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

### Pulmonary/Respiratory
-No known pulmonary issues

### Cardiovascular
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication          -EKG shows normal sinus rhythm, no previous for comparison

### Renal/GU
-No known issues, normal BUN and creatinine

### Neurology/Psych
-Status post TPA
-spontaneous dissection of the right proximal internal carotid artery        -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

### Endocrine/Metabolic
-very mild hyperglycemia

### GI
-No known issues.

### Hematologic/Oncology
-No known issues

### Infectious Disease
-No known issues

### Rheumotology
-No known issues

### Code Status
-FULL

## PLAN

---

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

**Diagnosis**
   Dx Code Search (Not documented).

*Electronically Signed By: Rauf M.D. (Resident PGY1), Zakia*
*Date / Time Signed: 12/23/17 16:13*

Document Type:                          Consultation
Service Date/Time:                      12/23/2017 10:41 EST
Result Status:                          Modified
Perform Information:                    Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D.,
                                        Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib
                                        (12/23/2017 11:06 EST)

Sign Information:                       Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D.,
                                        Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib
                                        (12/23/2017 11:06 EST)

**Addendum by Qureshi M.D., Sakib on December 23, 2017 12:20 PM EST**
Entered tpa order 54.5 infusion, 6.1mg bolus.

Patient underwent CTA / CTP and proceeded to intervention per Dr Firment.

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 12:20*

**Addendum by Qureshi M.D., Sakib on December 23, 2017 11:07 AM EST**
CT head negative for bleed, hyperdense M1

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:07*

Unit Ref:              811675173              Patient Name: GUERRIERO, MICHAEL
Print Date/Time:       10/25/2019 12:54 EDT   Med Rec #:   1523798      DOB: 6/17/1964
Report Request ID:     29993300               Financial #:  10001337441
Page 29 of 82

2



**Naples Community Hospital**
**Naples, Florida**

### CONSULTATION

**Stroke Alert: Teleneurology**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      MRN: 1523798      FIN: 10001337441
Age:  **53 years**    Sex: Male    DOB: 6/17/1964
Associated Diagnoses:  None
Author:  **Qureshi M.D., Sakib**



**TeleSpecialists TeleNeurology Consult Services**

**Impression**: Stroke alert; 54 year old presenting with acute onset L hemiplegia, R gaze preference, and neglect; suggesting LVO, within tpa window – given tpa.  NIHSS 14.

**Differential Diagnosis:**
1. Cardioembolic stroke
2. Small vessel disease/lacune
3. Thromboembolic, artery-to-artery mechanism
4. Hypercoagulable state-related infarct
5. Thrombotic mechanism, large artery disease

**Comments:**
Arrival Time:  1032
TeleSpecialists contacted: 1021
TeleSpecialists at bedside: 1027
NIHSS assessment time: 1035
Verbal tpa order:  1050
Needle time: 1058

Verbal Consent to tPA:
I have explained to the patient/family/guardian the nature of the patient's condition, the use of tPA fibrinolytic agent, and the benefits to be reasonably expected compared with alternative approaches. I have discussed the likelihood of major risks or complications of this procedure including (if applicable) but not limited to loss of limb function, brain damage, paralysis, hemorrhage, infection, complications from transfusion of blood components, drug reactions, blood clots and loss of life. I have also indicated that with any procedure there is always the possibility of an unexpected complication. I have explained the risks which include:

1. Death, Stroke or permanent neurologic injury (paralysis, coma, etc)
2. Worsening of stroke symptoms from swelling or bleeding in the brain

---

Unit Ref:            811675173
Print Date/Time:    10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 30 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798        DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**
**Naples, Florida**

Healthcare
System

3. Bleeding in other parts of the body
4. Need for blood transfusions to replace blood or clotting factors
5. Allergic reaction to medications
6. Other unexpected complications
All questions were answered and the patient/family/guardian express understanding of the treatment plan and consent to the procedure.
Our recommendations are outlined below.
We will be seeing the patient back in follow up as noted.

**Recommendations:**

IV tPA – dose = 87.6
Routine post tPA monitoring including neuro checks and blood pressure control during/after treatment
Monitor blood pressure
Check blood pressure and NIHSS every 15 min for 2 h, then every 30 min for 6 h, and finally every hour for 16 h

*Systolic greater than 180 OR diastolic greater than 105:*
*Option 1: Labetalol 10 mg IV for 1 - 2 min*
*May repeat or double labetalol every 10 min to maximum dose of 300 mg, or give initial labetalol dose, then start labetalol drip at 2 - 8 mg/min.*
*Option 2: Nicardipine 5 mg/h IV infusion as initial dose and titrate to desired effect by increasing 2.5 mg/h every 5 min to maximum of 15 mg/h;*
*If blood pressure is not controlled by labetolol or nicardipine, consider sodium nitroprusside.*

**Discussed with Dr. Firment given dense M1 – he ordered for CTA / CTP and is preparing for STAT angiogram post for likely thrombectomy**
**Post NeuroIR reccs --- Admission to ICU**
CT brain 24 hours post tPA
NPO until swallowing screen performed and passed
No antiplatelet agents or anticoagulants (including heparin for DVT prophylaxis) in first 24 hours
No Foley catheter, nasogastric tube, arterial catheter or central venous catheter for 24 hr, unless absolutely necessary
Telemetry
Inpatient Neurology Consultation
Stroke evaluation as per inpatient neurology recommendations
Discussed with ED MD

---------------------------------------------------------------------------

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |

Page 31 of 82



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**CC  L hemiplegia**

**History of Present Illness**

Patient is a 54 year old gentleman.  LKN 950AM.  Was with a neighbor friend, then sudden onset left sided weakness, arm and leg; persistent.   Patient unable to provide history.  No blood thinners.  No prior stroke.  No history of bleeding.  No head trauma.

**Exam**

1a- LOC: Keenly responsive - 1

1b- LOC questions: Answers both questions correctly - 0

1c- LOC commands- Performs both tasks correctly- 0

2- Gaze: Normal; 2

3- Visual Fields: normal, no Visual field deficit - 0

4- Facial movements: 1

5- Upper limb motor - 3

6- Lower limb motor - 3

7- Limb Coordination: absent ataxia - 0

8- Sensory: 2

9- Language - No aphasia - 0

10- Speech - No dysarrhia -0

11- Neglect / Extinction - 2

NIHSS score:  14


Medical Decision Making:
- Extensive number of diagnosis or management options are considered above.
- Extensive amount of complex data reviewed.
- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.
- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.
Medical Data Reviewed:
1.Data reviewed include clinical labs, radiology,  Medical Tests;
2.Tests results discussed w/performing or interpreting physician;
3.Obtaining/reviewing old medical records;

| | |
|---|---|
| Unit Ref: 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: 10/25/2019 12:54 EDT | Med Rec #: 1523798     DOB: 6/17/1964 |
| Report Request ID: 29993300 | Financial #: 10001337441 |
| Page 32 of 82 | |



**Naples Community Hospital**
**Naples, Florida**

### CONSULTATION

4.Obtaining case history from another source;
5.Independent review of image, tracing or specimen.


Medical Decision Making:
- Extensive number of diagnosis or management options are considered above.
- Extensive amount of complex data reviewed.
- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.
- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.
Medical Data Reviewed:
1.Data reviewed include clinical labs, radiology,  Medical Tests;
2.Tests results discussed w/performing or interpreting physician;
3.Obtaining/reviewing old medical records;
4.Obtaining case history from another source;
5.Independent review of image, tracing or specimen.


Patient was informed the Neurology Consult would happen via telehealth (remote video) and consented to receiving care in this manner.



**Health Status**
    **Allergies**:
        <u>Allergic Reactions (Selected)</u>
           NKA,

| <u>Allergies (1) Active</u> | <u>Reaction</u> |
|---|---|
| NKA | None Documented |

    **Current medications**:  (Selected)
        <u>Inpatient Medications</u>
           *Ordered*
               acetaminophen (Tylenol) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain, Mild=Pain Scale 1 to 3 or Fever
        <u>Documented Medications</u>
           *Documented*
               multivitamin: ,
    **<u>Home Medications (1) Active</u>**
    multivitamin

    ,
    <u>Medications (1) Active</u>

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |

Page 33 of 82



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

Scheduled: (0)
Continuous: (0)
PRN: (1)
**acetaminophen 325 mg Tab**  650 mg 2 tab, PO, Q6H

**Problem list:**
   Medical
      Undescended testicle / 314164011 / Confirmed
   All Problems
      Undescended testicle / 314164011 / Confirmed,
**Active Problems** (1)
**Undescended testicle**

**Histories**
  **Past Medical History:**
    Active
      Undescended testicle (314164011)
  **Family History:**
    Myocardial infarction
      Father

  **Procedure history:**
    No active procedure history items have been selected or recorded.
  **Social History**

    Social & Psychosocial Habits

    Tobacco      (Heavy= greater than10 cig/d)    (Light= fewer than 10 cig/d)
    11/04/2014  MU Smoking Status Never smoked

**Physical Examination**
  **VS/Measurements**

  No qualifying data available

**Health Maintenance**

  **Health Maintenance**
    **Pending** (in the next year)
      OverDue
        Influenza Vaccine due  09/01/17  and every 1  year(s)
      Due
        Colorectal Screening due  12/23/17  Variable frequency
        Lipid Screening due  12/23/17  and every 5  year(s)

| | |
|---|---|
| Unit Ref:    811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time:  10/25/2019 12:54 EDT | Med Rec #:  1523798      DOB: 6/17/1964 |
| Report Request ID:  29993300 | Financial #:  10001337441 |
| Page 34 of 82 | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

Tetanus Vaccine due  12/23/17  and every 10  year(s)
**Satisfied** (in the past 1 year)
   Satisfied
     Diabetes Screening on  12/23/17.  Satisfied by Contributor_system, POWERCHART
     Diabetes Screening on  12/23/17.  Satisfied by Lozier, Stephen, MD


**Review / Management**
  **Results review:**
    Labs (Last four charted values)

| | | |
|---|---|---|
| WBC | 6.3 | (DEC 23) |
| Hgb | 14.8 | (DEC 23) |
| Hct | 43.7 | (DEC 23) |
| Plt | 171 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) . |

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:06*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



# Naples Community Hospital
## Naples, Florida

### CONSULTATION

| | | |
|---|---|---|
| Nursing Respiratory Rate | 17 br/min | (Modified) |
| BP Location | Right Arm | |
| BP Position | Sitting | |
| **Systolic BP** | **96 mmHg  LOW** | |
| **Diastolic BP** | **53 mmHg  LOW** | |
| Mean Arterial Pressure, Cuff | 67 mmHg | |
| Oxygen Saturation | 100 % | |
| Oxygen Therapy | Room air | |

**General:** Alert and oriented, No acute distress.
**Neck:** No carotid bruit.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal sensory, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, Normal deep tendon reflexes.
**Psychiatric:** Cooperative, Appropriate mood & affect, Normal judgment.

**Results Review**
    **Report**
    STUDY: CTA OF THE BRAIN

REASON FOR EXAM:  Male, 53 years old.   Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:   CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CT perfusion done on the same day.

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

---

| | |
|---|---|
| Unit Ref:      811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time:    10/25/2019 12:54 EDT | Med Rec #:    1523798      DOB: 6/17/1964 |
| Report Request ID:   29993300 | Financial #:    10001337441 |



# Naples Community Hospital
# Naples, Florida

## CONSULTATION

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

---

IMPRESSION:
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY:  Firment M.D., Christopher
Electronic Signature
Signed D/T:  23-DEC-2017 3:14 pm

Transcribed D/T:  23-DEC-2017 3:14 pm

**Report**
STUDY:  CTA NECK WITH CONTRAST

REASON FOR EXAM:  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

COMPARISON:  CTA the head done on the same day.

---

FINDINGS:

AORTIC ARCH:
Normal visualized aortic arch.  Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

RIGHT CAROTID ARTERIES:

---

| Unit Ref: | 811675173 | Patient Name:  GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:    1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:    10001337441 | |

Page 20 of 82

2



**Naples Community Hospital**
**Naples, Florida**

NCH Healthcare System

## CONSULTATION

Normal right common carotid artery (CCA). Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation. There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA). Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis. There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

_____

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY:  Firment M.D., Christopher
Electronic Signature
Signed D/T:  23-DEC-2017 3:17 pm

Transcribed D/T:  23-DEC-2017 3:17 pm

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

---

| | |
|---|---|
| Unit Ref: 811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time: 10/25/2019 12:54 EDT | Med Rec #:  1523798          DOB: 6/17/1964 |
| Report Request ID: 29993300 | Financial #:  10001337441 |



**Naples Community Hospital**
**Naples, Florida**

NCH
Healthcare
System

### CONSULTATION

**Signature Line**
DICTATED BY: Firment M.D., Christopher
Electronic Signature
Signed D/T: 24-DEC-2017 10:03 am

Transcribed D/T: 24-DEC-2017 10:03 am

**Impression and Plan**
R ICA Dissection --> R hemispheric stroke s/p TPA/thrombectomy.

Int Rad and ICU doc have initated treatement with ASA/Plavix.  Otherwise post TPA protocol is being followed.

Will get MRI to document extent of ischemia post treatment.  Limited exam presently shows minimal if any residual.

I shall followup tomorrow.  My collegue (the Hospital stroke director) Dr. Totoraits will return 12/26 and will assess.

May need collagen vascular and other w/u for unexplained dissection.

D/W family in detail

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/24/17 15:03*

Document Type:                         Consultation
Service Date/Time:                     12/23/2017 14:35 EST
Result Status:                         Modified
Perform Information:                   Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D.
                                       (Resident PGY1),Zakia (12/23/2017 16:04 EST)
Sign Information:                      Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D.
                                       (Resident PGY1),Zakia (12/23/2017 16:13 EST)

**Addendum by Ruthman., Carl MD on December 23, 2017 5:15 PM EST**

The above resident note reflects my direct input and I was involved in all medical decision.  I personally interviewed and examined the patient and the above exam findings are reflective of my exam findings.  To briefly summarize, this 53 year old male suffered an acute right MCA stroke today at 09:50 am in the setting of approximately one week of progressive headaches.  tPa was

| | |
|---|---|
| Unit Ref: | 811675173 |
| Print Date/Time: | 10/25/2019 12:54 EDT |
| Report Request ID: | 29993300 |
| Page 22 of 82 | |

Patient Name: GUERRIERO, MICHAEL
Med Rec #:  1523798          DOB: 6/17/1964
Financial #:  10001337441

4



**Naples Community Hospital**
**Naples, Florida**

### *CONSULTATION*

administered in the ED followed by invasive angiography to attempt mechanical thrombectomy.  The RCA system was found to be dissected and the true lumen could not be cannulated.  Review of the patient's STAT CT angiogram of the neck revealed that this had been present at the time of admission and in light of the patient's week of symptoms this had likely been evolving for approximately one week.

IMPRESSION:
//Acute right MCA stroke
//Right internal carotid dissection
//S/P tPa

PLAN:
//Admit to ICU
//Strict BP control with permissive hypertension
//Discussed with neurovascular surgery regarding possible ECA-ICA bypass, patient not a candidate at this time
//Frequent Neuro checks
//ASA and Plavix
//Check CYP2C19
//Repeat CT for any neurologic changes
//F/U postoperative CT of the head
//Monitor for airway protection, currently no issues

All questions answered to the best of my ability.  43 minutes critical care time exclusive of procedures

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/23/17 17:15*

**ICU Admission H&P -full**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      **MRN: 1523798**      **FIN: 10001337441**
Age:  **53 years**    Sex:  **Male**    DOB:  **6/17/1964**
Associated Diagnoses:  **None**
Author:  **Rauf M.D. (Resident PGY1), Zakia**

**Visit Information**
  **Admission**:
  23-DEC-2017 10:32.
  **Primary Care Provider**:
  Non-Staff, Physician.

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798      DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

### Chief Complaint

### History of Present Illness
The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

### Histories
**Past Medical History:**
Undescended testicle
sinus arrthymia

**Procedure History:**
orchidopexy

**Allergies:**
NKA

**Medications:**
Home Medications (1) Active
multivitamin

**Family History:**
mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son.  Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use
1 beer daily

### Review of Systems
**Constitutional:** Denies fevers or chills
**Eye:** Denies discharge or double vision

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798      DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 24 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

### CONSULTATION

**Respiratory:** Denies cough or wheezing
**Cardiovascular:** Denies chest pain or palpitations
**Gastrointestinal:** Denies nausea or vomiting
**Hema/Lymph:** Denies bleeding or swollen lymph glands
**Extremities:** Denies lower extremity edema
**Endocrine:** Denies cold or heat intolerance
**Integumentary:** Denies rashes or pruritus
**Neurologic:** Denies confusion or tingling
**Psychiatric:** Denies delusions or hallucinations

**Physical Examination**
  **Intake and Output:**

|         | 12/23/17 | 12/22/17 |
|---------|----------|----------|
| INTAKE  | 0.00     | 0.00     |
| OUTPUT  | 0.00     | 0.00     |
| BALANCE | 0.00     | 0.00     |

**Measurements and Weights:** Measurements and Weights (ST)
Most Recent
  Height/Length Measured:
  Height/Length Dosing:

  Weight Measured:
  Weight Dosing:

  BMI Measured:  23.95  12/23/17 10:35
    Contributing Values
    Height/Length                  12/23/17 10:35
Measured:
    Weight Measured:     12/23/17 10:35

**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 36.6 | (11:26) |
| Systolic Blood Pressure | 110 | (11:28) |
| Diastolic Blood Pressure | 65 | (11:28) |
| Pulse | 88 | (12:02) |
| SpO2 | 98 | (12:02) |
| Respiratory Rate | 16 | (12:02) |

---

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798          DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**General:**  Alert and oriented, No acute distress.
**Eye:**  Pupils are equal, round and reactive to light.
**HENT:**  Normocephalic, Oral mucosa is moist.
**Neck:**  Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:**  Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:**  Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:**  No swelling, No deformity.
**Integumentary:**  Warm, Dry, Pink.
**Neurologic:**  Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength
    5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:**  Oriented, Speech clear and coherent.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Results Review**
    **Lab Results**
        <u>Labs Last 24 Hours (ST)</u>
        <u>Labs</u> (Last four charted values)

| | | | |
|---|---|---|---|
| WBC | | 6.3 | (DEC 23) |
| Hgb | | 14.8 | (DEC 23) |
| Hct | | 43.7 | (DEC 23) |
| Plt | 171 | | (DEC 23) |
| Na | | 139 | (DEC 23) |
| K | 4.3 | | (DEC 23) |
| Cl | 105 | | (DEC 23) |
| Cr | 1.0 | | (DEC 23) |

---

| | |
|---|---|
| Unit Ref: | 811675173 |
| Print Date/Time: | 10/25/2019 12:54 EDT |
| Report Request ID: | 29993300 |

Patient Name: GUERRIERO, MICHAEL
Med Rec #: 1523798   DOB: 6/17/1964
Financial #: 10001337441

Page 26 of 82



## Naples Community Hospital
## Naples, Florida

### CONSULTATION

| | | |
|---|---|---|
| BUN | 11 | (DEC 23) |
| Glucose | H 103 | (DEC 23) |
| Ca | 8.7 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) |
| Troponin | <0.05 | (DEC 23) |

**X-Ray Findings**

No qualifying data available.

**CT Findings**

### Recent CT Scans

CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
1. Hyperdense right MCA sign suggesting acute right MCA infarct.
2. No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 27 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

*HISTORY AND PHYSICAL*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

History and Physical
12/23/2017 13:00 EST
Final
Ruthman.,Carl MD (12/24/2017 07:20 EST)
Ruthman.,Carl MD (12/24/2017 07:20 EST)

**Visit Information**
 **Admission**:
 23-DEC-2017 10:32.
 **Primary Care Provider**:
 Non-Staff, Physician.

**Chief Complaint**

**History of Present Illness**
 The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

**Histories**
 **Past Medical History**:
 Undescended testicle
 sinus arrthymia

 **Procedure History**:
 orchidopexy

 **Allergies**:
 NKA

 **Medications**:
 Home Medications (1) Active
 multivitamin

 **Family History**:

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 5 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:   1523798          DOB: 6/17/1964
Financial #:   10001337441



# Naples Community Hospital
# Naples, Florida

## HISTORY AND PHYSICAL

**Weight Measured:**      12/23/17 10:35

**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 36.6 | (11:26) |
| Systolic Blood Pressure | 110 | (11:28) |
| Diastolic Blood Pressure | 65 | (11:28) |
| Pulse | 88 | (12:02) |
| SpO2 | 98 | (12:02) |
| Respiratory Rate | 16 | (12:02) |

**General:**  Alert and oriented, No acute distress.
**Eye:**  Pupils are equal, round and reactive to light.
**HENT:**  Normocephalic, Oral mucosa is moist.
**Neck:**  Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:**  Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:**  Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:**  No swelling, No deformity.
**Integumentary:**  Warm, Dry, Pink.
**Neurologic:**  Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength 5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:**  Oriented, Speech clear and coherent.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Results Review**
 **Lab Results**
  <u>Labs Last 24 Hours (ST)</u>
  <u>Labs</u> (Last four charted values)
  WBC          6.3      (DEC 23)

  Hgb          14.8     (DEC 23)

  Hct          43.7     (DEC 23)

  Plt     171  (DEC 23)

  Na           139      (DEC 23)

---

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798        DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 |

Page 7 of 82



**Naples Community Hospital**
**Naples, Florida**

### HISTORY AND PHYSICAL

LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

**Impression and Plan**
The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

**Pulmonary/Respiratory**
-No known pulmonary issues

**Cardiovascular**
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication          -EKG shows normal sinus rhythm, no previous for comparison

**Renal/GU**
-No known issues, normal BUN and creatinine

**Neurology/Psych**
-Status post TPA
-spontaneous dissection of the right proximal internal carotid artery     -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

**Endocrine/Metabolic**
-very mild hyperglycemia

**GI**
-No known issues.

**Hematologic/Oncology**
-No known issues

**Infectious Disease**

---

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798       DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 |
| Page 9 of 82 | | |



**Naples Community Hospital**

**Naples, Florida**

## HISTORY AND PHYSICAL

-No known issues

**Rheumotology**
-No known issues

**Code Status**
-FULL

## PLAN

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/24/17 07:20*

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 |
| Page 10 of 82 | | |





**Naples Community Hospital**
**Naples, Florida**

*CARDIO / EKG*

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 1000133741

Page 47 of 82

* Final *

Pat ID 811675173

| | | |
|---|---|---|
| RX | 12/24/2017 07:34:16 | GUERRIERO, MICHAEL |
| DX | 06/17/1964 53 yrs | Male |
| | | Account # 1000133741 |

| Rate | 64 |
|---|---|
| PR | 110 |
| QRSd | 94 |
| QT | 394 |
| QTc | 406 |

--Axis--

| P | 57 |
|---|---|
| QRS | 71 |
| T | 67 |

Sinus rhythm with short PR
Incomplete right bundle branch block
Borderline ECG
Compared to ECG 12/23/2017 17:14:30
Short PR interval now present
Incomplete right bundle-branch block now present
Sinus arrhythmia no longer present
Electronically Signed On 12-24-2017 14:25:00 EST by HERMES KOOP MD

NCH Healthcare System
Dept        12-24
Room       SICU
Tech        3020

Req Provider: Carl Ruthman

Confirmed By: HERMES KOOP MD 12/24/2017 14:25:00



0.05 - 40 Hz

10.0 mm/mV

25 mm/sec

- Borderline ECG -

GE MAC55-213

Facility: NCH

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1954 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

*Final*

Pat ID 8116/5173

RX
DX

GUERRIERO, MICHAEL
Male
Account # 10001337441

12/23/2017 17:14:30
06/17/1964 53 yrs

NCH Healthcare System
Dept        12-23
Room        SICU
Tech        3048

Req Provider:  Carl Ruthman

Sinus rhythm with marked sinus arrhythmia
Otherwise normal ECG
Compared to ECG 12/23/2017 10:49:50
No significant changes
Electronically Signed On 12-23-2017 22:30:52 EST by PAUL JONES MD

| | |
|---|---|
| Rate | 83 |
| PR | 128 |
| QRSd | 94 |
| QT | 372 |
| QTc | 437 |

--Axis---

| | |
|---|---|
| P | 66 |
| QRS | 73 |
| T | 54 |

- Otherwise Normal ECG -



Confirmed By: PAUL JONES MD 12/23/2017 22:30:52

25 mm/sec        10.0 mm/mV        0.05 - 40 Hz

GE MAC55-213

MRN: 395327; 1523798
FIN: 10001337441

Page 49 of 82

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

* Final *

Pat ID 811675173

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept       12-23
Room      661
Tech       MRJ

Req Provider:  Stephen Lozier
E

RX
DX

12/23/2017 10:49:50
06/17/1964 53 yrs

Normal sinus rhythm
Electronically Signed On 12-25-2017 8:16:51 EST by STEPHEN LOZIER MD

Rate    80
PR      124
QRSd    86
QT      356
QTc     422

---Axis---

P    68
QRS  66
T    62

Confirmed By: STEPHEN LOZIER MD 12/25/2017 08:16:51



0.05 – 40 Hz

10.0 mm/mV

25 mm/sec

- Normal ECG -

GE MAC55-220

Facility: NCH



**Naples Community Hospital**
**Naples, Florida**

*TELEMETRY STRIP*

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: SR   ARRHYTHMIA _____ PR 0.12 QRS 0.08 QT 0.36 NURSE MN

```
MANUAL SAVED SICU-4 GUERRIERO,MICHA 999999999 24-DEC-2017 15:35:00 ALM VOL 70%
025 MM/S  HR 68  ARR FULL PVC @ MONITORING ECG SIZE:0.5mV/div
NBP 92/53 (65) mmHg @ 15:04 RR 20
```



*CARDIAC STRIP MOUNT*
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376        Orig: 9/98        Rev: 09/10

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
FIN: 10001337441

MRN: 1523798

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *



RHYTHM: SR   ARRHYTHMIA _____   PR 0.12  QRS 0.08  QT 0.40  NURSE _____

RHYTHM: SR   ARRHYTHMIA _____   PR 0.12  QRS 0.08  QT 0.36  NURSE @_____

RHYTHM: _____   ARRHYTHMIA SA   PR 0.12  QRS 0.06  QT 0.44  NURSE (MCN)

**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

4

NCH #: 5376   Orig: 9/98   Rev: 09/10

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

**\* Final \***

RHYTHM: _____ ARRHYTHMIA SA PR 0.12 QRS 0.08 QT 0.36 NURSE MKN

RHYTHM: _____ ARRHYTHMIA SA PR 0.12 QRS 0.06 QT 0.40 NURSE MKN

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____



*CARDIAC STRIP MOUNT*
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376     Orig: 9/98     Rev: 09/10

**4**

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
MRN: 1523798     FIN: 10001337441

Facility: NCH



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head WO Contrast | Patel,Vishal DO | 12/24/2017 12:41 EST | CT-17-0078743 |

**Report**
STUDY:  CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  24 hour follow-up after administration of TPA.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35 ) mGy, DLP = ( 529.9 ) mGycm

TECHNIQUE:   Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CT of the head dated December 23, 2017.

FINDINGS:
Normal soft tissue structures.  Normal calvarium.  There is deviation of nasal septum towards the right with a bony spur. There is a left-sided conchal bullosa.

There is subtle decreased attenuation within the right temporal lobe that may be the result of subacute infarct.  There is normal gray-white differentiation otherwise.  Cortical sulci ventricles have a grossly normal appearance.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is minimal atherosclerotic calcification of intracranial arteries.

Normal visualized paranasal sinuses.

IMPRESSION:
1.  Sequela of a subacute infarct involving the right temporal lobe.
2.  No CT evidence of acute intracranial hemorrhage.

Electronically Signed:
Anna Miller, MD
2017/12/24 at 12:55 EST
(216) 469-7140
This has been co-signed by:
William Ford, MD
2018/01/02 at 7:38 EST
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Ford, William J -MD*
*Electronic Signature*
*Signed D/T:  24-DEC-2017 12:55 pm*

*Transcribed D/T:  24-DEC-2017 12:55 pm*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 | |



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head WO Contrast | Ruthman.,Carl MD | 12/23/2017 16:09 EST | CT-17-0078686 |

**Report**
STUDY:  CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:  Male, 53 years old.  Stroke, tPa, thrombectomy, carotid dissection / SICU pt f/up timed post tPa, thrombectomy, carotid dissection/ stent placement f/up. Pt has no new complaints-same headache

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 570 ) mGycm

TECHNIQUE:  Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:  CT Brain
Dec 23 2017 10:37am

FINDINGS:
Normal soft tissue structures.  Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age.  There is a focal area of gray-white matter loss of differentiation in the region of the right MCA.  This is consistent for an ischemic infarct.  Normal basal ganglia and thalami. Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There are no findings of an acute ischemic infarction.

Normal visualized paranasal sinuses.

IMPRESSION:
There is a focal area of gray-white matter loss of differentiation in the region of the right MCA.  This is consistent for an ischemic infarct.  This is very mild.

Electronically Signed:
Sean Takeuchi, MD
2017/12/23 at 16:20 EST
Tel 308-293-6189, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Takeuchi, Sean - MD*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 4:20 pm*

*Transcribed D/T:  23-DEC-2017 4:20 pm*

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 60 of 82 | | | |



<div align="center">

**Naples Community Hospital**

**Naples, Florida**

</div>

## CONSULTATION

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 12/24/2017 15:45 EST |
| Result Status: | Modified |
| Perform Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 15:54 EST) |
| Sign Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 16:07 EST) |

**Addendum by Kakaes MD, Nicoleta on December 24, 2017 7:10 PM EST**
Pt seen and examined. Agree with above. Pt denies any complaints and has no focal deficits despite recent CVA. Patient has been started on DAPT. Neuro following. Will need workup based on CVA at young age and no obvious cause.

Gen: NAD
HEENT: nc/at, eomi, moist oral mucosa
Cardio: s1s2, RRR
Lungs; CTAB
Abd: soft
Neuro: AAO x 3

Nicoleta Kakaes, MD
IM Hospitalist

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 12/24/17 19:10*

**Hospitalist Consult Note**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**      MRN: **1523798**      FIN: **10001337441**
Age: **53 years**  Sex: **Male**  DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: Duarte P.A., Elizabeth

Primary Care Doctor: None

### Subjective

Referring Physician: Dr Ruthman

Reason for Consultation: SICU to Medical Floor Transfer; Medical Management

History of Present Illness: 53-year-old male who presented to the ED on 12/23/2017 for evaluation of sudden left-sided weakness and facial droop. The patient collapsed to the ground. In the ED, patient was found to have a hyperdense right MCA suggesting acute right MCA infarct. Patient was given TPA and taken to thrombectomy. During thrombectomy patient was found to have a spontaneous dissection of the right proximal internal carotid artery with no evidence of thrombus or embolus appreciated. No intervention was performed. Patient was seen by inpatient neurology and placed on aspirin and Plavix. At this time patient is medically stable for transfer out of the critical care unit and to the medical floor. We were consulted for medical management. Currently patient is feeling well. States that he gets a "vice like headache" when he sneezes or coughs. Passed swallow eval. Patient denies chest pain, SOB, heart palpitations, abdominal pain, nausea, vomiting, diarrhea, or dysuria.

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798      DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 |
| Page 11 of 82 | | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**Health Status**
**Allergies:**

<u>Allergies (1) Active</u>                    <u>Reaction</u>

NKA                                          None Documented

**Current medications:**
<u>Home Medications (1) Active</u>
multivitamin

**Objective**

**Past Medical History:**
Undescended testicle
Sinus arrhythmia

**Past Surgical History:**
Orchidopexy

**Social History:**
Alcohol use of 1 beer daily
Denies tobacco use

**Family History:**
Mother deceased with pancreatic cancer
Father deceased with CVA vs MI?

**REVIEW OF SYSTEMS:**

**General:** denies fevers, chills, sweats.  No weight loss or weight gain.

**HEENT:** Denies diplopis or visual changes, no hearing changes, no vertigo or dizziness, no cough, rhinorhea, or sore throat. Positive headache.

**Cardiovascular:** Denies chest pain or palpitations.

**Lungs:** Denies shortness of breath, hemoptosis or wheezing.

**GI:** Denies nausea, vomiting, abdominal pain, diarrhea or constipation.

**GU:** Denies dysuria, hematuria or frequency.

**Musculoskeletal:** Denies joint stiffness, swelling or redness.

**Derm:** Denies rashes, tattoos or pruritis.

**Psych:** Denies history of depression and anxiety.

**Neuro:** Denies history of fall, syncopal episodes, loss of consciousness, seizures or weakness.

**PHYSICAL EVALUATION:**

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 12 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min  (DEC 24 15:00) |
| SBP | L 92mmHg (DEC 24 15:00) |
| DBP | L 53mmHg  (DEC 24 15:00) |
| SpO2 | 100 %  (DEC 24 15:00) |
| BMI | 23.95  (DEC 23 16:40) |

**General:** Appears stated age in no acute distress. Pt sitting in chair comfortably with family at bedside.

**HEENT:** Normocephalic atraumatic, pupils are equal, round and reactive to light, extraocular movements are intact.  Hearing appears good, no hearing aids in place, oral mucosa is dry and pink.

**Respiratory:** Lungs are clear to auscultation, good effort.  Pattern regular.  No rhonchi, wheezes or rales.

**Cardiovascular:** Normal rate, regular rhythm.  S1 and S2 are normal, no murmurs, rubs or gallops.

**Gastrointestinal:** Abdomen is soft, non-tender, non-distended, bowel sounds present in all 4 quadrants.

**Genitourinary:** No suprapubic tenderness, no foley catheter.

**Musculoskeletal:** No joint stiffness, swelling or redness noted.

**Integumentary:** Skin is warm, pink, dry.  No rashes or tattoos.

**Neurological:** Grossly nonfocal, cranial nerves II-XII intact.

**Psychiatric:** Cooperative, appropriate mood and affect.  Patient is alert and oriented.

**Lower extremities:** No edema, clubbing or cyanosis.


**Results Review**
  **Inpatient Vitals/Meds/Labs**
    Vitals

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min  (DEC 24 15:00) |
| SBP | L 92mmHg  (DEC 24 15:00) |
| DBP | L 53mmHg  (DEC 24 15:00) |
| SpO2 | 100 %  (DEC 24 15:00) |
| BMI | 23.95  (DEC 23 16:40) |

    Meds
    Medications (10) Active
Scheduled: (6)
**aspirin 325 mg Tab Enteric**  325 mg 1 tab, PO, Daily
**clopidogrel 75 mg Tab**  75 mg 1 tab, PO, Daily

| | |
|---|---|
| Unit Ref: | 811675173 |
| Print Date/Time: | 10/25/2019 12:54 EDT |
| Report Request ID: | 29993300 |
| Page 13 of 82 | |

| | |
|---|---|
| Patient Name: | GUERRIERO, MICHAEL |
| Med Rec #: | 1523798    DOB: 6/17/1964 |
| Financial #: | 10001337441 |



## Naples Community Hospital
## Naples, Florida

### CONSULTATION

**INFLUENZA VIRUS VACCINE 0.5 mL Inj**  0.5 mL, IM, Daily+
**MEDICATION INSTRUCTION:** NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
**MEDICATION INSTRUCTION:** HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
**simvastatin 40 mg Tab**  40 mg 1 tab, PO, Daily
Continuous: (1)
**sodium chloride 0.9% 1,000 mL**  1,000 mL, IV, 75 mL/hr
PRN: (3)
**dextrose 50% 50 mL Pre Fill Syringe Inj**  25 g 50 mL, IV Push, Unscheduled One Time
**hydrALAZINE 20 mg/mL Inj**  10 mg 0.5 mL, IV Push, Q4HR
**labetalol 100 mg/20 mL Inj**  20 mg 4 mL, IV Push, Q10Min


**Laboratory Results**
Today's Lab Results : Lab Results
      12/24/2017 3:25 AM EST

| Test | Value |
|---|---|
| **WBC** | **13.2 th/uL  HI** |
| RBC | 4.87 mil/uL |
| HGB | 14.5 gm/dL |
| Hct | 42.7 % |
| MCV | 88 fL |
| MCH | 29.8 pg |
| MCHC | 34.0 gm/dL |
| RDW | 12.6 % |
| Platelet Count | 219 th/uL |
| Neutro Auto | 67.0 % |
| **Lymph Auto** | **18.4 %  LOW** |
| Mono Auto | 12.2 % |
| Eos Auto | 1.9 % |
| Basophil Auto | 0.2 % |
| IG% Auto | 0.3 % |
| **Neutro Absolute** | **8.820 th/uL  HI** |
| Sodium Lvl | 141 mmol/L |
| Potassium Lvl | 3.9 mmol/L |
| **CHLORIDE** | **109 mmol/L  HI** |
| CO2 Lab | 24 mmol/L |
| ANION GAP, BLOOD | 8 mmol/L |
| **Glucose Level** | **115 mg/dL  HI** |
| BUN | 7 mg/dL |
| CREATININE | 0.8 mg/dL |
| Estim Creatinine Clearance | 96.86 |
| GFR Calculation | 102  NA |
| Albumin Level | 3.4 gm/dL |
| Bili Total | 0.78 mg/dL |
| T PROT | 6.9 gm/dL |
| ALK PHOS | 67 IU/L |
| ALT | 23 IU/L |
| AST | 18 IU/L |
| **Calcium Level** | **8.2 mg/dL  LOW** |

---

Unit Ref:        811675173
Print Date/Time:  10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 14 of 82

Patient Name:  GUERRIERO, MICHAEL
Mcd Rec #:  1523798        DOB: 6/17/1964
Financial #:  10001337441



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

| | |
|---|---|
| Cholesterol | 143 mg/dL |
| TRIG | 45 mg/dL |
| HDLP CHOL | 61 mg/dL |
| LDL Chol | 73 mg/dL |
| INR | 1.1 ratio |
| PT | 14.0 second(s) |
| PTT | 26.0 second(s) |

12/23/2017 10:39 AM EST

| | |
|---|---|
| WBC | 6.3 th/uL |
| RBC | 4.95 mil/uL |
| HGB | 14.8 gm/dL |
| Hct | 43.7 % |
| MCV | 88 fL |
| MCH | 29.9 pg |
| MCHC | 33.9 gm/dL |
| RDW | 12.8 % |
| Platelet Count | 171 th/uL |
| Neutro Auto | 47.1 % |
| Lymph Auto | 33.2 % |
| Mono Auto | 12.8 % |
| **Eos Auto** | **6.1 % HI** |
| Basophil Auto | 0.6 % |
| IG% Auto | 0.2 % |
| Neutro Absolute | 2.960 th/uL |
| Sodium Lvl | 139 mmol/L |
| Potassium Lvl | 4.3 mmol/L |
| CHLORIDE | 105 mmol/L |
| CO2 Lab | 27 mmol/L |
| ANION GAP, BLOOD | 7 mmol/L |
| **Glucose Level** | **103 mg/dL HI** |
| BUN | 11 mg/dL |
| CREATININE | 1.0 mg/dL |
| GFR Calculation | 88 NA |
| Albumin Level | 3.7 gm/dL |
| Bili Total | 0.52 mg/dL |
| T PROT | 7.5 gm/dL |
| ALK PHOS | 67 IU/L |
| ALT | 24 IU/L |
| AST | 22 IU/L |
| Calcium Level | 8.7 mg/dL |
| Troponin I | <0.05 ng/mL |
| INR | 1.0 ratio |
| PT | 13.7 second(s) |
| PTT | 24.3 second(s) |

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 15 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:   1523798          DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**Impression and Plan**

#Acute CVA secondary to Complete Dissection of the Right ICA
  -s/p tPA
  -all CT and CT perfusion studies reviewed
  -repeat CT head ordered
  -LDL 73; started on statin
  -continue neurochecks
  -SBP 160-180
  -continue ASA and plavix per Neuro
  -PT/OT/Speech consulted
  -Neurology consulted

#Leukocytosis
  -most likely reactive
  -pt afebrile
  -monitor

#Hyperglycemia
  -mild

#Hyperchloremia
  -mild
  -monitor

#DVT proph
  -pedal pumps


d/w Dr Kakaes
*Electronically Signed By: Duarte P.A., Elizabeth*
*Date / Time Signed: 12/24/17 16:07*

---

Document Type:                          Consultation
Service Date/Time:                      12/24/2017 14:49 EST
Result Status:                          Modified
Perform Information:                    Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers,
                                        Michael J -MD (12/24/2017 15:03 EST)
Sign Information:                       Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers,
                                        Michael J -MD (12/24/2017 15:03 EST)

---

Unit Ref:           811675173              Patient Name:  GUERRIERO, MICHAEL
Print Date/Time:    10/25/2019 12:54 EDT   Med Rec #:     1523798        DOB: 6/17/1964
Report Request ID:  29993300               Financial #:   10001337441
Page 16 of 82



# Naples Community Hospital
## Naples, Florida

**CONSULTATION**

**Addendum by Vickers, Michael J - MD on December 25, 2017 10:48 AM EST**
This should be labelled as consult

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/25/17 10:48*

MJV
NCH HEALTHCARE SYSTEM, NAPLES FL

Patient: **GUERRIERO, MICHAEL**     MRN: **1523798**     FIN: **10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Vickers, Michael J - MD**

**Subjective**
    Dr. Totoratis was consulted early this AM on this very pleasant gentlamn who is post TPA/post thrombectomy/ cartoid dissection.  Per protocol she was consulted.  She is off for this holiday and has asked me to do the consult in her stead.

    53 y/o gentleman who had nagging severe posterior h/a last 3-4 days.  No significant trauma.  No whiplash injury. Nothing odd at work, no therapy or chiropractic manipulations.  He was at a friends house when he fell outr.  His 7 y/o son was there and he described what happened to his daddy in excellent detail.  Pts friend Mr. Matt stayed with the pt and Mrs. Nicole who is a nurse called for EMS.  Pt was brought directly to NCH and recieved TPA very quickly. NIHSS was 14 with neglect LHP.  also had thrombectomy.  Was found to have carotid dissection.  Was not stented. Was placed on ASA and Plavix by ICU doc yesterday.

    No residual sxs today except mild (very much improved) h/a.

    followup CT head today shows r temporal changes.

**Past Medical History**:
Undescended testicle
sinus arrthymia

**Procedure History**:
orchidopexy

**Family History**:
mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History**:
Patient lives in Naples with wife and son.  Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use

---

| | |
|---|---|
| Unit Ref:       811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time:   10/25/2019 12:54 EDT | Med Rec #:   1523798     DOB: 6/17/1964 |
| Report Request ID:   29993300 | Financial #:   10001337441 |
| Page 17 of 82 | |



**Naples Community Hospital**
**Naples, Florida**

## *CONSULTATION*

1 beer daily

**ROS as per admission note**

**Health Status**
**Allergies:**

| Allergies (1) Active | Reaction |
| --- | --- |
| NKA | None Documented |

**Current medications:**  (Selected)
Inpatient Medications
*Ordered*
MEDICATION INSTRUCTION:: HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
MEDICATION INSTRUCTION:: NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
NOREPinephrine (Levophed^) 16 mg [8 mcg/min] + Dextrose 5% in Water 250 mL: 7.5 mL/hr, IV
NS 1,000 mL: 75 mL/hr, IV
Nitrostat 0.4 mg Tab SL: 0.4 mg, 1 tab, SubLingual, Q5Min, PRN: Chest Pain
Nursing Med Protocol Orders - Critical Care ELECTROLYTES: 1 EA, Rx Dosing, On Call
Pepcid 20 mg Inj: 20 mg, IV Slow Push, Q12HR
Plavix: 75 mg, 1 tab, PO, Daily
REQUEST FOR INFLUENZA VACCINE: 0.5 mL, IM, Daily+
Saline Flush: 1 syringe(s), IV Flush, Daily, PRN: Line Patency
Saline Flush: 1 syringe(s), IV Flush, Q8HR
Tylenol (acetaminophen) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain,Mild=PainScale1-3,Headache or Fever
Zofran Inj: 4 mg, 2 mL, IV Slow Push, Q6HR, PRN: Nausea/Vomiting
aspirin: 325 mg, 1 tab, PO, Daily
dextrose 50% ADULT Syringe: 25 g, 50 mL, IV Push, Unscheduled One Time, PRN: Serum Glucose (Parameters in comments)
hydrALAZINE Inj: 10 mg, 0.5 mL, IV Push, Q4HR, PRN: Blood Pressure(Parameters in comments)
labetalol Inj: 20 mg, 4 mL, IV Push, Q10Min, PRN: Blood Pressure(Parameters in comments)
simvastatin: 40 mg, 1 tab, PO, Daily
Documented Medications
*Documented*
multivitamin:

**Objective**
**VS/Measurements**
Vital Signs
12/24/2017 2:00 PM EST    Heart Rate Monitored    86 bpm

---

| | | | |
| --- | --- | --- | --- |
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
STUDY:  MRI BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided facial droop and right-sided days.  Patient has had right-sided MCA thrombectomy.

TECHNIQUE:   Standardized multiplanar fat and water weighted pulse sequences were obtained.

COMPARISON:  CT of the head dated December 24, 2017 and MRA of the head dated December 25, 2017.

FINDINGS:
Normal size of the ventricles and extra-axial spaces for the patient's age.  There are a limited number of small white matter hyperintensities, distributed throughout the deep white matter tracts of the cerebral hemispheres, consistent with mild chronic white matter ischemic changes.

There is abnormal signal within the head of the right caudate nucleus, right putamen and medial right temporal lobe and insular cortex consistent with sequela of subacute infarct.  There is restricted diffusion visible within the head of the right caudate nucleus, right basal ganglia and right insular cortex.  This is consistent with an acute infarct.  Normal T2* images of the brain without demonstrated susceptibility artifact.  There is no demonstrated hemosiderin stain.

The left basal ganglia has a normal appearance.  Normal thalami.  There is no extra-axial fluid accumulation.

Normal flow voids within the major intracranial circulation suggesting patency by spin echo criteria.

There is increased CSF within the sella and flattening of the pituitary gland consistent with an "empty sellar syndrome".  Normal infundibular stalk, hypothalamus, and optic chiasm.  Normal tectal plate and pineal gland.

Normal midbrain, pons and medulla.  Normal cerebellum.  Normal basal cisterns.  Normal bilateral temporal bones.  Normal bilateral internal auditory canals.

No demonstrated orbital abnormality, within the constraints of a routine brain study.  Small left maxillary mucous retention cyst.  There is mild mucoperiosteal thickening of the maxillary sinuses.  There is moderate deviation of nasal septum towards the right with a bony spur.  Normal calvarium and skull base.  Normal visualized soft tissue structures.  Normal visualized upper cervical spine.

IMPRESSION:
1. Acute infarct involving the right caudate nucleus, putamen and right insular cortex and temporal lobe.
2. No MR evidence to suggest hemorrhagic formation.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 18:09 EST

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 54 of 82 | | | |



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
(216) 469-7140
This has been co-signed by:
**William Ford, MD**
**2018/01/02 at 7:46 EST**
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Ford, William J -MD*
*Electronic Signature*
*Signed D/T:  25-DEC-2017 6:09 pm*

*Transcribed D/T:  25-DEC-2017 6:09 pm*

Unit Ref:            811675173
Print Date/Time:    10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 55 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798          DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRA Cerebral WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:08 EST | MR-17-0019118 |

**Report**
STUDY:  MRA OF THE HEAD WITHOUT CONTRAST

REASON FOR EXAM:  Male, 53 years old.   Left-sided facial droop and right sided gaze.  Patient has had a right-sided middle cerebral artery thrombectomy.

TECHNIQUE:  3-D time-of-flight (TOF) imaging was performed with MIPs. The study was performed unenhanced.

COMPARISON:  CTA of the head dated December 23, 2017.

FINDINGS:
Normal bilateral petrous carotid arteries.  Normal right cavernous carotid artery with a normal supraclinoid bifurcation. There is elongation and tortuosity of the left cavernous carotid artery, without a demonstrated hemodynamically significant stenosis.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.   Normal left M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no major vessel occlusion or hemodynamically significant stenosis.  There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
1.  Recanalization of the right middle cerebral artery since previous CTA.
2.  No MRA evidence for hemodynamically significant stenosis, thrombosis or aneurysm.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 14:28 EST
(216) 469-7140
This has been co-signed by:
Christopher Firment,



# Naples Community Hospital
## Naples, Florida

EXAM                         PHYSICIAN                  DATE                    ACC NO.
MRA Cerebral WO Contrast     Vickers,Michael J -MD      12/25/2017 14:08 EST    MR-17-0019118

**Report**
2018/01/02 at 10:06 EST
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 25-DEC-2017 2:28 pm*

*Transcribed D/T: 25-DEC-2017 2:28 pm*

---



**Naples Community Hospital**

**Naples, Florida**

## FINAL SUMMARY

Document Type:                    Final Summary
Service Date/Time:                12/26/2017 17:02 EST
Result Status:                    Final
Perform Information:              Kakaes MD,Nicoleta (12/26/2017 17:05 EST)
Sign Information:                 Kakaes MD,Nicoleta (1/7/2018 20:03 EST)

**Discharge Summary**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**       MRN: **1523798**       FIN: **10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Kakaes MD, Nicoleta**

**Discharge Information**
  **Admit Date:**
  23-DEC-2017 10:32.
  **Discharge Date:** 12/26/2017.
  **Reason for Hospitalization:** CVA.
  **Primary Care Provider:**
  Non-Staff, Physician.
  **Admitting Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**

  **Discharge Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**

  **Consulting Physician:** Vickers, Michael J - MD, **Ruthman., Carl MD**

  **Discharge Medications:**
  multivitamin
  ASA 81mg q day
  Plavix 75mg q day
  Simvastatin 40mg q day.
  **Procedures:** thrombectomy aborted.
  **Complications:** Not applicable.

**Results Review**
  **Lab Results**

        Labs (Last four charted values)
        WBC          6.1      (DEC 26) 6.2      (DEC 25) H 13.2      (DEC 24) 6.3      (DEC 23)


        Hgb        L 12.0     (DEC 26) L 11.9     (DEC 25) 14.5        (DEC 24) 14.8     (DEC 23)



**Naples Community Hospital**
**Naples, Florida**

## FINAL SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hct | L 36.6 | (DEC 26) | L 36.5 | (DEC 25) | 42.7 | (DEC 24) | 43.7 | (DEC 23) |
| Plt | 158 | (DEC 26) | 148 | (DEC 25) | 219 | (DEC 24) | 171 | (DEC 23) |
| Na | 142 | (DEC 26) | 139 | (DEC 25) | 141 | (DEC 24) | 139 | (DEC 23) |
| K | 3.9 | (DEC 26) | 3.8 | (DEC 25) | 3.9 | (DEC 24) | 4.3 | (DEC 23) |
| Cl | H 108 | (DEC 26) | 107 | (DEC 25) | H 109 | (DEC 24) | 105 | (DEC 23) |
| Cr | 0.8 | (DEC 26) | 0.7 | (DEC 25) | 0.8 | (DEC 24) | 1.0 | (DEC 23) |
| BUN | 13 | (DEC 26) | 11 | (DEC 25) | 7 | (DEC 24) | 11 | (DEC 23) |
| Glucose | 86 | (DEC 26) | 97 | (DEC 25) | H 115 | (DEC 24) | H 103 | (DEC 23) |
| Mg | 2.0 | (DEC 26) | 1.9 | (DEC 25) | | | | |
| Ca | L 8.2 | (DEC 26) | L 7.7 | (DEC 25) | L 8.2 | (DEC 24) | 8.7 | (DEC 23) |
| PT | 14.3 | (DEC 25) | 14.0 | (DEC 24) | 13.7 | (DEC 23) | | |
| INR | 1.1 | (DEC 25) | 1.1 | (DEC 24) | 1.0 | (DEC 23) | | |
| PTT | 26.9 | (DEC 25) | 26.0 | (DEC 24) | 24.3 | (DEC 23) | | |
| Troponin | <0.05 | (DEC 23) | | | | | | |

**Physical Examination**
**Vital Signs**:

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | 18 br/min  (DEC 26 04:16) |
| SBP | 122 mmHg (DEC 26 16:58) |

| | |
|---|---|
| Unit Ref: 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: 10/25/2019 12:54 EDT | Med Rec #: 1523798      DOB: 6/17/1964 |
| Report Request ID: 29993300 | Financial #: 10001337441 |
| Page 3 of 82 | |



**Naples Community Hospital**

**Naples, Florida**

## FINAL SUMMARY

| | |
|---|---|
| DBP | 79 mmHg  (DEC 26 16:58) |
| SpO2 | 97 %  (DEC 26 16:58) |
| BMI | 24.62  (DEC 26 04:16) |

**General**:  Alert and oriented, No acute distress.
**Eye**:  Extraocular movements are intact, Normal conjunctiva.
**HENT**:  Normocephalic, Normal hearing, Oral mucosa is moist.
**Respiratory**:  Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular**:  Normal rate, Regular rhythm.
**Gastrointestinal**:  Soft, Non-tender.
**Musculoskeletal**:  Normal range of motion.
**Integumentary**:  Warm.
**Neurologic**:  Alert, Oriented, Normal sensory, Normal motor function, No focal deficits.
**Cognition and Speech**:  Speech clear and coherent.
**Psychiatric**:  Cooperative, Appropriate mood & affect.

**Hospital Course**
Mr. Guerriero was admitted due to sudden left sided weakness and facial droop, drooling, and right sided gaze. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tPA and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. MRA done on 12/25/17 showed patent intracranial vessels. MRI 12/25/17 showed small deep right MCA infarct. Patient had no focal deficits. Neurologists, Drs. Vickers and Totoraitis suspected this event was likely a spontaneous dissection as no other vascular abnormalities were seen. I discussed with Dr. Totoraitis who recommended medical management with aspirin 81mg and Plavix 75 mg until follow up imaging is obtained. Patient is to obtain a CTA in 1month to ensure to anuerysm development occurs. He is to follow up with neurology as an outpatient. Patient was discharged home in stable condition.

**Discharge Plan**
  **Discharge Condition**
    Improved.
    Stable.
    Patient Instructions: Carotid Dissection, Preventing Recurrent Stroke: Getting Active, Preventing Recurrent Stroke: Eating Healthy, Preventing Recurrent Stroke with a Healthier Lifestyle, Counseled (patient, spouse, regarding diagnosis, regarding treatment, regarding medications, diet, activity, verbalized understanding), Diet low cholesterol diet, Activity as tolerated. no heavy lifting or exertion.
    Follow-up: Michael Vickers Within 2 Weeks; Physician Non-Staff Within 1 to 2 Days.
    Discharge Disposition: Home.
    Greater than 30 mins.

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 01/07/18 20:03*

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |

Page 4 of 82



## Naples Community Hospital
## Naples, Florida

**LABORATORY**

**HEMATOLOGY**

| Collected Date<br>Collected Time<br>Procedure | 12/26/2017<br>01:39 EST | 12/25/2017<br>01:21 EST | 12/24/2017<br>03:25 EST | 12/23/2017<br>10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| WBC | 6.1 @1 | 6.2 @1 | 13.2 H @1 | 6.3 @1 | [4.2-10.8] | th/uL |
| RBC | 4.05 @1 | 4.09 @1 | 4.87 @1 | 4.95 @1 | [4.00-5.40] | mil/uL |
| HGB | 12.0 L @1 | 11.9 L @1 | 14.5 @1 | 14.8 @1 | [14.0-18.0] | gm/dL |
| Hct | 36.6 L @1 | 36.5 L @1 | 42.7 @1 | 43.7 @1 | [42.0-52.0] | % |
| MCV | 90 @1 | 89 @1 | 88 @1 | 88 @1 | [80-99] | fL |
| MCH | 29.6 @1 | 29.1 @1 | 29.8 @1 | 29.9 @1 | [25.4-34.6] | pg |
| MCHC | 32.8 @1 | 32.6 @1 | 34.0 @1 | 33.9 @1 | [31.0-37.0] | gm/dL |
| RDW | 13.3 @1 | 13.2 @1 | 12.6 @1 | 12.8 @1 | [11.5-14.5] | % |
| Platelet Count | 158 @1 | 148 @1 | 219 @1 | 171 @1 | [130-450] | th/uL |
| MPV | 9.8 @1 | 9.6 @1 | 9.3 @1 | 9.4 @1 | [7.0-14.0] | fL |
| Neutro Auto | - | - | 67.0 O1 @1 | 47.1 O2 @1 | [41.0-77.0] | % |
| Lymph Auto | - | - | 18.4 L O1 @1 | 33.2 O2 @1 | [24.0-44.0] | % |
| Mono Auto | - | - | 12.2 O1 @1 | 12.8 O2 @1 | [0.0-15.0] | % |
| Eos Auto | - | - | 1.9 O1 @1 | 6.1 H O2 @1 | [0.0-5.0] | % |
| Basophil Auto | - | - | 0.2 O1 @1 | 0.6 O2 @1 | [0.0-3.0] | % |
| IG% Auto | - | - | 0.3 O1 @1 | 0.2 O2 @1 | [0.0-0.4] | % |
| Neutro Absolute | - | - | 8.820 H O1 @1 | 2.960 O2 @1 | [1.800-7.000] | th/uL |

Order Comments
O1:     Automated Differential
         Ordered by Discern Expert
O2:     Automated Differential
         Ordered by Discern Expert

**CHEMISTRY**

| Collected Date<br>Collected Time<br>Procedure | 12/26/2017<br>01:39 EST | 12/25/2017<br>01:21 EST | 12/24/2017<br>03:25 EST | 12/23/2017<br>10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| Glucose Level | 86 @1 | 97 @1 | 115 H @1 | 103 H @1 | [70-99] | mg/dL |
| BUN | 13 @1 | 11 @1 | 7 @1 | 11 @1 | [7-18] | mg/dL |
| CREATININE | 0.8 @1 | 0.7 @1 | 0.8 @1 | 1.0 @1 | [0.6-1.3] | mg/dL |
| Estim Creatinine Clearance | 96.86 R1 | 110.70 R2 | 96.86 R1 | - | | |
| GFR Calculation | 108 @1 @1 | 124 @1 @1 | 102 @1 @1 | 88 @1 @1 | | |
| Albumin Level | - | - | 3.4 @1 | 3.7 @1 | [3.4-5.0] | gm/dL |
| Bili Total | - | - | 0.78 @1 | 0.52 @1 | [0.20-1.00] | mg/dL |
| T PROT | - | - | 6.9 @1 | 7.5 @1 | [6.4-8.2] | gm/dL |
| ALK PHOS | - | - | 67 @1 | 67 @1 | [50-136] | IU/L |

| | |
|---|---|
| Unit Ref:          811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time:   10/25/2019 12:54 EDT | Med Rec #:   1523798          DOB: 6/17/1964 |
| Report Request ID:  29993300 | Financial #:   10001337441 |
| Page 78 of 82 | |



**Naples Community Hospital**

**Naples, Florida**

NCH
Healthcare
System

### LABORATORY

### CHEMISTRY

|  | Collected Date<br>Collected Time | 12/26/2017<br>01:39 EST | 12/25/2017<br>01:21 EST | 12/24/2017<br>03:25 EST | 12/23/2017<br>10:39 EST | | |
|---|---|---|---|---|---|---|---|
| Procedure | | | | | | Reference Range | Units |
| ALT | | - | - | 23 @1 | 24 @1 | [12-78] | IU/L |
| AST | | - | - | 18 @1 | 22 @1 | [15-37] | IU/L |
| Calcium Level | | 8.2 L @1 | 7.7 L @1 | 8.2 L @1 | 8.7 @1 | [8.5-10.1] | mg/dL |
| Magnesium | | 2.0 @1 | 1.9 @1 | - | - | [1.8-2.4] | mg/dL |

Result Comments
R1:     Estim Creatinine Clearance
        MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
        by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.8 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
        used when SrCr < 1).
R2:     Estim Creatinine Clearance
        MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
        by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.7 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
        used when SrCr < 1).

Interpretive Data
@1:     GFR Calculation
        Interpretive Data for Estimated GFR:

        The severity of chronic kidney disease (CKD) is described by 6 stages, the most severe three are defined by the
        MDRD-eGFR value, and first three also depend whether there is other evidence of kidney disease (e.g. proteinuria):

                0) Normal kidney function – GFR above 90mL/min/1.73m2 and no proteinuria
                1) CKD1 – GFR above 90mL/min/1.73m2 with evidence of kidney damage
                2) CKD2 (Mild) – GFR of 60 to 89 mL/min/1.73m2 with evidence of kidney damage
                3) CKD3 (Moderate) – GFR of 30 to 59 mL/min/1.73m2
                4) CKD4 (Severe) – GFR of 15 to 29 mL/min/1.73m2
                5) CKD5 Kidney failure (dialysis or kidney transplant needed) – GFR less than 15 mL/min/1.73m2

        GFR estimates between 60 and 89 mL/min/1.73m2 do not indicate CKD unless there is other existing laboratory/clinical
        evidence of disease.

        Estimated GFR should be multiplied by 1.212 for African-Caribbean patients.

        The estimated GFR has not been validated for use in acute renal failure, pregnancy, oedematous states, muscle wasting
        disorders, amputees and malnourished people.

        GFR calculation and interpretation from the National Kidney Foundation.

---

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798              DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 |
| Page 79 of 82 | | |



## Naples Community Hospital
## Naples, Florida

### LABORATORY

### ELECTROLYTES

| Procedure | 12/26/2017 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|-----------|------|------|------|------|-----------------|-------|
| Sodium Lvl | 142 @1 | 139 @1 | 141 @1 | 139 @1 | [136-145] | mmol/L |
| Potassium Lvl | 3.9 @1 | 3.8 @1 | 3.9 @1 | 4.3 @1 | [3.5-5.1] | mmol/L |
| CHLORIDE | 108 H@1 | 107 @1 | 109 H@1 | 105 @1 | [98-107] | mmol/L |
| CO2 Lab | 26 @1 | 26 @1 | 24 @1 | 27 @1 | [21-32] | mmol/L |
| ANION GAP,BLOOD | 8 @1 | 6 @1 | 8 @1 | 7 @1 | [3-11] | mmol/L |

### COAGULATION

| Procedure | 12/25/2017 17:10 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|-----------|------|------|------|-----------------|-------|
| INR | 1.1 @1 | 1.1 @1 | 1.0 @1 | [0.8-1.2] | ratio |
| PT | 14.3 @1 | 14.0 @1 | 13.7 @1 | [11.5-14.6] | second(s) |
| PTT | 26.9 @1 | 26.0 @1 | 24.3 @1 | [23.7-35.4] | second(s) |

### CARDIAC PROCEDURES

| Procedure | 12/23/2017 10:39 EST | Reference Range | Units |
|-----------|------|-----------------|-------|
| Troponin I | <0.05 @1 | [<=0.15] | ng/mL |

### LIPIDS/LIPOPROTEIN

| Procedure | 12/24/2017 03:25 EST | Reference Range | Units |
|-----------|------|-----------------|-------|
| Cholesterol | 143 @2 @1 | [<=200] | mg/dL |
| TRIG | 45 @3 @1 | [<=150] | mg/dL |
| HDLP CHOL | 61 @4 @1 | [>=40] | mg/dL |
| LDL Chol | 73 @1 | [<=100] | mg/dL |

Interpretive Data
@2:     Cholesterol
        Cholesterol Reference Range:

        Less than 200 mg/dL      .......   Desirable
        200 – 239 mg/dL          .......   Borderline High

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798        DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



## Naples Community Hospital
## Naples, Florida

### LABORATORY

### LIPIDS/LIPOPROTEIN

Interpretive Data

@2:     Cholesterol
        Greater than 239 mg/dL       .......   High
@3:     TRIG
        Triglycerides Reference Ranges:

        Less than 150 mg/dL        .......   Normal
        150 - 199 mg/dL            .......   Borderline High
        200 - 499 mg/dL            .......   High
        Greater than 499 mg/dL     .......   Very High

        For proper interpretation, total triglycerides must be obtained from a specimen drawn after a strict 12-hour fast.
@4:     HDLP CHOL
        HDL Cholesterol Risk for Coronary Heart Disease (CHD):

        Less than 40 mg/dL              .......   High Risk for CHD
        Equal to or greater than 60 mg/dL  .......   Low Risk for CHD

---

Unit Ref:              811675173                    Patient Name:  GUERRIERO, MICHAEL
Print Date/Time:       10/25/2019 12:54 EDT         Med Rec #:     1523798        DOB: 6/17/1964
Report Request ID:     29993300                     Financial #:   10001337441
Page 81 of 82



**Naples Community Hospital**
**Naples, Florida**

## SUMMARY OF CARE

Document Type:                    Outbound Transition of Care
Service Date/Time:                12/27/2017 04:32 EST
Result Status:                    Final
Perform Information:              TOC,NCHMD (12/27/2017 04:32 EST)
Sign Information:

**Attachment(s):**
**12/27/2017 04:32 EST Transition of Care/Referral Summary**

**You have been sent a Continuity of Care Document from Naples Community Hospital**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the named addressee, please delete this email from your system and do not disseminate, distribute, or copy this information. If you are not the intended recipient, you are notified that any disclosure of this email and its contents are strictly prohibited.

Note: This is not a monitored email address. If you have received this email in error, please do not reply to this email but contact Naples Community Hospital.

Performing Locations
@1:      This test was performed at:
         DNH Laboratory, NCH Healthcare System, Downtown Baker Campus Laboratory /Pathology Department, 350 7th
         Street N, Naples, FL, 34102-   , USA, 239-624-3570

---

Unit Ref:               811675173                    Patient Name:  GUERRIERO, MICHAEL
Print Date/Time:        10/25/2019 12:54 EDT         Med Rec #:  1523798         DOB: 6/17/1964
Report Request ID:      29993300                     Financial #:  10001337441
Page 82 of 82

November 30, 2009



**Intuitive Environmental Solutions, LLC**

13521 Eagle Ridge Drive
Suite 111
Fort Myers, Fl 33912

**(239)-292-5091**

dreid@intuitiveenvsol.com

www.intuitiveenvsol.com

Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road – Suite 101
Bonita Beach, Florida  34134

Re:    Contaminated, Reactive, Chinese/Foreign Drywall Investigation at:

Michael Guerriero Residence
15336 Yellow Wood Road
Alva, Florida  33920

On Saturday, November 14, 2009, an investigation was conducted at the above referenced residence for possible building materials and metal component damage, as a result of the presence of imported, reactive, foreign drywall, that was may have been installed in the home. The residence is located in the Cascades at River Hall residential complex and was reportedly constructed by Levitt & Sons Builders in 2006. The investigation was conducted by Intuitive Environmental Solutions, LLC (IES) of Fort Myers, Florida.



All of the windows and doors were closed and the air conditioning was operating at the time of the inspection. The home is supplied by municipal water. A very slight, sulfur-like odor was detected inside of the home upon entering.

Mr. Guerriero stated that his family moved into the residence in January of 2007, but had to leave the 55+ community after a baby was born. When asked about and electronic equipment failures in the home or any health concerns related to living at the residence, Mr. Guerriero said that he was not aware of any.

In late 2008, a new environmental dilemma emerged in Florida and involves the installation of drywall that was imported from overseas during the building boom and building materials shortage after the hurricane seasons of 2004 - 2007. The drywall in question was imported from foreign sources, including China and some of the material contains excessive amounts of sulfur and sulfur related compounds. Sources of the contaminated drywall material are highly suspected to be the mining of high sulfur content gypsum mineral from the ground. Now, under certain indoor environmental conditions, the contaminants imbedded in the imported and installed drywall, in the form of sulfur dioxide ($SO_2$), hydrogen sulfide ($H_2S$), carbon disulfide, carbonyl sulfide, strontium sulfide and others, can migrate from the drywall into the indoor air. When the sulfur laden air comes in contact with water/moisture/condensation

*Intuitive Environmental Solutions, LLC*
Page 1 of 16

located on air conditioning coils, copper piping, exposed copper wiring, silver components and possibly others, an acidic solution (sulfuric or sulfurous acid) can formulate that can blacken and deteriorate the metal components. As in the case of air conditioning coils and piping, the copper tubing and joint solder can fail, release the refrigerant and the coils have to be replaced. In addition, there have been reports of the silver backing on mirrors, electronic equipment, appliances, jewelry, and other metal components inside of some homes blackening or corroding and failing. It is unknown at this time what human health consequences, if any, can be attributed to the exposure of the off-gassing of there sulfur compounds from the drywall inside of a home. Reported exposure symptoms may include irritated eyes, bloody noses, coughing, sneezing, difficulty breathing, and other symptoms similar to bronchitis and asthma.

The investigation at the residence included a visual inspection of the home in areas where unpainted drywall could be observed. Areas to be investigated included inside of cable, IT and telephone outlet boxes, pocket door openings, behind bathroom cabinet mirrors and other potential unpainted areas of exposed drywall.

Various electrical outlets, the air handler and the rear of the refrigerator were opened and inspected for evidence of any copper wiring/plumbing blackening, tarnishing or corrosion. Numerous metal fixtures, components, valves and mirrors located throughout the home were inspected for blackening, pitting and metal surface decay.

Inside of the attic above the home, two varieties of drywall were present:

On the ceilings of the garage and occupied areas of the home, the drywall markings were as follows:

**"UNDERWRITERS LABORATORIES, INC. CLASSIFIED GYPSUM BOARD F 3724 FIRE RESISTENCE CLASSIFICATION SEE UL RESSISTENC DIRECTORY R14196"**

The paper end label for the boards stated:

**"Manufactured by American Gypsum, Dallas, TX USA"**

On the upper walls and ceiling area at the foyer of the home, the drywall contained the following marking:

**"DRYWALL  PER  ½" 4'x12' ASTM C1396
NA 20:12   10/30/06"** in a large dot matrix print



This is a variety of "Chinese drywall" called the "Dragon Brand". The "NA" in the photo is part of the word "**CHINA**".

An Extech Instruments® BR200 Video Borescope with Wireless Inspection Camera was utilized for the investigation to assist in viewing areas of internal wall cavities inside of the residence. Different wall cavities areas from inside of the residence were examined.

There are three (3) pocket doors in the home. An inspection into the wall cavities at the pocket door opening did not provide and marking or labeling associated with the reverse sides of the drywall present, with the exception of the pocket door in the utility room, where the same "DRYWALL PER ½" 4'x12' ASTM C1396" marking was again identified.

Photographs of the markings and labeling found are included in the appendices of this submission.

The air handler servicing the home, located in the garage, was opened up and the internal conditions inspected. The IES inspection of the air handler found the internal copper plumbing associated with the evaporation coil to be blackened, which is the result of sulfur laden air inside of the home constantly being drawn across the copper coils causing the blackening. The external copper plumbing line for the air handler was not blackened.

Numerous wall outlets and electrical sockets were opened up to inspect the copper wiring and other metal components. Outlets from both external and internal walls were opened and inspected inside of the master bedroom, master bathroom, kitchen bar, nook, baby's bedroom, dining room, front bedroom and the hall bathroom. The majority of the wall outlets that were opened in wall areas comprised of drywall did not show and signs of blackening of the exposed copper wiring, or pitting of other metal components (i.e. metal screws, metal contact points, etc.). The exposed copper was shinny in copper color. The exceptions were the outlets on the eastern side of the home in the master bedroom, living room, dining room and the kitchen bar, where the exposed copper wiring was blackened.

The back of the refrigerator in the kitchen was opened and inspected. A portion of the accessible copper plumbing was blackened.

None of the mirrors located inside of the residence showed signs of blackening around the edges of the individual mirrors.

All of the chrome and metal showerheads, shower valves, faucets, toilet valves, drains, cover plates and other metal components in the home were free of any surface tarnishing or pitting.

The investigation inside of the home included the instantaneous measurement of sulfur dioxide ($SO_2$) and hydrogen sulfide ($H_2S$), which are two of the sulfur compounds that have been identified to be off-gassing from the contaminated Chinese/foreign drywall. The gaseous air samples were recorded with a pre-calibrated, ToxiRAE II® meters. All recordings were instantaneous in nature and only documented at the point of equilibrium. These recordings provide a basic understanding of the air quality at the time of the investigation. The data is not designed to be an exact evaluation or concentration of these parameters but a screening tool for evaluating potential areas for concern regarding the off-gassing of contaminants and the potential presence of the Chinese/foreign drywall inside of a residence. The $SO_2$ and $H_2S$ results are reported in parts per million (ppm).

Hydrogen Sulfide ($H_2S$) is a colorless gas with the strong odor of rotten eggs. However, at approximately 100 ppm, the gas desensitizes the olfactory nerve within 2 to 5 minutes. It is primarily used to test and manufacture other chemicals but it can be found as a by-product of chemical reactions (such as in sewage treatment or the decomposition of organic materials). Low level exposure can cause eye irritation, blurred vision and an irritation of the lungs leading to nausea, dizziness, headaches and eventually death. Hydrogen sulfide is a highly flammable gas and a dangerous fire hazard. The Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) is 20 ppm and 50 ppm not to be exceeded during any 10 minute work period. The National Institute of Occupational Safety and Health (NIOSH) ceiling exposure limit (C) is 10 ppm not to be exceeded during any 10 minute work period. The American Conference of Governmental Industrial Hygienists (*ACGIH*) permissible exposure limit (PEL) is 10 ppm for an 8 hour TWA work period, with a short term exposure limit (STEL) of 15 ppm. $H_2S$ is approximately 4 times heavier than air and can quickly sink into lower parts of work spaces. No $H_2S$ (above 0 ppm - the meters lower detection limit) was identified during this sampling event.

Sulfur Dioxide ($SO_2$) is a dense, toxic, nonflammable gas with a strong odor that is produced by volcanoes and in various industrial processes. Since coal and petroleum often contain sulfur compounds, their combustion generates sulfur dioxide. Further oxidation of $SO_2$, along with $SO_3$, usually in the presence of a catalyst such as $NO_2$, forms $H_2SO_4$ (acid rain). This is one of the causes for concern over the environmental impact of the use of fossil fuels as power sources. Exposure to very high levels of sulfur dioxide can be life threatening. Exposure to 100 ppm is considered immediately dangerous to life and health. Burning of the nose and throat, breathing difficulties, and severe airway obstructions may occur from exposure. Long-term exposure to persistent levels of sulfur dioxide can affect your health. Sulfur dioxide can act as an acid when it reacts with other chemicals in the air and form tiny sulfate particles. When these are breathed, they gather in the lungs and are associated with increased respiratory symptoms and disease, difficulty in breathing, and possibly premature death. Upon contact with eyes, redness and pain will occur. The *OSHA* PEL is 5 ppm. The *NIOSH* and *ACGIH* PEL is 2 ppm with an STEL of 5 ppm. No $SO_2$ (above 0.0 ppm - the meters lower detection limit) was identified during this sampling event.

The following conclusions and recommendations are made specifically regarding the inspection performed at the Guerriero residence:

- ✓ Most of the drywall comprising the ceilings in the home is from the US manufacturer the American Gypsum Company.
- ✓ A portion of the ceiling drywall at the foyer, and the drywall used in at least a portion of the walls in the home, is the **"Dragon Brand"** Chinese drywall. The marking - "**DRYWALL PER ½" 4'x12' ASTM C1396 NA 20:12 10/30/06"**, in a large dot matrix print, was observed on the drywall in the ceiling and upper walls of the foyer, and in an area of the home (hallway at the dining room) where the exposed copper electrical wiring was blackened. The "NA" in the marking observed is from the word "CHINA".
- ✓ Please refer to the reference section in the appendices of this submission for a web link to the US District Court - MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples showing the Dragon Brand markings (# 5).
- ✓ A complete examination of the drywall used inside of the home on the walls would require an extensive destructive inspection, which may be warranted at a future date. The homeowner was reluctant to allow for large areas of the walls to be opened in the home to further investigate the drywall present in the areas where high sulfur content drywall is

suspected.
- ✓ It is evident that there has been some sulfur related degradation of metal components inside of the Guerriero residence.
- ✓ A slight sulfur like odor was present inside of the home, and was much stronger in certain wall cavities where the copper wiring was blackened.
- ✓ The copper piping associated with the air handler and refrigerator is blackened.
- ✓ Some of the electrical wiring that was inspected at electrical outlets in the rear (east side) of the home (dining room, master bedroom, living room and the kitchen), where copper wiring was exposed, was blackened. Other areas inspected on the western side of the home found the wiring to be relatively free of tarnishing or blackening.
- ✓ It is the conclusion of this investigation that there is presently, or has in the past, been a chemical reaction of metal components to elevated sulfur concentrations inside of the home. The sulfur is blackening, pitting and decaying numerous copper and metal components. The blackening of copper and other metals has been shown to be a result of sulfur exposure, especially from homes containing high sulfur content, reactive drywall. Portions of the walls and upper ceiling areas in the home consist of the **"Dragon Brand Chinese drywall"**, which is suspected to contain a reactive, high sulfur content and that it is readily off-gassing.
- ✓ At the time of this submission, the scientific community has not yet concluded as to how long high sulfur content drywall will continue to off-gas contaminants into the indoor environment and as to the variable amount of sulfur content that may exist between bundles or shipments of a manufactured product.
- ✓ It is unknown at this time, if the off-gassing of the sulfur components from the drywall has discontinued or lessened inside of the residence since it was originally installed.
- ✓ It is recommended that the occupants of the residence open up the windows, doors and rear glass sliding doors periodically to "air out" the home of any gases or sulfur related compounds that may have accumulated inside of the home.

All of these services are subject to the current terms and conditions for the sale of services of Intuitive Environmental Solutions, LLC. If you have any questions or additional concerns, please call at **239-292-5091** or inquire by e-mail at dreid@intuitiveenvsol.com

Sincerely,

Daniel Reid –  Indoor Hygienist, Mycologist,
Board Certified Microbial Consultant (CMC)
Awarded By the American Indoor Air Quality Council (AMIAQC),

Member:  Indoor Air Quality Association, (IAQA),
U S Green Building Council (USGBC),
National Federation of Independent Businesses (NFIB)

# Site Photographs



Guerriero Floor Plan

Guerriero Residence

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Attic



**Baby's Bedroom Electrical Outlet Copper Wiring**



**Baby's Room**



**Dining Room Electrical Outlet Copper Wiring Blackened**



**Dining Room**



**Front Bedroom Electrical Outlet Copper Wiring**



**Front Bedroom**



Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall



Attic Ceiling Drywall Markings – "Dragon Brand" Chinese Drywall

Attic Ceiling Drywall Markings – "Dragon Brand" Chinese Drywall

Garage Attic Ceiling Drywall Markings – "American Gypsum Company"

Garage Attic Ceiling Drywall Markings – "American Gypsum Company"

Garage Attic Ceiling Drywall Markings – "American Gypsum Company"

Garage Attic Ceiling Drywall Markings – "American Gypsum Company"



**Garage Attic Ceiling Drywall Markings – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Markings – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**arage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**Hall Bathroom Cabinet Mirror**



Hall Bathroom Electrical Outlet Copper
Wiring

Hall Bathroom Showerhead

Hall Bathroom Toilet Valve

Hall Bathroom

Kitchen Bar Electrical Outlet Copper Wiring
Blackened

Kitchen Faucet



Kitchen

Living Room

Living Room Electrical Outlet Copper Wiring Blackened

Master Bathroom Bathtub Fixtures

Master Bathroom Faucet

Master Bathroom Showerhead



Master Bathroom Toilet Valve

Master Bathroom

Master Bedroom Electrical Outlet Copper Wiring Blackened

Master Bedroom Electrical Outlet Copper Wiring

Master Bedroom

Nook Electrical Outlet Copper Wiring



**Refrigerator Back Copper Plumbing Blackened**



**Refrigerator Back Copper Plumbing Blackened**



**Refrigerator Back Copper Plumbing Blackened**



**Utility Room Faucet**

# References

American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) Standard 55-2004 – "Thermal Environmental Conditions for Human Occupancy". http://www.ashrae.org/

Center for Disease Control (CDC), National Institute for Occupational Safety and Health (NIOSH), "NIOSH Manual of Analytical Methods (NMAM): http://www.cdc.gov/niosh/nmam/default.html

Homeowner / Consumer Website: Chinese Drywall - http://www.chinesedrywall.com

Florida Department of Health – "Hazard Assessment of Copper Corrosion and Air-Conditioner Evaporator Coil Failures Possibly Associated with Imported Drywall" http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html#presence

Lee County, Florida - Property Appraisers web site for building and property information: http://www.leepa.org/Scripts/query.htm

MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples: http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm - (# 5 Dragon Brand Drywall)

# INSPECTION and TESTING TERMS AND CONDITIONS

The inspection is not a Building Code Inspection, title examination, home inspection or a by-law compliance inspection. Intuitive Environmental Solutions, LLC (IES) does not offer an opinion as to:(a) the advisability or inadvisability of the purchase, sale, or repair or replacement of the property or its components such as, but not limited to, insulation, paint, appliances, carpeting, heating, ventilating, and air conditioning equipment and ducts; (b) the property's value; (c) the property's potential use; or (d) safety of occupancy.

The Inspection and Testing fee, and any report based on the inspection and testing conducted, is based on a single visit or continuous series of visits to the property. Additional fees may be charged for any subsequent visits required by the Customer. If the Inspector or other IES personnel are called upon to prepare for litigation or give testimony as a result of the Inspection and Testing, additional fees shall be for any time spent, including, but not limited to, research, consultation, additional inspection and testing time, additional laboratory test fees, preparation of reports, travel, time waiting to testify and court appearances or depositions.

The inspection and testing report is based on the condition of the Subject Property/Building existing and apparent on the precise time and exact date of the inspection. Not all conditions may be apparent on the inspection and testing date due to weather conditions, inoperable systems, inaccessibility of areas of the Subject Building (ex: attics, hidden chases and soffits, unidentified/inaccessible crawlspaces or HVAC components, behind and underneath cabinetry, wall cavities and abandoned systems), or for other reasons. The Customer understands and agrees that Intuitive Environmental Solution's inspection and testing can report only apply to Subject Building locations that are actually inspected and tested. Air tests can only report the presence of analytes in the air of each room/area in which an air sample is taken at the time of testing. Bulk material samples are taken as a small representation of presumably homogeneous material. In other words, IES can not report on areas or locations in the building that have not been specifically inspected and tested and that it is both impractical and cost prohibitive to inspect and test every square foot of space.

IES is not responsible or liable for the non-discovery of any specific materials or conditions of the Subject Building, or any other problems which may occur or may be evident after the inspection and testing time and date. IES is not an insurer or a guarantor against defects in the Subject Building and improvements, systems, or components inspected. IES makes no warranty, express or implied, as to the fitness for use or condition of the systems or components inspected. IES assumes no responsibility for the cost of repairing any problems, cleaning up any contaminant identified or any other defects or conditions. IES is not responsible or liable for any future problems or any other future failures or repairs.

IES and its employees are limited in liability to the fee paid for the inspection and testing services and report in the event that Customer or any third party claims IES is in any way liable for negligently performing the inspection or testing, or preparing the Inspection and Testing Report, or for any other reason or claim that IES has not fully satisfied all it obligations hereunder. Customer hereby agrees to indemnify, defend and hold harmless IES if any third party brings claim against IES relating to the inspection and testing, or Inspection and Testing Report.

This agreement is governed by the laws and jurisdiction of the State of Florida. Any controversy or claim between the parties hereto, arising directly or indirectly out of, connected with, or relating to the interpretation of the Agreement, the scope of the services, the actual inspection and testing services rendered by Inspector, The Inspection and Testing Report provided to the Customer by IES, or any other matters of any kind involving any act or omission performed under this Agreement, or promises, representations, or negotiations concerning duties of the Inspector hereunder, shall be submitted to arbitration in accordance with the applicable rules of the American Arbitration Association. The parties shall mutually appoint an arbitrator who is knowledgeable and familiar with the Indoor Air Quality (IAQ) inspection and IAQ testing industry. Judgment on any award may be entered in any court having jurisdiction, and the arbitration decision shall be binding on all parties. Secondary or consequential damages are specifically excluded.

In the event that any dispute arises out of the Inspection, Testing, or Report, and proceedings are commenced by the Customer, if the Customer is unsuccessful in maintaining the claim in arbitration or elsewhere, then the Customer shall be liable to IES for all charges, expenses, costs and legal fees incurred by IES on a complete indemnity basis, including a reasonable fee for al the time spent by IES or Intuitive Environmental Solution's personnel in investigating, research, preparation for, and attendance at arbitration or court hearings and examinations.

Any claims must be presented to IES in hand, by certified U.S. mail or suitable proof of delivery within one (1) year from the date of the Inspection. IES shall have no liability for any claims presented one (1) year after the date of the inspection and testing. Customer guarantees IES a right to examine the subject matter and area of any claim and offer a restitution prior to Customer's performance of remedial measures (except in the event of an emergency, or to protect for personal safety, or to reduce avoid damage to property). This is a condition precedent to Customer's claim.

This Agreement and the documents referred to herein constitute the entire Agreement between the parties hereto, and supersede any and all prior representations, discussions, or agreements, whether written or oral. No amendment, change, or variance from this Agreement shall be binding on either party unless mutually agreed to, in writing, and signed by the parties hereto. If any provision of this agreement in held invalid or unenforceable by any court of final jurisdiction, it is the intent of the parties that all other provisions of this Agreement be construed to remain fully valid, enforceable, and binding on the parties.

THE INSPECTION, TESTING, AND INSPECTION AND TESTING REPORT DO NOT CONSTITUTE A WARRANTY, GUARANTEE OR INSURANCE POLICY OF ANY KIND



PRIORITY MAIL ★
TRACKED INSURED
UNITED STATES POSTAL SERVICE®
For Domestic and International Use   Label 107R, May 2014

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134



RECEIVED
NOV 0 4 2019
By:



RECEIVED
NOV 0 4 2019
By:

MICHAEL A. GUERRIERO
3565 BEAUFORT COURT
NAPLES, FL 34119 - 8643

UNITED STATES POSTAL SERVICE.
P

Retail

US POSTAGE PAID
$10.90

Origin: 34108
10/31/19
1162710477-16

1 Lb 0.10 Oz
1006

C037

PRIORITY MAIL 2-DAY ®

EXPECTED DELIVERY DAY: 11/02/19

SHIP TO:
255 ALHAMBRA CIR
MIAMI FL 33134-7411

USPS SIGNATURE TRACKING NUMBER

9510 8127 4629 9304 5038 60

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO.   2047
SECTION:   L
JUDGE FALLON

MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1395 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1672 (EDLA)

*Amorin v. Taishan Gypsum Co., Ltd.*, et al.,
Case No. 11-1673

_____/

## MICHAEL A. GUERRIERO'S OBJECTION TO BEING EXCLUDED AS A SETTLEMENT CLASS MEMBER

This objection only applies to myself and the grounds of which are as follows:

My wife Nancy and I purchased a lot in the Cascades at River Hall Community in October of 2005. A home was built for us by Levitt & Sons on that lot throughout 2006 with completion in December 2006. We closed on the home on December 18, 2006 and the address of the property was **15336 Yellow Wood Drive, Alva, Fl 33920**. While living at the property various neighbors confirmed that their homes had Chinese drywall which prompted us to have a full home environmental test conducted by an independent lab on November 14, 2009. The report yielded the conclusion that ceiling and wall drywall in our home contained the distinct markings "Dragon Brand" and China. **(Please see the enclosed copy of report).** Since the presence of Chinese drywall was now confirmed and due to health concerns for our infant son, we had to vacate, file for bankruptcy and ultimately foreclose on the property. Please understand that at the time, we could not afford to remediate the property. Only a few months earlier we were elated thinking we finally found our dream home only to come to the stark realization that we had lost in excess of $140,000 and we were now homeless. We subsequently joined the class action Chinese drywall lawsuit with Parker Waichman LLP soon after, hoping that one day they would be able to make our lives whole again through litigation and we have been their clients ever since.

On December 23, 2017 my whole life changed. For no apparent reason, I suffered a spontaneous carotid artery dissection which basically meant that the inner wall of my right carotid artery blew apart creating a full blockage of the artery which led to a clot and then a stroke. The ER doctors worked on me for almost three hours but their attempts to break through

stroke I still suffer from some of the same post-stroke ailments.  Only recently have I started to seek the medical intervention needed for my depression, fears and anxiety in an attempt to get my health back to where it was before my sickness.  Please note that I have since filed the SPPF and supporting documents and they have been uploaded to the system by my lawyer.

The facts speak for themselves.  It is irrefutable that in 2006 my home was built with some degree of tainted Chinese drywall which forced my family & I to vacate the property.  It is irrefutable that this directly led to my filing for bankruptcy and ultimately foreclosure of the property.  It is irrefutable that I lost a home along with $140,000 in cash used for down payments and upgrades.  Finally, it is irrefutable that I suffered a massive stroke which created emotional and physical damage and caused a life changing occurrence which led to ill health, fear, confusion, very poor decision making and apathy towards some very relevant matters.

In conclusion, I am asking this Honorable Court to take a moment to carefully examine and weigh the overwhelming and unavoidable circumstances which led to my negligence in returning the SPPF on time.  I am humbly asking for the court to view this as a prime example of excusable neglect due to medical reasons beyond my control and to reinstate my case and grant me the rights and privileges accorded to a settlement class member again.  Only this Honorable Court has the ability to bring a sense of worth back to my life and to restore an opportunity to right a terrible wrong that was done to me and my family some 14 years ago.  I implore this Honorable Court to please consider my request to be reinstated as a class member and to be eligible for possible compensation.  I wish to be considered a Class member again as I have always been in the *Amorin* Complaint and my claims are well known to Taishan.  Therefore, there is no prejudice to Taishan for being asked to be recognized as a class member and be compensated for the damage they have done.  I believe this is fair after all the intentional neglect they have done with this case.

I do not have any intention of speaking in person at the Fairness Hearing nor do I intend to call any witnesses.  I would be willing to speak by phone if asked to do so.

In closing, I wish to offer my sincere thanks to this Honorable Court for their time in hearing my objection to no longer being considered a settlement class member in this case.

Respectfully submitted,

Michael A. Guerriero
3565 Beaufort Court
Naples, Fl 34119
(239) 273-2132
michaelguerriero@comcast.net



**Naples Community Hospital**

**Naples, Florida**

*EMERGENCY URGENT CARE*

Document Type:               Emergency Room Note
Service Date/Time:           12/23/2017 10:33 EST
Result Status:                 Final
Perform Information:         Lozier,Stephen,MD (12/23/2017 10:35 EST)
Sign Information:              Lozier,Stephen,MD (12/23/2017 15:17 EST)

**Neurological Problem *ED**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**    **MRN: 1523798**     **FIN: 10001337441**
Age:  **53 years**  Sex: **Male**  DOB: **6/17/1964**
Associated Diagnoses:  **None**
Author:  **Lozier, Stephen, MD**

**Basic Information**
    **Time seen:** Date & time 12/23/2017 10:30:00 AM, Immediately upon arrival, I was informed that the patient was a possible stroke alert at 10:19 AM ETA 10 minutes. The patient was seen immediately on arrival to ED at 10:30 AM before being sent directly to CT from EMS. He returned to room _ from CT scan. Stroke alert was initiated prior to their arrival and the teleneurologist was paged. Teleneurologist at bedside upon arrival to ED.
    **History source:** Patient.
    **Arrival mode:** Ambulance.
    **History limitation:** Clinical condition.
    **Additional information:** Patient's physician(s), Non-Staff, Physician.

**History of Present Illness**
    Michael is a 53 year old male presenting to the ED via EMS for an evaluation of left sided weakness.  Per EMS, patient was last seen normal at 9:50 AM. He was helping his neighbor move stuff around when he suddenly developed left sided weawkness, left sided facial droop, and right sided gaze. His blood pressure was 115/72. Patient Blood sugar was 172. No hx of stroke.  Not on any blood thinners.

**Review of Systems**
        **Additional review of systems information:** Unable to obtain due to: Clinical condition.

**Health Status**
    **Allergies:**
        Allergic Reactions (Selected)
          NKA.
    **Medications:** Per medication list.
    **Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**

    **Medical history**
        Cardiovascular: hyperlipidemia.

---

Unit Ref:         811675173                  Patient Name: GUERRIERO, MICHAEL
Print Date/Time:  10/25/2019 12:54 EDT       Med Rec #:    1523798      DOB: 6/17/1964
Report Request ID:  29993300             Financial #:    10001337441
Page 36 of 82



## Naples Community Hospital
## Naples, Florida

**EMERGENCY URGENT CARE**

**Surgical history:** Unable to due to critical condition.
**Family history:** Unable to due to critical condition.
**Social history:** Unable to due to critical condition.

## Physical Examination

**Vital Signs**
Vital Signs

| 12/23/2017 11:00 AM EST | Nursing Heart Rate | 82 bpm |
| | Nursing Respiratory Rate | 14 br/min |
| | Systolic BP | 116 mmHg |
| | Diastolic BP | 66 mmHg |
| | Oxygen Saturation | 100 % |

Measurements

| 12/23/2017 11:19 AM EST | Clinical Weight | 67.6 kg |
| | CLINICALHEIGHT | 168 cm |
| | Height Method | Estimated |
| | Patient's Weight | 67.6 kg |
| | Weight Method | Bed Scale |
| | Height Measurement Units | Feet & Inches |
| | Patient Height in Feet (new) | 5 ft |
| | Patient Height in Inches (new) | 6 inches |
| | Body Mass Index Measured | 23.95 |

Oxygen saturation.
**General:** Alert.
**Skin:** Warm, dry.
**Head:** Normocephalic.
**Neck:** Supple, trachea midline, no JVD.
**Eye:** Normal conjunctiva, Rightward gaze deviation.
**Ears, nose, mouth and throat:** Oral mucosa moist.
**Cardiovascular:** No murmur, Normal peripheral perfusion, No edema.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No CVA tenderness, No guarding, No rebound.
**Musculoskeletal:** moving all four extremities voluntarily.
**Neurological:** He has left hemiparesis
Left facial droop
Speaking intelligibly but mildly slurred.
Following commands..
**Lymphatics:** No lymphadenopathy.

Unit Ref: 811675173
Print Date/Time: 10/25/2019 12:54 EDT
Report Request ID: 29993300
Page 37 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #: 1523798          DOB: 6/17/1964
Financial #: 10001337441

2



# Naples Community Hospital
# Naples, Florida

## EMERGENCY URGENT CARE

**Medical Decision Making**
  **Rationale:**
    **Documents reviewed:** Emergency nurses' notes, EMS run sheets, laboratory studies, radiographic studies, and all pertinent medical records, if available, were reviewed/ referenced.
  **Orders** acetaminophen 650 mg = 2 tablet PO.
  **Electrocardiogram:** Time 12/23/2017 10:49:00 AM, EP Interp, Rate: 80 bpm
  PR inter: 124 ms
  QRS: 86 ms
  QTc: 422 ms
  Interpretation: Normal sinus rhythm.
  **Results review:** Lab results : Lab View
      12/23/2017 10:39 AM EST

| | |
|---|---|
| WBC | 6.3 th/uL |
| RBC | 4.95 mil/uL |
| HGB | 14.8 gm/dL |
| Hct | 43.7 % |
| MCV | 88 fL |
| MCH | 29.9 pg |
| MCHC | 33.9 gm/dL |
| RDW | 12.8 % |
| Platelet Count | 171 th/uL |
| Neutro Auto | 47.1 % |
| Lymph Auto | 33.2 % |
| Mono Auto | 12.8 % |
| **Eos Auto** | **6.1 % HI** |
| Basophil Auto | 0.6 % |
| IG% Auto | 0.2 % |
| Neutro Absolute | 2.960 th/uL |
| Sodium Lvl | 139 mmol/L |
| Potassium Lvl | 4.3 mmol/L |
| CHLORIDE | 105 mmol/L |
| CO2 Lab | 27 mmol/L |
| ANION GAP, BLOOD | 7 mmol/L |
| **Glucose Level** | **103 mg/dL HI** |
| BUN | 11 mg/dL |
| CREATININE | 1.0 mg/dL |
| GFR Calculation | 88 NA |
| Albumin Level | 3.7 gm/dL |
| Bili Total | 0.52 mg/dL |
| T PROT | 7.5 gm/dL |
| ALK PHOS | 67 IU/L |
| ALT | 24 IU/L |
| AST | 22 IU/L |
| Calcium Level | 8.7 mg/dL |
| Troponin I | <0.05 ng/mL |
| INR | 1.0 ratio |

Unit Ref:    811675173
Print Date/Time:  10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 38 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:  1523798    DOB: 6/17/1964
Financial #:  10001337441

3



**Naples Community Hospital**

**Naples, Florida**

### EMERGENCY URGENT CARE

| | | |
|---|---|---|
| PT | | 13.7 second(s) |
| PTT | | 24.3 second(s) |

**Radiology results:**

## CT Head (Code Save a Brain)

<u>12/23/17 10:53:06</u>
IMPRESSION:

    1. Hyperdense right MCA sign suggesting acute right MCA infarct.

    2. No CT evidence of acute intracranial hemorrhage.

    **N.B.** : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Notes:** EKG(s) were reviewed and interpreted by myself. Imaging noted above was reviewed, and independently interpreted by myself, and radiologic interpretation was reviewed by myself. Laboratory results were reviewed as well. All of this data was used in my medical decision making.

---

**Reexamination/ Reevaluation**
Time: 12/23/2017 10:50:00 AM .
Notes: Wife now present at bedside. Results were reviewed and discussed with patient's family. Questions were solicited and answered. At this time admission was discussed, and the family agrees with treatment and admission plan.
Time: 12/23/2017 11:26:00 AM .
Vital signs
    results included from flowsheet : Vital Signs

| 12/23/2017 11:30 AM EST | | |
|---|---|---|
| Nursing Heart Rate | 88 bpm |
| Nursing Respiratory Rate | 15 br/min |
| Systolic BP | 110 mmHg |
| Diastolic BP | 65 mmHg |
| Oxygen Saturation | 100 % |

Notes: Dr. Firment present in the department to see the patient.

**Procedure**
    **Critical care note**
      Total time: 41 minutes spent engaged in work directly related to patient care and/ or available for direct patient care,
        **Critical care time is exclusive of any and all time spent on separate procedures.**
      Critical condition(s) addressed for impending deterioration include: central nervous system.

---

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 |
| Page 39 of 82 | | |

4



**Naples Community Hospital**

**Naples, Florida**

## *EMERGENCY URGENT CARE*

Management: bedside assessment, supervision of care, Case review (medical specialist, nursing).
Performed by: self.
Notes: Critical care time is exclusive of any and all time spent on separate procedures.

**Impression and Plan**

Acute right MCA stroke : ICD10-CM I63.511, Admitting, Medical

**Calls-Consults**

- 12/23/2017 10:32:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He was evaluating patient alongside myself. Patient in TPA window and he recommends this.
- 12/23/2017 10:45:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, Discussed patient case. No bleed but patient has large vessel occlusion. He recommends surgical intervention. .
- 12/23/2017 10:49:00 AM , Qureshi M.D., Sakib, Teleneurology, consult, He spoke to Dr. Firment and agreed with TPA given  he will take aboutt 45 minutes to get everything set. .
- 12/23/2017 10:52:00 AM , Radiology, consult, I discussed the imaging with the radiologist. R MCA stroke. No ischemic changes at this time. .
- 12/23/2017 11:30:00 AM , Ruthman., Carl MD, Critical care, consult, Discussed patient case. , Accepts the patient for admission.

**Plan**

**Condition:** Critical.
**Disposition:** Admit: Time  12/23/2017 10:47:00 AM, to Intensive Care Unit, Ruthman., Carl MD, This is the admit decision time.
**Counseled:** Family, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Family understood.
**Notes:** Electronically signed by Anizza Custodio acting as the scribe for and in the presence of Stephen J. Lozier MD, on 12/23/2017 11:31 AM.

"I, Stephen J. Lozier MD, personally performed the services described in the documentation, reviewed the documentation recorded by the scribe in my presence and it accurately records my words and actions."

*Electronically Signed By: Lozier, Stephen, MD*
*Date / Time Signed: 12/23/17 15:17*

---

Patient Name: GUERRIERO, MICHAEL
Med Rec #:   1523798         DOB: 6/17/1964
Financial #:   10001337441

5



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head (Code Save a Brain) | Lozier,Stephen,MD | 12/23/2017 10:40 EST | CT-17-0078645 |

**Report**
STUDY:  CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35.3 ) mGy, DLP = ( 569.9 ) mGycm

TECHNIQUE:   Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   Prior comparison studies are not available for review at this time.

FINDINGS:
Normal soft tissue structures.  Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is a hyperdense right middle cerebral artery suggesting sequela of acute infarct.

Normal visualized paranasal sinuses.

IMPRESSION:
1.  Hyperdense right MCA sign suggesting acute right MCA infarct.
2.  No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed:
Anna Miller, MD
2017/12/23 at 10:52 EST
(216) 469-7140
This has been co-signed by:
Daniel Tufariello, MD
2018/01/01 at 7:07 EST
Service support  1-888-557-3617, Fax 216-255-5701

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 76 of 82 | | | |



## Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angio Perfusion | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078648 |

**Report**
STUDY: CTA BRAIN WITH PERFUSION ANALYSIS

REASON FOR EXAM: Male, 53 years old. Left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility): CTDIvol = ( ) mGy, DLP = ( 2239.2 ) mGycm

TECHNIQUE: CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 40 ml of Omni 350. MIP images were reconstructed from the axial data set. Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON: CTA done on the same day.

---

FINDINGS:

CT Perfusion

There is abnormal mean transit time and time to peak involving the entire right middle cerebral artery territory.

There is corresponding decreased cerebral blood flow to the same area. There is also an area of abnormal cerebral blood volume involving predominantly the anterior portion of the MCA territory.

CTA Angiogram

There is no flow in the right petrous segment or cavernous segment. There is reconstitution of the supraclinoid portion of the right internal carotid artery with flow into the right anterior cerebral artery. There is limited flow into the right M1 segment. There is limited collateral of the distal right MCA branches. Normal appearance of the distal left internal carotid artery and left anterior circulation without evidence of significant stenosis or occlusion.

Normal right A1 segments of the anterior cerebral artery. Normal left A1 segments of the anterior cerebral artery. Normal intact anterior communicating artery (ACOM). Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM). Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries. Normal basilar artery with a normal basilar bifurcation. The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis. There is no demonstrated abnormality of the visualized brain.

---

| | | | |
|--|--|--|--|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 74 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Perfusion | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078648 |

**Report**

IMPRESSION:
Abnormal CT perfusion with large area of tissue at risk involving the entire right middle cerebral artery territory with a large core infarct involving the anterior portion of the right middle cerebral artery territory.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:12 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 3:12 pm*

*Transcribed D/T:  23-DEC-2017 3:12 pm*

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 75 of 82 | | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**
STUDY: CTA OF THE BRAIN

REASON FOR EXAM:   Male, 53 years old.   Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:   CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CT perfusion done on the same day.

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

---

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798          DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 |
| Page 72 of 82 | | |



## Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Angio Head W & WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078649 |

**Report**

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 23-DEC-2017 3:14 pm*

*Transcribed D/T: 23-DEC-2017 3:14 pm*

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 73 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:    1523798        DOB: 6/17/1964
Financial #:  10001337441



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**

STUDY:  CTA NECK WITH CONTRAST

REASON FOR EXAM:  Male, 53 years old.  Acute stroke with left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:  CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

COMPARISON:  CTA the head done on the same day.

FINDINGS:

AORTIC ARCH:
Normal visualized aortic arch.  Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

RIGHT CAROTID ARTERIES:
Normal right common carotid artery (CCA).  Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation.  There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA).  Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis.  There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 | |
| Page 70 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Angiography Neck W + WO Contrast | Lozier,Stephen,MD | 12/23/2017 11:15 EST | CT-17-0078650 |

**Report**
Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  23-DEC-2017 3:17 pm*

*Transcribed D/T:  23-DEC-2017 3:17 pm*

---

Unit Ref:                      811675173
Print Date/Time:         10/25/2019 12:54 EDT
Report Request ID:      29993300
Page 71 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:      1523798
Financial #:      10001337441         DOB: 6/17/1964

2



**Naples Community Hospital**
**Naples, Florida**

| XAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| F ace cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**
PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION: Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN: Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:
Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 | |
| Page 64 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath subclavian art vert | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:

The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:

1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 24-DEC-2017 10:03 am*

*Transcribed D/T: 24-DEC-2017 10:03 am*

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 65 of 82 | | | |

2



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION: Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility): CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:

Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 67 of 82 | | | | |



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| Place cath carotid/inom art intracranial | Firment M.D.,Christopher | 12/23/2017 14:51 EST | AN-17-0007650 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|-----------|-----------|---------------|---------------------|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 68 of 82 | | | | |



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**
PROCEDURE:   Diagnostic cerebral angiogram with mechanical thrombectomy of the right middle cerebral artery.

DATE OF EXAMINATION: December 23, 2017

INDICATION: Male, 53 years old.  Collapse while walking with the labor with left-sided weakness.  Patient had complained of head and neck pain for approximately one week.  CTA of the head and neck revealed complete occlusion of the proximal right internal carotid artery with reconstitution of the supraclinoid segment.  There was also decreased flow in the right M1 segment.  Perfusion scan showed an area of tissue at risk involving the right middle cerebral artery territory with core infarct in the anterior portion of the territory.

PHYSICIAN:  Dr. Firment

FLUOROSCOPY TIME (if supplied): (57:06) minutes/seconds

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( ) mGycm

CONSENT: Informed consent was obtained from the patient's wife since patient was unable to give his own consent.

SEDATION: Sedation started at 1158 and ended at 1430.  Patient received 100 mcg of fentanyl.

STERILE BARRIER TECHNIQUE: The following sterile barrier precautions were used during the procedure:  hand hygiene; use of 2% chlorhexidine aseptic; use of a cap, mask, sterile gown, sterile gloves, sterile full body drape, and a large sterile sheet.

PROCEDURE/TECHNIQUE:
Patient was placed on the angiographic table in the supine position.  The right left groins were prepped and draped in a sterile fashion.  Local anesthesia was obtained in the right groin using 1% lidocaine solution.  Access to the right femoral artery was then obtained using the micropuncture technique with placement of a 6 French angiographic sheath.  This was connected to continuous flush of heparinized saline solution.

A 5 French diagnostic catheter and 035 guidewire were placed into the angiographic sheath and advanced in retrograde fashion through the aorta the aortic arch.  Selective catheterization of the brachiocephalic artery followed by the right common carotid artery was performed.  Cervical and cerebral angiography of the right common carotid artery was then obtained.

The diagnostic catheter and 6 French sheath were then exchanged for a Neuron Max guide catheter which was placed into the right common carotid artery and connected to continuous flush of heparinized saline solution.  A Marksman microcatheter and X-pedion 14 guidewire were then placed into an Ace 64 penumbra catheter which was then placed into the neuron Max and advanced into the right internal carotid artery.  Attempts to selectively catheterize the right middle cerebral artery were unsuccessful.  The Ace 64 catheter was removed.  The Marksman microcatheter was then advanced through the Neuron Max into the right internal carotid artery with selective catheterization of the right middle cerebral artery.  This was confirmed with selective cerebral angiogram performed through the microcatheter.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|-----------|-----------|---------------|--------------------|--|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 61 of 82 | | | | |



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**

Mechanical thrombectomy was then performed using the Solitaire 6 x 40 retrievable stent. This was placed into the right middle cerebral artery and distal right internal carotid artery. The stent was then removed without evidence of clot debris. Follow-up angiogram was performed.

Selective catheterization of the left common carotid artery was performed. Cerebral angiography of the left common carotid artery was then obtained.

Selective catheterization of the left subclavian artery was performed. A blood pressure cuff was placed on the left arm and cerebral angiography of the left subclavian artery was performed with a blood pressure cuff inflated.

At the other procedure all catheters and wires were removed from the patient. The neuron Max catheter was exchanged for a long 6 French angiographic sheath which was placed into the right femoral artery and sutured in place. This was to be used as a line for blood pressure management.

FINDINGS:
The right internal carotid artery is abnormal with evidence of dissection with no true lumen identified.

The right middle cerebral artery is open.

Normal flow into the distal left internal carotid artery with normal perfusion of the left anterior circulation. There is collateral flow across a patent anterior communicating artery into the right anterior cerebral artery with further collateral flow from the right anterior cerebral artery branches into the right middle cerebral artery branches.

Normal antegrade flow in the left vertebral artery with normal perfusion of the posterior circulation. There is retrograde flow in the right posterior communicating artery and perfusion of the right anterior circulation.

---

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation. No further intervention is possible. Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 62 of 82 | | | |

2



**Naples Community Hospital**
**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| Thrombectomy Intracranial Mch/Inf with A | Firment M.D.,Christopher | 12/23/2017 14:52 EST | AN-17-0007647 |

**Report**
*DICTATED BY: Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T: 24-DEC-2017 10:03 am*

*Transcribed D/T: 24-DEC-2017 10:03 am*

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 63 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:     1523798         DOB: 6/17/1964
Financial #:   10001337441



# Naples Community Hospital
# Naples, Florida

## CONSULTATION

### Impression and Plan

The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

### Pulmonary/Respiratory
-No known pulmonary issues

### Cardiovascular
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication            -EKG shows normal sinus rhythm, no previous for comparison

### Renal/GU
-No known issues, normal BUN and creatinine

### Neurology/Psych
-Status post TPA

-spontaneous dissection of the right proximal internal carotid artery        -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

### Endocrine/Metabolic
-very mild hyperglycemia

### GI
-No known issues.

### Hematologic/Oncology
-No known issues

### Infectious Disease
-No known issues

### Rheumotology
-No known issues

### Code Status
-FULL

### PLAN

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798       DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 28 of 82 | | | |



### Naples Community Hospital
### Naples, Florida

## CONSULTATION

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

**Diagnosis**
    Dx Code Search (Not documented).

*Electronically Signed By: Rauf M.D. (Resident PGY1), Zakia*
*Date / Time Signed: 12/23/17 16:13*

---

Document Type:                          Consultation
Service Date/Time:                      12/23/2017 10:41 EST
Result Status:                          Modified
Perform Information:                    Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D.,
                                        Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib
                                        (12/23/2017 11:06 EST)

Sign Information:                       Qureshi M.D.,Sakib (12/23/2017 12:20 EST); Qureshi M.D.,
                                        Sakib (12/23/2017 11:07 EST); Qureshi M.D.,Sakib
                                        (12/23/2017 11:06 EST)

**Addendum by Qureshi M.D., Sakib on December 23, 2017 12:20 PM EST**
Entered tpa order 54.5 infusion, 6.1mg bolus.

Patient underwent CTA / CTP and proceeded to intervention per Dr Firment.

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 12:20*

**Addendum by Qureshi M.D., Sakib on December 23, 2017 11:07 AM EST**
CT head negative for bleed, hyperdense M1

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:07*

---

Unit Ref:           811675173                    Patient Name: GUERRIERO, MICHAEL
Print Date/Time:    10/25/2019 12:54 EDT         Med Rec #:   1523798        DOB: 6/17/1964
Report Request ID:  29993300                     Financial #:  10001337441
Page 29 of 82

2



**Naples Community Hospital**
**Naples, Florida**

**CONSULTATION**

**Stroke Alert: Teleneurology**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**      MRN: **1523798**      FIN: **10001337441**
Age:  **53 years**    Sex:  **Male**    DOB: **6/17/1964**
Associated Diagnoses:  **None**
Author:   **Qureshi M.D., Sakib**



**TeleSpecialists TeleNeurology Consult Services**

**Impression**: Stroke alert; 54 year old presenting with acute onset L hemiplegia, R gaze preference, and neglect; suggesting LVO, within tpa window -- given tpa.  NIHSS 14.

**Differential Diagnosis:**
1. Cardioembolic stroke
2. Small vessel disease/lacune
3. Thromboembolic, artery-to-artery mechanism
4. Hypercoagulable state-related infarct
5. Thrombotic mechanism, large artery disease

**Comments:**
Arrival Time:  1032
TeleSpecialists contacted: 1021
TeleSpecialists at bedside: 1027
NIHSS assessment time: 1035
Verbal tpa order:  1050
Needle time: 1058

Verbal Consent to tPA:
I have explained to the patient/family/guardian the nature of the patient's condition, the use of tPA fibrinolytic agent, and the benefits to be reasonably expected compared with alternative approaches. I have discussed the likelihood of major risks or complications of this procedure including (if applicable) but not limited to loss of limb function, brain damage, paralysis, hemorrhage, infection, complications from transfusion of blood components, drug reactions, blood clots and loss of life. I have also indicated that with any procedure there is always the possibility of an unexpected complication. I have explained the risks which include:

1. Death, Stroke or permanent neurologic injury (paralysis, coma, etc)
2. Worsening of stroke symptoms from swelling or bleeding in the brain

| | | | | |
|---|---|---|---|---|
| Unit Ref: | 811675173 | | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | | Financial #: | 10001337441 |
| Page 30 of 82 | | | | |

3



**Naples Community Hospital**

**Naples, Florida**

## CONSULTATION

3. Bleeding in other parts of the body
4. Need for blood transfusions to replace blood or clotting factors
5. Allergic reaction to medications
6. Other unexpected complications
All questions were answered and the patient/family/guardian express understanding of the treatment plan and consent to the procedure.
Our recommendations are outlined below.
We will be seeing the patient back in follow up as noted.

**Recommendations:**

IV tPA – dose = 87.6
Routine post tPA monitoring including neuro checks and blood pressure control during/after treatment
Monitor blood pressure
Check blood pressure and NIHSS every 15 min for 2 h, then every 30 min for 6 h, and finally every hour for 16 h

*Systolic greater than 180 OR diastolic greater than 105:*
*Option 1: Labetalol 10 mg IV for 1 - 2 min*
*May repeat or double labetalol every 10 min to maximum dose of 300 mg, or give initial labetalol dose, then start labetalol drip at 2 - 8 mg/min.*
*Option 2: Nicardipine 5 mg/h IV infusion as initial dose and titrate to desired effect by increasing 2.5 mg/h every 5 min to maximum of 15 mg/h;*
*If blood pressure is not controlled by labetalol or nicardipine, consider sodium nitroprusside.*

**Discussed with Dr. Firment given dense M1 – he ordered for CTA / CTP and is preparing for STAT angiogram post for likely thrombectomy**
**Post NeuroIR reccs --- Admission to ICU**
CT brain 24 hours post tPA
NPO until swallowing screen performed and passed
No antiplatelet agents or anticoagulants (including heparin for DVT prophylaxis) in first 24 hours
No Foley catheter, nasogastric tube, arterial catheter or central venous catheter for 24 hr, unless absolutely necessary
Telemetry
Inpatient Neurology Consultation
Stroke evaluation as per inpatient neurology recommendations
Discussed with ED MD

-----------------------------------------------------------------

| | | | | |
|---|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 31 of 82 | | | | |

4



**Naples Community Hospital**

**Naples, Florida**

**CONSULTATION**

**CC  L hemiplegia**

**History of Present Illness**

Patient is a 54 year old gentleman.  LKN 950AM.  Was with a neighbor friend, then sudden onset left sided weakness, arm and leg; persistent.   Patient unable to provide history.  No blood thinners.  No prior stroke.  No history of bleeding.  No head trauma.

**Exam**

1a- LOC: Keenly responsive - 1

1b- LOC questions: Answers both questions correctly - 0

1c- LOC commands- Performs both tasks correctly- 0

2- Gaze: Normal; 2

3- Visual Fields: normal, no Visual field deficit - 0

4- Facial movements: 1

5- Upper limb motor - 3

6- Lower limb motor - 3

7- Limb Coordination: absent ataxia - 0

8- Sensory: 2

9- Language - No aphasia - 0

10- Speech - No dysarthria -0

11- Neglect / Extinction - 2

NIHSS score:  14

Medical Decision Making:
- Extensive number of diagnosis or management options are considered above.
- Extensive amount of complex data reviewed.
- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.
- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.
Medical Data Reviewed:
1.Data reviewed include clinical labs, radiology,  Medical Tests;
2.Tests results discussed w/performing or interpreting physician;
3.Obtaining/reviewing old medical records;

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 32 of 82 | | | |



**Naples Community Hospital**

**Naples, Florida**

| CONSULTATION |
| --- |

4.Obtaining case history from another source;

5.Independent review of image, tracing or specimen.

Medical Decision Making:

- Extensive number of diagnosis or management options are considered above.

- Extensive amount of complex data reviewed.

- High risk of complication and/or morbidity or mortality are associated with differential diagnostic considerations above.

- There may be Uncertain outcome and increased probability of prolonged functional impairment or high probability of severe prolonged functional impairment associated with some of these differential diagnosis.

Medical Data Reviewed:

1.Data reviewed include clinical labs, radiology,  Medical Tests;

2.Tests results discussed w/performing or interpreting physician;

3.Obtaining/reviewing old medical records;

4.Obtaining case history from another source;

5.Independent review of image, tracing or specimen.

Patient was informed the Neurology Consult would happen via telehealth (remote video) and consented to receiving care in this manner.

**Health Status**

**Allergies:**

**Allergic Reactions (Selected)**

NKA,

| **Allergies (1) Active** | **Reaction** |
| --- | --- |
| NKA | None Documented |

**Current medications:**  (Selected)

**Inpatient Medications**

*Ordered*

acetaminophen (Tylenol) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain, Mild=Pain Scale 1 to 3 or Fever

**Documented Medications**

*Documented*

multivitamin: ,

**Home Medications (1) Active**

multivitamin

,

**Medications (1) Active**

| | | |
| --- | --- | --- |
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798        DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 |
| Page 33 of 82 | | |



## Naples Community Hospital
## Naples, Florida

**CONSULTATION**

Scheduled: (0)
Continuous: (0)
PRN: (1)
**acetaminophen 325 mg Tab** 650 mg 2 tab, PO, Q6H

**Problem list:**
   Medical
      Undescended testicle / 314164011 / Confirmed
   All Problems
      Undescended testicle / 314164011 / Confirmed,
**Active Problems** (1)
**Undescended testicle**


**Histories**
   **Past Medical History:**
      Active
      Undescended testicle (314164011)
   **Family History:**
      Myocardial infarction
         Father


   **Procedure history:**
      No active procedure history items have been selected or recorded.
   **Social History**

      Social & Psychosocial Habits

      Tobacco      (Heavy= greater than10 cig/d)      (Light= fewer than 10 cig/d)
      11/04/2014  MU Smoking Status Never smoked


**Physical Examination**
   **VS/Measurements**

   No qualifying data available

**Health Maintenance**

   **Health Maintenance**
      Pending (in the next year)
         OverDue
            Influenza Vaccine due  09/01/17  and every 1  year(s)
         Due
            Colorectal Screening due  12/23/17  Variable frequency
            Lipid Screening due  12/23/17  and every 5  year(s)

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798  DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 34 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

Healthcare
System

## CONSULTATION

Tetanus Vaccine due  12/23/17  and every 10  year(s)
**Satisfied** (in the past 1 year)
  Satisfied
    Diabetes Screening on  12/23/17.  Satisfied by Contributor_system, POWERCHART
    Diabetes Screening on  12/23/17.  Satisfied by Lozier, Stephen, MD


**Review / Management**
  **Results review**:
  Labs  (Last four charted values)
  WBC          6.3       (DEC 23)

  Hgb          14.8      (DEC 23)

  Hct          43.7      (DEC 23)

  Plt    171   (DEC 23)

  PT           13.7      (DEC 23)

  INR          1.0       (DEC 23)

  PTT          24.3      (DEC 23)  .

*Electronically Signed By: Qureshi M.D., Sakib*
*Date / Time Signed: 12/23/17 11:06*

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 35 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798          DOB: 6/17/1964
Financial #:   10001337441



# Naples Community Hospital
## Naples, Florida

**CONSULTATION**

| | | |
|---|---|---|
| Nursing Respiratory Rate | 17 br/min | (Modified) |
| BP Location | Right Arm | |
| BP Position | Sitting | |
| **Systolic BP** | **96 mmHg  LOW** | |
| **Diastolic BP** | **53 mmHg  LOW** | |
| Mean Arterial Pressure, Cuff | 67 mmHg | |
| Oxygen Saturation | 100 % | |
| Oxygen Therapy | Room air | |

**General:** Alert and oriented, No acute distress.
**Neck:** No carotid bruit.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal sensory, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, Normal deep tendon reflexes.
**Psychiatric:** Cooperative, Appropriate mood & affect, Normal judgment.

**Results Review**
**Report**
STUDY: CTA OF THE BRAIN

REASON FOR EXAM:  Male, 53 years old.   Acute stroke with left-sided weakness and left-sided drooling.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE:   CT angiography was performed with a multi-detector CT scanner. Data acquisition was obtained from the skull base through the vertex following intravenous administration of 60 ml of Omni 350.  MIP images were reconstructed from the axial data set.  Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CT perfusion done on the same day.

_____

FINDINGS:
There is absence of flow in the right petrous segment with reconstitution at the level of the ophthalmic segment.  There is normal flow into the right A1 segment but no significant flow into the right middle cerebral artery.  There is normal distal left internal carotid artery with normal appearance of the left anterior circulation.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 19 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

### CONSULTATION

Normal bilateral vertebral arteries. Normal basilar artery with a normal basilar bifurcation. The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis. There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
Abnormal CTA of the head showing no flow in the right internal carotid artery with reconstitution at the ophthalmic segment with normal flow into the right anterior cerebral artery but limited flow into the right middle cerebral artery.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:14 EST
Tel 1-888-557-3617, Service support 1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY: Firment M.D., Christopher
Electronic Signature
Signed D/T: 23-DEC-2017 3:14 pm

Transcribed D/T: 23-DEC-2017 3:14 pm

**Report**
STUDY: CTA NECK WITH CONTRAST

REASON FOR EXAM: Male, 53 years old. Acute stroke with left-sided weakness and left-sided drooling

RADIATION DOSAGE (If Supplied By Facility): CTDIvol = ( ) mGy, DLP = ( 429.0 ) mGycm

TECHNIQUE: CT angiography with multi-detector data acquisition was performed from the aortic arch to the skull base following intravenous administration of 60 ml of Omnipaque 350 contrast. MIP images were reconstructed from the axial data set. Post-processing of the angiographic images was performed, with multiplanar reformation and 3D reconstruction.

COMPARISON: CTA the head done on the same day.

FINDINGS:

AORTIC ARCH:
Normal visualized aortic arch. Normal origins of the brachiocephalic, left common carotid, and left subclavian arteries.

RIGHT CAROTID ARTERIES:

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

Page 20 of 82

2



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

Normal right common carotid artery (CCA). Normal right common carotid bulb.

There is complete occlusion of the right internal carotid artery just distal to the bifurcation. There is reconstitution of the right internal carotid artery at the level of the supraclinoid segment.

Normal origin of the right external carotid artery (ECA).

LEFT CAROTID ARTERIES:
Normal left common carotid artery (CCA). Normal left common carotid bulb.

Normal origin of the left internal carotid (ICA) artery without a hemodynamically significant stenosis. There is atherosclerotic tortuous elongation of the cervical portion of the left internal carotid artery.

Normal origin of the left external carotid artery (ECA).

VERTEBRAL ARTERIES:
Normal bilateral vertebral arteries.

IMPRESSION:
Abnormal CTA of the neck showing complete occlusion of the proximal right internal carotid artery with reconstitution at the supraclinoid segment.

Electronically Signed:
Christopher Firment,
2017/12/23 at 15:17 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

**Signature Line**
DICTATED BY:  Firment M.D., Christopher
Electronic Signature
Signed D/T:  23-DEC-2017 3:17 pm

Transcribed D/T:  23-DEC-2017 3:17 pm

IMPRESSION:
1. Acute stroke secondary to complete dissection of the right internal carotid artery with development of collateral circulation from the left anterior circulation and posterior circulation.  No further intervention is possible.  Recommend medical management with Plavix and aspirin and hypertension.

Electronically Signed:
Christopher Firment,
2017/12/24 at 10:03 EST
Tel 1-888-557-3617, Service support  1-888-557-3617, Fax 216-255-5701

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |

**Page 21 of 82**



**Naples Community Hospital**

**Naples, Florida**

---

**CONSULTATION**

---

**Signature Line**
DICTATED BY: Firment M.D., Christopher
Electronic Signature
Signed D/T: 24-DEC-2017 10:03 am

Transcribed D/T: 24-DEC-2017 10:03 am

**Impression and Plan**
R ICA Dissection --> R hemispheric stroke s/p TPA/thrombectomy.

Int Rad and ICU doc have initated treatement with ASA/Plavix.  Otherwise post TPA protocol is being followed.

Will get MRI to document extent of ischemia post treatment.  Limited exam presently shows minimal if any residual.

I shall followup tomorrow.  My collegue (the Hospital stroke director) Dr. Totoraits will return 12/26 and will assess.

May need collagen vascular and other w/u for unexplained dissection.

D/W family in detail

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/24/17 15:03*

---

Document Type:                        Consultation
Service Date/Time:                    12/23/2017 14:35 EST
Result Status:                        Modified
Perform Information:                  Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D.
                                      (Resident PGY1),Zakia (12/23/2017 16:04 EST)
Sign Information:                     Ruthman.,Carl MD (12/23/2017 17:15 EST); Rauf M.D.
                                      (Resident PGY1),Zakia (12/23/2017 16:13 EST)

**Addendum by Ruthman., Carl MD on December 23, 2017 5:15 PM EST**

The above resident note reflects my direct input and I was involved in all medical decision.  I personally interviewed and examined the patient and the above exam findings are reflective of my exam findings.  To briefly summarize, this 53 year old male suffered an acute right MCA stroke today at 09:50 am in the setting of approximately one week of progressive headaches.  tPa was

---

Unit Ref:          811675173              Patient Name: GUERRIERO, MICHAEL
Print Date/Time:   10/25/2019 12:54 EDT   Med Rec #:  1523798      DOB: 6/17/1964
Report Request ID: 29993300              Financial #:  10001337441
Page 22 of 82



**Naples Community Hospital**
**Naples, Florida**

CONSULTATION

administered in the ED followed by invasive angiography to attempt mechanical thrombectomy.  The RCA system was found to be dissected and the true lumen could not be cannulated.  Review of the patient's STAT CT angiogram of the neck revealed that this had been present at the time of admission and in light of the patient's week of symptoms this had likely been evolving for approximately one week.

IMPRESSION:
//Acute right MCA stroke
//Right internal carotid dissection
//S/P tPa

PLAN:
//Admit to ICU
//Strict BP control with permissive hypertension
//Discussed with neurovascular surgery regarding possible ECA-ICA bypass, patient not a candidate at this time
//Frequent Neuro checks
//ASA and Plavix
//Check CYP2C19
//Repeat CT for any neurologic changes
//F/U postoperative CT of the head
//Monitor for airway protection, currently no issues

All questions answered to the best of my ability.  43 minutes critical care time exclusive of procedures

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/23/17 17:15*

**ICU Admission H&P -full**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**     MRN: **1523798**     FIN: **10001337441**
Age:  **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses:   **None**
Author:  **Rauf M.D. (Resident PGY1), Zakia**

**Visit Information**
  **Admission**:
  23-DEC-2017 10:32.
  **Primary Care Provider:**
  Non-Staff, Physician.

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 23 of 82 | | | | |



**Naples Community Hospital**

**Naples, Florida**

## CONSULTATION

### Chief Complaint

### History of Present Illness

The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

### Histories

**Past Medical History:**
Undescended testicle
sinus arrthymia

**Procedure History:**
orchidopexy

**Allergies:**
NKA

**Medications:**
<u>Home Medications (1) Active</u>
multivitamin

**Family History:**
mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son.  Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use
1 beer daily

### Review of Systems

**Constitutional:** Denies fevers or chills
**Eye:** Denies discharge or double vision

---

| | | |
|---|---|---|
| Unit Ref: | 811675173 | |
| Print Date/Time: | 10/25/2019 12:54 EDT | |
| Report Request ID: | 29993300 | |
| Page 24 of 82 | | |

Patient Name: GUERRIERO, MICHAEL
Med Rec #:   1523798      DOB: 6/17/1964
Financial #:   10001337441





**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

**Respiratory:** Denies cough or wheezing
**Cardiovascular:** Denies chest pain or palpitations
**Gastrointestinal:** Denies nausea or vomiting
**Hema/Lymph:** Denies bleeding or swollen lymph glands
**Extremities:** Denies lower extremity edema
**Endocrine:** Denies cold or heat intolerance
**Integumentary:** Denies rashes or pruritus
**Neurologic:** Denies confusion or tingling
**Psychiatric:** Denies delusions or hallucinations

**Physical Examination**
**Intake and Output:**

|  | 12/23/17 | 12/22/17 |
|---|---|---|
| **INTAKE** | 0.00 | 0.00 |
| **OUTPUT** | 0.00 | 0.00 |
| **BALANCE** | 0.00 | 0.00 |

**Measurements and Weights:**  Measurements and Weights (ST)
**Most Recent**
  **Height/Length Measured:**
  **Height/Length Dosing:**

  **Weight Measured:**
  **Weight Dosing:**

  **BMI Measured:**   23.95  12/23/17 10:35
    **Contributing Values**
      **Height/Length**            12/23/17 10:35
**Measured:**
      **Weight Measured:**   12/23/17 10:35

**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 36.6 | (11:26) |
| Systolic Blood Pressure | 110 | (11:28) |
| Diastolic Blood Pressure | 65 | (11:28) |
| Pulse | 88 | (12:02) |
| SpO2 | 98 | (12:02) |
| Respiratory Rate | 16 | (12:02) |

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 25 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

**CONSULTATION**

**General:** Alert and oriented, No acute distress.
**Eye:** Pupils are equal, round and reactive to light.
**HENT:** Normocephalic, Oral mucosa is moist.
**Neck:** Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:** No swelling, No deformity.
**Integumentary:** Warm, Dry, Pink.
**Neurologic:** Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength
  5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:** Oriented, Speech clear and coherent.
**Psychiatric:** Cooperative, Appropriate mood & affect.

**Results Review**
  **Lab Results**
    Labs Last 24 Hours (ST)
    Labs (Last four charted values)

| Labs | | | |
|------|------|------|--------|
| WBC  |      | 6.3  | (DEC 23) |
| Hgb  |      | 14.8 | (DEC 23) |
| Hct  |      | 43.7 | (DEC 23) |
| Plt  | 171  |      | (DEC 23) |
| Na   |      | 139  | (DEC 23) |
| K    | 4.3  |      | (DEC 23) |
| Cl   | 105  |      | (DEC 23) |
| Cr   | 1.0  |      | (DEC 23) |



**Naples Community Hospital**
**Naples, Florida**

**Healthcare System**

## CONSULTATION

| BUN | 11 | (DEC 23) |
|---|---|---|
| Glucose | H 103 | (DEC 23) |
| Ca | 8.7 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) |
| Troponin | <0.05 | (DEC 23) |

**X-Ray Findings**

No qualifying data available.

**CT Findings**

### Recent CT Scans

CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
1. Hyperdense right MCA sign suggesting acute right MCA infarct.
2. No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN
LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 27 of 82 | | | |

9



**Naples Community Hospital**
**Naples, Florida**

*HISTORY AND PHYSICAL*

Document Type:
Service Date/Time:
Result Status:
Perform Information:
Sign Information:

History and Physical
12/23/2017 13:00 EST
Final
Ruthman.,Carl MD (12/24/2017 07:20 EST)
Ruthman.,Carl MD (12/24/2017 07:20 EST)

**Visit Information**
  **Admission:**
  23-DEC-2017 10:32.
  **Primary Care Provider:**
  Non-Staff, Physician.

**Chief Complaint**

**History of Present Illness**
  The patient is a 53-year-old male with past medical history of a sinus arrhythmia, who presented to the ED due to sudden left sided weakness and facial droop around approximately 9:50 am. Per the patient's friend, the pt was moving furniture, she noticed sudden onset of weakness on the patient's left side, along with left sided facial droop, drooling, and right sided gaze, the patient then fell to the floor, the friend called the ambulance immediately, the patient arrived at the hospital between 10 and 10:30 am. In the ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial hemorrhage, patient was given tpa and taken for thrombectomy, during procedure, pt was found to have a spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus appreciated, no intervention was done. Post procedure, patient was seen and examined at bedside, he complains of posterior headache and states that he has had a headache for the past week, patient is alert and oriented ×3, he is able to move all 4 extremities, he has full strength, he denies any dizziness, chest pain, shortness of breath, nausea, vomiting, diarrhea, weakness in legs, or any other symptoms.

**Histories**
  **Past Medical History:**
  Undescended testicle
  sinus arrhythmia

  **Procedure History:**
  orchidopexy

  **Allergies:**
  NKA

  **Medications:**
  <u>Home Medications (1) Active</u>
  multivitamin

  **Family History:**

---

Unit Ref:        811675173
Print Date/Time: 10/25/2019 12:54 EDT
Report Request ID: 29993300
Page 5 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:    1523798        DOB: 6/17/1964
Financial #:   10001337441



**Naples Community Hospital**
**Naples, Florida**

**HISTORY AND PHYSICAL**

mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son.  Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use
1 beer daily

**Review of Systems**
  **Constitutional:** Denies fevers or chills
  **Eye:** Denies discharge or double vision
  **Respiratory:** Denies cough or wheezing
  **Cardiovascular:** Denies chest pain or palpitations
  **Gastrointestinal:** Denies nausea or vomiting
  **Hema/Lymph:** Denies bleeding or swollen lymph glands
  **Extremities:** Denies lower extremity edema
  **Endocrine:** Denies cold or heat intolerance
  **Integumentary:** Denies rashes or pruritus
  **Neurologic:** Denies confusion or tingling
  **Psychiatric:** Denies delusions or hallucinations

**Physical Examination**
  **Intake and Output:**

|  | 12/23/17 | 12/22/17 |
|---|---|---|
| **INTAKE** | 0.00 | 0.00 |
| **OUTPUT** | 0.00 | 0.00 |
| **BALANCE** | 0.00 | 0.00 |

**Measurements and Weights:**  Measurements and Weights (ST)
**Most Recent**
  **Height/Length Measured:**
  **Height/Length Dosing:**

  **Weight Measured:**
  **Weight Dosing:**

  **BMI Measured:**  23.95  12/23/17 10:35
    **Contributing Values**
    **Height/Length**            12/23/17 10:35
**Measured:**

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |

2



**Naples Community Hospital**
**Naples, Florida**

## HISTORY AND PHYSICAL

**Weight Measured:**     12/23/17 10:35

**Vital Signs:**

| | | |
|---|---|---|
| Temperature | 36.6 | (11:26) |
| Systolic Blood Pressure | 110 | (11:28) |
| Diastolic Blood Pressure | 65 | (11:28) |
| Pulse | 88 | (12:02) |
| SpO2 | 98 | (12:02) |
| Respiratory Rate | 16 | (12:02) |

**General:**  Alert and oriented, No acute distress.
**Eye:**  Pupils are equal, round and reactive to light.
**HENT:**  Normocephalic, Oral mucosa is moist.
**Neck:**  Supple, No carotid bruit, No lymphadenopathy.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:**  Normal rate, Regular rhythm, No murmur, No gallop, No edema.
**Gastrointestinal:**  Soft, Non-tender, Non-distended, Normal bowel sounds.
**Musculoskeletal:**  No swelling, No deformity.
**Integumentary:**  Warm, Dry, Pink.
**Neurologic:**  Alert, Oriented, Normal motor function, No focal deficits, Cranial Nerves II-XII are grossly intact, strength
     5 out of 5 in all extremities, no dysmetria.
**Cognition and Speech:**  Oriented, Speech clear and coherent.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Results Review**
  **Lab Results**
    Labs Last 24 Hours (ST)
    Labs (Last four charted values)

| | | | |
|---|---|---|---|
| WBC | | 6.3 | (DEC 23) |
| Hgb | | 14.8 | (DEC 23) |
| Hct | | 43.7 | (DEC 23) |
| Plt | 171 | (DEC 23) | |
| Na | | 139 | (DEC 23) |

| | | |
|---|---|---|
| **Unit Ref:** | 811675173 | **Patient Name:** GUERRIERO, MICHAEL |
| **Print Date/Time:** | 10/25/2019 12:54 EDT | **Med Rec #:**  1523798     **DOB:** 6/17/1964 |
| **Report Request ID:** | 29993300 | **Financial #:**  10001337441 |
| **Page 7 of 82** | | |



### Naples Community Hospital
### Naples, Florida

**HISTORY AND PHYSICAL**

| K | 4.3 | (DEC 23) |
|---|---|---|
| Cl | 105 | (DEC 23) |
| Cr | 1.0 | (DEC 23) |
| BUN | 11 | (DEC 23) |
| Glucose | H 103 | (DEC 23) |
| Ca | 8.7 | (DEC 23) |
| PT | 13.7 | (DEC 23) |
| INR | 1.0 | (DEC 23) |
| PTT | 24.3 | (DEC 23) |
| Troponin | <0.05 | (DEC 23) |

**X-Ray Findings**

No qualifying data available.

**CT Findings**

### Recent CT Scans

CT Head (Code Save a Brain)

12/23/17 10:53:06
IMPRESSION:
1. Hyperdense right MCA sign suggesting acute right MCA infarct.
2. No CT evidence of acute intracranial hemorrhage.

N.B. : The above information has been verbally conveyed by Anna Miller, MD to STEPHEN

| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

Page 8 of 82



## Naples Community Hospital
## Naples, Florida

### HISTORY AND PHYSICAL

LOZIER, Referring Physician, on 12/23/2017 10:52:38 (ET).

Electronically Signed
Signed By: Contributor_system, RADISPHERE

**Ultrasound Findings**

No qualifying data available.

**Impression and Plan**
The patient is a 53-year-old male with pertinent past medical history of sinus arrhythmia who presented to the ED due to left-sided weakness, facial droop and drooling, patient's friend witnessed the event, CT showed hyperdense right MCA sign suggesting acute right MCA infarct without evidence of acute intracranial hemorrhage, patient was given TPA on arrival to the hospital and taken for thrombectomy, during procedure patient was found to have spontaneous dissection of the right proximal internal carotid artery without any embolus or thrombus, no intervention was done.

**Pulmonary/Respiratory**
-No known pulmonary issues

**Cardiovascular**
-History of sinus arrhythmia, patient was not able to specify which kind but states that he never had to be put on any medication          -EKG shows normal sinus rhythm, no previous for comparison

**Renal/GU**
-No known issues, normal BUN and creatinine

**Neurology/Psych**
-Status post TPA

-spontaneous dissection of the right proximal internal carotid artery          -CT brain without contrast shows hyperdense right MCA suggesting a right MCA infarct, no CT evidence of acute intracranial hemorrhage

**Endocrine/Metabolic**
-very mild hyperglycemia

**GI**
-No known issues.

**Hematologic/Oncology**
-No known issues

**Infectious Disease**

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 9 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:    1523798          DOB: 6/17/1964
Financial #:  10001337441





**Naples Community Hospital**

**Naples, Florida**

## HISTORY AND PHYSICAL

-No known issues

**Rheumotology**
-No known issues

**Code Status**
-FULL

## PLAN

-Admit to ICU
-Plavix 75 mg p.o. daily
-Aspirin 325 mg p.o. daily
-Neurochecks every 1 hour
-O2 sat >92%
-NPO, pending swallow eval
-Keep patient hydrated, NS at 75 cc/hour
-Keep SBP between 160 and 180
-Tylenol PRN for fever
-Trend serial CT scans
-Labetalol 20 mg as needed blood pressure, see parameters
-AM Labs
-GI prophylaxis: IV pepcid
-DVT prophylaxis: SCD's

*Electronically Signed By: Ruthman., Carl MD*
*Date / Time Signed: 12/24/17 07:20*



### Naples Community Hospital
### Naples, Florida

**CARDIO / EKG**

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *

Pat ID 811675173

12/24/2017 07:34:16
06/17/1964 53 yrs

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept        12-24
Room        SICU
Tech        3020

Req Provider: Carl Ruthman

RX
DX

Rate    64
PR      110
QRSd    94
QT      394
QTc     406

---Axis---

P       57
QRS     71
T       67

Sinus rhythm with short PR
Incomplete right bundle branch block
Borderline ECG
Compared to ECG 12/23/2017 17:14:30
Short PR interval now present
Incomplete right bundle-branch block now present
Sinus arrhythmia no longer present
Electronically Signed On 12-24-2017 14:25:00 EST by HERMES KOOP MD



Confirmed By: HERMES KOOP MD 12/24/2017 14:25:00

- Borderline ECG -

25 mm/sec    10.0 mm/mV    0.05 - 40 Hz

GE MAC55-213

Page 47 of 82

Facility: NCH

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 393327;1523798
FIN: 10001337441

Page 48 of 82

* Final *

Pat ID 811675173

12/23/2017 17:14:30
06/17/1964 53 yrs

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept          12-23
Room         SICU
Tech          3048

RX
DX

Req Provider:  Carl Ruthman

| | |
|---|---|
| Rate | 83 |
| PR | 128 |
| QRSd | 94 |
| QT | 372 |
| QTc | 437 |

Sinus rhythm with marked sinus arrhythmia
Otherwise normal ECG
Compared to ECG 12/23/2017 10:49.50
No significant changes
Electronically Signed On 12-23-2017 22:30:52 EST by PAUL JONES MD

--Axis--

| | |
|---|---|
| P | 66 |
| QRS | 73 |
| T | 54 |

- Otherwise Normal ECG -



Confirmed By: PAUL JONES MD 12/23/2017 22:30:52

0.05 - 40 Hz

10.0 mm/mV

25 mm/sec

CF MAC55-213



Facility: NCH

MRN: 395327; 1523798
FIN: 10001337441

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

Pat ID 811675173

RX
DX

12/23/2017 10:49:50
06/17/1964 53 yrs

GUERRIERO, MICHAEL
Male
Account # 10001337441

NCH Healthcare System
Dept        12-23
Room        661
Tech        MRJ

Req Provider:  Stephen Lozier
               E

* Final *

Normal sinus rhythm
Electronically Signed On 12-25-2017 8:16:51 EST by STEPHEN LOZIER MD

| | |
|---|---|
| Rate | 80 |
| PR | 124 |
| QRSd | 86 |
| QT | 366 |
| QTc | 422 |

---Axis---

| | |
|---|---|
| P | 68 |
| QRS | 66 |
| T | 62 |



- Normal ECG -

Confirmed By: STEPHEN LOZIER MD 12/25/2017 08:16:51

25 mm/sec          10.0 mm/mV          0.05 - 40 Hz

GE MAC55-220



**Naples Community Hospital**
**Naples, Florida**

**TELEMETRY STRIP**

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 50 of 82 | | | | |

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

\* Final \*

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

RHYTHM: SR   ARRHYTHMIA _____ PR 0.12 QRS 0.08 QT 0.36 NURSE _____



**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376      Orig: 9/98      Rev: 09/10

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
FIN: 10001337441

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *



RHYTHM: SR   ARRHYTHMIA _____  PR 0.12  QRS 0.08  QT 0.40  NURSE

RHYTHM: SR   ARRHYTHMIA _____  PR 0.12  QRS 0.08  QT 0.36  NURSE

RHYTHM: _____  ARRHYTHMIA SR  PR 0.12  QRS 0.06  QT 0.44  NURSE

*CARDIAC STRIP MOUNT*
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376   Orig: 9/98   Rev: 09/10

4

Patient Name: GUERRIERO, MICHAEL
Date of Birth: 6/17/1964 00:00 EDT

MRN: 395327; 1523798
FIN: 10001337441

* Final *



RHYTHM: _____ ARRHYTHMIA _SA_ PR 0.12 QRS 0.08 QT 0.516 NURSE (MKN)

RHYTHM: _____ ARRHYTHMIA _SA_ PR 0.12 QRS 0.06 QT 0.40 NURSE (MKN)

RHYTHM: _____ ARRHYTHMIA _____ PR _____ QRS _____ QT _____ NURSE _____

Admit Strip

**CARDIAC STRIP MOUNT**
NCH HEALTHCARE SYSTEM, NAPLES, FL

NCH #: 5376     Orig: 9/98     Rev: 09/10

4

GUERRIERO, MICHAEL
DOB: 06/17/1964  53 Y  M
DOS: 12/23/2017 10:32
FIN: 10001337441



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| CT Head WO Contrast | Patel, Vishal DO | 12/24/2017 12:41 EST | CT-17-0078743 |

**Report**
STUDY: CT BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  24 hour follow-up after administration of TPA.

RADIATION DOSAGE (If Supplied By Facility):  CTDIvol = ( 35 ) mGy, DLP = ( 529.9 ) mGycm

TECHNIQUE:   Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

COMPARISON:   CT of the head dated December 23, 2017.

---

FINDINGS:
Normal soft tissue structures.  Normal calvarium.  There is deviation of nasal septum towards the right with a bony spur.
There is a left-sided conchal bullosa.

There is subtle decreased attenuation within the right temporal lobe that may be the result of subacute infarct.  There is normal gray-white differentiation otherwise.  Cortical sulci ventricles have a grossly normal appearance.  Normal white matter tracts of the cerebral hemispheres.  Normal basal ganglia and thalami.  Normal brainstem.  Normal cerebellum.

There is no intracranial hemorrhage.  There is minimal atherosclerotic calcification of intracranial arteries.

Normal visualized paranasal sinuses.

---

IMPRESSION:
1.  Sequela of a subacute infarct involving the right temporal lobe.
2.  No CT evidence of acute intracranial hemorrhage.

Electronically Signed:
Anna Miller, MD
2017/12/24 at 12:55 EST
(216) 469-7140
This has been co-signed by:
William Ford, MD
2018/01/02 at 7:38 EST
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Ford, William J -MD*
*Electronic Signature*
*Signed D/T:  24-DEC-2017 12:55 pm*

*Transcribed D/T:  24-DEC-2017 12:55 pm*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:   1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:   10001337441 | |

Page 58 of 82



# Naples Community Hospital
# Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| CT Head WO Contrast | Ruthman.,Carl MD | 12/23/2017 16:09 EST | CT-17-0078686 |

## Report
**STUDY:** CT BRAIN WITHOUT CONTRAST

**REASON FOR EXAM:** Male, 53 years old. Stroke, tPa, thrombectomy, carotid dissection / SICU pt f/up timed post tPa, thrombectomy, carotid dissection/ stent placement f/up. Pt has no new complaints-same headache

**RADIATION DOSAGE (If Supplied By Facility):** CTDIvol = ( ) mGy, DLP = ( 570 ) mGycm

**TECHNIQUE:** Transaxial CT imaging of the brain was performed without administration of intravenous contrast material.

Individualized dose optimization techniques were used for this CT.

**COMPARISON:** CT Brain
Dec 23 2017 10:37am

**FINDINGS:**
Normal soft tissue structures. Normal calvarium.

Normal size ventricles and extra-axial spaces for the patient's age. There is a focal area of gray-white matter loss of differentiation in the region of the right MCA. This is consistent for an ischemic infarct. Normal basal ganglia and thalami. Normal brainstem. Normal cerebellum.

There is no intracranial hemorrhage. There are no findings of an acute ischemic infarction.

Normal visualized paranasal sinuses.

**IMPRESSION:**
There is a focal area of gray-white matter loss of differentiation in the region of the right MCA. This is consistent for an ischemic infarct. This is very mild.

Electronically Signed:
Sean Takeuchi, MD
2017/12/23 at 16:20 EST
Tel 308-293-6189, Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY: Takeuchi, Sean - MD*
*Electronic Signature*
*Signed D/T: 23-DEC-2017 4:20 pm*

*Transcribed D/T: 23-DEC-2017 4:20 pm*

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 60 of 82 | | | |

2



### Naples Community Hospital
### Naples, Florida

**CONSULTATION**

| | |
|---|---|
| Document Type: | Consultation |
| Service Date/Time: | 12/24/2017 15:45 EST |
| Result Status: | Modified |
| Perform Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 15:54 EST) |
| Sign Information: | Kakaes MD,Nicoleta (12/24/2017 19:10 EST); Duarte P.A., Elizabeth (12/24/2017 16:07 EST) |

**Addendum by Kakaes MD, Nicoleta on December 24, 2017 7:10 PM EST**
Pt seen and examined. Agree with above. Pt denies any complaints and has no focal deficits despite recent CVA. Patient has been started on DAPT. Neuro following. Will need workup based on CVA at young age and no obvious cause.

Gen: NAD
HEENT: nc/at, eomi, moist oral mucosa
Cardio: s1s2, RRR
Lungs: CTAB
Abd: soft
Neuro: AAO x 3

Nicoleta Kakaes, MD
IM Hospitalist

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 12/24/17 19:10*

**Hospitalist Consult Note**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient: **GUERRIERO, MICHAEL**    **MRN: 1523798**    **FIN: 10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Duarte P.A., Elizabeth**

Primary Care Doctor: **None**

## Subjective

Referring Physician: **Dr Ruthman**

Reason for Consultation: SICU to Medical Floor Transfer; Medical Management

History of Present Illness: 53-year-old male who presented to the ED on 12/23/2017 for evaluation of sudden left-sided weakness and facial droop. The patient collapsed to the ground. In the ED, patient was found to have a hyperdense right MCA suggesting acute right MCA infarct. Patient was given TPA and taken to thrombectomy. During thrombectomy patient was found to have a spontaneous dissection of the right proximal internal carotid artery with no evidence of thrombus or embolus appreciated. No intervention was performed. Patient was seen by inpatient neurology and placed on aspirin and Plavix. At this time patient is medically stable for transfer out of the critical care unit and to the medical floor. We were consulted for medical management. Currently patient is feeling well. States that he gets a "vice like headache" when he sneezes or coughs. Passed swallow eval. Patient denies chest pain, SOB, heart palpitations, abdominal pain, nausea, vomiting, diarrhea, or dysuria.



## Naples Community Hospital
## Naples, Florida

**CONSULTATION**

## Health Status
### Allergies:

| Allergies (1) Active | Reaction |
| --- | --- |
| NKA | None Documented |

### Current medications:
**Home Medications (1) Active**
multivitamin

## Objective

**Past Medical History:**
Undescended testicle
Sinus arrhythmia

**Past Surgical History:**
Orchidopexy

**Social History:**
Alcohol use of 1 beer daily
Denies tobacco use

**Family History:**
Mother deceased with pancreatic cancer
Father deceased with CVA vs MI?

### REVIEW OF SYSTEMS:

**General:** denies fevers, chills, sweats. No weight loss or weight gain.

**HEENT:** Denies diplopia or visual changes, no hearing changes, no vertigo or dizziness, no cough, rhinorhea, or sore throat. Positive headache.

**Cardiovascular:** Denies chest pain or palpitations.

**Lungs:** Denies shortness of breath, hemoptosis or wheezing.

**GI:** Denies nausea, vomiting, abdominal pain, diarrhea or constipation.

**GU:** Denies dysuria, hematuria or frequency.

**Musculoskeletal:** Denies joint stiffness, swelling or redness.

**Derm:** Denies rashes, tattoos or pruritis.

**Psych:** Denies history of depression and anxiety.

**Neuro:** Denies history of fall, syncopal episodes, loss of consciousness, seizures or weakness.

### PHYSICAL EVALUATION:

| | | | |
| --- | --- | --- | --- |
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 12 of 82 | | | |

2



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min (DEC 24 15:00) |
| SBP | L 92mmHg (DEC 24 15:00) |
| DBP | L 53mmHg (DEC 24 15:00) |
| SpO2 | 100 % (DEC 24 15:00) |
| BMI | 23.95 (DEC 23 16:40) |

**General:** Appears stated age in no acute distress. Pt sitting in chair comfortably with family at bedside.

**HEENT:** Normocephalic atraumatic, pupils are equal, round and reactive to light, extraocular movements are intact. Hearing appears good, no hearing aids in place, oral mucosa is dry and pink.

**Respiratory:** Lungs are clear to auscultation, good effort. Pattern regular. No rhonchi, wheezes or rales.

**Cardiovascular:** Normal rate, regular rhythm. S1 and S2 are normal, no murmurs, rubs or gallops.

**Gastrointestinal:** Abdomen is soft, non-tender, non-distended, bowel sounds present in all 4 quadrants.

**Genitourinary:** No suprapubic tenderness, no foley catheter.

**Musculoskeletal:** No joint stiffness, swelling or redness noted.

**Integumentary:** Skin is warm, pink, dry. No rashes or tattoos.

**Neurological:** Grossly nonfocal, cranial nerves II-XII intact.

**Psychiatric:** Cooperative, appropriate mood and affect. Patient is alert and oriented.

**Lower extremities:** No edema, clubbing or cyanosis.

**Results Review**
**Inpatient Vitals/Meds/Labs**
**Vitals**

| Vital Signs (last 24 hrs) | Last Charted |
|---|---|
| Resp Rate | H 23br/min (DEC 24 15:00) |
| SBP | L 92mmHg (DEC 24 15:00) |
| DBP | L 53mmHg (DEC 24 15:00) |
| SpO2 | 100 % (DEC 24 15:00) |
| BMI | 23.95 (DEC 23 16:40) |

**Meds**
**Medications (10) Active**
Scheduled: (6)
aspirin 325 mg Tab Enteric  325 mg 1 tab, PO, Daily
clopidogrel 75 mg Tab  75 mg 1 tab, PO, Daily

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|---|---|---|---|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 13 of 82 | | | | |

2



# Naples Community Hospital
## Naples, Florida

## CONSULTATION

INFLUENZA VIRUS VACCINE 0.5 mL Inj  0.5 mL, IM, Daily+
MEDICATION INSTRUCTION: NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
MEDICATION INSTRUCTION: HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
simvastatin 40 mg Tab  40 mg 1 tab, PO, Daily
Continuous: (1)
sodium chloride 0.9% 1,000 mL  1,000 mL, IV, 75 mL/hr
PRN: (3)
dextrose 50% 50 mL Pre Fill Syringe Inj  25 g 50 mL, IV Push, Unscheduled One Time
hydrALAZINE 20 mg/mL Inj  10 mg 0.5 mL, IV Push, Q4HR
labetalol 100 mg/20 mL Inj  20 mg 4 mL, IV Push, Q10Min

## Laboratory Results

Today's Lab Results : Lab Results

12/24/2017 3:25 AM EST

| | | |
|---|---|---|
| WBC | 13.2 th/uL | HI |
| RBC | 4.87 mil/uL | |
| HGB | 14.5 gm/dL | |
| Hct | 42.7 % | |
| MCV | 88 fL | |
| MCH | 29.8 pg | |
| MCHC | 34.0 gm/dL | |
| RDW | 12.6 % | |
| Platelet Count | 219 th/uL | |
| Neutro Auto | 67.0 % | |
| Lymph Auto | 18.4 % | LOW |
| Mono Auto | 12.2 % | |
| Eos Auto | 1.9 % | |
| Basophil Auto | 0.2 % | |
| IG% Auto | 0.3 % | |
| Neutro Absolute | 8.820 th/uL | HI |
| Sodium Lvl | 141 mmol/L | |
| Potassium Lvl | 3.9 mmol/L | |
| CHLORIDE | 109 mmol/L | HI |
| CO2 Lab | 24 mmol/L | |
| ANION GAP, BLOOD | 8 mmol/L | |
| Glucose Level | 115 mg/dL | HI |
| BUN | 7 mg/dL | |
| CREATININE | 0.8 mg/dL | |
| Estim Creatinine Clearance | 96.86 | |
| GFR Calculation | 102 | NA |
| Albumin Level | 3.4 gm/dL | |
| Bili Total | 0.78 mg/dL | |
| T PROT | 6.9 gm/dL | |
| ALK PHOS | 67 IU/L | |
| ALT | 23 IU/L | |
| AST | 18 IU/L | |
| Calcium Level | 8.2 mg/dL | LOW |

---

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 14 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:     1523798          DOB: 6/17/1964
Financial #:   10001337441



### Naples Community Hospital
### Naples, Florida

## CONSULTATION

|                          | Cholesterol       | 143 mg/dL         |
|                          | TRIG              | 45 mg/dL          |
|                          | HDLP CHOL         | 61 mg/dL          |
|                          | LDL Chol          | 73 mg/dL          |
|                          | INR               | 1.1 ratio         |
|                          | PT                | 14.0 second(s)    |
|                          | PTT               | 26.0 second(s)    |
| 12/23/2017 10:39 AM EST  | WBC               | 6.3 th/uL         |
|                          | RBC               | 4.95 mil/uL       |
|                          | HGB               | 14.8 gm/dL        |
|                          | Hct               | 43.7 %            |
|                          | MCV               | 88 fL             |
|                          | MCH               | 29.9 pg           |
|                          | MCHC              | 33.9 gm/dL        |
|                          | RDW               | 12.8 %            |
|                          | Platelet Count    | 171 th/uL         |
|                          | Neutro Auto       | 47.1 %            |
|                          | Lymph Auto        | 33.2 %            |
|                          | Mono Auto         | 12.8 %            |
|                          | **Eos Auto**      | **6.1 % HI**      |
|                          | Basophil Auto     | 0.6 %             |
|                          | IG% Auto          | 0.2 %             |
|                          | Neutro Absolute   | 2.960 th/uL       |
|                          | Sodium Lvl        | 139 mmol/L        |
|                          | Potassium Lvl     | 4.3 mmol/L        |
|                          | CHLORIDE          | 105 mmol/L        |
|                          | CO2 Lab           | 27 mmol/L         |
|                          | ANION GAP, BLOOD  | 7 mmol/L          |
|                          | **Glucose Level** | **103 mg/dL  HI** |
|                          | BUN               | 11 mg/dL          |
|                          | CREATININE        | 1.0 mg/dL         |
|                          | GFR Calculation   | 88 NA             |
|                          | Albumin Level     | 3.7 gm/dL         |
|                          | Bili Total        | 0.52 mg/dL        |
|                          | T PROT            | 7.5 gm/dL         |
|                          | ALK PHOS          | 67 IU/L           |
|                          | ALT               | 24 IU/L           |
|                          | AST               | 22 IU/L           |
|                          | Calcium Level     | 8.7 mg/dL         |
|                          | Troponin I        | <0.05 ng/mL       |
|                          | INR               | 1.0 ratio         |
|                          | PT                | 13.7 second(s)    |
|                          | PTT               | 24.3 second(s)    |

Unit Ref:            811675173
Print Date/Time:     10/25/2019 12:54 EDT
Report Request ID:   29993300
Page 15 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:   1523798          DOB: 6/17/1964
Financial #:  10001337441



**Naples Community Hospital**
**Naples, Florida**

**CONSULTATION**

## Impression and Plan

#Acute CVA secondary to Complete Dissection of the Right ICA
- -s/p tPA
- -all CT and CT perfusion studies reviewed
- -repeat CT head ordered
- -LDL 73; started on statin
- -continue neurochecks
- -SBP 160-180
- -continue ASA and plavix per Neuro
- -PT/OT/Speech consulted
- -Neurology consulted

#Leukocytosis
- -most likely reactive
- -pt afebrile
- -monitor

#Hyperglycemia
- -mild

#Hyperchloremia
- -mild
- -monitor

#DVT proph
- -pedal pumps

d/w Dr Kakaes

*Electronically Signed By: Duarte P.A., Elizabeth*
*Date / Time Signed: 12/24/17 16:07*

---

Document Type:                          Consultation
Service Date/Time:                      12/24/2017 14:49 EST
Result Status:                          Modified
Perform Information:                    Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers,
                                        Michael J -MD (12/24/2017 15:03 EST)
Sign Information:                       Vickers,Michael J -MD (12/25/2017 10:48 EST); Vickers,
                                        Michael J -MD (12/24/2017 15:03 EST)

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798   DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 16 of 82 | | | |

6



### Naples Community Hospital
### Naples, Florida

**CONSULTATION**

**Addendum by Vickers, Michael J - MD on December 25, 2017 10:48 AM EST**
This should be labelled as consult

*Electronically Signed By: Vickers, Michael J - MD*
*Date / Time Signed: 12/25/17 10:48*

MJV
NCH HEALTHCARE SYSTEM, NAPLES FL

Patient: **GUERRIERO, MICHAEL**          MRN: **1523798**          FIN: **10001337441**
Age: **53 years**   Sex: **Male**   DOB: **6/17/1964**
Associated Diagnoses: **None**
Author: **Vickers, Michael J - MD**

**Subjective**
Dr. Totoratis was consulted early this AM on this very pleasant gentlamn who is post TPA/post thrombectomy/ cartoid dissection. Per protocol she was consulted. She is off for this holiday and has asked me to do the consult in her stead.

53 y/o gentleman who had nagging severe posterior h/a last 3-4 days. No significant trauma. No whiplash injury. Nothing odd at work, no therapy or chiropractic manipulations. He was at a friends house when he fell outr. His 7 y/o son was there and he described what happened to his daddy in excellent detail. Pts friend Mr. Matt stayed with the pt and Mrs. Nicole who is a nurse called for EMS. Pt was brought directly to NCH and recieved TPA very quickly. NIHSS was 14 with neglect LHP. also had thrombectomy. Was found to have carotid dissection. Was not stented. Was placed on ASA and Plavix by ICU doc yesterday.

No residual sxs today except mild (very much improved) h/a.

followup CT head today shows r temporal changes.

**Past Medical History:**
Undescended testicle
sinus arrthymia

**Procedure History:**
orchidopexy

**Family History:**
mother passed at 75 of pancreatic cancer
father passed in 80s of a fall

**Social History:**
Patient lives in Naples with wife and son. Works as a security supervisor.
lifetime nonsmoker
denies illicit drug use

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |
| Page 17 of 82 | | | |



**Naples Community Hospital**
**Naples, Florida**

## CONSULTATION

1 beer daily

**ROS as per admission note**

**Health Status**
  **Allergies:**

| Allergies (1) Active | Reaction |
|---|---|
| NKA | None Documented |

**Current medications:** (Selected)
  Inpatient Medications
    *Ordered*
      MEDICATION INSTRUCTION:: HOLD ALL METFORMIN PRODUCTS FOR 48 HR PO, Rx Dosing, See Comment
      MEDICATION INSTRUCTION:: NO ANTIPLATELETS/ANTICOAGULANTS, Rx Dosing, See Comment
      NOREPinephrine (Levophed^) 16 mg [8 mcg/min] + Dextrose 5% in Water 250 mL: 7.5 mL/hr, IV
      NS 1,000 mL: 75 mL/hr, IV
      Nitrostat 0.4 mg Tab SL: 0.4 mg, 1 tab, SubLingual, Q5Min, PRN: Chest Pain
      Nursing Med Protocol Orders - Critical Care ELECTROLYTES: 1 EA, Rx Dosing, On Call
      Pepcid 20 mg Inj: 20 mg, IV Slow Push, Q12HR
      Plavix: 75 mg, 1 tab, PO, Daily
      REQUEST FOR INFLUENZA VACCINE: 0.5 mL, IM, Daily+
      Saline Flush: 1 syringe(s), IV Flush, Daily, PRN: Line Patency
      Saline Flush: 1 syringe(s), IV Flush, Q8HR
      Tylenol (acetaminophen) ADULT PROTOCOL: 650 mg, 2 tab, PO, Q6H, PRN: Pain,Mild=PainScale1-3,Headache or Fever
      Zofran Inj: 4 mg, 2 mL, IV Slow Push, Q6HR, PRN: Nausea/Vomiting
      aspirin: 325 mg, 1 tab, PO, Daily
      dextrose 50% ADULT Syringe: 25 g, 50 mL, IV Push, Unscheduled One Time, PRN: Serum Glucose (Parameters in comments)
      hydrALAZINE Inj: 10 mg, 0.5 mL, IV Push, Q4HR, PRN: Blood Pressure(Parameters in comments)
      labetalol Inj: 20 mg, 4 mL, IV Push, Q10Min, PRN: Blood Pressure(Parameters in comments)
      simvastatin: 40 mg, 1 tab, PO, Daily
  Documented Medications
    *Documented*
      multivitamin:

**Objective**
  **VS/Measurements**
  Vital Signs
          12/24/2017 2:00 PM EST    Heart Rate Monitored        86 bpm

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
STUDY:   MRI BRAIN WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.  Left-sided facial droop and right-sided days.  Patient has had right-sided MCA thrombectomy.

TECHNIQUE:   Standardized multiplanar fat and water weighted pulse sequences were obtained.

COMPARISON:   CT of the head dated December 24, 2017 and MRA of the head dated December 25, 2017.

---

FINDINGS:
Normal size of the ventricles and extra-axial spaces for the patient's age.  There are a limited number of small white matter hyperintensities, distributed throughout the deep white matter tracts of the cerebral hemispheres, consistent with mild chronic white matter ischemic changes.

There is abnormal signal within the head of the right caudate nucleus, right putamen and medial right temporal lobe and insular cortex consistent with sequela of subacute infarct.  There is restricted diffusion visible within the head of the right caudate nucleus, right basal ganglia and right insular cortex.  This is consistent with an acute infarct.  Normal T2* images of the brain without demonstrated susceptibility artifact.  There is no demonstrated hemosiderin stain.

The left basal ganglia has a normal appearance.  Normal thalami.  There is no extra-axial fluid accumulation.

Normal flow voids within the major intracranial circulation suggesting patency by spin echo criteria.

There is increased CSF within the sella and flattening of the pituitary gland consistent with an "empty sellar syndrome".  Normal infundibular stalk, hypothalamus, and optic chiasm.  Normal tectal plate and pineal gland.

Normal midbrain, pons and medulla.  Normal cerebellum.  Normal basal cisterns.  Normal bilateral temporal bones.  Normal bilateral internal auditory canals.

No demonstrated orbital abnormality, within the constraints of a routine brain study.  Small left maxillary mucous retention cyst.  There is mild mucoperiosteal thickening of the maxillary sinuses.  There is moderate deviation of nasal septum towards the right with a bony spur.  Normal calvarium and skull base.  Normal visualized soft tissue structures.  Normal visualized upper cervical spine.

---

IMPRESSION:
1.  Acute infarct involving the right caudate nucleus, putamen and right insular cortex and temporal lobe.
2.  No MR evidence to suggest hemorrhagic formation.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 18:09 EST

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|-----------|-----------|---------------|--------------------|--|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 54 of 82 | | | | |



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRI Brain WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:12 EST | MR-17-0019117 |

**Report**
(216) 469-7140
This has been co-signed by:
**William Ford, MD**
**2018/01/02 at 7:46 EST**
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Ford, William J -MD*
*Electronic Signature*
*Signed D/T:  25-DEC-2017 6:09 pm*

*Transcribed D/T:  25-DEC-2017 6:09 pm*

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name:  GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:    1523798         DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:    10001337441 |

**Page 55 of 82**



**Naples Community Hospital**

**Naples, Florida**

| EXAM | PHYSICIAN | DATE | ACC NO. |
|------|-----------|------|---------|
| MRA Cerebral WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:08 EST | MR-17-0019118 |

**Report**
STUDY:   MRA OF THE HEAD WITHOUT CONTRAST

REASON FOR EXAM:   Male, 53 years old.   Left-sided facial droop and right sided gaze.  Patient has had a right-sided middle cerebral artery thrombectomy.

TECHNIQUE:   3-D time-of-flight (TOF) imaging was performed with MIPs. The study was performed unenhanced.

COMPARISON:   CTA of the head dated December 23, 2017.

FINDINGS:
Normal bilateral petrous carotid arteries.  Normal right cavernous carotid artery with a normal supraclinoid bifurcation.  There is elongation and tortuosity of the left cavernous carotid artery, without a demonstrated hemodynamically significant stenosis.

Normal right A1 segments of the anterior cerebral artery.  Normal left A1 segments of the anterior cerebral artery.  Normal intact anterior communicating artery (ACOM).  Normal bilateral A2 segments of the anterior cerebral arteries.

Normal right M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.   Normal left M1 and M2 segments of the middle cerebral arteries, with a normal M1 bifurcation.

Normal right posterior communicating artery (PCOM).  Normal left posterior communicating artery (PCOM).

Normal bilateral vertebral arteries.   Normal basilar artery with a normal basilar bifurcation.   The visualized bilateral superior cerebellar (SCA) arteries are normal.

Normal bilateral P1, P2 and visualized P3 segments of the posterior cerebral arteries.

There is no demonstrated aneurysm of the circle of Willis.  There is no major vessel occlusion or hemodynamically significant stenosis.  There is no demonstrated abnormality of the visualized brain.

IMPRESSION:
1.  Recanalization of the right middle cerebral artery since previous CTA.
2.  No MRA evidence for hemodynamically significant stenosis, thrombosis or aneurysm.

Electronically Signed:
Anna Miller, MD
2017/12/25 at 14:28 EST
(216) 469-7140
This has been co-signed by:
Christopher Firment,

| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL | |
|-----------|-----------|---------------|---------------------|---|
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 | |
| Page 56 of 82 | | | | |



# Naples Community Hospital
## Naples, Florida

| EXAM | PHYSICIAN | DATE | ACC NO. |
|---|---|---|---|
| MRA Cerebral WO Contrast | Vickers,Michael J -MD | 12/25/2017 14:08 EST | MR-17-0019118 |

**Report**
**2018/01/02 at 10:06 EST**
Service support  1-888-557-3617, Fax 216-255-5701

*DICTATED BY:  Firment M.D., Christopher*
*Electronic Signature*
*Signed D/T:  25-DEC-2017 2:28 pm*

*Transcribed D/T:  25-DEC-2017 2:28 pm*

---

Unit Ref:          811675173
Print Date/Time:    10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 57 of 82

Patient Name:  GUERRIERO, MICHAEL
Med Rec #:    1523798        DOB: 6/17/1964
Financial #:    10001337441



# Naples Community Hospital
# Naples, Florida

**FINAL SUMMARY**

| | |
|---|---|
| Document Type: | Final Summary |
| Service Date/Time: | 12/26/2017 17:02 EST |
| Result Status: | Final |
| Perform Information: | Kakaes MD,Nicoleta (12/26/2017 17:05 EST) |
| Sign Information: | Kakaes MD,Nicoleta (1/7/2018 20:03 EST) |

**Discharge Summary**
**NCH HEALTHCARE SYSTEM, NAPLES FL**

Patient:  **GUERRIERO, MICHAEL**    **MRN: 1523798**    **FIN: 10001337441**
Age:  **53 years**   Sex: **Male**   DOB: 6/17/1964
Associated Diagnoses:  **None**
Author:  **Kakaes MD, Nicoleta**

**Discharge Information**
  **Admit Date:**
  23-DEC-2017 10:32.
  **Discharge Date:** 12/26/2017.
  **Reason for Hospitalization:** CVA.
  **Primary Care Provider:**
  Non-Staff, Physician.
  **Admitting Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**

  **Discharge Diagnosis: Acute right MCA stroke - ICD10-CM I63.511**

  **Consulting Physician:** Vickers, Michael J - MD, Ruthman., Carl MD

  **Discharge Medications:**
  multivitamin
  ASA 81mg q day
  Plavix 75mg q day
  Simvastatin 40mg q day.
  **Procedures:** thrombectomy aborted.
  **Complications:** Not applicable.

**Results Review**
  **Lab Results**

<u>Labs</u> (Last four charted values)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| WBC | 6.1 | (DEC 26) | 6.2 | (DEC 25) H | 13.2 | (DEC 24) | 6.3 | (DEC 23) |
| Hgb | L 12.0 | (DEC 26) L | 11.9 | (DEC 25) | 14.5 | (DEC 24) | 14.8 | (DEC 23) |

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

Page 2 of 82



**Naples Community Hospital**
**Naples, Florida**

NCH Healthcare System

## FINAL SUMMARY

| | |
|---|---|
| DBP | 79 mmHg  (DEC 26 16:58) |
| SpO2 | 97 %  (DEC 26 16:58) |
| BMI | 24.62  (DEC 26 04:16) |

**General:**  Alert and oriented, No acute distress.
**Eye:**  Extraocular movements are intact, Normal conjunctiva.
**HENT:**  Normocephalic, Normal hearing, Oral mucosa is moist.
**Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:**  Normal rate, Regular rhythm.
**Gastrointestinal:**  Soft, Non-tender.
**Musculoskeletal:**  Normal range of motion.
**Integumentary:**  Warm.
**Neurologic:**  Alert, Oriented, Normal sensory, Normal motor function, No focal deficits.
**Cognition and Speech:**  Speech clear and coherent.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Hospital Course**
Mr. Guerriero was admitted due to sudden left sided weakness and facial droop, drooling, and right sided gaze. In the
ED CT scan showing hyperdense right MCA suggesting acute right MCA infarct, no evidence of acute intracranial
hemorrhage, patient was given tPA and taken for thrombectomy, during procedure, pt was found to have a
spontaneous dissection of the right proximal internal carotid artery, with no evidence of thrombus or embolus
appreciated, no intervention was done. MRA done on 12/25/17 showed patent intracranial vessels. MRI 12/25/17
showed small deep right MCA infarct. Patient had no focal deficits. Neurologists, Drs. Vickers and Totoraitis
suspected this event was likely a spontaneous dissection as no other vascular abnormalities were seen. I discussed
with Dr. Totoraitis who recommended medical management with aspirin 81mg and Plavix 75 mg until follow up
imaging is obtained. Patient is to obtain a CTA in 1 month to ensure to anuerysm development occurs. He is to follow
up with neurology as an outpatient. Patient was discharged home in stable condition.

**Discharge Plan**
   **Discharge Condition**
      Improved.
      Stable.
      Patient Instructions: Carotid Dissection, Preventing Recurrent Stroke: Getting Active, Preventing Recurrent Stroke:
         Eating Healthy, Preventing Recurrent Stroke with a Healthier Lifestyle, Counseled (patient, spouse,
         regarding diagnosis, regarding treatment, regarding medications, diet, activity, verbalized understanding),
         Diet low cholesterol diet, Activity as tolerated. no heavy lifting or exertion.
      Follow-up: Michael Vickers Within 2 Weeks; Physician Non-Staff Within 1 to 2 Days.
      Discharge Disposition: Home.
      Greater than 30 mins.

*Electronically Signed By: Kakaes MD, Nicoleta*
*Date / Time Signed: 01/07/18 20:03*

---

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798     DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |
| Page 4 of 82 | | | |



# Naples Community Hospital
## Naples, Florida

## LABORATORY

### HEMATOLOGY

| Procedure | Collected Date 12/26/2017 Collected Time 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| WBC | 6.1 O1 | 6.2 O1 | 13.2 H O1 | 6.3 O1 | [4.2-10.8] | th/uL |
| RBC | 4.05 O1 | 4.09 O1 | 4.87 O1 | 4.95 O1 | [4.00-5.40] | mil/uL |
| HGB | 12.0 L O1 | 11.9 L O1 | 14.5 O1 | 14.8 O1 | [14.0-18.0] | gm/dL |
| Hct | 36.6 L O1 | 36.5 L O1 | 42.7 O1 | 43.7 O1 | [42.0-52.0] | % |
| MCV | 90 O1 | 89 O1 | 88 O1 | 88 O1 | [80-99] | fL |
| MCH | 29.6 O1 | 29.1 O1 | 29.8 O1 | 29.9 O1 | [25.4-34.6] | pg |
| MCHC | 32.8 O1 | 32.6 O1 | 34.0 O1 | 33.9 O1 | [31.0-37.0] | gm/dL |
| RDW | 13.3 O1 | 13.2 O1 | 12.6 O1 | 12.8 O1 | [11.5-14.5] | % |
| Platelet Count | 158 O1 | 148 O1 | 219 O1 | 171 O1 | [130-450] | th/uL |
| MPV | 9.8 O1 | 9.6 O1 | 9.3 O1 | 9.4 O1 | [7.0-14.0] | fL |
| Neutro Auto | - | - | 67.0 O1 O1 | 47.1 O2 O1 | [41.0-77.0] | % |
| Lymph Auto | - | - | 18.4 L O1 O1 | 33.2 O2 O1 | [24.0-44.0] | % |
| Mono Auto | - | - | 12.2 O1 O1 | 12.8 O2 O1 | [0.0-15.0] | % |
| Eos Auto | - | - | 1.9 O1 O1 | 6.1 H O2 O1 | [0.0-5.0] | % |
| Basophil Auto | - | - | 0.2 O1 O1 | 0.6 O2 O1 | [0.0-3.0] | % |
| IG% Auto | - | - | 0.3 O1 O1 | 0.2 O2 O1 | [0.0-0.4] | % |
| Neutro Absolute | - | - | 8.820 H O1 O1 | 2.960 O2 O1 | [1.800-7.000] | th/uL |

Order Comments
O1:  Automated Differential
      Ordered by Discern Expert
O2:  Automated Differential
      Ordered by Discern Expert

### CHEMISTRY

| Procedure | Collected Date 12/26/2017 Collected Time 01:39 EST | 12/25/2017 01:21 EST | 12/24/2017 03:25 EST | 12/23/2017 10:39 EST | Reference Range | Units |
|---|---|---|---|---|---|---|
| Glucose Level | 86 O1 | 97 O1 | 115 H O1 | 103 H O1 | [70-99] | mg/dL |
| BUN | 13 O1 | 11 O1 | 7 O1 | 11 O1 | [7-18] | mg/dL |
| CREATININE | 0.8 O1 | 0.7 O1 | 0.8 O1 | 1.0 O1 | [0.6-1.3] | mg/dL |
| Estim Creatinine Clearance | 96.86 R1 | 110.70 R2 | 96.86 R1 | - | | |
| GFR Calculation | 108 O1 O1 | 124 O1 O1 | 102 O1 O1 | 88 O1 O1 | | |
| Albumin Level | - | - | 3.4 O1 | 3.7 O1 | [3.4-5.0] | gm/dL |
| Bili Total | - | - | 0.78 O1 | 0.52 O1 | [0.20-1.00] | mg/dL |
| T PROT | - | - | 6.9 O1 | 7.5 O1 | [6.4-8.2] | gm/dL |
| ALK PHOS | - | - | 67 O1 | 67 O1 | [50-136] | IU/L |

Unit Ref:  811675173
Print Date/Time:  10/25/2019 12:54 EDT
Report Request ID:  29993300
Page 78 of 82

Patient Name: GUERRIERO, MICHAEL
Med Rec #:  1523798        DOB: 6/17/1964
Financial #:  10001337441



# Naples Community Hospital
## Naples, Florida

### LABORATORY

### CHEMISTRY

| Collected Date | 12/26/2017 | 12/25/2017 | 12/24/2017 | 12/23/2017 | | |
|---|---|---|---|---|---|---|
| Collected Time | 01:39 EST | 01:21 EST | 03:25 EST | 10:39 EST | | |
| Procedure | | | | | Reference Range | Units |
| ALT | - | - | 23 @1 | 24 @1 | [12-78] | IU/L |
| AST | - | - | 18 @1 | 22 @1 | [15-37] | IU/L |
| Calcium Level | 8.2 L @1 | 7.7 L @1 | 8.2 L @1 | 8.7 @1 | [8.5-10.1] | mg/dL |
| Magnesium | 2.0 @1 | 1.9 @1 | - | - | [1.8-2.4] | mg/dL |

Result Comments

R1:     Estim Creatinine Clearance
        MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
        by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.8 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
        used when SrCr < 1).

R2:     Estim Creatinine Clearance
        MALE Estim. Creatinine Clearance calc. with Cockroft-Gault formula = (140-Age)* Ideal BW/72*SrCr. Calculated
        by Discern Expert at that time using: Ideal BW = 64.13 kg, SrCr = 0.7 mg/dL. (In pt. over 65 yrs old a SrCr of 1 is
        used when SrCr < 1).

Interpretive Data

@1:     GFR Calculation
        Interpretive Data for Estimated GFR:

        The severity of chronic kidney disease (CKD) is described by 6 stages, the most severe three are defined by the
        MDRD-eGFR value, and first three also depend whether there is other evidence of kidney disease (e.g. proteinuria):

                0) Normal kidney function – GFR above 90mL/min/1.73m2 and no proteinuria
                1) CKD1 – GFR above 90mL/min/1.73m2 with evidence of kidney damage
                2) CKD2 (Mild) – GFR of 60 to 89 mL/min/1.73m2 with evidence of kidney damage
                3) CKD3 (Moderate) – GFR of 30 to 59 mL/min/1.73m2
                4) CKD4 (Severe) – GFR of 15 to 29 mL/min/1.73m2
                5) CKD5 Kidney failure (dialysis or kidney transplant needed) – GFR less than 15 mL/min/1.73m2

        GFR estimates between 60 and 89 mL/min/1.73m2 do not indicate CKD unless there is other existing laboratory/clinical
        evidence of disease.

        Estimated GFR should be multiplied by 1.212 for African-Caribbean patients.

        The estimated GFR has not been validated for use in acute renal failure, pregnancy, oedematous states, muscle wasting
        disorders, amputees and malnourished people.

        GFR calculation and interpretation from the National Kidney Foundation.

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL | |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: 1523798 | DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: 10001337441 | |

**Page 79 of 82**



# Naples Community Hospital
## Naples, Florida

## LABORATORY

### ELECTROLYTES

| Collected Date | 12/26/2017 | 12/25/2017 | 12/24/2017 | 12/23/2017 | | |
| Collected Time | 01:39 EST | 01:21 EST | 03:25 EST | 10:39 EST | | |
| Procedure | | | | | Reference Range | Units |
|---|---|---|---|---|---|---|
| Sodium Lvl | 142 @1 | 139 @1 | 141 @1 | 139 @1 | [136-145] | mmol/L |
| Potassium Lvl | 3.9 @1 | 3.8 @1 | 3.9 @1 | 4.3 @1 | [3.5-5.1] | mmol/L |
| CHLORIDE | 108 H @1 | 107 @1 | 109 H @1 | 105 @1 | [98-107] | mmol/L |
| CO2 Lab | 26 @1 | 26 @1 | 24 @1 | 27 @1 | [21-32] | mmol/L |
| ANION GAP,BLOOD | 8 @1 | 6 @1 | 8 @1 | 7 @1 | [3-11] | mmol/L |

### COAGULATION

| Collected Date | 12/25/2017 | 12/24/2017 | 12/23/2017 | | |
| Collected Time | 17:10 EST | 03:25 EST | 10:39 EST | | |
| Procedure | | | | Reference Range | Units |
|---|---|---|---|---|---|
| INR | 1.1 @1 | 1.1 @1 | 1.0 @1 | [0.8-1.2] | ratio |
| PT | 14.3 @1 | 14.0 @1 | 13.7 @1 | [11.5-14.6] | second(s) |
| PTT | 26.9 @1 | 26.0 @1 | 24.3 @1 | [23.7-35.4] | second(s) |

### CARDIAC PROCEDURES

| Collected Date | 12/23/2017 | | |
| Collected Time | 10:39 EST | | |
| Procedure | | Reference Range | Units |
|---|---|---|---|
| Troponin I | <0.05 @1 | [<=0.15] | ng/mL |

### LIPIDS/LIPOPROTEIN

| Collected Date | 12/24/2017 | | |
| Collected Time | 03:25 EST | | |
| Procedure | | Reference Range | Units |
|---|---|---|---|
| Cholesterol | 143 @2 @1 | [<=200] | mg/dL |
| TRIG | 45 @3 @1 | [<=150] | mg/dL |
| HDLP CHOL | 61 @4 @1 | [>=40] | mg/dL |
| LDL Chol | 73 @1 | [<=100] | mg/dL |

Interpretive Data
@2:    Cholesterol
       Cholesterol Reference Range:

       Less than 200 mg/dL        .......  Desirable
       200 – 239 mg/dL            .......  Borderline High



### Naples Community Hospital
### Naples, Florida

**LABORATORY**

**LIPIDS/LIPOPROTEIN**

Interpretive Data

@2:     Cholesterol
        Greater than 239 mg/dL    .......   High
@3:     TRIG
        Triglycerides Reference Ranges:

        Less than 150 mg/dL       .......   Normal
        150 - 199 mg/dL           .......   Borderline High
        200 - 499 mg/dL           .......   High
        Greater than 499 mg/dL    .......   Very High

        For proper interpretation, total triglycerides must be obtained from a specimen drawn after a strict 12-hour fast.
@4:     HDLP CHOL
        HDL Cholesterol Risk for Coronary Heart Disease (CHD):

        Less than 40 mg/dL                .......   High Risk for CHD
        Equal to or greater than 60 mg/dL  .......   Low Risk for CHD

| | | |
|---|---|---|
| Unit Ref: | 811675173 | Patient Name: GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #:  1523798       DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #:  10001337441 |

**Page 81 of 82**



## Naples Community Hospital
## Naples, Florida

**SUMMARY OF CARE**

| | |
|---|---|
| Document Type: | Outbound Transition of Care |
| Service Date/Time: | 12/27/2017 04:32 EST |
| Result Status: | Final |
| Perform Information: | TOC,NCHMD (12/27/2017 04:32 EST) |
| Sign Information: | |

**Attachment(s):**
**12/27/2017 04:32 EST Transition of Care/Referral Summary**

**You have been sent a Continuity of Care Document from Naples Community Hospital**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you are not the named addressee, please delete this email from your system and do not disseminate, distribute, or copy this information. If you are not the intended recipient, you are notified that any disclosure of this email and its contents are strictly prohibited.

Note: This is not a monitored email address. If you have received this email in error, please do not reply to this email but contact Naples Community Hospital.

Performing Locations
@1:    This test was performed at:
       DNH Laboratory, NCH Healthcare System, Downtown Baker Campus Laboratory /Pathology Department, 350 7th
        Street N, Naples, FL, 34102-   , USA, 239-624-3570

| | | | |
|---|---|---|---|
| Unit Ref: | 811675173 | Patient Name: | GUERRIERO, MICHAEL |
| Print Date/Time: | 10/25/2019 12:54 EDT | Med Rec #: | 1523798    DOB: 6/17/1964 |
| Report Request ID: | 29993300 | Financial #: | 10001337441 |

**Page 82 of 82**



November 30, 2009



**Intuitive
Environmental
Solutions, LLC**

13521 Eagle Ridge Drive
Suite 111
Fort Myers, Fl 33912

**(239)-292-5091**

dreid@intuitiveenvsol.com

www.intuitiveenvsol.com

Parker, Waichman, Alonso, LLP
3301 Bonita Beach Road – Suite 101
Bonita Beach, Florida 34134

Re:     Contaminated, Reactive, Chinese/Foreign Drywall Investigation at:

Michael Guerriero Residence
15336 Yellow Wood Road
Alva, Florida 33920

On Saturday, November 14, 2009, an investigation was conducted at the above referenced residence for possible building materials and metal component damage, as a result of the presence of imported, reactive, foreign drywall, that was may have been installed in the home. The residence is located in the Cascades at River Hall residential complex and was reportedly constructed by Levitt & Sons Builders in 2006. The investigation was conducted by Intuitive Environmental Solutions, LLC (IES) of Fort Myers, Florida.



All of the windows and doors were closed and the air conditioning was operating at the time of the inspection. The home is supplied by municipal water. A very slight, sulfur-like odor was detected inside of the home upon entering.

Mr. Guerriero stated that his family moved into the residence in January of 2007, but had to leave the 55+ community after a baby was born. When asked about and electronic equipment failures in the home or any health concerns related to living at the residence, Mr. Guerriero said that he was not aware of any.

In late 2008, a new environmental dilemma emerged in Florida and involves the installation of drywall that was imported from overseas during the building boom and building materials shortage after the hurricane seasons of 2004 - 2007. The drywall in question was imported from foreign sources, including China and some of the material contains excessive amounts of sulfur and sulfur related compounds. Sources of the contaminated drywall material are highly suspected to be the mining of high sulfur content gypsum mineral from the ground. Now, under certain indoor environmental conditions, the contaminants imbedded in the imported and installed drywall, in the form of sulfur dioxide ($SO_2$), hydrogen sulfide ($H_2S$), carbon disulfide, carbonyl sulfide, strontium sulfide and others, can migrate from the drywall into the indoor air. When the sulfur laden air comes in contact with water/moisture/condensation

located on air conditioning coils, copper piping, exposed copper wiring, silver components and possibly others, an acidic solution (sulfuric or sulfurous acid) can formulate that can blacken and deteriorate the metal components. As in the case of air conditioning coils and piping, the copper tubing and joint solder can fail, release the refrigerant and the coils have to be replaced. In addition, there have been reports of the silver backing on mirrors, electronic equipment, appliances, jewelry, and other metal components inside of some homes blackening or corroding and failing. It is unknown at this time what human health consequences, if any, can be attributed to the exposure of the off-gassing of there sulfur compounds from the drywall inside of a home. Reported exposure symptoms may include irritated eyes, bloody noses, coughing, sneezing, difficulty breathing, and other symptoms similar to bronchitis and asthma.

The investigation at the residence included a visual inspection of the home in areas where unpainted drywall could be observed. Areas to be investigated included inside of cable, IT and telephone outlet boxes, pocket door openings, behind bathroom cabinet mirrors and other potential unpainted areas of exposed drywall.

Various electrical outlets, the air handler and the rear of the refrigerator were opened and inspected for evidence of any copper wiring/plumbing blackening, tarnishing or corrosion. Numerous metal fixtures, components, valves and mirrors located throughout the home were inspected for blackening, pitting and metal surface decay.

Inside of the attic above the home, two varieties of drywall were present:

On the ceilings of the garage and occupied areas of the home, the drywall markings were as follows:

**"UNDERWRITERS LABORATORIES, INC. CLASSIFIED GYPSUM BOARD F 3724 FIRE RESISTENCE CLASSIFICATION SEE UL RESSISTENC DIRECTORY R14196"**

The paper end label for the boards stated:

**"Manufactured by American Gypsum, Dallas, TX USA"**

On the upper walls and ceiling area at the foyer of the home, the drywall contained the following marking:

**"DRYWALL PER  ½" 4'x12'  ASTM C1396
NA 20:12   10/30/06"**  in a large dot matrix print



This is a variety of "Chinese drywall" called the "Dragon Brand". The "NA" in the photo is part of the word "CHINA".

An Extech Instruments® BR200 Video Borescope with Wireless Inspection Camera was utilized for the investigation to assist in viewing areas of internal wall cavities inside of the residence. Different wall cavities areas from inside of the residence were examined.

There are three (3) pocket doors in the home. An inspection into the wall cavities at the pocket door opening did not provide and marking or labeling associated with the reverse sides of the drywall present, with the exception of the pocket door in the utility room, where the same **"DRYWALL PER ½" 4'x12' ASTM C1396"** marking was again identified.

Photographs of the markings and labeling found are included in the appendices of this submission.

The air handler servicing the home, located in the garage, was opened up and the internal conditions inspected. The IES inspection of the air handler found the internal copper plumbing associated with the evaporation coil to be blackened, which is the result of sulfur laden air inside of the home constantly being drawn across the copper coils causing the blackening. The external copper plumbing line for the air handler was not blackened.

Numerous wall outlets and electrical sockets were opened up to inspect the copper wiring and other metal components. Outlets from both external and internal walls were opened and inspected inside of the master bedroom, master bathroom, kitchen bar, nook, baby's bedroom, dining room, front bedroom and the hall bathroom. The majority of the wall outlets that were opened in wall areas comprised of drywall did not show and signs of blackening of the exposed copper wiring, or pitting of other metal components (i.e. metal screws, metal contact points, etc.). The exposed copper was shinny in copper color. The exceptions were the outlets on the eastern side of the home in the master bedroom, living room, dining room and the kitchen bar, where the exposed copper wiring was blackened.

The back of the refrigerator in the kitchen was opened and inspected. A portion of the accessible copper plumbing was blackened.

None of the mirrors located inside of the residence showed signs of blackening around the edges of the individual mirrors.

All of the chrome and metal showerheads, shower valves, faucets, toilet valves, drains, cover plates and other metal components in the home were free of any surface tarnishing or pitting.

The investigation inside of the home included the instantaneous measurement of sulfur dioxide ($SO_2$) and hydrogen sulfide ($H_2S$), which are two of the sulfur compounds that have been identified to be off-gassing from the contaminated Chinese/foreign drywall. The gaseous air samples were recorded with a pre-calibrated, ToxiRAE II® meters. All recordings were instantaneous in nature and only documented at the point of equilibrium. These recordings provide a basic understanding of the air quality at the time of the investigation. The data is not designed to be an exact evaluation or concentration of these parameters but a screening tool for evaluating potential areas for concern regarding the off-gassing of contaminants and the potential presence of the Chinese/foreign drywall inside of a residence. The $SO_2$ and $H_2S$ results are reported in parts per million (ppm).

Hydrogen Sulfide ($H_2S$) is a colorless gas with the strong odor of rotten eggs. However, at approximately 100 ppm, the gas desensitizes the olfactory nerve within 2 to 5 minutes. It is primarily used to test and manufacture other chemicals but it can be found as a by-product of chemical reactions (such as in sewage treatment or the decomposition of organic materials). Low level exposure can cause eye irritation, blurred vision and an irritation of the lungs leading to nausea, dizziness, headaches and eventually death. Hydrogen sulfide is a highly flammable gas and a dangerous fire hazard. The Occupational Safety and Health Administration (OSHA) permissible exposure limit (PEL) is 20 ppm and 50 ppm not to be exceeded during any 10 minute work period. The National Institute of Occupational Safety and Health (NIOSH) ceiling exposure limit (C) is 10 ppm not to be exceeded during any 10 minute work period. The American Conference of Governmental Industrial Hygienists (*ACGIH*) permissible exposure limit (PEL) is 10 ppm for an 8 hour TWA work period, with a short term exposure limit (STEL) of 15 ppm. $H_2S$ is approximately 4 times heavier than air and can quickly sink into lower parts of work spaces. No $H_2S$ (above 0 ppm - the meters lower detection limit) was identified during this sampling event.

Sulfur Dioxide ($SO_2$) is a dense, toxic, nonflammable gas with a strong odor that is produced by volcanoes and in various industrial processes. Since coal and petroleum often contain sulfur compounds, their combustion generates sulfur dioxide. Further oxidation of $SO_2$, along with $SO_3$, usually in the presence of a catalyst such as $NO_2$, forms $H_2SO_4$ (acid rain). This is one of the causes for concern over the environmental impact of the use of fossil fuels as power sources. Exposure to very high levels of sulfur dioxide can be life threatening. Exposure to 100 ppm is considered immediately dangerous to life and health. Burning of the nose and throat, breathing difficulties, and severe airway obstructions may occur from exposure. Long-term exposure to persistent levels of sulfur dioxide can affect your health. Sulfur dioxide can act as an acid when it reacts with other chemicals in the air and form tiny sulfate particles. When these are breathed, they gather in the lungs and are associated with increased respiratory symptoms and disease, difficulty in breathing, and possibly premature death. Upon contact with eyes, redness and pain will occur. The *OSHA* PEL is 5 ppm. The *NIOSH* and *ACGIH* PEL is 2 ppm with an STEL of 5 ppm. No $SO_2$ (above 0.0 ppm - the meters lower detection limit) was identified during this sampling event.

The following conclusions and recommendations are made specifically regarding the inspection performed at the Guerriero residence:

- ✓ Most of the drywall comprising the ceilings in the home is from the US manufacturer the American Gypsum Company.
- ✓ A portion of the ceiling drywall at the foyer, and the drywall used in at least a portion of the walls in the home, is the "**Dragon Brand**" Chinese drywall. The marking - "**DRYWALL PER ½" 4'x12' ASTM C1396 NA 20:12 10/30/06**", in a large dot matrix print, was observed on the drywall in the ceiling and upper walls of the foyer, and in an area of the home (hallway at the dining room) where the exposed copper electrical wiring was blackened. The "NA" in the marking observed is from the word "**CHINA**".
- ✓ Please refer to the reference section in the appendices of this submission for a web link to the US District Court - MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples showing the Dragon Brand markings (# 5).
- ✓ A complete examination of the drywall used inside of the home on the walls would require an extensive destructive inspection, which may be warranted at a future date. The homeowner was reluctant to allow for large areas of the walls to be opened in the home to further investigate the drywall present in the areas where high sulfur content drywall is

suspected.

✓ It is evident that there has been some sulfur related degradation of metal components inside of the Guerriero residence.

✓ A slight sulfur like odor was present inside of the home, and was much stronger in certain wall cavities where the copper wiring was blackened.

✓ The copper piping associated with the air handler and refrigerator is blackened.

✓ Some of the electrical wiring that was inspected at electrical outlets in the rear (east side) of the home (dining room, master bedroom, living room and the kitchen), where copper wiring was exposed, was blackened. Other areas inspected on the western side of the home found the wiring to be relatively free of tarnishing or blackening.

✓ It is the conclusion of this investigation that there is presently, or has in the past, been a chemical reaction of metal components to elevated sulfur concentrations inside of the home. The sulfur is blackening, pitting and decaying numerous copper and metal components. The blackening of copper and other metals has been shown to be a result of sulfur exposure, especially from homes containing high sulfur content, reactive drywall. Portions of the walls and upper ceiling areas in the home consist of the **"Dragon Brand Chinese drywall"**, which is suspected to contain a reactive, high sulfur content and that it is readily off-gassing.

✓ At the time of this submission, the scientific community has not yet concluded as to how long high sulfur content drywall will continue to off-gas contaminants into the indoor environment and as to the variable amount of sulfur content that may exist between bundles or shipments of a manufactured product.

✓ It is unknown at this time, if the off-gassing of the sulfur components from the drywall has discontinued or lessened inside of the residence since it was originally installed.

✓ It is recommended that the occupants of the residence open up the windows, doors and rear glass sliding doors periodically to "air out" the home of any gases or sulfur related compounds that may have accumulated inside of the home.

All of these services are subject to the current terms and conditions for the sale of services of Intuitive Environmental Solutions, LLC. If you have any questions or additional concerns, please call at **239-292-5091** or inquire by e-mail at dreid@intuitiveenvsol.com

Sincerely,

Daniel Reid – Indoor Hygienist, Mycologist,
              Board Certified Microbial Consultant (CMC)
              Awarded By the American Indoor Air Quality Council (AMIAQC),
Member:   Indoor Air Quality Association, (IAQA),
              U S Green Building Council (USGBC),
              National Federation of Independent Businesses (NFIB)

# Site Photographs



Guerriero Floor Plan

Guerriero Residence

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Air Handler Copper Plumbing Blackened

Attic



Baby's Bedroom Electrical Outlet Copper
Wiring

Baby's Room

Dining Room Electrical Outlet Copper
Wiring Blackened

Dining Room

Front Bedroom Electrical Outlet Copper
Wiring

Front Bedroom



Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"American Gypsum Company"

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall

Attic Ceiling Drywall Markings –
"Dragon Brand" Chinese Drywall



**Attic Ceiling Drywall Markings –**
**"Dragon Brand" Chinese Drywall**

**Attic Ceiling Drywall Markings –**
**"Dragon Brand" Chinese Drywall**

**Garage Attic Ceiling Drywall Markings –**
**"American Gypsum Company"**

**Garage Attic Ceiling Drywall Markings –**
**"American Gypsum Company"**

**Garage Attic Ceiling Drywall Markings –**
**"American Gypsum Company"**

**Garage Attic Ceiling Drywall Markings –**
**"American Gypsum Company"**



**Garage Attic Ceiling Drywall Markings – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Markings – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**arage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**Garage Attic Ceiling Drywall Paper End Label – "American Gypsum Company"**



**Hall Bathroom Cabinet Mirror**



Hall Bathroom Electrical Outlet Copper Wiring

Hall Bathroom Showerhead

Hall Bathroom Toilet Valve

Hall Bathroom

Kitchen Bar Electrical Outlet Copper Wiring Blackened

Kitchen Faucet



Kitchen

Living Room

Living Room Electrical Outlet Copper
Wiring Blackened

Master Bathroom Bathtub Fixtures

Master Bathroom Faucet

Master Bathroom Showerhead



Master Bathroom Toilet Valve

Master Bathroom

Master Bedroom Electrical Outlet Copper Wiring Blackened

Master Bedroom Electrical Outlet Copper Wiring

Master Bedroom

Nook Electrical Outlet Copper Wiring



**Refrigerator Back Copper Plumbing
Blackened**



**Refrigerator Back Copper Plumbing
Blackened**



**Refrigerator Back Copper Plumbing
Blackened**



**Utility Room Faucet**

# References

American Society of Heating, Refrigeration and Air Conditioning Engineers (ASHRAE) Standard 55-2004 – "Thermal Environmental Conditions for Human Occupancy". http://www.ashrae.org/

Center for Disease Control (CDC), National Institute for Occupational Safety and Health (NIOSH), "NIOSH Manual of Analytical Methods (NMAM):
http://www.cdc.gov/niosh/nmam/default.html

Homeowner / Consumer Website: Chinese Drywall - http://www.chinesedrywall.com

Florida Department of Health – "Hazard Assessment of Copper Corrosion and Air-Conditioner Evaporator Coil Failures Possibly Associated with Imported Drywall"
http://www.doh.state.fl.us/Environment/community/indoor-air/casedefinition.html#presence

Lee County, Florida - Property Appraisers web site for building and property information:
http://www.leepa.org/Scripts/query.htm

MDL-2047 Chinese Manufactured Drywall Products Liability Litigation - Chinese Drywall Markings Photographic Examples:
http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm - (# 5 Dragon Brand Drywall)

# INSPECTION and TESTING TERMS AND CONDITIONS

The inspection is not a Building Code Inspection, title examination, home inspection or a by-law compliance inspection. Intuitive Environmental Solutions, LLC (IES) does not offer an opinion as to:(a) the advisability or inadvisability of the purchase, sale, or repair or replacement of the property or its components such as, but not limited to, insulation, paint, appliances, carpeting, heating, ventilating, and air conditioning equipment and ducts; (b) the property's value; (c) the property's potential use; or (d) safety of occupancy.

The Inspection and Testing fee, and any report based on the inspection and testing conducted, is based on a single visit or continuous series of visits to the property. Additional fees may be charged for any subsequent visits required by the Customer. If the Inspector or other IES personnel are called upon to prepare for litigation or give testimony as a result of the Inspection and Testing, additional fees shall be for any time spent, including, but not limited to, research, consultation, additional inspection and testing time, additional laboratory test fees, preparation of reports, travel, time waiting to testify and court appearances or depositions.

The inspection and testing report is based on the condition of the Subject Property/Building existing and apparent on the precise time and exact date of the inspection. Not all conditions may be apparent on the inspection and testing date due to weather conditions, inoperable systems, inaccessibility of areas of the Subject Building (ex: attics, hidden chases and soffits, unidentified/inaccessible crawlspaces or HVAC components, behind and underneath cabinetry, wall cavities and abandoned systems), or for other reasons. The Customer understands and agrees that Intuitive Environmental Solution's inspection and testing can report only apply to Subject Building locations that are actually inspected and tested. Air tests can only report the presence of analytes in the air of each room/area in which an air sample is taken at the time of testing. Bulk material samples are taken as a small representation of presumably homogeneous material. In other words, IES can not report on areas or locations in the building that have not been specifically inspected and tested and that it is both impractical and cost prohibitive to inspect and test every square foot of space.

IES is not responsible or liable for the non-discovery of any specific materials or conditions of the Subject Building, or any other problems which may occur or may be evident after the inspection and testing time and date. IES is not an insurer or a guarantor against defects in the Subject Building and improvements, systems, or components inspected. IES makes no warranty, express or implied, as to the fitness for use or condition of the systems or components inspected. IES assumes no responsibility for the cost of repairing any problems, cleaning up any contaminant identified or any other defects or conditions. IES is not responsible or liable for any future problems or any other future failures or repairs.

IES and its employees are limited in liability to the fee paid for the inspection and testing services and report in the event that Customer or any third party claims IES is in any way liable for negligently performing the inspection or testing, or preparing the Inspection and Testing Report, or for any other reason or claim that IES has not fully satisfied all it obligations hereunder. Customer hereby agrees to indemnify, defend and hold harmless IES if any third party brings claim against IES relating to the inspection and testing, or Inspection and Testing Report.

This agreement is governed by the laws and jurisdiction of the State of Florida. Any controversy or claim between the parties hereto, arising directly or indirectly out of, connected with, or relating to the interpretation of the Agreement, the scope of the services, the actual inspection and testing services rendered by Inspector, The Inspection and Testing Report provided to the Customer by IES, or any other matters of any kind involving any act or omission performed under this Agreement, or promises, representations, or negotiations concerning duties of the Inspector hereunder, shall be submitted to arbitration in accordance with the applicable rules of the American Arbitration Association. The parties shall mutually appoint an arbitrator who is knowledgeable and familiar with the Indoor Air Quality (IAQ) inspection and IAQ testing industry. Judgment on any award may be entered in any court having jurisdiction, and the arbitration decision shall be binding on all parties. Secondary or consequential damages are specifically excluded.

In the event that any dispute arises out of the Inspection, Testing, or Report, and proceedings are commenced by the Customer, if the Customer is unsuccessful in maintaining the claim in arbitration or elsewhere, then the Customer shall be liable to IES for all charges, expenses, costs and legal fees incurred by IES on a complete indemnity basis, including a reasonable fee for al the time spent by IES or Intuitive Environmental Solution's personnel in investigating, research, preparation for, and attendance at arbitration or court hearings and examinations.

Any claims must be presented to IES in hand, by certified U.S. mail or suitable proof of delivery within one (1) year from the date of the Inspection. IES shall have no liability for any claims presented one (1) year after the date of the inspection and testing. Customer guarantees IES a right to examine the subject matter and area of any claim and offer a restitution prior to Customer's performance of remedial measures (except in the event of an emergency, or to protect for personal safety, or to reduce avoid damage to property). This is a condition precedent to Customer's claim.

This Agreement and the documents referred to herein constitute the entire Agreement between the parties hereto, and supersede any and all prior representations, discussions, or agreements, whether written or oral. No amendment, change, or variance from this Agreement shall be binding on either party unless mutually agreed to, in writing, and signed by the parties hereto. If any provision of this agreement in held invalid or unenforceable by any court of final jurisdiction, it is the intent of the parties that all other provisions of this Agreement be construed to remain fully valid, enforceable, and binding on the parties.

THE INSPECTION, TESTING, AND INSPECTION AND TESTING REPORT DO NOT CONSTITUTE A WARRANTY, GUARANTEE OR INSURANCE POLICY OF ANY KIND

*Intuitive Environmental Solutions, LLC*
Page 16 of 16



Richard J. Serpe
Law Offices of Richard J. Serpe
580 East Main St., Suite 310
Norfolk, VA 23510





MICHAEL A. GUERRIERO
3565 BEAUFORT COURT
NAPLES, FL 34119 - 8643



Retail

UNITED STATES
POSTAL SERVICE

P

US POSTAGE PAID
$11.05

Origin: 34108
10/31/19
1182710477-18

PRIORITY MAIL 2-DAY ®

1 Lb 00.00 Oz
1006

C018

EXPECTED DELIVERY DAY: 11/02/19

SHIP
TO:
580 E MAIN ST
STE 310
NORFOLK VA 23510-2323

USPS SIGNATURE TRACKING NUMBER

9510 8127 4629 9304 5038 84