# EXHIBIT "26"

Patricia S. Gottlieb   **OBJECT  TO THE SETTLEMENT**

619 Orton Ave #503      Class Member: MDL 2047, 11CV22408

Ft Laud Fl 33304-4066

October 9, 2019

Settlement Class Counsel; as a Class Member:

a) My objection is to the Entire Class in whole

b) The grounds your proposed official agreement intended to resolve my class dispute and conflict **DOES NOT** find a solution for the problem.  Judge Fallon certified order are not adhered to as: remediation protocol, remediation formula and damages are not resolved for many class members including myself.

c) My Attorney, James Doyle, objects to this settlement on my behalf.  I cannot afford more expenses to those I already incurred (see required pages submitted for profile of my losses of three-hundred and fifty thousand dollars) therefore, I cannot appear at the Fairness Hearing.

d) Please include my prior submitted five hundred pages of evidence through the years to show my continued hardships including the death of my Mother from toxic defective chemicals found in the Property she lived, suffered and died from.

e) signature of class member Patricia S.  Gottlieb

   signature of my Attorney James Doyle_____ (sent separate)

f)  MDL 2047  11CV 22408 class member – Amorin

g) Class member name: Patricia S. Gottlieb  address: 619 Orton Ave #503

   Ft Laud,  Fl.  33304-4066- Email address:dancer8888@bellsouth.net     Telephone  :  #954-591-1925)

address of Affected Property : 8841 Sunrise Lakes Blvd. #110, Sunrise Fl 33322     Kross Inspection report, Govt. documents, photos

| objection must be mailed, post-marked no later than **November 27, 2019**, to Settlement Class Counsel | |
|---|---|
| Arnold Levin and Sandra L. Duggan<br>Levin Sedran & Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Stephen J. Herman<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |
| Richard J. Serpe<br>Law Offices of Richard J. Serpe, PC<br>580 East Main St., Suite 310<br>Norfolk, VA 23510 | Patrick S. Montoya<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134 |

Copies sent to Settlement Class counsel:

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## Subject Property



**8841 Sunrise Lakes Blvd**
Sunrise, Florida
33322

## Client Information

**Client Name:** **Patricia Gottlieb**

## Inspected on

**Inspection Date:** **01/05/2018**
**Inspection Time:** **10:00 AM**

## Inspection Conducted By



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

Inspected by:
Timothy Friis
**Inspector's Signature:**

**Signature Date**
8/23/2018 **State Certified
Home Inspector
HI9125, Date:9/4/2015**

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

## EQUIPMENT
Specialized Equipment used during this inspection include:
   Micro Inspection Camera
   • Infrared Thermometer

## LOCATIONS INSPECTED

Items and primary components inspected within this home included:

All accessible principle rooms, areas, and hallways containing drywall finishes
- Attic
- Interior components of the air conditioning unit
- Storage cabinets where nonferrous metallic items could potentially be stored

## COMPONENTS INSPECTED

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## DETERMINATIONS AND OBSERVATIONS

**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Unable to Determine
Some Locations Not Visible

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]: 4) Plumbing Defects Observed:** Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Light layer of soot observed

**6) Air Conditioning Component Defects Observed:** Light layer of soot observed

**7) Odor Observed:** Distinct odor typical of problem drywall observed

**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete. The listed items are intended to be supplementative to all other indicators used in the determination for the conclusion of either the presence or absence of Problem Drywall.

## COMMENTS AND RECOMMENDATIONS

Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

It is recommended that the client for this Report obtain a copy of the original list of building materials or bills of lading for materials delivered to this property during the original construction or remodeling.

No additional building permits could be located since issuance of 2017 Remediation Permit.

As the subject property is a condominium or single family attached unit, the results of this inspection are not representative of other units that may be located within the same building and/or development. Our extensive research and experience in performing these types of inspections has proven that there is a high probability that multiple brands of drywall may be installed throughout the building and/or project, some of which may produce inspection results different than those found within the unit described in this report.

## PHOTO REPORT

**1.**

  

**Location:** Throughout **System:** Drywall **Condition:** Ground Wire; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 2.

  

**Location:** Throughout **System:** Drywall **Condition:** Copper Distribution Line; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 3.



**Location:** Closet **System:** Drywall **Condition:** Water Heater Fittings; Typical Oxidation; Soot Not Observed
**Explanation:** Soot Not Observed
**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.
**Recommended Action:** No Further Action Required
Click here to find out more about this item

## 4.



**Location:** Master Bathroom **System:** Drywall **Condition:** Plumbing Fixture; Pitting Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**5.**



**Location:** Throughout **System:** Drywall **Condition:** De Silvering Observed
**Explanation:** De Silvering Observed
**Impact Consequences:** Distinctive de silvering of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**6.**



**Location:** Closet **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

**7.**

 

**Location:** Closet **System:** Drywall **Condition:** Evaporator Coils; Typical Oxidation; Soot Not Observed
**Explanation:** Soot Not Observed
**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.
**Recommended Action:** No Further Action Required

Click here to find out more about this item

## 8.



**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review

Click here to find out more about this item

## 9.

**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review

Click here to find out more about this item

Report Number:

1745

## **Professional Services Certification and Disclosure**

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions, rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Timothy Friis
**Inspector's Signature:**

*[signature]*

**Signature Date**
8/23/2018 **State Certified Home Inspector**
HI9125, Date: 9/4/2015





Patricia S. Gottlieb, 619 Orton Ave- #503, Ft Laud, Fl.  33304-4066

Allocation Model disagreement MDL 2047

U.S. Courthouse 500 Poydras Street New Orleans, LA  70130

I received allocation determination information Sept 13, 2019

Today's date Sept 23, 2019

My counsel, Attorney James Doyle acknowledges my Objection

**I disagree with  allocation amount determination by claims administrator and summary or explanation of my objective facts and circumstances as  were misapplied under Allocation model**

(a) original Master spread sheet (b) additional evidence submitted to Administrator

*8841 Sunrise Lakes Blvd. #110, Sunrise, Fl. 33322 ("Property")*

Estimated gross Allocation Amount $598.20 (Prior to **court** approved fees)

Allocation Model information:

 (a) Square Feet **896** not 929 listed

(b) I am the only **owner**

(d) This Condominium **needs total remediation**:uninhabitable

(e)Prior payments receive **$2,500**(you claim I received $5,751.57)

(f**) I did not assign any rights** to pursue claims with respect to this Property

(g)**Amorin Plaintiff-MDL2047** Doc 22312-1 Page 133  #1050 Me

*Page 133  of Master Spreadsheet #1050 does not have

1

these chemicals) gave to me.

I have evidence I have submitted to the courts to show these facts.

Some of the fourteen-years of experiences I have related are:

emails to those listed, Judge Fallon references, Brown Greer letters,

Photographs of my Property today consumer with CDW.

Kross Inspection for Chinese Drywall report ( court approved)

Broward County 17th Judicial Court pages, Sunrise City and Broward County requirements not met by contractor, Police report,

Prior CDW payment received,  CDW Settlement offer information

In have endured much hardship and continue to as Defective Chinese Drywall is currently present throughout my property.

I pay many bills to keep my property including: maintenance, taxes, electric and such.  I have loss of enjoyment, loss of use, horrific memories from defective  Chinese Drywall in my property.

Please help me correct this wrongdoing and make my property livable.  My mother gave all the contents to me that Sunrise Lakes condominium disgarded.  The Property can be remediated per Judge Fallon's protocol; please allow this to happen.


Respectfully submitted,


Patricia S Gottlieb  owner_____

Master Spreadsheet of Known Settlement Class Member Claims

| # | Amerin or Brooke | Claimant Name | Affected Property Address | City | State | Zip | Under-Air Square Footage for Property | Product Owner Identification Category ("Blocked(y?)") | Current Owner as of May 23, 2019? (Yes/No) | If Former Owner as of May 23, 2019, Identify Sale/Transfer Date | Did you assign your claim to a third party or pursue claims against Taishan? (or Did a third party conclude the property at no cost to claimant?) | Counsel Information | Total Prior Payments Received for Chinese Drywall Claims | Remediation Status as of May 23, 2019 (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1043 | Brooke | Goodson, Floyd | 8060 NW 126th Terrace | Parkland | FL | 33076 | 2,725 | A- BNBM/Dragon Board | Yes | N/A | No | Herman, Herman & Katz Russ Herman, Esq 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com | $6,224.66 | Completely remediated |
| 1044 | Amerin | Gordon, Patricia | 7409 Cornwall Place | New Orleans | LA | 70126 | 1,069 | D- Crescent City | Yes | N/A | No | Bruno & Bruno, LLP Joseph Bruno, Esq 855 Baronne Street New Orleans, 70113 (504) 525-1355 jbruno@brunobrunolaw.com | $0.00 | Completely remediated |
| 1045 | Brooke | Gordon, Wally | 818 Avenue B | Marrero | LA | 70072 | 1,572 | D- Crescent City | Yes | N/A | No | Doyle Law Firm Jimmy Doyle, Esq 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $6,247.25 | Not Remediated |
| 1046 | Amerin | Goric, Patrick | 593 SW Columbus Drive | Port St. Lucie | FL | 34953 | 1,527 | 1" Drywall | No | 3/10/2016 | No | Allison Grant, P.A. Allison Grant, Esq 14 Southeast 4th Street Boca Raton, Florida 33432 (561) 994-9646 agrant@allisongrantpa.com | $45,010.52 | Not Remediated |
| 1047 | Amerin | Gordon, Peter and Elaine | 915 Regal Manor Way | Sun City Center | FL | 33573 | 1,503 | 1" Drywall with Dimensions | Yes | N/A | No | Allison Grant, P.A. Baron & Budd, P.C. Russell Budd, Esq Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 (214) 521-3605 rbudd@baronbudd.com | $10,822.62 | Not Remediated |
| 1048 | Brooke | Gossett, Kathryn | 91 Cloverdale Road | Atmore | AL | 36502 | 1,150 | 1- MADE IN CHINA MEETING(S) OR EXCHED(S) | No | 3/6/2018 | No | Doyle Law Firm Jimmy Doyle, Esq 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $0.00 | Not Remediated |
| 1049 | Amerin | Gotay, Sandra | 1968 SE 23rd Avenue | Homesite ad | FL | 33035 | 1,932 | 1- White edge tape/ no markings or numbers or letters | Yes | N/A | No | VM Diaz and Partners Victor Diaz, Esq 1000 Fifth Street, Suite 400 Miami Beach, FL 33139 (305) 704-3200 victor@diazpartners.com | $48,153.64 | Not Remediated |
| 1050 | Amerin | Gotlieb, Patricia | 8841 Sunrise Lakes Blvd., #110 | Sunrise | FL | 33322 | 929 | 1- MADE IN CHINA MEETING(S) OR EXCHED(S) | Yes | N/A | No | Doyle Law Firm Jimmy Doyle, Esq 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $5,751.57 | Partially remediated |
| 1051 | Amerin or Brooke | Graham, Estates of Gerald W. and Terry H. (c/o Frank Krue, Administrator) | 414 Ruben Avenue | Saraland | AL | 36571 | 3,268 | 1- MADE IN CHINA MEETING(S) OR EXCHED(S) | Yes | N/A | No | Whitfield, Bryson & Mason Dan Bryson, Esq 900 W. Morgan Street Raleigh, NC 27603 (919) 600-5000 dan@wbmllp.com | $0.00 | Not Remediated |

Master Spreadsheet of Known Settlement Class Member Claims

| # | Amorin or Brooke | Claimant Name | Affected Property Address | City | State | Zip | Under All Square Footage for Property | Product Identification Category "Board(s)?" | Current Owner as of May 23, 2019? (Yes/No) | If Former Owner as of May 23, 2019, Identity Seller/Transfer Date | Did you assign your claim to a third party or pursue claims against Taishan? (or Did a third party remediate the property at no cost to claimant?) | Counsel Information | Total Price/Payments Received for Drywall Claims | Remediation Status as of May 23, 2019 (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3335 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc I | 9900 Sunrise Lakes Blvd - Bldg 153 Apt 312 | Sunrise | FL | 33322 | 850 | I- "Drywall" with Dimensions | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 ndrick@colson.com | $3,213.74 | Completely remediated |
| 3336 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc I | Bldg - 68 - 8841 Sunrise Lakes Blvd., Unit 303 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA, a MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 ndrick@colson.com | $3,213.74 | Completely remediated |
| 3337 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc I | Bldg - 68 - 8841 Sunrise Lakes Blvd., Unit 110 | Sunrise | FL | 33322 | 929 | I- MADE IN CHINA, a MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 ndrick@colson.com | $0.00 | Completely remediated |
| 3338 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc I | Bldg - 69 - 2721 Pine Island Road N., Unit 201 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA, a MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 ndrick@colson.com | $3,213.74 | Completely remediated |
| 3339 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc I | Bldg - 69 - 2721 Pine Island Road N., Unit 202 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA, a MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 ndrick@colson.com | $3,213.74 | Completely remediated |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL       :       MDL NO. 2047
PRODUCTS LIABILITY LITIGATION              :
                                           :       SECTION L
                                           :
                                           :       JUDGE FALLON
                                           :       MAGISTRATE JUDGE
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :       WILKINSON
THIS DOCUMENT RELATES TO: ALL CASES

ORDER

The Court received and reviewed the attached correspondence from Patricia S. Gottlieb.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel

review the correspondence and discuss with or provide guidance to the Plaintiff regarding any

appropriate next steps.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

## TOTAL DAMAGES

KITCHEN  $16,120.
HALLWAY    3,515.
DINING ROOM $3,550.
LIVING ROOM $5,300.
MASTER BEDROOM $4,055.
2ND BEDROOM $2,720.
DEN $4,720.
MASTER BATHROOM  $2,605.
2ND BATHROOM $2,490.
MEDICAL $80,000
ALTERNATIVE LIVING $34,776.
LOST RENT BEACH UNEARNED INCOME $100,000.
PROPERTY DEVALUATION $63,040.
CEREMIC TITLE OF CONDO 896 SQ FT  $3,175
WINDOW AND DOORS $8,000.
REAL ESTATE TAXES $3,275.
INSPECTION, LEGAL FEES $6,600.
SUNRISE LAKES MAINTENANCE $38,592.
REMEDIATION @ $118. PER SQ. FT. $105,728.

TOTAL DAMAGES  $488,261.

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>SUNRISE LAKES CONDOMINIUM APTS., PHASE 3, INC. 1</u>
Plaintiff
vs.
<u>Patricia Gottlieb</u>
Defendant

**II.    TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐    Business governance
   ☐    Business torts
   ☐    Environmental/Toxic tort
   ☐    Third party indemnification
   ☐    Construction defect
   ☐    Mass tort
   ☐    Negligent security
   ☐    Nursing home negligence
   ☐    Premises liability – commercial
   ☐    Premises liability – residential
☐ Products liability
☒ Real Property/Mortgage foreclosure
   ☐    Commercial foreclosure $0 - $50,000
   ☐    Commercial foreclosure $50,001 - $249,999
   ☐    Commercial foreclosure $250,000 or more
   ☐    Homestead residential foreclosure $0 – 50,000
   ☐    Homestead residential foreclosure $50,001 - $249,999
   ☐    Homestead residential foreclosure $250,000 or more
   ☐    Non-homestead residential foreclosure $0 - $50,000
   ☐    Non-homestead residential foreclosure $50,001 - $249,999
   ☐    Non-homestead residential foreclosure $250,00 or more

☒ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
   ☐    Malpractice – business
   ☐    Malpractice – medical
   ☐    Malpractice – other professional
☐ Other
   ☐    Antitrust/Trade Regulation
   ☐    Business Transaction
   ☐    Circuit Civil - Not Applicable
   ☐    Constitutional challenge-statute or ordinance
   ☐    Constitutional challenge-proposed amendment
   ☐    Corporate Trusts
   ☐    Discrimination-employment or other
   ☐    Insurance claims
   ☐    Intellectual property
   ☐    Libel/Slander
   ☐    Shareholder derivative action
   ☐    Securities litigation
   ☐    Trade secrets
   ☐    Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
    ☒   Monetary;
    ☐   Non-monetary
    ☐   Non-monetary declaratory or injunctive relief;
    ☐   Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (    )**
    (Specify)

    <u>2</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐   Yes
    ☒   No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒   No
    ☐   Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐   Yes
    ☒   No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Hofit N. Lottenberg</u>     FL Bar No.: <u>56532</u>
    Attorney or party                                    (Bar number, if attorney)

    <u>Hofit N. Lottenberg</u>   <u>12/17/2015</u>
    (Type or print name)                       Date



COPY

BED #1

HALL

KITCHEN

CLO. #1

BATH #1

(1) REMOVE DRYWALL
4' UP AS REQUIRED

BATH #2

CLO. #2

LIVING/DINING

EXISTING 1-HR
FIRE RATED
PARTITION

EXISTING 1-HR
FIRE RATED
PARTITION

BED 2

BALCONY

Description of work

**FLOOR PLAN**
SCALE: 1/4"=1'-0"

REMOVE DRYWALL

BLDG 68 UNIT 110
8871 SUNRISE LAKES BLVD.
SUNRISE, FL 33322

"CDW."

10.     Chinese Drywall was installed in the Property and in numerous other units in Phase 3 after Hurricane Wilma.

11.     Throughout 2009 and 2012, the Property's air conditioning system and appliances stopped working and broke many times.

12.     PATRICIA GOTTLIEB had the Property, the air conditioning system, and the appliances inspected, repaired, and, in some cases, replaced.

13.     At some point in 2012, it was discovered that Chinese Drywall was causing the problems with the Property's air conditioning system and appliances.

14.     For years after the discovery of the Chinese Drywall, the ASSOCIATION denied that the Property and Phase 3 had Chinese Drywall.

15.     For years after the discovery of the Chinese Drywall, the ASSOCIATION refused to perform the required demolition and remediation at the Property.

16.     Years after the discovery of the Chinese Drywall, the ASSOCIATION finally began efforts to remediate units in Phase 3. However, in 2014, the ASSOCIATION told PATRICIA GOTTLIEB that they were "out of funding" and that they would add the Property "to the list for future remediation."

17.     It was not until 2016 that the ASSOCIATION finally began efforts to perform the required demolition and remediation at the Property.

18.     However, the ASSOCIATION failed to first obtain necessary permits from the proper government authorities before beginning the demolition and remediation work at the Property, which resulted in the City of Sunrise issuing a Notice of Violation against the Property. This Notice of Violation clouded title to the Property.

B THE BURTON FIRM

25.    PATRICIA GOTTLIEB is a unit owner.

26.    PATRICIA GOTTLIEB and the ASSOCIATION share a relationship whereby (i) PATRICIA GOTTLIEB reposes trust and confidence in the ASSOCIATION and (ii) the ASSOCIATION undertakes such trust and assumes a duty to advise, counsel, and/or protect PATRICIA GOTTLIEB.

27.    The ASSOCIATION breached and continues to breach its duties to PATRICIA GOTTLIEB.

28.    The ASSOCIATION continues to violate Chapter 718, Florida Statutes, the Declaration, and the ASSOCIATION's by-laws.

29.    The ASSOCIATION has failed and continues to fail to provide the proper notice of meetings concerning the Chinese Drywall demolition and remediation.

30.    The ASSOCIATION has breached its fiduciary duties to the PATRICIA GOTTLIEB by not acting in good faith and by not acting in a manner reasonably believed to be in the best interest of PATRICIA GOTTLIEB.

31.    The ASSOCATION's actions and inactions include, but are not limited to, (i) failing to perform the required demolition and remediation at the Property in a timely manner; (ii) failing to first obtain necessary permits for the required demolition and remediation at the Property; (iii) clouding the Property's title during the required demolition and remediation at the Property; (iv) failing to fully or properly complete the required remediation at the Property in compliance with the guidelines and specifications set forth in the Chinese-Manufactured Drywall Products Liability Multi-District Litigation before the Honorable Judge Fallon, United States District Court Eastern District of Lousisana Case No.

Ⓑ THE BURTON FIRM

**BROWARD COUNTY FLORIDA**

Environmental Protection and Growth Management Department
PLANNING AND DEVELOPMENT MANAGEMENT DIVISION
1 North University Drive, Building A, Suite 102 Plantation, Florida 33324  954-357-6666  FAX 954-357-6521

## Broward County Transportation Concurrency Satisfaction Certificate

\* Please note that this approval does not constitute Environmental Review Approval. You will still need the Environmental Approval Certificate to submit to the Building Department.

**Issue Date:** 08/31/2017

**DR Review #:** 0054578

**Application Number:** 000409330

**Title of Drawings:** REPAIRS TO APARTMENT FOR: GOTTLIEVB PATRICIA

**Plan Last Revision Date:** 08-22-2017

**Project#:** ---

**Legal Description: Plat Name:** SUNRISE LAKES 68 CONDO
**Plat Number: Book: Page:**

**Bldg Dept Jurisdiction:** Sunrise

**Address:** 8841 Sunrise Lakes BLVD 110, Sunrise, Fl. 33322

Lot:          Block:

**Construction Type:** Interior Renovation

This approval is issued in accordance with Sec. 27.66 of the Broward County Natural Resource Protection Code. This approval is specific for the plans and description described on this approval. Any changes in footprint, Lot #, or bedrooms or use will require a new approval.

### Development Review

☑ **BUILDING OFFICIAL:** No Impact/Concurrency Fees Due to Broward County Planning & Development Management Division
Interior renovation to an existing apartment unit.
(Unit 110, Building 68)
Receipt# 0054578

☑ **TRANSPORTATION CONCURRENCY SATISFACTION:** Certificate is hereby issued

\* Any revision to these plans requires a new development review by the division.



If a building permit is not applied for within 30 days of the Environmental Review Approval, plans must be re-submitted to the Planning and Development Management Division for re-evaluation.

**Development Reviewer Name:** Karina da Luz

U.S. POSTAGE PAID
FCM LG ENV
FORT LAUDERDALE, FL
33948
OCT 18, '19
AMOUNT

**$5.10**

R2305M147730-06

19106

1020

7018 1630 0001 9650 6353

Patricia _____
619 Orton Ave #503
FT Laud Fl 33304-4066

Arnold Levin and Sandra L. Duggan
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Patricia S. Gottlieb            **OBJECT  TO THE SETTLEMENT**
619 Orton Ave #503             Class Member: MDL 2047, 11CV22408
Ft Laud Fl 33304-4066
October 9, 2019

Settlement Class Counsel; as a Class Member:

a) My objection is to the Entire Class in whole

b) The grounds your proposed official agreement intended to resolve my class dispute and conflict **DOES NOT** find a solution for the problem.  Judge Fallon certified order are not adhered to as: remediation protocol, remediation formula and damages are not resolved for many class members including myself.

c) My Attorney, James Doyle, objects to this settlement on my behalf.  I cannot afford more expenses to those I already incurred (see required pages submitted for profile of my losses of three-hundred and fifty thousand dollars) therefore, I cannot appear at the Fairness Hearing.

d) Please include my prior submitted five hundred pages of evidence through the years to show my continued hardships including the death of my Mother from toxic defective chemicals found in the Property she lived, suffered and died from.

e) signature of class member Patricia S.  Gottlieb

   signature of my Attorney James Doyle_____ (sent separate)

f)  MDL 2047  11CV 22408 class member – Amorin

g) Class member name: Patricia S. Gottlieb  address: 619 Orton Ave #503
    Ft Laud,  Fl.  33304-4066- Email address:dancer8888@bellsouth.net     Telephone :  #954-591-1925)
address of Affected Property : 8841 Sunrise Lakes Blvd. #110, Sunrise Fl 33322     Kross Inspection report, Govt. documents, photos

Copies sent to Settlement Class counsel:

| Objection must be mailed, post-marked no later than November 27, 2019, to Settlement Class Counsel | |
|---|---|
| Arnold Levin and Sandra L. Duggan | Stephen J. Herman |
| Levin Sedran & Berman LLP | Herman, Herman & Katz, LLC |
| 510 Walnut Street, Suite 500 | 820 O'Keefe Ave. |
| Philadelphia, PA 19106 | New Orleans, LA 70113 |
| Richard J. Serpe | Patrick S. Montoya |
| Law Offices of Richard J. Serpe, PC | Colson Hicks Eidson |
| 580 East Main St., Suite 310 | 255 Alhambra Circle, Penthouse |
| Norfolk, VA 23510 | Coral Gables, FL 33134 |

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## Subject Property



**8841 Sunrise Lakes Blvd**
Sunrise, Florida
33322

## Client Information

**Client Name:** **Patricia Gottlieb**

## Inspected on

**Inspection Date:** **01/05/2018**
**Inspection Time:** **10:00 AM**

## Inspection Conducted By



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Timothy Friis
**Inspector's Signature:**

**Signature Date**
8/23/2018 **State Certified Home Inspector**
HI9125, Date:9/4/2015

# DRYWALL INSPECTION REPORT

**Report Number**

1745

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

## EQUIPMENT
Specialized Equipment used during this inspection include:
  Micro Inspection Camera
  • Infrared Thermometer

## LOCATIONS INSPECTED

Items and primary components inspected within this home included:

All accessible principle rooms, areas, and hallways containing drywall finishes
- Attic
- Interior components of the air conditioning unit
- Storage cabinets where nonferrous metallic items could potentially be stored

## COMPONENTS INSPECTED

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**

1745

## DETERMINATIONS AND OBSERVATIONS

**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Unable to Determine
Some Locations Not Visible

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]: 4) Plumbing Defects Observed:** Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Light layer of soot observed

**6) Air Conditioning Component Defects Observed:** Light layer of soot observed

**7) Odor Observed:** Distinct odor typical of problem drywall observed

**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete. The listed items are intended to be supplementary to all other indicators used in the determination for the conclusion of either the presence or absence of Problem Drywall.

## COMMENTS AND RECOMMENDATIONS

Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

It is recommended that the client for this Report obtain a copy of the original list of building materials or bills of lading for materials delivered to this property during the original construction or remodeling.

No additional building permits could be located since issuance of 2017 Remediation Permit.

As the subject property is a condominium or single family attached unit, the results of this inspection are not representative of other units that may be located within the same building and/or development. Our extensive research and experience in performing these types of inspections has proven that there is a high probability that multiple brands of drywall may be installed throughout the building and/or project, some of which may produce inspection results different than those found within the unit described in this report.

## PHOTO REPORT

**1.**

Processed By: kwikreports.com

  

**Location:** Throughout **System:** Drywall **Condition:** Ground Wire; Light Layer of Soot Observed

**Explanation:** Soot Observed

**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.

**Recommended Action:** Consult Remediation Specialist

Click here to find out more about this item

**2.**

  

**Location:** Throughout **System:** Drywall **Condition:** Copper Distribution Line; Light Layer of Soot Observed

**Explanation:** Soot Observed

**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.

**Recommended Action:** Consult Remediation Specialist

Click here to find out more about this item

**3.**



**Location:** Closet **System:** Drywall **Condition:** Water Heater Fittings; Typical Oxidation; Soot Not Observed

**Explanation:** Soot Not Observed

**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.

**Recommended Action:** No Further Action Required

Click here to find out more about this item

**4.**



**Location:** Master Bathroom **System:** Drywall **Condition:** Plumbing Fixture; Pitting Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 5.



**Location:** Throughout **System:** Drywall **Condition:** De Silvering Observed
**Explanation:** De Silvering Observed
**Impact Consequences:** Distinctive de silvering of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 6.



**Location:** Closet **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

## 7.



**Location:** Closet **System:** Drywall **Condition:** Evaporator Coils; Typical Oxidation; Soot Not Observed
**Explanation:** Soot Not Observed
**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.
**Recommended Action:** No Further Action Required
Click here to find out more about this item

## 8.



**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review
Click here to find out more about this item

## 9.

**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review
Click here to find out more about this item

Report Number:

1745

## <u>Professional Services Certification and Disclosure</u>

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions, rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
**Timothy Friis**
**Inspector's Signature:**

*Tim Friis*

**Signature Date**
8/23/2018 **State Certified**
**Home Inspector**
**HI9125, Date: 9/4/2015**





Patricia S. Gottlieb, 619 Orton Ave- #503, Ft Laud, Fl.  33304-4066

Allocation Model disagreement MDL 2047

U.S. Courthouse 500 Poydras Street New Orleans, LA  70130

I received allocation determination information Sept 13, 2019

Today's date Sept 23, 2019

My counsel, Attorney James Doyle acknowledges my Objection

**I disagree with  allocation amount determination by claims**

**administrator and summary or explanation of my objective facts**

**and circumstances as  were misapplied under Allocation model**

(a) original Master spread sheet (b) additional evidence submitted
to Administrator

*8841 Sunrise Lakes Blvd. #110, Sunrise, Fl. 33322 ("Property")*

Estimated gross Allocation Amount $598.20 (Prior to **court**
approved fees)

Allocation Model information:

 (a) Square Feet **896** not 929 listed

(b) I am the only **owner**

(d) This Condominium **needs total remediation**:uninhabitable

(e)Prior payments receive **$2,500**(you claim I received $5,751.57)

(f**) I did not assign any rights** to pursue claims with respect to this
Property

(g)**Amorin Plaintiff-MDL2047** Doc 22312-1 Page 133  #1050 Me

*Page 133  of Master Spreadsheet #1050 does not have

1

these chemicals) gave to me.

I have evidence I have submitted to the courts to show these facts.

Some of the fourteen-years of experiences I have related are:

emails to those listed, Judge Fallon references, Brown Greer letters,

Photographs of my Property today consumer with CDW.

Kross Inspection for Chinese Drywall report ( court approved)

Broward County 17th Judicial Court pages, Sunrise City and Broward County requirements not met by contractor, Police report,

Prior CDW payment received,  CDW Settlement offer information

In have endured much hardship and continue to as Defective Chinese Drywall is currently present throughout my property.

I pay many bills to keep my property including: maintenance, taxes, electric and such.  I have loss of enjoyment, loss of use, horrific memories from defective  Chinese Drywall in my property.

Please help me correct this wrongdoing and make my property livable.  My mother gave all the contents to me that Sunrise Lakes condominium disgarded.  The Property can be remediated per Judge Fallon's protocol; please allow this to happen.


Respectfully submitted,


Patricia S Gottlieb  owner_____

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*

**Master Spreadsheet of Known Settlement Class Member Claims**

| # | Amorin or Brooke | Claimant Name | Affected Property Address | City | State | Zip | Under-Air Square Footage for Property | Product Identification Category ("Bucket(s)") | Current Owner as of May 23, 20197 (Yes/No) | If Former Owner as of May 23, 2019, Identify Sold/Transfer Date | Did you assign your claim to a third party to pursue claims against Taishan? (or Did a third party remediate the property at no cost to claimant?) | Counsel Information | Total Prior Payments Received for Chinese Drywall Claims | Remediation Status as of May 23, 2019 (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1043 | Brooke | Goodson, Floyd | 8060 NW 126th Terrace | Parkland | FL | 33076 | 2,725 | A- BNBM/ Dragon Board | Yes | N/A | No | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com | $6,224.66 | Completely remediated |
| 1044 | Amorin | Gordon, Patricia | 7409 Cornwall Place | New Orleans | LA | 70126 | 1,069 | D- Crescent City | Yes | N/A | No | Bruno & Bruno, LLP Joseph Bruno, Esq. 855 Baronne Street New Orleans, 70113 (504) 525-1335 jbruno@brunobrunolaw.com | $0.00 | Completely remediated |
| 1045 | Brooke | Gordon, Wally | 818 Avenue B | Marrero | LA | 70072 | 1,572 | D- Crescent City | Yes | N/A | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $6,247.25 | Not Remediated |
| 1046 | Amorin | Gorie, Patrick | 593 SW Columbus Drive | Port St. Lucie | FL | 34953 | 1,527 | J- "Drywall" with Dimensions | No | 3/30/2016 | No | Allison Grant, P.A. Allison Grant, Esq. 14 Southeast 4th Street Boca Raton, Florida 33432 (561) 994-9646 agrant@allisongrantpa.com | $45,010.52 | Not Remediated |
| 1047 | Amorin | Gorton, Peter and Elaine | 915 Regal Manor Way | Sun City Center | FL | 33573 | 1,503 | J- "Drywall" with Dimensions | Yes | N/A | No | Allison Grant, P.A. Baron & Budd, P.C. Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 (214) 521-3605 rbudd@baronbudd.com | $10,822.62 | Not Remediated |
| 1048 | Brooke | Gossett, Kathryn | 91 Cloverdale Road | Atmore | AL | 36502 | 1,150 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | No | 3/6/2018 | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $0.00 | Not Remediated |
| 1049 | Amorin | Gotay, Sandra | 1968 SE 23rd Avenue | Homestead | FL | 33035 | 1,932 | L- White edge tape/ no markings/ numbers or letters | Yes | N/A | No | VM Diaz and Partners Victor Diaz, Esq. 1000 Fifth Street., Suite 400 Miami Beach, FL 33139 (305) 704-3200 victor@diazpartners.com | $48,153.64 | Not Remediated |
| 1050 | Amorin | Gottlieb, Patricia | 8841 Sunrise Lakes Blvd., #110 | Sunrise | FL | 33322 | 929 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Yes | N/A | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $5,751.57 | Partially remediated |
| 1051 | Amorin | Graham, Estates of Gerald W. and Terry H. (c/o Frank Kruse, Administrator) | 414 Ruben Avenue | Saraland | AL | 36571 | 3,268 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Yes | N/A | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@wbmllp.com | $0.00 | Not Remediated |

Case 2:09-md-02047-EEF-MBN Document 22389-26 Filed 12/04/19 Page 42 of 77
Case 2:09-md-02047-EEF-MBN Document 22312-4 Filed 08/29/19 Page 431 of 474
*In Re: Chinese-Manufactured Drywall Products Liability Litigation*

### Master Spreadsheet of Known Settlement Class Member Claims

| # | Amorin or Brooke | Claimant Name | Affected Property Address | City | State | Zip | Under-Air Square Footage for Property | Product Identification Category ("Bucket(s)") | Current Owner as of May 23, 2019? (Yes/No) | If Former Owner as of May 23, 2019, Identify Sell/Transfer Date | Did you assign your claim to a third party to pursue claims against Taishan? (or Did a third party remediate the property at no cost to claimant?) | Counsel Information | Total Prior Payments Received for Chinese Drywall Claims | Remediation Status as of May 23, 2019 (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3335 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9900 Sunrise Lakes Blvd - Bldg 153 Apt 312 | Sunrise | FL | 33322 | 850 | J- "Drywall" with Dimensions | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | $3,213.74 | Completely remediated |
| 3336 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 68 – 8841 Sunrise Lakes Blvd., Unit 303 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | $3,213.74 | Completely remediated |
| 3337 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 68 – 8841 Sunrise Lakes Blvd., Unit 110 | Sunrise | FL | 33322 | 929 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | $0.00 | Completely remediated |
| 3338 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 201 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | $3,213.74 | Completely remediated |
| 3339 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg. 69 – 2721 Pine Island Road N., Unit 202 | Sunrise | FL | 33322 | 850 | I- MADE IN CHINA MEET[S] OR EXCEED[S] | Claimant is a condominium association | Claimant is a condominium association | No | Colson, Hicks, Eidson Levin, Fishbein, Sedran & Berman Hausfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | $3,213.74 | Completely remediated |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                :
                                             :   SECTION L
                                             :
                                             :   JUDGE FALLON
                                             :   MAGISTRATE JUDGE
                                             :   WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Patricia S. Gottlieb.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel review the correspondence and discuss with or provide guidance to the Plaintiff regarding any appropriate next steps.

New Orleans, Louisiana, this 7th day of July, 2015.

UNITED STATES DISTRICT JUDGE

BROWARD CASE NO: CACE-16-15992 (05)

25.    PATRICIA GOTTLIEB is a unit owner.

26.    PATRICIA GOTTLIEB and the ASSOCIATION share a relationship whereby (i) PATRICIA GOTTLIEB reposes trust and confidence in the ASSOCIATION and (ii) the ASSOCIATION undertakes such trust and assumes a duty to advise, counsel, and/or protect PATRICIA GOTTLIEB.

27.    The ASSOCIATION breached and continues to breach its duties to PATRICIA GOTTLIEB.

28.    The ASSOCIATION continues to violate Chapter 718, Florida Statutes, the Declaration, and the ASSOCIATION's by-laws.

29.    The ASSOCIATION has failed and continues to fail to provide the proper notice of meetings concerning the Chinese Drywall demolition and remediation.

30.    The ASSOCIATION has breached its fiduciary duties to the PATRICIA GOTTLIEB by not acting in good faith and by not acting in a manner reasonably believed to be in the best interest of PATRICIA GOTTLIEB.

31.    The ASSOCATION's actions and inactions include, but are not limited to, (i) failing to perform the required demolition and remediation at the Property in a timely manner; (ii) failing to first obtain necessary permits for the required demolition and remediation at the Property; (iii) clouding the Property's title during the required demolition and remediation at the Property; (iv) failing to fully or properly complete the required remediation at the Property in compliance with the guidelines and specifications set forth in the Chinese-Manufactured Drywall Products Liability Multi-District Litigation before the Honorable Judge Fallon, United States District Court Eastern District of Lousisana Case No.

Ⓑ THE BURTON FIRM

## TOTAL DAMAGES

KITCHEN  $16,120.
HALLWAY    3,515.
DINING ROOM $3,550.
LIVING ROOM $5,300.
MASTER BEDROOM $4,055.
2ND BEDROOM $2,720.
DEN $4,720.
MASTER BATHROOM  $2,605.
2ND BATHROOM $2,490.
MEDICAL $80,000
ALTERNATIVE LIVING $34,776.
LOST RENT BEACH UNEARNED INCOME $100,000.
PROPERTY DEVALUATION $63,040.
CEREMIC TITLE OF CONDO 896 SQ FT  $3,175
WINDOW AND DOORS $8,000.
REAL ESTATE TAXES $3,275.
INSPECTION, LEGAL FEES $6,600.
SUNRISE LAKES MAINTENANCE $38,592.
REMEDIATION @ $118. PER SQ. FT. $105,728.

TOTAL DAMAGES  $488,261.

1

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

## I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>SUNRISE LAKES CONDOMINIUM APTS., PHASE 3, INC. 1</u>
 Plaintiff
   vs.
<u>Patricia Gottlieb</u>
Defendant

## II.   TYPE OF CASE

☐ Condominium
☐ Contracts and Indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☒ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure $0 - $50,000
   ☐ Commercial foreclosure $50,001 - $249,999
   ☐ Commercial foreclosure $250,000 or more
   ☐ Homestead residential foreclosure $0 – 50,000
   ☐ Homestead residential foreclosure $50,001 - $249,999
   ☐ Homestead residential foreclosure $250,000 or more
   ☐ Non-homestead residential foreclosure $0 - $50,000
   ☐ Non-homestead residential foreclosure $50,001 - $249,999
   ☐ Non-homestead residential foreclosure $250,00 or more

☒ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical
   ☐ Malpractice – other professional
☐ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☐ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

<u>2</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☐ Yes
- ☒ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Hofit N. Lottenberg</u>        FL Bar No.: <u>56532</u>
  Attorney or party                                      (Bar number, if attorney)

<u>Hofit N. Lottenberg</u>   <u>12/17/2015</u>
  (Type or print name)                       Date



2  **BROWARD CASE NO: CACE-16-15992 (05)**

"CDW."

10.     Chinese Drywall was installed in the Property and in numerous other units in Phase 3 after Hurricane Wilma.

11.     Throughout 2009 and 2012, the Property's air conditioning system and appliances stopped working and broke many times.

12.     PATRICIA GOTTLIEB had the Property, the air conditioning system, and the appliances inspected, repaired, and, in some cases, replaced.

13.     At some point in 2012, it was discovered that Chinese Drywall was causing the problems with the Property's air conditioning system and appliances.

14.     For years after the discovery of the Chinese Drywall, the ASSOCIATION denied that the Property and Phase 3 had Chinese Drywall.

15.     For years after the discovery of the Chinese Drywall, the ASSOCIATION refused to perform the required demolition and remediation at the Property.

16.     Years after the discovery of the Chinese Drywall, the ASSOCIATION finally began efforts to remediate units in Phase 3. However, in 2014, the ASSOCIATION told PATRICIA GOTTLIEB that they were "out of funding" and that they would add the Property "to the list for future remediation."

17.     It was not until 2016 that the ASSOCIATION finally began efforts to perform the required demolition and remediation at the Property.

18.     However, the ASSOCIATION failed to first obtain necessary permits from the proper government authorities before beginning the demolition and remediation work at the Property, which resulted in the City of Sunrise issuing a Notice of Violation against the Property. This Notice of Violation clouded title to the Property.

[B] THE BURTON FIRM



BROWARD COUNTY
FLORIDA

Environmental Protection and Growth Management Department
PLANNING AND DEVELOPMENT MANAGEMENT DIVISION
1 North University Drive, Building A, Suite 102 Plantation, Florida 33324  954-357-6666 FAX 954-357-6521

# Broward County Transportation Concurrency Satisfaction Certificate

\* Please note that this approval does not constitute Environmental Review Approval. You will still need the Environmental Approval Certificate to submit to the Building Department.

**Issue Date:** 08/31/2017

**DR Review #:** 0054578

**Application Number:** 000409330

**Title of Drawings:** REPAIRS TO APARTMENT FOR: GOTTLIEVB PATRICIA

**Plan Last Revision Date:** 08-22-2017

**Legal Description:** Plat Name:   SUNRISE LAKES 68 CONDO
Plat Number:   Book:   Page:

**Address:** 8841 Sunrise Lakes BLVD 110, Sunrise, Fl. 33322

**Construction Type:** Interior Renovation

**Project#:** ---

**Bldg Dept Jurisdiction:** Sunrise

Lot:   Block:

This approval is issued in accordance with Sec. 27.66 of the Broward County Natural Resource Protection Code. This approval is specific for the plans and description described on this approval. Any changes in footprint, Lot #, or bedrooms or use will require a new approval.

## Development Review

☑ **BUILDING OFFICIAL:** No Impact/Concurrency Fees Due to Broward County Planning & Development Management Division
Interior renovation to an existing apartment unit.
(Unit 110, Building 68)
Receipt# 0054578

☑ **TRANSPORTATION CONCURRENCY SATISFACTION:** Certificate is hereby issued

\*Any revision to these plans requires a new development review by the division.



If a building permit is not applied for within 30 days of the Environmental Review Approval, plans must be re-submitted to the Planning and Development Management Division for re-evaluation.

**Development Reviewer Name:**   Karina da Luz



Patricia Gottlieb
619 Orton Ave #503
FT Laud Fl 33304-4066

7018 1830 0001 9650 1952



1020



33134

U.S. POSTAGE PAI
FCM LG ENV
FORT LAUDERDAL
33348
OCT 10 19
AMOUNT
**$5.10**
R2305M147730-06

RCVd on
10/15/19
—YA

Patrick S. Montoya
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134

Patricia S. Gottlieb          **OBJECT  TO THE SETTLEMENT**
619 Orton Ave #503          Class Member: MDL 2047, 11CV22408
Ft Laud Fl 33304-4066
October 9, 2019

Settlement Class Counsel; as a Class Member:

a) My objection is to the Entire Class in whole

b) The grounds your proposed official agreement intended to resolve my class dispute and conflict **DOES NOT** find a solution for the problem.  Judge Fallon certified order are not adhered to as: remediation protocol, remediation formula and damages are not resolved for many class members including myself.

c) My Attorney, James Doyle, objects to this settlement on my behalf.  I cannot afford more expenses to those I already incurred (see required pages submitted for profile of my losses of three-hundred and fifty thousand dollars) therefore, I cannot appear at the Fairness Hearing.

d) Please include my prior submitted five hundred pages of evidence through the years to show my continued hardships including the death of my Mother from toxic defective chemicals found in the Property she lived, suffered and died from.



e) signature of class member Patricia S.  Gottlieb

  signature of my Attorney James Doyle_____ (sent separate)

f)  MDL 2047  11CV 22408 class member – Amorin

g) Class member name: Patricia S. Gottlieb  address: 619 Orton Ave #503
    Ft Laud, Fl.  33304-4066- Email address:dancer8888@bellsouth.net     Telephone  :  #954-591-1925)

address of Affected Property : 8841 Sunrise Lakes Blvd. #110, Sunrise Fl 33322     Kross Inspection report, Govt. documents, photos

Copies sent to Settlement Class counsel:

| objection must be mailed, post-marked no later than November 27, 2019, to Settlement Class Counsel | |
|---|---|
| Arnold Levin and Sandra L. Duggan<br>Levin Sedran & Berman LLP<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106 | Stephen J. Herman<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 |
| Richard J. Serpe<br>Law Offices of Richard J. Serpe, PC<br>580 East Main St., Suite 310<br>Norfolk, VA 23510 | Patrick S. Montoya<br>Colson Hicks Eidson<br>255 Alhambra Circle, Penthouse<br>Coral Gables, FL 33134 |

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## Subject Property



### 8841 Sunrise Lakes Blvd
Sunrise, Florida
33322

## Client Information

**Client Name:** **Patricia Gottlieb**

## Inspected on

**Inspection Date:** **01/05/2018**

**Inspection Time:** **10:00 AM**

## Inspection Conducted By

**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Timothy Friis
**Inspector's Signature:**

**Signature Date**
8/23/2018 **State Certified Home Inspector**
**HI9125, Date: 9/4/2015**

# DRYWALL INSPECTION REPORT

**Report Number**

1745

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

### EQUIPMENT
Specialized Equipment used during this inspection include:
   Micro Inspection Camera
   • Infrared Thermometer

## LOCATIONS INSPECTED

Items and primary components inspected within this home included:

Все accessible principle rooms, areas, and hallways containing drywall finishes
- Attic
- Interior components of the air conditioning unit
- Storage cabinets where nonferrous metallic items could potentially be stored

## COMPONENTS INSPECTED

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**
1745

## DETERMINATIONS AND OBSERVATIONS

**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Unable to Determine
Some Locations Not Visible

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]: 4) Plumbing Defects Observed:** Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Light layer of soot observed

**6) Air Conditioning Component Defects Observed:** Light layer of soot observed

**7) Odor Observed:** Distinct odor typical of problem drywall observed

**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete. The listed items are intended to be supplementary to all other indicators used in the determination for the conclusion of either the presence or absence of Problem Drywall.

## COMMENTS AND RECOMMENDATIONS

Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

It is recommended that the client for this Report obtain a copy of the original list of building materials or bills of lading for materials delivered to this property during the original construction or remodeling.

No additional building permits could be located since issuance of 2017 Remediation Permit.

As the subject property is a condominium or single family attached unit, the results of this inspection are not representative of other units that may be located within the same building and/or development. Our extensive research and experience in performing these types of inspections has proven that there is a high probability that multiple brands of drywall may be installed throughout the building and/or project, some of which may produce inspection results different than those found within the unit described in this report.

## PHOTO REPORT

**1.**



**Location:** Throughout **System:** Drywall **Condition:** Ground Wire; Light Layer of Soot Observed

**Explanation:** Soot Observed

**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.

**Recommended Action:** Consult Remediation Specialist

Click here to find out more about this item

## 2.



**Location:** Throughout **System:** Drywall **Condition:** Copper Distribution Line; Light Layer of Soot Observed

**Explanation:** Soot Observed

**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.

**Recommended Action:** Consult Remediation Specialist

Click here to find out more about this item

## 3.



**Location:** Closet **System:** Drywall **Condition:** Water Heater Fittings; Typical Oxidation; Soot Not Observed

**Explanation:** Soot Not Observed

**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.

**Recommended Action:** No Further Action Required

Click here to find out more about this item

## 4.



**Location:** Master Bathroom **System:** Drywall **Condition:** Plumbing Fixture; Pitting Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 5.



**Location:** Throughout **System:** Drywall **Condition:** De Silvering Observed
**Explanation:** De Silvering Observed
**Impact Consequences:** Distinctive de silvering of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 6.



**Location:** Closet **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

## 7.



**Location:** Closet **System:** Drywall **Condition:** Evaporator Coils; Typical Oxidation; Soot Not Observed
**Explanation:** Soot Not Observed
**Impact Consequences:** Distinctive soot of problem drywall not found on inspected component.
**Recommended Action:** No Further Action Required
Click here to find out more about this item

## 8.



**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review
Click here to find out more about this item

## 9.

**Location:** Throughout **System:** Drywall **Condition:** Partial Remediation
**Explanation:** Partial Remediation Of Subject Property
**Impact Consequences:** The Inspector has observed through this physical Inspection and with conversations with parties involved that some drywall has been replaced within the property. Full remediation of the subject property is recommended as the property displays all symptoms of problem drywall and evidence discovered confirms that all drywall was not removed during previous remediation efforts.
**Recommended Action:** Review
Click here to find out more about this item

Report Number:

1745

## Professional Services Certification and Disclosure

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions, rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

Inspected by:
Timothy Friis
**Inspector's Signature:**

8/23/2018 **State Certified**
**Home Inspector**
**HI9125, Date: 9/4/2015**

**Signature Date**





Patricia S. Gottlieb, 619 Orton Ave- #503, Ft Laud, Fl.  33304-4066

Allocation Model disagreement MDL 2047

U.S. Courthouse 500 Poydras Street New Orleans, LA  70130

I received allocation determination information Sept 13, 2019

Today's date Sept 23, 2019

My counsel, Attorney James Doyle acknowledges my Objection

**I disagree with  allocation amount determination by claims**

**administrator and summary or explanation of my objective facts**

**and circumstances as  were misapplied under Allocation model**

(a) original Master spread sheet (b) additional evidence submitted to Administrator

*8841 Sunrise Lakes Blvd. #110, Sunrise, Fl. 33322 ("Property")*

Estimated gross Allocation Amount $598.20 (Prior to **court**

approved fees)

Allocation Model information:

 (a) Square Feet **896** not 929 listed

(b) I am the only **owner**

(d) This Condominium **needs total remediation**:uninhabitable

(e)Prior payments receive **$2,500**(you claim I received $5,751.57)

(f**) I did not assign any rights** to pursue claims with respect to this Property

(g)**Amorin Plaintiff-MDL2047** Doc 22312-1 Page 133  #1050 Me

*Page 133  of Master Spreadsheet #1050 does not have

1

these chemicals) gave to me.

I have evidence I have submitted to the courts to show these facts.

Some of the fourteen-years of experiences I have related are:

emails to those listed, Judge Fallon references, Brown Greer letters,

Photographs of my Property today consumer with CDW.

Kross Inspection for Chinese Drywall report ( court approved)

Broward County 17th Judicial Court pages, Sunrise City and Broward County requirements not met by contractor, Police report,

Prior CDW payment received,  CDW Settlement offer information

In have endured much hardship and continue to as Defective Chinese Drywall is currently present throughout my property.

I pay many bills to keep my property including: maintenance, taxes, electric and such.  I have loss of enjoyment, loss of use, horrific memories from defective  Chinese Drywall in my property.

Please help me correct this wrongdoing and make my property livable.  My mother gave all the contents to me that Sunrise Lakes condominium disgarded.  The Property can be remediated per Judge Fallon's protocol; please allow this to happen.


Respectfully submitted,


Patricia S Gottlieb  owner_____

Case 2:09-md-02047-EEF-JCW Document 22312-1 Filed 08/29/19 Page 134 of 474

Master Spreadsheet of Known Settlement Class Member Claims

| # | | Claimant Name | Affected Property Address | City | State | Zip | Under Air Square Footage for Property (*Backed(b*) | Product Identification Category (*Backed(b*) 2019? | Current Owner as of May 23, 2019? (Yes/No) | If Former Owner, as of May 23, 2019, identify Sell/Transfer Date | Did you assign your claim to a third party or pursue claims against Taishan? (or Did a third party remediate the property at no cost to claimant?) | Counsel Information | Total Prior Payments Received for Chinese Drywall Claims | Remediation Status as of May 23, 2019 (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1043 | Amorin/ Brooke | Goodson, Floyd | 8060 NW 126th Terrace | Parkland | FL | 33076 | 2,725 | A. BNBM/ Dragon Board | Yes | N/A | No | Herman, Herman & Katz Russ Herman, Esq. 820 O'Keefe Avenue New Orleans, LA 70113 (504) 581-4892 rherman@hhklawfirm.com Bruno & Bruno, LLP Joseph Bruno, Esq. 855 Baronne Street New Orleans, 70113 (504) 525-1335 jbruno@brunobrunolaw.com | $6,224.66 | Completely remediated |
| 1044 | Amorin | Gordon, Patricia | 7409 Cornwall Place | New Orleans | LA | 70126 | 1,060 | D. Crescent City | Yes | N/A | No | | $0.00 | Completely remediated |
| 1045 | Brooke | Gordon, Wally | 818 Avenue B | Marrero | LA | 70072 | 1,572 | D- Crescent City | Yes | N/A | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $6,347.25 | Not Remediated |
| 1046 | Amorin | Gorie, Patrick | 593 SW Columbus Drive | Port St. Lucie | FL | 34953 | 1,527 | J. "Drywall" with Dimensions | No | 3/30/2016 | No | Allison Grant, P.A. Allison Grant, Esq. 14 Southeast 4th Street Boca Raton, Florida 33432 (561) 994-9646 agrant@allmgrantpa.com | $45,016.52 | Not Remediated |
| 1047 | Amorin | Gordon, Peter and Elaine | 915 Regal Manor Way | Sun City Center | FL | 33573 | 1,503 | J. "Drywall" with Dimensions | Yes | N/A | No | Allison Grant, P.A. Baron & Budd, P.C. Russell Budd, Esq. Baron & Budd 3102 Oak Lawn Ave., Ste. 1100 Dallas, TX 75219 (214) 521-3605 rbudd@baronbudd.com | $10,822.62 | Not Remediated |
| 1048 | Brooke | Gossert, Kathryn | 91 Cloverdale Road | Atmore | AL | 36502 | 1,150 | I. MADE IN CHINA MBET[S] OR EXCEED[S] | No | N/A | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $0.00 | Not Remediated |
| 1049 | Amorin | Gotay, Sandra | 1968 SE 23rd Avenue | Homestead | FL | 33035 | 1,932 | I- White edge tape/ no markings/ numbers or letters | Yes | N/A | No | VM Diaz and Partners Victor Diaz, Esq. 1000 Fifth Street, Suite 600 Miami Beach, Fl. 33139 (305) 704-3200 victor@diazpartners.com | $48,153.64 | Not Remediated |
| 1050 | Amorin | Goetlieb, Patricia | 8841 Sunrise Lakes Blvd., #110 | Sunrise | FL | 33322 | 929 | I- MADE IN CHINA MBET[S] OR EXCEED[S] | N/A | N/A | No | Doyle Law Firm Jimmy Doyle, Esq. 2100 Southbridge Parkway, Suite 650 Birmingham, AL 35209 (205) 533-9500 jimmy@doylefirm.com | $3,751.57 | Partially remediated |
| 1051 | Amorin/ Brooke | Graham, (Estate of Gerald W. Knue, and Terry H. (c/o Frank Knue, Administrator)) | 414 Rubio Avenue | Slidell | AL | 36571 | 3,268 | I- MADE IN CHINA MBET[S] OR EXCEED[S] | No | N/A | No | Whitfield, Bryson & Mason Dan Bryson, Esq. 900 W. Morgan Street Raleigh, NC 27603 919-600-5000 dan@wbmllp.com | $0.00 | Not Remediated |

Case 2:09-md-02047-EEF-JCW Document 22312-1 Filed 08/29/19 Page 431 of 474

Master Spreadsheet of Known Settlement Class Member Claims

| # | Amorin Plaintiff? | Claimant Name | Affected Property Address | City | State | Zip | Under Prestige Air Square Footage (Product Identification/Characteristics) | Current Owner as of May 23, 2019? (Yes/No) | If Former Owner Sold/Transfer Date | Did you assign your claim to a third party for Drywall? | Claimant's Submission | Total Paint/ Payments Received as of May 23, 2019 | Remediation Status (Not Remediated, Partially Remediated, or Completely Remediated) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3335 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | 9900 Sunrise Blvd - Bldg 153 Apt 312 | Sunrise | FL | 33322 | 850 J- "Drywall" with Dimensions | Claimant is a condominium association | Claimant is a condominium association | No | Cohen, Hickx, Eidson Levin, Fishbein, Sedran & Berman Colson LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | | $3,213.74 Completely remediated |
| 3336 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg 68 - 8841 Sunrise Lakes Blvd, Unit 303 | Sunrise | FL | 33322 | 850 I- MADE IN CHINA MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Cohen, Hickx, Eidson Levin, Fishbein, Sedran & Berman Hansfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | | $3,213.74 Completely remediated |
| 3337 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg 68 - 8841 Sunrise Lakes Blvd, Unit 110 | Sunrise | FL | 33322 | 929 I- MADE IN CHINA MEET(S) OR EXCEED(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Cohen, Hickx, Eidson Levin, Fishbein, Sedran & Berman Hansfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | | $0.00 Completely remediated |
| 3338 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg 69 - 2721 Pine Island Road N, Unit 201 | Sunrise | FL | 33322 | 850 I- MADE IN CHINA MEFT(S) OR FX(FF)N(S) association | Claimant is a condominium association | Claimant is a condominium association | No | Cohen, Hickx, Eidson Levin, Fishbein, Sedran & Berman Hansfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | | $3,213.74 Completely remediated |
| 3339 | Amorin | Sunrise Lakes Condominium Apt Phase III, Inc 1 | Bldg 69 - 2721 Pine Island Road N, Unit 202 | Sunrise | FL | 33322 | 850 I- MADE IN CHINA MEET(S) OR EX(FIF)(S) | Claimant is a condominium association | Claimant is a condominium association | No | Cohen, Hickx, Eidson Levin, Fishbein, Sedran & Berman Hansfeld LLP Law Offices of Richard J. Serpe Patrick Montoya, Esq. Colson, Hicks, Eidson 255 Alhambra Circle, PH Coral Gables, FL 33134 (305) 476-7400 patrick@colson.com | | $3,213.74 Completely remediated |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     :     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                       :
                                                                        :     SECTION L
                                                                        :
                                                                        :     JUDGE FALLON
                                                                        :     MAGISTRATE JUDGE
                                                                        :     WILKINSON

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

The Court received and reviewed the attached correspondence from Patricia S. Gottlieb.

**IT IS ORDERED** that the attached correspondence be entered into the record.

**IT IS FURTHER ORDERED** that Russ Herman of the Plaintiffs' Liaison Counsel
review the correspondence and discuss with or provide guidance to the Plaintiff regarding any
appropriate next steps.

New Orleans, Louisiana, this 7th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

25.    PATRICIA GOTTLIEB is a unit owner.

26.    PATRICIA GOTTLIEB and the ASSOCIATION share a relationship whereby (i) PATRICIA GOTTLIEB reposes trust and confidence in the ASSOCIATION and (ii) the ASSOCIATION undertakes such trust and assumes a duty to advise, counsel, and/or protect PATRICIA GOTTLIEB.

27.    The ASSOCIATION breached and continues to breach its duties to PATRICIA GOTTLIEB.

28.    The ASSOCIATION continues to violate Chapter 718, Florida Statutes, the Declaration, and the ASSOCIATION's by-laws.

29.    The ASSOCIATION has failed and continues to fail to provide the proper notice of meetings concerning the Chinese Drywall demolition and remediation.

30.    The ASSOCIATION has breached its fiduciary duties to the PATRICIA GOTTLIEB by not acting in good faith and by not acting in a manner reasonably believed to be in the best interest of PATRICIA GOTTLIEB.

31.    The ASSOCATION's actions and inactions include, but are not limited to, (I) failing to perform the required demolition and remediation at the Property in a timely manner; (ii) failing to first obtain necessary permits for the required demolition and remediation at the Property; (iii) clouding the Property's title during the required demolition and remediation at the Property; (iv) failing to fully or properly complete the required remediation at the Property in compliance with the guidelines and specifications set forth in the Chinese-Manufactured Drywall Products Liability Multi-District Litigation before the Honorable Judge Fallon, United States District Court Eastern District of Lousisana Case No.

**TOTAL DAMAGES**

**KITCHEN  $16,120.**
**HALLWAY     3,515.**
**DINING ROOM $3,550.**
**LIVING ROOM $5,300.**
**MASTER BEDROOM $4,055.**
**2ND BEDROOM $2,720.**
**DEN $4,720.**
**MASTER BATHROOM  $2,605.**
**2ND BATHROOM $2,490.**
**MEDICAL $80,000**
**ALTERNATIVE LIVING $34,776.**
**LOST RENT BEACH UNEARNED INCOME $100,000.**
**PROPERTY DEVALUATION $63,040.**
**CEREMIC TITLE OF CONDO 896 SQ FT  $3,175**
**WINDOW AND DOORS $8,000.**
**REAL ESTATE TAXES $3,275.**
**INSPECTION, LEGAL FEES $6,600.**
**SUNRISE LAKES MAINTENANCE $38,592.**
**REMEDIATION @ $118. PER SQ. FT. $105,728.**

**TOTAL DAMAGES  $488,261.**

1

Filing # 35653330 E-Filed 12/17/2015 10:55:55 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>SUNRISE LAKES CONDOMINIUM APTS., PHASE 3, INC. 1</u>
 Plaintiff

       vs.

<u>Patricia Gottlieb</u>
Defendant

**II.     TYPE OF CASE**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
  ☐ Business governance
  ☐ Business torts
  ☐ Environmental/Toxic tort
  ☐ Third party indemnification
  ☐ Construction defect
  ☐ Mass tort
  ☐ Negligent security
  ☐ Nursing home negligence
  ☐ Premises liability – commercial
  ☐ Premises liability – residential
☐ Products liability
☒ Real Property/Mortgage foreclosure
  ☐ Commercial foreclosure $0 - $50,000
  ☐ Commercial foreclosure $50,001 - $249,999
  ☐ Commercial foreclosure $250,000 or more
  ☐ Homestead residential foreclosure $0 – 50,000
  ☐ Homestead residential foreclosure $50,001 - $249,999
  ☐ Homestead residential foreclosure $250,000 or more
  ☐ Non-homestead residential foreclosure $0 - $50,000
  ☐ Non-homestead residential foreclosure $50,001 - $249,999
  ☐ Non-homestead residential foreclosure $250,00 or more

☒ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

☐ Professional malpractice
  ☐ Malpractice – business
  ☐ Malpractice – medical
  ☐ Malpractice – other professional
☐ Other
  ☐ Antitrust/Trade Regulation
  ☐ Business Transaction
  ☐ Circuit Civil - Not Applicable
  ☐ Constitutional challenge-statute or ordinance
  ☐ Constitutional challenge-proposed amendment
  ☐ Corporate Trusts
  ☐ Discrimination-employment or other
  ☐ Insurance claims
  ☐ Intellectual property
  ☐ Libel/Slander
  ☐ Shareholder derivative action
  ☐ Securities litigation
  ☐ Trade secrets
  ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.   **REMEDIES SOUGHT** (check all that apply):
- ☒  Monetary;
- ☐  Non-monetary
- ☐  Non-monetary declaratory or injunctive relief;
- ☐  Punitive

IV.   **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

<u>2</u>

V.   **IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐  Yes
- ☒  No

VI.   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒  No
- ☐  Yes – If "yes" list all related cases by name, case number and court:

VII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☐  Yes
- ☒  No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Hofit N. Lottenberg</u>         FL Bar No.: <u>56532</u>
    Attorney or party                                                    (Bar number, if attorney)

   <u>Hofit N. Lottenberg</u>   <u>12/17/2015</u>
     (Type or print name)                              Date



COPY

HALL

KITCHEN

BED 1

CLO. 1

BATH 1

BATH 2

CLO. 2

① REMOVE DRYWALL
4' UP AS REQUIRED

LIVING/DINING

EXISTING 1-HR
FIRE RATED
PARTITION

EXISTING 1-HR
FIRE RATED
PARTITION

BED 2

BALCONY

**FLOOR PLAN**
SCALE: 1/4"=1'-0"

DESCRIPTION OF
WORK

REMOVE DRYWALL

BLDG 68 UNIT 110
8841 SUNRISE LAKES BLVD.
SUNRISE, FL 33322

"CDW."

10.     Chinese Drywall was installed in the Property and in numerous other units in Phase 3 after Hurricane Wilma.

11.     Throughout 2009 and 2012, the Property's air conditioning system and appliances stopped working and broke many times.

12.     PATRICIA GOTTLIEB had the Property, the air conditioning system, and the appliances inspected, repaired, and, in some cases, replaced.

13.     At some point in 2012, it was discovered that Chinese Drywall was causing the problems with the Property's air conditioning system and appliances.

14.     For years after the discovery of the Chinese Drywall, the ASSOCIATION denied that the Property and Phase 3 had Chinese Drywall.

15.     For years after the discovery of the Chinese Drywall, the ASSOCIATION refused to perform the required demolition and remediation at the Property.

16.     Years after the discovery of the Chinese Drywall, the ASSOCIATION finally began efforts to remediate units in Phase 3. However, in 2014, the ASSOCIATION told PATRICIA GOTTLIEB that they were "out of funding" and that they would add the Property "to the list for future remediation."

17.     It was not until 2016 that the ASSOCIATION finally began efforts to perform the required demolition and remediation at the Property.

18.     However, the ASSOCIATION failed to first obtain necessary permits from the proper government authorities before beginning the demolition and remediation work at the Property, which resulted in the City of Sunrise issuing a Notice of Violation against the Property. This Notice of Violation clouded title to the Property.

*ⱱ* **BROWARD CASE NO: CACE-16-15992 (05)**

25.    PATRICIA GOTTLIEB is a unit owner.

26.    PATRICIA GOTTLIEB and the ASSOCIATION share a relationship whereby (i) PATRICIA GOTTLIEB reposes trust and confidence in the ASSOCIATION and (ii) the ASSOCIATION undertakes such trust and assumes a duty to advise, counsel, and/or protect PATRICIA GOTTLIEB.

27.    The ASSOCIATION breached and continues to breach its duties to PATRICIA GOTTLIEB.

28.    The ASSOCIATION continues to violate Chapter 718, Florida Statutes, the Declaration, and the ASSOCIATION's by-laws.

29.    The ASSOCIATION has failed and continues to fail to provide the proper notice of meetings concerning the Chinese Drywall demolition and remediation.

30.    The ASSOCIATION has breached its fiduciary duties to the PATRICIA GOTTLIEB by not acting in good faith and by not acting in a manner reasonably believed to be in the best interest of PATRICIA GOTTLIEB.

31.    The ASSOCATION's actions and inactions include, but are not limited to, (i) failing to perform the required demolition and remediation at the Property in a timely manner; (ii) failing to first obtain necessary permits for the required demolition and remediation at the Property; (iii) clouding the Property's title during the required demolition and remediation at the Property; (iv) failing to fully or properly complete the required remediation at the Property in compliance with the guidelines and specifications set forth in the Chinese-Manufactured Drywall Products Liability Multi-District Litigation before the Honorable Judge Fallon, United States District Court Eastern District of Lousisana Case No.



Environmental Protection and Growth Management Department
PLANNING AND DEVELOPMENT MANAGEMENT DIVISION
1 North University Drive, Building A, Suite 102 Plantation, Florida 33324 954-357-6666 FAX 954-357-6521

# Broward County Transportation Concurrency Satisfaction Certificate

**\* Please note that this approval does not constitute Environmental Review Approval. You will still need the Environmental Approval Certificate to submit to the Building Department.**

**Issue Date:** 08/31/2017

**DR Review #:** 0054578

**Application Number:** 000409330

**Title of Drawings:** REPAIRS TO APARTMENT FOR: GOTTLIEVB PATRICIA

**Project#:** —

**Plan Last Revision Date:** 08-22-2017

**Bldg Dept Jurisdiction:** Sunrise

**Legal Description:** Plat Name:  SUNRISE LAKES 68 CONDO
Plat Number:    Book:    Page:

**Lot:**    **Block:**

**Address:** 8841 Sunrise Lakes BLVD 110, Sunrise, Fl. 33322

**Construction Type:** Interior Renovation

This approval is issued in accordance with Sec. 27.66 of the Broward County Natural Resource Protection Code. This approval is specific for the plans and description described on this approval. Any changes in footprint, Lot #, or bedrooms or use will require a new approval.

## Development Review

**BUILDING OFFICIAL:** No Impact/Concurrency Fees Due to Broward County Planning & Development Management Division
Interior renovation to an existing apartment unit.
(Unit 110, Building 68)
Receipt# 0054578

**TRANSPORTATION CONCURRENCY SATISFACTION:** Certificate is hereby issued
Any revision to these plans requires a new development review by the division.



If a building permit is not applied for within 30 days of the Environmental Review Approval, plans must be re-submitted to the Planning and Development Management Division for re-evaluation.

**Development Reviewer Name:** Karina da Luz



Richard J. Serpe
Law Offices of Richard J. Serpe, PC
580 East Main St., Suite 310
Norfolk, VA 23510