UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### ORDER

The Court has scheduled a Final Fairness Hearing to consider final approval of the Taishan Settlement Agreement on December 11, 2019 at 9:00 a.m. Accordingly,

**IT IS ORDERED** that any claimant who is represented by counsel and wishes to address the Court at the Final Fairness Hearing must be accompanied by their attorney.

New Orleans, Louisiana this  5th  day of    December    .

_____
U.S. District Court Judge