## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08288 (E.D.La.)**<br><br>*Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, **2:17-cv-08284 (E.D.La.)**<br><br>*Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08286 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-04127 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06631 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06632 (E.D.La.)** | |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on January 8, 2020, at 9:00 o'clock a.m., or as soon thereafter as

counsel can be heard, for an order on Motion to Withdraw as Counsel of Record for Charles Caulkins, and for such other and further relief as the Court may deem just and appropriate.

December 5, 2019	Respectfully Submitted,

By: /s/ Stephen J. Herman
Stephen J. Herman (Bar No. 23129)
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com

*On Behalf of the Plaintiffs' Steering Committee in MDL 2047*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 5th day of December, 2019. I further certify that the above and foregoing bas been served on Plaintiff Charles Caulkins whose present address is 362 SE 26 Avenue, Fort Lauderdale, FL 33301 along with notification of all pending deadlines and court appearances in the litigation, via certified mail, electronic mail and regular mail. Pursuant to Local Rule 83.2.11, Mr. Caulkins may be reached at 954-847-4700.

/s/ Stephen J. Herman