UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## MOTION FOR LEAVE TO EXCEED PAGE LIMITATION

NOW COMES Settlement Class Counsel, who upon suggesting to the Court that Settlement Class Counsel's Memorandum of Law in Support of Their Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement With Taishan and (2) Certifying the Settlement Class exceeds the page limitation allowed by the Federal Rules of Civil Procedure and this Court, Settlement Class Counsel requests leave of court to exceed the page limitation and allow the filing of the attached proposed Motion, Memorandum in Support, Exhibits, Proposed Order and Notice of Submission ("filing").

WHEREFORE mover prays that this motion be granted and that the Settlement Class Counsel's Memorandum of Law in Support of Their Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement With Taishan and (2) Certifying the Settlement Class can exceed the page limitation as set by the Federal Rules of Civil Procedure and this Court, and that the filing be filed into the record.

                                Respectfully submitted,

Dated:  December 6, 2019        By: */s/ Stephen J. Herman*
                                         Russ M. Herman (Bar No. 6819)
                                         Leonard A. Davis (Bar No. 14190)
                                         Stephen J. Herman (Bar No. 23129)
                                         Charles King (Bar No.34621)
                                         Herman, Herman & Katz, LLC
                                         820 O'Keefe Avenue
                                         New Orleans, LA 70113
                                         Phone: (504) 581-4892
                                         Fax: (504) 561-6024
                                         SHerman@hhklawfim.com
                                         *Plaintiffs' Liaison Counsel MDL 2047 and*
                                         *Settlement Class Counsel*

                                         Arnold Levin
                                         Fred S. Longer
                                         Sandra L. Duggan
                                         Keith Verrier
                                         Levin Sedran & Berman LLP
                                         510 Walnut Street, Suite 500
                                         Philadelphia, PA 19106
                                         Phone: (215) 592-1500
                                         Fax: (215) 592-4663
                                         alevin@lfsblaw.com
                                         *Plaintiffs' Lead Counsel MDL 2047 and Settlement Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 6th day of December, 2019.

    */s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and*
*Settlement Class Counsel*