## LIST OF OPT-OUT PLAINTIFFS

|    | Plaintiffs | Counsel | Opt-Out Request Post-Marked |
|----|------------|---------|------------------------------|
| 1  | Cecchi, Clifford<br>Knight, Carl D. | Doyle Law Firm | 10/10/2019 (USPS) |
| 2  | Eves, Royce E. (agent for Ensign Capital LLC) | Doyle Law Firm | 10/07/2019 (USPS) |
| 3  | Fortenberry, Stephanie | Doyle Law Firm | 10/04/2019 (Certified Mail) |
| 4  | Hosey, Terry Wayne | Doyle Law Firm | 10/07/2019 (USPS) |
| 5  | Johnson, Ethlyn | Doyle Law Firm | 10/08/2019 (USPS) |
| 6  | Klein, Michael and Mayna | Doyle Law Firm | 10/05/2019 (USPS) |
| 7  | McKoy, Tony Alvado | Doyle Law Firm | 10/10/2019 (USPS) |
| 8  | Rappel, Robert and Josette | Doyle Law Firm | 10/08/2019 (Certified Mail) |
| 9  | Tahiri, Karim H. and Sbar, Karyn K. | Doyle Law Firm | 10/08/2019 (Certified Mail) |
| 10 | Vizcaino, Angel R. | Doyle Law Firm | 10/07/2019 (USPS) |
| 11 | Whiteman, Robert and Rita | Doyle Law Firm | 10/07/2019 (USPS) |
| 12 | Delgado, Pedro and Margarita | Allison Grant and Baron & Budd | 10/08/2019 (USPS) |
| 13 | Lich, James L. | Doyle Law Firm | 10/09/2019 (USPS) |
| 14 | Gibbs, Gene and Darla | Doyle Law Firm | 10/10/2019 (USPS) |
| 15 | Spain, Gregory and Megan | Doyle Law Firm | 10/10/2019 (USPS) |
| 16 | Maharaj, Debbieann | Doyle Law Firm | 10/12/2019 (USPS) |
| 17 | Biltz, Shane and Darlene | Doyle Law Firm | 10/15/2019 (USPS) |
| 18 | Montgomery, Walter | Doyle Law Firm | 10/16/2019 (USPS) |
| 19 | Mitchell, Rhonda | Doyle Law Firm | 10/16/2019 (Certified Mail) |
| 20 | Rigsby, Pamela and Page, Irene | Doyle Law Firm | 10/17/2019 (USPS) |

**EXHIBIT 2 to Memorandum of Law in Support of Class Settlement**

**LIST OF OPT-OUT PLAINTIFFS**

|    | **Plaintiffs** | **Counsel** | **Opt-Out Request Post-Marked** |
|----|----------------|-------------|----------------------------------|
| 21 | Ball, Edward and Gravel, Margot | Doyle Law Firm | 10/17/2019 (USPS) |
| 22 | Dombrowski, Joseph | Doyle Law Firm | 10/18/2019 (USPS) |
| 23 | Loredo, Pierre | Doyle Law Firm | 10/16/2019 (Certified Mail) 11/06/2019 (Priority Mail) |
| 24 | Greater NOLA Homes, LLC | Doyle Law Firm | 10/18/2019 (USPS) |
| 25 | Lauer, David and Tamara | Doyle Law Firm | 10/19/2019 (USPS) |
| 26 | Dipp, Evelyn | Doyle Law Firm | 10/19/2019 (USPS) |
| 27 | Kelvington, Barbara | Doyle Law Firm | 10/19/2019 (USPS) |
| 28 | Elia, William and Elizabeth | Doyle Law Firm | 10/21/2019 (USPS) |
| 29 | Barnett, Bessie | Doyle Law Firm | 10/24/2019 (USPS) |
| 30 | Barton, Michael | Doyle Law Firm | 10/24/2019 (USPS) |
| 31 | Krekic, Nelica | Doyle Law Firm | 10/25/2019 (USPS) |
| 32 | Patel, Sanjay and Sharoj | Doyle Law Firm | 10/24/2019 (USPS) |
| 33 | Pruitt, Troyce and Rhonda | Doyle Law Firm | 10/24/2019 (USPS) |
| 34 | Kurtz, Garld G. Kurt | Doyle Law Firm | 10/26/2019 (Certified Mail) |
| 35 | Egnaczyk, Sylvia | Doyle Law Firm | 10/28/2019 (USPS) |
| 36 | Farinella, Richard | Doyle Law Firm | 10/29/2019 (USPS) |
| 37 | James, Alishia | Doyle Law Firm | 10/29/2019 (USPS) |
| 38 | Abitbol, Gilbert | Doyle Law Firm | 10/31/2019 (Certified Mail) |
| 39 | Forcas, LLC | Doyle Law Firm | 10/31/2019 (USPS) |

## LIST OF OPT-OUT PLAINTIFFS

|    | **Plaintiffs**                 | **Counsel**    | **Opt-Out Request Post-Marked** |
|----|--------------------------------|----------------|---------------------------------|
| 40 | Banks, Thomas and Anne         | Doyle Law Firm | 11/01/2019 (USPS)               |
| 41 | Cameron, Andy and Leslie       | Doyle Law Firm | 11/01/2019 (Certified Mail)     |
| 42 | Bierria, Gwendolyn Kerr        | Doyle Law Firm | 11/04/2019 (USPS)               |
| 43 | Fritz, Michael                 | Doyle Law Firm | 11/04/2019 (Certified Mail)     |
| 44 | Severance, Richard and Gretchen| Doyle Law Firm | 11/06/2019 (USPS)               |
| 45 | Forget, Jean-Paul              | Doyle Law Firm | 11/04/2019 (Canada Post)        |
| 46 | Kennedy, John                  | Doyle Law Firm | 11/12/2019 (USPS)               |
| 47 | Barre, Kerry                   | Doyle Law Firm | 11/07/2019 (USPS)               |
| 48 | Lott, Dolly                    | Doyle Law Firm | 11/08/2019 (USPS)               |
| 49 | Anderson, John Lester          | Doyle Law Firm | 11/08/2019 (Certified Mail)     |
| 50 | Haggerty, Bill                 | Doyle Law Firm | 11/12/2019 (Priority Mail)      |
| 51 | Gray, Ian and Linda            | Doyle Law Firm | 11/12/2019 (USPS)               |
| 52 | Punch, Dwayne and Dolly        | Doyle Law Firm | 11/12/2019 (USPS)               |
| 53 | Melnick, Nicholas              | Doyle Law Firm | 11/12/2019 (USPS)               |
| 54 | Redmond, David                 | Doyle Law Firm | 11/12/2019 (USPS)               |
| 55 | Neff, Matthew                  | Doyle Law Firm | 11/12/2019 (USPS)               |
| 56 | Duncan, Calvin and Debra       | Doyle Law Firm | 11/12/2019 (USPS)               |
| 57 | Bayne, Claude Randy            | Doyle Law Firm | 11/13/2019 (USPS)               |
| 58 | Jones, Howard                  | Doyle Law Firm | 11/14/2019 (USPS)               |
| 59 | Alfonso, Barbara Ann           | Doyle Law Firm | 11/15/2019 (USPS)               |

**LIST OF OPT-OUT PLAINTIFFS**

|    | **Plaintiffs** | **Counsel** | **Opt-Out Request Post-Marked** |
|----|----------------|-------------|---------------------------------|
| 60 | Merrell, Brandi | Doyle Law Firm | 11/14/2019 (USPS) |
| 61 | Cross, Gregory | Doyle Law Firm | 11/16/2019 (USPS) |
| 62 | Daniel, Victor | Doyle Law Firm | 11/16/2019 (USPS) |
| 63 | Norton, Randall | Doyle Law Firm | 11/18/2019 (USPS) |
| 64 | 1st Financial Corp. | Doyle Law Firm | 11/20/2019 (Priority Mail) |
| 65 | Quinn, Michael | Doyle Law Firm | 11/18/2019 (Canada Post) |
| 66 | Janicek, Sue Ann | Doyle Law Firm | 11/20/2019 (USPS) |
| 67 | Zapp, Andrew | Doyle Law Firm | 11/20/2019 (USPS) |
| 68 | Freeman, Twila | Doyle Law Firm | 11/20/2019 (USPS) |
| 69 | Sullivan, Patricia | Doyle Law Firm | 11/21/2019 (USPS) |
| 70 | Robinson, Edward | Doyle Law Firm | 11/21/2019 (USPS) |
| 71 | Ross, Terrence and Rhonda | O'Bryon & Schnabel | 11/21/2019 (USPS) |
| 72 | River Pointe at Grand Harbor Condominium and Porter, Cheryl | Doyle Law Firm | 11/23/2019 (USPS) |
| 73 | Bourlet, Joseph | Doyle Law Firm | 11/26/2019 (USPS) |
| 74 | Lindsay, Horace and Donna and River Pointe at Grand Harbor Condominium HOA | Doyle Law Firm | 11/25/2019 (USPS) |
| 75 | Ellison, Bryon | Doyle Law Firm | 11/25/2019 (USPS) |
| 76 | Choi, Injoon Clark | Doyle Law Firm | 11/25/2019 (USPS) |
| 77 | Albornoz, Alfonso | Doyle Law Firm | 11/25/2019 (USPS) |
| 78 | Van Drie, Anjali | Doyle Law Firm | 11/25/2019 (USPS) |

## LIST OF OPT-OUT PLAINTIFFS

|    | **Plaintiffs** | **Counsel** | **Opt-Out Request Post-Marked** |
|----|----------------|-------------|----------------------------------|
| 79 | Anderson, Christopher | Doyle Law Firm | 11/26/2019 (USPS) |
| 80 | Alexander, James and Sharon | Belt & Bruner | 11/26/2019 (USPS) 11/26/2019 (Certified Mail) |
| 81 | Baptiste, David | Doyle Law Firm | 11/27/2019 (USPS) |
| 82 | Bentz, Kelly | Doyle Law Firm | 11/27/2019 (USPS) |
| 83 | Carter, John | Doyle Law Firm | 11/27/2019 (USPS) |
| 84 | Heath, Thomas | Doyle Law Firm | 11/27/2019 (USPS) |
| 85 | Szala, Chad and Kristen | Doyle Law Firm | 11/27/2019 (USPS) |
| 86 | Wells, James Randall and Meyers, Amy | Doyle Law Firm | 11/27/2019 (USPS) |
| 87 | Carroll, Jerry | Doyle Law Firm | 11/27/2019 (USPS) |
| 88 | Rayborn, Kenneth | Parker Waichman | 11/27/2019 (USPS) |
| 89 | Uhrina, Jason | Doyle Law Firm | 11/27/19 (Certified Mail) |
| 90 | Gottlieb, Patricia | Doyle Law Firm | 11/25/19 (Certified Mail) |