# Tab #20

EXHIBIT 7 (part 2 of 3) to Memorandum of Law in Support of Class Settlement

# CHINESE DRYWALL MARKINGS:  PHOTOGRAPHIC EXAMPLES

## INDEX

| No. | Chinese Manufactured Drywall |
|-----|------------------------------|
| 1.  | Bedrock Gypsum |
| 2.  | Beijing New Building Materials PLC (BNBM) |
| 3.  | C&K Gypsum |
| 4.  | Crescent City Gypsum |
| 5.  | Dragon Brand Drywall |
| 6.  | IMG Drywall |
| 7.  | International Materials Trading (IMT) Gypsum |
| 8.  | Knauf Dongguan |
| 9.  | Knauf Tianjin |
| 10. | Knauf WuHu |
| 11. | Pro Wall |
| 12. | Taihe |
| 13. | Taian Taishan |
| 14. | Taishan |
| 15. | Unknown |
| 16. | Unknown |
| 17. | Unknown |
| 18. | Unknown |
| 19. | Unknown |
| 20. | Unknown |
| 21. | Unknown |
| 22. | Unknown |
| 23. | Unknown |
| 24. | Unknown |

1

| 25. | Unknown |
|---|---|
| 26. | Venture Supply Inc. (Tajhe/Taihe) |
| **No.** | **Non-Chinese Manufactured Drywall** |
| 27. | Georgia Pacific |
| 28. | Lafarge |
| 29. | National Gypsum |
| 30. | USG |
| **No.** | **Drywall From Unknown Origins** |
| 31. | Pro-Roc |
| 32. | Unknown |
| 33. | Unknown (Palatka, FL) |
| 34. | Unknown |
| 35. | Unknown |

2



## Photo ID# 12

Beijing New Building Materials PLC Chinese Plasterboard Identification







## C & K Brand



The markings on the C & K board are found approximately 7 – 8 inches from the bottom.



8

Case 1:11-cv-22408-MGC Document 27-2 Entered on FLSD Docket 09/13/2011 Page 304 of 759



9

Case 2:09-md-02047-EEF-MBN   Document 22392-11   Filed 12/06/19   Page 11 of 113
Case 1:11-cv-22408-MGC   Document 227-4   Entered on FLSD Docket 05/13/2015   Page 605 of
759



Case 2:09-md-02047-EEF-MBN Document 22392-11 Filed 12/06/19 Page 12 of 759



11





15

## Dragon Brand



The markings on the Dragon Brand board are found approximately 10 to 12 inches from the bottom.

16





## IMG brand



The markings on the IMG board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 10b

International Materials Trading (IMT) Chinese Plasterboard Identification





## Photo ID# 10a

International Materials Trading (IMT) Chinese Plasterboard Identification



# Photo ID# 10a

International Materials Trading (IMT) Chinese Plasterboard Identification



**IMTGypsum.Com**



The markings on the IMTGypsum board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 4

### Knauf Dongguan Chinese Plasterboard Identification





## Photo ID# 1

Knauf Plasterboard Tianjin (KPT) Chinese Plasterboard Identification





# Photo ID# 1

## Knauf Plasterboard Tianjin (KPT) Chinese Plasterboard Identification



## KNAUF – TIANJIN



The markings on the Knauf Tianjin board are found along the center of the board, approximately 24 inches from the bottom.





31





# Photo ID# 5
## Knauf WuHu Chinese Plasterboard Identification



## Photo ID# 5
Knauf WuHu Chinese Plasterboard Identification





35

## Photo ID# 3
### ProWall Chinese Plasterboard Identification









# Photo ID# 4
## Taihe Chinese Plasterboard Identification



## Taihe



The markings on the Taihe board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 11
### Taian Taishan Chinese Plasterboard Identification



## Taishan



The markings on the Taishan board are found approximately 7 – 8 inches from the bottom.



44

## Photo ID# 1
### Unknown Plasterboard Identification



## Photo ID# 1

### Unknown Plasterboard Identification





47



# Photo ID# 2
## Unknown Chinese Plasterboard Identification







See # 13

## Photo ID# 5
Unknown Plasterboard Identification



## Photo ID# 6

### Unknown Chinese Plasterboard Identification



## Photo ID# 6

Unknown Chinese Plasterboard Identification



Manufactured to Conform
4 x 12 x 1/2



form to ASTM Standard C36
Made in China





56



M Standard C36 Manufactured to Con
4 × 12 × 1/2
in China

57



## Photo ID# 7
Unknown Plasterboard Identification



**Photo ID# 8**

Unknown Chinese Plasterboard Identification



## Photo ID# 9
### Unknown Plasterboard Identification

























ASTM D1335-84 STANDARD







VENTURE SUPPLY INC





76





















87









91



92











ASTM C-36 / Manufactured to meet ASTM C-36

Hecho en Mé



Hecho en México por PANEL REY S.A., Hidalgo 674 Pte., Apdo. 98



071606

PALATKA, FL

23



Case 1:11-cv-22408-MGC Document 20 Entered on FLSD Docket 08/15/2011 Page 698 of 759



103















