**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**DECLARATION OF SHANNON R. WHEATMAN, PH.D. ON**
**UNDERLINE IMPLEMENTATION OF NOTICES AND NOTICE PLAN**

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.      I am president of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037.  My telephone number is (202) 686-4111.

2.      This declaration will describe the notices (the "Notice" or "Notices") and the notice program (the "Notice Program") implemented here for *In Re: Chinese-Manufactured Drywall Products Liability Litigation*, including why, based on my knowledge, experience, training, and education, I believe they were effective and satisfy the requirements of Federal Rule of Civil Procedure 23(c) and due process.

3.      This declaration is based upon my personal knowledge and upon information provided by Counsel, the court-appointed special masters, my associates, and staff, as well as my experience, training, and education.  The information is of a type reasonably relied upon in the fields of advertising, media and communications.

EXHIBIT 13 to Memorandum of Law in Support of Class Settlement

4.     KM was retained to design and implement the Notice Program in this Settlement. In my prior declaration, the Declaration of Shannon R. Wheatman, Ph.D. on Adequacy of Notices and Proposed Notice Plan dated August 19, 2019, submitted along with my C.V., I detailed my class action notice experience, expertise in the form and content of class action notice, and publications on notice and due process.   I also provided my educational and professional experience relating to class action notice programs and ability to render opinions on the overall adequacy of the Notice Program.  I submit this Declaration to describe the implementation of the Notice Program.

## **OVERVIEW**

5.     In developing the Notice Program, I determined that a mailing list of *Amorin* and *Brooke* Plaintiffs was available, and that it would be reasonable to implement an individual notification effort to reach them.  The details of the individualized notice program are described in ¶11- ¶13, below and the Declaration of XXX of BrownGreer filed concurrently with this Declaration.

6.     Coverage to reach Absent Class Members was done through paid media in states containing at least one property at issue in *Amorin* or *Brooke*.  The media program heavily targeted the six states that each have over 1% of the Chinese Drywall claimed by the *Amorin*/*Brooke* Plaintiffs (Florida, Louisiana, Alabama, Virginia, Mississippi, and Georgia; the "Top 6 States"). These six states combined account for over 90% of the known Chinese Drywall product at issue in this Settlement.  Florida and Louisiana account for 75.8% of the known Chinese Drywall and four other states (Alabama, Virginia, Mississippi, and Georgia) account for an additional 14.7% of the known product.[1]   The media program included one newspaper to cover each media market in Florida and Louisiana, ads on two lifestyle websites in Florida and Louisiana, Hispanic

---

[1] The breakdown by state is: Florida (62.0%), Louisiana (13.8%), Alabama (6.6%), Virginia (5.2%), Mississippi (1.8%), Georgia (1.1%).

newspapers for each media market in Florida,[2] and a national magazine and national digital media that reached all states affected by this litigation.  Additionally, a heavier concentration of statewide digital media was targeted to the Top 6 States.

7.     All forms of Notice are clear, concise, and in plain, easily understood language.

8.     As detailed below, in my opinion, the Notice Program represents the best notice practicable under the circumstances.

## NOTICE PROGRAM

9.     Although each case is unique, the methods and tools used in developing the Notice Program for this case have been employed in many other court-approved notice plans.

10.     In this case, the Notice Program was designed to reach the greatest practicable number of Class Members ensuring that they will be exposed to the Notice, to see, review and understand it.

### *Individual Notice*

11.     Individual Notice was the principal method of providing *Amorin* and *Brooke* Plaintiffs with opportunities to see, read, and understand their rights, and act if they so choose.

12.     Individual notice consisted of mailing the Long Form Notice to *Amorin* and *Brooke* Plaintiffs and their attorneys of record to inform them of their rights and how they may participate in the Settlement.  The mailing to the *Amorin* and *Brooke* Plaintiffs also included a Cover Letter and an Allocation Estimate.  BrownGreer sent 3,965 records.  Specific information regarding the mailing portion of the Notice Program is provided in the Declaration of Jacob S. Woody of BrownGreer filed concurrently with this Declaration.

---

[2] Hispanic population represents 26.1% of Florida, which is higher than the national average of 18.3%.  Source: www.census.gov.

13.     As described in the BrownGreer Declaration, notices that were returned as non-deliverable were re-mailed to any address indicated by the postal service in the case of an expired automatic forwarding order.  Each notice returned as non-deliverable, but for which a new address was not indicated by the postal service, was further searched through a third-party vendor to obtain a more current address.  If any such address was found, the Notice were re-mailed.  Overall, according to BrownGreer, after all mailings were completed, more than 99% of mailed notices were delivered.

### *Paid Media*

14.     To supplement the Individual Notice, KM implemented a paid media program to reach Absent Class Members.

15.     An Implementation Report for the Notice Program is attached as **Exhibit 1** and confirms that the Court-approved Notice Program was implemented.  The report details each advertisement and the date and page number upon which the advertisement appeared.  The report confirms that KM has received a true and correct copy of the advertisement, or "tearsheet," from each publication.[3]  A true and correct copy of the Publication Notice, or tearsheet, as it appeared in print is attached as **Exhibit 2**.

### *Print Media*

16.     A Publication Notice appeared one time, as a 1/3rd page ad in *People*, a national magazine.

17.     A Publication Notice appeared one time as a 1/6th page ad in the highest circulating newspapers in Florida and Louisiana:

| Title | Coverage | Circulation |
|-------|----------|-------------|
| *News Press* | Florida | 39,036 |

---

[3] Copies of the Notices as they appeared in each publication are available to the Court upon request.

| | | |
|---|---|---|
| *Gainesville Sun* | Florida | 16,717 |
| *Florida Times Union* | Florida | 37,041 |
| *Miami Herald* | Florida | 73,781 |
| *Orlando Sentinel* | Florida | 117,832 |
| *Panama City News Herald* | Florida | 15,514 |
| *Tallahassee Democrat* | Florida | 20,931 |
| *Tampa Bay Times* | Florida | 157,236 |
| *Palm Beach Post* | Florida | 56,540 |
| *Baton Rouge Advocate* | Louisiana | 97,321 |
| *Daily Advertiser* | Louisiana | 9,345 |
| *American Press* | Louisiana | 17,755 |
| *Monroe News Star* | Louisiana | 8,562 |
| *New Orleans Advocate* | Louisiana | 34,764 |
| *Shreveport Times* | Louisiana | 37,666 |

18.     A Publication Notice appeared one time as a 1/6th page ad in the top local Hispanic newspapers in Florida:

| Title | Circulation |
|---|---|
| *Nuevos Ecos* (Bi-weekly) | 10,000 |
| *Hola Noticias (Weekly)* | 6,100 |
| *El Clarin (Weekly)* | 180,000 |
| *El Sentinel (Weekly)* | 130,395 |
| *Centro Tampa (Weekly)* | 50,000 |
| *El Semanario Accion (Weekly)* | 45,000 |

### *Digital Media*

19.     KM deployed several digital tactics to reach Absent Class Members that delivered a total of 25,715,202 gross impressions.[4]  Attached as **Exhibit 3** are true and correct copies of the ads (includes examples of how the banner ad appeared on several websites).  Internet banner ads

---

[4] Gross Impressions are the duplicated sum of audiences of all digital media vehicles containing the Notice.

and text ads appeared as follows:

| Property/Network | Ad Type/Size | Geography | Description |
|---|---|---|---|
| *Florida Weekly* | 160x600, 300x250, 728x90 | Florida | Coverage includes news, entertainment, health, arts, business, automotive, and real estate. |
| *Louisiana Life* | 160x600, 300x250, 728x90 | Louisiana | Provides commentaries from Louisiana leaders, columns on safety, health, energy conservation, gardening, a calendar of events, and recipes. |
| *Premium Websites* | 160x600, 300x250, 728x90, 320x50 | Top 6 States | Ads placed on specific home or home improvement websites/outlets, including: coastalliving.com, diynetwork.com, hgtv.com, hometalk.com. |
| *Local News and Newspapers Sites* | 160x600, 300x250, 728x90, 320x50 | Top 6 States | Ads placed on a variety of news websites to reach homeowners, including: Tampa Bay Times, Sun-Sentinel, The Advocate, and American Press. |
| *Contextual Targeting* | 160x600, 300x250, 728x90, 320x50 | Top 6 States | Banner ads delivered to websites with editorial content that is most likely to be of interest to homeowners. Editorial content included home topics, home improvement related topics, or any other related items. |
| *Facebook* | Image & Ad Text | Top 6 States + National | Ads delivered via the newsfeed of Facebook users. |
| *Google Display Network* | 160x600, 300x250, 728x90, 320x50 | Top 6 States + National | Ads delivered via Google properties. |

### *Earned Media*

20.    On September 30, 2019, an earned media program was implemented to provide additional notice to Class Members. A nationwide press release was distributed on PR Newswire's US1 news circuit reaching 5,400 traditional media outlets (television, radio, newspapers,

magazines) and relevant trade publications and 4,000 national websites.  The release highlighted the toll-free telephone number and case website address, so that Class Members could obtain complete information.  A copy of the press release is attached as **Exhibit 4**.  The press release generated 134 exact matches[5] with a total potential audience of 58,158,611.  A copy of the media pickups by type is attached as **Exhibit 5**.

### *Settlement Website*

21.    The Settlement website enabled Class Members to get information about the Settlement, including the Long Form Notice and the Settlement Agreement.

22.    The website was updated at the URL www.ChineseDrywallSettlement.com to enable potential Class Members to get information about the Settlement.  As of November 27, 2019, there have been over 121,000 page views by more than 86,000 new users from all 50 States plus the District of Columbia, who visited the website.

### *Other*

23.    The toll-free phone number was updated allowing Class Members to call and request that a Settlement Notice be mailed to them or listen to frequently asked questions.  As of November 27, 2019, there have been more than 260 calls from 24 States to the toll-free number.

### NOTICE FORM AND CONTENT

24.    The Notices effectively communicated the required information about the Settlement.  All print advertising carried a phone number and the Settlement website address for potential Class Members to request or access the Long Form Notice.

25.    Federal Rule of Civil Procedure 23(c)(2) requires class action notices to be written in "plain, easily understood language."  KM applies the plain language requirement in drafting

---

[5] Exact matches are full text postings of the press release online.

notices in federal and state class actions.  All notice materials in this case were in plain, easily understood language.

26.     The Long Form Notice was mailed to Known Class Members and available at the website or by calling the toll-free number.   The Long Form Notice provided substantial information, including background on the issues in the litigation and all specific instructions Class Members need to follow to properly exercise their rights.   No important or required information was missing or omitted.  It was designed to encourage readership and understanding, in a well-organized and reader-friendly format.  The Long Form Notice was translated into Spanish and available by calling the toll-free number.

27.     The Publication Notice was designed to capture the Class Member's attention with clear, concise, plain language.  The plain language text provided important information regarding the subject of the litigation, the Class definition, and the legal rights available to Class Members. It directed readers to the settlement website for more information.  The basic important or required information was included and directed readers to avenues to access the long-form notice with additional information.    In fact, the Notice concisely and clearly stated, in plain easily understandable language, all required information, without omitting significant facts that Class Members need to understand their rights.  The Publication Notice was translated into Spanish.

## <u>CONCLUSION</u>

28. Based on my knowledge, experience, training, and education, it is my opinion that the Notice Program, as implemented, provided the best notice practicable under the circumstances.  It is consistent with the standards employed by KM in notification programs designed to reach known and unknown class members.   The Notice Program, as designed, fully complies with Federal Rule of Civil Procedure 23 and satisfies due process requirements.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Souderton, PA this 2nd day of December 2019.


_____

Shannon R. Wheatman, Ph.D.

# EXHIBIT 1

# Media Buy Report

**In re Chinese-Manufactured Drywall Products Liability Litigation**



## Media

### Print Media

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Magazine(s)** | | | | | |
| *People* | 1/3 Page | 28-Oct | 18-Oct | 42 | Yes |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspaper(s)** | | | | | |
| *News Press* | 1/6 Page | 16-Oct | 16-Oct | 19A | Yes |
| *Gainesville Sun* | 1/6 Page | 16-Oct | 16-Oct | B4 | Yes |
| *Florida Times Union* | 1/6 Page | 16-Oct | 16-Oct | B3 | Yes |
| *Miami Herald* | 1/6 Page | 16-Oct | 16-Oct | 18A | Yes |
| *Orlando Sentinel* | 1/6 Page | 16-Oct | 16-Oct | A14 | Yes |
| *Panama City News* | 1/6 Page | 16-Oct | 16-Oct | A6 | Yes |
| *Tallahassee Democrat* | 1/6 Page | 16-Oct | 16-Oct | 9A | Yes |
| *Tampa Bay Times* | 1/6 Page | 16-Oct | 16-Oct | 4A | Yes |
| *Palm Beach Post* | 1/6 Page | 16-Oct | 16-Oct | A10 | Yes |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspaper(s)** | | | | | |
| *Baton Rouge Advocate* | 1/6 Page | 16-Oct | 16-Oct | 7A | Yes |
| *Daily Advertiser* | 1/6 Page | 16-Oct | 16-Oct | 5A | Yes |
| *American Press* | 1/6 Page | 16-Oct | 16-Oct | A5 | Yes |
| *Monroe News Star* | 1/6 Page | 16-Oct | 16-Oct | 5A | Yes |
| *New Orleans Advocate* | 1/6 Page | 16-Oct | 16-Oct | 8A | Yes |
| *Shreveport Times* | 1/6 Page | 16-Oct | 16-Oct | 9A | Yes |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspaper(s)** | | | | | |
| *Nuevos Ecos* | 1/6 Page | 16-Oct | 16-Oct | 6 | Yes |
| *Hola Noticias* | 1/6 Page | 18-Oct | 18-Oct | 9 | Yes |
| *El Clarin* | 1/6 Page | 17-Oct | 17-Oct | 11 | Yes |
| *El Sentinel* | 1/6 Page | 19-Oct | 19-Oct | 11 | Yes |
| *Centro Tampa* | 1/6 Page | 18-Oct | 18-Oct | 4 | Yes |
| *El Semanario Accion* | 1/6 Page | 18-Oct | 18-Oct | 13 | Yes |

### Online Media

| | Ad Type/Size | Est. Delivered Impressions |
|---|---|---|
| **Web** | | 25,715,202 |
| Florida Weekly | Full Page Digital | |
| Louisiana Life | 728x90, 300x250, 160x600, 320x50 | |
| Premium Websites | 728x90, 300x250, 160x600, 320x50 | |
| Local News and Newspapers Sites | 728x90, 300x250, 160x600, 320x50 | |
| Contextual Targeting | 728x90, 300x250, 160x600, 320x50 | |
| Facebook.com | 254x133 | |
| Google Display Network/YouTube | 728x90, 300x250, 160x600, 320x50 | |

# EXHIBIT 2

## Chinese Drywall Settlement

### Your Rights Could be Affected

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**

The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**

The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**

Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**

If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
1-866-573-6691
ChineseDrywallSettlement.com



## HOMERUNS
### start with a home.

Better Homes and Gardens® Real Estate is here to help you find the perfect home in which to bring your dreams to life.

## EXPECT BETTER®

©2019 Better Homes and Gardens Real Estate LLC. All rights reserved. Better Homes and Gardens®, the Better Homes and Gardens Real Estate Logo and Expect Better® are service marks owned by Meredith Corporation and licensed to Better Homes and Gardens Real Estate LLC. ⌂ Each franchise is independently owned and operated.

SOLD

Better Homes and Gardens
REAL ESTATE

bhgre.com


**People picks**



# The Best New Books
A mother with shocking boundary issues, a donkey with pluck to spare and a story of kidnapping and survival in Nigeria

Edited by **Kim Hubbard**

**book of the week**

## Adrienne Brodeur
### *Wild Game*
MEMOIR

A Cape Cod childhood was cut short the night the author's mother raced into her daughter's bedroom to confide that she had just kissed her husband's best friend. This man and his wife dined often with the family—now, at 14, Adrienne was charged with orchestrating their trysts. Guarding her mom's secret into adulthood, Adrienne was cruelly isolated from everyone else in her life—until she made a decision with explosive consequences. This electrifying, gorgeously written memoir will hold you captive until the last word.



## Christopher McDougall
### *Running with Sherman*
NONFICTION

When a dung-covered donkey hobbled by overgrown hooves turns up at McDougall's Pennsylvania farm, he doesn't think the animal will survive. But with a host of help, the author nurses the visitor he names Sherman back to health, and the pair train for a burro race up and over a Colorado mountain. An inspiring—and laugh-out-loud—account of healing.

## Edna O'Brien
### *Girl*
NOVEL

Maryam is plunged into the terrifying world of Nigerian jihadis (think Boko Haram) when she's kidnapped from her school and brutalized. She eventually makes a harrowing escape, only to realize that oppression has many other faces. O'Brien's portrait of war, powerfully narrated by Maryam against a rich backdrop of cultural rituals and myths, is downright haunting.

## Q&A
### Adam Rippon
In a silly-serious new memoir, *Beautiful on the Outside*, the 2018 Olympic medalist and *Dancing with the Stars* champ, 29, tells all




BEAUTIFUL ON THE OUTSIDE
ADAM RIPPON

**What does the book title mean to you?**
I wanted something a little outrageous, so you would know it was a book that would be filled with a lot of jokes. But the greater meaning is that for a really long time, I didn't want anybody to see my flaws—and once I was able to poke fun at myself, I was able to embrace imperfection.

**Your breakthrough came later than other Olympians'.**
At first I didn't even realize that I was the oldest first-time athlete going to the Olympics in figure skating since the 1920s or '30s. For a really long time I felt like because it didn't happen then, it's never going to happen. When I didn't focus on what other people had done and I focused on what I thought I could do, I had my success.

**Do you think you're a role model?**
I want people to laugh, but I want them to be a little bit inspired. You don't need to worry about the timeline of other people. —**ADAM CARLSON**

CONTRIBUTORS BOOKS Lisa Greissinger, Claire Martin, Marion Winik   43

# LOCALES

## DECLARAN CULPABLE A MAESTRA HISPANA



*Maria Otilia Rivera, culppable de vender drogas a estudiantes*

Declaran culpable de dos cargos de posesión de sustancias controladas con intención de vender a 100 pies de un centro escolar mas un cargo de venta de sustancias controladas y dos cargos de contribuir a la delincuencia de un menor, a una maestra hispana.

La oficina del Alguacil del condado Hendry comenzó la investigación en 2017 que revelo que Maria Otilia Rivera de 37 años, una maestra de escuela intermedia, vendió drogas ilegales a dos estudiantes de 12 y 14 años.

Rivera sacaba a las estudiantes del centro escolar para enseñarles como preparar e ingerir las drogas. La investigación indico que las niñas nunca habían usado drogas anteriormente.

En otra ocasión, Rivera tomo dinero de un estudiante mientras se encontraba en la escuela prometiéndole que le entregaría la droga el próximo día. La oficina del Alguacil del condado Hendry fue alertada de lo que sucedía y pudo interrumpir la transacción. En esa ocasión se confiscaron sustancias controladas en posesión de Rivera.

La sentencia de Rivera esta programada para el 16 de Octubre en LaBelle. La mujer enfrenta hasta 35 años de cárcel.

## CONFERENCIA DE PREVENCIÓN Y RESPUESTA ANTE UNA AMENAZA ACTIVA

El Alguacil del condado Lee Carmine Marceno y el Superintendente de Distrito Escolar delCOndo Lee, Dr. Gregory Adkins se unen para ofrecer una conferencia de Prevención y respuesta para los padres de los alumnos.

El seminario bajo el nombre de " Amenaza Activa: Prevención y respuesta para los padres" trata de mantener a los alumnos y la comunidad segura.

El seminario se dividirá en tres segmentos como

-signos, señales y síntomas de una amenaza potencial y como identificarlos.

-Actualizaciones de los entrenamientos mandatorios ante una situación de tiroteo activo en la que los estudiantes y los maestros están participando.

-Un panel de discusión para abordar preguntas frecuentemente realizadas

El seminario se llevara a cabo el Sábado 21 de Septiembre de 10:00 am a 12:30 pm en el teatro Barbara B Mann. La dirección del teatro es 13350 FSW Parkway, Fort Myers FL, 33919.

El seminario es gratis sin embargo, un ticket de entrada es requerido. Regístrese hoy ya que el cupo es limitado. Para registrarse visite el sitio web de la oficina del Alguacil. Para mas información comuníquese con la Unidad de repuesta a la comunidad al 239-258-3280.



**ACOMPAÑENOS PARA DARLE LA BIENVENIDA A**

### Betsabee A. Castillo Guerrero, MD
American Board of Pediatrics



**FIRST CHOICE KidCare** Where your kids health is #1.

Quien se une a nuestro equipo de **Family Health Centers** en **First Choice Kid Care**
**930 South Main Street, Labelle, FL 33935**
Lunes a Viernes 8AM - 5PM



### Betsabee A. Castillo Guerrero, MD
Pediatrá

Para una cita llame hoy al
# 844-342-7935
F H C - S W F L

Se acepta Medicaid y la mayoría de los seguros. Descuentos basados en Ingresos.

**Honrado con el premio PATH a la excelencia por la calidad de la atención**

Aviso legal

## Acuerdo de Conciliación para los Paneles de Yeso Chinos
### *Sus derechos podrían verse afectados*

Se ha llegado a una Conciliación con la Compañía Taishan Gypsum y con otras entidades (los "Demandados") en demandas colectivas relacionadas con paneles de yeso importados desde China. Las demandas sostienen que los paneles de yeso causaron daños y perjuicios a la propiedad y lesiones personales. Los Demandados niegan haber actuado en forma incorrecta.

**¿Quiénes están incluidos?**

La Conciliación comprende a los dueños de propiedades que tienen los Paneles de Yeso Chinos que se atribuyen a los Demandados. Visite ChineseDrywallSettlement.com (el "sitio web") si desea una descripción completa del Grupo de Demandantes y una Hoja de Cálculos Maestra de los Miembros Conocidos del Grupo Colectivo.

**¿Qué se ofrece en la Conciliación?**

Los Demandados contribuirán $248 millones al Fondo de la Conciliación. Los Demandantes que califiquen recibirán pagos de conformidad con lo que estipule un Modelo de Asignación (más información disponible en el sitio web). La Cantidad Asignada indemnizará los daños y perjuicios por remediación y otras reclamaciones por pérdidas. No habrá ningún pago por lesiones personales o corporales, aunque tales

reclamaciones quedarán eximidas por esta Conciliación.

**¿Cómo puedo obtener un pago?**

Los demandantes que no aparezcan en la Hoja de Cálculos Maestra que consta en el sitio web deben presentar un Formulario de Reclamación en línea o por correo. El plazo para presentar una Reclamación no será anterior al **11 de diciembre de 2019** y se actualizará en el sitio web.

**¿Cuáles son mis derechos?**

Si usted no aparece en la Hoja de Cálculos Maestra y no hace nada, no será considerado para recibir ningún pago y quedará proscrito para demandar a los Demandados en forma individual. Si desea conservar su derecho de demandar a los Demandados en forma individual, debe excluirse antes del **27 de noviembre de 2019.** Si desea objetar la Conciliación, debe hacerlo antes del **27 de noviembre de 2019.**

El Tribunal llevará a cabo una audiencia el día 11 de diciembre de 2019 para decidir si aprobará la Conciliación. Los Abogados del Grupo Colectivo también solicitarán honorarios de abogados, costos y gastos que no superarán el 33 % del Fondo del acuerdo. Usted o su propio abogado podrán comparecer y hablar en la audiencia, asumiendo el gasto.

**Para obtener más información:**
**1-866-573-6691   ChineseDrywallSettlement.com**

# EXHIBIT 3



**Newsweek**

ALL ELITE WRESTLING DYNAMITE PREMIERE: MATCHES, HOW TO WATCH AND EVERYTHING YOU ... ☰

## SPORTS

# ALL ELITE WRESTLING DYNAMITE PREMIERE: MATCHES, HOW TO WATCH AND EVERYTHING YOU NEED TO KNOW

BY **PHILLIP MARTINEZ** ON 10/1/19 AT 3:25 PM EDT



A COLLECTION OF GROUNDBREAKING STORIES

SHARE f ✗ t in P 🔴 ✉

SPORTS   ALL ELITE WRESTLING



**$248 Million Chinese Drywall Settlement:**

*Your Rights Could Be Affected*

www.ChineseDrywallSettlement.com



**NEWS**   IMPEACHMENT INQUIRY   POLITICS   U.S. NEWS   BUSINESS   WORLD   TECH & MEDIA   OPINION   HEALTH   ☰

**$248 Million Chinese Drywall Settlement:**
*Your Rights Could Be Affected*
www.ChineseDrywallSettlement.com





SCIENCE

**Search for 'missing matter' predicted by Einstein's theory closes in**

SPACE

**First astronaut from UAE launches to space station**



SPACE

**Venus may have been habitable for 3 billion years, before mysterious climate shift**

# EXHIBIT 4

# $248 Million Chinese Drywall Settlement Affects Property Owners

NEWS PROVIDED BY
**Settlement Class Counsel and Taishan Gypsum Company** →
Sep 30, 2019, 09:10 ET

PHILADELPHIA, Sept. 30, 2019 /PRNewswire/ -- The following is being released by Settlement Class Counsel and Taishan Gypsum Company and other entities in the Chinese Drywall Settlement.

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China.  The lawsuits claim that the drywall caused property damage and other injuries.  The Defendants deny that they did anything wrong.

The Settlement includes property owners with Chinese Drywall attributed to the Defendants.  Go to www.ChineseDry-wallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet listing Known Class Members with Chinese Drywall covered by the Settlement.  Anyone interested in participating in the settlement who is not already listed on the Master Spreadsheet must submit a Claim Form online or by mail.  The deadline to submit a claim will be no earlier than **December 11, 2019**, and will be updated on the website.

The Defendants will contribute $248 million into a Settlement Fund.  Eligible claimants will receive payments according to an Allocation Model (more information at website).  Any approved payment will compensate for remediation damages and other loss claims.

Anyone not listed on the Master Spreadsheet who does nothing will not be considered for any payment and will be barred from individually suing the Defendants.  Anyone who wants to keep any right to individually sue the Defendants must exclude themselves from the Settlement by **November 27, 2019**.  Class Members who want to object to the Settlement must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019**, to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. Class Members or their own lawyers may appear and ask to speak at the hearing at their own expense.

For More Information and a Detailed Notice, please visit www.ChineseDrywallSettlement.com or call 1-866-573-6691.

SOURCE Settlement Class Counsel and Taishan Gypsum Company

# EXHIBIT 5

# Pickup

## Overview

| TOTAL PICKUP | 134 |
|---|---|
| Exact Match | **134** postings |

| TOTAL POTENTIAL AUDIENCE | 58M |
|---|---|
| Exact Match | **58M** visitors |

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type



- Broadcast Media (44/32.8%)
- Online News Sites & Other Influencers (40/29.9%)
- Newspaper (34/25.4%)
- Financial News Service (8/6.0%)
- News & Information Service (2/1.5%)
- Other (6/4.5%)

## Total Pickup by Industry



- Media & Information (108/80.6%)
- Financial (19/14.2%)
- Business Services (2/1.5%)
- Multicultural & Demographic (2/1.5%)
- Policy & Public Interest (1/0.7%)
- Other (2/1.5%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **134** exact matches with a total potential audience of **58,158,611**.

| Logo | Outlet Name | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|
| MarketWatch | MarketWatch<br>Online 🖥 View Release | United States | Financial News Service | Financial | 16,341,607 visitors/month |
| MORNINGSTAR | Morningstar<br>Online 🖥 View Release | United States | Financial Data, Research & Analytics | Financial | 9,442,294 visitors/month |
| PR Newswire | PR Newswire<br>Online 🖥 View Release | United States | PR Newswire | Media & Information | 9,372,666 visitors/month |
| 69 NEWS | WFMZ-TV IND-69 [Allentown, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,098,364 visitors/month |
| NewsOn6.com | KOTV-TV CBS-6 [Tulsa, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,056,942 visitors/month |

| | | | | |
|---|---|---|---|---|
| Yahoo! Finance<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 1,834,222 visitors/month |
| Daily Herald [Chicago, IL]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,555,913 visitors/month |
| Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,537,817 visitors/month |
| Benzinga<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 1,537,078 visitors/month |
| ADVFN Germany<br>Online 🖥 View Release | Germany | Financial News Service | Financial | 1,136,694 visitors/month |
| WBBH-TV NBC-2 [Fort Myers, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 870,274 visitors/month |
| KWTV-TV CBS-9 [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 854,368 visitors/month |
| KAKE-TV ABC [Wichita, KS]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 848,576 visitors/month |
| Realty Times<br>Online 🖥 View Release | Canada | Trade Publications | Real Estate | 828,342 visitors/month |
| VB Profiles<br>Online 🖥 View Release | United States | News & Information Service | Business Services | 610,488 visitors/month |
| Minyanville<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 455,400 visitors/month |
| WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 433,550 visitors/month |
| One News Page Global Edition<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Media & Information | 433,131 visitors/month |
| WRCB-TV NBC-3 [Chattanooga, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 430,946 visitors/month |
| WVIR-TV NBC-29 [Charlottesville, VA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 316,720 visitors/month |

| | | | | |
|---|---|---|---|---|
| KITV-TV ABC [Honolulu, HI]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 315,842 visitors/month |
| NewsBlaze US<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Media & Information | 189,533 visitors/month |
| WZVN-TV ABC-7 [Fort Myers, FL]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 183,723 visitors/month |
| myMotherLode.com [Sonora, CA]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 181,414 visitors/month |
| KTVN-TV CBS-2 [Reno, NV]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 157,502 visitors/month |
| WFMJ-TV NBC-21 [Youngstown, OH]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 157,337 visitors/month |
| WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
| Townhall Finance<br>Online 🖵 View Release | United States | Financial News Service | Media & Information | 156,085 visitors/month |
| Tamar Securities<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| FinancialContent - PR Newswire<br>Online 🖵 View Release | United States | Financial News Service | Media & Information | 156,085 visitors/month |
| IBTimes<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 156,085 visitors/month |
| Rockford Register Star [Rockford, IL]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | 156,085 visitors/month |
| Great American Financial Resources<br>Online 🖵 View Release | United States | News & Information Service | Financial | 156,085 visitors/month |
| Franklin Credit Management<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| Value Investing News<br>Online 🖵 View Release | United States | Financial News Service | Financial | 156,085 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
|  | Dow Theory Letters<br>Online 🖥 View Release | United States | Banking & Financial Institutions | Financial | 156,085 visitors/month |
|  | Daily Penny Alerts<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
|  | KVOR 740-AM [Colorado Springs, CO]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
|  | KARN 102.9-FM [Little Rock, AR]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
|  | Benefit Plans Administrative Services<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
|  | Ascensus<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
|  | 1st Discount Brokerage<br>Online 🖥 View Release | United States | Financial News Service | Financial | 156,085 visitors/month |
|  | WLNE-TV ABC-6 [Providence, RI]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 151,699 visitors/month |
|  | KLKN-TV ABC-8 [Lincoln, NE]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 150,562 visitors/month |
|  | WICU-TV NBC-12 / WSEE-TV CBS-35 [Erie, PA]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 146,051 visitors/month |
|  | The Chronicle Journal [Thunder Bay, ON]<br>Online 🖥 View Release | Canada | Newspaper | Media & Information | 132,751 visitors/month |
|  | Ticker Technologies<br>Online 🖥 View Release | United States | Financial News Service | Financial | 95,258 visitors/month |
|  | InvestorPoint.com<br>Online 🖥 View Release | United States | Trade Publications | Financial | 82,761 visitors/month |
|  | RFD-TV [Nashville, TN]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 75,301 visitors/month |

| | | | | |
|---|---|---|---|---|
| WENY-TV [Horseheads, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 58,862 visitors/month |
| KUAM-TV NBC-8 / CBS-11 [Hagatna, Guam]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 56,423 visitors/month |
| My Silly Little Gang<br>Online 🖥 View Release | United States | Blog-Parental Influencers | Retail & Consumer | 52,674 visitors/month |
| WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 45,701 visitors/month |
| Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 36,386 visitors/month |
| The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 34,197 visitors/month |
| Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 32,336 visitors/month |
| Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 26,660 visitors/month |
| The Saline Courier [Benton, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 15,041 visitors/month |
| Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,983 visitors/month |
| The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,763 visitors/month |
| Axcess News<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 13,491 visitors/month |
| The Punxsutawney Spirit [Punxsutawney, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,490 visitors/month |
| Mammoth Times [Mammoth Lakes, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 13,060 visitors/month |
| Inyo Register [Bishop, CA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,530 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | KFAQ-AM 1170 [Tulsa, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 12,484<br>visitors/month |
| | Malvern Daily Record [Malvern, AR]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,331<br>visitors/month |
| | Borger News Herald [Borger, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 12,090<br>visitors/month |
| | Ridgway Record [Ridgway, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 11,964<br>visitors/month |
| | ProfitQuotes<br>Online 🖥 View Release | United States | Financial News Service | Financial | 10,356<br>visitors/month |
| | 100.7-FM The Score [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 10,156<br>visitors/month |
| | KTTU-FM 97.3 Double T [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 9,802<br>visitors/month |
| | The Evening Leader [St. Marys, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 9,060<br>visitors/month |
| | Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 8,430<br>visitors/month |
| | Ask.com<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 8,120<br>visitors/month |
| | KQCW-TV CW-12/19 [Tulsa, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 7,815<br>visitors/month |
| | Telemundo Lubbock [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,981<br>visitors/month |
| | The SPIRIT<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 6,969<br>visitors/month |
| | KXTQ-FM 106.5 Magic [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,565<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| LATIN BUSINESS TODAY | Latin Business Today<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 6,493 visitors/month |
| FOX·34.com | KJTV-TV FOX-34 [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,310 visitors/month |
| FOX 21 DELMARVA | WBOC-TV FOX-21 [Salisbury, MD]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 6,182 visitors/month |
| LUBBOCK CW | KLCW-TV Lubbock CW [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 5,892 visitors/month |
| Sweetwater Reporter | Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 5,097 visitors/month |
| 98.5 KVOO | KVOO-FM 98.5 [Tulsa, OK]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 4,388 visitors/month |
| CityRoom www.cityroom.com | Warren and Hunterdon Counties CityRoom [Warren County, NJ]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| CityRoom www.cityroom.com | Greater Philadelphia CityRoom [Philadelphia, PA]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| CityRoom www.cityroom.com | El Paso CityRoom [El Paso, TX]<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| TIMES RECORD | Valley City Times-Record [Valley City, ND]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 3,320 visitors/month |
| MorningNews | The Morning News [Blackfoot, ID]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,703 visitors/month |
| CW W8CB | WBCB-TV CW-21 (Youngstown, OH)<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,652 visitors/month |
| 107.7 YES | KLZK-FM 107.7 YES FM [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 2,476 visitors/month |
| The Antlers AMERICAN | The Antlers American [Antlers, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,353 visitors/month |
| FAT PITCH FINANCIALS | Fat Pitch Financials<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Financial | 2,251 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| | The Kane Republican [Kane, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 2,177 visitors/month |
| | KMYL-TV MyLubbock-TV [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,781 visitors/month |
| | Oldies 97.7 FM [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,716 visitors/month |
| | KLBB-FM 93.7 The Eagle [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 1,680 visitors/month |
| | Minster Community Post [Minster, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,592 visitors/month |
| | Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 1,097 visitors/month |
| | Manhattanweek<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | 931 visitors/month |
| | The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 895 visitors/month |
| | The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 626 visitors/month |
| | Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 227 visitors/month |
| | Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | United States | Newspaper | Media & Information | 193 visitors/month |
| | Marketplace<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | 69 visitors/month |
| Zambia News Network | Zambia News Network<br>Online 🖥 View Release | Zambia | Online News Sites & Other Influencers | Media & Information | |
| Uganda News Releases | Uganda News Releases<br>Online 🖥 View Release | Uganda | Online News Sites & Other Influencers | Media & Information | |
| Togo Press Gazette | Togo Press Gazette<br>Online 🖥 View Release | Africa | Online News Sites & Other Influencers | Media & Information | |

| Sierra Leone Press | Sierra Leone Press<br>Online 🖥 View Release | Sierra Leone | Online News Sites & Other Influencers | Media & Information | |
| Seychelles News Gazette | Seychelles News Gazette<br>Online 🖥 View Release | Seychelles | Online News Sites & Other Influencers | Media & Information | |
| Saint Helena News Express | Saint Helena News Express<br>Online 🖥 View Release | Saint Helena | Online News Sites & Other Influencers | Media & Information | |
| Syria News Gazette | Syria News Gazette<br>Online 🖥 View Release | Syria | Online News Sites & Other Influencers | Media & Information | |
| Oman News Gazette | Oman News Gazette<br>Online 🖥 View Release | Oman | Online News Sites & Other Influencers | Media & Information | |
| Mozambique Tribune | Mozambique Tribune<br>Online 🖥 View Release | Mozambique | Online News Sites & Other Influencers | Media & Information | |
| Mauritania Tribune | Mauritania Tribune<br>Online 🖥 View Release | Mauritania | Online News Sites & Other Influencers | Media & Information | |
| Liberia Wire | Liberia Wire<br>Online 🖥 View Release | Liberia | Online News Sites & Other Influencers | Media & Information | |
| JOT/UP | Jotup<br>Online 🖥 View Release | Global | Online News Sites & Other Influencers | Business Services | |
| IU INVERTIRUSA | Invertir USA<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| Green KONTRACTOR | Green Kontractor<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| Emirates Press Releases | Emirates Press Releases<br>Online 🖥 View Release | United Arab Emirates | Online News Sites & Other Influencers | Media & Information | |
| Djibouti News Gazette | Djibouti News Gazette<br>Online 🖥 View Release | Djibouti | Online News Sites & Other Influencers | Media & Information | |
| Cameroon Online News | Cameroon Online News<br>Online 🖥 View Release | Cameroon | Online News Sites & Other Influencers | Media & Information | |
| 1stCounsel Legal News. Content Marketing. | 1stCounsel<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Policy & Public Interest | |
| One News Page | One News Page Unites States Edition<br>Online 🖥 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| 96.9 LUBBOCK'S 80s COUNTRY & MORE! | 96.9-FM The Bull [Lubbock, TX]<br>Online 🖥 View Release | United States | Broadcast Media | Media & Information | |

| | | | | |
|---|---|---|---|---|
| KHTT-FM 106.9 [Tulsa, OK]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | |
| DatelineCarolina<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Media & Information | |
| KXBL-FM 99.5 [Tulsa, OK]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | |
| KBEZ-FM 92.9 [Tulsa, OK]<br>Online 🖵 View Release | United States | Broadcast Media | Media & Information | |
| IBTN9 US<br>Online 🖵 View Release | Global | Online News Sites & Other Influencers | Media & Information | |
| Winslow, Evans & Crocker<br>Online 🖵 View Release | United States | Online News Sites & Other Influencers | Financial | |
| The Daily Press [St. Marys, PA]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | |
| Big Spring Herald [Big Spring, TX]<br>Online 🖵 View Release | United States | Newspaper | Media & Information | |

# Traffic

## Overview
### Total Release Views & Web Crawler Hits **2.2K**

| | | |
|---|---|---|
| RELEASE VIEWS | MULTIMEDIA | WEB CRAWLER HITS |
| 254 | 0 | 1.9K |

| | |
|---|---|
| **Media Views** | **50 views** |
| **Public Views** | **204 views** |
| Partner Sites | 101 views |
| PR Newswire Channels | 103 views |

## Release Views
### Release Views Over Time



# Media Views on PR Newswire for Journalists

## Top 10 Outlets



## Views on Partner Sites

### Top 10 Sites



## Traffic to PR Newswire Properties

### Type of Views

### Views

| Type | Views |
| --- | --- |
| **Total Views on PR Newswire Properties** | **103** |



| Type | Views |
|---|---|
| Desktop Views | 64 |
| Mobile/Tablet Views | 39 |
| **Total Views on PR Newswire Properties** | **103** |

■ Desktop Views
■ Mobile/Tablet Views

## External Traffic Sources
Understand how viewers found your release.

| Source | Source Type | Instances |
|---|---|---|
| Direct | Direct | 28 |
| Google | Search Engine | 55 |
| Facebook | Social Media | 2 |
| prnewswire.com | PR Newswire Properties | 16 |
| manager.cloud.ipdgroup.com | Other Sites | 2 |
| **Total** | | **103** |



■ Direct   ■ Search Engine
■ Social Media
■ PR Newswire Properties
■ Other Sites

## Search Engine Keywords
The search terms that visitors to your release use to find it. Note that Google increasingly does not make this data available.

### Google keywords not available: 53

| Search Engine | Search Term | Instances |
|---|---|---|
| Google | drywall | 2 |
| **Total** | | **2** |

# Audience

## Overview

| VIEWS FROM IDENTIFIED AUDIENCES | **73** |
| --- | --- |

| AP & INFLUENCER LIST RECIPIENTS | **1K** |
| --- | --- |

| **Media Views** | **50** |
| --- | --- |
| **Organization Views** | **23** |

| **Wire Distribution / AP Outlets** | **1K** |
| --- | --- |

## Audience Summary

### Media Demographics

A break down of the industries covered, the media types and the locations of the journalists & bloggers accessing your release on PR Newswire for Journalists.

## Top Industries



## Top Media Types



## Top Countries



Legend:
- United States
- United Kingdom
- Switzerland
- Canada
- Australia
- The rest

### Geo-segmentation

See where views of your release originated.

Select a region:

World View

## Views by country



## Views by state



## Views by province



> 0
1 - 10
10 - 30
30 - 100
100 - 300
300 - 1 000
> 1 000

## Views by country




> 0
1 - 10
10 - 30
30 - 100
100 - 300
300 - 1 000
> 1 000

## Views by country



## Views by country

# Audience Details

## Media Views

See the details of each media outlet from PR Newswire for Journalists that viewed your release.

| Outlet | Industry | Source Type | Country | Views |
|--------|----------|-------------|---------|-------|
| **Total** | | | | **50** |

| | | | | |
|---|---|---|---|---|
| Argus Media Group | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| Word Geek Media | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Freelance/Writer | United States | 1 |
| ThomasNet News | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Consumer Periodicals | United States | 1 |
| MMP USA | Consumer Products, Environment, General Business, Healthcare, Technology, Travel | Television | United States | 1 |
| The Morning Call | Public Issues | Newspaper | United States | 1 |
| Philly.com | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States | 1 |
| WPMT | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | United States | 1 |
| Reuters | Other | Wire Service | United States | 1 |
| Linkator Ltd | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United Kingdom | 1 |
| The Legal Intelligencer | General Business | Newspaper | United States | 1 |
| NewsRx | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Web/On-Line Service | United States | 1 |
| PR Newswire | Other | Wire Service | United States | 1 |
| FreightWaves | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Trade Periodicals | United States | 1 |
| **Total** | | | | **50** |

| | | | | |
|---|---|---|---|---|
| The Zebra Press | Consumer Products, Entertainment, Environment, Features, General Business, Healthcare, Media, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United States | 1 |
| El Vocero | Entertainment, Financial Services, General Business, Public Issues, Travel | Newspaper | Puerto Rico | 1 |
| Philadelphia Business Journal | Consumer Products, Energy, Financial Services, General Business, Healthcare, Media, Other, Sports, Technology, Transportation, Travel | Newspaper | United States | 1 |
| PA Media Group | General Business | Newspaper | United States | 1 |
| Law360 (Portfolio Media) | Energy | Web/On-Line Service | United States | 1 |
| Cision (PR Newswire) | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Blogger, Consumer Periodicals, Freelance/Writer, Newspaper, Other, Radio, Television, Trade Periodicals, Web/On-Line Service, Wire Service | United States | 1 |
| Global Legal Post | Other | Blogger | United Kingdom | 1 |
| ABC | Auto, Broadcast, Consumer Products, Energy, Entertainment, Environment, Features, Financial Services, General Business, Healthcare, Heavy Industry, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Television | United States | 1 |
| Owlmedia | Environment, Healthcare, Heavy Industry, Technology | Freelance/Writer, Trade Periodicals | United Kingdom | 1 |
| Delion | Environment, Financial Services, General Business, Other, Technology | Blogger, Newspaper | Canada | 1 |
| The Washington Post | Consumer Products, Environment, Financial Services, General Business, Public Issues | Newspaper | United States | 1 |
| Daily News | Other | Other | South Africa | 1 |
| Sing Tao Daily Toronto Edition | Other | Newspaper | Canada | 1 |
| Freelancer | Other | Trade Periodicals | United States | 1 |
| http://gay_blog.blogspot.com/ | Other, Travel | Web/On-Line Service | United States | 1 |
| PR | Technology | Other | Malaysia | 1 |
| Silver Marketing Group | Auto, Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Other, Public Issues, Sports, Technology, Transportation, Travel | Consumer Periodicals, Newspaper, Trade Periodicals, Web/On-Line Service | United States | 1 |
| heart & soul | Entertainment, Healthcare, Travel | Consumer Periodicals, Radio, Web/On-Line Service | United States | 1 |
| **Total** | | | | **50** |

| | | | | |
|---|---|---|---|---|
| Feather River Bulletin | Other | Newspaper | United States | 1 |
| Walla Walla Union Bulletin | Features, Healthcare, Technology | Newspaper | United States | 1 |
| Formula 4 Media / Sports Insight Extra | Broadcast, Consumer Products, Entertainment, Healthcare, Media, Sports | Blogger, Consumer Periodicals, Freelance/Writer, Other, Web/On-Line Service, Wire Service | United States | 1 |
| WSAZ | Financial Services | Television | United States | 1 |
| Pittsburgh Business Times | Broadcast, Consumer Products, Energy, Entertainment, Features, Financial Services, Healthcare, Media, Public Issues, Sports, Technology, Transportation, Travel | Newspaper | United States | 1 |
| New York 1 News | Other | Television | United States | 1 |
| SNL Energy | Energy | Trade Periodicals | United States | 1 |
| Economic Review | Auto, Energy, Features, Financial Services, Media, Public Issues, Sports | Freelance/Writer, Newspaper, Trade Periodicals | Pakistan | 1 |
| Okinawa Marine | Broadcast, Environment, Features, Financial Services, Media, Public Issues, Technology, Transportation, Travel | Freelance/Writer, Newspaper, Web/On-Line Service, Wire Service | Japan | 1 |
| Gaceta UNAM | Environment, Features, Healthcare, Media, Public Issues, Sports, Travel | Newspaper, Web/On-Line Service | Mexico | 1 |
| The Kyle & Jackie O Show | Broadcast, Consumer Products, Entertainment, Features, Media, Other, Public Issues, Technology | Radio | Australia | 1 |
| EMS Chemie AG | Auto, Consumer Products, General Business, Technology | Other | Switzerland | 1 |
| Coelum | Other | Consumer Periodicals, Web/On-Line Service | Italy | 1 |
| News Aktuell | Other | Wire Service | Switzerland | 1 |
| Kingsport Times-New | Other | Newspaper | United States | 1 |
| Randall-Reilly Publishing Co. | Transportation | Trade Periodicals | United States | 1 |
| Freelancer | Entertainment, Features, Healthcare | Freelance/Writer, Newspaper | United States | 1 |
| Houston Chronicle | Features | Newspaper | United States | 1 |
| WESA-FM | Other | Other | United States | 1 |
| **Total** | | | | **50** |

# Organization Views
See which organizations have viewed your release

| Organization | Headquarters | Country | Location | Parent Organization | Industry | Views ∨ |
|---|---|---|---|---|---|---|
| Robbins Geller Rudman & Dowd LLP | 655 West Broadway | | UNITED STATES | | | 2 |
| Alston & Bird, LLP | 1180 West Peachtree Street NW | | UNITED STATES | | | 2 |
| Portfolio Recovery Associates | 120 CORPORATE BLVD | US | UNITED STATES | Portfolio Recovery Associates , Inc. | Business Services | 2 |
| Software Technology Parks of India | | IN | INDIA | STPI Bengaluru | Business Services | 2 |
| United States Postal Service. | 4200 Wake Forest Road | US | UNITED STATES | USPS | Government | 2 |
| Towers Watson Pennsylvania Inc. | 901 N Glebe Road | US | UNITED STATES | Watson Wyatt Worldwide, Inc. | Business Services | 2 |
| Opoint AS | Akersgata 28 A Sentrum | NO | SWEDEN | Opoint AS | Software & Internet | 1 |
| Facebook, Inc. | 1601 Willow Rd. | US | UNITED STATES | Facebook | Software & Internet | 1 |
| GYPSUM ASSOCIATION | | US | UNITED STATES | Gypsum Association | Non-Profit | 1 |
| HOGAN HARTSON | 555 NW 13TH ST | US | UNITED STATES | Hogan & Hartson LLP | Law Firms & Legal Services | 1 |
| BIN Thomas04122013120738802 | Hosting Center Address | | UNITED STATES | | | 1 |
| XINHUA NEWS AGENCY (NORTH AMERICA) | 1540 BROADWAY Floor 44TH | US | UNITED STATES | | | 1 |
| Quest Workspaces | 8200 NW 41st St | US | UNITED STATES | Quest Workspaces | Real Estate & Construction | 1 |
| YouTube, LLC | Attn: EngIntegration 1600 Amphitheatre Parkway | US | UNITED STATES | YouTube | Software & Internet | 1 |
| JPMorgan Chase & Co. | 120 Broadway | US | UNITED STATES | Chase | Financial Services | 1 |
| California Department of Corrections | P O Box 942883 | US | UNITED STATES | California Department of Corrections | Government | 1 |
| Centennial College | 941 Progress Avenue | CA | CANADA | Centennial College | Education | 1 |
| **Total** | | | | | | **23** |

# Associated Press Outlets
Every PR Newswire U.S. wire newsline includes targeted distribution to the Associated Press, an essential global news network that delivers content to an extensive set of media platforms and formats. The list below represents the outlets you reach via this partnership.

| Outlet Name | City | State | Country | Newsline | Type | Audience |
|---|---|---|---|---|---|---|
| C-SPAN | Washington | DC | US | US1 | Television | 86,200,000 Subscribers |
| Scribd, Inc. | San Francisco | CA | US | US1 | Aggregator | 43,531,670 Visitors per Month |
| FoxNews.com | New York | NY | US | US1 | Online | 32,516,438 Visitors per Month |

| Outlet Name | City | State | Country | Newsline | Type | Audience |
|---|---|---|---|---|---|---|
| CBS News Radio | New York | NY | US | US1 | Radio | 30,000,000 Broadcast Audience |
| New York Times Digital | New York | NY | US | US1 | Newspaper | 29,886,442 Visitors per Month |
| Apple Inc. | Cupertino | CA | US | US1 | Organization/Company | 29,709,459 Visitors per month |
| CNBC.com | Englewood Cliffs | NJ | US | US1 | Online | 26,089,260 Visitors per Month |
| CBSnews.com | New York | NY | US | US1 | Online | 26,080,671 Visitors per Month |
| abcnews.com | New York | NY | US | US1 | Online | 24,167,779 Visitors per Month |
| U.S. News & World Report | Washington | DC | US | US1 | Magazine | 23,945,529 Visitors per Month |

# Engagement

| **77** | **75** | **2** |
|:---:|:---:|:---:|
| Total Engagement Actions | Click-throughs | Shares |

## Overview

### Engagement Timeline
See when your audience engaged with your release.



## Engagement Details
A break down of click-throughs, shares and other engagement actions.

### Click-throughs
The number of times your release sent visitors to the pages you linked to

| URL | Click-throughs |
|---|---:|
| http://www.chinesedrywallsettlement.com/ | 75 |
| **Total** | **75** |

## Shares

A breakdown of the types of sharing your release generated.

| Type of share | Shares |
|---|---|
| Print | 1 |
| Email | 1 |
| **Total Shares** | **2** |

About Cision PR Newswire    Contact    Terms of Use    Privacy    Blog

Copyright © 2019 Cision US Inc., 130 E Randolph St., 7th Floor, Chicago, IL 60601. View our Privacy Policy.