

**EXHIBIT 15 to Memorandum of Law in Support of Class Settlement**

 Chinese Drywall Settlement
All Web Site Data

Go to report

**Location**

ALL » COUNTRY: United States

Aug 25, 2019 - Nov 27, 2019

All Users
99.04% Users

Map Overlay | Summary


94  14,428

| Region | Users | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|
|  | 84,811<br>% of Total:<br>99.04%<br>(85,637) | 85,603<br>% of Total:<br>99.03%<br>(86,444) | 93,565<br>% of Total:<br>99.00%<br>(94,508) | 85.41%<br>Avg for View:<br>85.39%<br>(0.03%) | 1.28<br>Avg for View:<br>1.28<br>(-0.04%) | 00:00:31<br>Avg for View:<br>00:00:31<br>(-0.39%) |
| 1.  Florida | 14,428<br>(16.74%) | 14,484<br>(16.92%) | 17,150<br>(18.33%) | 84.75% | 1.33 | 00:00:47 |
| 2.  Georgia | 8,760<br>(10.16%) | 8,652<br>(10.11%) | 9,648<br>(10.31%) | 88.97% | 1.21 | 00:00:27 |
| 3.  Virginia | 6,047<br>(7.02%) | 6,030<br>(7.04%) | 6,506<br>(6.95%) | 90.42% | 1.17 | 00:00:20 |
| 4.  Texas | 4,005<br>(4.65%) | 3,962<br>(4.63%) | 4,311<br>(4.61%) | 83.81% | 1.32 | 00:00:38 |
| 5.  California | 3,934<br>(4.56%) | 3,923<br>(4.58%) | 4,042<br>(4.32%) | 84.76% | 1.27 | 00:00:24 |
| 6.  Alabama | 3,486<br>(4.04%) | 3,450<br>(4.03%) | 4,030<br>(4.31%) | 85.29% | 1.35 | 00:00:43 |
| 7.  New York | 3,445<br>(4.00%) | 3,425<br>(4.00%) | 3,557<br>(3.80%) | 80.40% | 1.34 | 00:00:22 |
| 8.  Illinois | 3,295<br>(3.82%) | 3,277<br>(3.83%) | 3,397<br>(3.63%) | 85.63% | 1.26 | 00:00:20 |
| 9.  Michigan | 2,954<br>(3.43%) | 2,943<br>(3.44%) | 3,047<br>(3.26%) | 85.76% | 1.26 | 00:00:21 |
| 10.  Louisiana | 2,556<br>(2.97%) | 2,518<br>(2.94%) | 3,200<br>(3.42%) | 78.06% | 1.49 | 00:01:20 |
| 11.  Pennsylvania | 2,552<br>(2.96%) | 2,537<br>(2.96%) | 2,670<br>(2.85%) | 83.63% | 1.31 | 00:00:24 |
| 12.  Ohio | 2,193<br>(2.54%) | 2,181<br>(2.55%) | 2,289<br>(2.45%) | 85.45% | 1.28 | 00:00:23 |
| 13.  Tennessee | 1,875<br>(2.18%) | 1,849<br>(2.16%) | 2,003<br>(2.14%) | 85.22% | 1.30 | 00:00:30 |
| 14.  Kansas | 1,765<br>(2.05%) | 1,702<br>(1.99%) | 1,808<br>(1.93%) | 84.07% | 1.25 | 00:00:08 |
| 15.  North Carolina | 1,751<br>(2.03%) | 1,724<br>(2.01%) | 1,848<br>(1.98%) | 83.66% | 1.35 | 00:00:34 |
| 16.  Mississippi | 1,563<br>(1.81%) | 1,544<br>(1.80%) | 1,776<br>(1.90%) | 85.70% | 1.29 | 00:00:48 |
| 17.  New Jersey | 1,461<br>(1.70%) | 1,450<br>(1.69%) | 1,524<br>(1.63%) | 81.36% | 1.32 | 00:00:28 |
| 18.  Missouri | 1,456<br>(1.69%) | 1,440<br>(1.68%) | 1,504<br>(1.61%) | 86.77% | 1.23 | 00:00:19 |
| 19.  District of Columbia | 1,414<br>(1.64%) | 1,400<br>(1.64%) | 1,462<br>(1.56%) | 89.74% | 1.15 | 00:00:14 |
| 20.  Wisconsin | 1,377<br>(1.60%) | 1,365<br>(1.59%) | 1,428<br>(1.53%) | 87.75% | 1.23 | 00:00:18 |
| 21.  Washington | 1,360<br>(1.58%) | 1,353<br>(1.58%) | 1,387<br>(1.48%) | 85.44% | 1.27 | 00:00:20 |
| 22.  Minnesota | 1,294<br>(1.50%) | 1,286<br>(1.50%) | 1,345<br>(1.44%) | 87.21% | 1.22 | 00:00:18 |
| 23.  Massachusetts | 1,117<br>(1.30%) | 1,103<br>(1.29%) | 1,159<br>(1.24%) | 84.56% | 1.31 | 00:00:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24. | Indiana | **1,050** (1.22%) | 1,043 (1.22%) | 1,081 (1.16%) | 86.68% | 1.25 | 00:00:24 |
| 25. | Arizona | **936** (1.09%) | 933 (1.09%) | 968 (1.03%) | 83.06% | 1.30 | 00:00:23 |
| 26. | Maryland | **811** (0.94%) | 806 (0.94%) | 835 (0.89%) | 86.23% | 1.25 | 00:00:22 |
| 27. | Kentucky | **772** (0.90%) | 768 (0.90%) | 798 (0.85%) | 83.83% | 1.27 | 00:00:24 |
| 28. | Oregon | **734** (0.85%) | 731 (0.85%) | 752 (0.80%) | 84.44% | 1.25 | 00:00:20 |
| 29. | Iowa | **657** (0.76%) | 651 (0.76%) | 675 (0.72%) | 88.30% | 1.20 | 00:00:13 |
| 30. | Colorado | **654** (0.76%) | 649 (0.76%) | 675 (0.72%) | 83.56% | 1.29 | 00:00:20 |
| 31. | Utah | **574** (0.67%) | 570 (0.67%) | 588 (0.63%) | 86.73% | 1.25 | 00:00:18 |
| 32. | South Carolina | **554** (0.64%) | 544 (0.64%) | 583 (0.62%) | 81.82% | 1.33 | 00:00:42 |
| 33. | Oklahoma | **513** (0.60%) | 511 (0.60%) | 529 (0.57%) | 85.44% | 1.22 | 00:00:20 |
| 34. | Nebraska | **496** (0.58%) | 494 (0.58%) | 512 (0.55%) | 85.35% | 1.26 | 00:00:17 |
| 35. | Connecticut | **456** (0.53%) | 453 (0.53%) | 470 (0.50%) | 85.11% | 1.27 | 00:00:18 |
| 36. | West Virginia | **424** (0.49%) | 417 (0.49%) | 441 (0.47%) | 81.86% | 1.32 | 00:00:28 |
| 37. | Arkansas | **402** (0.47%) | 394 (0.46%) | 418 (0.45%) | 84.45% | 1.30 | 00:00:30 |
| 38. | Nevada | **399** (0.46%) | 397 (0.46%) | 404 (0.43%) | 84.16% | 1.30 | 00:00:22 |
| 39. | Idaho | **299** (0.35%) | 297 (0.35%) | 303 (0.32%) | 86.80% | 1.24 | 00:00:19 |
| 40. | Hawaii | **286** (0.33%) | 285 (0.33%) | 305 (0.33%) | 88.52% | 1.21 | 00:00:23 |
| 41. | Maine | **285** (0.33%) | 284 (0.33%) | 291 (0.31%) | 83.16% | 1.29 | 00:00:22 |
| 42. | New Hampshire | **269** (0.31%) | 268 (0.31%) | 285 (0.30%) | 85.26% | 1.31 | 00:00:26 |
| 43. | Montana | **213** (0.25%) | 212 (0.25%) | 220 (0.24%) | 85.91% | 1.23 | 00:00:17 |
| 44. | North Dakota | **198** (0.23%) | 194 (0.23%) | 202 (0.22%) | 90.59% | 1.19 | 00:00:13 |
| 45. | Rhode Island | **179** (0.21%) | 178 (0.21%) | 183 (0.20%) | 87.98% | 1.16 | 00:00:15 |
| 46. | New Mexico | **170** (0.20%) | 170 (0.20%) | 176 (0.19%) | 81.82% | 1.34 | 00:00:27 |
| 47. | South Dakota | **170** (0.20%) | 168 (0.20%) | 173 (0.18%) | 87.28% | 1.20 | 00:00:12 |
| 48. | Alaska | **144** (0.17%) | 143 (0.17%) | 148 (0.16%) | 87.16% | 1.23 | 00:00:18 |
| 49. | Wyoming | **136** (0.16%) | 136 (0.16%) | 139 (0.15%) | 87.77% | 1.21 | 00:00:23 |
| 50. | Delaware | **109** (0.13%) | 109 (0.13%) | 113 (0.12%) | 78.76% | 1.53 | 00:02:10 |
| 51. | Vermont | **109** (0.13%) | 108 (0.13%) | 113 (0.12%) | 83.19% | 1.28 | 00:00:17 |
| 52. | (not set) | **94** (0.11%) | 92 (0.11%) | 94 (0.10%) | 91.49% | 1.21 | 00:00:10 |

Rows 1 - 52 of 52