UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**AFFIDAVIT OF DAVID GRIFFIN IN SUPPORT OF
FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN
AND CERTIFICATION OF SETTLEMENT CLASS**

**STATE OF FLORIDA
COUNTY OF PALM BEACH**

I, David Griffin, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Florida and I reside in West Palm Beach, Florida. I was an owner of an Affected Property located at 9801 Cobblestone Creek Drive, Boynton Beach, FL 33472 ("the Property"), which I purchased with my wife, Diane Griffin, on or about October 5, 2006. We were forced to sell the Property via short sale on or about July 27, 2010.

3. Chinese Drywall, with markings: "DrYwall 4feetx12feetx1/2inch," was installed in the Property in or around 2006.

4. Although I rented the Property to tenants and did not personally live in the Property, when I visited the Property, I noticed corrosion on copper and metal finishes and electrical wires. In addition, I experienced appliance and air conditioning failures that I was responsible for repairing for my tenants. An inspection of the Property performed on May 11, 2010, confirmed the presence of Chinese Drywall in the Property.

5. I am a member of the certified *Amorin* class. I was named on the *Amorin* intervention complaint filed directly in the MDL on November 14, 2012 (Rec. Doc. 16227). On September 26, 2014, this Court certified the *Amorin* class. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014).

**EXHIBIT 16 to Memorandum of Law in Support of Class Settlement**

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court Orders, timely submitted required documentation, completed profile forms and had various meetings, telephone conferences and email exchanges with my counsel Patrick Montoya and Natalie Rico of Colson Hicks Eidson about the status of proceedings. I was also chosen to be a Florida Priority Plaintiff, which required me and my wife to sit for our depositions and respond to additional discovery requests.

7. After the Settlement Term Sheet was announced, beginning on or about May 28, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I spoke with Patrick Montoya and Natalie Rico on August 6, 2019, and again on August 13, 2019, about serving as a Class Representative in the proposed Settlement. I had a number of questions regarding the Settlement and proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I support the settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement, believe it is fair, reasonable and adequate, and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

                                        David Griffin

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 11th DAY OF
Nov, 2019

NOTARY PUBLIC

DIANE BARNWELL
Notary Public – State of Florida
Commission # GG 071263
My Comm. Expires Mar 23, 2021
Bonded through National Notary Assn.