UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## AFFIDAVIT OF MARY MICHELLE GERMANO IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN AND CERTIFICATION OF SETTLEMENT CLASS

**STATE OF VIRGINIA**
**CITY OF VIRGINIA BEACH**

I, Mary Michelle Germano, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Virginia and I reside in Virginia Beach, Virginia. I was an owner of an Affected Property located at 8171 N. View Boulevard, Norfolk, VA 23518 ("the Property"), which I purchased on or about June 1, 2006. Because of the presence of Chinese Drywall, I vacated the Property on April 9, 2009, but continued to pay my mortgage, taxes, insurance, and condominium fees until I depleted my savings. On or around February 17, 2016, the bank foreclosed on the Property.

3. Chinese Drywall, with markings: "VENTURE SUPPLY INC. MFG. TAIHE CHINA," was installed in the Property on or around March 29, 2006.

4. Beginning in 2007, I started experiencing multiple mechanical and electrical problems in the Property, including appliance failures and air conditioning repairs. During this time, I also noticed a noxious odor in the Property without resolution. In May 2008, I began suffering major health issues, without resolution or diagnosis. An inspection of the Property performed in March 2009 confirmed the presence of Chinese Drywall in the Property.

**EXHIBIT 18 to Memorandum of Law in Support of Class Settlement**

5. I am a member of the certified *Amorin* class. On May 1, 2009, I agreed to serve as the named class representative on the *Germano* class complaint, filed in the United States District Court for the Eastern District of Virginia. (*Germano et al v. Taishan Gypsum Co. Ltd. et al*, 09-202). That action was transferred to this Court on October 13, 2009 (E.D. La. Civ. Action No. 09-06687). I was also named on the *Wiltz* complaint filed on March 15, 2010 in the Eastern District of Louisiana. (*Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, 10-361). Finally, I was named on the *Amorin* intervention complaint directly filed in the MDL on November 14, 2012 (Rec. Doc. 16227). On September 26, 2014, this Court certified the *Amorin* class. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014).

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court Orders, timely submitted required documentation, completed profile forms and had numerous meetings, telephone conferences and email exchanges with my counsel Richard Serpe and Jeffrey Breit about the status of proceedings. Whenever possible, I attended court conferences.

7. After the Settlement Term Sheet was announced, on or about May 26, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I spoke with Richard Serpe on August 12, 2019, about serving as a Class Representative in the proposed Settlement. I had some questions regarding the Settlement and the proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I support the settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement, believe it is fair, reasonable and adequate, and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

*Mary Michelle Germano*
Mary Michelle Germano

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 12th DAY OF
November, 2019

*Michale E. Miller*
NOTARY PUBLIC

MICHALE E MILLER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPT. 30, 2023
COMMISSION # 7833682