UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

AFFIDAVIT OF VIRGINIA TIERNAN IN SUPPORT OF
FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN
AND CERTIFICATION OF SETTLEMENT CLASS

STATE OF FLORIDA
COUNTY OF LEE

I, Virginia Tiernan, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Florida and I reside in Cape Coral, Florida. I am a current owner of an Affected Property located at 4326 Garden Boulevard, Cape Coral, Florida 33909 ("the Property"), which I purchased with my late husband, John Tiernan, on or about February 10, 2009. I have lived in the property since February 2009. My husband lived in the property until he passed away on May 17, 2017.

3. Chinese Drywall, with markings: "DrYwall 4feetx12feetx1/2inch," was installed in the Property in 2006 when the Property was built by K. Hovnanian First Homes, L.L.C.

4. Beginning in or around the fall of 2009, I started experiencing appliance and air conditioner failures. The issues with the air conditioner persisted, and an inspection of the Property performed on November 15, 2012, confirmed the presence of Chinese Drywall in the Property.

5. On September 4, 2015, I was named on the *Brooke* complaint, filed in the United States District Court for the Eastern District of Louisiana (*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127). That action was transferred to this MDL on September 9, 2015.

EXHIBIT 19 to Memorandum of Law in Support of Class Settlement

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court Orders, timely submitted required documentation, and completed profile forms, and I have had various meetings, telephone conferences and email exchanges with my counsel Pete Albanis of Morgan & Morgan about the status of proceedings.

7. After the Settlement Term Sheet was announced beginning in about May 28, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I met with Pete Albanis on August 14, 2019, in Fort Myers about serving as a Class Representative in the proposed Settlement. I had some questions regarding the Settlement and proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I support the settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

_Virginia Tiernan_
Virginia Tiernan

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _11_ DAY OF
_NOV._, 2019

_____
NOTARY PUBLIC

JACQUELINE MERLE JUTROWSKI
Commission # GG 323130
Expires May 27, 2023
Bonded Thru Budget Notary Services