UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**AFFIDAVIT OF DEBRA WILLIAMS IN SUPPORT OF
FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN
AND CERTIFICATION OF SETTLEMENT CLASS**

STATE OF LOUISIANA
PARISH OF ORLEANS

I, Debra Williams, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Louisiana and I reside in New Orleans, Louisiana. I am a current owner of an Affected Property located at 8600 Scottsdale Drive, New Orleans, LA 70128 ("the Property"), which I purchased with my son, Lawrence Williams, Jr., on or about November 30, 2006.

3. Chinese Drywall, with markings "MADE IN CHINA MEET OR EXCEEDS," was installed in the Property in 2007 when the Property was completely gutted to repair damages resulting from Hurricane Katrina.

4. Beginning in or around April 2015, the HVAC system in the Property started malfunctioning. An inspection of the Property performed on May 7, 2015, confirmed the presence of Chinese Drywall in the Property.

5. On September 4, 2015, I was named on the *Brooke* complaint, filed in the United States District Court for the Eastern District of Louisiana. (*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127). That action was transferred to this MDL on September 9, 2015.

**EXHIBIT 20 to Memorandum of Law in Support of Class Settlement**

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court orders, timely submitted required documentation, and completed profile forms, and I have had various meetings, telephone conferences and email exchanges with my counsel Jerry Meunier and Michael Ecuyer of Gainsburgh, Benjamin, David, Meunier, & Warshauer, L.L.C. about the status of proceedings.

7. After the Settlement Term Sheet was announced, beginning on or about June 12, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I spoke with Jerry Meunier on August 9, 2019, about serving as a Class Representative in the proposed Settlement. I had a number of questions regarding the Settlement and proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I support the settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement, believe it is fair, reasonable and adequate, and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

_____
Debra Williams

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 20th DAY OF
November, 2019

_____
NOTARY PUBLIC

Michael J. Ecuyer
NOTARY PUBLIC
State of Louisiana
LA Bar No. 23050
My commission is issued for life