UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

AFFIDAVIT OF JUDD MENDELSON IN SUPPORT OF
FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN
AND CERTIFICATION OF SETTLEMENT CLASS

STATE OF VIRGINIA
CITY OF CHESAPEAKE

I, Judd Mendelson, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Virginia and I reside in Chesapeake, Virginia. I am a current owner of an Affected Property located at 1507 Burrowin Drive, Chesapeake, VA 23321 ("the Property"), which I purchased with my wife, Sara Mendelson, on or about September 3, 2015. I have lived in the Property with my wife since September 2015.

3. Chinese Drywall, with markings: "VENTURE SUPPLY INC. MFG. TAIHE CHINA," was installed in the Property on or around March 2006.

4. Beginning on or about December 2015, a light switch failed, and the electrician repairing the switch inquired if the Property was struck by lightning because there was corrosion on the wires. An inspection of the Property performed on February 16, 2016, confirmed the presence of Chinese Drywall in the Property.

5. On November 1, 2017, the Plaintiffs' Steering Committee filed a Motion to Intervene into the *Brooke* complaint certain Plaintiffs alleging damages to Affected Properties as a result of Chinese Drywall. (Rec. Doc. 21056). I was named on the *Brooke* complaint. (*See* Rec. Doc. 21056-5, 21056-6 and 21056-7). On January 2, 2018, the Court granted the Motion to Intervene (Rec. Doc. 21106). Thus, I am a *Brooke* Plaintiff with Claims pending in the

**EXHIBIT 21 to Memorandum of Law in Support of Class Settlement**

United States District Court Eastern District of Louisiana. (*Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Council, et al.*, Civ. Action No. 15-4127).

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court Orders, timely submitted required documentation, and completed profile forms, and I have had various meetings, telephone conferences and email exchanges with my counsel Richard Serpe and Jeffrey Breit about the status of proceedings.

7. After the Settlement Term Sheet was announced, beginning on or about May 26, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I spoke with Richard Serpe on August 12, 2019, about serving as a Class Representative in the proposed Settlement. I had some questions regarding the Settlement and the proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I support the settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement, believe it is fair, reasonable and adequate, and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

_____
Judd Mendelson

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 14th DAY OF
November, 2019

Barbara-Jeanne Castor
NOTARY PUBLIC
My Commission expires: 07/31/2020
VA Notary Reg. #343575

Barbara-Jeanne Castor
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #343575
My Commission Expires
July 31, 2020