UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS<br>(except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## DECLARATION OF PATRICK S. MONTOYA

I, Patrick S. Montoya, respectfully declare, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner in the law firm of Colson Hicks Eidsen, and I am licensed to practice law in the State of Florida. I submit this Declaration in support of Settlement Class Counsel's Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement with Taishan and (2) Certifying the Settlement Class. I have personal knowledge of the information set forth herein. Capitalized terms used in this Declaration have the same meaning as those defined in the Settlement Agreement.

2. I have actively participated in this Litigation since its inception in 2009. I was appointed Co-Liaison Counsel for Miami-Dade County Plaintiffs in *In re: Chinese Drywall*, consolidated case proceedings, 09-200,000 (Eleventh Judicial Circuit Miami-Dade County), and I have served on the Plaintiffs' Steering Committee in the MDL. After the remand of approximately 1,700 Florida *Amorin* claims to the Southern District of Florida in 2018, I was appointed by Judge Cooke to serve as Interim Lead Counsel for Plaintiffs in Florida. I have also served as Interim Lead Counsel for the *Brooke* Plaintiffs, whose claims were remanded to the Southern District of Florida before Judge Williams. On August 29, 2019, I was appointed to serve as one of five Settlement Class Counsel on behalf of the Settlement Class with Taishan.

**EXHIBIT 24 to Memorandum of Law in Support of Class Settlement**

3. In April and May of 2019, I participated, along with other Settlement Class Counsel and representatives of the Plaintiffs' Steering Committee, in settlement discussions and negotiations with Taishan, which culminated in the successful Class Settlement mediated by John S. Freud, Esq., on May 22-23, 2019. At all times, the negotiations were conducted at arm's length, with no collusion, and with no side agreements between or among the Parties outside of the four corners of the formally executed Settlement Agreement.

4. Having agreed to a global settlement figure of $248 million, the Parties asked the Court to appoint an Allocation Neutral, Cal Mayo, to determine the internal distribution of settlement proceeds between and among the Class Members based on the Objective Criteria contained in the Master Spreadsheet. Mr. Mayo, who had previously been engaged as a Special Master to assist with product identification issues in the MDL, was provided with all of the relevant orders, briefs, transcripts and exhibits, in order to develop his carefully considered Allocation Model.

5. Then, in conjunction with the Class Notice process, BrownGreer applied the Allocation Model to the objective information contained on the Master Spreadsheet to provide each known Settlement Class Member with an estimate of the gross recovery that he or she would likely be entitled to receive after the Court's final approval of the Settlement.

6. Based on my knowledge of the Litigation against Taishan and the Additional Released Parties generally, my direct involvement in the negotiations, settlement formation, preliminary approval, and notice process, and the terms of the Settlement Agreement itself, it is my opinion and belief that the Settlement Class Members have been fairly and faithfully represented throughout the course of the negotiations; that the proposed Class Settlement is fair, reasonable, and adequate; and that, under the existing facts and circumstances, the proposed Class Settlement represents the most favorable resolution available to the Settlement Class.

Signed, under penalty of perjury, this 2nd day of December, 2019 in Miami, Florida.

Patrick S. Montoya