IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN,** *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**TAISHAN GYPSUM CO., LTD.** f/k/a **SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.,** *et al.*,<br><br>Defendants. | Case No. 1:11-CV-22408-MGC |

**PARKER WAICHMAN LLP'S OBJECTION TO
NOTICE OF MEDIATION (R. DOC. 235)**

**MAY IT PLEASE THE COURT:**

Parker Waichman LLP hereby objects to the Notice of Mediation filed by Interim Lead Counsel for Plaintiffs on April 16, 2019 (R. Doc. 235) and any resulting mediation implicating the rights of Parker Waichman's clients under the settlement offer made by the Taishan entities.[1] Given the pending settlement between Parker Waichman's clients and the Taishan entities (*see* R. Doc. 197 [under seal]), the execution of which has been stayed by the Court (R. Doc. 196), there are serious, unresolved issues concerning the scope of the mediation and Interim Lead Counsel for Plaintiffs' authority to act on behalf of Parker Waichman's clients. For these reasons and those

---

[1] Taishan's settlement offer was extended to 265 Parker Waichman claimants. To date, 219 clients have accepted. In light of the time remaining to accept the Taishan entities' offer and the Special Master's Report and Recommendation Regarding Product ID Categories Attributable to Taishan Defendants (R. Doc. 233) (finding that 28 of the 44 Product IDs are not attributable to Taishan), Parker Waichman anticipates that additional clients may accept Taishan's settlement offer.

1

EXHIBIT 27 to Memorandum of Law in Support of Class Settlement

set forth in Parker Waichman's Expedited Motion for Expedited Hearing on Motion to Lift Stay of Settlement Agreement, filed contemporaneously herewith and incorporated as if fully set forth herein pursuant to Fed. R. Civ. P. 10(c), Parker Waichman objects to the Notice of Mediation on behalf of its clients.

Date: April 18, 2019

Respectfully submitted,

/s/ Jay P. Dinan
Jay P. Dinan
FL Bar No.: 876593
Email: jdinan@yourlawyer.com
Francisco A. Albites
FL Bar No.: 78046
Email: falbites@yourlawyer.com
Parker Waichman LLP
27300 Riverview Center Boulevard, Suite 103
Bonita Springs, Florida 34134
Office: 239.390.1000
Fax: 239.390.0055
*Counsel for Parker Waichman LLP Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection to Notice of Mediation was served on April 18, 2019, by electronically filing the foregoing with the Clerk of Court using the CM/ECF system, which automatically served all parties authorized to receive service via CM/ECF.

*/s/ Jay P. Dinan*
OF COUNSEL

2