UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**O R D E R**

Considering the Motion for Leave to Exceed Page Limitation filed by Settlement Class Counsel;

IT IS ORDERED BY THE COURT that the motion be GRANTED and Settlement Class Counsel's Motion for and Memorandum in Support of Memorandum of Law in Support of Their Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement With Taishan and (2) Certifying the Settlement Class, as well as all exhibits, Proposed Order and Notice of Submission, be filed into the record herein.

New Orleans, Louisiana, this  9th  day of _____December_____, 2019.

_____
Eldon E. Fallon
United States District Court Judge