# Tab #20

EXHIBIT 7 (part 2 of 3) to Memorandum of Law in Support of Class Settlement

Case 2:09-md-02047-EEF-MBN Document 22397-9 Filed 12/09/19 Page 2 of 113
Case 1:11-cv-22408-MGC Document 277-2 Entered on FLSD Docket 05/13/2019 Page 596 of
759

# CHINESE DRYWALL MARKINGS:  PHOTOGRAPHIC EXAMPLES

## INDEX

| No. | Chinese Manufactured Drywall |
|-----|------------------------------|
| 1. | Bedrock Gypsum |
| 2. | Beijing New Building Materials PLC (BNBM) |
| 3. | C&K Gypsum |
| 4. | Crescent City Gypsum |
| 5. | Dragon Brand Drywall |
| 6. | IMG Drywall |
| 7. | International Materials Trading (IMT) Gypsum |
| 8. | Knauf Dongguan |
| 9. | Knauf Tianjin |
| 10. | Knauf WuHu |
| 11. | Pro Wall |
| 12. | Taihe |
| 13. | Taian Taishan |
| 14. | Taishan |
| 15. | Unknown |
| 16. | Unknown |
| 17. | Unknown |
| 18. | Unknown |
| 19. | Unknown |
| 20. | Unknown |
| 21. | Unknown |
| 22. | Unknown |
| 23. | Unknown |
| 24. | Unknown |

Updated September 1, 2009

Doc#215,435

1

| 25. | Unknown |
|---|---|
| 26. | Venture Supply Inc. (Tajhe/Taihe) |
| **No.** | **Non-Chinese Manufactured Drywall** |
| 27. | Georgia Pacific |
| 28. | Lafarge |
| 29. | National Gypsum |
| 30. | USG |
| **No.** | **Drywall From Unknown Origins** |
| 31. | Pro-Roc |
| 32. | Unknown |
| 33. | Unknown (Palatka, FL) |
| 34. | Unknown |
| 35. | Unknown |

2



Bedrock Gypsum™ Manufactured to ASTM C 1396 388 Market Street, 4th Floor, San Francisco, CA 94111 Made... China

## Photo ID# 12

Beijing New Building Materials PLC Chinese Plasterboard Identification







## C & K Brand



The markings on the C & K board are found approximately 7 – 8 inches from the bottom.



8









13

14



**Dragon Brand**



The markings on the Dragon Brand board are found approximately 10 to 12 inches from the bottom.

16



17



## IMG brand



The markings on the IMG board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 10b

International Materials Trading (IMT) Chinese Plasterboard Identification





## Photo ID# 10a

International Materials Trading (IMT) Chinese Plasterboard Identification



## Photo ID# 10a

International Materials Trading (IMT) Chinese Plasterboard Identification



**IMTGypsum.Com**



The markings on the IMTGypsum board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 4
Knauf Dongguan Chinese Plasterboard Identification





**Photo ID# 1**

Knauf Plasterboard Tianjin (KPT) Chinese Plasterboard Identification



## Photo ID# 1
Knauf Plasterboard Tianjin (KPT) Chinese Plasterboard Identification



## KNAUF – TIANJIN



The markings on the Knauf Tianjin board are found along the center of the board, approximately 24 inches from the bottom.

Case 2:09-md-02047-EEF-MBN Document 22397-9 Filed 12/09/19 Page 31 of 113
Case 2:14-cv-02722-EEF-MBN Document 27 Entered on FLSD Docket 08/15/2019 Page 625 of
759





31



32



## Photo ID# 5

Knauf WuHu Chinese Plasterboard Identification



## Photo ID# 5
Knauf WuHu Chinese Plasterboard Identification





# Photo ID# 3

## ProWall Chinese Plasterboard Identification









# Photo ID# 4
Taihe Chinese Plasterboard Identification



## Taihe



The markings on the Taihe board are found approximately 7 – 8 inches from the bottom.

## Photo ID# 11
Taian Taishan Chinese Plasterboard Identification



## Taishan



The markings on the Taishan board are found approximately 7 – 8 inches from the bottom.



44

# Photo ID# 1
## Unknown Plasterboard Identification



## Photo ID# 1

Unknown Plasterboard Identification





47



## Photo ID# 2

Unknown Chinese Plasterboard Identification





50



See # 13

## Photo ID# 5
Unknown Plasterboard Identification



# Photo ID# 6
## Unknown Chinese Plasterboard Identification



## Photo ID# 6
Unknown Chinese Plasterboard Identification











Case 1:11-cv-22408-MGC Document 27 Entered on FLSD Docket 08/15/2011 Page 653 of 759



## Photo ID# 7
Unknown Plasterboard Identification



## Photo ID# 8

### Unknown Chinese Plasterboard Identification



## Photo ID# 9
Unknown Plasterboard Identification



































77











82

























94









Hecho en México por PANEL REY S.A., Hidalgo 674 Pte., Apdo. 98



071606

PALATKA, FL

23

100





















