UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## DECLARATION OF JACOB S. WOODY REGARDING MAILING OF INDIVIDUAL NOTICE AND ESTIMATE LETTERS AND DECISIONS OF BROWNGREER ON SUBMITTED CHALLENGES TO THE SETTLEMENT MASTER SPREADSHEET

**COMMONWEALTH OF VIRGINIA**
**CITY OF RICHMOND**

I, Jacob S. Woody, declare pursuant to 28 U.S.C. §1746, based upon personal knowledge, information and belief, the following:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia. I am a Partner at BrownGreer, PLC ("BrownGreer"), the court-appointed Claims Administrator for the proposed Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314). BrownGreer has served as the Claims Administrator for the Knauf, Global, Banner, InEx, and L&W Settlements previously approved by the Court in this case. *In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2013 WL 499474 (E.D. La. Feb. 7, 2013). Capitalized terms used in this Declaration have the same meaning as those defined in the Settlement Agreement.

2. BrownGreer was retained by Settlement Class Counsel to disseminate *via* first-class mail, postage prepaid, individual long-form notices approved by the Court to all known Class Members. In addition, BrownGreer was asked by the Court and the parties to provide *Amorin* Plaintiffs and *Brooke* Plaintiffs identified on the Master Spreadsheet with gross *estimates* of their potential recovery under the Settlement (before deducting attorneys' fees and costs approved by the Court). As the Claims Administrator, pursuant to the terms of the Settlement, BrownGreer was tasked with evaluating challenges to the Objective Criteria, such as Under Air Square Footage, Ownership Status, Product ID, Assignments, and Set-Offs, set forth in the Master Spreadsheet.

**EXHIBIT 12 to Memorandum of Law in Support of Class Settlement**

3. In accordance with our assignment to provide gross estimates, we applied the Allocation Model developed by the Allocation Neutral (Rec. Doc. 22304-1) to the following information on the Master Spreadsheet (Rec. Doc. 22312) for each Affected Property:

   a. Under Air Square Footage;

   b. Product Identification;

   c. Prior payments received by the Class Member for Chinese Drywall claims made with respect to the subject Affected Property;

   d. Whether the Class Member assigned any of his or her rights to pursue claims with respect to the Affected Property;

   e. Whether the Class Member is an *Amorin* Plaintiff or a *Brooke* Plaintiff; and

   f. Whether more than one owner is making a claim regarding the Affected Property.

4. To arrive at a gross *estimate* for each Affected Property on the Master Spreadsheet, we took into consideration the estimated costs of class notice and claims administration, and we made assumptions regarding the number and value of claims that will be made by absent Class Members. We then prepared an individualized letter ("Estimate Letter") for each Class Member on the Master Spreadsheet setting forth an *estimated* gross recovery under the Settlement.

5. In cases where more than one Class Member has asserted a claim with respect to the same Affected Property (highlighted in gray on the Master Spreadsheet), we prepared Estimate Letters notifying each Class Member that there is a competing Claimant involved and they must each submit to us any documents they have to support their claim no later than 35 days from the date of the Preliminary Approval Order. We also provided the competing Claimants with the total gross *estimated* recovery for the Affected Property at issue.

6. On September 9, 2019, BrownGreer mailed to each known Class Member *via* First Class Presort Mail, postage prepaid, a long-form notice, and for the *Amorin* Plaintiffs and *Brooke* Plaintiffs on the Master Spreadsheet, we included an individualized Estimate Letter in the notice package. *See* attached material marked as Exhibit "A." The *Amorin* and *Brooke* Plaintiffs on the Master Spreadsheet highlighted in gray were sent a different individualized Estimate Letter in the notice package. *See* attached materials marked as Exhibit "B." For the dissemination of mailed notice, we used the mailing addresses for known Class Members identified on the BrownGreer Portal, the mailing addresses set forth in the most recent

Supplemental Plaintiff Profile Forms, the mailing addresses provided by individual counsel of record, and/or the mailing addresses identified by BrownGreer through the United States Postal Service National Change of Address Database, to account for any discrepancies in the addresses of Class Members. In total, we mailed 3,965 notices to the Class.

7. Further, BrownGreer sent the long-form notice and/or Estimate Letter *via* email to all counsel of record for Class Members. Eighty (80) law firms received a copy of the long-form notice. Counsel with clients on the Master Spreadsheet also received a spreadsheet with their clients' names and gross estimate amounts *via* email with the long-form notice.

8. After mailing the long-form notices and Estimate Letters, 189 notices were returned, and following further investigation to obtain updated addresses from the United States Postal Service National Change of Address Database, 163 notices were resent to Class Members. On several occasions, we received updated address information from Class Members through the court-approved Settlement Website, Call Center, and/or through their counsel, in which case we resent the notice and, where applicable, the Estimate Letter. In total, we transmitted the long-form notice to more than 99% of the known Class Members. The 26 notices that were not delivered *via* first-class mail were directed to Class Members from Florida (17), Louisiana (5), and Mississippi (4). In any event, counsel of record, if any, for each of these Class Members received the long-form notice.

9. According to ¶ 12.1.2 of the Settlement Agreement, any Class Member who disputed the information on the Master Spreadsheet, such as Under Air Square Footage, Ownership Status, Product ID, Assignments, and Set-Offs, relating to his or her Claim was required to submit a written dispute (hereinafter referred to as a "Challenge") identifying what he or she contends to be the correct information with supporting evidence or corroborating documentation through the BrownGreer portal no later than October 3, 2019.

10. Pursuant to ¶ 12.1.2 of the Settlement, BrownGreer received 109 Challenges disputing information on the Master Spreadsheet. In accordance with our assignment to evaluate Challenges, we evaluated every Challenge, and, where appropriate, the information on the Master Spreadsheet was modified for the Challenges that were granted.

11. BrownGreer published a Revised Master Spreadsheet on the MDL docket on October 31, 2019 (*see* Rec. Doc. 22355-1). On November 1, 2019, BrownGreer issued, *via* first-class mail, postage prepaid, a Challenge Determination Notice to all Class Members who timely submitted Challenges under the Settlement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2019, in Richmond, Virginia.

_____
Jacob S. Woody, Esq.

[Notary Seal: Kendra Marie Copeland, Notary Public, Commonwealth of Virginia, My Commission Number 7773562]

Kendra Marie Copeland
12/2/19
Expires 3/31/22

# Exhibit A

**BrownGreer - Claims Administrator
for Class Settlement with Taishan Gypsum Company Ltd.**

Re: *Estimated* **Gross Allocation Amount for Claim regarding [Affected Property Address] ("Property")**

*Note*: *Capitalized terms in this letter are defined and explained in the Class Notice*

Dear [Class Member Name]:

This letter provides you with a gross *estimate* of the money that could be awarded to you for Property that is included in the Class Settlement with Taishan. Your estimate is a *gross* total (before deductions for attorneys' fees and reasonable costs). Payments will not be made until after the Court grants Final Approval and all appeals are resolved.

The exact amount you will receive will depend on the number of participants in the Settlement, which cannot be determined at this time. However, we have calculated an *estimated* gross Allocation Amount ("Allocation Estimate") for your claim: **$_____**.

To arrive at this estimate, we applied the Allocation Model developed by an Allocation Neutral to the following information on the Master Spreadsheet for this Property:

(a) Under Air Square Footage;

(b) Product Identification;

(c) prior payments you may have received for Chinese Drywall claims for this Property;

(d) whether you assigned any of your rights to pursue claims with respect to this Property;

(e) whether you are an *Amorin* Plaintiff or a *Brooke* Plaintiff; and

(f) whether more than one owner is making a claim regarding this Property.

We took into consideration the estimated costs of class notice and claims administration, and made assumptions regarding the number and value of claims that will be made by absent class members.

The *gross* Allocation Amount ultimately awarded to you from the Settlement may be higher or lower than this Allocation Estimate. The *net* amount you actually receive will be lower because of the reduction for Court-approved attorneys' fees and costs. Under the Settlement, Class Counsel, common benefit attorneys, and privately retained attorneys for all Class Members will seek, in total, a maximum of 33% of the Settlement Amount for attorneys' fees and expenses, subject to Court approval.

Additional information regarding the Settlement is provided in the Class Notice sent to you with this letter and posted on the website www.ChineseDrywallSettlement.com.

BrownGreer
Claims Administrator

cc: Counsel for [Class Member Name]

# Exhibit B

**BrownGreer - Claims Administrator
for Class Settlement with Taishan Gypsum Company Ltd.**

Re:     <u>*Estimated* Gross Allocation Amount for Claim regarding [Affected Property Address ("Property")]</u>

*Note*: Capitalized terms in this letter are defined and explained in the Class Notice

Dear [Known Class Member on Master Spreadsheet]:

This letter provides you with a gross *estimate* of the money that could be awarded for Property that is included in the Class Settlement with Taishan. The estimate is a *gross* total (before deductions for attorneys' fees and reasonable costs). Payments will not be made until after the Court grants Final Approval and all appeals are resolved.

Another claimant in the litigation has asserted a claim for the same Property as you. **Therefore, you must submit to us any documents you have to support your claim no later than October 3, 2019.** We will then make a determination as to how the final Allocation Amount should be allocated between you and the other claimant(s). Please see additional instructions in Section 12.1.2 of the Settlement Agreement and the Allocation Model and Allocation Neutral Report available at www.ChineseDrywallSettlement.com.

The exact amount you will receive (if any) will depend on the Claims Administrator's allocation of the estimate between you and the other claimant(s), and also on the number of participants in the Settlement, which cannot be determined at this time. However, we have calculated an *estimated* gross Allocation Amount ("Allocation Estimate") for the Property: **$_____**.

To arrive at this estimate, we applied the Allocation Model developed by an Allocation Neutral to the following information on the Master Spreadsheet for this Property:

    (a) Under Air Square Footage;

    (b) Product Identification;

    (c) prior payments you may have received for Chinese Drywall claims for this Property;

    (d) whether you assigned any of your rights to pursue claims with respect to this Property;

    (e) whether you are an *Amorin* Plaintiff or a *Brooke* Plaintiff; and

    (f) whether more than one owner is making a claim regarding this Property.

We took into consideration the estimated costs of class notice and claims administration, and made assumptions regarding the number and value of claims that will be made by absent class members.

The *gross* Allocation Amount for the Property under the Settlement may be higher or lower than this Allocation Estimate. The *net* amount for the Property will be lower because of the reduction for Court-approved attorneys' fees and costs. Under the Settlement, Class Counsel, common benefit attorneys, and privately retained attorneys for all Class Members will seek, in total, a maximum of 33% of the Settlement Amount for attorneys' fees and expenses, subject to Court approval.

Additional information regarding the Settlement is provided in the Class Notice sent to you with this letter and posted on the website www.ChineseDrywallSettlement.com.

BrownGreer
Claims Administrator

cc: Counsel for [Known Class Member on Master Spreadsheet]