

© 2019 Google

**EXHIBIT 15 to Memorandum of Law in Support of Class Settlement**

 **Analytics**  Chinese Drywall Settlement
All Web Site Data

Go to report ↗

## Location

**ALL** » COUNTRY: United States

Aug 25, 2019 - Nov 27, 2019

⊙ **All Users**
99.04% Users

**Map Overlay**

Summary


94    14,428

| Region | Users | New Users | Sessions | Bounce Rate | Pages / Session | Avg. Session Duration |
|---|---|---|---|---|---|---|
| | 84,811<br>% of Total:<br>99.04%<br>(85,637) | 85,603<br>% of Total:<br>99.03%<br>(86,444) | 93,565<br>% of Total:<br>99.00%<br>(94,508) | 85.41%<br>Avg for View:<br>85.39%<br>(0.03%) | 1.28<br>Avg for View:<br>1.28<br>(-0.04%) | 00:00:31<br>Avg for View:<br>00:00:31<br>(-0.39%) |
| 1. Florida | 14,428<br>(16.74%) | 14,484<br>(16.92%) | 17,150<br>(18.33%) | 84.75% | 1.33 | 00:00:47 |
| 2. Georgia | 8,760<br>(10.16%) | 8,652<br>(10.11%) | 9,648<br>(10.31%) | 88.97% | 1.21 | 00:00:27 |
| 3. Virginia | 6,047<br>(7.02%) | 6,030<br>(7.04%) | 6,506<br>(6.95%) | 90.42% | 1.17 | 00:00:20 |
| 4. Texas | 4,005<br>(4.65%) | 3,962<br>(4.63%) | 4,311<br>(4.61%) | 83.81% | 1.32 | 00:00:38 |
| 5. California | 3,934<br>(4.56%) | 3,923<br>(4.58%) | 4,042<br>(4.32%) | 84.76% | 1.27 | 00:00:24 |
| 6. Alabama | 3,486<br>(4.04%) | 3,450<br>(4.03%) | 4,030<br>(4.31%) | 85.29% | 1.35 | 00:00:43 |
| 7. New York | 3,445<br>(4.00%) | 3,425<br>(4.00%) | 3,557<br>(3.80%) | 80.40% | 1.34 | 00:00:22 |
| 8. Illinois | 3,295<br>(3.82%) | 3,277<br>(3.83%) | 3,397<br>(3.63%) | 85.63% | 1.26 | 00:00:20 |
| 9. Michigan | 2,954<br>(3.43%) | 2,943<br>(3.44%) | 3,047<br>(3.26%) | 85.76% | 1.26 | 00:00:21 |
| 10. Louisiana | 2,556<br>(2.97%) | 2,518<br>(2.94%) | 3,200<br>(3.42%) | 78.06% | 1.49 | 00:01:20 |
| 11. Pennsylvania | 2,552<br>(2.96%) | 2,537<br>(2.96%) | 2,670<br>(2.85%) | 83.63% | 1.31 | 00:00:24 |
| 12. Ohio | 2,193<br>(2.54%) | 2,181<br>(2.55%) | 2,289<br>(2.45%) | 85.45% | 1.28 | 00:00:23 |
| 13. Tennessee | 1,875<br>(2.18%) | 1,849<br>(2.16%) | 2,003<br>(2.14%) | 85.22% | 1.30 | 00:00:30 |
| 14. Kansas | 1,765<br>(2.05%) | 1,702<br>(1.99%) | 1,808<br>(1.93%) | 84.07% | 1.25 | 00:00:08 |
| 15. North Carolina | 1,751<br>(2.03%) | 1,724<br>(2.01%) | 1,848<br>(1.98%) | 83.66% | 1.35 | 00:00:34 |
| 16. Mississippi | 1,563<br>(1.81%) | 1,544<br>(1.80%) | 1,776<br>(1.90%) | 85.70% | 1.29 | 00:00:48 |
| 17. New Jersey | 1,461<br>(1.70%) | 1,450<br>(1.69%) | 1,524<br>(1.63%) | 81.36% | 1.32 | 00:00:28 |
| 18. Missouri | 1,456<br>(1.69%) | 1,440<br>(1.68%) | 1,504<br>(1.61%) | 86.77% | 1.23 | 00:00:19 |
| 19. District of Columbia | 1,414<br>(1.64%) | 1,400<br>(1.64%) | 1,462<br>(1.56%) | 89.74% | 1.15 | 00:00:14 |
| 20. Wisconsin | 1,377<br>(1.60%) | 1,365<br>(1.59%) | 1,428<br>(1.53%) | 87.75% | 1.23 | 00:00:18 |
| 21. Washington | 1,360<br>(1.58%) | 1,353<br>(1.58%) | 1,387<br>(1.48%) | 85.44% | 1.27 | 00:00:20 |
| 22. Minnesota | 1,294<br>(1.50%) | 1,286<br>(1.50%) | 1,345<br>(1.44%) | 87.21% | 1.22 | 00:00:18 |
| 23. Massachusetts | 1,117<br>(1.30%) | 1,103<br>(1.29%) | 1,159<br>(1.24%) | 84.56% | 1.31 | 00:00:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 24. | Indiana | **1,050**<br>(1.22%) | 1,043<br>(1.22%) | 1,081<br>(1.16%) | 86.68% | 1.25 | 00:00:24 |
| 25. | Arizona | **936**<br>(1.09%) | 933<br>(1.09%) | 968<br>(1.03%) | 83.06% | 1.30 | 00:00:23 |
| 26. | Maryland | **811**<br>(0.94%) | 806<br>(0.94%) | 835<br>(0.89%) | 86.23% | 1.25 | 00:00:22 |
| 27. | Kentucky | **772**<br>(0.90%) | 768<br>(0.90%) | 798<br>(0.85%) | 83.83% | 1.27 | 00:00:24 |
| 28. | Oregon | **734**<br>(0.85%) | 731<br>(0.85%) | 752<br>(0.80%) | 84.44% | 1.25 | 00:00:20 |
| 29. | Iowa | **657**<br>(0.76%) | 651<br>(0.76%) | 675<br>(0.72%) | 88.30% | 1.20 | 00:00:13 |
| 30. | Colorado | **654**<br>(0.76%) | 649<br>(0.76%) | 675<br>(0.72%) | 83.56% | 1.29 | 00:00:18 |
| 31. | Utah | **574**<br>(0.67%) | 570<br>(0.67%) | 588<br>(0.63%) | 86.73% | 1.25 | 00:00:18 |
| 32. | South Carolina | **554**<br>(0.64%) | 544<br>(0.64%) | 583<br>(0.62%) | 81.82% | 1.33 | 00:00:42 |
| 33. | Oklahoma | **513**<br>(0.60%) | 511<br>(0.60%) | 529<br>(0.57%) | 85.44% | 1.22 | 00:00:20 |
| 34. | Nebraska | **496**<br>(0.58%) | 494<br>(0.58%) | 512<br>(0.55%) | 85.35% | 1.26 | 00:00:17 |
| 35. | Connecticut | **456**<br>(0.53%) | 453<br>(0.53%) | 470<br>(0.50%) | 85.11% | 1.27 | 00:00:18 |
| 36. | West Virginia | **424**<br>(0.49%) | 417<br>(0.49%) | 441<br>(0.47%) | 81.86% | 1.32 | 00:00:28 |
| 37. | Arkansas | **402**<br>(0.47%) | 394<br>(0.46%) | 418<br>(0.45%) | 84.45% | 1.30 | 00:00:30 |
| 38. | Nevada | **399**<br>(0.46%) | 397<br>(0.46%) | 404<br>(0.43%) | 84.16% | 1.30 | 00:00:22 |
| 39. | Idaho | **299**<br>(0.35%) | 297<br>(0.35%) | 303<br>(0.32%) | 86.80% | 1.24 | 00:00:19 |
| 40. | Hawaii | **286**<br>(0.33%) | 285<br>(0.33%) | 305<br>(0.33%) | 88.52% | 1.21 | 00:00:23 |
| 41. | Maine | **285**<br>(0.33%) | 284<br>(0.33%) | 291<br>(0.31%) | 83.16% | 1.29 | 00:00:22 |
| 42. | New Hampshire | **269**<br>(0.31%) | 268<br>(0.31%) | 285<br>(0.30%) | 85.26% | 1.31 | 00:00:26 |
| 43. | Montana | **213**<br>(0.25%) | 212<br>(0.25%) | 220<br>(0.24%) | 85.91% | 1.23 | 00:00:17 |
| 44. | North Dakota | **198**<br>(0.23%) | 194<br>(0.23%) | 202<br>(0.22%) | 90.59% | 1.19 | 00:00:13 |
| 45. | Rhode Island | **179**<br>(0.21%) | 178<br>(0.21%) | 183<br>(0.20%) | 87.98% | 1.16 | 00:00:15 |
| 46. | New Mexico | **170**<br>(0.20%) | 170<br>(0.20%) | 176<br>(0.19%) | 81.82% | 1.34 | 00:00:27 |
| 47. | South Dakota | **170**<br>(0.20%) | 168<br>(0.20%) | 173<br>(0.18%) | 87.28% | 1.20 | 00:00:12 |
| 48. | Alaska | **144**<br>(0.17%) | 143<br>(0.17%) | 148<br>(0.16%) | 87.16% | 1.23 | 00:00:18 |
| 49. | Wyoming | **136**<br>(0.16%) | 136<br>(0.16%) | 139<br>(0.15%) | 87.77% | 1.21 | 00:00:23 |
| 50. | Delaware | **109**<br>(0.13%) | 109<br>(0.13%) | 113<br>(0.12%) | 78.76% | 1.53 | 00:02:10 |
| 51. | Vermont | **109**<br>(0.13%) | 108<br>(0.13%) | 113<br>(0.12%) | 83.19% | 1.28 | 00:00:17 |
| 52. | (not set) | **94**<br>(0.11%) | 92<br>(0.11%) | 94<br>(0.10%) | 91.49% | 1.21 | 00:00:10 |

Rows 1 - 52 of 52

© 2019 Google