**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**AFFIDAVIT OF LILLIAN EYRICH IN SUPPORT OF**
**FINAL APPROVAL OF CLASS SETTLEMENT WITH TAISHAN**
**AND CERTIFICATION OF SETTLEMENT CLASS**

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

I, Lillian Eyrich, being duly sworn according to law, depose and state as follows:

1. I submit this Affidavit in support of final approval of the Taishan Class Settlement ("Settlement") filed on August 20, 2019 (Rec. Doc. 22305-2), which was preliminarily approved by the Court on August 29, 2019 (Rec. Doc. 22314), and I support certification of the Settlement Class. Capitalized terms used in this Affidavit have the same meaning as those defined in the Settlement Agreement.

2. I am a citizen of the State of Louisiana and I reside in New Orleans, Louisiana. I am the current owner of an Affected Property located at 130 22nd Street, New Orleans, LA 70124 ("the Property"), which I purchased on or about June 13, 2001. I reside in the Property.

3. Chinese Drywall, with markings: "MADE IN CHINA, MEETS OR EXCEEDS ASTM C1396-04 STANDARD" and Taihe edge tape, was installed in the Property on or around April 2007, when the Property was completely gutted and remediated following damage sustained from Hurricane Katrina.

4. In or around 2009 or 2010, I started noticing pitting on plumbing fixtures in the Property and an unidentified odor, which prompted me to contact the general contractor who oversaw my home remediation to determine if Chinese Drywall was used in my Property. I was advised that the drywall in my property was not manufactured in China. Unfortunately, I continued to experience pitting on my plumbing fixtures and the strange odor, as well appliance failures and AC repairs. An inspection of the Property performed on March 10, 2011, confirmed the presence of Chinese Drywall in the Property.

**EXHIBIT 17 to Memorandum of Law in Support of Class Settlement**

5. I am a member of the certified *Amorin* class. On May 5, 2011, I was named on the *Haya* complaint, filed in the United States District Court for the Eastern District of Louisiana. (*Haya, et al. v. Taishan Gypsum Corp. Ltd., et al.*, Civ. Action No. 11-1077), which was transferred to this MDL. I was also named on the *Amorin* intervention complaint directly filed in the MDL on November 14, 2012 (Rec. Doc. 16227). On September 26, 2014, this Court certified the *Amorin* class. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014).

6. Throughout these proceedings, I have followed the litigation closely. I have complied with all Court Orders, timely submitted required documentation, completed profile forms and had various meetings, telephone conferences and email exchanges with my counsel Dawn Barrios and Emma Schwab of Barrios, Kingsdorf & Casteix, L.L.P. about the status of the proceedings. In 2018, I was chosen to be a Louisiana Select Claimant, which required me to respond to additional discovery requests and sit for my deposition.

7. After the Settlement Term Sheet was announced, on or about May 25, 2019, my counsel informed me of the negotiations between Class Counsel on behalf of the Plaintiffs and Taishan regarding the Settlement Agreement and exhibits. I met with Dawn Barrios and Emma Schwab on August 13, 2019, in New Orleans about serving as a Class Representative in the proposed Settlement. I had a number of questions regarding the Settlement and the proposed class action, and I discussed these issues in detail with my counsel. All of my questions were answered, and I agreed to serve as a Settlement Class Representative since I fully support the Settlement.

8. On August 29, 2019, the Court appointed me to serve as a Settlement Class Representative [Rec. Doc. 22314].

9. I strongly support this Settlement, believe it is fair, reasonable and adequate, and urge the Court to grant final approval to the Settlement and certify the Settlement Class.

_____
Lillian Eyrich

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 8th DAY OF
November, 2019

_____
NOTARY PUBLIC

RYAN M. MCCABE, La. Bar No. 31254
NOTARY PUBLIC
Notary ID No. 87910
State of Louisiana
My Commission is issued for Life.