# Emma Kingsdorf Schwab

| | |
|---|---|
| **From:** | Albites, Francisco <falbites@yourlawyer.com> |
| **Sent:** | Wednesday, September 19, 2018 9:12 AM |
| **To:** | Emma Kingsdorf Schwab |
| **Subject:** | RE: FL CDW - motion to dismiss for failure to comply with PTO 11A- Parker Waichman |

Hello Emma,

I created a box at the end with our comments.  Let me know if you need anything else.

Francisco A. Albites, Esq.
Attorney
Parker Waichman LLP
27300 Riverview Center Boulevard
Suite 103
Bonita Springs, Florida 34134
239-390-8612
239-390-0055 Fax
www.yourlawyer.com
falbites@yourlawyer.com
===============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. All e-mail to Parker Waichman LLP or any individual there at should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
===============================================================

**From:** Emma Kingsdorf Schwab <eschwab@bkc-law.com>
**Sent:** Monday, September 17, 2018 1:40 PM
**To:** Albites, Francisco <falbites@yourlawyer.com>
**Subject:** FL CDW - motion to dismiss for failure to comply with PTO 11A- Parker Waichman

Counsel,

Please see the attached Motion to Dismiss for failing to complete a SPPF. The claimants identified below are included on defendants' motion and belong to your firm:

| Caputo, Marc Turer, Scott | 2220 Soho Bay Court | Tampa | FL | 33606 | Has not responded to communications. |
|---|---|---|---|---|---|

1

**EXHIBIT 26 to Memorandum of Law in Support of Class Settlement**

| | | | | | |
|---|---|---|---|---|---|
| Daigle, Eric | 3913-5 SW Santa Barbara Place | Cape Coral | FL | 33914 | Instructed us to close his case. |
| Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive | Alva | FL | 33920 | Instructed us to close his case. |
| Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501 | Ft. Myers | FL | 33908 | Instructed us to close his case. |
| Pena, Orlando | 824 SW 17th Street | Cape Coral | FL | 33991 | Instructed us to close his case. |
| Robles, Amparo and Jose | 12430 SW 50th Street, Apt. 147 | Miramar | FL | 33027 | Has not responded to communications. |
| Santiago, Angel and Yvette | 4018 NW 12th Street | Cape Coral | FL | 33993 | Instructed us to close his case. |
| Smith, Richard | 8001 Sherwood Circle | Labelle | FL | 33935 | Has not responded to communications. |

For each claim, please tell me whether:

1. the Plaintiff has agreed to voluntary dismissal;

2. the Plaintiff has not responded to your communications regarding PTO 11A, etc., and therefore should remain on the list for the motion to dismiss; or
3. other- please explain

For any claims that fall into the first category, please let me know by Septemebr 26, 2018 so that they can be included in the NVD.

Emma Kingsdorf Schwab
Associate



701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Sandra L. Duggan <sduggan@lfsblaw.com>
**Sent:** Friday, September 14, 2018 5:04 PM
**To:** Allison Kay Grant (agrant@allisongrantpa.com) <agrant@allisongrantpa.com>; Andrew Lemmon (andrew@lemmonlawfirm.com) <andrew@lemmonlawfirm.com>; Anthony Irpino (airpino@irpinolaw.com) <airpino@irpinolaw.com>; Arnold Levin <ALevin@lfsblaw.com>; Becky Ferrer (becky@colson.com) <becky@colson.com>; Ben Gordon (bgordon@levinlaw.com) <bgordon@levinlaw.com>; 'Brook Landry Villa' (bvilla@fairclothlaw.com) <bvilla@fairclothlaw.com>; Bruce Steckler (bruce@stecklerlaw.com) <bruce@stecklerlaw.com>; C. David Durkee (durkee@rdlawnet.com) <durkee@rdlawnet.com>; Chris Seeger (cseeger@seegerweiss.com) <cseeger@seegerweiss.com>; Daniel K. Bryson (dan@wbmllp.com) <dan@wbmllp.com>; Dawn Barrios <barrios@bkc-law.com>; Dewitt Lovelace (dml@lovelacelaw.com) <dml@lovelacelaw.com>; Don Barrett (DBarrett@barrettlawgroup.com) <DBarrett@barrettlawgroup.com>; Emma Kingsdorf Schwab <eschwab@bkc-law.com>; Francisco Albites (falbites@yourlawyer.com) <falbites@yourlawyer.com>; Fred Longer <FLonger@lfsblaw.com>; Gary E. Mason (gmason@wbmllp.com) <gmason@wbmllp.com>; Gerald E. Meunier (gmeunier@gainsben.com) <gmeunier@gainsben.com>; Gregory S. Weiss (gweiss@mrachek-law.com) <gweiss@mrachek-law.com>; Holly Werkema (hwerkema@baronbudd.com) <hwerkema@baronbudd.com>; Hugh Lambert (hlambert@thelambertfirm.com) <hlambert@thelambertfirm.com>; Jay P. Dinan (jdinan@yourlawyer.com) <jdinan@yourlawyer.com>; Jeremy Alters (jeremy@alterslaw.com) <jeremy@alterslaw.com>; Jerrold S. Parker (jerry@yourlawyer.com) <jerry@yourlawyer.com>; Jim Reeves (jrr@rmlawcall.com) <jrr@rmlawcall.com>; Jimmy Doyle (jimmy@doylefirm.com) <jimmy@doylefirm.com>; Jimmy Faircloth (jfaircloth@fairclothlaw.com) <jfaircloth@fairclothlaw.com>; John Gravante III (jgravante@podhurst.com) <jgravante@podhurst.com>; Joyce Romano (jromano@hhklawfirm.com) <jromano@hhklawfirm.com>; Justin Grosz (justin@alterslaw.com) <justin@alterslaw.com>; Keith Verrier <KVerrier@lfsblaw.com>; Lenny Davis (ldavis@hhklawfirm.com) <LDAVIS@hhklawfirm.com>; Mark Milstein (mmilstein@mjfwlaw.com) <mmilstein@mjfwlaw.com>; Michael Ryan (mryan@krupnicklaw.com) <mryan@krupnicklaw.com>; Natalie Rico (natalie@colson.com) <natalie@colson.com>; Nick Davitian (ndavitian@krupnicklaw.com) <ndavitian@krupnicklaw.com>; Nicola Serianni <nserianni@lfsblaw.com>; Pat Wallace (pat@wbmllp.com) <pat@wbmllp.com>; Patrick Montoya (patrick@colson.com) <patrick@colson.com>; Pearl Robertson (probertson@irpinolaw.com) <probertson@irpinolaw.com>; Penny Herman (penny@trial-vault.com) <penny@trial-vault.com>; Pete Albanis (PAlbanis@ForThePeople.com) <PAlbanis@ForThePeople.com>; Peter Prieto (pprieto@podhurst.com) <pprieto@podhurst.com>; Regina Valenti (rvalenti@hhklawfirm.com)

<rvalenti@hhklawfirm.com>; Richard J. Serpe (rserpe@serpefirm.com) <rserpe@serpefirm.com>; Richard S. Lewis (rlewis@hausfeldllp.com) <rlewis@hausfeldllp.com>; Robert M. Becnel (robbecnel@aol.com) <robbecnel@aol.com>; Russ Herman (RHERMAN@hhklawfirm.com) <RHERMAN@hhklawfirm.com>; Russell Budd (rbudd@baronbudd.com) <rbudd@baronbudd.com>; Salvadore Christina (schristina@becnellaw.com) <schristina@becnellaw.com>; Sandra L. Duggan <sduggan@lfsblaw.com>; Scott George (sgeorge@seegerweiss.com) <sgeorge@seegerweiss.com>; Scott W. Weinstein (sweinstein@forthepeople.com) <sweinstein@forthepeople.com>; Steve Herman (sherman@hhklawfirm.com) <sherman@hhklawfirm.com>; Theodore Leopold (tleopold@cohenmilstein.com) <tleopold@cohenmilstein.com>; Thomas Shrack <TShrack@lfsblaw.com>; Victor M. Diaz Jr. (victor@diazpartners.com) <victor@diazpartners.com>; Zack Sandman (zsandman@baronbudd.com) <zsandman@baronbudd.com>; Andrew Cross (across@careydanis.com) <across@careydanis.com>; Brian Connelly (bconnelly@gouldcooksey.com) <bconnelly@gouldcooksey.com>; crm (crm@jefflowepc.com) <crm@jefflowepc.com>; David P. Matthews (dmatthews@thematthewslawfirm.com) <dmatthews@thematthewslawfirm.com>; Dennis Reich (DReich@reichandbinstock.com) <DReich@reichandbinstock.com>; Derrick Maginness (dmaginness@nhlslaw.com) <dmaginness@nhlslaw.com>; Edward Gibson (egibson@hgattorneys.com) <egibson@hgattorneys.com>; Howard K. "Skip" Pita (spita@pdfirm.com) <spita@pdfirm.com>; Jill Koon (jkoon@nhlslaw.com) <jkoon@nhlslaw.com>; John (john@hgattorneys.com) <john@hgattorneys.com>; Joseph A. Lane (joe.lane@lowndes-law.com) <joe.lane@lowndes-law.com>; Kristi (kristi@hgattorneys.com) <kristi@hgattorneys.com>; Manuel Comras (MRC@bclmr.com) <MRC@bclmr.com>; Marcus Viles (marcus@vilesandbeckman.com) <marcus@vilesandbeckman.com>; Martin Macyszyn (martin@lgmlawgroup.com) <martin@lgmlawgroup.com>; Michael Beckman (michael@vilesandbeckman.com) <michael@vilesandbeckman.com>; nlr (nlr@gouldcooksey.com) <nlr@gouldcooksey.com>; Opal (opal@vilesandbeckman.com) <opal@vilesandbeckman.com>; Pamela R (pamelar@bclmr.com) <pamelar@bclmr.com>; Rick Sadorf (rick@cooksadorf.com) <rick@cooksadorf.com>; Stephanie Gwalchmai (sgwalchmai@reichandbinstock.com) <sgwalchmai@reichandbinstock.com>

**Subject:** FL CDW - motion to dismiss for failure to comply with PTO 11A

Attached is Defendants' motion to dismiss for failure to comply with PTO 11A (re SPPFs). The response is due September 28th. Emma Schwab will reach out to each firm with clients on the list.

Sandra L. Duggan
Of-Counsel
LEVIN SEDRAN BERMAN LLP
510 Walnut Street
Suite 500
Philadelphia, PA  19106
(215) 592-1500 office
(215) 870-8258 cell
(215) 592-4663 fax
www.lfsblaw.com

CONFIDENTIALITY NOTE: This email message contains information belonging to the law firm of LEVIN SEDRAN BERMAN LLP and may be privileged, confidential and/or protected from disclosure.  The information is intended only for the use of the individual or entity named above. If you think you have received this message in error, please email the sender.  If you are not the intended recipient, please delete the message and understand that dissemination, distribution or copying is strictly prohibited.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **EDUARDO AND CARMEN AMORIN**, *et al.*, individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD.,** *et al.*,<br><br>**Defendants.** | Case No. 1:11-CV-22408-MGC |

**PLAINTIFFS' SUPPLEMENTAL UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW TO VOLUNTARILY DISMISS CERTAIN CLAIMS RELATED TO PROPERTIES IN FLORIDA (*i.e.*, "FLORIDA CLAIMS")**[1]

Pursuant to S.D. Fla. L.R. 7.1 and Fed. R. Civ. P. 41(a)(2), Plaintiffs hereby move to voluntarily dismiss the claims of those Florida Plaintiffs named in the above-captioned Florida *Amorin* Complaint, who are identified in the chart attached hereto as Exhibit "A." Counsel for Defendants have consented to the relief requested in this motion. Pursuant to the parties' agreement, each party is to bear its own attorneys' fees and costs.

As the Court is now aware, *Amorin* is a certified class action seeking damages caused by Chinese Drywall on behalf of Plaintiffs owning properties in Florida, Louisiana, and Virginia (as well as other states). *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014). Identical *Amorin* Complaints were filed in the United States District Courts for the Southern District of Florida ("Florida *Amorin* Complaint"), the Eastern District of Louisiana ("Louisiana *Amorin* Complaint"), and the Eastern District of Virginia ("Virginia *Amorin* Complaint") as protective actions for jurisdictional purposes. At the time these complaints were filed, Defendants Taishan Gypsum Co., Ltd. ("Taishan") and

---

[1] Plaintiffs have filed a Motion to Stay All Claims in the Florida *Amorin* Complaint that Relate to Properties Outside of Florida (*i.e.*, "Non-Florida Claims"), since those claims will be adjudicated in the jurisdictions where those properties are located. [ECF No. 49]. Defendants filed a motion to dismiss (rather than stay) the Non-Florida Claims. [ECF No. 51]. That motion is pending.

its wholly-owned subsidiary and alter ego Taian Taishan Plasterboard Co., Ltd. ("TTP") were challenging jurisdiction over them under Florida, Louisiana, and Virginia law in *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 (E.D. La.) (Florida law); *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.) (Louisiana law); *Gross v. Knauf Gips KG, et al.*, 09-6690 (E.D. La.) (Louisiana law); and *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D. La.) (Virginia law). Therefore, each Plaintiff in *Amorin* is included in all three *Amorin* actions, such that the Florida *Amorin* Complaint includes Plaintiffs owning properties in Louisiana and Virginia (and other states), the Louisiana *Amorin* Complaint includes Plaintiffs owning properties in Florida and Virginia (and other states), and the Virginia *Amorin* Complaint includes Plaintiffs owning properties in Florida and Louisiana (and other states). Since the time the *Amorin* Complaints were filed, the Fifth Circuit Court of Appeals has upheld Judge Fallon's ruling that jurisdiction over Taishan and TTP is proper under Florida, Louisiana, and Virginia law. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 858, 889, 902 (E.D. La. 2012), *aff'd*, 742 F.3d 576 & 753 F.3d 521 (5th Cir. 2014).

Plaintiffs filed a Motion to Voluntarily Dismiss Certain Florida Claims on August 24, 2018, dismissing one hundred and ninety-eight Florida claims from the *Amorin* complaint. [ECF No. 48]. That motion is pending before Your Honor. Since that filing, additional Florida Plaintiffs have come forward wishing to dismiss their claims. These Florida Plaintiffs are identified in Exhibit "A" and hereby seek to voluntarily dismiss their claims against Defendants Taishan, TTP, Beijing New Building Materials Public Limited Company

2

("BNBM"),[2] Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"),[3] China National Building Material Co., Ltd. ("CNBM"),[4] and China National Building Material Group Corporation ("CNBM Group").[5] Once these claims are dismissed before this Court, Plaintiffs will file parallel motions to dismiss their claims from the Louisiana *Amorin* Complaint and the Virginia *Amorin* Complaint.

WHEREFORE, for the reasons set forth above, Plaintiffs request that the claims of those Florida Plaintiffs identified on Exhibit "A" to this Motion to Dismiss be dismissed with prejudice against the Taishan Defendants and each party bear its own attorneys' fees and costs.

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1(A)(3), Plaintiffs have conferred with Defendants who agree to the relief requested herein.

---

[2] In MDL 2047, Judge Fallon denied BNBM's motion to dismiss for lack of jurisdiction, holding that, BNBM's contacts with Florida related to sales of its BNBM/Dragon Board satisfy the Florida long-arm statute and due process and also that, Taishan is BNBM's agent such that Taishan's contacts in Florida are imputed to BNBM. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2017 WL 1476595, *46 (E.D. La. Apr. 21, 2017). That ruling is currently before the Fifth Circuit Court of Appeals on a 1292(b) Petition.

[3] In MDL 2047, Judge Fallon granted BNBM Group's motion to dismiss for lack of jurisdiction, holding that, BNBM Group does not have an agency or alter ego relationship with Taishan under Florida law. *Id.*

[4] In MDL 2047, Judge Fallon granted CNBM's motion to dismiss for lack of jurisdiction, holding that, CNBM does not have an agency or alter ego relationship with Taishan under Florida law. *Id.*

[5] In MDL 2047, Judge Fallon dismissed CNBM Group from the litigation by Order & Reasons dated March 10, 2016 [MDL 2047 Rec. Doc. 20150]. The Plaintiffs' Steering Committee has filed a motion to certify that dismissal ruling for immediate appeal pursuant to 28 U.S.C. § 1292(b). Oral argument on the 1292(b) motion was heard by Judge Fallon on September 27, 2018.

3

Dated: September 28, 2018                          Respectfully Submitted,

                                                         /s/ Patrick S. Montoya, Esq.
                                                         Patrick Shanan Montoya
                                                         Fla. Bar No. 0524441
                                                         Email: Patrick@colson.com
                                                         Colson Hicks Eidson
                                                         255 Alhambra Circle, PH
                                                         Coral Gables, FL  33134-2351
                                                         Telephone:  (305) 476-7400
                                                         Facsimile:  (305) 476-7444
                                                         *Interim Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 28th day of September, 2018.

                                                         /s/ Patrick S. Montoya, Esq.
                                                         Patrick Shanan Montoya
                                                         Fla. Bar No. 0524441
                                                         Email: Patrick@colson.com
                                                         Colson Hicks Eidson
                                                         255 Alhambra Circle, PH
                                                         Coral Gables, FL  33134-2351
                                                         Telephone:  (305) 476-7400
                                                         Facsimile:  (305) 476-7444
                                                         *Interim Lead Counsel for Plaintiffs*

*Amorin, et al. v. Taishan, et al*., **Case No. 11-22408**
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 1 | Brik, Beni | 240 W. End Avenue, Unit 1311, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 2 | Brik, Beni | 240 W. End Avenue, Unit 1312, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 3 | Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive, Cape Coral, FL 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 4 | Daigle, Eric | 3913-5 SW Santa Barbara Place, Cape Coral, FL 33914 | Parker Waichman |
| 5 | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | Whitfield, Bryson & Mason |
| 6 | Epstein, Kim | 2556 Keystone Lake Drive, Cape Coral, FL 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 7 | Gaylord, Peter and Kelly | 240 W. End Avenue, Unit 321, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 8 | Gaylord, Peter and Kelly | 240 W. End Avenue, Unit 322, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 9 | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace, Cape Coral, FL 33991 | Morgan & Morgan |
| 10 | Gobel, Jason and Cynthia | 5771 S.W. 162nd Court, Miami, FL 33193 | Morgan & Morgan |
| 11 | Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive, Alva, FL 33920 | Parker Waichman |
| 12 | Katz, Barry and Rebecca | 11011 Gulf Reflections Drive, 406A, Ft. Myers, FL 33907 | Roberts & Durkee PA  Milstein Adelman LLP |
| 13 | Kent, Edward and Donna | 14143 Citrus Crest Circle, Tampa, FL 33625 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 14 | Kessler, Andrew and Katherine | 3056 Juniper Lane, Davie, FL 33330 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 15 | King Properties, Ltd. c/o Pam Duncan | 240 W. End Avenue, Unit 1511, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |

*Amorin, et al. v. Taishan, et al*., Case No. 11-22408
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 16 | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 17 | Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 18 | Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501, Ft. Myers, FL 33908 | Parker Waichman |
| 19 | Lindemann, Steve and Terri | 6012 NW 116th Drive, Coral Springs, FL 33076 | Baron & Budd, P.C. |
| 20 | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 21 | Massaro, Mario | 240 W. End Avenue, Unit 823, Punta Gorda, FL 33950 | Allison Grant, P.A. Baron & Budd, P.C. |
| 22 | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street, Tampa, FL 33610 | Morgan & Morgan |
| 23 | Mirakian, Samuel | 20316 Larino Loop, Estero, FL 33928 | Morgan & Morgan |
| 24 | Mosley, Shawn | 10440 SW Stephanie Way, Unit 203, Port St. Lucie, FL 34987 | Pro Se |
| 25 | Negrov, Pavel | 1316 Nucelli Road, North Port, FL 34288 | Norton, Hammersley, Lopez & Skokos, P.A. James, Hoyer, Newcomer & Smiljanich, P.A. |
| 26 | Packard, Suki and Michael | 3028 Lake Manatee Court, Cape Coral, FL 33909 | Roberts & Durkee PA Milstein Adelman LLP |
| 27 | Palmer, Olga | 1233 Kendari Terrace, Naples, FL 34113 | Roberts & Durkee PA Milstein Adelman LLP |
| 28 | Pena, Orlando | 824 SW 17th Street, Cape Coral, FL 33991 | Parker Waichman |
| 29 | Perez, Adela | 12430 SW 50 Street, Unit 113, Miramar, FL 33027 | Baron & Budd, P.C. |
| 30 | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |

*Amorin, et al. v. Taishan, et al*., **Case No. 11-22408**
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 31 | Redway, Robert and Galina | 2521 Whitesand Lane, Clearwater, FL 33763 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 32 | Santiago, Angel and Yvette | 4018 NW 12th Street, Cape Coral, FL 33993 | Parker Waichman |
| 33 | Suarez, Humberto | 208 SE 6th Street, Cape Coral, FL 33990 | Roberts & Durkee PA  Milstein Adelman LLP |
| 34 | Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue, Tampa, FL 33626 | Levin Papantonio |
| 35 | Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 36 | Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 37 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle, Boynton Beach, FL 33427 | Baron & Budd, P.C. |
| 38 | Walker, Andrew and Cathy | 7460 Bridgeview Drive, Wesley Chapel, FL 33545 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EDUARDO AND CARMEN AMORIN, *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.; TAIAN TAISHAN PLASTERBOARD CO., LTD., *et al.*,<br><br>Defendants. | Case No. 1:11-CV-22408-MGC |

**PLAINTIFFS' SUPPLEMENTAL UNOPPOSED MOTION AND INCORPORATED MEMORANDUM OF LAW TO VOLUNTARILY DISMISS CERTAIN CLAIMS RELATED TO PROPERTIES IN FLORIDA (*i.e.*, "FLORIDA CLAIMS")**[1]

Pursuant to S.D. Fla. L.R. 7.1 and Fed. R. Civ. P. 41(a)(2), Plaintiffs hereby move to voluntarily dismiss the claims of those Florida Plaintiffs named in the above-captioned Florida *Amorin* Complaint, who are identified in the chart attached hereto as Exhibit "A." Counsel for Defendants have consented to the relief requested in this motion. Pursuant to the parties' agreement, each party is to bear its own attorneys' fees and costs.

As the Court is now aware, *Amorin* is a certified class action seeking damages caused by Chinese Drywall on behalf of Plaintiffs owning properties in Florida, Louisiana, and Virginia (as well as other states). *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2014 WL 4809520 (E.D. La. Sept. 26, 2014). Identical *Amorin* Complaints were filed in the United States District Courts for the Southern District of Florida ("Florida *Amorin* Complaint"), the Eastern District of Louisiana ("Louisiana *Amorin* Complaint"), and the Eastern District of Virginia ("Virginia *Amorin* Complaint") as protective actions for jurisdictional purposes. At the time these complaints were filed, Defendants Taishan Gypsum Co., Ltd. ("Taishan") and

---

[1] Plaintiffs have filed a Motion to Stay All Claims in the Florida *Amorin* Complaint that Relate to Properties Outside of Florida (*i.e.*, "Non-Florida Claims"), since those claims will be adjudicated in the jurisdictions where those properties are located. [ECF No. 49]. Defendants filed a motion to dismiss (rather than stay) the Non-Florida Claims. [ECF No. 51]. That motion is pending.

its wholly-owned subsidiary and alter ego Taian Taishan Plasterboard Co., Ltd. ("TTP") were challenging jurisdiction over them under Florida, Louisiana, and Virginia law in *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Case No. 09-4115 (E.D. La.) (Florida law); *Wiltz v. Beijing New Building Materials Public Ltd. Co., et al.*, Case No. 10-361 (E.D. La.) (Louisiana law); *Gross v. Knauf Gips KG, et al.*, 09-6690 (E.D. La.) (Louisiana law); and *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 09-6687 (E.D. La.) (Virginia law). Therefore, each Plaintiff in *Amorin* is included in all three *Amorin* actions, such that the Florida *Amorin* Complaint includes Plaintiffs owning properties in Louisiana and Virginia (and other states), the Louisiana *Amorin* Complaint includes Plaintiffs owning properties in Florida and Virginia (and other states), and the Virginia *Amorin* Complaint includes Plaintiffs owning properties in Florida and Louisiana (and other states). Since the time the *Amorin* Complaints were filed, the Fifth Circuit Court of Appeals has upheld Judge Fallon's ruling that jurisdiction over Taishan and TTP is proper under Florida, Louisiana, and Virginia law. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 894 F. Supp. 2d 819, 858, 889, 902 (E.D. La. 2012), *aff'd*, 742 F.3d 576 & 753 F.3d 521 (5th Cir. 2014).

Plaintiffs filed a Motion to Voluntarily Dismiss Certain Florida Claims on August 24, 2018, dismissing one hundred and ninety-eight Florida claims from the *Amorin* complaint. [ECF No. 48]. That motion is pending before Your Honor. Since that filing, additional Florida Plaintiffs have come forward wishing to dismiss their claims. These Florida Plaintiffs are identified in Exhibit "A" and hereby seek to voluntarily dismiss their claims against Defendants Taishan, TTP, Beijing New Building Materials Public Limited Company

("BNBM"),[2] Beijing New Building Material (Group) Co., Ltd. ("BNBM Group"),[3] China National Building Material Co., Ltd. ("CNBM"),[4] and China National Building Material Group Corporation ("CNBM Group").[5] Once these claims are dismissed before this Court, Plaintiffs will file parallel motions to dismiss their claims from the Louisiana *Amorin* Complaint and the Virginia *Amorin* Complaint.

WHEREFORE, for the reasons set forth above, Plaintiffs request that the claims of those Florida Plaintiffs identified on Exhibit "A" to this Motion to Dismiss be dismissed with prejudice against the Taishan Defendants and each party bear its own attorneys' fees and costs.

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to S.D. Fla. L.R. 7.1(A)(3), Plaintiffs have conferred with Defendants who agree to the relief requested herein.

---

[2] In MDL 2047, Judge Fallon denied BNBM's motion to dismiss for lack of jurisdiction, holding that, BNBM's contacts with Florida related to sales of its BNBM/Dragon Board satisfy the Florida long-arm statute and due process and also that, Taishan is BNBM's agent such that Taishan's contacts in Florida are imputed to BNBM. *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.*, 2017 WL 1476595, *46 (E.D. La. Apr. 21, 2017). That ruling is currently before the Fifth Circuit Court of Appeals on a 1292(b) Petition.

[3] In MDL 2047, Judge Fallon granted BNBM Group's motion to dismiss for lack of jurisdiction, holding that, BNBM Group does not have an agency or alter ego relationship with Taishan under Florida law. *Id.*

[4] In MDL 2047, Judge Fallon granted CNBM's motion to dismiss for lack of jurisdiction, holding that, CNBM does not have an agency or alter ego relationship with Taishan under Florida law. *Id.*

[5] In MDL 2047, Judge Fallon dismissed CNBM Group from the litigation by Order & Reasons dated March 10, 2016 [MDL 2047 Rec. Doc. 20150]. The Plaintiffs' Steering Committee has filed a motion to certify that dismissal ruling for immediate appeal pursuant to 28 U.S.C. § 1292(b). Oral argument on the 1292(b) motion was heard by Judge Fallon on September 27, 2018.

3

Dated: September 28, 2018

Respectfully Submitted,

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Southern District of Florida by using the CM/ECF System, which will send a notice of electronic filing on this 28th day of September, 2018.

/s/ Patrick S. Montoya, Esq.
Patrick Shanan Montoya
Fla. Bar No. 0524441
Email: Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL 33134-2351
Telephone: (305) 476-7400
Facsimile: (305) 476-7444
*Interim Lead Counsel for Plaintiffs*

*Amorin, et al. v. Taishan, et al*., **Case No. 11-22408**
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 1 | Brik, Beni | 240 W. End Avenue, Unit 1311, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 2 | Brik, Beni | 240 W. End Avenue, Unit 1312, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 3 | Ceminsky, Gerald and Margaret | 2572 Keystone Lake Drive, Cape Coral, FL 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 4 | Daigle, Eric | 3913-5 SW Santa Barbara Place, Cape Coral, FL 33914 | Parker Waichman |
| 5 | Dobric, Mario | 1690 Renaissance Commons Blvd., Unit 1228 | Whitfield, Bryson & Mason |
| 6 | Epstein, Kim | 2556 Keystone Lake Drive, Cape Coral, FL 33993 | Roberts & Durkee PA  Milstein Adelman LLP |
| 7 | Gaylord, Peter and Kelly | 240 W. End Avenue, Unit 321, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 8 | Gaylord, Peter and Kelly | 240 W. End Avenue, Unit 322, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 9 | GFB Properties, LLC c/o Daniel Gleinig | 325 NW 25th Terrace, Cape Coral, FL 33991 | Morgan & Morgan |
| 10 | Gobel, Jason and Cynthia | 5771 S.W. 162nd Court, Miami, FL 33193 | Morgan & Morgan |
| 11 | Guerreiro, Michael and Nancy | 15336 Yellow Wood Drive, Alva, FL 33920 | Parker Waichman |
| 12 | Katz, Barry and Rebecca | 11011 Gulf Reflections Drive, 406A, Ft. Myers, FL 33907 | Roberts & Durkee PA  Milstein Adelman LLP |
| 13 | Kent, Edward and Donna | 14143 Citrus Crest Circle, Tampa, FL 33625 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 14 | Kessler, Andrew and Katherine | 3056 Juniper Lane, Davie, FL 33330 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 15 | King Properties, Ltd. c/o Pam Duncan | 240 W. End Avenue, Unit 1511, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |

*Amorin, et al. v. Taishan, et al*., Case No. 11-22408
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 16 | Kramer, Ronald and Anita | 1660 Renaissance Commons Blvd., Unit 2310, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 17 | Leone, Michael | 1690 Renaissance Commons Blvd, Unit #1202, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 18 | Lewis, Jayme and Todd | 6040 Jonathan's Bay Circle, Unit 501, Ft. Myers, FL 33908 | Parker Waichman |
| 19 | Lindemann, Steve and Terri | 6012 NW 116th Drive, Coral Springs, FL 33076 | Baron & Budd, P.C. |
| 20 | Maesel, Shawn | 1660 Renaissance Commons Blvd., Unit 2417, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 21 | Massaro, Mario | 240 W. End Avenue, Unit 823, Punta Gorda, FL 33950 | Allison Grant, P.A.  Baron & Budd, P.C. |
| 22 | Mike, Tamas and Blanar, Eva | 6302 N. 17th Street, Tampa, FL 33610 | Morgan & Morgan |
| 23 | Mirakian, Samuel | 20316 Larino Loop, Estero, FL 33928 | Morgan & Morgan |
| 24 | Mosley, Shawn | 10440 SW Stephanie Way, Unit 203, Port St. Lucie, FL 34987 | Pro Se |
| 25 | Negrov, Pavel | 1316 Nucelli Road, North Port, FL 34288 | Norton, Hammersley, Lopez & Skokos, P.A.  James, Hoyer, Newcomer & Smiljanich, P.A. |
| 26 | Packard, Suki and Michael | 3028 Lake Manatee Court, Cape Coral, FL 33909 | Roberts & Durkee PA  Milstein Adelman LLP |
| 27 | Palmer, Olga | 1233 Kendari Terrace, Naples, FL 34113 | Roberts & Durkee PA  Milstein Adelman LLP |
| 28 | Pena, Orlando | 824 SW 17th Street, Cape Coral, FL 33991 | Parker Waichman |
| 29 | Perez, Adela | 12430 SW 50 Street, Unit 113, Miramar, FL 33027 | Baron & Budd, P.C. |
| 30 | Polychronopoulos, Nathalie and George | 1660 Renaissance Commons Blvd. Unit 2210, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |

*Amorin, et al. v. Taishan, et al*., **Case No. 11-22408**
**Exhibit A- Supplemental List of Florida Claims to Voluntarily Dismiss**

| # | Claimant Name | Affected Property Address | Attorney |
|---|---|---|---|
| 31 | Redway, Robert and Galina | 2521 Whitesand Lane, Clearwater, FL 33763 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |
| 32 | Santiago, Angel and Yvette | 4018 NW 12th Street, Cape Coral, FL 33993 | Parker Waichman |
| 33 | Suarez, Humberto | 208 SE 6th Street, Cape Coral, FL 33990 | Roberts & Durkee PA  Milstein Adelman LLP |
| 34 | Swan, Christiana and Harwick, Michael | 14125 Stowbridge Avenue, Tampa, FL 33626 | Levin Papantonio |
| 35 | Vargas, Odilio | 1690 Renaissance Commons Blvd., Unit 1424, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 36 | Verderame, Frances | 1690 Renaissance Commons Blvd., Unit 1219, Boynton Beach, FL 33426 | Whitfield, Bryson & Mason |
| 37 | Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle, Boynton Beach, FL 33427 | Baron & Budd, P.C. |
| 38 | Walker, Andrew and Cathy | 7460 Bridgeview Drive, Wesley Chapel, FL 33545 | Allison Grant, P.A.  Baron & Budd, P.C.  Alters Boldt Brown Rash & Culmo |