## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> **Case No. 14:cv-2722** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Rule 23 Motion to Deny Class Certification as to the Bennett Plaintiffs;

**IT IS HEREBY ORDERED** that Defendants' Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.'s Rule 23 Motion to Deny Class Certification is GRANTED and the Bennett Plaintiffs' Motion for Class Certification is hereby DENIED.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**