UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED ) | |
|        DRYWALL PRODUCTS ) | MDL NO. 2047 |
|        LIABILITY LITIGATION ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L |
| ) | |
| ALL CASES ) | JUDGE FALLON |
| ) | |
| ) | MAG. JUDGE WILKINSON |
| ) | |

## THE BRYSON GROUP'S MOTION FOR
## ALLOCATION OF THE DISPUTED ATTORNEYS' FEE FUND

Movants Whitfield Bryson & Mason LLP, Rhine Law Firm, P.C., Pendley Baudin & Coffin and Luckey & Mullins (collectively, the "Bryson Group"), through one of its members, Daniel K. Bryson ("Bryson"), a Partner of Whitfield Bryson & Mason LLP, moves the Court for an Order directing the Clerk of Court to pay to WBM the sum of $1,013,940.35 from the disputed attorneys' fee fund on deposit with the Registry of the Court, representing 25% of the fees awarded from the recoveries of 174 plaintiffs represented by the Bryson Group jointly with Collins & Downey, P.C., Arthur Edge II and Kenneth Edward Sexton II (collectively, the "Collins Group"). Bryson Group's Memorandum in Support of this Motion is filed contemporaneously herewith.

Respectfully submitted, this the 10th day of December, 2019.

                                        */s/ Daniel K. Bryson*
                                        Daniel K. Bryson
                                        WHITFIELD BRYSON & MASON LLP
                                        900 W. Morgan Street
                                        Raleigh, NC 27606
                                        Telephone: (919) 600-5000

Gary E. Mason
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Joel R. Rhine
RHINE LAW FIRM
1612 Military Cutoff Rd
Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960

Christopher L. Coffin
PENDLEY BAUDIN & COFFIN
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
1629 Government Street
Ocean Springs, MS 39564
Telephone: (228) 875-3175

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of December, 2019.

/s/ Daniel K. Bryson
Daniel K. Bryson