UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED ) | | |
| DRYWALL PRODUCTS ) | MDL NO. 2047 | |
| LIABILITY LITIGATION ) | | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION: L | |
| ) | | |
| ALL CASES ) | JUDGE FALLON | |
| ) | | |
| ) | MAG. JUDGE WILKINSON | |
| ) | | |

**THE BRYSON GROUP'S MEMORANDUM IN SUPPORT OF MOTION FOR
ALLOCATION OF THE DISPUTED ATTORNEYS' FEE FUND**

COMES NOW, Whitfield Bryson & Mason LLP, Rhine Law Firm, P.C., Pendley Baudin & Coffin and Luckey & Mullins (collectively, the "Bryson Group"), through one of its members, Gary E. Mason ("Mason"), a Partner of Whitfield Bryson & Mason LLP, submits the following in support of its Motion requesting that the Court Order payment to Whitfield Bryson & Mason, payment of fees in the amount of $1,013,940.35, which BrownGrees was allowed by this Court's Order to deposit with the Clerk of the Court. The Bryson Group states and attests as follows:

1. On or about September 30, 2010, the Collins Group entered into a co-counsel agreement (the "Agreement") with the Bryson Group. A true and correct copy of the Agreement is attached hereto as **Exhibit A**.

2. The purpose of the Agreement was to set out the terms by which the Collins Group and the Bryson Group would jointly represent certain owners of properties constructed with Chinese Drywall who had retained or subsequently retained the Collins Group to represent them. The parties agreed that for its services the Bryson Group would receive 25% of any attorneys' fees ultimately awarded to any client in this action. *See* **Exhibit**

**A**, at ¶ 2; *see also* **Exhibit B** Affidavit of Daniel K. Byson, ¶ 3 (Dec. 2, 2019) ("Bryson Aff.").

3. Pursuant to the Agreement, the Bryson Group took on the joint representation of certain persons who retained the Collins Group and performed work on their behalf. In total, the Bryson Group and the Collins Group jointly represented 174 plaintiffs in this litigation. *See* **Exhibit B**, ¶ 5 and Exhibit B thereto.

4. During the period beginning approximately November 11, 2009, to the present, the Bryson Group, among other things: assisted the Collins Group with initially processing Plaintiff Profile Forms ("PPFs") and client lists for submission the PSC; assisted the Collins Group in amending PPFs and submitting requested client information to the PSC in connection with the continuing litigation and the Pilot Program; coordinated walk-though inspections for Pilot Program participants; forwarded Xactimates received from Moss; searched and pulled requested INEX invoices for multiple cities, addresses, and builders; drafted and filed motions to dismiss; continuously communicated with the Collins Group concerning the status of the litigation, remediation and settlement. **Exhibit B**, ¶¶ 6, 9; See **Exhibit C** Affidavit of Amanda Mkamanga, ¶ 3 (Dec. 2, 2019) ("Mkamanga Aff."), ¶¶ 5-9.

5. Pursuant to the Global Settlement Agreement with Knauf, the Settlement Administrator has allocated fees to the Collins Group of $6,866,796.33 for all of its clients, including the 174 plaintiffs it represents jointly with the Bryson Group.

6. The Claims Administrator has calculated the total recover from the Knauf settlement for the 174 plaintiffs represented jointly by the Bryson Group and the Collins Group to be $28,000,240.12. *See* **Exhibit B**. The total fee on this recovery amounts to $4,055,762.14.

*Id.* WBM contends that 25% of that amount, or $1,013,940,54, should be allocated to the Bryson Group pursuant to the Agreement.

7. On or about July 8, 2016, almost three years after the co-counsel agreement was executed, Art Edge sent Daniel Bryson a letter purportedly on behalf of the "Collins Group." *See* **Exhibit B**, ¶ 10 & Exhibit H thereto. The letter stated that the Bryson Group had failed to "fulfill its obligations under the agreement," and that "after the initial filing of the claims in the MDL, the Bryson Group contributed nothing further to the litigation of these claims other than an occasional request of the Collins Group for client documentation." *Id*. This assertion is incorrect. The co-counsel agreement specifically provides that "[t]he Bryson Group will assist in the filing of all cases that the Collins Group seeks to file in the MDL." The Bryson Group complied with this requirement. In addition, the Collins Group was adamant that the Bryson Group have no contact with any of the clients. All contact was through the Collins Group. *Id.*; **Exhibit C**, ¶ 8 (Dec. 2, 2019). The Bryson Group complied with every request from the Collins Group for assistance, and as required by the PSC, the Court, or Brown Greer.

8. Mr. Bryson responded to Mr. Edge's letter in a letter dated July 26, 2016. *See* **Exhibit B**, ¶ 11 & Exhibit I thereto. This letter sets out in greater detail how the Bryson Group complied with the agreement. *Id*. The Bryson Group received no response to this letter. *Id.*

9. In an email dated January 31, 2018, almost eight years after the agreement was executed, Mr. Collins stated, "[w]e signed the agreement with you and I intend on honoring the agreement." *See* **Exhibit B**, ¶ 11 & Exhibit J thereto.

1. On or about September 18, 2019, the Settlement Administrator moved to deposit the disputed attorneys' fees in the amount of $6,866,796.33 to the Registry of the Court. The Court granted the motion on October 15, 2019. The Court further ordered any party with interest in these funds to file a motion addressing the allocation of these funds.

WHEREFORE, for the foregoing reasons, the Bryson Group hereby moves the Court to enter an order directing the Clerk of Court to distribute from the disputed attorneys' fees fund the sum of $1,013,940.35, plus interests and associated fees and costs of this motion to the Bryson Group. A proposed Order is attached hereto.

Dated: December 10, 2019

                                  Respectfully submitted,

                                  */s/ Daniel K. Bryson*
                                  Daniel K. Bryson
                                  WHITFIELD BRYSON & MASON LLP
                                  900 W. Morgan Street
                                  Raleigh, NC 27606
                                  Telephone: (919) 600-5000

                                  Gary E. Mason
                                  WHITFIELD BRYSON & MASON LLP
                                  5101 Wisconsin Avenue NW, Suite 305
                                  Washington, D.C. 20016
                                  Telephone: (202) 429-2290

                                  Joel R. Rhine
                                  RHINE LAW FIRM
                                  1612 Military Cutoff Rd
                                  Suite 300
                                  Wilmington, NC 28403
                                  Telephone: (910) 772-9960

                                  Christopher L. Coffin
                                  PENDLEY BAUDIN & COFFIN
                                  24110 Eden Street
                                  Plaquemine, LA 70764
                                  Telephone: (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
1629 Government Street
Ocean Springs, MS 39564
Telephone: (228) 875-3175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of December, 2019.

*/s/ Daniel K. Bryson*
Daniel K. Bryson