UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| ALL CASES | ) ) ) ) ) | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

NOTICE OF SUBMISSION OF THE BRYSON GROUP'S MOTION
FOR ALLOCATION OF THE DISPUTED ATTORNEYS' FEE FUND

PLEASE TAKE NOTICE that The Bryson Group's Motion for Allocation of the Disputed Attorneys' Fee Fund is hereby set for submission before District Court Judge Fallon on January 8, 2020, at 9:00 a.m.

This the 10th day of December, 2019.

WHITFIELD BRYSON & MASON LLP

/s/ Daniel K. Bryson
Daniel K. Bryson
WHITFIELD BRYSON & MASON LLP
900 W. Morgan Street
Raleigh, NC 27606
Telephone: (919) 600-5000

Gary E. Mason
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Joel R. Rhine
RHINE LAW FIRM
1612 Military Cutoff Rd

Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960

Christopher L. Coffin
PENDLEY BAUDIN & COFFIN
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396

Stephen Mullins
LUCKEY & MULLINS
1629 Government Street
Ocean Springs, MS 39564
Telephone: (228) 875-3175

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of December, 2019.

                                                    */s/ Daniel K. Bryson*
                                                    Daniel K. Bryson