UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALLPRODUCT LIABILITY LITIGATION | : : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ART EDGE, P.C.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Comes now Art Edge, PC ("Edge") and respectfully moves this Court, pursuant to the agreement of the parties, Federal Arbitration Act ("FAA") and controlling law, to compel arbitration and stay proceedings of this fee dispute.

Attached hereto in support are Edge's Memorandum and Exhibits, as well as a Notice of Submission.

                                                                                             s/ David L. Horsley
                                                                                             David L. Horsley (ASB-6090-i47h)

                                                                                             s/ H. Arthur Edge, III
                                                                                             H. Arthur Edge, III (ASB-8927-d64h)

**OF COUNSEL**:
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF E-filing system and Lexis File and Serve which will send notification of such filing; and I hereby certify that any non-E-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

                                                      s/ H. Arthur Edge, III
                                                      OF COUNSEL