# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALLPRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE Art Edge, PC's Motion to Compel Arbitration and Stay Proceedings is hereby set for submission before District Court Judge Fallon on December 18, 2019.

 

Dated: December 10, 2019

Respectfully submitted,

s/ David L. Horsley
David L. Horsley (ASB-6090-i47h)

s/ H. Arthur Edge, III
H. Arthur Edge, III (ASB-8927-d64h)

**OF COUNSEL:**
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com
david@edgelawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF E-filing system and Lexis File and Serve which will send notification of such filing; and I hereby certify that any non-E-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

                                                                  s/ David L. Horsley
                                                                  OF COUNSEL