UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALLPRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

This matter, having come before the undersigned and on the Art Edge, PC's Motion to Compel Arbitration and Stay Proceedings having considered and for good cause shown the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that the Motion to Compel Arbitration and Stay Proceedings is GRANTED and that the parties are to initiate arbitration proceedings pursuant to the terms of the Co-Counsel Agreement.

SO ORDERED, this the _____ day of _____, 2019.

_____
United States District Judge