

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED   :   MDL NO. 2047
DRYWALLPRODUCT LIABILITY      :
LITIGATION                    :   SECTION: L
                              :
                              :   JUDGE FALLON
                              :   MAG. JUDGE WILKINSON
                              :

### AFFIDAVIT OF H. ARTHUR EDGE, III

STATE OF ALABAMA     )
COUNTY OF JEFFERSON  )

1. My name is H. Arthur Edge, III. I am a resident citizen of the State of Alabama aged nineteen (19) years or older and have personal knowledge of the facts and matters set forth herein which are true and accurate.

2. I graduated with a Bachelor of Science from Vanderbilt University in 1985 and from Cumberland School of Law at Samford University in 1997.

3. I have been licensed to practice law in the state of Alabama since September 26, 1997 and have been in good standing with the Alabama bar ever since.

4. On March 8, 2001, I incorporated Edge & Collins, PC with Brian Collins. From the creation until 2005, Brian and I, along with additional lawyers practiced together as the law firm of Edge & Collins. In 2004, a dispute between myself and Collins ensued regarding how the firm was to be run. At that time, the firm split into Art Edge, PC and Collins, Liveoak & Boyles, PC.

5. After the split, the parties entered into a fee sharing agreement regarding the ongoing cases. This agreement was not memorialized in writing.

6. In early 2009, I learned about and signed up the first Chinese drywall case between my firm and the Collins Firm.

7. In Fall of 2009, Brian Collins, Eddie Sexton and I met with Dan Bryson of Lewis & Roberts, PLLC in Birmingham, Alabama regarding entering into a Co-Counsel Agreement for the prosecution of Chinese drywall cases.

8. Over the next couple of months, that agreement was memorialized and signed by all parties. The agreement was between "The Collins Group" (Collins & Downey, Art Edge, PC and Gentle, Turner & Sexton) and "The Bryson Group" (Lewis & Roberts, PLLC of Raleigh, North Carolina; Luckey & Mullins of Ocean Springs, Mississippi; Mason, LLP of Washington, DC; Lea, Rhine & Rosbrugh, PLLC of Wilmington, North Carolina; and Pendley, Baudin & Coffin, LLP of Plaquemine, Louisiana). A true and correct copy of that agreement is included with this affidavit as Attachment 1.

9. Between 2009 and 2015, The Collins Group submitted claims through The Bryson Group to be filed in the MDL. The Bryson Group provided paralegal services to the Collins Group to assist in the submission of claims to the PSC. Over the course of the MDL, The Bryson Group provided little to no guidance or legal work on behalf of The Collins Group clients. Any legal assistance that was provided would have been through the MDL as a member of the PSC and not as a result of any request from The Collins Group. If the Bryson Group provided these services, I was not informed of it.

10. Over the course of the Chinese drywall litigation, Brian Collins entered into a verbal referral agreement with Joe Buffington of The Law Offices of Joe Buffington to accept referrals from Buffington. I do not know the terms of this agreement as I was not involved in this conversation, nor was it memorialized in writing.

11. In reviewing the spreadsheet provided by Brown Greer, I have identified twenty one cases that were referred to Collins by Joe Buffington and filed into the Chinese drywall MDL under Dan Bryson. I have included a list of these clients with the appropriate attorney fee for each, totaling $566,546.99

2

12. Each client referred by Buffington was, in turn, submitted to The Bryson Group to be filed in the Chinese drywall MDL. In my experience in this market a standard referral agreement for this type of case would range between 25 and 33%. Buffington provided significant work in these cases above what a referral agreement would contemplate that would enhance this arrangement to something between 40 and 50%.

13. Nineteen other clients were submitted to the MDL under the name Law Offices of Joe Buffington. These cases were not originated through his office. Stated another way, they are not his client they were signed up on a joint fee agreement between Collins & Horsley, PC and H. Arthur Edge, PC. (Attachment C).

FURTHER, THE AFFIANT SAYETH NAUGHT.

_____
H. Arthur Edge, III

Date 12/2/19

**STATE OF ALABAMA**      )
**COUNTY OF JEFFERSON**   )

I, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared before me the above noted parties, who are known to me, and who by me being first duly sworn, state under oath that the facts and averments stated in the foregoing are true and correct and that they affixed their name to same in my presence.

Sworn to and subscribed before me on this the 2nd day of December, 2019.

_____
Notary Public
My commission expires:



DAVID LEE HORSLEY
My Commission Expires
January 23, 2023

3

# ATTACHMENT 1

# CO-COUNSEL AGREEMENT
# CHINESE DRYWALL LITIGATION

This will memorialize the agreement between William Brian Collins of Collins Law Firm and his affiliated counsel[1] (the "Collins Group") and Daniel K. Bryson of Lewis & Roberts, PLLC and his affiliated counsel[2] (the "Bryson Group") (collectively, the "Law Firms") to jointly represent owners of properties constructed with Chinese-manufactured drywall ("Chinese Drywall") and prosecute class and individual litigation, in both state and federal courts.

## 1. Purpose of the Representation

The Collins Group has been retained to serve as legal counsel for numerous persons whose homes were constructed with Chinese Drywall. The Collins Group agrees to associate with the Bryson Group in this representation. The Bryson Group has developed significant expertise in all aspects of the Chinese Drywall litigation and its members are either court appointed co-chairs or members of various plaintiffs' committees in *In re: Chinese-Manufactured Drywall Products Litigation*, MDL No. 2047 (E.D. La.). In particular, Daniel K. Bryson serves Of Counsel to the Plaintiffs' Steering Committee ("PSC") and participates in all aspects of those meetings, and co-chairs the PSC's Discovery Deposition Committee, the Expert Science Committee, and is a member of the Trial Team. The Collins Group and the Bryson Group, through their respective member attorneys and their law firms, have agreed to jointly represent these individuals, and others who may be retained by the Collins Group in the future, in class and individual actions which have been or will be filed in state or federal courts.

*[Handwritten annotation:]* \* It is understood that this agreement only applies to cases obtained in Alabama that were submitted to the Bryson Group for filing. WBC

## 2. Filing in the MDL

The Bryson Group will assist in the filing of all cases that the Collins Group seeks to file in the MDL. The Collins Group understands that time is of the essence and that the current deadline for filing against Knauf in the MDL is December 2, 2009 (although the actual complaint will not be filed until December 9, 2009). Although all members of the "Collins Group" will be listed as counsel on the Omni Complaint against Knauf, only Daniel K. Bryson will be listed in client lists submitted to Arnold Levin's office as requested by his office. It is anticipated that there will be other filings against other manufacturers of Chinese Drywall in the MDL, and perhaps subsequent collective complaints against Knauf. The Bryson group will receive 25% of any attorneys fees ultimately awarded to any client in the MDL only (The Bryson Group will have no rights to any fee awarded to any client in any State Court action.) The current cases applicable to this agreement are attached hereto as Exhibit A. This exhibit will be updated on an as requested basis but at least monthly as additional cases are acquired. The Bryson Group warrants that all filing and service fees associated with these clients shall be borne by the PSC, subject to reimbursement only upon settlement and award by the Court. Service fees shall include the cost of all inspections of homes or other properties required of clients of the Collins Group by the Court presiding over the MDL. All other expenses, including initial inspection fees, shall be borne by the Collins Group. However, to the extent allowed by the Court, the Bryson Group will attempt to obtain reimbursement for any other expense incurred by

---

1 H. Arthur Edge, III; Kenneth Edward Sexton, II
2 Gary E. Mason of Mason LLP ("TMLF"), Joel R. Rhine of Lea, Rhine & Rosbrugh, Christopher L. Coffin of Pendley, Baudin & Coffin, LLP ("PBC") and Stephen W. Mullins of Luckey & Mullins.

{00362284.DOC}

the Collins Group for cases in the MDL. Further, the Bryson Group anticipates that the PSC will continue to pay for all expenses related to the continued prosecution of any case in the MDL as it relates to any foreign manufacturer of the drywall. To the extent this is not the case, the Bryson Group will advance those expenses subject to approved reimbursement from the Court in any settlement or subsequent recovery. The Collins Group agrees to not assign any potential recovery from the MDL in any potential settlement in any other action without clearly indicating that the Bryson Group's fee portion of the MDL award, if any, will be deducted from said settlement. Finally, the Collins Group agrees to execute any supplemental agreement as necessary to effectuate the terms of this agreement if required by any applicable rules of ethics or professional conduct.

### 3. MDL Participation

The Collins Group desires to participate in the MDL through committee work and application for common benefit time. Dan Bryson will assist the Collins Group in joining MDL committees. The Collins Group is hereby advised that the PSC requires a payment of $10,000 per committee member, payable by the Collins Group.

It is understood that attorneys of records in existing cases (those cases that have been previously filed in state court for construction defect issues) will also appear as counsel on the cases filed in the MDL.

### 4. Consulting with Collins Group

Daniel K. Bryson, or other members of the Bryson Group, will consult with the Collins Group on an as requested basis during the pendency of this agreement on all aspects of this litigation. Upon request, at least once per quarter, Bryson will travel to Birmingham to consult with the Collins Group. Also, Bryson will facilitate with either his staff, or through appropriate training and software as permitted by the PSC, the review of all documents produced by parties such as Interior Exterior.

### 5. Decision–Making and Communication

Counsel agree to keep each other informed about their work projects and additional case acquisition. Counsel agree to communicate by conference call or other agreed means in order to make key strategic decisions with regard to filings in the MDL. Counsel agrees to not settle any case in the MDL without the approval of all undersigned law firms.

### 6. Additional Counsel

Counsel recognize that for this litigation to be successful, it may be necessary to retain additional counsel. Any decision to enlist the assistance of additional counsel shall be made by decision of all Law Firms which are a signatory to this Agreement. Additional counsel shall execute a separate local counsel agreement. However, said additional counsel will not affect or change the terms of the agreement set forth herein.

### 7. Dispute Resolution

Alabama law shall apply to all disputes relating to the terms of this agreement. In the

event of a dispute arising from this agreement, the Law Firms agree to submit the matter to confidential and binding arbitration utilizing rules promulgated by the American Arbitration Association ("AAA"). The parties agree to first try to select an unbiased arbitrator; however, if that effort fails, to file with the AAA. The hearing would be in Birmingham, Alabama.

8. **Confidentiality**

All undersigned Counsel agree to keep the terms of this agreement strictly confidential. Counsel also agree that all work product produced by any firm during the prosecution of the litigation will be considered privileged and confidential. Unless specifically authorized by counsel, no firm can use work product for the benefit of persons or entities, other than the clients, or in other litigation.

SEEN AND AGREED:

Date: 3/30/10

Date: _____

Date: _____

Date: _____

FOR THE BRYSON GROUP:

Daniel K. Bryson
LEWIS & ROBERTS, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, North Carolina 27612
(919) 981-0191 Phone
(919) 981-0431 Fax

Stephen W. Mullins
LUCKEY & MULLINS
2016 Bienville Blvd.
Ocean Springs, Mississippi 39564
(228) 875-3175 Phone
(228) 872-4719 Fax

Gary E. Mason
MASON LLP
1625 Massachusetts Ave., Ste. 605
Washington, DC 20036
(202) 429-2290 Phone
(202) 429-2294 Fax

Joel R. Rhine
LEA, RHINE & ROSBRUGH, PLLC
314 Walnut St.
Wilmington, North Carolina 28401
(910) 772-9960 Phone

{00362284.DOC}

(910) 772-9062 Fax

Date: _____

*[signature]*

Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
24110 Eden St.
Plaquemine, Louisiana 70765
(225) 687-6396 Phone
(888) 725-2477 Fax

**SEEN AND AGREED:**                **FOR THE COLLINS GROUP:**

Date: *Sept 30, 2010*

*[signature]*

W. Brian Collins
Collins Law Firm
2021 Morris Ave., Ste. 200
Birmingham, Alabama 35203
(205) 324-1834 Phone
(205) 324-1846 Fax

Date: *September 30, 2010*

*[signature]*

H. Arthur Edge, III
H. ARTHUR EDGE III, P.C.
2021 Morris Ave., Ste. 300
Birmingham, Alabama 35203
(205) 453-0322 or 3 Phone
(205) 453-0326 Fax

Date: _____

Kenneth Edward Sexton, II
GENTLE, TURNER & SEXTON
2-20th Street North, Ste. 1200
Birmingham, Alabama 35203
(205) 716-3000 Phone
(205) 716-3010 Fax

*# It is understood and agreed that this agreement relates back to November 2009 when the parties originally executed. WBC 9/30/2010*

{00362284.DOC}

- 4 -

# ATTACHMENT 2

| | |
|---|---|
| **Forbes, William** | $675.52 |
| **Ballard, James** | $617.06 |
| **Nearing, Wayne** | $539.24 |
| **Haralson, Tommy & Sanda** | $34,379.13 |
| **Cox, Donnis & Thoms** | $37,910.34 |
| **Sumner, David & Amy** | $29,379.43 |
| **Cook, Thomas & Martha** | $24,690.45 |
| **Davis, James and Nancy** | $36,531.78 |
| **Gibbs, Michael and Eileen** | $32,761.07 |
| **Moulin, William** | $25,786.03 |
| **Fowler, David & Nan** | $25,890.26 |
| **Peace, Dan & Shron** | $39,016.31 |
| **Nichols, John & Pamela** | $30,974.27 |
| **Hoit, Charles & Leta** | $38,782.57 |
| **Johnson, George & Millie** | $62,326.38 |
| **Nguyen, Katie** | $27,186.54 |
| **Dennis, Jack & Sabrina** | $78,985.52 |
| **Thrower, Christopher & Jennifer** | $954.00 |
| **Jackson, James & Amy** | $39,034.02 |
| **Smith, Patrick** | $57.58 |
| **Sutherland, Heath** | $69.49 |
| TOTAL | $566,546.99 |

# ATTACHMENT 3

| | |
|---|---|
| **Middaugh, Katherine** | $12,593.58 |
| **Donnelly, Gabrielle and Michael** | $101,616.67 |
| **Hunnicutt, Bradley and Janet** | $25,318.11 |
| **Jones, Teareya** | $18,122.02 |
| **Noorani, Anish** | $30,552.12 |
| **Nilgiriwila, Naushad and Gulzer** | $41,290.16 |
| **Charania, Salim** | $43,243.96 |
| **Beech, Judd** | $38,232.90 |
| **Hand, James** | $42,569.15 |
| **Young, Steven and Lisa** | $33,368.75 |
| **Harry Brown Co/FDIC** | $7,696.80 |
| **Harry Brown Co/FDIC** | $7,622.14 |
| **Estate of Mark Coley** | $7,677.98 |
| **Harry Brown Co/FDIC** | $7,7734.00 |
| **Harry Brown Co/FDIC** | $7,701.07 |
| **Cooks Properties, LLC** | $9,120.68 |
| **Harry Brown Co/FDIC** | $7,668.51 |
| **Trethaway, Richard and Patti** | $8,469.72 |
| **Baldone, Charles and Barabara** | $77,863.59 |
| **TOTAL** | $528,461.91 |