**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALLPRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**ORDER**

This matter, having come before the undersigned on the Motions to Disburse Disputed Funds by Joseph Buffington, Collins & Horsley, PC and The Bryson Group having considered and for good cause shown the Court is of the opinion that the motions should be denied.

IT IS HEREBY ORDERED that the Motions to Disburse Disputed Funds are DENIED and that the parties are to initiate necessary proceedings in arbitration, the proper United States District Court or State Court to resolve the dispute over the division of the funds.

SO ORDERED, this the _____ day of _____, 2019.

_____
United States District Judge