**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | **MDL NO. 2047** |
| DRYWALLPRODUCT LIABILITY | : | |
| LITIGATION | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| | : | |
| | : | |

**RESPONSE TO MEMORANDUM IN SUPPORT OF MOTION FOR ORDER**
**DISBURSING FEES OWED TO COLLINS & HORSLEY, PC ON**
**DEPOSIT IN THE COURT'S REGISTRY**

Comes now Art Edge, PC ("Edge") and respectfully submits the following response to the Memorandum in Support of Motion for Order Disbursing Fees Owed to Collins & Horsley, PC on Deposit in the Court's Registry and states as follows:

**STATEMENT OF RELEVANT FACTS**

1.      On March 8, 2001, William Brian Collins ("Brian Collins") and H. Arthur Edge, III ("Art Edge") incorporated Edge & Collins, PC.  From the creation until 2005, Brian Collins and Art Edge, along with additional lawyers practiced together as the law firm of Edge & Collins. In 2004, a dispute between Art Edge and Brian Collins ensued regarding how the firm was to be run.  At that time, the firm split into Art Edge, PC and Collins, Liveoak & Boyles, PC.

2.      After the split, the parties entered into a fee sharing agreement regarding the ongoing cases.  This agreement was not memorialized in writing.  This fee sharing agreement continued until January 2017.

3.      On August 23, 2017, William Brian Collins was transferred to disability inactive status. (Exhibit A, Attachment).  According to the Alabama Bar website, to date, William Brian Collins is listed as "Inactive – not authorized to practice law in Alabama."

## RESPONSE TO COLLIN'S MEMORANDUM FACTS

1.      Collins was licensed to practice in the State of Alabama from September 30, 1999 until August 23, 2017.  It is dispute that Collins was the sole shareholder.  Horsley has been listed on the tax returns filed by Collins & Horsley from 2010 until he left the firm.

2.      Collins & Horsley, PC was an Alabama professional corporation, however, David Horsley left the firm in January 2017 and is no longer affiliated with the firm.  William Brian Collins has not been licensed to practice as an attorney in the State of Alabama since August 23, 2017.

3.      Collins & Horsley ceased operations in January 2017.  In addition, Horsley was partner in the firm and Collins abandoned the practice in the Fall of 2013.

4.      Collins & Horsley entered into private contracts with Plaintiffs across the Southeast.  These contracts were enter into on joint fee agreements with Art Edge, PC or to benefit the fee sharing arrangement with Art Edge, PC.

5.      Edge agrees that certain fees with Claimants from outside Texas are the subject to this motion.

6.      Edge agrees that Collins & Horsley, PC and Art Edge, PC entered into referral or joint representation with attorneys as it related to Chinese drywall claims and the both Edge and Collins are obligated to account for those referral agreements.

7.      Edge agrees that an accounting of the expenses must take place, which will require additional work and thus any decision by this Court on disbursement of fees is not ripe at this time, especially considering the status of Collins' law license.

8.      Edge agrees that there are certain expenses that must be allocated for in the disbursement of funds, however, Edge disagrees that Collins is entitled to those expenses.

9.      Edge agrees that the amounts paid into the Court were determined by Brown Greer and have since been paid into the Court's registry.

10.     Edge is unaware if funds have been distributed to all counsel, but agree that the funds in dispute between Edge, Collins, Buffington and Bryson are being held in the Court's registry.

11.     Edge denies that there have been no claims made.  The Parties to this dispute conducted an unsuccessful mediation with the Honorable Mike Maddox.  Additionally, Edge, Bryson and Buffington have filed timely responses to the Court's October 31, 2019 regarding the disbursement of the disputed fees.

12.     Edge agrees there are no pending actions, but that an action will be filed in the Jefferson County Circuit Court, 10th Circuit of Alabama, by the end of the week.

13.     Edge admits that Collins along with Art Edge, PC were the attorneys for the KPT Plaintiffs.

14.     Edge admits that Collins along with Art Edge, PC continued to represent KPT clients providing ongoing representation, advice and oversight throughout the settlement process, Pilot Program and claims procedure.

**WHEREFORE**, premises considered, Edge requests that Collins' Request for Disbursement of Fees Owed to Collins & Horsley, PC on Deposit in the Court's Registry bed DENIED.

s/ David L. Horsley
David L. Horsley (ASB-6090-i47h)


s/ H. Arthur Edge, III
H. Arthur Edge, III (ASB-8927-d64h)


**OF COUNSEL**:
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com
david@edgelawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF E-filing system and Lexis File and Serve which will send notification of such filing; and I hereby certify that any non-E-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.

s/ David L. Horsley
OF COUNSEL

4