# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALLPRODUCT LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### AFFIDAVIT OF H. ARTHUR EDGE, III

STATE OF ALABAMA )
COUNTY OF JEFFERSON )

1. My name is H. Arthur Edge, III. I am a resident citizen of the State of Alabama aged nineteen (19) years or older and have personal knowledge of the facts and matters set forth herein which are true and accurate.

2. I graduated with a Bachelor of Science from Vanderbilt University in 1985 and from Cumberland School of Law at Samford University in 1997.

3. I have been licensed to practice law in the state of Alabama since September 26, 1997 and have been in good standing with the Alabama bar ever since.

4. On March 8, 2001, I incorporated Edge & Collins, PC with Brian Collins. From the creation until 2005, Brian and I, along with additional lawyers practiced together as the law firm of Edge & Collins. In 2004, a dispute between myself and Collins ensued regarding how the firm was to be run. At that time, the firm split into Art Edge, PC and Collins, Liveoak & Boyles, PC.

5. After the split, the parties entered into a fee sharing agreement regarding the ongoing cases. This agreement was not memorialized in writing.

6. In early 2009, I learned about and signed up the first Chinese drywall case between my firm and the Collins Firm.

7. In Fall of 2009, Brian Collins, Eddie Sexton and I met with Dan Bryson of Lewis & Roberts, PLLC in Birmingham, Alabama regarding entering into a Co-Counsel Agreement for the prosecution of Chinese drywall cases.

8. Over the next couple of months, that agreement was memorialized and signed by all parties. The agreement was between "The Collins Group" (Collins & Downey, Art Edge, PC and Gentle, Turner & Sexton) and "The Bryson Group" (Lewis & Roberts, PLLC of Raleigh, North Carolina; Luckey & Mullins of Ocean Springs, Mississippi; Mason, LLP of Washington, DC; Lea, Rhine & Rosbrugh, PLLC of Wilmington, North Carolina; and Pendley, Baudin & Coffin, LLP of Plaquemine, Louisiana). A true and correct copy of that agreement is included with this affidavit as Attachment 1.

9. Between 2009 and 2015, The Collins Group submitted claims through The Bryson Group to be filed in the MDL. The Bryson Group provided paralegal services to the Collins Group to assist in the submission of claims to the PSC. Over the course of the MDL, The Bryson Group provided little to no guidance or legal work on behalf of The Collins Group clients. Any legal assistance that was provided would have been through the MDL as a member of the PSC and not as a result of any request from The Collins Group. If the Bryson Group provided these services, I was not informed of it.

10. Over the course of the Chinese drywall litigation, Brian Collins entered into a verbal referral/co-counsel agreement with Joe Buffington of The Law Offices of Joe Buffington to accept referrals from Buffington. I do not know the terms of this agreement as I was not involved in this conversation, nor was it memorialized in writing.

11. In reviewing the spreadsheet provided by Brown Greer, I have identified twenty one cases that were referred to Collins by Joe Buffington and filed into the Chinese drywall MDL under Dan Bryson. I have included a list of these clients with the appropriate attorney fee for each, totaling $566,546.99

12. Each client referred by Buffington was, in turn, submitted to The Bryson Group to be filed in the Chinese drywall MDL. In my experience in this market a standard referral agreement for this type of case would range between 25 and 33%. Buffington provided significant work in these cases above what a referral agreement would contemplate that would enhance this arrangement to something between 40 and 50%.

13. Nineteen other clients were submitted to the MDL under the name Law Offices of Joe Buffington. These cases were not originated through his office. Stated another way, they are not his client they were signed up on a joint fee agreement between Collins & Horsley, PC and H. Arthur Edge, PC. (Attachment C).

FURTHER, THE AFFIANT SAYETH NAUGHT.

_____
H. Arthur Edge, III

Date 12/2/19

**STATE OF ALABAMA** )
**COUNTY OF JEFFERSON** )

I, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared before me the above noted parties, who are known to me, and who by me being first duly sworn, state under oath that the facts and averments stated in the foregoing are true and correct and that they affixed their name to same in my presence.

Sworn to and subscribed before me on this the 2nd day of December, 2019.

_____
Notary Public
My commission expires:



DAVID LEE HORSLEY
My Commission Expires
January 23, 2023

3