## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | **MDL NO. 2047** |
| DRYWALLPRODUCT LIABILITY | : | |
| LITIGATION | : | **SECTION: L** |
| | : | |
| | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE WILKINSON** |
| | : | |
| | : | |

---

### RESPONSE TO MEMORANDUM IN SUPPORT OF MOTION FOR ORDER DISBURSING FEES EARNED IN TEXAS CASES TO COLLINS & HORSLEY, PC

---

Comes now Art Edge, PC ("Edge") and respectfully submits the following response to the Memorandum in Support of Motion for Order Disbursing Fees Earned in Texas Cases to Collins & Horsley, PC and states as follows:

### STATEMENT OF RELEVANT FACTS

1.      On March 8, 2001, William Brian Collins ("Brian Collins") and H. Arthur Edge, III ("Art Edge") incorporated Edge & Collins, PC.  From the creation until 2005, Brian Collins and Art Edge, along with additional lawyers practiced together as the law firm of Edge & Collins. In 2004, a dispute between Art Edge and Brian Collins ensued regarding how the firm was to be run.  At that time, the firm split into Art Edge, PC and Collins, Liveoak & Boyles, PC.

2.      After the split, the parties entered into a fee sharing agreement regarding the ongoing cases.  This agreement was not memorialized in writing.  This fee sharing agreement continued until January 2017.

3.      On August 23, 2017, William Brian Collins was transferred to disability inactive status. (Exhibit A, Attachment).  According to the Alabama Bar website, to date, William Brian Collins is listed as "Inactive – not authorized to practice law in Alabama."

## RESPONSE TO COLLIN'S MEMORANDUM FACTS

1.     Collins was licensed to practice in the State of Alabama from September 30, 1999 until August 23, 2017.  It is dispute that Collins was the sole shareholder.

2.     Collins & Horsley, PC was an Alabama professional corporation, however, David Horsley left the firm in January 2017 and is no longer affiliated with the firm.  William Brian Collins has not been licensed to practice as an attorney in the State of Alabama since August 23, 2017.

3.     Collins & Horsley ceased operations in January 2017.  In addition, Horsley was partner in the firm and Collins abandoned the practice in the Fall of 2013.

4.     Collins & Horsley entered into private contracts with Plaintiffs across the Southeast.  These contracts were enter into on joint fee agreements with Art Edge, PC or to benefit the fee sharing arrangement with Art Edge, PC.

5.     Edge agrees that certain fees with Texas Claimants are the subject to this motion.

6.     Edge disagrees that no referral fees are owed on these claims.  Collins & Horsley signed up Glenn and Marva Pringle which is a referral from attorney Brian Spellen of the Trinity Law Group located in Birmingham, Alabama.  In addition, the fee sharing arrangement with Edge encompassed the Texas clients.

7.     Edge is unaware of the steps taken by Collins to wind down the corporation, but Collins & Horsley, PC ceased to operate on the departure of David Horsley from the PC, and Collins has been unable to operate a PC since August of 2017, so is unsure of the reason for any delay in winding down of the corporation and submission of any personal claims.

2

8.     Edge agrees that this Court has entered an order splitting the common benefit fees with individually retained counsel fees. Edge asserts there is an actual fee dispute based on the agreement between Art Edge, PC and Collins f/k/a Collins & Horsley.

9.     Edge asserts there were objections filed before this Court which were voiced by Edge in its Brief regarding the split of funds between common benefit and individual attorneys. In addition, although Edge did not file an appeal, Edge is aware that appeals were filed to the 5th Circuit, including that of Collin's counsel.  Further, Edge has made claims to the disputed fees, which have been previously mediated (unsuccessfully) with the Honorable Mike Maddox.

10.     Edge agrees there are no pending actions, but that an action will be filed in the Jefferson County Circuit Court, 10th Circuit of Alabama, by the end of the week.

11.     Edge denies that Collins & Horsley was the only firm involved in the representation of Texas clients.  Edge made at least one visit to Houston to inspect homes and participated via telephone in the initial consultation and signing up of clients.  Additionally, Edge and Horsley maintained the litigation practice while Edge continued to finance both litigation and drywall cases during the economic downturn

**WHEREFORE**, premises considered, Edge requests that Collins' Request for Disbursement of Fees Owed to Collins & Horsley, PC based on its Representation of Clients Residing in Texas be DENIED.

s/ David L. Horsley
David L. Horsley (ASB-6090-i47h)


s/ H. Arthur Edge, III
H. Arthur Edge, III (ASB-8927-d64h)



**OF COUNSEL**:
ARTHUR EDGE, III, P.C.
2320 Highland Avenue South, Suite 175
Birmingham, Alabama 35205
telephone: (205) 453-0322
facsimile: (205) 453-0326
art@edgelawyers.com


## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF E-filing system and Lexis File and Serve which will send notification of such filing; and I hereby certify that any non-E-filing participants to whom the foregoing is due will have a copy of same placed in the United States mail, first class postage prepaid and properly addressed this same day.


s/ David L. Horsley
OF COUNSEL