EXHIBIT

MJB **2** 11/18/19
S. GUZMAN

Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | For Internal Use Only |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | File Number |
| PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: ALL CASES | Date Received |

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

**Name Property Owner**
**Address of Affected Property**
Santiago Guzman o.b.o.
Skyline Glass, LLC
10769 NW 81 LN
Doral, FL 33178

**Is this Property:*** (Residential)   Commercial   Governmental

**Name of Person Completing this Form** Santiago Guzman

**Is above your primary residence?** (Yes)  No

**Mailing Address (If different)** 7311 NW 12 ST, Suite 5
Miami, FL 33126

**Phone:** ( 305 ) 370 - 2546

*If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** (Owner-Occupant)   Owner Only   Renter-Occupant

**Represented By:** Jimmy Doyle
**Address:** DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
**Phone:** ( 205 ) 533 - 9500
**Case No. /Docket Info:** Bennett v. Knauf

### Section II. Insurance Information

**Homeowner/ Renter Insurer:**

**Policy #:**
**Agent:**

**Address:**

**Phone:** (         ) -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Santiago Guzman | 01/08/18 | / / | (M) / F | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT
A

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Allied Building Inspection Services

1.2. When did the inspection take place?   07 / 03 / 18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Allied Building Inspection Services

2.2. When was this determination made?   07 / 03 / 18

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | walls |
| | ASTM C 36 | |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,683 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | | / / |
| Move In Date: | / / | Date Acquired Home | | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | | / / |
| Move In Date: | / / | | | |

Renovation(s)

| | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
_____

Address:
_____
_____
_____

Phone:   (        )        -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:
_____

Address:
_____
_____
_____

Phone:   (        )        -

## Section X. Drywall Supplier

Drywall Supplier's Name:
_____

Address:
_____
_____
_____

Phone:   (        )        -

Plaintiff Profile Form - Residential Properties

---

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents e in my possession, custody or control.

| | |
|---|---|
| _____ Claimant's Signature | 07/06/18 _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed |

| | |
|---|---|
| _____ Claimant's Signature | _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed |
| _____ Claimant's Signature | _____ Date Signed |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties



EXHIBIT
MB  11/18/19
**3**
S. Guzman

| For Internal Use Only |
| File No. _____ |
| |
| Date Received: |
| _____ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: Santiago        E        Guzman
_____
First Name                M.I.    Last Name                  Suffix

_____
Co-Claimant First Name (if applicable)  M.I.   Last Name             Suffix

Skyline Glass, LLC
_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

10769 NW 81 LN
_____
Address 1                                                                    Address 2
Doral                                                    FL              33178
_____
City                                                        State           Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:        Santiago              E      Guzman
_____
                             First Name           M.I.   Last Name                    Suffix

Mailing Address (if different):

7311 NW 12 ST                                                    Suite 5
_____
Address 1                                                                    Address 2
Miami                                                    FL              33126
_____
City                                                        State           Zip Code

Phone Number of Person Completing This Form: ( 305 ) 370 - 2546

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year:  1  /  8  /  2018

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____/_____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year:  1  / 2018

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

N/A

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☑ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☑ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                  Month       Day         Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
　　　　　　　　　　　　　　　Month　Day　Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
　　　　　　　　　　　　　　　　Month　Day　Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☑ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☑ No

If you have photographed these materials, please attach the photographs.

---

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____ %

Attach documents reflecting the total amount you received from the source(s).

---

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 50,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

| | |
|---|---|
| _____ | 07/06/18 |
| Claimant's signature | Date signed |

Name:  Santiago Guzman

Address:  7311 NW 12 ST                    Suite 5
          Address 1                        Address 2
          Miami                   FL       33126
          City                    State    Zip Code

Phone No.: ( 305  ) 370  - 2546

Email:  skygmiami@gmail.com

7



EXHIBIT
M3B  11/18/19
4
S. Guzman

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Skyline Glass, LLC

Affected Property Address: 10769 NW 81 LN, Doral, FL 33178

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)       01 / 18 / 2018

2.  When you took ownership of the Property, what was the name of the seller?

Balkrishna Rampersad

3.  Name and address of the realtor?

Valdemar Burdman & Herman Bloom - Durdman Real Estate Investment

4.  Name and address of the closing agent?

Clerk of Court, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida

5.  What was the price of the home when you purchased it?  $ 251,000.00

6.  Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes   [✓] No      [ ] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
            $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

        a. _____/_____/20_____
        b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

>   (Month/Day/Year)          ____/____/20_07___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

>   **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:  The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following: all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper. Other damages include, but are not limited to:

Once defective drywall was found, I haven't been able to live in the house and I'm paying $2,000 monthly rent since the purchase. The total to date is over $24,000.00.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

With Chinese drywall considered, the home is now worth only $75,000.00.

_____

_____

_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

> a. 7311 NW 12 ST, Miami, FL  33126
>
> b. _____
>
> c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

> a.   01 / 18 /20 18    to   present /_____/20_____
>
> b. _____/_____/20_____   to   _____/_____/20_____
>
> c. _____/_____/20_____   to   _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

> a. $ 24,000.00 to date rent
>
> b. $ 2,000/month rent
>
> c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**: If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22. Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**: ☑ N/A

24. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: What specific injuries have you suffered?

> **Response**: ☑ N/A

25. If you suffered personal injuries as a result of the alleged presence of Chinese Drywall: Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**: ☑ N/A

## VI. Potential Witnesses/Evidence

26. Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes ☑ No ☐ I don't know

27. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

Atlas Construction

32.  When did the remediation commencement date occur?

07 / 01 /20 18

33.  When did the remediation end date occur?

01 / 18 /20 19

34.  What was the scope of the remediation and the scope of the work carried out?

Complete remediation following the federal court's approved protocol.

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$168,190.00

36.  Were any samples from the remediation retained?

☐ Yes    ☑ No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

☐ Yes    ☑ No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

☑ Yes    ☐ No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

☑ Yes    ☐ No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _____
Signature of Plaintiff                     9.19.2019 .
                                           Date


_____
SANTIAGO CRUZMAN .
Printed Name

# Exhibit 1



# OFFICE OF THE PROPERTY APPRAISER
## Summary Report

Generated On : 7/16/2018

## Property Information

| | |
|---|---|
| Folio: | 35-3007-008-3450 |
| Property Address: | 10769 NW 81 LN<br>Doral, FL 33178-6049 |
| Owner | SKYLINE GLASS LLC |
| Mailing Address | 7311 NW 12 ST STE 5<br>MIAMI, FL 33126 USA |
| PA Primary Zone | 2800 TOWNHOUSE |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths / Half | 3 / 2 / 1 |
| Floors | 2 |
| Living Units | 0 |
| Actual Area | 1,911 Sq.Ft |
| Living Area | 1,683 Sq.Ft |
| Adjusted Area | 1,683 Sq.Ft |
| Lot Size | 1,495 Sq.Ft |
| Year Built | 2007 |



## Assessment Information

| Year | 2018 | 2017 | 2016 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $250,000 | $259,270 | $22,425 |
| Assessed Value | $250,000 | $259,270 | $22,425 |

## Benefits Information

| Benefit | Type | 2018 | 2017 | 2016 |
|---|---|---|---|---|

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## Short Legal Description

ISLANDS AT DORAL 1ST ADDN

PB 163-50 T-21659

LOT 5 BLK 74

LOT SIZE 1495 SQ FT

FAU 35 3007 001 0700 0701 & 0702

## Taxable Value Information

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $250,000 | $259,270 | $22,425 |

## Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 05/31/2018 | $251,000 | 30999-2179 | Federal, state or local government agency |
| 08/06/2015 | $40,100 | 29732-1364 | Financial inst or "In Lieu of Forclosure" stated |
| 03/01/2007 | $397,990 | 25514-0353 | Sales which are qualified |
| 10/01/2005 | $3,134,254 | 23881-3544 | Other disqualified |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

'ersion:

# Exhibit 2

# Exhibit 3



# Chinese Drywall Inspection Report

| | | | |
|---|---|---|---|
| Customer Name: | **Santiago Guzman** | Inspection #: | **070318-1076** |
| Property Address: | **10769 NW 81st Lane** | Inspection Date: | **07/03/2018** |
| Address Line 2: | | Inspector: | **Jorge Garcia** |
| City (State): | **Doral (FL)** | License: | **HI 9540** |
| ZIP: | **33178** | Time: | **5:30 PM** |
| Phone: | **(305) 370-2546** | Weather/Temp: | |

Residences built from 2002 to 2006 may have gypsum board manufactured in China installed on partition walls and/or ceilings. Recent findings have indicated that some Gypsum board manufactured in China may contain elements that "off gas" corrosive agents, causing a varying range of problems to the metallic components in the home.

The purpose of this inspection is to perform visual observations to identify symptoms or evidence consistent with the presence of Chinese manufactured gypsum board. We performed visual inspections of the following components and areas:

1. Removal of air handler panels and visual inspection of copper evaporator coils for oxidation and corrosion.
2. Removal of breaker panel cover and visual inspection of copper wiring for oxidation and corrosion.
3. Removal of a representative number of receptacle covers (1-2 per room) and inspection of copper wiring for oxidation and corrosion.
4. Inspection of all visible copper piping at the water heater and under the sinks for oxidation and corrosion.
5. Inspection of all door hardware, plumbing fixtures and electrical fixtures for visible pitting, corrosion and oxidation.
6. Limited wall cavity inspection with Milwaukee 2310 Digital Inspection Camera (Borescope) for visible manufacturer markings on back of gypsum board (through CATV outlets, 1 per room).
7. Limited attic crawlspace inspection involving moving of blown-in insulation in 3 locations to view backside of ceiling gypsum board to view manufacturer stamps or labels.

Our inspection of these components was limited to observing for symptoms and signs of Chinese manufactured gypsum board. We did not inspect for function, condition of component or any other deficiencies.

Please note that very little backside area of the gypsum board is visible and this inspection is limited to what could be viewed during our limited inspection period and to the degree reasonably possible. Therefore, it is possible that some Chinese manufactured gypsum board may be present in the home but not visible in the areas inspected and not contributing to any symptoms. Furthermore, this is not a complete home inspection. We recommend a complete home inspection be performed to provide condition information on the other components of the home not inspected in the scope of this inspection.

**SUMMARY FINDINGS AND COMMENTS**

**1. Our inspection of these components was limited to observing for symptoms and signs of oxidation known to be caused by off-gassing from Chinese manufactured gypsum board. We did not inspect for function, condition of component or any other deficiencies. Our inspection found the following noted components to have oxidation consistent with evidence of Chinese manufactured gypsum board. Additionally, we perceived a slight smell of sulfur within the interior of the unit at the time of the inspection, which is also one of the symptoms of Chinese gypsum board.**

**2. Based on the above noted findings, we recommend buyer obtain trade estimates, prior to expiration of the due diligence period, to determine the actual scope, options and costs. Costs will vary.**

**The inspection involved visual observations only. No material sampling or lab testing was performed as a part of this inspection.**

INSPECTED BY **Jorge Garcia** # **HI 9540**



ADDRESS



FRONT ELEVATION



COPPER PLUMBING



ELECTRICAL PANEL WIRING



ELECTRICAL PANEL WIRING



BEDROOM OUTLET WIRING



ELECTRICAL PANEL WIRING

ELECTRICAL PANEL WIRING



COPPER PLUMBING



COPPER PLUMBING



BEDROOM OUTLET WIRING



BEDROOM OUTLET WIRING



DOOR HANDLES



COPPER PLUMBING



COPPER PLUMBING



COPPER PLUMBING



COPPER PLUMBING



CHINESE MANUFACTURE



COPPER PLUMBING

COPPER PLUMBING



COPPER PLUMBING

BEDROOM OUTLET WIRING



COPPER PLUMBING

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: SANTIAGO GUZMAN / SKYLINE GLASS LLC.

Property Address: 10769 NW 81st LANE.

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|------------------------------|-----------|
| 1 | DRYER | $600.00 |
| 2 | WASHER | $600.00 |
| 3 | MICROWAVE | $500.00 |
| 4 | STOVE | $900.00 |
| 5 | DISHWASHER | $700.00 |
| 6 | GARBAGE DISPOSAL | $200.00 |
| 7 | FRIDGE | $1300.00 |
| 8 | AC UNIT. | $4000.00 |
| 9 | LAMPS | $800.00 |
| 10 | CEILING FANS. | $700.00 |
| 11 | FIXTURE. | $1500.00 |
| 12 | | |
| 13 | TOTAL | $11600.00 |
| 14 | | |
| 15 | | |
| 16 | | |