UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14-cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co, Ltd., who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Fifth Amended Complaint was filed in March 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

1

9. Skyline Glass LLC ("Skyline") was intervened in the Fifth Amended Complaint on September 9, 2018

10. Skyline is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 10769 NW 81st Lane, Doral, Florida (the "Property").

11. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. Skyline completed and submitted a PPF, SPPF, PFS, but failed to complete an Owner Disclosure Affidavit as required by this Court. The documents were completed under penalty of perjury.

13. Skyline bought the Property on January 18, 2018.

14. Skyline was aware the Property was built around 2006 and that it was being sold at an auction following foreclosure.

15. Skyline was aware in general about Chinese-drywall prior to the sale of the Property because of being in the residential and construction industry in South Florida, seeing it on the news, and knew it involved construction of properties in 2006-2007.

16. Skyline never viewed the Property prior to purchase.

17. Skyline never inspected the Property prior to purchase.

18. Skyline purchased the Property without receiving property disclosures.

19. Skyline purchased the Property following a calculation of the market value of the Property and an amount it was willing to bid to account in a calculated risk.

20. Despite Skyline's understanding that the market value of the Property prior to purchasing was over $300,000, it purchased the Property at auction for $251,000.

21. Notwithstanding the knowledge of the existence of Chinese drywall, having no disclosures, visual inspection, or Chinese-drywall inspection Skyline went forward and closed on the Property and purchased it "as-is."

22. Skyline did not obtain any assignments or warranties from the prior owner or the seller.

23. Skyline never moved into the Property.

24. Skyline never moved into another Property and never paid rent to live elsewhere. The owner of Skyline – Santiago Guzman – resided in different property before the purchase of the Property and still remains there.

25. Skyline never offered and never received any offer to lease until after the Property was allegedly remediated.

26. Skyline has never had the Property appraised and has provided no support for a diminution in value claim.

27. Skyline has not incurred any moving costs related to Chinese drywall, and other has not provided any support for the claim.

28. Skyline has not incurred any storage costs related to Chinese drywall, and otherwise has not provided any support.

29. Skyline has not incurred any utility costs related to Chinese drywall, and otherwise has not provided any support.

30. Skyline has not incurred any remediation costs, and has not provided any proof of payment for any remediation costs.

31. Skyline has not incurred damages to any washer or dryer that is related to Chinese drywall.

32. Skyline has not preserved any personal items it alleges were replaced due to Chinese drywall, and has not provided any support for the cost of replacing such items.

33. Skyline has not provided any support for a loss of use/loss of enjoyment claim and has never resided in the Property.

34. Skyline alleges it performed a full remediation of the Property after July 2018.

35. Skyline did not timely submit any evidence in compliance with PTO 1B, or PTO 1(I), did submit any retained samples or physical evidence of drywall, electrical components, plumbing components, or any personal property it alleges was damaged by Chinese-manufactured drywall.

36. Skyline has not produced any evidence of KPT drywall installed in the Property.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0275
Email:    kmiller@fishmanhaygood.com
Email:    ddysart@fishmanhaygood.com
***Counsel for Defendants,***
***The Knauf Defendants***

4

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of December, 2019.

                                      /s/ *Kerry J. Miller*_____
                                      **KERRY J. MILLER**