UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____

In Re:   CHINESE-MANUFACTURED          MDL 2047

DRYWALL PRODUCTS LIABILITY

LITIGATION                             SECTION L


This document relates to:

Elizabeth Bennett, et al. v.

Gebr. Knauf Verwaltungsgesellschaft,

KG, et al.

Case No. 14-cv-2722

_____

DEPOSITION OF DANIEL BLONSKY

DATE:           Tuesday, November 19, 2019

TIME:           10:21 a.m.

LOCATION:       Coffey Burlington, P.L.

                2601 South Bayshore Drive, Penthouse 1

                Miami, FL 33133

REPORTED BY:    Charlene Hernandez, Notary Public

EXHIBIT
B

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

1    THE WITNESS: Yeah. I'm not sure
2    whether it's environmental certification. There was
3    some, essentially, a certification saying that, yeah,
4    the initial response was that they needed to do a
5    further inspection in another area of the house, and
6    ultimately came back that they saw no sign of
7    remaining contaminant.
8    **BY MR. DYSART:**
9    **Q   Okay. You attached to the Plaintiff Fact**
10   **Sheet, which is Exhibit 4, in response to Request for**
11   **Production 12, "Please produce the following**
12   **documentation concerning the remediation of the**
13   **property, environmental certificate," and you attached**
14   **to that document --**
15   A    Yeah, like I said, I got a certificate. I
16   don't remember what it was called. If it's in here
17   and that's what it's called, that's what it is, but I
18   gave you the certificate I received from the
19   screeners.
20   **Q   Okay. And in addition to that certificate,**
21   **you also had Chinese Drywall Screening, LLC, come back**
22   **out and check for Chinese drywall and Chinese drywall**
23   **symptoms in your home?**
24   A    Correct.
25   **Q   Okay. And they did not identify any**

1  **symptoms associated with Chinese drywall in your home,**
2  **true?**
3       A    I mean, I think --
4            **MR. DOYLE:** Object to the form.
5            THE WITNESS:  I think they identified
6  some areas of concern and were ultimately satisfied,
7  and the certificate says what it's says, and it's
8  entitled "Chinese Drywall-Free Certificate."
9  **BY MR. DYSART:**
10      **Q    Okay.  And as we talked about before, in**
11 **connection with the claims you've asserted in this**
12 **case, aside from the HVAC replacement, you're not**
13 **seeking any other claims associated with Chinese**
14 **drywall in your house, true?**
15           **MR. DOYLE:** Object to the form of the
16 question.
17           THE WITNESS:  Well, there's diminution
18 in value, loss of use, things like that.
19 **BY MR. DYSART:**
20      **Q    Okay.  So in terms of loss of use -- well,**
21 **let's go -- and you still have Supplemental Plaintiff**
22 **Profile Form, 3?**
23      A    Yeah.
24      **Q    Page 6.**
25      A    Okay.

```
 1  the number that was associated with the final judgment
 2  that was entered.
 3       Q    Okay.  And what evidence was submitted in
 4  terms of that for this case?
 5       A    That was -- in this case, I'm not sure what
 6  was submitted.
 7       Q    Okay.  And so my question was is have you
 8  submitted anything in terms of a claim for diminution
 9  in value or any evidence to support that in connection
10  with these documents?
11       A    I'm not aware of that.  That's the evidence
12  I submitted in the other case.
13       Q    Okay.  And so my question is have you
14  submitted anything in terms of diminution in value in
15  this case?
16       A    I'm not sure.
17       Q    Well, we just went through the documents.
18       A    Right.
19       Q    Can you tell me is there anything contained
20  within these documents that you've submitted in terms
21  of diminution in value?
22       A    Not that I've seen.
23       Q    Okay.  Let's just go through the claims that
24  we're talking about so far just so we're on the same
25  page.  Okay.  You're making a claim for the
```