UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 2:14-cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co, Ltd., who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5. The Complaint was amended multiple times to amend the parties and claims.

1

6. The Fifth Amended Complaint was filed on May 14, 2018.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

9. Daniel and Shona Blonksy ("Blonsky") were listed in the original Bennett Complaint.

10. Blonsky is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence defective Chinese drywall installed in their property located at 8220 SW 60 Court, South Miami, Florida (the "Property").

11. In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. Blonsky completed and submitted a PPF, SPPF, PFS, but failed to complete an Owner Disclosure Affidavit. The documents were completed under penalty of perjury.

13. Blonsky affirmed that the information and attachments contained all the evidence intended to submit in support of his claims.

14. Blonsky bought the Property on in 2009.

15. Blonsky had a Chinese drywall inspection performed in 2014.

16. Blonsky completed a remediation of Chinese drywall in the Property in 2014 over the course of a month. The problematic drywall locations were identified and remediated.

17. Following the remediation, Blonsky received a certificate from the remediation contractor that certified the Property was remediated and all detectable Chinese drywall was removed from the Property.

18. Blonksy had a separate company test the property post-remediation and determined that the house no longer exhibited symptoms with Chinese drywall.

19. Blonsky has never provided any evidence that the Property still contains Chinese drywall or suffers from symptoms associated with Chinese drywall after the 2014 remediation.

20. Blonsky has never had the Property appraised and has provided no competent evidence in support for a diminution in value claim.

21. Blonsky has not provided evidence to support alleged moving costs incurred due to Chinese drywall.

22. Blonksy has not provided any evidence to support alternative living expenses claimed to be incurred due to Chinese drywall.

23. Blonsky failed to comply with PTO 1, PTO 1(B), or PTO 1(I). The only evidence submitted by Blonsky in compliance with PTO 1, PTO 1(B), or PTO 1(I), are three pictures of two KPT boards. Blonsky also alleges he has 2-3 KPT board samples retained. Blonsky did submit photos of retained samples or photo evidence of the backside of all drywall removed, electrical components, plumbing components, or any personal property it alleges was damaged by Chinese-manufactured drywall required by PTO 1, PTO 1(B), and PTO (I),

24. Blonksy was deposed on November 19, 2019 and did not provide any additional documents within 21 days after the deposition.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 400
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0275
Email: kmiller@fishmanhaygood.com
Email: ddysart@fishmanhaygood.com
*Counsel for Defendants,*
*The Knauf Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 11th day of December, 2019.

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER**