UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 2:14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

## PROPOSED ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co, Ltd.'s Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 as to the claims filed against them by Daniel and Shona Blonsky;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co, Ltd.'s Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 is GRANTED and Daniel and Shona Blonsky's claims against them are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
**Honorable Eldon E. Fallon**
**United States District Judge**