MINUTE ENTRY
FALLON, J.
DECEMBER 10, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  *  *   CIVIL ACTION  *  *   MDL NO. 2047  *  *   SECTION L (5) |
| THIS DOCUMENT RELATES TO: *Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | *  *  * |

      A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The call was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript. The parties discussed the discovery dispute involving Plaintiffs Daniel and Shona Blonsky, the location of remaining Plaintiffs depositions, Plaintiffs' pending motions for remand and for an extension of discovery deadlines, and Defendants' pending motions for denial of class certification and summary judgment. The parties were instructed to cluster the remaining Plaintiffs' depositions in order to complete the depositions by the CMO's deadline. Additionally, the parties were instructed to take the depositions of Plaintiffs who reside abroad by telephone or video streaming. Furthermore,

      **IT IS ORDERED** that any documents requested by Defendants following a plaintiff's deposition must be produced to Defendants within twenty-one day of the deposition. This ruling

JS10(00:56)

applies to those documents requested in the notice of deposition and those identified during the deposition and requested afterwards.

**IT IS FURTHER ORDERED** that oral argument on the following Motions is hereby **SCHEDULED** for Wednesday, January 8, 2020 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon, Room C-456, 500 Poydras Street, New Orleans, LA 70130.

- Defendant's Motion for Summary Judgement, R. Doc. 22368
- Defendant's Motion for Summary Judgment, R. Doc. 22369
- Defendant's Motion for Summary Judgment, R. Doc. 22370
- Defendant's Motion for Summary Judgment, R. Doc. 22371
- Defendant's Motion for Summary Judgment, R. Doc. 22372
- Defendant's Motion for Summary Judgment, R. Doc. 22373
- Defendant's Motion for Summary Judgment, R. Doc. 22374
- Defendant's Motion to Dismiss, R. Doc. 22375
- Defendant's Motion for Summary Judgment, R. Doc. 22376
- Plaintiffs' Motion to Remand, R. Doc. 22384
- Defendant's Motion to Deny Class Certification, R. Doc. 22399

**IT IS FURTHER ORDERED** that the parties participate in a telephone status conference on Friday, December 20, 2019 at 10:00 a.m. The Court will initiate the call.