UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER**

A telephonic conference was held on Tuesday, November 19, 2019, regarding a discovery issue in this matter related to Plaintiffs, Daniel and Shona Blonsky. James Doyle participated on behalf of the Plaintiffs and Daniel Dysart participated on behalf of the Knauf Defendants. The parties represented to the Court that Plaintiffs Daniel and Shona Blonsky refrained from providing certain information related prior amounts received through a separate confidential settlement involving Chinese drywall. Accordingly,

**IT IS ORDERED** that Plaintiffs Daniel and Shona Blonsky disclose the amount received, the terms of the settlement, and the identity of the parties making the prior payments associated with the Chinese drywall claim; and

**IT IS FURTHER ORDERED** that the disclosure by Daniel and Shona Blonsky shall be kept confidential and that any party wishing to disclose the amount paid, the terms of the settlement, or the identity of the settling party making the prior payment may seek relief from this Court.

2

New Orleans, Louisiana, this <u>  10th  </u> day of <u>     December     </u>, 2019.

<u>                                          </u>
**Honorable Eldon E. Fallon**
**United States District Judge**

2