UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| This document relates to: | SECTION "L" |
| Elizabeth Bennett, et al versus Gebr. Knauf, et al | JUDGE ELDON FALLON |
| Case No. 14-cv-2722 | MAGISTRATE: JOSEPH WILKINSON, JR. |

Deposition of PEGGY L. POWELL, taken at the Law Offices of Fishman Haygood, L.L.P., 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, on Wednesday, the 28th day of August, 2019.

Reported by:

VINCENT P. BORRELLO, JR.
Certified Court Reporter
Registered Professional Reporter

EXHIBIT B

1  perspective buyer.
2        Q.   Okay.  And is the date of 7-25-18, is
3  that accurate?
4        A.   No.
5        Q.   Okay.  First let me ask:  What was the
6  name of the company that did the inspection that
7  determined Chinese Drywall?
8        A.   It should be in the documentation that
9  you have.  I mean it was through the realtor, so I
10 don't know who did it.
11       Q.   We will get to the documents.  Do you
12 know offhand when that date was?
13       A.   It was about five years ago.  And I
14 think it was in October, but I'm not positive.
15       Q.   Okay.  We will get to that.  That's
16 Section 4, Page 2; right?
17       A.   Yes.
18       Q.   Other than Section 4, is there any other
19 information in the document that you disagree with
20 at this time?
21       A.   Not that I can see, to the best of my
22 knowledge.
23       Q.   Okay.  I'm going to hand you what I
24 marked as Exhibit 3.  Let me know if you recognize
25 that document.

```
 1       A.    I've seen this.
 2       Q.    Okay.  And what is this document, ma'am?
 3       A.    Supplemental Plaintiff Profile Form.
 4       Q.    And if you look at the first page, the
 5   name of the claimant, is that your name?
 6       A.    That's right.
 7       Q.    "Peggy Powell"?
 8       A.    Yes, ma'am.
 9       Q.    Did you complete this document, ma'am?
10       A.    As I recall; yes, I did.
11       Q.    Okay.  If you go to the last page, Page
12   7 of the Supplemental Plaintiff Profile Form,
13   that's your signature?
14       A.    Yes.
15       Q.    The date is July 30, 2018?
16       A.    Yes.
17       Q.    Were the responses that you included in
18   the Supplemental Plaintiff Profile Form true and
19   accurate, to the best of your knowledge at that
20   time?
21       A.    Yes.
22       Q.    Okay.  You also had some attachments to
23   that document.  It includes an exhibit referring
24   back to Section 7 of the SPPF.  Do you see that,
25   ma'am?
```

Page 11

1    A.    This one?  (Indicating)

2    Q.    Yes.  That one there; yes, ma'am.

3    A.    Okay.

4    Q.    I'm just getting a record of what's
5  actually in --

6    A.    Okay.

7    Q.    You see that, ma'am?

8    A.    Yes, sir.

9    Q.    And you also have included within the
10 Supplemental Plaintiff Profile Form, a warranty
11 deed?

12   A.    Yes.

13   Q.    And that's the warranty deed for the
14 property at issue in this case?

15   A.    Correct.

16   Q.    As well as the resolution from what was
17 the seller of the property?

18   A.    Yes.

19   Q.    Okay.  Also includes a tax ID, W-9
20 completed by you?

21   A.    Yes.

22   Q.    All right.  A Chinese Drywall
23 Registration Form, which I believe was completed by
24 your attorney, true?

25   A.    Yes, sir.

1    Q.   Okay. And a single picture?

2    A.   Yes.

3    Q.   You said it was true and accurate, to
4  the best of your knowledge, when you completed it
5  in 2018. As we sit here today -- you can go
6  through and take your time -- is there anything in
7  that document that you recognize that you would
8  like to change?

9    A.   Okay. On Page 2.

10   Q.   Okay. Where are we looking at on Page
11 2?

12   A.   About halfway down where it says, "If
13 you were not aware at the time you acquired the
14 property that the property contained Chinese
15 Drywall, when did you first become aware?" And
16 that would go back to that inspection.

17   Q.   So it currently states it was July
18 of 2018?

19   A.   Right.

20   Q.   So what you are saying is that date is
21 inaccurate and the date that you would have become
22 first aware would be the date of the inspection?

23   A.   Correct.

24   Q.   And you said you believe it was around
25 --

1    A.    About five years ago.  I'm pretty sure
2  it was in October.
3    Q.    That would be October of 2014?
4    A.    Yes.
5    Q.    Okay.
6    A.    That's approximate.
7    Q.    All right.
8  MR. DOYLE:
9         Let's take a break real quick.
10 MR. DYSART:
11        Okay.
12        (Off-the-record)
13 BY MR. DYSART:
14   Q.    Miss Powell, we were just talking about
15 Page 2 of Exhibit 3 and the date in which you
16 became aware that Chinese Drywall --
17   A.    I need to make a clarification on that.
18   Q.    Okay.
19   A.    The inspection that occurred about five
20 years ago showed signs of Chinese Drywall.  I did
21 not know that it was Knauf until this (indicating)
22 date.
23   Q.    Okay.  Now you put the date of 7-20-18
24 because that is the date -- let me back up.  Your
25 previous testimony was that you became aware that

Page 14

1  Chinese Drywall was in your property on 2014, true?
2      A.    Yes.  I didn't --  there was evidence of
3  Chinese Drywall.
4      Q.    The question:  "If you were not aware at
5  the time you acquired the property that the
6  property contained Chinese Drywall, when did you
7  first become aware that the property contained
8  Chinese Drywall?"  Your response to that was, "In
9  2014."  Your testimony now is that you were not
10 aware it was Knauf Drywall --
11     A.    -- correct --
12     Q.    -- until 2018?
13     A.    Yes.
14     Q.    And in 2018 was when you retained an
15 attorney in this case?
16     A.    Yes.
17     Q.    And it was also in September of 2018
18 that you first filed a claim in this case, true?
19     A.    H'mm-h'mm.  Yes, sir.
20     Q.    All right.  Is there anything else in
21 Exhibit 3 otherwise than that clarification you
22 would like to make?
23     A.    Not at this time.
24     Q.    Finally, I will give you what has been
25 marked as Exhibit 4 and let me know if you

```
 1        Q.    Okay.  So when the property flooded
 2   during Hurricane Katrina and Rita, all the drywall
 3   in the property was damaged and subsequently
 4   removed?
 5        A.    It was -- they had to gut it.  All the
 6   ceilings were down.
 7        Q.    Okay.  When did they gut the property?
 8        A.    I can't remember exactly.  Seems like --
 9        Q.    If you look at Exhibit 2, Plaintiff
10   Profile Form.  Go to Page 2, Section 7.  The
11   construction renovation information, you see that?
12        A.    Okay.
13        Q.    It appears --
14        A.    Yes, it was in January.
15        Q.    Okay.  So in January of 2006 is when you
16   started the reconstruction of the home due to
17   damage of Hurricane Katrina?
18        A.    Yes.
19        Q.    And when was that completed by?
20        A.    The beginning of June.
21        Q.    Now, when you reconstructed the
22   property, who did that reconstruction?
23        A.    Well, at that point, M&G Construction
24   had dissolved, but the contractor I worked with was
25   Joey Garriga.  So I contacted him and he rebuilt
```

1  lumps sums --
2      A.    No, I always paid him in lump sums.
3      Q.    I'm sorry, ma'am.  We can't talk at the
4  same time.  He can't take down everything.  Just
5  let me finish the question.
6      A.    Okay.
7      Q.    Was it always in lump sums to Joey
8  Garriga or at times did he bring you certain
9  invoices to pay directly?
10     A.    Always in lump sums to Joey Garriga.
11     Q.    And to the best of your knowledge, that
12 was to him personally?
13     A.    I believe so.
14     Q.    Now, if you go to Exhibit 4, ma'am, Page
15 3, Section 4.  The question is:  "Who sold or
16 distributed the drywall in the house?"  Your
17 response is, "Bailey Lumber"?
18     A.    I think.  I'm not positive.
19     Q.    When you put "Bailey Lumber," what was
20 the foundation for that response?
21     A.    Well, Joey -- when I called Joey after I
22 found out there was Chinese Drywall, I asked him
23 where he got the drywall and he said he usually got
24 it from Bailey Lumber, but there were a couple
25 other places he got it from, too.  So I don't know

1  for sure it came from Bailey Lumber.
2       Q.   Okay.  And when you said you called Joey
3  when you found out you had Chinese Drywall in the
4  property, that was back in 2014?
5       A.   H'mm-h'mm.  That was before I knew there
6  were different kinds, too.  I didn't know there
7  were different kinds.  I thought they were all the
8  same.
9       Q.   At that time did you seek to hire an
10 attorney?
11      A.   Unh-unh.
12      Q.   Did you have any inspection company come
13 back in and try to identify who the manufacture
14 was?
15      A.   No, not at that point in time.  I was in
16 the process of getting married, and moving, and it
17 was kind of I will deal with it later.
18      Q.   Okay.  Just briefly:  You saw before the
19 warranty deed that was attached to one of the
20 exhibits that we just went over?
21      A.   Yes.
22      Q.   Is that all of the documents that you
23 have in connection with the purchase of the
24 property at issue?
25      A.   I thought I sent some.  That's the

1    A.   I would love to.

2    Q.   After October of 2014 when you were made
3    aware -- let me back up.  I think you said before
4    that it was July.  What was the month in 2014 you
5    became aware of the Chinese Drywall in the
6    property?

7    A.   I think it was October.

8    Q.   That was when they withdrew?

9    A.   Yes.

10   Q.   So the same time they withdrew the
11   contract for sale?

12   A.   Yes, the inspection and withdrew it.

13   Q.   Was it at that time you contracted Mr.
14   Garriga and asked him about the drywall and where
15   he got it from?

16   A.   It was not immediately.  I had too much
17   going on.  It was, like, I will deal with this
18   later.

19   Q.   Okay.

20   A.   But I did contact him within a couple of
21   months.

22   Q.   Okay.  What other actions did you take
23   after October of 2014 to acquire about Chinese
24   Drywall?

25   A.   I did research on the internet.

```
 1      Q.    In 2014, what was the research that you
 2   did?
 3      A.    I printed out something from my renters.
 4   I can't even remember all what it said because I
 5   wanted -- I disclosed to them that it did have
 6   Chinese Drywall in there.
 7      Q.    Both to the first and second tenant you
 8   disclosed that the property did, in fact, have
 9   Chinese Drywall?
10      A.    Yes.
11      Q.    You did research on the internet and you
12   became generally knowledgeable about Chinese
13   Drywall?
14      MR. DOYLE:
15               Object to the form of the question.
16               You can answer it.
17      THE WITNESS:
18               I tried to educate myself about
19            Chinese Drywall.
20   BY MR. DYSART:
21      Q.    You were aware that there is such a
22   thing as reactive Chinese Drywall at that time?
23      A.    I'm not familiar with that term.
24      Q.    When I say "reactive," we will call it
25   "defective Chinese Drywall."  You were made aware
```

Page 35

1  through your research and through the inspection
2  that the buyers did that there is such a thing as
3  defective Chinese Drywall?
4       A.    Yes.
5       Q.    Okay.  That, in fact, was inside your
6  property?
7       A.    Yes.
8       MR. DOYLE:
9             Object to the form of question.
10 BY MR. DYSART:
11      Q.    Okay.  Did you ever take any other
12 actions from October 2014 until when you filed this
13 case to further inquire to the Chinese Drywall in
14 your house?
15      A.    No.
16      MR. DOYLE:
17            Off the Record real quick.
18            (Off-the-record)
19      MR. DOYLE:
20            Back on the Record.
21 BY MR. DYSART:
22      Q.    Are you making any claims, ma'am, for
23 personal property/loss in connection with the
24 Chinese Drywall claim?
25      A.    Yes.

1  right?
2      A.    H'mm-h'mm.
3      Q.    And the Plaintiff Fact Sheet has
4  exhibits that you have attached to that document,
5  right?
6      A.    Yes.  And I don't remember why I took
7  this picture.
8      Q.    And this is Exhibit 3 to the Plaintiff
9  Fact Sheet?
10     A.    Yes.
11     Q.    And you took this photo as well, ma'am?
12     A.    Yes.
13     Q.    Other than the two photos included
14 there, did you take any other photos?
15     A.    No.  It's hot up there.
16     Q.    Did you do anything else in terms of
17 checking any electrical components or anything like
18 that?
19     A.    When they did the inspection they pulled
20 the panel off the main breaker box and that's where
21 they said they saw it, so I looked at it.
22     Q.    When you say "the inspection," you are
23 talking the inspection in 2014?
24     A.    Yes.
25     Q.    And the main panel box, where is this

1  located?

2  A.  In the laundry room.

3  Q.  And that's the main breaker box?

4  A.  Yes.

5  Q.  And you say you went and looked at it?

6  A.  Yes.

7  Q.  And what did you see?

8  A.  And I faxed some pictures of the
9  blackened wires.

10  Q.  Okay. Let's do this. I don't have
11  possession of those. Those also have been produced
12  to your attorney?

13  A.  H'mm-h'mm.

14  Q.  And those pictures you would have taken
15  in 2014?

16  A.  No -- yeah. Well, it's 2014 or 2015.

17  Q.  All right. Let's briefly go through.
18  We have already gone through Exhibit 2 and the
19  attachments to those, right?

20  A.  I believe.

21  Q.  Okay. Let's go through Exhibit 4 to the
22  deposition, and let's take an inventory of the
23  documents, and see what else you may be missing.
24  I'm going to be referring to you back and forth.

25       On Page 3, it says, "Please produce

1      A.   No.

2      Q.   Are you making any claims for diminution
3  of value?

4      A.   Yes.

5      Q.   Okay.  What page are you looking at,
6  ma'am?

7      A.   Page 6.

8      Q.   Of Exhibit 3?

9      A.   Yes.

10     Q.   Okay.  So Page 6 at the bottom:  "If you
11 claim a diminution of value of the property as a
12 result of Chinese Drywall, identify the total
13 amount."  And it's blank; true?

14     A.   It is blank.

15     Q.   Okay.  And if you go to Plaintiff Fact
16 Sheet, Exhibit 4.

17     A.   What page?

18     Q.   Page 5.  If states, "If you claim
19 diminution of the property as a result of Chinese
20 Drywall state with particularity each fact which
21 supports your claim."  And your response is?

22     A.   I don't know where you are at.

23     Q.   Page 5 at the top, Question 17.

24     A.   It says, "All documents in Plaintiff's
25 possession responsive to the request are attached

```
 1      A.    H'mm-h'mm, yes.
 2      Q.    It states that you seeking damages for
 3  diminish use and enjoyment of the home?
 4      A.    Correct.
 5      Q.    And that amount you pegged a $300,000;
 6  true?
 7      A.    Correct.
 8      Q.    And what is that number based on?
 9      A.    The judge's findings.
10      Q.    And what is your understanding of the
11  judge's findings in this case?
12      A.    $25,000 per year.
13      Q.    You understand that to be in this case?
14      MR. DOYLE:
15              Object to form of the question.
16              You can answer.
17      THE WITNESS:
18              That's the finding in past cases.
19  BY MR. DYSART:
20      Q.    You understand that is a different case
21  than the one we are presently in?
22      A.    Yes.
23      Q.    So other than what the judge has done in
24  other cases with other individuals, what is the
25  basis for your claim for loss of use, if any?
```

```
 1      A.    I can't sell my property.
 2      Q.    Okay.
 3      A.    I'm still not sure if I understand
 4   exactly what you are asking me.
 5      Q.    I'm just asking from a factual
 6   standpoint other than Judge Fallon's rulings in
 7   other cases, what is your understanding of the
 8   facts that form the basis for your loss of use
 9   claim of $300,000?
10      A.    That is the basis.
11      Q.    Okay.  My question was:  Is there
12   anything else other than that?
13      A.    No.
14      Q.    In terms of your use of the property.
15   You resided in it from 2006 until 2014; true?
16      A.    I resided in it for a year before
17   Katrina, too.
18      Q.    Okay.  But from the point you resided in
19   that property from the point of 2006 to when it was
20   remodeled to 2014?
21      A.    Yes.
22      Q.    And you were unaware during that period
23   of time that the property had Chinese Drywall?
24      A.    Correct.
25      Q.    And so you were not inhibited in any way
```

1   of your use of the property?

2      A.   No.

3   MR. DOYLE:

4          Object to the form of the question.

5          You can answer.

6   BY MR. DYSART:

7      Q.   Let me rephrase: Were you inhibited in

8   the use of your property between 2006 and 2014 when

9   you resided there?

10     A.   No.

11     Q.   And in 2014 when you were married, you

12   moved to Gulfport?

13     A.   Yes.

14     Q.   In 2014 is when you came to know that

15   Chinese Drywall was installed in the property?

16     A.   Yes.

17   MR. DOYLE:

18          Object to the form.

19          You can answer.

20   BY MR. DYSART:

21     Q.   And at that point you had no intention

22   of still residing there as your primary residence?

23     A.   Correct.

24     Q.   Instead of selling the property you

25   decided to rent at that point?

1      A.    Until I could figure out what I was
2 going to do.
3      Q.    Okay. And when you say you'd figure out
4 what you were going to do, that was in 2014; right?
5      A.    No.
6      Q.    You needed to figure out what you were
7 going to do in 2014?
8      A.    Yes, right.
9      Q.    Okay. And at that point you started
10 renting the property?
11     A.    Yes.
12     Q.    And that property is maintained as a
13 rental and has been rented out since 2014 to the
14 present date?
15     A.    Yes.
16     Q.    Okay. Was there ever a change in rent?
17     A.    Yes.
18     Q.    You mentioned $900 a month, is that what
19 you are currently getting?
20     A.    Yes.
21     Q.    What were the amounts before?
22     A.    It was 1100.
23     Q.    Okay. Was it 1100 with the first
24 tenant; 900 with the second?
25     A.    Yes.