UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>***Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al***<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co, Ltd., who submits this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things.

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence.

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence.

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047.

5.     The Complaint was amended multiple times to amend the parties and claims.  The Fifth Amended Complaint is the operative complaint in this matter.

6.      Later, certain plaintiffs filed actions to intervene in the Bennett Complaint.

7.     Peggy Powell ("Powell") first filed an action to intervene and become a party on August 31, 2018. (Rec. Doc. 21770, 21796).

8.     Powell has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in her property located at 110 Laurel Lane, Pass Christian, MS  (the "Property").

9.     In conducting discovery in this MDL and in Bennett, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

10.    Powell completed and submitted a PPF, SPPF, and a PFS. (Exhibit A: Plaintiff Submissions).  The documents were completed under penalty of perjury.

11.    Powell bought the Property in 2004 which was damaged and remediated after Hurricanes Katrina and Rita.

12.    The Property was remediated in 2006 and Powell resided and used the Property freely and without burden between 2006 and 2014.

13.    In 2014, Powell was married and moved out of the Property to move in with her husband in Gulfport, MS.

14.    In October 2014, in light of her marriage and moving to Gulfport, Powell listed the Property for sale and an inspection was performed.

15.    The inspection resulted in the discovery of defective Chinese drywall.

16.     Powell received the results of the inspection and was put on notice that the Property had evidence of defective Chinese drywall.

17.     In 2014 after the inspection, Powell researched the issue of defective CDW, contacted those that supplied and installed the drywall, and examined the blackened/corroded coils of the HVAC system.

18.     However, Powell took no further action and decided to "deal with it later."

19.     In 2018, Powell decided to go into her attic, and alleges she saw "Knauf."

20.     Powell then filed her claims on August 31, 2018.

21.     Powell did not provide any evidence to support any personal property claims.

22.     Powell did not provide any evidence to support a diminution in value claim.

23.     Powell used the Property freely and without any issues related to Chinese drywall while she resided in the Property between 2006 and 2014.

24.     Following a determination that the Property had Chinese drywall, Powell did not attempt to sell the Property and instead decided to rent the Property, which she did consistently between 2014 and the present date.

25.     Powell was deposed on August 28, 2019 and did not produce any supplemental documents within twenty-one (21) days after the deposition date.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:     504.310.0275
Email:         kmiller@fishmanhaygood.com
Email:         ddysart@fishmanhaygood.com
*Counsel for Defendant,*
*The Knauf Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 12th day of December, 2019.

/s/ *Kerry J. Miller*

**KERRY J. MILLER**