# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08288 (E.D.La.)**<br><br>*Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, **2:17-cv-08284 (E.D.La.)**<br><br>*Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, **2:17-cv-08286 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-04127 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06631 (E.D.La.)**<br><br>*Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel*, **2:15-cv-06632 (E.D.La.)** | |

## ORDER GRANTING THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO WITHDRAW AS COUNSEL FOR CHARLES CAULKINS

Considering the Plaintiffs' Steering Committee's Motion to Withdraw as Counsel of Record for Plaintiff Charles Caulkins and supporting Memorandum thereto, and finding that the Plaintiffs' Steering Committee has complied with Local Rule 83.2.11,

IT IS ORDERED that the Motion to Withdraw as Counsel for Plaintiff Charles Caulkins is Granted. The Plaintiffs' Steering Committee is discharged from any further obligation and relieved of any further appearance in these cases on behalf of Charles Caulkins. The Plaintiffs' Steering Committee shall serve this Order on Charles Caulkins via electronic mail and regular U.S. mail at his last known address within 10 days of the entry of this Order. Until such time as a Notice of Appearance is filed by new counsel, all pleadings pertinent to his claims shall be served on Plaintiff Charles Caulkins at 362 SE 26 Avenue, Fort Lauderdale, FL 33301.

New Orleans, Louisiana, this   12th   day of       December       , 2019.

_____
Eldon E. Fallon
United States District Court Judge