MINUTE ENTRY
FALLON, J.
DECEMBER 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: ALL CASES | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Sandra Duggan, Esq., Arnold Levin, Esq. (via phone), Stephen Herman, Esq., Patrick Montoya, Esq. and Richard Serpe, Esq. for Plaintiffs
Harry Rosenberg, Esq. and Christina Eikhoff, Esq. for Taishan Defendants
Jimmy Faircloth, Esq. on behalf of certain Plaintiffs
Jimmy Duggan, Esq. on behalf of certain Plaintiffs
Gerald Meunier, Esq. for Settlement Class Counsel

**FINAL FAIRNESS HEARING regarding the Taishan Settlement Agreement – Doc. 22397**

Argument was heard from the parties in favor of and objecting to the proposed settlements.
Plaintiffs' Witnesses:
James Cal Mayo, Jr. – sworn and testified
Jake Woody – sworn and testified
Shannon Wheatman – sworn, offered as an "Notice Expert", accepted and testified

Objectors Russell Moody and Mary Escudier addressed the court, as well as objectors Dailyn Martinez and Luis Martinez, through an interpreter.

Matter will be taken under submission.

2. Motion for Award of Attorney Fees and Cost Reimbursement for Common Benefit Counsel and Individually Retained Attorneys by Settlement Class Counsel.    (22380)

Argument was heard and matter will be taken under submission.

Court adjourned.


JS10:    4:12