UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 SECTION L |
| This document relates to: | JUDGE FALLON |
| Payton, et al. v. Knauf GIPS KG, et al., Case No. 2:09-cv-07628 (E.D.La.) | MAGISTRATE JUDGE WILKINSON |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come Plaintiffs' counsel, L. J. Hymel, who respectfully submits the following:

1.

Undersigned counsel has represented the following individual plaintiffs in the above-referenced matter:

- a. Robert Michael Copeland and Nancy Ann Copeland;
- b. Richard Jordan, Susan Jordan, Colby Jordan, Nathan Jordan, and Florette Nickens;
- c. Jarred Lewis, Emily Lewis, and Ella Lewis;
- d. Kelvin Hayes Robins, Sr. and Alecia Robins, Janeyah Monica Hall, Kaleb Myles Robins and Tylecia Marie Ridgley; and
- e. Melissa Dupree.

2.

The above individual plaintiffs' claims related only to Knauf Plasterboard Tianjin (KPT) and all have settled their claims. Therefore, undersigned counsel and the Law Firm of Hymel Davis and Petersen, LLC wish to withdraw as counsel.

1

Respectfully submitted,

HYMEL DAVIS & PETERSEN

s/ L. J. Hymel
L. J. Hymel
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Withdraw has been served on all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electrically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic flying in accordance with procedures established in the MDL 2047 on this 13th day of December, 2019.

s/L. J. Hymel
L. J. Hymel