UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION L |
| This document relates to: | JUDGE FALLON |
| Payton, et al. v. Knauf GIPS KG, et al., Case No. 2:09-cv-07628 (E.D.La.) | MAGISTRATE JUDGE WILKINSON |

## **ORDER**

CONSIDERING the foregoing Motion to Withdraw as Counsel of Record:

IT IS ORDERED that L. J. Hymel and the Law Firm of Hymel Davis & Petersen, L. L. C. is hereby permitted to withdraw as counsel of record for the reasons stated in said motion:

    a.    Robert Michael Copeland and Nancy Ann Copeland;

    b.    Richard Jordan, Susan Jordan, Colby Jordan, Nathan Jordan, and Florette Nickens;

    c.    Jarred Lewis, Emily Lewis, and Ella Lewis;

    d.    Kelvin Hayes Robins, Sr. and Alecia Robins, Janeyah Monica Hall, Kaleb Myles Robins and Tylecia Marie Ridgley; and

    e.    Melissa Dupree.

DONE AND SIGNED this _____ day of _____, 20___.

_____
HONORABLE ELDON E. FALLON
JUDGE, UNITED STATES DISTRICT COURT