IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2019
Lyle W. Cayce
Clerk

No. 18-31223

D.C. Docket No. 2:09-MD-2047
D.C. Docket No. 2:13-CV-609

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

―――――――――――――――――――

RICK ASCH; COLLEEN ASCH; ASSET PORTFOLIO SERVICING COMPANY; DOODNAUTH BADAHUR; CDO INVESTMENTS, L.L.C.; ANDREW KUBICK; MOHAMED LATIFF; MCF ENTERPRISES, INCORPORATED; REBECCA MCINTYRE; THOMAS WILLIAMS; MARTHA WILLIAMS,

      Plaintiffs - Appellants

v.

GEBRUEDER KNAUF VERWALTUNGSGESELLSCHAFT, KG; KNAUF INTERNATIONAL GMBH; KNAUF INSULATION GMBH; KNAUF UK GMBH; KNAUF AMF GMBH AND COMPANY, KG; KNAUF DO BRASIL, LIMITED; PT KNAUF GYPSUM INDONESIA; KNAUF GIPS KG; KNAUF PLASTERBOARD TIANJIN COMPANY, LIMITED; KNAUF PLASTERBOARD WUHU COMPANY, LIMITED; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS COMPANY, LIMITED,

      Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana

Before HIGGINBOTHAM, STEWART, and ENGELHARDT, Circuit Judges.

# JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on** Dec 12, 2019

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**