## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 12, 2019

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 18-31223   In re: Chinese-Mft Drywall
                            USDC No. 2:09-MD-2047
                            USDC No. 2:13-CV-609

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By: _____
                                     Whitney M. Jett, Deputy Clerk

cc:
    Mr. James Victor Doyle Jr.
    Mr. Daniel John Dysart
    Mr. Kerry J. Miller