Case 2:09-md-02047-EEF-MBN   Document 22417-1   Filed 12/13/19   Page 1 of 9



Legal Notice

# Chinese Drywall Settlement

### Your Rights Could be Affected

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
**1-866-573-6691**
**ChineseDrywallSettlement.com**



HOMERUNS
*start with a home.*

Better Homes and Gardens® Real Estate is here to help you find the perfect home in which to bring your dreams to life.

EXPECT BETTER®

SOLD

Better Homes and Gardens
REAL ESTATE
bhgre.com

©2019 Better Homes and Gardens Real Estate LLC. All rights reserved. Better Homes and Gardens®, the Better Homes and Gardens Real Estate Logo and Expect Better® are service marks owned by Meredith Corporation and licensed to Better Homes and Gardens Real Estate LLC. Each franchise is independently owned and operated.

---

People picks

# The Best New Books

*A mother with shocking boundary issues, a donkey with pluck to spare and a story of kidnapping and survival in Nigeria*

Edited by **Kim Hubbard**





**book of the week**

### Adrienne Brodeur
*Wild Game*
MEMOIR

A Cape Cod childhood was cut short the night the author's mother raced into her daughter's bedroom to confide that she had just kissed her husband's best friend. This man and his wife dined often with the family—now, at 14, Adrienne was charged with orchestrating their trysts. Guarding her mom's secret into adulthood, Adrienne was cruelly isolated from everyone else in her life—until she made a decision with explosive consequences. This electrifying, gorgeously written memoir will hold you captive until the last word.

### Christopher McDougall
*Running with Sherman*
NONFICTION

When a dung-covered donkey hobbled by overgrown hooves turns up at McDougall's Pennsylvania farm, he doesn't think the animal will survive. But with a host of help, the author nurses the visitor he names Sherman back to health, and the pair train for a burro race up and over a Colorado mountain. An inspiring—and laugh-out-loud—account of healing.

### Edna O'Brien
*Girl*
NOVEL

Maryam is plunged into the terrifying world of Nigerian jihadis (think Boko Haram) when she's kidnapped from her school and brutalized. She eventually makes a harrowing escape, only to realize that oppression has many other faces. O'Brien's portrait of war, powerfully narrated by Maryam against a rich backdrop of cultural rituals and myths, is downright haunting.

---

**Q&A**

### Adam Rippon
*In a silly-serious new memoir,* **Beautiful on the Outside,** *the 2018 Olympic medalist and* Dancing with the Stars *champ, 29, tells all*




**What does the book title mean to you?**
I wanted something a little outrageous, so you would know it was a book that would be filled with a lot of jokes. But the greater meaning is that for a really long time, I didn't want anybody to see my flaws—and once I was able to poke fun at myself, I was able to embrace imperfection.

**Your breakthrough came later than other Olympians'.**
At first I didn't even realize that I was the oldest first-time athlete going to the Olympics in figure skating since the 1920s or '30s. For a really long time I felt like because it didn't happen then, it's never going to happen. When I didn't focus on what other people had done and I focused on what I thought I could do, I had my success.

**Do you think you're a role model?**
I want people to laugh, but I want them to be a little bit inspired. You don't need to worry about the timeline of other people.
—ADAM CARLSON

CONTRIBUTORS BOOKS Lisa Greissinger, Claire Martin, Marion Winik    43

# The fish are biting



Ira Curry enjoys the cooling breeze as she tries her luck fishing off the bulkhead near Memorial Park on Monday afternoon. "I'm enjoying myself doing nothing" said Curry, between baiting hooks on one of her several rods. "The croakers are biting now so I've come to catch some croakers." [BOB SELF/FLORIDA TIMES-UNION]

# Baker County case alarms school safety commission

### Sheriff's admin brings dismissal of case before group

**By Ana Ceballos**
The News Service of Florida

TALLAHASSEE — In early September law enforcement officers arrested a 15-year-old student who they say scribbled in a notebook six pages of specific and well-researched strategies to carry out a mass shooting at Baker County High School.

The student wrote he wanted to "kill officers and then the gate keeper — then go one by one" and that he would have nine minutes to gun down as many people as possible, considering the distance between the Sheriff's Office and the school, according to Maj. Randy Crews of the Baker County Sheriff's Office.

But after the student was arrested, a judge dismissed the case saying prosecutors did not prove the threat was "transmitted" under state law, Crews told the Marjory Stoneman Douglas High School Public Safety Commission on Tuesday.

Crews told the commission, which was created after last year's mass shooting that killed 17 people at Marjory Stoneman Douglas High School in Broward County, that state law needs to be clarified to allow the prosecution of potentially dangerous juveniles, like the Baker County student.

"I am not a lawyer, but I want to make you aware of this situation," Crews said. "If these judges make these rulings, we are moving backwards."

The juvenile was not named during Tuesday's commission meeting, but commission chairman Bob Gualtieri later identified the judge as Circuit Judge Gloria Walker of the 8th Judicial Circuit, which is made up of Baker, Alachua, Bradford, Gilchrist, Levy and Union counties.

# Why did Sinatra give a secret concert at a Florida hospital?

**By Larry Aydlette**
GateHouse Florida

He was The Chairman. The Voice. A-Number One. King of The Hill.

So when Frank Sinatra arrived in Palm Beach County to give a concert 60 years ago, you'd think it would have been a big, fat, ring-a-ding deal. A lot of hype. Excited fans lining up for tickets.

But hardly anybody knew he was here.

At the time, Francis Albert Sinatra was the most famous singer in the world. And 1959 marked the close of a decade that had seen the release of some of his greatest concept albums — "In The Wee Small Hours," "Songs For Swingin' Lovers," "Come Fly With Me" and the towering "Frank Sinatra Sings For Only The Lonely."

He was a major movie star, catnip to the ladies and a personality whose every move was fodder for gossip columnists.

So why did he come here under the radar?

Despite many stories of Mob connections and petty cruelties, Sinatra was just as famous among friends for his private generosities. And his appearance on March 16, 1959 at the Southeast Florida State Tuberculosis Hospital in Lantana definitely fits the profile of the Sinatra who would quietly help those in need.

You couldn't buy a ticket. He didn't do any interviews. Sinatra probably wanted it kept hush-hush. And who was going to cross Ol' Blue Eyes?

The brief story of his appearance — "Frank Sinatra Visits Hospital" — was buried the next day in The Palm Beach Post on Page 13, dutifully reported by "Lake Worth News" correspondent Wilbur Royce. It shared space with less flashy community headlines, such as "Water Pressure Temporarily Low."

The six-paragraph story said the patients had "the time of their lives" when Sinatra spent more than two hours in the hospital auditorium, "singing songs from a recent album and other all-time Sinatra hits."

But he didn't just perform in the auditorium. "Sinatra visited the wards where patients are confined to their beds, and with the aid of a piano on wheels serenaded the bed patients," the Post reported.

Needless to say, a hospital official said there had never been "such enthusiastic reception" for any show staged at the hospital. "We wish to thank Sinatra a great deal for leading the way in what we hope will be a parade of stars to entertain patients here," said H.E. Melton, the hospital's special services officer.

The patients certainly deserved a respite from their isolated suffering. Tuberculosis, primarily a lung disease, was a leading cause of death in the United States from the early 20th century through the 1950s. Sanitariums began popping up across the country, and the 500-bed Lantana hospital had opened only nine years before Sinatra appeared.

Longtime residents probably remember it as the A.G. Holley State Hospital, re-named in 1969 for a state tuberculosis board member.

## WINGS

*From Page B1*

announced plans to acquire the Tilted Kilt Pub and Eatery franchise, which has restaurants throughout the United States and Canada.

ARC Group reported nearly $8.8 million in total revenue during the first six months of this year, according to the U.S. Security and Exchange Commission.

Seenu G. Kasturi, chief executive officer of ARC Group, said in a news release the company was "excited to add WingHouse Bar & Grill to our portfolio due to its established regional presence within a compelling segment, as we continue to aggressively expand our national footprint."

"This acquisition is consistent with our strategy of acquiring restaurants chains for which we can leverage our franchising, marketing, operational, logistics and financial expertise to drive sales growth and profitability," Kasturi said.

Kasturi projected the acquisition will result in "ARC Group's combined annualized revenue will now exceed $70 million. Additionally, we expect this acquisition to immediately begin contributing to our operating cash flow."

Established 25 years ago in Largo, WingHouse has 24 locations throughout Florida. WingHouse operated a restaurant in the Tinseltown area of Jacksonville for several years.

WingHouse restaurants generated a combined total of at least $60.6 million in revenue last year and $3.5 million of cash flow from operating activities, company financial statements show.

Third Lake Capital is the majority owner of Soaring Wings LLC, and will become a major shareholder in ARC Group via this transaction.

Ken Jones, chief executive officer of Third Lake Capital, also said in a news release that they are excited and proud to partner with ARC Group.

Jones noted ARC Group "has a strong track record of operational excellence and growth."

"We are pleased with what we have accomplished through our investment in WingHouse and are excited about what the future holds for this proven brand," Jones said.

*Teresa Stepzinski:*
*(904) 359-4075*

*Legal Notice*

## Chinese Drywall Settlement
### Your Rights Could be Affected

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
**1-866-573-6691    ChineseDrywallSettlement.com**

**METAL ROOF AS LOW AS $79 mo**
COMPLETELY INSTALLED
0 MONEY DOWN PAYMENT | 0 INTEREST UP TO 12 MONTHS
EZ TERMS UP TO 144 MONTHS
$1,000 off
CALL TODAY FOR A FREE ESTIMATE!
NATIONAL HOMECRAFT
(866) 430-2616
WWW.NATIONALHOMECRAFT.COM

**Columbus Day SALE** — October 10-19
HGTV HOME DESIGN STUDIO Bassett
GREAT SAVINGS 40% OFF ALL BASSETT HGTV Custom Furniture
Discover WHAT'S NEW

SAVE $500 on Signature Base and Legcomfort™ Recliners
OR EARN UP TO $1,500 towards additional Stressless® product
Stressless
BARCLAY BUTERA

Discover **GREAT TERMS** INTEREST FREE FINANCING
**24 MONTHS** ON ALL FURNITURE
**48 MONTHS** on Tempur-Pedic, Stearns & Foster and BeautyRest Black
TEMPUR-PEDIC STEARNS & FOSTER Beautyrest

**LOTT'S FURNITURE**
EST. 1947
2110 Sadler Square | Fernandina Beach, FL | 904.261.6333
401 Mary Street | Waycross, GA | 912.283.6350
lottsfurniture.com

# Nation & World

## EU: Brexit deal in sight but UK must do more

### Value of pound surges along with optimism

**Raf Casert and Jill Lawless**
ASSOCIATED PRESS

LUXEMBOURG – European Union officials were hoping Tuesday that – after more than three years of false starts and sudden reversals – a Brexit deal with Britain might be in sight within hours.

The bloc said it might be possible to strike a divorce deal by Thursday's EU leaders' summit, which comes just two weeks before the U.K.'s scheduled departure date of Oct. 31. One major proviso: The British government must make more compromises to seal an agreement in the coming hours.

Britain and the EU have been here before – within sight of a deal only to see it dashed – but a surge in the British pound Tuesday indicated hope. The currency rose against the dollar to its highest level in months.

Even though many questions remain, diplomats made it clear that both sides were within touching distance of a deal for the first time since a U.K. withdrawal plan fell apart in the British House of Commons in March.

Martin Schirdewan, a German member of the European Parliament's Brexit Steering Group, said an agreement is "now within our grasp" following a breakthrough in negotiations.

This week's EU leaders' meeting – the last scheduled summit before the deadline – was long considered the last opportunity to approve a divorce agreement. British Prime Minister Boris Johnson insists his country will leave at the end of the month with or without an agreement.



Michel Barnier, the EU's chief Brexit negotiator, arrives Tuesday in Luxembourg to brief ministers on the talks. He says an agreement this week is still possible. VIRGINIA MAYO/AP

Michel Barnier, the EU's chief Brexit negotiator, said at a meeting of the bloc's ministers in Luxembourg on Tuesday that the main challenge now is to turn the new British proposals on the complex Irish border issue into something legally binding. EU member Ireland has a land border with the U.K.'s Northern Ireland, and both want to keep goods and people flowing freely across the currently invisible border.

Barnier wants a clear answer by Wednesday morning so EU capitals can prepare for the bloc's two-day summit that begins Thursday. "It is still possible this week," Barnier said.

The big question is how far Johnson's government is prepared to budge on its insistence that the U.K., including Northern Ireland, must leave the European Union's customs union – something that would require checks on goods passing between Britain and the EU, including Ireland.

The British government has given away little detail of the proposals it has made on that question. In broad terms, the U.K. is proposing that Northern Ireland – but not the rest of the U.K. – continue to follow EU customs rules and tariffs after Brexit in order to remove the need for border checks.



Forecasters are monitoring Tropical Depression 15 (red circle near Africa) and a disturbance over Central America (yellow x). The other disturbance (yellow x near South America) has little chance of developing. NATIONAL HURRICANE CENTER

## Rare late-season tropical depression forms near Africa

**Doyle Rice**
USA TODAY

Forecasters are watching a tropical depression that formed in an unlikely location for so late in the Atlantic hurricane season.

The depression that formed off the coast of Africa on Monday is in an area where formation is "very rare" for this time of the year, according to the Weather Channel.

The primary threat from the depression is the potential for locally heavy rainfall and flash flooding in the Cabo Verde Islands, according to the National Hurricane Center.

As of 11 a.m. ET Tuesday, Tropical Depression 15 had top sustained winds of 35 mph and was about 160 miles east of the Cabo Verdes, an island nation about 400 miles west of Senegal.

The depression is not expected to intensify into a tropical storm, the hurricane center said Tuesday.

"It is rare to have a system ramp up quickly in this part of the Atlantic this late in the season," Dan Kottlowski, AccuWeather's top hurricane expert, said.

"This is the farthest east that a tropical depression has formed in the tropical Atlantic this late in the calendar year on record," Colorado State University meteorologist Phil Klotzbach said.

The system should rapidly weaken, beginning on Wednesday.

Closer to home, forecasters are also monitoring a weather system that's spinning over Central America. "This disturbance and another tropical system over the eastern Pacific Ocean are expected to produce heavy rains across a large portion of Central America during the next couple of days, which could cause flooding and mudslides, especially in mountainous areas," the hurricane center said.

By late Wednesday, the disturbance is forecast to emerge over the Bay of Campeche and gradually turn north. However, it wouldn't be until later Thursday night or Friday that any moisture from this system would stream into parts of the parched Deep South, and not until the weekend that the heaviest rain would fall, AccuWeather said.

The next system to develop into a named tropical storm would be called Nestor.



Legal Notice

### Chinese Drywall Settlement
*Your Rights Could be Affected*

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
1-866-573-6691    ChineseDrywallSettlement.com



We do it all, so you can love it all.



RE•BATH

We design beautiful, functional spaces – and provide the quality products to finish the look. Best of all, our licensed, insured, locally owned and operated Re-Bath teams complete projects in days, not weeks.
**Schedule your free in-home consultation today!**



$500 OFF
Shower/Tub Remodel
Expires 10/31/19.
Not to be combined with other offers.
RE•BATH

- Bathtub-To-Shower Conversions
- Shower Liners
- Walk-In Bathtubs
- Bathtub Liners
- Over Existing Tile
- Free In-Home Estimates
- One Day Installation



Proudly serving Fort Myers & Naples.
**239-260-0989**

CFC1429672   CBC1262909

Forecasters are monitoring Tropical Depression 15 (red circle near Africa) and a weather disturbance over Central America (yellow x). A disturbance off South America's coast (also a yellow x) is thought to have little chance of developing.
NATIONAL HURRICANE CENTER

Call today to connect with a
**SENIOR LIVING ADVISOR**
INDEPENDENT LIVING • ASSISTED LIVING • MEMORY CARE

aPlace for Mom. A Place for Mom has helped over a million families find senior living solutions that meet their unique needs.

There's no cost to you!
**(855) 494-4381**
We're paid by our partner communities

# Rare late-season tropical depression forms near Africa

**Doyle Rice**
USA TODAY

Forecasters are watching a tropical depression that formed in an unlikely location for so late in the Atlantic hurricane season.

The depression that formed off the coast of Africa on Monday is in an area where formation is "very rare" for this time of the year, according to the Weather Channel.

The primary threat from the depression is the potential for locally heavy rainfall and flash flooding in the Cabo Verde Islands, according to the National Hurricane Center.

As of 11 a.m. ET Tuesday, Tropical Depression 15 had top sustained winds of 35 mph and was located about 160 miles east of the Cabo Verdes, an island nation about 400 miles west of Senegal.

The depression is not expected to intensify into a tropical storm, the hurricane center said Tuesday.

"It is rare to have a system ramp up quickly in this part of the Atlantic this late in the season," Dan Kottlowski, AccuWeather's top hurricane expert, said.

"This is the farthest east that a tropical depression has formed in the tropical Atlantic this late in the calendar year on record," Colorado State University meteorologist Phil Klotzbach said.

The system should rapidly weaken, beginning on Wednesday.

Closer to home, forecasters are also monitoring a weather system that's spinning over Central America. "This disturbance and another tropical system over the eastern Pacific Ocean are expected to produce heavy rains across a large portion of Central America during the next couple of days, which could cause flooding and mudslides, especially in mountainous areas," the hurricane center said.

By late Wednesday, the disturbance is forecast to emerge over the Bay of Campeche and gradually turn toward the north. The hurricane center said environmental conditions could become a little more favorable for some development toward the end of the week, when the system is located over the western Gulf of Mexico.

"Regardless of development, the system may cause a blossoming area of showers and thunderstorms over the Gulf and along the western and central Gulf Coast later this week into this weekend," AccuWeather senior meteorologist Alex Sosnowski said.

However, it wouldn't be until later Thursday night or Friday that any moisture from this system would stream into parts of the parched Deep South, and not until the weekend that the heaviest rain would fall, AccuWeather said.

If either the depression near Africa or the Central American system develops into a named tropical storm, it would be called Nestor.

> "Regardless of development, the system may cause a blossoming area of showers and thunderstorms over the Gulf and along the western and central Gulf Coast later this week into this weekend."
>
> **Alex Sosnowski**
> AccuWeather senior meteorologist

---

Legal Notice

# Chinese Drywall Settlement
### *Your Rights Could be Affected*

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
1-866-573-6691     ChineseDrywallSettlement.com

**WHY LEAVE HOME?**

**House Call Dentures**
All appointments at your home
Attention to detail regarding cosmetics and fit
Practice limited to Dentures, Partials/Removable Bridges only
Medicaid Denture patients accepted

**Dr. Francis E. Boustany, Jr., D.D.S.**
**General Dentist**
Free Consultation call
**337-993-3600**

---

**UNCLAIMED PROPERTY**
**ARE YOU ON THE LIST?**

Louisiana residents have more than
**$879 million**
of Unclaimed Property
currently in the State Treasury. It's lost money and some of it may be yours!

LOUISIANA STATE TREASURER
YOUR MONEY CLAIM IT
JOHN SCHRODER

Be sure to search your name on the site below to see if you or someone you know is due some money!

It's your money ...
**#TakeItBack**
Search LATreasury.com

---

**Dillard's**
*Our most advanced performance chino ever!*
**travelSMART**
ROUNDTREE & YORKE

**ULTIMATE PERFORMANCE CHINO**
Featuring *CoreComfort* waistband

• Fabric resists shrinking and fading
• Non-iron with permanent center-front crease
• Stretch fabric for all day comfort and movement
• CoreComfort waistband that stretches at least 2" and always returns to its original size and shape
• Silicone shirt-gripper on inside of waistband
• Available in two fits:
  Classic Fit - flat front & pleated
  Straight Fit - flat front
• Available in khaki, dark navy, medium brown and black

**$45 each**
or 2 for $78

Big & Tall Ultimate Comfort Chino is available in Classic Fit in khaki, dark navy, medium brown and black.
Big & Tall sizes $55 each or 2 for $89.

Your size GUARANTEED
IN STOCK or it's FREE*!

| WAIST | 28 | 30 | 32 | 34 | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSEAM 28 |  |  |  | X | X | X |  |  |  |  |  |  |  |  |
| 29 |  |  | X | X | X | X |  |  |  |  |  |  |  |  |
| 30 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 32 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 34 |  |  | X | X | X | X | X | X | X | X | X | X | X | X |
| 36 |  |  |  | X | X | X | X | X |  |  |  |  |  |  |

■ Indicates Big & Tall sizes

*If the chart shows your size, we guarantee to have it in stock in at least one of the style/colors listed, or it's free.
One free pair per customer. Free pair will be mailed to you in your size. No phone orders accepted.
Regular size styles included: Y95PR100, Y95PR110, Y95PR111
Big & Tall Styles included: Y95PR110B, Y95PR110T, Y95PR111B, Y95PR111T.
Selection varies by style and store. Call 1-800-345-5273 to find a Dillard's store near you.

APPLY. SHOP. EARN REWARDS.   Dillard's REWARDS
Subject to credit approval. Visit www.dillards.com/rewards



Special to the American Press
Winkelhimer, the painting squirrel who got her start in Jennings, is now part of the Ripley's Believe It Or Not family. Winkelhimer is among the oddities featured in the animals section of the 2019 edition of the Ripley's Believe It Or Not Beyond the Bizarre, according to her owner Shayla Mouton of Austin, Texas.

## LNG facility moving toward final investment decision

By Heather Regan White
newsroom@americanpress.com

A local industry representative said there are two milestones that must be reached for a liquefied natural gas facility to come online. The first is authorization from the Federal Energy Regulatory Agency and second is securing financing.

"When those two things come together, that's when you hear companies talk about the FID, the final investment decision," said Heather Hohensee, government and public affairs manager for LNG developer Tellurian.

Hohensee recently spoke to members of the Sulphur Rotary Club.

Tellurian, a public company, passed the first milestone in April with FERC approval for their $15.9 million Driftwood LNG project located on about 1,000 acres off Burton Shipyard Road on Global Drive in Carlyss.

The company took a major step toward the second milestone in June when it was announced the French oil company Total agreed to buy one million tons of LNG annually and invest $500 million in Driftwood Holdings.

At the end of the year, Tellurian entered a memorandum of understanding with Vitol Inc. to supply 1.5 million tons a year. And late last month, Petronet LNG Limited, India's largest LNG importer, signed an agreement with Tellurian for the annual purchase of five million tons. Hohensee said the company is looking to bring more investors online.

The final FID is expected to be made by the end of the year and construction should kick off at that time. There will also be 6,500 jobs created during this phase.

Driftwood's five plants are expected to produce 27 million tons of LNG for export each year. Once operational, there will be 400 permanent jobs.

## Winkelhimer, painting squirrel, featured in new Ripley's book

By Doris Maricle
dmaricle@americanpress.com

Winkelhimer, the painting squirrel who got her start in Jennings, is now part of the Ripley's Believe It Or Not family.

Winkelhimer is among the oddities featured in the animals section of the 2019 edition of "Ripley's Believe It Or Not: Beyond the Bizarre," according to her owner Shayla Mouton.

Mouton moved from Jennings to Austin, Texas, about eight years ago where she now lives with her husband and two squirrels, Winkelhimer and Mr. Max.

"I'm really proud of my Winkelhimer and all she has done," Mouton said during a telephone interview. "Going from being almost eaten by a cat to being in a book that I loved as a kid is a huge accomplishment. I hope she knows how proud of her I am."

Mouton said she was surprised when Ripley's contacted her about Winkelhimer making it to the latest publication.

### 'Never thought I'd end up with a pet squirrel, but now she's like my baby.'
**Shayla Mouton**

"I had sent them some information and snippets of articles about Winkelhimer being a painting squirrel to them a few years ago, but hadn't heard anything until they contacted me about her being in the book," she said. "At first I thought someone was pulling my leg till I looked in the book and saw her on the page. She's got her own little spot in the book."

Winkelhimer, a handicapped rescued squirrel, became famous after a video of her painting went viral. Winkelhimer learned to paint with food coloring using her front leg and mouth by watching Mouton, a doll artist/jewelry maker. She's been featured in news stories on ABC, MSNBC,

Wake Up with Al, America Now and several local news stations and newspapers.

Winkelhimer became a part of Mouton's family after she rescued her in 2013 after the squirrel was attacked by a cat just six weeks old. One of her front legs was injured, but Mouton nursed her back to health with some "TLC."

"I never thought I'd end up with a pet squirrel, but now she's like my baby," Mouton said. "But just get attached to them."

Now almost 9 years old, Winkelhimer is "healthy and irony," Mouton said.

Mouton sells Winkelhimer's abstract masterpieces and uses the profits to help other animals and people in need. Prints are sold on Etsy.

The furry artist also has her own Facebook, Instagram and Twitter accounts.

Follow Winkelhimer on Instagram at https://www.instagram.com/winkelhimer/ or on Facebook at https://www.facebook.com/winkelthesquirrel/ or buy Winkel's artwork https://www.etsy.com/shop/paintingsquirrel

## Sentencing delayed for LSU student

By The Associated Press

BATON ROUGE — A sentencing hearing has been postponed for a former Louisiana State University student convicted in the hazing death a Phi Delta Theta fraternity pledge. The Advocate reports 21-year-old Matthew Naquin was scheduled to be sentenced Wednesday for negligent homicide in the 2017 death of 18-year-old Max Gruver of Roswell, Georgia. A continuance was granted because one of Naquin's relatives was hospitalized with a serious illness. Naquin's new sentencing date is Nov. 25. He faces up to five years in prison. It took a jury less than an hour to convict the Texas native in July.

Gruver died of alcohol poisoning after a hazing ritual. Several pledges testified Naquin appeared to target Gruver that night.

Two other members pleaded no contest to misdemeanor hazing. They were released from jail in August.

## Chinese Drywall Settlement
### Your Rights Could be Affected

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is Included?**

The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**

The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**

Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than December 11, 2019 and will be updated on the website.

**What are my rights?**

If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by November 27, 2019. If you object to the Settlement, you must do so by November 27, 2019.

The Court will hold a hearing on December 11, 2019 to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 35% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
1-866-573-6691    ChineseDrywallSettlement.com

## HOTEL
Continued from A1

drags on, the chances of that diminish."

The situation could take weeks to resolve. Experts from around the world were called in to help, including crane manufacturers and engineers and the Thornton Tomasetti engineering and consulting firm that aided in the cleanup and recovery at Ground Zero after the 9/11 terrorist attacks.

The prolonged danger of further collapse means the indefinite closure of two major thoroughfares — Canal Street and the intersecting Rampart Street — along with streetcar lines and bus routes adjacent to the French Quarter and business district.

The disaster is the latest setback in efforts to revive a section of historic Canal Street that had been economically moribund despite its proximity to the Quarter.

The Hard Rock Hotel was expected to be a major boost to that revitalization.

Now because of the danger of further collapse, commerce around the site has come crashing to a halt of uncertain duration.

Among the casualties in the danger zone was the Saenger Theatre on Canal, a 1927 movie and live performance palace restored to its Jazz Age glory in 2013, eight years after it was badly flooded because of levee failures during Hurricane Katrina. Touring versions of Broadway hits have been a success at the Saenger but performances of "Wicked" that were supposed to run through this week were canceled and the future of other productions is unclear.

Also closed was the tony

New Orleans Athletic Club, constructed on Rampart in the 1920s, and boasting a celebrity guest list that over the years has included Tennessee Williams, Johnny Weissmuller and Gene Kelly and Earl Long. The facility told members via its website and emails that it had arranged for other fitness centers to accommodate their workouts during the closure.

## State Police investigate cadet training injuries

By The Associated Press

BATON ROUGE — Multiple injury reports have caused Louisiana State Police to suspend a cadet training program that involves handcuffing and pressure point use, among other tactics.

News outlets report defensive tactics training at the State Police academy is currently on hold pending an internal affairs investigation. In a statement Monday Public Affairs Commander Capt. J.B. Slaton said injuries "are not uncommon" during this part of training, however the injuries reported last week by cadets raised concerns among senior staff.

Meet the Newest Member of our Physician Team,
### Dr. Nirmala Tumarada,
*Neurologist & Neuromuscular Medicine Specialist*



501 Dr. Michael DeBakey Dr. | Lake Charles | (337) 312-8730


American Press masthead contact information, advertising, subscription info, and print subscription rates.

# Texas chief: 'No excuse' for woman's killing

## Supporters say victim had a right to pull gun

**Jake Bleiberg and Jill Bleed**
ASSOCIATED PRESS

FORT WORTH, Texas – The furor Tuesday over the killing of a black woman by a white Fort Worth officer became increasingly about a gun pointed at a bedroom window. But the police chief and activists said the focus was on the wrong gun.

In bringing murder charges against Officer Aaron Dean in the slaying of Atatiana Jefferson, police released an arrest warrant Tuesday quoting the victim's 8-year-old nephew as saying Jefferson had pulled out a gun after hearing suspicious noises behind her house.

Black politicians and others criticized the police and the media for bringing up Jefferson's weapon, accusing the department of trying to deflect blame.

"The Fort Worth Police Department is going about the task of providing a defense for this officer," said Lee Merritt, an attorney for the Jefferson family.

Interim Police Chief Ed Kraus declared there was "absolutely no excuse" for the killing and said Jefferson behaved as any Texas homeowner would have if he or she had heard a prowler. It wasn't clear from the warrant if Dean saw her weapon through the glass.

The killing early Saturday shocked people across the U.S. and led many black people to wonder again if they are no longer safe from police in their homes. Earlier this month, a white former Dallas officer got 10 years in prison for murder for killing a black neighbor in his own apartment. She said she mistook his place for hers and thought he was an intruder.

Dean, 34, resigned and was arrested Monday for firing a bullet through a window while investigating a neighbor's report about the front door being left open at Jefferson's home. Jefferson was staying up late, playing video games with her nephew.

Police bodycam video showed Dean making his way around the side of the house into the backyard in the darkness and opening fire a split second after shouting at Jefferson, 28, to show her hands. He did not identify himself as a police officer.

In the arrest warrant, Jefferson's nephew said his aunt had taken a gun from her purse and pointed it at the win-



Anastasia Gonzalez of Burleson, Texas, leaves flowers on the sidewalk of Atatiana Jefferson's home in Fort Worth, Texas, on Tuesday. TOM FOX/THE DALLAS MORNING NEWS VIA AP

dow. Over the weekend, the Police Department also stirred anger by releasing images of the gun inside the home.

State Rep. Harold Dutton, a black Democrat from Houston, partly blamed the media.

"Why would you publicize that Ms. Jefferson had a gun in her home?" he asked. "I'm sure the police told you that. But that was her Second Amendment right, and equally as important, it had nothing to do with the incident for which we are here about. Too often, you, the media, have been complicit in throwing dirt on the victim while ignoring the real culprit, current law enforcement."

After the deadly shooting last year in Dallas, police reported finding marijuana in the dead man's apartment in what was decried by some as an attempt to smear the victim.

In the Fort Worth case, the arrest warrant notes that the other officer at the scene told authorities she could see only Jefferson's face through the win-

dow when Dean fired. Dean's bodycam video showed that the view through the glass was obstructed by the reflection from his flashlight.

Merritt questioned whether Dean saw a gun at all, noting that the window was covered by blinds, it was dark outside, and Dean never said "gun" before firing, as officers are trained to do.

"Why do people keep weapons in their homes? Well, maybe, when there's someone prowling around in the back at 2 a.m. in the morning, you may need to arm yourself," Merritt said.



A bullet hole from a police officer's shot is seen in the rear window of Atatiana Jefferson's home in Fort Worth, Texas, on Tuesday. TOM FOX/THE DALLAS MORNING NEWS VIA AP

Dean resigned without talking to internal affairs investigators, and what he saw and why he opened fire remained unclear. His attorney not immediately return messages for comment.

Dean was released from jail on $200,000 bail less than four hours after his arrest. The police chief said he would have been fired if he hadn't quit. Police also referred the case to the FBI for possible federal civil rights charges.

Kraus pleaded with the city of nearly 900,000 not to allow the killing to reflect badly on the department.

"The officers are hurting," he said. "They try hard every day to try to make this city better." He added: "I likened it to a bunch of ants building an ant hill, and then somebody comes with a hose and washes it away. And they just have to start from scratch."

Merritt said Fort Worth needs to change its "brutal culture of policing," and Mayor Betsy Price has called for a top-to-bottom review of the department.

Of the nine officer-involved shootings so far this year in Fort Worth, five targeted African Americans and six resulted in death, according to department data.

## NEW LOCATION ANNOUNCEMENT!

## NED M. JABOUR, Ph.D.
Marriage, Family and Child Therapist

300 Washington Street,
Washington Plaza Suite 100-A
Monroe, LA 71201

American Association of
Christian Counselors

American Association for Marriage
and Family Therapy

*INSURANCE ACCEPTED*

(318) 387-7722

---

Legal Notice

## Chinese Drywall Settlement
*Your Rights Could be Affected*

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
1-866-573-6691   ChineseDrywallSettlement.com

---

## A SPECIAL TRIBUTE. FOR ALL THOSE WHO PROTECT US!

WE SALUTE OUR VETERANS

SFC John Doe
U.S. Army
Daleville, Indiana
Thank you for your service!

ONLY $20.00

**Monday November 11, 2019**
Hurry! Deadline is Wed. Nov. 6th

Email the information listed in this form and your photo to classifieds@thenewsstar.com and a representative will contact you for payment and provide you a proof.

or MAIL THIS FORM WITH PAYMENT AND PHOTO TO: USA Today Network
PO Box 787, Neptune NJ 07754
(please send self-addressed stamped envelope for returned photo)

If you have any questions, please call 888-508-9353 ext. 5501

Your Name _____
Address _____
City/Zip _____
Day Ph. _____
☐ Check  ☐ Money Order  ☐ MasterCard  ☐ Discover  ☐ Visa
Credit Card # _____
CSC# (3 digit# on back of card) _____ Exp. Date _____
Signature _____
**Name of person in photo:** ☐ Veteran  ☐ Currently Serving  ☐ Where Served
_____
Branch of Service _____
Hometown _____

News Star
USA TODAY NETWORK

# Some Nobel Prize winners endured initial rejections

**Hillel Italie**
ASSOCIATED PRESS

NEW YORK – Some of the world's most innovative ideas and creations have started out in a rejection pile.

One of this year's Nobel Prize winners for medicine previously saw his findings on how cells respond to changes in oxygen levels turned down for publication. In 1992, the journal Nature rejected Peter J. Ratcliffe's article, telling him that "we have sadly concluded, on balance, that your paper would be better placed in a more specialized journal, particularly given the competition for space."

Twenty-seven years later, judges praised Ratcliffe and fellow winners William Kaelin Jr. and Gregg Semenza for discoveries that could lead to "promising new strategies to fight anaemia, cancer and many other diseases."

Ratcliffe's vindication is an old Nobel tradition, and not just for medicine. Several science winners, from Enrico Fermi to Murray Gell-Mann, had their findings initially rejected. Hans Krebs was informed by Nature in 1937 that there was no space for his paper on the citric acid cycle, now better known as the Krebs Cycle, and the basis for his 1953 medal. Rosalyn S. Yalow, winner of a Nobel in 1977, was informed years earlier by The Journal of Clinical Investigation that her landmark findings on insulin and antibodies were "dogmatic" and "not warranted by the data."

In literature, some of the most celebrated writers were once considered too strange, too limited or just too boring. Several publishers turned down Toni Morrison's first novel, "The Bluest Eye," and she was chastised for years by white critics for focusing too much on black characters. The novelist Reynolds Price would cite her for "the understandable but weakening omission of active white characters," an opinion he later withdrew about the 1993 laureate.

Ernest Hemingway was at the center of American letters when he won the Nobel, in 1954, but at the start, he was criticized for his minimalist style and libertine characters. In turning down "The Sun Also Rises," Hemingway's landmark novel about the 1920s "lost generation," Moberley Luger of publisher Peacock & Peacock called Hemingway's work "both tedious and offensive."

"You really are a man's man, aren't you?" Luger told the author in 1925, the year before Scribner's released his book. "I wouldn't be surprised to hear that you had penned this entire story locked up at the club, ink in one hand, brandy in the other. Your bombastic, dipsomaniac, where-to-now characters had me reaching for my own glass of brandy."

Other literature winners enduring initial discouragement were Pearl Buck, Isaac Beshevis Singer and 1983 laureate William Golding, whose Dystopian classic "Lord of the Flies" was rejected numerous times. Faber & Faber editor Charles Monteith described the book as an "Absurd & uninteresting fantasy." It was "Rubbish & dull. Pointless."

That was Monteith's reaction after the first chapter. He then kept reading, suggested that he and Golding meet and worked on some revisions.

"I have just finished reading the galleys of 'Lord of the Flies' and I'm even more enthusiastic about it than I was before," he eventually told the author.


Toni Morrison's "The Bluest Eye," was rejected many times, and she was criticized for focusing too much on black characters. THIBAULT CAMUS/AP

---

Legal Notice

## Chinese Drywall Settlement
### *Your Rights Could be Affected*

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
**1-866-573-6691   ChineseDrywallSettlement.com**

---



Farmers Seafood Company, Inc. — Celebrating 100 Years

2 CONVENIENT LOCATIONS
• 1192 Hawn Ave. | 221-9957
• 8219 Jewella | 687-2334
Prices Good 10/16/19 - 10/22/19

**GULF FRESH JUMBO "HEAD ON" SHRIMP 16/20**
(Great for the Grill!) **$4.99 LB.**



**PEELED AND DEVEINED SHRIMP**
Jumbo Tail On .................. $19.95/2 lb Bag
Ex Large Tail On .............. $13.50/2 lb Bag
Med. Tail Off ..................... $10.95/2 lb Bag

## CATFISH

Whole Louisiana Catfish .................................. $3.99/lb
Pond Raised Fillets ............. $5.99/lb
Salmon Fillets .................... $10.99/lb
Frozen Domestic Catfish Fillets
Wild 2/3 oz. ............ $19.95/5 lb Bag
Catfish Nuggets
15 lb Box ....................... $17.95/Box
Catfish Steaks
5 lb Bag ........................ $16.95/Bag

**CRAB MEAT!**
Jumbo Lump .............................. $34.50
Back Fin Lump ......................... $26.50
Claw Meat ................................. $16.95
Large Clawfinger ..................... $25.95
Ask About Our Marinade!

**FARMER'S FREEZER SPECIALS**
Lobster Tails 2/3 oz.
(5 per bag) ........................... $24.95/Bag
Snow Crab Clusters
(2 lb box) ............................. $29.95/Box
Gumbo Crabs
............................................ $4.25/1 lb Pkg.
Alligator Meat
Reg. $15.95 ................ $12.99/1 lb. Pkg.

**FARMER'S FALL SPECIAL**
Our "FAMOUS" Seafood Gumbo SUPREME
Reg. $14.95 .............................. **$12.95/Qt.**

Buy 2, Get 1 Free of Equal Value

EASY MEALS—JUST HEAT and SERVE—FARMERS HOME-MADE
SEAFOOD GUMBO • SHRIMP CREOLE
• SEAFOOD GUMBO SUPREME
• CRAWFISH ETOUFFEE
LOADED WITH SEAFOOD! DELICIOUS!! TRY IT!

---



# ECONOMIC IMPACT
## OF THE
# RED RIVER WATERWAY

RED RIVER WATERWAY COMMISSION

**1965-2018**

$**14.5** BILLION new household earnings

**11,500** jobs created and supported

$**50.6** BILLION new business sales



**2 Million** visitors annually

**7 Parishes**
Caddo, Bossier, Red River, Natchitoches, Grant, Rapides, Avoyelles
**19 Recreation Areas**
**2 RV parks**

**J. Bennett Johnston Waterway**
5 Public Ports
5 Lock & Dams
211 miles



**8 MILLION TONS MOVED BY BARGE ANNUALLY**
= 307,000 fewer trucks on the road

$**784.5** MILLION in local and state taxes generated

Every $1 of property tax collected generates...
over $36 in new spending
over $61 in new business sales
Over $18 in new household earnings

# Markel

Continued from Page 1A

cutors laid out evidence against Garcia and Magbanua, whose cases were tried together, to show that their son was killed as part of a murder-for-hire plot orchestrated by the family of his ex-wife Wendi Adelson.

His mother, Ruth Markel, briefly addressed reporters after sentencing outside the courtroom.

"We respect the process," she said. "There's a lot more work to be done, and we're looking forward and hoping it will be done soon. We want to thank all of the law enforcement and the State Attorney's Office."

Leon Circuit Judge James C. Hankinson imposed a sentence of life for the murder charge and another 30 years for conspiracy to commit murder.

Garcia hung his head and quietly talked with his attorney Saam Zangeneh about the appeals process and asked him to call his mother. Zangeneh said Garcia was still numb from being convicted of murder.

"In a death penalty case, when you get a guilty on a first-degree murder, that's it. Your life is over," Zangeneh said. "You're either going to die of natural causes in a maximum-security prison or you're going to die on death row as a result of lethal injection."

Garcia declined two chances to take the stand during the trial, and a third prior to his sentence being read. Zangeneh said his hesitance was rooted in his interest in protecting Magbanua.

"He didn't want to hurt Katie, so he chose not to take the stand," he said. "He was very concerned about his testimony hurting or implicating Katie."

One of the biggest questions still unanswered is whether Charlie and Donna Adelson, Markel's former in-laws accused of orchestrating and paying for his murder, will ever face prosecution.

Cappleman declined to discuss it in detail.

"I don't have any information about any further arrests in the case at this time," she said.

### Case against Magbanua continues

A new trial date for Magbanua could be set next week when she returns to court for a case management conference.

She is accused of facilitating the payment for the murder that Garcia and his childhood friend Luis Rivera drove from Miami to Tallahassee to carry out.

Rivera, the state's key witness, confessed to coming to Tallahassee with Garcia to shoot Markel. He pleaded to second-degree murder in exchange for his testimony against Garcia and Magbanua.

The former leader of the North Miami tribe of the Latin Kings gang was sentenced to 19 years, to run at the same time as a 12-year federal sentence for an unrelated racketeering case.

> "We respect the process. There's a lot more work to be done, and we're looking forward and hoping it will be done soon..."
> **Ruth Markel**
> mother of Dan Markel

### An influx of cash in one year

During trial, Cappleman worked to show a spike in cash deposits to Magbanua's bank account, more than $41,000 in the year after Markel's July 18, 2014 murder. She also showed jurors more than $17,000 in checks from the dentistry practice owned by Wendi Adelson's father, the Adelson Institute, which investigators say were part of the murder payment.

Cappleman accused Charlie and Donna Adelson of financing the $100,000 hit. Police say the motive was the family's desperate desire to move Wendi Adelson and her two young boys to South Florida.

Magbanua dated Charlie Adelson at the time of the murder while continuing a sexual relationship with Garcia.

Wiretaps secretly recorded by the FBI were played in court. In them, Magbanua and Charlie Adelson can be heard talking in code following an undercover FBI agent approaching Donna Adelson on the street in Miami and asking for $5,000 in relation to the family's "problem up north," referring to Markel's murder.

She denied any involvement in the conspiracy to kill the legal scholar during her testimony last week. Despite testifying she didn't have any personal knowledge of any Adelsons' involvement in the plot, Magbanua said based on the evidence presented at trial, she thought her former boyfriend was behind Markel's murder.

### 'Dan Markel didn't get a choice'

Markel's murder was reckless and callous, Cappleman told jurors Tuesday.

He was a doting father of two who was executed in his own garage at the hands of men with greed and hate in their heart and a conviction to carry out the grisly, heinous crime, she said.

Garcia and Rivera drove for hundreds of miles — twice — in their plot to kill Markel.

The day he died, they stalked him as he dropped his kids off at daycare then went to the gym. As they trailed him in a rented Toyota Prius, they had the chance to stop. They had the chance to walk away from a murder.

But they didn't.

"Dan Markel didn't get a choice in any of this," Cappleman told jurors. "His death was the product of a cold, calculated act driven purely out of greed."

*Contact Karl Etters at ketters@tallahassee.com or @KarlEtters on Twitter.*



Dan Markel's sister Shelly Markel and father Phil Markel listen as the judge finishes reading the sentencing decided by the jury for Sigfredo Garcia on Tuesday. PHOTOS BY ALICIA DEVINE/TALLAHASSEE DEMOCRAT



Sigfredo Garcia's defense attorney Saam Zangeneh presents his closing arguments for his client's sentencing to the jury on Tuesday.



Sen. Wilton Simpson sits with his wife Kathy Simpson and their granddaughter during a meeting of the 2019 Republican Caucus where Simpson, R-Citrus, was nominated as Senate president-designate for the 2020-2022 sessions on Tuesday. TORI SCHNEIDER/TALLAHASSEE DEMOCRAT

# Meet Wilton Simpson, the man who will be Florida Senate president

**Ana Ceballos**
News Service of Florida

Shortly after Trilby Republican Wilton Simpson was formally elected Tuesday as Florida's next Senate president, he characterized himself as a farmer and an entrepreneur – and not a politician.

And with that introduction, the 53-year-old owner of an egg farm and an environmental-remediation company vowed to tackle Florida's economy with "common-sense, fiscally conservative principles" and to foster a business-friendly environment.

"If you are a Florida business, we will do all we can to keep you here," Simpson said. "If you are a business located in a high-tax, over-regulated, unwelcoming state --- consider moving to Florida where we believe the American Dream and the Florida Dream are one in the same."

Simpson will succeed President Bill Galvano, R-Bradenton, after the November 2020 elections and will hold one of the most powerful political jobs in Florida. When he takes over the chamber, he will also oversee the Senate's redistricting efforts following the 2020 Census..

Other issues that Simpson said he wants to tackle between 2020 and 2022 will deal with improving the quality of Florida's water resources and helping children who are "stuck in the foster care system" and at-risk youth.

One thing he would like to see fixed in the foster care system is cutting down the waiting time for qualified parents to adopt children. He also wants to keep children from bouncing from foster home to foster home.

While Simpson recognized fixing the problems in the system are likely to be costly, he told reporters on Tuesday, it would be "more expensive not to do it."

To accomplish those goals, he hopes to partner with First Lady Casey DeSantis, who is one of the top advisers to her husband, Gov. Ron DeSantis. This year, she has worked on a number of initiatives aimed at helping Florida children.

"I think she is going to be an outstanding partner," Simpson said, adding that he would let her take the reins on specific initiatives and "welcome her comments and her decisions."

Speaking to Senate Republicans, state leaders and family members, Simpson also addressed water-related issues such as seeing a Northern Everglades water-storage project completed because it "tackles the root cause of many of our water quality and quantity problems in the region."

Waterways such as the St. Lucie and Caloosahatchee rivers have been plagued in recent years by toxic algae that stems, at least in part, from polluted water discharged from Lake Okeechobee.

Simpson also pointed to long-discussed efforts to move residents onto sewer systems instead of using septic tanks. "We also need to get serious about a septic-to-sewer program because it's the root cause of many of our pollution problems around the state," Simpson said. "It is going to take resources. We need to offer incentives to local government for replacing outdated, harmful systems."

When Simpson takes over as president, his counterpart as House speaker will be Palm Harbor Republican Chris Sprowls. Together, Simpson and Sprowls will bring clout for the Tampa Bay region. In September, when Sprowls was elected as the next House speaker, he said he would like to prioritize fixing "spending problems" in state government.

"We treat the state budget like it's our own private charitable foundation to be used for the naming rights of buildings or programs," Sprowls said. "We need to do better than this."

Legal Notice

## Chinese Drywall Settlement
### *Your Rights Could be Affected*

A Settlement has been reached with Taishan Gypsum Company and other entities ("Defendants") in class action lawsuits involving drywall imported from China. The lawsuits claim that the drywall caused property damage and personal injuries. The Defendants deny that they did anything wrong.

**Who is included?**
The Settlement includes property owners with Chinese Drywall attributed to the Defendants. Go to ChineseDrywallSettlement.com ("website") for a full description of the Class and a Master Spreadsheet of Known Class Members.

**What does the Settlement provide?**
The Defendants will contribute $248 million into a Settlement Fund. Eligible claimants will receive payments according to an Allocation Model (more info at website). The Allocation Amount will compensate for remediation damages and other loss claims. There will be no payment for personal or bodily injuries although those claims will be released by this Settlement.

**How can I get a payment?**
Claimants not already listed on the Master Spreadsheet on the website must submit a Claim Form online or by mail. The deadline to submit a claim will be no earlier than **December 11, 2019** and will be updated on the website.

**What are my rights?**
If you are not listed on the Master Spreadsheet and you do nothing, you will not be considered for any payment and you will be barred from individually suing the Defendants. If you want to keep your right to individually sue the Defendants, you must exclude yourself by **November 27, 2019**. If you object to the Settlement, you must do so by **November 27, 2019**.

The Court will hold a hearing on **December 11, 2019** to consider whether to approve the Settlement. Class Counsel will also request attorneys' fees and costs not to exceed 33% of the Settlement Fund. You or your own lawyer may appear and ask to speak at the hearing at your own expense.

**For More Information:**
**1-866-573-6691     ChineseDrywallSettlement.com**

TD-0000299227