UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINEESE MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ALL CASES ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

**MOTION TO DEEM THE BRYSON'S GROUP'S RESPONSE TO ART EDGE, P.C.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AS TIMELY**

COME NOW Whitfield Bryson & Mason LLP, Rhine Law Firm, P.C., Pendley Baudin & Coffin, and Luckey & Mullins (collectively, the "Bryson Group") and move the Court to deem the Bryson Group's Response to Art Edge, P.C.'s Motion to Compel Arbitration and Stay Proceedings as timely. In support of this Motion, the Bryson Group submits the following:

1. On October 31, 2019, this Court granted the Settlement Administrator's Motion to Deposit Disputed Attorney Fee Funds into the Registry of the Court. In addition, the Court ordered any party with an interest in these funds to file a motion addressing the allocation "by December 2, 2019 to allow for a submission date of December 18, 2019."

2. The Bryson Group understands that the Court's October 31, 2019 Order does not set a submission date, and instead a submission date must be noticed by those filing a motion.

3. On December 2, 2019, the Bryson Group and Art Edge, P.C. filed motions but each received a deficiency notice for failure to file a memorandum in support and a notice of submission with a requested deadline to cure of December 10, 2019.

4. On December 10, 2019, the Bryson Group cured the deficiency and filed a Notice of Submission with a submission date of January 8, 2020.  The Bryson Group understands that January 8, 2020 is the first available submission date that complies with Local Rule 7.2's requirement that opposing counsel be given 15 days actual notice.

5. Conversely, on December 10, 2019, Art Edge, PC cured the deficiency and filed a Notice of Submission with a submission date of December 18, 2019.  This date was an improper submission date as the Bryson Group was not given 15 days actual notice. Further, if the submission date is December 18, 2019, according to Local Rule 7.5, the Bryson Group's Response would have been due the same day as the Notice.

6. The Bryson Group is prepared to file a Response and desires the Court deem the same timely regardless of whether the submission date is December 19, 2019 or January 8, 2010.

Now, WHEREFORE, THE Bryson Group prays the Court:

1. Allow the Bryson Group to file its Response to Edge's Motion today, December 13, 2019, and accept the same as timely, regardless of whether the submission date is December 18, 2019 or January 8, 2020.

2. For such other and further relief as the Court deems just and proper.

Respectfully submitted this the 13th day of December, 2019.

    *s/Daniel Bryson*
Daniel K. Bryson
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035

Gary E. Mason
WHITFIELD BRYSON & MASON LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Telephone: (202) 429-2290

Joel R. Rhine
RHINE LAW FIRM, PC
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: (910) 772-9960
Fax: (910) 772-9062

Chris Coffin
PENDLEY BAUDIN & COFFIN, LLP
24110 Eden Street
Plaquemine, LA 70764
Telephone: (225) 687-6396

Steve Mullins
LUCKEY & MULLINS
1629 Government Street
Ocean Springs, MS 39564
Telephone: (228) 875-3175

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of December, 2019.

>    */s/ Daniel K. Bryson*
>    Daniel K. Bryson