# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES ) ) | JUDGE FALLON |
| ) ) ) | MAG. JUDGE WILKINSON |

## THE BRYSON GROUP'S PARTIAL OPPOSITION TO COLLINS & HORSLEY, P.C.'S MOTION REQUESTING THE COURT TO ORDER THE CLERK TO REMIT PAYMENT OF ALL FEES TO COLLINS & HORSLEY, P.C.

Whitfield Bryson & Mason LLP, Rhine Law Firm, P.C., Pendley Baudin & Coffin, and Luckey & Mullins (collectively, the "Bryson Group") respond to Collins & Horsley, P.C.'s ("Collins") Motion Requesting the Clerk to Remit Payment of All Fees to Collins & Horsley, P.C. [1] as follows:

Collins agrees that the Bryson Group is due 25% of the contract fees for the 174 clients represented jointly by the Bryson Group and Collins & Downey, P.C., Arthur Edge II and Edward Sexton II (collectively, the "Collins Group"), in the amount of $1,013,940.35, presently being held in the Court Registry. *See* Response of Collins & Horsley, P.C. to the Court's Order Regarding Allocation and Motion Requesting the Court to Order the Clerk to Remit Payment of All Fees to Collins & Horsley, P.C. ("Collins Motion") ¶ 14; Affidavit of Daniel K. Bryson, Ex.

---

[1] The motion filed by Collins & Horsley appears not to have been filed with the Eastern District of Louisiana's CM/ECF, and was only filed through the case's LexisNexis File & ServeXpress service page. The motion was given the following transaction numbers with LexisNexis – Collins & Horsley, transaction # 64479313.

J, Doc. 22400-3 p. 49 (Jan 31, 2018 email from Brian Collins states, "We signed the agreement with you and I intend on honoring the agreement.")

However, the Bryson Group is adamant that its earned fees should be distributed directly to the Whitfield Bryson & Mason LLP Trust Account. As such, the Bryson Group objects to Collins' request that all fund be distributed to Collins. As is evident from the numerous filings, Collins and Art Edge, P.C. are embroiled in a contentious dispute that encompasses much more than fees from clients jointly represented by the Collins Group and the Bryson Group. The Bryson Group is concerned that should its fees be distributed to Collins, then the Bryson Group's funds somehow could be held hostage by motion practice and lawsuits between these feuding lawyers. The Bryson Group would thereafter incur additional expense and unnecessary delay in receiving its earned fees.

## CONCLUSION

As Collins agrees that the Bryson Group is entitled to the fees it has earned, the Bryson's Group's only response to the Collins Motion is an objection to having the Bryson Group's funds circuitously directed to Collins. Instead, the Bryson Group requests that its funds be distributed directly to the Bryson Group.

Respectfully submitted this the 13th day of December, 2019.

*s/Daniel Bryson*
Daniel K. Bryson
WHITFIELD, BRYSON & MASON, LLP
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Fax: (919) 600-5035

Gary E. Mason

2

3

>WHITFIELD BRYSON & MASON LLP
>5101 Wisconsin Avenue NW, Suite 305
>Washington, D.C. 20016
>Telephone: (202) 429-2290
>
>Joel R. Rhine
>RHINE LAW FIRM, PC
>1612 Military Cutoff Rd, Suite 300
>Wilmington, NC 28403
>Tel: (910) 772-9960
>Fax: (910) 772-9062
>
>Chris Coffin
>PENDLEY BAUDIN & COFFIN, LLP
>24110 Eden Street
>Plaquemine, LA 70764
>Telephone: (225) 687-6396
>
>Steve Mullins
>LUCKEY & MULLINS
>1629 Government Street
>Ocean Springs, MS 39564
>Telephone: (228) 875-3175

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of December, 2019.

                                                */s/ Daniel K. Bryson*
                                                Daniel K. Bryson