**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**NOTICE OF ERRATA**

For the reasons stated on the record at the Final Fairness Hearing on December 11, 2019, Settlement Class Counsel submit the attached revised proposed order to substitute for the original proposed order accompanying Settlement Class Counsel's Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys (Rec. Doc. 22380-81).  This revised order (a redlined version and clean copy are attached hereto as Exhibit "A" and "B," respectively) expressly requests that Settlement Class Counsel should be awarded three percent (3%) of the Settlement Fund from the Class Settlement with Taishan to reimburse the expenses of Settlement Class Counsel, the Plaintiffs' Steering Committee and other

common benefit attorneys working at their direction, and Individually Retained Attorneys.

                Respectfully submitted,

Dated:   December 16, 2019        By: */s/ Stephen J. Herman*
                                        Russ M. Herman (Bar No. 6819)
                                        Leonard A. Davis (Bar No. 14190)
                                        Stephen J. Herman (Bar No. 23129)
                                        Charles King (Bar No.34621)
                                        Herman, Herman & Katz, LLC
                                        820 O'Keefe Avenue
                                        New Orleans, LA 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        SHerman@hhklawfim.com
                                        *Plaintiffs' Liaison Counsel MDL 2047 and*
                                        *Settlement Class Counsel*

                                        Arnold Levin
                                        Fred S. Longer
                                        Sandra L. Duggan
                                        Keith Verrier
                                        Levin Sedran & Berman LLP
                                        510 Walnut Street, Suite 500
                                        Philadelphia, PA 19106
                                        Phone: (215) 592-1500
                                        Fax: (215) 592-4663
                                        alevin@lfsblaw.com
                                        *Plaintiffs' Lead Counsel MDL 2047 and Settlement*
                                        *Class Counsel*

                                        Patrick Shanan Montoya
                                        Fla. Bar No. 0524441
                                        Patrick@colson.com
                                        Colson Hicks Eidson
                                        255 Alhambra Circle, PH
                                        Coral Gables, FL   33134-2351
                                        Telephone:   (305) 476-7400
                                        Facsimile:   (305) 476-7444
                                        *Plaintiffs' Steering Committee MDL 2047 and*
                                        *Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 16th day of November, 2019.

*/s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and Settlement Class Counsel*