## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (*except The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.)) | |

## NOTICE OF WITHDRAWAL OF OBJECTION

NOW COMES Class Member, Frederick Yorsch, by counsel, and upon further consideration hereby withdraws his objection to the Proposed Class Settlement which he previously served upon class counsel on or about November 27, 2019, with respect to his property at 3404-3406 Shangri, Chalmette, Louisiana 70043.  [Rec. Doc. 22389-11].

Respectfully submitted,

Dated:  December 17, 2019                By:     /s/ Andrew A. Lemmon
                                         Andrew A. Lemmon, Esq.
                                         Lemmon Law Firm
                                         P.O.Box 904
                                         15058 River Road
                                         Hahnville, Louisiana 70057
                                         Tel:  985-783-6789
                                         Fax: 985-783-1333

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) to counsel of record, and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial

Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 17th day of December, 2019.

By:    /s/ Andrew A. Lemmon
Andrew A. Lemmon, Esq.
Lemmon Law Firm
P.O.Box 904
15058 River Road
Hahnville, Louisiana 70057
Tel:  985-783-6789
Fax: 985-783-1333