UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION, ) <br> ) <br> ) MDL 2047 <br> This document relates to : ) SECTION L <br> ALL ACTIONS ) JUDGE FALLON <br> ) MAG. JUDGE WILKINSON <br> ) <br> ) | |

## NOTICE OF APPEARANCE RELATING TO DISPUTED ATTORNEYS FEES

Comes now Joseph W. Buffington (Alabama Bar 3947 054J) and Law Offices of Joe Buffington, LLP and files this notice of appearance for the purpose of participating in the procedure of distribution of funds as described in the Court's Order of October 10, 2019. Up until the time of the disputed funds, the cases I have been involved in have been filed by co-counsel of Collins & Horsley, P.C. and/or Whitfield Bryson & Mason, LLP and there was no need for me to file a Notice of Appearance in cases.

However, now that a dispute has occurred over certain fees between my firm and various other firms, I feel it is appropriate to file a Notice of Appearance to participate in any and all procedures associated with the distribution of the funds in the cases listed in composite Exhibits A & B which are spreadsheets I received from

1

Brown and Greer on cases I have been involved in and working on over the past decade or so.

Exhibit A contains a list of the cases filed by Collins and Horsley P.C. and Law Offices of Joe Buffington, Exhibit B being a list of cases filed by Collins and Horsley and Whitfield, Bryson and Mason, LLP

All of the clients listed in Exhibit B signed contracts of employment with me, Joe W. Buffington. Exhibit C is an example of those contracts signed by David Summers and is one of the properties on Exhibit B.

Exhibit D is an email from Jake Woody of Brown Greer to me and numerous other attorneys sent October 25, 2019 also indicating Brown Greer is and has been aware of my involvement in the disputed cases.

I also certify that I will email a copy of this filing to all parties listed on that October 25, 2019 email. I will also email a copy of this filing to liaison counsel Russ Herman and Kerry Miller.

Wherefore, the undersigned Joseph W. Buffington files this Notice of Appearance relating to the disputed attorney fees.

    Respectfully submitted

    /s/ Joseph W. Buffington
    JOSEPH W. BUFFINGTON

2

**OF COUNSEL**:

**LAW OFFICES OF JOSEPH BUFFINGTON, LLP (formerly)**
**LAW OFFICES OF JOE BUFFINGTON, LLP**
12217 Sam Sutton Road
Coker, Alabama 35452
Telephone: (205) 200-1755
Email: buffingtonjoe9@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2057 on the 1st day of November, 2019.

/s/ Joseph W. Buffington
JOSEPH W. BUFFINGTON

3