| Law Firm Name | Global | Banner | InEx |
|---|---|---|---|
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,946.10 | | $717.59 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,604.59 | | $655.49 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,150.02 | | $572.82 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $6,586.29 | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $479.78 |

EXHIBIT
B

|  | Claimant ID | APID | PP Claim ID | Affected Property Address |
|---|---|---|---|---|
| 4. | 107299 | 9656 | 103103 | 100 Linden Lane, Birmingham, AL 35424 |
| 8. | 107203 | 9559 | 102663 | 101 Linden Lane, Birmingham, AL 35424 |
| 15. | 107037 | 9392 | 103362 | 1025 kings Way, Birmingham, AL 35242 |
| 17. | Pilot Program |  | 102940 | 1036 Kings Way , Birmingham, AL, 35242 |
| 20. | Pilot Program |  | 103129 | 1050 Edgewater Lane , Chelsea, AL, 35043 |
| 22. | Pilot Program |  | 102988 | 1078 Kings Way , Birmingham, AL, 35242 |
| 23. | Pilot Program |  | 103090 | 1080 Dunnavant Road , Birmingham, AL, 35242 |
| 24. | 107127 | 9483 | 103038 | 1092 Dunnavant Place, Birmingham, AL, 35242 |
| 25. | Pilot Program |  | 102857 | 1095 Dunnavant Place , Birmingham, AL, 35242 |
| 26. | 106977 | 9331 | 103356 | 1096 Dunnavant Place, Birmingham, AL, 35242 |
| 27. | Pilot Program |  | 103106 | 1099 Dunnavant Place , Birmingham, AL, 35242 |
| 28. | 107036 | 9391 | 102640 | 1100 Dunnavant Place, Birmingham, AL, 35242 |
| 29. | Pilot Program |  | 103366 | 1104 Dunnavant Place , Birmingham, AL, 35242 |
| 31. | Pilot Program |  | 102912 | 1129 Dunnavant Place , Birmingham, AL, 35242 |
| 32. | Pilot Program |  | 102954 | 1129 Springhill Lane , Birmingham, AL, 35242 |
| 33. | Pilot Program |  | 103322 | 1136 Dunnavant Place , Birmingham, AL, 35242 |
| 117. | Pilot Program |  | 102626 | 301 Highland View Drive , Birmingham, AL, 35242 |
| 149. | 100735 | 9297 | 105475 | 541 Ledbetter Road, Munford, AL, 35268 |
| 130. | 107228 | 9584 | 104003 | 3608 Morgans Run, Bessemer, AL 35022 |

| Claimant Name |
| --- |
| Forbes, William |
| Ballard, James |
| Nearing, Wayne |
| Haralson Tommy ; Haralson Sandra ; Haralson Christopher |
| Cox Donnis ; Cox Thomas |
| Sumner Amy ; Sumner David ; Sumner Gabriella |
| Cook Thomas ; Cook Martha |
| James W Davis; Davis Nancy |
| Gibbs Michael ; Gibbs Eileen |
| Moulin William |
| Fowler David ; Fowler Martha Nan |
| Dan Peace; Peace Sharon |
| Nichols John ; Nichols Pamela |
| Hoit Charles ; Hoit Leta ; Hoit Allison |
| Johnson George ; Johnson Millie |
| Nguyen Katie ; Luong Khanal |
| Dennis Jack E; Dennis Sabrina ; Gaither Dalton |
| Christopher I Thrower; Thrower Jennifer |
| Sutherland Heath |

| Other Loss | Bodily Injury | Pilot Program | ARH | Total | Fee Amount |
|---|---|---|---|---|---|
| | | | | $4,663.69 | 675.52 |
| | | | | $4,260.08 | 617.06 |
| | | | | $3,722.84 | 539.24 |
| | | $237,347.23 | | $237,347.23 | 34,379.13 |
| | | 261726.01 | | $261,726.01 | 37,910.34 |
| | | $202,830.22 | | $202,830.22 | 29,379.43 |
| | | $170,458.35 | | $170,458.35 | 24,690.45 |
| $1,391.93 | | 250816.78 | | $252,208.71 | 36,531.78 |
| | | $226,176.40 | | $226,176.40 | 32,761.07 |
| $4,572.80 | | $173,449.25 | | $178,022.05 | 25,786.03 |
| | | 178741.65 | | $178,741.65 | 25,890.26 |
| $13,813.09 | | $255,548.36 | | $269,361.45 | 39,016.31 |
| | | $213,840.68 | | $213,840.68 | 30,974.27 |
| | | $267,747.73 | | $267,747.73 | 38,782.57 |
| | | $430,289.89 | | $430,289.89 | 62,326.38 |
| | | $187,690.90 | | $187,690.90 | 27,186.54 |
| | | $545,301.53 | | $545,301.53 | 78,985.52 |
| | | | | $6,586.29 | 954.00 |
| | | | | $479.78 | 69.49 |
| | | | | | 527,455.39 |

| CDW 1049 | | | |
|---|---|---|---|
| **Row** | | | |
| | **Claimant ID** | **APID** | **PP Claim ID** |
| 1. | Pilot Program | | 106653 |
| 2. | Pilot Program | | 100917 |
| 3. | Pilot Program | | 106683 |
| 4. | Pilot Program | | 111446 |
| 5. | Pilot Program | | 111416 |
| 6. | Pilot Program | | 108488 |
| 7. | Pilot Program | | 111437 |
| 8. | 107375 | 9734 | 108401 |
| 9. | 107664 | 10984 | 108383 |
| 10. | Pilot Program | | 108489 |
| 11. | Pilot Program | | 107262 |
| 12. | Pilot Program | | 107060 |
| 13. | Pilot Program | | 107239 |
| 14. | Pilot Program | | 107062 |
| 15. | Pilot Program | | 107263 |
| 16. | Pilot Program | | 107040 |
| 17. | Pilot Program | | 107264 |
| 18. | Pilot Program | | 107258 |
| 19. | Pilot Program | | 103249 |

© 2019 BrownGreer PLC