STATE OF ALABAMA
JEFFERSON COUNTY

## CONTRACT OF EMPLOYMENT

Joe W. Buffington (the "Attorney") agrees to prosecute for _David Sumner, Amy Sumner_

_____ (the "Client") against _Knauf & Others_

_____

for the cause of action or claim having occurred on the _May 06_ day of

_____. _In connection with purchase of house._

For said service and undertaking the Client agrees to pay said Attorney an amount equal

to forty percent (40%) of recovery that may be had by compromise , settlement  or

judgment .

Client will not be charged any fee if there is no recovery. Any expenses advanced will be

deducted from the recovery before the fee is calculated.

I have been advised that it may be necessary for my attorney to associate another

attorney to represent me in this matter.  I hereby consent to whatever fee sharing arrangement

my attorney reaches with the other attorney(s) provided i am informed of the name of the

associated attorney and my fee agreement remains the same .

I have been advised that, in accordance with the Alabama Rules of Professional Conduct 1.15 (g), my attorney
will place any short term or nominal client funds of mine in an Interest On lawyers Trust Account ("IOLTA"), at the
interest of which is paid to the Alabama Justice Foundation, which assists designated charities in Alabama.

Dated this _11/25_ day of 2008 _2009_

_David S. Sumner_
CLIENT
_1078 Kings Way_
ADDRESS

_Joseph W Buffington_
ATTORNEY

EXHIBIT
C