

Joe Buffington <buffingtonjoe9@gmail.com>

## FW: Activity in Case 2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation Notice of Compliance

1 message

**Jake Woody** <jswoody@browngreer.com>  Fri, Oct 25, 2019 at 2:09 PM
To: "Gary Mason (GMason@wbmllp.com)" <GMason@wbmllp.com>, Daniel Bryson <Dan@wbmllp.com>, Chris Coffin <ccoffin@pbclawfirm.com>, "Ed Gentle (egentle@gtandslaw.com)" <egentle@gtandslaw.com>, Eddie Sexton <esexton@gtandslaw.com>, "david@edgelawyers.com" <david@edgelawyers.com>, Steve Mullins <jackfish28@gmail.com>, Joe Buffington <buffingtonjoe9@gmail.com>, "thecollinslawoffices@gmail.com" <thecollinslawoffices@gmail.com>, "briancollins196239@gmail.com" <briancollins196239@gmail.com>
Cc: "Ashley D. Hipps" <ahipps@browngreer.com>

Hello all, at the request of the Court, I filed the attached Notice of Compliance today. The funds have been deposited with the Court and I expect Judge Fallon will set some kind of briefing schedule, although I am not certain when he will do that.

Jake Woody
**BROWNGREER PLC**
250 Rocketts Way

Richmond, VA 23231

Telephone: (804) 521-7234
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** Efile_Notice@laed.uscourts.gov <Efile_Notice@laed.uscourts.gov>
**Sent:** Friday, October 25, 2019 2:55 PM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation Notice of Compliance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Louisiana



EXHIBIT D

**Notice of Electronic Filing**