UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | ) ) ) ) CASE NO.: 2:09-md-02047 ) ) MDL 2047 |
| This document relates to : ALL ACTIONS | ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

### NOTICE OF SUBMISSION OF LAW OFFICES OF JOSEPH BUFFINGTON, LLPS' MOTION FOR ALLOCATION OF THE DISPUTED ATTORNEYS' FEE FUND

PLEASE TAKE NOTICE that Joseph Buffington's Motion for Allocation of the Disputed Attorneys' Fee fund is hereby set for submission before District Court Judge Fallon on January 8, 2020 at 9:00 a.m.

                                      Respectfully submitted

                                      /s/ Joseph W. Buffington
                                      JOSEPH W. BUFFINGTON

                                      "ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT"

**OF COUNSEL**:

**LAW OFFICES OF JOSEPH BUFFINGTON, LLP (formerly)**
**LAW OFFICES OF JOE BUFFINGTON, LLP**
12217 Sam Sutton Road
Coker, Alabama 35452
Telephone: (205) 200-1755
Email: buffingtonjoe9@gmail.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Fees Owed to Attorney, Joseph Buffington, From Funds Deposited by Settlement Administrator Into Registry of the Court has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2057 on the 19th day of December, 2019.

       /s/ Joseph W. Buffington
       JOSEPH W. BUFFINGTON