UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED ) <br> DRYWALL PRODUCTS LIABILITY ) <br> LITIGATION, ) <br>  ) <br>  ) <br> This document relates to: ) <br> ALL ACTIONS ) <br>  ) <br>  ) | CASE NO.: 2:09-md-02047 <br><br> MDL 2047 <br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

## PROPOSED ORDER

This matter having come before the undersigned and on Law Offices of Joseph Buffington's Motion for Allocation of the Disputed Attorneys' Fee Fund having considered and for good cause shown the Court is of the opinion that the motion should be granted.

IT IS HEREBY ORDERED that the Motion for Allocation of the Disputed Attorneys' Fee Fund is GRANTED, and that the Clerk of Court should distribute from the disputed Attorneys' Fees fund the sum of $344,269.76 to the Law Offices of Joseph Buffington, LLP.

It is further ordered that Joseph Buffington may further move the Court for an award of interest on the withheld funds, as well as costs and fees incurred in connection with the pursuit of withheld funds, any such motion to be filed within 21 days of this date.

SO ORDERED, this the _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE