## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| This document relates to: | * * * | JUDGE FALLON |
| *Dean Dawn Amato, et al. versus Liberty Mutual Insurance Company, et al.*, Case No. 10-00932 | * * * * | MAGISTRATE JUDGE WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### UNOPPOSED MOTION TO DISMISS CLAIMS WITH PREJUDICE AGAINST MT. HAWLEY INSURANCE COMPANY

**NOW COMES** defendant, Mt. Hawley Insurance Company, who respectfully moves this Honorable Court to dismiss, with prejudice, the claims brought by the following Plaintiffs: (1) Fernando and Barbara Barragan, (2) Socorro Restrepo, (3) David Fores and Monica Vasquez, and (4) Timothy and Maria Helmick, which were asserted against Mt. Hawley Insurance Company in *Dean Dawn Amato, et al. versus Liberty Mutual Insurance Company, et al.,* Case No. 2:10-cv-00932. Attached hereto as Exhibit "A" is correspondence dated September 18, 2019 from David Durkee, counsel for these Plaintiffs, and Leonard A. Davis, counsel for the PSC, specifically authorizing the filing of this instant unopposed motion to dismiss.

**WHEREFORE**, Mt. Hawley Insurance Company prays that this Honorable Court dismiss, with prejudice, the claims brought by Plaintiffs Fernando and Barbara Barragan, Socorro Restrepo, David Fores and Monica Vasquez, and Timothy and Maria Helmick, against Mt. Hawley Insurance Company, with each party to bear its own costs.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**


BY: s/ L. Adam Thames
    L. Adam Thames, Bar #32722
    adam.thames@taylorporter.com
    Kari A. Bergeron, Bar #31043
    kari.bergeron@taylorporter.com
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone:  (225) 387-3221
    Facsimile:   (225) 346-8049

*Attorneys for Mt. Hawley Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion to Dismiss with Prejudice has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 20th day of December, 2019.


/s/ L. Adam Thames

    L. Adam Thames, Bar #32722
    adam.thames@taylorporter.com
    Kari A. Bergeron, Bar #31043
    kari.bergeron@taylorporter.com
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone:  (225) 387-3221
    Facsimile:   (225) 346-8049

*Attorneys for Mt. Hawley Insurance Company*

2238478v.1