| | |
|---|---|
| **From:** | David Durkee, Esq <ddurkee@downslawgroup.com> |
| **Sent:** | Wednesday, September 18, 2019 11:43 AM |
| **To:** | Lenny Davis; Kari Bergeron |
| **Cc:** | ddurkee@gobelflakes.com; alevin@lfsblaw.com; Sandy Duggan (sduggan@lfsblaw.com); Steve Herman; Fred Longer |
| **Subject:** | RE: Chinese Drywall MDL -- Request for approval of dismissal |

I have no issue with the dismissal of this insurance company.

**David Durkee, Esq.**



**Miami-Dade - Main Office Broward Duval – Office**
3250 Mary Street, Suite 307 707 NE 3rd Ave, Suite 201 6620 Southpoint Drive South, Suite 450-E
Coconut Grove, FL 33133 Fort Lauderdale, FL 33304 Jacksonville, FL 32216
T. 305-444-8226 T. 954-447-3556 T. 904.296.3233
F. 305-444-6773 F. 305-444-6773 F. 305-444-6773
e-mail: ddurkee@downslawgroup.com e-mail: ddurkee@downslawgroup.com e-mail: ddurkee@downslawgroup.com
Website: www.downslawgroup.com Website: www.downslawgroup.com Website: www.downslawgroup.com

    



**\*\*Confidentiality and Privilege Notice\*\*\***
This email is intended only to be read or used by the addressee. It is confidential and may contain legally privileged information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone, and you should destroy this message and kindly notify the sender by reply email. Confidentiality and legal privilege are not waived or lost by reason of mistaken delivery to you.

**From:** Lenny Davis
**Sent:** Wednesday, September 18, 2019 11:26 AM
**To:** 'Kari Bergeron'
**Cc:** ddurkee@gobelflakes.com; David Durkee, Esq ; alevin@lfsblaw.com; Sandy Duggan (sduggan@lfsblaw.com) ; Steve Herman ; Fred Longer
**Subject:** RE: Chinese Drywall MDL -- Request for approval of dismissal



We have no issue with the request provided counsel for the Plaintiff approves. We understand the counsel for plaintiff is Mr. Durkee, so we defer to him regarding the dismissal.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Kari Bergeron <Kari.Bergeron@taylorporter.com>
**Sent:** Tuesday, September 17, 2019 2:13 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Cc:** ddurkee@gobelflakes.com; ddurkee@downslawgroup.com
**Subject:** Chinese Drywall MDL -- Request for approval of dismissal

Lenny,

It was a pleasure talking to you this afternoon. As we discussed, my law firm represents **Mt. Hawley Insurance Company** in *Dean Dawn Amato, et al. versus Liberty Mutual Insurance Company, et al.*, Case No. 2:10-cv-00932, as the CGL insurer of MATSA CONSTRUCTION COMPANY, INC. The purpose of this email to request approval of dismissal of Mt. Hawley in the *Amato* case. As you requested, I've copied David Durkee on this email, but I was unsure of his *current* email address, so I've copied the two email addresses that I could find online.

In *Amato*, David Durkee is listed as the attorney of record for the following plaintiffs and their respective properties:

1. Fernando and Barbara Barragan, 8935 SW 228th Lane, Cutler Bay, Florida 33190;

2. Socorro Restrepo, 8932 SW 228 Lane, Cutler Bay, Florida 33190;

3. David Fores and Monica Vasquez, 8936 SW 228th Lane, Cutler Bay, Florida 33190; and

4. Timothy and Maria Helmick, 8931 SW 228th Lane, Cutler Bay, Florida 33190.

On May 24, 2010, Mt. Hawley obtained a judgment in *Mt. Hawley Insurance Company v. Matsa Construction Company, Inc.*, Case No. 10-20532-CIV-GOLD/MCALILEY in the U.S. District Court, Southern District of Florida ("the Mt. Hawley Lawsuit"), declaring that:

1. Mt. Hawley has no obligation to defend Matsa or to provide indemnity due to the Pollution Exclusion in the Mt. Hawley policies;

2. Mt. Hawley has no obligation to defend Matsa, or provide indemnity due to exclusions h., i., j., k., and l. in the Mt. Hawley policies; and

3. Mt. Hawley has no obligation to defend or indemnify Matsa due to the Breach of Contract Exclusion in the Mt. Hawley policies.

A copy of Mt. Hawley's *Complaint for Declaratory Relief*, Mt. Hawley's *Application for Entry of Default,* and the Court's May 24, 2010 Order granting Mt. Hawley's declaratory relief are all attached to this email. Because of the judgment in the dec action, Mt. Hawley Insurance Company did not participate in the CDW Global Settlement and is still listed as one of the "remaining defendants" in the *Amato* omnibus complaint. We are requesting approval of dismissal of Mt. Hawley from the *Amato* complaint.

Should you need any additional information or want to discuss further, please let me know.

Thanks,
Kiki



**Kari (Kiki) A. Bergeron**
**Partner**
**Taylor Porter**

t: (225) 387-3221 | d: **(225) 381-0204**
**Kari.Bergeron@taylorporter.com** | www.taylorporter.com
450 Laurel Street, 8th Floor, Baton Rouge, LA 70801
P.O. Box 2471, Baton Rouge, LA 70821

**FaceBook** | **LinkedIn** | **Twitter**

Privileged: This e-mail message contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer is not the intended recipient of this e-mail or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this e-mail is strictly prohibited. If you have received this transmission in error, please immediately delete the message.