# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **CASE NO. 2:09-MD-2047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | | *      **SECTION "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| *Amato* **(10-00932)** | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the Unopposed Motion to Dismiss with Prejudice filed by defendant, Mt. Hawley Insurance Company,

**IT IS HEREBY ORDERED** that the claims brought by Plaintiffs (1) Fernando and Barbara Barragan, (2) Socorro Restrepo, (3) David Fores and Monica Vasquez, and (4) Timothy and Maria Helmick, against Mt. Hawley Insurance Company, which were asserted in *Dean Dawn Amato, et al. versus Liberty Mutual Insurance Company, et al.,* Case No. 2:10-cv-00932, are hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 20____.


_____
**Eldon E. Fallon**
**United States District Court Judge**

3

2238478v.1