MINUTE ENTRY
FALLON, J.
DECEMBER 20, 2019

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | * | |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | CIVIL ACTION |
| | * | |
| | * | MDL NO. 2047 |
| | * | |
| | * | SECTION L (5) |
| **THIS DOCUMENT RELATES TO:** | * | |
| *Elizabeth Bennett, et al. v. Gebr. Knauf* | * | |
| *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * | |

A telephone status conference was held on this date in the Chambers of the Honorable Eldon E. Fallon. James Doyle participated on behalf of Plaintiffs. Kerry Miller and Daniel Dysart participated on behalf of Defendants. The parties discussed Plaintiffs' Motion for Discovery Deadline Extension; Alternatively, Motion to Vacate Case Management Order. R. Doc. 22385. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion, R. Doc. 22385, is **DENIED**. In general, the CMO's deadlines are maintained. At this point in the litigation, is appears as though the most efficient way of proceeding is to handle the forthcoming dispositive motions and those presently set before the Court. Any delinquent cases, if there be any, shall be addressed on a case-by-case basis, and the Court shall consider whether good cause exists for extending the deadlines as to that case, and if so, who shall bear the cost.

**IT IS FURTHER ORDERED** that oral argument on the following Motions is hereby **RESCHEDULED** for Wednesday, January 22, 2020 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon, 500 Poydras Street, New Orleans, LA 70130.

JS10(00:12)

1

- Defendant's Motion for Summary Judgement, R. Doc. 22368
- Defendant's Motion for Summary Judgment, R. Doc. 22369
- Defendant's Motion for Summary Judgment, R. Doc. 22370
- Defendant's Motion for Summary Judgment, R. Doc. 22371
- Defendant's Motion for Summary Judgment, R. Doc. 22372
- Defendant's Motion for Summary Judgment, R. Doc. 22373
- Defendant's Motion for Summary Judgment, R. Doc. 22374
- Defendant's Motion to Dismiss, R. Doc. 22375
- Defendant's Motion for Summary Judgment, R. Doc. 22376
- Defendant's Motion for Summary Judgment, R. Doc. 22407
- Defendant's Motion for Summary Judgment, R. Doc. 22408
- Defendant's Motion for Summary Judgment, R. Doc. 22412

**IT IS FURTHER ORDERED** that oral argument on the following Motions **SHALL REMAIN SCHEDULED** for Wednesday, January 8, 2020 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon, 500 Poydras Street, New Orleans, LA 70130.

- Plaintiffs' Motion to Remand, R. Doc. 22384
- Defendant's Motion to Deny Class Certification, R. Doc. 22399