# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES ) ) | JUDGE FALLON |
| ) ) ) | MAG. JUDGE WILKINSON |

## ORDER

Upon Consideration of the Motion to Deem the Bryson Group's Response to Art Edge, P.C.'s Motion to Compel Arbitration and Stay Proceedings as Timely,

IT IS ORDERED BY THE COURT that the motion be and is hereby GRANTED and that the Bryson Group's Response to Art Edge, P.C.'s Motion to Compel Arbitration and Stay Proceedings is hereby deemed timely filed if filed on December 13, 2019.

New Orleans, Louisiana, this  20th  day of December, 2019.

**ELDON E. FALLON**
Unites States District Judge