Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | File Number |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Scott & Kim Armstrong |
| Address of Affected Property | 42296 Forest Lane |
| | Hammond, LA 70403 |

Is this Property:* (Residential)     Commercial     Governmental

Name of Person Completing this Form: Scott Armstrong

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 985 )  969 - 4720

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:  (Owner-Occupant)   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 )  533 - 9500 |
| Case No. /Docket Info: | Bennett v Knauf, 14-cv-2722 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:
Light house

Policy #: 100100 3302
Agent: Martin Perret Quality Plus In

Address: PO Box 82098
Lafayette LA 70598

Phone: ( 337 ) 233 - 9925

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Scott Armstrong | 10/1/06 | / / | (M)/ F | / / | Yes | (No) | Owner - Occupant |
| Kim Armstrong | 10/1/06 | / / | M /(F) | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT A**

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Scott Armstrong

1.2. When did the inspection take place?    4 / 9 / 15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Doyle Law Firm, PC

2.2. When was this determination made?    4 / 9 / 15

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China | Ceiling and walls |
| | | |
| | | |
| | | |

**Section VI. Home Information**

| Approx. Sq. Ft. of House: | 3356 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | | X | |
| Height of interior Walls | 10 ft | Year-round | | X | |
| Number of Bedrooms: | 6 | Summer | | X | |
| Number of Bathrooms: | 3 | Winter | | X | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 4 / 1 / 06 | Completion Date | 9 / 25 / 06 |
|---|---|---|---|
| Move In Date: | 10 / 1 / 06 | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (      )        -

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

Address:

Phone: (      )        -

**Section X. Drywall Supplier**

Drywall Supplier's Name:    Interior Exterior Building Supply

Address:    P.O. Box 4002
New Orleans, LA  70178

Phone:    ( 504 )   488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | |
|---|---|---|
| _Claimant's Signature_ | _4-14-15_ <br> _Date Signed_ | _Claimant's Signature_     _Date Signed_ |
| _Claimant's Signature_ | _4/14/15._ <br> _Date Signed_ | _Claimant's Signature_     _Date Signed_ |
| _Claimant's Signature_     _Date Signed_ | | _Claimant's Signature_     _Date Signed_ |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: Scott      J      Armstrong
First Name      M.I.      Last Name      Suffix

Kim      H      Armstrong
Co-Claimant First Name (if applicable)      M.I.      Last Name      Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

42296 Forest
Address 1

Hammond                                                    LA          70403
City                                                      State        Zip Code      Address 2

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Kim                    H      Armstrong
                         First Name            M.I.   Last Name                    Suffix

Mailing Address (if different):

_____                    _____
Address 1                                                   Address 2

_____                    _____
City                                     State              Zip Code

Phone Number of Person Completing This Form: ( 985  ) 969  - 4720

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year:  10  /  13  /  2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year:  6  /  1  /  2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall,
when did you first become aware that the Property contained Chinese drywall?
Month/Year: _____ / _____

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first
become aware that the Property contained Chinese drywall?

There was a pipe shaking in the wall. We opened the wall to fix the problem and discovered that the
copper water pipe was black. We tore more of the sheetrock off the wall and discovered the Knauf

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly
acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes   ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

## Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, attach all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

## Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
          Month   Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes   ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month   Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month   Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____/_____...

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 284,807.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 199,000.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          _____
Claimant's signature                                  Date signed

Name: _____ Scott J Armstrong _____

Address: _____ 42296 Forest _____
                     Address 1                                      Address 2
             _____ Hammond _____     ___ LA ___  __ 70403 __
                     City                                 State        Zip Code

Phone No.: ( 985 ) 969 - 4721 _____

Email: _____ Armstrong42296@yahoo.com _____

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:   Scott Armstrong

Affected Property Address:   42296 Forest Lane, Hammond, LA  70403

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)        01  /  19  /  2006

2.  When you took ownership of the Property, what was the name of the seller?

Jefferson Cort, LLC

1

3.  Name and address of the realtor?

Judy Solomon, Bobby Drude & Associates, 42299 Perricone Drive, Hammond, LA 70403

4.  Name and address of the closing agent?

Harvey Cook, Leader Title, 1501 Derek Drive, Hammond, LA  70403

5.  What was the price of the home when you purchased it?  $ 280,000.00

6.  Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
            $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a.  12 / 20 /20 05

b.  06 / 21 /20 06

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20 _06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior _____

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Cannot sell house for more than 50% loss.  Also, we can't make improvements or enjoy

the use of the house in the current condition.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

See Keller Williams attachment noting the reduction value from $397,000 to $198,000.

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

    **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

    a. N/A _____

    b. _____

    c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

    a. N/A /_____/20_____  to  _____/_____/20_____

    b. _____/_____/20_____  to  _____/_____/20_____

    c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

    a. $ N/A _____

    b. $_____

    c. $_____

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.   Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.   If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.   If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.   If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.   Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27.   If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28. If the answer to 26 is "yes," please state: The name, address, and telephone number of the person who took the statement.

N/A

_____

29. If the answer to 26 is "yes," please state: The name address, and telephone number of the party having custody of such statement.

N/A

_____

30. If the answer to 26 is "yes," please state: The date the statement was taken.

N/A

_____

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

   **Response:**  ☑ N/A

32. When did the remediation commencement date occur?

   **Response:**  ☑ N/A

33. When did the remediation end date occur?

   **Response:**  ☑ N/A

34. What was the scope of the remediation and the scope of the work carried out?

   **Response:**  ☑ N/A

35. What costs or expenses, if any, did you incur related to the remediation of the Property?

   **Response:**  ☑ N/A

36. Were any samples from the remediation retained?

**Response:** ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

**Response:** ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

**Response:** ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

**Response:** ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**: Please produce the following documentation concerning the remediation of the Property: Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

>  **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**: Please produce the following documentation concerning the remediation of the Property: Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

>  **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**: Please produce the following documentation concerning the remediation of the Property: The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

9

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____          _1/24/19_____
Signature of Plaintiff                      Date


_Scott & Kim Armstrong_
Printed Name

# Exhibit 1



April 5, 2018

Scott & Kim:

After looking at our local market, and speaking with an appraiser to help evaluate the loss of value for a home that has to be completely gutted because of Chinese drywall, here is my conclusion:

Local Market, Jefferson Cort average values per square foot of living area is $111 t/SF, so with that number your house would be worth $397,000. Your value because of Chinese drywall would be about $198,000.

Please let me know if I can help you with anything else.

Best Regards,

Donna Ribbeck
Associate Broker
Certified Residential Specialist
Over 25 years of experience

**Keller Williams Realty Services**
**710 S.W. Railroad Ave**
**Hammond, LA 70403**
**985.320.8395-direct   985.318.1400-office**

**FROM:**
Carl A. Bickford
BICKFORD APPRAISAL GROUP, INC.
6 Mauroner Drive
Hammond, LA 70401

Telephone Number: 985-429-9402     Fax Number: 985-429-9004

**TO:**
Tammy Williams
Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403

Telephone Number: 985 543-3759      Fax Number:
Alternate Number:                   E-Mail:

# INVOICE

**INVOICE NUMBER**
12056 37

**DATE**
12/20/1605

**REFERENCE**
Internal Order #:        12056 37
Lender Case #:
Client File #:
Main File # on form:    12056 37
Other File # on form:
Federal Tax ID:         72-11 0219
Employer ID:

## DESCRIPTION

Lender: Hancock Bank of Louisiana          Client: Hancock Bank of Louisiana
Purchaser/Borrower: Scott Joseph Armstrong
Property Address: 42296 Forest Drive
City: Hammond
County: Tangipahoa                          State: LA              Zip: 7040 3
Legal Description: Lot 424 of Jefferson Cort Subdivision, Phase IV

## FEES

| | AMOUNT |
|---|---|
| 1004 Appraisal | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

## PAYMENTS

| | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $    400.00 |

File No. 12050337



# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
42296 Forest Drive
Lot 424 of Jefferson Cort Subdivision, Phase IV
Hammond, LA 70403

### FOR:
Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403

### AS OF:
December 16, 2005

### BY:
Carl A Bickford, #R0751
Bickford Appraisal Group
6 Mauroner Drive
Hammond, LA 70401
email: tengi_appraisar@bellsouth.net
Phone 985-429-9402 · Fax 985-429-9004

Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403.

Re:  Property:    42296 Forest Drive
                  Hammond, LA 70403
      Borrower:   Scott Joseph Armstrong
      File No.:

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

*Carl A. Bickford*

Carl A Bickford, #R0751
Louisiana Certified Residential Appraiser

Bickford Appraisal Group

# Uniform Residential Appraisal Report
File # 1205B337

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| SUBJECT | | |
|---|---|---|
| Property Address 42296 Forest Drive | City Hammond | State LA  Zip Code 70403 |
| Borrower Scott Joseph Armstrong | Owner of Public Record Scott Joseph Armstrong | County Tangipahoa |
| Legal Description Lot 424 of Jefferson Cort Subdivision, Phase IV | | |
| New Construction | | |
| Assessor's Parcel # | Tax Year 2005 | R.E. Taxes $ Unknown |
| Neighborhood Name Jefferson Cort S/D-Hammond | Map Reference A31 | Census Tract 06037-9543.00 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ | ☐ PUD  HOA $ ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Plans/Specs - Proposed Construction | | |
| Lender/Client Hancock Bank of Louisiana Address South Morrison Blvd, Hammond, LA 70403 | | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No | | |
| Report data source(s) used, offering price(s), and date(s). Clerk of Court, Assessor's Office and Multiple Listing Service. | | |

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  Appraising per plans and specs.

| CONTRACT | | |
|---|---|---|
| Contract Price $ N/A  Date of Contract N/A | Is the property seller the owner of public record? ☐ Yes ☒ No  Data Source(s) Clerks Office/Deed | |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No | | |
| If Yes, report the total dollar amount and describe the items to be paid. | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| NEIGHBORHOOD | | | | | | |
|---|---|---|---|---|---|---|
| **Neighborhood Characteristics** | | **One-Unit Housing Trends** | | **One-Unit Housing** | | **Present Land Use %** |
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | PRICE | AGE | One-Unit | 65 % |
| Built-Up ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☒ Rapid ☐ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | 175 Low | 1 New | Multi-Family | 2 % |
| Neighborhood Boundaries The subject property is bounded to the north by Interstate 12, to the south by | | 500 High | 10 | Commercial | 15 % |
| Highway 22, to the east by Highway 51, and to the west by Pumpkin Center Road. | | 225+ Pred. | -5 | Other | 15 % |
| Neighborhood Description The subject conforms to the neighborhood in terms of style, condition, and construction of materials. | | | | | |

Market Conditions (including support for the above conclusions) The market conditions for the area have increased due to several factors. This area is located due North of New Orleans and due East of Baton Rouge. Building permits for residential and commercial have been increasing over the last twelve months. This trend is expected to continue as the demand of housing steadily increases.

| SITE | | | |
|---|---|---|---|
| Dimensions As per legal description | Area 1.469 Acres | Shape Irregular | View Average |
| Specific Zoning Classification Deed Restricted S/D | Zoning Description Single Family/Restricted Subdivision | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe | | | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☐ | ☒ Community/Typical | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☐ | ☒ MTP/Typical | Alley N/A | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone X  FEMA Map # 2202080003C  FEMA Map Date 7/21/1999
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
No observable adverse site conditions, however, the appraiser is not a home inspector or an enviromental expert. If this condition is a concern by any party, a state licensed home inspector or environmentalist should perform a complete inspection of the site and improvements.

| IMPROVEMENTS | | | | | |
|---|---|---|---|---|---|
| **General Description** | | **Foundation** | | **Exterior Description** materials/condition | **Interior** materials/condition |
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls N/A | Floors Carpet/Scr/Concrete | |
| # of Stories 1 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls Brick/Stucco/Vyn | Walls Sheetrock/Average | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area N/A sq.ft. | Roof Surface Arch. Shingle/Avg. | Trim/Finish Wood | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish No Basement % | Gutters & Downspouts None | Bath Floor Stained Concrete | |
| Design (Style) Trad'l/New | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Double Insulated/Avg | Bath Wainscot Man Made Marble | |
| Year Built 2005 | Evidence of ☐ Infestation | Storm Sash/Insulated See Window Type | Car Storage ☐ None | |
| Effective Age (Yrs) New | ☐ Dampness ☐ Settlement | Screens Half Screens/Avg | ☒ Driveway # of Cars 2+ | |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface Concrete | |
| ☒ Drop Stair ☐ Stairs | ☐ Other  Fuel Natural Gas | ☒ Fireplace(s) # 1 ☐ Fence | ☒ Garage # of Cars 2 | |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck Concr ☒ Porch Porches | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool ☐ Other Att Stg | ☒ Att. ☐ Det. ☐ Built-In | |
| Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe) Fan/Hood | | | | | |
| Finished area above grade contains: 11 Rooms 4 Bedrooms 3 Bath(s) 2,810 Square Feet of Gross Living Area Above Grade | | | | | |
| Additional features (special energy efficient items, etc.). Other than what is specified in the report, no other additional features are noted. | | | | | |

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject is a proposed construction therefore no depreciation is given. This appraisal is "SUBJECT TO" completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed. A final visit by this appraiser should be performed upon completion.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe
No physical deficiencies were noted, however the appraiser is not a home inspector nor is acting as one.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |
|---|---|---|

File No. 1205B337

# Uniform Residential Appraisal Report

File # 1205B337

There are **13** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 260,000 to $ 330,000.

There are **4** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 260,000 to $ 360,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 42296 Forest Drive Hammond, LA 70403 | 42252 Jefferson Cort Hammond, LA | | 42515 Forest Lane Hammond, LA | | 4244 Autumn Lane Hammond, LA | |
| Proximity to Subject | | 0.25 miles SW | | 0.09 miles E | | 1.22 miles NW | |
| Sale Price | $ N/A | | $ 310,000 | | $ 307,000 | | $ 319,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 108.77 sq.ft. | | $ 102.27 sq.ft. | | $ 111.23 sq.ft. | |
| Data Source(s) | | MLS/818143 | | MLS/599677 | | MLS/599397 | |
| Verification Source(s) | | COB/FOL 1036/295 | | COB/FOL 1025/889 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Unk. Concess | | Unk. Concess | | Unk. Concess | |
| Date of Sale/Time | 11/30/2005 | Sub-urban/Avg. | | 07/25/2005 | | 11/07/2005 | |
| Location | Suburban/Avg. | Sub-urban/Avg. | | Suburban/Avg. | | Suburban/Avg. | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.469 Acres | 1.52 Acres | | 0.52 Acre/Int.Lot | +10,000 | 1.33 Acres | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Trad'l/New | French Style | | French Style | | Trad'l/New | |
| Quality of Construction | Brick/Stucco | Brick/Avg. | | Brk/Vvn/Stucco | | Brick/Vinyl | |
| Actual Age | ANew/ENew | A3/E1 | | ANew/ENew | | A1/E1 ew | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 11  4  3 | 8  4  4.5 | +2,250 | 9  4  3.5 | +1,500 | 8  4  3 | |
| Gross Living Area | 2,810 sq.ft. | 2,850 sq.ft. | -1,200 | 3,002 sq.ft. | -5,760 | 2,876 sq.ft. | -1,980 |
| Basement & Finished | No Basement | No Basement | | No Basement | | No Basement | |
| Rooms Below Grade | No RBG | No RBG | | No RBG | | No RBG | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Cent | FAU/Cent | | FAU/Cent | | FAU/Cent | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Garage 2 | Garage 2 | | Garage 2 | | Garage 2 | |
| Porch/Patio/Deck | Porches | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Other Amenities: | Storage | Storage | | Storage | | Storage | |
| Other Amenities: | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 1,050 | ☒ +  ☐ - | $ 5,740 | ☐ +  ☒ - | $ 1,980 |
| Adjusted Sale Price | | Net 0.3 % | | Net 1.9 % | | Net 0.6 % | |
| of Comparables | | Gross 1.1 % | $ 311,050 | Gross 5.6 % | $ 312,740 | Gross 0.6 % | $ 317,920 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain  The subject's site is currently listed with a realtor, MLS No. B10554, with a list price of $465,000 and is under contract with the borrower.

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)  Clerk's Office/Multiple Listing Service/Assessor's Office

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)  Clerk's Office/Multiple Listing Service/Assessor's Office

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Not transferred within the | Land sold 11/8/2004 | Not transferred within | Not transferred within |
| Price of Prior Sale/Transfer | the past year. | $31,500 | the past year. | the past year. |
| Data Source(s) | Clerk/Clerks Office | COB/FOL 1001/78 | MLS Records | MLS Records |
| Effective Date of Data Source(s) | 12/2002-12/2005 | 12/2004-12/2005 | 12/2004-12/2005 | 12/2004-12/2005 |

Analysis of prior sale or transfer history of the subject property and comparable sales  The analysis was completed during the normal course of business which entailed telephone conversations with the parish assessor, realtors when applicable, Internet clerk records, and MLS research when applicable.

Summary of Sales Comparison Approach  The estimated value of the subject's site and the comparable sales' sites were obtained by analyzing data of other comparable sites from their areas. Property values in the parish fluctuate in value according to the area where they are located. A small parcel of land could have a greater value than a larger parcel of land, depending on all the forces that affect value. Some of the forces that affect value are location, amenities available, and availability of land for sale. Based on these factors, the estimated opinion of value would be reflective of the weight of each approach utilized by careful consideration to quantity of data, quality of data available, and the appropriateness of the approach. It is not uncommon to utilize sales that up to twenty miles from the subject when appraising suburban and rural properties. It is also not uncommon to utilize sales that have sold up to twelve months.

Indicated Value by Sales Comparison Approach $ 312,000

Indicated Value by: Sales Comparison Approach $ 312,000   Cost Approach (If developed) $ 325,905   Income Approach (If developed) $ N/A

This appraisal is made ☐ "as is", ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 312,000, as of December 16, 2005, which is the date of inspection and the effective date of this appraisal.

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 1205B337

# Uniform Residential Appraisal Report

File # 1205B337

THE SCOPE OF WORK - The scope of this appraisal includes an interior and exterior visual of the subject property. This appraisal is to be developed utilizing the Sales Comparison Analysis, which most accurately reflects the actions of typical buyers and sellers in the market place. The Cost Approach and Income Approach will be utilized when applicable, as they are not always necessary to develop a credible opinion. At the time of the appraiser's visit, a visual inspection of the improvements was made. Limits are placed on this inspection by landscaping, furniture, floor and wall covering being in place. The appraiser cannot, and should not, be considered an expert in such areas as mechanical, plumbing, air conditioning, structural components such as roofing, foundations, walls, and soil analysis of the site itself. We recommend that if any interested party desires a more detailed knowledge of condition and serviceability, a bonded or certified expert in that specific area be employed to inspect the item and attest in writing, to its soundness, condition and serviceability. This appraisal is not a home inspection, structural inspection, or pest inspection. No dampness or apparent infestation noted, but is subject to inspections by licensed experts in these fields. By preparing this report, the appraiser is not acting as a home inspector, structural engineer, or pest inspector. Areas that were readily accessible were visually observed and the review is superficial only. It is not technically exhaustive and does not offer warranties or guarantees of any kind. This report is a summary of the observations of my visit to the subject property. This appraisal report should not be relied on to disclose condition and defects, as that is the job of a home inspector. Please be advised that just because a borrower or third party may receive a copy of the appraisal, does not mean that the borrower or third party is an intended user.

HIGHEST & BEST USE - The highest and best use is that reasonable and probable use that supports the highest present value, as defined in the effective date of the appraisal. It is that use, from among reasonably probable and legal alternative uses, found to be physically possible, legally permissible and economically viable or feasible.

GROSS LIVING AREA - The gross living area is calculated with utilization of the American National Standard Z765 (ANSI). This is calculated using exterior measurements and does not take into consideration any rooms that are unfinished. In order for rooms to be calculated in gross living area, they must be finished consistently with the main residence (walls, ceilings, and floors), heated and cooled, and must have access either directly or thru a finished hall or stairway from the main residence. Improvements such as detached guesthouses, pool houses, other areas, finished attics, and other similar amenities, may contribute value to the property and are calculated separately in the report.

COMPETENCY OF THE APPRAISER - In accordance with the Uniform Standards of Professional Appraisal Practices, the reader of this report must be made aware that the appraiser DOES have the knowledge and experience to complete the assignment competently. Please be advised that Tammy Bickford has significantly assisted this appraiser in preparing this appraisal assignment. Unless otherwise noted in writing, the appraiser has appraised or reviewed similar assignments to the subject in the Tangipahoa, Livingston, St. Tammany, Washington and St. John the Baptist Parish areas for numerous lending institutions. The property types include single-family residence, multi-family, and vacant land properties.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The estimated land value for the subject and sales are determined by analyzing vacant land transactions of similar sites within the competing area. The appraiser uses the MLS, Parish Assessor and Clerk of court records as resources to obtain the estimate.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | =$ | 45,000 |
|---|---|---|---|---|
| Source of cost data Marshall & Swift Cost Handbook/Local Contractor | DWELLING 2,810 Sq.Ft. @ $ 89.0 | | =$ | 250,090 |
| Quality rating from cost service Effective date of cost data | N/A Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porches/Patio | | =$ | 6,000 |
| The cost approach is derived by utilizing the Marshall & Swift Cost | Garage/Carport 509 Sq.Ft. @ $ 35.0 | | =$ | 17,815 |
| Handbook combined with estimates obtained from local contractors. | Total Estimate of Cost-New | | =$ | 273,905 |
| | Less Physical Functional External | | | |
| | Depreciation | | =$( ) | |
| | Depreciated Cost of Improvements | | =$ | 273,905 |
| | "As-Is" Value of Site Improvements | | =$ | 7,000 |
| Estimated Remaining Economic Life (HUD and VA only) 60 Years | INDICATED VALUE BY COST APPROACH | | =$ | 325,905 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | | Indicated Value by Income Approach |
|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM) The Income Approach is not considered revelant as it does not reflect the motivation of buyers and sellers in the marketplace. The typical purchaser in this market is a homeowner.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project The subject is not a PUD

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

File No. 1205B337

## Uniform Residential Appraisal Report   File # 1205B337

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value; statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Freddie Mac Form 70 March 2005                    Page 4 of 6                    Fannie Mae Form 1004 March 2005

File No. 12058337

## Uniform Residential Appraisal Report
File # 1205B337

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Freddie Mac Form 70 March 2005          Page 5 of 6          Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 1205B337

# Uniform Residential Appraisal Report

File # : 205B337

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Carl A Bickford, #R0731 | Name |
| Company Name  Bickford Appraisal Group | Company Name |
| Company Address  6 Mauromar Drive, Hammond, LA  70401 | Company Address |
| Telephone Number  985 4299402 | Telephone Number |
| Email Address  fangl_appraiser@bellsouth.net | Email Address |
| Date of Signature and Report   December 22, 2005 | Date of Signature |
| Effective Date of Appraisal   December 16, 2005 | State Certification # |
| State Certification # | or State License # |
| or State License #  Louisiana Licensed Residential Appraiser | State |
| or Other (describe)            State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License    11/31/2005 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 42296 Forest Drive | Date of Inspection |
| Hammond, LA 70403 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $    312,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  Tammy Williams | COMPARABLE SALES |
| Company Name  Hancock Bank of Louisiana | |
| Company Address  South Morrison Blvd, Hammond, LA 70403 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

## Building Sketch

File No. 1205B337

| Borrower | Scott Joseph Armstrong | | | | |
|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | |
| City | Hammond | County Tangipahoa | State LA | Zip Code 70403 |
| Lender | Hancock Bank of Louisiana | | | | |



File No. 1205B337

## Subject Photo Page

| Borrower | Scott Joseph Armstrong | | | |
|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | |
| City | Hammond | County Tangipahoa | State LA | Zip Code 70403 |
| Lender | Hancock Bank of Louisiana | | | |



**VACANT LAND OF SUBJECT**

42296 Forest Drive

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 3,110 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban/Avg. |
| View | Acreage |
| Site | 1.69 Acres |
| Quality | Brick/Stucco |
| Age | New/ENew |



**Subject Rear**



**Subject Street**

File No. 12058037

## Comparable Photo Page

| Borrower | Scott Joseph Armstrong | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip de 70403 |
| Lender | Hancock Bank of Louisiana | | | | | |



### Comparable 1

42292 Jefferson Court
| | |
|---|---|
| Prox. to Subject | 0.25 miles SW |
| Sale Price | 50,000 |
| Gross Living Area | 2,150 |
| Total Rooms | 1 |
| Total Bedrooms | 1 |
| Total Bathrooms | 1.1 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.2 Acres |
| Quality | Brick/Avg. |
| Age | N/E1 |



### Comparable 2

42515 Forest Lane
| | |
|---|---|
| Prox. to Subject | 0.09 miles E |
| Sale Price | 90,000 |
| Gross Living Area | 3,002 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.31 Acre/Inf.Lot |
| Quality | Brd/Vyn/Stucco |
| Age | AN ew/ENew |



### Comparable 3

42445 Autumn Lane
| | |
|---|---|
| Prox. to Subject | 1.1 miles NW |
| Sale Price | 3,5900 |
| Gross Living Area | 2,8 8 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1.5 Acres |
| Quality | Brick/Vinyl |
| Age | A /ENew |

File No. 1205B337

## Location Map

| Borrower | Scott Joseph Armstrong | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 42298 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code 70403 |
| Lender | Hancock Bank of Louisiana | | | | | |



File No. 06068129



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
42296 Forest Drive
Lot 424 Jefferson Cort Subdivision, Phase IV
Hammond, LA 70403

## FOR:
Hancock Bank
1855 South Morrison Boulevard
Hammond, LA  70403

## AS OF:
June 21, 2006

## BY:
Carl Bickford
Bickford Appraisal Group
6 Mauroner Drive
Hammond, LA  70401
email: tangi_appraiser@bellsouth.net
Phone 985-429-9402 • Fax 985-429-9004

Bickford Appraisal Group

Form GA2 — — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE



File No. 08068129

## Subject Photos

| Borrower/Client | Scott Armstrong | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code | 70403 |
| Lender | Hancock Bank | | | | | | |



**Subject Front**

42296 Forest Drive
Sales Price              N/A
Gross Living Area        4,171
Total Rooms              7
Total Bedrooms           6
Total Bathrooms          4
Location                 Suburban/Avg.
View                     Average
Site                     1.7 Acres
Quality                  Brick/Stucco
Age                       New



**Subject Rear**



**Subject Street**

File No. 0808B129

## Subject Interior Photo Page

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Scott Armstrong | | | | | |
| Property Address | 42296 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code 70403 |
| Lender | Hancock Bank | | | | | |



**Subject Interior**

42296 Forest Drive
Sales Price          ...LA
Gross Living Area     3,171
Total Rooms          17
Total Bedrooms       9
Total Bathrooms      3
Location             Suburban/Avg.
View                 Average
Site                 .7 Acres
Quality              Brick/Stucco
Age                  New/ENew



**Subject Interior**



**Subject Interior**

File No. 08068125

## Subject Interior Photo Page

| Borrower/Client | Scott Armstrong | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code | 70403 |
| Lender | Hancock Bank | | | | | | |



**Workshop**

42296 Forest Drive
Sales Price          N/A
Gross Living Area     1,371
Total Rooms           7
Total Bedrooms        0
Total Bathrooms       0
Location              Suburban/Avg.
View                  Average
Site                  .7 Acres
Quality               Brick/Stucco
Age                   New/ENew

Subject Interior

Subject Interior

File No. 08088129

## Comparable Photos ##

| Borrower/Client | Scott Armstrong | | | | |
|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code | 70403 |
| Lender | Hancock Bank | | | | |



### Comparable 1

42261 Forrest Lane
| | |
|---|---|
| Prox. to Subject | Less than one block W |
| Sales Price | 375,000 |
| Gross Living Area | 3,120 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.1 Acre |
| Quality | Brick/Avg. |
| Age | AGE2 |



### Comparable 2

42484 Forest Lane
| | |
|---|---|
| Prox. to Subject | Less than one block E |
| Sales Price | 331,000 |
| Gross Living Area | 2,170 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.18 Acre |
| Quality | Brick/Vinyl |
| Age | AGE1 |



### Comparable 3

13275 State Street
| | |
|---|---|
| Prox. to Subject | Less than one block S |
| Sales Price | 341,000 |
| Gross Living Area | 3,109 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1 Acre |
| Quality | Brick/Avg. |
| Age | AGE1 |

File No. 06D6B129

## Location Map Of Subject and Sales

| Borrower/Client | Scott Armstrong | | | | |
|---|---|---|---|---|---|
| Property Address | 4229B Forest Drive | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip | de | 70403 |
| Lender | Hancock Bank | | | | |



File No. 0606B129

## Flood Map

| Borrower/Client | Scott Armstrong | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code 70403 |
| Lender | Hancock Bank | | | | | |





April 5, 2018

Scott & Kim:

After looking at our local market, and speaking with an appraiser to help evaluate the loss of value for a home that has to be completely gutted because of Chinese drywall, here is my conclusion:

Local Market, Jefferson Cort average values per square foot of living area is $121/SF, so with that number your house would be worth **$397,000**. Your value because of Chinese drywall would be about **$198,000**.

Please let me know if I can help you with anything else.

Best Regards,

Donna Ribbeck
Associate Broker
Certified Residential Specialist
Over 25 years of experience

# Exhibit 2





# Exhibit 3









# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Scott Armstrong and Kim Armstrong

Plaintiff: _____

42296 Forest Lane, Hammond Louisiana 70403

Property Address: _____

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Liftmaster garage door opener | $ 1,280.56 |
| 2 | GE profile oven | $ 1,744.76 |
| 3 | GE microware | $ 382.57 |
| 4 | Kitchen Aid venthood | $ 1,439.03 |
| 5 | GE Dishwasher | $ 1,118.89 |
| 6 | Electrolux Dishwasher | $ 1,118.89 |
| 7 | KitchenAid French door refrigerator | $ 3,010.92 |
| 8 | Samsung washing machine | $ 1,600.70 |
| 9 | Electrolux washing machine | $ 1,600.70 |
| 10 | Sanyo television | $ 2,401.05 |
| 11 | blower motor on A/C | $ 1,440.63 |
| 12 | 3 ton American Standard A/C Heating Unit (2) | $ 19,528.56 |
| 13 | Lighting/Fans | $ 5,648.09 |
| 14 | Built in Surround sound system (12 speakers) | $ 1,456.24 |
| 15 | LG Washer | $ 872.00 |
| 16 | LG Dryer | $ 872.00 |

Total = $45,515.09

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 17 | JenAir Oven | $ 2,472.12 |
| 18 | Maytag cooktop | $ 817.50 |
| 19 | Kitchen Aid dishwasher | $ 2,725.00 |
| 20 | Garbage disposal | $ 545.00 |
| 21 | 8 bottle wine cooler | $ 327.00 |
| 22 | faucets (bathroom/laundry/kitchen) | $ 5,855.00 |
| 23 | Hoover vacuum system | $ 1,415.91 |
| 24 | Multiple televisions (6 bedrooms + den) | $ 4,200.00 |
| 25 | televisions replaced (den and 2 bedrooms) | $ 1,800.00 |
| 26 | HP Laptop computer | $ 1,119.00 |
| 27 | Custom tower computer with 3 monitors | $ 4,010.11 |
| 28 | Dell Laptop Computer | $ 327.00 |
| 29 | Acer Laptop Computer | $ 272.50 |
| 30 | Router (2) | $ 381.50 |
| 31 | Apple Computer (IMAC) | $ 5,450.00 |
| 32 | Custom built computer for gaming with 2 monitors | $ 1,417.00 |
| 33 | Multiple Cell phones (7) currently | $ 9,156.00 |
| 34 | Multiple cell phone replacements (3) | $ 4,905.00 |
| 35 | faucets (bathroom/laundry/kitchen) | $ 5,855.00 |
| 36 | Apple tv | $ 163.50 |
| 37 | DVD Players (5) | $ 436.00 |
| 38 | SONY PlayStation 4 | $ 545.00 |
| 39 | Apple watches (2) | $ 501.40 |

Total = $54,696.54

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 40 | Air pods | $ 468.70 |
| 41 | Cricket | $ 542.82 |
| 42 | Singer Sewing Machine | $ 304.11 |
| 43 | HP Printer (2) | $ 436.00 |
| 44 | Panasonic Surround Sound | $ 238.71 |
| 45 | Amazon fire stick tablet | $ 218.00 |
| 46 | Sony PlayStation 3 | $ 545.00 |
| 47 | Nintendo switch | $ 381.50 |
| 48 | PlayStation vita | $ 327.00 |
| 49 | Nintendo 3DS (3) | $ 981.00 |
| 50 | XBOX ONE (2) | $ 1,090.00 |
| 51 | Samsung watch (2) | $ 817.50 |
| 52 | Fitbit (2) | $ 327.00 |
| 53 | Nintendo Wii | $ 218.00 |
| 54 | Nintendo Wii u | $ 272.50 |
| 55 | Williams electronic piano | $ 1,921.00 |
| 56 | Silver tea/coffee service (set of 6) | $ 1,962.00 |
| 57 | Silver flatware (service for 12) | $ 1,498.75 |
| 58 | Silver cream and sugar (7 sets) | $ 1,526.00 |
| 59 | Silver water pitcher (3) | $ 327.00 |
| 60 | Silver gravy boat | $ 81.75 |
| 61 | Silver candlestick 2 arms | $ 654.00 |
| 62 | Silver candlestick 5 candle holder | $ 763.00 |

Total = $15,901.34

**GRAND TOTAL = $116,112.97**