UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"
This document relates to:
                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.
Case No. 14-cv-2722



        Deposition of KIM ARMSTRONG,

42296 Forest Lane, Hammond, Louisiana

70403, taken at the Law Offices of Fishman

Haygood, LLP, 201 St. Charles Avenue, 46th

Floor, New Orleans, Louisiana 70170, on

Thursday, the 13th day of June, 2019.




REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

EXHIBIT
B

1        Q.   Can you tell me your highest level
2    of education?
3        A.   College.
4        Q.   And what's your degree in?
5        A.   Management communication.
6        Q.   Can you explain that to me a
7    little bit?  I'm not quite sure what that
8    is.
9        A.   It's not a traditional degree.
10   It's a Liberal Arts degree in management
11   and communication from Concordia University
12   in New Orleans satellite.
13       Q.   Is that like a business marketing
14   kind of degree?
15       A.   No, not marketing.  It mainly
16   deals with organizational behavior.
17       Q.   Okay.  And how long have you lived
18   in Southeast Louisiana?
19       A.   My whole life.
20       Q.   Okay.  Where are you currently
21   employed?
22       A.   Fluor Federal Petroleum Operations
23   Company.
24       Q.   Is that that like big
25   conglomerate?

1  forming of the concrete and the framing.
2  Scott and I subcontracted everything else
3  out ourselves.
4       **Q.  And that was Julius Scott of Scott**
5  **Construction?**
6       A.  Uh-huh.
7       **Q.  And I believe you indicated in one**
8  of these forms, which we'll get to in a
9  little bit, that the purchase price of the
10 house was $280,000.  Was that the total
11 construction, plus the $45,000 to buy the
12 lot?
13      A.  It was the whole thing.
14      **Q.  Okay.  So all of it together --**
15      A.  (Witness nods head affirmatively.)
16      **Q.  -- was $280,000?**
17      A.  The whole thing.
18      **Q.  All right.  Who was responsible**
19 for ordering the drywall for your property?
20      A.  Scott and I did.
21      **Q.  Okay.  And who did you order that**
22 from?
23      A.  Interior Exterior.
24      **Q.  And you placed that order**
25 directly?

1    **Q.  Okay.  Prior to your discovery of**
2    **drywall -- of Chinese drywall in the**
3    **property, did you notice any strange smells**
4    **in the house?**
5         A.   Yes.
6    **Q.  And when did you begin to notice**
7    **those?**
8         A.   Shortly after we moved in.
9    **Q.  Okay.  Late 2006?**
10        A.   Early 2007, yeah.  Somewhere in
11   that time -- I don't -- yeah, about that
12   time.
13   **Q.  Okay.  And did you do anything to**
14   **investigate those odors?**
15        A.   No.  My husband thought I was
16   crazy because I was the only one that could
17   smell anything --
18   **Q.  Okay.**
19        A.   -- you know, they -- I can smell
20   anything.
21   **Q.  My wife has super-sensory**
22   **perception as well so --**
23        A.   Well, yes, that's weird.
24   **Q.  -- I'll trust you on that.**
25             MR. DOYLE:

1          My wife is like him.

2     EXAMINATION BY MR. ROSENBLOOM:

3          **Q. And did you experience any**

4     **appliance failure?**

5          A.   (Witness nods head affirmatively.)

6          **Q. Can you tell me about that?**

7          A.   Sorry.  Yes.  The first thing that

8     I recall that went out was the dishwasher,

9     then the oven, then the washing machine.

10    And not -- they didn't go out like all

11    at the same time.  You know, it was like

12    one here, one there.

13          And so we just kept replacing

14    stuff and, you know, I thought we just

15    bought junk appliances.  You know, they

16    don't last as long as they used to, so I

17    just thought we were on a two-year span

18    with these things.

19          **Q. And when did your -- when did the**

20    **dishwasher first go out?**

21          A.   I really don't remember.

22          **Q. Was it within a year of moving in?**

23          A.   Probably -- probably two years

24    because I know they weren't under warranty

25    and we wind up having to replace them.

Page 16

1  **Q. Always the day after warranty?**
2  A. Of course, it is.
3  **Q. And while they didn't all go out**
4  **at one time, it was sort of a cascading**
5  **effect? You'd replace the dishwasher and**
6  **then the next one would go out?**
7  A. Uh-huh.
8  **Q. And that's, basically, continued**
9  **from until --**
10  A. It just --
11  **Q. -- two years after you've moved**
12  **into the house until --**
13  A. Recently.
14  **Q. -- as we sit here today?**
15  A. Yes.
16  **Q. Okay. And did you ever**
17  **investigate the appliance issues?**
18  A. Yes. We -- when we -- when like
19  maybe the second one was going out, we had
20  heard about the Chinese drywall. We knew
21  we replaced -- we bought -- we built our
22  house during that timeframe. I called
23  Interior Exterior myself and they said that
24  they did not get Chinese drywall, so we
25  didn't have to worry about it. So we

1    didn't.
2         Q.  And that would have been probably
3    2008?
4         A.  I don't know.
5         Q.  Okay.
6         A.  I mean, I really don't know.
7         Q.  Sure.  Do you recall who you might
8    have spoken to at Interior Exterior?
9         A.  I wish.  No, sir, I don't.
10        Q.  Sure.
11            MR. ROSENBLOOM:
12                Off the record.
13            (Off the record.)
14   EXAMINATION BY MR. ROSENBLOOM:
15        Q.  Have you seen this document
16   before, ma'am?
17        A.  Yes.
18        Q.  And if I could turn your attention
19   to Pages 3 and 4 of that document, it's a
20   request for production.
21        A.  Okay.
22        Q.  You've seen that as well?
23        A.  Uh-huh.
24        Q.  All right.  And did you have any
25   additional documents to produce?