UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"
This document relates to:
                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.
Case No. 14-cv-2722



        Deposition of SCOTT ARMSTRONG,

42296 Forest Lane, Hammond, Louisiana

70403, taken at the Law Offices of Fishman

Haygood, LLP, 201 St. Charles Avenue, 46th

Floor, New Orleans, Louisiana 70170, on

Thursday, the 13th day of June, 2019.




REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

**EXHIBIT C**

1       inspection on April 9th of 2015.  Could you

2       tell me a little bit about that inspection?

3              A.  I had spoke to -- once I found

4       the --

5              **Q.  Let's start there.  What did you**

6       do to find the Chinese drywall?

7              A.  I took all the Sheetrock down

8       because my son, like I -- we had some

9       issues with him and he had holes in the

10      walls and they were beyond repair.  I was

11      going to replace all the Sheetrock.  I

12      pulled it down.  And when I pulled it down

13      on the bathroom wall in his room, I found

14      the black copper pipes and it triggered an

15      alarm, I said something is not right.

16             And I started researching it

17      online to find out what it was.  Then I

18      found Mr. Doyle's firm, and I contacted

19      him.  And he asked me some questions, do

20      you see this on this Sheetrock, Knauf and

21      numbers?  I said, yes, I do.  I said -- he

22      said can you take pictures and send them to

23      me?  And I did.  And then he asked me to

24      check some of my electrical outlets to see

25      if the wires were black on the light