Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | For Internal Use Only |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 | |
| PRODUCTS LIABILITY LITIGATION | SECTION: L | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON | |
| | MAG. JUDGE WILKINSON | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Bank of Louisiana |
| Address of Affected Property | 35211 Beverly Hills Drive |
| | Prairieville, LA 70769 |
| Is this Property:* | (Residential)    Commercial    Governmental |
| Name of Person Completing this Form | Tim O'Brien, VP of Commercial Loans |
| Is above your primary residence? | Yes (No) |
| Mailing Address (if different) | 300 St. Charles Ave. |
| | New Orleans, LA 70130 |
| Phone: | ( 504 ) 592 - 0600 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant   (Owner Only)   Renter-Occupant |
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | |
| Policy #: | |
| Agent: | |
| Address: | |
| | |
| Phone: | ( ) - |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Bank of Louisiana | / / | / / | M / F | / / | Yes (No) | Owner Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT A**

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Bank of Louisiana

1.2. When did the inspection take place?  3 /21/ 15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Doyle Law Firm, PC

2.2. When was this determination made?  3 /21/ 15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location In Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China | Ceiling and walls |
| | | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4,580 | | | |
| Estimated Sq. Ft. of Drywall | ------------- | Occupied | X | |
| Height of Interior Walls | | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | X | |
| Number of Bathrooms: | 4 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:  Interior Exterior Building Supply

Address:  P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Claimant's Signature_ | 4/17/15. | _Claimant's Signature_ | _Date Signed_ |
| Bank of Louisiana | _Date Signed_ | | |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |
| _Claimant's Signature_ | _Date Signed_ | _Claimant's Signature_ | _Date Signed_ |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

For Internal Use Only
File No. _____

Date Received:
_____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION:  L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant:  Bank of Louisiana
First Name          M.I.   Last Name                    Suffix

Co-Claimant First Name (if applicable)   M.I.   Last Name                    Suffix

Bank of Louisiana
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

35211 Beverly Hills Dr.
_____
Address 1                                              Address 2

Prairieville, LA 70769
_____
City                                        State        Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:    Timothy              O'Brien
_____
                        First Name      M.I.   Last Name        Suffix

Mailing Address (if different):

300 St. Charles Ave,
_____
Address 1                                              Address 2

New Orleans, LA 70130
_____
City                                        State        Zip Code

Phone Number of Person Completing This Form: (504 )450 -1587

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: _____/_____/_____

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____/_____/_____

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: _____/_____

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III. Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV. If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
               Month    Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?                  <u>Foreclosure</u>

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____Bank of Louisiana_____

Loan Number: _____656927-21421_____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $421,898.72_____

Date of Foreclosure or Short Sale: __02__/__03__/__2010___
Month   Day   Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? _No_____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

_____

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature    Timothy O'Brien for
                        Bank of Louisiana

Date signed    4/6/18

Name: _____

Address:    300 St Charles Ave
            Address 1                    Address 2
            New Orleans, LA 70130
            City            State    Zip Code

Phone No.: ( 504 )  592 - 0600

Email:    tim.obrien@bankoflouisiana.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Bank of Louisiana

Affected Property Address:  35211 Beverly Hills Drive, Prairieville, LA  70769

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)         06  /  29  /  2009

2.  When you took ownership of the Property, what was the name of the seller?

Jeffrey F. Wiley, Sheriff of the Parish of Ascension (Foreclosure)

1

3.  Name and address of the realtor?

N/A - Bank reclaimed via foreclosure

4.  Name and address of the closing agent?

N/A - Bank reclaimed via foreclosure

5.  What was the price of the home when you purchased it?  $ 246,666.67

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes    [ ] No    [ ] I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
                $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. __11__ / __06__ /20__18__

b. __10__ / __05__ /20__17__

C. 10 / 11 / 2016
d. 09 / 01 / 2015
e. 09 / 03 / 2010

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know._____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

After we (the bank) took possession of the property, we have been unable to sell it at market

price.  Even after significant price decreases (in excess of $300,000) we couldn't sell it.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

Appraisals of the property prior to discovery of the Chinese drywall ranged from $565k to

$482k, (2010 to 2016). After discovery appraisals plummeted to $287k to $297k,

acknowledging the presence of defective drywall.

_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

    a. N/A - bank owned property; not occupied

    b. _____

    c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

    a. _____/_____/20_____   to   _____/_____/20_____

    b. _____/_____/20_____   to   _____/_____/20_____

    c. _____/_____/20_____   to   _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

    a. $_____

    b. $_____

    c. $_____

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:    ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:    ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:    ☑ N/A

## VI.   Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☑ Yes   ☐ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

Carlton Jones, 4329 Blecker Drive, Baton Rouge, LA 70809; (225) 936-0349

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

Aimee C. Norton, 37325 Market Place Drive, Prairieville, LA 70769; (225) 229-0406

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

Tim O'Brien, Bank of Louisiana, 300 St. Charles Avenue, New Orleans, LA  70130
(504) 592-0600

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

01/23/2015

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

   **Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

   **Response:**   ☑ N/A

33.  When did the remediation end date occur?

   **Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

   **Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

   **Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   **Response:**   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response:**   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response:**   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

**VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_Timothy O'Brien_ _____
Signature of Plaintiff
Timothy O'Brien, Vice President
Bank of Louisiana

_1/23/19_ _____
Date


Timothy O'Brien _____
Printed Name
Vice President
Bank of Louisiana

# Exhibit 1

File No. 48336


**MURPHY APPRAISAL SERVICES**

19411 Helenberg Road, Suite 204, Covington, LA 70433 ☐ (985) 626-4115 ☐ fax (985) 626-4116

Bank of Louisiana
300 St Charles Ave
New Orleans, LA 70130

RE:     Appraisal of
        35211 Beverly Hills Dr
        Prairieville, LA 70769

In accordance with your request, we have personally viewed and prepared an appraisal of the property located at 35211 Beverly Hills Dr, Prairieville, LA 70769. The purpose of this appraisal is to estimate the *fee simple "as-is"* market value of the property described in the body of this report as of October 5, 2017. It is understood that the function of this appraisal is to determine the current market value of the subject property for bankruptcy/foreclosure/rehab purposes.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) (summary report) of the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

The property is located in Flood Zone X500 which *IS NOT* a HUD Identified Special Flood Hazard Area.

The opinion of value expressed in this report is contingent upon the Certifications and Statement of Limiting Conditions page attached to this report. The acceptance of this appraisal assignment by the appraiser was not based on a requested minimum valuation, or the approval of the loan. The appraiser certifies that the compensation for this appraisal is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result of the occurrence of a subsequent event. This appraisal has been prepared to conform with the Uniform Standards of Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal foundation, unless otherwise stated in this report. The appraiser has disclosed within this appraisal report steps taken that were necessary or appropriate to comply with the competency provision of the USPAP.

The value estimate made is the "AS-IS" concluded market value based on the sales comparison approach to value.

As per current FIRREA minimum appraisal standards, we **have** completed previous appraisals of single-family residences in this area. An inspection of the appraised property, a study of pertinent factors, valuation trends, and the general neighborhood data, led us to the conclusion that the *fee simple "as-is" market value*, as of October 5, 2017, is:

**$287,000**
TWO HUNDRED EIGHTY SEVEN THOUSAND DOLLARS

It has been a pleasure to assist you. If we may be of further service to you in the future, please let us know.

Respectfully submitted,

Richard L. Murphy MAI, SRA
Louisiana State Certified General
Real Estate Appraiser #G0318

Haley D. Hernandez
Louisiana State Licensed
Real Estate Appraiser #T2285

Murphy Appraisal Services

## Exterior–Only Inspection Residential Appraisal Report    File # 48336

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  35211 Beverly Hills Dr | City  Prairieville    State  LA    Zip Code  70769 |
| Borrower | Owner of Public Record  Bank of Louisiana    County  Ascension |

Legal Description   Lot 110 Fountain Hill S/D, 2nd & 3rd Filings

Assessor's Parcel #   20020110    Tax Year  2017    R.E. Taxes $  5,749

Neighborhood Name   Fountain Hill    Map Reference  MLS 90    Census Tract  0303.00

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $  0    ☐ PUD    HOA $ 750    ☒ per year ☐ per month

Property Rights Appraised   ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Determine Fair Market Value

Lender/Client   Bank of Louisiana    Address  300 St. Charles Ave., New Orleans, LA 70072

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?    ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).   MLS #2016015761; The subject property was listed on 10/28/2016 for $525,000.  The listing expired on 04/27/2017.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Property currently not under contract for sale.

Contract Price $    Date of Contract    Is the property seller the owner of public record?   ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

### Neighborhood Characteristics

| | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | PRICE  AGE | One-Unit  100 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | $ (000)  (yrs) | 2-4 Unit  0 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | 376 Low  0 | Multi-Family  0 % |
| | | 610 High  15 | Commercial  0 % |
| | | 460 Pred.  10 | Other  0 % |

Neighborhood Boundaries   The subject neighborhood is bounded to the North by Bluff Rd, the South by I-10, the East by I-10, and the West by Bluff Rd.

Neighborhood Description   This is a residential area with homes being of very good to excellent quality, and have historically demonstrated in balance demand and supply. The subject has access to major traffic arteries and major amenities are located nearby.  The area has good employment stability and good market appeal. Utilities are easily accessed and the adequacy of police and fire protection is considered good.  Consumer conveniences are located within the area.

Market Conditions (including support for the above conclusions)    Property values in the subject area are stable as the demand for properties in the area is stable. Marketing time in the area is over 6 months with some properties selling in less time.  Loan discounts and buy downs are not a factor in the present market as mortgage money is widely available at competitive rates.  Some sellers are willing to pay discount points, origination fees and closing costs as financial concessions.

| | | |
|---|---|---|
| Dimensions 68x142 | Area  9,656 Sq.Ft.    Shape  Rectangular | View  N;Res; |

Specific Zoning Classification  Medium Intensity (RM)    Zoning Description  Medium Intensity Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No  If No, describe   The highest and best use of the subject property as improved is residential.

### Utilities

| | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  Concrete | ☒ | |
| Gas | ☒ | Atmos | Sanitary Sewer | ☒ | | Alley  None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone  X500    FEMA Map #  22005C0025E    FEMA Map Date  08/16/2007

Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No  If Yes, describe   While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser.  Unless otherwise noted, standard utility and right-of-way easements are insignificant to value.

Source(s) Used for Physical Characteristics of Property   ☒ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner
☐ Other (describe)    Data Source for Gross Living Area   Prior Inspection

### General Description

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | ☒ FWA ☐ HWBB | ☒ Fireplace(s) #  2 | ☐ None |
| # of Stories  2 | ☐ Full Basement ☐ Finished | ☐ Radiant | ☐ Patio/Deck(s) #  | ☒ Driveway  # of Cars  2 |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | ☐ Partial Basement ☐ Finished | ☐ Other | ☒ Patio/Deck  Cov | Driveway Surface  Concrete |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls  Brick/Good | Fuel  Electric | ☒ Porch Cov | ☒ Garage  # of Cars  3 |
| Design (Style)  French | Roof Surface  ArchShing/Avg | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport  # of Cars |
| Year Built  2008 | Gutters & Downspouts None | ☐ Individual | ☐ Fence | ☒ Attached ☐ Detached |
| Effective Age (Yrs) 5 | Window Type  AlumInsul/Gd | ☐ Other | ☐ Other | ☐ Built-in |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)  None

Finished area above grade contains:   10  Rooms  5  Bedrooms  3.1  Bath(s)    4,580  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)   None

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).  The exterior of the subject property was in overall good condition at the time of viewing.  No functional or economic obsolescence was noted during the inspection.  No additional 'needed repairs' of significance were noted although it is possible that some may exist, especially if they were not readily visible to the appraiser.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No
If Yes, describe.

While no physical deficiencies or adverse conditions that affect livability, soundness, or structural integrity were noted, such items are often beyond the expertise of the appraiser.  Issues of soundness or structural integrity are often related to areas that are unapparent or hidden from the appraiser's view.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No  If No, describe.
The subject conforms to the neighborhood with typical utilities and style.

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior–Only Inspection Residential Appraisal Report   File # 48336

| There are | 2 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 448,000 | to $ 645,000 | . |

| There are | 3 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 410,000 | to $ 468,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 35211 Beverly Hills Dr | 18289 Fountain Hill | | 36147 Beverly Hills Dr | | 35277 Beverly Hills Dr | |
| | Prairieville, LA 70769 | Prairieville, LA 70769 | | Prairieville, LA 70769 | | Prairieville, LA 70769 | |
| Proximity to Subject | | 0.49 miles NW | | 0.42 miles NW | | 0.03 miles NE | |
| Sale Price | $ | | $ 468,000 | | $ 416,000 | | $ 410,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 121.72 sq.ft. | | $ 116.99 sq.ft. | | $ 100.49 sq.ft. | |
| Data Source(s) | | MLS #2017005852;DOM 104 | | MLS#2016015100;DOM 171 | | MLS#2016000381;DOM 264 | |
| Verification Source(s) | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Closing Costs | -9,000 | None Noted | | Closing Costs | -10,000 |
| Date of Sale/Time | | 10/02/2017 | | 05/05/2017 | | 10/26/2016 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | Fee simple | |
| Site | 9,656 Sq.Ft. | 16,552 sf | 0 | 11,739 sf | 0 | 11,680 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | French | French | | French | | French | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 9 | 10 | 0 | 14 | 0 | 12 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10   5   3.1 | 9   4   4.1 | -5,000 | 9   4   3.1 | | 10   5   3.1 | |
| Gross Living Area | 4,580 sq.ft. | 3,845 sq.ft. | +36,750 | 3,556 sq.ft. | +51,200 | 4,080 sq.ft. | +25,000 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Garage 3/None | Garage 2/None | +5,000 | Garage 2/None | +5,000 | Garage 2/None | +5,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 1 - Gas | 1 - Gas | | 1 - Gas | | 1 - Gas | |
| Other Features | None | None | | None | | None | |
| | | | -187,200 | | -166,400 | | -164,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -159,450 | ☐ + ☒ - | $ -110,200 | ☐ + ☒ - | $ -144,000 |
| Adjusted Sale Price | | Net Adj.   34.1 % | | Net Adj.   26.5 % | | Net Adj.   35.1 % | |
| of Comparables | | Gross Adj.   51.9 % | $ 308,550 | Gross Adj.   53.5 % | $ 305,800 | Gross Adj.   49.8 % | $ 266,000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Deedfax, MLS, Ascension Parish Court Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Deedfax, MLS, Ascension Parish Court Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt |
| Effective Date of Data Source(s) | 10/05/2017 | 10/05/2017 | 10/05/2017 | 10/05/2017 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Research indicates that the subject has not sold within three years of this
appraisal and the comparables have not sold within 1 year of this appraisal other than those sales listed in this report.

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $   287,000

Indicated Value by: Sales Comparison Approach $   287,000   Cost Approach (if developed) $   464,660   Income Approach (if developed) $

The sales comparison approach is used as the only indicator of value.  The cost approach would not be a good indicator of value due to the age of
the subject and is therefore not used.  Most homes in the subject area are purchased for owner occupancy, therefore the income approach would
also not be a good indicator of value.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed; or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  The subject property is appraised
"as-is." No warranties as to mechanical condition or structural integrity are expressed or implied in this appraisal report.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   287,000   , as of   10/05/2017   , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005                Page 2 of 6                Fannie Mae Form 2055 March 2005

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report  File # 48336

**• URAR : Site - Adverse Conditions or External Factors**

While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser. Unless otherwise noted, standard utility and right-of-way easements are insignificant to value. However, a current locational or boundary survey, which was unavailable to the appraiser, may reveal encroachments, easements, zoning violations, or other matters of interest that could warrant modification of the appraiser's analysis and opinions. This appraisal is not an environmental assessment of the subject property and should not be relied on as such.

The scope of this assignment does not include any attempt at discovery (or reporting) of potentially adverse neighborhood influences such as, but not limited to: nearby criminal activity, registered sex offenders, or interim rehabilitative facilities for felonious offenders.

Statements regarding zoning compliance are intended in the most general sense. Zoning and building ordinances vary significantly from one municipality to another and are applied on a case-by-case basis. The scope of this assignment does not include a detailed analysis of every characteristic of the subject property's site and improvements relative to current no zoning and building ordinances.

The appraiser is not a licensed structural engineer and no warranty is expressed or implied to any of the structural components of the subject property. The buyer/owner should obtain a building inspection by a licensed structural engineer if there is any concern about the structural integrity and durability of the subject property's structural components. If such inspection reveal any conditions which would render the subject less valuable, the appraiser reserves the right to reconsider the value estimate and adjust it accordingly if necessary.

This report should not be relied upon to disclose any conditions present in the subject property. The appraisal report does not guarantee that the property is free of defects. A professional home inspection is recommended. No third parties are authorized to rely upon this report without the express written consent of the appraiser. If exterior inspection only the appraiser cannot guarantee condition of interior any negative conditions would effect the final value.

The appraiser is not an expert in detecting environmental hazards. Visual observation of the property for valuation purposes did not reveal conditions which the appraiser could discern as potential environmental hazards. This in no way implies that environmental hazards do not exist. An expert in that field should be called upon if needed.

The actual condition of items like foundation walls, exterior walls, and roof surface can be difficult to assess. Often, significant portions of these items can be hidden from view and even under the best conditions, the appraiser can only view surface areas. The origin of many problems related to foundation walls, exterior walls, or roof surfaces are internal and thus hidden from the appraiser's view.

The reader is directed to Limiting Condition 5 of page 4 of this report to understand the limitation on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the subject property. This appraisal should not be relied on as a substitute for a home inspection.

In preparing the report, we have inspected the subject site and gathered information on the comparable land and improved sales. We have also confirmed and analyzed the data and applied the appropriate approaches as described in the Scope of Work.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  The subject estimated site value is $75,000 based on comparable market sales over the past 12 months.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | = $ | 75,000 |
|---|---|---|---|---|---|---|
| Source of cost data  Appraisal files | DWELLING | 4,580 Sq.Ft. @ $ | | 94.00 | = $ | 430,520 |
| Quality rating from cost service  Good  Effective date of cost data  Current Qrt. | | Sq.Ft. @ $ | | | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | = $ | |
| No functional or economic obsolescence noted.  The physical | Garage/Carport | Sq.Ft. @ $ | | | = $ | |
| depreciation is measured from the Effective Age/Life Method of 3/65 | Total Estimate of Cost-New | | | | = $ | 430,520 |
| years. | Less | Physical | Functional | External | | |
| | Depreciation | 45,360 | | | = $( | 45,360) |
| | Depreciated Cost of Improvements | | | | = $ | 385,160 |
| | *As-is* Value of Site Improvements | | | | = $ | 4,500 |
| Estimated Remaining Economic Life (HUD and VA only) | 59 Years | INDICATED VALUE BY COST APPROACH | | | = $ | 464,660 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source(s)

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Exterior-Only Inspection Residential Appraisal Report   File # 48336

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable properties by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Exterior-Only Inspection Residential Appraisal Report   File # 48336

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

## Exterior-Only Inspection Residential Appraisal Report   File # 48336

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   Haley Hernandez | Signature   Richard Murphy |
| Name   Haley D Hernandez | Name   Richard L. Murphy, SRA, MAI |
| Company Name   Murphy Appraisal Services, LLC | Company Name   Murphy Appraisal Services, LLC |
| Company Address   1250 SW Railroad Ave, Suite 200A, Hammond, LA 70403 | Company Address   19411 Helenberg Road, Suite 204, Covington, LA 70433 |
| Telephone Number   (985) 310-4990 x209 | Telephone Number   (985) 626-4115 |
| Email Address   haleyh@murphyapprasial.com | Email Address   rickm@murphyapprasial.com |
| Date of Signature and Report   October 23, 2017 | Date of Signature   October 23, 2017 |
| Effective Date of Appraisal   10/05/2017 | State Certification #   318 |
| State Certification # | or State License # |
| or State License #   T2285 | State  LA |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License   12/31/2018 |
| State  LA | |
| Expiration Date of Certification or License   12/31/2018 | **SUBJECT PROPERTY** |
| ADDRESS OF PROPERTY APPRAISED | |
| 35211 Beverly Hills Dr | ☒ Did not inspect exterior of subject property |
| Prairieville, LA 70769 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $   287,000 | |
| LENDER/CLIENT | **COMPARABLE SALES** |
| Name   Tim O'Brien | |
| Company Name   Bank of Louisiana | ☒ Did not inspect exterior of comparable sales from street |
| Company Address   300 St. Charles Ave., New Orleans, LA 70072 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |
| Email Address   tim.obrien@bankoflouisiana.com | |

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report   File # 48336

| FEATURE | SUBJECT | COMPARABLE SALE #4 | | COMPARABLE SALE #5 | | COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Address | 35211 Beverly Hills Dr | 12445 Oak Alley Dr | | 12445 Oak Alley Dr | | | |
| | Prairieville, LA 70769 | Geismar, LA 70734 | | Geismar, LA 70734 | | | |
| Proximity to Subject | | 4.32 miles S | | 4.32 miles S | | | |
| Sale Price | $ | $ 375,000 | | $ 151,123 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 126.43 sq.ft. | | $ 50.95 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS#201407931;DOM 156 | | MLS#201307395;DOM 87 | | | |
| Verification Source(s) | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Cash | | | |
| Concessions | | None Noted | | None Noted | | | |
| Date of Sale/Time | | 11/14/2014 | | 08/15/2013 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | | |
| Site | 9,656 Sq.Ft. | 20,809 sf | 0 | 20,809 sf | 0 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | French | French | | French | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 9 | 7 | 0 | 4 | 0 | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  5  3.1 | 8  4  3.0 | +2,500 | 8  4  3.0 | +2,500 | | |
| Gross Living Area | 4,580 sq.ft. | 2,966 sq.ft. | +80,700 | 2,966 sq.ft. | +80,700 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | Garage 3/None | Garage 2/None | +5,000 | Garage 2/None | +5,000 | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | | |
| Fireplace | 1 - Gas | 1 - Gas | | 1 - Gas | | | |
| Other Features | None | None | | None | | | |
| | | | -150,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -61,800 | ☒ + ☐ - | $ 88,200 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 16.5 % | | Net Adj. 58.4 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 63.5 % | $ 313,200 | Gross Adj. 58.4 % | $ 239,323 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deedfax, MLS, Clerk of Crt | MLS | MLS | |
| Effective Date of Data Source(s) | 10/05/2017 | 10/05/2017 | 10/05/2017 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Research indicates that the subject has not sold within three years of this appraisal and the comparables have not sold within 1 year of this appraisal other than those sales listed in this report.

Analysis/Comments    See Summary of Sales Comparison Approach.

Freddie Mac Form 2055 March 2005

Fannie Mae Form 2055 March 2005

Form 2055.(AC) — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 48336

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State | LA | Zip Code | 70769 |
| Lender | Bank of Louisiana | | | | |

### SCOPE OF WORK:

The following steps were made in arriving at the final estimate of value included in the appraisal report of the subject property:

1. A preliminary search of all available resources was made to determine market trends, influences and other significant factors pertinent to the subject property. The property has been identified previously in this report.

2. A complete site visit of the property was performed. Both the interior and exterior of the property were viewed. Although due diligence was exercised while at the property, the appraisers are not experts in such matters as soils, structural engineering, hazardous waste, etc., and no warranty is given as to these elements. As needed, inspections by various professionals within these fields might be recommended with the final estimate of value subject to their findings.

3. Research and collection of data (costs, improved sales, escrow sales, listings and income) were performed as present in the subject's market area and sufficient in quantity to express an opinion of value as defined herein. We examined data from MLS, Deedfax, and the various local governmental records departments, as well as our own files. Pertinent data are contained in this report.

4. The direct sales comparison and cost approach to value were considered as appropriate for this appraisal. The results of these approaches to value are discussed later in this report. The Income Approach was not used as it was not felt to be needed to produce a credible result. Most homes in the area are purchased for owner occupancy.

Replacement cost figures used in the cost approach are for valuation purposes only. No one, client or third party, should rely on these figures for insurance purposes. The definition of market value stated in this report is not a definition of insurable value, and must not be interchanged. Actual reconstruction costs can easily exceed the replacement cost figures used in this appraisal.

### PURPOSE OF THE APPRAISAL:

The purpose of the appraisal is to estimate the market value of the real estate, as of 10/05/2017. Market Value is defined below. The function of the appraisal is for asset management only, it is not to be released to any other parties without written consent of the appraiser.

### DEFINITION OF MARKET VALUE:

"Market Value" is defined by the United States Treasury Department, Comptroller of the Currency 12 CFR part 34.43 (f) as, "The most probable price a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### INTENDED USER OF THE APPRAISAL:

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser. All other parties that choose to rely on the appraisal report should recognize that the assignment results were not developed or reported in a manner consistent with the needs or uses of parties other than those identified by the intended user.

### INTENDED USE:

The use of the appraisal is for the specific use(s) as determined by the client for asset management. This report is not intended for use by unrelated third parties. [Statement on Appraisal Standards No. 9 (SMT-9), USPAP 2001, Revised 9/15/99]

### COMPLIANCE STATEMENT:

It is the intention that this report has been made in conformity with the minimum requirements contained in the Comptroller's Manual for National Banks "Law - USC 29 section 7.3025 (d)." This appraisal is also prepared in compliance with the professional standards and ethics of the Appraisal Institute.

### PROPERTY RIGHTS APPRAISED:

The property rights appraised herein are fee simple. No mineral interests are valued or are considered in this analysis. No personal property, fixtures, or other intangible items that are not real property are included in the value estimate of this report.

## Supplemental Addendum

File No. 48336

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County  Ascension | State  LA | Zip Code  70769 | |
| Lender | Bank of Louisiana | | | | |

### ESTIMATED MARKETING AND EXPOSURE TIME:

The definition of Market Value is based on a reasonable time allowed for exposure to the market. Reasonable time is a subjective time period and will vary depending on the type property, marketing effort and price. Marketing Time is a prospective perspective or provides a perspective that is futuristic for the date of valuation with a presumed sale of the property under the assumption the property will sell at market value. Exposure Time is retrospective in perspective and provides a perspective that is historic for the date of valuation with a presumed sale of the property under the assumption that the property will sell at market value. For purposes of this appraisal, it is assumed that the property would be reasonably priced and aggressively marketed.

The estimated marketing time for the property is over 6 months. This estimate is based on market sales contained in the report, discussions with local real estate agents, and current listings of similar properties in the area.  The estimated exposure time for the subject property is over 6 months.

### CONDITIONS OF THE APPRAISAL:

Improvements proposed, if any, on or off-site, as well as any repairs required, are considered, for purposes of this appraisal, to be completed in a good and workmanlike manner according to information submitted and/or considered by the appraiser(s). The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

### RECONCILIATION:

All sales utilized reflect current market price levels. Any sale slightly older than six months was used in order to stay within the subject market area. A detailed search of the appraiser's files, Multiple Listing Services, Ascension Parish Clerk of Court and Deedfax was conducted prior to the final comparable selection. The sales chosen as comparables for this analysis represent the best sales data available at the time of this analysis. All are indicative of the current market activity in the subject's market and are regarded as proper indicators of value for properties such as the subject.

### INSPECTION DISCLAIMER:

This appraisal/inspection is not a home inspection, building inspection, environmental inspection, structural inspection, or pest inspection. In the process of appraising this property and by preparing this appraisal report, the appraiser is not acting as a home inspector, building inspector, environmental inspector, structural engineer, or pest inspector.

In performing the limited viewing of this property, areas that were readily accessible were visually observed and the appraisers' review is superficial only. The appraisers' viewing is not technically exhaustive and does not offer warranties or guarantees of any kind. It is advised any interested parties have the appropriate inspections performed by licensed and or certified inspectors with attendant warranties and or guarantees.

It is further advised any adverse or negative conditions that may exist be inspected by the appropriate and or licensed individuals.

Wetlands delineation is not a part of the appraisal neither should this report be taken as a Home inspection or property dimensions. These items should be completed be a certified by a qualified person in that field of expertise. WE RESERVE THE RIGHT TO MAKE A VALUE REVISION IF THE SUBJECT IS DETERMINED TO BE IN WETLANDS OR UNFORSEEN PROBLEMS THAT A HOME INSPECTION WOULD REVEAL. WE CANNOT CERTIFY SURVEYS AND IF ENCROACHMENTS OR EASEMENTS EXIST. WE RECOMMEND THAT A SURVEY BE COMPLETED IF ONE DOES NOT EXIST AND ALL SURVEYS BE VERIFIED BY A CERTIFIED SURVEYOR.

In accepting this appraisal report, the intended users or third party recipients of this report accept this disclaimer as a condition of the appraisal process and appraisal report, and release the appraisers from any obligations regarding the certification or warranty associated with the appraisers' inspection of the appraised property.

### APPRAISAL FEE
$350.00

• Exterior-Only : Sales Comparison Analysis - Summary of Sales Comparison Approach
The comparables selected are the most recent sales of similar properties and are felt to be excellent indicators of value.  All comparable sales appear to be similar in size, location, and basic amenities; therefore supporting the market data approach.  The appraiser was unable to bracket the subject property by living square footage. Adjustments were made to the comparables for differences in contributed seller concessions, number of bathrooms, living square footage and additional amenities as reflected by market activity.  The subject property of this report was found to have evidence of Chinese Drywall.  Comparable Sale 5 was a sall of a similar property that had Chinese Drywall.  The property was mitigated and sold 18 months later at a price roughly 40% higher.  Due to paired sales analysis, the appraiser believes that the subject property, as is, would currently sell for 40% less than the current market value of the most comparable sales.  All sales share similar quality of construction to the subject and have sold within the past year. The overall adjusted range of value is at a low of $239,323 to a high of $313,200.  As such, an overall value at $287,000 is reasonable given all the previous discourse and data.

**Legal Description**

## Ascension Parish Assessor
## 2017 Assessment Listing

**Parcel#**
20020110
View on Map (http://ascensionparishmaps.co.sites.net?parcelid=20020110)



M. J. "MERT" SMILEY, JR.
ASSESSOR

**Primary Owner**
BANK OF LOUISIANA
**Mailing Address**
C/O ROBERT MATHIS, ESQ
300 ST. CHARLES AVE.
NEW ORLEANS LA 70130-0000

**Ward**
8

**Type**
RE

**Legal**
LOT 110 FOUNTAIN HILL, 2ND & 3RD FILINGS
(MAP#190457)(478/371) (479/286-288-289)(358/102)(380/771) (403/592)(MAP #297224)
(626/14) (MAP #461823) (MAP #564331
& 590995 & 566556)(COB/601721) (COB/743387)(COB/743388)(COB/745086)(COB/745087)
(COB/743089)

**Physical Address**
35211 BEVERLY HILLS DR

## Parcel Items

| Property Class | Assessed Value | Units | Homestead |
|---|---|---|---|
| RESIDENTIAL SUBD. LOT | 7,000 | 1.00 | 0 |
| SINGLE FAMILY RESIDENCE | 40,090 | 1.00 | 0 |
| **TOTAL** | **47,090** | **2.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| 745086 | REDEMPTION | 4/5/2010 | 0 | | |
| 745087 | REDEMPTION | 4/5/2010 | 0 | | |
| 743388 | REDEMPTION | 3/10/2010 | 0 | | |
| 743387 | REDEMPTION | 3/10/2010 | 0 | | |
| 743089 | SHERIFF SALE | 3/4/2010 | 246,667 | | |

## Subject Photo Page

| Borrower/Client | | | | |
|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | |
| City | Prairieville | County Ascension | State LA | Zip Code 70769 |
| Lender | Bank of Louisiana | | | |



**Subject Front**

35211 Beverly Hills Dr
Sales Price
Gross Living Area      4,580
Total Rooms            10
Total Bedrooms         5
Total Bathrooms        3.1
Location               N;Res;
View                   N;Res;
Site                   9,656 Sq.Ft.
Quality                Q3
Age                    9



**Subject Street Scene**
Beverly Hills Dr



**Subject Street Scene**
Beverly Hills Dr

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | |
| Property Address | 35211 Beverly Hills Dr |
| City | Prairieville |

| City | Prairieville | County | Ascension | State | LA | Zip Code | 70769 |
|---|---|---|---|---|---|---|---|
| Lender | Bank of Louisiana | | | | | | |



### Comparable 1

18289 Fountain Hill
Prox. to Subject  0.49 miles NW
Sales Price  468,000
Gross Living Area 3,845
Total Rooms  9
Total Bedrooms  4
Total Bathrooms  4.1
Location  N;Res;
View  N;Res;
Site  16,552 sf
Quality  Q3
Age  10



### Comparable 2

36147 Beverly Hills Dr
Prox. to Subject  0.42 miles NW
Sales Price  416,000
Gross Living Area 3,556
Total Rooms  9
Total Bedrooms  4
Total Bathrooms  3.1
Location  N;Res;
View  N;Res;
Site  11,739 sf
Quality  Q3
Age  14



### Comparable 3

35277 Beverly Hills Dr
Prox. to Subject  0.03 miles NE
Sales Price  410,000
Gross Living Area 4,080
Total Rooms  10
Total Bedrooms  5
Total Bathrooms  3.1
Location  N;Res;
View  N;Res;
Site  11,680 sf
Quality  Q3
Age  12

## Comparable Photo Page

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County Ascension | | State LA | Zip Code 70769 |
| Lender | Bank of Louisiana | | | | |



### Comparable 4

12445 Oak Alley Dr

| | |
|---|---|
| Prox. to Subject | 4.32 miles S |
| Sales Price | 375,000 |
| Gross Living Area | 2,966 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,809 sf |
| Quality | Q3 |
| Age | 7 |



### Comparable 5

12445 Oak Alley Dr

| | |
|---|---|
| Prox. to Subject | 4.32 miles S |
| Sales Price | 151,123 |
| Gross Living Area | 2,966 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,809 sf |
| Quality | Q3 |
| Age | 4 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sales Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Location Map

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County Ascension | | State LA | Zip Code 70769 |
| Lender | Bank of Louisiana | | | | |



**Flood Map**

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County Ascension | State LA | Zip Code 70769 |
| Lender | Bank of Louisiana | | | | |



# QUALIFICATIONS OF

## Haley D. Hernandez

### REAL ESTATE EXPERIENCE

Murphy Appraisal Services, LLC – Appraiser providing residential property valuation - January 2013 – Present

First Appraisal Network – Appraiser providing residential property valuation – September 2010 – January 2013

Cornerstone Appraisal Co – Appraiser providing residential property valuation – May 2007 – December 2009

Countrywide – Wholesale Account Executive for Prime Lending Division – January 2007 – May 2007

Ameriquest Mortgage Company – Regional Purchase Manager – September 2004 – May 2006

### PROFESSIONAL MEMBERSHIPS

Louisiana State Licensed Residential Real Estate Appraiser Trainee - #T2285

Licensed Property & Casualty Insurance Adjuster (Louisiana and Multiple States)

### REAL ESTATE TRAINING

Residential Report Writing & Case Studies (06 2013), Residential Site Valuation & Cost Approach (06 2013)

Advanced Residential Applications & Case Studies (06 2013), Residential Market Analysis and Highest & Best Use (06 2013),

Statistics, Modeling and Finance (06 2013), Appraisal Subject Matter Electives (06 20130, Residential Sales Comparison &

Income Approaches (06 2013)Land & Site Valuation (12 2010), Appraising FHA Today (12 2010), Introduction to Legal

Descriptions (12 2010), Basic Appraisal Principles (05 2006), Basic Appraisal Procedures (05 2006)

### EDUCATION

Southeastern Louisiana University – Hammond, LA 1999-2003

Ponchatoula High School – Ponchatoula, LA 1994-1998

### PARTIAL LIST OF CLIENTS

| | |
|---|---|
| First Bank & Trust | Resource Bank |
| Louisiana Land Bank | Iberia Bank |
| American Bank & Trust | State Bank & Trust |
| Citizens Bank & Trust | Gulf Coast Bank & Trust |

### QUALIFICATIONS OF
### RICHARD L. MURPHY, MAI, SRA

#### REAL ESTATE EXPERIENCE

Murphy Appraisal Services - Appraiser/Realtor providing residential and commercial property valuation (Sept., 1991 to present)
A. B. Miles & Associates - Appraiser/Realtor providing commercial and residential property valuation. (Sept., 1989 to Sept., 1991)
Delery Appraisal Inc. - Appraiser/Realtor providing residential and small residential income producing property valuation. (Sept., 1985 to August, 1989)
Coldwell Banker Co. - Agent specializing in residential sales. (Sept., 1984 to Sept., 1985)

#### PROFESSIONAL MEMBERSHIPS

Member of the Appraisal Institute, **MAI Designation, SRA Designation**
Louisiana State Certified General Real Estate Appraiser #0318
Mississippi State Certified General Real Estate Appraiser #GA-666
Alabama State Certified General Real Estate Appraiser #G00953
National Association of Realtors
Licensed Real Estate Broker (State of Louisiana)
New Orleans Metropolitan Association of Realtors
Tangipahoa Board of Realtors
Baton Rouge Board of Realtors

#### TRAINING

**Online 2016-17 15 Hour Equivalent USPAP Course** - OnCourseLearning (May 2016)
**Defensible Workfile –** Mbond Continuing Education Provider (March 2016)
**Online 7-Hour Equivalent USPAP Update Course** - Appraisal Institute (May 2016)
**Supervisor-Trainee Course for Mississippi –** McKissock (December 2015)
**Homeowners Flood Insurance: Gulf of Mexico Region Specific –** McKissock (December 2015)
**Supervisor-Trainee Course for Louisiana –** McKissock (June 2015)
**Online You Say Fracking,I say Frac'ing Lets talk Valuation –** Appraisal Institute (June 2015)
**Online Data Verification Method –** Appraisal Institute (November 2014)
**2014 -15 USPAP Update Course –** Appraisal Institute (January 2014)
**Online Subdivision Valuation –** Appraisal Institute (November 2014)
**Marketability Studies: Advanced Considerations & Applications –** Appraisal Institute (April 2013)
**Business Practices and Ethics –** Appraisal Institute (November 2012)
**Uniform Standards of Professional Appraisal Practice –** Appraisal Institute (May 2012)
**Fundamentals of Separating Real Property, Personal Property and Intangible Business Assets** - Appraisal Institute (March 2012)
**Profiting from the New Estate Tax Law** - Appraisal Institute (May 2011)
**Understanding the New Interagency Appraisal and Evaluation** G (February 2011)
**Site Use and Valuation Analysis –** Appraisal Institute (December 2010)
**Professional's Guide to the Fannie Mae 2-4 Unit** - Appraisal Institute (December 2010)
**Valuation of Green Residential Properties –** Appraisal Institute (September, 2010)
**Uniform Standards of Professional Appraisal Practice –** Appraisal Institute (December 2010)
**JVI Appraising Residential REO Properties –** (April 2009)
**Uniform Standards of Professional Appraisal Practice –** Appraisal Institute (December, 2008)
**Quadrennial Ethics –** (November 2008)
**General Demo Appraisal Report Workshop –** Appraisal Institute (April, 2008)
**Business Practices and Ethics –** Appraisal Institute (March, 2008)
**Advanced Income –** Appraisal Institute - Columbus, OH – (July 2005)
**Advanced Sales and Cost Approach –** Appraisal Institute - Cleveland, OH (June 2004)
**Appraisal Procedures –** Appraisal Institute – Austin TX - (January, 2004)
**Uniform Standards of Professional Appraisal Practice** - Dallas Tx - (December, 2003)
**Highest and Best Use and Market Analysis** - Appraisal Institute - Houston, TX. (August, 1999)
**Report Writing and Valuation Analysis** - Appraisal Institute – Houston, TX. (August, 1998)
**Standards of Professional Practice** - Appraisal Institute - Baton Rouge, LA. (August, 1996)
**Standards of Professional Practice** - Appraisal Institute - Metairie, LA. (August, 1993)

**Case Studies in Real Estate Valuation** - Appraisal Institute - Tallahassee, Florida. (August, 1992)
**Capitalization Theories and Techniques (Part B)** - Appraisal Institute - Tuscaloosa, Alabama. (July, 1991)
**Capitalization Theories and Techniques (Part A)** - Appraisal Institute - Athens, Georgia. (March, 1991)
**Residential Valuation** - American Institute of Real Estate Appraisers - Orlando, Florida. (October, 1989)
**Real Estate Appraisal Principles** - American Institute of Real Estate Appraisers - Houston, Texas. (April, 1989)
**Standards of Professional Practice** - American Institute of Real Estate Appraisers - Austin, Texas. (October, 1988)
Fannie Mae Guidelines for UAR Report Writing, Independent Fee Appraisers, Orleans Chapter – 1988
**Principles of Real Estate Appraising** - National Association of Independent Fee Appraisers - 1986 Real Estate Agent's Course, Uptown Professional Real Estate School – 1983

## COMMITTEES

**Appraisal Institute -**
President – New Orleans Chapter – (2005- 2013)
Regional Ethics and Counseling Panel - Louisiana Chapter - (September 1993 - 1998)
Residential Review Committee Admissions Chairman - Louisiana Chapter - (July 1998 – Present)  Board of Directors - Louisiana Chapter - (January 1998)

## SEMINARS

**Supervisor-Trainee Course for Louisiana** (June 2015)
**Property Measuring and Pricing** (October 2015)
**Economic & Real Estate Forecast** (October 2014)
**Anatomy of a Public-Private Real Estate Deal** (October 2014)
**State of Housing Market Seminar** (October 2014)
**2013 Economic Outlook & Real Estate Forecast Seminar for the Northshore** (March 2013)
**Valuation of Green Residential Properties** – Appraisal Institute (December, 2008)
**USPAP** – Appraisal Institute – Covington, Louisiana (July, 2006)
**Appraising plans and specifications** - Appraisal Institute – Metairie, Louisiana. (January, 2004)
**Understanding & Using DCF Software** - Appraisal Institute - New Orleans, La. (January, 1998)
**Experience Review** - Appraisal Institute - New Orleans, Louisiana (January, 1998)
**Environment Energy** - Appraisal Institute - New Orleans, Louisiana (March 1996)
**Appraising and the Internet** - Appraisal Institute - New Orleans, Louisiana (January 1996)
**The Appraiser as Expert Witness** - Appraisal Institute - New Orleans, Louisiana. (January, 1995)
**Wetlands Seminar** - Appraisal Institute - Baton Rouge, Louisiana. (June, 1991)
Review for Louisiana General Certification Examination - Appraisal Institute - New Orleans, Louisiana. (November, 1990)

## EDUCATION

Louisiana State University - Baton Rouge, Louisiana 1979-1984
Archbishop Moeller High School - Cincinnati, Ohio 1975-1979

## QUALIFIED AS AN EXPERT WITNESS

**Civil District Court, City of New Orleans** (Judge Reese) – 2012
Condemnation case involving State of Louisiana acquiring and demolishing property for construction of the LSU/VA hospital 22nd
**Judicial District, St. Tammany Parish** (Judge Childress) – 2011
Expert Witness for litigation associated with servitude acquisition
**24th Judicial District** (Judge Regan) – 2008
ROW State Project #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 Parcel 2-1/dispute in Grand Isle, LA
**24th Judicial District, Jefferson Parish** (Judge McCabe) – 2006
Contractual dispute over the value of a proposed commercial trailer park.
**Civil District Court, Jefferson Parish** (Judge Zeno) – 2002
Divorce proceedings – property dispute (multiple properties)
**Civil District Court, St. Tammany Parish** (Judge Hedges) – 2001
Contractual dispute over an undeveloped vacant residential subdivision
**22nd Judicial District, St. Tammany Parish** (Judge James) - 2000  Divorce proceedings – property dispute

**Federal Bankruptcy Court, Eastern District** (Judge Brahney's Court ad-hoc Judge) -1999
Bankruptcy hearing involving residential and commercial property
**Civil District Court, City of New Orleans** (Judge Johnson) - 1998
Condemnation case involving City of New Orleans acquiring and demolishing property due to neglect
**Federal Bankruptcy Court, Eastern District** (Judge Brahney) - 1994 Bankruptcy
hearing involving residential and commercial property

**SELECTED LIST OF CLIENTS:**

FHA Approved Appraiser
Capital One Bank
Resource Bank
Whitney Bank
Regions Bank
Chase Bank
First Guaranty Bank
Fidelity Homestead
Home Bank
Iberville Bank
U.S. Army Corps of Engineers
U.S. Department of the Interior

Hancock Bank
Citizens Bank
Louisiana Dept. of Transportation
Citizens Savings Bank
Resource Bank
Gulf Coast Bank & Trust
State Bank and Trust
First Bank and Trust
BBVA Compass Bank
Teche Federal Bank
Florida Parishes Bank
Metairie Bank
First Community Bank

Email address: rick.m_murphyappraisal.com





Appraisals of Property



# RESIDENTIAL APPRAISAL REPORT

## MURPHY APPRAISAL SERVICES

| | |
|---|---|
| Property Location: | 35211 Beverly Hills Dr<br>Lot 110 Fountain Hill S/D, 2nd & 3rd Filings<br>Prairieville, LA 70769 |
| Borrower: | |
| Client: | Bank of Louisiana<br>300 St. Charles Ave.<br>New Orleans, LA  70072 |
| Effective Date: | 11/06/2018 |
| Prepared By: | Haley D Hernandez and Richard L. Murphy, SRA, MAI<br>LA State Licensed Residential Real Estate Appraiser #T2285<br>LA State Certified General Real Estate Appraiser #G0318 |

1250 SW Railroad Ave
Suite 200A
Hammond, LA 70403

File No. 2018-1358



# MURPHY APPRAISAL SERVICES

19411 Helenberg Road, Suite 204, Covington, LA 70433 ▯ (985) 626-4115 ▯ fax (985) 626-4116

Bank of Louisiana
300 St Charles Ave
New Orleans, LA 70130

RE:   Appraisal of
       35211 Beverly Hills Dr
       Prairieville, LA 70769

In accordance with your request, we have personally viewed and prepared an appraisal of the property located at 35211 Beverly Hills Dr, Prairieville, LA 70769. The purpose of this appraisal is to estimate the *fee simple "as-is"* market value of the property described in the body of this report as of November 6, 2018. It is understood that the function of this appraisal is to determine the current market value of the subject property for bankruptcy/foreclosure/rehab purposes.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) (summary report) of the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

The property is located in Flood Zone X500 which *IS NOT* a HUD Identified Special Flood Hazard Area.

The opinion of value expressed in this report is contingent upon the Certifications and Statement of Limiting Conditions page attached to this report. The acceptance of this appraisal assignment by the appraiser was not based on a requested minimum valuation, or the approval of the loan. The appraiser certifies that the compensation for this appraisal is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result of the occurrence of a subsequent event. This appraisal has been prepared to conform with the Uniform Standards of Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal foundation, unless otherwise stated in this report. The appraiser has disclosed within this appraisal report steps taken that were necessary or appropriate to comply with the competency provision of the USPAP.

The value estimate made is the "AS-IS" concluded market value based on the sales comparison approach to value.

As per current FIRREA minimum appraisal standards, we **have** completed previous appraisals of single-family residences in this area. An inspection of the appraised property, a study of pertinent factors, valuation trends, and the general neighborhood data, led us to the conclusion that the *fee simple "as-is" market value*, as of November 6, 2018, is:

**$297,000**
TWO HUNDRED NINETY SEVEN THOUSAND DOLLARS

It has been a pleasure to assist you. If we may be of further service to you in the future, please let us know.

Respectfully submitted,

Richard L. Murphy MAI, SRA
Louisiana State Certified General
Real Estate Appraiser #G0318

Haley D. Hernandez
Louisiana State Licensed
Real Estate Appraiser #T2285

Murphy Appraisal Services

## Exterior–Only Inspection Residential Appraisal Report

2018-1358
File # 2018-1358

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

| | |
|---|---|
| Property Address | 35211 Beverly Hills Dr   City Prairieville   State LA   Zip Code 70769 |
| Borrower | Owner of Public Record   Bank of Louisiana   County Ascension |
| Legal Description | Lot 110 Fountain Hill S/D, 2nd & 3rd Filings |
| Assessor's Parcel # | 20020110   Tax Year 2019   R.E. Taxes $ 5,749 |
| Neighborhood Name | Fountain Hill   Map Reference 12940   Census Tract 0303.00 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 750   ☒ per year   ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)   Determine Fair Market Value
Lender/Client   Bank of Louisiana   Address   300 St. Charles Ave., New Orleans, LA 70072
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s).   GSMLS #2171403; The subject property was listed on 08/24/2018 for $325,000.

**CONTRACT**

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Property currently not under contract for sale.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE | AGE | One-Unit | 100 % |
| Built-Up | ☐ Over 75% ☒ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 0 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 376 Low | 0 | Multi-Family | 0 % |
| | | | | | | 610 High | 15 | Commercial | 0 % |
| | | | | | | 460 Pred. | 10 | Other | 0 % |

Neighborhood Boundaries   The subject neighborhood is bounded to the North by Bluff Rd, the South by I-10, the East by I-10, and the West by Bluff Rd.
Neighborhood Description   This is a residential area with homes being of very good to excellent quality, and have historically demonstrated in balance demand and supply. The subject has access to major traffic arteries and major amenities are located nearby. The area has good employment stability and good market appeal. Utilities are easily accessed and the adequacy of police and fire protection is considered good. Consumer conveniences are located within the area.
Market Conditions (including support for the above conclusions)   Property values in the subject area are stable as the demand for properties in the area is stable. Marketing time in the area is over 6 months with some properties selling in less time. Loan discounts and buy downs are not a factor in the present market as mortgage money is widely available at competitive rates. Some sellers are willing to pay discount points, origination fees and closing costs as financial concessions.

**SITE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Dimensions 68x142 | | Area  9,656 Sq.Ft. | | Shape  Rectangular | | View N;Res; |

Specific Zoning Classification   Medium Intensity (RM)   Zoning Description   Medium Intensity Residential
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe   The highest and best use of the subject property as improved is residential.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ Entergy | Water | ☒ | | Street  Concrete | ☒ | ☐ |
| Gas | ☒ | ☐ Atmos | Sanitary Sewer | ☒ | | Alley  None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone  X500   FEMA Map #  22005C0025E   FEMA Map Date  08/16/2007
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe
While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser.  Unless otherwise noted, standard utility and right-of-way easements are insignificant to value.

**IMPROVEMENTS**

Source(s) Used for Physical Characteristics of Property ☒ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner
☐ Other (describe)   Data Source for Gross Living Area   Prior Inspection

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | ☒ FWA ☐ HWBB | | ☒ Fireplace(s) # 2 | | ☐ None | |
| # of Stones 2 | | ☐ Full Basement ☐ Finished | | ☐ Radiant | | ☐ Woodstove(s) # | | ☒ Driveway  # of Cars 2 | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | ☐ Partial Basement ☐ Finished | | ☐ Other | | ☒ Patio/Deck  Cov | | Driveway Surface  Concrete | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Exterior Walls  Brick/Good | | Fuel  Electric | | ☐ Pool | | ☒ Garage  # of Cars 3 | |
| Design (Style)  French | | Roof Surface  ArchShing/Avg | | ☒ Central Air Conditioning | | ☒ Porch  Cov | | ☐ Carport  # of Cars | |
| Year Built  2007 | | Gutters & Downspouts  None | | ☐ Individual | | ☐ Fence | | ☒ Attached ☐ Detached | |
| Effective Age (Yrs)  5 | | Window Type  AlumInsul/Gd | | ☐ Other | | ☐ Other | | ☐ Built-in | |

Appliances ☐ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer   Other (describe)   None
Finished area above grade contains:   10 Rooms   5 Bedrooms   3.1 Bath(s)   4,580 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)   None

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).   The exterior of the subject property was in overall very good condition at the time of viewing.  Needed repairs of significance will include replacement of all drywall, electrical wiring and plumbing, as evidence of Chinese Drywall was detected.  No economic obsolescence was noted during the drive by inspection.  It is possible that other issues may exist, especially if they were not readily visible to the appraiser.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No
If Yes, describe.
Physical deficiencies and adverse conditions that affect livability include evidence of Chinese Drywall, which has been linked to known health effects.  Issues of soundness or structural integrity are often related to areas that are unapparent or hidden from the appraiser's view.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe.
The subject conforms to the neighborhood with typical utilities and and style.

Form 2055 – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

## Exterior-Only Inspection Residential Appraisal Report

2018-1358
File # 2018-1358

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 469,000 to $ 575,000 .
There are **1** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 430,000 to $ 430,000 .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 35211 Beverly Hills Dr | 18180 Fountain Hill Blvd | | 18289 Fountain Hill Blvd | | 36147 Beverly Hills Dr | |
| | Prairieville, LA 70769 | Prairieville, LA 70769 | | Prairieville, LA 70769 | | Prairieville, LA 70769 | |
| Proximity to Subject | | 0.30 miles NW | | 0.49 miles NW | | 0.42 miles NW | |
| Sale Price | $ | | $ 430,000 | | $ 468,000 | | $ 416,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 136.72 sq.ft. | | $ 121.72 sq.ft. | | $ 116.99 sq.ft. | |
| Data Source(s) | | MLS #2018014665;DOM 24 | | MLS #2017005852;DOM 104 | | MLS#2016015100;DOM 171 | |
| Verification Source(s) | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | None Noted | | Closing Costs | -9,000 | None Noted | |
| Date of Sale/Time | | 10/05/2018 | | 10/02/2017 | | 05/05/2017 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | Fee simple | |
| Site | 9,656 Sq.Ft. | 16,000 sf | 0 | 16,552 sf | 0 | 11,739 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | French | French | | French | | French | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 11 | 4 | 0 | 10 | 0 | 14 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10  5  3.1 | 9  4  3.1 | | 9  4  4.1 | -5,000 | 9  4  3.1 | |
| Gross Living Area | 4,580 sq.ft. | 3,145 sq.ft. | +71,800 | 3,845 sq.ft. | +36,800 | 3,556 sq.ft. | +51,200 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Garage 3/None | Garage 2/None | +5,000 | Garage 2/None | +5,000 | Garage 2/None | +5,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 1 - Gas | 1 - Gas | | 1 - Gas | | 1 - Gas | |
| Other Features | None | Outdoor Kitchen | -15,000 | None | | None | |
| Repair Estimate | | | -172,000 | | -187,200 | | -166,400 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -110,200 | ☐ + ☒ - | $ -159,400 | ☐ + ☒ - | $ -110,200 |
| Adjusted Sale Price | | Net Adj. 25.6 % | | Net Adj. 34.1 % | | Net Adj. 26.5 % | |
| of Comparables | | Gross Adj. 61.3 % $ | 319,800 | Gross Adj. 51.9 % $ | 308,600 | Gross Adj. 53.5 % $ | 305,800 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) Deedfax, MLS, Ascension Parish Court Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) Deedfax, MLS, Ascension Parish Court Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt |
| Effective Date of Data Source(s) | 11/06/2018 | 11/06/2018 | 11/06/2018 | 11/06/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales Research indicates that the subject has not sold within three years of
this appraisal and the comparables have not sold within 1 year of this appraisal other than those sales listed in this report.

Summary of Sales Comparison Approach See attached addendum for full Summary of Sales Comparison Approach.
***The subject property of this report was found to have evidence of Chinese Drywall.***
The appraiser had to extend the comparable sales search back several years in order to find similar sales. The market in this area has remained
stable over the last few years and no market condition adjustment was deemed necessary. Comparable Sale 5 was a sale of a similar property
that had Chinese Drywall. The property was mitigated and sold 18 months later at a price roughly 40% higher. Due to paired sales analysis, the
appraiser believes that the subject property, as is, would currently sell for 40% less than the current market value of the most comparable sales.
All sales share similar quality of construction to the subject and have sold within the past year. The overall adjusted range of value is at a low of
$239,323 to a high of $319,800. As such, an overall value at $297,000 is reasonable given all the previous discourse and data.
Indicated Value by Sales Comparison Approach $ 297,000

Indicated Value by: Sales Comparison Approach $ 297,000 Cost Approach (if developed) $ 299,082 Income Approach (if developed) $
The sales comparison approach is used as the only indicator of value. The cost approach would not be a good indicator of value due to the age
of the subject and is therefore not used. Most homes in the subject area are purchased for owner occupancy, therefore the income approach
would also not be a good indicator of value.
This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair. The subject property is appraised
"as-is." No warranties as to mechanical condition or structural integrity are expressed or implied in this appraisal report.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 297,000 , as of 11/06/2018 , which is the date of inspection and the effective date of this appraisal.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Exterior–Only Inspection Residential Appraisal Report

2018-1358
File # 2018-1358

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(-) $ Adjustment | COMPARABLE SALE # 5 | +(-) $ Adjustment | COMPARABLE SALE # 6 | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Address | 35211 Beverly Hills Dr | 12445 Oak Alley Dr | | 12445 Oak Alley Dr | | | |
| | Prairieville, LA 70769 | Geismar, LA 70734 | | Geismar, LA 70734 | | | |
| Proximity to Subject | | 4.32 miles S | | 4.32 miles S | | | |
| Sale Price | $ | $ 375,000 | | $ 151,123 | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 126.43 sq.ft. | | $ 50.95 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS#201407931;DOM 156 | | MLS#201307395;DOM 87 | | | |
| Verification Source(s) | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Cash | | | |
| Concessions | | None Noted | | None Noted | | | |
| Date of Sale/Time | | 11/14/2014 | | 08/15/2013 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | | |
| Site | 9,656 Sq.Ft. | 20,809 sf | 0 | 20,809 sf | 0 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | French | French | | French | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 11 | 7 | 0 | 4 | 0 | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 10 / 5 / 3.1 | 8 / 4 / 3.0 | +2,500 | 8 / 4 / 3.0 | +2,500 | | |
| Gross Living Area | 4,580 sq.ft. | 2,966 sq.ft. | +80,700 | 2,966 sq.ft. | +80,700 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | | |
| Energy Efficient Items | Typical | Typical | | Typical | | | |
| Garage/Carport | Garage 3/None | Garage 2/None | +5,000 | Garage 2/None | +5,000 | | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | | |
| Fireplace | 1 - Gas | 1 - Gas | | 1 - Gas | | | |
| Other Features | None | None | | None | | | |
| Repair Estimate | | | -150,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ -61,800 | | ☒ + ☐ - $ 88,200 | | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 16.5 % | | Net Adj. 58.4 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 63.5 % $ 313,200 | | Gross Adj. 58.4 % $ 239,323 | | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deedfax, MLS, Clerk of Crt | MLS | MLS | |
| Effective Date of Data Source(s) | 11/06/2018 | 11/06/2018 | 11/06/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales    Research indicates that the subject has not sold within three years of
this appraisal and the comparables have not sold within 1 year of this appraisal other than those sales listed in this report.

Analysis/Comments    See Summary of Sales Comparison Approach.

Form 2055.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Exterior–Only Inspection Residential Appraisal Report**   File # 2018-1358

2018-1358

| · URAR : Site - Adverse Conditions or External Factors |
|---|

While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser.  Unless otherwise noted, standard utility and right-of-way easements are insignificant to value.  However, a current locational or boundary survey, which was unavailable to the appraiser, may reveal encroachments, easements, zoning violations, or other matters of interest that could warrant modification of the appraiser's analysis and opinions.  This appraisal is not an environmental assessment of the subject property and should not be relied on as such.

The scope of this assignment does not include any attempt at discovery (or reporting) of potentially adverse neighborhood influences such as, but not limited to:  nearby criminal activity, registered sex offenders, or interim rehabilitative facilities for felonious offenders.

Statements regarding zoning compliance are intended in the most general sense.  Zoning and building ordinances vary significantly from one municipality to another and are applied on a case-by-case basis.  The scope of this assignment does not include a detailed analysis of every characteristic of the subject property's site and improvements relative to current no zoning and building ordinances.

The appraiser is not a licensed structural engineer and no warranty is expressed or implied to any of the structural components of the subject property.  The buyer/owner should obtain a building inspection by a licensed structural engineer if there is any concern about the structural integrity and durability of the subject property's structural components.  If such inspection reveal any conditions which would render the subject less valuable, the appraiser reserves the right to reconsider the value estimate and adjust it accordingly if necessary.

This report should not be relied upon to disclose any conditions present in the subject property. The appraisal report does not guarantee that the property is free of defects.  A professional home inspection is recommended. No third parties are authorized to rely upon this report without the express written consent of the appraiser. If exterior inspection only the appraiser cannot guarantee condition of interior any negative conditions would effect the final value.

The appraiser is not an expert in detecting environmental hazards. Visual observation of the property for valuation purposes did not reveal conditions which the appraiser could discern as potential environmental hazards. This in no way implies that environmental hazards do not exist. An expert in that field should be called upon if needed.

The actual condition of items like foundation walls, exterior walls, and roof surface can be difficult to assess.  Often, significant portions of these items can be hidden from view and even under the best conditions, the appraiser can only view surface areas.  The origin of many problems related to foundation walls, exterior walls, or roof surfaces are internal and thus hidden from the appraiser's view.

The reader is directed to Limiting Condition 5 of page 4 of this report to understand the limitation on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the subject property.  This appraisal should not be relied on as a substitute for a home inspection.

In preparing the report, we have inspected the subject site and gathered information on the comparable land and improved sales. We have also confirmed and analyzed the data and applied the appropriate approaches as described in the Scope of Work.

| COST APPROACH TO VALUE (not required by Fannie Mae) |
|---|

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The subject estimated site value is $75,000

based on comparable market sales over the past 12 months.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | = $ | 75,000 |
|---|---|---|---|---|---|---|
| Source of cost data    Appraisal files | DWELLING | 4,580 | Sq.Ft. @ $ | 94.00 | = $ | 430,520 |
| Quality rating from cost service   Good    Effective date of cost data   Current Qrt. | | | Sq.Ft. @ $ | | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | | = $ | |
| a 40% deduction was made for functional obsolescence.  The physical | Garage/Carport | | Sq.Ft. @ $ | | = $ | |
| depreciation is measured from the Effective Age/Life Method of 5/65 | Total Estimate of Cost-New | | | | = $ | 430,520 |
| years. | Less | Physical | Functional | External | | |
| | Depreciation | 38,730 | 172,208 | | = $ | 210,938) |
| | Depreciated Cost of Improvements | | | | = $ | 219,582 |
| | "As-is" Value of Site Improvements | | | | = $ | 4,500 |
| Estimated Remaining Economic Life (HUD and VA only) | 60 Years | INDICATED VALUE BY COST APPROACH | | | = $ | 299,082 |

| INCOME APPROACH TO VALUE (not required by Fannie Mae) |
|---|

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

| PROJECT INFORMATION FOR PUDs (if applicable) |
|---|

| Is the developer/builder in control of the Homeowners' Association (HOA)? | ☐ Yes | ☐ No | Unit type(s) | ☐ Detached | ☐ Attached |
|---|---|---|---|---|---|

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | | Total number of units sold | |
|---|---|---|---|---|
| Total number of units rented | Total number of units for sale | | Data source(s) | |
| Was the project created by the conversion of existing building(s) into a PUD? | | ☐ Yes | ☐ No  If Yes, date of conversion | |
| Does the project contain any multi-dwelling units? | ☐ Yes | ☐ No  Data Source(s) | | |
| Are the units, common elements, and recreation facilities complete? | ☐ Yes | ☐ No  If No, describe the status of completion. | | |

| Are the common elements leased to or by the Homeowners' Association? | ☐ Yes | ☐ No  If Yes, describe the rental terms and options. |
|---|---|---|

Describe common elements and recreational facilities.

## Exterior-Only Inspection Residential Appraisal Report

2018-1358
File # 2018-1358

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Exterior–Only Inspection Residential Appraisal Report**  2018-1358
File # 2018-1358

APPRAISER'S CERTIFICATION:   The  Appraiser  certifies  and  agrees  that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

Exterior–Only Inspection Residential Appraisal Report   2018-1358
File # 2018-1358

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Haley D Hernandez | Name   Richard L. Murphy, SRA, MAI |
| Company Name   Murphy Appraisal Services, LLC | Company Name   Murphy Appraisal Services, LLC |
| Company Address   1250 SW Railroad Ave, Suite 200A, | Company Address   19411 Helenberg Road, Suite 204, Covington, |
| Hammond, LA 70403 | LA 70433 |
| Telephone Number   (985) 310-4991 x209 | Telephone Number   (985) 626-4115 |
| Email Address   haleyh@murphyappraisal.com | Email Address   rickm@murphyappraisal.com |
| Date of Signature and Report   11/08/2018 | Date of Signature   11/08/2018 |
| Effective Date of Appraisal   11/06/2018 | State Certification #   G318 |
| State Certification # | or State License # |
| or State License #   T2285 | State  LA |
| or Other (describe)                      State # | Expiration Date of Certification or License   12/31/2018 |
| State  LA | |
| Expiration Date of Certification or License   12/31/2018 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | ☒ Did not inspect exterior of subject property |
| 35211 Beverly Hills Dr | ☐ Did inspect exterior of subject property from street |
| Prairieville, LA 70769 | Date of Inspection |
| APPRAISED VALUE OF SUBJECT PROPERTY $   297,000 | |
| LENDER/CLIENT | COMPARABLE SALES |
| Name   Tim O'Brien | |
| Company Name   Bank of Louisiana | ☒ Did not inspect exterior of comparable sales from street |
| Company Address   300 St. Charles Ave., New Orleans, LA 70072 | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection |
| Email Address   tim.obrien@bankoflouisiana.com | |

Form 2055 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Supplemental Addendum

File No. 2018-1358

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State LA | Zip Code 70769 |
| Lender/Client | Bank of Louisiana | | | | |

### SCOPE OF WORK:

The following steps were made in arriving at the final estimate of value included in the appraisal report of the subject property:

1. A preliminary search of all available resources was made to determine market trends, influences and other significant factors pertinent to the subject property. The property has been identified previously in this report.

2. A complete site visit of the property was performed. Both the interior and exterior of the property were viewed. Although due diligence was exercised while at the property, the appraisers are not experts in such matters as soils, structural engineering, hazardous waste, etc., and no warranty is given as to these elements. As needed, inspections by various professionals within these fields might be recommended with the final estimate of value subject to their findings.

3. Research and collection of data (costs, improved sales, escrow sales, listings and income) were performed as present in the subject's market area and sufficient in quantity to express an opinion of value as defined herein. We examined data from MLS, Deedfax, and the various local governmental records departments, as well as our own files. Pertinent data are contained in this report.

4. The direct sales comparison and cost approach to value were considered as appropriate for this appraisal. The results of these approaches to value are discussed later in this report. The Income Approach was not used as it was not felt to be needed to produce a credible result. Most homes in the area are purchased for owner occupancy.

Replacement cost figures used in the cost approach are for valuation purposes only. No one, client or third party, should rely on these figures for insurance purposes. The definition of market value stated in this report is not a definition of insurable value, and must not be interchanged. Actual reconstruction costs can easily exceed the replacement cost figures used in this appraisal.

### PURPOSE OF THE APPRAISAL:

The purpose of the appraisal is to estimate the market value of the real estate, as of 11/06/2018. Market Value is defined below. The function of the appraisal is for asset management only, it is not to be released to any other parties without written consent of the appraiser.

### DEFINITION OF MARKET VALUE:

"Market Value" is defined by the United States Treasury Department, Comptroller of the Currency 12 CFR part 34.43 (f) as, "The most probable price a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

### INTENDED USER OF THE APPRAISAL:

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser. All other parties that choose to rely on the appraisal report should recognize that the assignment results were not developed or reported in a manner consistent with the needs or uses of parties other than those identified by the intended user.

### INTENDED USE:

The Intended Use is to evaluate the property that is the subject of this appraisal for client asset management, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. All other parties that choose to rely on the appraisal report should recognize that the assignment results were not developed or reported in a manner consistent with the needs or uses of parties other than those identified by the intended user. [Statement on Appraisal Standards No. 9 (SMT-9), USPAP 2017-2018.

### COMPLIANCE STATEMENT:

It is the intention that this report has been made in conformity with the minimum requirements contained in the Comptroller's Manual for National Banks "Law - USC 29 section 7.3025 (d)." This appraisal is also prepared in compliance with the professional standards and ethics of the Appraisal Institute.

### PROPERTY RIGHTS APPRAISED:

The property rights appraised herein are fee simple. No mineral interests are valued or are considered in this analysis. No personal property, fixtures, or other intangible items that are not real property are included in the value estimate of this report.

## Supplemental Addendum

File No. 2018-1358

| Borrower | |
| Property Address | 35211 Beverly Hills Dr |
| City | Prairieville | County | Ascension | State | LA | Zip Code | 70769 |
| Lender/Client | Bank of Louisiana |

### ESTIMATED MARKETING AND EXPOSURE TIME:

The definition of Market Value is based on a reasonable time allowed for exposure to the market. Reasonable time is a subjective time period and will vary depending on the type property, marketing effort and price. Marketing Time is a prospective perspective or provides a perspective that is futuristic for the date of valuation with a presumed sale of the property under the assumption the property will sell at market value. Exposure Time is retrospective in perspective and provides a perspective that is historic for the date of valuation with a presumed sale of the property under the assumption that the property will sell at market value. For purposes of this appraisal, it is assumed that the property would be reasonably priced and aggressively marketed.

The estimated marketing time for the property is over 6 months. This estimate is based on market sales contained in the report, discussions with local real estate agents, and current listings of similar properties in the area. The estimated exposure time for the subject property is over 6 months.

### CONDITIONS OF THE APPRAISAL:

Improvements proposed, if any, on or off-site, as well as any repairs required, are considered, for purposes of this appraisal, to be completed in a good and workmanlike manner according to information submitted and/or considered by the appraiser(s). The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

### RECONCILIATION:

All sales utilized reflect current market price levels. Any sale slightly older than six months was used in order to stay within the subject market area. A detailed search of the appraiser's files, Multiple Listing Services, Ascension Parish Clerk of Court and Deedfax was conducted prior to the final comparable selection. The sales chosen as comparables for this analysis represent the best sales data available at the time of this analysis. All are indicative of the current market activity in the subject's market and are regarded as proper indicators of value for properties such as the subject.

### INSPECTION DISCLAIMER:

This appraisal/inspection is not a home inspection, building inspection, environmental inspection, structural inspection, or pest inspection. In the process of appraising this property and by preparing this appraisal report, the appraiser is not acting as a home inspector, building inspector, environmental inspector, structural engineer, or pest inspector.

In performing the limited viewing of this property, areas that were readily accessible were visually observed and the appraisers' review is superficial only. The appraisers' viewing is not technically exhaustive and does not offer warranties or guarantees of any kind. It is advised any interested parties have the appropriate inspections performed by licensed and or certified inspectors with attendant warranties and or guarantees.

It is further advised any adverse or negative conditions that may exist be inspected by the appropriate and or licensed individuals.

Wetlands delineation is not a part of the appraisal neither should this report be taken as a Home inspection or property dimensions. These items should be completed be a certified by a qualified person in that field of expertise. WE RESERVE THE RIGHT TO MAKE A VALUE REVISION IF THE SUBJECT IS DETERMINED TO BE IN WETLANDS OR UNFORSEEN PROBLEMS THAT A HOME INSPECTION WOULD REVEAL. WE CANNOT CERTIFY SURVEYS AND IF ENCROACHMENTS OR EASEMENTS EXIST. WE RECOMMEND THAT A SURVEY BE COMPLETED IF ONE DOES NOT EXIST AND ALL SURVEYS BE VERIFIED BY A CERTIFIED SURVEYOR.

In accepting this appraisal report, the intended users or third party recipients of this report accept this disclaimer as a condition of the appraisal process and appraisal report, and release the appraisers from any obligations regarding the certification or warranty associated with the appraisers' inspection of the appraised property.

### APPRAISAL FEE
$350.00

### • Exterior-Only : Sales Comparison Analysis - Summary of Sales Comparison Approach
The comparables selected are the most recent sales of similar properties and are felt to be excellent indicators of value. All comparable sales appear to be similar in size, location, and basic amenities; therefore supporting the market data approach. The appraiser was unable to bracket the subject property by living square footage. Adjustments were made to the comparables for differences in contributed seller concessions, number of bathrooms, living square footage and additional amenities as reflected by market activity. The subject property of this report was found to have evidence of Chinese Drywall. Comparable Sale 5 was a sale of a similar property that had Chinese Drywall. The property was mitigated and sold 18 months later at a price roughly 40% higher. Due to paired sales analysis, the appraiser believes that the subject property, as is, would currently sell for 40% less than the current market value of the most comparable sales. All sales share similar quality of construction to the subject and have sold within the past year. The overall adjusted range of value is at a low of $239,323 to a high of $319,800. As such, an overall value at $297,000 is reasonable given all the previous discourse and data.

# Legal Description

## Ascension Parish Assessor
## 2019 Assessment Listing

**Parcel#**
20020110
View on Map (http://ascensionparishmaps.azurewebsite... ?parcelid=20020110)

**Primary Owner**
BANK OF LOUISIANA
**Mailing Address**
C/O ROBERT MATHIS, ESQ
300 ST. CHARLES AVE.
NEW ORLEANS LA 70130-0000



*M. J. "MERT" SMILEY, JR.*
*ASSESSOR*

**Ward**
8

**Type**
RE

**Legal**
LOT 110 FOUNTAIN HILL, 2ND & 3RD FILINGS
(MAP#190457)(478/371) (479/286-288-289)(358/102)(380/771) (403/592)(MAP #297224)(626/14) (MAP #461823)
(MAP #564331
& 590995 & 566556)(COB/601721) (COB/743387)(COB/743388)(COB/745086)(COB/745087)(COB/743089)

**Physical Address**
35211 BEVERLY HILLS DR

## Parcel Items

| Property Class | Assessed Value | Market Value | Units | Homestead |
|---|---|---|---|---|
| RES SUBD LOT | 7,000 | 0 | 1.00 | 0 |
| SINGLE FAMILY RESIDENCE | 40,090 | 0 | 1.00 | 0 |
| **TOTAL** | **47,090** | **0** | **2.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| 745086 | REDEMPTION | 4/5/2010 | 0 | | |
| 745087 | REDEMPTION | 4/5/2010 | 0 | | |
| 743388 | REDEMPTION | 3/10/2010 | 0 | | |
| 743387 | REDEMPTION | 3/10/2010 | 0 | | |
| 743089 | SHERIFF SALE | 3/4/2010 | 246,667 | | |
| 724350 | PARISH TAX SALE | 6/9/2009 | 0 | | |
| 669940 | DEED | 6/7/2007 | 0 | | |
| 639706 | DEED | 7/10/2006 | 0 | 2006 | 06 |
| 601721 | DEED | 1/24/2006 | 65,900 | 2005 | 03 |
| | DEED | 3/16/2005 | 0 | | |

## Ownership History

| Homestead? Name | Primary? % Ownership % Tax | From | To | Address |
|---|---|---|---|---|

Form SCNLTR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State LA | Zip Code 70769 |
| Lender/Client | Bank of Louisiana | | | | |



### Subject Property Front

35211 Beverly Hills Dr
Sales Price
Gross Living Area     4,580
Total Rooms           10
Total Bedrooms        5
Total Bathrooms       3.1
Location              N;Res;
View                  N;Res;
Site                  9,656 Sq.Ft.
Quality               Q3
Age                   11



### Subject Property Rear
35211 Beverly Hills Dr



### Subject Street Scene
Beverly Hills Dr

# Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 35211 Beverly Hills Dr |
| City | Prairieville |
| Lender/Client | Bank of Louisiana |

County  Ascension   State  LA   Zip Code  70769



## Comparable 1

18180 Fountain Hill Blvd
Prox. to Subject  0.30 miles NW
Sales Price        430,000
Gross Living Area 3,145
Total Rooms       9
Total Bedrooms    4
Total Bathrooms   3.1
Location          N;Res;
View              N;Res;
Site              16,000 sf
Quality           Q3
Age               4



## Comparable 2

18289 Fountain Hill Blvd
Prox. to Subject  0.49 miles NW
Sales Price        468,000
Gross Living Area 3,845
Total Rooms       9
Total Bedrooms    4
Total Bathrooms   4.1
Location          N;Res;
View              N;Res;
Site              16,552 sf
Quality           Q3
Age               10



## Comparable 3

36147 Beverly Hills Dr
Prox. to Subject  0.42 miles NW
Sales Price        416,000
Gross Living Area 3,556
Total Rooms       9
Total Bedrooms    4
Total Bathrooms   3.1
Location          N;Res;
View              N;Res;
Site              11,739 sf
Quality           Q3
Age               14

## Comparable Photo Page

| Borrower | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | | | |
| City | Prairieville | County | Ascension | State | LA | Zip Code | 70769 |
| Lender/Client | Bank of Louisiana | | | | | | |



### Comparable 4

12445 Oak Alley Dr
| | |
|---|---|
| Prox. to Subject | 4.32 miles S |
| Sales Price | 375,000 |
| Gross Living Area | 2,966 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,809 sf |
| Quality | Q3 |
| Age | 7 |



### Comparable 5

12445 Oak Alley Dr
| | |
|---|---|
| Prox. to Subject | 4.32 miles S |
| Sales Price | 151,123 |
| Gross Living Area | 2,966 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 20,809 sf |
| Quality | Q3 |
| Age | 4 |

### Comparable 6

Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

## Location Map

| Borrower | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County  Ascension | | State  LA | Zip Code  70769 |
| Lender/Client | Bank of Louisiana | | | | |



## Flood Map

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | |
| City | Prairieville | County  Ascension | State  LA | Zip Code  70769 |
| Lender/Client | Bank of Louisiana | | | |



# QUALIFICATIONS OF

## Haley D. Hernandez

**REAL ESTATE EXPERIENCE**

Murphy Appraisal Services, LLC – Appraiser providing residential property valuation – January 2013 – Present

First Appraisal Network – Appraiser providing residential property valuation – September 2010 – January 2013

Cornerstone Appraisal Co. – Appraiser providing residential property valuation – May 2007 – December 2009

Countrywide – Wholesale Account Executive for Prime Lending Division – January 2007 – May 2007

Ameriquest Mortgage Company – Regional Purchase Manager – September 2004 – May 2006

**PROFESSIONAL MEMBERSHIPS**

Louisiana State Licensed Residential Real Estate Appraiser Trainee - #T2285

Licensed Property & Casualty Insurance Adjuster (Louisiana and Multiple States)

**REAL ESTATE TRAINING**

Residential Report Writing & Case Studies (06/2013), Residential Site Valuation & Cost Approach (06/2013)
Advanced Residential Applications & Case Studies (06/2013), Residential Market Analysis and Highest & Best Use (06/2013),
Statistics, Modeling and Finance (06/2013), Appraisal Subject Matter Electives (06/20130, Residential Sales Comparison &
Income Approaches (06/2013)Land & Site Valuation (12/2010), Appraising FHA Today (12/2010), Introduction to Legal
Descriptions (12/2010), Basic Appraisal Principles (05/2006), Basic Appraisal Procedures (05/2006)

**EDUCATION**

Southeastern Louisiana University – Hammond, LA 1999-2003

Ponchatoula High School – Ponchatoula, LA 1994-1998

**PARTIAL LIST OF CLIENTS**

| | |
|---|---|
| First Bank & Trust | Resource Bank |
| Louisiana Land Bank | Iberia Bank |
| American Bank & Trust | State Bank & Trust |
| Citizens Bank & Trust | Gulf Coast Bank & Trust |

QUALIFICATIONS OF
RICHARD L. MURPHY, MAI, SRA

## REAL ESTATE EXPERIENCE

Murphy Appraisal Services - Appraiser/Realtor providing residential and commercial property valuation (Sept., 1991 to present)
A. B. Miles & Associates - Appraiser/Realtor providing commercial and residential property valuation.  (Sept., 1989 to Sept., 1991)
Delery Appraisal Inc. - Appraiser/Realtor providing residential and small residential income producing property valuation.  (Sept., 1985 to August, 1989)
Coldwell Banker Co. - Agent specializing in residential sales.  (Sept., 1984 to Sept., 1985)

## PROFESSIONAL MEMBERSHIPS

Member of the Appraisal Institute, **MAI Designation, SRA Designation**
Louisiana State Certified General Real Estate Appraiser #0318
Mississippi State Certified General Real Estate Appraiser #GA-666
Alabama State Certified General Real Estate Appraiser #G00953
National Association of Realtors
Licensed Real Estate Broker (State of Louisiana)
New Orleans Metropolitan Association of Realtors
Tangipahoa Board of Realtors
Baton Rouge Board of Realtors

## TRAINING

**Online 2016-17 15 Hour Equivalent USPAP Course** – OnCourseLearning (May 2016)
**Defensible Workfile** – Mbond Continuing Education Provider (March 2016)
**Online 7-Hour Equivalent USPAP Update Course** - Appraisal Institute (May 2016)
**Supervisor-Trainee Course for Mississippi** – McKissock (December 2015)
**Homeowners Flood Insurance: Gulf of Mexico Region Specific** – McKissock (December 2015)
**Supervisor-Trainee Course for Louisiana** – McKissock (June 2015)
**Online You Say Fracking,I say Frac'ing Lets talk Valuation** – Appraisal Institute (June 2015)
**Online Data Verification Method** – Appraisal Institute (November 2014)
**2014 -15 USPAP Update Course** – Appraisal Institute (January 2014)
**Online Subdivision Valuation** – Appraisal Institute (November 2014)
**Marketability Studies: Advanced Considerations & Applications** – Appraisal Institute (April 2013)
**Business Practices and Ethics** – Appraisal Institute (November 2012)
**Uniform Standards of Professional Appraisal Practice** - Appraisal Institute (May 2012)
**Fundamentals of Separating Real Property, Personal Property and Intangible Business Assets** - Appraisal Institute (March 2012)
**Profiting from the New Estate Tax Law** - Appraisal Institute (May 2011)
**Understanding the New Interagency Appraisal and Evaluation** G (February 2011)
**Site Use and Valuation Analysis** – Appraisal Institute (December 2010)
**Professional's Guide to the Fannie Mae 2-4 Unit** – Appraisal Institute (December 2010)
**Valuation of Green Residential Properties** – Appraisal Institute (December 2010)
**Uniform Standards of Professional Appraisal Practice** – Appraisal Institute (September, 2010)
**JVI Appraising Residential REO Properties** – (April 2009)
**Uniform Standards of Professional Appraisal Practice** – Appraisal Institute (December, 2008)
**Quadrennial Ethics** – (November 2008)
**General Demo Appraisal Report Workshop** – Appraisal Institute (April, 2008)
**Business Practices and Ethics** – Appraisal Institute (March, 2008)
**Advanced Income** – Appraisal Institute – Columbus, OH – (July 2005)
**Advanced Sales and Cost Approach** – Appraisal Institute – Cleveland, OH (June 2004)
**Appraisal Procedures** – Appraisal Institute – Austin TX – (January, 2004)
**Uniform Standards of Professional Appraisal Practice** – Dallas TX – (December, 2003)
**Highest and Best Use and Market Analysis** - Appraisal Institute - Houston, TX. (August, 1999)
**Report Writing and Valuation Analysis** - Appraisal Institute – Houston, TX. (August, 1998)
**Standards of Professional Practice** - Appraisal Institute - Baton Rouge, LA. (August, 1996)
**Standards of Professional Practice** - Appraisal Institute - Metairie, LA.  (August, 1993)

**Case Studies in Real Estate Valuation** - Appraisal Institute - Tallahassee, Florida.  (August, 1992)
**Capitalization Theories and Techniques (Part B)** - Appraisal Institute - Tuscaloosa, Alabama. (July  1991)
**Capitalization Theories and Techniques (Part A)** - Appraisal Institute - Athens, Georgia. (March, 1991)
**Residential Valuation** - American Institute of Real Estate Appraisers - Orlando, Florida. (October, 1989)
**Real Estate Appraisal Principles** - American Institute of Real Estate Appraisers - Houston, Texas. (April, 1989)
**Standards of Professional Practice** - American Institute of Real Estate Appraisers - Austin, Texas. (October, 1988)
Fannie Mae Guidelines for UAR Report Writing, Independent Fee Appraisers, Orleans Chapter – 1988
**Principles of Real Estate Appraising** - National Association of Independent Fee Appraisers - 1986 Real Estate Agent's Course, Uptown Professional Real Estate School – 1983

## COMMITTEES

**Appraisal Institute** -
President – New Orleans Chapter – (2005- 2013)
Regional Ethics and Counseling Panel - Louisiana Chapter - (September 1993 - 1998)
Residential Review Committee Admissions Chairman - Louisiana Chapter - (July 1998 – Present)  Board of Directors - Louisiana Chapter - (January 1998)

## SEMINARS

**Supervisor-Trainee Course for Louisiana** (June 2015)
**Property Measuring and Pricing** (October 2015)
**Economic & Real Estate Forecast** (October 2014)
**Anatomy of a Public-Private Real Estate Deal** (October 2014)
**State of Housing Market Seminar** (October 2014)
**2013 Economic Outlook & Real Estate Forecast Seminar for the Northshore** (March 2013**)**
**Valuation of Green Residential Properties** – Appraisal Institute (December, 2008)
**USPAP** – Appraisal Institute – Covington, Louisiana (July, 2006)
**Appraising plans and specifications** - Appraisal Institute - Metairie, Louisiana. (January, 2004)
**Understanding & Using DCF Software** - Appraisal Institute - New Orleans, La. (January, 1998**)**
**Experience Review** - Appraisal Institute - New Orleans, Louisiana (January, 1998)
**Environment Energy** - Appraisal Institute - New Orleans, Louisiana (March 1996)
**Appraising and the Internet** - Appraisal Institute - New Orleans, Louisiana (January 1996)
**The Appraiser as Expert Witness** - Appraisal Institute - New Orleans, Louisiana. (January, 1995)
**Wetlands Seminar** - Appraisal Institute - Baton Rouge, Louisiana. (June, 1991)
Review for Louisiana General Certification Examination - Appraisal Institute - New Orleans, Louisiana. (November, 1990)

## EDUCATION

Louisiana State University - Baton Rouge, Louisiana 1979-1984
Archbishop Moeller High School - Cincinnati, Ohio 1975-1979

## QUALIFIED AS AN EXPERT WITNESS

**Civil District Court, City of New Orleans** (Judge Reese) – 2012
Condemnation case involving State of Louisiana acquiring and demolishing property for construction of the LSU/VA hospital **22**nd
**Judicial District, St. Tammany Parish** (Judge Childress) – 2011
Expert Witness for litigation associated with servitude acquisition
**24**th **Judicial District** (Judge Regan) – 2008
ROW State Project #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 Parcel 2-1/dispute in Grand Isle, LA
**24**th **Judicial District, Jefferson Parish** (Judge McCabe) – 2006
Contractual dispute over the value of a proposed commercial trailer park.
**Civil District Court, Jefferson Parish** (Judge Zeno) – 2002
Divorce proceedings – property dispute (multiple properties)
**Civil District Court, St. Tammany Parish** (Judge Hedges) – 2001
Contractual dispute over an undeveloped vacant residential subdivision
**22nd Judicial District, St. Tammany Parish** (Judge James) - 2000  Divorce proceedings – property dispute

**Federal Bankruptcy Court, Eastern District** (Judge Brahney's Court ad-hoc judge) -1999
Bankruptcy hearing involving residential and commercial property
**Civil District Court, City of New Orleans** (Judge Johnson) - 1998
Condemnation case involving City of New Orleans acquiring and demolishing property due to neglect
**Federal Bankruptcy Court, Eastern District** (Judge Brahney) - 1994 Bankruptcy
hearing involving residential and commercial property

## SELECTED LIST OF CLIENTS:

FHA Approved Appraiser
Capital One Bank
Resource Bank
Whitney Bank
Regions Bank
Chase Bank
First Guaranty Bank
Fidelity Homestead
Home Bank
Iberville Bank
U.S. Army Corps of Engineers
U.S. Department of the Interior

Hancock Bank
Citizens Bank
Louisiana Dept. of Transportation
Citizens Savings Bank
Resource Bank
Gulf Coast Bank & Trust
State Bank and Trust
First Bank and Trust
BBVA Compass Bank
Teche Federal Bank
Florida Parishes Bank
Metairie Bank
First Community Bank

Email address: rickmurphyappraisal.com



State of Louisiana

Real Estate Appraiser Trainee License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Real Estate Appraiser Trainee License is hereby granted to

HALEY D. HERNANDEZ

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01     09     2017   Through 12     31     2018

Roland M. Hall
Chairman

License Number: T 2285

Secretary



State of Louisiana

Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to

RICHARD L MURPHY

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01     01   2017 Through 12     31     2018

Roland M. Hall
Chairman

License Number: G318

Secretary

File No. 46195



# MURPHY APPRAISAL SERVICES

19411 Helenberg Road, Suite 204, Covington, LA 70433 ☐ (985) 626-4115 ☐ fax (985) 626-4116

Bank of Louisiana
300 St Charles Ave
New Orleans, LA 70130

RE:     Appraisal of
        35211 Beverly Hills Dr
        Prairieville, LA 70769

In accordance with your request, we have personally viewed and prepared an appraisal of the property located at 35211 Beverly Hills Dr, Prairieville, LA 70769. The purpose of this appraisal is to estimate the *fee simple "as-is"* market value of the property described in the body of this report as of October 11, 2016. It is understood that the function of this appraisal is to determine the current market value of the subject property for bankruptcy/foreclosure/rehab purposes.

This is an Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) (summary report) of the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation.

The property is located in Flood Zone X500 which *IS NOT* a HUD Identified Special Flood Hazard Area.

The opinion of value expressed in this report is contingent upon the Certifications and Statement of Limiting Conditions page attached to this report. The acceptance of this appraisal assignment by the appraiser was not based on a requested minimum valuation, or the approval of the loan. The appraiser certifies that the compensation for this appraisal is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result of the occurrence of a subsequent event. This appraisal has been prepared to conform with the Uniform Standards of Appraisal Practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal foundation, unless otherwise stated in this report. The appraiser has disclosed within this appraisal report steps taken that were necessary or appropriate to comply with the competency provision of the USPAP.

The value estimate made is the "AS-IS" concluded market value based on the sales comparison approach to value.

As per current FIRREA minimum appraisal standards, we **have** completed previous appraisals of single-family residences in this area. An inspection of the appraised property, a study of pertinent factors, valuation trends, and the general neighborhood data, led us to the conclusion that the *fee simple "as-is" market value*, as of October 11, 2016, is:

**$482,000**
FOUR HUNDRED EIGHTY TWO THOUSAND DOLLARS

It has been a pleasure to assist you. If we may be of further service to you in the future, please let us know.

Respectfully submitted,

Richard L. Murphy MAI, SRA
Louisiana State Certified General
Real Estate Appraiser #G0318

Haley D. Hernandez
Louisiana State Licensed
Real Estate Appraiser #T2285

Murphy Appraisal Services

# Exterior–Only Inspection Residential Appraisal Report    File # 46195

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  35211 Beverly Hills Dr | City  Prairieville   State  LA   Zip Code  70769 |
| Borrower | Owner of Public Record  Bank of America   County  Ascension |

Legal Description   Lot 110 Fountain Hill S/D, 2nd & 3rd Filings

Assessor's Parcel #   20020110     Tax Year  2016     R.E. Taxes $  5,772

Neighborhood Name  Fountain Hill     Map Reference  MLS 90     Census Tract  0303.00

Occupant ☐ Owner ☐ Tenant ☒ Vacant     Special Assessments $  0     ☐ PUD   HOA $ 750   ☒ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Determine Fair Market Value

Lender/Client  Tim O'Brien     Address

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).     The subject property was listed on 08/04/2015 for $525,000. The listing expired on 08/01/2016.

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Property currently not under contract for sale.

Contract Price $     Date of Contract     Is the property seller the owner of public record? ☐ Yes ☐ No   Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☒ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE | AGE | One-Unit | 100 % |
| Built-Up | ☐ Over 75% ☒ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 0 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☐ Under 3 mths ☐ 3-6 mths ☒ Over 6 mths | | 376 Low | 0 | Multi-Family | 0 % |
| | | | | | 610 High | 15 | Commercial | 0 % |
| | | | | | 460 Pred. | 10 | Other | 0 % |

Neighborhood Boundaries     The subject neighborhood is bounded to the North by Bluff Rd, the South by
I-10, the East by I-10, and the West by Bluff Rd.

Neighborhood Description     This is a residential area with homes being of very good to excellent quality, and have historically demonstrated in balance demand and supply. The subject has access to major traffic arteries and major amenities are located nearby.  The area has good employment stability and good market appeal. Utilities are easily accessed and the adequacy of police and fire protection is considered good.  Consumer conveniences are located within the area.

Market Conditions (including support for the above conclusions)     Property values in the subject area are stable as the demand for properties in the area is stable. Marketing time in the area is over 6 months with some properties selling in less time.  Loan discounts and buy downs are not a factor in the present market as mortgage money is widely available at competitive rates.  Some sellers are willing to pay discount points, origination fees and closing costs as financial concessions.

| | |
|---|---|
| Dimensions 68x142 | Area 9,656 Sq.Ft.     Shape Rectangular     View N;Res; |

Specific Zoning Classification Medium Intensity (RM)     Zoning Description Medium Intensity Residential

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes ☐ No  If No, describe   The highest
and best use of the subject property as improved is residential.

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | Entergy | Water | ☒ | Street  Concrete | ☒ | |
| Gas | ☒ | Atmos | Sanitary Sewer | ☒ | Alley  None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone  X500     FEMA Map #  22005C0025E     FEMA Map Date  08/16/2007

Are the utilities and off-site improvements typical for the market area?   ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☒ No  If Yes, describe
While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser.  Unless otherwise noted, standard utility and right-of-way easements are insignificant to value.

| | |
|---|---|
| Source(s) Used for Physical Characteristics of Property ☒ Appraisal Files ☐ MLS ☒ Assessment and Tax Records ☒ Prior Inspection ☐ Property Owner | |
| ☐ Other (describe) | Data Source for Gross Living Area  Prior Inspection |

| General Description | | General Description | | Heating/Cooling | | Amenities | | Car Storage | |
|---|---|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | ☒ FWA ☐ HWBB | ☒ Fireplace(s) #  2 | ☐ None | | | |
| # of Stories  2 | ☐ Full Basement ☐ Finished | | ☐ Radiant | ☐ Woodstove(s) # | ☒ Driveway   # of Cars  2 | | | |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | ☐ Partial Basement ☐ Finished | | ☐ Other | ☒ Patio/Deck Cov | Driveway Surface  Concrete | | | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Exterior Walls  Brick/Good | | Fuel  Electric | ☒ Porch Cov | ☒ Garage   # of Cars  3 | | | |
| Design (Style)  French | Roof Surface  ArchShing/Avg | | ☒ Central Air Conditioning | ☐ Pool | ☐ Carport   # of Cars | | | |
| Year Built  2008 | Gutters & Downspouts None | | ☐ Individual | ☐ Fence | ☒ Attached ☐ Detached | | | |
| Effective Age (Yrs)  5 | Window Type  AlumInsul/Gd | | ☐ Other | ☐ Other | ☐ Built-in | | | |

Appliances ☐ Refrigerator ☐ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer   Other (describe)  None

Finished area above grade contains:   10 Rooms   5 Bedrooms   3.1 Bath(s)   4,580 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)     None

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).  The exterior of the subject property was in overall good condition at the time of viewing.  No functional or economic obsolescence was noted during the inspection.  No additional 'needed repairs' of significance were noted although it is possible that some may exist, especially if they were not readily visible to the appraiser.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☒ No
If Yes, describe.
While no physical deficiencies or adverse conditions that affect livability, soundness, or structural integrity were noted, such items are often beyond the expertise of the appraiser.  Issues of soundness or structural integrity are often related to areas that are unapparent or hidden from the appraiser's view.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☒ Yes ☐ No  If No, describe.
The subject conforms to the neighborhood with typical utilities and style.

| | | |
|---|---|---|
| Freddie Mac Form 2055 March 2005 | Page 1 of 6 | Fannie Mae Form 2055 March 2005 |

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Exterior–Only Inspection Residential Appraisal Report   File # 46195

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| There are | 2 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 424,900 | | | to $ 449,000 | | |
| There are | 3 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 405,000 | | | to $ 508,000 | | |
| Address | 35211 Beverly Hills Dr | 36193 Beverly Hills Dr | | 35264 Beverly Hills Dr | | 43149 Bayside Ct | |
| | Prairieville, LA 70769 | Prairieville, LA 70769 | | Prairieville, LA 70769 | | Prairieville, LA 70769 | |
| Proximity to Subject | | 0.42 miles NW | | 0.10 miles NW | | 3.66 miles NE | |
| Sale Price | $ | | $ 405,000 | | $ 471,900 | | $ 508,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 113.57 sq.ft. | | $ 129.11 sq.ft. | | $ 126.71 sq.ft. | |
| Data Source(s) | | MLS #2015015135;DOM 178 | | MLS#2015012485;DOM 237 | | MLS#2015017075;DOM 37 | |
| Verification Source(s) | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | | Clerk of Court, Deedfax | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Closing Costs | -7,261 | None Noted | | Closing Costs | -9,000 |
| Date of Sale/Time | | 07/01/2016 | | 05/31/2016 | | 03/22/2016 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee simple | | Fee simple | | Fee simple | |
| Site | 9,656 Sq.Ft. | 11,130 sf | 0 | 10,800 sf | 0 | 13,200 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | French | French | | French | | Traditional | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 8 | 10 | 0 | 6 | 0 | 6 | 0 |
| Condition | C2 | C2 | | C1 | -47,000 | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 10   5   3.1 | 10   5   3.0 | +2,500 | 10   5   4.1 | -5,000 | 10   5   4.0 | -2,500 |
| Gross Living Area | 4,580 sq.ft. | 3,566 sq.ft. | +55,800 | 3,655 sq.ft. | +50,900 | 4,009 sq.ft. | +31,400 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Good | Similar | 0 | Similar | 0 | Similar | 0 |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Garage 3/None | Garage 2/None | +5,000 | Garage 2/None | +5,000 | Garage 4/None | -5,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 1 - Gas | 1 - Gas | | 1 - Gas | | 1 - Gas | |
| Other Features | None | None | | None | | Gen/Fencing | -15,000 |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 56,039 | ☒ + ☐ - | $ 3,900 | ☐ + ☒ - | $ -100 |
| Adjusted Sale Price | | Net Adj. 13.8 % | | Net Adj. 0.8 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 17.4 % | $ 461,039 | Gross Adj. 22.9 % | $ 475,800 | Gross Adj. 12.4 % | $ 507,900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Deedfax, MLS, County Court Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Deedfax, MLS, County Court Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt | Deedfax, MLS, Clerk of Crt |
| Effective Date of Data Source(s) | 09/27/2016 | 09/27/2016 | 09/27/2016 | 09/27/2016 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Research indicates that the subject has not sold within three years of this
appraisal and the comparables have not sold within 1 year of this appraisal other than those sales listed in this report.

Summary of Sales Comparison Approach   The comparables selected are the most recent sales of similar properties and are felt to be excellent indicators
of value. All comparable sales appear to be similar in size, location, and basic amenities; therefore supporting the market data approach.
Adjustments were made to the comparables for differences in contributed seller concessions, condition, number of bathrooms, living square
footage and additional amenities as reflected by market activity. Comparable Sale 2 was superior in condition when compared to the subject
property, therefore a negative condition adjustment was issued. All sales share similar quality of construction to the subject and have sold within
the past year. The overall adjusted range of value is at a low of $461,039 to a high of $507,900. As such, an overall value of $482,000 is
reasonable given all the previous discourse and data.

Indicated Value by Sales Comparison Approach $   482,000
Indicated Value by: Sales Comparison Approach $ 482,000   Cost Approach (if developed) $ 487,875   Income Approach (if developed) $
The sales comparison approach is used as the only indicator of value. The cost approach would not be a good indicator of value due to the age of
the subject and is therefore not used. Most homes in the subject area are purchased for owner occupancy, therefore the income approach would
also not be a good indicator of value.
This appraisal is made ☒ "as-is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: The subject property is appraised
"as-is." No warranties as to mechanical condition or structural integrity are expressed or implied in this appraisal report.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 482,000 , as of   10/11/2016 , which is the date of inspection and the effective date of this appraisal.

# Exterior-Only Inspection Residential Appraisal Report    File # 46195

**• URAR : Site - Adverse Conditions or External Factors**

While no adverse site conditions or external factors were observed, many site-related issues are beyond the scope of this assignment and the expertise of the appraiser. Unless otherwise noted, standard utility and right-of-way easements are insignificant to value. However, a current locational or boundary survey, which was unavailable to the appraiser, may reveal encroachments, easements, zoning violations, or other matters of interest that could warrant modification of the appraiser's analysis and opinions. This appraisal is not an environmental assessment of the subject property and should not be relied on as such.

The scope of this assignment does not include any attempt at discovery (or reporting) of potentially adverse neighborhood influences such as, but not limited to: nearby criminal activity, registered sex offenders, or interim rehabilitative facilities for felonious offenders.

Statements regarding zoning compliance are intended in the most general sense. Zoning and building ordinances vary significantly from one municipality to another and are applied on a case-by-case basis. The scope of this assignment does not include a detailed analysis of every characteristic of the subject property's site and improvements relative to current no zoning and building ordinances.

The appraiser is not a licensed structural engineer and no warranty is expressed or implied to any of the structural components of the subject property. The buyer/owner should obtain a building inspection by a licensed structural engineer if there is any concern about the structural integrity and durability of the subject property's structural components. If such inspection reveal any conditions which would render the subject less valuable, the appraiser reserves the right to reconsider the value estimate and adjust it accordingly if necessary.

This report should not be relied upon to disclose any conditions present in the subject property. The appraisal report does not guarantee that the property is free of defects. A professional home inspection is recommended. No third parties are authorized to rely upon this report without the express written consent of the appraiser. If exterior inspection only the appraiser cannot guarantee condition of interior any negative conditions would effect the final value.

The appraiser is not an expert in detecting environmental hazards. Visual observation of the property for valuation purposes did not reveal conditions which the appraiser could discern as potential environmental hazards. This in no way implies that environmental hazards do not exist. An expert in that field should be called upon if needed.

The actual condition of items like foundation walls, exterior walls, and roof surface can be difficult to assess. Often, significant portions of these items can be hidden from view and even under the best conditions, the appraiser can only view surface areas. The origin of many problems related to foundation walls, exterior walls, or roof surfaces are internal and thus hidden from the appraiser's view.

The reader is directed to Limiting Condition 5 of page 4 of this report to understand the limitation on the appraiser's responsibilities relative to hidden or unapparent physical deficiencies or adverse conditions of the subject property. This appraisal should not be relied on as a substitute for a home inspection.

In preparing the report, we have inspected the subject site and gathered information on the comparable land and improved sales. We have also confirmed and analyzed the data and applied the appropriate approaches as described in the Scope of Work.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)    The subject estimated site value is $75,000 based on comparable market sales over the past 12 months.

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 75,000 |
| Source of cost data  Appraisal files | DWELLING    4,580 Sq.Ft. @ $   95.00 | =$ | 435,100 |
| Quality rating from cost service  Good    Effective date of cost data  Current Qrt. | Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | =$ | |
| No functional or economic obsolescence noted. The physical | Garage/Carport    Sq.Ft. @ $ | =$ | |
| depreciation is measured from the Effective Age/Life Method of 3/65 | Total Estimate of Cost-New | =$ | 435,100 |
| years. | Less  Physical  Functional  External | | |
| | Depreciation    25,725 | =$ | 25,725 |
| | Depreciated Cost of Improvements | =$ | 409,375 |
| | "As-is" Value of Site Improvements | =$ | 3,500 |
| Estimated Remaining Economic Life (HUD and VA only)    62 Years | INDICATED VALUE BY COST APPROACH | =$ | 487,875 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | |
|---|---|---|
| Estimated Monthly Market Rent $    X Gross Rent Multiplier    = $ | | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No  Unit type(s)  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |
| Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes | No  If Yes, date of conversion | |
| Does the project contain any multi-dwelling units? ☐ Yes  ☐ No  Data Source(s) | | |
| Are the units, common elements, and recreation facilities complete? ☐ Yes | No  If No, describe the status of completion. | |

Are the common elements leased to or by the Homeowners' Association? ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Exterior-Only Inspection Residential Appraisal Report   File # 46195

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Exterior–Only Inspection Residential Appraisal Report    File # 46195

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

## Exterior–Only Inspection Residential Appraisal Report   File # 46195

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Haley D Hernandez_ | Signature _Richard D Murphy_ |
| Name  Haley D Hernandez | Name  Richard L Murphy, MAI, SRA |
| Company Name  Murphy Appraisal Services, LLC | Company Name  Murphy Appraisal Services, LLC |
| Company Address  1250 SW Railroad Ave, Suite 200A, Hammond, | Company Address  19411 Helenberg Road, Suite 204, Covington, |
| LA 70403 | LA 70433 |
| Telephone Number  (985) 310-4990 x209 | Telephone Number  (985) 626-4115 |
| Email Address  haleyh@murphyapprasial.com | Email Address  rickm@murphyappraisal.com |
| Date of Signature and Report  October 17, 2016 | Date of Signature  October 17, 2016 |
| Effective Date of Appraisal  10/11/2016 | State Certification #  G318 |
| State Certification # | or State License # |
| or State License #  T2285 | State  LA |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License  12/31/2016 |
| State  LA | |
| Expiration Date of Certification or License  12/31/2016 | SUBJECT PROPERTY |
| ADDRESS OF PROPERTY APPRAISED | |
| 35211 Beverly Hills Dr | ☒ Did not inspect exterior of subject property |
| Prairieville, LA 70769 | ☐ Did inspect exterior of subject property from street |
| | Date of Inspection _____ |
| APPRAISED VALUE OF SUBJECT PROPERTY $    482,000 | |
| LENDER/CLIENT | COMPARABLE SALES |
| Name  Tim O'Brien | |
| Company Name  Tim O'Brien | ☒ Did not inspect exterior of comparable sales from street |
| Company Address | ☐ Did inspect exterior of comparable sales from street |
| | Date of Inspection _____ |
| Email Address | |

Form 2055 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Supplemental Addendum

File No. 46195

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State LA | Zip Code 70769 |
| Lender | Tim O'Brien | | | | |

**SCOPE OF WORK:**

The following steps were made in arriving at the final estimate of value included in the appraisal report of the subject property:

1. A preliminary search of all available resources was made to determine market trends, influences and other significant factors pertinent to the subject property. The property has been identified previously in this report.

2. A complete site visit of the property was performed. Both the interior and exterior of the property were viewed. Although due diligence was exercised while at the property, the appraisers are not experts in such matters as soils, structural engineering, hazardous waste, etc., and no warranty is given as to these elements. As needed, inspections by various professionals within these fields might be recommended with the final estimate of value subject to their findings.

3. Research and collection of data (costs, improved sales, escrow sales, listings and income) were performed as present in the subject's market area and sufficient in quantity to express an opinion of value as defined herein. We examined data from MLS, Deedfax, and the various local governmental records departments, as well as our own files. Pertinent data are contained in this report.

4. The direct sales comparison and cost approach to value were considered as appropriate for this appraisal. The results of these approaches to value are discussed later in this report. The Income Approach was not used as it was not felt to be needed to produce a credible result. Most homes in the area are purchased for owner occupancy.

Replacement cost figures used in the cost approach are for valuation purposes only. No one, client or third party, should rely on these figures for insurance purposes. The definition of market value stated in this report is not a definition of insurable value, and must not be interchanged. Actual reconstruction costs can easily exceed the replacement cost figures used in this appraisal.

**PURPOSE OF THE APPRAISAL:**

The purpose of the appraisal is to estimate the market value of the real estate, as of 10/11/2016. Market Value is defined below. The function of the appraisal is for asset management only, it is not to be released to any other parties without written consent of the appraiser.

**DEFINITION OF MARKET VALUE:**

"Market Value" is defined by the United States Treasury Department, Comptroller of the Currency 12 CFR part 34.43 (f) as, "The most probable price a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised, and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

**INTENDED USER OF THE APPRAISAL:**

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser. All other parties that choose to rely on the appraisal report should recognize that the assignment results were not developed or reported in a manner consistent with the needs or uses of parties other than those identified by the intended user.

**INTENDED USE:**

The use of the appraisal is for the specific use(s) as determined by the client for asset management. This report is not intended for use by unrelated third parties. [Statement on Appraisal Standards No. 9 (SMT-9), USPAP 2001, Revised 9/15/99]

**COMPLIANCE STATEMENT:**

It is the intention that this report has been made in conformity with the minimum requirements contained in the Comptroller's Manual for National Banks "Law - USC 29 section 7.3025 (d)." This appraisal is also prepared in compliance with the professional standards and ethics of the Appraisal Institute.

**PROPERTY RIGHTS APPRAISED:**

The property rights appraised herein are fee simple. No mineral interests are valued or are considered in this analysis. No personal property, fixtures, or other intangible items that are not real property are included in the value estimate of this report.

**ESTIMATED MARKETING AND EXPOSURE TIME:**

The definition of Market Value is based on a reasonable time allowed for exposure to the market. Reasonable time is a subjective time period and will vary depending on the type property, marketing effort and price. Marketing Time is a

## Supplemental Addendum

File No. 46195

| Borrower/Client | | | | |
|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | |
| City | Prairieville | County  Ascension | State  LA | Zip Code  70769 |
| Lender | Tim O'Brien | | | |

prospective perspective or provides a perspective that is futuristic for the date of valuation with a presumed sale of the property under the assumption the property will sell at market value. Exposure Time is retrospective in perspective and provides a perspective that is historic for the date of valuation with a presumed sale of the property under the assumption that the property will sell at market value. For purposes of this appraisal, it is assumed that the property would be reasonably priced and aggressively marketed.

The estimated marketing time for the property is over 6 months. This estimate is based on market sales contained in the report, discussions with local real estate agents, and current listings of similar properties in the area. The estimated exposure time for the subject property is over 6 months.

### CONDITIONS OF THE APPRAISAL:

Improvements proposed, if any, on or off-site, as well as any repairs required, are considered, for purposes of this appraisal, to be completed in a good and workmanlike manner according to information submitted and/or considered by the appraiser(s). The appraiser is not an expert in the identification of hazardous substances or detrimental environmental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

### RECONCILIATION:

All sales utilized reflect current market price levels. Any sale slightly older than six months was used in order to stay within the subject market area. A detailed search of the appraiser's files, Multiple Listing Services, Ascension Parish Clerk of Court and Deedfax was conducted prior to the final comparable selection. The sales chosen as comparables for this analysis represent the best sales data available at the time of this analysis. All are indicative of the current market activity in the subject's market and are regarded as proper indicators of value for properties such as the subject.

### INSPECTION DISCLAIMER:

This appraisal/inspection is not a home inspection, building inspection, environmental inspection, structural inspection, or pest inspection. In the process of appraising this property and by preparing this appraisal report, the appraiser is not acting as a home inspector, building inspector, environmental inspector, structural engineer, or pest inspector.

In performing the limited viewing of this property, areas that were readily accessible were visually observed and the appraisers' review is superficial only. The appraisers' viewing is not technically exhaustive and does not offer warranties or guarantees of any kind. It is advised any interested parties have the appropriate inspections performed by licensed and or certified inspectors with attendant warranties and or guarantees.

It is further advised any adverse or negative conditions that may exist be inspected by the appropriate and or licensed individuals.

Wetlands delineation is not a part of the appraisal neither should this report be taken as a Home inspection or property dimensions. These items should be completed be a certified by a qualified person in that field of expertise. WE RESERVE THE RIGHT TO MAKE A VALUE REVISION IF THE SUBJECT IS DETERMINED TO BE IN WETLANDS OR UNFORSEEN PROBLEMS THAT A HOME INSPECTION WOULD REVEAL. WE CANNOT CERTIFY SURVEYS AND IF ENCROACHMENTS OR EASEMENTS EXIST. WE RECOMMEND THAT A SURVEY BE COMPLETED IF ONE DOES NOT EXIST AND ALL SURVEYS BE VERIFIED BY A CERTIFIED SURVEYOR.

In accepting this appraisal report, the intended users or third party recipients of this report accept this disclaimer as a condition of the appraisal process and appraisal report, and release the appraisers from any obligations regarding the certification or warranty associated with the appraisers' inspection of the appraised property.

**APPRAISAL FEE**
**$425.00**

## Legal Description

### Ascension Parish Assessor
### 2016 Assessment Listing

**Parcel#**
20020110
View on Map (http://ascensionparishmaps......sites.net?parcelid=20020110)



M. J. 'MERT' SMILEY, JR.
ASSESSOR

**Primary Owner**
BANK OF LOUISIANA
**Mailing Address**
C/O ROBERT MATHIS, ESQ
300 ST. CHARLES AVE.
NEW ORLEANS LA 70130-0000

**Ward**
8

**Type**
RE

**Legal**
LOT 110 FOUNTAIN HILL, 2ND & 3RD FILINGS
(MAP#190457)(478/371) (479/286-288-289)(358/102)(380/771) (403/592)(MAP #297224)
(626/14) (MAP #461823) (MAP #564331
& 590995 & 566556)(COB/601721) (COB/743387)(COB/743388)(COB/745086)(COB/745087)
(COB/743089)

**Physical Address**
35211 BEVERLY HILLS DR

## Parcel Items

| Property Class | Assessed Value | Units | Homestead |
|---|---|---|---|
| RESIDENTIAL SUBD. LOT | 7,000 | 1.00 | 0 |
| SINGLE FAMILY RESIDENCE | 40,090 | 1.00 | 0 |
| **TOTAL** | **47,090** | **2.00** | **0** |

## Deeds

| Deed# | Type | Date | Amount | Book | Page |
|---|---|---|---|---|---|
| 745086 | REDEMPTION | 4/5/2010 | 0 | | |
| 745087 | REDEMPTION | 4/5/2010 | 0 | | |
| 743388 | REDEMPTION | 3/10/2010 | 0 | | |
| 743387 | REDEMPTION | 3/10/2010 | 0 | | |
| 743089 | SHERIFF SALE | 3/4/2010 | 246,667 | | |

## Subject Photo Page

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State LA | Zip Code 70769 |
| Lender | Tim O'Brien | | | | |



### Subject Front

35211 Beverly Hills Dr
Sales Price
Gross Living Area    4,580
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    3.1
Location    N;Res;
View    N;Res;
Site    9,656 Sq.Ft.
Quality    Q3
Age    8



### Subject Rear



### Street Scene
Beverly Hills Dr

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | |
| Property Address | 35211 Beverly Hills Dr |
| City | Prairieville |
| County | Ascension |
| State | LA |
| Zip Code | 70769 |
| Lender | Tim O'Brien |



### Comparable 1

36193 Beverly Hills Dr
Prox. to Subject    0.42 miles NW
Sales Price    405,000
Gross Living Area 3,566
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    3.0
Location    N;Res;
View    N;Res;
Site    11,130 sf
Quality    Q3
Age    10



### Comparable 2

35264 Beverly Hills Dr
Prox. to Subject    0.10 miles NW
Sales Price    471,900
Gross Living Area 3,655
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    4.1
Location    N;Res;
View    N;Res;
Site    10,800 sf
Quality    Q3
Age    0



### Comparable 3

43149 Bayside Ct
Prox. to Subject    3.66 miles NE
Sales Price    508,000
Gross Living Area 4,009
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    4.0
Location    N;Res;
View    N;Res;
Site    13,200 sf
Quality    Q3
Age    6

## Location Map

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County  Ascension | | State  LA | Zip Code  70769 |
| Lender | Tim O'Brien | | | | |



Form MAP.LOC — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Flood Map

| Borrower/Client | | | | | |
|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr | | | | |
| City | Prairieville | County | Ascension | State LA | Zip Code 70769 |
| Lender | Tim O'Brien | | | | |



# QUALIFICATIONS OF

## Haley D. Hernandez

### REAL ESTATE EXPERIENCE

Murphy Appraisal Services, LLC – Appraiser providing residential property valuation - January 2013 – Present

First Appraisal Network – Appraiser providing residential property valuation – September 2010 – January 2013

Cornerstone Appraisal Co. – Appraiser providing residential property valuation – May 2007 – December 2009

Countrywide – Wholesale Account Executive for Prime Lending Division – January 2007 – May 2007

Ameriquest Mortgage Company – Regional Purchase Manager – September 2004 – May 2006

### PROFESSIONAL MEMBERSHIPS

Louisiana State Licensed Residential Real Estate Appraiser Trainee - #T2285

Licensed Property & Casualty Insurance Adjuster (Louisiana and Multiple States)

### REAL ESTATE TRAINING

Residential Report Writing & Case Studies (06 2013), Residential Site Valuation & Cost Approach (06 2013)

Advanced Residential Applications & Case Studies (06 2013), Residential Market Analysis and Highest & Best Use (06 2013),

Statistics, Modeling and Finance (06 2013), Appraisal Subject Matter Electives (06 20130, Residential Sales Comparison &

Income Approaches (06 2013)Land & Site Valuation (12 2010), Appraising FHA Today (12 2010), Introduction to Legal

Descriptions (12 2010), Basic Appraisal Principles (05 2006), Basic Appraisal Procedures (05 2006)

### EDUCATION

Southeastern Louisiana University – Hammond, LA 1999-2003

Ponchatoula High School – Ponchatoula, LA 1994-1998

### PARTIAL LIST OF CLIENTS

| | |
|---|---|
| First Bank & Trust | Resource Bank |
| Louisiana Land Bank | Iberia Bank |
| American Bank & Trust | State Bank & Trust |
| Citizens Bank & Trust | Gulf Coast Bank & Trust |

## QUALIFICATIONS OF
## RICHARD L. MURPHY, MAI, SRA

### REAL ESTATE EXPERIENCE

Murphy Appraisal Services - Appraiser/Realtor providing residential and commercial property valuation (Sept., 1991 to present)
A. B. Miles & Associates - Appraiser/Realtor providing commercial and residential property valuation. (Sept., 1989 to Sept., 1991)
Delery Appraisal Inc. - Appraiser/Realtor providing residential and small residential income producing property valuation. (Sept., 1985 to August, 1989)
Coldwell Banker Co. - Agent specializing in residential sales. (Sept., 1984 to Sept., 1985)

### PROFESSIONAL MEMBERSHIPS

Member of the Appraisal Institute, **MAI Designation, SRA Designation**
Louisiana State Certified General Real Estate Appraiser #0318
Mississippi State Certified General Real Estate Appraiser #GA-666
Alabama State Certified General Real Estate Appraiser #G00953
National Association of Realtors
Licensed Real Estate Broker (State of Louisiana)
New Orleans Metropolitan Association of Realtors
Tangipahoa Board of Realtors
Baton Rouge Board of Realtors

### TRAINING

**Online 2016-17 15 Hour Equivalent USPAP Course** – OnCourseLearning (May 2016)
**Defensible Workfile** – Mbond Continuing Education Provider (March 2016)
**Online 7-Hour Equivalent USPAP Update Course** - Appraisal Institute (May 2016)
**Supervisor-Trainee Course for Mississippi** – McKissock (December 2015)
**Homeowners Flood Insurance: Gulf of Mexico Region Specific** – McKissock (December 2015)
**Supervisor-Trainee Course for Louisiana** – McKissock (June 2015)
**Online You Say Fracking,I say Frac'ing Lets talk Valuation** – Appraisal Institute (June 2015)
**Online Data Verification Method** – Appraisal Institute (November 2014)
**2014 -15 USPAP Update Course** – Appraisal Institute (January 2014)
**Online Subdivision Valuation** – Appraisal Institute (November 2014)
**Marketability Studies: Advanced Considerations & Applications** – Appraisal Institute (April 2013)
**Business Practices and Ethics** – Appraisal Institute (November 2012)
**Uniform Standards of Professional Appraisal Practice** – Appraisal Institute (May 2012)
**Fundamentals of Separating Real Property, Personal Property and Intangible Business Assets** - Appraisal Institute (March 2012)
**Profiting from the New Estate Tax Law** – Appraisal Institute (May 2011)
**Understanding the New Interagency Appraisal and Evaluation G** (February 2011)
**Site Use and Valuation Analysis** – Appraisal Institute (December 2010)
**Professional's Guide to the Fannie Mae 2-4 Unit** - Appraisal Institute (December 2010)
**Valuation of Green Residential Properties** – Appraisal Institute (December 2010)
**Uniform Standards of Professional Appraisal Practice** – Appraisal Institute (September, 2010)
**JVI Appraising Residential REO Properties** – (April 2009)
**Uniform Standards of Professional Appraisal Practice** – Appraisal Institute (December, 2008)
**Quadrennial Ethics** – (November 2008)
**General Demo Appraisal Report Workshop** – Appraisal Institute (April, 2008)
**Business Practices and Ethics** – Appraisal Institute (March, 2008)
**Advanced Income** – Appraisal Institute - Columbus, OH – (July 2005)
**Advanced Sales and Cost Approach** – Appraisal Institute - Cleveland, OH (June 2004)
**Appraisal Procedures** – Appraisal Institute - Austin TX – (January, 2004)
**Uniform Standards of Professional Appraisal Practice** – Dallas TX – (December, 2003)
**Highest and Best Use and Market Analysis** - Appraisal Institute - Houston, TX. (August, 1999)
**Report Writing and Valuation Analysis** - Appraisal Institute – Houston, TX. (August, 1998)
**Standards of Professional Practice** - Appraisal Institute - Baton Rouge, LA. (August, 1996)
**Standards of Professional Practice** - Appraisal Institute - Metairie, LA. (August, 1993)

**Case Studies in Real Estate Valuation** - Appraisal Institute - Tallahassee, Florida. (August, 1992)
**Capitalization Theories and Techniques (Part B)** - Appraisal Institute - Tuscaloosa, Alabama. (July, 1991)
**Capitalization Theories and Techniques (Part A)** - Appraisal Institute - Athens, Georgia. (March, 1991)
**Residential Valuation** - American Institute of Real Estate Appraisers - Orlando, Florida. (October, 1989)
**Real Estate Appraisal Principles** - American Institute of Real Estate Appraisers - Houston, Texas. (April, 1989)
**Standards of Professional Practice** - American Institute of Real Estate Appraisers - Austin, Texas. (October, 1988)
Fannie Mae Guidelines for UAR Report Writing, Independent Fee Appraisers, Orleans Chapter – 1988
**Principles of Real Estate Appraising** - National Association of Independent Fee Appraisers - 1986 Real Estate Agent's Course, Uptown Professional Real Estate School – 1983

## COMMITTEES

**Appraisal Institute** -
President – New Orleans Chapter – (2005- 2013)
Regional Ethics and Counseling Panel - Louisiana Chapter - (September 1993 - 1998)
Residential Review Committee Admissions Chairman - Louisiana Chapter - (July 1998 – Present)  Board of Directors - Louisiana Chapter - (January 1998)

## SEMINARS

**Supervisor-Trainee Course for Louisiana** (June 2015)
**Property Measuring and Pricing** (October 2015)
**Economic & Real Estate Forecast** (October 2014)
**Anatomy of a Public-Private Real Estate Deal** (October 2014)
**State of Housing Market Seminar** (October 2014)
**2013 Economic Outlook & Real Estate Forecast Seminar for the Northshore** (March 2013)
**Valuation of Green Residential Properties** – Appraisal Institute (December, 2008)
**USPAP** – Appraisal Institute - Covington, Louisiana (July, 2006)
**Appraising plans and specifications** - Appraisal Institute - Metairie, Louisiana. (January, 2004)
**Understanding & Using DCF Software** - Appraisal Institute - New Orleans, La. (January, 1998)
**Experience Review** - Appraisal Institute - New Orleans, Louisiana (January, 1998)
**Environment Energy** - Appraisal Institute - New Orleans, Louisiana (March 1996)
**Appraising and the Internet** - Appraisal Institute - New Orleans, Louisiana (January 1996)
**The Appraiser as Expert Witness** - Appraisal Institute - New Orleans, Louisiana. (January, 1995)
**Wetlands Seminar** - Appraisal Institute - Baton Rouge, Louisiana. (June, 1991)
**Review for Louisiana General Certification Examination** - Appraisal Institute - New Orleans, Louisiana. (November, 1990)

## EDUCATION

Louisiana State University - Baton Rouge, Louisiana 1979-1984
Archbishop Moeller High School - Cincinnati, Ohio 1975-1979

## QUALIFIED AS AN EXPERT WITNESS

**Civil District Court, City of New Orleans** (Judge Reese) – 2012
Condemnation case involving State of Louisiana acquiring and demolishing property for construction of the LSU/VA hospital **22nd**
**Judicial District, St. Tammany Parish** (Judge Childress) – 2011
Expert Witness for litigation associated with servitude acquisition
**24th Judicial District** (Judge Regan) – 2008
ROW State Project #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 Parcel 2-1/dispute in Grand Isle, LA
**24th Judicial District, Jefferson Parish** (Judge McCabe) – 2006
Contractual dispute over the value of a proposed commercial trailer park.
**Civil District Court, Jefferson Parish** (Judge Zeno) – 2002
Divorce proceedings – property dispute (multiple properties)
**Civil District Court, St. Tammany Parish** (Judge Hedges) – 2001
Contractual dispute over an undeveloped vacant residential subdivision
**22nd Judicial District, St. Tammany Parish** (Judge James) - 2000  Divorce proceedings – property dispute

**Federal Bankruptcy Court, Eastern District** (Judge Brahney's Court ad-hoc judge) -1999
Bankruptcy hearing involving residential and commercial property
**Civil District Court, City of New Orleans** (Judge Johnson) - 1998
Condemnation case involving City of New Orleans acquiring and demolishing property due to neglect
**Federal Bankruptcy Court, Eastern District** (Judge Brahney) - 1994 Bankruptcy
hearing involving residential and commercial property

## SELECTED LIST OF CLIENTS:

| | |
|---|---|
| FHA Approved Appraiser | Hancock Bank |
| Capital One Bank | Citizens Bank |
| Resource Bank | Louisiana Dept. of Transportation |
| Whitney Bank | Citizens Savings Bank |
| Regions Bank | Resource Bank |
| Chase Bank | Gulf Coast Bank & Trust |
| First Guaranty Bank | State Bank and Trust |
| Fidelity Homestead | First Bank and Trust |
| Home Bank | BBVA Compass Bank |
| Iberville Bank | Teche Federal Bank |
| U.S. Army Corps of Engineers | Florida Parishes Bank |
| U.S. Department of the Interior | Metairie Bank |
| | First Community Bank |

Email address: rickm@murphyappraisal.com





**John G. Phelan, Jr.**
**2271 Telstar St.**
**Harvey, LA 70058**
**504-263-1150**

September 1, 2015

Bank of Louisiana
300 St. Charles Ave.
New Orleans, La.  70130

| | |
|---|---|
| Property - | 35211 Beverly Hills Dr. |
| | Prairieville, La. 70769 |
| Borrower - | Bank of Louisiana |
| File No. - | 07817E |
| Case No. - | |

Dear Mr. O'Brien:

In accordance with your request, I have prepared an appraisal of the real property located at 35211 Beverly Hills Dr., Prairieville, La..

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the Summary Report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 09/03/2015 is :

$485,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

John G. Phelan, Jr.

_____
John G. Phelan, Jr.
LA License #R0358

**Freddie Mac**
Federal Home Loan Mortgage Corporation
Owned by America's Savings Institutions

**Second Mortgage**
**Property Value Analysis Report**

File No.   07817E

## Summary Appraisal Report

### BORROWER/SUBJECT PROPERTY INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower  Bank of Louisiana | | | Census Tract  0303.00 | | Map Reference  62 | |
| Property Address  35211 Beverly Hills Dr. | | | Check One: [X] SF  [ ] PUD  [ ] Condo  [ ] 2-4 Units | | | |
| City  Prairieville | County  Ascension | | State  La. | | Zip Code  70769 | |

| Phone No. Res. | | Loan Amount Requested $ | | Term ___ Months | Owner's Estimate of Value $ | |
|---|---|---|---|---|---|---|
| No. of Rooms | No. of Bedrooms | No. of Baths | Family Room or Den | Gross Living Area | Garage/Carport (Specify Type & Number) | Porches, Patio or Pool (Specify) | Central Air |
| 11 | 4 | 3.1 | [X] Yes [ ] No | 4,580 Sq. Ft. | 3 Car Garage | Porch/Patio | [X] Yes [ ] No |

### FIELD REPORT

### NEIGHBORHOOD

| Location | [ ] Urban | [X] Suburban | [ ] Rural | | Good Avg. Fair Poor |
|---|---|---|---|---|---|
| Built Up | [ ] Over 75% | [X] 25% to 75% | [ ] Under 25% | Property Compatibility | [X] [ ] [ ] [ ] |
| Growth Rate | [ ] Fully Dev. [ ] Rapid | [X] Steady | [ ] Slow | General Appearance of Properties | [X] [ ] [ ] [ ] |
| Property Values | [ ] Increasing | [X] Stable | [ ] Declining | Appeal | [X] [ ] [ ] [ ] |
| Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Oversupply | | |
| Marketing Time | [ ] Under 3 Months | [X] 4-6 Months | [ ] Over 6 Months | | |

Present Land Use  90 % 1 Family  ___ % 2-4 Family  ___ % Apts.  ___ % Condo  ___ % Commercial  ___ % Industrial  10 % Vacant  ___ %
Change in Present Land Use  [X] Not Likely  [ ] Likely  [ ] Taking Place  From ___  To ___
Predominant Occupancy  [X] Owner  [ ] Tenant  ___ % Vacant
Single Family Price Range $  200,000  To $  650,000  Predominant Value $  500,000
Single Family Age  New  Years To  22  Years  Predominant Age  6  Yrs.

Note: Freddie Mac does not consider race or the racial composition of the neighborhood to be reliable appraisal factors.

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise)  The subject is located in a well developed area of comparable homes.  This area is convenient to churches, schools and local shopping.  No adverse condition known or noted at the time of inspection.

### SUBJECT PROPERTY

Approximate Year Built  2007  No. Units  1  No. Stories  2
Type (detached, duplex, semi-det etc.)  Detached
Design (rambler, split level, etc.)  2 Story
Exterior Walls Material  Brv/Fr  Roof Material  CSH
Is the property located in a HUD-identified Special Flood Hazard Area?  [X] No  [ ] Yes  Flood zone AE. Map#22005C0025E. Date 8/16/2007
Special Energy Efficient Items  Insulated Windows and Doors.

| PROPERTY RATING | Good | Avg. | Fair | Poor |
|---|---|---|---|---|
| Condition of Exterior | [X] | | | |
| Compatibility to Neighborhood | [X] | | | |
| Appeal and Marketability | [X] | | | |

Comments (favorable or unfavorable including any deferred maintenance)  None noted.  The subject has never been occupied and is considered to have only minor depreciation.

### MARKET COMPARABLE ANALYSIS PRIOR TO IMPROVEMENT

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 35211 Beverly Hills Dr. Prairieville | 35280 Beverly Hills Dr Prairieville | | 36170 Pleasant Hills Ct. Prairieville | | 18108 Forest Hills Prairieville | |
| Proximity to Subject | | 1 Blk. | | 3 Blks. | | 2 Blks. | |
| Sales Price | $ | | $ 435,000 | | $ 590,000 | | $ 482,900 |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Date of Sale/Time | Current | 10/24/14 | | 03/27/15 | | 09/08/14 | |
| Location | Average | Average | | Average | | Average | |
| Site/View | 77X127/Avg. | 80X150/Avg. | | 155X131/Avg. | -30,000 | 144X115/Avg. | -15,000 |
| Age | 8 yrs. | 6 | | 11 | | 10 | |
| Condition | Good | Good | | Sup.Flr/Trm/Cond | -25,000 | Good | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 11 4 3.1 | 10 4 3.1 | | 11 5 3.1 | | 10 4 4.1 | -4,000 |
| Gross Living Area | 4,580 Sq. Ft. | 3,426 Sq. Ft. | +45,000 | 4,625 Sq. Ft. | -2,000 | 3,844 Sq. Ft. | +29,000 |
| Heating/Cooling | Central H/A | Central H/A | | Central H/A | | Central H/A | |
| Garage/Carport | 3 Car Garage | 3 Car Garage | | 3 Car Garage | | 2 Car Gar | +15,000 |
| Porches, Patio, Pools, etc. | Porch/Patio 8' Wd Fen @ rear | Porch/Patio Fence | | Porch/Pat/Pool Fence | -30,000 | Porch/Pat/Pool Fence | -25,000 |
| Special Energy Efficient Items | Insulated Windows | Insulated Windows | | Insulated Windows | | Insulated Windows | |
| Other (e.g. kitchen equip., remodeling) | Built ins/Alarm 2 Fireplaces | Built ins/Alarm Fireplace | +1,000 | Built ins/Alarm FP/BU.Generator | -15,000 | Built ins/Alarm 2 Fireplaces | |
| Net Adj. (total) | | [X] + [ ] - $ | 46,000 | [ ] + [X] - $ | -102,000 | [ ] + [ ] - $ | |
| Indicated Value of Subject | | Gross 10.6% Net 10.6% $ | 481,000 | Gross 18.2% Net -17.3% $ | 488,000 | Gross 18.2% Net 0.0% $ | 482,900 |

General Comments  There were no recent comparable sales available from the subject area.  Sales were selected from another area with similar houses and amenities.

The information shown on this report is derived from an inspection of the neighborhood and exterior inspection of the subject property and market comparables.  The estimated market value is based upon this information and the knowledge of the undersigned.  This report is not to be construed as an appraisal report.

ESTIMATED MARKET VALUE $  485,000  as of  09/03/2015

Completed By  John G. Phelan, Jr.  Title ___
Signature ___  Date  September 1, 2015
License/Certification #  R0358  Expiration Date  12/31/2016

Freddie Mac Form 704

John G. Phelan, Jr.

File No.   07817E

## PHOTOGRAPH ADDENDUM

Borrower or Owner    Bank of Louisiana
Property Address    35211 Beverly Hills Dr.
City    Prairieville    County    Ascension    State    La.    Zip Code    70769
Client    Bank of Louisiana



**FRONT VIEW OF
SUBJECT PROPERTY**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE OF
SUBJECT PROPERTY**

John G. Phelan, Jr.

File No. 07817E

## SKETCH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Bank of Louisiana |
| Property Address | 35211 Beverly Hills Dr. |
| City Prairieville | County Ascension State La. Zip Code 70769 |
| Client | Bank of Louisiana |



Comments:

John G. Phelan, Jr.

File No   07817E

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Bank of Louisiana |
| Property Address | 35211 Beverly Hills Dr. |
| City Prairieville | County Ascension | State La. | Zip Code 70769 |
| Client | Bank of Louisiana |



### COMPARABLE #1

35280 Beverly Hills Dr.
Prairieville

| | |
|---|---|
| Price | $435,000 |
| Date | 10/24/14 |
| Age | 6 |
| Room Count | 10-4-3.1 |
| Living Area | 3,426 |
| **Value Indication** | $481,000 |



### COMPARABLE #2

36170 Pleasant Hills Ct.
Prairieville

| | |
|---|---|
| Price | $590,000 |
| Date | 03/27/15 |
| Age | 11 |
| Room Count | 11-5-3.1 |
| Living Area | 4,625 |
| **Value Indication** | $488,000 |



### COMPARABLE #3

18108 Forest Hills
Prairieville

| | |
|---|---|
| Price | $482,900 |
| Date | 09/08/14 |
| Age | 10 |
| Room Count | 10-4-4.1 |
| Living Area | 3,844 |
| **Value Indication** | $482,900 |

John G. Phelan, Jr.

File No.   07817E

## LOCATION MAP

| Borrower or Owner | Bank of Louisiana | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr. | | | | | |
| City Prairieville | | County Ascension | | State La. | | Zip Code 70769 |
| Client | Bank of Louisiana | | | | | |



Google Maps

Page 1 of 1

To see all the details that are visible on the screen, use the Print link next to the map.

https://maps.google.co.uk/

9/4/2012

John G. Phelan, Jr.

File No. **07817E**

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concessions but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

### STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. The separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

File No.   07817E

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1.   I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2.   I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3.   I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4.   I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5.   I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6.   I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7.   I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8.   I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9.   I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:**   If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   35211 Beverly Hills Dr., Prairieville, La. 70769

| APPRAISER: | SUPERVISORY APPRAISER   (only if required): |
|---|---|
| Signature: | Signature: |
| Name: John G. Phelan, Jr. | Name: |
| Date Signed: September 1, 2015 | Date Signed: |
| State Certification #: | State Certification #: |
| or State License #: R0358 | or State License #: |
| State: LA | State: |
| Expiration Date of Certification or License: 12/31/2016 | Expiration Date of Certification or License: |
|  | ☐ Did   ☐ Did Not Inspect Property |

John G. Phelan, Jr.

**John G. Phelan, Jr.**
2271 Telstar Street
Harvey, LA  70058
504-263-1150

---

September 3, 2010

Bank of Louisiana
605 Lapalco Blvd.
Gretna, La.  70056

Property -                     35211 Beverly Hills Dr.
                               Prairieville, La.  70769
Borrower -                     Bank of Louisiana
File No. -                     07817
Case No. -

Dear Mr. O'Brien:

In accordance with your request, I have prepared an appraisal of the real property located at 35211 Beverly Hills Dr., Prairieville, La..

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the Summary Report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 08/23/2010 is :

                               $565,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

John G. Phelan, Jr.

John G. Phelan, Jr.
LA Certification #R0358

Summary Appraisal Report
## Appraisal Report

File No. 07817

The purpose of this summary appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address 35211 Beverly Hills Dr. | City Prairieville State La. Zip Code 70769 |
| Legal Description Lot 10, Fountain Hills Subdivision | County Ascension |
| Assessor's Parcel No. | Tax Year R.E. Taxes $ Special Assessments $ |
| Client Bank of Louisiana Current Owner Bank of Louisiana | Occupant [ ] Owner [ ] Tenant [X] Vacant |
| Neighborhood or Project Name Fountain Hills | Project Type [X] PUD [ ] Condominium HOA$ /Mo. |
| Sales Price $ Date of Sale | Description / $ amount of loan charges/concessions to be paid by seller |
| Property rights appraised [X] Fee Simple [ ] Leasehold | Map Reference 62 Census Tract 0303.00 |
| Intended User Bank of Louisiana | Intended Use Information |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| | | | | | | | | | Single family housing | | Condominium housing | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [ ] Declining | | PRICE $(000) | AGE (yrs) | PRICE $(000) (if applic.) | AGE (yrs) |
| Built up | [ ] Over 75% | [X] 25-75% | [ ] Under 25% | Demand/supply | [ ] Shortage | [X] In balance | [ ] Over supply | | Low | | Low | |
| Growth rate | [ ] Rapid | [X] Stable | [ ] Slow | Marketing time | [ ] Under 3 mos. | [X] 3-6 mos. | [ ] Over 6 mos. | | 200 | New N/A | High | |
| Neighborhood boundaries The subject is bounded by I-10 on the North, Hwy. 928 on the South and | | | | | | | | 650 | High 20 | | High |
| West, and Line of subdivision on the on the East. | | | | | | | | | | | Predominant | Predominant |
| | | | | | | | | | 500 | 5 | | |

Dimensions 68Fx142LSx85Rx112RS                      Site area 9716 +/- sq. ft.                      Shape Rectangular

Specific zoning classification and description R-1 Single Family Residential

Zoning compliance [X] Legal [ ] Legal nonconforming (Grandfathered use) [ ] Illegal, attach description [ ] No zoning

Highest and best use of subject property as improved (or as proposed per plans and specifications): [X] Present use [ ] Other use, attach description.

| Utilities | Public | Other | | Public | Other | Off-site improvements | Type | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | Conc. | [X] | |
| Gas | [X] | | Sanitary sewer | [X] | | Alley | None | | |

Are there any apparent adverse site conditions (easements, encroachments, special assessments, slide areas, etc.)? [ ] Yes [X] No If Yes, attach description.

Source(s) used for physical characteristics of property: [X] Interior and exterior inspection [ ] Exterior inspection from street [ ] Previous appraisal files

[X] MLS [ ] Assessment and tax records [ ] Prior inspection [ ] Property owner [ ] Other (Describe):

No. of Stories 2    Type (Det./Att.) Detached    Exterior Walls Brv/Fr    Roof Surface CSH    Manufactured Housing [ ] Yes [X] No

Does the property generally conform to the neighborhood (in terms of style, appeal, and construction materials)? [X] Yes [ ] No If No, attach description.

Are there any apparent physical deficiencies or conditions that would affect the soundness or structural integrity of the improvements or the livability of the property?
[ ] Yes [X] No If Yes, attach description. None noted.

Are there any apparent adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property? [ ] Yes [X] No If Yes, attach description. None noted.

If the subject property was listed for sale in the past year give the following information:     List Price 549,000     Date Listed 0/01/08     Days on Market 700

The analysis of the comparable sales below reflects market reaction to significant variations between the sales and the subject property.

| FEATURE | SUBJECT | SALE 1 | | SALE 2 | | SALE 3 | |
|---|---|---|---|---|---|---|---|
| | 35211 Beverly Hills Dr. | 15261 Ryan Ave. | | 16350 Winding Ridge Ave. | | 35227 Beverly Hills Dr. | |
| Address Prairieville | | Prairieville | | Prairieville | | Prairieville | |
| Proximity to Subject | | 2 Miles E. | | 1 Mile E. | | 1 Blk. | |
| Sales Price | $ | | $ 417,000 | | $ 525,000 | | $ 435,000 |
| Price/Gross Liv. Area | $ | [X] $ 139.00 | [X] | $ 148.31 | [X] | $ 132.22 | [X] |
| Data & Verification Sources | | MLS | | MLS | | MLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | Conv. | | Conv. | | VA | |
| Concessions | | No Concessions | | No Concessions | | No Concessions | |
| Date of Sale/Time | | 03/24/10 | | 05/28/10 | | 10/01/09 | |
| Location | Average | Average | | Average | | Average | |
| Site | 77X127/Avg. | 90X180/Avg. | | Irregular/WF | -35,000 | Irregular | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | 2 Story | Ranch | | 2 Story | | 2 Story | |
| Actual Age (Yrs.) | 3/New | 8 | | 4 | | 2 | |
| Condition | New | Inf.Quality/Cond. | +50,000 | Inf.Quality/Cond. | +35,000 | Inf.Quality | +65,000 |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 11 / 4 / 3.1 | 9 / 4 / 3 | +2,000 | 10 / 5 / 4.1 | -4,000 | 9 / 4 / 3.1 | |
| Gross Living Area | 4,580 Sq. Ft. | 3,000 Sq. Ft. | +70,000 | 3,540 Sq. Ft. | +45,000 | 3,290 Sq. Ft. | +58,000 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | | | | | | | |
| Garage/Carport | 3 Car Gar. | 2 CP- 1 Gar. | +20,000 | 3 Car Gar. | | 3 Car Gar. | |
| | Porch/Patio | Porch/Patio | +5,000 | Porch/Patio | | Porch/Patio | +5,000 |
| Kitchen | Builtins/Alarm | Builtins/Alarm | | Builtins/Alarm | | Builtins/Alarm | |
| Net Adj. (total) | | [X] + [ ] - $ | 147,000 | [X] + [ ] - $ | 41,000 | [X] + [ ] - $ | 128,000 |
| Adjusted Sales Price | | Gross 35.3% | | Gross 22.7% | | Gross 29.4% | |
| of Comparables | | Net 35.3% $ | 564,000 | Net 7.8% $ | 566,000 | Net 29.4% $ | 563,000 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (past three years) and comparable sales (past one year).

| FEATURE | SUBJECT | SALE 1 | SALE 2 | SALE 3 |
|---|---|---|---|---|
| Date of Prior Sale | N/A | No prior sales in the past | No prior sales in the past | No prior sales in the past |
| Price of Prior Sale | | 36 months. | 36 months. | 36 months. |
| Data Source(s) | | | | |
| Effective Date of Data | | | | |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of the prior sales of subject and comparables: There is no sales agreement for the subject at this time. Subject was listed for $599,000.00, then reduced to $549,900.00.

Summary of sales comparison and value conclusion: All three sales are from the same general area and were given equal weight. There were no more comparable sales available from the subject neighborhood. Adjustments were made for those differences reflected in the market place.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, or [ ] subject to the following repairs, alterations or conditions:

BASED ON AN [ ] EXTERIOR INSPECTION FROM THE STREET OR AN [X] INTERIOR AND EXTERIOR INSPECTION, [ ] NO PHYSICAL INSPECTION, I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT TO BE $ 565,000 , AS OF 08/23/2010 .

RMPF 1-Page 2055

Page 1 of 1

John G. Phelan, Jr.

File No.   07817

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Intended User | Bank of Louisiana |
| Property Address | 35211 Beverly Hills Dr. |
| City Prairieville | County Ascension   State La.   Zip Code 70769 |
| Client | Bank of Louisiana |



**FRONT VIEW OF
SUBJECT PROPERTY**



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE OF
SUBJECT PROPERTY**

John G. Phelan, Jr.

File No. 07817



# SKETCH ADDENDUM

| Intended User | Bank of Louisiana | | | |
|---|---|---|---|---|
| Property Address | 35211 Beverly Hills Dr. | | | |
| City Prairieville | County Ascension | State La. | | Zip Code 70769 |
| Client | Bank of Louisiana | | | |

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Size | Net Totals |
| GLA1 | First Floor | 2538.04 | 2538.04 |
| GLA2 | Second Floor | 2042.15 | 2042.15 |
| P/P | Cov'd Patio | 284.00 | |
| | Screened Patio | 138.54 | 422.54 |
| GAR | Garage | 845.58 | 845.58 |
| | | | |
| | | | |
| TOTAL LIVABLE | (rounded) | | 4580 |

| LIVING AREA BREAKDOWN | |
|---|---|
| Breakdown | Subtotals |
| First Floor | |
| 1.0 x 16.3 | 16.33 |
| 12.8 x 37.3 | 478.04 |
| 33.3 x 42.0 | 1397.61 |
| 12.0 x 31.2 | 374.40 |
| 6.4 x 35.0 | 224.80 |
| 3.6 x 3.4 | 33.90 |
| 0.5 x 3.6 x 3.6 | 6.48 |
| 0.5 x 3.6 x 3.6 | 6.48 |
| Second Floor | |
| 17.3 x 34.4 | 593.69 |
| 7.0 x 24.0 | 168.00 |
| 18.0 x 26.0 | 468.00 |
| 2.7 x 13.6 | 37.35 |
| 21.0 x 21.3 | 448.00 |
| 2.7 x 35.9 | 95.78 |
| 8.0 x 28.9 | 231.33 |
| 15 Calculations Total (rounded) | 4580 |

John G. Phelan, Jr.

File No.  07817

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Intended User | Bank of Louisiana |
| Property Address | 35211 Beverly Hills Dr. |
| City Prairieville | County Ascension    State La.    Zip Code 70769 |
| Client | Bank of Louisiana |



### COMPARABLE #1

15261 Ryan Ave.
Prairieville

| | |
|---|---|
| Price | $417,000 |
| Price/SF | 139.00 |
| Date | 03/24/10 |
| Age | 8 |
| Room Count | 9-4-3 |
| Living Area | 3,000 |
| Value Indication | $564,000 |



### COMPARABLE #2

16350 Winding Ridge Ave.
Prairieville

| | |
|---|---|
| Price | $525,000 |
| Price/SF | 148.31 |
| Date | 05/28/10 |
| Age | 8 |
| Room Count | 10-5-4.1 |
| Living Area | 3,540 |
| Value Indication | $566,000 |



### COMPARABLE #3

35227 Beverly Hills Dr.
Prairieville

| | |
|---|---|
| Price | $435,000 |
| Price/SF | 132.22 |
| Date | 10/01/09 |
| Age | 2 |
| Room Count | 9-4-3.1 |
| Living Area | 3,290 |
| Value Indication | $563,000 |

John G. Phelan, Jr.

File No. 07817

# F.I.R.R.E.A. ADDENDUM

| | |
|---|---|
| Intended User | Bank of Louisiana |
| Property Address | 35211 Beverly Hills Dr. |
| City  Prairieville | County  Ascension      State  La.      Zip Code  70769 |
| Client | Bank of Louisiana |

**Purpose of the Appraisal**

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal it to assist the lender/client in evaluating the subject property for lending purposes.  This is a federally related transaction.

**Scope of Work**

This is a summary report of a complete appraisal.  The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable   sales within the subject market area.  The original source of the comparable is shown in the data source section of the market grid along with the subject market area.  All sales closed, and verified by the appraiser.  Some data sources area 1 to 2 months behind actual closing date.  When this occurs, the information is verbally obtained from broker of broker agent.  The sources and data are deemed reliable.  Sources-MLS, Deedfax, appraiser's files and brokers. Whenever there is conflicting data, the source considered most reliable has been used.  The replacement cost is based on Marshall & Swift Cost Index, supplemented by appraiser's knowledge.

**Report of the prior year sales history for the subject property**

Is the subject property currently listed?   [X] Yes   [ ] No     List Price: $ 549000

Has the property sold during the prior 3 years?   [ ] Yes   [X] No     If yes, describe below

**Marketing Time**

What is your estimate of marketing time for the subject property?  6-18 months      months      Describe below the basis (rationale) for your estimate?

The subject's estimated marketing time is based on the number of days on the market for the subject's area in the multi-list service for homes similar to the subject property.

**Non-real property transfers**

Does the transaction involve the transfer of personal property, fixtures, or intangibles that are not real property?   [ ] Yes   [X] No

If yes, provide description and valuation below.

**Additional Comments**

The value estimate in this report is based on the assumption that the property is not adversely affected by the existence of hazardous substances or detrimental environmental conditions.  THE APPRAISER IS NOT AN EXPERT IN THE IDENTIFICATION OF HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL CONDITIONS.  The appraiser's routine inspection and inquires about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental conditions which affect the property negatively.  An environmental audit may reveal they exist.  Typically all dwellings built prior to 1978 contain lead based paint.

**Additional Certification**

1. The acceptance of this appraisal assignment by the appraiser was not based on a requested minimum valuation, a specified valuation, or an approval of the loan.

2. The appraiser certifies that the compensation for this appraisal is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result of the occurrence of a subsequent event.

3. This appraisal has been prepared to conform with the Uniform Standards of Professional Appraisal practice ("USPAP") adopted by the Appraisal Standards Board of the Appraisal foundation, except the Departure Provision, unless otherwise stated below.

4. The appraiser has disclosed within this appraisal report, or below, all steps taken that were necessary or appropriate to comply with the Competency provision of the USPAP. The signing appraiser has personally inspected the subject property.  The signing appraiser has personally done a drive-by inspection of the comparable sales listed in the report.

Date:  September 3, 2010      Appraiser(s):

John G. Phelan, Jr.

Date: _____      Review Appraiser(s): _____

Form 953

John G. Phelan, Jr.

File No.07817

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent deficiencies or adverse conditions of the property (such as, but not limited to, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

John G. Phelan, Jr.

File No.07817

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the subject property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

9. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale of the subject property.

10. I have knowledge and experience in appraising this type of property in this market area.

11. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

12. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

13. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

14. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

15. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

16. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

17. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.

18. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

19. I identified the client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

20. I am aware that any disclosure or distribution of this appraisal report by me or the client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

21. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

John G. Phelan, Jr.

File No.07817

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name John G. Phelan, Jr. | Name |
| Company Name John G. Phelan, Jr. | Company Name |
| Company Address 2271 Telstar Street | Company Address |
| Harvey, LA 70058 | |
| Telephone Number 504-263-1150 | Telephone Number |
| Email Address | Email Address |
| Date of Signature and Report September 3, 2010 | Date of Signature |
| Effective Date of Appraisal 08/23/2010 | State Certification # |
| State Certification # R0358 | or State License # |
| or State License # | State |
| or Other | Expiration Date of Certification or License |
| State LA | |
| Expiration Date of Certification or License 12-31-2010 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 35211 Beverly Hills Dr. | Date of Inspection |
| Prairieville, La. 70769 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 565,000 | Date of Inspection |
| CLIENT | COMPARABLE SALES |
| Name Mr. Tim O'Brien | |
| Company Name Bank of Louisiana | ☐ Did not inspect exterior of comparable sales from street |
| Company Address 605 Lapalco Blvd. | ☐ Did inspect exterior of comparable sales from street |
| Gretna, La. 70056 | Date of Inspection |
| Email Address | |

RMPF Certification Addendum

John G. Phelan, Jr.

# Exhibit 2

Electrical sockets, blackened copper ground wire:



First Floor Den.



First floor dining room.



Second floor Entertainment room.



Plumbing; first floor kitchen under kitchen sink, Blackened copper pipes.

Plumbing:

Second Floor Water heater access. Blackened copper pipes.



# Exhibit 3





Back of drywall located in second floor A/C room.

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14