UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED    MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                   SECTION "L"

This document relates to:
                       JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                     MAGISTRATE:
Case No. 14-cv-2722    JOSEPH WILKINSON, JR.

Deposition of (BANK OF AMERICA),

TIMOTHY O'BRIEN, taken at FISHMAN HAYGOOD,

LLP, Attorneys at Law, 201 St. Charles

Avenue, 46th Floor, New Orleans, Louisiana

70170, taken on Thursday, June 13, 2019.

REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

**EXHIBIT**

**B**

 1   of Chinese drywall?  None of the appraisals

 2   have done that; is that correct?

 3        A    Well, maybe restate that again so I

 4   answer it right.

 5        Q    Sure.  I've seen a number of

 6   appraisals where the appraiser will say,

 7   "This property is worth $505,000"; however,

 8   because Chinese drywall is present, it's only

 9   worth X, $250,000.  And so then the

10   diminution in value that is attributable

11   strictly to the presence of Chinese drywall

12   is readily calculateable.  You can quantify

13   it.  Have any of these appraisals done that

14   math?

15        A    Yes.  Well, actually, the low

16   appraisals are based on the presence of

17   Chinese drywall.

18        Q    Sure.  But they don't give you --

19   those appraisals don't give you a value of

20   what the property would appraise for if

21   Chinese drywall was not present?

22        A    No, they don't.

23        Q    If you'll turn, please, to Page 6.

24   At the bottom, there's an item number --

25   there's Questions 26 and 27 relating to

 1   potential witnesses:  Carlton Jones of Baton

 2   Rouge is identified as a potential witness.

 3        A    Yeah.  He's the gentleman that

 4   wrote the email.  He was the home inspector,

 5   just a general home inspector.  He's the one

 6   who noticed the word "China" stamped across

 7   the back of the Sheetrock in the air-

 8   conditioning closet and noticed the other

 9   symptoms in the house.  He's the one that

10   discovered it.  He also put his disclaimeners

11   in there that he wasn't qualified and all

12   that stuff.

13        Q    On the next page on 28, there's an

14   Aimee (pronouncing Aim-ee) or Aimee

15   (pronouncing Ah-mee) Norton from

16   Prairieville, Louisiana.  She's identified,

17   as I believe, the individual that took Mr.

18   Carlton Jones' statement, if I'm

19   understanding.

20        A    He wrote the email to her,

21   actually.

22        Q    Okay.  And then, again, you have

23   received a copy of that email?

24        A    Yeah.  I was forwarded the email

25   later, you know, after that took place.

 1        Q    Okay.  And it appears the date in

 2   question, 30, is identified as January 23rd,

 3   2013?

 4        A    Yes.  That's the date of the email.

 5        Q    So that would be the date the bank

 6   first became aware of Chinese drywall?

 7        A    That's the date he discovered it.

 8   Some talk went back and forth between the

 9   real estate communicating with me and, you

10   know -- actually, a couple of months

11   elapsed -- well, about a month and a half

12   elapsed before I went and saw it.

13              MR. ROSENBLOOM:

14                  The good news is:  I think

15              until we see how these appraisals

16              may or may not factor into the

17              bank's damage claims, I don't

18              think we need to go through them.

19              We may at a later date.  They may

20              be irrelevant.  So, you know,

21              rather than asking a series of

22              hypothetical questions that may

23              ultimately prove completely

24              irrelevant, we'll just

25              hold off on that until we see

 1        Q     The property hasn't been renovated

 2    in any way?

 3        A     No.

 4        Q     The property wasn't even lived in?

 5        A     No.

 6        Q     Was the property completed?

 7        A     Yes, it was.  It was fully

 8    complete.  They even got occupancy.  He hired

 9    -- as soon as he finished it, he got

10    occupancy, of course.  Hired an agent, tried

11    to sell it.  In fact, we gave him a little

12    bit of time trying to sell it.  I have to see

13    how long it was.  If I recall, I think we

14    gave him a year trying to sell it; but he

15    stopped paying, too, I think is what

16    happened.  And he didn't sell it.  Then when

17    we got it, we didn't know it had Chinese

18    drywall.  There were already comments being

19    made about that smell, you know.

20        Q     At the time you acquired the

21    property?

22        A     Oh, yeah.  The first agent I had on

23    the property, after she had it about a month,

24    she's asking questions about the smell.  "The

25    neighbor next door says the house has Chinese

 1    drywall."  "How would he know?"  We

 2    thought -- I thought she was crazy, and so --

 3         Q    And do you recall when that was,

 4    that first agent?

 5         A    Well, it was soon after we acquired

 6    it in 2010.  Right after that.

 7         Q    Okay.

 8         A    Because the house was clean.  It

 9    was ready to go.  Put a "for sale" sign on

10    it.

11         Q    The neighbor indicated the house

12    had Chinese drywall?

13         A    She.  I remember she -- I remember

14    she indicated to me -- we had trouble with

15    the neighbor early on.  He was living in the

16    house while this house was being built, and

17    it took a little while because the guy -- he

18    struggled at the end.  And the neighbor

19    wasn't the easiest guy to get along with, so

20    he kind of made a lot of disparaging remarks

21    to the agent and other people, apparently.

22    But he had made comments to the agents that

23    the house had Chinese drywall, and it was

24    like, "How would he know anyway?"

25         Q    And she passed that onto you?

 1       A     She was telling me.  Anyways, when

 2    she first made the comments about it, you

 3    know, "there's a smell," "the neighbor says

 4    it's got Chinese drywall," I recall at the

 5    time it was on the news locally -- well,

 6    probably all around this area.  There were

 7    stories that they are starting to find

 8    Chinese drywall in the homes and what some

 9    of the symptoms were, but nobody really knew

10    much about it; at least, I didn't myself.

11    So I went up and looked for indications based

12    on what I saw on TV, and I didn't see

13    anything.  I even -- I think it had come up

14    for reappraisal.  I told the -- I asked the

15    real estate appraiser about it, if he knew

16    anything about Chinese drywall; and he said

17    when he went up, he said he would see if he

18    saw any symptoms and note them himself.  He

19    came back and he said he didn't see

20    anything.  He said he didn't notice anything

21    either, but I think it was just lack of

22    knowledge more than anything.

23       Q     Sure.  And, to the best of your

24    knowledge, was that real estate appraiser

25    that you had spoken to, were they

Page 46

1    sufficiently trained for the detection of

2    Chinese drywall or its symptoms?

3         A    No.  I know he wasn't.  He probably

4    didn't know any more than I did.  I thought

5    he would know more being a real estate

6    appraiser.  I thought he would be a little

7    bit familiar with it, you know --

8         Q    And --

9         A    -- heard about it.

10        Q    And in light of the comments from

11   the real estate agent, what she passed on

12   about the neighbor, and what you were seeing

13   in the news, you decided against hiring a

14   qualified expert to inspect the home?

15        A    Well, I didn't go any further than

16   that.  I just thought the lady was crazy,

17   really.  Eventually, I got another agent

18   after a little while and never really heard

19   any more about it; although, we would hear

20   comments about "What is that smell?"

21        Q    And that sort of persisted

22   throughout?

23        A    Yeah.  Oh, yeah.

24        Q    That real estate agent that you're

25   speaking of, was that John Phelan, Jr.?

Page 47

1        A     He's the appraiser.

2        Q     That's the one you asked about?

3        A     Just asked him.  Take a look.  See,

4   you know -- this is what they're telling me.

5   Do you see any indications like that?

6              MR. ROSENBLOOM:

7                   All right.  Subject to the

8              open items we discussed earlier,

9              we're finished here for today.

10              Thank you, sir.

11                   *    *    *

12

13

14

15

16

17

18

19

20

21

22

23

24

25