UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED     MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                             SECTION "L"

This document relates to:
                                   JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                   MAGISTRATE:
Case No. 14-cv-2722     JOSEPH WILKINSON, JR.

       Deposition of JACQUES BROUSSEAU, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on June 10, 2019.

REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

**EXHIBIT B**

VINCENT P. BORRELLO, JR. & ASSOCIATES
(504) 391-9878

```
 1      A    No.
 2      Q    Did you take any pictures of those
 3  pieces?
 4      A    No.
 5      Q    I think we'll be done with that for
 6  now.
 7           MR. DOYLE:
 8                You're referring to Plaintiff
 9           Profile Form?
10           MR. ROSENBLOOM:
11                Yes.
12  BY MR. ROSENBLOOM:
13      Q    You lived in the home for
14  approximately four years prior to Mr.
15  Armshaw's report; is that correct?
16      A    Yes.
17      Q    And during that time, did you ever
18  notice an unusual smell in your home?
19      A    Yes.
20      Q    Okay.  What kind --
21      A    On the second floor.
22      Q    On the second floor?
23      A    Yes.
24      Q    Can you describe that smell?
25      A    Like a sulfuric gas, kind of just
```

1   not normal.  It's just a constant smell that
2   doesn't smell like the first floor --
3        Q    Sure.
4        A    -- or a normal house.
5        Q    Yeah.  And when did you first
6   notice that smell; shortly after moving in?
7        A    Well, the thing is:  I didn't
8   really know what it was, but I would say
9   probably a year after.  I don't know the
10  exact date.
11       Q    Okay.
12       A    I mean, it's just --
13       Q    Okay.
14       A    It was a long time ago.
15       Q    Sure.
16            And once you became aware of that
17  smell approximately a year after you moved
18  in, did you hire anybody to take a look at
19  it?
20       A    No.
21       Q    Did you hire anybody to
22  investigate?
23       A    No.  What happened, I would say
24  is -- everything kind of started happening
25  around the same time.  My son, his bedroom is

1  upstairs and he started getting nose bleeds;
2  and my wife started getting rheumatoid
3  arthritis, and she got diagnosed with that.
4  And that all kind of happened around
5  November, December of 2012.  Then that's when
6  we kind of started thinking something's not
7  right, but I don't know.  We never knew what
8  it was.
9      Q   And -- but you still never brought
10 anybody out to investigate the home in any
11 way?
12     A   No.
13     Q   I think you mentioned that you had
14 experienced appliance failure --
15     A   Yes.
16     Q   -- in your house?
17         When did your appliances start
18 failing?
19     A   As soon as we bought the house.
20     Q   Okay.
21     A   We didn't know if it was just
22 normal wear and tear or a reason for it.  We
23 really didn't understand what was happening
24 until the inspection in 2016.  That was a
25 aha moment.

1      Q    Sure.
2      A    We were like that explains
3  everything.
4      Q    Was there any reason from your
5  inspection report with Spencer Maxcy that
6  gave you any indication that the appliances
7  were not in full working order?
8      A    Nothing.  I mean --
9      Q    It didn't strike you as odd that
10 the appliances started failing as soon as you
11 moved into the house?
12     A    Well, it was kind of odd; but I
13 don't know.  I mean, I'm not a handyman so --
14     Q    And --
15     A    I was a little upset.  You know, I
16 just bought this house and stuff is breaking
17 down and we're having to replace it right
18 away.  I was just kind of -- you know, just
19 thought it was bad timing, bad luck.
20     Q    Yeah.  And so when you first --
21 when you first move in, what are the -- what
22 are the appliances and sort of more minor
23 systems, I guess; although, in Louisiana, we
24 don't call A/C a minor system.  What was sort
25 of the schedule of those things breaking for

1  you?
2      A    Well, I mean, it's all laid out in
3  the PFS itemization.
4      Q    Okay.
5      A    The A/C stuff really is what
6  happened first as soon as we bought the
7  house, literally like days after we had to
8  replace the Freon and get work done.  There
9  was leakage in the Freon.  And then maybe a
10 week later, we had to replace one of the
11 coils.  And then after that -- I mean, I
12 would like to see the exhibit.
13     Q    Sure.
14     A    I can't remember exactly what
15 happened.  But a few things started happening
16 immediately after we bought it.  Within six
17 months.
18     Q    Did any of the repair people or
19 anybody who replaced an appliance for you,
20 did they give you any indication that what
21 was happening was unusual or that they were
22 seeing signs of Chinese drywall?
23     A    Nobody ever said Chinese drywall,
24 but they -- multiple times we were told they
25 didn't understand why this was happening or

```
 1   this is unusual.
 2        Q    Uh-huh.
 3             And did you do any further
 4   investigation on any of these appliances that
 5   broke?
 6        A    No.
 7        Q    And the same with the A/C?
 8        A    Yeah.
 9        Q    Has your house been renovated since
10   you've moved in?
11        A    No.  The only thing we've done is
12   esthetically we would -- we painted the house
13   and we put new kitchen countertops.  We put
14   new light fixtures in some of the rooms as
15   well, but those were the three things we did.
16        Q    And when did you do those?
17        A    Well, we painted the house as soon
18   as we got it, interior and exterior, and
19   light fixtures.  I guess we did the kitchen
20   countertops in 2014.  I'm not sure.  2014 or
21   2015.  I don't remember, to be honest.
22        Q    Gotcha.
23        A    That was a couple of years after we
24   bought the house.
25        Q    So your cabinet layout is all the
```

 1   same --
 2       A    Everything's the same.
 3       Q    -- in your kitchen?
 4            The light fixtures you installed in
 5   the house immediately after moving, have
 6   those failed?
 7       A    No -- well, yes, in the kitchen.
 8   Some of the LED lighting has failed recently.
 9       Q    And those were installed back in
10   2012?
11       A    No.  Those were done -- it's an LED
12   strip under the cabinet.  That was done when
13   we did the countertops.
14       Q    Okay.
15       A    And, actually, some of the recessed
16   lighting in the kitchen is not working as
17   well.  As soon as I replace a bulb, shortly
18   after if I put an LED bulb in there, which is
19   supposed to last a long time --
20       Q    Uh-huh.
21       A    -- they burn out pretty
22   quickly.  --
23       Q    So the recessed lighting --
24       A    -- in the kitchen.
25       Q    -- you did not install that?

Page 28

1      A    I did not install it.  It was
2   already there.
3      Q    Has this short life span on the LED
4   light bulbs existed since you bought the
5   house?
6      A    Since I bought the house.
7      Q    And have you had an electrician
8   come in to look at that and investigate it?
9      A    No.  But we did have an electrician
10  come in and replace all of the sockets.
11     Q    When did the electrician come and
12  replace --
13     A    It's on the PFS itemization.
14     Q    Okay.
15     A    I'm thinking 2014.
16     Q    2014.
17          And at that time, did the
18  electrician tell you he thought you had --
19     A    He was confused.
20     Q    -- Chinese drywall?
21     A    No.  He thought the house burned
22  down.
23     Q    Okay.
24          COURT REPORTER:
25               If you can wait until he