Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED     MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                      SECTION "L"

This document relates to:
                                JUDGE FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                MAGISTRATE:
Case No. 14-cv-2722     JOSEPH WILKINSON, JR.

      Deposition of SARAH BROUSSEAU, taken at FISHMAN HAYGOOD, LLP, Attorneys at Law, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, taken on June 10, 2019.

REPORTED BY:

    KIM A. PRESCOTT,
    Certified Court Reporter

**EXHIBIT C**

VINCENT P. BORRELLO, JR. & ASSOCIATES
(504) 391-9878

Page 26

1    A    Upstairs, yes.  Always.
2    Q    Always?
3    A    Well, we don't use the upstairs;
4  but when we go upstairs, yes.
5    Q    And when did you first notice that
6  smell?
7    A    I guess shortly after moving in.
8    Q    Shortly after moving in.
9         And you never noticed that smell
10 downstairs?
11   A    Sometimes, but not often.
12   Q    Not often?
13   A    Mainly upstairs.
14   Q    And when you are downstairs and
15 notice the smell, is it near the stairs
16 leading to upstairs or is it in other parts
17 of the house?
18   A    Well, really, it's kind of if
19 you're on vacation and your house hasn't been
20 opened for a week or so, that's when I notice
21 it downstairs.
22   Q    But upstairs, you'll notice it sort
23 of all the time?
24        MR. DOYLE:
25             Object to the form.

Page 27

```
 1              THE WITNESS:
 2                   When I go upstairs, it's
 3              there.
 4   BY MR. ROSENBLOOM:
 5       Q    Okay.  What is upstairs in your
 6   house?
 7       A    Two bedrooms.
 8       Q    Bedrooms.
 9            What are they used for?
10       A    At the moment, nothing.  We stay
11   downstairs.
12       Q    And when you bought the house, when
13   you first moved in, what were the bedrooms
14   used for?
15       A    It was an office and a guest room.
16       Q    And when you noticed the smell
17   shortly after moving in, when you would go
18   upstairs, did you call anyone to investigate?
19       A    No.
20       Q    Why not?
21       A    Never crossed my mind.
22       Q    So it wasn't a particularly strong
23   smell?
24       A    It's not terribly strong.
25       Q    What does it smell like?
```