1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2

3                    Case No. 14-cv-2722

4

5

6    ELIZABETH BENNETT, ET AL

7              Plaintiff,

8    Vs.

9    GEBR. KNAUF
     VERWALTUNGSGESELLSCHAFT, KG, ET AL
10
                  Defendant.
11   _____/

12

13
         DEPOSITION TAKEN ON BEHALF OF THE DEFENDANT
14              DEPOSITION OF MARFELIA CALDERON

15             Thursday, July 11, 2019
                10:35  AM - 10:58 AM
16

17
             Stenographically Reported By:
18

19                Dina Orlansky-Sosnow
               Notary Public, State of Florida
20

21

22

23

24                                          **EXHIBIT**

25                                             **B**



                    DEPOSITION OF MARFELIA CALDERON
                            July 11, 2019


1

2

3

4    Thereupon,

5                        MARFELIA CALDERON

6    Was called as a witness, and after having been first duly

7    sworn, testified as follows:

8                        DIRECT EXAMINATION

9    BY MR. ROSENBLOOM:

10       Q.    She just witnessed -- you just witnessed your

11   husbands deposition and did you hear me explain the ground

12   rules prior to starting that deposition?

13       A.    Yes.

14       Q.    Okay.  Do you have any questions?

15       A.    No.

16       Q.    All right.  What's the highest level of

17   education you've completed?

18       A.    7th grade.

19       Q.    Okay.  Are you currently employed?

20       A.    Yes.

21       Q.    And what do you do?

22       A.    I work in a laundry.

23       Q.    And how long have you worked there?

24       A.    I've been there for 10 years.

25       Q.    Do you have any construction experience?



MARFELIA CALDERON                                                July 11, 2019
BENNETT vs VERWALTUNGSGESELLSCHAFT, et al.                              5

```
 1         A.    No.

 2         Q.    Any architecture experience?

 3         A.    No.

 4         Q.    Environmental hazard experience?

 5         A.    No.

 6         Q.    Did you review any documents in preparation for

 7    today?

 8         A.    No.

 9         Q.    Did you meet with anyone other than your

10    attorney?

11         A.    No.

12         Q.    Okay.  Your husband testified that you

13    purchased the house in 2007, is that correct?

14         A.    Yes.

15         Q.    Your husband also indicated that you purchased

16    the house for $246,000, is that correct?

17         A.    Yes.

18         Q.    Your husband indicated that you lived in the

19    home for eight years prior to the discovery of Chinese

20    drywall, is that consistent with your recollection?

21         A.    Yes.

22         Q.    Okay.  Did you notice a strange smell in the

23    home?

24         A.    Yes.

25         Q.    And when?
```



```
 1        A.    Maybe two -- after two or three years we
 2   started to notice that odor.
 3        Q.    Did you do anything to investigate the odor?
 4        A.    No.
 5        Q.    Why not?
 6        A.    I don't know.
 7        Q.    Do you know anyone that has Chinese drywall?
 8        A.    No.
 9        Q.    Are you aware of anyone in your neighborhood
10   that has Chinese drywall?
11        A.    No.
12        Q.    During the eight years between moving into the
13   house and discovering Chinese drywall did you experience
14   appliance failure?
15        A.    I don't understand your question.
16        Q.    Okay.  In the first eight years that they lived
17   in the house, did you have a washing machine break, a
18   refrigerator, air-conditioning?
19        A.    Not at the beginning, we noticed that maybe
20   after four years.
21        Q.    After four years, were a lot of appliances
22   breaking?
23        A.    Yes, they were defective.
24        Q.    Were they breaking all at once?
25        A.    No.
```



1      Q.    A little bit at a time?

2      A.    Yes.

3      Q.    All right.  Did they ever speak to a repair

4   person or professional company about the appliances

5   breaking?

6      A.    No.

7      Q.    I'll show you what's been marked as Exhibit 1.

8   It's the Notice of Deposition.  Have you seen this before?

9      A.    I don't know.

10     Q.    Okay.  Have you done anything to search for

11  documents to support your claims in this case?

12     A.    I don't understand.

13     Q.    Did she look for receipts, pictures, contracts

14  to give to her attorney?

15     A.    My husband actually took care of everything

16  because I didn't understand much about this.

17     Q.    Okay.  I'll show you what's been marked as

18  Exhibit 2 which is the Plaintiff's Profile Form, has she

19  seen -- have you seen that before?

20     A.    No.

21     Q.    Is that her signature -- is that your signature

22  on page 3?

23     A.    Yes.

24     Q.    Did she -- did you review the document prior to

25  signing it?

