```
1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
2

3                 Case No. 14-cv-2722

4

5

6    ELIZABETH BENNETT, ET AL

7            Plaintiff,

8    Vs.

9    GEBR. KNAUF
     VERWALTUNGSGESELLSCHAFT, KG, ET AL
10
             Defendant.
11   _____/

12

13
          DEPOSITION TAKEN ON BEHALF OF THE DEFENDANT
14             DEPOSITION OF ISIDRO CALDERON

15           Thursday, July 11, 2019
                9:00 AM - 10:30 AM
16

17
             Stenographically Reported By:
18

19             Dina Orlansky-Sosnow
           Notary Public, State of Florida
20

21

22

23

24
                                              EXHIBIT
25                                               C
```

**EXHIBIT C**



| | | |
|---|---|---|
| 1 | Q. | And they discovered the Chinese drywall in |
| 2 | 2015? | |
| 3 | A. | Yes. |
| 4 | Q. | So during those eight years that they lived in |
| 5 | the house, did they notice a peculiar smell? | |
| 6 | A. | Yes. |
| 7 | Q. | And when did that odor start? |
| 8 | A. | Right after we bought the house.  Maybe |
| 9 | one year later. | |
| 10 | Q. | Did they do anything to investigate that smell? |
| 11 | A. | No, because the house was new.  I didn't know |
| 12 | it had that. | |
| 13 | Q. | During the eight years that they -- before they |
| 14 | discovered the Chinese drywall, did she experience any | |
| 15 | appliance failure? | |
| 16 | A. | Could you repeat the question please? |
| 17 | Q. | Sure.  During those eight years, did they |
| 18 | experience any appliance failure?  Washers, dryers? | |
| 19 | A. | Yes, all of them.  They were broken, the copper |
| 20 | parts were black. | |
| 21 | Q. | When did the appliances start breaking? |
| 22 | A. | I don't remember. |
| 23 | Q. | Was it about a year after they moved in? |
| 24 | A. | No, I would say five years, approximately. |
| 25 | Q. | Did the appliances break all at once or did |



```
 1   home?
 2        A.    An inspector.
 3        Q.    Okay.  And that was in November of 2015?
 4        A.    Yes.
 5        Q.    All right.  Why did they call out an inspector?
 6        A.    Because my son asked an electrician.  He saw
 7   that the cables were black.  He opened one of those boxes.
 8        Q.    Why did he open one of those boxes?
 9        A.    I don't remember exactly.  But I think there
10   was a blackout and that's why he opened the box.
11        Q.    Something in the house didn't work or it was a
12   blackout in the neighborhood?
13        A.    I don't remember, I don't remember.
14        Q.    In Section 5 he says that there is Chinese
15   drywall in the ceilings and the walls.  How does he know
16   that it's in the ceilings and the walls?
17        A.    Because the inspector performed the inspection.
18        Q.    And the inspector indicated it's in the
19   ceilings and the walls?
20        A.    Yes.
21        Q.    On the lower left hand side it indicates that
22   there is blacking or corrosion of the plumbing systems?
23        A.    Yes, all the pipes, the plumbing pipes are
24   black.
25        Q.    Okay.  Has he seen that personally or does he
```



```
 1       A.    One door.
 2       Q.    Freezer?
 3       A.    No, it's a big one.
 4       Q.    Item 3 is the general electric stove and oven?
 5       A.    Yeah, oven too.  I bought it myself.
 6       Q.    Is this in the house?
 7       A.    No.
 8       Q.    What was wrong with it?
 9       A.    It wouldn't work because of the Chinese
10  drywall.
11       Q.    And when did he get rid of it?
12       A.    I don't remember exactly.  Many years ago.
13       Q.    Did he try to repair it before he got rid of
14  it?
15       A.    No, because it was ruined.  I just threw it
16  away.
17       Q.    For Item Number 4, it's a whirlpool dryer
18  machine.  Is that still in the house?
19       A.    No, I got rid of it.
20       Q.    When did he get rid of it?
21       A.    I don't remember.  As I said before, it was
22  many years back.
23       Q.    Okay.  Did he try to repair the dryer machine
24  before he got rid of it?
25       A.    No, it was totally defective.  It was black,
```



```
 1    rusty.
 2         Q.    Where was it black and rusty?
 3         A.    Because of the Chinese drywall.
 4         Q.    Where was it black and rusty?
 5         A.    The electrical parts and the copper.
 6         Q.    Did this break around the same time as the
 7    Kenmore refrigerator and the stove and oven?
 8         A.    Not exactly.  One after the other.
 9         Q.    Okay.  And how does he know it cost $700?
10         A.    Because I bought it myself.
11         Q.    Okay.  And was this the dryer machine that came
12    with the house when he moved in?
13         A.    No, no.
14         Q.    Item Number 5, a washing machine for $800.  Is
15    that in the house?
16         A.    No, I got rid of it.
17         Q.    Okay.  When did he get rid of it?
18         A.    I don't remember exactly.  That was long ago.
19         Q.    Okay.  Like 5 years ago?
20         A.    I think a little longer than that.
21         Q.    All right.  And why did he get rid of the
22    washing machine?
23         A.    Because it was defective.
24         Q.    Okay.  Was it also black and rusty?
25         A.    Yes.
```

