# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment as to the claims filed by Isidro and Marfelia Calderon:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Isidro and Marfelia Calderon first filed claims in this matter on January 31, 2016.

9. Isidro and Marfelia Calderon are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 3441 SW Haines Street, Port St. Lucie, FL 34953 (the "Property").

10. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

11. Isidro and Marfelia Calderon completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

12. Isidro and Marfelia Calderon were deposed on July 11, 2019 and had twenty-one (21) days to supplement documents.

13. Within a year of moving into the Property, Plaintiffs started to notice a strange smell.

14. Furthermore, within the first four to five years of owning the Property (between 2005 and 2010) and continuing throughout their ownership, personal property items and appliances were blackening, rusting, and breaking down.

15. Plaintiffs took no steps to investigate the issues until 2015.

16. Plaintiffs allegedly replaced and discarded the damaged appliances and personal property items.

17. In part, Isidro and Marfelia Calderon asserted claims in their submissions for diminution in value, loss of use and personal property

18. Isidro and Marfelia Calderon failed to provide documents and competent evidence to support their claims for diminution in value, loss of use and personal property.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:       504.310.0279
Email:             kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of December, 2019.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**