Case 2:09-md-02047-EEF-MBN   Document 22435-3   Filed 12/23/19   Page 1 of 12

ABIGAIL JOANNE COHEN
BENNETT vs GEBR. KNAUF VERWALTUNGSGESELLSCHAFT
June 20, 2019
1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3   In Re:  CHINESE-MANUFACTURED  |   MDL 2047
     DRYWALL PRODUCTS LIABILITY    |
 4   LITIGATION                    |
                                   |   SECTION "L"
 5   _____|
     This document relates to:     |
 6                                 |   JUDGE ELDON FALLON
     Elizabeth Bennett,            |
 7   et al v. Gebr. Knauf          |
     Verwaltungsgesellschaft,      |   MAGISTRATE JOSEPH
 8   KG, et al.                    |   WILKINSON, JR.
                                   |
 9   Case No. 14-cv-2722           |
                                   |
10   _____

11

12

13          DEPOSITION OF ABIGAIL COHEN
             Taken By Counsel for Defendants
14                   (Pages 1-81)

15           Thursday, June 20, 2019
             9:26 a.m. - 11:24 a.m.
16
              Esquire Deposition Solutions
17   101 East Kennedy Boulevard, Suite 3350
                  Tampa, Florida
18
     ------------------------------------------------
19

20

21

22   Reported By:
     Olivia Caldwell
23   Notary Public
     State of Florida at Large
24   Esquire Deposition Solutions - Tampa Office
     Phone - 813.221.2535, 800.838.2814
25   Esquire Job No. 4211563
```

EXHIBIT B



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1      Q.   Okay.  If you'll turn to page 2 on that document
 2   at the very top in section 4.  When did the inspection
 3   take place, 4/27/15?
 4      A.   Yes.
 5      Q.   Does that sound familiar?
 6      A.   Yes.
 7      Q.   Okay.  And so you bought this house in 2006 and
 8   first discovered Chinese drywall in 2015?
 9      A.   Yes.
10      Q.   Okay.  So approximately nine years passed while
11   you were living in the home before you discovered that
12   there was Chinese drywall?
13      A.   Yes.
14      Q.   During those nine years did you ever notice any
15   smells?
16      A.   No.
17      Q.   Okay.  In the nine years did you have unusual
18   appliance failure?
19      A.   Yes.
20      Q.   Okay.  And when did that -- when did your
21   appliances begin failing?
22      A.   Right away probably.
23      Q.   And what appliances were those?
24      A.   Many major appliances.
25      Q.   Refrigerator, washer/dryer, air conditioning?
```



```
 1      A.   Yes, but it -- it's not like things happened all
 2   at once.  When things start to fail there's like a
 3   progression, and things are under warranty because it
 4   corrodes electrical.
 5          So different things start to fail over the course
 6   of time until it -- things break and they're out of
 7   warranty and then they're replaced.
 8      Q.   Sure.
 9      A.   So I don't -- in my mind I don't -- I don't have
10   an exact date for you.
11      Q.   Okay.  But you started seeing signs of failure of
12   your -- of major appliances almost immediately after
13   moving in?
14      A.   I wouldn't say "immediately."  I have to think
15   about this.  I want to say "I don't know" to your
16   question because I would have to refer to the -- like I
17   have -- I know I have a work order for the refrigerator
18   and a work order for -- I know I have a work order for
19   the refrigerator.  That would show the date that you're
20   looking for.
21          And when I said "almost immediately" before,
22   it's -- it's been 12 years.
23      Q.   Right.
24      A.   So that's sort of relatively speaking.  It's just
25   stuff started to fail, but you don't know what's
```



```
 1   happening.
 2       Q.   And based on your comment earlier, it seems a lot
 3   of things started to fail while they were still in
 4   warranty and you were able to get them repaired?
 5       A.   Uh-huh.
 6       Q.   At no expense to you?
 7       A.   Yes, but the replacement was an expense to me.
 8       Q.   And, you know, just in my experience most
 9   consumer warranties are like a year or two years,
10   something like that, if you get a really nice one.
11            So would it make sense that, you know, whatever
12   it was that started happening was happening within the
13   warranty period?
14       A.   I -- no, no.
15       Q.   Not at all or not for everything?
16       A.   Not for everything.
17       Q.   Right.  For some things they would have fell in
18   the warranty period?
19       A.   Things -- it's just so hard to answer "yes" and
20   "no."  Things would have failed, then there would be
21   like an electrical fix, and then they would be outside
22   of warranty, and then -- you know, then they would be
23   broken.
24            Like this is over the course of several years
25   with, you know, things breaking; like the refrigerator,
```



1  they're coming out, they're fixing it, they're coming
2  out, they're fixing it, they're coming out, they're
3  fixing it.
4      Q.   Yeah.
5      A.   And then it's -- it takes you outside four years
6  later or because we had extended warranty in some
7  situations.
8           So it takes you -- like it's a number of years
9  and then it -- and then a lot of appliances are broken,
10 and I can't give you dates.
11     Q.   Now I know you indicated you had at least one
12 work order for your refrigerator.  Do you have work
13 orders for all of these times that the various repair
14 folks came out?
15     A.   No.
16     Q.   Okay.  And the work order that you have for the
17 refrigerator, was that submitted along with the
18 receipts?
19     A.   Yes.
20     Q.   Okay.
21          MR. DOYLE:  Let's take a quick break.  It won't
22     be long.
23          (Recess from 9:44 a.m. to 9:59 a.m.)
24          MR. ROSENBLOOM:  All right.  We can go back on
25     the record now.



1    A.  I don't remember.  It just -- it just wasn't
2    working.
3    BY MR. ROSENBLOOM:
4    Q.  Okay.  And did anyone ever suggest at any time
5    that perhaps the failure rate of your appliances was
6    unusual?
7    A.  No.
8    Q.  Okay.  And did any of the repair individuals that
9    came to your house at any time, did they suggest that
10   you might have Chinese drywall?
11   A.  No, it -- it's not like it's one company, so
12   there's no kind of correlation.  So no.
13   Q.  Okay.  During the nine years while various
14   appliances were failing did it ever strike you that your
15   appliances were failing at an unusual rate?
16   A.  I just thought I was unlucky.  I didn't know why
17   it was happening.  No.  I'm sorry.  Can you say the
18   question again for me to answer "yes" or "no"?
19   Q.  Sure.  At any time during your -- well, during
20   your nine years in the -- in the house between when you
21   bought it and when you discovered Chinese drywall, did
22   it strike you that your appliances were failing at an
23   unusual rate?
24   A.  Yes, I felt like why is this happening to me.
25   Q.  And aside from calling out repair companies or



```
 1            So that's all I have done.  No, I have not done
 2   any remediation.
 3         Q.  Okay.  And were you generally aware of Chinese
 4   drywall as being an issue in South Florida?
 5         A.  No.  I mean I had heard on the news; but no, it
 6   wasn't -- I've never -- I mean I don't talk to anyone in
 7   my neighborhood, everybody stays to themselves, but I've
 8   never heard anybody talk about Chinese drywall.
 9         Q.  Okay.  And from the news reports that you saw,
10   did any of those ever make you think, "Hey, I'm having
11   some of those issues with my appliances and" --
12         A.  No.  I saw one thing on the news.  They said
13   there was a sulfur smell.  We didn't have that.
14            And I didn't have -- they said nosebleeds.  I
15   have nosebleeds now, I started having nosebleeds now,
16   but I didn't have nosebleeds before.
17         Q.  Okay.  And about when did your nosebleeds start?
18         A.  A few -- maybe a few years ago.  I feel like for
19   me things are getting worse and worse.
20            Like I'm starting to wheeze now -- I can't -- I
21   stopped like sleeping upstairs.  I have recently just
22   been trying -- I feel like I'm going to have to get like
23   a tent and sleep outside of my house.
24            Like I'm -- I'm having problems breathing and
25   it's just different.  Sorry.  I'm going off on a
```



```
 1   exacerbated by Chinese drywall?
 2        A.   I know that it exacerbates Chinese drywall -- I
 3   mean I know Chinese drywall exacerbates my conditions;
 4   but again, I don't know that my doctors are familiar,
 5   like doctors that I've met with are familiar with
 6   Chinese drywall.  I don't know that that means anything
 7   to them.
 8        Q.   Sure.  So it's your belief that the Chinese
 9   drywall is exacerbating these issues, but no doctor has
10   said this is -- that's absolutely the case?
11        A.   Chinese drywall, because the sulfur dioxide
12   that's emitted, it has a tendency to dry -- like it has
13   this nature of like sucking moisture away from you.
14             So like with arthritis -- like I have -- like I
15   have an issue with my ankles, and so it makes it worse;
16   and I have eczema on my skin, like, you know, it makes
17   it worse.
18        Q.   Do you have a report or a diagnosis or a written
19   statement from a doctor attributing your health
20   conditions to Chinese drywall?
21        A.   No.
22        Q.   Okay.  If you'll turn to page 2.  In section 4 at
23   the top, Inspection Information.  Drywall Science, LLC,
24   was the inspector that discovered Chinese drywall in
25   your home?
```



```
 1          MR. DOYLE:  Let me see it real quick.
 2          MR. ROSENBLOOM:  Do you want a copy?
 3          MR. DOYLE:  I just want to look at these
 4     pictures.
 5          MR. ROSENBLOOM:  All right.
 6          MR. DOYLE:  No, I don't want a copy.  I just
 7     couldn't remember how they were labeled.  Okay.
 8   BY MR. ROSENBLOOM:
 9     Q.   Have you seen this document before?
10     A.   Yes, sir.
11     Q.   Okay.  And this is the report that Drywall
12   Science provided to you following their inspection of
13   your home?
14     A.   Yes, sir.
15     Q.   All right.  In step 1 in red there it indicates
16   that there was a sulfur-like smell in the residence.  Do
17   you see that?
18     A.   Yes, sir.
19     Q.   And I believe you testified earlier that your
20   property, you didn't believe there was a sulfur smell?
21     A.   My mom did in her bathroom, but I never smelled
22   it.
23     Q.   Okay.  Your mother also lived with you in this
24   home?
25     A.   Yes.
```



1    Q.  And when did your mother first experience the
2    sulfur smell?
3    A.  I don't know.
4    Q.  Was it shortly after moving in?
5    A.  I don't know.  I know that she was talking to the
6    gentleman when this was going on and she was like, "Yes,
7    I smelled a sulfur smell in the bathroom."
8         And I was like, "Really?  I don't ever smell" --
9    because that's her bathroom downstairs.  My mom and my
10   dad, they were both saying that, but that was them.
11   Q.  And had they ever raised that issue with you
12   prior to discussing it with the Drywall Science
13   inspectors?
14   A.  No.
15   Q.  Okay.
16   A.  We just knew things were breaking, but...
17   Q.  Did your parents move into the home with you when
18   you bought the home --
19   A.  Yes, sir.
20   Q.  -- initially?  Okay.  All right.  If you'll --
21   step 2, they're looking for charcoal or blackening
22   corrosion of copper freon lines.
23        And then down in red writing it says, "There's
24   excessive corrosion or blackening on the HVAC copper
25   lines.  Copper coils replaced several times."  Is -- do



```
 1   you believe that that's accurate?
 2       A.   Yes.  I couldn't remember how many times.  I
 3   couldn't remember if it was two times and then the third
 4   time was aluminum, but it must have been two times and
 5   then aluminum.
 6            It was -- I think one time might have been under
 7   warranty and then one time wasn't and then the final
 8   time with the aluminum was also not.
 9       Q.   Okay.  Do you know the first time the copper
10   coils were replaced?
11       A.   I just don't remember.  I tried to research all
12   of this.
13       Q.   All right.  Do you recall the second time that
14   the coils were replaced?
15       A.   No.
16       Q.   Or the third?
17       A.   The third time I can probably get the date off of
18   the air-conditioning unit to know about when, but I do
19   not know that information offhand.
20       Q.   So there is -- there's some sort of writing or
21   plaque on the air-conditioning unit that gives the
22   approximate date that the coils were replaced?
23       A.   There is writing for the last time somebody came
24   in and touched the air-conditioning unit, and I know it
25   wasn't too long before then.  I could give you an
```



```
 1      A.   No, it -- no.
 2      Q.   Okay.  So what is the $1200, what does that
 3   correspond to?
 4      A.   I think -- they replaced it one time and it was
 5   within warranty and I was having trouble remembering.
 6   So I'm giving an approximation on -- on that.
 7           And I didn't -- I -- when you asked me if
 8   anything else needed to be added I forgot about paying
 9   for freon, and I don't have any receipts of that.
10           (Exhibit 9 marked for identification.)
11   BY MR. ROSENBLOOM:
12      Q.   I will hand you two documents that I've marked
13   collectively as Exhibit 9.  Can you take a look at these
14   invoices, please?
15      A.   Yes, sir.
16      Q.   And have you seen them before?
17      A.   Yes, sir.
18      Q.   All right.  The first one is a job invoice from
19   St. John Brothers AC date 6/1/11?
20      A.   Yes, sir.
21      Q.   And this was for a repair of your air
22   conditioning?
23      A.   Yes, sir.
24      Q.   All right.  And is this the first repair of your
25   air-conditioning units?
```

