UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**  **SECTION "L"** |
| **This document relates to:**  *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*  **Case No. 14-cv-2722** | **JUDGE ELDON FALLON**  **MAGISTRATE JOSEPH WILKINSON, JR.** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment as to the claims filed by Abigail Cohen:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Abigail Cohen is a plaintiff in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 20305 Chestnut Grove Drive, Tampa, FL 33647 (the "Property").

9. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

10. Abigail Cohen completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

11. Abigail Cohen was deposed on June 20, 2019 and had twenty-one (21) days to supplement documents.

12. Plaintiff purchased the Property in 2006. Immediately or shortly thereafter, Plaintiff began experiencing successive appliance failures.

13. Plaintiff was aware of Chinese drywall from seeing it on the news and that it had a sulfur smell.

14. Plaintiff's parents were living in the Property and smelled "sulfur" (as identified by the later 2015 inspection).

15. Plaintiff thought the appliance failures were just "unlucky."

16. Plaintiff also experienced HVAC repairs allegedly attributable to Chinese drywall in 2011.

17. Plaintiff alleges later certain health effects manifested attributable to Chinese drywall.

18. However, Plaintiff took no action to investigate the issues she was experiencing until an inspection was performed in 2015.

19. In part, Abigail Cohen asserted claims in their submissions for loss of use and personal property.

20. Abigail Cohen failed to provide documents and competent evidence to support claims for loss of use and most personal property claims. Also, Plaintiff failed to comply with this Court's evidence preservation orders as to personal property claims.

                          Respectfully submitted,

                          **FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0279
Email:        kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of December, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**