Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect.  You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.   All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

Name Property Owner: Bonnie & Carl Cordier

Address of Affected Property: 11429 Maxine Drive
New Orleans, LA 70128

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: Bonnie Cordier

Is above your primary residence? (Yes)  No

Mailing Address (if different)

Phone: ( 504 )  343 - 1456

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: James V. Doyle, Jr.

Address: Doyle Law Firm, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL  35209

Phone: ( 205 )  533 - 9500

Case No. /Docket Info: *Bennett v Knauf,* 14-cv-2722

**Section II. Insurance Information**

Homeowner/ Renter Insurer:
Americas Insurance Company

Policy #: 609411

Agent: Underwriters Insurance

Address: 10709 Chef Menteur Hwy., Suite 1
New Orleans, LA  70127-7624

Phone: ( 504 )  302 - 0620

**+ Attach Copy of  Insurance Declaration Page**

*& Beane v. Gebrueder Knauf,* et al., 13-cv-610

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | *Circle One* | |
| Carl J. Cordier | / / | / / | (M)/ F | / / | Yes  (No) | Owner - Occupant |
| Bonnie D. Cordier | / / | / / | M /(F) | / / | Yes  (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

**EXHIBIT A**

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

**1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Benchmark Remediation Group, LLC

**1.2.** When did the inspection take place?   01 / 20/ 14

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

**2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?   Benchmark Remediation Group, LLC

**2.2.** When was this determination made?   01 /20/ 14

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | Walls |
| | ASTM C 36 | |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,521 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 8' - 14' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: _____

Address: _____
_____

Phone: (____) ____ - ____

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____
_____

Phone: (____) ____ - ____

### Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: Cortez Street
New Orleans, LA

Phone: (____) ____ - ____

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| **Claimant's Signature** | 11/23/15 **Date Signed** | **Claimant's Signature** | **Date Signed** |
| **Claimant's Signature** | 11/23/15 **Date Signed** | **Claimant's Signature** | **Date Signed** |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant:

| Bonnie | S | Cordier | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| Carl | J | Cordier | Jr. |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

11429 Maxine Dr
Address 1                                                    Address 2
New Orleans                              LA              70128
City                                          State        Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:     Bonnie                S      Cordier
                         First Name            M.I.   Last Name                    Suffix

Mailing Address (if different):

Address 1                                                    Address 2

City                                          State        Zip Code

Phone Number of Person Completing This Form: ( 504 ) 343 - 1456

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 1 / / 1999

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 8 / 29 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?   ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 10 / 2013

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

We have been the homeowners since 1999. We became aware of the possibility of Chinese drywall in our home after seeing a legal advertisement.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?   ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____/_____/_____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                 Month        Day        Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                 Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                    Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? __No_____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 300,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

*Bonnie S. Cordier*
_____          04/02/2018
Claimant's signature                                       Date signed

Name: _____ Bonnie S Cordier _____

Address: _____ 11429 Maxine Dr _____
      Address 1          Address 2
      New Orleans      LA    70128
      City         State   Zip Code

Phone No.: ( 504 ) 343 - 1456 _____

Email: _____ Cordier250@aol.com _____

7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Bonnie Cordier & Carl Cordier

Affected Property Address:  11429 Maxine Drive, New Orleans, LA 70128

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)    01 / 05 / 1999

2.  When you took ownership of the Property, what was the name of the seller?

Alan R. McKendall

1

3.  Name and address of the realtor?

I don't recall.

4.  Name and address of the closing agent?

I don't recall.

5.  What was the price of the home when you purchased it?  $ 37,500.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes   ☑ No   ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
                    $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

    a. __11__ / __29__ /20__05__
    b. __07__ / __08__ /20__14__
    C.  07 / 25 / 2016

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to   Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Supply Company

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.   Other damages include, but are not limited to:

Inability to sell a home with defective Chinese sheetrock.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A _____

_____

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. N/A _____

b. N/A _____

c. N/A _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. N/A /_____/20_____ to _____/_____/20_____

b. N/A /_____/20_____ to _____/_____/20_____

c. N/A /_____/20_____ to _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____

b. $ N/A _____

c. $ N/A _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☐ No   ☑ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.   Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   ✓ N/A

32.  When did the remediation commencement date occur?

**Response:**   ✓ N/A

33.  When did the remediation end date occur?

**Response:**   ✓ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   ✓ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   ✓ N/A

36. Were any samples from the remediation retained?

   **Response**:   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response**:   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response**:   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response**:   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

_____
Printed Name

_____
Date

# Exhibit 1

I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature *Tracy Riggs*
Name  TRACY RIGGS
Company Name  JAMES JUNEAU APPRAISAL SERVICES, INC
Company Address  212 TERRY PARKWAY
GRETNA          LA      70056
Telephone Number  (504)365-1997
Email Address  TRACY@JAMESJUNEAU.COM
Date of Signature and Report  11/30/2009
Effective Date of Appraisal  11/25/2009
State Certification #  LOUISIANA CERTIFIED RESIDENTIAL
or State License #  REAL ESTATE APPRAISER #R0959
or Other (describe)  _____ State # _____
State  LA          LA
Expiration Date of Certification or License  12/31/2010

ADDRESS OF PROPERTY APPRAISED
11429 MAXINE DRIVE
NEW ORLEANS          LA    70128
APPRAISED VALUE OF SUBJECT PROPERTY $  285,000

LENDER/CLIENT
Name  _____
Company Name  QUICKEN LOANS
Company Address  20555 VICTOR PARKWAY  LIVONIA, MI  48152

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature  _____
Name  _____
Company Name  _____
Company Address  _____
_____
Telephone Number  _____
Email Address  _____
Date of Signature  _____
State Certification #  _____
or State License #  _____
State  _____
Expiration Date of Certification or License  _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection  _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection  _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  KENNETH J. PUMILIA | Name |
| Company Name  KENNETH J. PUMILIA, INC | Company Name |
| Company Address  105 OAK MANOR DR | Company Address |
| SLIDELL  LA  70460 | , , |
| Telephone Number  504-885-2046 | Telephone Number |
| Email Address  PUMILIAK@AOL.COM | Email Address |
| Date of Signature and Report  07/11/2014 | Date of Signature |
| Effective Date of Appraisal  07/08/2014 | State Certification # |
| State Certification #  562 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License  12/31/2015 | |

ADDRESS OF PROPERTY APPRAISED

11429 MAXINE DR

NEW ORLEANS  LA  70128

APPRAISED VALUE OF SUBJECT PROPERTY $  260000

LENDER/CLIENT

Name  TSI

Company Name  QUICKEN LOANS, INC.

Company Address  1050 WOODWARD AVE

DETROIT  MI  48226

*Handwritten note: Value depreciated due to next door neighbor garage caught on fire and burned down my side & back fence at time of appraisal.*

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    Michael B. Hart | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name    Michael B Hart | Name |
| Company Name    Hart Appraisals LLC | Company Name |
| Company Address    6414 General Diaz St | Company Address |
| New Orleans, LA 70124 | |
| Telephone Number    (504) 452-5219 | Telephone Number |
| Email Address    Mhartinno@yahoo.com | Email Address |
| Date of Signature and Report    07/26/2016 | Date of Signature |
| Effective Date of Appraisal    07/25/2016 | State Certification # |
| State Certification #    R1564 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License    12/31/2017 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

11429 Maxine Dr

New Orleans, LA 70128

APPRAISED VALUE OF SUBJECT PROPERTY $    285,000

LENDER/CLIENT

Name  TSI Appraisal

Company Name    Quicken Loans, Inc.

Company Address    1050 WOODWARD AVE, DETROIT, MI 48226

Email Address

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection ____
☐ Did inspect interior and exterior of subject property
Date of Inspection ____

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection ____

# Exhibit 2







# Exhibit 3



**Benchmark**
Remediation Group

January 20, 2014


Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022



Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 11429 Maxine Drive New Orleans, LA.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we <u>have</u> identified corrosion of the copper wiring throughout the home. In addition, we <u>have</u> discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

Mrs. Cordier is the homeowner.



Sincerely,

Mr. Karell Locay
President




# Phase I        Validation Form

**File Number:** 13003

**Date of Inspection:** January 20, 2014

**Home Address:** 11429 Maxine Drive New Orleans, LA

**Community:** n/a

**Builders:** n/a

**Owner:** Cordier, Bonnie

**Benchmark Personel Present:** Joel B. Holton

**Types of Drywall Found In Houses:** KPT, Unknown Domestic Drywall, USG

**Type of Home:** One Story

**Odor Present:** Yes

**Number of Rooms:** 9

**Drywall Inspected:** Living Room, Dining Room, Master Bedroom, Garage, Attic, Laundry Room, Bedroom 2, Bedroom 3, Bedroom 4, Storage Room

**Square Footage:** 2,800 Sq. Ft.

**Square Footage Source:** Assessor

**Is Floor Plan Available:** No

**Occupancy:** Occupied

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 2

## Phase I        Electrical

**Was Black Surface Accumulation Observed:** Yes

**How Many Outlets/Switches Were Observed:** 1

## Phase I        Plumbing

**Type of Water Line:** Copper

**Black Surface Accumulation Water Lines:** Yes

**Plumbing Fixtures Inspected:** Yes

## Phase I        HVAC

**Number of HVAC Units:** 1

**Black Surface Accumulation:** 1

## Phase I        Drywall Discovery

**The inspector checked for drywall manufacturer markings including the following:**
knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

**Drywall Supplier:** INEX

**Percentages Drywall Manufactures Found:** 50% - KPT, 10% - Unknown Domestic Drywall, 40% - USG

**Manufacture and Percentage of Chinese Drywall Only:** 100% - KPT

**Combined percentages from two reports:** N/A



For Settlement Purposes Only. Case 2:09-md-02047-EEF-MBN Document 22436-2 Filed 12/23/19 Page 33 of 178

11429 Maxine Drive New Orleans, LA 70128

# Findings



Address



Front Elevation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4



Living Room Switch Black Surface Accumulation



Living Room Drywall USG

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 5



Dining Room Switch Black Surface Accumulation



Dining Room Drywall KPT



Master Bedroom Switch Black Surface Accumulation



Master Bedroom Drywall USG



Bedroom 2 Switch Black Surface Accumulation



Bedroom 2 Drywall KPT



Bedroom 3 Switch Black Surface Accumulation



Bedroom 3 Drywall USG



Bedroom 4 Switch Black Surface Accumulation



Bedroom 4 Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 10



Laundry Room Outlet Black Surface Accumulation



Laundry Room Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 11



Storage Room Switch Black Surface Accumulation



Storage Room Drywall USG



Garage Outlet Black Surface Accumulation



Garage Drywall KPT



Attic Drywall Unknown Domestic Drywall



Kitchen Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 14



Master Bathroom Plumbing Fixture Pitted



Master Bathroom Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 15



Bathroom 2 Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted



HVAC Black Surface Accumulation



Water Heater Copper

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 17



# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____
Signature of Plaintiff

Carl J Cordier Jr
Printed Name

_5/30/19_
Date

_____
Signature of Plaintiff

Bonnie S. Cordier
Printed Name

_5/30/19_
Date

_____
Signature of Plaintiff

_____
Printed Name

_____
Date

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

File # 12817/221:4392242

| | | | | |
|---|---|---|---|---|
| Property Address 11429 MAXINE DRIVE | City NEW ORLEANS | State LA | Zip Code 70128 | |

Borrower CARL CORDIER   Owner of Public Record CARL J CORDIER, JR   County ORLEANS

Legal Description LOT 44 MCKENDALL ESTATES SUBDIVISION, 3RD DISTRICT OF THE CITY OF NEW ORLEANS

Assessor's Parcel # 39W069544   Tax Year 2010   R.E. Taxes $ 3200.00 + -

Neighborhood Name MCKENDALL ESTATES   Map Reference 74   Census Tract 17.32

Occupant [X] Owner [ ] Tenant [ ] Vacant   Special Assessments $ 0.00   [ ] PUD  HOA $ 0.00 [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)

Lender/Client QUICKEN LOANS   Address 20555 VICTOR PARKWAY  LIVONIA, MI  48152

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).

MLS - NO LISTINGS TRACED ON SUBJECT.

[ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

NA

Contract Price $ NA   Date of Contract NA   Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit 100 % | |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | | 2-4 Unit % | |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 25 Low | NEW | Multi-Family % | |
| | | | 500+ High | 50 | Commercial % | |
| | | | 175 + - Pred. | 10 | Other % | |

Neighborhood Boundaries
See Attached Addendum

Neighborhood Description
See Attached Addendum

Market Conditions (including support for the above conclusions)
Property values & growth rate are stable with moderate increases seen in list prices as evidenced by new listings in the MLS. Typical marketing time is less than 3-6 mths. All modes of financing are available with CNV, FHA & VA being most prevelent. Interest rates remain at favorable levels.

| | | | | |
|---|---|---|---|---|
| Dimensions 70 F x 125 L x 70 B x 125 R | Area 8750.00 SqFt | Shape RECTANGULAR | View AVERAGE | |

Specific Zoning Classification RS-2   Zoning Description RESIDENTIAL SINGLE FAMILY

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes [ ] No  If No, describe.

| Utilities Public Other (describe) | | | Public Other (describe) | | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity [X] [ ] | Water | [X] [ ] | | Street CONCRETE | [X] | [ ] |
| Gas [X] [ ] | Sanitary Sewer | [X] [ ] | | Alley NONE | [ ] | [ ] |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone A4   FEMA Map # 2252030105E   FEMA Map Date 3/84

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  [ ] Yes [X] No  If Yes, describe.

THERE WERE NO ADVERSE EASEMENTS, ENCROACHMENTS OR OTHER SITE CONDITIONS OBSERVED.  A CURRENT SURVEY WAS NOT PROVIDED. LEGAL DESCRIPTION NOT PROVIDED. INFORMATION OBTAINED FROM ASSESSORS OFFICE.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls POUR CONC/GD | Floors MBLE-TILE-WOOD/GD | |
| # of Stories 1 | [ ] Full Basement [ ] Partial Basement | Exterior Walls BRICK-STUCCO/GD | Walls DRYWALL/GD | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area ____ sq. ft. | Roof Surface COMP SHINGLE/GD | Trim/Finish WOOD/GD | |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish ____ % | Gutters & Downspouts ALUMINUM/GD | Bath Floor MBLE-TILE/GD | |
| Design (Style) RANCH | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type ALUMINUM/GD | Bath Wainscot MBLE-TILE/GD | |
| Year Built 1999 | Evidence of [ ] Infestation | Storm Sash/Insulated YES/GD | Car Storage [ ] None | |
| Effective Age (Yrs) 2-4 | [ ] Dampness [ ] Settlement | Screens YES/GD | [X] Driveway  # of Cars 2+ | |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) # ____ | Driveway Surface CONCRETE | |
| [X] Drop Stair [ ] Stairs | [ ] Other ____ Fuel GAS | [X] Fireplace(s) # 1 [X] Fence | [X] Garage  # of Cars 2 | |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck [X] Porch | [ ] Carport  # of Cars | |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [ ] Pool [ ] Other | [X] Att. [ ] Det [ ] Built-in | |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [X] Other (describe) FAN HOOD, SUB ZERO

Finished area above grade contains:  10 Rooms   4 Rooms   2.5 Bedrooms   2521 Bath(s)   Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).
See Attached Addendum

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).
The subject is a custom built dwelling that sustained damages from Hurricane Katrina of 2005 and has been completely renovated. The overall condition of the subject is Good with no repairs and or inspections required as a condition of value. Appraisal assumes the subject was properly cleaned & treated with no future damages to occur. This appraisal is not a Home Inspection and should not be relied upon as one. Location code: 1. Tax: $265, Ins: $150 (monthly estimated).

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe
THE SUBJECT DWELLING CONFORMS TO THE NEIGHBORHOOD IN TERMS OF AGE, DESIGN, SQUARE FOOTAGE AND UTILITY.

| | | |
|---|---|---|
| Freddie Mac Form 70  March 2005 | Page 1 of 6  AI Ready | Fannie Mae Form 1004  March 2005 |

## Uniform Residential Appraisal Report

File # 12817/221:4392242

| | | | |
|---|---|---|---|
| There are __8__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 229,500 to $ 398,000 | | | |
| There are __4__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 325,000 to $ 370,000 | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 11429 MAXINE DRIVE  NEW ORLEANS   LA   70128 | 11432 TANNER S DAVIS DRIVE  NEW ORLEANS   LA   70128 | 11429 N ST ANDREW CIRCLE  NEW ORLEANS   LA   70128 | 11425 N ST ANDREWS CIRCLE  NEW ORLEANS   LA   70128 |
| Proximity to Subject | | 0.20 Miles WNW | 0.18 Miles SSE | 0.17 Miles SSE |
| Sale Price | $ NA | $ 325000 | $ 370000 | $ 330000 |
| Sale Price/Gross Liv. Area | $ NA sq.ft. | $ 107.65 sq.ft. | $ 99.49 sq.ft. | $ 107.53 sq.ft. |
| Data Source(s) | | MLS # 740381/BROKER | MLS # 796832/BROKER | MLS # 760535/BROKER |
| Verification Source(s) | | DEEDFAX   DOM - 494 | DEEDFAX   DOM -70 | DEEDFAX   DOM - 39 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing Concessions | | CNV  1186 SELL PD | 0 | CNV  500 SELL PD | 0 | CNV  NO CONCESS | |
| Date of Sale/Time | | 10/16/2009 | | 10/13/2009 | | 12/30/2008 | |
| Location | GOOD | GOOD | | GOOD | | GOOD | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 70 X 125 | 69/130 X 165/179 | -20000 | 57/145 X 130/157 | -12000 | 70 X 130 | 0 |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design (Style) | RANCH | TRADITIONAL | | TRADITIONAL | | TRADITIONAL | |
| Quality of Construction | GOOD | GOOD | | GOOD | | GOOD | |
| Actual Age | 1999 | 2002 | | 2005 | | 2005 | |
| Condition | GOOD | GOOD | | GOOD | | GOOD | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 10   4   2.5 | 12   4   3.5 | -5000 | 12   5   4.0 | -7500 | 9   5   3.5 | -5000 |
| Gross Living Area | 2521 sq.ft. | 3019 sq.ft. | -24900 | 3719 sq.ft. | -59900 | 3069 sq.ft. | -27400 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | GARAGE 2 | GARAGE 2 | | GARAGE 3 | -5000 | GARAGE 2 | |
| Porch/Patio/Deck | POR/CV PATIO | POR/CV PATIO | | POR/CV PATIO | | POR/CV PATIO | |
| KITCHEN EQP | BUILT INS | BUILT INS | | BUILT INS | | BUILT INS | |
| | FP/ALM/WHPL/SSND | FP/ALM/INTCM/WHPL | 0 | FP/ALM/INTCM/WHPL | 0 | FP/W/BAR/WHPL | 1500 |
| Net Adjustment (Total) | | [ ] + [X] - $ 49900 | | [ ] + [X] - $ 84400 | | [ ] + [X] - $ 30900 | |
| Adjusted Sale Price of Comparables | | Net Adj. -15.4 %  Gross Adj. 15.4 %  $ 275100 | | Net Adj. -22.8 %  Gross Adj. 22.8 %  $ 285600 | | Net Adj. -9.4 %  Gross Adj. 10.3 %  $ 299100 | |

[X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  DEEDFAX, MULTI-LIST SERVICE, APPRAISER FILES, ASSESSORS OFFICE

My research [X] did [ ] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  DEEDFAX, MULTI LIST SERVICE, APPRAISER FILES, ASSESSORS OFFICE

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | 09/19/2008 |
| Price of Prior Sale/Transfer | $0 | $0 | $0 | $164,003 |
| Data Source(s) | DEEDFAX | DEEDFAX | DEEDFAX | DEEDFAX |
| Effective Date of Data Source(s) | 11/2009 | 11/2009 | 11/2009 | 11/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales
36 MONTH PRIOR SALES HISTORY SEARCHED ON SUBJECT AND 12 MONTHS ON COMPARABLES. NO PRIOR SALES TRACED ON SUBJECT. COMPARABLES PURCHASED BY INVESTORS AS DISCLOSED ABOVE AND RENOVATED FOR RESALE. LISTING #2 PURCHASED AT SHERIFF SALE AS DISCLOSED ON FOLLOWING PAGE.

Summary of Sales Comparison Approach
An extensive search was made thru the MLS, Deedfax & internal appraiser files to employ the most recent and reliable data. Due to the devastation sustained in this area, less than normal sales post storm of renovated homes has occurred of similar quality, amenities, etc from this immediate market. Due to the low turnover of custom construction from this area, an extended time parameter was necessary. All sales have been given consideration in the final value opinion with #1 & 2 given the most weight due to the most recent time of sale. Site adjustments reflect net land value differences based on total square footage and or location/view. Age adjustment reflects straight line physical incurable differences only based on age/life method. See following page and comparable listings per request.

Indicated Value by Sales Comparison Approach $ 285,000

Indicated Value by: Sales Comparison Approach $ 285,000   Cost Approach (if developed) $ 307182   Income Approach (if developed) $ N/A
THE COST AND MARKET APPROACHES SUPPORT THE FINAL ESTIMATED VALUE. THE COST AND MARKET APPROACHES ARE CONSIDERED TO BE THE MOST RELIABLE AND BEST INDICATORS OF FAIR MARKET VALUE. INCOME DATA WAS INCONCLUSIVE AND NOT TYPICAL OF SINGLE FAMILY DWELLINGS.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:
See Attached Addendum

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 285,000   as of 11/25/2009 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

File # 12817/221/4392242

THE COST APPROACH HAS ONLY BEEN DEVELOPED BY THE APPRAISER AS AN ANALYSIS TO SUPPORT THEIR OPINION OF THE PROPERTY'S MARKET VALUE. USE OF THIS DATA, IN WHOLE OR PART, FOR OTHER PURPOSES IS NOT INTENDED BY THE APPRAISER. NOTHING SET FORTH IN THIS APPRAISAL SHOULD BE RELIED UPON FOR THE PURPOSE OF DETERMINING THE AMOUNT OR TYPE OF INSURANCE COVERAGE TO BE PLACED ON THE SUBJECT PROPERTY. THE APPRAISER ASSUMES NO LIABILITY FOR AND DOES NOT GUARANTEE THAT ANY INSURABLE VALUE ESTIMATE INFERRED FROM THIS REPORT WILL RESULT IN THE SUBJECT PROPERTY BEING FULLY INSURED FOR ANY LOSS THAT MAY BE SUSTAINED. FURTHERMORE, THE COST APPROACH MAY NOT BE A RELIABLE INDICATION OF REPLACEMENT OR REPRODUCTION COST FOR ANY DATE OTHER THAN THE EFFECTIVE DATE OF THIS APPRAISAL. DUE TO CHANGING COSTS OF LABOR AND MATERIALS AND DUE TO CHANGING BUILDING CODES AND GOVERNMENTAL REGULATIONS AND REQUIREMENTS.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)
LAND VALUE ESTIMATED FROM RECENT SALES IN AND AROUND THE SUBJECT AREA. DUE TO LOW SALES PRICES OF PROPERTIES IN THE CURRENT MARKET, LAND VALUES COMMONLY EXCEED 25% OF OVERALL VALUES IN THIS SECTOR.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

Source of cost data MARSHALL & SWIFT/APPRAISER FILES
Quality rating from cost service GOOD  Effective date of cost data 2009
Comments on Cost Approach (gross living area calculations, depreciation, etc.)
ESTIMATED REMAINING ECONOMIC LIFE IS 51-63 YEARS. SEE LIMITING CONDITIONS. SUBJECTS PHYSICAL DEPRECIATION BASED ON AGE/ LIFE METHOD. SUBJECT PROPERTY MEETS THE MINIMUM HOUSING QUALITY STANDARDS ACCORDING TO THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (24 CFR 882.109).

| OPINION OF SITE VALUE | | =$ 55000 |
|---|---|---|
| Dwelling 2521 Sq. Ft. @ $ 90.00 | | =$ 226890 |
| Sq. Ft. @ $ | | =$ |
| AMENITIES NOT IN BASE | | =$ 15000 |
| Garage/Carport 450 Sq. Ft. @ $ 35.00 | | =$ 15750 |
| Total Estimate of Cost-New | | =$ 257640 |
| Less Physical Functional External | | |
| Depreciation 15458 | | =$ ( 15458 ) |
| Depreciated Cost of Improvements | | =$ 242182 |
| "As-is" Value of Site Improvements | | =$ 10000 |

Estimated Remaining Economic Life (HUD and VA only) 52  Years

Indicated Value by Cost Approach ..... =$ 307182

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A  X Gross Rent Multiplier N/A  = $ N/A  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)
THE INCOME APPROACH WAS INCONCLUSIVE AND NOT TYPICAL OF SINGLE FAMILY.

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No  Unit type(s) ☐ Detached ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases  Total number of units  Total number of units sold
Total number of units rented  Total number of units for sale  Data source(s)
Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion
Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data source(s)
Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 12817/221:4392242

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # 12817/221:4392242

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature *Tracy Riggs* | Signature |
| Name  TRACY RIGGS | Name |
| Company Name  JAMES JUNEAU APPRAISAL SERVICES, INC | Company Name |
| Company Address  212 TERRY PARKWAY | Company Address |
| GRETNA          LA     70056 | |
| Telephone Number  (504)365-1997 | Telephone Number |
| Email Address  TRACY@JAMESJUNEAU.COM | Email Address |
| Date of Signature and Report  11/30/2009 | Date of Signature |
| Effective Date of Appraisal  11/25/2009 | State Certification # |
| State Certification #  LOUISIANA CERTIFIED RESIDENTIAL | or State License # |
| or State License #  REAL ESTATE APPRAISER #R0959 | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State  LA          LA | |
| Expiration Date of Certification or License  12/31/2010 | **SUBJECT PROPERTY** |

ADDRESS OF PROPERTY APPRAISED
11429 MAXINE DRIVE
NEW ORLEANS                    LA     70128

APPRAISED VALUE OF SUBJECT PROPERTY $  285,000

LENDER/CLIENT
Name
Company Name  QUICKEN LOANS
Company Address  20555 VICTOR PARKWAY  LIVONIA, MI  48152

Email Address  VIA APPRAISAL PORT

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection _____
☐ Did inspect interior and exterior of subject property
  Date of Inspection _____

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection _____

# Uniform Residential Appraisal Report

File # 12817/221/4392242

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 11429 MAXINE DRIVE NEW ORLEANS   LA   70128 | 12611 CARMEL PLACE NEW ORLEANS   LA   70128 | | | | | |
| Proximity to Subject | | 1.40 Miles NNW | | | | | |
| Sale Price | $  NA | | $  328300 | | $ | | $ |
| Sale Price/Gross Liv. Area | $  NA  sq.ft. | $  129.15  sq.ft. | | $  sq.ft. | | $  sq.ft. | |
| Data Source(s) | | MLS # 771315/BROKER | | | | | |
| Verification Source(s) | | DEEDFAX  DOM - 0 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | CASH | | | | | |
| Concessions | | NO CONCESS | | | | | |
| Date of Sale/Time | | 12/03/2008 | | | | | |
| Location | GOOD | GOOD | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | | | | |
| Site | 70 X 125 | 129/90 X 80/98 | -15000 | | | | |
| View | AVERAGE | LAKE LOT | | | | | |
| Design (Style) | RANCH | TRADITIONAL | | | | | |
| Quality of Construction | GOOD | GOOD | | | | | |
| Actual Age | 1999 | 2008 | -15500 | | | | |
| Condition | GOOD | NEW | | | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
| Room Count | 10 | 4 | 2.5 | 10 | 4 | 3.0 | -2500 | | | | | | | | |
| Gross Living Area | 2521  sq.ft. | 2542  sq.ft. | | sq.ft. | | sq.ft. | |
| Basement & Finished | NONE | NONE | | | | | |
| Rooms Below Grade | NONE | NONE | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | | | | |
| Heating/Cooling | CENTRAL | CENTRAL | | | | | |
| Energy Efficient Items | TYPICAL | TYPICAL | | | | | |
| Garage/Carport | GARAGE 2 | GARAGE 2 | | | | | |
| Porch/Patio/Deck | POR/CV PATIO | POR/CV PATIO | | | | | |
| KITCHEN EQP | BUILT INS | BUILT INS | | | | | |
| | FP/ALM/WHPL/SSND | FP/ALM/INT/WHPL | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $  33000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj.  -10.1  % | | Net Adj.  % | | Net Adj.  % | |
| of Comparables | | Gross Adj. 10.1  % | $  295300 | Gross Adj.  % | $ | Gross Adj.  % | $ |

Summary of Sales Comparison Approach

SEE PRECEEDING PAGES.

Comparables employed are the most recent sales from the immediate market and employed for such.

Due to the low turnover of sales in the immediate market renovated post Hurricane Katrina, normal paramaters have been exceeded. No other sales were traced that would lend any further insight into the subjects current market.

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | 05/29/2008 | | |
| Price of Prior Sale/Transfer | $0 | $50,000 | | |
| Data Source(s) | DEEDFAX | DEEDFAX | | |
| Effective Date of Data Source(s) | 11/2009 | 11/2009 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Freddie Mac Form 70  March 2005

AI Ready

Fannie Mae Form 1004  March 2005

# ADDITIONAL LISTINGS

File # 12817/221/4392242

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 11429 MAXINE DRIVE | 11421 N EASTERLYN CIRCLE | | 11412 CAMPBELL LANE | | | |
| | NEW ORLEANS    LA   70128 | NEW ORLEANS    LA   70128 | | NEW ORLEANS    LA   70128 | | | |
| Proximity to Subject | | 0.09 Miles NW | | 0.27 Miles NW | | | |
| List Price | $ | | $ 279900 | | $ 299500 | | $ |
| List Price/Gross Liv. Area | $ NA        sq.ft. | $ 111.96     sq.ft. | | $ 109.87     sq.ft. | | $        sq.ft. | |
| Last Price Revision Date | | | | | | | |
| Data Source(s) | | MLS # 783899/BROKER | | MLS # 603308/BROKER | | | |
| Verification Source(s) | | DEEDFAX | | DEEDFAX | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | N/A | | N/A | | | |
| Concessions | | N/A | | N/A | | | |
| Days on Market | | 236 | | 91 | | | |
| Location | GOOD | GOOD | | GOOD | | | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | | |
| Site | 70 X 125 | 70 X 130 | 0 | 70 X 128 | 0 | | |
| View | AVERAGE | AVERAGE | | AVERAGE | | | |
| Design (Style) | RANCH | RANCH | | RANCH | | | |
| Quality of Construction | GOOD | GOOD | | GOOD | | | |
| Actual Age | 1999 | 1999 | | 2005 | | | |
| Condition | GOOD | GOOD | | GOOD | | | |
| Above Grade | Total / Bdrms. / Baths  10 / 4 / 2.5 | Total / Bdrms. / Baths  9 / 4 / 3.0 | -2500 | Total / Bdrms. / Baths   /  / | -2500 | Total / Bdrms. / Baths  /  / | |
| Room Count | | | | -2500 | -2500 | | |
| Gross Living Area | 2521       sq.ft. | 2500       sq.ft. | | 2726       sq.ft. | -10300 | sq.ft. | |
| Basement & Finished | NONE | NONE | | NONE | | | |
| Rooms Below Grade | NONE | NONE | | NONE | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | | |
| Garage/Carport | GARAGE 2 | GARAGE 2 | | GARAGE 2 | | | |
| Porch/Patio/Deck | POR/CV PATIO | POR/CV PATIO | | POR/CV PATIO | | | |
| KITCHEN EQP | BUILT INS | BUILT INS | | BUILT INS | | | |
| | FP/ALM/WHPL/SSND | FP/WHIRLPOOL | 3000 | FIREPLACE | 4500 | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +   ☐ - | $ 500 | ☐ +   ☒ - | $ -8300 | ☐ +   ☐ - | $ |
| Adjusted Listing Price | | Net Adj.  0.18    % | | Net Adj.  2.77    % | | Net Adj.      % | |
| of Comparables | | Gross Adj. 1.96   % | $ 280400 | Gross Adj. 5.78   % | $ 291200 | Gross Adj.   % | $ |

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | 07/13/2009 | |
| Price of Prior Sale/Transfer | 0 | $0 | $240,000 | |
| Data Source(s) | DEEDFAX | DEEDFAX | DEEDFAX | |
| Effective Date of Data Source(s) | 11/2009 | 11/2009 | 11/2009 | |

Comments

See preceeding pages.

Listings have been employed at client request only. Listings have been given no weight in the final value opinion. Listings are from the subjects market and are most similar in design, size, utility, etc.

TEXT ADDENDUM

File No.  12817/221:4392242

| Borrower/Client | CARL CORDIER | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DRIVE | | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code 70128 |
| Lender | | | QUICKEN LOANS | | | |

Neighborhood Boundaries
THE SUBJECT AREA IS BOUNDED BY PARIS ROAD TO THE EAST, LAKE FOREST BOULEVARD TO THE NORTH, CHEF HIGHWAY TO THE SOUTH AND BULLARD AVENUE WEST.

Neighborhood Description
The subject is located in an established development comprised of speculative & custom construction. Most of the New Orleans East market suffered extensive damage due to Hurricanes Katrina/Rita with specific regard to rising water. Many properties have been purchased "as is" lessening the median values in the market. Typical neighborhood services have returned to the market.

Form data: Amenities: Fence desc.
VINYL

Form data: Amenities: Patio desc.
COV

Form data: Amenities: Porch desc.
FRONT

Additional Features
Porch, covered patio, vinyl fence, Nutone system, beveled glass entry doors, alarm, surround sound, fireplace, whirlpool tub, tumbled marble flooring, step ceilings, crown molding, gourmet kitchen appliances, granite counters, glass interior doors.

Form data: Subject: Date of Sale/Time
NA

Conditions of Appraisal
NO STRUCTURAL, MECHANICAL, ELECTRICAL OR PLUMBING WARRANTIES MADE OR IMPLIED AS THIS IS NOT WITHIN THE SCOPE OF THE APPRAISAL ASSIGNMENT.

# Market Conditions Addendum to the Appraisal Report

File # 12617/221/4392242

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 11429 MAXINE DRIVE | City | NEW ORLEANS | State | LA | ZIP Code | 70128 |

| Borrower | CARL CORDIER |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 2 | 0 | 2 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.3 | 0.0 | 0.7 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | | | 7 | | | |
| Months of Housing Supply (Total Listings/Ab.Rate) | | | 10.0 | | | |

| | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 329150 | | 347500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 20 | | 282 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Comparable List Price | | | 295000 | | | |
| Median Comparable Listings Days on Market | | | 137 | | | |
| Median Sale Price as % of List Price | 89.20 | | 117.80 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

BASED ON INFORMATION IN THE MULTI-LIST SERVICE AND APPRAISER FILES, SELLER CONCESSION APPEAR TO RANGE AROUND 3% OF SALES PRICE.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.
MULTI-LIST SERVICE, DEEDFAX, APPRAISER FILES

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

THERE HAS BEEN A LIMITED AMOUNT OF HOME SALES OF YOUNGER UPPER END QUALITY/CONSTRUCTION IN THE SUBJECTS MARKET OVER THE PAST 12 MONTHS. THERE ARE ONLY 6 LISTINGS FROM THE AREA. LIST PRICES HAVE DECLINED OVER THE PAST MONTHS, BUT INVENTORY IS STABLE. DAYS ON MARKET HAVE INCREASED ALONG WITH MEDIAN SALES PRICE TO LIST PRICE RATIOS.  AREAS WITH NO DETAILED INFORMATION ABOVE ILLUSTRATE NO MARKET ACTIVITY DURING THESE TIME PERIODS.

If the subject is a unit in a condominium or cooperative project, complete the following:       Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | | | |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | | | |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | *Tracy Riggs* | Signature | |
| Appraiser Name | TRACY RIGGS | Supervisory Appraiser Name | |
| Company Name | JAMES JUNEAU APPRAISAL SERVICES, INC | Company Name | |
| Company Address | 212 TERRY PARKWAY | Company Address | |
| State License/Certification # | REAL ESTATE APPRAISER #R0959 | State | LA | State License/Certification # | | State | |
| Email Address | TRACY@JAMESJUNEAU.COM | Email Address | |

| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |
| | AI Ready | |

SUBJECT PHOTOGRAPH ADDENDUM

File No. 12817/221:4392242

| | |
|---|---|
| Borrower/Client | GARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City | NEW ORLEANS |
| County | ORLEANS |
| State | LA |
| Zip Code | 70128 |
| Lender | QUICKEN LOANS |



**FRONT OF**
**SUBJECT PROPERTY**

Appraised Date: November 25, 2009

Appraised Value: $285,000



**REAR OF**
**SUBJECT PROPERTY**



**STREET SCENE**

ADDITIONAL PHOTOGRAPH ADDENDUM

File No.   12817/221/4392242

| | |
|---|---|
| Borrower/Client | CARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City | NEW ORLEANS |
| County | ORLEANS |
| State | LA |
| Zip Code | 70128 |
| Lender | QUICKEN LOANS |



SIDE



SIDE



INTERIOR

ADDITIONAL PHOTOGRAPH ADDENDUM

File No.   12817/221:4392242

| Borrower/Client | CARL CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DRIVE | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | | | QUICKEN LOANS | | |



INTERIOR



INTERIOR



INTERIOR

ADDITIONAL PHOTOGRAPH ADDENDUM

File No.   12817/221:4392242

| | |
|---|---|
| Borrower/Client | CARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City | NEW ORLEANS |
| County | ORLEANS |
| State | LA |
| Zip Code | 70128 |
| Lender | QUICKEN LOANS |



INTERIOR





Listing Comparable #1

11421 N EASTERLYN CIRCLE

NEW ORLEANS, LA 70128



Listing Comparable #2

11412 CAMPBELL LANE

NEW ORLEANS, LA 70128

## COMPARABLES PHOTOGRAPH ADDENDUM
(Comps 1-3)

File No. 12817/221:4392242

| | |
|---|---|
| Borrower/Client | CARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | QUICKEN LOANS |



**Comparable Sale 1**
11432 TANNER S DAVIS DRIVE
NEW ORLEANS      LA   70128

Date of Sale: 10/16/2009
Sale Price: 325000
Sq. Ft.: 3019
$ / Sq. Ft.: 107.65



**Comparable Sale 2**
11429 N ST ANDREW CIRCLE
NEW ORLEANS      LA   70128

Date of Sale: 10/13/2009
Sale Price: 370000
Sq. Ft.: 3719
$ / Sq. Ft.: 99.49



**Comparable Sale 3**
11425 N ST ANDREWS CIRCLE
NEW ORLEANS      LA   70128

Date of Sale: 12/30/2008
Sale Price: 330000
Sq. Ft.: 3068
$ / Sq. Ft.: 107.53

**COMPARABLES PHOTOGRAPH ADDENDUM**
(Comps 4-6)

File No. 12817/221:4392242

| | |
|---|---|
| Borrower/Client | CARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | | | QUICKEN LOANS |



**Comparable Sale 4**
12811 CARMEL PLACE
NEW ORLEANS   LA   70128

| | |
|---|---|
| Date of Sale: | 12/03/2008 |
| Sale Price: | 328300 |
| Sq. Ft.: | 2542 |
| $ / Sq. Ft.: | 129.15 |

**Comparable Sale 5**

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

**Comparable Sale 6**

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

**LOCATION MAP ADDENDUM**

File No. 12817/221/4392242

| Borrower/Client | CARL CORDIER | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DRIVE | | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | | | QUICKEN LOANS | | | |



### SKETCH ADDENDUM

File No. 12817/221:439224

| | |
|---|---|
| Borrower/Client | CARL CORDIER |
| Property Address | 11429 MAXINE DRIVE |
| City NEW ORLEANS | County ORLEANS   State LA   Zip Code 70128 |
| Lender | QUICKEN LOANS |



Sketch by Apex Medina™

Comments:

<table>
<tr><td colspan="4">AREA CALCULATIONS SUMMARY</td></tr>
<tr><td>Code</td><td>Description</td><td>NetSize</td><td>NetTotals</td></tr>
<tr><td>GLA1</td><td>First Floor</td><td>2520.75</td><td>2520.75</td></tr>
<tr><td>GAR</td><td>Garage</td><td>449.85</td><td>449.85</td></tr>
<tr><td colspan="2">Net LIVABLE Area</td><td>(rounded)</td><td>2521</td></tr>
</table>

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| | 8.08 x 2.33 | 18.83 |
| | 29.41 x 3.83 | 112.64 |
| | 60.24 x 27.67 | 1666.84 |
| | 3.83 x 24.00 | 91.92 |
| 0.5 x | 2.00 x 2.00 | 2.00 |
| | 5.83 x 29.07 | 169.48 |
| | 12.00 x 15.50 | 186.00 |
| | 8.00 x 2.00 | 16.00 |
| 0.5 x | 4.75 x 4.75 | 11.28 |
| 0.5 x | 2.00 x 2.00 | 2.00 |
| | 7.00 x 18.32 | 128.24 |
| | 24.32 x 4.75 | 115.52 |
| 12 Items | (rounded) | 2521 |

File No. 12817/221:4392242

Borrower/Client CARL CORDIER

Property Address 11429 MAXINE DRIVE

City NEW ORLEANS County ORLEANS State LA Zip Code 70128

Lender QUICKEN LOANS

## Certified Residential Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified Residential Appraiser License is hereby granted to TRACY R RIGGS

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: January 1st 2009 Through December 31st 2010

License Number: R 0959

Roland M. Hall
Chairman

Gayle H Boudousquie
Secretary

# Uniform Residential Appraisal Report

File # TSI-140707-2118-1

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 11429 MAXINE DR | City | NEW ORLEANS | State | LA | Zip Code | 70128 |

Borrower CARL & BONNIE CORDIER  Owner of Public Record CARL & BONNIE CORDIER  County ORLEANS

Legal Description LOT 44 MCKENDALL ESTATES SD

Assessor's Parcel # 39W089544  Tax Year 2014  R.E. Taxes $ 4720

Neighborhood Name MCKENDALL  Map Reference MLS74  Census Tract 0017.47

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $ 0  [ ] PUD  HOA $ 0  [ ] per year [ ] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [X] Refinance Transaction [ ] Other (describe)

Lender/Client QUICKEN LOANS, INC.  Address 1050 WOODWARD AVE DETROIT MI 48226

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).
DATA FROM THE NEW ORLEANS REAL ESTATE BOARD/MLS

[ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  Date of Contract  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE $(000) | AGE (yrs) | One-Unit 95 % | |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | 150 Low 0 | | 2-4 Unit 0 % | |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 750 High 50 | | Multi-Family 0 % | |
| | | | | | 275 Pred. 35 | | Commercial 5 % | |
| | | | | | | | Other 0 0 % | |

Neighborhood Boundaries
NORTH BY INTERSTATE 10-SOUTH BY DWYER RD.-WEST BY READ BLVD-EAST BY BULLARD RD.

Neighborhood Description
See Attached Addendum.

Market Conditions (including support for the above conclusions)
See Attached Addendum.

| Dimensions 70X125 | Area 8750 sf | Shape RECTANGULAR | View N;Res; |

Specific Zoning Classification R-1  Zoning Description SINGLE FAMILY RESIDENTIAL

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street CONCRETE | [X] | [ ] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley NONE | [ ] | [ ] |

FEMA Special Flood Hazard Area [X] Yes [ ] No  FEMA Flood Zone A4  FEMA Map # 2252030115E  FEMA Map Date 03/01/1984

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.
NO SURVEY WAS PRESENT UPON VIEWING OF THE SUBJECT. IT APPEARS THAT THERE IS NO ADVERSE CONDITIONS THAT MIGHT HAVE A NEGATIVE AFFECT ON MARKETABILITY OR VALUE.  DATA FOR SITE SIZE WAS FROM ORLEANS PARISH ASSESSORS FILES AND APPRAISER'S FILES.

| General Description | Foundation | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | Foundation Walls CONCRETE/GD | Floors WD TILE/GD |
| # of Stories 1 | [ ] Full Basement [ ] Partial Basement | Exterior Walls BRICK VEN/GD | Walls SR /GD |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area 0 sq. ft. | Roof Surface ASPHALT /GD | Trim/Finish WOOD/GD |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts ALUM/GD | Bath Floor TILE/GD |
| Design (Style) TRADITIONAL | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type ALUM SH/GD | Bath Wainscot SR/GD |
| Year Built 1999 | Evidence of [ ] Infestation | Storm Sash/Insulated YES/GD | Car Storage [ ] None |
| Effective Age (Yrs) 10 | [ ] Dampness [ ] Settlement | Screens YES/GD | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities [ ] WoodStove(s) # 0 | Driveway Surface CONC. |
| [X] Drop Stair [ ] Stairs | [ ] Other  Fuel GAS | [X] Fireplace(s) # 1 [X] Fence VINYL | [ ] Garage # of Cars 2 |
| [ ] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [X] Patio/Deck CV [ ] Porch ENTRY | [ ] Carport # of Cars 2 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | Pool NONE [ ] Other NONE | [X] Att. [ ] Det [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains: 8 Rooms 4 Bedrooms 2 Bath(s) 2518 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)
BRICK VENEER AND STUCCO TRADITIONAL WITH ASPHALT ROOF-ALUM. GUTTERS-COVERED PATIO-FENCED YARD-CONCRETE DRIVE-FRONT ENTRY-1 FIREPLACE-DOUBLE GLAZED WINDOWS.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).
C2;Kitchen-updated-six to ten years ago;Bathrooms-updated-six to ten years ago;THE SUBJECT IS IN GOOD CONDITION WITH NO MAJOR REPAIRS OBSERVED UPON INSPECTION.  NO DEPRECIATION BUT PHYSICAL WAS NOTED WHICH IS TYPICAL TO THE AREA.  THE HOUSE IS SHOWING A NORMAL WEAR PATTERN FOR A BUILDING WITH AN EFFECTIVE AGE OF 10 YEARS.  THE SUBJECT HAD WATER IN IT DUE TO HURRICANE KATRINA IN 2005. SINCE THAT TIME THE ENTIRE HOUSE HAS BEEN RENOVATED. UPON VIEWING OF THE SUBJECT ALL UTILITIES WERE CONNECTED AND ALL APPEARED TO BE IN PROPER WORKING ORDER. NEXT DOORS GARAGE BURNT DOWN AND DAMAGED SOME OF THE VINYL FENCING APPROX. COST TO CURE IS $1500. NO DAMAGE WAS DONE TO THE SUBJECT MAIN

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No  If Yes, describe
N5O ADVERSE CONDITIONS THAT WOULD AFFECT LIVABILITY WERE NOTED UPON INSPECTION

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No  If No, describe
THE SUBJECT DOES CONFORM TO THE NEIGHBORHOOD.

# Uniform Residential Appraisal Report

There are **4** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 155000 to $ 340000

There are **9** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 141899 to $ 269900

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 11429 MAXINE DR NEW ORLEANS, LA 70128 | 11433 MELVIN PL NEW ORLEANS, LA 70128 | | 130 PINEHURST CT NEW ORLEANS, LA 70128 | | 11433 EASTERLYN CIRCLE NEW ORLEANS, LA 70128 | |
| Proximity to Subject | | 0.23 miles NW | | 0.77 miles NE | | 0.07 miles SE | |
| Sale Price | $ | | $ 269900 | | $ 220000 | | $ 247500 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 101.58 sq.ft. | | $ 84.62 sq.ft. | | $ 103.82 sq.ft. | |
| Data Source(s) | | NOLAMLS #974186;DOM 3 | | NOLAMLS #969008;DOM 44 | | NOLAMLS #937724;DOM 65 | |
| Verification Source(s) | | NEW ORLEANS REAL ESTATE BD. | | NEW ORLEANS REAL ESTATE BD. | | NEW ORLEANS REAL ESTATE BD. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | ArmLth | | REO | | ArmLth | |
| | | VA;0 | 0 | Conv;0 | 0 | Conv;0 | 0 |
| Date of Sale/Time | | s01/14;c12/13 | | s01/14;c11/13 | | s04/13;c03/13 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8750 sf | 8400 sf | 0 | 8050 sf | 0 | 9100 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;TRADITIONAL | DT1;TRADITIONAL | | DT2;TRADITIONAL | 0 | DT1;TRADITIONAL | |
| Quality of Construction | Q2 | Q2 | | Q3 | 22000 | Q2 | |
| Actual Age | 15 | 13 | 0 | 17 | 0 | 10 | 0 |
| Condition | C2 | C2 | | C3 | 22000 | C2 | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 2.1 | 7 4 3.0 | -1500 | 8 5 2.0 | 1500 | 7 4 2.0 | 1500 |
| Gross Living Area | 2518 sq.ft. | 2657 sq.ft. | -6300 | 2600 sq.ft. | -3700 | 2384 sq.ft. | 6000 |
| Basement & Finished Rooms Below Grade | 0sf | 0sf | | 0sf | | 0sf | |
| Functional Utility | GOOD | GOOD | | GOOD | | GOOD | |
| Heating/Cooling | CENT./CENT. | CENT./CENT. | | CENT./CENT. | | CENT./CENT. | |
| Energy Efficient Items | DBL WINDOWS | DBL WINDOWS | | DBL WINDOWS | | DBL WINDOWS | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | ENTRY/PATIO | ENTRY/PATIO | | ENTRY/PATIO | | ENTRY/PATIO | |
| | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | 1 FIREPLACE | |
| | FENCE | FENCE | | FENCE-POOL | -10000 | FENCE | |
| | LISTING/SALE % | NONE | 0 | NONE | 0 | NONE | 0 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 7800 | ☒ + ☐ - | $ 31800 | ☒ + ☐ - | $ 7500 |
| Adjusted Sale Price of Comparables | | Net Adj. -2.9 % Gross Adj. 2.9 % | $ 262100 | Net Adj. 14.5 % Gross Adj. 26.9 % | $ 251800 | Net Adj. 3.0 % Gross Adj. 3.0 % | $ 255000 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

NA

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s) NEW ORLEANS REAL ESTATE BOARD/MLS AND NEW ORLEANS DEEDFAX

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s) NEW ORLEANS REAL ESTATE BOARD/MLS AND NEW ORLEANS DEEDFAX

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NEW ORLEANS DEEDFAX | NEW ORLEANS DEEDFAX | NEW ORLEANS DEEDFAX | NEW ORLEANS DEEDFAX |
| Effective Date of Data Source(s) | 07/10/2014 | 07/10/2014 | 07/10/2014 | 07/10/2014 |

Analysis of prior sale or transfer history of the subject property and comparable sales

THIS APPRAISER RESEARCHED THE NEW ORLEANS REAL ESTATE BOARD/MLS AND NEW ORLEANS DEEDFAX AND FOUND THAT THE SUBJECT HAS NOT BEEN TRANSFERRED WITHIN THE LAST THREE YEARS OF THE EFFECTIVE DATE ON THIS REPORT. ALSO THE SALE COMPS THAT WERE USED IN THIS REPORT WERE NOT TRANSFERED IN THE LAST YEAR EXCEPT FOR THE CURRENT SALE.

Summary of Sales Comparison Approach
See Attached Addendum.

Indicated Value by Sales Comparison Approach $ 260000

Indicated Value by: Sales Comparison Approach $ 260000 Cost Approach (if developed) $ 278604 Income Approach (if developed) $ 0

THE MOST CREDENCE WAS GIVEN TO THE SALES COMPARISON ANALYSIS DUE TO THE SUBJECT PROPERTY BEING A RESIDENTIAL HOME AND NOT TYPICALLY GENERATING REVENUE. THE VALUE STATED IN THIS REPORT IS SUPPORTED BY THE COST APPROACH.

This appraisal is made ☒ "as is," ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:
THIS SUMMARY APPRAISAL REPORT WAS MADE AS IS. THIS APPRAISER PERFORMED A VISUAL WALK THROUGH INSPECTION ONLY AND IS NOT RESPONSIBLE FOR ANY HIDDEN DAMAGES OR MALFUNCTION OF EQUIPMENT.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 260000 as of 07/08/2014 , which is the date of inspection and the effective date of this appraisal.

# Uniform Residential Appraisal Report

Clarification of Intended Use and Intended User:

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

BASED ON THE DATA OF THE ATTACHED 1004MC FORM AND COMPS THAT WERE USED ON THIS REPORT, THIS APPRAISER ESTIMATES EXPOSURE TIME FOR THE SUBJECT AT INDICATED VALUE TO BE APPROX. BETWEEN 40 AND 70 DAYS.

APPRAISER HAS NO HISTORY OF DOING A PREVIOUS APPRAISAL ON THE SUBJECT PROPERTY.

My comparable search criteria consisted of properties that are between 4000 and 6174 square feet,
and which sold within the past 12 months, and are located within a one mile radius of the subject
property. My comparable search did not include any sales price or value parameters.
The search resulted in a total of 7 potential comparable properties to consider, of which 4 were
included in this appraisal report. The addresses for each of those that were not in the report are attached to this report.

PHOTOS:
I acknowledge the photo requirements, and attest that I provided original photos for the following:
Subject Front, Rear, both sides and Street
Physical Deterioration(if warranted / reported / observed)
Recent Updates, Remodeling, Renovation (if warranted / reported / observed)
All Characteristics Affecting Value(if warranted / reported / observed)
Kitchen and all Bathrooms
Main Living Areas
Each of the sale comps
Aerial photo

If there was an unavoidable circumstance that required use of a non-original photo, such as using an
MLS photo, or re-use of an out of season file photo, it is explained below:

SKETCH:
I attest that I reviewed my sketch and validated that:
The bedrooms and baths listed are consistent with what is reported in the appraisal report
All patios and porches are included and labeled to be either open, covered or enclosed; and include
their dimensions

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)
USED THE RESIDUAL METHOD TO ABSTRACT LAND VALUES FROM SOLD COMPS IN THE AREA.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

| | |
|---|---|
| OPINION OF SITE VALUE | =$ 40000 |

Source of cost data MARSHALL SWIFT COMPUTERIZED HANDBOOK

Quality rating from cost service GOOD Effective date of cost data 07/2013

| | | | |
|---|---|---|---|
| Dwelling 2518 | Sq. Ft. @ $ 105 | =$ 264390 |
| | Sq. Ft. @ $ | =$ |

Comments on Cost Approach (gross living area calculations, depreciation, etc.)
PHYSICAL DEPRECIATION IS CALCULATED USING THE AGE LIFE METHOD. NO
SIGNIFICANT FUNCTIONAL OR EXTERNAL DEPRECIATION WAS NOTED. THE
LAND TO IMPROVEMENT RATIO IS WITHIN GUIDELINES AND IS TYPICAL TO THE
AREA.

| | | |
|---|---|---|
| ENT-PAT-FP | =$ 10000 |
| Garage/Carport 412 Sq. Ft. @ $ 20 | =$ 8240 |
| Total Estimate of Cost-New | =$ 282630 |
| Less Physical 56026 Functional External Depreciation | =$ ( 56026 ) |
| Depreciated Cost of Improvements | =$ 226604 |
| "As-is" Value of Site Improvements | =$ 12000 |

Estimated Remaining Economic Life (HUD and VA only) 40 Years

Indicated Value by Cost Approach ....... =$ 278604

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ 0 X Gross Rent Multiplier 0 = $ 0 Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)
INCOME APPROACH WAS NOT CONSIDERED IN ARRIVING AT A FINAL VALUE FOR THE SUBJECT DUE TO SUBJECT NO BEING AN INCOME PRODUCING PROPERTY
BUT OWNER OCCUPIED WHICH IS TYPICAL TO THE SUB-DIVISION.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No Unit type(s) [ ] Detached [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases _____ Total number of units _____ Total number of units sold _____

Total number of units rented _____ Total number of units for sale _____ Data source(s) _____

Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No If Yes, date of conversion _____

Does the project contain any multi-dwelling units? [ ] Yes [ ] No Data source(s) _____

Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

---

**APPRAISER**

Signature

Name  KENNETH J. PUMILIA

Company Name  KENNETH J. PUMILIA, INC

Company Address  105 OAK MANOR DR

SLIDELL , LA 70460

Telephone Number  504-885-2046

Email Address  PUMILIAK@AOL.COM

Date of Signature and Report  07/11/2014

Effective Date of Appraisal  07/08/2014

State Certification #  562

or State License # _____

or Other (describe) _____ State # _____

State  LA

Expiration Date of Certification or License  12/31/2015

**ADDRESS OF PROPERTY APPRAISED**

11429 MAXINE DR

NEW ORLEANS , LA 70128

APPRAISED VALUE OF SUBJECT PROPERTY $  260000

**LENDER/CLIENT**

Name  TSI

Company Name  QUICKEN LOANS, INC.

Company Address  1050 WOODWARD AVE

DETROIT , MI 48226

Email Address  NA

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____

Name _____

Company Name _____

Company Address _____

_____ , _____

Telephone Number _____

Email Address _____

Date of Signature _____

State Certification # _____

or State License # _____

State _____

Expiration Date of Certification or License _____

**SUBJECT PROPERTY**

☐ Did not inspect subject property

☐ Did inspect exterior of subject property from street

Date of Inspection _____

☐ Did inspect interior and exterior of subject property

Date of Inspection _____

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street

☐ Did inspect exterior of comparable sales from street

Date of Inspection _____

---

# Uniform Residential Appraisal Report

File # TSI-140/07-2118-1

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 11429 MAXINE DR NEW ORLEANS, LA 70128 | 11400 MAXINE DR NEW ORLEANS, LA 70128 | | 11405 N EASTERLYN CIRCLE NEW ORLEANS, LA 70128 | | | |
| Proximity to Subject | | 0.10 miles SW | | 0.05 miles NE | | | |
| Sale Price | $ | | $ 239513 | | $ 279000 | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 95.81 sq.ft. | | $ 102.42 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | NOLAMLS #988218;DOM 66 | | NOLAMLS #985050;DOM 105 | | | |
| Verification Source(s) | | NEW ORLEANS REAL ESTATE BD. | | NEW ORLEANS REAL ESTATE BD. | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing | | Listing | | Listing | | | |
| Concessions | | ; | 0 | ; | 0 | | |
| Date of Sale/Time | | c06/14 | | Active | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 8750 sf | 9100 sf | 0 | 10011 sf | 0 | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | DT1;TRADITIONAL | DT1;TRADITIONAL | | DT2;TRADITIONAL | 0 | | |
| Quality of Construction | Q2 | Q2 | | Q2 | | | |
| Actual Age | 15 | 9 | 0 | 15 | | | |
| Condition | C2 | C2 | | C2 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 4 2.1 | 6 3 2.0 | 4000 | 6 4 2.2 | -1500 | | |
| Gross Living Area | 2518 sq.ft. | 2500 sq.ft. | 800 | 2724 sq.ft. | -9300 | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | GOOD | GOOD | | GOOD | | | |
| Heating/Cooling | CENT./CENT. | CENT./CENT. | | CENT./CENT. | | | |
| Energy Efficient Items | DBL WINDOWS | DBL WINDOWS | | DBL WINDOWS | | | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | | |
| Porch/Patio/Deck | ENTRY/PATIO | ENTRY/PATIO | | ENTRY/PATIO | | | |
| | 1 FIREPLACE | 1 FIREPLACE | | 1 FIREPLACE | | | |
| | FENCE | FENCE | | FENCE | | | |
| | LISTING/SALE % | 2.5% | | 2.5% | -5988 | 2.5% | -6975 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 1188 | ☐ + ☒ - | $ 17775 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. -0.5 % | | Net Adj. -6.4 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 4.5 % | $ 238325 | Gross Adj. 6.4 % | $ 261225 | Gross Adj. % | $ |

Summary of Sales Comparison Approach

COMPS 4 AND 5 ARE LISTINGS. BOTH ARE IN THE SAME SD AS THE SUBJECT IN SIMILAR CONDITION AND QUALITY.

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | NEW ORLEANS DEEDFAX | NEW ORLEANS DEEDFAX | NEW ORLEANS DEEDFAX | |
| Effective Date of Data Source(s) | 07/10/2014 | 07/10/2014 | 07/10/2014 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

| Freddie Mac Form 70   March 2005 | UAD Version 1/2014 | AI Ready | Fannie Mae Form 1004   March 2005 |
|---|---|---|---|

| Borrower/Client | CARL & BONNIE CORDIER |
|---|---|
| Property Address | 11429 MAXINE DR |

| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
|---|---|---|---|---|---|---|---|

| Lender | TSI | QUICKEN LOANS, INC. |
|---|---|---|

Form data: Type of Appraisal
KENNETH J. PUMILIA, INC.

Neighborhood Description
SUBDIVISION IS LOCATED IN AN AREA THAT CONSIST OF ONE AND TWO STORY HOMES OF GOOD QUALITY AND APPEAL. AVERAGE TO GOOD CONDITION. ESPECIALLY CLOSE TO SCHOOLS, LOCAL SHOPPING AND TRANSPORTATION. THERE WERE NO UNFAVORABLE CONDITIONS THAT WOULD AFFECT VALUE OR MARKETABILITY NOTED.

THE SUBJECT'S VALUE IS MORE THAN THE PREDOMINANT VALUE. BY BEING HIGH WILL NOT HAVE ANY NEGATIVE AFFECT ON MARKETABILITY AND IS NOT OVER BUILT FOR THE SD OR AREA.

Neighborhood Market Conditions
THE CURRENT RATES RANGE FROM 4.12-6.00% AND 0-3 POINTS FOR CLOSING COST.  ALL TYPES OF FINANCING ARE AVAILABLE THROUGHOUT THE CITY. SUPPLY AND DEMAND ARE IN BALANCE AT THIS TIME.  SELLER CONCESSIONS ARE TYPICAL IN THE PRESENT MARKET. AFTER A THOROUGH RESEARCH OF THE SUBJECT'S IMMEDIATE AREA AND THE LOCAL MLS, PLUS THE REVIEW OF THE ATTACHED 1004MC FORM THIS APPRAISER IS OF THE OPINION THAT THE MARKET IS STABLE AT THE PRESENT TIME FOR HOMES SIMILAR TO THE SUBJECT AND WITHIN THE 20% LIVING AREA GUIDELINES.

Form data: GLA Adjustment Factor
45

Comments on Sales Comparison
ALL COMPS USED WERE THE MOST RECENT SALES THAT WERE FOUND IN THE SAME AREA AS THE SUBJECT.  DUE TO THE FEW SALES SIMILAR TO THE SUBJECT IN AMENITIES AND WITHIN THE 20% LIVING AREA GUIDELINES, THIS APPRAISER HAD TO USE OLDER SALES, NO TIME ADJUSTMENT WAS WARRANTED DUE TO THE MARKET BEING STABLE AS PER ATTACHED 1004MC FORM. THE PARAMETER OF MY SEARCH FOR COMPS WAS ALL OF NEW ORLEANS EAST AND BACK 18 MONTHS. COMP 3 WAS OVER A YEAR SINCE SALE BUT USED DUE TO THE FEW SALES AND IT WAS WITHIN THE SAME SD AS THE SUBJECT. NO SITE SIZE ADJUSTMENTS WERE WARRANTED DUE TO THE MARKET DOES NOT RECOGNIZE THE SIZE DIFFERENCE AT THIS TIME. ALSO NO DESIGN DIFFERENCE WAS ADJUSTED DUE TO SAME REASONING AS ABOVE. APPRAISER DID MAKE A $2500 ADJUSTMENT FOR BEDROOM DIFFERENCE LESS THAN 4 BEDROOMS DUE TO THE TYPICAL BEDROOMS WITHIN THIS AREA ARE 4 AND 5. ALSO MADE A $3000 ADJUSTMENT FOR FULL BATH AND $1500 FOR HALF BATH DIFFERENCES. THIS APPRAISER PUT MORE WEIGHT ON COMP 1 DUE TO IT HAVING THE LEAST GROSS ADJUSTMENTS AND WITHIN THE SAME SD AS THE SUBJECT AND WAS SUPPORTED BY COMPS 2 AND 3. THE FOLLOWING IS A SUMMARY OF HOW THIS APPRAISER WEIGHTED THE COMPS. 50% FOR COMP 1 WHICH IS ($132,000) 25% FOR COMP 2 WHICH IS ($63,000) 25% FOR COMP 3 WHICH IS ($64,000) WHICH ADD UP TO A TOTAL OF $259,000 ROUNDED UP TO $260,000.

THE PICTURE OF COMP 2 IS THE FRONT GATE OF THAT SD, THIS APPRAISER INCLUDED THE MLS PICTURE WITHIN THIS REPORT DUE TO THE GUARD WOULD NOT LET ME IN THE SD TO TAKE THE PICTURE OF THE COMP. ALTHOUGH THIS COMP IS IN ANOTHER SD DUE TO THE FEW SALES IN THE AREA, IT HAS THE SAME APPEAL AND MARKETABILITY AS THE SUBJECT LOCATION.

Conditions of Appraisal
THIS SUMMARY APPRAISAL REPORT WAS MADE AS IS. THIS APPRAISER PERFORMED A VISUAL WALK THROUGH INSPECTION ONLY AND IS NOT RESPONSIBLE FOR ANY HIDDEN DAMAGES OR MALFUNCTION OF EQUIPMENT.

Form data: Economic Age Basis
50

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

**Remodeled**

**Significant finish and/or structural  changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
Example:
3.2 indicates three full baths and two half baths.

AI Ready

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfll | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area,Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |
| | | |

# Market Conditions Addendum to the Appraisal Report
File # TSI-140707-2118-1

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

Property Address 11429 MAXINE DR    City NEW ORLEANS    State LA    ZIP Code 70128

Borrower CARL & BONNIE CORDIER

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 4 | 2 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 1.33 | 0.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 3 | 4 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 6.00 | 3.01 | 5.97 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 195000 | 207000 | 149500 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 120 | 36 | 61 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | 190000 | 249950 | 211007 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 232 | 195 | 37 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | .97 | .83 | .71 | ☐ Increasing | ☒ Stable | ☒ Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | ☒ Yes ☐ No | | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
IT IS TYPICAL FOR THIS AREA TO HAVE SOME SELLER CONCESSIONS BUT THE MAJORITY OF SALES DO NOT HAVE ANY CONCESSIONS WHAT SO EVER. INFORMATION ARRIVED AT BY USING THE LOCAL MLS SYSTEM. WHEN CONCESSIONS ARE INVOLVED WITH THE SALE, THIS APPRAISER DOES MAKE A NEGATIVE ADJUSTMENT IN THE AMOUNT OF THAT CONCESSION.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes ☒ No If yes, explain (including the trends in listings and sales of foreclosed properties).
OUT OF THE 9 SALES THAT WERE FOUND IN THE SUBJECT'S SD AND BOUNDRY WITHIN THE 20% LIVING AREA GUIDELINES, 2 WERE REO PROPERTIES WHICH REPRESENT APPROX. 22% OF THE SALES.

Cite data sources for above information.
ALL THE INFORMATION THAT THIS APPRAISER USES IS FOUND IS IN THE LOCAL MLS SYSTEM AND OTHER AGENTS WITHIN THE AREA. ENTERED INTO THE SYSTEM WERE SIMILAR AMENITIES, CONDITION, LIVING AREA AND QUALITY SIMILAR TO THE SUBJECT.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
AFTER A THOROUGH RESEARCH OF THE SUBJECT AREA AND THE ANALYZATION OF THE ABOVE VERY LIMITED INFORMATION, THIS APPRAISER IS OF THE OPINION THAT THE SUBJECT IS IN A STABLE MARKET AT THE PRESENT TIME WITH HOMES SIMILAR TO THE SUBJECT AND WITHIN THE 20% LIVING AREA GUIDELINES.

IN ARRIVING AT A MARKET DECISION, THIS APPRAISER TOOK INTO CONSIDERATION ALL SECTIONS ABOVE, THE DECISION WAS NOT WEIGHTED ON JUST ONE SECTION.

| If the subject is a unit in a condominium or cooperative project, complete the following: | | Project Name: | | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

Signature _____
Appraiser Name KENNETH J. PUMILIA
Company Name KENNETH J. PUMILIA, INC
Company Address 105 OAK MANOR DR SLIDELL, LA 70460
State License/Certification # 562    State LA
Email Address PUMILIAK@AOL.COM

Signature _____
Supervisory Appraiser Name _____
Company Name _____
Company Address _____
State License/Certification # _____    State _____
Email Address _____

Freddie Mac Form 71    March 2009    Page 1 of 1    Al Ready    Fannie Mae Form 1004MC    March 2009

TEXT ADDENDUM

| | | | | | File No. | TSI-140707-2118-1 |
|---|---|---|---|---|---|---|
| Borrower/Client | CARL & BONNIE CORDIER | | | | | |
| Property Address | 11429 MAXINE DR | | | | | |
| City | NEW ORLEANS | County | State LA | Zip Code 70128 | | |
| Lender | | | | | | |

Form data: Type of Appraisal
KENNETH J. PUMILIA, INC.

**SUBJECT PHOTOGRAPH ADDENDUM**

File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City | NEW ORLEANS County ORLEANS State LA Zip Code 70128 |
| Lender | TSI QUICKEN LOANS, INC. |



**FRONT OF
SUBJECT PROPERTY**

Appraised Date: July 8, 2014

Appraised Value: $260000



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City NEW ORLEANS | County ORLEANS State LA Zip Code 70128 |
| Lender TSI | QUICKEN LOANS, INC. |

This image
is intentionally blank



MLS PHOTO OF SALE COMP 2

DUE TO GUARD WOULD NOT LET

THIS APPRAISER IN TO TAKE PICTURE



ANOTHER STREET VIEW

ADDITIONAL PHOTOGRAPH ADDENDUM    File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City NEW ORLEANS | County ORLEANS State LA Zip Code 70128 |
| Lender TSI | QUICKEN LOANS, INC. |



ANGLE FRONT LEFT



ANGLE FRONT RIGHT



ANGLE REAR LEFT

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City NEW ORLEANS | County ORLEANS State LA Zip Code 70128 |
| Lender TSI | QUICKEN LOANS, INC. |



ANGLE REAR RIGHT



DAMAGED FENCE



ANOTHER VIEW OF DAMAGED FENCE

ADDITIONAL PHOTOGRAPH ADDENDUM

File No.　TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City NEW ORLEANS | County ORLEANS　State LA　Zip Code 70128 |
| Lender TSI | QUICKEN LOANS, INC. |



FOYER



DINING ROOM



LIVING ROOM

ADDITIONAL PHOTOGRAPH ADDENDUM

File No.   TSI-140707-2118-1

| Borrower/Client | CARL & BONNIE CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | |
| City NEW ORLEANS | | County ORLEANS | State LA | Zip Code 70128 | |
| Lender TSI | | | QUICKEN LOANS, INC. | | |



KITCHEN



ANOTHER VIEW OF KITCHEN



BFK AREA

ADDITIONAL PHOTOGRAPH ADDENDUM

| | | |
|---|---|---|
| Borrower/Client | CARL & BONNIE CORDIER | File No. TSI-140707-2118-1 |
| Property Address | 11429 MAXINE DR | |
| City NEW ORLEANS | County ORLEANS | State LA Zip Code 70128 |
| Lender TSI | | QUICKEN LOANS, INC. |



FAMILY ROOM



UTILITY ROOM



HALL BATH

ADDITIONAL PHOTOGRAPH ADDENDUM

| | | File No. | TSI-140707-2118-1 |
|---|---|---|---|

| Borrower/Client | CARL & BONNIE CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | |
| City | NEW ORLEANS | County | ORLEANS | State LA | Zip Code 70128 |
| Lender | TSI | | QUICKEN LOANS, INC. | | |



HALF BATH



MAIN BATH



ANOTHER VIEW OF MAIN BATH

ADDITIONAL PHOTOGRAPH ADDENDUM

File No. TSI-140707-2118-1

| Borrower/Client | CARL & BONNIE CORDIER | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code 70128 |
| Lender | TSI | | | QUICKEN LOANS, INC. | | |



ANOTHER VIEW OF MAIN BATH



ANOTHER VIEW OF MAIN BATH

# COMPARABLES PHOTOGRAPH ADDENDUM
### (Comps 1-3)

File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City | NEW ORLEANS |
| County | ORLEANS |
| State | LA |
| Zip Code | 70128 |
| Lender | TSI |
| | QUICKEN LOANS, INC. |



**Comparable Sale 1**
11433 MELVIN PL
NEW ORLEANS    LA    70128
Date of Sale: s01/14;c12/13
Sale Price: 269900
Sq. Ft.: 2657
$ / Sq. Ft.: 101.58



**Comparable Sale 2**
130 PINEHURST CT
NEW ORLEANS    LA    70128
Date of Sale: s01/14;c11/13
Sale Price: 220000
Sq. Ft.: 2600
$ / Sq. Ft.: 84.62



**Comparable Sale 3**
11433 EASTERLYN CIRCLE
NEW ORLEANS    LA    70128
Date of Sale: s04/13;c03/13
Sale Price: 247500
Sq. Ft.: 2384
$ / Sq. Ft.: 103.82

**COMPARABLES PHOTOGRAPH ADDENDUM**
(Comps 4-6)

| | | | |
|---|---|---|---|
| Borrower/Client | CARL & BONNIE CORDIER | | |
| Property Address | 11429 MAXINE DR | | |
| City | NEW ORLEANS | County ORLEANS | State LA   Zip Code 70128 |
| Lender | TSI | QUICKEN LOANS, INC. | |

File No. TSI-140707-2118-1



**Comparable Sale 4**
11400 MAXINE DR
NEW ORLEANS    LA    70128

| | |
|---|---|
| Date of Sale: | c06/14 |
| Sale Price: | 239513 |
| Sq. Ft.: | 2500 |
| $ / Sq. Ft.: | 95.81 |



**Comparable Sale 5**
11405 N EASTERLYN CIRCLE
NEW ORLEANS    LA    70128

| | |
|---|---|
| Date of Sale: | Active |
| Sale Price: | 279000 |
| Sq. Ft.: | 2724 |
| $ / Sq. Ft.: | 102.42 |

**Comparable Sale 6**

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

**LOCATION MAP ADDENDUM**

File No. TSI-140707-2118-1

| Borrower/Client | CARL & BONNIE CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | TSI | | QUICKEN LOANS, INC. | | |



Comparable Sale 2
130 PINEHURST CT
NEW ORLEANS, LA 70128
0.77 miles NE

Comparable Sale 1
11433 MELVIN PL
NEW ORLEANS, LA 70128
0.23 miles NW

Comparable Sale 5
11406 N EASTERLYN CIRCLE
NEW ORLEANS, LA 70128
0.05 miles NE

Subject
11429 MAXINE DR
NEW ORLEANS, LA 70128

Comparable Sale 4
11400 MAXINE DR
NEW ORLEANS, LA 70128
0.10 miles SW

Comparable Sale 3
11433 EASTERLYN CIRCLE
NEW ORLEANS, LA 70128
0.07 miles SE

Map data ©2014 Google



**SKETCH ADDENDUM**

| | | File No. | TSI-140707-2118-1 |
|---|---|---|---|
| Borrower/Client | CARL & BONNIE CORDIER | | |
| Property Address | 11429 MAXINE DR | | |
| City | NEW ORLEANS | County ORLEANS | State LA | Zip Code 70128 |
| Lender | TSI | QUICKEN LOANS, INC. | |



| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |

| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
|---|---|---|---|---|---|---|---|

| Lender | TSI | QUICKEN LOANS, INC. |
|---|---|---|



**Subject**
**11429 MAXINE DR**
**NEW ORLEANS, LA  70128-3461**

## FloodMap Legend

### Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year floodplains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

### Flood Information

Community: 225203 - UNINCORPORATED AREA
Property is in a FEMA special flood hazard area.

Map Number: 2252030115E     Map Date: 03/01/1984
Panel: 0115E                 FIPS: 22071
Zone: A4

Neither Transamerica Flood Hazard Certification (TFHC) nor ACI make any representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose. Neither TFHC nor ACI nor the seller of this flood report shall have any liability to any third party for any use or misuse of this flood report.

LICENSE PAGE
File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City | NEW ORLEANS |
| County | ORLEANS |
| State | LA |
| Zip Code | 70128 |
| Lender | TSI |
| | QUICKEN LOANS, INC. |





AERIAL VIEW

File No.   TSI-140707-2118-1

| Borrower/Client | CARL & BONNIE CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | |
| City | NEW ORLEANS | County | ORLEANS | State | LA | Zip Code | 70128 |
| Lender | TSI | | | QUICKEN LOANS, INC. | |



11429 MAXINE DR, NEW ORLEANS, LA

AERIAL VIEW
File No. TSI-140707-2118-1

| | |
|---|---|
| Borrower/Client | CARL & BONNIE CORDIER |
| Property Address | 11429 MAXINE DR |
| City NEW ORLEANS | County ORLEANS   State LA   Zip Code 70128 |
| Lender TSI | QUICKEN LOANS, INC. |



| Borrower/Client | CARL & BONNIE CORDIER | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 MAXINE DR | | | | |
| City | NEW ORLEANS | County | ORLEANS | State LA | Zip Code 70128 |
| Lender | TSI | | | QUICKEN LOANS, INC. | |

Page 1 of 1

| # | MLS# | #1 | Status | Area | Address | Bdrms | FB | HB | Liv Area | Car Stor | Age | List Price | L.Office | Acres | WF | Sold Date | Sold Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 983152 | 14 | S | 74 | 8840 TILFORD RD | 4 | 2 | 0 | 2028 | DR,2 | 40 | $149,000 | GRHR01 | 0.0 | | 06/30/14 | 149,000 |
| 2 | 959996 | 5 | S | 79 | 5934 W HARDY ST S | 4 | 3 | 0 | 2500 | 3+,DR | 33 | $155,000 | LATT08 | 0.0 | | 04/23/14 | 150,000 |
| 3 | 975618 | 17 | S | 79 | 5785 W LOUIS PRIMA DR | 4 | 3 | 0 | 2437 | 3+,DR | 32 | $196,500 | GDRI01 | 0.0 | | 03/07/14 | 194,000 |
| 4 | 962862 | 6 | S | 74 | 11250 ASHPODEL CR | 3 | 2 | 0 | 2200 | DE | 28 | $146,000 | RHSS01 | 0.0 | | 02/06/14 | 141,899 |
| 5 | 942684 | 18 | S | 74 | 11259 FERNLEY DR | 4 | 2 | 0 | 2189 | DR | 25 | $179,000 | GARDN08 | 0.0 | | 10/31/13 | 174,000 |
| 6 | 954601 | 15 | S | 79 | 5865 W LOUIS PRIMA CT | 4 | 2 | 1 | 2900 | DR | 30 | $234,900 | GARDN08 | 0.0 | | 09/06/13 | 234,900 |


# SUMMARY RESIDENTIAL APPRAISAL REPORT

Date of Valuation

07/25/2016

11429 Maxine Dr
MCKENDALL ESTATES SUBD, LOT 44
New Orleans, LA 70128

For

Quicken Loans, Inc.
1050 WOODWARD AVE
DETROIT, MI, 48226

## TABLE OF CONTENTS

| | |
|---|---|
| Table of Contents/Cover Page | 1 |
| Letter of Transmittal | 2 |
| Summary of Salient Features | 3 |
| Market Conditions Addendum to the Appraisal Report | 4 |
| URAR | 5 |
| Additional Comparables 4-6 | 11 |
| Text Addendum | 12 |
| Multi-purpose Supplemental Addendum | 13 |
| Subject Photos | 15 |
| Photograph Addendum | 16 |
| Photograph Addendum | 17 |
| Building Sketch (Page - 1) | 18 |
| Building Sketch (Page - 2) | 19 |
| Comparable Photos 1-3 | 20 |
| Comparable Photos 4-6 | 21 |
| Tax Assessor's Map | 22 |
| Location Map | 23 |
| Flood Map | 24 |
| Scanned Document | 25 |
| UAD Definitions Addendum | 26 |

Hart Appraisals LLC
6414 General Diaz St
New Orleans, LA 70124


Quicken Loans, Inc.
1050 WOODWARD AVE
DETROIT, MI 48226

Re: Property:   11429 Maxine Dr
                New Orleans, LA 70128
    Borrower:   Bonnie Cordier & Carl J. Cordier
    File No.:    24246

In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Michael B Hart
Louisiana State Certified
Residential Appraiser R1564

# SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 11429 Maxine Dr |
| | Legal Description | MCKENDALL ESTATES SUBD, LOT 44 |
| | City | New Orleans |
| | County | Orleans |
| | State | LA |
| | Zip Code | 70128 |
| | Census Tract | 0017.47 |
| | Map Reference | MLS 74 |

| | | |
|---|---|---|
| **SALES PRICE** | Sale Price | $ |
| | Date of Sale | |

| | | |
|---|---|---|
| **CLIENT** | Borrower | Bonnie Cordier & Carl J. Cordier |
| | Lender/Client | Quicken Loans, Inc. |

| | | |
|---|---|---|
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 2,540 |
| | Price per Square Foot | $ |
| | Location | N;Res; |
| | Age | 17 |
| | Condition | C3 |
| | Total Rooms | 8 |
| | Bedrooms | 4 |
| | Baths | 2.1 |

| | | |
|---|---|---|
| **APPRAISER** | Appraiser | Michael B Hart |
| | Date of Appraised Value | 07/25/2016 |

| | | |
|---|---|---|
| **VALUE** | Opinion of Value | $ 285,000 |

# Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 11429 Maxine Dr | City New Orleans | State LA | ZIP Code 70128 |
|---|---|---|---|---|

Borrower    Bonnie Cordier & Carl J. Cordier

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 11 | 2 | 6 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 1.83 | 0.67 | 2.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 6 | 7 | 7 | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 3.3 | 10.4 | 3.5 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $192,500 | $271,750 | $210,500 | ☐ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 79 | 65 | 31 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $176,500 | $180,000 | $180,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 127 | 90 | 69 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99.79% | 97.05% | 97.03% | ☐ Increasing | ☒ Stable | ☐ Declining |

Seller-(developer, builder, etc.)paid financial assistance prevalent?    ☒ Yes    ☐ No    ☐ Declining    ☒ Stable    ☐ Increasing

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).    There were 19 sales within the last 12 months of which 9 offered seller paid financial concessions, therefore, it appears that seller paid financial assistance is prevalent.

Are foreclosure sales (REO sales) a factor in the market?    ☐ Yes    ☒ No    If yes, explain (including the trends in listings and sales of foreclosed properties).
A search of the local MLS revealed two REO or foreclosure properties in the previous 12 months. It appears that REO, bank owned or foreclosed properties are not a significant factor in this market at this time.

Cite data sources for above information.    NOMAR MLS, Deedfax, City of New Orleans Property Database

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Analysis of sales and listings in the subject market area indicate a stable market at this time. Comparison of sales, listings, pendings, marketing times, foreclosures and seller paid concessions in the subjects market area throughout the year do not show an increasing or decreasing overall trend. The median comparable sales price has fluctuated over the three periods, while the median comparable list price has remained fairly constant through all three periods. The Median comparable sales days on market has decreased some what. This all seems to indicate a stable market.

If the subject is a unit in a condominium or cooperative project, complete the following:    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?    ☐ Yes    ☐ No    If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.    The subject is not a condo or coop.

Summarize the above trends and address the impact on the subject unit and project.    The subject is not a condo or coop.

| | | |
|---|---|---|
| Signature | | Signature |
| Appraiser Name    Michael Blhart | | Supervisory Appraiser Name |
| Company Name    Hart Appraisals LLC | | Company Name |
| Company Address    6414 General Diaz St. New Orleans, LA 70124 | | Company Address |
| State License/Certification #    R1564    State    LA | | State License/Certification #    State |
| Email Address    Mhartinno@yahoo.com | | Email Address |

Freddie Mac Form 71    March 2009    Page 1 of 1    Fannie Mae Form 1004MC    March 2009

# Uniform Residential Appraisal Report

purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | |
|---|---|---|---|
| operty Address 11429 Maxine Dr | | City New Orleans | State LA Zip Code 70128 |
| rrower Bonnie Cordier & Carl J. Cordier | Owner of Public Record CARL J CORDIER JR & BONNIE D CORDIER | | County Orleans |
| gal Description MCKENDALL ESTATES SUBD. LOT 44 | | | |
| sessor's Parcel # 39W089544 | | Tax Year 2016 | R.E. Taxes $ 3,511 |
| ighborhood Name Third Municipal District | | Map Reference MLS 74 | Census Tract 0017.47 |
| cupant ☑ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | ☐ PUD   HOA $ 0 | ☐ per year ☐ per month |
| operty Rights Appraised ☐ Fee Simple ☐ Leasehold ☐ Other (describe) | | | |
| signment Type ☐ Purchase Transaction ☑ Refinance Transaction ☐ Other (describe) | | | |
| nder/Client Quicken Loans, Inc. | Address 1050 WOODWARD AVE, DETROIT, MI 48226 | | |

the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☐ Yes ☐ No

port data source(s) used, offering price(s), and date(s).   The subject has not been publicly listed for sale within the past year.  GSREINMLS.

did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not rformed.

ntract Price $ _____ Date of Contract _____ Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s) _____

there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes ☐ No
Yes, report the total dollar amount and describe the items to be paid.

ote: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|
| cation ☑ Urban ☐ Suburban ☐ Rural | | | Property Values ☐ Increasing ☑ Stable ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 70 % | |
| ilt-Up ☑ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☑ In Balance ☐ Over Supply | | | | | 2-4 Unit | 7 % | |
| owth ☐ Rapid ☑ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☑ 3-6 mths ☐ Over 6 mths | | | Low 10 | 0 | Multi-Family | 15 % | |
| ighborhood Boundaries Morrison Ave (North), Paris Rd (East), Chef Menteur Blvd (South), Read | | | | | | High 451 | 55 | Commercial | 5 % | |
| vd. (West). | | | | | | Pred. 250 | 25 | Other | 3 % | |

ighborhood Description   The Subject neighborhood is in an area of mostly single family dwellings that are similar to the subject in design/appeal
nd quality of construction. The subject is located close to schools, religious facilities, shopping and major transportation arteries. No adverse
eighborhood conditions were noted.  3% other under present land use % is vacant land.

arket Conditions (including support for the above conclusions)   Values in the subject area are mostly stable as demand for single family residences is
oderate. Marketing times are generally less than 6 months with many homes selling in less time. Some sellers are willing to pay discount
oints, origination fees, and some closing costs as financial concessions.

| | | | | |
|---|---|---|---|---|
| mensions 70x125 | Area 8750 sf | Shape Rectangular/Avg. | View N;Res; | |
| ecific Zoning Classification S-RS | | Zoning Description Suburban Single-Family Residential District | | |
| ning Compliance ☑ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | |

the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☑ Yes ☐ No  If No, describe

| ilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|---|
| ctricity | ☑ | | Water | ☑ | | Street Concrete | | ☑ | |
| s | ☑ | | Sanitary Sewer ☑ | | | Alley None | | | |

MA Special Flood Hazard Area ☑ Yes ☐ No  FEMA Flood Zone A4   FEMA Map # 2252030115E   FEMA Map Date 03/01/1984

e the utilities and off-site improvements typical for the market area?   ☑ Yes ☐ No  If No, describe

e there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes ☑ No  If Yes, describe
e subject appears to be located in Flood zone "A4" which is defined as an area of flood hazard, however, exact flood elevation should be
etermined by a qualified surveyor. No adverse conditions were noted at the time of inspection.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| its ☑ One ☐ One with Accessory Unit | ☑ Concrete Slab ☐ Crawl Space | | | Foundation Walls Concrete Slab/Gd | | Floors Wd-MrbleTle-Ct/Gd | |
| of Stories 1 | ☐ Full Basement ☐ Partial Basement | | | Exterior Walls Brick Vnr-Stco/Good | | Walls Drywall/Good | |
| pe ☑ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area 0 sq.ft. | | | Roof Surface Comp. Shingle/Good | | Trim/Finish Wood/Good | |
| ☐ Existing ☐ Proposed ☐ Under Const. | Basement Finish 0 % | | | Gutters & Downspouts Alum/Alum/Good | | Bath Floor Ceramic/Good | |
| sign (Style) Traditional | ☐ Outside Entry/Exit ☐ Sump Pump | | | Window Type Insul Vinyl/Good | | Bath Wainscot Ceramic/Good | |
| ar Built 1999 | Evidence of ☐ Infestation | | | Storm Sash/Insulated None | | Car Storage ☐ None | |
| ective Age (Yrs) 6 | ☐ Dampness ☐ Settlement | | | Screens 1/2 Screens/Good | | ☑ Driveway # of Cars 2 | |
| ic ☐ None | Heating ☑ FWA ☐ HWBB ☐ Radiant | | | Amenities Woodstove(s) # 0 | | Driveway Surface Concrete | |
| ☐ Drop Stair ☐ Stairs | Other ____ Fuel Gas | | | ☑ Fireplace(s) # 1 ☑ Fence Wood | | ☐ Garage # of Cars 2 | |
| Floor ☐ Scuttle | Cooling ☑ Central Air Conditioning | | | ☑ Patio/Deck Cvrd ☑ Porch Covered | | ☐ Carport # of Cars 0 | |
| Finished ☐ Heated | ☐ Individual ☐ Other | | | Pool None ☐ Other None | | ☑ Att. ☐ Det. ☐ Built-in | |
| pliances ☑ Refrigerator ☑ Range/Oven ☑ Dishwasher ☑ Disposal ☑ Microwave ☐ Washer/Dryer ☑ Other (describe) Fan, wine cooler | | | | | | | |

ished area above grade contains:   8 Rooms   4 Bedrooms   2.1 Bath(s)   2,540 Square Feet of Gross Living Area Above Grade

ditional features (special energy efficient items, etc.).   The subject offers: ceiling fans, covered porch, covered and open patio, granite counter tops, stainless ste
mmercial grade appliances, fireplace, vinyl fencing and two car garage.

scribe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;Kitchen-remodeled-six to ten years
o;Bathrooms-remodeled-six to ten years ago;The subject flooded during Hurricane Katrina and was gutted and repaired/updated in 2007. The
provements were rated to be in overall good condition for the area. No functional or locational inadequacies were noted at the time of the
spection. Quality of construction is considered very good/typical for renovated homes in the area. All utilities were on at the time of inspection.
e built-in microwave oven was not working at the time of inspection.

there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   ☐ Yes ☑ No  If Yes, describe
he appraiser is not a qualified environmental inspector, however, no obvious adverse environmental conditions were noted. The appraiser
es no responsibility for hidden or unapparent adverse environmental conditions. This appraisal/inspection is not a home inspection, structural
pection, or pest inspection. By preparing this report, the appraiser is not acting as a home inspector, structural engineer, or pest inspector.
s the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?   ☑ Yes ☐ No  If No, describe
e subject's style, design, age and quality of construction is in harmony for the area.

# Uniform Residential Appraisal Report
File # 24921

| | | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|---|
| ere are | 7 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 155,000 | | | | to $ 245,000 | | |
| ere are | 19 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 144,000 | | | | to $ 300,000 | | |
| FEATURE | | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
| dress | | 11429 Maxine Dr | 11420 N Saint Andrews Cir | | 7341 Lake Barrington Dr | | 5059 W Saint Andrews Cir | |
| | | New Orleans, LA 70128 | New Orleans, LA 70128 | | New Orleans, LA 70128 | | New Orleans, LA 70128 | |
| oximity to Subject | | | 0.15 miles SE | | 1.42 miles NW | | 0.24 miles S | |
| le Price | | $ | | $ 290,000 | | $ 300,000 | | $ 276,500 |
| le Price/Gross Liv. Area | | $ sq.ft. | $ 110.18 sq.ft. | | $ 111.11 sq.ft. | | $ 122.35 sq.ft. | |
| ta Source(s) | | | GSREINMLS#2051250;DOM 4 | | GSREINMLS#2022389;DOM 115 | | GSREINMLS#2029142;DOM 115 | |
| rification Source(s) | | | APTD 2016-19879 | | APTD 2016-19400 | | APTD 2016-12150 | |
| LUE ADJUSTMENTS | | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| les or Financing | | | ArmLth | | ArmLth | | ArmLth | |
| ncessions | | | Conv;0 | | Financed;5000 | | Conv;0 | |
| te of Sale/Time | | | s05/16;c03/16 | | s05/16;c10/15 | | s03/16;c01/16 | |
| cation | | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| asehold/Fee Simple | | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| te | | 8750 sf | 9100 sf | 0 | 9180 sf | 0 | 8450 sf | 0 |
| ew | | N;Res; | N;Res; | | B;Wtr; | | N;Res; | |
| sign (Style) | | DT1;Traditional | DT1;Traditional | | DT2;Traditional | 0 | DT1;Traditional | |
| ality of Construction | | Q3 | Q3 | | Q3 | | Q3 | |
| tual Age | | 17 | 12 | | 21 | 0 | 14 | 0 |
| ndition | | C3 | C3 | | C3 | | C3 | |
| ove Grade | | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| om Count | | 8 4 2.1 | 8 4 2.1 | | 8 4 3.1 | -3,000 | 7 3 2.1 | 0 |
| oss Living Area | | 2,540 sq.ft. | 2,632 sq.ft. | -6,900 | 2,700 sq.ft. | -12,000 | 2,260 sq.ft. | +21,000 |
| sement & Finished | | 0sf | 0sf | | 0sf | | 0sf | |
| oms Below Grade | | | | | | | | |
| nctional Utility | | Average | Average | | Average | | Average | |
| ating/Cooling | | Central/Central | Central/Central | | Central/Central | | Central/Central | |
| ergy Efficient Items | | None | None | | None | | None | |
| rage/Carport | | 2ga2dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| rch/Patio/Deck | | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| ilt-Ins | | Built-Ins | Built-Ins | | Built-Ins | | Built-Ins | |
| eplace | | Fireplace | Fireplace | | Fireplace | | Fireplace | |
| her | | None | None | | None | | None | |
| t Adjustment (Total) | | | ☐ + ☒ - | $ -6,900 | ☐ + ☒ - | $ -15,000 | ☒ + ☐ - | $ 21,000 |
| justed Sale Price | | | Net Adj. 2.4 % | | Net Adj. 5.0 % | | Net Adj. 7.6 % | |
| Comparables | | | Gross Adj. 2.4 % | $ 283,100 | Gross Adj. 5.0 % | $ 285,000 | Gross Adj. 7.6 % | $ 297,500 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

research ☐ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
ta Source(s) MIs/Deed/fax
research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
ta Source(s) MLS/Deed/fax
port the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| te of Prior Sale/Transfer | | | | |
| ce of Prior Sale/Transfer | | | | |
| ta Source(s) | MLS/APTD | MLS/APTD | MLS/APTD | MLS/APTD |
| ective Date of Data Source(s) | 07/25/2016 | 07/25/2016 | 07/25/2016 | 07/25/2016 |

alysis of prior sale or transfer history of the subject property and comparable sales A search of public records revealed no transfers of the subject in the
ree vears prior to the appraisal date. None of the comparables has transferred in the vear prior to their sale dates'.

mmary of Sales Comparison Approach The appraiser's comparable search parameters began with an MLS search for single family homes sold
thin the prior year, located within the specified boundaries containing 1900 to 3300 SF of living area in good and excellent condition and
tween 5 and 30 years old. The three comparables selected are considered to be the best, most recent sales of similar type properties in the
bject area and all are felt to be good indicators of value. All three comparables are current sales located in the subjects market area, all offer
nilar utility and appeal and were adjusted for dissimilarities. Age, GLA, car storage adjustments are based on market reaction. All sites were
nsidered typical and equivalent, therefore no site adjustments were deemed necessary. Comp #2 faces a small man made non-navigable lake
market reaction is typically noted for this view, therefore no adjustment was deemed necessary. Some comparables exceed normally
sirable distance of 1 mile from the subject but are within the subjects market area. Equal weight was placed on all three comparable sales.
icated Value by Sales Comparison Approach $ 285,000

icated Value by: Sales Comparison Approach $ 285,000 Cost Approach (if developed) $ 320,240 Income Approach (if developed) $

e Market Data Approach is used as the primary indicator of value. The cost approach was used to support the market data adjustments.
ie to the lack of rental data on single family dwellings in the area, the Income Approach was deemed unreliable for this property and was
refore not used.

s appraisal is made ☐ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
npleted, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
wing required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: Repair built-in microwave oven.
timated cost to repair $150.

sed on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
nditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 285,000 , as of 07/25/2016 , which is the date of inspection and the effective date of this appraisal.

Uniform Residential Appraisal Report

ave performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the
ree-year period immediately preceding acceptance of this assignment.

xposure Time
he estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical
nsummation of a sale at market value on the effective date of the appraisal; a retrospective opinion based on an analysis of past events
suming a competitive and open market. A reasonable exposure time for the subject property is less than 90 days.

uisiana law mandates the appraiser disclose the compensation paid to the appraiser and fees charged by the AMC. The appraiser fee for this
praisal is $410. No AMC fee was disclosed in the engagement letter.

he subject property will meet or exceeds the minimum housing quality requirements according to the department of Housing &
rban Development manuel 4000.1.The subject's water and sewer services are provided by public systems. An inspection of the attic
as performed. (See attached photo of attic). The subject's roof is in good condition and appears to have at least 15 years of
maining life. All mechanical systems were tested and appear to be in working order at the time of inspection. All built-in kitchen
ppliances were tested and in operating properly. All of the kitchen cabinets were intact. The subject property meets minimum
UD/FHA requirements. The intended use of the appraisal is solely to assist FHA in assessing the risk of the Property securing the
HA-insured Mortgage FHA and the Mortgagee are the intended users of the appraisal report. The FHA Appraiser does not guarantee
at the Property is free from defects. The appraisal establishes the value of the Property for mortgage insurance purposes only.

everal smoke detectors were noted.

he subject property varies from the predominant neighborhood value, however, the market value of the subject is well within the neighborhood
ice range and is not considered to be over or under improved. The subject variance from the predominant value does not have a negative
pact on its marketability. The subject does not suffer functional obsolescence. The subject is sufficiently appealing to the typical buyer in this
arket area and price range.

l closing costs were under 6% and typical in the market, therefore no adjustments were made for closing cost.

3l Louisiana License Number AMC.000000147.

o employee, director, officer or agent of the lender, or any other third party acting as a joint venture partner, independent contractor, appraisal
anagement company, or partner in behalf of the lender has influenced or attempted to influence the development, reporting, result or review of
is assignment through coercion, extortion, collusion, compensation, instruction, inducement, intimidation, bribery or in any other manner. I
ve not been contacted by anyone other than the intended user (lender/ client as identified on the first page of the report), borrower or
signated contact to make an appointment to enter the property. I agree to immediately report any unauthorized contacts either personally by
one or electronically to partner management.

## COST APPROACH TO VALUE (not required by Fannie Mae)

vide adequate information for the lender/client to replicate the below cost figures and calculations.
pport for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The appraiser searched the area the two years
ior to the appraisal date for vacant land sales but found none. The appraiser identified several listings and 1 pending sale. 90% of the average
ts price per sf was used to determine the opinion of site value.

| TIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 48,500 |
|---|---|---|---|
| urce of cost data   Marshall & Swift Cost Analysis Software | DWELLING  2,540 Sq.Ft. @ $  107.51 ----- =$ | | 273,075 |
| ality rating from cost service  Vr Good  Effective date of cost data  06/16 | BSMT  0 Sq.Ft. @ $   =$ | | |
| mments on Cost Approach (gross living area calculations, depreciation, etc.) | porch/patio   ----- =$ | | 17,624 |
| ost estimates are taken from the Marshall & Swift residential express | Garage/Carport  414 Sq.Ft. @ $  36.85 ----- =$ | | 15,256 |
| st estimating software and local area contractor estimates. Physical | Total Estimate of Cost-New   ----- =$ | | 305,955 |
| ipreciation is based on Age/Life method. Estimated site value is | Less  Physical  Functional  External | | |
| ised on sales in the subject area. No functional or economic | Depreciation  36,715|  =$( | | 36,715) |
| solescence was noted. | Depreciated Cost of Improvements   =$ | | 269,240 |
| | "As-is" Value of Site Improvements   =$ | | 2,500 |

| imated Remaining Economic Life (HUD and VA only) | 44 Years | INDICATED VALUE BY COST APPROACH   =$ | 320,240 |
|---|---|---|---|

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| imated Monthly Market Rent $  0  X Gross Rent Multiplier  0  = $ | Indicated Value by Income Approach |
|---|---|

nmary of Income Approach (including support for market rent and GRM)    Due to the lack of rental data on single family dwellings in the area, the
:ome Approach was  deemed unreliable for this property and was therefore not used.

### PROJECT INFORMATION FOR PUDs (if applicable)

he developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No  Unit type(s)  ☐ Detached  ☐ Attached
vide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
al Name of Project
al number of phases   Total number of units   Total number of units sold
al number of units rented   Total number of units for sale   Data source(s)
s the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
s the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source
the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

cribe common elements and recreational facilities.

ie Mac Form 70 March 2005   UAD Version 9/2011   Page 3 of 6   Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

...is report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; ...cluding a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a ...anufactured home or a unit in a condominium or cooperative project.

...is appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, ...atement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended ...se, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may ...pand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal ...ssignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do ...ot constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's ...ontinuing education or membership in an appraisal organization, are permitted.

**COPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the ...porting requirements of this appraisal report form, including the following definition of market value, statement of ...ssumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual ...spection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the ...omparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, ...nd (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**ITENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the ...bject of this appraisal for a mortgage finance transaction.

**ITENDED USER:** The intended user of this appraisal report is the lender/client.

**EFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open ...arket under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming ...e price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and ...e passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both ...rties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a ...asonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms ...f financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold ...naffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are ...ecessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are ...adily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing ...djustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional ...nder that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical ...llar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's ...action to the financing or concessions based on the appraiser's judgment.

**TATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is ...bject to the following assumptions and limiting conditions:

The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title ...it, except for information that he or she became aware of during the research involved in performing this appraisal. The ...praiser assumes that the title is good and marketable and will not render any opinions about the title.

The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. ...e sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination ...its size.

The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency ...r other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an ...entified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or ...plied, regarding this determination.

The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, ...less specific arrangements to do so have been made beforehand, or as otherwise required by law.

The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the ...esence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or ...e became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal ...ort, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the ...operty (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, ...verse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such ...nditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such ...nditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. ...cause the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as ...environmental assessment of the property.

The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory ...mpletion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will ...performed in a professional manner.

# Uniform Residential Appraisal Report
File # 24921

PPRAISER'S CERTIFICATION:  The Appraiser certifies and agrees that:

I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in is appraisal report.

I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the ability, soundness, or structural integrity of the property.

I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal actice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in ace at the time this appraisal report was prepared.

I developed my opinion of the market value of the real property that is the subject of this report based on the sales imparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach r this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop em, unless otherwise indicated in this report.

I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for ile of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject operty for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior the date of sale of the comparable sale, unless otherwise indicated in this report.

I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that is been built or will be built on the land.

I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject operty and the comparable sales.

I. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in e sale or financing of the subject property.

. I have knowledge and experience in appraising this type of property in this market area.

!. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing rvices, tax assessment records, public land records and other such data sources for the area in which the property is located.

i. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from liable sources that I believe to be true and correct.

i. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject operty, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I ive noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the esence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the bject property or that I became aware of during the research involved in performing this appraisal. I have considered these verse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and arketability of the subject property.

. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all itements and information in this appraisal report are true and correct.

. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which e subject only to the assumptions and limiting conditions in this appraisal report.

. I have no present or prospective interest in the property that is the subject of this report, and I have no present or ispective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or mpletely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital itus, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the isent owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not ndtioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a idetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of y party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending irtgage loan application).

. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I ied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this iraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no ponsibility for it.

. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that iered and will receive this appraisal report.

# Uniform Residential Appraisal Report
File # 24921

. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the rrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other condary market participants; data collection or reporting services; professional appraisal organizations; any department, ency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to tain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal port may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public ations, news, sales, or other media).

. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain vs and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice at pertain to disclosure or distribution by me.

. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage surers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part any mortgage finance transaction that involves any one or more of these parties.

. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are fined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this praisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and lid as if a paper version of this appraisal report were delivered containing my original hand written signature.

. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or iminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States ide, Section 1001, et seq., or similar state laws.

JPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's ialysis, opinions, statements, conclusions, and the appraiser's certification.

I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, atements, conclusions, and the appraiser's certification.

The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the praisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and omulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal port was prepared.

If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are fined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this praisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and lid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| PRAISER        Michael B. Hart | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| nature | Signature |
| ne   Michael B Hart | Name |
| npany Name    Hart Appraisals LLC | Company Name |
| npany Address    6414 General Diaz St | Company Address |
| New Orleans, LA 70124 | |
| phone Number    (504) 452-5219 | Telephone Number |
| ail Address    Mhartinno@yahoo.com | Email Address |
| e of Signature and Report    07/26/2016 | Date of Signature |
| ctive Date of Appraisal    07/25/2016 | State Certification # |
| e Certification #    R1564 | or State License # |
| tate License # | State |
| ther (describe)            State # | Expiration Date of Certification or License |
| e   LA | |
| iration Date of Certification or License    12/31/2017 | SUBJECT PROPERTY |

DRESS OF PROPERTY APPRAISED
329 Maxine Dr
w Orleans, LA 70128
RAISED VALUE OF SUBJECT PROPERTY $     285,000
DER/CLIENT

ie   TSI Appraisal
ipany Name    Quicken Loans, Inc.
ipany Address    1050 WOODWARD AVE, DETROIT, MI 48226

il Address

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

## Uniform Residential Appraisal Report

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| dress | 11429 Maxine Dr | 11024 S Hardy St | | 10948 S Hardy St | | | |
| | New Orleans, LA 70128 | New Orleans, LA 70127 | | New Orleans, LA 70127 | | | |
| ximity to Subject | | 1.01 miles W | | 1.05 miles W | | | |
| e Price | $ | $ | 245,000 | $ | 230,000 | $ | |
| e Price/Gross Liv. Area | $ sq.ft. | $ 102.08 sq.ft. | | $ 81.19 sq.ft. | | $ sq.ft. | |
| ta Source(s) | | GSREINMLS#2061561;DOM 38 | | GSREINMLS#2057260;DOM 69 | | | |
| rification Source(s) | | APTD | | APTD | | | |
| LUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| les or Financing | | Listing | -7,350 | Listing | -6,900 | | |
| ncessions | | Active:7350 | | Neither:6900 | | | |
| te of Sale/Time | | Active | | Active | | | |
| cation | N:Res: | N:Res: | | N:Res: | | | |
| asehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| e | 8750 sf | 7200 sf | 0 | 7200 sf | 0 | | |
| w | N:Res: | N:Res: | | N:Res: | | | |
| sign (Style) | DT1:Traditional | DT1:Traditional | | DT2:Traditional | 0 | | |
| ality of Construction | Q3 | Q3 | | Q3 | | | |
| tual Age | 17 | 30 | +19,500 | 23 | +9,000 | | |
| ndition | C3 | C3 | | C3 | | | |
| ove Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| om Count | 8 4 2.1 | 7 3 2.0 | +1,500 | 7 4 2.1 | 0 | | |
| oss Living Area | 2,540 sq.ft. | 2,400 sq.ft. | +10,500 | 2,833 sq.ft. | -22,000 | sq.ft. | |
| sement & Finished | 0sf | 0sf | | 0sf | | | |
| oms Below Grade | | | | | | | |
| nctional Utility | Average | Average | | Average | | | |
| ating/Cooling | Central/Central | Central/Central | | Central/Central | | | |
| ergy Efficient Items | None | None | | Leased Solar | 0 | | |
| rage/Carport | 2ga2dw | 2nd2dw | 0 | 2dw | +6,000 | | |
| rch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | | |
| ilt-Ins | Built-Ins | Built-Ins | | Built-Ins | | | |
| eplace | Fireplace | Fireplace | | Fireplace | | | |
| her | None | None | | In Ground Pool | -7,500 | | |
| t Adjustment (Total) | | ☒ + ☐ - | $ 24,150 | ☐ + ☒ - | $ -21,400 | ☐ + ☐ - | $ |
| justed Sale Price | | Net Adj. 9.9 % | | Net Adj. 9.3 % | | Net Adj. % | |
| Comparables | | Gross Adj. 15.9 % | $ 269,150 | Gross Adj. 22.3 % | $ 208,600 | Gross Adj. % | $ |

port the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| te of Prior Sale/Transfer | | | | |
| ce of Prior Sale/Transfer | | | | |
| ta Source(s) | MLS/APTD | MLS/APTD | MLS/APTD | |
| ective Date of Data Source(s) | 07/25/2016 | 07/25/2016 | 07/25/2016 | |

alysis of prior sale or transfer history of the subject property and comparable sales

alysis/Comments

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | | |

## SCOPE OF APPRAISAL

The Intended User of this appraisal report is the Lender/Client, HUD & FHA. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser. In the development of this appraisal assignment, the appraiser made an interior and exterior inspection of the subject property and/or interviewed others who have reliable knowledge about the subject property. The appraiser inspected the subjects surrounding area and gathered information regarding physical or economic factors that could affect the property. The appraiser researched all available sources of information that could be helpful to achieve a credible conclusion, including local MLS, Assessors offices, Clerk of Court offices, Marshall & Swift Residential Cost Estimating software, and in some cases more specific sources such as Deedfax data transfer publication, University of New Orleans real estate department, local newspapers and periodicals and area contractors. The appraiser then analyzed and applied this research in the development of the sales comparison, income, and/or cost approaches when applicable to arrive at a reliable and credible opinion or conclusion. If a particular approach to value was not deemed applicable, that approach may not have been performed

## CONDITIONS OF APPRAISAL

This appraisal/inspection is not a home inspection, structural inspection, or pest inspection. By preparing this report, the appraiser is not acting as a home inspector, structural engineer, or pest inspector. In performing the limited inspection of this property, areas that were readily accessible were visually observed and the review is superficial only. This inspection is not technically exhaustive and does not offer warranties or guarantees of any kind. It is advised to have the structure inspected by an inspector that offers such warranted or guaranteed inspection if there is any concern regarding adverse or negative conditions.

The definition of "Market Value" found in the certification was obtained from the Appraisal Institutes Dictionary of Real Estate Appraisal, 4th edition

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

**MULTI-PURPOSE SUPPLEMENTAL ADDENDUM**
FOR FEDERALLY RELATED TRANSACTIONS

David S. Olivier & Associates, LLC

221-5536138
File No.: 24921

| | |
|---|---|
| Borrower/Client | Bonnie Cordier & Carl J. Cordier |
| Property Address | 11429 Maxine Dr |
| City New Orleans County Orleans | State LA Zip Code 70128 |
| Lender Quicken Loans, Inc. | |

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a con- venient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

This Multi-Purpose Supplemental Addendum is for use with any appraisal.
Only those statements which have been checked by the appraiser apply to the property being appraised.

**PURPOSE & FUNCTION OF APPRAISAL**

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

☒ **EXTENT OF APPRAISAL PROCESS**

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the com- parables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on Marshal & Swift cost analysis software/Local contractors supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not consi- dered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to pro- ject future rents, vacancies and expenses.

☒ **SUBJECT PROPERTY OFFERING INFORMATION**

According to GSREIN MLS the subject property:
☒ has not been offered for sale in the past 12 months or 1 years.
☐ is currently offered for sale for $ .
☐ was offered for sale within the past months or years.
☐ Offering information was considered in the final reconciliation of value.
☐ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available. The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

☒ **SALES HISTORY OF SUBJECT PROPERTY**

According to MLS/APDT/Assessor the subject property:
☒ Has not transferred in the past 36 months or 3 years.
☐ Has transferred in the past months or years.
☐ All prior sales which have occurred in the past months or years are listed below and reconciled to the ap- praised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |

☒ **FEMA FLOOD HAZARD DATA**

☐ Subject property is not located in a FEMA Special Flood Hazard Area.
☒ Subject is located in a FEMA Special Flood Hazard Area.

| Zone A4 | FEMA Map/Panel # 2252030115E | Map Date 03/01/1984 | Name of Community New Orleans |
|---|---|---|---|

☐ The community does not participate in the National Flood Insurance Program.
☒ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

| ☒ | CURRENT SALES CONTRACT |
|---|---|

☒ The subject property is currently not under contract.

☐ The contract and/or escrow instructions were not available for review. The unavailability of the contract is explained later in the addenda section.

☐ The contract and/or escrow instructions were reviewed. The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
|  |  |  |  |

☐ The contract indicated that personal property was not included in the sale.

☐ The contract indicated that personal property was included. It consisted of _____
Estimated contributory value is $ _____

☐ Personal property was not included in the final value estimate.

☐ Personal property was included in the final value estimate.

☐ The contract indicated no financing concessions or other incentives.

☐ The contract indicated the following concessions or incentives: _____

☒ If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so that the final value conclusion is in compliance with the Market Value defined herein.

| ☒ | MARKET OVERVIEW | Include an explanation of current market conditions and trends. |
|---|---|---|

Less than 6 months is considered a reasonable marketing period for the subject property based on _____ Information obtained from NOMAR MLS

| ☒ | ADDITIONAL CERTIFICATION |
|---|---|

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), and in accordance with the regulations developed by the Lender's Federal Regulatory Agency as required by FIRREA, except that the Departure Provisions of the USPAP do not apply.

(2) Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

| ☒ | ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS |
|---|---|

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental environmental conditions unless otherwise stated in this report. The appraiser is not an expert in the identification of hazardous substances or detrimental conditions. The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated in this report. It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

| ☐ | ADDITIONAL COMMENTS |
|---|---|

The appraiser has completed appraisals of similar properties and is qualified to perform this appraisal. Appraiser assumes that all mechanical components are in proper working order. The appraiser cannot certify that the property is free of structural defects and wood destroying insects without a report from a qualified professionals stating such.

| ☒ | APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Appraiser's Signature _____    Effective Date 07/25/2016    Date Prepared 07/26/2016

Appraiser's Name (print)  Michael B Hart    Phone # (504) 452-5219

State LA    License # _____    Certification # R1564    Tax ID # 20-4153824

| ☒ | CO-SIGNING APPRAISER'S CERTIFICATION |
|---|---|

☐ The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales listed in the report. The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report including the value conclusions and the limiting condi- tions, and confirms that the certifications apply fully to the co-signing appraiser.

The co-signing appraiser has not personally inspected the interior of the subject property and:
☒ has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐ has inspected the exterior of the subject property and all comparable sales listed in the report.
☐ The report was prepared by the appraiser under direct supervision of the co-signing appraiser. The co-signing appraiser accepts responsibility for the contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing appraiser with the exception of the certification regarding physical inspections. The above describes the level of inspection performed by the co-signing appraiser.

☐ The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section of this appraisal.

| ☒ | CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION |
|---|---|

Appraiser's Signature _____    ☐ Trainee    ☒ Review    ☐ Other

Appraiser's Name (print) _____    SS # 72-1492567

State _____    License # _____    Certified # _____

**Subject Photo Page**

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



### Subject Front

| | |
|---|---|
| 11429 Maxine Dr | |
| Sales Price | |
| Gross Living Area | 2,540 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N:Res; |
| View | N:Res; |
| Site | 8750 sf |
| Quality | Q3 |
| Age | 17 |

### Subject Rear



### Subject Street





| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



**Subject Right Side**



**Subject Left Side**



**Additional Rear View**



**Living Room**



**Dining Room**



**Foyer**



**Kitchen**



**Breakfast**



**Den**




**None working microwave**



**Garage Interior**



**Utility**



**Bedroom**



**Bath**



**Bedroom**

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



**1/2 Bath**



**Bedroom**



**Bedroom**



**Bath**



**Attic**



**Smoke/CO2 Detector**



**Street**



**Smoke/CO2 Detector**



**Smoke/CO2 Detector**

**Building Sketch (Page - 1)**

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



TOTAL Sketch by a la mode, inc.

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |

TOTAL Sketch by a la mode, inc.

## Area Calculations Summary

| Living Area | | **Calculation Details** |
|---|---|---|
| First Floor | 2539.89 Sq ft | $0.5 \times 1.7 \times 2.1 = 1.78$ |
| | | $0.5 \times 2.1 \times 1.7 = 1.78$ |
| | | $8 \times 2.1 = 16.8$ |
| | | $43.9 \times 15.5 = 680.45$ |
| | | $32.8 \times 0.9 = 29.52$ |
| | | $31.9 \times 7.6 = 242.44$ |
| | | $28 \times 6.8 = 190.4$ |
| | | $31.9 \times 0.9 = 28.71$ |
| | | $0.5 \times 4.6 \times 4.6 = 10.56$ |
| | | $37.7 \times 4.6 = 173.28$ |
| | | $42.3 \times 2.2 = 93.21$ |
| | | $43.2 \times 3.8 = 163.98$ |
| | | $50.2 \times 9.7 = 487.09$ |
| | | $52.5 \times 8 = 419.77$ |
| | | $0.5 \times 52.5 \times 0 = 0.1$ |

| **Total Living Area (Rounded):** | **2540 Sq ft** | |
|---|---|---|
| **Non-living Area** | | |
| 2 Car Attached | 414.2 Sq ft | $20.6 \times 18.7 = 385.22$ |
| | | $12.6 \times 2.3 = 28.98$ |
| | | |
| Covered Patio | 319.77 Sq ft | $0.5 \times 10.4 \times 0 = 0.02$ |
| | | $10.4 \times 3.4 = 35.35$ |
| | | $0.5 \times 2.1 \times 1.7 = 1.78$ |
| | | $8.3 \times 1.7 = 14.1$ |
| | | $8.3 \times 8 = 66.37$ |
| | | $0.5 \times 1.7 \times 2.1 = 1.78$ |
| | | $8.3 \times 1.7 = 14.1$ |
| | | $10.4 \times 16.9 = 175.7$ |
| | | $0.5 \times 4.6 \times 4.6 = 10.56$ |
| | | |
| Covered Porch | 33.32 Sq ft | $6.8 \times 4.9 = 33.32$ |
| | | |
| Uncovered Patio | 1280.18 Sq ft | $77.2 \times 5 = 386$ |
| | | $0.5 \times 0 \times 52.5 = 0.1$ |
| | | $6 \times 0 = 0.02$ |
| | | $6 \times 17.7 = 106.27$ |
| | | $13 \times 42.3 = 550.06$ |
| | | $0.5 \times 0 \times 10.4 = 0.02$ |
| | | $17.6 \times 0 = 0.07$ |
| | | $41 \times 5.8 = 237.64$ |

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



### Comparable 1

11420 N Saint Andrews Cir

| | |
|---|---|
| Prox. to Subject | 0.15 miles SE |
| Sales Price | 290,000 |
| Gross Living Area | 2,632 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9100 sf |
| Quality | Q3 |
| Age | 12 |



### Comparable 2

7341 Lake Barrington Dr

| | |
|---|---|
| Prox. to Subject | 1.42 miles NW |
| Sales Price | 300,000 |
| Gross Living Area | 2,700 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res; |
| View | B;Wtr; |
| Site | 9180 sf |
| Quality | Q3 |
| Age | 21 |



### Comparable 3

5059 W Saint Andrews Cir

| | |
|---|---|
| Prox. to Subject | 0.24 miles S |
| Sales Price | 276,500 |
| Gross Living Area | 2,260 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8450 sf |
| Quality | Q3 |
| Age | 14 |

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



## Comparable 4

| | |
|---|---|
| 11024 S Hardy St | |
| Prox. to Subject | 1.01 miles W |
| Sales Price | 245,000 |
| Gross Living Area | 2,400 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N:Res; |
| View | N:Res; |
| Site | 7200 sf |
| Quality | Q3 |
| Age | 30 |



## Comparable 5

| | |
|---|---|
| 10948 S Hardy St | |
| Prox. to Subject | 1.05 miles W |
| Sales Price | 230,000 |
| Gross Living Area | 2,833 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N:Res; |
| View | N:Res; |
| Site | 7200 sf |
| Quality | Q3 |
| Age | 23 |

## Comparable 6

Prox. to Subject
Sales Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age

**Tax Assessor's Map**

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | | |



| Borrower | Bonnie Cordier & Carl J. Cordier | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | | |
| City | New Orleans | County | Orleans | State | LA | Zip Code | 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | | |



| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



**Flood Map**

InterFlood by a la mode

Prepared for: David S. Olivier & Associates, LLC
11429 Maxine Dr
New Orleans, LA 70128

MAP DATA

FEMA Special Flood Hazard Area: **Yes**
Map Number: **2252030115E**
Zone: **A4**
Map Date: **March 01, 1984**
FIPS: **22071**

MAP LEGEND

Areas inundated by 500-year flooding
Areas inundated by 100-year flooding
Velocity Hazard

Protected Areas
Floodway
Subject Area



## State of Louisiana

### Certified Residential Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified Residential Appraiser License is hereby granted to          MICHAEL B. HART

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01          01     2016 Through 12          31     2017

*Roland M. Hall*
Chairman

License Number: R 1564

*Gayle H. Boudreaux*
Secretary

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

## Condition Ratings and Definitions

### C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

### C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

### C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

### C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

### C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

### C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

## Quality Ratings and Definitions

### Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

### Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

### Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

### Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| A | Adverse | Location & View |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comm | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRd | Busy Road | Location |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

Other Appraiser-Defined Abbreviations

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011 (Updated 4/2012)

221-5536138
File # 24921

## Appraisal Update and/or Completion Report

e purpose of this report form is to provide the lender/client with an accurate update of an appraisal and/or to report a certification of mpletion. The appraiser must identify the service(s) provided by selecting the appropriate report type.

| | | Unit # | |
|---|---|---|---|
| operty Address 11429 Maxine Dr | | | |
| y New Orleans | State LA | Zip Code 70128 | |
| gal Description MCKENDALL ESTATES SUBD, LOT 44 | | County Orleans | |
| rrower Bonnie Cordier & Carl J. Cordier  Contract Price $ | Date of Contract | Effective Date of Original Appraisal 07/25/2016 | |
| operty Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | Original Appraised Value $ 285,000 | |
| ginal Appraiser Michael B Hart | Company Name Hart Appraisals LLC | | |
| ginal Lender/Client Quicken Loans, Inc. | Address 1050 WOODWARD AVE, DETROIT, MI 48226 | | |

### ■ SUMMARY APPRAISAL UPDATE REPORT

TENDED USE: The intended use of this appraisal update is for the lender/client to evaluate the property that is the subject of this report to determine if the operty has declined in value since the date of the original appraisal for a mortgage finance transaction.

TENDED USER: The intended user of this appraisal update is the lender/client.

OPE OF WORK: The appraiser must, at a minimum, (1) concur with the original appraisal, (2) perform an exterior inspection of the subject property from e east the street, and (3) research, verify, and analyze current market data in order to determine if the property has declined in value since the effective date the original appraisal.

S THE MARKET VALUE OF THE SUBJECT PROPERTY DECLINED SINCE THE EFFECTIVE DATE OF THE PRIOR APPRAISAL?    ☐ Yes ☐ No

PRAISER'S CERTIFICATION: The appraiser certifies and agrees that:

I have, at a minimum, developed and reported this appraisal update in accordance with the scope of work requirements stated in this appraisal update report and concur with the analysis and conclusions in the original appraisal.

I performed this appraisal update in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal update was prepared.

I have updated the appraisal by incorporating the original appraisal report.

I have summarized my analysis and conclusions in this appraisal update and retained all supporting data in my work file.

PERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

I directly supervised the appraiser for this appraisal update assignment, have read the appraisal update report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

I accept full responsibility for the contents of this appraisal update report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

### ☒ CERTIFICATION OF COMPLETION

TENDED USE: The intended use of this certification of completion is for the lender/client to confirm that the requirements or conditions stated in the praisal report referenced above have been met.

TENDED USER: The intended user of this certification of completion is the lender/client.

VE THE IMPROVEMENTS BEEN COMPLETED IN ACCORDANCE WITH THE REQUIREMENTS AND CONDITIONS STATED IN THE ORIGINAL PRAISAL REPORT?   ☒ Yes  ☐ No  If No, describe any impact on the opinion of market value.    The subject repairs have been completed in cordance with the original appraisal. All repairs have been done in a satisfactory workmanlike manner. The subject microwave has been placed. 100% of the repairs have been completed.

PRAISER'S CERTIFICATION: I certify that I have performed a visual inspection of the subject property to determine if the conditions or requirements ted in the original appraisal have been satisfied.

PERVISORY APPRAISER'S CERTIFICATION:    I accept full responsibility for this certification of completion.

### SIGNATURES

DITIONAL CERTIFICATION: I/we certify that if this report was transmitted as an "electronic record" containing my "electronic signature," as those ms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this report containing a copy representation of my signature, the report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered taining my original hand written signature.

| | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| PRAISER Michael B Hart | Signature |
| nature | Name |
| me Michael B Hart | Company Name |
| mpany Name Hart Appraisals LLC | Company Address |
| mpany Address 6414 General Diaz St. New Orleans, LA 70124 | Telephone Number |
| ephone Number (504) 452-5219 | Date of Signature |
| te of Signature and Report 08/17/2016 | State Certification # |
| ective Date of Appraisal Update | or State License # |
| e of Inspection 08/17/2016 | or Other |
| te Certification # R1564 | State |
| State License # | Expiration Date of Certification or License |
| Other (describe)                  State # | |
| te LA | SUPERVISORY APPRAISER |
| iration Date of Certification or License 12/31/2017 | ☐ Did not inspect subject property |
| RRENT LENDER/CLIENT | ☐ Did inspect exterior of subject property from street |
| me TSI Appraisal | Date of Inspection |
| mpany Name Quicken Loans, Inc. | ☐ Did inspect interior and exterior of subject property |
| mpany Address 1050 WOODWARD AVE, DETROIT, MI 48226 | Date of Inspection |

## Subject Photo Page

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County | Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



### Subject Front

11429 Maxine Dr
Sales Price
Gross Living Area    2,540
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    2.1
Location    N;Res;
View    N;Res;
Site    8750 sf
Quality    Q3
Age    17



### Subject Rear



### Subject Street

## Subject Interior Photo Page

| Borrower | Bonnie Cordier & Carl J. Cordier | | | | |
|---|---|---|---|---|---|
| Property Address | 11429 Maxine Dr | | | | |
| City | New Orleans | County Orleans | State LA | Zip Code 70128 |
| Lender/Client | Quicken Loans, Inc. | | | | |



### Subject Interior

11429 Maxine Dr

| | |
|---|---|
| Sales Price | |
| Gross Living Area | 2,540 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 8750 sf |
| Quality | Q3 |
| Age | 17 |

New microwave

### Subject Interior

### Subject Interior



# State of Louisiana

## Certified Residential Appraiser License

Having complied with the license requirements as set forth in in R.S.1950 Title 37, Chapter 51, and Amendatory Acts, and the Real Estate Appraisers Board Rules and Regulations, a Certified Residential Appraiser License is hereby granted to

MICHAEL B. HART

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01   01   2016 Through 12   31   2017

Roland M. Hall
Chairman

Gayle H. Bardouaguie
Secretary

License Number: R 1564



**Benchmark**
Remediation Group

January 20, 2014


Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022



Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 11429 Maxine Drive New Orleans, LA.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we <u>have</u> identified corrosion of the copper wiring throughout the home. In addition, we <u>have</u> discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

Mrs. Cordier is the homeowner.



Sincerely,

Mr. Karell Locay
President

---



# Phase I        Validation Form

**File Number:** 13003

**Date of Inspection:** January 20, 2014

**Home Address:** 11429 Maxine Drive New Orleans, LA

**Community:** n/a

**Builders:** n/a

**Owner:** Cordier, Bonnie

**Benchmark Personel Present:** Joel B. Holton

**Types of Drywall Found In Houses:** KPT, Unknown Domestic Drywall, USG

**Type of Home:** One Story

**Odor Present:** Yes

**Number of Rooms:** 9

**Drywall Inspected:** Living Room, Dining Room, Master Bedroom, Garage, Attic, Laundry Room, Bedroom 2, Bedroom 3, Bedroom 4, Storage Room

**Square Footage:** 2,800 Sq. Ft.

**Square Footage Source:** Assessor

**Is Floor Plan Available:** No

**Occupancy:** Occupied

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 2

For Settlement Purposes Only

1429 Maxine Drive New Orleans, LA 70128

## Phase I        Electrical

**Was Black Surface Accumulation Observed:** Yes

**How Many Outlets/Switches Were Observed:** 1

## Phase I        Plumbing

**Type of Water Line:** Copper

**Black Surface Accumulation Water Lines:** Yes

**Plumbing Fixtures Inspected:** Yes

## Phase I        HVAC

**Number of HVAC Units:** 1

**Black Surface Accumulation:** 1

## Phase I        Drywall Discovery

**The inspector checked for drywall manufacturer markings including the following:**
knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

**Drywall Supplier:** INEX

**Percentages Drywall Manufactures Found:** 50% - KPT, 10% - Unknown Domestic Drywall, 40% - USG

**Manufacture and Percentage of Chinese Drywall Only:** 100% - KPT

**Combined percentages from two reports:** N/A



# Findings



Address



Front Elevation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4



Living Room Switch Black Surface Accumulation



Living Room Drywall USG



Dining Room Switch Black Surface Accumulation



Dining Room Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 6



Master Bedroom Switch Black Surface Accumulation



Master Bedroom Drywall USG

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 7



Bedroom 2 Switch Black Surface Accumulation



Bedroom 2 Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 8



Bedroom 3 Switch Black Surface Accumulation



Bedroom 3 Drywall USG



Bedroom 4 Switch Black Surface Accumulation



Bedroom 4 Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 10



Laundry Room Outlet Black Surface Accumulation



Laundry Room Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 11



Storage Room Switch Black Surface Accumulation



Storage Room Drywall USG



Garage Outlet Black Surface Accumulation



Garage Drywall KPT



Attic Drywall Unknown Domestic Drywall



Kitchen Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 14



Master Bathroom Plumbing Fixture Pitted



Master Bathroom Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 16



HVAC Black Surface Accumulation



Water Heater Copper

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 17



# Orleans Parish Assessor's Office

| Return to Main Search Page | Orleans Home |
|---|---|

## Owner and Parcel Information

| | | | |
|---|---|---|---|
| **Owner Name** | CORDIER CARL J JR<br>CORDIER BONNIE D | **Today's Date** | July 18, 2019 |
| **Mailing Address** | 11429 MAXINE DR<br>NEW ORLEANS, LA 70128 | **Municipal District** | 3 |
| **Location Address** | 11429 MAXINE DR | **Tax Bill Number** | 39W089544 |
| **Property Class** | Residential | **Special Tax District** | 3-MCKD   Show Special Tax District Map |
| **Subdivision Name** | MCKENDALL | **Land Area (sq ft)** | 8750 |
| **Zoning District** | Show Viewer (41186783) | **Building Area (sq ft)** | 2542 |
| **Square** | 0 | **Revised Bldg Area (sqft)** | |
| **Book** | 17 | **Lot / Folio** | 44 / 107 |
| **Line** | 644 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. MCKENDALL ESTATES SUBD<br>2. LOT 44 MAXINE DR 70 X 125<br>3. 1999 ASS'D 39W016589 BR/STUC<br>4. CO 11 1/2 RMS C/R GARAGE<br>5. PLAN 9-17B-35 SEE E REC<br>6. PERMIT<br>7. B99000065 1/19/99 $180,693<br>8. 1/STY SGLE | **Assessment Area** | MCKENDALL ESTATES<br>Show Assessment Area Map |

## Value Information

Estimate Taxes    Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *2020 | $ 43,800 | $ 262,500 | $ 306,300 | $ 4,380 | $ 26,250 | $ 30,630 | $ 7,500 | $ 23,130 | | | | |
| 2019 | $ 43,800 | $ 262,500 | $ 306,300 | $ 4,380 | $ 26,250 | $ 30,630 | $ 7,500 | $ 23,130 | | | | |
| 2018 | $ 43,800 | $ 262,500 | $ 306,300 | $ 4,380 | $ 26,250 | $ 30,630 | $ 7,500 | $ 23,130 | | | | |

* Uncertified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 01-05-1999 | $ 37,500 | | CORDIER CARL J JR | 99-01717 | 000171556 |
| 10-08-1998 | $ 0 | | | 01081999 | 000167011 |

| Building Sketch 1 | Building Photos  Enlarge/Show All |
|---|---|
| |  |



**Return to Main Search Page** **Orleans Home**

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: July 17, 2019

© 2009 by the Orleans Parish Assessor's Office | Website design by **qpublic.net**



**INTERIOR EXTERIOR**
BUILDING SUPPLY
LIMITED PARTNERSHIP
504-488-1998

NEW ORLEANS   •   MANDEVILLE
BATON ROUGE   •   BIRMINGHAM
MOBILE • GULFPORT • HOUSTON
FOLEY• LAFAYETTE• LONGVIEW
TUSCALOOSA   •   SHREVEPORT

# INVOICE

| UPC VENDOR | INVOICE DATE | ORDER NO. |
|---|---|---|
| 000000 | 08/31/06 | 493427-00 |
| PO DATE | P.O. NO. | PAGE # |
| 08/29/06 | 11429 MAXINE DRIVE | 1 |

CUST.#:  854

SHIP TO: 11429 MAXINE DRIVE
BONNIE/ 343-1456/ 343-6898
NEAR BULLARD
NEW ORLEANS, LA 70128

REMIT TO:   P.O. BOX 4002
NEW ORLEANS, LA 70178-4002

CORRESPONDENCE TO:   INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

BILL TO:  CASH SALES NEW ORLEANS
NEW ORLEANS, LA 70178

,  70178-4002

| INSTRUCTIONS | | TERMS |
|---|---|---|
| AJH *STOCK GARAGE* | | NET 1 |
| SHIP POINT | SHIP VIA | SHIPPED |
| NEW ORLEANS BRANCH | DEL/OUR TRCK | 08/31/06 |

| LINE NO. | PRODUCT AND DESCRIPTION | QUANTITY ORDERED | QUANTITY B.O. | QTY. SHIPPED | QTY. UM | UNIT PRICE | PRICE U/M | AMOUNT (NET) |
|---|---|---|---|---|---|---|---|---|
| | THERE WILL BE A 20% RESTOCKING CHARGE ON ALL RETURNS 9/07 | | | | | | | |
| | My signature certifies that all material has been checked, inspected and counted in regard to this sales order. If there are any discrepancies, damages to the material or damage to the property (if material is delivered) it is noted below: | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| | * | | | | | | | |
| 1 | 41212R | 54 | 0 | 54 | PC | 330.00 | MSF | 855.36 |
| | 4' X 12' X 1/2" REGULAR SHEETROCK  48SF/PC | | | | | | | |
| 2 | GBJTCOM4 | 6 | 0 | 6 | BX | 6.81 | BX | 40.86 |
| | GOLD BOND JOINT COMPOUND 4 GAL 50# BOX | | | | | | | |
| 3 | JTAPE | 4 | 0 | 4 | ROLL | 1.97 | ROLL | 7.88 |
| | JOINT TAPE 250' ROLL 20 ROLLS/CASE | | | | | | | |

***********************************************
USE DRIVEWAY (SIGNED RELEASE).  APPROX 10 FEET TO STOCK IN
GARAGE.
***********************************************

| 3  Lines Total | Qty Shipped Total | 64 | Total | 904.10 |
|---|---|---|---|---|
| | | | Taxes | 81.37 |
| | | | Downpayment | 985.47 |
| | | | Invoice Total | 0.00 |

Cash Discount     0.00  If Paid By 08/31/06

Last Page

ACCOUNTS PAST DUE SUBJECT TO 1 1/2% MONTHLY
SERVICE CHARGE (18% PER ANNUM)

INT/EXT31175

# Plaintiff Fact Sheet

Plaintiff: _Carl J Cordier Jr & Bonnie Cordier_

Property Address: _11429   Maxine Dr.   No. LA 70128_

## Question #18 Itemization (Personal Property Damage)  Amended Copy

| # | Description of Damaged Item | Value ($) | |
|---|---|---|---|
| 1 | Frigidaire Professional Series Microwave | $700.00 | ck# 3107 ck# 3132 |
| 2 | Vizio 24 in TV | $119.00 | no reciept christmas git |
| 3 | Vizio 24 in TV | $119.00 | no reciept christmas git |
| 4 | A C Repair | $150.00 | ck# 5180 |
| 5 | A C Repair | $257.00 | ck# 5312 |
| 6 | A C Repair | $75.00 | ck# 5395 |
| 7 | A C Repair | $300.00 | ck# 5515 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |

$1713.00

Derick Brown 269-7477

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 5/8/19 |
|---|---|---|

NAME Bonnie Cordier

ADDRESS 11429 Maxine Dr.

CITY, STATE, ZIP New Orleans LA 70128

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | |
| 2 | 1 charged unit w/ 2 lbs | | |
| 3 | Refrigerant | | |
| 4 | 1 added one tube of | | |
| 5 | Easy Seal — UV Dye | | |
| 6 | | | |
| 7 | 1 charged unit w/ 1½ lb | | |
| 8 | Refrigerant | | |
| 9 | 1 added one tube of | | |
| 10 | Easy Seal — w/ UV DYE | | |
| 11 | | | |
| 12 | | | |
| 13 | Thank You! | | |
| 14 | | | |
| 15 | Feon — $150 00 | | |
| 16 | 2 Tubes Easy Seal DYE — $150 00 | | |
| | Material + labor — $300 00 | | |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

J. P. Morgan Chase
CK# 5515

**UNIX SERVICES**
**HEATING ~ COOLING ~ PLUMBING**
4374 RANDOLPH ST.
NEW ORLEANS, LA 70122

**INVOICE**

**1403**

(504) 232-2939

TO  _Ms Bonnie Cordier_
_11429 Maxine Dr._
_New Orleans, LA 70128_

DATE _4/6/15_
ORDER NO.
SHIP TO _504-343-1456_

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS | |
|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| > | Clean outdoor Condensing unit | | |
| | Add refrigerant for proper | | |
| | Charge R-22 | | |
| | | | |
| > | | | |
| | J. P Morgan Chase | | |
| | CK# 5180 | | |
| | _Tony Nguyen_ | | |
| | | | 150.00 |

THANK YOU

**I KUY SERVICES**
**HEATING ~ COOLING ~ PLUMBING**
4374 RANDOLPH ST.
NEW ORLEANS, LA 70122

**INVOICE**

**1473**

(504) 232-2939

TO   Ms Bonnie C
     11429 Maxine
     New Orleans, LA 70128

| DATE 4/10/17 | ORDER NO. |
| --- | --- |
| SHIP TO | |

Add refrigerant to system,
add leak sealer to
system. Clean Condenser
Coils. Treat Condensate
drain line.

J. P Morgan Chase
CK# 5312

| | 250.0 |
| --- | --- |

THANK YOU

**INVOICE**

**1473**

TRU SERVICES
HEATING ~ COOLING ~ PLUMBING
4374 RANDOLPH ST.
NEW ORLEANS, LA 70122

(504) 232-2939

| DATE | 2/26/18 | ORDER NO. |
| SHIP TO | | |

TO   Ms Bonnie C.
11429 Maxine
New Orleans, LA 70128

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
| --- | --- | --- | --- | --- |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
| --- | --- | --- | --- |
| | Repair burnt wire on Compressor terminal | | |
| | | | |
| | J.P Morgan Chase CK# 5395 | | |
| | | | 75.00 |

THANK YOU

CAMPO APPLIANCES

CAMPO APPLIANCE                504-454-5104
"You'll Always Get The Best Price At
" The APPLIANCE GIANT"
Invoice #: 102361CPUEZ      Date: 10/23/06
Trans Typ: SAL  SAL     Status: 0
Ship Back:                      Oshri APB
Cust: CORDB11314      Phone: 504-343-1456
Name: RONNIE           CORDIER
  Make Model#    Qty Unit Prc  Ext Price

PLEW3OSTC 1     ~~~~~~~~
  FRI PLEW30STEC WARMING D

~~~~~~~~~~~~~~
  FRI PLER30MPEC WALL OVEN

  SPECIALOR 1    700.00   700.00
  MBL SPECIALORDER

PLFU~~~~~~
  FRI PLFU17TSS 17CF ALL F

PLFU~~~~~~
                              ** CON

TINUED **

CAMPO APPLIANCES

CAMPO APPLIANCE                504-454-5104
"You'll Always Get The Best Price At
" The APPLIANCE GIANT"
Invoice #: 102361CPUET   Date: 10/23/06
Trans Typ: SAL  SAL     Status: 0
Ship Back:                      Oshri APB
Cust: CORDB11314      Phone: 504-343-1456
Name: RONNIE           CORDIER
  Make Model#    Qty Unit Prc  Ext Price

  FRI PLFU17TSS ALL REFRIG

BOTRIMKIT 1    250.00
  FRI BOTRIMKIT FOR TWINS

IM301 1
  FRI IM301 ICEMAKER

F366CS 1       4150.00  4150.00
  THE F366CS 36" PRO RANGE

SPECIALOR 1
  MBL SPECIALORDER

*JP Morgan Chase*
*CH# 3107 Deposit*  10/23/06
*3132 Pd.*  11/07/06
*Balance*

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online.  The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

<div align="center">

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

</div>

Reg-Form v.2

# 1. CLAIMANT INFORMATION

| | | Last/ Business Name | First | M.I. |
|---|---|---|---|---|
| **1.** | **Name:** | Cordier | Bonnie | S |

**2.  Taxpayer Information: (check the appropriate  Taxpayer Type)**

☒ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☐ **Employer Identification Number**

| 4 | 3 | 7 | 3 | 1 | 0 | 9 | 1 | 2 |
|---|---|---|---|---|---|---|---|---|

(Enter numbers only)

**Social Security Number  (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Numbe**r (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| | | | | | |
|---|---|---|---|---|---|
| **3.** | **Mailing Address:** | Street<br>11429 Maxine Drive | | | |
| | | City<br>New Orleans | State<br>Louisiana | Zip Code<br>70128 | Parish/County<br>Orleans |

| **4.** | **Email Address:** | cordier250@aol.com |
|---|---|---|

| **5.** | **Telephone Numbers:** | Home/Business<br>( 5  0  4 )  3  4  3 - 1  4  5  6 | Cell<br>(      )        - |
|---|---|---|---|

| **6.** | **If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2.** | DBA Name |  |
|---|---|---|---|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title | |

Reg-Form v.2

2

# 7. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

| | |
|---|---|
| **7. Affected Property Address:** | ☐ Check here if this is a Rental or Commercial property. |
| | Street<br><br>11429 Maxine Drive |

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| New Orleans | Louisiana | 70128 | Orleans |

| | |
|---|---|
| **8. Attorney Information:** | ☐ Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section. |
| | Firm Name<br><br>Doyle Law Firm, PC |

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

Street

2100 Southbridge Parkway, Suite 650

| City | State | Zip Code |
|---|---|---|
| Birmingham | Alabama | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒ **Remediation.**  Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property.**  You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒ **Other Losses.**  The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.   If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses.**  Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.**  Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

**3. SIGNATURE**

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 06/18/2019 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

To Register online visit https://chinesedrywallclass.com/

VERIFIED

Date _____

ALAN R. McKENDALL

TO

BONNIE DEES, wife of/and
CARL J. CORDIER, JR.

CONVEYANCE OFFICE
GASPER J. SCHIRO          STATE OF LOUISIANA

VERIFIED

Date 1-8-99          PARISH OF ORLEANS

## ACT OF CASH SALE

BE IT KNOWN, that as of January 5, 1999 before me, William
P. Curry, Jr., Notary Public, duly commissioned and qualified in
the state and parish aforementioned, and in the presence of the
undersigned witnesses, personally came and appeared:

ALAN R. McKENDALL, a person of the full age of majority and
resident of the Parish of Orleans, State of Louisiana, who
declared unto me, Notary, that he has been married twice,
first to Jennie Rita Williams from whom he was divorced by
judgment of the Civil District Court for the Parish of
Orleans, dated July 12, 1990, Proceedings No. 89-15431, and
second to Yolanda Prado with whom he is living and residing
separate in property;

who declared that he does by these presents grant, bargain, sell,
convey, transfer, assign, set over, abandon and deliver, with all
legal warranties and with full substitution and subrogation in
and to all the rights and actions of warranty which he has or may
have against all preceding owners and vendors, unto:

BONNIE DEES, wife of/and CARL J. CORDIER, JR., persons of
the full age of majority and residents of the Parish of
Orleans, State of Louisiana, who declared unto me, Notary,
that they each have been married but once and then to each
other and are presently living and residing together;

MAILING ADDRESS:          1800 North Tonti Street
                          New Orleans, Louisiana 70119

hereinafter accepting and purchasing for themselves, their
successors, heirs and assigns, and acknowledging delivery and
possession thereof the following described property, to-wit:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances and
advantages thereunto belonging or in anywise
appertaining, situated in the THIRD MUNICIPAL DISTRICT
of the City of New Orleans, State of Louisiana, in that
part thereof known as McKENDALL ESTATES SUBDIVISION,
being a resubdivision of LOT 3RR2, SECTION 26 of the
LaKratt Tract (former New Orleans Lakeshore Land
Subdivision), and according to a plan of subdivision by
Dading, Marques & Associates, Inc., dated 9-16-97,
approved by the City Planning Commission under Docket
No. 89/97, on October 2, 1998, registered as Instrument
#167011, Orleans Parish, Louisiana, said lot or parcel
of ground is designated as LOT 44.

Lot 44 is bounded by MAXINE DRIVE, EASTERLYN CIRCLE
(side), NORTH EASTERLYN CIRCLE and BULLARD AVENUE
(side); said lot measures 70.00 feet front on Maxine
Drive, a width in the rear of 70.00 feet, by a depth
between equal and parallel lines of 125.00 feet.

Improvements thereon bear Municipal NO. 11429 MAXINE
DRIVE, NEW ORLEANS, LOUISIANA 70128.

01-06-99 01CL9125          SALE 110          25.00

Being a portion of the same property acquired by Alan R. McKendall by act registered in the Conveyance Office as Instrument #149240.

**THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. Restrictions contained in the chain of title and those dated October 31, 1997, registered as Instrument #149041.

2. Mineral Reservations as contained in the chain of title, which mineral reservations specifically waive surface rights.

3. Restrictions for McKendall Estates Subdivision, created by act passed before William P. Curry, Jr., N. P., dated October 6, 1998, registered as Instrument No. 167012, Orleans Parish, Louisiana.

4. Ten (10') foot utility and general maintenance servitude across the front of said lot as shown on the plan of subdivision.

5. Five (5') foot servitude across the rear of said lot in favor of South Central Bell as shown on the plan of subdivision.

6. Restrictions as shown on the plan of subdivision, registered as Instrument No. 167011, Orleans Parish.

To have and to hold the above described property unto the said Purchasers their heirs and assigns forever.

This sale is made and accepted for the price and sum of **THIRTY SEVEN THOUSAND FIVE HUNDRED AND NO/100 ($37,500.00) DOLLARS** cash, which the said Purchasers have well and truly paid, in ready and current money to the said Seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

Taxes for the current year will be prorated based upon the taxes for the year 1999.

By reference to the mortgage and conveyance certificates for the Parish of Orleans it does not appear that said property has been alienated by the vendor or that it is subject to any encumbrance. The parties are aware that the certificates attached hereto are open, being not yet dated and signed, and relieve and release the undersigned notary from all responsibility and liability in connection therewith.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

THUS DONE AND PASSED at New Orleans, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____      _____
                                      ALAN R. McKENDALL

_____      _____
                                      CARL J. CORDIER, JR.

                                      _____
                                      BONNIE DEES CORDIER


_____
WILLIAM P. CURRY, JR.
Notary Public


INSTR. No. 171556
CONVEYANCE OFFICE
PARISH OF ORLEANS

1/6/99  MDB

99-01717 5-6

VERIFIED

Date_____

ALAN R. McKENDALL

TO

BONNIE DEES, wife of/and
CARL J. CORDIER, JR.

CONVEYANCE OFFICE
GASPER J. SCHIRO

STATE OF LOUISIANA

VERIFIED
Date 1-8-99

PARISH OF ORLEANS

ACT OF CASH SALE

BE IT KNOWN, that as of January 5, 1999 before me, William
P. Curry, Jr., Notary Public, duly commissioned and qualified in
the state and parish aforementioned, and in the presence of the
undersigned witnesses, personally came and appeared:

ALAN R. McKENDALL, a person of the full age of majority and
resident of the Parish of Orleans, State of Louisiana, who
declared unto me, Notary, that he has been married twice,
first to Jennie Rita Williams from whom he was divorced by
judgment of the Civil District Court for the Parish of
Orleans, dated July 12, 1990, Proceedings No. 89-15431, and
second to Yolanda Prado with whom he is living and residing
separate in property;

who declared that he does by these presents grant, bargain, sell,
convey, transfer, assign, set over, abandon and deliver, with all
legal warranties and with full substitution and subrogation in
and to all the rights and actions of warranty which he has or may
have against all preceding owners and vendors, unto:

BONNIE DEES, wife of/and CARL J. CORDIER, JR., persons of
the full age of majority and residents of the Parish of
Orleans, State of Louisiana, who declared unto me, Notary,
that they each have been married but once and then to each
other and are presently living and residing together;

MAILING ADDRESS:     1800 North Tonti Street
                     New Orleans, Louisiana 70119

hereinafter accepting and purchasing for themselves, their
successors, heirs and assigns, and acknowledging delivery and
possession thereof the following described property, to-wit:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all
the buildings and improvements thereon, and all of the
rights, ways, privileges, servitudes, appurtenances and
advantages thereunto belonging or in anywise
appertaining, situated in the THIRD MUNICIPAL DISTRICT
of the City of New Orleans, State of Louisiana, in that
part thereof known as McKENDALL ESTATES SUBDIVISION,
being a resubdivision of LOT 3RR2, SECTION 26 of the
LaKratt Tract (former New Orleans Lakeshore Land
Subdivision), and according to a plan of subdivision by
Dading, Marques & Associates, Inc., dated 9-16-97,
approved by the City Planning Commission under Docket
No. 89/97, on October 2, 1998, registered as Instrument
#167011, Orleans Parish, Louisiana, said lot or parcel
of ground is designated as LOT 44.

Lot 44 is bounded by MAXINE DRIVE, EASTERLYN CIRCLE
(side), NORTH EASTERLYN CIRCLE and BULLARD AVENUE
(side); said lot measures 70.00 feet front on Maxine
Drive, a width in the rear of 70.00 feet, by a depth
between equal and parallel lines of 125.00 feet.

Improvements thereon bear Municipal NO. 11429 MAXINE
DRIVE, NEW ORLEANS, LOUISIANA 70128.

01-06-99 01CL9125          SALE 110      25.00

Being a portion of the same property acquired by Alan R. McKendall by act registered in the Conveyance Office as Instrument #149240.

THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:

1.  Restrictions contained in the chain of title and those dated October 31, 1997, registered as Instrument #149041.

2.  Mineral Reservations as contained in the chain of title, which mineral reservations specifically waive surface rights.

3.  Restrictions for McKendall Estates Subdivision, created by act passed before William P. Curry, Jr., N. P., dated October 6, 1998, registered as Instrument No. 167012, Orleans Parish, Louisiana.

4.  Ten (10') foot utility and general maintenance servitude across the front of said lot as shown on the plan of subdivision.

5.  Five (5') foot servitude across the rear of said lot in favor of South Central Bell as shown on the plan of subdivision.

6.  Restrictions as shown on the plan of subdivision, registered as Instrument No. 167011, Orleans Parish.

To have and to hold the above described property unto the said Purchasers their heirs and assigns forever.

This sale is made and accepted for the price and sum of THIRTY SEVEN THOUSAND FIVE HUNDRED AND NO/100 ($37,500.00) DOLLARS cash, which the said Purchasers have well and truly paid, in ready and current money to the said Seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

Taxes for the current year will be prorated based upon the taxes for the year 1999.

By reference to the mortgage and conveyance certificates for the Parish of Orleans it does not appear that said property has been alienated by the vendor or that it is subject to any encumbrance. The parties are aware that the certificates attached hereto are open, being not yet dated and signed, and relieve and release the undersigned notary from all responsibility and liability in connection therewith.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

THUS DONE AND PASSED at New Orleans, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____          _____
                                          ALAN R. McKENDALL

_____          _____
Jackie Curry                              CARL J. CORDIER, JR.

                                          _____
                                          BONNIE DEES CORDIER

                          _____
                          WILLIAM P. CURRY, JR.
                               Notary Public


INSTR. No. _171556_
CONVEYANCE OFFICE
PARISH OF ORLEANS

1/6/99  MDB

99-01717 2-6

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |

Name (as shown on your income tax return)

**Bonnie S Cordier**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[X] Individual/sole proprietor    [ ] C Corporation    [ ] S Corporation    [ ] Partnership    [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)

**11429 Maxine Dr**

City, state, and ZIP code

**New Orleans, LA 70128**

Requester's name and address (optional)

List account number(s) here (optional)

*Print or type*
*See Specific Instructions on page 2*

## Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

4 3 7 - 3 1 - 0 9 1 2

Employer identification number

## Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**    Signature of U.S. person ▶ *Bonnie S Cordier*    Date ▶ 6/16/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,

- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

- An estate (other than a foreign estate), or

- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X      Form **W-9** (Rev. 8-2013)

Form **W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

**Give Form to the
requester. Do not
send to the IRS.**

Name (as shown on your income tax return)
Carl J Cordier Jr

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

[X] Individual/sole proprietor  [ ] C Corporation  [ ] S Corporation  [ ] Partnership  [ ] Trust/estate

[ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

[ ] Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)
11429 Maxine Dr.

City, state, and ZIP code
New Orleans, LA. 70128

Requester's name and address (optional)

List account number(s) here (optional)

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

4 3 7 - 3 9 - 5 0 0 0

Employer identification number

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign
Here**    Signature of
U.S. person ▶    Date ▶ 10/16/19

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X    Form **W-9** (Rev. 8-2013)