UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED           MDL 2047

DRYWALL PRODUCTS LIABILITY

LITIGATION                            SECTION "L"


This document relates to:

Elizabeth Bennett, et al             JUDGE ELDON FALLON

versus Gebr. Knauf, et al

                                     MAGISTRATE:

Case No. 14-cv-2722                  JOSEPH WILKINSON, JR.


\* \* \* \* \* \*

Deposition of MR. CARL CORDIER, 11429 Maxine Drive, New Orleans, Louisiana 70128, taken at Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, on the 12th of June, 2019.

\* \* \* \* \* \*


REPORTED BY:

   LAINEY B. MARGAVIO, CCR

      Certified Court Reporter
            LAINEY B. MARGAVIO, CCR

**EXHIBIT B**

1       A.      If I have to, yes.

2       Q.      Okay.  We spoke -- if you will turn to Page 2,
3  sir.  And about halfway down it indicates when you
4  believe you first became aware that the property
5  contained Chinese drywall.  And it says October of 2013.
6  Is that correct?

7       A.      Yes.

8       Q.      Okay.  And, again, in the box after it says that
9  you became aware of the possibility of Chinese drywall
10 in our home after seeing a legal advertisement?

11      A.      Yes.

12      Q.      Okay.  Your wife testified that it was a --
13 you-all had received a letter relating to your purchase
14 of drywall from Interior Exterior, and it contained a
15 copy of the receipt of the Chinese drywall.  Is that
16 correct?

17      A.      Yes.

18      Q.      Okay.  Is that what -- the legal advertisement
19 that you are speaking of?

20      A.      Yes.

21      Q.      Okay.  And to the best of your recollection, is
22 this October 2013 date correct?

23      A.      Yes.

24      Q.      Okay.  And I know when I was speaking with your
25 wife there was some confusion as to the timeframe in

Page 10

1  which the letter was received, whether it was sometime
2  2012-2013.  Do you have any additional testimony to help
3  clarify when that letter was received?
4       A.   No.
5       Q.   Okay.  If you will turn, sir, to Page 6.  There
6  is a Section VII which states Other Damages.
7       A.   Okay.
8       Q.   Do you see that?
9       A.   Yes.  Sure.
10      Q.   The first item under that is incurred
11 alternative living expenses, and there is no figure
12 provided.  To the best of your knowledge, you are not
13 seeking alternative living expenses which have been
14 incurred to date?
15      A.   As of now, no.
16      Q.   Okay.  The second item is loss of use and/or
17 loss of enjoyment of the property.  And that indicates a
18 claim of $300,000; is that correct, sir?
19      A.   Yes.
20      Q.   Okay.  The $300,000 claim is your current claim;
21 is that correct?
22      A.   At this time, yes.
23      Q.   Okay.  Your wife provided a number of examples
24 which indicated a loss of use or a loss of enjoyment of
25 your property.  Did you have anything to add to those

LAINEY B. MARGAVIO, CCR