UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | |
| LITIGATION | SECTION "L" |
| | |
| This document relates to: | |
| Elizabeth Bennett, et al | JUDGE ELDON FALLON |
| versus Gebr. Knauf, et al | |
| | MAGISTRATE: |
| Case No. 14-cv-2722 | JOSEPH WILKINSON, JR. |

\* \* \* \* \* \*

Deposition of MS. BONNIE CORDIER, 11429 Maxine Drive, New Orleans, Louisiana 70128, taken at Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, on the 12th of June, 2019.

\* \* \* \* \* \*

REPORTED BY:

   LAINEY B. MARGAVIO, CCR

  Certified Court Reporter
      LAINEY B. MARGAVIO, CCR

EXHIBIT C

1  Q. And you have lived there since 1999 with, I
2  would assume, a portion following Hurricane Katrina that
3  you were not there?
4  A. Yes.
5  Q. Okay. Following Hurricane Katrina, you
6  renovated the house?
7  A. Yes.
8  Q. Okay. And do you know who did those
9  renovations?
10 A. We had -- well, we subcontracted, so we had
11 Mexicans, we had a general electrician, a plumber
12 that -- you know, licensed electrician and plumber that
13 came out; but for the most part we subcontracted
14 everything.
15 Q. Okay. And did you -- were you in charge of
16 acquiring the materials for the project?
17 A. Yes.
18 Q. Okay. And so you would have been the one to
19 have bought the drywall?
20 A. Yes.
21 Q. Okay. And do you know who you purchased the
22 drywall from?
23 A. Interior Exterior.
24 Q. Okay. In connection with the original Chinese
25 drywall cases from a few years ago, Interior Exterior

1  sent out some letters to a number of people who had
2  purchased their products.  Did you receive such a letter
3  from Interior Exterior?
4      A.   I don't know if it came directly from them, but
5  I did receive a letter with the receipt showing our
6  purchase of the material.
7      Q.   And that was in connection with -- at the time
8  you were rebuilding your house?
9      A.   No, that was years later.
10     Q.   Okay.  Do you know when you received that?
11     A.   We received that letter -- I can't really -- it
12 was years after.  I would probably say maybe six, seven
13 years after that, after we were in the house.
14     Q.   Got you.  So the 2012-2013 timeframe?
15     A.   Yeah.
16     Q.   Do you still have a copy of that letter?
17     A.   Yes.
18     Q.   Okay.  Would you mind providing me a copy of
19 that letter, please.
20     A.   Okay.  I did -- I don't have it with me.
21          MR. DOYLE:
22              No.  No.
23          THE WITNESS:
24              Yeah, I don't.
25 EXAMINATION BY MR. ROSENBLOOM:
                    LAINEY B. MARGAVIO, CCR

 1      Q.   And you provided that to Mr. Doyle previously?
 2      A.   I think I did.  I can't really recall if I did
 3  or not.
 4      Q.   I'm going to go ahead and show you what I'll
 5  mark as Exhibit 1.  This is a re-notice of deposition.
 6  Have you seen that document before, ma'am?
 7      A.   Yes.
 8      Q.   Okay.  And if you will turn to Pages 3 and 4.
 9  It contains a document request.  Have you seen this
10  document request before?
11      A.   Yes.
12      Q.   Okay.  And did you search for any additional
13  documents that would have been responsive to this
14  document request?
15      A.   Repeat the question.  I'm sorry.
16      Q.   Sure.  When you received this document request,
17  did you search for any additional documents that you
18  hadn't previously provided?
19      A.   Well, I provided everything that I had to
20  Mr. Doyle.
21      Q.   Okay.  And so when you received this, you had
22  nothing further to provide?
23      A.   No.
24      Q.   Okay.  Approximately when, what month and year,
25  did you finish rebuilding your house following Katrina?

```
 1      A.    It was completed in, I believe, 2007.
 2      Q.    Okay.  Early 2007?
 3      A.    The middle.
 4      Q.    Middle?
 5      A.    Uh-huh.
 6      Q.    And after moving in, when did you first discover
 7   that you might have Chinese drywall?
 8      A.    Well, we discovered -- we had it when they came
 9   out and cut drywall and showed us markings of it and --
10   I'm sorry.
11      (A telephone interruption occurred in the proceedings.)
12   EXAMINATION BY MR. ROSENBLOOM:
13      Q.    And by "they," you mean Benchmark?
14      A.    Yes.
15      Q.    Okay.  And how did you -- how did Benchmark come
16   out to your home to inspect?
17      A.    What do you mean how did they come out?
18      Q.    Well, if you didn't discover Chinese drywall
19   until Benchmark came out to inspect your house, what
20   caused you to have Benchmark come out?
21      A.    Because we received that letter stating that we
22   purchased drywall from a company who sold it.
23      Q.    And that is your Interior Exterior letter?
24      A.    Yes.
25      Q.    Okay.  And you believe that was in the 2012-2013
                        LAINEY B. MARGAVIO, CCR
```

1  range?

2  A.  Yes.

3  Q.  Okay.  When you received that Interior Exterior

4  letter, what did you do next?

5  A.  I mean, they had a number on there where you

6  could call.  It was so long ago, I can't really -- but

7  it was a number for you to call to see if -- you know,

8  to verify if you possibly had it.

9  Q.  And you called that shortly after receiving the

10 letter?

11 A.  Yeah.  I, you know, sat on it for maybe a day or

12 two, but I did.

13 Q.  But that is a pretty quick turnaround right

14 there.

15 A.  Yeah.

16 Q.  And once you called the phone number, what

17 occurred then?

18 A.  To set up an appointment for inspection to come

19 out for them to inspect to see.

20 Q.  Okay.  And that sort of got the process rolling?

21 A.  Yes.

22 Q.  And that concluded with Benchmark coming out?

23 A.  Yes.

24 Q.  In January of 2014?

25 A.  Yes.

1    Q.   Okay.  Prior to receiving that letter from
2  Interior Exterior, did you have any indication that your
3  home may have Chinese drywall?
4             MR. DOYLE:
5                  Object to the form of the question.  Do you
6             understand that question?
7             THE WITNESS:
8                  Yes.
9             MR. DOYLE:
10                 Okay.  You can answer it.
11            THE WITNESS:
12                 Well, after receiving it, it was like
13            before you don't know what to expect; you just
14            figure some things is just normal with like
15            previous A/C going out.  Our smoke detectors
16            never worked.  We would put a battery in; they
17            would probably last a week maybe.  The doorbell
18            doesn't work.  I had it repaired.  It worked for
19            a short time.  So that was just things that --
20            I'm just wondering, you know, not knowing at the
21            time.
22  EXAMINATION BY MR. ROSENBLOOM:
23   Q.   Yeah.  And were these issues that were occurring
24  right away after you moved back into the house in the
25  middle of 2007?
                    LAINEY B. MARGAVIO, CCR

1    A.   I can't say.
2    Q.   Okay.  Did you have -- was there a strange smell
3    in your house after you moved back in?
4    A.   Once again, I can't recall because it's not
5    something that we were looking for.
6    Q.   Right.
7    A.   So if we did, we may have thought, you know,
8    being in it so long, it's something we are accustomed to
9    now.  So at the time, I can't recall figuring that was
10   it or not.  It's just living there.
11   Q.   Did you ever have any visitors that came over
12   and commented on a smell in the house?
13   A.   A few times.
14   Q.   And do you know roughly when that was?
15   A.   I can't recall.
16   Q.   I know you spoke about the A/C going out; your
17   smoke detectors going out; your doorbell not working.
18   Did you have any appliance failures?
19   A.   Microwave.
20   Q.   Microwave?
21   A.   We had a microwave replaced.
22   Q.   Just one?
23   A.   Yes.
24   Q.   What about your refrigerator?
25   A.   We had a problem with the refrigerator only

Page 18

1      Q.    Okay. Have you seen this document before?

2      A.    I have.

3      Q.    Okay.

4      A.    Some pages. Yes.

5      Q.    All right. Is everything contained in this

6 document true and correct as you sit here today?

7      A.    Yes, to the best of my knowledge.

8      Q.    Okay. And that looks like perhaps an electronic

9 signature?

10     A.    Yes.

11     Q.    On Page 7?

12     A.    Yes.

13     Q.    And that is your signature, isn't it?

14     A.    Yes.

15     Q.    Okay. If you will turn to Page 2 of the

16 Supplemental Plaintiff Profile Form, about halfway down

17 it indicates that you became aware of the presence of

18 Chinese drywall in October of 2013?

19     A.    Uh-huh.

20     Q.    Is that correct?

21     A.    Yes.

22     Q.    Okay. And then in the box below it says, "We

23 have been the homeowners since 1999. We became aware of

24 the possibility of Chinese drywall in our home after

25 seeing a legal advertisement." Is that correct?

1   A.   Yes.

2   Q.   Is that legal advertisement the Interior
3   Exterior letter that you received?

4   A.   Yes.

5   Q.   Okay.

6   A.   I know it has their letterhead -- you know, the
7   receipt.

8   Q.   Sure.  Did that letter come directly from
9   Interior Exterior or did it come from a law firm or some
10  lawyers; do you know?

11  A.   A law firm.

12  Q.   A law firm?

13  A.   Uh-huh.

14  Q.   And do you know what law firm?

15  A.   I don't.

16  Q.   Okay.  If you will turn to Page 6, please.  In
17  Section VII there it's discussing damages.  It does not
18  appear that you are claiming any moving costs or
19  alternative living expenses; is that correct?

20  A.   Correct.

21  Q.   And that you are claiming a loss of use and/or
22  loss of enjoyment of the property in the amount of
23  $300,000?

24  A.   Yes.

25       MR. DOYLE:

LAINEY B. MARGAVIO, CCR