```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA

In Re:  CHINESE-MANUFACTURED    |   MDL 2047
DRYWALL PRODUCTS LIABILITY      |
LITIGATION                      |
                                |   SECTION "L"
_____|
This document relates to:       |
                                |   JUDGE ELDON FALLON
Elizabeth Bennett,              |
et al v. Gebr. Knauf            |
Verwaltungsgesellschaft,        |   MAGISTRATE JOSEPH
KG, et al.                      |   WILKINSON, JR.
                                |
Case No. 14-cv-2722             |
                                |
_____|


               DEPOSITION OF ANJALI VANDRIE
              Taken By Counsel for Defendants
                       (Pages 1-71)

                 Thursday, June 20, 2019
                  12:24 p.m. - 1:45 p.m.

                Esquire Deposition Solutions
          101 East Kennedy Boulevard, Suite 3350
                       Tampa, Florida

       -------------------------------------------




Reported By:
Olivia Caldwell
Notary Public
State of Florida at Large
Esquire Deposition Solutions - Tampa Office
Phone - 813.221.2535, 800.838.2814
Esquire Job No. 4211563
```

**EXHIBIT B**



```
 1       A.   I believe in 2008.
 2       Q.   Okay.  And when you acquired the property did you
 3  buy it from someone else or from a home builder?
 4       A.   I'm not sure.
 5       Q.   Okay.  Was the property new when you purchased
 6  it?
 7       A.   It was not brand-new to my knowledge, but I don't
 8  believe anyone lived in it prior to us --
 9       Q.   Okay.
10       A.   -- moving in.
11       Q.   Okay.  And you referred to "us."  That would be
12  you and --
13       A.   My ex-husband.
14       Q.   Okay.  When you and your ex-husband purchased the
15  house was it in your name, a joint purchase?
16       A.   It was jointly purchased --
17       Q.   Okay.
18       A.   -- initially.
19       Q.   Okay.  And have you since acquired full title to
20  the property?
21       A.   Yes.
22       Q.   Okay.  And when did that occur?
23       A.   I believe it was after 2015.  I'm not sure
24  exactly when.
25       Q.   Okay.  And was it just a normal active sale in
```



```
 1   2015 that he sold his share in the house to you?
 2       A.  I don't -- I'm not sure.
 3       Q.  Okay.
 4       A.  I know I had to do a mortgage assumption.  That
 5   was basically the process.
 6       Q.  Gotcha.  And then some additional documents to
 7   remove him from the title?
 8       A.  Correct.
 9       Q.  Okay.  And as a part of the assumption of full
10   title of the property was there any assignment of rights
11   by your ex-husband to you related to any claims or
12   causes of action associated with the house?
13       A.  I don't know.  I'm not sure I understand the
14   question.
15       Q.  Sure.  So sometimes when a -- when a property is
16   sold, if there is perhaps a claim related to Chinese
17   drywall or --
18       A.  Uh-huh.
19       Q.  -- some other defect in the home there is a
20   document executed that specifically says, "I'm -- in
21   addition to my ownership interest in the home I'm also
22   assigning to you my right to the claim associated with
23   Chinese drywall," or some other defect.
24       A.  I believe that everything -- everything regarding
25   the house was relinquished to me.
```



```
 1      Q.  Okay.
 2      A.  And that's actually I believe in our divorce
 3   paperwork.
 4      Q.  Okay.  Was your divorce paperwork submitted as a
 5   part of this process?
 6      A.  I don't believe so.
 7      Q.  Okay.  Would you be able to provide that to your
 8   attorney?
 9      A.  Yes, sir.
10      Q.  Thank you.  When you purchased the house back in
11   2008 do you recall how much you bought it for?
12      A.  I don't know the exact price.
13      Q.  Okay.  Do you recall when you discovered Chinese
14   drywall in the house?
15      A.  It was verified after 2015.
16      Q.  Okay.  And that was by an inspection?
17      A.  Yes, the Chinese Drywall Screening.
18      Q.  Okay.  And what led you to call the Chinese
19   Drywall Screening company to inspect the property?
20      A.  Because I suspected that there was potentially
21   drywall in the home and it honestly was not something I
22   dealt with prior to having the home on my own.
23      Q.  Okay.  What led you to suspect that there was
24   Chinese drywall present?
25      A.  I just heard in the news about it.  I had a lot
```



1  of issues with some of the appliances and things of that
2  nature in my house.  So I believe it was one of the
3  repair people who had suggested it.
4      Q.  You had a lot of issues with the appliances.
5  When did those issues begin?
6      A.  I don't remember.  I think they were ongoing.
7  Honestly, it felt like every year it was another major
8  appliance or something going out.
9      Q.  And were those issues present prior to 2015?
10     A.  Some of them, yes.
11     Q.  Okay.  And do you recall about when those -- you
12 started having issues with your appliances?
13     A.  I don't.
14     Q.  Okay.
15     A.  I mean some of it is age of the appliance -- I
16 don't know.
17     Q.  Did you -- is there a noticeable smell in your
18 property?
19     A.  I believe so.
20     Q.  Okay.  And about when -- about what time frame
21 did you first notice that smell?
22     A.  I have no idea.
23     Q.  Okay.  Did you notice it shortly after moving
24 into the property?  Did it develop over time?
25     A.  I don't recall it when I moved into the property.



```
 1   I'm aware of it now.
 2       Q.  Did -- have any visitors ever commented on a
 3   smell in your home?
 4       A.  No.
 5       Q.  Okay.
 6       A.  People might.  I -- that would be very rude.
 7       Q.  Well, you know, that's something a --
 8       A.  Yes.
 9       Q.  -- mother-in-law would do --
10       A.  Yes.
11       Q.  -- for sure.
12       A.  You're right, you're right.  Correct.  Sorry.
13       Q.  That's all right.  Over the, I don't know,
14   roughly eight years or so that you were in the property
15   prior to having the inspection --
16       A.  Uh-huh.
17       Q.  -- you were experiencing appliance failure?
18       A.  Uh-huh.
19       Q.  Were you having the appliances repaired or were
20   you simply replacing them?
21       A.  Both.
22       Q.  Okay.  And did any of the repair people ever
23   indicate to you that they were seeing high frequency of
24   repairs that were needed?
25       A.  I don't know.  My ex-husband handled most of
```

