```
 1              UNITED STATES DISTRICT COURT

 2
                EASTERN DISTRICT OF LOUISIANA
 3
    In Re:   CHINESE-MANUFACTURED  | MDL 2040
 4  DRYWALL PRODUCTS LIABILITY     |
    LITIGATION                     |
 5                                 | SECTION "L"
    _____|
 6  This document relates to:      |
                                   | JUDGE ELDON
 7  Elizabeth Bennett, et al v.    | FALLON
    Gebr. Knauf                    |
 8  Verwaltungsgesellschaft, KG,   |
    et al                          | MAGISTRATE
 9                                 | JOSEPH WILKINSON,
    Case No. 14-cv-2722            | JR.
10  _____|

11
                         2 South Biscayne Boulevard
12                       Floor 32
                         Miami, Florida
13                       Wednesday, 1:57 p.m.
                         July 10, 2019
14

15
                         DEPOSITION
16
                             OF
17
                        ELVIS FERRERA
18

19

20       Taken on behalf of the Defendants

21     pursuant to Notice Of Taking Deposition

22

23

24
                                                    EXHIBIT
25                                                     B
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  with his objection you can still answer the
 2  question.
 3          A    Yes, correct.
 4          Q    What's the highest level of
 5  education you've completed?
 6          A    Twelfth grade.
 7          Q    Was that here in the states?
 8          A    No.
 9          Q    Where was that?
10          A    In Cuba.
11          Q    When did you immigrate from Cuba?
12          A    1998.
13          Q    Are you currently employed?
14          A    Yes.
15          Q    Where are you employed?
16          A    I'm self-employed.
17          Q    And what do you do?
18          A    Real estate.
19          Q    Can you elaborate?  Do you buy and
20  sell homes?
21          A    I purchase and rent properties.  I
22  purchase and sell properties.
23          Q    How long have you been doing that?
24          A    Ten years.
25          Q    How many properties have you
```



```
 1   purchased in that ten-year period?
 2          A     Fifteen.
 3          Q     How many properties do you currently
 4   own?
 5          A     Thirteen.
 6          Q     Does that include the house that you
 7   live in?
 8          A     Yes.
 9          Q     You rent the other 12 properties?
10          A     Yes.
11          Q     Are they all located in the Cutler
12   Bay area?
13          A     No, only one.
14          Q     Where are the remaining homes?
15          A     Hialeah.
16          Q     All of them?
17          A     Yes.
18          Q     Do you have any construction
19   experience or expertise?
20          A     No.
21          Q     Any experience or expertise with
22   architecture?
23          A     No.
24          Q     Any experience or expertise with
25   environmental hazards?
```



```
 1       A    No.
 2       Q    Did you review any documents in
 3  preparation for your deposition today?
 4       A    Yes.
 5       Q    What were those?
 6       A    The ones that I sent to my attorney
 7  throughout this proceeding.
 8       Q    And did you meet with anyone other
 9  than your attorney in preparation for today?
10       A    No.
11       Q    And the property we're discussing is
12  located at 22079 Southwest 88th Path in Cutler
13  Bay, Florida?
14       A    Yes.
15       Q    Is that the home you live in?
16       A    No.
17       Q    It's a rental property?
18       A    Yes.
19       Q    How long has it been a rental
20  property?
21       A    Four years.
22       Q    Did you live in it prior to that?
23       A    Yes.
24       Q    Did you live in it from the time you
25  bought it up until four years ago?
```



```
 1         A    Yes.
 2         Q    Are you currently renting the
 3   property at market rates?
 4         A    Yes.
 5         Q    Do your tenants know there is
 6   Chinese drywall in the home?
 7         A    At this moment currently it is not
 8   rented.
 9         Q    When was it last rented?
10         A    It hasn't been rented for the past
11   year.
12         Q    Have you listed it for rent?
13         A    No.
14         Q    Why not?
15         A    Because I was able to determine that
16   it had Chinese drywall.
17         Q    When did you purchase the house?
18         A    2006.
19         Q    And how much did you pay for it?
20         A    Around 275.
21         Q    Did you build the house?
22         A    No.
23         Q    Did you acquire it brand new from a
24   builder?
25         A    Yes.
```



```
 1         Q    Have you discussed the Chinese
 2   drywall with the builder?
 3         A    No.
 4         Q    Why not?
 5         A    Because I had no knowledge there was
 6   Chinese drywall.
 7         Q    But now that you've learned there's
 8   Chinese drywall, why haven't you discussed that
 9   with the builder?
10         A    Because it was easier for me to
11   contact an attorney.
12         Q    You lived in the house about nine
13   years?
14         A    Yes.
15         Q    And at no time during that nine-year
16   period did you know there was Chinese drywall?
17         A    No.
18         Q    During your nine years did you
19   notice a strange smell?
20         A    Yes.
21         Q    What did you do to investigate the
22   smell?
23         A    Nothing.
24         Q    When did the smell begin?
25         A    Around three or four years later.
```



```
 1   Exactly, I don't know when.
 2        Q    During you nine years in the house,
 3   did you have any appliance failure?
 4        A    Yes.
 5        Q    What appliances failed?
 6        A    Practically all of them.
 7        Q    And when did those failures begin?
 8        A    I don't recall exactly, but I think
 9   around three or four years later.
10        Q    And did they fail all at once?
11        A    No.
12        Q    Did appliances continually fail
13   throughout your nine years living in the house?
14        A    Yes.
15        Q    Did you ever discuss the appliance
16   failures with any repairperson?
17        A    No.
18        Q    Did you attempt to repair any of the
19   appliances?
20        A    Personally, myself, repair them?
21   No.
22        Q    Have any repairperson or company
23   come in?
24        A    Yes.
25        Q    Did any of them ever mention it may
```



```
 1   agreement?
 2        A    No.
 3        Q    Page 6, section 7.  "Other Damages",
 4   the first is for alternative living expenses.
 5             And there's no claim there?
 6        A    No.
 7        Q    The next is for loss of use and loss
 8   of enjoyment.
 9        A    Yes.
10        Q    You've quantified that for $300,000?
11        A    Yes.
12        Q    How did you arrive at that figure?
13        A    Through the 12 years that I have
14   owned the property at a rate of $25,000 per
15   year.
16        Q    And what's your basis for that
17   $25,000?
18        A    Personal calculations of my own.
19        Q    And what are those calculations?
20        A    Through the 12 years that I had to
21   tolerate the smell inside the property, and the
22   purchase -- and repairing and repurchasing new
23   equipment.
24        Q    So this calculation includes the
25   replacement of appliances?
```



```
 1          Q    The only inspection of the property
 2   he's had is Florida State Inspection Services?
 3          A    No.  There was another inspection
 4   that was performed that somebody ordered it, I
 5   suppose.
 6          Q    Was that recent?
 7          A    Yes.
 8          Q    Do you have a copy of the inspection
 9   that was performed by your prospective buyers?
10          A    No.
11          Q    Do you recall who did that
12   inspection?
13          A    On the buyer's side?  I don't know.
14          Q    Who is your real estate agent?
15          A    For this property?
16          Q    Yes.
17          A    The house is paid for.
18          Q    When you tried to sell the property
19   did you use a real estate agent?
20          A    Yes.
21          Q    Who was that?
22          A    Rubin Perez.
23          Q    Is Rubin located in Cutler Bay?
24          A    Yes.
25          Q    And you have no receipts for any of
```

