UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment as to the claims filed by Elvis Ferrera:

1.    On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2.    On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3.    On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4.    The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

5.  The Complaint was amended multiple times to amend the parties and claims.

6.  Following the Fifth Amended Complaint, certain plaintiffs intervened.

7.  The Fifth Amended Complaint is the operative complaint in this matter.

8.  Elvis Ferrera did not file claims against the Knauf Defendants until September 2018.

9.  Elvis Ferrera is a plaintiff in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 22079 SW 88th Path, Cutler Bay, FL 33190 (the "Property").

10.  In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

11.  Elvis Ferrera completed the Court approved documents and submitted the support for their claims.  The documents were completed under penalty of perjury.

12.  Elvis Ferrera was deposed on July 10, 2019 and had twenty-one (21) days to supplement documents.

13.  Plaintiff purchased the Property in 2006.

14.  Plaintiff is in the real estate business and purchases and sells/rents properties in South Florida.

15.  Plaintiff noticed a strange smell and starting between 2009 and 2010 appliances started to fail in succession.

16.     Although the Property was used as a rental the last four years, Ferrera alleges

damages for the smell he has "tolerated" for twelve (12) years since purchasing the

Property.

17.     However, over the course of the smell he has "tolerated" and multiple appliance

failures, Ferrera, as a real estate developer in South Florida over the last ten years,

took no action to investigate into the problems associated with the Property.

18.     A prospective purchaser of the Property hired an inspector and determined Chinese

drywall and only then in August 2018 did Ferrera take additional steps to

investigate the cause of the problems in the Property.

19.     In part, Elvis Ferrera asserted claims for loss of rent, personal property and loss of

use.  Elvis Ferrera failed to provide documents and competent evidence to support

their claims for loss of rent, personal property and loss of use.

20.      Indeed, the Property has not been listed for rent for the past year.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:     504.310.0279
Email:          kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of December, 2019.

*/s/ Kerry J. Miller*

**KERRY J. MILLER**

4