```
 1                  UNITED STATES DISTRICT COURT

 2                  EASTERN DISTRICT OF LOUISIANA

 3
       In Re: CHINESE-MANUFACTURED  |   MDL 2047
 4     DRYWALL PRODUCTS LIABILITY   |
       LITIGATION,                  |
 5                                  |   SECTION "L"
      _____|
 6                                  |
       This document relates to:    |
 7                                  |   JUDGE ELDON FALLON
       Elizabeth Bennett, et al     |
 8     v. Gebr. Knauf               |
       Verwaltungsgesellschaft,     |   MAGISTRATE JOSEPH
 9     KG, et al                    |   WILKINSON, JR.
                                    |
10     Case No. 14-cv-2722          |
                                    |
11    _____|

12

13
                    DEPOSITION OF JULIO C. MARTINEZ
14

15

16
                      Thursday, August 1, 2019
17                     10:11 a.m. - 11:01 a.m.

18

19
                      Esquire Deposition Solutions
20             44 West Flagler Street, 14th Floor
                      Miami, Florida 33130
21

22        Taken before Laura Fish, Professional Shorthand

23    Reporter and Notary Public in and for the State of

24    Florida at Large, pursuant to Notice of Taking

25    Deposition filed in the above cause.
```

EXHIBIT B



800.211.DEPO (3376)
EsquireSolutions.com

```
 1        A.   Yes.
 2        Q.   On page 3 of this document, is that your
 3   signature dated April 2nd, 2017?
 4        A.   Yep.
 5        Q.   All right.  Sir, does anybody else live with
 6   you in the property?
 7        A.   Yes.
 8        Q.   And who would that be?
 9        A.   My three kids, Jacob, Abigail, Sophia
10   Martinez, and Stephania Arteaga, my wife.
11        Q.   Are you the sole owner of the property?
12        A.   Yes.
13        Q.   And how old are your children?
14        A.   Twenty-one, 12, and 11.
15        Q.   And they all live with you at the property
16   still?
17        A.   My 12 and 11-year old, I just had to send them
18   to their mom's house.  I had full custody of all three
19   of my kids, but those two are living with the mom right
20   now because of the conditions of the house.  They keep
21   getting sick and headaches and they can't sleep at
22   night.  It's the same problems that we're all having.
23   But for them, it was actually interrupting their school
24   work.
25        Q.   As you sit here today, sir, is this document
```



1  your main panel?
2      A.   Yeah, in the back of the wires.
3      Q.   Okay.
4      A.   My power goes on and off.  It shortens out of
5  the house.  The breakers go out every so often.
6      Q.   For your breakers that go out, do you just
7  have to flip them back or do you have to replace the
8  breakers entirely?
9      A.   The other day I had to replace the AC
10 breakers.
11     Q.   Okay.  We're going to move on to Exhibit 3.
12 I'm going to hand you what I've marked as Exhibit 3, the
13 Supplemental Plaintiff Profile Form.  Again, I'll ask
14 you to take a look at that and let me know if you
15 recognize it, please.
16          (Thereupon, Exhibit 3 was marked for
17 identification.)
18     A.   Yes.
19     Q.   All right.  Before we go over this document
20 for the plaintiff profile form, it indicated that
21 Chinese drywall was discovered in an inspection you did
22 in February of 2017, and that you had bought the house
23 or moved in in September of 2007.  During the nine to
24 ten years between when you moved into the house and when
25 you performed your inspection, did you ever notice a



1    peculiar smell in the home?
2         A.   Yes.
3         Q.   All right.  And when did that smell begin?
4         A.   It has always been there.
5         Q.   Always been there.  And did you do anything to
6    investigate the cause of the smell?
7         A.   I would look around the house.  But not like
8    going into like into details, just like always looking
9    around like -- had a bad, like, I don't know sulfuric
10   acid smell, like rotten eggs type deal.
11        Q.   And did you ever call a contractor or other
12   professional to come inspect the home?
13        A.   No.
14        Q.   When you purchased the home, did you do a home
15   inspection?
16        A.   I believe that the finance company requires
17   that.
18        Q.   Okay.
19        A.   I'm not sure.  I'm pretty sure.  But I think,
20   yeah, inspection appraiser or something.  I don't know
21   what it is that they do.
22        Q.   And do you have a copy of that inspection?
23        A.   I think I provided it all ready.  I'm not
24   sure.
25        Q.   You indicated that you've had appliances



1   failing continuously, I believe, was the testimony you
2   gave.  When did the appliances begin to fail?
3        A.   I had the refrigerator go out, like, I don't
4   know, maybe a year or two after I moved in.  I'm not
5   sure.  And I replaced -- I changed that refrigerator.
6   And then last year I had to replace the refrigerator
7   again.  I changed the stove.  I don't know how many TVs
8   I have gone through, microwaves, dishwasher, pretty much
9   everything in the kitchen that is electrical, the A/C
10  units.  The A/C units are just messed up right now
11  again.  I already replaced them one time already, both
12  units.  Now, I'm going to have to replace them again.
13  That's a nightmare.
14       Q.   When these appliance have failed, have you
15  brought in professionals to inspect them to see if they
16  could be repaired or are you just replacing them?
17       A.   No.  They come try to fix them and then their
18  recommendation has been to replace.  They are messed up.
19       Q.   And had any of these individuals ever
20  suggested to you that the cause of failure for any of
21  these appliances could be Chinese drywall?
22       A.   No.  Nobody has.
23       Q.   And I believe you indicated that your
24  neighbors had Chinese drywall.  Is it just one set of
25  neighbors that you're aware of or is there a lot of



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   Chinese drywall?
 2        A.   No.  It's a lot of Chinese drywall, pretty
 3   much everybody, almost everybody.
 4        Q.   Pretty much everybody?
 5        A.   Almost everybody, yeah.
 6        Q.   And do you know when Chinese drywall was first
 7   discovered in the neighborhood?
 8        A.   No, I don't.  I don't recall.
 9        Q.   All right.  Now, we'll turn to the
10   Supplemental Plaintiff Profile Form.  You've seen this
11   document before, sir?
12        A.   I believe so.
13        Q.   And on the numbered page 7, can you verify
14   that that's your signature dated March 22nd, 2018?
15        A.   Yep.
16        Q.   All right.  And is everything contained in
17   this document accurate as you sit here today?
18        A.   The phone number is wrong.  That is an old
19   phone number.  Yes.
20        Q.   Okay.  If you'll turn to page 6 of that
21   document, please, sir, in Section VII, titled "Other
22   Damages" there are three categories of damages listed
23   there.  The first is Alternative Living Expenses as a
24   result of Chinese drywall.  And there's no number
25   entered there.  You are not claiming, as you sit here
```

