UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 14-CV-2722
**JUDGE:** ELDON FALLON
MAGISTRATE: JOSEPH WILKINSON, JR.

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION
_____
This document relates to:
Elizabeth Bennett, et al.
vs.
Gebr.Knauf Verwaltungsgesellschaft,
KG, et al.
_____

DEPOSITION OF:   CARLOS M. SALABARRIA

DATE TAKEN:      November 18th, 2019

TIME:            1:00 p.m. - 2:15 p.m.

PLACE:           Orange Legal
                 6303 Blue Lagoon Drive
                 Suite 380
                 Miami, Florida 33126
TAKEN BEFORE:    Aaron Arcella, Court Reporter
                 And Notary Public State of Florida

TRANSCRIBED BY:  Linda Superior, FPR, Court Reporter
                 And Notary Public State of Florida

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

EXHIBIT
B

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1        Q     Okay.  Do you know one way or the other
 2   whether there were other drywall markings inside the
 3   property?
 4        A     Only the ones that I'm showing.
 5        Q     Okay.  And of the ones that you were showed,
 6   were they all of the same manufacturer or were they
 7   different manufacturers --
 8        A     Yes.
 9        Q     -- to the best of your knowledge?
10        A     According to those pictures.
11        Q     According to the picture they were all of
12   Knauf Tiagin?
13        A     Yes.  That's the only reason I could say
14   that, yeah.
15        Q     Tell me about the property you purchased
16   in 2015, the one we're talking about here today, 12940
17   Southwest 135th Street.
18        A     Uh-huh.
19        Q     Where were you living before that?
20        A     A private residence.
21        Q     Okay.  Where was that located?
22        A     10850 Southwest 128th Street.
23        Q     Okay.
24        A     129th Street.  I'm sorry, 129th Street.
25        Q     Okay.  Did own or rent that property?
```

```
 1        A     Own.
 2        Q     Okay.  When did you sell it?
 3        A     About a year before the purchase of this
 4   after settlement with divorce.
 5        Q     Okay.  So you sold it sometime the year
 6   before October of '15?
 7        A     Somewhere in there.
 8        Q     Okay.  And between that time and when you
 9   purchased this property, where were you living?
10        A     Just renting.
11        Q     How long had you lived in the house you were
12   living in at 108 prior to your divorce?
13        A     About 17, 18 years.
14        Q     As a pastor in South Florida, were you aware
15   prior to 2015 about the existence of defective Chinese
16   drywall?
17        A     Sure.
18        Q     Had you seen it on the news?
19        A     Yes.
20        Q     Okay.  Did you have any friends or family,
21   co-workers or anybody that came to your church that had
22   Chinese drywall that you were aware of?
23        A     No.
24        Q     You were aware that Tuscany Development,
25   where this property is located, was built with Chinese
```

```
 1    drywall you said?
 2             MR. DOYLE:   Object to the form of the
 3        question.
 4    BY MR. DYSART:
 5        Q    Let me ask -- you said earlier that you were
 6    made aware that Tuscany was all built with Chinese
 7    drywall?
 8        A    After I had purchased it and got into the
 9    investigation of it.
10        Q    Okay.
11        A    Yes.
12        Q    Okay.  So it was after you purchased it and
13    you investigated into?
14        A    Yeah.
15        Q    As part of a homeowners association, were you
16    ever given any notices or anything in terms of Chinese
17    drywall?
18        A    None.
19        Q    What was your understanding of what Chinese
20    drywall was from looking at it on the news?
21        A    Just defective drywall that produced like a
22    corrosive type of --
23        Q    I'm going to hand you, this is Exhibit 3, the
24    supplemental plaintiff profile form.  If you can turn
25    to page two for me.
```

```
 1        A    Two?

 2        Q    Yes, sir.  Where it says when was Chinese

 3   drywall installed in the property to the best of your

 4   knowledge?  You wrote 2007.

 5        A    Uh-huh.

 6        Q    What is the basis of that statement?

 7        A    Tuscany Village was built around that

 8   time, '06, '07, so I'm assuming that's when they

 9   installed it.

10        Q    Okay.  And were you aware that that property

11   was built in 2007 prior to your purchase in 2015?

12        A    No.

13        Q    No?

14        A    The only reason I know anything on this is

15   because we went to buy it of course it comes out the, I

16   guess, documentation when it was built, square footage,

17   all that kind of stuff.

18        Q    When you went to buy it in 2015?

19        A    Yes.

20        Q    Okay.  Tell me about the process you engaged

21   in to identify this piece of property you purchased

22   in 2015.  Was it advertised in the paper or online?

23   Did you hire a realtor?

24        A    A realtor.

25        Q    Okay.  You hired -- what was the name of your
```

1    realtor?

2         A    I don't know.

3         Q    **Was she the realtor for the closing of the**

4    **sale?**

5              MR. DOYLE:  He or she?

6              THE WITNESS:  I do not think so, to be honest

7         with you.  I think -- no.

8    BY MR. DYSART:

9         Q    **So this realtor, you're not sure if it was a**

10   **male or a female?**

11        A    A male.

12        Q    **Okay.  You contracted with the realtor?**

13        A    No.  He's a friend of mine and he knew that

14   the property was up for sale.

15        Q    **Okay.  What did he do?  He called you up?**

16        A    He called me up and said, hey, listen, I know

17   you're looking for a piece of property, so take a look

18   at this.

19        Q    **Okay.**

20        A    I did not retain him --

21        Q    **Okay.**

22        A    -- as a realtor.

23        Q    **Gotcha.**

24        A    That's why I'm saying, he's a friend --

25        Q    **Okay.**

```
 1        A     -- and he kind of directed it.

 2        Q     Okay.  What was your friend's name?

 3        A     Juan Puig, P-U-I-G.

 4        Q     All right.  So he alerted you to this

 5   property that's for sale?

 6        A     Uh-huh.

 7        Q     What do you do next?

 8        A     I go and look at it.

 9        Q     Did you look at it with Juan or by yourself

10   or with anyone else?

11        A     The first time it was just myself.

12        Q     Okay.  Was there --

13        A     It was vacant.

14        Q     Was there a representative for the seller?

15        A     No.  Just a box with a number and a key in.

16        Q     Okay.  How did you get that, through the

17   owner of the property?

18        A     Through Juan.  Through Juan.

19        Q     Okay.  So you went and did a visual

20   inspection of the property?

21        A     Uh-huh.

22        Q     Okay.  And after that, what next?

23        A     I was interested.  Told him about it.  We

24   started the ball rolling.

25        Q     Okay.  When you say we started the ball, you
```

```
 1    didn't --
 2         A    I did.  I started the ball rolling.
 3         Q    And when you say that, you put an offer in?
 4    Did you go get pre-approved for a loan?  What happened
 5    next?
 6         A    I already had the money in hand, so I just
 7    made the offer.  I contacted -- I forgot who the
 8    closing agent was, I never met him before.
 9         Q    Well, looking at Exhibit 5, and I was going
10    to go over this later, but this purports to be
11    documents between the prior owner Trinity --
12         A    Yeah.
13         Q    -- who you purchased from --
14         A    Uh-huh.
15         Q    -- and the bank.  So this wouldn't relate to
16    your HUD.
17         A    Okay.
18              MR. DOYLE:  May I?
19              MR. DYSART:  Yes.  Go off the record.
20              (Off the record discussion.)
21              MR. DYSART:  Back on the record.
22    BY MR. DYSART:
23         Q    Back to the question, after you viewed the
24    property to get the ball rolling, did you personally
25    put an offer in?
```

```
 1       A     Uh-huh.
 2       Q     Okay.  And you put that offer in through
 3  directly to the owner or were they represented by a
 4  realtor?
 5       A     They were -- it's actually, it was a bank to
 6  Trinity, yeah, to Trinity, I just went to Trinity and
 7  made an offer to them.
 8       Q     To Trinity Development?
 9       A     Uh-huh.
10       Q     Okay.  Do you have any involvement with
11  Trinity Development?
12       A     None whatsoever.
13       Q     Okay.  Who did you deal with in Trinity
14  Development on this property?
15       A     The owner.  What is his name?
16       Q     Is it Jose Perez?
17       A     Yes.
18       Q     All right.  So what did you do, pick up the
19  phone and call Jose?  You sent him an e-mail?
20       A     I guess I picked up the phone, yeah.
21       Q     Okay.  What happened next?
22       A     We struck up the deal.  We said, yeah, that's
23  a deal.
24       Q     Did you sign a purchase contract with him?
25       A     I'm assuming I did.  We kind of -- it was
```

```
 1   really, really fast because, again, there was no bank
 2   necessarily, so we went straight to --
 3        Q    When you say there was no bank, there was no
 4   bank on your side is what you're saying?
 5        A    That's correct.
 6        Q    So you were going to buy the property with
 7   cash?
 8        A    That's correct.
 9        Q    Okay.  What can you tell me -- did you have a
10   purchase contract executed with Trinity Development for
11   this property?
12        A    I guess I must have and then we went to the
13   closing agent.
14        Q    Okay.  Do you know if you have that in your
15   possession?  Have you produced that in this case
16   because it's not in these documents?
17        A    I don't know.  What I've produced, I've given
18   to my attorney, so...
19        Q    Yeah.  I'm just asking do you know if you
20   actually have a purchase contract in your file for this
21   property?
22        A    I am assuming that I do, but I guess I don't
23   have it in front of me.
24        Q    Okay.  Were you allowed -- how long after you
25   struck the deal you said, did you go to closing?
```

```
 1        A    Within a week, I guess.
 2        Q    Did you do any further inspections to the
 3   property?
 4        A    No.
 5        Q    Did you obtain a Chinese drywall inspection
 6   prior to purchasing the property?
 7        A    No.
 8        Q    Did you purchase the property as is?
 9        A    Yes.
10        Q    When you went and viewed the property you
11   said you did a visual inspection?
12        A    Uh-huh.
13        Q    Did you do any research into the property
14   itself?
15        A    No.
16        Q    Did you look online at any pictures or
17   anything?
18        A    Sure.  Yeah.
19        Q    Did you look to see what the market value for
20   that particular property may or may not be?
21        A    It was higher than what was being asked for
22   it.
23        Q    Okay.  What did you understand that the
24   property's market was?
25        A    About 200 and something, $210,000.
```

```
 1        Q    Okay.  And is there anything else other than
 2   the CDS LLC inspection?
 3        A    No.
 4        Q    Okay.  Go to page five, sir, number 18, it
 5   asks you to identify appliance fixtures and other
 6   electronics that you claim were damaged by Chinese
 7   drywall on the property.  Do you see that?
 8        A    Yes, I do.
 9        Q    Okay.  Let's go to Exhibit 14.  This is last
10   Friday now.
11        A    Uh-huh.
12        Q    You've listed a number of items and given it
13   a total of $25,400.  Do you see that?
14        A    Uh-huh.  Uh-huh.
15        Q    Okay.  How does Exhibit 14 relate to the
16   items that you've listed separately in Exhibit 3?
17        A    This came afterwards and this was after a
18   more in-depth look at the things that were affected.
19        Q    Okay.  What was the basis for adding both in
20   terms of items in value when Exhibit 14 is compared
21   to --
22        A    Going back to the electronics store and
23   getting estimates from that.
24        Q    When you said --
25        A    What they were selling for at the time.
```

```
 1          Q     And that would be for new products?

 2          A     Yes.

 3          Q     So if we go to Exhibit 14 from the plaintiff

 4    fact sheet, it lists a LG flat screen TV; do you see

 5    that?

 6          A     Uh-huh.

 7          Q     And a Sony flat screen?

 8          A     Uh-huh.

 9          Q     Okay.  Which one was the TV that you were

10    referencing in Exhibit 3 in the supplemental plaintiff

11    profile?

12          A     Number two.

13          Q     Number Two.  Okay.  Where is the LG flat

14    screen TV currently?

15          A     In my new home.

16          Q     Is it currently operational?

17          A     It is actually on the fritz.

18          Q     Okay.  When did it go on the fritz?

19          A     Pretty much right after I moved in, which is

20    about a year ago.

21          Q     All right.  And have you had anybody come

22    look at it?

23          A     I did.

24          Q     What did they tell you?

25          A     They don't make the parts to replace the
```

problem, which is the panel, the electrical panel.

Q    All right.  And has anyone ever given you a
cause as to why the electrical panel went out?

A    It got corroded.  They had tell me that the
electronics were corroded.

Q    Okay.  Have you submitted any pictures --

A    No.

Q    -- or any other evidence in connection with
that item?

A    No.

Q    The Sony flat screen --

A    Yes.

Q    -- you had listed $400 --

A    Yeah.

Q    -- on one and $1,500 on the other?

A    Yes.

Q    And you said the difference between those two
is the price of a new --

A    Correct.

Q    -- Sony flat screen TV --

A    That is correct.

Q    -- as of the current date when you completed
this document?

A    That is correct.

Q    Okay.  You have an AC unit $4,500?

```
 1        A     Uh-huh.

 2        Q     Okay.  Where does that value come from?

 3        A     When I replaced it.

 4        Q     Okay.  So this is the cost --

 5        A     -- of replacing the unit.

 6        Q     Okay.  When was that done?

 7        A     Sixteen.

 8        Q     All right.  And you haven't -- have you

 9   submitted any documentation in connection with that?

10        A     I have not.

11        Q     Number four, the water heater.

12        A     Yes, sir.

13        Q     $1,200?

14        A     Uh-huh.

15        Q     All right.  Is the water heater currently

16   still functioning?

17        A     No.  I had to replace that last year.

18        Q     All right.  And when you say you replaced it,

19   where is the old water heater?

20        A     Where is the old one?

21        Q     Has it been discarded?

22        A     That's correct.

23        Q     Have you submitted any documentation in

24   connection with the --

25        A     Did not.
```

```
 1        Q      -- water heater?

 2        A      No.

 3        Q      Okay.  Dell laptop, $1,500?

 4        A      Yes, sir.

 5        Q      Okay.  What happened with the Dell laptop?

 6        A      It does not work any more.

 7        Q      Okay.  When did it stop working?

 8        A      About a year ago.

 9        Q      When did you actually move out of --

10        A      A year ago.

11        Q      -- the affected property a year ago?

12        A      Uh-huh.

13        Q      The Dell laptop stopped working before or

14   after you moved out?

15        A      After.

16        Q      How old was the laptop?

17        A      About a year.

18        Q      All right.  And do you still have it or you

19   discarded it?

20        A      Discarded it.

21        Q      Okay.  Have you submitted anything else in

22   connection with the Dell laptop?

23        A      Nope.

24        Q      The MacBook Pro.

25        A      Uh-huh.
```

1      Q      What happened with the MacBook?

2      A      The internal hard drive, not hard drive, the

3   disk drive no longer works.

4      Q      How old was the MacBook?

5      A      Two years old.

6      Q      When did it stop working?

7      A      A year ago.

8      Q      Do you still have it?

9      A      I do.

10     Q      Has anyone ever said what the cause of the

11   disk drive not working any longer?

12     A      The same as the Dell.

13     Q      Okay.  Have you submitted anything else in

14   connection with the MacBook Pro?

15     A      Nope.

16     Q      There's two Dell printers, one for $850 and

17   one for $450.  What's the difference between the two?

18     A      One, the $850 is a commercial office unit,

19   high production.

20     Q      Okay.  And you have a commercial high

21   production unit in your home?

22     A      I do.  I produce a lot of documents.

23     Q      All right.  When did the -- well, what is the

24   status of first Dell printer, the $850?

25     A      The $850 is no longer working and, well, no

```
 1   longer worked, and I tossed it.
 2        Q    Okay.  So it's been discarded?
 3        A    That is correct.
 4        Q    When did it stop working?
 5        A    A year ago.
 6        Q    Okay.  And have you submitted anything else
 7   in connection with that claim?
 8        A    No.
 9        Q    All right.  What about the Dell $450?
10        A    The same.  I still own that one.
11        Q    Okay.  Have you submitted anything else in
12   connection with that?
13        A    No.
14        Q    We talked about the washer and dryer.
15        A    Uh-huh.
16        Q    Those are still inside?
17        A    Yes, they are.
18        Q    All right.  The increased value that you've
19   had listed in Exhibit 14, is that the same as the TV,
20   that the reason for that is the difference between what
21   you believe that a used cost would be as opposed to the
22   new one you looked over?
23        A    Correct.
24        Q    Okay.  The ceiling fans, times four?
25        A    Uh-huh.
```

1      Q     How many bedrooms in this property?

2      A     Three.

3      Q     It's a townhome?

4      A     It is.

5      Q     Okay.  Three bedrooms, so there is a ceiling

6   fan in each one and, I guess, in the living room?

7      A     Downstairs, yeah.

8      Q     All right.  What's the status of the four

9   ceiling fans?

10      A     One of them died and was replaced.  The other

11   three are there still there, but quite corroded.

12      Q     Okay.  And the one that was replaced --

13      A     Uh-huh.

14      Q     -- do you still have it or was it discarded?

15      A     Discarded.

16      Q     The dishwasher I don't think was listed on

17   the last one, $900.  What is the status of the

18   dishwasher?

19      A     It is still in the property.

20      Q     All right.  Is it functioning?

21      A     It is functioning.  Again, all the connectors

22   and all of the wiring behind it is all corroded.

23      Q     Okay.  Otherwise besides the connectors and

24   the wiring?

25      A     I don't know other than that.

```
1        Q    And it is still functioning today?

2        A    It is.

3        Q    Okay.  The oven, is that the same as the TV

4   and the washer and dryer, the same unit, just the

5   different price because used versus new?

6        A    Yes, sir.

7        Q    And, again, the basis of that was that you

8   went to Home Depot, for the new items you went to Home

9   Depot?

10       A    Home Depot.

11       Q    Okay.  Dell portable projector bulbs, $3,200?

12       A    Uh-huh.

13       Q    What is that?

14       A    That is a projection, a computer connected

15   projector.

16       Q    Okay.  What's wrong with that?

17       A    It died.

18       Q    How long ago did it die?

19       A    More or less the same time.

20       Q    About a year ago?

21       A    Roughly.

22       Q    Okay.  How old was it?

23       A    About three-years old.

24       Q    Okay.  You still have it or was it discarded?

25       A    Discarded.
```

1    Q    Okay.  You still have it or was it discarded?

2    A    Discarded.

3    Q    Okay.  Do you have anything else in

4    connection with that item?

5    A    No, sir.

6    Q    Are you making any personal injury claims in

7    connection with this case?

8    A    No.

9    Q    Do you have a floor plan or a blueprint on

10   the property?

11   A    I'm sure I do.  I do not know if it's in the

12   documentation that you have.

13   Q    All right.  Other than the items that

14   you've -- we specifically discussed in terms of

15   claims --

16   A    Uh-huh.

17   Q    -- is there anything else you're seeking

18   reimbursement or remediation for in connection with

19   your Chinese drywall claim?

20        MR. DOYLE:  Object to the form of the

21   question.

22        You can answer.

23   BY MR. DYSART:

24   Q    You can answer.

25   A    Excuse me?