UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Carlos Salabarria:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

1

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Carlos Salabarria are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 23205 SW 217 Ave., Miami, FL 33031 (the "Property").

9. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

10. Carlos Salabarria completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

11. Carlos Salabarria was deposed on November 18, 2019 and had twenty-one (21) days to supplement documents.

12. Plaintiff bought the Property in 2015.

13. Prior to the purchase, Plaintiff was aware of problem with Chinese drywall in south Florida. Plaintiff viewed the Property one time and then put in an offer to purchase the Property "as-is."

14. Plaintiff was aware at the time of the sale the Property was built in 2007.

15. However, having been aware of the nature of Chinese drywall, and the fact the Property was built in 2007, Plaintiff did not conduct a Chinese drywall inspection prior to purchase and did not receive and/or produce any property disclosures.

16. Plaintiff knew Chinese drywall has a corrosive impact on Properties and still purchased the Property "as-is" without investigating further.

17. In part, Carlos Salabarria asserted claims in submissions for personal property. Salabarria failed to provide documents and competent evidence to support claims for personal property and discarded items he alleges were damages due to Chinese drywall in violation of this Court's pretrial orders.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*_____
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.310.0279
Email:           kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of December, 2019.

                                              */s/ Kerry J. Miller*
                                              **KERRY J. MILLER**