Case 2:09-md-02047-EEF-MBN Document 22441-3 Filed 12/23/19 Page 1 of 4

LEVI TAYLOR                                                July 12, 2019
Bennett vs Gebr. Knauf                                                 1

```
 1                     UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA
 2

 3    In Re:  CHINESE-MANUFACTURED           MDL 2047
      DRYWALL PRODUCTS LIABILITY
 4    LITIGATION
                                             Section "L"
 5    _____
      This document relates to:
      Elizabeth Bennett, et al v. Gebr.
 6    Knauf Verwaltungsgesellschaft, KG,     Judge Eldon Fallon
      Et al
 7
      Case No. 14-cv-2722                    Magistrate Joseph
 8                                           Wilkinson, Jr.
                                                              /
 9    _____

10    DEPOSITION OF:        LEVI TAYLOR

11    DATE:                 JULY 12, 2019

12    TIME:                 9:38 A.M. - 10:30 A.M.
      PLACE:                STUMPHAUZER FOSLID SLOMAN ROSS &
13                          KOLAYA
                            2 SOUTH BISCAYNE BOULEVARD
14                          SUITE 2250
                            MIAMI, FLORIDA 33131
15
      STENOGRAPHICALLY
16    REPORTED BY:          JOCELYN STEVENS

17

18

19

20

21

22

23

24                                                    EXHIBIT
25                                                       B
```

**EXHIBIT B**



Case 2:09-md-02047-EEF-MBN   Document 22441-3   Filed 12/23/19   Page 2 of 4

LEVI TAYLOR                                                          July 12, 2019
Bennett vs Gebr. Knauf                                                          10

```
 1      Q.   On the first page there it says you moved into the
 2   home in January 7, 2007, is that correct?
 3      A.   Yes.
 4      Q.   On the second page, at the very top in section 4, it
 5   indicates that Levy Taylor, which I assume is yourself, sir,
 6   performed an inspection and discovered Chinese drywall on
 7   April 17, 2017 -- and you made the determination there was
 8   Chinese drywall in your home on that same day?
 9      A.   Yes.
10      Q.   Do you have any expertise related to Chinese
11   drywall?
12      A.   No.
13      Q.   Did you conduct a report of your findings of that
14   inspection?
15      A.   No.
16      Q.   Where did you find the Chinese drywall in your home?
17      A.   I had an inspector come out.
18      Q.   So you didn't conduct the inspection, you had
19   someone else do the inspection?
20      A.   Well, I was with the person.
21      Q.   Was that A Protected Home Inspection Services?
22      A.   I don't know the name of it.  I believe so.
23      Q.   What caused you to call out an inspector?
24      A.   The fact that my pipes were turning colors, my ac
25   was acting up, my microwaves blew.  A couple different things.
```



Case 2:09-md-02047-EEF-MBN   Document 22441-3   Filed 12/23/19   Page 3 of 4

| | |
|---|---|
| LEVI TAYLOR | July 12, 2019 |
| Bennett vs Gebr. Knauf | 11 |

```
 1      Q.   And were those all problems that started occurring
 2   around 2017 or had they been building for awhile?
 3      A.   They had been building.
 4      Q.   Do you recall when you first started noticing
 5   blackening of your pipes, the ac not working?
 6      A.   No, I don't remember when.
 7      Q.   Was it a few years after you moved into the home or
 8   a few years prior to calling out the inspector?
 9      A.   It was a few years after I moved.
10      Q.   Did you ever notice a peculiar smell in the home?
11      A.   I never knew what that smell was.
12      Q.   So you did notice a smell?
13      A.   No, I didn't really notice.
14      Q.   Did you have any visitors to the home that would
15   comment on a strange smell other than the inspector?
16      A.   No.
17      Q.   On this sheet you indicated there's Chinese drywall
18   located in the ceiling and the walls?
19      A.   Yes.
20      Q.   Is that based on what the inspector told you or have
21   you made a visual inspection of the ceiling and walls and
22   found the Chinese drywall yourself?
23      A.   The inspector at first.
24      Q.   And you subsequently went back and confirmed?
25      A.   Yes.
```



Case 2:09-md-02047-EEF-MBN   Document 22441-3   Filed 12/23/19   Page 4 of 4

LEVI TAYLOR                                               July 12, 2019
Bennett vs Gebr. Knauf                                              12

| | | |
|---|---|---|
| 1 | Q. | Okay.  What ceiling is it in, what rooms? |
| 2 | A. | The air conditioning closet I guess you call it, the |
| 3 | hot water heater. | |
| 4 | Q. | Where is the hot water heater located? |
| 5 | A. | As you enter the house through the garage. |
| 6 | Q. | So it's in the garage? |
| 7 | A. | Yes. |
| 8 | Q. | Where is the ac closet? |
| 9 | A. | In the house after the laundry room. |
| 10 | Q. | Is that located in close proximity to the garage? |
| 11 | A. | Yes. |
| 12 | Q. | And are those the only locations where you |
| 13 | identified Chinese drywall? | |
| 14 | A. | The bathroom sinks in the master bedroom. |
| 15 | Q. | You've seen Chinese drywall in those rooms? |
| 16 | A. | I've seen my pipes turn colors.  I don't know what |
| 17 | Chinese drywall looks like. | |
| 18 | Q. | Over on the left-hand side there's an indication |
| 19 | from the plumbing that there's blackening or corrosion of the | |
| 20 | copper fixtures and other fixtures.  You checked, yes, for | |
| 21 | each of those.  Is that based on your own visual inspection or | |
| 22 | from what the inspector told you? | |
| 23 | A. | First, it was him and then I looked at the rooms and |
| 24 | I saw it. | |
| 25 | Q. | And that's again in the garage where the water |

