UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of its Motion for Summary Judgment as to the claims filed by Levi Taylor:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

1

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Levi Taylor did not files claims in this matter until March 2018.

9. Levi Taylor is a plaintiff in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 4090 SW Kallen Street, Port St. Lucie, FL 34953 (the "Property").

10. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

11. Levi Taylor completed the Court approved documents and submitted the support for their claims. The documents were completed under penalty of perjury.

12. Levi Taylor was deposed on July 12, 2019 and had twenty-one (21) days to supplement documents.

13. Plaintiff purchased and built the Property between 2005 and 2006.

14. Plaintiff moved into the Property in January 2007.

15. Despite the alleged "horrible" sulfur smell that Plaintiff alleges damages for, and the constant repair/replacement of personal items, appliances, electronics and HVAC, Plaintiff did not take any steps to investigate further until 2017 when he had an inspection performed.

16. Plaintiff could only testify that these failures were "building" over years and that issues with blackening/corrosion were noticed within a "few years" of moving into the Property.

17. In part, Levi Taylor asserted claims in their submissions for loss of use and personal property.

18. Levi Taylor failed to provide documents and competent evidence to support their claims for loss of use and personal property.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0275
Email:          kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of December, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**