Page 1

UNITED STATES FEDERAL COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION   SECTION "L"

This document relates to:

Elizabeth Bennett, et al   JUDGE ELDON FALLON
Versus Gebr. Knauf, et al
   MAGISTRATE:

Case No. 14-cv-2722   JOSEPH WILKINSON, JR.

      The deposition of CHIN THI NGUYEN, 6627 Rose Farm Road, Ocean Springs, Mississippi 39564, taken in connection with the captioned cause, pursuant to the following stipulations before MELISSA M. EVANS, Certified Court Reporter, at the offices of Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana, on the 22nd of August, 2019.

**EXHIBIT 5**

```
 1   A.    Twenty-six years.
 2   Q.    Twenty-six years?  Wow.  You don't look old
 3         enough to be working 26 years.
 4   A.    Yeah, I'm too old.
 5   Q.    So did you sit here and listen to the
 6         deposition I just took of your husband?
 7   A.    Some I understand, some don't.
 8   Q.    You understood some of it, and you didn't
 9         understand some of it?
10   A.    No.  A little bit, yeah.
11   Q.    The parts that you understood, do you want to
12         adopt those as your testimony in this
13         litigation --
14   A.    Yeah, yeah.
15   Q.    -- as a claimant?  The parts that you
16         didn't -- can you tell me what you didn't
17         understand?
18   A.    Because the English -- because you speak big
19         word I don't understand.
20   Q.    Big words?
21   A.    If you speak little words, yeah.  Big, I
22         don't understand nothing -- a little bit.
23   Q.    Is there anything that you didn't understand
24         when your husband and I were talking about
25         the damages that you guys are claiming in
```

Page 7

1      this litigation?
2   A. Yeah, the damage, I understand the damage.
3   Q. You understand the damages?
4   A. Yes.
5   Q. And you agree with everything your husband
6      said about the damages?
7   A. Yeah.
8   Q. Is there anything you didn't understand about
9      when your husband and I were talking about
10     when you discovered Chinese drywall in your
11     home?
12  A. You know, I tell you, I go work.  I'm -- he
13     stay home.  He do all -- everything outside.
14     I just stay home and take care of my family.
15     That's all.  Everything, house, paper,
16     insurance, all that -- he work outside.  He
17     work outside.  I work inside.  So a lot of
18     stuff, I don't know what he doing.
19  Q. Okay.  But did you agree with what he told me
20     about the date on which Chinese drywall was
21     discovered in the home?
22  A. Yeah, I agree.
23  Q. And did you agree about how David came over
24     and took pictures of the ceiling?
25  A. Yes.

Page 8

1  Q.   Okay.  So everything that you understood, you
2       agreed?  And really what -- only what you
3       didn't understand was sometimes if I would
4       use big words, but you still agreed with what
5       your husband would testify to when I used
6       those big words?
7  A.   Yes.
8            MS. VEITH:
9                All right.  Well, same reservations
10               as the last deposition.  I don't know
11               what we do with exhibits --
12           MR. DOYLE:
13               We'll stipulate to adopt the same
14               exhibits attached to this deposition
15               as well.
16 BY MS. VEITH:
17 Q.   Okay.  So the same exhibits that were
18      attached to your husband's deposition can be
19      attached to yours.  And then that is all I
20      have for you.
21           MR. DOYLE:
22               You're done.  Very good.
23           MS. VEITH:
24               Thank you.
25               (Proceedings concluded.)