**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL | ) | |
| | PRODUCTS LIABILITY LITIGATION | ) | CIVIL ACTION NO. |
| | | ) | 2:09-md-02047 |
| | | ) | |
| | This document relates to: | ) | MDL  2047 |
| | ALL ACTIONS | ) | SECTION L |
| | | ) | JUDGE FALLON |
| | | ) | MAG. JUDGE WILKINSON |


**LAW OFFICES OF JOSEPH BUFFINGTON, LLP'S**
**MOTION FOR ALLOCATION OF THE DISPUTED ATTORNEYS' FEE FUND**


Movant, Joseph W. Buffington, moves the Court for an Order directing the Clerk of Court to pay to the Law Offices of Joseph Buffington, LLP the sum of Three Hundred Forty-four, Two Hundred Sixty-Nine and 76/100 Dollars ($344,269.76), from the disputed attorneys fee fund on deposit with the Registry of the Court, representing a fee interest in some 38 "Knauf" cases, represented jointly with Collins & Downey, P.C. later known as Collins & Horsley (collectively "Collins Group") and the firm of Whitfield, Bryson and Mason ("WBM").  Law Offices of Joseph Buffington, LLP's Memorandum in Support of this Motion is filed contemporaneously herewith.


Respectfully submitted, this the 24th day of December, 2019.


/s/ Joseph W. Buffington
Joseph W. Buffington


OF COUNSEL:

Law Offices of Joseph Buffington, LLP (formerly)
Law Offices of Joe Buffington, LLP
12217 Sam Sutton Road
Coker, AL  35452
Telephone:  (205) 200-1755
Email:  buffingtonjoe9@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Allocation of the Disputed Attorneys'

Fee Fund has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel,

Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed

with the Clerk of Court of the United States District Court for the Easter District of Louisiana by using the

CM/ECF System, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2057 on the 24th day of December, 2019.


/s/ Joseph W. Buffington_____
JOSEPH W. BUFFINGTON