| Law Firm Name | Global | Banner | InEx |
|---|---|---|---|
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,946.10 | | $717.59 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,604.59 | | $655.49 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $3,150.02 | | $572.82 |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | $6,586.29 | | |
| Collins & Horsley, P.C.; WHITFIELD BRYSON & MASON LLP | | | $479.78 |


EXHIBIT A

|  | Claimant ID | APID | PP Claim ID | Affected Property Address |
|---|---|---|---|---|
| 4. | 107299 | 9656. | 103103 | 100 Linden Lane, Birmingham, AL 35424 |
| 8. | 107203 | 9559 | 102663 | 101 Linden Lane, Birmingham, AL 35424 |
| 15. | 107037 | 9392 | 103362 | 1025 kings Way, Birmingham, AL 35242 |
| 17. | Pilot Program | | 102940 | 1036 Kings Way , Birmingham, AL, 35242 |
| 20. | Pilot Program | | 103129 | 1050 Edgewater Lane , Chelsea, AL, 35043 |
| 22. | Pilot Program | | 102988 | 1078 Kings Way , Birmingham, AL, 35242 |
| 23. | Pilot Program | | 103090 | 1080 Dunnavant Road , Birmingham, AL, 35242 |
| 24. | 107127 | 9483 | 103038 | 1092 Dunnavant Place, Birmingham, AL, 35242 |
| 25. | Pilot Program | | 102857 | 1095 Dunnavant Place , Birmingham, AL, 35242 |
| 26. | 106977 | 9331 | 103356 | 1096 Dunnavant Place, Birmingham, AL, 35242 |
| 27. | Pilot Program | | 103106 | 1099 Dunnavant Place , Birmingham, AL, 35242 |
| 28. | 107036 | 9391 | 102640 | 1100 Dunnavant Place, Birmingham, AL, 35242 |
| 29. | Pilot Program | | 103366 | 1104 Dunnavant Place , Birmingham, AL, 35242 |
| 31. | Pilot Program | | 102912 | 1129 Dunnavant Place , Birmingham, AL, 35242 |
| 32. | Pilot Program | | 102954 | 1129 Springhill Lane , Birmingham, AL, 35242 |
| 33. | Pilot Program | | 103322 | 1136 Dunnavant Place , Birmingham, AL, 35242 |
| 117. | Pilot Program | | 102626 | 301 Highland View Drive , Birmingham, AL, 35242 |
| 149. | 100735 | 9297 | 105475 | 541 Ledbetter Road, Munford, AL, 35268 |
| 130. | 107228 | 9584 | 104003 | 3608 Morgans Run, Bessemer, AL 35022 |

| Claimant Name |
| --- |
| Forbes, William |
| Ballard, James |
| Nearing, Wayne |
| Haralson Tommy ; Haralson Sandra ; Haralson Christopher |
| Cox Donnis ; Cox Thomas |
| Sumner Amy ; Sumner David ; Sumner Gabriella |
| Cook Thomas ; Cook Martha |
| James W Davis; Davis Nancy |
| Gibbs Michael ; Gibbs Eileen |
| Moulin William |
| Fowler David ; Fowler Martha Nan |
| Dan Peace; Peace Sharon |
| Nichols John ; Nichols Pamela |
| Hoit Charles ; Hoit Leta ; Hoit Allison |
| Johnson George ; Johnson Millie |
| Nguyen Katie ; Luong Khanal |
| Dennis Jack E; Dennis Sabrina ; Gaither Dalton |
| Christopher I Thrower; Thrower Jennifer |
| Sutherland Heath |

| Other Loss | Bodily Injury | Pilot Program | ARH | Total | Fee Amount |
|---|---|---|---|---|---|
| | | | | $4,663.69 | 675.52 |
| | | | | $4,260.08 | 617.06 |
| | | | | $3,722.84 | 539.24 |
| | | $237,347.23 | | $237,347.23 | 34,379.13 |
| | | 261726.01 | | $261,726.01 | 37,910.34 |
| | | $202,830.22 | | $202,830.22 | 29,379.43 |
| | | $170,458.35 | | $170,458.35 | 24,690.45 |
| $1,391.93 | | 250816.78 | | $252,208.71 | 36,531.78 |
| | | $226,176.40 | | $226,176.40 | 32,761.07 |
| $4,572.80 | | $173,449.25 | | $178,022.05 | 25,786.03 |
| | | 178741.65 | | $178,741.65 | 25,890.26 |
| $13,813.09 | | $255,548.36 | | $269,361.45 | 39,016.31 |
| | | $213,840.68 | | $213,840.68 | 30,974.27 |
| | | $267,747.73 | | $267,747.73 | 38,782.57 |
| | | $430,289.89 | | $430,289.89 | 62,326.38 |
| | | $187,690.90 | | $187,690.90 | 27,186.54 |
| | | $545,301.53 | | $545,301.53 | 78,985.52 |
| | | | | $6,586.29 | 954.00 |
| | | | | $479.78 | 69.49 |
| | | | | | 527,455.39 |

| CDW 1049 Row | | | |
|---|---|---|---|
| | **Claimant ID** | **APID** | **PP Claim ID** |
| **1.** | Pilot Program | | 106653 |
| **2.** | Pilot Program | | 100917 |
| **3.** | Pilot Program | | 106683 |
| **4.** | Pilot Program | | 111446 |
| **5.** | Pilot Program | | 111416 |
| **6.** | Pilot Program | | 108488 |
| **7.** | Pilot Program | | 111437 |
| **8.** | 107375 | 9734 | 108401 |
| **9.** | 107664 | 10984 | 108383 |
| **10.** | Pilot Program | | 108489 |
| **11.** | Pilot Program | | 107262 |
| **12.** | Pilot Program | | 107060 |
| **13.** | Pilot Program | | 107239 |
| **14.** | Pilot Program | | 107062 |
| **15.** | Pilot Program | | 107263 |
| **16.** | Pilot Program | | 107040 |
| **17.** | Pilot Program | | 107264 |
| **18.** | Pilot Program | | 107258 |
| **19.** | Pilot Program | | 103249 |

© 2019 BrownGreer PLC

## CHINESE DRYWALL ATTORNEY FEE REPORT
## AS OF 8/15/19

| Law Firm Name | Global | Banner |
|---|---|---|
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| Collins & Horsley, P.C.; Law Offices of Joe Buffington | | |
| | $0.00 | $0.00 |



EXHIBIT

| PAYMENT ISSUED | | | |
|---|---|---|---|
| Settlement Program | | | Pilot Program / ARH |
| InEx | Other Loss | Bodily Injury | Pilot Program |
| | | | $86,943.81 |
| | | | $701,542.77 |
| | | | $174,791.63 |
| | | | $125,111.14 |
| | | | $210,926.21 |
| | | | $285,059.67 |
| | | | $298,548.38 |
| | $1,418.02 | | $262,534.89 |
| | | $1,062.54 | $293,889.57 |
| | | | $230,371.71 |
| | | | $53,137.35 |
| | | | $52,621.88 |
| | | | $53,007.39 |
| | | | $53,394.12 |
| | | | $53,166.79 |
| | | | $62,967.54 |
| | | | $52,941.99 |
| | | | $58,473.43 |
| | | | $537,555.89 |
| $0.00 | $1,418.02 | $1,062.54 | $3,646,986.16 |

**Claimant and Prop**

| Affected Property Address |
|---|
| 115 Winners Circle , Calera, AL, 35040 |
| 1327 Legacy Drive , Birmingham, AL, 35242 |
| 185 Shadow Cove Lane , Trussville, AL, 35173 |
| 2033 Hamilton Place , Birmingham, AL, 35215 |
| 2351 Arbor Glenn , Hoover, AL, 35244 |
| 2379 Arbor Glenn , Birmingham, AL, 35244 |
| 3081 Arbor Bend , Birmingham, AL, 35244 |
| 31995 Butler Drive, Spanish Fort, AL, 36527 |
| 3612 Old Leeds Road, Mt. Brook, AL, 35213 |
| 564 Lakeview Circle , Alpine, AL, 35014 |
| 801 16th Avenue #2A , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #2B , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #2C , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #2D , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #3A , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #3B , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #3C , Tuscaloosa, AL, 35401 |
| 801 16th Avenue #3D , Tuscaloosa, AL, 35401 |
| 813 Boulder Lake Court , Birmingham, AL, 35242 |

**erty Information**

| Claimant Name |
|---|
| Middaugh Katherine |
| Donnelly Gabrielle T.; Donnelly Michael S. |
| Hunnicutt Bradley ; Hunnicutt Janet |
| Jones Teareya ; Tellis Briana |
| Noorani Anish ; Noorani Nagma ; Noorani Hemin ; Noorani C |
| Nilgiriwila Naushad ; Nilgiriwala Gulzer |
| Charania Salim Mohamad; Charania Jasmin Salim; Charania / |
| Beech Judd |
| James L Hard |
| Young Steven M; Young Lisa T |
| Harry Brown Co., LLC  ; FDIC as Receiver for Frontier Bank |
| Harry Brown Co., LLC  ; FDIC as Receiver for Frontier Bank |
| Estate of Mark G. Coley  ; Coley, Jr. F. Luke |
| Harry Brown Co., LLC  ; FDIC as Receiver for Frontier Bank |
| Harry Brown Co., LLC  ; FDIC as Receiver for Frontier Bank |
| Cooks Properties, LLC  ; Cook John R.; Cook Lyn ; Cook Bria |
| Harry Brown Co., LLC  ; FDIC as Receiver for Frontier Bank |
| Trethaway Richard ; Trethaway Patti |
| Baldone Charles ; Baldone Barbara |

| n / ARH | Total | IRC Principal | IRC Interest |
|---|---|---|---|
| **ARH** | | | |
| | $86,943.81 | $12,916.57 | $331.61 |
| | $701,542.77 | $104,222.82 | $2,675.76 |
| | $174,791.63 | $25,967.45 | $666.67 |
| | $125,111.14 | $18,586.80 | $477.19 |
| | $210,926.21 | $31,335.68 | $804.50 |
| | $285,059.67 | $42,349.12 | $1,087.25 |
| | $298,548.38 | $44,353.04 | $1,138.69 |
| | $263,952.91 | $39,213.45 | $1,006.75 |
| | $293,889.57 | $43,660.91 | $1,120.93 |
| | $230,371.71 | $34,224.55 | $878.67 |
| | $53,137.35 | $7,894.20 | $202.68 |
| | $52,621.88 | $7,817.62 | $200.71 |
| | $53,007.39 | $7,874.90 | $202.17 |
| | $53,394.12 | $7,932.35 | $203.65 |
| | $53,166.79 | $7,898.58 | $202.78 |
| | $62,967.54 | $9,354.60 | $240.16 |
| | $52,941.99 | $7,865.18 | $201.93 |
| | $58,473.43 | $8,686.94 | $223.03 |
| | $537,555.89 | $79,860.55 | $2,050.30 |
| **$0.00** | **$3,648,404.18** | **$542,015.31** | **$13,915.43** |

| Total IRC Fee Payment |
|---:|
| |
| $13,248.18 |
| $106,898.58 |
| $26,634.12 |
| $19,063.99 |
| $32,140.18 |
| $43,436.37 |
| $45,491.73 |
| $40,220.20 |
| $44,781.84 |
| $35,103.22 |
| $8,096.88 |
| $8,018.33 |
| $8,077.07 |
| $8,136.00 |
| $8,101.36 |
| $9,594.76 |
| $8,067.11 |
| $8,909.97 |
| $81,910.85 |

| |
|---:|
| **$555,930.74** |