UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | CIVIL ACTION NO. |
| | ) | 2:09-md-02047 |
| | ) | |
| This document relates to: | ) | MDL 2047 |
| ALL ACTIONS | ) | SECTION L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Law Offices of Joseph Buffington, LLP's Motion For Allocation Of the Disputed Attorneys' Fee Fund is hereby set for submission before District Court Judge Fallon on January 8, 2020 at 9:00 a.m.

RESPECTFULLY SUBMITTED


/s/ Joseph W. Buffington_____
Joseph W. Buffington

OF COUNSEL:

Law Offices of Joseph Buffington, LLP (formerly)
Law Offices of Joe Buffington, LLP
12217 Sam Sutton Road
Coker, AL  35452
Telephone:  (205) 200-1755
Email:  buffingtonjoe9@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Allocation of the Disputed Attorneys' Fee Fund has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Easter District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2057 on the 24th day of December, 2019.

/s/ Joseph W. Buffington_____
JOSEPH W. BUFFINGTON