UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL <br> PRODUCTS LIABILITY LITIGATION | * <br> * <br> *   CIVIL ACTION <br> * <br> *   MDL NO. 2047 <br> * <br> *   SECTION L (5) |
| **THIS DOCUMENT RELATES TO:** <br> *Elizabeth Bennett, et al. v. Gebr. Knauf* <br> *Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * <br> * <br> * |

## ORDER

Due to a conflict with the Court's calendar,

**IT IS ORDERED** that oral argument on the following Motions, currently scheduled for Wednesday, January 8, 2020 at 9:00 a.m., is **RESCHEDULED** for Wednesday, January 8, 2020 at 2:00 p.m.

- Plaintiffs' Motion to Remand, R. Doc. 22384
- Defendant's Motion to Deny Class Certification, R. Doc. 22399

New Orleans, Louisiana this 2nd day of January, 2020.

Eldon E. Fallon
United States District Judge