UNOFFICIAL



1st Judicial District
Instrument 2017  4190 D —J1
Filed/Recorded  6/27/2017  02:45 P
Total Fees $    12.00
4 Pages Recorded

| Prepared by:<br>Gerald M. Warren, Attorney<br>1921 24th Avenue<br>Gulfport, MS 39501<br>(228)897-9975<br>MS Bar No. 06963 | Return to:<br>Gerald M. Warren, Attorney<br>P. O. Box 1506<br>Gulfport, MS 39502<br>(228)897-9975 |
|---|---|
| **GRANTOR** | **GRANTEE** |
| Gerald M. Warren<br>Substitute Trustee<br>P. O. Box 1506<br>Gulfport, MS 39502<br>(228) 897-9975 | THE FIRST, a National Banking Association<br>P. O. Box 15549<br>Hattiesburg, MS  39404<br>(601) 268-8998 |

INDEXING INSTRUCTIONS: Lot 12, Square 19, Timber Ridge Shores, Unit 1A, Harrison Co., MS

## SUBSTITUTE TRUSTEE'S DEED

WHEREAS, on October 12, 2012, CHARLES W. BABER, and CATHERINE K. BABER executed a Deed of Trust to Terry L. Caves, Trustee for THE FIRST, A National Banking Association, which is recorded as Instrument No. 2012 10026 T-J1 in the Office of the Chancery Clerk of the First Judicial District of Harrison, County, Mississippi; and

WHEREAS, THE FIRST, a National Banking Association, appointed Gerald M. Warren as Substitute Trustee by instrument dated May 5, 2017, and recorded as Instrument Number 2017 4145 T-J1 in the aforesaid office; and

WHEREAS, default having been made in the terms and conditions of said Deed of Trust, and the indebtedness secured thereby, and the entire debt secured thereby having been declared due and payable in accordance with the terms of said Deed of Trust and the legal holder

EXHIBIT
D

UNOFFICIAL

Case 2:09-md-02047-EEF-MBN   Document 22446-5   Filed 01/06/20   Page 2 of 4

2

thereof, having requested the undersigned Substitute Trustee to execute the trust and to sell said land and property in accordance with the terms of said Deed of Trust for the purpose of raising the sums due thereunder, together with attorney's fees, trustee's fees and expenses of sale; and

WHEREAS, the undersigned Substitute Trustee, in accordance with the terms of said Deed of Trust and the laws of the State of Mississippi, did advertise said sale in The Sun Herald, a newspaper circulated in Harrison County, State of Mississippi, on the following dates: June 6, 2017, June 13, 2017 and June 20, 2017; which is more fully shown by the original Proof of Publication which is attached hereto as Exhibit "A" and is made a part hereof as if copied in full herein; and by posting on the 6th day of June, 2017, a copy of said Notice on the bulletin board of the Courthouse for the First Judicial District of Harrison County, Mississippi, located in the City of Gulfport; and

WHEREAS, on the 27th day of June, 2017, at the East main door of the Harrison County Courthouse, located in the City of Gulfport, First Judicial District of Harrison County, Mississippi, between the hours of 11:00 o'clock a.m. and 4:00 o'clock p.m., I, the undersigned Substitute Trustee, did offer for sale at public outcry and did sell for cash to the highest and best bidder, the following described land and property lying and being situated in the County of Harrison, First Judicial District, State of Mississippi, being more particularly described as follows, to-wit:

> Lot 12, Square 19, Timber Ridge Shores, Unit 1-A, a subdivision of Harrison County, Mississippi, as per the official map or plat thereof on file and of record in the Office of the Chancery Clerk of Harrison County, First Judicial District, Mississippi.

THE UNDERSIGNED SUBSTITUTE TRUSTEE offered the aforesaid property for sale at public outcry as set forth above, and there appeared at said sale THE FIRST, a National Banking Association, bidding the sum of $190,000.00 for all of the above described property, and said property was struck off to THE FIRST, a National Banking Association, for said amount, and said bidder was declared the purchaser thereof.

NOW THEREFORE, in consideration of the premises and the sum of $190,000.00, I do hereby sell and convey unto THE FIRST, a National Banking Association, all of the above described property, conveying only such title as is vested in me as Substitute Trustee.

UNOFFICIAL

WITNESS my signature on this the 27th day of June, 2017.

_____
GERALD M. WARREN, Substitute Trustee

STATE OF MISSISSIPPI
COUNTY OF HARRISON

    PERSONALLY appeared before me, the undersigned authority in and for the said county and state, on this 27th day of June, 2017, within my jurisdiction, the within named GERALD M. WARREN, Substitute Trustee, who acknowledged that in said representative capacity, he executed the above and foregoing instrument of writing, after first having been duly authorized so to do.

_____
NOTARY PUBLIC

My Commission Expires:

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 74129, ANN B. ALLEN, Commission Expires June 13, 2020, HARRISON COUNTY]

UNOFFICIAL

3

UNOFFICIAL

UNOFFICIAL

## Proof of Publication

STATE OF MISSISSIPPI

COUNTY OF HARRISON

NOTICE OF SUBSTITUTE TRUSTEE'S SALE
STATE OF MISSISSIPPI
COUNTY OF HARRISON
FIRST JUDICIAL DISTRICT
WHEREAS, on October 12, 2012, CHARLES W. BABER and CATHERINE K. BABER executed a Deed of Trust to Terry L. Caves, Trustee for THE FIRST, A National Banking Association, which is recorded as Instrument No. 2012 10026 T-J1 in the Office of the Chancery Clerk of the First Judicial District of Harrison County, Mississippi; and WHEREAS, THE FIRST, a National Banking Association, appointed Gerald M. Warren as Substitute Trustee by instrument dated May 5, 2017, and recorded as Instrument Number 2017 4145 T-J1 in the aforesaid office; and WHEREAS, default having been made in the payment of the indebtedness secured by said Deeds of Trust, which default has continued for a period of time necessary for the holder to declare the entire unpaid balance immediately due and payable, and THE FIRST, A National Banking Association, the holder of the Deeds of Trust as aforesaid, having requested the undersigned Substitute Trustee so to do, I will on the 27th day of June, 2017, offer for sale at public outcry and sell during the legal hours, being between the hours of 11:00 o'clock a.m. and 4:00 o'clock p.m., at the East main door of the Harrison County Courthouse located in the City of Gulfport, First Judicial District, State of Mississippi, for cash to the highest and best bidder, the following described land and property lying and being situated in the County of Harrison, First Judicial District, State of Mississippi, and more particularly described as follows, to-wit:
Lot 12, Square 19, Timber Ridge Shores, Unit 1-A, a subdivision of Harrison County, Mississippi, as per the official map or plat thereof on file and of record in the Office of the Chancery Clerk of Harrison County, First Judicial District, Mississippi.
I will convey only such title as is vested in me as Substitute Trustee.
WITNESS my signature this 19th day of May, 2017.
GERALD M. WARREN, Substitute Trustee
Gerald M. Warren
Attorney at Law
P. O. Box 1506
Gulfport, MS 39502
(228) 897-9975
MS Bar No. 06963
PUBLISH: June 6, 2017, June 13, 2017 and June 20, 2017.
1569760

Before me, the undersigned Notary of Harrison County, Mississippi personally appeared **Crista Brackett** who, being by me first duly sworn, did depose and say that she is a clerk of The Sun Herald, a newspaper published in the city of Gulfport, in Harrison County, Mississippi, and the publication of the notice, a copy of which is hereto attached, has been made in said paper **3** times in the following numbers and on the following dates of such paper, viz:

Vol. **133** No., **246** dated **6** day of **June**, 20**17**

Vol. **133** No., **253** dated **13** day of **June**, 20**17**

Vol. **133** No., **260** dated **20** day of **June**, 20**17**

Vol. _____ No., _____ dated _____ day of _____, 20 _____

Vol. _____ No., _____ dated _____ day of _____, 20 _____

Vol. _____ No., _____ dated _____ day of _____, 20 _____

Vol. _____ No., _____ dated _____ day of _____, 20 _____

Affiant further states on oath that said newspaper has been established and published continuously in said county for a period of more than twelve months next prior to the first publication of said notice.

*Crista Brackett*
Clerk

Sworn to and subscribed before me this **20** day of **June** A.D., 20**17**

*Meri A. Jackson*
Notary Public

*The Sun Herald has been deemed eligible for publishing legal notices in Jackson County to meet the requirements of Miss. Code 1972 Section 13-3-31 and 13-3-32.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 87184 MERI A. JACKSON Commission Expires Sept. 30, 2019 HARRISON COUNTY]

UNOFFICIAL