Plaintiff Profile Form - Residential Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | **MDL NO. 2047** | For Internal Use Only |
| PRODUCTS LIABILITY LITIGATION | **SECTION: L** | File Number |
| THIS DOCUMENT RELATES TO: ALL CASES | **JUDGE FALLON** | |
| | **MAG. JUDGE WILKINSON** | Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

---

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Kurt E. & Suzanne D. Tolliver |
| Address of Affected Property | 4531 Darwin Blvd. |
| | Port St. Lucie, FL 34953 |

Is this Property:* **Residential**   Commercial   Governmental

Name of Person Completing this Form: Kurt & Suzanne Tolliver

Is above your primary residence? **Yes** No

Mailing Address (if different):

Phone: ( 313 ) 980 - 4607

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one:   **Owner-Occupant**   Owner Only   Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

**Section II. Insurance Information**

Homeowner/ Renter Insurer:
Frontline Insurance

Policy #: FPH3-120315

Agent: Livings Insurance

Address: 2646 SW Mapp Road, Suite 101
Palm City, FL 34990-2740

Phone: ( 772 ) 219 - 4171

+ Attach Copy of Insurance Declaration Page

---

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| Kurt Tolliver | 09/11/15 | / / | **M** / F | / / | Yes | **No** | Owner - Occupant |
| Suzanne Tolliver | 09/11/15 | / / | M / **F** | / / | Yes | **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT A

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    (Yes)    No

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Kurt Tolliver

    1.2. When did the inspection take place?    08 / 24 / 16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    (Yes)    No

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Kurt Tolliver

    2.2. When was this determination made?    08 / 24 / 16

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,480 | | | |
| Estimated Sq. Ft. of Drywall | ----------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| | | | |
|---|---|---|---|
| Start Date: | / / | Completion Date | / / |
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Address: _____

Phone: (    )    -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name: _____

Address: _____

Phone: (    )    -

**Section X. Drywall Supplier**

Drywall Supplier's Name: _____

Address: _____

Phone: (    )    -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | 8-27-16 | _____ | 8-27-16. |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

| _____ | _____ | _____ | _____ |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

| _____ | _____ | _____ | _____ |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

Main File No. RB4531   Page #25

**Building Sketch**                                    094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | |
|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | |
| City | Port Saint Lucie | County  St. Lucie | State  FL | Zip Code  34953 |
| Lender | Universal Mortgage & Finance Inc. | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details | | |
|---|---|---|---|---|---|
| First Floor | 42.5 Sq ft | | 5 × 8.5 | = | 42.5 |
| Undefined Area | 2437.49 Sq ft | | 0.5 × 2.83 × 2.83 | = | 4 |
| | | | 0.5 × 2.83 × 2.83 | = | 4 |
| | | | 7 × 2.83 | = | 19.8 |
| | | | 39 × 22 | = | 858 |
| | | | 10 × 11 | = | 110 |
| | | | 13.5 × 8.5 | = | 114.75 |
| | | | 36.5 × 30 | = | 1095 |
| | | | 11.34 × 4 | = | 45.37 |
| | | | 10 × 18.66 | = | 186.57 |
| **Total Living Area (Rounded):** | **2480 Sq ft** | | | | |
| **Non-living Area** | | | | | |
| 2 Car Attached | 418 Sq ft | | 19 × 22 | = | 418 |



**FRONTline**
INSURANCE

|  | HOMEOWNERS POLICY<br>AMENDED DECLARATIONS | TRANSACTION DATE: 08/24/16<br>DATE ISSUED: 08/24/16 |
|---|---|---|

Underwritten by:
First Protective Insurance Co.
P.O.BOX 958405
Lake Mary, FL 32795-8405

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| **FPH3-120315** | From:<br>**9/11/15** | To:<br>**9/11/16** |
| | 12:01 AM Standard Time | |

**REASON AMENDED:** WEBSITE ADDITIONAL INTEREST ENDORSEMENT
**PRO-RATED CHANGE IN PREMIUM:** $ 0

*IF YOU HAVE QUESTIONS ABOUT YOUR POLICY, PLEASE CONTACT YOUR AGENT AT 772-219-4171*
*TO REPORT A CLAIM, CALL 800-675-0145*

| INSURED: | AGENCY: | 523-23-20571 |
|---|---|---|
| KURT EWINS TOLLIVER<br>& SUZANNE DANBORN TOLLIVER<br>4531 SW DARWIN BLVD<br>PORT ST LUCIE, FL 34953-6046 | LIVINGS INSURANCE<br>2646 SW MAPP RD SUITE 101<br>PALM CITY, FL 34990-2740 | |
| Telephone: 313-980-5169 | Telephone: 772-219-4171 | |

**LOCATION OF PROPERTY INSURED:**
4531 SW DARWIN BLVD, PORT ST LUCIE, FL 34953-6046

COVERAGE IS PROVIDED WHERE LIMIT OF LIABILITY AND PREMIUM ARE SHOWN:

**POLICY COVERAGES:**

| | LIMIT OF LIABILITY: | PREMIUM: |
|---|---|---|
| **SECTION I - PROPERTY** | | |
| A. DWELLING | $ 254,000 | $ 859 |
| B. OTHER STRUCTURES | NOT INCLUDED | |
| C. PERSONAL PROPERTY | $ 88,900 | $ (38) |
| D. LOSS OF USE | $ 12,700 | $ (122) |

SECTION I LOSSES ARE SUBJECT TO THE FOLLOWING:
DEDUCTIBLE FOR ALL PERILS EXCEPT HURRICANE: $1,000

## CALENDAR-YEAR HURRICANE DEDUCTIBLE: $5,080 (2% OF COVERAGE A)

| **SECTION II - LIABILITY** | | |
|---|---|---|
| E. PERSONAL LIABILITY | $ 300,000 | $ 18 |
| F. MEDICAL PAYMENTS TO OTHERS | $ 1,000 | INCLUDED |

**OPTIONAL COVERAGES:**

| | | |
|---|---|---|
| CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY | $ 10,000 | $ 6 |
| LOSS ASSESSMENT COVERAGE | $ 1,000 | INCLUDED |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA (PER OCCURRENCE/AGGREGATE) | $ 10,000/50,000 | INCLUDED |
| ORDINANCE OR LAW COVERAGE | 25% OF DWELLING | INCLUDED |
| SCREEN ENCLOSURE COVERAGE -- HURRICANE DAMAGE | NONE | |
| WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE | $ 5,000 | $ 25 |
| ANIMAL LIABILITY SPECIAL LIMITS | $ 25,000 | $ 25 |

**POLICY CREDITS AND CHARGES:**

| | | |
|---|---|---|
| WIND LOSS REDUCTION CREDIT ($1,422) | | INCLUDED |
| EMERGENCY MANAGEMENT PREPAREDNESS AND ASSISTANCE TRUST FUND SURCHARGE | | $ 2 |
| POLICY FEE | | $ 25 |

**PREMIUM SUMMARY:** *** THIS IS NOT A BILL - AN INVOICE WILL BE MAILED SEPARATELY ***

| POLICY COVERAGES:<br>$ 717 | OPTIONAL COVERAGES:<br>$ 56 | POLICY CREDITS AND CHARGES:<br>$ 27 | TOTAL ANNUAL PREMIUM:<br>$ 800 |
|---|---|---|---|
| The portion of your premium for Hurricane is: $171 | | The Non-Hurricane portion of your premium is: | $629 |

FIM-DEC (01/08)      INSUREDS COPY      PAGE 1 OF 3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

<table>
<tr><td>For Internal Use Only<br>File No. _____</td></tr>
<tr><td>Date Received:<br>_____</td></tr>
</table>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin        , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

## Section I. Claimant and Property Information

Name of Claimant: 

| Kurt | E | Tolliver | |
|------|----|----------|---|
| First Name | M.I. | Last Name | Suffix |
| Suzanne | M | Tolliver | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

4531 SW Darwin Blvd.
Address 1                                                              Address 2
Port St. Lucie                                    FL          34953
City                                              State        Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:  Kurt            E    Tolliver
First Name              M.I.    Last Name                    Suffix

Mailing Address (if different):

Address 1                                                              Address 2

City                                              State        Zip Code

Phone Number of Person Completing This Form: ( 313  ) 980  - 4607

_____

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 9 / 11 / 2015

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: ____/____/ 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 8 / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?
_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: ____/____/____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in:   _____

Date of filing:   _____/_____/_____
                    Month      Day         Year

Docket No.:   _____

Present Status:   _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?   _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
 Month    Day      Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
 Month    Day      Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated?  No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 73,928.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 148,249.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

**Section IX. Verification of Supplemental Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____      03-20-2018
Claimant's signature                                              Date signed

Name:      Kurt E. Tolliver

Address:   4531 SW Darwin BLVD
           Address 1                    Address 2
           Port St Lucie          FL        34953
           City                   State     Zip Code

Phone No.: ( 313  )  980   -  4607

Email:      ktolliver@ssoe.com

# Exhibit

## (See Section VII)

### Documents Related to Other Damages

1. 35 months in home – 64,585.??
2. TV replacement – 875.00
3. Dishwasher replacement – 865.00
4. AC replacement – 6,215.??
5. Printer replacement – 228.95
6. Hot Water Tank repair – 159.00
7. Electrical – 400.00
8. Plumbing fixtures – 25?.00
9. Jewelry – 700.00
10. Door Hardware – ???.??
11. Property Original Purchase Appraisal – 225,000
12. Property Appraisal Current after contacting St Lucie County for an inspection of home – 148,2??

Case 2:09-md-02047-EEF-MBN   Document 22447-2   Filed 01/06/20   Page 14 of 57

 Gmail                                    **Kurt Tolliver <kurt5468@gmail.com>**

---

## Confirmation of Staples.com Order 9737668863
1 message

---

**support@orders.staples.com** <support@orders.staples.com>          Sun, Apr 10, 2016 at 4:11 PM
To: kurt5468@gmail.com



### Hello Kurt Tolliver,

Thank you for choosing Staples. Below is a summary of your recent order. We'll send you another email once it's shipped. You can also check the status of your order anytime by visiting My Account on staples.com.

**ORDER NUMBER: 9737668863**
**Order Date:** 04/10/2016

---

| BILLING ADDRESS | PAYMENT INFORMATION | | PAYMENT METHOD | |
|---|---|---|---|---|
| Kurt Tolliver | Subtotal: | $414.98 | DI ending in 1960: | $228.95 |
| 4531 Sw Darwin Blvd | Discounts/Fees: | $200.00 | | |
| Port Saint Lucie, FL 34953 | Shipping: | $0.00 | | |
| | Tax: | $13.97 | | |
| | **Order Total:** | **$228.95** | | |

---

## DIGITAL GOODS & SERVICES

| Item | | Price | Qty | Coupons/Rewards | You Paid |
|---|---|---|---|---|---|
| square trade PROTECTION PLAN | 2yr Printer Protection Plan 15019999 Item #1037488 | $14.99 | 1 | $0.00 | $14.99 |

Your warranty information will arrive via email if one was provided during order placement and if not, it will arrive via postal mail

---

## ITEMS FOR DELIVERY

### Expected Delivery: Monday, April 18, 2016
Ship To: 4531 Sw Darwin Blvd, Port Saint Lucie, FL 34953

| Item | | Price | Qty | Coupons/Rewards | You Paid |
|---|---|---|---|---|---|
| | HP Officejet eAllinOne Printer 8630 Item #159209 | $399.99 | 1 | $200.00 Save $200 Instantly | $199.99 |

# Ken Pruitt

**PROPERTY APPRAISER • Saint Lucie County**

2300 Virginia Avenue, Fort Pierce, Florida 34982-5632

Telephones: 772-460-3315 • Facsimile: 772-465-4159 • www.paslc.org

September 7, 2016

Kurt E Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL 34953-6046

RE: 3420-665-1643-000-8

To ensure you receive the maximum benefit you are entitled to, our office has completed a review of your 2016 Market/Assessed Value. This review was based on either additional information submitted to this office, information gathered by this office, or from an inspection of your property.

After careful consideration, we are pleased to inform you that a change is being made to your 2016 Market Value. The original TRIM and adjusted TRIM values are indicated below. Note the values in the Total Assessed Value Column. Because of Amendments 1 and 10 a change in the Market Value does NOT always result in a change in the Assessed Value.

|  |  | Land | Improvements | Total Market | Total Assessed |
|---|---|---|---|---|---|
| Original TRIM | 2016 | $24,000 | $161,600 | $185,600 | $185,600 |
| Adjusted TRIM | 2016 | $24,000 | $121,200 | $145,200 | $145,200 |

If we can be of any further assistance, feel free to contact our office at (772) 460-3315.

With kindest regards,

Vincent Rahal, CFE

Director of Assessments





**Our *Promise* to You...**
**Superior Service, Trusted Results**



**CLUB MANAGER J BRATTON**
**( 772 ) 878 - 4881**
08/08/17 18:49 4230 04972 012   1219

KOLLECTORS

```
      775919 VIZIO65UHD        878.00 N
      147267 VIZIO 32 1        189.77 N
      233195 PAPER TOWEL        16.76 N
                   SUBTOTAL  1,084.53

                      TOTAL  1,084.53
                  AMEX  TEND  1,084.53
AMERICAN EXPRESS *** **** ***1 008 I 0
APPROVAL # 855504

AID A000000025010801
TC 5C692FE931C31715
TERMINAL # SC011259
*Signature Verified
                 CHANGE DUE      0.00
```

Visit samsclub.com to see your savings

# # ITEMS SOLD 3

TC# 4661 6740 2221 4290 9321 18



# Happy to Help

*** MEMBER COPY ***

# INVOICE AND NOTICE OF RIGHT TO CANCEL
## INVOICE

706338

| Merchant ID # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Acct. # | | | | | | | | | | |
| Buyer Name | | | | | | | Buyer is Age 65 or Older ☐ | | | |
| Buyer Address | | | | | | | | | | |
| Buyer City/State/ZIP | | | | | | | | | | |
| Seller Business Name | | | | | | | | | | |
| Seller Address | | | | | | | | | | |
| Seller City/State/ZIP | | | | | | | | | | |
| Seller Phone # | | | Salesperson | | | | | | | |
| Seller License # | | | License Classification | | | | | | | |

| CREDIT TERM PLAN NO. | | | | AUTHORIZATION # | |
|---|---|---|---|---|---|
| MERCHANT TICKET/ INVOICE # | | DESCRIPTION | | | TOTAL AMOUNT FINANCED |

**TERMS OF PURCHASE:** Regular Rate with Regular Payments unless Special Terms are indicated below. If Special Terms, complete only one box below:

| No Interest if Paid in Full* within ____ Months with Regular Payments | Special Rate (Equal Pay): ____ % APR ____ Equal Payments | Special Rate (Reduced APR) ____ % APR ____ Custom Payment |
|---|---|---|

**\*Special Terms and APR Information**

If your special terms promotion is No Interest if Paid in Full, you will be charged no interest if paid in full by the end of the special terms period. If the purchase balance is not paid in full by the end of the period, interest will be charged to your account from the purchase date at the applicable rate disclosed below.

| If your account was opened: | your APR will be: |
|---|---|
| on or after January 6, 2016 | 28.99% |
| between September 28, 2010 - January 5, 2016 | 27.99% |
| prior to September 28, 2010 | 25.99%, 23.90%, or 21.90% depending on when you opened your account. See your credit card agreement or billing statement for the APR applicable to your account. |

If you are not sure when your account was opened or would like further information about rates applicable to your account, call Wells Fargo Financial National Bank at 1-800-459-8451. Representatives are available Monday through Friday, 8:00 a.m. to 6:00 p.m. Central Time.

**TERMS.** This transaction is under your Credit Card Agreement with Wells Fargo Financial National Bank ("the Bank").

**SECURITY INTEREST.** Where applicable, you give the Bank a purchase-money security interest in goods purchased in this transaction. The Bank will not claim a security interest or other lien (except judgment liens) in your principal dwelling. You agree that any property described in this transaction will remain personal property and will not become a fixture even if attached to real property.

**NOTICE TO BUYER**

1. **Do not sign this invoice if any of the spaces intended for the agreed terms to the extent of then available information are left blank.**
2. **You are entitled to a copy of this invoice at the time you sign it.**
3. **You may at any time pay off the full unpaid balance due under this invoice.**
4. **The Seller has no right to enter unlawfully your premises or commit any breach of the peace to repossess goods purchased under this invoice.**
5. **By signing below, you acknowledge that you have been provided oral notice of the right to cancel this transaction, without any penalty or obligation, within the number of days from the date of the transaction specified on the "Notice of Right to Cancel", or, if you are at least 65 years old, within the number of days from the date of the transaction specified on the "Notice of Right to Cancel". You may cancel this transaction if it has not been signed at the main office or branch office of the Seller as explained in the Right to Cancel notice below.**

Buyer Signature _____   Buyer Signature _____   Date _____

## BUYER'S RIGHT TO CANCEL

YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY (FIFTH BUSINESS DAY IN ALASKA OR MARYLAND, SEVENTH BUSINESS DAY IN MARYLAND IF YOU ARE 65 OR OLDER, FIFTEENTH BUSINESS DAY IN NORTH DAKOTA IF YOU ARE 65 OR OLDER) AFTER THE DATE OF THIS TRANSACTION (OR, IN UTAH, AFTER THE DATE OF THE TRANSACTION OR RECEIPT OF THE PRODUCT, WHICHEVER IS LATER). SEE THE BELOW NOTICE OF RIGHT TO CANCEL FORM FOR AN EXPLANATION OF THIS RIGHT. FAILURE TO EXERCISE THIS OPTION, HOWEVER, WILL NOT INTERFERE WITH ANY OTHER REMEDIES YOU MAY POSSESS. IF YOU CANCEL, THE SELLER MAY NOT KEEP ANY OF YOUR DOWN PAYMENT. ADDITIONALLY, IN MICHIGAN, THE SELLER IS PROHIBITED FROM HAVING AN INDEPENDENT COURIER SERVICE OR OTHER THIRD PARTY PICK UP YOUR PAYMENT AT YOUR RESIDENCE BEFORE THE END OF THE 3-BUSINESS-DAY PERIOD IN WHICH YOU CAN CANCEL THE TRANSACTION.

## NOTICE OF RIGHT TO CANCEL

Enter date of transaction: _____ Date (1)

YOU MAY CANCEL THIS TRANSACTION, WITHOUT ANY PENALTY OR OBLIGATION, WITHIN THREE BUSINESS DAYS (FIVE BUSINESS DAYS IN ALASKA OR MARYLAND, SEVEN BUSINESS DAYS IN MARYLAND IF YOU ARE 65 OR OLDER, FIFTEEN BUSINESS DAYS IN NORTH DAKOTA IF YOU ARE 65 OR OLDER) FROM THE ABOVE DATE (OR, IN UTAH, AFTER THE DATE OF THE TRANSACTION OR RECEIPT OF THE PRODUCT, WHICHEVER IS LATER).

IF YOU CANCEL, ANY PROPERTY TRADED IN, ANY PAYMENTS MADE BY YOU UNDER THE CONTRACT OR SALE, AND ANY NEGOTIABLE INSTRUMENT EXECUTED BY YOU WILL BE RETURNED WITHIN TEN BUSINESS DAYS FOLLOWING RECEIPT BY THE SELLER OF YOUR CANCELLATION NOTICE, AND ANY SECURITY INTEREST ARISING OUT OF THE TRANSACTION WILL BE CANCELLED.

IF YOU CANCEL, YOU MUST MAKE AVAILABLE TO THE SELLER AT YOUR RESIDENCE, IN SUBSTANTIALLY AS GOOD CONDITION AS WHEN RECEIVED, ANY GOODS DELIVERED TO YOU UNDER THIS CONTRACT OR SALE; OR YOU MAY IF YOU WISH, COMPLY WITH THE INSTRUCTIONS OF THE SELLER REGARDING THE RETURN SHIPMENT OF THE GOODS AT THE SELLER'S EXPENSE AND RISK.

IF THE SELLER DOES NOT PROVIDE INSTRUCTIONS FOR THE RETURN OF THE GOODS TO THE SELLER OR IF YOU DO MAKE THE GOODS AVAILABLE TO THE SELLER AND THE SELLER DOES NOT PICK THEM UP WITHIN 20 DAYS OF THE DATE OF YOUR NOTICE OF RIGHT TO CANCEL (OR, IN INDIANA, WITHIN 20 DAYS OF THE DATE OF RECEIPT OF YOUR NOTICE OF RIGHT TO CANCEL OR 10 DAYS OF RETURNING PAYMENT OR OTHER CONSIDERATION TO YOU, WHICHEVER IS EARLIER), YOU MAY RETAIN OR DISPOSE OF THE GOODS WITHOUT ANY FURTHER OBLIGATION. IF YOU FAIL TO MAKE THE GOODS AVAILABLE TO THE SELLER, OR IF YOU AGREE TO RETURN THE GOODS TO THE SELLER AND FAIL TO DO SO, THEN YOU MAY REMAIN LIABLE FOR PERFORMANCE OF ALL OBLIGATIONS UNDER THIS CONTRACT.

TO CANCEL THIS TRANSACTION, MAIL OR DELIVER A SIGNED AND DATED COPY OF THIS CANCELLATION NOTICE OR ANY OTHER WRITTEN NOTICE, (WHICH, IN CALIFORNIA, MAY INCLUDE EMAIL OR FAX NOTICE) OR SEND A TELEGRAM, TO:

_____ AT _____
Seller Name                    Seller Address (no PO Boxes)/City/State/Zip

NOT LATER THAN MIDNIGHT OF _____
Date (2)

I HEREBY CANCEL THIS TRANSACTION. _____
Date                    Buyer Signature

**CONSUMER NOTE / NON-NEGOTIABLE CONSUMER NOTE / CONSUMER PAPER / THIS IS A CONSUMER CREDIT DOCUMENT**

IN ARIZONA: This instrument is based upon a home solicitation sale, which is subject to the provisions of Title 44, Chapter 15. This instrument is not negotiable.
IN CONNECTICUT: This instrument is based upon a home solicitation sale, which sale is subject to the provisions of the Home Solicitation Sales Act. This instrument is not negotiable.
IN NORTH DAKOTA: This instrument is based upon a personal solicitation sale, which is subject to the provisions of the North Dakota Century Code. This instrument is not negotiable.
IN WISCONSIN: This is a home improvement contract and is non-negotiable. Every holder takes subject to all other claims and defenses of the maker of obligor.

2964STPSA(0217)

BUYER COPY

# INVOICE

Sea Coast Air Conditioning &
Sheet Metal, Inc.
3108 Industrial 31st St.
Fort Pierce FL  34946
Phone: 772-466-2400

| DATE  | INVOICE #  | CUST  |
|---|---|---|
| 9/12/2017 | 0000020491 | 0008276 |

**BILL TO:**

**Kurt Tolliver**
**4531 SW Darwin Blvd**
**Port St Lucie FL  34953**

**SHIP TO:**

**Kurt Tolliver**
**4531 SW Darwin Blvd**
**Port St Lucie FL  34953**

| P.O. NUMBER | TERMS | SALES PERSON |
|---|---|---|
| | COD | Jason |

| QUAN | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|
| 1.00 | LABOR AND MATERIAL TO INSTALL (1) 5 TON 16.5 SEER CARRIER A/C SYSTEM<br>Warranty-1 Year Labor, 10 Years Parts, 10 Years Compressor | 6,363.00 | 6,363.00 |
| 1.00 | FPL customer rebate | -150.00 | -150.00 |

*2 7051*
*Approval call*
*$75.00*

| | TOTAL | | $6,213.00 |
|---|---|---|---|

**SEA COAST AC**
3108 INDUSTRIAL 31ST STREET
FT PIERCE, FL 34946
(772) 466-2400

| | |
|---|---|
| **Date:** | 09/12/2017 |
| **Transaction Type:** | Deferred Delivery |
| **Customer Account Number:** | 7023 |
| **Authorization Number:** | 012589 |
| **Ticket Number:** | |
| **Plan Number:** | 2225 |
| **Net amount of sale:** | $5,400.00 |
| **Sales Person ID:** | Jason |

---

### Cardholder Terms

This transaction is under your Credit Card Agreement with Wells Fargo Financial National Bank (the "Bank"). You give the Bank a purchase-money security interest in goods purchased in this transaction.

Special Rate of 12.90% APR with custom monthly payments of 2.15% of the purchase balance

Please see your Credit Card Agreement for credit costs and terms.

**SIGNATURE:** By signing below, you agree to be bound by the terms of your Credit Card Agreement and the Important Terms of your Credit Card Account including the Arbitration Agreement.

**ACKNOWLEDGEMENT:** You acknowledge receipt of the following documents at the time you opened your account

✓Credit Card Agreement

✓Important Terms of Your Credit Card Account

✓Wells Fargo Financial National Bank Privacy Notice

**Signature:**  _____
KURT TOLLIVER

customer copy
of terms


FPL

NON-NEGOTIABLE
VOID AFTER 30 DAYS FROM
DATE OF INSTALLATION

# Residential Central Air Conditioning Rebate Certificate

**CONGRATULATIONS** on your decision to purchase a new high-efficiency A/C unit. FPL joins in your efforts to save energy by helping you reduce your cost through the following rebate.

| $6,363.00 | − | $150.00 | = | $6,213.00 |
|---|---|---|---|---|
| TOTAL COST OF A/C SYSTEM (Cost of unit only, excluding add-ons) | | **FPL REBATE AMOUNT** (Must be itemized on customer's invoice) | | AMOUNT DUE BY CUSTOMER TO CONTRACTOR |

| Customer Information | | | | Customer's Participating Independent Contractor | | |
|---|---|---|---|---|---|---|
| FPL CUSTOMER ACCOUNT NO. | | METER NO. (optional) | | VENDOR NO. 3000081383 | | INSTALLATION DATE 9/12/2017 |
| NAME ON FPL ACCOUNT KURT TOLLIVER | | | | COMPANY NAME SEA COAST A/C | | |
| OWNER OR LANDLORD NAME (if different from name on FPL account) | | | | MAILING ADDRESS 3108 INDUSTRIAL 31ST STREET | | |
| INSTALLATION ADDRESS 4531 SW DARWIN BLVD | | | | CITY FT PIERCE | STATE FL | ZIP 34946 |
| CITY PORT ST LUCIE | STATE FL | ZIP 34953 | | TELEPHONE (772) 466-2400 | COMPANY REPRESENTATIVE CHRIS LANGEL | |
| BEST CONTACT PHONE NUMBER (313) 980-4607 | | | | PARTICIPATING INDEPENDENT CONTRACTOR SIGNATURE X | | DATE |

| Specify the total number of Air Conditioning Systems in the home: _____ | **On Call® Equipment** On Call |
|---|---|
| By signing this certificate, both the homeowner and contractor acknowledge the total number of Air Conditioning Systems specified above is correct. | If On Call Box present, was the low voltage wire reconnected? ☐ Yes ☐ No ☐ Not Present If no, give reason: _____ |

My signature and acceptance of the FPL Rebate indicates that the above described energy saving measure has been fully installed to my satisfaction and that I understand and agree to the terms below, including Disclaimer of Warranties and Waiver .

_____ Date _____

CUSTOMER SIGNATURE   Certificate is not valid unless signed by customer

**IMPORTANT INFORMATION, TERMS, DISCLAIMERS AND WAIVER REGARDING THE FLORIDA POWER & LIGHT COMPANY (FPL) Residential Central Air Conditioning Demand Side Management Program:** This program may offer a rebate to offset the costs of the improvement you have selected; you can learn more about this program by going to www.FPL.com. As not all energy saving improvements are appropriate for every application, it is the responsibility of both the Customer and its selected independent contractor to determine what products, if any, might be appropriate for the Customer's specific situation and location. FPL does not represent, warrant or guarantee that any particular energy saving improvement that is eligible for a rebate payment is appropriate for the Customer's premises or will provide any particular amount of energy savings. In order for a customer to be entitled to a rebate payment from FPL for a potential energy saving improvement that has been selected by the Customer, the Customer must use an independent contractor that has been pre-approved by FPL to participate in its program (a "Participating Independent Contractor"). FPL has pre-approved many different independent contractors to participate in its program from which the Customer can select at the Customer's sole discretion. These Participating Independent Contractors are neither employed by FPL nor an agent of FPL nor under the control or supervision of FPL but rather are independent contractors. The decision to select, hire and the management of these Participating Independent Contractors is the sole responsibility of the Customer. FPL is not a party to any agreement reached between the Customer and its selected Participating Independent Contractor nor is it involved in the negotiation of the terms of such agreement.

**DISCLAIMER OF WARRANTIES: IN REFERENCE TO THE ENERGY SAVING IMPROVEMENT FOR WHICH CUSTOMER SEEKS A REBATE PAYMENT, FPL DOES NOT MAKE AND EXPRESSLY DISCLAIMS ANY WARRANTIES, GUARANTEES, PROMISES OR COVENANTS, WHETHER EXPRESSED OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, THE SUITABILITY OR QUALITY OF THE MATERIALS OR EQUIPMENT INSTALLED BY THE PARTICIPATING INDEPENDENT CONTRACTOR OR THE WORKMANSHIP OF THE PARTICIPATING INDEPENDENT CONTRACTOR SELECTED BY A CUSTOMER.** Should the Customer have any issue regarding the workmanship and/or suitability of a specific energy saving product that is eligible for a rebate payment from FPL, the customer must seek redress from the Participating Independent Contractor it selected and hired to perform the work. FPL is not responsible for any of this work.

**WAIVER: IN CONSIDERATION OF THE REBATE PAYMENT FROM FPL, CUSTOMER AGREES TO FULLY RELEASE FPL, ITS AGENTS, AFFILIATES, INSURERS, AND EMPLOYEES, FROM ANY AND ALL CLAIMS, DAMAGES, LIABILITIES, RIGHTS AND REMEDIES, WHETHER KNOWN OR UNKNOWN, BOTH AT LAW AND IN EQUITY, THAT CUSTOMER HAS AGAINST FPL, THAT RELATES TO THE IMPROVEMENT UPON WHICH THE CUSTOMER SEEKS THE REBATE PAYMENT FROM FPL.**

# SEA COAST AIR CONDITIONING
# & SHEET METAL

**3108 Industrial 31st Street • Fort Pierce, FL 34946**

**Phone (772) 466-2400**

DATE _____

CUSTOMER # _____

TECH # _____

## WATER LEAKS
## 30 DAY
## GUARANTEE

| LOCATION OF WORK | | |
|---|---|---|
| NAME | | |
| ADDRESS | | |
| DESCRIPTION OF COMPLAINT | | |

| QUAN | ITEM | PRICE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TRAVEL TIME _____ TIME ARRIVED _____ TIME DEPARTED _____

## ALL MANUFACTURERS REQUIRE
## YEARLY MAINTENANCE TO KEEP
## WARRANTIES IN EFFECT

| | AMOUNT |
|---|---|
| SERVICE PARTS | |
| SERVICE CHARGE | |
| ENVIRONMENTAL COMPLIANCE CHARGE • FREON RECOVERY & DISPOSAL | |
| **TERMS: NET DUE UPON COMPLETION** | |
| TOTAL AMOUNT DUE | 8_ |

| BILL TO NAME | Fort Tolliver | | |
|---|---|---|---|
| STREET | 457 Dow___ | PHONE | |
| CITY | PSL | STATE | FL | ZIP | |
| MAKE | MODEL | SERIAL NUMBER | |

| DATE | DESCRIPTION OF WORK PERFORMED |
|---|---|
| | Found _____ _____ |
| | _____ _____ |
| | _____ _____ new |
| | _____ _____ |
| | _____ |

TERMS:
☐ CASH  ☑ CHECK  CK# _____
☐ VISA  ☐ MASTERCARD
☐ DISCOVER ☐ AMERICAN EXPRESS

CARD _____ EXP. _____

## CUSTOMER IS RESPONSIBLE TO SCHEDULE
## A YEARLY MAINTENANCE SERVICE.

UPON INSPECTION OUR TRAINED PERSONNEL
RECOMMEND THE FOLLOWING

I HAVE AUTHORITY TO ORDER THE WORK AS OUTLINED ABOVE.
THIS INVOICE IS SUBJECT TO A FINANCE CHARGE OF 1-1/2%
PER MONTH, ANNUAL PERCENTAGE RATE OF 18% WHICH IS
ALLOWED BY LAW. I AGREE TO PAY ALL COSTS AND REASON-
ABLE ATTORNEY'S FEES IF THIS INVOICE IS PLACED IN THE
HANDS OF AN ATTORNEY FOR COLLECTION.

X Susana Tolliver
CUSTOMERS SIGNATURE

```
DATE: 11-17-17  14:18        JETSON TV & APPLIANCE CTR      PAGE:   1
                         O R D E R   P A C K I N G   S H E E T
WAREHOUSE LOC: FP   SELLING BRNCH: ST              ORDER # ST  -SK2037-0
ORDER DATE 11-15-17  DELIVERY DATE 11-18-17
BILL TO : SUZANNE TOLLIVER        SHIP TO : SUZANNE TOLLIVER
          4531 SW DARWIN BLVD                4531 SW DARWIN BLVD

          PORT ST LUCIE   FL 34953           PORT ST LUCIE   FL 34953

    PHONE: 3139805169            PHONE: 3139805169
  WK PHONE:                      ****************************************
  SALESMAN: 808 RON FLINT        *US1 S TR ON PSL BVD TL ON DARWIN TO END *
                                 *                                        *
                                 *                                        *
  CUST P/O # :                   *                                        *
  A/R ACCT #                     ****************************************
- - --------- ------------------------------------------------------------
        ITEM                                          EACH    QTY
  BRAND LIN  DESCRIPTION          UNT P/U ORDER FILLD PRICE ONHAND
-- ----------- ---------- ------------------------- ---------- -----------
MIS ____ __ _____        EA FP    1  __      125.00    0 ****
        NORMAL SWAPOUT DISHWASHER 808
XXX  003 NDT                EA FP    1  __         .00    0 ****
        NOT DISPATCH TRACK ROUTING 808
NSI  005 JETSAP600          EA FP    1  __       89.99    0
        5YR DOP UNDER $600 W/10YR C808

SERIAL # **WARRANTY**

ZZZ  006 50%                EA FP    1  __         .00    0
        50% REFUND IF NOT USED   808
LGA  007 LDES5ASAD          EA FP    1  __      598.00    1
        9-_____ (COVERED)

SERIAL # _____


    SHIPABLE AMT:   812.99  APPLIED CA/CR:     .00
        FREIGHT:      .00  CHG / COLLECT:     .00
           TAX:    52.84       FINANCE:   865.83
                   -------  CR.MEMO/TRADE:     .00
                   865.83

                  ******* END OF ORDER *******
```

# Appraisal Compliance Certification

**Subject Property Address**
4531 SW Darwin Blvd
Port Saint Lucie, FL 34953

**Legal Description**
Port St Lucie-Section 34- BLK 2391 Lot 11

Effective Date of Appraisal: 08/19/2015
File Number: RB4531

a la mode, inc., certifies that the ordering and delivery of the above referenced appraisal report, the ("REPORT"), was completed using the proprietary workflow and policies of the Mercury Network vendor management platform. The following specific features were used for this order.

- ☐ Intelligent Appraiser Selection System (ISS) was used to automatically select the appraiser from either the complete Mercury Network appraiser pool or a custom lender built fee panel.

- ☐ Double-Blind communication was enabled which restricts free-form communication between the appraiser and person placing the order. All status messages are restricted to pre-written, system supplied text. The identity of the appraiser is concealed until the appraisal is delivered.

The undersigned appraiser(s) responsible for preparing the above referenced appraisal report hereby certify that the report was completed and the opinion of value developed in accordance with USPAP standards; And, at no time did any employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company, or partner on behalf of the lender, influence or attempt to influence the development, reporting, result, or review of the REPORT.

The appraiser(s) further certify that at no time were they provided with or informed of any estimate regarding the Subject Property's value including but not limited to a borrower estimate of value, proposed loan amount, or loan to value ratio (LTV), except in the case of purchase transactions where according to USPAP Standards Rule 1-5(a) the appraiser is required to analyze all agreements of sale, options, and listings of the subject property as of the effective date of the appraisal.

a la mode, inc. is not a party to this agreement and does not have any obligations with respect to the certifications made by the appraiser(s). Any claims or disputes based on this certification are between the appraiser(s) and the recipient of the certification.

| Appraiser | Supervisory Appraiser (if required) or Co-Appraiser (if applicable) |
|---|---|
| Signature | Signature |
| RODOLFO A. BETANCOURT | |
| Appraiser | Supervisory or Co-Appraiser |
| 5025 REGENCY ISLES WAY | |
| COOPER CITY, FL 33330 | |
| RD5925 | |
| License or Certification # | License or Certification # |
| 08/21/2015 | |
| Date of Report/Signature | Date of Signature |

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | File No. RB4531 | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |

# TABLE OF CONTENTS

Appraisal Compliance Certification Addendum ........................................................................................................................................ 1
Invoice ............................................................................................................................................................................................................. 2
Cover Page ...................................................................................................................................................................................................... 3
URAR ............................................................................................................................................................................................................... 4
Supplemental Addendum ............................................................................................................................................................................. 10
Subject Photos ............................................................................................................................................................................................... 14
Interior Photos ............................................................................................................................................................................................... 15
Interior Photos ............................................................................................................................................................................................... 16
Comparable Photos 1-3 ................................................................................................................................................................................ 17
APPRAISER LICENSE ................................................................................................................................................................................... 18
E&O INSURANCE ........................................................................................................................................................................................... 19
Market Conditions Addendum to the Appraisal Report ........................................................................................................................... 20
UAD Definitions Addendum .......................................................................................................................................................................... 21
COPPER COUPON DRYWALL TEST RESULTS ....................................................................................................................................... 24
Building Sketch (Page - 1) ............................................................................................................................................................................ 25
Location Map ................................................................................................................................................................................................... 26

# INVOICE

**FROM:**
RODOLFO A. BETANCOURT
FLORIDA SUNSHINE APPRAISAL, CORP.
5025 REGENCY ISLES WAY
COOPER CITY FL. 33330
rudy@flasunshineappraisals.com      CELL 786-712-5002
Telephone Number: 954-530-8305      Fax Number: 954-839-6355

| INVOICE NUMBER | |
| --- | --- |
| RB4531 | |

| DATE | |
| --- | --- |
| 08/19/2015 | |

**TO:**

Universal Mortgage & Finance Inc.
3158 Braverton Street
Edgewater, MD 21037

Telephone Number:            Fax Number:
Alternate Number:            E-Mail:

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | |
| Lender Case #: | FLML15080482 |
| Client File #: | |
| Main File # on form: | RB4531 |
| Other File # on form: | 094-7263174 |
| Federal Tax ID: | 01-0824151 |
| Employer ID: | 01-0824151 |

## DESCRIPTION

**Lender:** Universal Mortgage & Finance Inc.      **Client:** Universal Mortgage & Finance Inc.
**Purchaser/Borrower:** Suzanne D. & Kurt E. Tolliver
**Property Address:** 4531 SW Darwin Blvd
**City:** Port Saint Lucie
**County:** St. Lucie      **State:** FL      **Zip:** 34953
**Legal Description:** Port St Lucie-Section 34- BLK 2391 Lot 11

## FEES

| DESCRIPTION | AMOUNT |
| --- | --- |
| FULL APPRAISAL | 400.00 |
| REMIT PAYMENT PLEASE ************************************************* | |
| | |
| **SUBTOTAL** | 400.00 |

## PAYMENTS

| | | | AMOUNT |
| --- | --- | --- | --- |
| Check #:  Date:  Description: | | | |
| Check #:  Date:  Description: | | | |
| Check #:  Date:  Description: | | | |
| **SUBTOTAL** | | | |
| **TOTAL DUE** | | | $    400.00 |

**FLORIDA SUNSHINE APPRAISAL, CORP.**
**COOPER CITY, FL. 33330**



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
4531 SW Darwin Blvd
Port St Lucie-Section 34- BLK 2391 Lot 11
Port Saint Lucie, FL 34953

### FOR:
Universal Mortgage & Finance Inc.
3158 Braverton Street
Edgewater, MD  21037

### AS OF:
08/19/2015

### BY:
RODOLFO A. BETANCOURT
5025 REGENCY ISLES WAY
COOPER CITY FL. 33330
(OFFICE) 954-530-8305(CELL)786-712-5002
(FAX) 954-839-6355
rudy@flasunshineappraisals.comWEBSITEwww.flasunshineappraisals.com

094-7263174
File # RB4531

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 4531 SW Darwin Blvd | City | Port Saint Lucie | State | FL | Zip Code | 34953 |
|---|---|---|---|---|---|---|---|

**SUBJECT**

Borrower  Suzanne D. & Kurt E. Tolliver   Owner of Public Record  Hoffman , Richard Trust   County  St. Lucie

Legal Description  Port St Lucie-Section 34- BLK 2391 Lot 11

Assessor's Parcel #  34-20-665-1643-0008   Tax Year  2014   R.E. Taxes $  2,608

Neighborhood Name  Port St Lucie-Section 34   Map Reference  37-40-32   Census Tract  3821.12

Occupant ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $  0   ☐ PUD   HOA $ 0   ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client  Universal Mortgage & Finance Inc.   Address  3158 Braverton Street, Edgewater, MD 21037

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).   1;SOURCES REVIEWED MLS/MIAMIDADE.GOV./FARES, THE SUBJECT PROPERTY IS
CURRENTLY LISTED FOR SALE IN THE MLS FOR $200,000 ON 08/04/2015 .MLS#RX-10157238.

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not
performed.   Arms length sale;TYPICAL CONTRACT.

**CONTRACT**

Contract Price $  221,200   Date of Contract  08/08/2015   Is the property seller the owner of public record? ☒ Yes ☐ No  Data Source(s)  County/Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.   $0;;

**NEIGHBORHOOD**

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit | 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | Low 160 5 | | 2-4 Unit | 5 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | High 265 35 | | Multi-Family | 5 % |
| | | | | Pred. 200 9 | | Commercial | 5 % |
| | | | | | | Other | % |

Neighborhood Boundaries  NORTH OF SW BECKE RD , SOUTH OF SW PAAR DR , EAST OF SW

PORT ST LUCIE BLVD ,AND WEST OF FLORIDA'S TPKE .

Neighborhood Description   SUBJECT NEIGHBORHOOD PRIMARILY CONSISTS OF SINGLE FAMILY HOUSING OF AVERAGE TO ABOVE
AVERAGE CONSTRUCTION AND MARKET APPEAL.SUBJECT NEIGHBORHOOD COMPARES FAVORABLY TO COMPETING
NEIGHBORHOODS IN THE AVAILABILITY OF AMENITIES, SCHOOLS, SHOPPING, PARKS AND RECREATIONAL AREAS.

Market Conditions (including support for the above conclusions)   SUBJECTS NEIGHBORHOOD APPEARS STABLE. SUPPLY AND DEMAND IS IN
BALANCE. AVERAGE TIME TO MARKET A REASONABLY PRICED PROPERTY IS 0-3 MONTHS. FINANCING CONCESSIONS ARE
TYPICAL FOR THE AREA. NO NEGATIVE MARKETING CONDITIONS WERE NOTED AS OF THE DATE INSPECTION.

**SITE**

| Dimensions  NOT AVAILABLE | Area  10,000 SF | Shape  RECTANGULAR | View  N;Res; |
|---|---|---|---|

Specific Zoning Classification  SFR   Zoning Description  SINGLE FAMILY (0100)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe

| Utilities | Public | Other (describe) | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water ☐ | | Street  ASPHALT | ☒ | |
| Gas | ☐ | NONE | Sanitary Sewer ☐ | ☒ SEPTIC TANK | Alley  NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone  X   FEMA Map #  12111C0405J   FEMA Map Date  02/16/2012

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe

NO OBVIOUS ADVERSE SITE FACTORS WERE REPORTED AND OR OBSERVED AS OF THE TIME OF INSPECTION. A SURVEY WAS
NOT AVAILABLE FOR REVIEW.

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls | CBS/AVG | Floors | C.TILE/WOOD/GO |
| # of Stories | 1 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | CBS/AVG | Walls | DRYWALL/GOOD |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area | 0 sq.ft. | Roof Surface | ASPH. SHINGL/AVG | Trim/Finish | WOOD/GOOD |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish | 0 % | Gutters & Downspouts | ALUMIN/AVG. | Bath Floor | C.TILE/GOOD |
| Design (Style) | RANCH | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | S.HUNG/AVG. | Bath Wainscot | C.TILE/GOOD |
| Year Built | 2006 | Evidence of ☐ Infestation  N/A | | Storm Sash/Insulated | INSULATION/AVG. | Car Storage | ☐ None |
| Effective Age (Yrs) | 3 | ☐ Dampness ☐ Settlement | | Screens | NO/YES | ☒ Driveway | # of Cars  4 |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities | ☐ Woodstove(s) # 0 | Driveway Surface | CONCRETE |
| ☐ Drop Stair ☐ Stairs | | ☐ Other | Fuel  ELECT. | ☐ Fireplace(s) # 0 | ☒ Fence NONE | ☒ Garage | # of Cars  2 |
| ☐ Floor ☒ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck CVD | ☒ Porch CVD ENT | ☐ Carport | # of Cars  0 |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool NONE | ☐ Other NONE | ☒ Att. ☐ Det. | ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   7 Rooms   3 Bedrooms   2.1 Bath(s)   2,480 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   WOOD KITCHEN CABINETS WITH GRANITE COUNTER TOPS, TILE AND WOOD FLOORS, 2
CAR GARAGE, SCHREENED PATIO.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-remodeled-less than one year
ago;Bathrooms-remodeled-less than one year ago;QUALITY OF CONSTRUCTION IS AVERAGE . NORMAL PHYSICAL DEPRECIATION WAS
OBSERVED. NO EXTERNAL OBSOLESCENCE IS APPARENT. SUBJECT PROPERTY WAS IN GOOD CONDITION AT THE TIME OF
INSPECTION. FUNCTIONAL UTILITY IS COMPATIBLE WITH LOCAL MARKET ACCEPTANCE AND EXPECTATIONS.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

At the time of inspection the subject utilities water & electricity were connected. The appraiser made a head & shoulders inspection of
subject's attic area and found no adverse conditions.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe

---

Freddie Mac Form 70 March 2005        UAD Version 9/2011  Page 1 of 6        Fannie Mae Form 1004 March 2005

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# Uniform Residential Appraisal Report

094-7263174
File # RB4531

There are  30  comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 189,900  to $ 299,000  .

There are  11  comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 160,000  to $ 265,000  .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4531 SW Darwin Blvd | 643 SW Hoffenberg Ave | | 179 SW Milburn Cir | | 4422 SW Bonney St | |
| | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 | | Port Saint Lucie, FL 34953 | | Port Saint Lucie, FL 34953 | |
| Proximity to Subject | | 0.84 miles W | | 0.10 miles SE | | 0.58 miles NW | |
| Sale Price | $ 221,200 | $ 235,000 | | $ 239,500 | | $ 240,000 | |
| Sale Price/Gross Liv. Area | $ 89.19 sq.ft. | $ 111.01 sq.ft. | | $ 103.41 sq.ft. | | $ 106.15 sq.ft. | |
| Data Source(s) | | MLS/REALQUEST;DOM 8 | | TAX ROLL/REALQUEST;DOM 101 | | TAX ROLL/REALQUEST;DOM 355 | |
| Verification Source(s) | | O/R:3741-2696 | | O/R:3762-929 | | O/R:3742-1859 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | FHA;0 | | Conv;0 | |
| Date of Sale/Time | | s04/15;Unk | | s06/15;Unk | | s04/15;Unk | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 10,000 SF | 10,000 SF | | 23,656 SF | -10,000 | 10,000 SF | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;RANCH | DT1;RANCH | | DT1;RANCH | | DT1;RANCH | |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q2 | |
| Actual Age | 9 | 9 | | 13 | 0 | 9 | |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total 7 Bdrms. 3 Baths 2.1 | Total 8 Bdrms. 4 Baths 3.0 | +4,500 | Total 6 Bdrms. 3 Baths 2.0 | +1,500 | Total 7 Bdrms. 4 Baths 2.0 | 0 |
| Room Count | | | | | | | |
| Gross Living Area | 2,480 sq.ft. | 2,117 sq.ft. | +3,630 | 2,316 sq.ft. | +1,640 | 2,261 sq.ft. | +2,190 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2ga4dw | 2ga4dw | | 2ga4dw | | 2ga4dw | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| INT FEATURES | UPGRADE | UPGRADE | | UPGRADE | | UPGRADE | |
| POOL | NONE | YES | -10,000 | YES | -10,000 | YES | -10,000 |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -1,870 | ☐ + ☒ - $ | -16,860 | ☐ + ☒ - $ | -7,810 |
| Adjusted Sale Price | | Net Adj. 0.8% | | Net Adj. 7.0% | | Net Adj. 3.3% | |
| of Comparables | | Gross Adj. 7.7% $ | 233,130 | Gross Adj. 9.7% $ | 222,640 | Gross Adj. 5.1% $ | 232,190 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain    FARES

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   PUBLIC RECORDS,FARES

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   PUBLIC RECORDS,FARES

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/17/2014 | 11/28/2011 | 03/27/2000 | 04/15/2005 |
| Price of Prior Sale/Transfer | $108,252 | $145,000 | $9,500 | $76,500 |
| Data Source(s) | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS |
| Effective Date of Data Source(s) | 08/19/2015 | 08/19/2015 | 08/19/2015 | 08/19/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales    SUBJECT'S THREE YEARS SALES HISTORY IS LISTED ABOVE.

COMPARABLES TWELVE MONTH SALES HISTORY IS LISTED ABOVE.

Summary of Sales Comparison Approach    REPORTED COMPARABLES INDICATE A REASONABLE VALUE TREND FOR THE SUBJECT PROPERTY. THEY BRACKET THE SUBJECT PROPERTY IN TERMS OF VALUE. ADJUSTMENTS ARE EXTRACTED FROM LOCAL MARKET ACCEPTANCE AND EXPECTATIONS. AN EFFORT HAS BEEN MADE TO VERIFY WITH ALTERNATE SOURCES AND TRANSACTION PARTICIPANTS THE ACCURACY AND CONDITIONS OF SALE OF THE COMPARABLES AND OTHER DATA GATHERED FROM PUBLIC RECORDS.

Indicated Value by Sales Comparison Approach $  225,000

Indicated Value by: Sales Comparison Approach $  225,000    Cost Approach (if developed) $  39,250    Income Approach (if developed) $

GREATER WEIGHT HAS BEEN GIVEN TO THE SALES COMPARISON APPROACH . THE INCOME APPROACH HAS NOT BEEN USED BECAUSE THIS TYPE OF PROPERTY IS NOT TYPICALLY PURCHASED FOR INCOME PURPOSES. THE COST APPROACH IS SUPPORTIVE OF THE VALUE CONCLUSION.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THIS APPRAISAL IS INTENDED FOR USE IN A FEDERALLY FUNDED TRANSACTION AND IS NOT INTENDED FOR ANY OTHER USE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  225,000  , as of  08/19/2015  , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005    UAD Version 9/2011  Page 2 of 6    Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

**ADDITIONAL COMMENTS**

Purpose: The purpose of this appraisal is to determine market value for mortgages insurance purposes.

Intended used of appraisal / Function.The intended use or function is to support the underwriting requirements for an FHA-Insured mortgages. HUD/FHA and the client are the intended user of this report.

The subject property conforms to applicable minimum FHA/HUD standards set forth in handbook 4150.2 " Appendix D, Valuation Protocol ".

The inspection was completed in compliance with all FHA requirements and : "the property meets the minimum property standards per HUD Handbook 4150.2 and 4905.1.

Taxes = $ 217.27 per month."Property meets FHA guidelines"

In order to find the best comparable sales that support the subject's estimated value, as well as trends and conditions in the neighborhood, the appraiser searched within 1 miles from the subject and 12 months from the effective date of the appraisal. The used comparables not only support the estimated value, but constitute the closest and most recent sales that truly compared to the subject for its bed/bath count, age, style/design, view and quality of construction.

The subject's opinion of market value stated on the report was solely based and derived from sales data, market trends and condition analysis performed by the appraiser.

**The subject property had chinese dry wall, however all the proper procedures have been done to correct it and have provided a certificate stating that it was cured.     ( Please see atttachment )**

No appraisal services were done on the subject property by appraiser in the last 36 months.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     COUNTY TAX ASSESSMENTRECORDS, PUBLIC LAND RECORDS AND OTHER SUCH DATA SOURCES FOR THE AREA IN WHICH THE PROPERTY IS LOCATED.

**COST APPROACH**

| | | | |
|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 10,000 |
| Source of cost data  MARSHALL AND SWIFT | DWELLING    2,480 Sq.Ft. @ $          = $ | | |
| Quality rating from cost service  AVG    Effective date of cost data  08/19/2015 | 0 Sq.Ft. @ $          = $ | | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | App, Porch,Patio, P          = $ | | 15,000 |
| **COST APPROACH SHOULD NOT BE CONSIDERED FOR** | Garage/Carport    418 Sq.Ft. @ $          = $ | | |
| **INSURANCE PURPOSES INTENDED USE OF APPRAISAL** | Total Estimate of Cost-New          = $ | | 15,000 |
| **REPORT IS FOR FINANCING PURPOSES ONLY.** | Less    Physical    Functional    External | | |
| | Depreciation    750          =$( | 750) | |
| | Depreciated Cost of Improvements          =$ | | 14,250 |
| | "As-is" Value of Site Improvements          =$ | | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only)    57 Years | INDICATED VALUE BY COST APPROACH          = $ | | 39,250 |

**INCOME**

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | |
|---|---|---|---|
| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | | |

**PUD INFORMATION**

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?    ☐ Yes   ☐ No    Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?    ☐ Yes    No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?    ☐ Yes   No  Data Source

Are the units, common elements, and recreation facilities complete?    ☐ Yes    No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?    ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

| | | | |
|---|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011 | Page 3 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**Uniform Residential Appraisal Report**

094-7263174
File # RB4531

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature  RODOLFO A. BETANCOURT | Signature |
| Name  RODOLFO A BETANCOURT | Name |
| Company Name  FLORIDA SUNSHINE APPRAISAL, CORP. | Company Name |
| Company Address  5025 REGENCY ISLES WAY | Company Address |
| COOPER CITY, FL 33330 | |
| Telephone Number  954-530-8305 | Telephone Number |
| Email Address  rudy@flasunshineappraisals.com | Email Address |
| Date of Signature and Report  08/21/2015 | Date of Signature |
| Effective Date of Appraisal  08/19/2015 | State Certification # |
| State Certification #  RD5925 | or State License # |
| or State License # | State |
| or Other (describe)  _____ State # | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License  11/30/2016 | **SUBJECT PROPERTY** |

**ADDRESS OF PROPERTY APPRAISED**
4531 SW Darwin Blvd
Port Saint Lucie, FL 34953
APPRAISED VALUE OF SUBJECT PROPERTY $ **225,000**
**LENDER/CLIENT**
Name  No AMC
Company Name  Universal Mortgage & Finance Inc.
Company Address  3158 Braverton Street, Edgewater, MD 21037

Email Address

**SUBJECT PROPERTY**
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code | 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

**094-7263174**

### Comments and Conditions of Appraisal

 Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market.  Form 3-6 months.  I HAVE NOT PERFORMED SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE PRIOR THREE-YEAR PERIOD.  ALL SALES WERE CLOSED SALES AND CONSIDERED STRONG MARKET VALUE INDICATORS FOR THE SUBJECT PROPERTY.  THEY ARE ALL RELATIVELY SIMILAR TO THE SUBJECT IN TERMS OF SIZE, DESIGN AND MARKET APPEAL.  AFTER EXTENSIVE RESEARCH, THESE SALES WERE DEEMED THE BEST AVAILABLE AND MOST SIMILAR CONFIRMED SALES IN THE SUBJECT'S IMMEDIATE AREA.  THEY ARE ALL LOCATED IN THE SUBJECT'S IMMEDIATE AREA AND SHARE THE SAME IF NOT SIMILAR NEIGHBORHOOD AMENITIES.

### Purpose of the Appraisal

The purpose of the appraisal is to estimate the Market Value of the subject property as of the date indicated.  The definition of Market Value is as defined in FHLBB R-11e (9/11/87) and FNMA Form 1004b (7/86).

### Highest and Best Use

Highest and Best Use (or Uses) that will produce the highest net or higher present worth.  In analyzing Highest and Best Use, the appraiser considered four primary elements in the order presented:

1. Possible:  Those physically possible uses to which the site is suited.
2. Permissible:  Those possible uses permitted by zoning or deed restrictions.
3. Feasible:  Those permissible uses, which will produce a net return or present worth to the owner.
4. Highest and Best Use:  Those feasible uses, which will produce the highest net return or highest, present worth.

The opinion of Highest and Best Use indicated in this report takes into account these factors and the subject property as it compares with the surrounding neighborhoods.

### Septic Tanks

If "Septic Tanks" is indicated in the SITE section of the report, it is noted that this is an acceptable form of waste disposal in the neighborhood.  Unless otherwise noted in the comment section of SITE or by separate addenda, no visible problem with a septic tank was noted at the time of inspection.  The existence of a septic tank would have no effect on the estimate of value or marketability.

### Condition of Components

The appraisal form used for this appraisal calls for opinions of conditions of certain components of the subject improvements including but not limited to appliances, heating and cooling systems, surfaces, electrical, mechanical or plumbing systems.  The conditions indicated in this report are based on observation made at the time of the inspection. They rely on visual indicators as well as reasonable expectations as to adequacy, and are dictated by neighborhood standards relative to marketability.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code | 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

094-7263174

### Flood Zone Information

The Flood Zone information appearing on this report does not directly address the questions of whether or not flood insurance is required on the property. Flood insurance requirements are established by Secondary Market participants through regulation, guideline and commitment.

The information appearing on this report refers to the location (or not) of the subject property in a FEMA or HUD Identified Special Flood Hazard Area. For the purpose of this report, properties located in A, B, C or zones are deemed to be in a Special Flood Hazard Area.

The information shown on the report was derived from Flood Insurance Rate Maps (FIRM) issued by the National Flood Insurance Program (NFIP) of the Federal Emergency Management Area (FEMA). From time to time a subject property will lie on or near a zone boundary line and it may be difficult to determine which zone or zones are indicated. In such cases, the appraisal form will indicate the most hazardous zone. Final determination of flood zone should be verified against a property engineering survey, indicating floor elevations.

### Income Approach to Value

The Income Approach is premixed on capitalizing a net operating income from a property to arrive at an indicated value. The subject is a residential property, typically purchased for the intangible amenities of home ownership and not for the purpose of generating income.

If the indicated value by Income Approach on the appraisal form was completed N/A, then it was the judgement of the appraiser based on the above factors and our research that the Income Approach was inappropriate for this assignment.

### Personal Property

Certain items normally found in residential properties are Personal Property, which can be defined, as those items are not permanently attached to the real estate. From time to time purchase/sale contracts include items of personal property as part of the contract and sales price. These might include (but not limited to):
* refrigerator                      * window treatments
* above ground swimming pool   * washer/dryer
* counter top microwave oven   * movable dishwasher
* outdoor patio furniture        * recreational items

### Explanation of Building Square Foot Area

The appraisal uses actual living area in the market analysis for both the subject and the comparable sale properties. The living area utilized for the sales data has been abstracted from the Public Records/Tax Rolls listed square foot area data and may have been further modified by the field appraiser's observation of the actual improvements

The abstracted living area of the sale properties have been calculated to the best of the appraiser's observation and information obtainable. However, the appraiser has not measured the sale properties or had benefit of surveys, unless otherwise noted. In St. Lucie County, the square foot data in the Public Records/Tax Rolls is given in a composite amount called the "Adjusted Living Area". This figure is the sum of the base living area, plus a percentage of other building areas (such as garage, carport, porches, etc.). This living area utilized in the Market Analysis may have been further modified by the field appraiser's observation of actual improvements. In accordance with the definition of Market Value, attached hereto, the Subject Property is appraised on the basis of conventional financial arrangements, unaffected by special or creative financing or sales concessions granted by anyone associated with one sale.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

094-7263174

### Scope of the Appraisal

According to the Uniform Standards of Appraisal Practices, as adopted February 27, 1987 and effective July 1, 1987, the term "Scope of the Appraisal" means "the extent of the process of collecting, conforming and reporting data". In order to value the subject at hand, an inspection of the subject property, as well as it's surrounding area, will be performed for the purpose of thoroughly familiarizing oneself with it's locational, physical and environmental qualities. Attention will be directed to the physical characteristics and direction of growth and the principal factors likely to influence the quality and quantity of demand for the area's residential market. A survey and analysis will then be conducted of residential properties in the relevant market area to determine the market trends with regards to physical characteristics inherent within the residential segment. The subject property will then be valued using the Cost Approach, Direct Sales Approach and Income Capitalization Approach, however, any omission of these recognized methods will be explained by the appraiser.

### Comparable Sales Over Six Months

Every effort has been made to secure comparable sales, which transpired within the six-month period immediately preceding the date of valuation. Utilization of sales which occurred beyond the optimum period will indicate that more recent sales were unavailable or that the most recent sales available would necessitate larger adjustments than the ones on the comparable sales utilized in this report. Comparable sales, therefore, will reflect the selection of those sales deemed most representative for the subject property. The time frame is expanded to recite sales which have characteristics similar to those of the subject property and provide accurate indicators of value, this is common and necessary appraisal practice in this area. An analysis of sales within the past year of similar properties in the area reveals no significant increases or decreases in property values which would warrant a market condition (time) adjustment. Lack of more current comparable sales in the subject's market area does not necessarily mean that adverse market conditions exist and their use is not considered to affect the quality of the value estimate since current market derived adjustments were used to compensate for major differences between the subject and comparable sales utilized.

### Comment on Infestation, Dampness and Settlement Limiting Condition

The subject property has been inspected by the appraiser to determine it's current general condition for the purpose of estimating it's market value. This inspection is not a Home Inspection or a Termite Inspection. Although the appraiser did not note any severe adverse conditions the appraiser is not licensed or trained in the above disciplines and cannot legally render a professional opinion. There are no guarantees or warranties given or implied. For an accurate report on the above mentioned unknown potential problems an inspection is recommended through an appropriate licensed professional.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

094-7263174

### Comment on Predominant Price and Age

The Age or Sales Price which occurs within the marketplace with the greatest degree of frequency, within the time frame from which the sales data was selected (typically 6 months or 1 year), is reported as the "Predominant" factor.

There is no direct relationship between a greater occurance of any single factor within a limited time frame, and the market value or marketability of one particular property the fact that the predominant sales price is lower or higher than the estimate of market value does not indicate an adverse condition for the subject property.

### Line Items

The client may rely on the reported estimate of market value and the appraisal report as a whole. No reliance may be placed on any individual line item and or section of the report. All information contained herein is believed to be correct, but not guaranteed.

### Warranties and Indemnity

Appraiser does not make any warranties or guarantees of any kind regarding the condition of the subject property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value. Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

### Comments on Sales Comparison

All sales were closed sales and considered strong market value indicators for the subject property. They are all relatively similar to the subject in terms of size, design and market appeal. After extensive research, these sales were deemed the best available and most similar confirmed sales in the subject's immediate area. They are all located in the subject's immediate area and share the same if not similar neighborhood amenities.

### DIGITAL SIGNATURE

The digital signatures utilized in this report were taken from the original signature furnished by the appraiser. The appraiser's signature affixed in this report was actually the inspecting appraiser's signature. The software program utilized in this report provides a security feature that protects the integrity of the appraiser's signature by a password protection system and the appraiser has the sole personalized control of affixing the signature.

An electronically affixed signature carries the same level of authenticity and responsibility as an ink signature on a paper copy report.

This electronically transmitted report meets USPAP reporting requirements. Steps have been appropriately taken to protect the data integrity of this transmitted report.

## Subject Photo Page

**094-7263174**

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |



**Subject Front**

| 4531 SW Darwin Blvd | |
|---|---|
| Sales Price | 221,200 |
| Gross Living Area | 2,480 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |



**Subject Rear**



**Subject Street**

**Interior Photos**                    094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |


**SUBJECT'S SIDE**


**SUBJECT'S SIDE**


**WATER ON**


**LIGHTS ON**


**LIVING ROOM**


**DEN OR OFFICE**


**FAMILY ROOM**


**KICTHEN**


**BEDROOM**


**BATHROOM**


**BEDROOM**


**MASTER BATHROOM**


**WASHER & DRYING**


**MASTER BATHROOM**


**BEDROOM**

Form PICINT15 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |



### Comparable 1
643 SW Hoffenberg Ave
| | |
|---|---|
| Prox. to Subject | 0.84 miles W |
| Sale Price | 235,000 |
| Gross Living Area | 2,117 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |



### Comparable 2
179 SW Milburn Cir
| | |
|---|---|
| Prox. to Subject | 0.10 miles SE |
| Sale Price | 239,500 |
| Gross Living Area | 2,316 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 23,656 SF |
| Quality | Q2 |
| Age | 13 |



### Comparable 3
4422 SW Bonney St
| | |
|---|---|
| Prox. to Subject | 0.58 miles NW |
| Sale Price | 240,000 |
| Gross Living Area | 2,261 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |

**APPRAISER LICENSE**            094-7263174



**E&O INSURANCE**                                      **094-7263174**



## GREATAMERICAN.
### INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**LIABILITY INSURANCE POLICY**

### THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   **RAP3668789-15**                     Renewal of:

Program Administrator:       **Herbert H. Landy Insurance Agency Inc.**
                             **75 Second Ave Suite 410  Needham, MA 02494-2876**

Item 1. Named Insured:   **RODOLFO BETANCOURT**

Item 2. Mailing Address:       **5025 REGENCY ISLES WAY**

   City, State, Zip Code:   **COOPER CITY, FL 33330**

Item 3. Policy Period: From   <u>**05/05/2015**</u>   To   <u>**05/05/2016**</u>
                             *(Month, Day, Year)*       *(Month, Day, Year)*
          (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. Limits of Liability:

   A. $ <u>**500,000**</u>   **Damages** Limit of Liability – Each **Claim**

   B. $ <u>**500,000**</u>   **Claim Expenses** Limit of Liability – Each **Claim**

   C. $ <u>**1,000,000**</u>   **Damages** Limit of Liability – Policy Aggregate

   D. $ <u>**1,000,000**</u>   **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. Deductible (Inclusive of **Claim Expenses**):

   A. $ <u>**500**</u>   Each **Claim**

   B. $ <u>**1,000**</u>   Aggregate

Item 6. Premium: $   **807.00**

Item 7. Retroactive Date (if applicable):   **05/05/2015**

Item 8. Forms, Notices and Endorsements attached:
          D42100 (05/13) D42300 FL (05 13)
          D42403 (05/13) D42402 (05/13)

*Betsy A Magnani*
Authorized Representative

D42101  (05/13)                                          Page 1 of 1

## Market Conditions Addendum to the Appraisal Report

094-7263174
File No. RB4531

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 4531 SW Darwin Blvd | City Port Saint Lucie | State FL | ZIP Code 34953 |
|---|---|---|---|---|

Borrower   Suzanne D. & Kurt E. Tolliver

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 8 | 3 | Increasing | Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.0 | 2.67 | 1.00 | Increasing | Stable | ☒ Declining |
| Total # of Comparable Active Listings | 9 | 10 | 11 | Declining | Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0 | 3.7 | 11.0 | Declining | Stable | ☒ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 0 | 186,500 | 195,000 | ☒ Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 0.0 | 76 | 82 | Declining | Stable | ☒ Increasing |
| Median Comparable List Price | 184,900 | 184,900 | 191,200 | ☒ Increasing | Stable | Declining |
| Median Comparable Listings Days on Market | 76 | 232 | 154.5 | ☒ Declining | Stable | Increasing |
| Median Sale Price as % of List Price | | 97.35% | 97.55% | Increasing | ☒ Stable | Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | No | | Declining | Stable | ☒ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   Seller concessions are  prevelant within the subject's market. There are some seller concessions being granted but they are determined on a case by case basis which mostly depends on the motivation of the seller at the time of the sale.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Although REO inventory has seen a gradual contraction throughout the past 12 months as Short Sales activity has been predominant in each of the analyzed periods. Despite of the short sales predominancy, the time exposure still remains under 90 days. Together with the reducing REO inventory, the relatively stable inventory and the static non increasing available listings, median values have experienced certain stability.

Cite data sources for above information.   MLS, PUBLIC RECORDS, REALQUEST.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The market data presented above was analyzed to determine current market trends. This information was utilized for calculating current adjustments for the declining, appreciating or stable market (date/time of sale adjustments). No additional information was used to formulate any conclusions.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| Signature | | Signature | |
|---|---|---|---|
| Appraiser Name   RODOLFO NOBUYNCOURT | | Supervisory Appraiser Name | |
| Company Name   FLORIDA SUNSHINE APPRAISAL, CORP. | | Company Name | |
| Company Address   5025 REGENCY ISLES WAY, COOPER CITY, FL | | Company Address | |
| State License/Certification #   RD5925 | State  FL | State License/Certification # | State |
| Email Address   rudy@flasunshineappraisals.com | | Email Address | |

| Freddie Mac Form 71   March 2009 | Page 1 of 1 | Fannie Mae Form 1004MC   March 2009 |
|---|---|---|

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

094-7263174

File No.   RB4531

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Condition Ratings and Definitions

#### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

#### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

#### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

#### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

#### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

#### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

### Quality Ratings and Definitions

#### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

#### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Quality Ratings and Definitions (continued)**

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**

**Little or no updating or modernization. This description includes, but is not limited to, new homes.**

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

**Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

**Example:**
3.2 indicates three full baths and two half baths.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

### Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

**COPPER COUPON DRYWALL TEST RESULTS**                     094-7263174



**Greentree Environmental Services, Inc.**
824 SE 47th Street
Cape Coral, FL 33904
Toll-Free: (888) 584-5323
Local: (239) 322-8969
Corporate Fax: (219) 762-4946
greentree@grntree.net
ww.callgreentree.com

### COPPER COUPON DRYWALL TEST RESULTS

May 21, 2015

Gordon Davis
Filter Scientific Coatings, LLC
329 Bell Park Dr.
Woodstock, GA 30188

**RE:    Hoffman**
**4531 Darwin Blvd.**
**Port St. Lucie, FL 34953**

Copper coupons were placed throughout the above-named property to do a hydrogen sulfide test. The samples were placed by the client following the remediation work. The XRF sampling was conducted on July 29, 2015 by inspector Tyler Smith. The intent was to determine the effect of remediation efforts performed by Filter Scientific Coatings.

The State of Florida has concluded that sulfur readings should be collected and analyzed against a baseline. The baseline is ordinarily the air handler. After factoring known bias and instrument error factors on this test and including previously cleared areas, this property is cleared.

**The home has PASSED the sampling test.**

Thank you for allowing us to assist you with your environmental concerns.

Kind regards,

John R. Casey
President

*Kent Tolliver*     dotloop verified
                     05/09/15 6:33PM EDT
                     I9RO 33G2 K5MI-WUOB

*Suzanne Dearborn Tolliver*     dotloop verified
                                 05/09/15 6:09PM EDT
                                 ILJN 1OO6-6YGH-OFTK

**Building Sketch**   094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | St. Lucie | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |



TOTAL Sketch by a la mode, inc.   **Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 42.5 Sq ft | 5 × 8.5 | = | 42.5 |
| Undefined Area | 2437.49 Sq ft | 0.5 × 2.83 × 2.83 = | | 4 |
| | | 0.5 × 2.83 × 2.83 = | | 4 |
| | | 7 × 2.83 | = | 19.8 |
| | | 39 × 22 | = | 858 |
| | | 10 × 11 | = | 110 |
| | | 13.5 × 8.5 | = | 114.75 |
| | | 36.5 × 30 | = | 1095 |
| | | 11.34 × 4 | = | 45.37 |
| | | 10 × 18.66 | = | 186.57 |
| **Total Living Area (Rounded):** | **2480 Sq ft** | | | |
| **Non-living Area** | | | | |
| 2 Car Attached | 418 Sq ft | 19 × 22 | = | 418 |

**Location Map**                              094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code | 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |



 Gmail

**Kurt Tolliver <kurt5468@gmail.com>**

## Order Confirmation
2 messages

**TOMALLORE@GMAIL.COM <TOMALLORE@gmail.com>**                      Fri, Jan 13, 2017 at 2:14 PM
To: kurt5468@gmail.com

ALLORES PLUMBING SERVICES LLC
3085 SE DIXIE HIGHWAY
STUART, FL 34997
772-288-0998

### Order Results

| | |
|---|---|
| **Profile Name:** | ALLORES PLUMBING SERVICES LLC |
| **Transaction ID:** | 130117B39-3C889A3E-95A6-4BB5-8945-C45DAC802A4B |
| **Date/Time:** | 01/13/2017 02:14:56 PM |
| **Transaction Type:** | SALE |
| **Approval Message:** | APPROVAL |
| **Approval Code:** | 223828 |

### Order Section

| | |
|---|---|
| **Card Number :** | 37**********1001 |
| **Amount :** | $159.00USD |
| **Sales Tax :** | $0.00USD |

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

---

**Kurt Tolliver <kurt5468@gmail.com>**                      Sat, Jan 14, 2017 at 10:56 AM
To: suzyt6@gmail.com

Can you look at giving them reviews

Sent from my iPhone

Begin forwarded message:

> **From:** "TOMALLORE@GMAIL.COM" <TOMALLORE@GMAIL.COM>
> **Date:** January 13, 2017 at 2:14:56 PM EST
> **To:** <kurt5468@gmail.com>
> **Subject: Order Confirmation**

[Quoted text hidden]

# 2017 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

## SAINT LUCIE COUNTY TAXING AUTHORITIES

**DO NOT PAY — THIS IS NOT A BILL**

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

| | |
|---|---|
| Parcel ID | 3420-665-1643-000-8 |

Owners Name
Owners Address

Kurt E Tolliver & Suzanne Danborn Tolliv
4531 SW Darwin BLVD
Port St Lucie, FL 34953-6046

Account Number: 30001
Tax Code: 0010
Location: 4531 SW Darwin BLVD
Legal Desc: PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 44/23S) (OR 3788-2310)
Municipality
Site address

| TAXING AUTHORITY | Column 1* Your Last Year's Tax Rate & Property Taxes | | Column 2* Your Tax Rate & Taxes This Year If No Budget Change is Made | | Column 3* Your Tax Rate & Taxes This Year If Budget Change is Made | | A Public Hearing on the Proposed Taxes and Budget will be held: |
|---|---|---|---|---|---|---|---|
| | Tax Rate | Tax Amount | Tax Rate | Tax Amount | Tax Rate | Tax Amount | Date and Time |
| **GENERAL COUNTY** | | | | | | | |
| SLC General Fund | 4.1077 | 391.05 | 3.8715 | 380.37 | 4.1077 | 403.58 | September 7, 2017 6:00 PM |
| Jail,Law Enf | 3.2838 | 312.62 | 3.0958 | 304.26 | 3.4538 | 339.33 | 2300 Virginia Ave 3rd Floor, Fort Pierce |
| Erosion Dist E | 0.0925 | 8.81 | 0.0870 | 8.55 | 0.0925 | 9.09 | (772) 462-1670 |
| Mosquito Control | 0.2164 | 20.60 | 0.2035 | 19.99 | 0.2164 | 21.26 | |
| County Parks | 0.2313 | 22.02 | 0.2176 | 21.38 | 0.2313 | 22.72 | |
| County Transit | 0.1269 | 12.08 | 0.1193 | 11.72 | 0.1269 | 12.47 | |
| By State Law | | | | | | | |
| By Local Board | | | | | | | |
| **PUBLIC SCHOOLS** | | | | | | | |
| By State Law | 4.6740 | 562.42 | 4.3913 | 541.22 | 4.3260 | 533.18 | September 12, 2017 5:01 PM |
| By Local Board | 2.2460 | 270.21 | 2.1098 | 260.03 | 2.2480 | 277.06 | 4204 Okeechobee Rd, Fort Pierce |
| | | | | | | | (772) 429-3970 |
| **MUNICIPALITY** | | | | | | | |
| Port Saint Lucie | 5.2867 | 502.72 | 4.8414 | 475.66 | 5.1807 | 509.00 | September 11, 2017 7:00 PM |
| | | | | | | | 121 SW Port St Lucie Blvd, PSL |
| | | | | | | | (772) 871-5233 |
| **WATER MANAGEMENT** | | | | | | | |
| S FL Wtr Mgmt Distr | 0.1349 | 12.94 | 0.1275 | 12.53 | 0.1275 | 12.53 | September 14, 2017 5:15 PM |
| SFWMD-Okee Basin | 0.1417 | 14.05 | 0.1384 | 13.60 | 0.1384 | 13.60 | 3301 Gun Club Rd, W Palm Beach |
| Everglades Project | 0.0471 | 4.48 | 0.0441 | 4.33 | 0.0441 | 4.33 | (561) 686-8800 |
| **INDEPENDENT DISTRICTS** | | | | | | | |
| SLC Fire Dist | 3.0040 | 285.60 | 2.8241 | 277.49 | 3.0000 | 294.75 | September 6, 2017 5:01 PM |
| | | | | | | | 5160 NW Milner Dr, Port Saint Lucie |
| | | | | | | | (772) 621-3400 |
| FL Inland Nav Dist | 0.0320 | 3.05 | 0.0300 | 2.95 | 0.0320 | 3.14 | September 7, 2017 5:30 PM |
| | | | | | | | 190 E 13th St, Riviera Bch |
| | | | | | | | (561) 627-3386 |
| Children's Services | 0.4765 | 45.35 | 0.4486 | 44.07 | 0.4765 | 46.82 | September 6, 2017 5:15 PM |
| | | | | | | | 546 NW University Blvd 1st Fl, PSL |
| | | | | | | | (772) 408-1100 |
| **VOTER APPROVED DEBT SERVICE** | | | | | | | |
| PSL Voted Debt | 1.2193 | 116.08 | 1.2193 | 119.80 | 1.2193 | 119.80 | September 11, 2017 7:00 PM |
| | | | | | | | 121 SW Port St Lucie Blvd, PSL |
| | | | | | | | (772) 871-5256 |
| **Total Property Taxes** | | $2,584.10 | | $2,487.95 | | $2,622.66 | |

SEE BELOW FOR EXPLANATION OF THE COLUMNS ABOVE.

**\*Column 1 - "Your Last Year's Tax Rate & Taxes This Year If No Budget Change is Made"**
This column shows the taxes and tax rate that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**\*Column 2 - "Your Tax Rate & Taxes This Year If No Budget Change is Made"**
This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**\*Column 3 - "Your Tax Rate & Taxes This Year If Budget Change is Made"**
This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown above. The difference between columns 2 and 3 is the change proposed by each local taxing authority and is NOT the result of higher assessments.

**\*NOTE:** Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| **NON-AD VALOREM ASSESSMENTS** | | | | |
| PSL Stormwater | Stormwater Mgmt 772-871-5069 | 1.000 | 163.000 | 163.00 |
| PSL USA Phase 5,6,7A | Water/Sewer 772-871-5069 | 228.370 | 1.000 | 228.37 |
| PSL Solid Waste | Solid Waste 772-871-5069 | 268.360 | 1.000 | 268.36 |
| **Total Non-Ad Valorem Assessment** | | | | |

Non-ad valorem assessments are placed on this notice at the request of the respective local governing boards. Your tax collector will be including them on the November tax notice. For details on particular non-ad valorem assessments, contact the levying local governing board.

Your final tax bill may contain non-ad valorem assessments which may not be levied on your county, city or any special district. Such as assessments for roads, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city or any special district.

| **Total Non-Ad Valorem Assessment** | | | | $659.73 |

**DO NOT PAY - THIS IS NOT A BILL**



**Ken Pruitt, Property Appraiser**
**Certified Florida Appraiser**

Parcel ID 3420-665-1643-000-8

Tax Code:
Location: 4531 SW Darwin BLVD

Port Saint Lucie

Account Number:
Legal Desc: PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11
(MAP 44/32S) (OR 3788-2310)

# Property Valuation

| Market Value | | Last Year | This Year |
|---|---|---|---|
| Market Value | | 148,200 | 213,400 |

| Taxing Authority | Assessed Value | | Exemptions | | Taxable Value | |
|---|---|---|---|---|---|---|
| | Last Year | This Year | Last Year | This Year | Last Year | This Year |
| County | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 |
| Public School | 145,200 | 148,249 | 25,000 | 25,000 | 120,200 | 123,249 |
| Municipality | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 |
| Water Management | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 |
| Independent | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 |
| Voter Approved Debt Service | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 |

| Assessment Reductions | Applies to | Value |
|---|---|---|
| Save Our Homes | All Levies | 65,151 |
| | | |
| | | |

| Exemptions* | Applies to | Last Year | This Year |
|---|---|---|---|
| First Homestead | All Levies | 25,000 | 25,000 |
| Additional Homestead | Non-School Funds | 25,000 | 25,000 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*Where more than one value exists, county value of exemption will be indicated

If you feel that the market value of your property does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected on this form, contact the Saint Lucie County Property Appraiser's Office at
**2300 Virginia Ave Rm 121, Fort Pierce, FL 34982**
or **(772) 462-1021**

If the property appraiser's office is unable to resolve the matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petitions are available from the County Property Appraiser or the clerk of the court and must be filed
**ON OR BEFORE:**
**September 12, 2017**

**Market Value** Market (also called just) value is the most probable sale price for your property in a competitive, open market. It is based on a willing buyer and a willing seller.

**Assessed Value** Assessed value is the market value of your property minus any assessment reductions. The assessed value may be different for levies made by different taxing authorities.

**Assessment Reductions**
Properties can qualify for reductions to their assessed value.
- The amount by which the assessment of your property can increase each year. The Save Our Homes program and the limitation for non-homestead property are examples of these kinds of reductions.
- Certain types of property such as agricultural and environmental lands are valued on their current use rather than their market value.
- Some reductions lower the assessed value only for levies of certain taxing authorities.

If your assessed value is lower than your market value, or if levies apply to your property differently because your property is valued based on its current use, the amount of the difference and reason for the difference are listed in the box titled "Assessment Reductions".

**Exemptions** Exemptions that apply to your property are listed in the box titled "Exemptions", along with the dollar amount of those reductions. Exemptions may be applicable to a property based on certain qualities of the property or property owner. In some cases, an exemption amount may vary depending on the taxing authority. The tax impact of an exemption may also vary for the same taxing authority, depending on the levy (e.g., operating millage vs. debt service millage).

**Taxable Value** Taxable value is the value used to calculate the tax due on your property. Taxable value is the assessed value minus the value of your exemptions and discounts.

Our Promise to You…
Superior Service, Trusted Results



www.paslc.org
Phone Number
www.paslc.org
(772) 462-1021

Page 2

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 4531 SW Darwin BLVD
Sec/Town/Range: 32/37S/40E
Map ID: 44/32S
Zoning: RS-2

Parcel ID: 3420-665-1643-000-8
Account #: 90001
Use Type: 0100
Jurisdiction: Port Saint Lucie

### Ownership

Kurt E Tolliver
Suzanne Danborn Tolliver

4531 SW Darwin BLVD
Port St Lucie, FL 34953



### Legal Description

PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 44/32S) (OR
3788-2310)

### Current Values

| | |
|---|---|
| Just/Market Value: | $213,400 |
| Assessed Value: | $148,249 |
| Exemptions: | $50,000 |
| Taxable Value: | $98,249 |

Taxes for this parcel:  SLC Tax Collector's Office ☑
Download TRIM for this parcel: Download PDF ☑

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,374 |
| Gross Area (SF): | 3,275 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Sep 11, 2015 | 3788 / 2310 | 0001 | WD | Hofmann (TR) (EST) Richard | $221,200 |
| Dec 3, 2014 | 3697 / 1198 | 0111 | QC | Hofmann Richard | $100 |
| Nov 14, 2014 | 3692 / 0802 | 0112 | SP | Christiana Trust (TR), | $108,300 |
| Dec 23, 2013 | 3592 / 0154 | 0112 | CT | Williams,Andrew | $71,000 |
| Jul 1, 2005 | 2294 / 1391 | XX00 | WD | Anderson,Raymond A | $84,000 |
| Jul 20, 1989 | 0646 / 2079 | XX05 | WD | SPECTRUM DENTAL RESEARCH INC | $7,000 |
| Jul 20, 1989 | 0646 / 2078 | XX05 | WD | HOLIDAY BUILDERS INC | $5,700 |
| Jan 27, 1989 | 0622 / 0148 | XX05 | WD | SPECTRUM DENTAL RESEARCH INC | $5,700 |
| Oct 28, 1988 | 0611 / 1013 | XX05 | WD | Lawrence A Napoli | $4,500 |
| Oct 1, 1984 | 0448 / 1310 | XX00 | CV | | $5,000 |

### Building Information (1 of 1)

Finished Area: 2,374 SF

Gross Total Area: 3,275 SF

#### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip |
| Building Type: HB | Year Built: 2006 | Frame: |
| Grade: B | Effective Year: 2006 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

#### Interior Data

| | | |
|---|---|---|
| Bedrooms: 3 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |

Half Baths: 1                    Heat Fuel: None                Primary Floors: Tile-Ceramic
A/C %: 100%                      Heated %: 100%                 Sprinkled %: 0%




## Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2374 | 2374 | 265 |
| GAA | Garage Attached Average | 441 | 0 | 84 |
| OPAH | Open Porch Attached High | 43 | 0 | 28 |
| PATH | Patio High (Flooring over Slab-Tile,Pavers,etc) | 255 | 0 | 76 |
| SPAA | Screen Porch Attached Average | 162 | 0 | 54 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 720 | 2006 |
| VINYLFENCE6' | 1 | 186 | 2015 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $185,400 |
| Land: | $28,000 |
| Just/Market: | $213,400 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $65,151 |
| Assessed: | $148,249 |
| Exemption(s): | $50,000 |
| Taxable: | $98,249 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2017 | 2016 | 0500 | Homestead Exemption | $25,000 |
| 2017 | 2016 | 0550 | Homestead Exemption over $ 50,000 | $25,000 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ☑ .

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|------|-------------|----------|------------|---------|
| 2017 | $213,400 | $148,249 | $50,000 | $98,249 |
| 2016 | $145,200 | $145,200 | $50,000 | $95,200 |
| 2015 | $111,100 | $111,100 | $0 | $111,100 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|--------|-----------|-------------|--------|-----|
| P0545750 | Sep 21, 2005 | Residential New Construction | $114,570 | $6,897 |
| P15-27950 | Oct 19, 2015 | Fence | $4,439 | $80 |

Notice: This does not necessarily represent all the permits for this property.

Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 4531 SW Darwin BLVD
Map ID: 44/32S

Parcel ID: 3420-665-1643-000-8
Zoning: RS-2

Account #: 90001

Use Type: 0100

Sec/Town/Range:
32/37S/40E
Jurisdiction: Port Saint Lucie

## Ownership

Kurt E Tolliver
Suzanne Danborn Tolliver

4531 SW Darwin BLVD
Port St Lucie, FL 34953

## Legal Description

PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 44/32S) (OR 3788-2310)

## Current Values

| Just/Market: | $213,400 | Assessed: | $148,249 |
| Exemptions: | $50,000 | Taxable: | $98,249 |

## Historical Values 3-year

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2017 | $213,400 | $148,249 | $50,000 | $98,249 |
| 2016 | $145,200 | $145,200 | $50,000 | $95,200 |
| 2015 | $111,100 | $111,100 | $0 | $111,100 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| 09-11-2015 | 3788 / 2310 | 0001 | WD | Hofmann (TR) (EST) Richard | $221,200 |
| 12-03-2014 | 3697 / 1198 | 0111 | QC | Hofmann Richard | $100 |
| 11-14-2014 | 3692 / 0802 | 0112 | SP | Christiana Trust (TR), | $108,300 |

## Primary Building Information

Finished Area of this building: 2,374 SF
Gross Area of this building: 3,275 SF

### Exterior Data

| | | | |
|---|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip | Building Type: HB |
| Year Built: 2006 | Frame: | Grade: B | Effective Year: 2006 |
| Primary Wall: CB Stucco | Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

### Interior Data

| | | | |
|---|---|---|---|
| Bedrooms: 3 | A/C %: 100% | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heated %: 100% | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |
| Half Baths: 1 | Sprinkled %: 0% | Heat Fuel: ELEC | Primary Floors: Tile-Ceramic |




## Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,374 |
| Gross Area (SF): | 3,275 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |
| Total Building Count: | 1 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 720 | 2006 |
| VINYLFENCE6' | 1 | 186 | 2015 |

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

**CHRIS CRAFT TAX COLLECTOR ST. LUCIE COUNTY**
P.O. Box 308
Fort Pierce, FL 34954-0308
772-462-1650
www.tcslc.com

## 2017 REAL ESTATE
### NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS

**Skip the trip and pay at www.tcsic.com**
- echeck (electronic payment from your checking account with no fee)
- Credit card (2.5% convenience fee applies)
- Print your receipt instantly online!

$3,151.09

| ACCOUNT | ESCROW |
|---|---|
| 3420-665-1643-000/8 | CL-0020977 |

Kurt E Tolliver
Suzanne Danborn Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL   34953-6046

4531 SW Darwin BLVD, Port Saint Lucie
PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11
(MAP 44/32S) (OR 3788-2310)

11/30/2017

Paid    Receipt #    0000-20171130-005357

RETAIN THIS PORTION FOR YOUR RECORDS

### AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|---|
| County Parks MSTU | 772-462-1670 | 0.2313 | 148,249 | 50,000 | 98,249 | 22.72 |
| Co Public Transit MSTU | 772-462-1670 | 0.1269 | 148,249 | 50,000 | 98,249 | 12.47 |
| Erosion District E | 772-462-1670 | 0.0926 | 148,249 | 50,000 | 98,249 | 9.09 |
| Law Enf,Jail,Judicial Sys | 772-462-1670 | 3.4538 | 148,249 | 50,000 | 98,249 | 339.33 |
| Co General Revenue Fund | 772-462-1670 | 4.1077 | 148,249 | 50,000 | 98,249 | 403.58 |
| Childrens Service Council | 772-408-1100 | 0.4765 | 148,249 | 50,000 | 98,249 | 46.82 |
| St Lucie Co Fire District | 772-621-3338 | 3.0000 | 148,249 | 50,000 | 98,249 | 294.75 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0320 | 148,249 | 50,000 | 98,249 | 3.14 |
| City of Port St Lucie | 772-871-5069 | 5.1807 | 148,249 | 50,000 | 98,249 | 509.00 |
| City of PSL Voted Debt | 772-871-5069 | 1.2193 | 148,249 | 50,000 | 98,249 | 119.80 |
| School Discretionary | 772-429-3970 | 0.7480 | 148,249 | 25,000 | 123,249 | 92.19 |
| School Capital Improvement | 772-429-3970 | 1.5000 | 148,249 | 25,000 | 123,249 | 184.87 |
| School Req Local Effort | 772-429-3970 | 4.3260 | 148,249 | 25,000 | 123,249 | 533.18 |
| Mosquito Control | 772-462-1670 | 0.2164 | 148,249 | 50,000 | 98,249 | 21.26 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.3100 | 148,249 | 50,000 | 98,249 | 30.46 |

| MILLAGE CODE | 0011 | TOTAL MILLAGE | 25.0211 | TOTAL AD VALOREM TAXES | $2,622.66 |
|---|---|---|---|---|---|



**eBill**

Go paperless
and receive your
tax bill by email.

**www.tcslc.com**

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | | AMOUNT |
|---|---|---|---|
| PS56 | PSL USD 5,6,7A MSBU | 772-871-5069 | 228.37 |
| PS61 | Port St Lucie Stormwater Improv/Maint | 772-871-5069 | 163.00 |
| PSSW | PSL Solid Waste Assessment | 772-871-5069 | 268.36 |
| TOTAL ASSESSMENTS | | | $659.73 |

| COMBINED TAXES AND ASSESSMENTS | $3,282.39 |
|---|---|

Scan to
view
your
bill
online

| Pay One Amount (Discount Already Deducted) | If Postmarked By Please Pay | Nov 30, 2017 $0.00 |
|---|---|---|

---

### 2017 REAL ESTATE

**CHRIS CRAFT TAX COLLECTOR ST. LUCIE COUNTY**
P.O. Box 308
Fort Pierce, FL 34954-0308
772-462-1650
www.tcslc.com

| ACCOUNT |
|---|
| 3420-665-1643-000/8 |

Kurt E Tolliver
Suzanne Danborn Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL   34953-6046



**Pay online at www.tcslc.com**
### AMOUNT DUE

I am paying the following amount (check only one box):

| Nov 30, 2017 | $0.00 |
|---|---|

Checks payable to St. Lucie County Tax Collector
U.S. funds only through U.S. bank
No postdated checks · Print receipt online

Paid        11/30/2017        Receipt #        0000-20171130-005357        $3,151.09

## Values

| 2016 ⌄ Values Breakdown | |
|---|---|
| Building: | $161,600 |
| Land: | $24,000 |
| Just/Market: | $185,600 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $0 |
| Assessed: | $185,600 |
| Exemption(s): | $50,000 |
| Taxable: | $135,600 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2016 | 2016 | 0500 | Homestead Exemption | $25,000 |
| 2016 | 2016 | 0550 | Homestead Exemption over $50,000 | $25,000 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $158.00 |

This does not necessarily represent the total Special Assessments that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office ◪.

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2016 Saint Lucie County Property Appraiser. All rights reserved.