**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  Kurt & Suzanne Tolliver

Affected Property Address: 4531 SW Darwin Blvd., Part St. Lucie, FL  34953

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

   (Month/Day/Year)        09  /  11   /   2015

2.  When you took ownership of the Property, what was the name of the seller?

Hoffman Trust / Diana C. Bloom, Trustee

EXHIBIT
B

3. Name and address of the realtor?

Diana Bloom, Trustee, Sunleaf Realty, 2082 SE Camilo St., Port St. Lucie, FL 34952

Olga Delbusto, Keller Williams, 9700 Reserve Road, Port St. Lucie, FL  34986

4. Name and address of the closing agent?

Nancy Perella, First international Title, 201 SW Port St. Lucie Blvd, Ste 205, Port St. Lucie, FL 34984

5. What was the price of the home when you purchased it?  $_221,200.00_ _ _ _ _

6. Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought. This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

[✓] Yes     [ ] No     [ ] I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?
    $ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

    a. __08__ / __19__ /20__15__
    b. __05__ / __21__ /20__18__

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

>**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

>(Month/Day/Year)          ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

>**Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

I don't know.

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Loss of use of the home for 41 months (and counting).

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

>    **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A
_____
_____
_____
_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

>    **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

>    a. N/A _____
>    b. _____
>    c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

>    a. _____/_____/20_____  to  _____/_____/20_____
>    b. _____/_____/20_____  to  _____/_____/20_____
>    c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

>    a. $ N/A _____
>    b. $_____
>    c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

  **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

  **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

  **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

  ☑ Yes    ☐ No    ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

Mick McGuire; 2300 Virginia Avenue, Ft. Pierce, FL 34982; (772) 462-1000

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

Jennifer Crawford; 2300 Virginia Avenue, Ft. Pierce, FL 34982; (772) 462-1000

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

I don't know.

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

8/23/16  &  9/07/16

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response**:  ☑ N/A

32.  When did the remediation commencement date occur?

**Response**:  ☑ N/A

33.  When did the remediation end date occur?

**Response**:  ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response**:  ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response**:  ☑ N/A

7

36.  Were any samples from the remediation retained?

> **Response:**   ☑ N/A

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

> **Response:**   ☑ N/A

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

> **Response:**   ☑ N/A

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

> **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_Kurt Tolliver / Suzanne Tolliver_     _1/15/19_
Signature of Plaintiff                                      Date

_Kurt Tolliver / Suzanne Tolliver_
Printed Name

# Exhibit 1

Florida Sunshine Appraisal Corp.

[Main File No. RB4531] Page #1]

# Appraisal Compliance Certification

**Subject Property Address**

4531 SW Darwin Blvd

Port Saint Lucie, FL 34953

**Legal Description**

Port St Lucie-Section 34- BLK 2391 Lot 11

Effective Date of Appraisal:   08/19/2015

File Number:   RB4531

a la mode, inc., certifies that the ordering and delivery of the above referenced appraisal report, the ("REPORT"), was completed using the proprietary workflow and policies of the Mercury Network vendor management platform. The following specific features were used for this order.

☐ Intelligent Appraiser Selection System (ISS) was used to automatically select the appraiser from either the complete Mercury Network appraiser pool or a custom lender built fee panel.

☐ Double-Blind communication was enabled which restricts free-form communication between the appraiser and person placing the order. All status messages are restricted to pre-written, system supplied text. The identity of the appraiser is concealed until the appraisal is delivered.

The undersigned appraiser(s) responsible for preparing the above referenced appraisal report hereby certify that the report was completed and the opinion of value developed in accordance with USPAP standards; And, at no time did any employee, director, officer, or agent of the lender, or any other third party acting as joint venture partner, independent contractor, appraisal company, appraisal management company, or partner on behalf of the lender, influence or attempt to influence the development, reporting, result, or review of the REPORT.

The appraiser(s) further certify that at no time were they provided with or informed of any estimate regarding the Subject Property's value including but not limited to a borrower estimate of value, proposed loan amount, or loan to value ratio (LTV), except in the case of purchase transactions where according to USPAP Standards Rule 1-5(a) the appraiser is required to analyze all agreements of sale, options, and listings of the subject property as of the effective date of the appraisal.

a la mode, inc. is not a party to this agreement and does not have any obligations with respect to the certifications made by the appraiser(s). Any claims or disputes based on this certification are between the appraiser(s) and the recipient of the certification.

| Appraiser | Supervisory Appraiser (if required) or Co-Appraiser (if applicable) |
|---|---|
| Signature | Signature |
| RODOLFO A. BETANCOURT | Supervisory or Co-Appraiser |
| Appraiser | |
| 5025 REGENCY ISLES WAY | |
| COOPER CITY, FL 33330 | |
| RD5925 | |
| License or Certification # | License or Certification # |
| 08/21/2015 | |
| Date of Report/Signature | Date of Signature |

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | File No. | RB4531 | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code  34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

## TABLE OF CONTENTS

Appraisal Compliance Certification Addendum ............................................................................................................. 1
Invoice ........................................................................................................................................................................... 2
Cover Page ................................................................................................................................................................... 3
URAR ............................................................................................................................................................................ 4
Supplemental Addendum .............................................................................................................................................. 10
Subject Photos .............................................................................................................................................................. 14
Interior Photos ............................................................................................................................................................... 15
Interior Photos ............................................................................................................................................................... 16
Comparable Photos 1-3 ................................................................................................................................................. 17
APPRAISER LICENSE .................................................................................................................................................. 18
E&O INSURANCE ......................................................................................................................................................... 19
Market Conditions Addendum to the Appraisal Report ................................................................................................. 20
UAD Definitions Addendum ........................................................................................................................................... 21
COPPER COUPON DRYWALL TEST RESULTS ......................................................................................................... 24
Building Sketch (Page - 1) ............................................................................................................................................. 25
Location Map ................................................................................................................................................................. 26

**FROM:**
RODOLFO A. BETANCOURT
FLORIDA SUNSHINE APPRAISAL, CORP.
5025 REGENCY ISLES WAY
COOPER CITY FL. 33330
rudy@flasunshineappraisals.com    CELL 786-712-5002
Telephone Number: 954-530-8305    Fax Number:  954-839-6355

# INVOICE

| | |
|---|---|
| **INVOICE NUMBER** | RB4531 |
| **DATE** | 08/19/2015 |

**TO:**
Universal Mortgage & Finance Inc.
3158 Braverton Street
Edgewater, MD 21037

Telephone Number:    Fax Number:
Alternate Number:    E-Mail:

| **REFERENCE** | |
|---|---|
| Internal Order #: | |
| Lender Case #: | FLML15080482 |
| Client File #: | |
| Main File # on form: | RB4531 |
| Other File # on form: | 094-7263174 |
| Federal Tax ID: | 01-0824151 |
| Employer ID: | 01-0824151 |

## DESCRIPTION

| | | |
|---|---|---|
| **Lender:** Universal Mortgage & Finance Inc. | **Client:** Universal Mortgage & Finance Inc. | |
| **Purchaser/Borrower:** Suzanne D. & Kurt E. Tolliver | | |
| **Property Address:** 4531 SW Darwin Blvd | | |
| **City:** Port Saint Lucie | | |
| **County:** St. Lucie | **State:** FL | **Zip:** 34953 |
| **Legal Description:** Port St Lucie-Section 34- BLK 2391 Lot 11 | | |

## FEES

| | AMOUNT |
|---|---|
| FULL APPRAISAL | 400.00 |
| REMIT PAYMENT PLEASE ************************************************** | |
| **SUBTOTAL** | 400.00 |

## PAYMENTS

| | AMOUNT |
|---|---|
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| Check #:    Date:    Description: | |
| **SUBTOTAL** | |
| **TOTAL DUE** $ | 400.00 |



**FLORIDA SUNSHINE APPRAISAL, CORP.**
**COOPER CITY, FL. 33330**

# APPRAISAL OF REAL PROPERTY

### LOCATED AT:
4531 SW Darwin Blvd
Port St Lucie-Section 34- BLK 2391 Lot 11
Port Saint Lucie, FL 34953

### FOR:
Universal Mortgage & Finance Inc.
3158 Braverton Street
Edgewater, MD  21037

### AS OF:
08/19/2015

### BY:
RODOLFO A. BETANCOURT
5025 REGENCY ISLES WAY
COOPER CITY FL. 33330
(OFFICE) 954-530-8305(CELL)786-712-5002
(FAX) 954-839-6355
rudy@flasunshineappraisals.comWEBSITEwww.flasunshineappraisals.com

Florida Sunshine Appraisal Corp.

094-7263174
File # RB4531

# Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address | 4531 SW Darwin Blvd | | City Port Saint Lucie | | State FL | Zip Code 34953 |
|---|---|---|---|---|---|---|

Borrower Suzanne D. & Kurt E. Tolliver   Owner of Public Record   Hoffman , Richard Trust   County St. Lucie

Legal Description   Port St Lucie-Section 34- BLK 2391 Lot 11

Assessor's Parcel #   34-20-665-1643-0008   Tax Year   2014   R.E. Taxes $ 2,608

Neighborhood Name   Port St Lucie-Section 34   Map Reference   37-40-32   Census Tract   3821.12

Occupant ☐ Owner ☐ Tenant ☒ Vacant   Special Assessments $ 0   ☐ PUD   HOA $ 0   ☐ per year   ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client   Universal Mortgage & Finance Inc.   Address   3158 Braverton Street, Edgewater, MD 21037

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).   1;SOURCES REVIEWED MLS/MIAMIDADE.GOV./FARES, THE SUBJECT PROPERTY IS CURRENTLY LISTED FOR SALE IN THE MLS FOR $200,000 ON 08/04/2015  MLS#RX-10157238.

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Arms length sale;TYPICAL CONTRACT.

Contract Price $ 221,200   Date of Contract 08/08/2015   Is the property seller the owner of public record? ☒ Yes ☐ No Data Source(s) County/Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.   $0;;

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % |  |
|---|---|---|---|---|---|---|---|---|---|
| Location | Urban ☒ Suburban ☐ Rural | | Property Values | ☒ Increasing ☐ Stable ☐ Declining | | PRICE | AGE | One-Unit | 85 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | $ (000) | (yrs) | 2-4 Unit | 5 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 160 Low 5 | | Multi-Family | 5 % |
| Neighborhood Boundaries   NORTH OF SW BECKE RD , SOUTH OF SW PAAR DR , EAST OF SW | | | | | | 265 High 35 | | Commercial | 5 % |
| PORT ST LUCIE BLVD  ,AND WEST OF FLORIDA'S TPKE . | | | | | | 200 Pred. 9 | | Other | % |

Neighborhood Description   SUBJECT NEIGHBORHOOD PRIMARILY CONSISTS OF  SINGLE FAMILY HOUSING OF AVERAGE TO ABOVE AVERAGE CONSTRUCTION AND MARKET APPEAL.SUBJECT NEIGHBORHOOD COMPARES FAVORABLY TO COMPETING NEIGHBORHOODS IN THE AVAILABILITY OF AMENITIES, SCHOOLS, SHOPPING, PARKS AND RECREATIONAL AREAS.

Market Conditions (including support for the above conclusions)   SUBJECTS NEIGHBORHOOD APPEARS STABLE.  SUPPLY AND DEMAND IS IN BALANCE.  AVERAGE  TIME TO MARKET A REASONABLY PRICED PROPERTY IS 0-3 MONTHS.  FINANCING CONCESSIONS ARE TYPICAL FOR THE AREA.  NO NEGATIVE MARKETING CONDITIONS WERE NOTED AS OF THE DATE INSPECTION.

Dimensions NOT AVAILABLE   Area 10,000 SF   Shape RECTANGULAR   View N;Res;

Specific Zoning Classification SFR   Zoning Description SINGLE FAMILY (0100)

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street ASPHALT | ☒ | |
| Gas | ☐ | NONE | Sanitary Sewer | ☐ | ☒ SEPTIC TANK | Alley NONE | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 12111C0405J   FEMA Map Date 02/16/2012

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

NO OBVIOUS ADVERSE SITE FACTORS WERE REPORTED AND OR OBSERVED AS OF THE TIME OF INSPECTION.  A SURVEY WAS NOT AVAILABLE FOR REVIEW.

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | | Foundation Walls | CBS/AVG | Floors | C.TILE/WOOD/GO |
| # of Stories | 1 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls | CBS/AVG | Walls | DRYWALL/GOOD |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area | 0 sq.ft. | Roof Surface | ASPH. SHINGL/AVG | Trim/Finish | WOOD/GOOD |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish | 0 % | Gutters & Downspouts | ALUMIN/AVG. | Bath Floor | C.TILE/GOOD |
| Design (Style) | RANCH | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type | S.HUNG/AVG. | Bath Wainscot | C. TILE/GOOD |
| Year Built | 2006 | Evidence of ☐ Infestation N/A | | Storm Sash/Insulated | INSULATION/AVG. | Car Storage | ☐ None |
| Effective Age (Yrs) | 3 | ☐ Dampness ☐ Settlement | | Screens | NO/YES | ☒ Driveway | # of Cars 4 |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | ☐ Woodstove(s) # 0 | | Driveway Surface | CONCRETE |
| ☐ Drop Stair | ☐ Stairs | ☐ Other | Fuel ELECT. | ☐ Fireplace(s) # 0 | ☐ Fence NONE | ☒ Garage | # of Cars 2 |
| ☐ Floor | ☒ Scuttle | Cooling ☒ Central Air Conditioning | ☒ Patio/Deck CVD | ☐ Porch CVD ENT | ☐ Carport | # of Cars 0 |
| ☐ Finished | ☐ Heated | ☐ Individual ☐ Other | | ☐ Pool NONE | ☐ Other NONE | ☒ Att. ☐ Det. ☐ Built-in |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:   7 Rooms   3 Bedrooms   2.1 Bath(s)   2,480 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   WOOD KITCHEN CABINETS WITH GRANITE COUNTER TOPS,  TILE  AND WOOD FLOORS, 2 CAR GARAGE, SCHREENED PATIO.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C2;Kitchen-remodeled-less than one year ago;Bathrooms-remodeled-less than one year ago;QUALITY OF CONSTRUCTION IS  AVERAGE . NORMAL PHYSICAL DEPRECIATION WAS OBSERVED. NO EXTERNAL OBSOLESCENCE IS APPARENT. SUBJECT PROPERTY WAS IN  GOOD CONDITION AT THE TIME OF INSPECTION.  FUNCTIONAL UTILITY IS COMPATIBLE WITH LOCAL MARKET ACCEPTANCE AND EXPECTATIONS.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

At the time of inspection the subject utilities water & electricity were connected. The appraiser made a head & shoulders inspection of subject's attic area and found no adverse conditions.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Freddie Mac Form 70 March 2005                UAD Version 9/2011   Page 1 of 6                Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

| | | |
|---|---|---|
| There are | 30 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 189,900 to $ 299,000 . |
| There are | 11 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 160,000 to $ 265,000 . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 4531 SW Darwin Blvd | 643 SW Hoffenberg Ave | 179 SW Milburn Cir | 4422 SW Bonney St |
| | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 |
| Proximity to Subject | | 0.84 miles W | 0.10 miles SE | 0.58 miles NW |
| Sale Price | $ 221,200 | $ 235,000 | $ 239,500 | $ 240,000 |
| Sale Price/Gross Liv. Area | $ 89.19 sq.ft. | $ 111.01 sq.ft. | $ 103.41 sq.ft. | $ 106.15 sq.ft. |
| Data Source(s) | | MLS/REALQUEST;DOM 8 | TAX ROLL/REALQUEST;DOM 101 | TAX ROLL/REALQUEST;DOM 355 |
| Verification Source(s) | | O/R:3741-2696 | O/R:3762-929 | O/R:3742-1859 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | FHA;0 | | Conv;0 | |
| Date of Sale/Time | | s04/15;Unk | | s06/15;Unk | | s04/15;Unk | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 10,000 SF | 10,000 SF | | 23,656 SF | -10,000 | 10,000 SF | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;RANCH | DT1;RANCH | | DT1;RANCH | | DT1;RANCH | |
| Quality of Construction | Q2 | Q2 | | Q2 | | Q2 | |
| Actual Age | 9 | 9 | | 13 | 0 | 9 | |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 7 | 3 | 2.1 | 8 | 4 | 3.0 | +4,500 | 6 | 3 | 2.0 | +1,500 | 7 | 4 | 2.0 | 0 |
| Gross Living Area | 2,480 sq.ft. | 2,117 sq.ft. | +3,630 | 2,316 sq.ft. | +1,640 | 2,261 sq.ft. | +2,190 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | CENTRAL | CENTRAL | | CENTRAL | | CENTRAL | |
| Energy Efficient Items | STANDARD | STANDARD | | STANDARD | | STANDARD | |
| Garage/Carport | 2ga4dw | 2ga4dw | | 2ga4dw | | 2ga4dw | |
| Porch/Patio/Deck | PORCH/PATIO | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| INT FEATURES | UPGRADE | UPGRADE | | UPGRADE | | UPGRADE | |
| POOL | NONE | YES | -10,000 | YES | -10,000 | YES | -10,000 |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -1,870 | ☐ + ☒ - | $ -16,860 | ☐ + ☒ - | $ -7,810 |
| Adjusted Sale Price | | Net Adj. 0.8 % | | Net Adj. 7.0 % | | Net Adj. 3.3 % | |
| of Comparables | | Gross Adj. 7.7 % | $ 233,130 | Gross Adj. 9.7 % | $ 222,640 | Gross Adj. 5.1 % | $ 232,190 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain  FARES

| | | | | |
|---|---|---|---|---|
| My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal. | | | | |

Data Source(s)  PUBLIC RECORDS,FARES

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)  PUBLIC RECORDS,FARES

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/17/2014 | 11/28/2011 | 03/27/2000 | 04/15/2005 |
| Price of Prior Sale/Transfer | $108,252 | $145,000 | $9,500 | $76,500 |
| Data Source(s) | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS | PER PUBLIC RECORDS |
| Effective Date of Data Source(s) | 08/19/2015 | 08/19/2015 | 08/19/2015 | 08/19/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales    SUBJECT'S THREE YEARS SALES HISTORY IS LISTED ABOVE.
COMPARABLES TWELVE MONTH SALES HISTORY IS LISTED ABOVE.

Summary of Sales Comparison Approach    REPORTED COMPARABLES INDICATE A REASONABLE VALUE TREND FOR THE SUBJECT
PROPERTY. THEY BRACKET THE SUBJECT PROPERTY IN TERMS OF VALUE. ADJUSTMENTS ARE EXTRACTED FROM LOCAL
MARKET ACCEPTANCE AND EXPECTATIONS. AN EFFORT HAS BEEN MADE TO VERIFY WITH ALTERNATE SOURCES AND
TRANSACTION PARTICIPANTS THE ACCURACY AND CONDITIONS OF SALE OF THE COMPARABLES AND OTHER DATA GATHERED
FROM PUBLIC RECORDS.

Indicated Value by Sales Comparison Approach $  225,000

| | | | |
|---|---|---|---|
| Indicated Value by: Sales Comparison Approach $  225,000 | Cost Approach (if developed) $  39,250 | Income Approach (if developed) $ | |

GREATER WEIGHT HAS BEEN GIVEN TO THE SALES COMPARISON APPROACH . THE INCOME APPROACH HAS NOT BEEN USED
BECAUSE THIS TYPE OF PROPERTY IS NOT TYPICALLY PURCHASED FOR INCOME PURPOSES. THE COST APPROACH IS
SUPPORTIVE OF THE VALUE CONCLUSION.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been
completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the
following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: THIS APPRAISAL IS INTENDED
FOR USE IN A FEDERALLY FUNDED TRANSACTION AND IS NOT INTENDED FOR ANY OTHER USE.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting
conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$  225,000 , as of  08/19/2015 , which is the date of inspection and the effective date of this appraisal.

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

**Purpose:** The purpose of this appraisal is to determine market value for mortgages insurance purposes.

Intended used of appraisal / Function.The intended use or function is to support the underwriting requirements for an FHA-Insured mortgages.
HUD/FHA and the client are the intended user of this report.

The subject property conforms to applicable minimum FHA/HUD standards set forth in handbook 4150.2 " Appendix D, Valuation Protocol ".

The inspection was completed in compliance with all FHA requirements and : "the property meets the minimum property standards per HUD
Handbook 4150.2 and 4905.1.

Taxes = $ 217.27 per month."Property meets FHA guidelines"

In order to find the best comparable sales that support the subject's estimated value, as well as trends and conditions in the neighborhood, the
appraiser searched within 1 miles from the subject and 12 months from the effective date of the appraisal. The used comparables not only
support the estimated value, but constitute the closest and most recent sales that truly compared to the subject for its bed/bath count, age,
style/design, view and quality of construction.

The subject's opinion of market value stated on the report was solely based and derived from sales data, market trends and condition analysis
performed by the appraiser.

The subject property had chinese dry wall, however all the proper procedures have been done to correct it and have provided a
certificate stating that it was cured.       ( Please see attachment )

No appraisal services were done on the subject property by appraiser in the last 36 months.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)       COUNTY TAX ASSESSMENTRECORDS,
PUBLIC LAND RECORDS AND OTHER SUCH DATA SOURCES FOR THE AREA IN WHICH THE  PROPERTY  IS LOCATED.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | | =$ | 10,000 |
|---|---|---|---|---|---|---|
| Source of cost service  MARSHALL AND SWIFT | DWELLING | 2,480 Sq.Ft. @ $ | | | =$ | |
| Quality rating from cost service  AVG        Effective date of cost data  08/19/2015 | | 0 Sq.Ft. @ $ | | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | App, Porch,Patio, P | | | | =$ | 15,000 |
| COST APPROACH SHOULD NOT BE CONSIDERED FOR | Garage/Carport | 418 Sq.Ft. @ $ | | | =$ | |
| INSURURANCE PURPOSES INTENDED USE OF APPRAISAL | Total Estimate of Cost-New | | | | =$ | 15,000 |
| REPORT IS FOR FINANCING PURPOSES ONLY. | Less       Physical | Functional | External | | | |
| | Depreciation       750 | | | | =$( | 750) |
| | Depreciated Cost of Improvements | | | | =$ | 14,250 |
| | "As-is" Value of Site Improvements | | | | =$ | 15,000 |
| Estimated Remaining Economic Life (HUD and VA only)       57 Years | INDICATED VALUE BY COST APPROACH | | | | =$ | 39,250 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|
| Summary of Income Approach (including support for market rent and GRM) | | | |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**Uniform Residential Appraisal Report**

094-7263174
File # RB4531

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

094-7263174
File # RB4531

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER   RODOLFO A. BETANCOURT | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   RODOLFO A. BETANCOURT | Name |
| Company Name   FLORIDA SUNSHINE APPRAISAL, CORP. | Company Name |
| Company Address   5025 REGENCY ISLES WAY | Company Address |
| COOPER CITY, FL 33330 | |
| Telephone Number   954-530-8305 | Telephone Number |
| Email Address   rudy@flasunshineappraisals.com | Email Address |
| Date of Signature and Report   08/21/2015 | Date of Signature |
| Effective Date of Appraisal   08/19/2015 | State Certification # |
| State Certification #   RD5925 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State  FL | |
| Expiration Date of Certification or License   11/30/2016 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 4531 SW Darwin Blvd | Date of Inspection |
| Port Saint Lucie, FL 34953 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   225,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name  No AMC | **COMPARABLE SALES** |
| Company Name   Universal Mortgage & Finance Inc. | |
| Company Address   3158 Braverton Street, Edgewater, MD 21037 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004UAD — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |

094-7263174

### Comments and Conditions of Appraisal

Comment: Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. Form 3-6 months. I HAVE NOT PERFORMED SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE PRIOR THREE-YEAR PERIOD. ALL SALES WERE CLOSED SALES AND CONSIDERED STRONG MARKET VALUE INDICATORS FOR THE SUBJECT PROPERTY. THEY ARE ALL RELATIVELY SIMILAR TO THE SUBJECT IN TERMS OF SIZE, DESIGN AND MARKET APPEAL. AFTER EXTENSIVE RESEARCH, THESE SALES WERE DEEMED THE BEST AVAILABLE AND MOST SIMILAR CONFIRMED SALES IN THE SUBJECT'S IMMEDIATE AREA. THEY ARE ALL LOCATED IN THE SUBJECT'S IMMEDIATE AREA AND SHARE THE SAME IF NOT SIMILAR NEIGHBORHOOD AMENITIES.

### Purpose of the Appraisal

The purpose of the appraisal is to estimate the Market Value of the subject property as of the date indicated. The definition of Market Value is as defined in FHLBB R-11e (9/11/87) and FNMA Form 1004b (7/86).

### Highest and Best Use

Highest and Best Use (or Uses) that will produce the highest net or higher present worth. In analyzing Highest and Best Use, the appraiser considered four primary elements in the order presented:

1. Possible:  Those physically possible uses to which the site is suited.
2. Permissible:  Those possible uses permitted by zoning or deed restrictions.
3. Feasible:  Those permissible uses, which will produce a net return or present worth to the owner.
4. Highest and Best Use:  Those feasible uses, which will produce the highest net return or highest, present worth.

The opinion of Highest and Best Use indicated in this report takes into account these factors and the subject property as it compares with the surrounding neighborhoods.

### Septic Tanks

If "Septic Tanks" is indicated in the SITE section of the report, it is noted that this is an acceptable form of waste disposal in the neighborhood.  Unless otherwise noted in the comment section of SITE or by separate addenda, no visible problem with a septic tank was noted at the time of inspection.  The existence of a septic tank would have no effect on the estimate of value or marketability.

### Condition of Components

The appraisal form used for this appraisal calls for opinions of conditions of certain components of the subject improvements including but not limited to appliances, heating and cooling systems, surfaces, electrical, mechanical or plumbing systems.  The conditions indicated in this report are based on observation made at the time of the inspection.  They rely on visual indicators as well as reasonable expectations as to adequacy, and are dictated by neighborhood standards relative to marketability.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |

094-7263174

### Flood Zone Information

The Flood Zone information appearing on this report does not directly address the questions of whether or not flood insurance is required on the property. Flood insurance requirements are established by Secondary Market participants through regulation, guideline and commitment.

The information appearing on this report refers to the location (or not) of the subject property in a FEMA or HUD Identified Special Flood Hazard Area. For the purpose of this report, properties located in A, B, C or zones are deemed to be in a Special Flood Hazard Area.

The information shown on the report was derived from Flood Insurance Rate Maps (FIRM) issued by the National Flood Insurance Program (NFIP) of the Federal Emergency Management Area (FEMA). From time to time a subject property will lie on or near a zone boundary line and it may be difficult to determine which zone or zones are indicated. In such cases, the appraisal form will indicate the most hazardous zone. Final determination of flood zone should be verified against a property engineering survey, indicating floor elevations.

### Income Approach to Value

The Income Approach is premixed on capitalizing a net operating income from a property to arrive at an indicated value. The subject is a residential property, typically purchased for the intangible amenities of home ownership and not for the purpose of generating income.

If the indicated value by Income Approach on the appraisal form was completed N/A, then it was the judgement of the appraiser based on the above factors and our research that the Income Approach was inappropriate for this assignment.

### Personal Property

Certain items normally found in residential properties are Personal Property, which can be defined, as those items are not permanently attached to the real estate. From time to time purchase/sale contracts include items of personal property as part of the contract and sales price. These might include (but not limited to):
* refrigerator                    * window treatments
* above ground swimming pool      * washer/dryer
* counter top microwave oven      * movable dishwasher
* outdoor patio furniture         * recreational items

### Explanation of Building Square Foot Area

The appraisal uses actual living area in the market analysis for both the subject and the comparable sale properties. The living area utilized for the sales data has been abstracted from the Public Records/Tax Rolls listed square foot area data and may have been further modified by the field appraiser's observation of the actual improvements

The abstracted living area of the sale properties have been calculated to the best of the appraiser's observation and information obtainable. However, the appraiser has not measured the sale properties or had benefit of surveys, unless otherwise noted. In St. Lucie County, the square foot data in the Public Records/Tax Rolls is given in a composite amount called the "Adjusted Living Area". This figure is the sum of the base living area, plus a percentage of other building areas (such as garage, carport, porches, etc.). This living area utilized in the Market Analysis may have been further modified by the field appraiser's observation of actual improvements. In accordance with the definition of Market Value, attached hereto, the Subject Property is appraised on the basis of conventional financial arrangements, unaffected by special or creative financing or sales concessions granted by anyone associated with one sale.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |

094-7263174

### Scope of the Appraisal

According to the Uniform Standards of Appraisal Practices, as adopted February 27, 1987 and effective July 1, 1987, the term "Scope of the Appraisal" means "the extent of the process of collecting, conforming and reporting data". In order to value the subject at hand, an inspection of the subject property, as well as it's surrounding area, will be performed for the purpose of thoroughly familiarizing oneself with it's locational, physical and environmental qualities. Attention will be directed to the physical characteristics and direction of growth and the principal factors likely to influence the quality and quantity of demand for the area's residential market. A survey and analysis will then be conducted of residential properties in the relevant market area to determine the market trends with regards to physical characteristics inherent within the residential segment. The subject property will then be valued using the Cost Approach, Direct Sales Approach and Income Capitalization Approach, however, any omission of these recognized methods will be explained by the appraiser.

### Comparable Sales Over Six Months

Every effort has been made to secure comparable sales, which transpired within the six-month period immediately preceding the date of valuation. Utilization of sales which occurred beyond the optimum period will indicate that more recent sales were unavailable or that the most recent sales available would necessitate larger adjustments than the ones on the comparable sales utilized in this report. Comparable sales, therefore, will reflect the selection of those sales deemed most representative for the subject property. The time frame is expanded to recite sales which have characteristics similar to those of the subject property and provide accurate indicators of value, this is common and necessary appraisal practice in this area. An analysis of sales within the past year of similar properties in the area reveals no significant increases or decreases in property values which would warrant a market condition (time) adjustment. Lack of more current comparable sales in the subject's market area does not necessarily mean that adverse market conditions exist and their use is not considered to affect the quality of the value estimate since current market derived adjustments were used to compensate for major differences between the subject and comparable sales utilized.

### Comment on Infestation, Dampness and Settlement Limiting Condition

The subject property has been inspected by the appraiser to determine it's current general condition for the purpose of estimating it's market value. This inspection is not a Home Inspection or a Termite Inspection. Although the appraiser did not note any severe adverse conditions the appraiser is not licensed or trained in the above disciplines and cannot legally render a professional opinion. There are no guarantees or warranties given or implied. For an accurate report on the above mentioned unknown potential problems an inspection is recommended through an appropriate licensed professional.

## SUPPLEMENTAL ADDENDUM

File No. RB4531

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |

094-7263174

### Comment on Predominant Price and Age

The Age or Sales Price which occurs within the marketplace with the greatest degree of frequency, within the time frame from which the sales data was selected (typically 6 months or 1 year), is reported as the "Predominant" factor.

There is no direct relationship between a greater occurance of any single factor within a limited time frame, and the market value or marketability of one particular property the fact that the predominant sales price is lower or higher than the estimate of market value does not indicate an adverse condition for the subject property.

### Line Items

The client may rely on the reported estimate of market value and the appraisal report as a whole. No reliance may be placed on any individual line item and or section of the report. All information contained herein is believed to be correct, but not guaranteed.

### Warranties and Indemnity

Appraiser does not make any warranties or guarantees of any kind regarding the condition of the subject property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value. Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

### Comments on Sales Comparison

All sales were closed sales and considered strong market value indicators for the subject property.  They are all relatively similar to the subject in terms of size, design and market appeal.  After extensive research, these sales were deemed the best available and most similar confirmed sales in the subject's immediate area.  They are all located in the subject's immediate area and share the same if not similar neighborhood amenities.

### DIGITAL SIGNATURE

The digital signatures utilized in this report were taken from the original signature furnished by the appraiser. The appraiser's signature affixed in this report was actually the inspecting appraiser's signature. The software program utilized in this report provides a security feature that protects the integrity of the appraiser's signature by a password protection system and the appraiser has the sole personalized control of affixing the signature.

An electronically affixed signature carries the same level of authenticity and responsibility as an ink signature on a paper copy report.

This electronically transmitted report meets USPAP reporting requirements. Steps have been appropriately taken to protect the data integrity of this transmitted report.

## Subject Photo Page                    094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code | 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |



**Subject Front**

4531 SW Darwin Blvd

| | |
|---|---|
| Sales Price | 221,200 |
| Gross Living Area | 2,480 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |



**Subject Rear**



**Subject Street**

Main File No. RB4531 | Page #15

## Interior Photos                         094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County St. Lucie | | State FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | |



**SUBJECT'S SIDE**



**SUBJECT'S SIDE**



**WATER ON**



**LIGHTS ON**



**LIVING ROOM**



**DEN OR OFFICE**



**FAMILY ROOM**



**KICTHEN**



**BEDROOM**



**BATHROOM**



**BEDROOM**



**MASTER BATHROOM**



**WASHER & DRYING**



**MASTER BATHROOM**



**BEDROOM**

Form PICINT15 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. RB4531 | Page #17

## Comparable Photo Page                    094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code  34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |



### Comparable 1

643 SW Hoffenberg Ave

| | |
|---|---|
| Prox. to Subject | 0.84 miles W |
| Sale Price | 235,000 |
| Gross Living Area | 2,117 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |



### Comparable 2

179 SW Milburn Cir

| | |
|---|---|
| Prox. to Subject | 0.10 miles SE |
| Sale Price | 239,500 |
| Gross Living Area | 2,316 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 23,656 SF |
| Quality | Q2 |
| Age | 13 |



### Comparable 3

4422 SW Bonney St

| | |
|---|---|
| Prox. to Subject | 0.58 miles NW |
| Sale Price | 240,000 |
| Gross Living Area | 2,261 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10,000 SF |
| Quality | Q2 |
| Age | 9 |

Main File No. RB4531 | Page #18

**APPRAISER LICENSE**                     094-7263174



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
FLORIDA REAL ESTATE APPRAISAL BD

LICENSE NUMBER
RD5925

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2016

BETANCOURT, RODOLFO ANTONIO
5025 REGENCY ISLES WAY
COOPER CITY      FL 33330

ISSUED:  11/06/2014      DISPLAY AS REQUIRED BY LAW      SEQ # L1411060002309

E&O INSURANCE                    094-7263174



**GREATAMERICAN.**
INSURANCE GROUP

301 E. Fourth Street, Cincinnati, OH 45202

**DECLARATIONS**
for
**REAL ESTATE APPRAISERS**
**LIABILITY INSURANCE POLICY**

## THIS IS BOTH A CLAIMS MADE AND REPORTED INSURANCE POLICY.

**THIS POLICY APPLIES TO THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED**
**AND REPORTED IN WRITING TO THE COMPANY DURING THE POLICY PERIOD.**

Insurance is afforded by the company indicated below:  (A capital stock corporation)

☒   Great American Assurance Company

Note:  The Insurance Company selected above shall herein be referred to as the **Company**.

Policy Number:   **RAP3668789-15**                    Renewal of:

Program Administrator:        **Herbert H. Landy Insurance Agency Inc.**
                              **75 Second Ave Suite 410  Needham, MA 02494-2876**

---

Item 1. **Named Insured:**        **RODOLFO BETANCOURT**

Item 2. **Mailing Address:**        **5025 REGENCY ISLES WAY**
        City, State, Zip Code:        **COOPER CITY, FL 33330**

Item 3. **Policy Period:**  From  **05/05/2015**      To      **05/05/2016**
                              *(Month, Day, Year)*        *(Month, Day, Year)*
        (Both dates at 12:01 a.m. Standard Time at the address of the **Named Insured** as stated in Item 2.)

Item 4. **Limits of Liability:**

        A.  $ __**500,000**__        **Damages** Limit of Liability – Each **Claim**

        B.  $ __**500,000**__        **Claim Expenses** Limit of Liability – Each **Claim**

        C.  $ __**1,000,000**__        **Damages** Limit of Liability – Policy Aggregate

        D.  $ __**1,000,000**__        **Claim Expenses** Limit of Liability – Policy Aggregate

Item 5. **Deductible (Inclusive of Claim Expenses):**

        A.  $ __**500**__        **Each Claim**

        B.  $ __**1,000**__        Aggregate

Item 6. **Premium:** $        **807.00**

Item 7. **Retroactive Date (if applicable):**        **05/05/2015**

Item 8. **Forms, Notices and Endorsements attached:**
                **D42100 (05/13)  D42300 FL (05 13)**
                **D42403 (05/13)  D42402 (05/13)**

                                                        _Betsy a mignuin_
                                                        Authorized Representative

D42101  (05/13)                                                        Page 1 of 1

Main File No. RB4531 | Page #20

## Market Conditions Addendum to the Appraisal Report

094-7263174

File No. RB4531

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 4531 SW Darwin Blvd | City Port Saint Lucie | State FL | ZIP Code 34953 |
|---|---|---|---|---|

Borrower  Suzanne D. & Kurt E. Tolliver

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 0 | 8 | 3 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 0.0 | 2.67 | 1.00 | ☐ Increasing | ☐ Stable | ☒ Declining |
| Total # of Comparable Active Listings | 9 | 10 | 11 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0 | 3.7 | 11.0 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 0 | 186,500 | 195,000 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 0.0 | 76 | 82 | ☐ Declining | ☐ Stable | ☒ Increasing |
| Median Comparable List Price | 184,900 | 184,900 | 191,200 | ☐ Increasing | ☐ Stable | ☒ Increasing |
| Median Comparable Listings Days on Market | 76 | 232 | 154.5 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | | 97.35% | 97.55% | ☒ Increasing | ☐ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☒ Yes | ☐ No | ☐ Declining | ☐ Stable | ☒ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     Seller concessions are prevalent within the subject's market. There are some seller concessions are granted but they are determined on a case by case basis which mostly depends on the motivation of the seller at the time of the sale.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Although REO inventory has seen a gradual contraction throughout the past 12 months as Short Sales activity has been predominant in each of the analyzed periods. Despite of the short sales predominancy, the time exposure still remains under 90 days. Together with the reducing REO inventory, the relatively stable inventory and the static non increasing available listings, median values have experienced certain stability.

Cite data sources for above information.     MLS, PUBLIC RECORDS, REALQUEST.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The market data presented above was analyzed to determine current market trends. This information was utilized for calculating current adjustments for the declining, appreciating or stable market (date/time of sale adjustments). No additional information was used to formulate any conclusions.

| If the subject is a unit in a condominium or cooperative project , complete the following: | | | Project Name: | | | |
|---|---|---|---|---|---|---|
| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | | | |
|---|---|---|---|
| Signature | | Signature | |
| Appraiser Name   RODOLFO BETANCOURT | | Supervisory Appraiser Name | |
| Company Name   FLORIDA SUNSHINE APPRAISAL, CORP. | | Company Name | |
| Company Address   5025 REGENCY ISLES WAY, COOPER CITY, FL | | Company Address | |
| State License/Certification #   RD5925   State   FL | | State License/Certification #   State | |
| Email Address   rudy@flasunshineappraisals.com | | Email Address | |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC   March 2009

Form 1004MC2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

Main File No. RB4531   Page #21

094-7263174
File No.   RB4531

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Condition Ratings and Definitions**

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

**Quality Ratings and Definitions**

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Quality Ratings and Definitions (continued)**

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

**Definitions of Not Updated, Updated, and Remodeled**

**Not Updated**
> **Little or no updating or modernization. This description includes, but is not limited to, new homes.**
> Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**
> **The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
> An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
> **Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.**
> A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

**Explanation of Bathroom Count**

> Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
>
> **Example:**
> 3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
*(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

**Abbreviations Used in Data Standardization Text**

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)



COPPER COUPON DRYWALL TEST RESULTS                       094-7263174



**Greentree Environmental Services, Inc.**
824 SE 47ᵗʰ Street
Cape Coral, FL 33904
Toll-Free: (888) 584-5323
Local: (239) 322-8969
Corporate Fax: (219) 762-4946
greentree@grntree.net
www.callgreentree.com

**Greentree**
ENVIRONMENTAL SERVICES, INC.

## COPPER COUPON DRYWALL TEST RESULTS

May 21, 2015

Gordon Davis
Filter Scientific Coatings, LLC
329 Bell Park Dr.
Woodstock, GA 30188

**RE:    Hoffman**
**4531 Darwin Blvd.**
**Port St. Lucie, FL 34953**

Copper coupons were placed throughout the above-named property to do a hydrogen sulfide test. The samples were placed by the client following the remediation work. The XRF sampling was conducted on July 29, 2015 by inspector Tyler Smith. The intent was to determine the effect of remediation efforts performed by Filter Scientific Coatings.

The State of Florida has concluded that sulfur readings should be collected and analyzed against a baseline. The baseline is ordinarily the air handler. After factoring known bias and instrument error factors on this test and including previously cleared areas, this property is cleared.

**The home has PASSED the sampling test.**

Thank you for allowing us to assist you with your environmental concerns.

Kind regards,

John R. Casey
President

## Building Sketch                                        094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | | |
| City | Port Saint Lucie | | County | St. Lucie | State | FL | Zip Code | 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | | |



TOTAL Sketch by a la mode, inc.

### Area Calculations Summary

| Living Area | | | | Calculation Details | |
|---|---|---|---|---|---|
| First Floor | | 42.5 Sq ft | | 5 × 8.5 | = 42.5 |
| Undefined Area | | 2437.49 Sq ft | | 0.5 × 2.83 × 2.83 = | 4 |
| | | | | 0.5 × 2.83 × 2.83 = | 4 |
| | | | | 7 × 2.83 | = 19.8 |
| | | | | 39 × 22 | = 858 |
| | | | | 10 × 11 | = 110 |
| | | | | 13.5 × 8.5 | = 114.75 |
| | | | | 36.5 × 30 | = 1095 |
| | | | | 11.34 × 4 | = 45.37 |
| | | | | 10 × 18.66 | = 186.57 |
| **Total Living Area (Rounded):** | | **2480 Sq ft** | | | |
| Non-living Area | | | | | |
| 2 Car Attached | | 418 Sq ft | | 19 × 22 | = 418 |

**Location Map**                    094-7263174

| Borrower/Client | Suzanne D. & Kurt E. Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | St. Lucie | State | FL | Zip Code 34953 |
| Lender | Universal Mortgage & Finance Inc. | | | | | |



 **Gmail**

**Kurt Tolliver <kurt5468@gmail.com>**

## Order Confirmation
2 messages

**TOMALLORE@GMAIL.COM <TOMALLORE@gmail.com>**
To: kurt5468@gmail.com

Fri, Jan 13, 2017 at 2:14 PM

**ALLORES PLUMBING SERVICES LLC**
**3085 SE DIXIE HIGHWAY**
**STUART, FL 34997**
**772-288-0998**

**Order Results**

| | |
|---|---|
| **Profile Name:** | ALLORES PLUMBING SERVICES LLC |
| **Transaction ID:** | 130117B39-3C889A3E-95A6-4BB5-8945-C45DAC802A4B |
| **Date/Time:** | 01/13/2017 02:14:56 PM |
| **Transaction Type:** | SALE |
| **Approval Message:** | APPROVAL |
| **Approval Code:** | 223828 |

**Order Section**

| | |
|---|---|
| **Card Number :** | 37**********1001 |
| **Amount :** | $159.00USD |
| **Sales Tax :** | $0.00USD |

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

---

**Kurt Tolliver <kurt5468@gmail.com>**
To: suzyt6@gmail.com

Sat, Jan 14, 2017 at 10:56 AM

Can you look at giving them reviews

Sent from my iPhone

Begin forwarded message:

> **From:** "TOMALLORE@GMAIL.COM" <TOMALLORE@GMAIL.COM>
> **Date:** January 13, 2017 at 2:14:56 PM EST
> **To:** <kurt5468@gmail.com>
> **Subject: Order Confirmation**

[Quoted text hidden]

# 2017 NOTICE OF PROPOSED PROPERTY TAXES AND PROPOSED OR ADOPTED NON-AD VALOREM ASSESSMENTS

**DO NOT PAY - THIS IS NOT A BILL**

Parcel ID    3420-665-1643-000-8

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS...

Account Number:
Tax Code: 0410
Location: 4531 SW Darwin BLVD
Legal Desc: PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 34/25S) (OR 3788-2310)

Owners Name
Kurt E Tolliver Suzanne Danborn Tolliv
4531 SW Darwin BLVD
Port St Lucie, FL 34953-6046

| TAXING AUTHORITY | Column 1* Your Last Year's Tax Rate & Property Taxes | | Column 2* Your Tax Rate & Taxes This Year If No Budget Change is Made | | Column 3* Your Tax Rate & Taxes This Year If Budget Change is Made | | A Public Hearing on the Proposed Taxes and Budget will be held: |
|---|---|---|---|---|---|---|---|
| | Tax Rate | Tax Amount | Tax Rate | Tax Amount | Tax Rate | Tax Amount | |
| **GENERAL COUNTY** | | | | | | | |
| SLC General Fund | 4.1077 | 391.05 | 3.8715 | 380.37 | 4.1077 | 403.58 | September 7, 2017 6:00 PM |
| Jail,Law Enf | 3.2838 | 312.62 | 3.0958 | 304.26 | 3.4538 | 339.33 | 2300 Virginia Ave 3rd Floor, Fort Pierce |
| Erosion Dist E | 0.0915 | 8.81 | 0.0870 | 8.55 | 0.0925 | 9.09 | (772) 462-1670 |
| Mosquito Control | 0.2164 | 20.60 | 0.2035 | 19.99 | 0.2164 | 21.26 | |
| County Parks | 0.2313 | 22.02 | 0.2176 | 21.38 | 0.2313 | 22.72 | |
| County Transit | 0.1269 | 12.08 | 0.1193 | 11.72 | 0.1269 | 12.47 | |
| **PUBLIC SCHOOLS** | | | | | | | |
| By State Law | 4.6740 | 562.42 | 4.3913 | 541.22 | 4.3260 | 533.18 | September 12, 2017 5:01 PM |
| By Local Board | 2.2440 | 270.21 | 2.1008 | 260.03 | 2.2480 | 277.06 | 4204 Okeechobee Rd, Fort Pierce (772) 429-3970 |
| **MUNICIPALITY** | | | | | | | |
| Port Saint Lucie | 5.2807 | 502.72 | 4.8414 | 475.66 | 5.1807 | 509.00 | September 11, 2017 7:00 PM 121 SW Port St Lucie Blvd, PSL (772) 871-1233 |
| **WATER MANAGEMENT** | | | | | | | |
| S Fl Wtr Mgmt Dist | 0.1359 | 12.94 | 0.1275 | 12.53 | 0.1275 | 12.53 | September 14, 2017 5:15 PM |
| SFWMD-Okee Basin | 0.1477 | 14.06 | 0.1384 | 13.60 | 0.1384 | 13.60 | 3301 Gun Club Rd, W Palm Beach |
| Everglades Project | 0.0471 | 4.48 | 0.0441 | 4.33 | 0.0441 | 4.33 | (561) 686-8800 |
| **INDEPENDENT DISTRICTS** | | | | | | | |
| SLC Fire Dist | 3.0000 | 285.60 | 2.8244 | 277.49 | 3.0000 | 294.75 | September 6, 2017 5:01 PM 5100 NW Milner Dr, Port Saint Lucie (772) 621-3400 |
| FL Inland Nav Dist | 0.0320 | 3.05 | 0.0300 | 2.95 | 0.0320 | 3.14 | September 7, 2017 5:30 PM 190 E 13th St, Riviera Bch (561) 627-3386 |
| Children's Services | 0.4765 | 45.36 | 0.4486 | 44.07 | 0.4765 | 46.82 | September 6, 2017 5:15 PM 546 NW University Blvd 1st Fl, PSL (772) 408-1100 |
| **VOTER APPROVED DEBT SERVICE** | | | | | | | |
| PSL Voted Debt | 1.2193 | 116.08 | 1.2193 | 119.80 | 1.2193 | 119.80 | September 11, 2017 7:00 PM 121 SW Port St Lucie Blvd, PSL (772) 871-5255 |
| **Total Property Taxes** | | $2,584.10 | | $2,497.95 | | $2,622.66 | |

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | PURPOSE OF ASSESSMENT | UNITS | RATE | AMOUNT |
|---|---|---|---|---|
| PSL Stormwater | Stormwater Mgmt 772-871-5069 | 1.00000 | 163.000 | 163.00 |
| PSL USA Phase 5,6,7A | Water/Sewer 772-871-5069 | 228.37000 | 1.000 | 228.37 |
| PSL Solid Waste | Solid Waste 772-871-5069 | 268.36000 | 1.000 | 268.36 |
| **Total Non-Ad Valorem Assessment** | | | | **$659.73** |

**DO NOT PAY - THIS IS NOT A BILL**

Michelle Franklin, Property Appraiser
Certified Florida Appraiser

Parcel ID 3420-665-1643-000-8

Tax Code: XXXXX    Port Saint Lucie
Location: 4531 SW Darwin BLVD

Account Number: XXXXXXXXXXXX
Legal Desc: PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11
(MAP 44/32S) (OR 3788-2310)

## Property Valuation

| Market Value | | Last Year | | This Year | |
|---|---|---|---|---|---|
| Market Value | | 145,200 | | 213,400 | |

| Taxing Authority | Assessed Value | | Exemptions | | Taxable Value | | | |
|---|---|---|---|---|---|---|---|---|
| | Last Year | This Year | Last Year | This Year | Last Year | This Year | | |
| County | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 | | |
| Public School | 145,200 | 148,249 | 25,000 | 25,000 | 120,200 | 123,249 | | |
| Municipality | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 | | |
| Water Management | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 | | |
| Independent Districts | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 | | |
| Voter Approved Debt Service | 145,200 | 148,249 | 50,000 | 50,000 | 95,200 | 98,249 | | |

| Assessment Reductions | | Applies to | Value |
|---|---|---|---|
| Save Our Homes | | All funds | 65,151 |
| | | | |

| Exemptions* | | Applies to | Last Year | This Year |
|---|---|---|---|---|
| First Homestead | | All funds | 25,000 | 25,000 |
| Additional Homestead | | Non-School Funds | 25,000 | 25,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Where more than one value exists, county value of exemption will be indicated

If you feel the market value of your property does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected on this form, contact the Saint Lucie County Property Appraiser at:
**2300 Virginia Ave Rm 121, Fort Pierce, FL 34982**
or (772) 462-1021

If the property appraiser has denied you an adjustment in value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Petition forms are available from the County Property Appraiser or online at www.paslc.org and must be filed
**ON OR BEFORE:**
**September 12, 2017**

**Market Value** Market value (also called "just" value) is the most probable price for your property in a competitive, open market between a willing buyer and a willing seller.

**Assessed Value** Assessed value is the market value of your property minus any assessment reductions. The assessed value may be different for levies made by different taxing authorities.

**Assessment Reductions**
Properties may have assessment reductions that lower their assessed value below their market value.
- There are limitations on how much the assessment of your property can increase each year.  The Save Our Homes program and the limitation for non-homestead property are two examples of these.
- Certain properties such as agricultural land, conservation land, and others may be valued on their current use rather than their market value.
- Some reductions lower the assessed value only for levies of certain taxing authorities.

If your assessed value is lower than your market value because your property is valued based on its current use, the amount of the difference and reason for the difference are listed in the box titled "Assessment Reductions".

**Exemptions** Exemptions apply to your property and reduce its taxable value. Special exemptions such as homestead exemptions reduce the value that is taxed for certain levies. The amount of a property exemption may vary from exemption to exemption depending on the taxing authority. The tax impact of an exemption may also vary for the same taxing authority, depending on the levy (e.g., operating millage vs. debt service millage).

**Taxable Value** Taxable value is the value used to calculate the tax due on your property. Taxable value is the assessed value minus your exemptions and discounts.

Our *Promise* to You…
Superior Service, Trusted Results



www.paslc.org
Phone Number
www.paslc.org
(772) 462-1021

Our *Promise* to You…
Superior Service, Trusted Results

**WEB PRINT** 3/20/2018 9:08:37 AM **WEB PRINT**

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 4531 SW Darwin BLVD
Sec/Town/Range: 32/37S/40E
Map ID: 44/32S
Zoning: RS-2

Parcel ID: 3420-665-1643-000-8
Account #: 90001
Use Type: 0100
Jurisdiction: Port Saint Lucie

### Ownership

Kurt E Tolliver
Suzanne Danborn Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL 34953

### Legal Description

PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 44/32S) (OR
3788-2310)

### Current Values

| | |
|---|---|
| Just/Market Value: | $213,400 |
| Assessed Value: | $148,249 |
| Exemptions: | $50,000 |
| Taxable Value: | $98,249 |

Taxes for this parcel:  SLC Tax Collector's Office ☑
Download TRIM for this parcel: Download PDF ☑



### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,374 |
| Gross Area (SF): | 3,275 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Sep 11, 2015 | 3788 / 2310 | 0001 | WD | Hofmann (TR) (EST) Richard | $221,200 |
| Dec 3, 2014 | 3697 / 1198 | 0111 | QC | Hofmann Richard | $100 |
| Nov 14, 2014 | 3692 / 0802 | 0112 | SP | Christiana Trust (TR), | $108,300 |
| Dec 23, 2013 | 3592 / 0154 | 0112 | CT | Williams,Andrew | $71,000 |
| Jul 1, 2005 | 2294 / 1391 | XX00 | WD | Anderson,Raymond A | $84,000 |
| Jul 20, 1989 | 0646 / 2079 | XX05 | WD | SPECTRUM DENTAL RESEARCH INC | $7,000 |
| Jul 20, 1989 | 0646 / 2078 | XX05 | WD | HOLIDAY BUILDERS INC | $5,700 |
| Jan 27, 1989 | 0622 / 0148 | XX05 | WD | SPECTRUM DENTAL RESEARCH INC | $5,700 |
| Oct 28, 1988 | 0611 / 1013 | XX05 | WD | Lawrence A Napoli | $4,500 |
| Oct 1, 1984 | 0448 / 1310 | XX00 | CV | | $5,000 |

## Building Information (1 of 1)

Finished Area: 2,374 SF

Gross Total Area: 3,275 SF

### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip |
| Building Type: HB | Year Built: 2006 | Frame: |
| Grade: B | Effective Year: 2006 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

### Interior Data

| | | |
|---|---|---|
| Bedrooms: 3 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |

| | | |
|---|---|---|
| Half Baths: 1 | Heat Fuel: ELEC | Primary Floors: Tile-Ceramic |
| A/C %: 100% | Heated %: 100% | Sprinkled %: 0% |




## Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2374 | 2374 | 265 |
| GAA | Garage Attached Average | 441 | 0 | 84 |
| OPAH | Open Porch Attached High | 43 | 0 | 28 |
| PATH | Patio High (Flooring over Slab-Tile,Pavers,etc) | 255 | 0 | 76 |
| SPAA | Screen Porch Attached Average | 162 | 0 | 54 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 720 | 2006 |
| VINYLFENCE6' | 1 | 186 | 2015 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $185,400 |
| Land: | $28,000 |
| Just/Market: | $213,400 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $65,151 |
| Assessed: | $148,249 |
| Exemption(s): | $50,000 |
| Taxable: | $98,249 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2017 | 2016 | 0500 | Homestead Exemption | $25,000 |
| 2017 | 2016 | 0550 | Homestead Exemption over $ 50,000 | $25,000 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|------|-------------|----------|------------|---------|
| 2017 | $213,400 | $148,249 | $50,000 | $98,249 |
| 2016 | $145,200 | $145,200 | $50,000 | $95,200 |
| 2015 | $111,100 | $111,100 | $0 | $111,100 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|--------|-----------|-------------|--------|-----|
| P0545750 | Sep 21, 2005 | Residential New Construction | $114,570 | $6,897 |
| P15-27950 | Oct 19, 2015 | Fence | $4,439 | $80 |

Notice: This does not necessarily represent all the permits for this property.

Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.

© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

Michelle Franklin, CFA — Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

| | | | |
|---|---|---|---|
| Site Address: 4531 SW Darwin BLVD | Parcel ID: 3420-665-1643-000-8 | Account #: 90001 | Sec/Town/Range: 32/37S/40E |
| Map ID: 44/32S | Zoning: RS-2 | Use Type: 0100 | Jurisdiction: Port Saint Lucie |

### Ownership

Kurt E Tolliver
Suzanne Danborn Tolliver

4531 SW Darwin BLVD
Port St Lucie, FL 34953

### Legal Description

PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11 (MAP 44/32S) (OR 3788-2310)

## Current Values

| Just/Market: | $213,400 | Assessed: | $148,249 |
|---|---|---|---|
| Exemptions: | $50,000 | Taxable: | $98,249 |

## Historical Values 3-year

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2017 | $213,400 | $148,249 | $50,000 | $98,249 |
| 2016 | $145,200 | $145,200 | $50,000 | $95,200 |
| 2015 | $111,100 | $111,100 | $0 | $111,100 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| 09-11-2015 | 3788 / 2310 | 0001 | WD | Hofmann (TR) (EST) Richard | $221,200 |
| 12-03-2014 | 3697 / 1198 | 0111 | QC | Hofmann Richard | $100 |
| 11-14-2014 | 3692 / 0802 | 0112 | SP | Christiana Trust (TR), | $108,300 |

## Primary Building Information

Finished Area of this building: 2,374 SF
Gross Area of this building: 3,275 SF

### Exterior Data

| | | | |
|---|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip | Building Type: HB |
| Year Built: 2006 | Frame: | Grade: B | Effective Year: 2006 |
| Primary Wall: CB Stucco | Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

### Interior Data

| | | | |
|---|---|---|---|
| Bedrooms: 3 | A/C %: 100% | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heated %: 100% | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |
| Half Baths: 1 | Sprinkled %: 0% | Heat Fuel: ELEC | Primary Floors: Tile-Ceramic |




### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,374 |
| Gross Area (SF): | 3,275 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |
| Total Building Count: | 1 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 720 | 2006 |
| VINYLFENCE6' | 1 | 186 | 2015 |

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.

## Uniform Residential Appraisal Report

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**Property Address** 4531 SW Darwin Blvd **City** Port Saint Lucie **State** FL **Zip Code** 34953
**Borrower** Kurt Tolliver **Owner of Public Record** Kurt Tolliver & Suzanne Danborn Tolliver **County** Saint Lucie
**Legal Description** PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11
**Assessor's Parcel #** 3420-665-1643-000-8 **Tax Year** 2017 **R.E. Taxes $** 3,282
**Neighborhood Name** Port St Lucie **Map Reference** 37S-40E-32 **Census Tract** 3821.12
**Occupant** ☒ Owner ☐ Tenant ☐ Vacant **Special Assessments $** 228 ☐ PUD **HOA $** 0 ☐ per year ☐ per month
**Property Rights Appraised** ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
**Assignment Type** ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
**Lender/Client** Homeside Financial, LLC **Address** 5950 Symphony Woods Rd, Suite 312, Columbia, MD 21044
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). According to the FlexMLS, the subject property has not been listed for sale in the past 12 months.
I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

**Contract Price $** **Date of Contract** Is the property seller the owner of public record? ☐ Yes ☐ No **Data Source(s)**
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| **Location** ☐ Urban ☒ Suburban ☐ Rural | **Property Values** ☒ Increasing | ☐ Stable | ☐ Declining | **PRICE** | **AGE** | One-Unit | 95 % |
| **Built-Up** ☒ Over 75% ☐ 25-75% ☐ Under 25% | **Demand/Supply** ☐ Shortage | ☒ In Balance | ☐ Over Supply | $ (000) | (yrs) | 2-4 Unit | % |
| **Growth** ☐ Rapid ☒ Stable ☐ Slow | **Marketing Time** ☐ Under 3 mths | ☒ 3-6 mths | ☐ Over 6 mths | 97 Low | Low | Multi-Family | % |
| **Neighborhood Boundaries** The subject's neighborhood is bound by the Florida Turnpike to the east, | | | | 460 High | High | Commercial | 5 % |
| Gatlin Blvd to the north, Interstate 95 (I-95) to the west and the C-23 Canal to the south. | | | | 235 Pred. | 13 | Other | % |

**Neighborhood Description** The subject's neighborhood is comprised primarily of SFR's of average quality construction, similar in design/utility, primarily constructed in the late 1990's - 2000's, ranging in size for 750 - 4,200 square feet on lots ranging from 10,000-45,000 square feet with the typical lot size of 10,000sf. Access to public shopping facilities and major expressway systems is provided by Becker Rd to the south and Gatlin Blvd to the north.
**Market Conditions** (including support for the above conclusions) Market values have been increasing. Interest rates have increased and are above rates from a year ago. Marketing times are up to 4 months for similar type dwellings based on current inventory and absorption rates. Reasonable exposure times were up to 3 months when realistically priced. See attached 1004MC for additional comments.

**Dimensions** 80x125 **Area** 10000 sf **Shape** Rectangular **View** N;Res;
**Specific Zoning Classification** RS-2 **Zoning Description** Single Family Residential (minimum lot size 10,000 square feet)
**Zoning Compliance** ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe See attached addenda.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | |
| Gas | ☐ | None | Sanitary Sewer | ☒ | | Alley None | | |

**FEMA Special Flood Hazard Area** ☐ Yes ☒ No **FEMA Flood Zone** X **FEMA Map #** 12111C0405J **FEMA Map Date** 02/16/2012
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe
No adverse site conditions or external factors were noted. A current survey is suggested to determine if any easements or encroachments exist. Upon receipt of the survey the surveyor should render an opinion as to their findings. The subject property fronts Darwin Blvd, a well traveled local north/south arterial roadway. This location is not considered to have any adverse affect on marketability and a minimal impact on value.

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| **Units** ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | **Foundation Walls** Poured Concrete/Av | | **Floors** Tile,Carpet/Avg. | |
| **# of Stories** 1 | | ☐ Full Basement ☐ Partial Basement | | **Exterior Walls** CMU Stucco/Avg. | | **Walls** Drywall/Average | |
| **Type** ☒ Det. ☐ Att. ☐ S-Det./End Unit | | **Basement Area** 0 sq.ft. | | **Roof Surface** Shingle/Average | | **Trim/Finish** Paint,Wood/Avg. | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | **Basement Finish** 0 % | | **Gutters & Downspouts** Alum. Gutters/Avg. | | **Bath Floor** Tile/Average | |
| **Design (Style)** Contemporary | | ☐ Outside Entry/Exit ☐ Sump Pump | | **Window Type** Single Hung/Average | | **Bath Wainscot** Tile/Average | |
| **Year Built** 2006 | | **Evidence of** ☐ Infestation None Obs. | | **Storm Sash/Insulated** None | | **Car Storage** ☐ None | |
| **Effective Age (Yrs)** 7 | | ☐ Dampness ☐ Settlement | | **Screens** Nylon/Average | | ☒ Driveway **# of Cars** 2 | |
| **Attic** ☐ None | | **Heating** ☒ FWA ☐ HWBB ☐ Radiant | | **Amenities** ☐ Woodstove(s) # 0 | | **Driveway Surface** Concrete | |
| ☒ Drop Stair ☐ Stairs | | ☐ Other | | ☐ Fireplace(s) # 0 ☒ Fence Vinyl | | ☒ Garage **# of Cars** 2 | |
| ☐ Floor ☐ Scuttle | | **Cooling** ☒ Central Air Conditioning | | ☒ Patio/Deck Conc. ☒ Porch Screen | | ☐ Carport **# of Cars** 0 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☐ Pool None ☐ Other None | | ☒ Att. ☐ Det. ☐ Built-in | |

**Appliances** ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
**Finished area above grade contains:** 8 **Rooms** 3 **Bedrooms** 2.1 **Bath(s)** 2,348 **Square Feet of Gross Living Area Above Grade**
**Additional features** (special energy efficient items, etc.). No additional features or special energy efficient items noted.

**Describe the condition of the property** (including needed repairs, deterioration, renovations, remodeling, etc.). C3;No updates in the prior 15 years;Overall condition is acceptable and consistent with that typically found in a well-maintained, seven-year-old dwelling. The subject improvements appear to be properly constructed of materials and finishes that are acceptable in this market. Since the prior sale of the subject, the property has been improved with a new vinyl fence; new tile (wood look) flooring; recessed lighting; expanded driveway; sprinkler system. No "needed repairs" of significance were noted, although it is possible that some may exist, especially if they were not readily visible to the appraiser.
Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe
While no physical deficiencies or adverse conditions that affect livability, soundness or structural integrity were noted, such items are generally beyond the expertise of the appraiser. Issues of soundness and structural integrity are often related to areas that are hidden from the appraiser's view.
Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
Functional utility is acceptable, with adequately sized rooms, ample closet space and an efficient layout. The subject property conforms to the neighborhood in condition and quality of construction.

Freddie Mac Form 70 March 2005 UAD Version 9/2011 Page 1 of 6 Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # CPA1805212136

| There are | 23 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 219,900 | to $ 350,000 | . |
|---|---|---|---|---|
| There are | 100 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 172,410 | to $ 291,900 | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 4531 SW Darwin Blvd | 997 SW Hamberland Ave | | 390 SW Paar Dr | | 1249 SW Malaga Ave | |
| | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 | | Port Saint Lucie, FL 34953 | | Port Saint Lucie, FL 34953 | |
| Proximity to Subject | | 1.52 miles NW | | 1.06 miles N | | 3.19 miles NW | |
| Sale Price | $ | $ 287,500 | | $ 280,000 | | $ 267,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 119.64 sq.ft. | | $ 118.85 sq.ft. | | $ 119.78 sq.ft. | |
| Data Source(s) | | FlexMLS#RX-10394383;DOM 46 | | FlexMLS#RX-10395467;DOM 47 | | FlexMLS#RX-10367035;DOM 95 | |
| Verification Source(s) | | PASLC, Document #4119-1691 | | PASLC, Document #4121-1849 | | PASLC, Document #4091-2180 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | FHA;0 | | FHA;7470 | | FHA;0 | |
| Date of Sale/Time | | s04/18;c02/18 | | s04/18;c02/18 | | s01/18;c12/17 | |
| Location | A;BsyRd; | N;Res; | -10,000 | A;BsyRd; | | N;Res; | -10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10000 sf | 11250 sf | 0 | 18750 sf | -8,800 | 10000 sf | |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT1;Contemp. | DT1;Contemp. | | DT1;Contemp. | | DT1;Contemp. | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 12 | 11 | 0 | 17 | 0 | 13 | 0 |
| Condition | C3 | C3 | | C3 | | C3 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 8 | 3 | 2.1 | 7 | 3 | 2.0 | 0 | 7 | 4 | 2.0 | 0 | 7 | 4 | 3.0 | 0 |
| Gross Living Area | 2,348 sq.ft. | 2,403 sq.ft. | 0 | 2,356 sq.ft. | 0 | 2,229 sq.ft. | +4,800 |
| Basement & Finished | 0sf | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Adequate | Adequate | | Adequate | | Adequate | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | 2ga2dw | |
| Porch/Patio/Deck | ScrnPorch,Patio | ScrnPorch&Patio | 0 | Screen Porch | 0 | Screen Porch | 0 |
| Pool, Spa, Etc. | No Pool | No Pool | | No Pool | | No Pool | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -10,000 | ☐ + ☒ - | $ -8,800 | ☐ + ☒ - | $ -5,200 |
| Adjusted Sale Price | | Net Adj. 3.5% | | Net Adj. 3.1% | | Net Adj. 1.9% | |
| of Comparables | | Gross Adj. 3.5% $ 277,500 | | Gross Adj. 3.1% $ 271,200 | | Gross Adj. 5.5% $ 261,800 | |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   Property Appraiser St Lucie County (PASLC)

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   Property Appraiser St Lucie County (PASLC)

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/11/2015 | | | |
| Price of Prior Sale/Transfer | $221,200 | | | |
| Data Source(s) | PASLC | PASLC | PASLC | PASLC |
| Effective Date of Data Source(s) | 05/21/2018 | 05/21/2018 | 05/21/2018 | 05/21/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales   A research of public records and private data sources revealed that the subject property has one sale/transfer within the three (3) years prior to the effective date of the appraisal.  The prior sale/transfer of the subject was an arm's length transaction.  The subject has some improvements made since the prior sale and the current value is an indication of the increase in values over the interim.

Summary of Sales Comparison Approach   See attached addenda.

Indicated Value by Sales Comparison Approach $  270,000

Indicated Value by: Sales Comparison Approach $  270,000   Cost Approach (if developed) $   Income Approach (if developed) $

The cost approach is not considered relevant by the buyers and sellers of homes of the subject's type and age in this market. The subject's neighborhood is overwhelmingly owner occupied.  Since homes in the category of the subject are generally purchased for their amenity and use appeal and not for their potential return on investment, the Income Approach to value was not considered. Therefore, the primary focus of the appraisal report is the Sales Comparison Analysis.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $  270,000  , as of   05/21/2018  , which is the date of inspection and the effective date of this appraisal.

| Freddie Mac Form 70 March 2005 | UAD Version 9/2011 | Page 2 of 6 | Fannie Mae Form 1004 March 2005 |
|---|---|---|---|

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # CPA1805212136

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4531 SW Darwin Blvd | 520 SW Nagle Pl | | 2965 SW Ventura St | | | |
| | Port Saint Lucie, FL 34953 | Port Saint Lucie, FL 34953 | | Port Saint Lucie, FL 34953 | | | |
| Proximity to Subject | | 0.84 miles NW | | 3.45 miles NW | | | |
| Sale Price | $ | | $ 260,000 | | $ 267,500 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 111.16 sq.ft. | | $ 109.09 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | FlexMLS#RX-10363406;DOM 73 | | FlexMLS#RX-10335990;DOM 140 | | | |
| Verification Source(s) | | PASLC, Document #4081-1584 | | PASLC, Document #4065-2860 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | | |
| Concessions | | Conv;0 | | Conv;0 | | | |
| Date of Sale/Time | | s12/17;c11/17 | +6,200 | s11/17;c10/17 | +7,500 | | |
| Location | A;BsyRd; | N;Res; | -10,000 | N;Res; | -10,000 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 10000 sf | 10000 sf | | 10000 sf | | | |
| View | N;Res; | N;Res; | | N;Res; | | | |
| Design (Style) | DT1;Contemp. | DT1;Contemp. | | DT1;Contemp. | | | |
| Quality of Construction | Q4 | Q4 | | Q4 | | | |
| Actual Age | 12 | 12 | | 11 | 0 | | |
| Condition | C3 | C3 | | C3 | | | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |

| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | | Total | Bdrms. | Baths | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 8 | 3 | 2.1 | 8 | 4 | 3.0 | 0 | 7 | 3 | 2.0 | 0 | | | | |
| Gross Living Area | | | 2,348 sq.ft. | | | 2,339 sq.ft. | 0 | | | 2,452 sq.ft. | -4,200 | | | sq.ft. | |
| Basement & Finished | 0sf | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Adequate | Adequate | | Adequate | | | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | | |
| Energy Efficient Items | None | None | | None | | | |
| Garage/Carport | 2ga2dw | 2ga2dw | | 2ga2dw | | | |
| Porch/Patio/Deck | ScrnPorch,Patio | Screen Porch | 0 | Screen Porch | 0 | | |
| Pool, Spa, Etc. | No Pool | No Pool | | No Pool | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -3,800 | ☐ + ☒ - | $ -6,700 | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 1.5 % | | Net Adj. 2.5 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 6.2 % | $ 256,200 | Gross Adj. 8.1 % | $ 260,800 | Gross Adj. % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 09/11/2015 | | | |
| Price of Prior Sale/Transfer | $221,200 | | | |
| Data Source(s) | PASLC | PASLC | PASLC | |
| Effective Date of Data Source(s) | 05/21/2018 | 05/21/2018 | 05/21/2018 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

---

Freddie Mac Form 70 March 2005      UAD Version 9/2011      Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

File # CPA1805212136

**ADDITIONAL COMMENTS**

The Cost Approach has not been developed a for this report. The Cost Approach is applicable to an appraisal report of new construction. Since the building improvements are depreciated the results from the cost approach are subjective. Furthermore, it is not an approach considered relevant by the buyers and sellers in the subject's market area. Therefore, the Cost Approach was not developed and the primary focus of the appraisal report is the Sales Comparison Analysis of homes in the immediate area, which is how the buyers and sellers in the market would estimate the worth of the subject property.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The appraiser analyzed 5 current sales of vacant lots zoned RS-2 on Darwin Blvd, ranging in size from 10,000sf to 13,210sf that sold that between $1.63/sf and $2.35/sf with a median price of $1.87/sf and an average price of $1.91/sf. Based on the analysis of these land transactions, the opinion of value for the subject's site as if vacant is $21,000. Thus: 10,000sf @ $2.10/sf = $21,000.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ...... =$ | 21,000 |
| Source of cost data | DWELLING          2,348 Sq.Ft. @ $          ...... =$ | |
| Quality rating from cost service          Effective date of cost data | 0 Sq.Ft. @ $          ...... =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport     439 Sq.Ft. @ $          ...... =$ | |
| | Total Estimate of Cost-New          ...... =$ | |
| | Less     Physical     Functional     External | |
| | Depreciation          =$( ) | |
| | Depreciated Cost of Improvements          =$ | |
| | "As-is" Value of Site Improvements          =$ | |
| Estimated Remaining Economic Life (HUD and VA only)     53 Years | INDICATED VALUE BY COST APPROACH          =$ | |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

**INCOME**

Estimated Monthly Market Rent $          X Gross Rent Multiplier          = $          Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)     The Income Approach to value was not utilized since homes in the subject's neighborhood are not purchased for their income potential.

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

Is the developer/builder in control of the Homeowners' Association (HOA)?     ☐ Yes     ☐ No     Unit type(s)     ☐ Detached     ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases          Total number of units          Total number of units sold |
| Total number of units rented          Total number of units for sale          Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?     ☐ Yes     ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?     ☐ Yes     ☐ No   Data Source

Are the units, common elements, and recreation facilities complete?     ☐ Yes     ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?     ☐ Yes     ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | UAD Version 9/2011     Page 3 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report
File # CPA1805212136

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # CPA1805212136

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # CPA1805212136

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Frank L. Marmin | Name |
| Company Name   Coastal Property Advisors, Inc. | Company Name |
| Company Address   3541 SW Bimini Cir N | Company Address |
| Palm City, FL 34990 | |
| Telephone Number   (772) 320-7977 | Telephone Number |
| Email Address   fmarmin.rea@gmail.com | Email Address |
| Date of Signature and Report   05/22/2018 | Date of Signature |
| Effective Date of Appraisal   05/21/2018 | State Certification # |
| State Certification #   Cert Res RD7439 | or State License # |
| or State License # | State |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License |
| State  FL | |
| Expiration Date of Certification or License   11/30/2018 | SUBJECT PROPERTY |

**ADDRESS OF PROPERTY APPRAISED**

4531 SW Darwin Blvd

Port Saint Lucie, FL 34953

APPRAISED VALUE OF SUBJECT PROPERTY $   270,000

**LENDER/CLIENT**

Name   Nations Valuation Services

Company Name   Homeside Financial, LLC

Company Address   5950 Symphony Woods Rd, Suite 312,

Columbia, MD 21044

Email Address

**SUBJECT PROPERTY**

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

**COMPARABLE SALES**

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
    Date of Inspection

## Market Conditions Addendum to the Appraisal Report

File No. CPA1805212136

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| | | | |
|---|---|---|---|
| Property Address   4531 SW Darwin Blvd | City Port Saint Lucie | State FL | ZIP Code 34953 |
| Borrower   Kurt Tolliver | | | |

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

<table>
<tr><td><b>Inventory Analysis</b></td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td>66</td><td>14</td><td>20</td><td>Increasing</td><td>Stable</td><td>☒ Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td>11.00</td><td>4.67</td><td>6.67</td><td>Increasing</td><td>Stable</td><td>☒ Declining</td></tr>
<tr><td>Total # of Comparable Active Listings</td><td>14</td><td>24</td><td>23</td><td>Declining</td><td>☒ Stable</td><td>Increasing</td></tr>
<tr><td>Months of Housing Supply (Total Listings/Ab.Rate)</td><td>1.3</td><td>5.1</td><td>3.5</td><td>Declining</td><td>☒ Stable</td><td>Increasing</td></tr>
<tr><td><b>Median Sale & List Price, DOM, Sale/List %</b></td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Median Comparable Sale Price</td><td>$241,500</td><td>$249,950</td><td>$247,500</td><td>☒ Increasing</td><td>Stable</td><td>Declining</td></tr>
<tr><td>Median Comparable Sales Days on Market</td><td>53</td><td>57</td><td>34</td><td>Declining</td><td>☒ Stable</td><td>Increasing</td></tr>
<tr><td>Median Comparable List Price</td><td>$259,144</td><td>$274,450</td><td>$289,900</td><td>☒ Increasing</td><td>Stable</td><td>Declining</td></tr>
<tr><td>Median Comparable Listings Days on Market</td><td>38.5</td><td>34.5</td><td>95</td><td>Declining</td><td>☒ Stable</td><td>Increasing</td></tr>
<tr><td>Median Sale Price as % of List Price</td><td>99%</td><td>100%</td><td>98%</td><td>Increasing</td><td>☒ Stable</td><td>Declining</td></tr>
<tr><td>Seller-(developer, builder, etc.)paid financial assistance prevalent?</td><td colspan="2">Yes   ☒ No</td><td></td><td>Declining</td><td>☒ Stable</td><td>Increasing</td></tr>
</table>

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).     There has been no noticeable increase seller concession/contributions which may be between 2-6% in this market.

Are foreclosure sales (REO sales) a factor in the market?   Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
An analysis of all sales and listings in the subject's market (neighborhood boundaries on page #1) over the past 12 months reveals REO comprised 7% of sales in the prior 7-12 month; 3% in the prior 4-6 months and 4% in the prior 0-3 months.  Currently there are 5 REO listings.  Short Sales comprised 1.0% of all sales in the prior 0-12 months.  While REO sales exist, they are not considered to have a significant impact on the subject's market with the majority of sales activity comprised of "fair market" transactions.

Cite data sources for above information.     The Market Conditions Addenda was completed with data from Realtors Association of the Palm Beaches MLS with an effective date of 05/21/2018.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The search criteria used to gather the above information included homes located within the subject's neighborhood with GLA's within 10% of the subject and built within 5+/- years of the subject. Total number of sales and price range found was also reported at the top of page 2 of the report.  Total number of active listings on page 2 may differ from the number above since not all of the listings are still on the market.  It should also be noted that they are only considered to be similar with respects to the search criteria utilized to produce credible results to conclude as to market conditions and not strictly as "comparable" as the form suggests.  Due to the limitations of the FlexMLS system, the total number of past active listings cannot be accurately extracted. The total number of listings reported was the number of active listings on the last day of the period (i.e. 11/22/2017 for prior 7-12 months) - thus the number of active listings and months of housing supply may be skewed.  The median price over for the prior 6 months was noted to be $249,650 up slightly from the prior 7-12 median of $241,500. The median list price has continued to increase.  After analyzing the above data along with market trends for St Lucie County the appraiser has concluded that market values have been moderately increasing and that marketing times are up to 4 months based on current inventory and absorption rates and marketing exposure times were up to 3 months.

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name:

<table>
<tr><td>Subject Project Data</td><td>Prior 7–12 Months</td><td>Prior 4–6 Months</td><td>Current – 3 Months</td><td colspan="3">Overall Trend</td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td></td><td></td><td></td><td>Increasing</td><td>Stable</td><td>Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td></td><td></td><td></td><td>Increasing</td><td>Stable</td><td>Declining</td></tr>
<tr><td>Total # of Active Comparable Listings</td><td></td><td></td><td></td><td>Declining</td><td>Stable</td><td>Increasing</td></tr>
<tr><td>Months of Unit Supply (Total Listings/Ab.Rate)</td><td></td><td></td><td></td><td>Declining</td><td>Stable</td><td>Increasing</td></tr>
</table>

Are foreclosure sales (REO sales) a factor in the project?   Yes   No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name   Frank L. Marmin | Supervisory Appraiser Name |
| Company Name   Coastal Property Advisors, Inc. | Company Name |
| Company Address   3541 SW Bimini Cir N, Palm City, FL 34990 | Company Address |
| State License/Certification #   Cert Res RD7439   State   FL | State License/Certification #   State |
| Email Address   fmarmin.rea@gmail.com | Email Address |

## Supplemental Addendum

File No. CPA1805212136

| Borrower | Kurt Tolliver | | | | | |
|----------|---------------|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State | FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | | |

**• URAR: Hurricane Irma Comments**
The subject property is located in an area that was affected by Hurricane Irma. An inspection of the subject and surrounding was made by the appraiser. The area mostly experienced minimal property damage. Since the area was minimally affected, including employment centers and local shopping areas, it is the opinion of the appraiser that market conditions that existed before the storm have not significantly been changed (i.e. supply demand characteristics). As of the effective date, there post-Hurricane Irma sales and listing data do not support any decrease in prices (i.e. change in post hurricane list prices).

Having personally inspected the subject property and surrounding neighborhood on the effective date of this report, I certify to the best of my knowledge and belief that there is no significant damage or reduction in marketability or value due to the recent disaster.

**• URAR: Special Assessment**
The special assessment indicated is a yearly fee that is included in the reported taxes for 2017 and was for water/sewer. Should the reader require additional information regarding payoff, interest rates, etc. it is suggested that they contact the St. Lucie County Tax Collectors office.

**• URAR: Site - Highest and Best Use**
The only use under zoning that are consistent with prevailing land use patterns in the area are single family uses. The subject property represents a single family dwelling which is comparable with other homes in the subject's immediate area. Based on all factors analyzed, it is concluded that the Highest and Best Use of the subject property is the current use as a single family residence.

**• URAR: Subject - Overall Condition of the Property**
Overall condition is acceptable and consistent with that typically found in a well-maintained, seven-year-old dwelling. The subject improvements appear to be properly constructed of materials and finishes that are acceptable in this market. No "needed repairs" of significance were noted, although it is possible that some may exist, especially if they were not readily visible to the appraiser.

**• URAR: Sales Comparison Analysis - Summary of Sales Comparison Approach**
An extensive market analysis was conducted and analyzed in order to select transactions that have sold and/or are currently available, that a prudent buyer would consider as comparisons to the subject for age, location, site/view, living area size, marketability/condition/appeal, etc. The appraiser has analyzed all relevant and non-relevant factors a prudent buyer would consider in the purchase of the subject property. It should be noted that the appraiser did not consider Short Sales since they are not considered to be representative of market value as the sale price has to do with a lender's loss mitigation strategy and is not market driven.

The appraiser comparable search included homes with GLA's within 10% of the subject located within the neighborhood boundaries on page 1 of the appraisal report. The comparable sales were adjusted for all differences that affect value and were arrived through market extraction, land sales and/or a paired sales analysis. No adjustments for differences in site size, age, bedroom and bath count were made to the comparables since these adjustments would be arbitrary and lack market support.

Due to the lack of sales of similar size homes in the subject's immediate area, it was necessary to expand the search to include homes that were located in excess of 1 mile from the subject. Although the comparable sales exceed the preferred 1 mile radius, they are located within the subject's neighborhood boundaries and are in sections of Port St Lucie with similar age/quality homes and share the same shopping centers, employment centers and schools with the subject's immediate area (within 1 mile). There is no market evidence to support and an adjustment for differences in location.

When considering sales that took place in excess of six months ago a time adjustment was necessary due to the increase in values (see attached 1004MC). Sales that sold in excess of six months ago were adjusted at .4%/month rate of appreciation.

A location adjustment was made to comparables #1, #3, #4 and #5. The adjustment was partially based on an analysis of land sales where the average price for a 10,000sf lot on a busy street was $2.61/sf and the average price on a non-busy street was $2.51/sf. An analysis of the median price revealed a $0.39/sf premium for non-busy streets. This translates to a premium ranging between $3,500 - $3,900 for sites not affected by traffic. This is not considered to be a significant value difference; however, the appraiser paired sale #2 which was the best and most recent sale of a similar size/age/quality home on a similar busy street with the other sales to arrive at the adjustment for differences in location.

Each sale was compared to the subject and its sale price was adjusted to compensate for all significant differences that affect value. Based on this analysis, the sales provide a range of value indications from $256,200 to $277,500. The sales included were considered the most similar sales available and would be reliable indicators of value based on the appraiser's opinion. After reviewing the adjusted comparables, an analysis of listings and pending sales, facts and trends of subject's market, the appraiser concludes that the opinion as to the Market Value of the Subject Property via the Sales Comparison Approach is supported at $270,000 placing primary emphasis on comparables #1 (sale date, GLA) and #3 (sale date, GLA, location).

**• URAR: Neighborhood - Predominant Price:**
The predominant price on page #1 of the report reflects the most frequently found in the subject's neighborhood over the past 12 months. FNMA defines the predominant price as "that which is the most common or most frequently found in the neighborhood". Price is defined as the amount a particular seller agrees to pay and a particular seller agrees to accept under the circumstances surrounding their transaction. Value is the anticipation of benefits to be obtained in the future. Therefore, predominant price is reflective of current market transactions (closed sales) and is subject to fluctuations depending upon a multitude of factors. The value opinion falling outside the predominant price has no adverse affect on marketability as the value opinion falls well within the high and low prevailing prices (isolated high and low extremes excluded from the range) for single family residences in the subject's market.

File No.   CPA1805212136

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Condition Ratings and Definitions**

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

**Quality Ratings and Definitions**

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| PASLC | Property Appraiser Saint Lucie County | Data Sources |
| Cpt | Carpet | Improvements Description |
| Lmt | Laminate | Improvements Description |
| Mrbl | Marble | Improvements Description |
| Wd | Wood | Improvements Description |
| WdLmt | Wood Laminate | Improvements Description |

UAD Version 9/2011 (Updated 1/2014)

# USPAP ADDENDUM

File No. CPA1805212136

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State FL | Zip Code 34953 |
| Lender | Homeside Financial, LLC | | | | |

**This report was prepared under the following USPAP reporting option:**

☒ Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report — This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:    0-3 months.

**Additional Certifications**

I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

Exposure time is defined as the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based upon an analysis of past events assuming a competitive and open market. The concept of reasonable exposure encompasses not only sufficient and reasonable time but also adequate, sufficient and reasonable effort. Exposure time is different for various types of real estate, different price points and under various market conditions.

The opinions of value expressed in this report are based on known factors as of the forecasts, are best estimates, and are subject to considerable risk and uncertainty. Events may occur that could cause the performance of the property to materially differ from my estimates, such as precipitous changes in: the economy, interest rates, discount rates, financial strength and behavior of investors, lenders, and consumers. The appraiser's opinion is based upon findings that are deemed reasonable based on known market conditions and cannot be responsible for events of future occurrences that cannot be reasonably foreseen at this time.

**APPRAISER:**

Signature: _____
Name: Frank L. Marmin
Date Signed: 05/22/2018
State Certification #: Cert Res RD7439
or State License #: _____
State: FL
Expiration Date of Certification or License: 11/30/2018
Effective Date of Appraisal: 05/21/2018

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from Street   ☐ Interior and Exterior

Form ID14AP - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| Borrower | Kurt Tolliver | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State | FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | | |



# Building Sketch

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County  Saint Lucie | | State  FL | Zip Code  34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 2348.5 Sq ft | 0.5 × 2.5 × 2.5 = 3.2 |
| | | 0.5 × 2.5 × 2.5 = 3.2 |
| | | 5.2 × 2.5 = 13.3 |
| | | 35.7 × 21.5 = 766.8 |
| | | 11 × 11.6 = 127.4 |
| | | 14.5 × 8.8 = 128.1 |
| | | 16.4 × 9.5 = 155.8 |
| | | 4 × 8.8 = 35.2 |
| | | 36.3 × 29 = 1053.2 |
| | | 4.7 × 13.3 = 62.2 |
| **Total Living Area (Rounded):** | **2348 Sq ft** | |
| **Non-living Area** | | |
| Covered Entry | 40.2 Sq ft | 6 × 6.6 = 39.5 |
| | | 0.5 × 1.3 = 0.7 |
| Screened Porch | 157.5 Sq ft | 17.8 × 8.8 = 157.5 |
| 2 Car Attached | 439 Sq ft | 21.5 × 20.4 = 439 |

## Subject Photo Page

| Borrower | Kurt Tolliver | | | |
|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | |
| City | Port Saint Lucie | County  Saint Lucie | State  FL | Zip Code  34953 |
| Lender/Client | Homeside Financial, LLC | | | |



**Subject Front**

4531 SW Darwin Blvd
Sales Price
Gross Living Area     2,348
Total Rooms            8
Total Bedrooms        3
Total Bathrooms       2.1
Location               A;BsyRd;
View                   N;Res;
Site                   10000 sf
Quality                Q4
Age                    12

**Subject Rear**



**Subject Street**



## Subject Photos

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State | FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



**Street**



**Side**



**Side**



**Garage**



**Laundry**



**Den**

## Subject Photos

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County Saint Lucie | | State FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



**Living**



**Dining**



**Kitchen**



**Cafe**



**Family**



**Bedroom #1**

## Subject Photos

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State | FL | Zip Code | 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



Bath #1



Bedroom #2



Bedroom #3



Bath #2



Bath #2



Bath #2

**Subject Photos**

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



**Half Bath**



**Half Bath**

## Comparable Photo Page

| | |
|---|---|
| Borrower | Kurt Tolliver |
| Property Address | 4531 SW Darwin Blvd |
| City | Port Saint Lucie |
| Lender/Client | Homeside Financial, LLC |

| | | |
|---|---|---|
| County | Saint Lucie | |
| State | FL | Zip Code 34953 |



### Comparable 1

| | |
|---|---|
| 997 SW Hamberland Ave | |
| Prox. to Subject | 1.52 miles NW |
| Sale Price | 287,500 |
| Gross Living Area | 2,403 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 11250 sf |
| Quality | Q4 |
| Age | 11 |



### Comparable 2

| | |
|---|---|
| 390 SW Paar Dr | |
| Prox. to Subject | 1.06 miles N |
| Sale Price | 280,000 |
| Gross Living Area | 2,356 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | A;BsyRd; |
| View | N;Res; |
| Site | 18750 sf |
| Quality | Q4 |
| Age | 17 |



### Comparable 3

| | |
|---|---|
| 1249 SW Malaga Ave | |
| Prox. to Subject | 3.19 miles NW |
| Sale Price | 267,000 |
| Gross Living Area | 2,229 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10000 sf |
| Quality | Q4 |
| Age | 13 |

## Comparable Photo Page

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State | FL | Zip Code | 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



### Comparable 4

520 SW Nagle Pl

| | |
|---|---|
| Prox. to Subject | 0.84 miles NW |
| Sale Price | 260,000 |
| Gross Living Area | 2,339 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10000 sf |
| Quality | Q4 |
| Age | 12 |



### Comparable 5

2965 SW Ventura St

| | |
|---|---|
| Prox. to Subject | 3.45 miles NW |
| Sale Price | 267,500 |
| Gross Living Area | 2,452 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 10000 sf |
| Quality | Q4 |
| Age | 11 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Location Map

| Borrower | Kurt Tolliver | | | | |
|---|---|---|---|---|---|
| Property Address | 4531 SW Darwin Blvd | | | | |
| City | Port Saint Lucie | County | Saint Lucie | State FL | Zip Code 34953 |
| Lender/Client | Homeside Financial, LLC | | | | |



Page # 24 of 26

**License**



RICK SCOTT, GOVERNOR

KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

LICENSE NUMBER

RD7439

The CERTIFIED RESIDENTIAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2018

MARMIN, FRANK LEON II
3541 SW BIMINI CIR N
PALM CITY        FL 3

ISSUED   11/22/2016        DISPLAY AS REQUIRED BY LAW        SEQ # L1611220001073

Form SONLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Real Estate Professionals
Errors and Omissions Policy

## Declarations

| Agency | Branch | Prefix | Policy Number |
|--------|--------|--------|---------------|
| 078990 | 969 | RFB | 42313817217 |

Insurance is provided by
Continental Casualty Company
333 S Wabash Ave Chicago, IL 60604,
A Stock Insurance Company.

1. **NAMED INSURED AND MAILING ADDRESS:**

   Coastal Property Advisors, Inc.
   3541 SW Bimini Circle North
   Palm City, FL  34990

   NOTICE TO POLICYHOLDERS:
   The Errors and Omissions Liability coverage
   afforded by this policy is on a Claims Made
   basis.  Please review the policy carefully
   and discuss this coverage with your
   insurance agent or broker.

2. **POLICY PERIOD:**     Inception:  08/22/2017          Expiration:   08/22/2018
   at 12:01 A.M. Standard Time at the address shown above.

3. **ERRORS AND OMISSIONS LIABILITY:**

   A.  Limits of Liability:          Each Claim:    $1,000,000      Aggregate:    $1,000,000

   B.  Discrimination Limits of Liability:                                       $250,000

   C.  Deductible:                   Each Claim:                                 $2,500

   D.  First Coverage Date:      08/22/2012

   E.  Prior Acts Date:             08/22/2012

4. **PREMIUM:**                                                                  $713.00

   DISCRIMINATION  (Optional $250,000 Sublimit):                                 $0.00
   TOTAL PREMIUM:                                                                $713.00

*Kathleen M. Avery*

Countersigned by Authorized Representative

CNA65780XX ED. 05-2012                    - 1 -

I182199-B52361

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Real Estate Professionals
Errors and Omissions Policy

5.  **FORMS AND ENDORSEMENTS ATTACHED AT INCEPTION:**

      CNA65781XX           Errors and Omissions Policy
      CNA68180FL           Cancellation/Non-Renewal – Florida
      CNA68080FL           Amendatory Endorsement -Florida
      CNA65835XX           Claim Expenses Inside Limits
      CNA65815XX           Professional Services Exclusion

6.  **WHO TO CONTACT FOR MATERIAL CHANGES AND TO REPORT A CLAIM:**

                     Victor O. Schinnerer and Company
                     Two Wisconsin Circle
                     Chevy Chase, Maryland  20815

*Kathleen W. Avery*

_____
Countersigned by Authorized Representative

CNA65780XX ED. 05-2012

- 2 -

I182199-B52361

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

 **NATIONS VALUATION SERVICES, INC.**

# Invoice

**Remit To:**

Nations Valuation Services, Inc
5370 W 95th Street
Prairie Village, KS 66207
accounting@nationsvs.com
Phone: (866) 967-1544 Ext. 4
Fax: (866) 471-1760

**Bill To:**

Homeside Financial LLC
David Hanson
5950 Symphony Woods Road
Columbia, MD 21044

AMER050

**Invoice Number: 18VS28780**
**Invoice Date: 5/22/2018**
**Date Received: 5/15/2018 1:38:00 PM**
**Loan Number: 2100318220891**

**Total Appraisal Fee: $480.00**

**Kurt Tolliver**
**4531 SW Darwin Blvd**
**PORT SAINT LUCIE, FL 34953**

| Code | Description | Amount | Note |
|------|-------------|--------|------|
| APP000 | APPR 1004 Full | $480.00* | Prepaid via credit card |
| | | | **Card Holder:** KURT TOLLIVER **Type:**Borrower **CC Last 4:** 1008 |

**Amount Due Upon Receipt: $0.00**

*Please note that the credit card that you provided was charged for the amount shown on this line item. This is the cost of the appraisal which was obtained for you and deliverd to your lender and it is not refundable. Prepaid items are not calculated in the total amount due.

Nations Valuation Services (NVS) - an independent third party appraisal management company - certifies that the attached appraisal report was completed in compliance with the Fannie Mae/Freddie Mac Appraiser Independence Requirements, TILA Valuation Independence regulations contained in 12 CFR §1026.42, and in strict adherence to our non-influence policy and process:

The Lender/Client named on the appraisal report submitted the appraisal order to Nations Valuation Services through our proprietary, secured Appraisal Trax transaction management platform.

Appraiser selection was performed at the sole discretion of Nations Valuation Services by utilizing selection criteria of historical quality and performance measurements, availability and proximity to the subject property.

The Nations Valuation Services appraisal procurement process maintains a double-blind environment whereby the mortgage origination firm is unaware of the appraiser's identity until the time of the final appraisal report delivery. Likewise, the appraiser is only provided the Lender name (for inclusion on the report) and is never provided the loan officer, processor or any other originating personnel information.

The terms and conditions of the engagement letter between Nations Valuation Services and the appraiser prohibit the appraiser from communicating with the Lender/Client, or attempting to obtain value/loan information from borrower/property owner.

No estimation regarding the Subject Property's value, proposed loan amount, or proposed loan-to-value ratio, was provided or communicated by Nations Valuation Services to the appraiser [For purchase transactions, the purchase agreement is provided to the appraiser as required by USPAP Standards Rule 1-5(a)]

**www.nationsvs.com**

# Michelle Franklin, CFA

PROPERTY APPRAISER • Saint Lucie County

2300 Virginia Avenue, Fort Pierce, Florida 34982-5632

Telephone: 772-462-1000 • Email: PA DataRequests@paslc.org • www.paslc.org

| | | | |
|---|---|---|---|
| **DATE OF REQUEST:** | 03-21-2018 | **PHONE:** | 313-980-4607 |
| **REQUESTING AGENCY:** | | | |
| **CONTACT PERSON:** | Kurt Tolliver | **EMAIL:** | kurt5468@gmail.com |
| **MAILING ADDRESS:** | 4531 SW Darwin Blvd | | |
| | Port St Lucie, FL 34953 | | |

## DESCRIBE THE SPECIFIC RECORDS OF THIS REQUEST:

Any information regarding my property that indicates Chinese Drywall present in home. 9-7-16 Jennifer Crawford inspected my home and I am looking for the report and home value reduction due to chinese drywall.

## WHAT INFORMATION ABOUT THESE RECORDS IS REQUESTED?

Value of home before home inspection by J. Crawford and value of home after inspection showing exemption or credit for having chinese drywall in home.

## HOW WOULD YOU PREFER THIS REQUEST BE DELIVERED TO YOU?

CD with US Postal Service delivery ☐        FTP Download with email notification ☒

CD to be picked up at the Property Appraiser's Office ☐        Email (small files only) ☒

By my signature below I hereby acknowledge my understanding that the data requested from the Saint Lucie County Property Appraiser has been prepared for the purposes of achieving the constitutional tasks charged to this office only and does not necessarily reflect an actual survey. I further acknowledge that the Saint Lucie County Property Appraiser does not assume responsibility for errors or omissions in the data provided.

I also understand that upon submitting this request I will be contacted by the office to provide a quote of cost associated with this request and that said cost quote is based on the actual costs incurred to the office in providing this service. Furthermore, I understand that I should allow up to 10 business days from the date of receipt by the office of this signed request form as well as the accompanying payment to receive my requested data not including time for shipping and/or delivery.

**SIGNATURE:** *Kurt Tolliver*

### Our *Promise* to You...Superior Service, Trusted Results

**2018 REAL ESTATE**
**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

**CHRIS CRAFT** Serving Our Neighbors
**TAX COLLECTOR**
ST. LUCIE COUNTY
P.O. Box 308
Fort Pierce, FL 34954-0308
772-462-1650
www.tcslc.com

**ACCOUNT**
3420-665-1643-000/8

**ESCROW**

**Skip the trip and pay at www.tcslc.com**
· echeck (electronic payment from your checking account with no fee)
· Credit card (2.5% convenience fee applies)
· Print your receipt instantly online!

$3,273.14  11/30/2018  0000-20181130-030038

Receipt #  Paid

Kurt E Tolliver
Suzanne Danborn Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL   34953-6046

4531 SW Darwin BLVD, Port Saint Lucie
PORT ST LUCIE-SECTION 34- BLK 2391 LOT 11
(MAP 44/32S) (OR 3788-2310)

RETAIN THIS PORTION FOR YOUR RECORDS

## AD VALOREM TAXES

| TAXING AUTHORITY | | MILLAGE RATE | ASSESSED VALUE | EXEMPTION AMOUNT | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|---|---|
| County Parks MSTU | 772-462-1670 | 0.2313 | 155,062 | 50,000 | 105,062 | 24.30 |
| Co Public Transit MSTU | 772-462-1670 | 0.1269 | 155,062 | 50,000 | 105,062 | 13.33 |
| Erosion District E | 772-462-1670 | 0.0925 | 155,062 | 50,000 | 105,062 | 9.72 |
| Law Enf, Jail Judicial Sys | 772-462-1670 | 3.6442 | 155,062 | 50,000 | 105,062 | 382.86 |
| Co General Revenue Fund | 772-462-1670 | 4.1086 | 155,062 | 50,000 | 105,062 | 431.66 |
| Childrens Service Council | 772-408-1600 | 0.4765 | 155,062 | 50,000 | 105,062 | 50.06 |
| St Lucie Co Fire District | 772-621-3333 | 3.0000 | 155,062 | 50,000 | 105,062 | 315.19 |
| FL Inland Navigation Dist | 561-627-3386 | 0.0320 | 155,062 | 50,000 | 105,062 | 3.36 |
| City of Port St Lucie | 772-871-5090 | 5.0806 | 155,062 | 50,000 | 105,062 | 533.79 |
| City of PSL Voted Debt | 772-871-5090 | 1.2193 | 155,062 | 50,000 | 105,062 | 128.10 |
| School Discretionary | 772-429-3970 | 0.7480 | 155,062 | 25,000 | 130,062 | 97.29 |
| School Capital Improvemnt | 772-429-3970 | 1.5000 | 155,062 | 25,000 | 130,062 | 195.09 |
| School Reqd Local Effort | 772-429-3970 | 4.0870 | 155,062 | 25,000 | 130,062 | 531.56 |
| Mosquito Control | 772-462-1670 | 0.2164 | 155,062 | 50,000 | 105,062 | 22.74 |
| S FL Wtr Mgmt District | 561-686-8800 | 0.2936 | 155,062 | 50,000 | 105,062 | 30.84 |

| MILLAGE CODE | 0011 | TOTAL MILLAGE | 24.6857 | | TOTAL AD VALOREM TAXES | $2,749.79 |
|---|---|---|---|---|---|---|



**eBill**

Go paperless
and receive your
tax bill by email.

**www.tcslc.com**

### NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | | AMOUNT |
|---|---|---|
| PS56  PSL USD 5,6,7A MSBU | 772-871-5069 | 228.37 |
| PS61  Port St Lucie Stormwater Improv/Maint | 772-871-5069 | 163.00 |
| PSSW  PSL Solid Waste Assessment | 772-871-5069 | 268.36 |

| TOTAL ASSESSMENTS | | $659.73 |
|---|---|---|

| COMBINED TAXES AND ASSESSMENTS | | $3,409.52 |
|---|---|---|

Scan to
view
your
bill
online

| Pay One Amount (Discount Already Deducted) | If Postmarked By Please Pay | Nov 30, 2018 $0.00 | | |
|---|---|---|---|---|

---

**2018 REAL ESTATE**



**CHRIS CRAFT** Serving Our Neighbors
**TAX COLLECTOR**
ST. LUCIE COUNTY
P.O. Box 308
Fort Pierce, FL 34954-0308
772-462-1650
www.tcslc.com

**ACCOUNT**
3420-665-1643-000/8

Kurt E Tolliver
Suzanne Danborn Tolliver
4531 SW Darwin BLVD
Port St Lucie, FL   34953-6046



Pay online at www.tcslc.com
**AMOUNT DUE**

I am paying the following amount (check only one box):

Nov 30, 2018                                    $0.00

Checks payable to St. Lucie County Tax Collector
U.S. funds only through U.S. bank
No postdated checks · Print receipt online

# Exhibit 2

# Exhibit 3

































# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff:  Kurt Tolliver/Suzy Tolliver

Property Address: 4531 SW Darwin Blvd., Port St Lucie, FL 34953

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | 55" Vizio TV Replacement | 878.00 |
| 2 | Dishwasher Replacement | 865.63 |
| 3 | AC Condenser and Heat Pump Replacement | 6213.00 |
| 4 | HP Printer Replacement | 228.95 |
| 5 | Hot Water Tank Piping Repair | 159.00 |
| 6 | Electrical Switches, receptacles, fan repair | 400.00 |
| 7 | Plumbing Valves, shower fixtures replacement | 200.00 |
| 8 | Jewelry – charms, bracelets, ear rings | 1200.00 |
| 9 | Door Hardware replacement | 400.00 |
| 10 | 40" Vizio TV replacement | 189.77 |
| 11 | Dell Laptop – Thinkpad T530 replacement | 588.00 |
| 12 | Kuerig Coffee Machine replacement | 122.00 |
| 13 | Lighting Fixtures replacement | 1200.00 |
| 14 | (2) Iphones | 2000.00 |
| 15 | 43" Magnavox TV – Master Bedroom | 300.00 |
| 16 | JVC DVR – Master Bedroom | 100.00 |

| 17 | (2) Lamps – Master Bedroom | 60.00 |
|----|----------------------------|-------|
| 18 | AFG Elliptical – Master Bedroom | 1400.00 |
| 19 | Silver Coin Collection – Master Bedroom | 1000.00 |
| 20 | 22 Rifle – Master Bedroom | 200.00 |
| 21 | Martin Saxophone – Master Bedroom | 600.00 |
| 22 | Clock, Hair dryer, (2) electric tooth brushes – Master Bedroom | 180.00 |
| 23 | Elec Razor, scale, Alexa Dot, Fan, Curling Iron – Master Bedroom | 220.00 |
| 24 | Make-up mirror, Straightener, Candle Sticks, – Master Bedroom | 110.00 |
| 25 | (2) Air Mattresses, Headboard w mirrors, Picture frames - MB | 400.00 |
| 26 | Refrigerator, power tools, Craftsman mower - Garage | 1100.00 |
| 27 | Ryobi pressure cleaner, Generator, (3) bikes, vacuum- Garage | 1500.00 |
| 28 | Carpet cleaner, Pet Symphony floor cleaner, - Garage | 500.00 |
| 29 | Meat grinder, crock pot, Camera equipment, knive collection, golf clubs, slicer, radar gun, wet vac, train set - Garage | 2440.00 |
| 30 | (2) mirrors, 35" Vizio TV, Phillips DVR, Fan, - Flamingo Room | 480.00 |
| 31 | Hair Dryer, Curtain Rod and Clips - Guest Bathroom | 80.00 |
| 32 | 35" Vizio TV, (5) Shelving Racks, Metal Collectibles, - Collectibles Room | 1200.00 |
| 33 | LG Washer, LG Dryer, Clock, Iron, Iron Board, Suit Cases, Electronic Games, Mirror - Laundry Room | 2210.00 |
| 34 | 55" Vizio TV, Bose Sound Bar, Wii Game, Blue Ray, (3) lamps, Mirrors, Bar stools - Great Room | 1948.00 |
| 35 | (2) Mirrors, Clock, Bronze Boat, Metal Sculptures, Lamp, Picture Frames - Living Room | 470.00 |
| 36 | Samsung Refrigerator, Samsung Stove, LG Dishwasher, Samsung Microwave, Toaster Oven, Keurig Coffee Machine - Kitchen | 4227.00 |
| 37 | Margarita Mixer, Alexa, SimpliSafe Alarm, Mixer, Elec Knife, Silverware, Boat Container, Pots & Pans, (2) Crock Pots - Kitchen | 1860.00 |
| 38 | Clock, Alpha Dog Collar - Kitchen | 150.00 |

| 39 | (2) Dell Laptop – Thinkpad T530, HP Printer, Alpha Coil Machine, 19" Dell Monitor, 15" Dell Monitor, Clock Radio - Office | 3326.00 |
|----|------------------------------------------------------------------------------------------------------------------------|---------|
| 40 | Dell Desktop, Motorola Modem, ASA Device, (2) iPads, Head Gear, Internet Phone, Cables, Key Board, Mice, External Drives - Office | 2850.00 |
| 41 | File Cabinet, Framed Cabrera Jersey, Plaques, Picture Frames, Postal Scale, Computer Chair - Office | 800.00 |
|    |                                                                                                        |         |
|    |                                                                                                        |         |
|    |                                                                                                        |         |

Total:  $  50,568.35