**In the Matter Of:**

**BENNETT vs GEBR. KNAUF**

14-cv-2722

**KURT E. TOLLIVER**

*July 10, 2019*

EXHIBIT D



800.211.DEPO (3376)
*EsquireSolutions.com*

```
 1  what that meant -- and that's where it gave me
 2  some examples of what that was, and I took that
 3  and come up with a number based on the value of
 4  what I felt the current market value of the home
 5  is and what -- with the Chinese drywall present
 6  in the home, based on the county appraiser that
 7  give me a negative number, and that's where I
 8  come up with the number that I put down.
 9         Q    So I'm just trying to understand
10  where we're going on this.  So are you saying
11  that your belief that the market value is the
12  145,200 --
13         A    Yes.
14         Q    -- noted by the assessor, plus if it
15  didn't have Chinese drywall in it, if it was
16  fully remediated, the additional $148,249?
17         A    Is where the house should be at,
18  yes.
19         Q    And so that's a 200 --
20         A    Ninety-eight?
21         Q    Yeah.
22         A    Roughly.  Yes.
23         Q    And where did you get that $298,000
24  market value?
25         A    Just looking at what homes were
```



```
 1   selling in our area.
 2         Q    And did you have any sort of real
 3   estate appraisal experience or certifications?
 4         A    No, sir.
 5         Q    A little further on in this packet
 6   there is an appraisal that was as of 8/19/2015
 7   by Rodolfo Betancourt?
 8         A    Yes.
 9         Q    Have you seen this appraisal before?
10         A    Yes.
11         Q    And it looks like it was completed
12   for Universal Mortgage and Finance.  Is that who
13   you finance the acquisition of this property
14   through?
15         A    Yes.
16         Q    And if you'll turn to what is marked
17   as Page 6 at the top?
18         A    Okay.
19         Q    There are -- there's two big chunks
20   of text, and then there's a third single --
21   well, line and a half.  It says, "The subject
22   property had Chinese drywall, however all proper
23   procedures have been done to correct it," and it
24   provided a certificate stating that it was
25   cured.
```



```
 1                  Do you see that?
 2        A    I see that, yes.
 3        Q    Do you recall seeing that before?
 4        A    No.
 5        Q    It you'll turn to what is marked as
 6   Page 4 at the top.
 7                  This page is titled "Copper Coupon
 8   Test Results."  Do you see that?
 9        A    I see that.
10        Q    And in the second sentence, "Was the
11   samples were placed" -- the "sample" is
12   referring to copper coupons -- "were replaced by
13   the client following the remediation work."  It
14   continues to go on, "The intent was determined
15   the effective remediation efforts performed by
16   Filter Scientific Codings."
17                  Do you see that?
18        A    Yes.
19        Q    And it says, "The home has passed
20   the sampling test."
21        A    I see that.
22        Q    Do you recall seeing this before?
23        A    No.
24        Q    Is that your signature at the bottom
25   on the right-hand side?
```

