UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14-cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment as to the claims filed by Kurt and Suzanne Tolliver:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. On December 20, 2011, several Knauf Entities and the PSC entered into a global, class Settlement Agreement ("Knauf Class Settlement Agreement"), which was designed to resolve all Knauf related, Chinese drywall claims. (R. Doc. 16407-3).

1

On February 7, 2013, the Court issued an Order and Judgment certifying the Knauf Class Settlement Agreement and granting final approval to five pending settlements involving the Knauf entities, several downstream entities, and their insurers. (R. Doc. 16570). BrownGreer PLC was designated and approved by the Court and the Parties as the Settlement Administrator.

5. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

6. The Complaint was amended multiple times to amend the parties and claims.

7. Following the Fifth Amended Complaint, certain plaintiffs intervened.

8. The Fifth Amended Complaint is the operative complaint in this matter.

9. Kurt and Suzanne Tolliver are plaintiffs in the operative Fifth Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in their property located at 4531 SW Darwin Boulevard, Port St. Lucie, FL 34953 (the "Property").

10. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

11. Kurt and Suzanne Tolliver completed and submitted a PPF, SPPF, PFS. The documents were completed under penalty of perjury.

12. Kurt and Suzanne Tolliver were deposed on July 10, 2019 and had twenty-one (21) days to supplement documents.

13. Kurt and Suzanne Tolliver purchased the Property on September 11, 2015,

14. The previous owner of the Property, and Tolliver's predecessor-in-title allegedly discovered Chinese drywall in the Property in 2010.

15. The previous owner filed claims against the Knauf Defendants for Chinese drywall located in the Property in Case no. 10-362.

16. The previous owner was part of the Knauf Class Settlement Agreement, and various other Settlement Agreements and made claims and obtained certain benefits from one or more of the settlement agreements.

17. The previous owner that had filed claims against Knauf and made claims in the Knauf Class Settlement Agreement, allegedly performed a self-remediation of the Property and had a third-party come in and test the property post-remediation in 2015.

18. Prior to the 2015 purchase of the Property by Plaintiffs, Kurt and Suzanne Tolliver had an appraisal conducted in August 2015.

19. In the appraisal, Plaintiffs were informed of the Chinese drywall in the Property, the remediation efforts by the previous owner, and the post-remediation testing.

20. Tolliver has never provided any inspection reports or evidence of further inquiry into the presence of Chinese drywall, the remediation efforts, or the post-remediation testing.

21. Plaintiff knew Chinese drywall was in the Property prior to purchase the Property and still purchased the Property "as-is" without investigating further into the

remediation efforts, the post-remediation testing, and the presence of Chinese drywall.

22. In part, Kurt and Suzanne Tolliver asserted claims in their submissions for loss of use and personal property.

23. Kurt and Suzanne Tolliver still live in the Property and failed to provide documents and competent evidence to support their claims for loss of use and personal property.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:      504.310.0279
Email:            kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co, Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 6th day of January, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**