UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion To Continue Hearing, a continuance is hereby GRANTED. The hearing on Plaintiffs' Motion to Remand (R. Doc. 22384) and Defendants' Motion to Deny Class Certification (R. Doc. 22399) is now scheduled for _____, 2020 at _____ in the Courtroom of the Honorable Eldon E. Fallon, Room C-456, 500 Poydras Street, New Orleans, LA 70130.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge