UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | ) | MDL No. 2047 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| THIS DOCUMENT RELATES TO ALL CASES | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| | ) | |

**NOTICE OF DISPOSAL OF PHYSICAL EVIDENCE
BY LEROY AND VIRGINIA GLAUM**

LEROY AND VIRGINIA GLAUM hereby give notice of their intention to dispose of the physical evidence that they were previously preserving from the following property:

1405 Emerald Dunes Drive, #32, Sun City Center, FL 33573.

Any person or entity wishing to inspect this physical evidence must do so within thirty (30) days of the date of this notice upon reasonable notice to LEROY AND VIRGINIA GLAUM by contacting: Michael Ryan, Esq. by telephone at (954) 763-8181 or by email at pleadings-mjr@krupnicklaw.com. Upon the expiration of the thirty (30) day period, LEROY AND VIRGINAI GLAUM may dispose of such physical evidence.

Dated:   January 7, 2020.

                                            Respectfully submitted,

                                            */s/ Michael J. Ryan*
                                            Michael J. Ryan
                                            Florida Bar No. 975990
                                            Krupnick Campbell Malone
                                            Buser Slama Hancock , P.A.
                                            Attorneys for Plaintiff
                                            12 S.E. 7 Street, Suite 801
                                            Ft. Lauderdale, FL  33301
                                            PH: (954) 763-8181;  FAX (954) 763-8292
                                            mryan@krupnicklaw.com
                                            pleadings-mjr@krupnicklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Disposal of Physical Evidence has been delivered on all parties by electronically uploading the same to File and ServeXpress f/k/a LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electrically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in the MDL 2047 on this 7th day of January, 2020.

*/s/ Michael J. Ryan*
Michael J. Ryan
Florida Bar No. 975990
Krupnick Campbell Malone
Buser Slama Hancock P.A.
Attorneys for Plaintiff
12 S.E. 7 Street, Suite 801
Ft. Lauderdale, FL  33301
PH: (954) 763-8181;   FAX (954) 763-8292
mryan@krupnicklaw.com;
 pleadings-mjr@krupnicklaw.com