# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br><br> **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** <br><br> ***Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* 2:14-cv-02722-EEF-JCW** | **JUDGE ELDON FALLON** <br><br> **MAG. JUDGE WILKINSON** |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion To Continue Hearing, a continuance is hereby **GRANTED**. The hearing on Plaintiffs' Motion to Remand (R. Doc. 22384) and Defendants' Motion to Deny Class Certification (R. Doc. 22399) is now scheduled for Wednesday, January 22, 2020 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon, 500 Poydras Street, New Orleans, LA 70130.

New Orleans, Louisiana, this __7th__ day of _____January_____, 2020.

_____
Eldon E. Fallon
United States District Court Judge