Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Nicole & Michael Norris
Address of Affected Property: 700 Arctic Fox Run, Madisonville, LA 70447
Is this Property:* (Residential) Commercial Governmental
Name of Person Completing this Form: Nicole Norris
Is above your primary residence? (Yes) No
Mailing Address (if different):
Phone: (504) 952-9019

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: (205) 533-9500
Case No./Docket Info: Bennett v. Knauf, 14-cv-2722

### Section II. Insurance Information

Homeowner/Renter Insurer: USAA Insurance
Policy #: USAA 01813 83 39 90A
Agent:
Address: 9800 Fredericksburg Road, San Antonio, TX 78288
Phone: (800) 531-8222

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Michael Norris | 08/10/06 | / / | (M)/F | 09/18/69 | Yes (No) | Owner - Occupant |
| Nicole Norris | 08/10/06 | / / | M/(F) | 04/13/72 | Yes (No) | Owner - Occupant |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |
| | / / | / / | M/F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

EXHIBIT A


EXHIBIT 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  **(Yes)**  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Colonial Inspection Services

1.2. When did the inspection take place?  07/11/16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  **(Yes)**  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Colonial Inspection Services

2.2. When was this determination made?  07/11/16

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,571 |  | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X |  |
| Height of Interior Walls | 9' | Year-round | X |  |
| Number of Bedrooms: | 3 | Summer |  |  |
| Number of Bathrooms: | 2.5 | Winter |  |  |

#### Plumbing System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping |  | X |  |
| Copper Piping | X |  |  |
| Copper Fixtures | X |  |  |
| Other Fixtures | X |  |  |
| Were repairs made to the plumbing system? |  | X |  |
| Dates: | | | |

#### Electrical System

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| Receptacles | X |  |  |
| Switches | X |  |  |
| Main Panel | X |  |  |
| 2nd Panel |  |  | X |
| Exposed Copper Wires | X |  |  |
| Were repairs made to the electrical system? |  | X |  |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 10/01/05 | Completion Date | 08/09/06 |
|---|---|---|---|
| Move in Date: | 08/10/06 | Date Acquired Home | 08/10/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move in Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced |  |  |  |
| First Floor: Full Wall of drywall replaced |  |  |  |
| Second Floor: Any drywall replaced |  |  |  |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:  Sampson Construction

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:  Interior Exterior Building Supply

Address:

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Nicole N Morris | 9/16/16 | [signature] | 9-18-16 |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



UNITED SERVICES AUTOMOBILE ASSOCIATION

9800 Fredericksburg Road - San Antonio, Texas 78288

RENEWAL DECLARATIONS PAGE

Named Insured and Residence Premises

MICHAEL E NORRIS AND NICOLE D NORRIS

700 ARCTIC FOX RUN
MADISONVILLE, ST. TAMMANY, LA  70447-3142

Policy Number

USAA  01813 83 39 90A

Policy Period From:  08/10/16    To:  08/10/17
(12:01 A.M. standard time at location of the residence premises)

| SECTION I - COVERAGES AND AMOUNTS OF INSURANCE | |
|---|---|
| COVERAGE A - DWELLING PROTECTION | $357,000 |
| COVERAGE B - OTHER STRUCTURES PROTECTION | $89,250 |
| COVERAGE C - PERSONAL PROPERTY PROTECTION | $267,750 |
| COVERAGE D - LOSS OF USE PROTECTION (UP TO 12 MONTHS) | $71,400 |
| **SECTION II - COVERAGES AND LIMITS OF LIABILITY** | |
| Personal Liability – Each Occurrence | $300,000 |
| Medical Payments to Others | $5,000 |

**DEDUCTIBLES (Applies to SECTION I Coverages ONLY)**
We cover only that part of the loss over the deductible stated.
- WIND AND HAIL          $7,140    (2%)
- ALL OTHER PERILS       $1,000

| POLICY PREMIUM for Section I and Section II Coverages Above | $4,437.50 |
|---|---|
| **CREDITS AND DISCOUNTS** (Included in policy premium above.)   $997.35 CR | |
| Details on the following page. (If applicable) | |
| **OTHER COVERAGES AND ENDORSEMENTS** | $10.80 |
| Forms and Endorsements are printed on the following page. | |
| **STATE SURCHARGES AND TAXES** (Shown below if applicable) | |
| SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE. | $130.34 |
| 2005 LA CITIZENS ASSESSMENTS | |
| **TOTAL POLICY PREMIUM** | |
| Including Credits, Discounts, Optional Coverages, Endorsements, State Surcharges and Taxes | $4,578.64 |

PREMIUM DUE AT INCEPTION. THIS IS NOT A BILL. STATEMENT TO FOLLOW.

FIRST MORTGAGEE:
USAA FEDERAL SAVINGS BANK
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 961292
FORT WORTH, TX 76161-0292

LOAN NR    1802125417

In witness whereof, this policy is signed on  06/13/16

*Laura Bishop*
Laura Bishop
President, USAA Reciprocal Attorney-in-Fact, Inc.

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (07-08)          ATTACH THIS DECLARATION TO PREVIOUS POLICY          87028-0708

