UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA


In Re: CHINESE-MANUFACTURED  MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                              SECTION "L"
This document relates to:
                              JUDGE ELDON
                              FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                              MAGISTRATE:
                              JOSEPH
                              WILKINSON, JR.
Case No. 14-cv-2722



          Deposition of MICHAEL NORRIS, 131

Raiford Oaks Boulevard, Madisonville,

Louisiana 70447, taken at the Law Offices

of Fishman Haygood, LLP, 201 St. Charles

Avenue, 46th Floor, New Orleans, Louisiana

70170, on Monday, the 10th day of June,

2019.




REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

1        subscribe to.

2              Q.   What websites do you subscribe to?

3              A.   Fox News and NOLA.com.

4              Q.   Do you receive the newspaper?

5              A.   Not any longer.

6              Q.   No.  It's becoming a very outdated

7        question, I realize.  Are you a Saints fan?

8              A.   Yes.  You want me to be run out of

9        this city and say no?

10             Q.   Right.  That's why I like to ask

11       that one.  All right.  What is the address

12       of the property that you allege is

13       contamined?

14             A.   700 Artic Fox Run, Madisonville,

15       Louisiana 70447.

16             Q.   And what is the name of the

17       neighborhood this property is located in?

18             A.   It's called Fox Branch Estates.

19             Q.   When did you purchase this

20       property?

21             A.   2006.

22             Q.   How much did you purchase this

23       property for?

24             A.   The number that comes to mind is

25       315,000, but I think the actual sale price

1           neighborhood there were homes already

2           built.  And we were in the second phase, so

3           less than 20 years or less --

4                Q.  Okay.

5                A.  -- would be a guess.

6                Q.  Okay.  And you said you were in

7           the second phase, is that the second phase

8           of development of the neighborhood?

9                A.  Yes.

10                Q.  Do you know about how many homes

11           were constructed in the second phase?

12                A.  I don't know how many homes were

13           constructed in the second phase, no.  I do

14           know --

15                Q.  Would you say more than five homes

16           were constructed in the second phase?

17                A.  Absolutely.

18                Q.  And do you know if any of these

19           homes also have had problems with Chinese

20           drywall?

21                A.  Do I know if any of the other

22           homes in my neighborhood have?

23                Q.  Yes.

24                A.  Yes.

25                Q.  Do you know about how many homes

Page 21

1       have had problems with Chinese drywall in

2       your neighborhood?

3            A.  I do not know how many.  I do not

4       know the number.  I know more than one.

5            Q.  And how do you know this?

6            A.  Because they were neighbors.

7            Q.  How many neighbors?

8            A.  Two that I know of.

9            Q.  And how did you get this

10      information, from your neighbors?

11           A.  Yes, from my neighbors.

12           Q.  How did you get the information?

13           A.  I was told by my neighbors.

14           Q.  Just in conversation?

15           A.  Yes.

16           Q.  Okay.  Are you close with your

17      neighbors -- in your previous residence?

18           A.  As close -- I mean, we were

19      neighbors.  We spoke as neighbors, but we

20      didn't -- I wouldn't call it a

21      relationship.  It was just neighbors.

22           Q.  Which of your neighbors are you

23      closest with?

24           A.  In that neighborhood?

25           Q.  Uh-huh.

1          Q.  Okay.  If you could go ahead and

2     turn to the tab that should be marked as

3     Cash Sale in your binder and we are going

4     to go ahead and mark this as Exhibit 4.  Do

5     you recognize this document?

6          A.  Yes, I do.

7          Q.  Is this exhibit a copy of the Cash

8     Sale for which you purchased the property

9     at issue?

10          A.  Yes.

11          Q.  Is this exhibit a copy of the Cash

12     Sale through which you required ownership

13     of the property at issue?

14          A.  Yes.

15          Q.  In looking at the first page of

16     that Exhibit 4, the property was purchased

17     in August 10th, 2006; is that correct?

18          A.  Yes.

19          Q.  And as you said, it was purchased

20     from Sampson Construction Company, LLC; is

21     that correct?

22          A.  Yes.

23          Q.  And it was purchased by Nicole

24     Norris and Michael Norris, yourself; is

25     that correct?

Page 35

1          Q.  That's good.  It's no longer tax

2      deductible.  All right.  To the best of

3      your knowledge, when was the Chinese

4      drywall installed?

5          A.  During construction, original

6      construction.

7          Q.  And do you know what date

8      construction began on the property?

9          A.  No.

10          Q.  Okay.  And how did you discover

11      that the property contained Chinese

12      drywall?

13          A.  Through a home inspection.

14          Q.  And why did you have the home

15      inspection completed?

16          A.  Because we were going to do a

17      purchase or a sale to Nicole.

18          Q.  When did you discover that the

19      property contained Chinese drywall?

20          A.  2016, I think.  When was the home

21      inspection done?  I think it was 2016.

22          Q.  I believe it is attached to --

23          A.  July of 2016.

24          Q.  -- one of those documents.

25          A.  Yeah, July of 2016.  Plaintiff

1     Profile.

2         Q.  And was this just a generic

3     inspection done?

4         A.  Yes.  It wasn't completed.

5         Q.  The inspection was not completed?

6         A.  No.  No.  The inspector found

7     evidence in an electrical outlet and

8     suggested we have a specialist.

9         Q.  Who was the initial inspector?

10        A.  It says Colonial Inspection

11    Services.

12        Q.  Is that the initial inspector or

13    the specialist that was referred?

14        A.  That's the initial inspector.

15        Q.  And who was the specialist that

16    assessed for Chinese drywall?

17        A.  None.

18        Q.  None.  So just to get this

19    straight, Colonial Inspection Services was

20    the initial inspector and recommended that

21    you get a specialist, but you did not get a

22    specialist?

23        A.  Yes.

24        Q.  Okay.  And prior to this, did you

25    notice any signs of Chinese drywall

Page 39

1         Q.  Okay.  And back to the inspection,

2     so again this was conducted on July 11th,

3     2016; correct?

4         A.  Correct.

5         Q.  And you say that the inspection

6     was never completed?

7         A.  That's what I was told, yes.

8         Q.  Did you receive a copy of this

9     inspection?

10        A.  I didn't, no.

11        Q.  You were just told that there was

12    signs of Chinese or problems with the

13    electrical system; is that correct?

14        A.  I was told there were signs of

15    Chinese drywall.

16        Q.  Okay.  And what signs

17    specifically?

18        A.  Blackening of the -- in an

19    outlet.

20        Q.  And where was that outlet located?

21        A.  I'm not sure which outlet he

22    pointed out.

23        Q.  And you said that this inspection

24    was conducted in contemplation of the sale

25    of the home to Nicole; is that correct?

1          A.  Yes.

2          Q.  Okay.  How many years did you live

3      in Fox Branch Estates; is that what it was?

4          A.  Yes.

5          Q.  How many years did you live there?

6          A.  Me?

7          Q.  Yes.

8          A.  Nine years.

9          Q.  What year did you move out?

10         A.  2015.

11         Q.  That question was more based on my

12     inability to do math so -- Do you know

13      Karen and Kevin Chiappetta?

14         A.  No.

15         Q.  No.  Do you know Charles and Sarah

16     Hulsey?

17         A.  Charles?

18         Q.  Charles Hulsey?

19         A.  I don't know a Charles Hulsey.

20             MS. NICOLE NORRIS:

21                 I don't think he goes by

22             Charles.

23             THE WITNESS:

24                 Is that his name though?

25             MS. NICOLE NORRIS:

Page 42

 1              tricky around here sometimes.

 2              Again, like I said, I studied

 3              Spanish, not French.

 4     EXAMINATION BY MS. JOHNSON:

 5         Q.  Do they live in your neighborhood,

 6     the Hulsey family or "Hulsey" family?

 7         A.  Yes.

 8         Q.  And how long have you known them?

 9         A.  I don't remember what year they

10     moved in.  A couple of years after we moved

11     in.

12         Q.  And what is your relationship with

13     them?

14         A.  If that's the couple I'm thinking

15     of, they lived across the street from us

16     when I lived at Fox Branch.

17         Q.  Okay.  How often did you talk to

18     them?

19         A.  Maybe once with a week, maybe

20     every other week.  And if you -- if you

21     include talking that's "Hi, how are you

22     doing?"

23         Q.  And did the Hulsey family across

24     the street -- again, if that is how they

25     pronounce their last name -- did they ever

1        mention Chinese drywall to you?

2            A.   They told us that they had it,

3        they had -- they were dealing with a

4        lawsuit for Chinese drywall.

5            Q.   And do you remember the timeframe

6        of the lawsuit?

7            A.   Exactly, no.  I know it was after

8        they moved in, which would have been after

9        we moved in.

10           Q.   Was their house completed before

11       your home or after?

12           A.   I think their house was

13       completed -- I don't remember.  I don't

14       remember if their house was under

15       construction when we moved in, or if it was

16       completed when we moved in.

17           Q.   That's okay.  Do you think their

18       home was completed around the same time

19       your home was completed?

20           A.   Yes.

21           Q.   Do you know if their home was part

22       of Phase 2 of construction in the

23       neighborhood?

24           A.   Yes.

25           Q.   And you say you were aware of the

1       Exhibit 3 to Exhibit 3, which sounds

2       confusing -- I'm sorry, that's Tab 5 in

3       your binder.  There you go.  I think that's

4       that one right there.  Make sure that says

5       Exhibit 3 in front of it.

6               Okay.  There we go.  If you could

7       flip to the next page.  These are photos of

8       the Knauf Tianjin Chinese drywall found in

9       our house; is that correct?

10          A.  Yes, it is.

11          Q.  And to clarify, are both of these

12      photos of the same board?

13          A.  Yes, they are.

14          Q.  Is it the same photo?

15          A.  Yes.  Well, I may have taken two

16      pictures, but it's the same subject.

17          Q.  Okay.  And where was this taken?

18          A.  At 700 Artic Fox Run,

19      Madisonville, Louisiana.

20          Q.  And where in the home was this

21      photo taken?

22          A.  In the garage.

23          Q.  And is this board taken from the

24      garage?

25          A.  Yes.

Page 46

1          Q.   And when was that photo taken?

2          A.   After the inspection.

3          Q.   And that's the inspection by

4     Colonial Inspection Services that you're

5     referencing?

6          A.   Yes.

7          Q.   Yes.  And was Knauf Tianjin

8     drywall found anywhere else?

9          A.   At that time or since then?

10         Q.   At that time.

11         A.   At that time no other search was

12    made.

13         Q.   And since that time?

14         A.   Your people came to the house last

15    Friday.

16              MS. NICOLE NORRIS:

17                   No.  Wednesday.

18              THE WITNESS:

19                   The 5th, well, last Wednesday

20                   and found other locations.

21    EXAMINATION BY MS. JOHNSON:

22         Q.   Of the Knauf Tianjin drywall --

23         A.   Yes.

24         Q.   -- correct?  Do you have any other

25    photos of Chinese drywall?

1          A.   That is the only photos I have.

2          Q.   Okay.

3          A.   I don't even have the ones that

4     were taken on Wednesday.

5          Q.   Okay.  I'm sure we do.

6          A.   I'm sure we do.

7          Q.   Hopefully that would be bad if we

8     did not.  Okay.  If you could go and take a

9     look at Exhibit 1 again, that's the

10    Plaintiff Profile Form, and it's Tab 3 in

11    your binder.

12              THE WITNESS:

13                   Can I take a break?

14              MS. JOHNSON:

15                   Yeah.  For sure.  Let's take

16              a break.

17              (At this time a brief recess was

18    taken.)

19    EXAMINATION BY MS. JOHNSON:

20         Q.  All right.  On the record I

21    believe I asked you to take a look at the

22    Plaintiff Profile Form, which is Exhibit 1

23    or Tab 3 in your binder.  If you could turn

24    to Page 2 of that and looking at the bottom

25    Section 10, drywall supplier, could you

Page 50

```
1              A.  As far as property damage, I mean,

2         the things we've replaced, the air

3         conditioners.  I don't -- I don't remember

4       everything that was replaced offhand.

5              Q.  Okay.

6              A.  And then -- that's -- I guess

7         that's the majority of what we're claiming

8         is my understanding.

9              Q.  Okay.  And if you could turn to

10        Page 6 of -- this is still Exhibit 3 --

11        Wait now.  I lied.  Go to Exhibit 2, I'm

12        sorry, Page 6 of Exhibit 2.  And in

13        response to Section 7, other damages, you

14        listed $300,000 in loss of use, loss of

15        enjoyment damages; is that correct?

16             A.  Yes.

17             Q.  And how did you calculate this

18      value?

19             A.  This value was calculated on

20      previous awards to first such cases as

21        advised by my attorney.

22             Q.  And have you been unable to live

23        on the property due to the Chinese drywall?

24             A.  No.

25             Q.  No, that's not the cause of your
```

Page 51

1      being unable to live on the property?

2           A.  No.  We haven't been unable to

3      live on the property.

4           Q.  Okay.  But currently only Nicole

5      is living on the property?

6           A.  Nicole and our son.

7           Q.  Okay.  And have you filled a claim

8      with your insurer based on the

9      contamination of the property?

10           A.  No.

11           Q.  Have you received any payments

12      from your insurer based on the

13      contamination of the property?

14           A.  No.

15           Q.  Okay.  And you're also claiming

16      personal property damage; is that correct?

17           A.  Yes.

18           Q.  All right.  Let's go ahead and

19      look at Exhibit 14 to the Plaintiff Fact

20      Sheet, which is Exhibit 3, Tab 5.

21           A.  Tab 5?

22           Q.  Uh-huh.

23           A.  And you said Exhibit 14?

24           Q.  Exhibit 14.  And is this a copy of

25      the Personal Property Damages Itemization

Page 52

1         Form you filed with your Plaintiff Fact

2         Sheet?

3              A.   Yes.

4              Q.   And is this an accurate statement

5         of the property damage you have suffered?

6              A.   I don't know that it's complete.

7              Q.   What is it missing specifically?

8              A.   I'm not sure.   I don't have

9         another one to compare.   I know that we did

10        turn -- when we originally did the

11        Plaintiff Fact Sheet, this is what we had

12        turned in.

13             Q.   Okay.   Let's just go ahead and go

14        through these one at a time.   So the first

15        item on this list is the three-ton central

16        air/heat?

17             A.   Yes.

18             Q.   And this was valued at $5,900; is

19        that correct?

20             A.   That's the value we wrote down,

21        yes.

22             Q.   And when was this replaced?

23             A.   Not exactly sure when the complete

24        units were replaced.   I know they were

25        replaced after -- after the A-coils were

Page 53

```
1          replaced, the initial A-coils.  They --
2          about seven years after we moved in.  I
3          don't remember the exact year.
4               Q.  So were they both -- so Item No. 1
5          and Item No. 2 were they both replaced at
6          the same time?
7               A.  No.
8               Q.  However, the second one you're
9          saying was also replaced within about five
10         to seven years?
11              A.  Yeah.  There are two separate
12         units in the house.  One unit was replaced
13         and then the second one went out.
14              Q.  Okay.  And what was the original
15         valued at?
16              A.  To the air conditioners?
17              Q.  Yes.
18              A.  I don't remember the purchase cost
19         on them exactly.  I mean, this is around an
20         estimated figure, from what we could
21         remember.
22              Q.  Do you still have the original
23         appliance?
24              A.  The original air conditioner?
25              Q.  Uh-huh.
```

Page 54

1          A.   No.

2          Q.   No.  And that applies to both of

3     them; correct?

4          A.   Yes.

5          Q.   How much did the replacement cost?

6          A.   I don't think it was $6,000, but

7     it was close.  I don't remember the exact

8     cost of the replacements.

9          Q.   And do you have any receipts for

10    this purchase?

11         A.   I don't know.

12         Q.   How did you calculate the value of

13    $5,900?

14         A.   It was what we could remember.

15         Q.   Okay.  And moving on to the third

16    item, the GE Profile Artica Refrigerator --

17         A.   Right.

18         Q.   -- is that correct?

19         A.   Right.

20         Q.   Okay.  And when was this replaced?

21         A.   This wasn't replaced, but it is

22    still in the house and -- because it's in

23    the area where the Chinese drywall is

24    affected, I guess, is why it was listed

25    here.

Page 56

1            Q.   -- the GE Profile washer and

2       dryer.

3            A.   Yes.

4            Q.   When was this replaced?

5            A.   2016 -- I think 2016.

6            Q.   So you had it for about ten years

7       prior to replacement?

8            A.   Yes.

9            Q.   And what happened to it?

10           A.   It stopped working.

11           Q.   Did the washer stop working or the

12       dryer or both?

13           A.   Both.

14           Q.   Is it a single unit?

15           A.   No.

16           Q.   No.  So it's a separate -- it's a

17       washer and it's also a dryer?

18           A.   Yes.

19           Q.   Okay.  When did the washer stop

20       working?

21           A.   Not long after the dryer.

22           Q.   Okay.  And how much did the

23       replacement cost?

24           A.   I don't know offhand.

25           Q.   Do you have receipts for this

1      purchase?

2                  MS. NICOLE NORRIS:

3                     I'm not allowed to answer.

4               You have to answer.

5               THE WITNESS:

6                  I don't know.

7      EXAMINATION BY MS. JOHNSON:

8           Q.  Do you still have the original

9      appliance?

10          A.  No.

11          Q.  Okay.  And moving on to the last

12     item, the Hunter ceiling fan --

13          A.  Yes.

14          Q.  -- when was this replaced?

15          A.  It hasn't been replaced.

16          Q.  It hasn't been replaced?

17          A.  No.

18          Q.  Is it broken?

19          A.  Yes.

20          Q.  When did it break?

21          A.  I don't recall exactly.

22          Q.  In the last five years?

23          A.  Yes, I guess.

24          Q.  Do you think it was in the last

25     two years that it broke?