UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED   MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION
                                SECTION "L"
This document relates to:
                                JUDGE ELDON
                                FALLON
Elizabeth Bennett, et al
versus Gebr. Knauf, et al
                                MAGISTRATE:
                                JOSEPH
                                WILKINSON, JR.
Case No. 14-cv-2722


          Deposition of NICOLE NORRIS, 700 Artic Fox Run, Madisonville, Louisiana 70447, taken at the Law Offices of Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, Louisiana 70170, on Monday, the 10th day of June, 2019.




REPORTED BY:

MICHELINE COSSE' BURAS, CCR, RPR
Certified Court Reporter

```
 1                NICOLE DIDIER NORRIS,
 2      after having been first duly sworn by the
 3      above-mentioned Certified Reporter was
 4      examined and testified as follows:
 5      EXAMINATION BY MS. JOHNSON:
 6           Q.   All right.  And could you please
 7      state your name.
 8           A.   Nicole Didier Norris.
 9           Q.   And what is your current address?
10           A.   700 Artic Fox Run, Madisonville,
11      Louisiana 70447.
12           Q.   Okay.  And my name is Kaki
13      Johnson, and I represent the Knauf entity
14      in this case.
15                MR. DOYLE:
16                     I'm Jim Doyle and I represent
17                the plaintiff.
18      EXAMINATION BY MS. JOHNSON:
19           Q.   And we previously took the
20      deposition of Michael Norris for which you
21      were present; is that correct?
22           A.   Yes.
23           Q.   And are you adopting his answers
24      in response to the deposition that he
25      previously testified to today?
```

A. Yes.

MS. JOHNSON:

All right. We're good.

(Whereupon this deposition was concluded.)