UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047**<br><br>**SECTION "L"** |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | **JUDGE ELDON FALLON**<br><br>**MAGISTRATE JOSEPH WILKINSON, JR.** |

**STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
ON CLAIMS ASSERTED BY MICHAEL NORRIS AND NICOLE NORRIS**

**NOW INTO COURT**, through undersigned counsel, comes defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment as to the claims filed by Michael Norris and Nicole Norris ("the Norrises").

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things. (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence. (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence. (Rec. Doc. 12257).

1

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047. (Rec. Doc. 18181).

5. The Complaint was amended multiple times to amend the parties and claims.

6. Following the Fifth Amended Complaint, certain plaintiffs intervened.

7. The Fifth Amended Complaint is the operative complaint in this matter.

8. Nicole Norris is listed as a plaintiff in the Fourth Amended Complaint, which Plaintiffs moved for leave to file on November 21, 2016, and was thereafter filed in the record on May 14, 2018. (Rec. Docs. 20554, 21333).

9. Michael Norris and Nicole Norris are listed as plaintiffs in the Fifth Amended Complaint, which Plaintiffs moved for leave to file on March 6, 2018, and was thereafter filed in the record on May 14, 2018. (Rec. Docs. 21234, 21334).

10. The Norrises are plaintiffs in the operative Fifth Amended Complaint and have made claims against the Knauf Defendants regarding the alleged presence of defective Chinese drywall installed in their property located at 700 Arctic Fox Run, Madisonville, Louisiana 70447 (the "Property").

11. In conducting discovery in this MDL and in the Bennett matter, this Court approved a Plaintiff Profile Form, a Supplemental Plaintiff Profile Form, an Owner Disclosure Affidavit, and a Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

12. The Norrises completed the Plaintiff Profile Form ("PPF") and it was signed by Nicole Norris on September 16, 2016, and by Michael Norris on September 18, 2016, under penalty of perjury. (Ex. A, PPF, Exhibit 1 to M. Norris Depo.).

13. Michael Norris completed and signed the Supplemental Plaintiff Profile form ("SPPF") on March 28, 2018, under penalty of perjury. Nicole Norris did not sign the SPPF. (Ex. B, SPPF, Exhibit 2 to M. Norris Depo.).

14. The Norrises completed and signed the Plaintiff Fact Sheet ("PFS") on January 19, 2019, under penalty of perjury. (Ex. C, PFS, Exhibit 3 to M. Norris Depo.).

15. The Norrises were deposed on June 10, 2019 and had twenty-one (21) days to supplement documents in support of their claims. (Deposition of Michael Norris ("M. Norris Depo.") at 1; Deposition of Nicole Norris ("N. Norris Depo.") at 1).

16. The Norrises purchased the Property on August 10, 2006. (M. Norris Depo. at 25:15-18).

17. The Property was purchased as a new construction and was constructed in Phase 2 of development of the neighborhood named Fox Branch Estates. (M. Norris Depo. at 17:16-18, 20:6-9).

18. Michael Norris and Nicole Norris resided on the Property from the time of purchase until 2015, when Michael Norris moved out of the Property. (M. Norris Depo. at 40:2-10)

19. Nicole Norris did not move out of the Property and continues to reside there as of June 10, 2019. (M. Norris Depo. at 51:4-6).

20. Michael Norris became aware of other properties in Fox Branch Estates with Chinese drywall issues while residing on the Property by speaking with his neighbors. (M. Norris Depo. at 20:18-25, 21:1-15).

21. The Norrises were aware that their neighbors who lived across the street were involved in a lawsuit for Chinese drywall, and that their Property was also constructed during Phase 2 of development of Fox Branch Estates. (M. Norris Depo. at 42:5-25, 43:1-4).

22. The neighbors across the street resided at 701 Arctic Fox Run, Madisonville, Louisiana 70447 and participated as class representatives in a suit against the Knauf Defendants filed on December 9, 2009 in the U.S. District Court for the Eastern District of Louisiana, Case No. 09-7628. (*Payton, et al. v. Knauf Gips KG, et al.*, No. 09-7628 (E.D. La. filed Dec. 9, 2009), ECF No. 1 at ¶ 638).

23. The Norrises never had an inspection for Chinese drywall completed on the Property. (M. Norris. Depo. at 36:2-23, 39:1-10).

24. The Norrises allege that they discovered Chinese drywall based on an general home inspection that was never completed but detected signs of Chinese drywall. (M. Norris Depo. at 35:10-25, 36:1-4).

25. The general inspector recommended the Norrises obtain a specialist to inspect the Property, but they did not. (M. Norris Depo. at 36:15-23).

26. The only evidence of Chinese drywall submitted by the Norrises is one photograph of a board that has been removed. (M. Norris Depo. at 46:24-25, 47:1-2; Exs. A-C).

27. The board in the photograph has no identifying marks that demonstrate it is from the subject Property. (Ex. C).

28. Michael Norris testified that the board in the photograph was taken from garage. (M. Norris Depo. at 45:20-25).

29. In part, the Norrises asserted claims in their submissions for loss of use/loss of enjoyment damages. (Ex. B; M. Norris Depo. at 50:9-16).

30. The Norrises have not provided documents and competent evidence to support their claims for loss of use/loss of enjoyment. (M. Norris Depo. at 50:17-21; Exs. A-C).

31. Michael Norris testified that Chinese drywall has not prevented the Norrises from residing on the Property, and Nicole Norris adopted this testimony. (M. Norris Depo. at 50:22-25, 51:1-6; N. Norris Depo. at 5:19-25, 6:1).

32. In part, the Norrises asserted claims in their submissions for personal property damage. (Ex. C; M. Norris Depo. at 51:16-17).

33. The Norrises failed to provide any documents or evidence to support their claims for personal property damage. (Exs. A-C).

34. As to personal property items replaced, the Norrises have discarded the alleged damaged items such that there is no evidence that those items were damaged by Chinese drywall. (M. Norris Depo. at 52:13-17, 53:1-25, 54:1-14, 56:1-25, 57:1-10).

35. Additionally, the Norrises have not provided invoices or proof of payment for personal property items replaced. (M. Norris Depo. at 52:13-17, 53:1-25, 54:1-14, 56:1-25, 57:1-10).

36. The Norrises testified that one personal property item claimed was not damaged at all. (M. Norris Depo. at 54:15-25).

37. The Norrises have not provided any documents or evidence to support the value claimed for personal property items. (M. Norris Depo. at 52:13-17, 53:1-25, 54:1-14, 56:1-25, 57:1-25)

38. The Norrises did not provide any supplementary documents in support of their claims after their depositions.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone: 504.556.5549
Facsimile: 504.310.0279
Email: kmiller@fishmanhaygood.com

*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 7th day of January, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**