Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: James          H          Blevins

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|

Co-Claimant First Name (if applicable)    M.I.    Last Name    Suffix

Business/Entity Name (if applicable)

1

**EXHIBIT B**

Exhibit
Exhibit No.:  2
Name: Blevins
Date: 6-18-79
ESQUIRE

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| | | |
|---|---|---|
| 2636 SE 19th Place | | |
| Address 1 | | Address 2 |
| Cape Coral | FL | 33904 |
| City | State | Zip Code |

Is the Property residential or commercial? Residential

Name of Person
Completing this Form:

| James | H | Blevins | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |

Mailing Address (if different):

| | | |
|---|---|---|
| | | |
| Address 1 | | Address 2 |
| | | |
| City | State | Zip Code |

Phone Number of Person Completing This Form: ( 239 ) 565 - 7277

---

### Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims

When did you acquire the Property? Month/Day/Year: 6 / 15 / 2004

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 8 / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

This home was built after I purchased the property. The inspection report generated by Chinese Drywall Screening, LLC made me aware that my home contained defective Knauf drywall. ▪

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing:   _____/_____/_____
                   Month    Day     Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?          _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____ / _____ / _____
                                                  Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____ / _____ / _____
                                              Month   Day   Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph? ☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 12,675.49

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 275,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 283,866.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          March 21, 2018
Claimant's signature                                          Date signed

Name:        James H Blevins
_____

Address:     2636 SE 19th Place
_____
             Address 1                          Address 2
             Cape Coral              FL        33904
             _____
             City                   State      Zip Code

Phone No.: ( 239   ) 565   - 7277
_____

Email:       blevinsj@aol.com
_____



A-1 Shelters-Industrial Pk.
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184

**LEASE AGREEMENT**
This Lease Agreement is entered into between A-1 Shelters-Industrial Pk. the ("LESSOR") and the undersigned, the ("LESSEE")

The Lessor leases to Lessee and Lessee leases and takes, as tenant under Lessor, the below described space in the A-1 Shelters-Industrial Pk., at the agreed monthly rent set forth below which shall be paid in advance on the lease anniversary date each month, without demand.

MOVE IN / DUE DATE : 7/18/2017

UNIT NUMBER : A0512

NAME/BUSINESS: James Blevins
ADDRESS 2636 SE 19th Pl.
CITY/STATE/ZIP: CAPE CORAL, FL 33904
RES PHONE: 239-565-7277

TENANTS DRIVERS LIC.NO: B415-448-43-329-0 FL
EMAIL ADDRESS: blevinsj@aol.com
EMPLOYED BY:

PROPERTY TO BE STORED: (Circle all that apply) Household goods, furniture, boxes, trunks, suitcases, toys, sporting goods, tools, motor vehicles (VIN required) other vehicles/trailers (registration number required) and/or other as named:_____

(If vehicle storage) CURRENT REGISTRATION: _____ VIN# _____ MAKE/MODEL _____

LIENHOLDER INFORMATION: Lessee represents that he owns or has legal possession of the personal property in his space(s). Lessee attests that all the personal property in his space is free and clear of all liens and secured interests EXCEPT for the following items (describe property and name of lienholder): _____

I, James Blevins, (Lessee) hereby rent from A-1 Shelters-Industrial Pk., (Lessor) those certain premises described as Space No. A0512

Size: 10X20 Base Rent: $144.00 + Sales Tax: $8.64 = Monthly Rent: $152.64. If any monthly installment is not paid within 5 days of the due date, or if any check in payment is dishonored, Lessee shall be deemed to be in default. Default can also be the Lessee failure to perform any terms or conditions of this Rental Agreement or Lessee's breach of the peace. In the event of Lessee's default, Lessor may, without notice, deny the Lessee access to the property located in the self storage facility. Lessor may overlook the rented premises over which only the Lessor and his agents have control. Any payments made to stop the foreclosure and sale of Lessee's property must be paid by cash, certified funds or money order. Personal checks will not be accepted. Lessee agrees and understands that partial payments made to cure a default for non-payment of rent will not delay or stop the sale of Lessee's property. Partial payments do not waive or avoid the legal effect of prior notices given to Lessee. Only full payment on Lessee's account prior to the published auction date will stop the scheduled sale of this property.

There is a non-refundable administrative fee in the amount of $15.00. Administrative fee is retained by Lessor in the event of cancellation.

1. Late and Service Charges: A late charge of $10.00 will be assessed if the monthly rental is not received by the Lessor within 5 days of the due date. A second late fee of $5.00 will be assessed on day 15 after the due date. Late charges are due and payable without notice by Lessor to Lessee. It is agreed and understood late charges represent those costs incurred by Lessor as a result of Lessee breaching the lease and are not punitive charges for failing to pay rent. A Notice of Lien letter will be mailed on day six after failure to pay the second consecutive monthly rental fee. At that time a second $10.00 late fee will be assessed and a minimum pre-lien fee of $27.00 is due. A service charge of $30.00 will be due from Lessee for each returned check.

2. Lessor's Lien: If Lessee fails to pay any rent, late charges or service charges required to be paid under this lease after same is due, then Lessor shall have a lien upon all personal property (whether or not owned by the Lessee) located at the self-service storage facility for rent, labor charges, attorney's fees or any other expenses necessary for the preservation of the Lessee's personal property or incurred in its sale or other disposition. PURSUANT TO THE "SELF SERVICE STORAGE FACILITY ACT" SET FORTH IN SECTIONS 83.801-83.809 OF THE FLORIDA STATUTES, THE LIEN PROVIDED HEREUNDER ATTACHES AS OF THE DATE THAT THE PERSONAL PROPERTY IS BROUGHT TO THE PREMISES, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE AT LAW OR IN EQUITY, LESSOR MAY ENFORCE ITS LIEN BY SELLING OR OTHERWISE DISPOSING OF THE PERSONAL PROPERTY STORED IN THE SPACE.

3. Liability and Insurance: No bailment is created by this Agreement. Lessor is not a warehouseman engaged in the business of storing goods for hire. The exclusive care, custody and control of any and all personal property stored in the leased space shall remain vested in the Lessee, and all property stored within or on the space by Lessee or located at the facility by anyone shall be stored at Lessee's sole risk. Lessor and Lessor's agents and employees shall not be liable for any loss of or damage to any personal property while at the rented premises arising from any cause whatsoever including, but not limited to, burglary, mysterious disappearance, fire, water damage, rodents, Acts of God, the active or passive acts or omissions or negligence of the Lessor, Lessor's agents or employees.
Lessee, at Lessee's expense, shall secure its own insurance to protect itself and its property against all perils of whatsoever nature. Insurance on Lessee's property is a material condition of this Agreement. Lessee's failure to carry insurance is a breach of this Agreement and Lessee assumes all risk of loss to stored property that would be covered by such insurance. Insurance carried by the Lessor shall be for the sole benefit of the Lessor and Lessee shall make no claim whatsoever against Lessor's insurance. Lessee agrees not to subrogate against or allow Lessee's insurance company to subrogate against Lessor in the event of loss or damage of any kind or from any cause, Lessee agrees to indemnify and hold harmless the Lessor from and against all claims of whatever nature arising from any accident, injury or damage to any person's body or property (including the Lessee) during the term hereof, in or about the premises or arising from any accident, injury or damage to person or property occurring outside of the premises but within the building area (including the parking lot area), where such accident, injury or damage results or is claimed to have resulted from an act, omission or negligence on the part of Lessee, its licensees, agents, invitees, servants or employees.
Lessee agrees to the extent permitted by law that Lessor shall not be responsible or liable to Lessee or to those claiming by, through or under Lessee for any loss or damage occasioned by or through the acts, omissions or negligence of the occupants of adjoining

premises or any part of the building or for any loss or damage resulting to Lessee, or those claiming by, through or under the Lessee or to its or their property from the bursting, stopping, leaking or overflowing of water, sewer or water pipes or any other cause.
This indemnity and hold harmless agreement shall include indemnity against all cost, claims, expenses, penalties, liens and liabilities incurred in or in connection with any such claim or proceeding brought thereon and the defense there of.

**4.** Use: The Lessee shall use the premises only for the storage of personal property and household goods. The storage of hazardous materials is prohibited. The Lessee shall not use the premises for any unlawful purpose, use or business, nor for any business, use or purpose deemed disreputable or extra hazardous, nor any purpose or in any manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which tends to increase the rate of fire insurance in the building in which the premises are located. Any deviation from stated use of space will result in termination of Lease.

The Lessee agrees not to store jewels, furs, heirlooms, art works, collectibles or other irreplaceable items having special or emotional value to the Lessee. There shall be NO HABITABLE OCCUPANCY of the space by humans or pets of any kind for any period whatsoever and violation of these prohibitions shall be grounds for immediate TERMINATION of the Agreement.

No garage sales allowed on premises.

**5. Access:** Lessor shall deny access to the Lessee in the event Lessee is in default under any of the terms and conditions of this Lease. Lessor may deny access to any person(s) claiming by, through or under the Lessee, unless such person is named above. Lessor shall have the right to inspect the space at any time for the purpose of safety, extermination and to determine if any terms of the Lease are being violated.

**6. Improvements:** Lessee shall make no improvements or alterations within the space.

**7. Termination:** This Lease may be terminated by Lessor on ten (10) days written notice to Lessee. Lessee may terminate this Lease on any Lease anniversary date, provided the following conditions are satisfied.
   a.) Lessee must advise Lessor (on a form provided by Lessor for that purpose) of its intent to vacate the premises and terminate the Lease before removal of the stored property.
   b.) Lessee's account shall be paid in full. ONLY CASH OR CASHIER'S CHECK SHALL BE ACCEPTED ON THE DATE OF TERMINATION.
   c.) If a Lessee fails to fully vacate space on Lease anniversary date, rent due may be prorated, on an individual basis, up to a six day grace period.
If Lessee fails to fully remove its property from the space within the time required, Lessor, at its option, may without further notice or demand, either directly or through legal process, reenter the Lessee's unit and remove all property therefrom without being deemed guilty in any manner of trespassing or conversion. This Agreement shall automatically terminate if Lessee abandons space. Lessee shall have abandoned the space if Lessee has removed the contents of the space, and/or has removed Lessee's locking device from the space and IS NOT current in all obligations hereunder. Rent paid for month in which Lessee moves out early shall not be refunded.

**8. Locks and Latches:**
   a.) Lessee shall provide his own lock. Lessor will place a new lock on any unit found unlocked, Lessee will be billed for purchase.
   b.) If Lessee informs Lessor of intent to vacate but leaves a lock upon the slide bolt, this will be a default and cause for forfeiture of any rental income remaining on account. All items remaining on premises will be disposed of by Lessor.
   c.) Lessee must provide lock for unit. No unit shall be left unlocked.
   d.) If latch is damaged as a result of Lessee abuse, Lessee shall be responsible for payment of costs to Lessor for repair or replacement of latch.

**9. Changes:** All terms of this Agreement, including but without limitation, monthly rental rate, conditions of occupancy and other charges, are subject to change upon thirty (30) days prior written notice to Lessee. If changed, the Lessee may terminate this Agreement on the effective date of the change by giving Lessor ten (10) days prior written notice to terminate after receiving notice of the change. If the Lessee does not give such notice, the change shall become effective and apply to his occupancy.

**10. Rules and Regulations:** Lessee agrees to comply with all rules and regulations delivered herewith or posted on the premises. Lessor reserves the right to make rule changes from time to time.

**11. Limitation of Value:** Lessee agrees that in no event shall the total value of all property stored be deemed to exceed $5,000 unless Lessor has given permission in writing for Lessee to store property exceeding $5,000 in value and Lessee has provided proof of insurance to Lessor to cover the value of the stored property. Lessee agrees that the maximum liability of Lessor to Lessee for any claim or suit by Lessee, including but not limited to any suit which alleges wrongful or improper foreclosure or sale of the contents of a storage unit is $5,000. Nothing in this section shall be deemed to create any liability on the part of Lessor to Lessee for any loss or damage to Lessee's property, regardless of cause.

**12. Lessee's Liability:** In the event of a foreclosure, it is understood and agreed that the liability of Lessee for the rents, charges, costs and expenses provided for in this rental agreement shall not be relinquished, diminished or extinguished prior to payment in full. If any property remains unsold after foreclosure and sale, Lessor may dispose of said property in any manner considered appropriate by Lessor. Lessee hereby waives and renounces its right to the benefit of any constitutional or statutory exemptions as to its property in the space.

**13. Condition and Alteration of Premises:** Lessee assumes responsibility for having examined the premises and hereby accepts it as being in good order and condition. Should Lessee damage or depreciate the space, or make alterations or improvements without the prior consent of the Lessor, then all costs necessary to restore the space to its prior condition shall be borne by Lessee.

**14. Lessor's Right to Enter:** In cases where Lessor considers it necessary to enter the space for purposes of examining the space for violation of this Agreement or condition in the space or making repairs or alterations thereto, or to comply with this Agreement. Lessee agrees that Lessor, or Lessor's representative, shall have the right without notice to enter into and upon the space and Lessor reserves the right to remove contents to another space.

**15. Assignment and Subletting:** Lessee shall not assign this Agreement or sublet the whole or any portion of the space rented hereunder.

**16. Waiver/Enforceability:** In the event any part of this Agreement shall be held invalid or unenforceable the remaining part of this Rental Agreement shall be in full force and effect as though any invalid or unenforceable part or parts were not written into this Agreement. No waiver by Lessor of any provisions hereof shall be deemed a waiver of any other provision hereof or of any subsequent default or breach by Lessee of the same or any other provision.

**17. Succession:** This Agreement is binding upon the parties, their heirs, successors, personal representatives and assigns.

**18. Governing Law:** This Agreement and any actions between the parties shall be interpreted by and governed by the laws of the State of Florida.

**19. Waiver of Jury Trial:** Lessor and Lessee waive their respective rights to trial by jury of any cause of action, claim, counterclaim, or cross complaint brought by either Lessor against Lessee, or Lessee against Lessor on any matter arising out of or in any way connected

with this Rental Agreement, Lessee's use or occupancy of the storage space, or any claim of bodily injury or property damage or the enforcement of any remedy under any law, statute, or regulation.

**20. Notice of Change of Address:** Lessee agrees to give prompt written notice to Lessor of any change in Lessee's address, any change in the liens and secured interest on Lessee's property, in the Space and any removal or addition of property to or out of the Space. Lessee understands he must personally deliver such notice to Lessor or mail the notice by certified mail, return receipt requested, with postage prepaid to Lessor at the address shown on the Rental Agreement.

**NOTICE TO LESSEE. This Agreement contains provisions on three pages. Do not sign this Agreement until you read all three pages of this Agreement. Lessee hereby acknowledges by signing this Agreement that he/she has read, understood and accepts all terms and conditions expressed in this Agreement.**

This Agreement has been executed on: __July 18, 2017__

_____  
Lessee

By _____  
Manager

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Transfer Receipt**

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | Date: | 7/18/2017 |
| Print Date: | 7/18/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $144.00 | ($144.00) | $0.00 |
| Misc | $10.00 | $0.00 | $10.00 |
| Tax | $8.64 | ($8.64) | $0.00 |
| Total | $162.64 | ($152.64) | $10.00 |

Paid By:
Cash
Check
ACH
Credit Card
Debit Card
Other

Rent Paid Through Date: 8/17/2017

Manager: _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

## Payment Receipt

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

Date:              7/18/2017
Print Date:        7/18/2017
Monthly Payment:    $152.64

Space(s):A0512

|  | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Misc | $10.00 | ($10.00) | $0.00 |
| Total | $10.00 | ($10.00) | $0.00 |

Paid By:
Cash
Check
ACH
Credit Card
Debit Card
Other

Rent Paid Through Date: 8/17/2017

Allowance

Misc: ($10.00)

Manager: _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

## Payment Receipt

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | |
|---|---|---|
| Date: | 8/11/2017 |
| Print Date: | 8/11/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $0.00 | ($288.00) | ($288.00) |
| Tax | $0.00 | ($17.28) | ($17.28) |
| Total | $0.00 | ($305.28) | ($305.28) |

Paid By:
Cash
Check
ACH
Credit Card          $305.28
Debit Card
Other

Rent Paid Through Date: 10/17/2017

Manager: _____

| | |
|---|---|
| Type of Card: | Master Card |
| Card No: | xxxx-xxxx-xxxx-1138 |
| TransactionID: | 2021003701 |
| Total: | $305.28 |

Approval No:     0123Z

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

## Payment Receipt

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | |
|---|---|---|
| Date: | | 11/14/2017 |
| Print Date: | | 11/14/2017 |
| Monthly Payment: | | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $0.00 | ($144.00) | ($144.00) |
| Tax | $0.00 | ($8.64) | ($8.64) |
| Total | $0.00 | ($152.64) | ($152.64) |

Paid By:
Cash
Check
ACH
Credit Card          $152.64
Debit Card
Other

Rent Paid Through Date: 12/17/2017

Manager: _____

| | |
|---|---|
| Type of Card: | Visa |
| Card No: | xxxx-xxxx-xxxx-1031 |
| TransactionID: | 90801791 |
| **Total:** | **$152.64** |

Approval No: _____  06176C

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

---

NAME _____  IN _____
ADDRESS _2 3_ SC 19th Pl  OUT 2-5-18
CITY & STATE _Cape Coral FL_  ZIP 33904
TODAY'S DATE 2-8-18
CELL PHONE # 239-565-7377

SIGNATURE _____
DATE OF BIRTH _____   NO. OF GUESTS 2

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

PETS ☐YES ☐NO  WEIGHT _____
TYPE & MODEL OF RV: _River Forest MH_  LENGTH 20'

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

RATE $ 1070.00  X ( NIGHTS / WKS. / MOS. ) = $ 1070.00

METER READ: _____  - DEP. $ _____

DATE: _____  - DISC. $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

TOTAL $ 1070.00

---

NAME Bloom Marie & James
ADDRESS _2 3 SC 19th Pl_  IN 2-5-18
OUT 2-5-18
CITY & STATE _Cape Coral FL_  ZIP 33904
TODAY'S DATE _____
CELL PHONE # 239-565-7377

SIGNATURE _____
DATE OF BIRTH _____   NO. OF GUESTS 2

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

PETS ☐YES ☐NO  WEIGHT _____
TYPE & MODEL OF RV: _River Forest MH_  LENGTH 20'

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

RATE $ 1070.00  X ( NIGHTS / WKS / MOS. ) = $ 1070.00

METER READ: _____  - DEP. $ _____

DATE: _____  - DISC. $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

TOTAL $ 1070.00

---

NAME Marie Patrick & James Bloom
ADDRESS _2 3 SC 19th Pl_  IN 12-5-18
OUT 12-5-18
CITY & STATE _Cape Coral FL_  ZIP 33904
TODAY'S DATE _____
CELL PHONE # 239-565-7377

SIGNATURE _____
DATE OF BIRTH _____   NO. OF GUESTS 2

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

PETS ☐YES ☐NO  WEIGHT _____
TYPE & MODEL OF RV: _River Forest MH_  LENGTH 20'

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

RATE $ 1070.00  X ( NIGHTS / WKS. / MOS. ) = $ 1070.00

METER READ: _____  - DEP. $ _____

DATE: _____  - DISC. $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

TOTAL $ 1070.00

NAME

ADDRESS

CITY&STATE                    ZIP

CELL PHONE #

SIGNATURE

DATE
OF BIRTH              NO. OF
                     GUESTS

PETS ☐YES ☐NO   WEIGHT
TYPE & MODEL OF RV:              LENGTH

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

RATE $          X ( NIGHTS / WKS. / MOS. ) =  $

METER READ: 12 710            - DEP. $

DATE:                         - DISC. $

CHECK-OUT TIME: NOON                 $
NO ELECTRIC HEATERS
NO REFUNDS            TOTAL  $ 65

IN
OUT
TODAY'S
DATE

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

---

NAME

ADDRESS

CITY&STATE                    ZIP

CELL PHONE #

SIGNATURE

DATE
OF BIRTH              NO. OF
                     GUESTS

PETS ☐YES ☐NO   WEIGHT
TYPE & MODEL OF RV:              LENGTH

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

RATE $          X ( NIGHTS / WKS. / MOS. ) =  $

METER READ:                  - DEP. $

DATE:                        - DISC. $

CHECK-OUT TIME: NOON                 $
NO ELECTRIC HEATERS
NO REFUNDS            TOTAL  $

IN
OUT
TODAY'S
DATE  11-3-17

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

---

NAME

ADDRESS

CITY&STATE                    ZIP

CELL PHONE #

SIGNATURE

DATE
OF BIRTH              NO. OF
                     GUESTS

PETS ☐YES ☐NO   WEIGHT
TYPE & MODEL OF RV:              LENGTH

PAID: ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

$         X ( NIGHTS / WKS. / MOS. ) =  $

METER READ:                  - DEP. $

DATE:                        - DISC. $

CHECK-OUT TIME: NOON                 $
NO ELECTRIC HEATERS
NO REFUNDS

IN
OUT
TODAY'S
DATE

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

NAME _BLEVINS, Merlin + James_    IN _3-1-18_

ADDRESS _2636 SE 19th PL._    OUT _4-1-18_

CITY&STATE _Cape Coral FL_ ZIP _33904_    TODAY'S DATE _2-23-18_

L PHONE # _239-565-7277_

SIGNATURE

DATE OF BIRTH                    NO. OF GUESTS _2_

PETS ☐YES ☐NO   WEIGHT

TYPE & MODEL OF RV: _twin wood MH_   LENGTH _30'_

PAID: ☐CASH ☒MC ☐DISC ☐VISA ☐CHECK

RATE $ _____ X ( NIGHTS / WKS. / MOS. ) = $ _1070.00_

METER READ: _____ - DEP. $ _____

DATE: _____ - DISC. $ _100.00_

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

TOTAL $ _970.00_
_1070.00_

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind.
ALL GUESTS AGREE TO ABIDE BY PARK RULES

PLEASE PRINT
NAME *Nela Patrick*

ADDRESS *3636 E 19th Pl.* PHONE *887 3758*

*Cape Coral* STATE *FL* ZIP *33904*

NUMBER IN PARTY
ADULTS *3* CHILDREN

GUESTS — PETS

UNIT
LIC. NO. — STATE — MAKE

E-MAIL:

HOW DID YOU HEAR OF US?

☑ FIRST VISIT
☐ RETURN VISIT

| | DATE IN | 10/4 | AM/PM | SITE NO. |
|---|---|---|---|---|
| | DATE OUT | 10/5 | AM/PM | 7 |

| | | |
|---|---|---|
| CAMPING CHARGES | $ | 30 00 |
| A/C - HEATING | $ | |
| SEWER | $ | |
| ADDITIONAL PERSON(S) | $ | |
| ADDITIONAL VEHICLE(S) | $ | |
| (2) | $ | -3 00 |
| | $ | |
| TOTAL DAILY CHARGES | $ | |
| NO. OF NIGHTS X $ | $ | 27 00 |
| | $ | |
| | $ | |
| SUB-TOTAL | $ | 27 00 |
| TAX | $ | 3 11 |
| TOTAL CHARGES | $ | |
| LESS ADVANCE DEPOSIT | $ | |
| BALANCE DUE & PAYABLE | $ | 30 11 |

### NOTICE TO GUEST

This property is privately owned. We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money or valuables of any kind.

The Management

I AGREE TO READ AND TO COMPLY WITH ALL CAMPGROUND RULES AND REGULATIONS AS POSTED IN THE OFFICE AND/OR ON THE GROUNDS.

X *Nela S. Patrick*

SIGNATURE OF CAMPER

IF YOU HAVE ANY SPECIAL NEEDS OR NEED ASSISTANCE, PLEASE CONTACT THE OFFICE.

CLERK

PAID BY ☑ CASH ☐ CHECK

## High Springs Campground

I-75, Exit 404
24004 NW Old Bellamy Road
HIGH SPRINGS, FLORIDA 32643
(386) 454-1688

---

GREENSBORO KOA
Greensboro NC 27406
(800) 562-9306

Campsight
4933 000 REPRINT 9/25/1/ 16:00:53
Date/Time

PATRICK/MLRLA
2636 SI 19th Pl.
CAPE CORAL FL 33904-3225
USA
Arrive: 9/25/1/ Depart: 9/26/1/
Nights: 1
Site: 25 Full hookup/pullthru
Type: MI Motorhome towing
Adult: 2 Children: 0
deposit honored
Daily site charge MD 45.00
Detail Charges Total 45.00
Value Kard
**sub Total** 40.50 40.50 4.50 45.00 45.00 40.50
Total

I agree that management assumes no responsibility for accidents, injuries or loss from any cause.

Signature GNCKAREN 92517

20

Faver-Dykes State Park
1000 FAVER-DYKES ROAD
SAINT AUGUSTINE, FL, 32086
904-794-0997
Aug 31, 2017 2:54 PM EDT 400485396
Receipt # 568708367

Customer: Patrick, Merla

Advanced Reservation # 2-34074682
Current Transactions: Checkin; Change
Number of Vehicles; Change Miscellaneous
Faver-Dykes State Park; CG1 ; 013-018;
Patrick, Merla; 2 Occupants; 0 Vehicles;
0 Pets; 1 Campings; Arrive Aug 31,
2017; Depart Sep 4, 2017: 4 Nights

| | | | |
|---|---|---|---|
| Use Fee | S | 72.00 | DT |
| Transaction – Res | S | 6.70 | |
| FL Senior Resident | | | |
| – 50.0% | S | (36.00) | T |
| SUBTOTAL | S | 42.70 | USD |
| Local Option Tax – | | | |
| FAVER DYKES – 4% | S | 1.44 | |
| les Tax – FAVER | | | |
| YKES – 6.5% | S | 2.34 | |
| ORDER TOTAL | S | 46.48 | USD |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| TOTAL PRICE | S | 46.48 | USD |
| TOTAL PAST PAID | S | 46.48 | USD |
| Amount Owing | S | 0.00 | USD |

| | | | |
|---|---|---|---|
| New Amount Owing | S | 0.00 | USD |

Customer Copy

Faver Dykes State Park
1000 Faver
Dykes Road
St. Augustine, FL
32086
(904) 794-0997
******* tear here *******

HIGH FALLS STATE PARK
76 HIGH FALLS PARK DRIVE
JACKSON, GA, 30233
478-993-3053
Oct 3, 2017 4:03 PM EDT 400406684
Receipt # 301588592

Customer: Patrick, Merla

Advanced Reservation # 2-20097499
Current Transactions: Change Customer
Type; Checkin; Apply Discount
HIGH FALLS STATE PARK; HIGH FALLS RIVER
PULL THRU CAMPSITES; 50 FT RIVER
PULL THROUGH CAMPSITE; 50 FT RIVER PULL
THROUGH CAMPSITE; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Oct 3, 2017; Depart Oct
4, 2017; 1 Nights

| | | | |
|---|---|---|---|
| Use Fee | $ | 35.00 | DT |
| Senior Citizens | | | |
| Campsites Discount | | | |
| – 20.0% | $ | (7.00) | T |
| SUBTOTAL | $ | 28.00 | USD |
| Local Sales Tax | | | |
| 0% | $ | 0.00 | |
| SPLUST – 0% | $ | 0.00 | |
| ORDER TOTAL | $ | 28.00 | USD |

Pos Sale # 3-3947554
Current Transactions: Purchase POS;
Transfer Payment

| | | | |
|---|---|---|---|
| PARKPASS DLY DVET | $ | 3.75 | T |
| SUBTOTAL | $ | 3.75 | USD |
| ORDER TOTAL | $ | 3.75 | USD |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| TOTAL PRICE | $ | 31.75 | USD |
| TOTAL PAST PAID | $ | 35.00 | USD |
| Amount Owing | $ | 0.00 | USD |

| | | | |
|---|---|---|---|
| REFUND DUE | $ | (3.25) | USD |

| | | | |
|---|---|---|---|
| New Amount Owing | $ | 0.00 | USD |

- - - - - - - - - - - - - - - - - - - - -
Customer Name

- - - - - - - - - - - - - - - - - - - - -
Customer Phone Number

- - - - - - - - - - - - - - - - - - - - -
Customer Signature

Customer Copy

****** tear here ******

```
*********************************
      STATESVILLE/I-77 KOA
      Statesville, NC  28677
         1-800-562-5705
*********************************
**REGISTER**       72156.000
Date/Time       9/09/17   13:25:28
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
  USA
Arrive:  9/09/17   Depart:  9/10/17
Nights:   1
Site:    042   Full hookup/pullthru
Type:    MT   Motorhome towing
License EAL C10      FL
        Y36 CEM      FL
Adult:   2  Children:    0

Daily site charge SR          49.50
Detail Charges Total          49.50
Value Kard 188M6G              4.95-
 ***Sub Total***              44.55
Total                         44.55
Deposit honored               39.15-
09/06 MC3281 39.15
Mastercard                     5.40-
MCxxxx3281 A#:00978Z


YOU SAVED $4.95 WITH YOUR VALUE KARD!

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff.


  free that management assumes no
responsibility for accidents, injurie
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreemer

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
 signature


As of yesterday, you have
7,400 Camping points
Access your account at KOA.com to fir
how close you are to your next campii
reward with Value Kard Rewards!
Thank you for choosing our KOA.
Ask about our local attractions.
Check out time is noon.
Monthly rates are not pro-rated or
re-fundable (sorry no exceptions mgr.
If site is found vacant, site will be
considered available for campground u
unless prior notification has been gi
to the office.
Please understand we reserve the righ
to tow any vehicles off of vacant sit
this includes guests and extra vehic'
for Cabin Rentals ONLY, a $25.00 fee
will be charged for any Key not
returned.
          90917     STVNANCY
```

In the back
Plus  South Cove Count, Park
      1099 South Cove Road
      Seneca, SC, 29672

Sep 26, 2017 3:57 PM EDT 400520024
Receipt # 94544393

Customer: Patrick, Merla

Advanced Reservation # 2-4799105
Current Transactions: Change Customer
Type; Checkin
South Cove County Park; South Cove
County Park; 04 04; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Sep 26, 2017; Depart
Oct 3, 2017; 7 Nights

| | | |
|---|---|---|
| Use Fee | $ | 210.00 |
| ORDER TOTAL | $ | 210.00 USD |

| | | |
|---|---|---|
| TOTAL PRICE | $ | 210.00 USD |
| TOTAL PAST PAID | $ | 210.00 USD |
| Amount Owing | $ | 0.00 USD |
| | | |
| New Amount Owing | $ | 0.00 USD |

Customer Copy

******* tear here *******

ø ³

```
**********************************
  Williamsburg/Busch Gardens KOA
       Williamsburg VA 23188
           800-562-1733
**********************************
**REGISTER**      295723.000
Date/Time        9/13/17   17:11:05
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
  USA
 Arrive:  9/13/17   Depart:  9/18/17
 Nights:   5
 Site:    E20   Full hookup/pullthru
 Type:    MT  Motorhome towing
 License FOREST RVR  FL
          JEEP         FL
 Adult:   2  Children:   0

 Firewood                     14.98
   2 @ 7.490ea
 Quick Wick Flame              3.98
   2 @ 1.990ea
 Marva Maid Milk 2% Q          1.99
 * Store Subtotal *           20.95
 Daily site charge vS        120.82
   2 @ 60.410ea
 Daily site charge RK        128.82
   2 @ 64.410ea
 Daily site charge vS         60.41
 Detail Charges Total        331.00
 VALUE KARD Card Disc         24.96-
 VKR Appreciation             60.41-
 ***Sub Total***             245.63
 LS Tax          1.14
 SS Tax           .05
 ** Tax         24.70
 Total Taxes                  25.89
 Total                       271.52
 Deposit honored              60.35-
 03/09 M00759 60.35
 Master Card                 211.17-
 MCx xx3281 A#:013852

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff.


I agree that management assumes no
responsibility for accidents, injuries
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreement


.......................................
 Signature


As of yesterday, you have
12,800 Camping points
Access your account at KOA.com to find
how close you are to your next camping
reward with Value Kard Rewards!




Welcome to Williamsburg KOA! Save mone
and time! Buy your attraction tickets
the Campground General Store! Ask abou
discounted ticket options.

By signing this receipt 1 acknowledge
campground guidelines. This also serve
as a photo release for my party.

One camping unit and car per site. Six
people maximum per site. All guests mu
register and pay guest fee.
No entry mats allowed on grass.

Check out time for all sites is 11am!

Pick up a Town Crier at the Campground
General Store for a list of activities

Like us on Facebook for special offers
facebook.com/williamsburg koacampgroun
Follow us on Twitter @koafun for info

          91317    WVACPETER
```

MERLA S PATRICK
2636 SE 19TH PL.
CAPE CORAL, FL 33904

4355

Date Aug. 11 2017

Pay to the order of World Class Claims Dennisey    $ 210.00

Two Hundred Ten & no/100 ———————— Dollars

SUNTRUST

Memo To Savage

Sheila S. Patrick

⑆063102162⑆00630080156 35⑈ 4355





**Tax Collector**

October 31, 2017

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

SUBJECT:    Account          32-44-24-C2-01211.0110
            E & I Number     20170189
            Requested Date   10/26/2017
            Processed Date   10/31/2017

Dear Taxpayer:

Our office recently received a Certificate of Correction of Tax Roll from the Property Appraiser to adjust the information included on your 2017 Real Estate Notice. Enclosed is the adjusted tax notice which replaces the original notice.

Early payment discounts are available based on the date payment is remitted to this office. Discounts have been calculated and applied to the total taxes due and are reflected in the new tax notice. Return the bottom portion of your tax notice with your payment in the envelope provided.

For additional information on the cause of this adjustment, please contact the Property Appraiser at 239.533.6100. For questions regarding payment, contact our office at 239.533.6000 to speak with a Customer Support Representative.

Sincerely,

Tamara L. Harrison
Customer Support Director

Enc.

**2017 REAL ESTATE NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA**

**Account Number:**
32-44-24-C2-01211.0110

**Personal ID Number:**
17-00567985

**District:**
057

**Site Address:**
2636 SE 19TH PL

**Legal Description:**
CAPE CORAL UNIT 19 BLK.1211
PB 13 PG 126 LOTS 11 + 12
BOOK: 4380 PAGE: 3276

**Values and Exemptions:**

| | |
|---|---|
| MARKET ASSESSED VALUE | 111010 |
| CAP ASSESSED VALUE | 111010 |
| HOMESTEAD-EX VALUE | 50000 |
| TAXABLE VALUE | 61010 |

 See message below.



BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

| Amount Due: | If Paid By: |
|---|---|
| $1,820.17 | December 1, 2017 |
| $1,839.13 | December 31, 2017 |
| $1,858.09 | January 31, 2018 |
| $1,877.05 | February 28, 2018 |
| $1,896.01 | March 31, 2018 |

11/01/2017

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 111010 | 50000 | 61010 | 247.13 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 111010 | 25000 | 86010 | 193.35 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 111010 | 25000 | 86010 | 381.11 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 111010 | 50000 | 61010 | 411.82 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 111010 | 50000 | 61010 | 4.23 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 111010 | 50000 | 61010 | 36.34 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 111010 | 50000 | 61010 | 10.26 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 111010 | 50000 | 61010 | 7.78 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 111010 | 50000 | 61010 | 2.69 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 111010 | 50000 | 61010 | 8.44 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 111010 | 0 | 111010 | 2.75 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 111010 | 0 | 111010 | 31.08 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 111010 | 50000 | 61010 | 2.40 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | | Basis | | Amount |
|---|---|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | | ACTL LEVY | | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | | ACTL LEVY | | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | | ACTL LEVY | | 111.00 |

Keep for your records

| 2017 Combined Total Ad Valorem and Non-Ad Valorem: | 1896.01 |
|---|---|

## 2017 Real Estate Notice

**Corrected Notice**
10/31/2017

Phone/Email Contact: _____

 If the address below is not correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

**Account:** 32-44-24-C2-01211.0110
**Site Address:** 2636 SE 19TH PL
**Personal ID Number:** 17-00567985          11/01/2017

For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

| If Paid By | Amount Due |
|---|---|
| December 1, 2017 | $1,820.17 |
| December 31, 2017 | $1,839.13 |
| January 31, 2018 | $1,858.09 |
| February 28, 2018 | $1,877.05 |
| March 31, 2018 | $1,896.01 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
PO BOX 1609
FORT MYERS FL 33902-1609

020100      20170      324424C20121101104      00001896014      00000056882      00000000

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. **Tax notices are** mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. Installment tax notices are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December, 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options: Online:** Visit our official website www.leetc.com. **By Mail:** Check or money order. **Phone:** 239.533.6000. **In Person:** Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment or Installment Payment Plan.* Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

*Real Estate:* 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
*Tangible Personal Property:* 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

**NOTICE**
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

## Don't Wait in Line... Pay Online at www.leetc.com

Rev. 09/2017

## Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form. It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |   Phone: | | | | | | | | |

Street or PO Box Number: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

City: | | | | | | | | | | | | | | | | | | | | | | | |   State: | | |   ZIP: | | | | | | | |

Signature: _____   Date: ____/____/____

2017 REAL ESTATE INFORMATIONAL NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA

**Account Number:**
32-44-24-C2-01211.0110

**Personal ID Number:**
17-00567985

**District:**
057

**Site Address:**
2636 SE 19TH PL

**Legal Description:**
CAPE CORAL UNIT 19 BLK.1211 PB
13 PG 126 LOTS 11 + 12
BOOK: 4380 PAGE: 3276

**Values and Exemptions:**
| | |
|---|---|
| MARKET ASSESSED VALUE | 394876 |
| CAP ASSESSED VALUE | 302590 |
| HOMESTEAD-EX VALUE | 50000 |
| TAXABLE VALUE | 252590 |

★ See message below.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904-3225

| Amount Due: | If Paid In: | |
|---|---|---|
| $5,308.47 | November | 2017 |
| $5,363.77 | December | 2017 |
| $5,419.07 | January | 2018 |
| $5,474.36 | February | 2018 |
| $5,529.66 | March | 2018 |

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 302590 | 50000 | 252590 | 1023.14 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 302590 | 25000 | 277590 | 624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 302590 | 25000 | 277590 | 1230.00 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 302590 | 50000 | 252590 | 1704.98 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 302590 | 50000 | 252590 | 17.50 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 302590 | 50000 | 252590 | 150.44 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 302590 | 50000 | 252590 | 42.46 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 302590 | 50000 | 252590 | 32.21 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 302590 | 50000 | 252590 | 11.14 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 302590 | 50000 | 252590 | 34.96 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 302590 | 0 | 302590 | 7.50 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 302590 | 0 | 302590 | 84.73 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 302590 | 50000 | 252590 | 9.95 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | | Basis | | Amount |
|---|---|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | | ACTL LEVY | | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | | ACTL LEVY | | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | | ACTL LEVY | | 111.00 |

2017 Combined Total Ad Valorem and Non-Ad Valorem: 5529.66

Your tax notice was requested and sent for payment to: SUNTRUST MORTGAGE INC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## 2017 Real Estate Informational Notice

Phone/Email Contact: _____

★ If the address below is not correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

**Account:** 32-44-24-C2-01211.0110
**Site Address:** 2636 SE 19TH PL
**Personal ID Number:** 17-00567985

**Important Information:** Informational notices are mailed to taxpayers when a mortgage holder/agent requests the original tax notice for payment.

If the mortgage holder is not responsible to pay these taxes, remit your payment directly to the Lee County Tax Collector. The amount due is located in the upper right corner of this notice. For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

020100    20170    324424C20121101104    00005529665    00000165890    00000000

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. **Tax notices** are mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. **Installment tax notices** are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December; 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options:** *Online:* Visit our official website www.leetc.com. *By Mail:* Check or money order. *Phone:* 239.533.6000. *In Person:* Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment or Installment Payment Plan.* Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

> *Real Estate:* 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
> *Tangible Personal Property:* 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

### NOTICE
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

# Don't Wait in Line... Pay Online at www.leetc.com

Rev. 09/2017

# Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form. It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Phone: | | | | | | | |

Street or PO Box Number: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

City: | | | | | | | | | | | | | | | | | | | | | State: | | | ZIP: | | | | | | | |

Signature: _____   Date: ____ / ____ / ____

## CONTACT INFORMATION

### Lee County Property Appraiser

**Physical Address**
) Thompson St., 4th Floor
rt Myers, FL 33901

**Mailing Address**
P.O. Box 1546
Fort Myers, FL 33902

**Office Hours**
Monday - Friday
8:30am to 5:00pm

**Directions**
Downtown Fort Myers
Corner of Dr. Martin Luther King
Jr. Blvd. & Fowler St.

**Real Property**
Phone   (239) 533-6100
Fax       (239) 533-6091
**Email**  trim@leepa.org

**Tangible Personal Property**
Phone   (239) 533-6140
Fax       (239) 533-6289
**Email**  tpp@leepa.org

**Exemptions**
Phone   (239) 533-6100
Fax       (239) 533-6038
**Email**  exemptions@leepa.org

**Website**  www.leepa.org

### Municipalities and Other Government Agencies

| | | |
|---|---|---|
| City of Bonita Springs | (239) 949-6262 | www.cityofbonitasprings.c |
| City of Cape Coral | (239) 574-0401 | www.capecoral.net |
| City of Fort Myers | (239) 321-7000 | www.cityftmyers.com |
| City of Sanibel | (239) 472-3700 | www.mysanibel.com |
| Town of Fort Myers Beach | (239) 765-0202 | www.fortmyersbeachfl.gov |
| Village of Estero | (239) 221-5035 | www.estero-fl.gov |
| County Government | (239) 533-2111 | www.leegov.com |
| Clerk of Courts | (239) 533-5000 | www.leeclerk.org |
| Tax Collector | (239) 533-6000 | www.leetc.com |

Lee County Taxing Authorities
P.O. Box 1270
Fort Myers, Florida 33902-1270



E

PRESORTED
FIRST-CLASS M
US POSTAGE
PAID
FT MYERS, FI
PERMIT# 005

# ●NOTICE OF PROPOSED 2017 REAL ESTATE PROPERTY TAXE$



24216*******************AUTO**5-DIGIT 33904

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

## ASSESSMENT APPEALS INFORMATION

You, the property owner, are the single best source of information as it relates to your property. If you have questions about the valuation, exemptic classification or characteristics of your property, we encourage you to contact our office to discuss your concerns.

If you disagree with the current market value of your property or believe you qualified for an exemption or property classification not reflected on y TRIM Notice, you may:
- Request an informal conference with our office.
- File a petition with the Value Adjustment Board.
- File a lawsuit in circuit court.

**Set up an Informal Conference**
An informal conference with the property appraiser's office, while not required, is encouraged as a first step in addressing your concerns. By having informal conference, you may be able to settle the issue without going to a hearing or going to court.
At this informal conference, you may:
- Provide documentation that may support a change to the assessment or eligibility for an exemption or property classification.
- Request facts that support the current assessment of the property and/or denial of an application for an exemption or property classificatior
ease be aware that an informal conference does not extend your deadline to file a petition with the Value Adjustment Board.

**To set up an informal conference please call the Lee County Property Appraiser's office at (239) 533-6100.**

**Petition the Value Adjustment Board**
For information on filing a petition with the Value Adjustment Board please visit the Lee County Clerk of Court's website at  www.leeclerk.org.

## A FEW WORDS FROM KEN



**Dear Property Owner:**

As your Lee County Property Appraiser, it is my duty to ensure this office produces a fair and equitable tax roll each year in compliance with Florida Statutes. A requirement of this process is to provide you with an annual Notice of Proposed Property Taxes, referred to as a TRIM (Truth in Millage) Notice. The accompanying notice reflects your property's valuation as of January 1, 2017, and your proposed ad valorem taxes for 2017.

My staff and I are at your service to answer any questions you have concerning your annual notice, the supplemental information provided, and to address any other questions you have about the Property Appraiser's office. Feel free to contact us, our door is open.

Best Regards,

*Kmwilkson*

Kenneth M. Wilkinson, CFA
Lee County Property Appraiser

## TAXPAYER SERVICES

**www.leepa.org**

Visit our website to learn more about the services provided by our office. Our website offers many valuable features, benefits and user friendly services. By simply creating an account and logging on you have the ability to:

- Change your mailing address
- Apply for property tax exemptions
- Upload photos of your property
- File a tangible personal property tax return
- Complete a sales verifier, commercial income and expense questionnaire, or reaffirmation of exemption
- Download and save a copy of your TRIM Notice

Our website also offers many great mapping and reporting tools and a wide range of information available at no cost.

Our mission is to provide prompt, professional, courteous service and be attentive to our customers' needs, whether that be in person, on the phone or electronically. Our goal is that every person who does business with our office says, "Wow, what a great experience!"

## AD VALOREM TAXATION

An ad valorem tax is a tax that is based on the value of a property. Taxing authorities determine the tax rate, or millage, you pay based on money needed to fund their budgets. Below is a diagram that illustrates the basic tax calculation. Should you have a question regarding the tax rate or amount of taxes you are paying, please contact the appropriate authority listed on the front page of your notice.



## PROPERTY EXEMPTION & ASSESSMENT LIMITATIONS

Every person who owns real property in Florida on January 1, and makes the property his or her permanent residence, is eligible to receive a homestead exemption up to 50,000. The first 25,000 applies to all property taxes, including school district taxes. The additional 25,000, applies to the assessed value between 50,000 and 75,000 and only applies to non-school taxes.

| | |
|---|---|
| **Homestead Exemption** | **up to  50,000** |
| **Senior's Homestead Exemption** | **up to 250,000** |

**2017 "Save Our Homes" Cap Assessment Limitation for Homestead Properties     2.1%**
Based on the Consumer Price Index (CPI) - Assessed values for most homestead exempt properties may not increase more than 3% or the current CPI whichever is less.

**Non-Homestead Property Assessment Limitation   10%**
Assessed values for most non-homestead or non-special use properties may not increase more than 10%.

**Tangible Personal Property Exemption     up to 25,000**
The TPP exemption is granted with a timely filing of a DR-405 tax return.

**What Is Recapture?**
In instances where a property's market value exceeds the assessed value, property appraisers must increase the assessed value by the current CPI or 3%, whichever is less, until market value and assessed value are equal.

| | |
|---|---|
| Recapture for Homestead Properties | 2.1% |
| Recapture for Non-Homestead Properties | 10% |



**★10182071★**



| | THIS YEAR 2017 |
|---|---|
| $344,500 | $394,876 |

## MARKET VALUE

Market Value in Florida is also known as "just value" as provided by the constitution and described in state law. It is the amount a purchaser willing but not obliged to buy would pay to one willing but not obliged to sell, after proper consideration of all eight factors in section 193.011, F.S.

## ASSESSED VALUE

Assessed Value is the market value of your property minus the amount of any assessment reductions. The assessed value may be different for millage levies made different taxing authorities.

## ASSESSMENT REDUCTIONS

Assessment Reduction amounts are based on applicable statutory limitations and benefits that may affect the Assessed Value, such as the Save Our Homes cap or Agricultural Classification. The value of these limitations and benefits make up the difference between market and assessed value.

| Save Our Homes Benefit | All Levies | $92,286 |
|---|---|---|

## EXEMPTIONS

Exemptions are specific dollar or percentage amounts that reduce assessed value. These are usually based on characteristics of the property or property owner. Examples include the homestead exemption, veterans' disability exemptions and charitable exemptions. In some cases, the maximum exemption amount may not applied because of a lower assessed value. Many exemptions apply only to tax levies by the taxing authority granting the exemption.

| Homestead Exemption | Adopted Levies | $25,000 |
|---|---|---|
| Additional Homestead Exemption | Adopted Levies | $25,000 |

## VALUE CALCULATIONS

Taxable Value is the assessed value minus qualifying exemptions. This is the value used to calculate the tax due on your property. The assessed and taxable value may vary by taxing authority because certain assessment reductions and exemptions may not apply to all levies and discounts.

| TAXING AUTHORITY | ASSESSED VALUE | | EXEMPTIONS | | TAXABLE VALUE | |
|---|---|---|---|---|---|---|
| | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR |
| **COUNTY:** | | | | | | |
| LEE CO GENERAL REVENUE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **SCHOOL:** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| PUBLIC SCHOOL - BY STATE LAW | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| **MUNICIPALITY OR MSTU:** | | | | | | |
| CITY OF CAPE CORAL | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO ALL HAZARDS PROTECTION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO LIBRARY DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **WATER MANAGEMENT DISTRICT:** | | | | | | |
| SFWMD-DISTRICT-WIDE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-OKEECHOBEE BASIN | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **INDEPENDENT SPECIAL DISTRICTS:** | | | | | | |
| LEE CO HYACINTH CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| LEE CO MOSQUITO CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| WEST COAST INLAND NAVIGATION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |

If you feel the market value of your property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected on this form, please call us at (239) 533-6100 or visit the Lee County Property Appraiser's office at 2480 Thompson Street, 4th Floor, Fort Myers, FL.

If we are unable to resolve a matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Online filing is available at www.leeclerk.org. Petition forms are available from the Lee County Property Appraiser's office or at www.leepa.org. All petitions must be filed on or before September 08, 2017.

## DO NOT PAY - THIS IS NOT A BILL

## NOTICE OF PROPOSED PROPERTY TAXES

### TAX INFORMATION

**\*10182071\***

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

Parcel ID: 32-44-24-C2-01211.0110
CAPE CORAL UNIT 19
BLK.1211 PB 13 PG 126
LOTS 11 + 12
2636 SE 19TH PL

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

| TAXING AUTHORITY | | | COLUMN 1 | COLUMN 2 | | COLUMN 3 |
|---|---|---|---|---|---|---|
| 057<br>CITY OF CAPE CORAL | LAST YEAR'S ACTUAL TAX RATE 2016 (MILLAGE) | YOUR PROPERTY TAXES LAST YEAR 2016 | YOUR TAX RATE THIS YEAR IF NO BUDGET CHANGE IS ADOPTED (MILLAGE) | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS ADOPTED | THIS YEAR'S PROPOSED TAX RATE 2017 (MILLAGE) | YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED 2017 |
| **COUNTY:** | | | | | | |
| LEE CO GENERAL REVENUE | 4.0506 | $997.93 | 3.8140 | $963.38 | 4.0506 | $1,023.14 |
| **SCHOOL:** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | $610.03 | 2.1162 | $587.44 | 2.2480 | $624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 4.7410 | $1,286.55 | 4.4630 | $1,238.88 | 4.4310 | $1,230.00 |
| **MUNICIPALITY OR MSTU:** | | | | | | |
| CITY OF CAPE CORAL | 6.7500 | $1,662.97 | 6.3440 | $1,602.43 | 6.7500 | $1,704.98 |
| LEE CO ALL HAZARDS PROTECTION DIST | 0.0693 | $17.00 | 0.0648 | $16.37 | 0.0693 | $17.50 |
| LEE CO LIBRARY DIST | 0.5956 | $146.74 | 0.5595 | $141.32 | 0.5956 | $150.44 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | 0.1602 | $39.47 | 0.1500 | $37.89 | 0.1681 | $42.46 |
| **WATER MANAGEMENT DISTRICT:** | | | | | | |
| SFWMD-DISTRICT-WIDE | 0.1359 | $33.48 | 0.1275 | $32.21 | 0.1275 | $32.21 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | 0.0471 | $11.60 | 0.0441 | $11.14 | 0.0441 | $11.14 |
| SFWMD-OKEECHOBEE BASIN | 0.1477 | $36.39 | 0.1384 | $34.96 | 0.1384 | $34.96 |
| **INDEPENDENT SPECIAL DISTRICTS:** | | | | | | |
| LEE CO HYACINTH CONTROL DIST | 0.0263 | $7.79 | 0.0248 | $7.50 | 0.0248 | $7.50 |
| LEE CO MOSQUITO CONTROL DIST | 0.2397 | $71.04 | 0.2257 | $68.29 | 0.2800 | $84.73 |
| WEST COAST INLAND NAVIGATION DIST | 0.0394 | $9.71 | 0.0372 | $9.40 | 0.0394 | $9.95 |
| **TOTAL TAX RATES:** | 19.2508 | | 18.1092 | | 18.9668 | |
| **TOTAL PROPERTY TAXES:** | | $4,930.77 | | $4,751.21 | | $4,973.03 |

**NOTICE OF PROPOSED PROPERTY TAXES EXPLANATION (Section 200.069, Florida Statutes)**

**COLUMN 1—"YOUR PROPERTY TAXES LAST YEAR"** - This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2—"YOUR TAXES IF NO BUDGET CHANGE IS ADOPTED"** - This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**COLUMN 3—"YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED"** - This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on this notice. The difference between Columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**NOTE:** Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form.)

**NON-AD VALOREM ASSESSMENTS:** Your final tax bill may contain non-ad valorem assessments which may not be reflected on this notice such as assessments for roads, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district.

**A Public Hearing on the Proposed Taxes and Budget Will Be Held:**

**COUNTY/MSTU:** 9/6/2017 5:05PM Lee Co Commission Chambers, 2120 Main St, Fort Myers FL 33901 Phone 239-533-2221
**SCHOOL:** 9/5/2017 5:05PM Lee Co Public Education Center, 2855 Colonial Blvd, Fort Myers FL 33966 Phone 239-337-8215
**MUNICIPALITY:** 9/7/2017 5:05PM Cape Coral City Hall Council Chambers, 1015 Cultural Park Blvd, Cape Coral FL 33990 Phone 239-574-0497
**WATER MANAGEMENT DISTRICT:** 9/14/2017 5:15PM SFWMD Auditorium B-1 Bldg, 3301 Gun Club Rd, West Palm Beach FL 33406 Phone 561-686-8800
**LEE CO MOSQUITO AND/OR HYACINTH:** 9/14/2017 5:01PM/5:15PM District Offices, 15191 Homestead Rd, Lehigh Acres FL 33971 Phone 239-694-2174
**WEST COAST INLAND NAVIGATION DISTRICT:** 9/8/2017 5:01PM Venice City Hall, 401 W Venice Ave, Venice FL 34285 Phone 941-485-9402

# DRYWALL INSPECTION REPORT

**Report Number**
222

## Subject Property



### 2636 SE 19th Pl
Cape Coral, Fl
33904

## Client Information

**Client Name: James H Blevins**

**Inspected on**

**Inspection Date: 08/02/2017**

**Inspection Time: 10:00 AM**

## Inspection Conducted By



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Whittley Lukas
**Inspector's Signature:**

**Signature Date**
8/2/2017 **State Certified Home
Inspector
HI10043, Date: 12/20/2016**

# DRYWALL INSPECTION REPORT

**Report Number**

222

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

## EQUIPMENT
Specialized Equipment used during this inspection include:
  Micro Inspection Camera
  • Infrared Thermometer

## LOCATIONS INSPECTED

Items and primary components inspected within this home included:

All accessible principle rooms, areas, and hallways containing drywall finishes
- Attic
- Interior components of the air conditioning unit
- Storage cabinets where nonferrous metallic items could potentially be stored

## COMPONENTS INSPECTED

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**

222

## DETERMINATIONS AND OBSERVATIONS

**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Knauf Plasterboard (Tianjin) Co Ltd (KPT)

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]:** George C Diggs
**4) Plumbing Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**6) Air Conditioning Component Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**7) Odor Observed:** Distinct odor typical of problem drywall observed
Inside Attic Access above Garage
**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete.
The listed items are intended to be supplementative to all other indicators used in the
determination for the conclusion of either the presence or absence of Problem Drywall.

## COMMENTS AND RECOMMENDATIONS

Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

The air conditioner evaporator coils were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

Should the Client wish to obtain further scientific testing via destructive methods, the Inspector recommends to follow laboratory testing outlined within communications issued by the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. Updates to these communications may be found on the CPSC and HUD websites.

It is recommended that the client for this Report obtain a copy of the original list of building materials or bills of lading for materials delivered to this property during the original construction or remodeling.

PHOTO REPORT

**1.**

  

**Location:** Throughout **System:** Drywall **Condition:** Ground Wire; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**2.**

  

**Location:** Throughout **System:** Drywall **Condition:** Plumbing Fixture; Pitting Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**3.**

  

**Location:** Throughout **System:** Drywall **Condition:** De Silvering Observed
**Explanation:** De Silvering Observed
**Impact Consequences:** Distinctive de silvering of problem drywall observed on inspected component. Further consultation with a qualified problem drywall

remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 4.



**Location:** Throughout **System:** Drywall **Condition:** Copper Distribution Line; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 5.



**Location:** Throughout **System:** Drywall **Condition:** Light Layer Of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 6.



**Location:** Throughout **System:** Drywall **Condition:** Label is from Suspect Company
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention

**Recommended Action:** Consult Specialist
Click here to find out more about this item

## 7.



**Location:** Throughout **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

## 8.



**Location:** Throughout **System:** Drywall **Condition:** Evaporator Coils; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 9.



**Location:** Throughout **System:** Drywall **Condition:** Date Of Installation
**Explanation:** The drywall labels found supporting a positive conclusion of problem drywall appear to be original to the property construction.
**Impact Consequences:** Evidence of remodeling or replacing drywall were not observed during this inspection. It is the Inspectors opinion that the drywall observed was installed during original construction of the subject property.
**Recommended Action:** Review
Click here to find out more about this item

Report Number:

222

## Professional Services Certification and Disclosure

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions, rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Whittley Lukas
**Inspector's Signature:**
*Whittley Lukas*

**Signature Date**
8/2/2017 **State Certified Home Inspector**
**HI10043, Date: 12/20/2016**





**Prepared By and Return To:**
Omnimark Title Services, LLC
1210 Del Prado S.
Cape Coral, Florida 33990

**File No.** 04-220133

**Property Appraiser's Parcel I.D. (folio) Number(s)**
32-44-24-C2-01211.0110

INSTR # 6376236
OR BK 04380 Pgs 3276 - 3277; (2pgs)
RECORDED 07/28/2004 11:13:41 AM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
DEED DOC 1,785.00
DEPUTY CLERK A Janke

## WARRANTY DEED

THIS WARRANTY DEED dated June 15, 2004, by Debra DeMaria a single woman aka Debra L. Demaria hereinafter called the grantor, to James H. Blevins a single man, whose post office address is 8327 Cook Road, Swartz Creek, MI 48473, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

> Lots 11 and 12, Block 1211, Unit 19, Cape Coral, according to plat thereof recorded in Plat Book 13, Pages 121-135, of the Public Records of Lee County, Florida.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2003

Warranty Deed (Individual to Individual)
Rev. (3/00)

## WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
(Witness Signature)

Debbie Jones

_____
(Witness Signature)

KATHY MURPHY

_____
Debra DeMaria

19991 Chapel Trace
_____
(Address)

Estero, FL 33928
_____
(Address)

State of _Florida_

County of _Lee_

Sworn to, subscribed and acknowledged before me this __15__ day of __June,__ __2004__ by ___Debra DeMaria___ who are personally known to me or who have produced ___drivers license___ as identification.

_____
Notary Public   Deborah J. Jones
My Commission Expires:

OFFICIAL NOTARY SEAL
DEBORAH J JONES
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD071755
MY COMMISSION EXP. NOV. 14,2005

Warranty Deed (Individual to Individual)
Rev. (3/08)

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**. If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown. Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online. The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along. Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com. If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

Reg-Form v.2

1

## 1. CLAIMANT INFORMATION

| 1. | Name: | Last/ Business Name<br>Blevins | | First<br>James | | M.I. |
|----|-------|-------|-------|-------|-------|-------|

**Taxpayer Information: (check the appropriate Taxpayer ⸱)**

☒ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☐ **Employer Identification Number**

█████████ 9 3 5 6

(Enter numbers only)

**Social Security Number (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number. SSNs are assigned to individuals. If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity. Only businesses have an EIN.

| 3. | Mailing Address: | Street<br>2636 SE 19th Place | | | | |
|----|----|----|----|----|----|----|
| | | City<br>Cape Coral | | State<br>Florida | Zip Code<br>33904 | Parish/County<br>Lee |

| | Email Address: | blevinsj@aol.com |
|----|----|----|

| 5. | Telephone Numbers: | Home/Business<br>( 2 3 9 ) 5 6 5 - 7 2 7 7 | Cell<br>( ) - |
|----|----|----|----|

| 6. | If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative. If you are registering as an individual and not as a business, skip to Section 2. | DBA Name | |
|----|----|----|----|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title | |

To Register online visit https://chinesedrywallclass.com/

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim. Attach additional copies of this page to register additional properties.

| | | | | |
|---|---|---|---|---|
| **Affected Property Address:** | ☐ Check here if this is a Rental or Commercial property. | | | |
| | Street<br>2636 SE 19th Place | | | |
| | City<br>Cape Coral | State<br>Florida | Zip Code<br>33904 | Parish/County<br>Lee |

| | | | | |
|---|---|---|---|---|
| **8. Attorney Information:** | ☐ Check here if you are not represented by an attorney, and skip to Question 9. If you are represented by an attorney, complete this section. | | | |
| | Firm Name<br>Doyle Law Firm, PC | | | |
| | Attorney Last Name<br>Doyle | | Attorney First Name<br>Jimmy | |
| | Street<br>2100 Southbridge Parkway, Suite 650 | | | |
| | City<br>Birmingham | | State<br>Alabama | Zip Code<br>35209 |
| | Email<br>jimmy@doylefirm.com | | Phone Number<br>(205) 533-9500 | |

**9. Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒ **Remediation**. Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property. If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐ **Already Remediated Property**. You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒ **Other Losses.** The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses. If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐ **Tenant Losses**. Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property. If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐ **Bodily Injury.** Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall. **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim**.

# 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | | Date: | 03/28/2018 (Month/Day/Year) |
|---|---|---|---|---|
| **Printed Name:** | First | Last | | M.I. |

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

<table>
<tr><td rowspan="8" style="writing-mode:vertical-lr">Print or type<br>See <b>Specific Instructions</b> on page 2.</td><td colspan="2">Name (as shown on your income tax return)<br><b>James Hager Blevins</b></td></tr>
<tr><td colspan="2">Business name/disregarded entity name, if different from above</td></tr>
<tr><td>Check appropriate box for federal tax classification:<br>☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate<br><br>☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____<br><br>☐ Other (see instructions) ▶</td><td>Exemptions (see instructions):<br><br>Exempt payee code (if any) _____<br>Exemption from FATCA reporting<br>code (if any) _____</td></tr>
<tr><td>Address (number, street, and apt. or suite no.)<br><b>2636 SE 19th Place</b></td><td>Requester's name and address (optional)</td></tr>
<tr><td>City, state, and ZIP code<br><b>Cape Coral, Florida 33904</b></td><td></td></tr>
<tr><td colspan="2">List account number(s) here (optional)</td></tr>
</table>

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

■ ■ ■ — ■ ■ — 9 3 5 6

**Employer identification number**

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| **Sign<br>Here** | **Signature of<br>U.S. person ▶** | *James H Blevins* | **Date ▶** | *March 21, 2018* |
|---|---|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust; and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code* on page 3 and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code* on page 3 and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA) name" on the "Business name/disregarded entity name" line.

**Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulation section 301.7701-2(c)(2)(iii). Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

**Note.** Check the appropriate box for the U.S. federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the U.S. federal tax classification in the space provided. If you are an LLC that is treated as a partnership for U.S. federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation, as appropriate. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for U.S. federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required U.S. federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

## Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the *Exemptions* box, any code(s) that may apply to you. See *Exempt payee code* and *Exemption from FATCA reporting code* on page 3.

**Exempt payee code.** Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following codes identify payees that are exempt from backup withholding:

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
|---|---|
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and all C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000[1] | Generally, exempt payees 1 through 5[2] |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

[1] See Form 1099-MISC, Miscellaneous Income, and its instructions.

[2] However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see Limited Liability Company (LLC) on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at www.ssa.gov. You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at www.irs.gov/businesses and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see Exempt payee code earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or HSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

Form W-9 (Rev. 8-2013)                                                                                           Page **4**

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
| --- | --- |
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account [1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor [2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee [1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner [1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner [3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
| --- | --- |
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity [4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special rules for partnerships* on page 1.

*Note. Grantor also must provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to *phishing@irs.gov*. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: *spam@uce.gov* or contact them at *www.ftc.gov/idtheft* or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

## Privacy Act Notice

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or HSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.

5