# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| This document relates to: | JUDGE ELDON FALLON |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| | MAGISTRATE JOSEPH WILKINSON, JR. |
| Case No. 14-cv-2722 | |

## RULE 30 NOTICE OF DEPOSITION OF PLAINTIFF, JAMES H. BLEVINS

TO:   Plaintiff, James H. Blevins,
      Through his counsel of record:
      James V. Doyle, Jr.
      **Doyle Law Firm**
      2100 Southbridge Pkwy, Suite 650
      Birmingham, AL 35209

**Court Reporter**
Esquire Deposition Solutions
101 East Kennedy Boulevard, Suite 3350
Tampa, FL 33602

Please take notice that the Knauf Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd., by and through undersigned counsel, will take the oral deposition of plaintiff, **James H. Blevins**, on **June 18, 2019,** beginning at **1:00 P.M.** before a certified court reporter or other officer of the court authorized to administer oaths and continuing until complete.

Pursuant to FRCP Rule 30(b)(2), plaintiff shall produce for inspection **on or by June 14, 2019,** copies of any and all documents, electronically stored information, and tangible things for inspection and other purposes as set forth in the attached Rule 34 Requests for Production.

Exhibit
Exhibit No.: 4
Name: Blevins
Date: 6 - 18 - 19
ESQUIRE   JF

EXHIBIT
E

The deposition will be conducted at the offices of:

> **Esquire Deposition Solutions**
> 101 East Kennedy Boulevard, Suite 3350
> Tampa, FL 33602

You are invited to attend and participate as you deem fit and proper. The deposition may be

videotaped.

Respectfully submitted,

**FISHMAN HAYGOOD, L.L.P.**

*/s/ Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, 46TH Floor
New Orleans, LA 70170
Telephone:     (504) 556-5549
Facsimile:      (504) 310-0275
Email:          kmiller@fishmanhaygood.com
Email:          pthibodeaux@fishmanhaygood.com
Email:          ddysart@fishmanhaygood.com

**Counsel for the Knauf Defendants**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing Rule 30 Notice of Deposition was served via electronic mail on all counsel of record this 13th day of June, 2019.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** |
| | **SECTION "L"** |
| **This document relates to:** | |
| | **JUDGE ELDON FALLON** |
| *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* | |
| | **MAGISTRATE JOSEPH WILKINSON, JR.** |
| **Case No. 14-cv-2722** | |

## ATTACHMENT "A"

### RULE 30(b)(2)/RULE 34 REQUESTS FOR PRODUCTION

**PLEASE TAKE NOTICE** that pursuant to the Rules of Civil Procedure, Defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. propound the following Requests for Production on James V. Doyle, Jr., counsel for plaintiff, **James H. Blevins**, who has claims pending in MDL 2047 against defendants, Knauf Gips KG and Gebr. Knauf (Tianjin) Co., Ltd. Plaintiffs shall provide responses to these Requests for Production to Michael Dodson, Fishman Haygood, LLP, 201 St. Charles Avenue, 46th Floor, New Orleans, LA 70170 by no later than **June 14, 2019**:

1. Please produce all documents relating to the any pre-purchase inspection of the that is the subject of this litigation, including but not limited to property inspections and Chinese-drywall inspections.

2. Your entire loan file for the property that is subject of this litigation, including but not limited to all documents and correspondence with or concerning the State of Florida.

3. Please produce all documents relating to any purchase of the property that is the

subject of this litigation, including but not limited to closing statements, advertisements, and disclosures, etc.

4.  Please produce any other post-purchase inspections performed on the property that is subject of this litigation, including but not limited to Chinese Drywall inspections, including but not limited to all inspection reports generated by the inspections identified in your response to Section IV of the Plaintiff Profile Form.

5.  Please produce all appraisals performed on the property that is subject of this litigation.

6.  Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.

7.  Please produce any and all copies of statements or reports prepared in connection with any interview conducted by plaintiffs or on your behalf concerning the circumstances of the claims asserted in the petition.

8.  Please produce any and all copies of notes, logs, blogs, memoranda, or diaries maintained in connection with any of your activities that concern or are in any way related to the claims asserted in the petition.

9.  Please produce any and all evidence of proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

10. Please produce any and all documentation evidencing or supporting your claims for damages in this matter, including but not limited to all receipt, invoices, photos, reports, and accountings.

11. Please produce any and all communications between you and Interior Exterior Building Supply, and/or received from Interior Exterior Building Supply.

12. Please produce any and all documentation and/or physical items evidencing or supporting your claims and/or alleged damages in this matter that have not been previously uploaded to Brown Greer's web portal or are otherwise illegible.

13. Please produce all documents evidencing and/or supporting property damage claims, including, but not limited to, videotapes, photographs, and documentation evidencing any other covered expenses, remediation expenses, or expected remediation expenses.