Supplemental Plaintiff Profile Form – Residential and Commercial Properties



> For Internal Use Only
> File No. _____
>
> Date Received:
> _____

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: John          R          Judgde          Jr.
First Name          M.I.          Last Name          Suffix

Co-Claimant First Name (if applicable)   M.I.   Last Name          Suffix

Business/Entity Name (if applicable)

EXHIBIT
2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

2618 50th Street West

Address 1      Address 2

Lehigh Acres      FL      33971

City      State      Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:     John      R    Judge      Jr.

First Name      M.I.    Last Name      Suffix

Mailing Address (if different):

157 Farmington Drive SE

Address 1      Address 2

Calhoun      GA      30701

City      State      Zip Code

Phone Number of Person Completing This Form: ( 239 ) 896 - 2618

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 2 / 22 / 2008

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2007

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 7 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☑ Yes ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 10 / 14 / 2016

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                 Month      Day         Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☑ Yes  ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?          Short Sale _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: Wells Fargo Bank, N.A.

Loan Number: 0421944323

Original Loan/Mortgage Amount: $ 164,715.00

Date of Original Loan/Mortgage: 2 / 22 / 2008
Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $ 147,936.76

Date of Foreclosure or Short Sale: 10 / 14 / 2016
Month   Day   Year

Short Sale Price (if applicable): $ 82,000.00

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service):

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 175,000.00

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 160,000.00

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____     04/02/2018
Claimant's signature                                    Date signed

Name:   JOHN R. JUDGE, Jr.

Address:   157 FARMINGTON DRIVE S.E.
          Address 1                          Address 2
          CALHOUN              GA      30701
          City                    State      Zip Code

Phone No.: (239) 896 - 2618

Email:   JUDGEAMOF@AOL.COM

7

# Exhibit

## (See Section IV)

Documents Related to Bankruptcy, Foreclosure or Short Sale

Prepared by:
Jennifer Parks
Entitled, LLC
Title Insurance Agency
2180 West First Street, Suite 530
Fort Myers, Florida 33901
File Number: 16ENT-0334
Sales Price: $82000
Doc Stamps: $574

# General Warranty Deed

Made this October 14, 2016 A.D. By  John R. Judge, Jr., a married man, 920 NW 5th Place, Cape Coral, Florida 33993, hereinafter called the grantor, to Mark Houchens, an unmarried man, whose post office address is: 2209 Fulton Drive, Garland, Texas 75044, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in  Lee County, Florida, viz:

Lot 20, Block 109, Unit 11, LEHIGH ACRES, Section 12, Township 44 South, Range 26 East, as per plat thereof, recorded in Plat Book 15, Page 61, of the Public Records of Lee County, Florida.

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Parcel ID Number: 12-44-26-11-00109.0200

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And**  the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2015.

DEED Individual Warranty Deed With Non-Homestead-Legal on Face

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

Witness #1 Signature

Witness #1 Printed Name _Britany Sensat_

John R. Judge, Jr. _____ (Seal)
Address: 920 NW 5th Place, Cape Coral, Florida 33993

Witness #2 Signature

Witness #2 Printed Name _____

State of
County of

The foregoing instrument was acknowledged before me this _13_ day of October, 2016, by John R. Judge, Jr., a married man, who is/are personally known to me or who has produced _____ as identification.

Notary Public Signature
Print Name: _____
My Commission Expires: _____

(NOTARY SEAL)

BRITANY SENSAT
MY COMMISSION # FF 235098
EXPIRES May 26, 2019
FloridaNotaryService.com
(407) 398-0153

DEED Individual Warranty Deed With Non-Homestead-Legal on Face

| A. | SETTLEMENT STATEMENT | B. | TYPE OF LOAN |
|---|---|---|---|

**Entitled, LLC**
2180 West First Street, Suite 530
Fort Myers, Florida 33901
(239) 221-0504  fax: (239) 221-0502

| B. | TYPE OF LOAN |
|---|---|
| 1. ☐ Conventional   2. ☐ FHA |
| 3. ☐ VA   4. ☒ Cash/Purchase Money Mtg |
| 5. File Number: 16ENT-0334   6. Loan Number: |
| 7. Mortgage Ins. Case No.: |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.

| D. Buyer: | Mark Houchens, an unmarried man 2209 Fulton Drive Garland, Texas 75044 |
|---|---|
| E. Seller: | John R. Judge, Jr., a married man 920 NW 5th Place Cape Coral, Florida 33993 |
| F. Lender: | |
| G. Property: | 2618 50th Street W Lehigh Acres, Florida 33971 |
| H. Settlement Agent: | Entitled, LLC |
| Place of Settlement: | 2180 West First Street, Suite 530, Fort Myers, Florida 33901  Lee County |
| I. Settlement Date: | October 14, 2016 |

| 100. Gross Amount Due From Buyer: | | 400. Gross Amount Due To Seller: | |
|---|---|---|---|
| 101. Sale Price of Property | 82,000.00 | 401. Sale Price of Property | 82,000.00 |
| 102. Sale Price of Any Personal Property Included in Sale | | 402. Sale Price of Any Personal Property Included in Sale | |
| 103. Closing Costs Paid at Closing (J) | 21.78 | 403. | |
| Adjustments for Items Paid by Seller in Advance: | | Adjustments for Items Paid by Seller in Advance: | |
| 104. City/Town Taxes | | 404. City/Town Taxes | |
| 105. County Taxes | | 405. County Taxes | |
| 106. Assessments | | 406. Assessments | |
| 120. Gross Amount Due from Buyer: | 82,021.78 | 420. Gross Amount Due to Seller: | 82,000.00 |

| 200. Amounts Paid by or in Behalf of Buyer: | | 500. Reductions in Amount Due to Seller: | |
|---|---|---|---|
| 201. Deposit | 5,000.00 | 501. Excess Deposit | |
| 202. Loan Amount | | 502. Closing Costs Paid at Closing (J) | 6,840.50 |
| 203. Existing Loan(s) Assumed or Taken Subject to | | 503. Existing Loan(s) Assumed or Taken Subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | 75,159.50 |
| 205. Seller Credit | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. Seller Credit | |
| Adjustments for Items Unpaid by Seller: | | Adjustments for Items Unpaid by Seller: | |
| 207. City/Town Taxes | | 507. City/Town Taxes | |
| 208. County Taxes | | 508. County Taxes | |
| 209. Assessments | | 509. Assessments | |
| 220. Total Paid by / for Buyer: | 5,000.00 | 520. Total Reductions in Amount Due Seller: | 82,000.00 |

| 300. Cash at Settlement from / to Buyer: | | 600. Cash at Settlement to / from Seller: | |
|---|---|---|---|
| 301. Gross Amount due from Buyer (line 120) | 82,021.78 | 601. Gross Amount due to Seller (line 420) | 82,000.00 |
| 302. Less Amount Paid by/for Buyer (line 220) | -5,000.00 | 602. Less Reductions Amount due Seller (line 520) | -82,000.00 |
| 303. Cash From Buyer: | $77,021.78 | 603. Cash From Seller: | $0.00 |



Settlement Statement Jan 2016
October 13, 2016 1:44 PM

Settlement Date: October 14, 2016

File Number: 16ENT-0334

| L | Settlement Charges | | |
|---|---|---|---|
| 700. | Total Sales / Broker's Commission: | | |
| | Based on Price $82,000.00 @ 6.00% = $4,920.00 | | |
| | Division of Commission as follows | | |
| 701. | 2,460.00 to Real Estate Commission (Seller) | | |
| 702. | 2,460.00 to Real Estate Commission (Buyer) | | |
| 703. | Commission Paid at Settlement | | 4,920.00 |
| 800. | Items Payable in Connection with Loan: | | |
| 801. | % of Loan Amount (Points) | | |
| 900. | Items Required by Lender to be Paid in Advance: | | |
| 901. | Homeowner's Insurance Premium | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Prepaid Interest ( $0.00 per day from 10/14/2016 to    ) | | |
| 904. | Property Taxes | | |
| 1000. | Reserves Deposited with Lender: | | |
| 1001. | Homeowner's Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | Property Taxes | | |
| 1100. | Title Charges: | | |
| 1101. | Title - Owner's Coverage Premium (Optional) to Entitled, LLC | | 471.50 |
| 1200. | Government Recording and Transfer Charges: | | |
| 1201. | Recording Fees:        Deed        18.50        Mortgage        0.00 | 18.50 | |
| 1202. | Transfer Taxes - Deed State to Clerk of the Circuit Court | | 574.00 |
| 1300. | Additional Settlement Charges: | | |
| 1301. | Title- Policy Surcharge to Old Republic National Title Insurance Company | 3.28 | |
| 1302. | Title -Search Fee to Old Republic National Title Insurance Company | | 75.00 |
| 1303. | Title -Settlement Fee to Entitled, LLC | | 800.00 |
| 1400. | Total Settlement Charges (Enter on line 103, Section J and line 502, Section K) | $21.78 | $6,840.50 |



**1099 CERTIFICATION**

**CERTIFICATION FOR NO INFORMATION REPORTING ON THE SALE OR EXCHANGE OF A PRINCIPAL RESIDENCE**

This form may be completed by the seller of a principal residence. This information is necessary to determine whether the sale or exchange should be reported to the seller, and to the Internal Revenue Service on Form 1099-S, *Proceeds From Real Estate Transactions.* If the seller properly completes Parts I and III, and makes a "true" response to assurances (1) through (6) in Part II (or a "not applicable" response to assurance (6)), no information reporting to the seller or to the Service will be required for that seller. The term "seller" includes each owner of the residence that is sold or exchanged. Thus, if a residence has more than one owner, a real estate reporting person must either obtain a certification from each owner (whether married or not) or file an information return and furnish a payee statement for any owner that does not make the certification.

**Part I. Seller Information**

1.    Name:    John R. Judge, Jr.

2.    Address or legal description (including city, state and ZIP Code) of residence being sold or exchanged.
    **2618 50th Street W**
    **Lehigh Acres, Florida  33971**

3.    Taxpayer Identification Number(TIN): _____

**Part II. Seller Assurances**

**Check "yes" (true) or "no"(false) for assurances (1) through (5), and "yes"(true), or "no" (false), or "N/A" (not applicable) for assurance (6).**

| Yes | No | | |
|---|---|---|---|
| ✓ | ___ | (1) | I owned and used the residence as my principal residence for periods aggregating 2 years or more during the 5-year period ending on the date of the sale or exchange of the residence. |
| ✓ | ___ | (2) | I have not sold or exchanged another principal residence during the 2-year period ending on the date of the sale or exchange of the residence. |
| ✓ | ___ | (3) | I (or my spouse or former spouse, if I was married at any time during the period beginning after May 6, 1997, and ending today) have not used any portion of the residence for business or rental purposes after May 6, 1997. |
| ✓ | ___ | (4) | At least one of the following three statements applies: |

The sale or exchange is of the entire residence for $250,000 or less.

OR

I am married, the sale or exchange is of the entire residence for $500,000 or less, and the gain on the sale or exchange of the entire residence is $250,000 or less.

OR

I am married, the sale or exchange is of the entire residence for $500,000 or less, and (a) I intend to file a joint return for the year of the sale or exchange, (b) my spouse also used the residence as his or her principal residence for periods aggregating 2 years or more during the 5-year period ending on the date of the sale or exchange of the residence, and (c) my spouse also has not sold or exchanged another principal residence during the 2-year period ending on the date of the sale or exchange of the principal residence.

(5)    During the 5-year period ending on the date of the sale or exchange of the residence, I did not acquire the residence in an exchange to which section 1031 of the Internal Revenue Code applied.

| Yes | No | N/A | |
|---|---|---|---|
| ___ | ___ | ✓ (6) | If my basis in the residence is determined by reference to the basis in the hands of a person who acquired the residence in an exchange to which section 1031 of the Internal Revenue Code applied, the exchange to which section 1031 applied occurred more than 5 (five) years prior to the date I sold or exchanged the residence. |

**Part III. Seller Certification**

Under penalties of perjury, I certify that all the above information is true as of the end of the day of sale or exchange.

**Date: October 14, 2016**

John R. Judge, Jr.

# EXHIBIT

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

Section VII.  Loss of Use / Loss of Enjoyment

$175,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.





STATE OF FLORIDA
# LEE COUNTY PROPERTY APPRAISER
KENNETH M. WILKINSON, C.F.A.


IAAO
MEMBER

| Mailing Address: | Physical Address: |
|---|---|
| P.O. Box 1546 | 2480 Thompson Street |
| Fort Myers, Florida 33902-1546 | Fort Myers, Florida 33901-3074 |

Telephone: (239) 533-6100 — (866) 673-2868 (From anywhere in continental US/Canada/Florida except 239 area code)
Facsimile: (239) 533-6160 — Website: www.leepa.org

February 2, 2016

▮▮▮▮▮▮▮ 10310717
JUDGE JOHN R JR
2618 50TH ST W
LEHIGH ACRES FL 33971

Re:     2016 Defective Drywall Inquiry
        2618 50TH ST W    LEHIGH ACRES  33971

Dear Property Owner:

This property was previously reported and classified by this Office as having been affected by defective drywall. The purpose of this mailing is to request an update on the status of your property as of January 1, 2016. The information you provide will help us keep our records up-to-date and ensure that the value placed on your property appropriately reflects its current condition.

Please complete the information on the reverse side of this letter and return it in the postage paid envelope provided. To ensure that we have adequate time to process the information submitted and determine if a value adjustment is required, please return your Defective Drywall Reaffirmation by June 1, 2016.

Visit our website at www.leepa.org for additional information related to defective drywall. If you have further questions or need assistance please feel free to contact me by telephone at (239) 533-6158 or by email at basiljereb@leepa.org.  I'll be glad to discuss your individual situation with you.

Respectfully,

Bruce Basiliere, CFE
Field Analyst





**STATE OF FLORIDA**
## LEE COUNTY PROPERTY APPRAISER
KENNETH M. WILKINSON, C.F.A.

P.O. Box 1546 Fort Myers, Florida 33902-1546
Telephone: (239) 533-6100  Website: www.leepa.org



IAAO
MEMBER

## 2016 Defective Drywall Reaffirmation

**Folio ID:**  10310717
**Property Owner:**  JUDGE JOHN R JR
**Property Address:**  2618  50TH ST W  LEHIGH ACRES 33971

**Status as of January 1, 2016 of the property listed above:**

    [✓] Still has defective drywall (proceed to Signature)

    [ ] No longer has defective drywall (complete the section below)

---

If the property **no longer has defective drywall**, please complete this section.

    [ ] The home was remediated/repaired by (select one below):
        [ ] The original Builder/Contractor of the residence.
        [ ] A Contractor I hired.
        [ ] I did the work myself, and replaced the following items:

                **Drywall | Electrical | Plumbing | Air Conditioning | Appliances**
                **Other** _____

    [ ] Date home was remediated. _____ (month day year)

    [ ] Only the defective drywall was removed with new drywall installed to the original
    floor plan.

---

**Signature**

**Date**  FEBRUARY 10, 2016

# Chinese Drywall Settlement Program
# Registration Form

## Instructions

To make a claim under the Knauf, Banner, InEx, Global, and/or L&W Class Settlements for damages arising from Chinese Drywall, you must complete and submit this Registration Form to the Claims Administrator **on or before June 24, 2013**.  If you do not register on or before June 24, 2013, you will not be permitted to pursue a Chinese Drywall claim, absent good cause shown.  Claim forms will be made available to you after you register your claim(s).

If you have access to a computer with an internet connection, submit your Registration Form online.  The online claim process will guide you through the specific questions you need to answer, based on the answers you enter as you go along.  Go to https://chinesedrywallclass.com to submit your Registration Form online.

For more information about Chinese Drywall generally and Chinese Drywall Settlements, visit https://chinesedrywallclass.com.  If you are not able to complete the Registration Form online, you may submit this form by email by sending it to Chinesedrywallregistration@browngreer.com, or by Registered U.S. Mail or other delivery service to:

Chinese Drywall Settlement Administrator
P.O. Box 25401
Richmond, Virginia 23260

# 1. CLAIMANT INFORMATION

| 1. | **Name:** | Last/ Business Name<br>Judge | First<br>John | M.I. |
|---|---|---|---|---|

**Taxpayer Information: (check the appropriate  Taxpayer e)**

☒ **Social Security Number**

☐ **Individual Taxpayer Identification Number**

☐ **Employer Identification Number**

███████  4 | 8 | 7 | 5

(Enter numbers only)

**Social Security Number  (SSN):**
Issued by the Social Security Administration and used by the IRS as a taxpayer identification number.  SSNs are assigned to individuals.  If you file on behalf of any business using your SSN, select SSN as your taxpayer type.

**Individual Taxpayer Identification Number** (ITIN):
A tax processing number only available for certain non-resident and resident aliens, their spouses, and dependents who cannot get a Social Security Number (SSN) .

**Employer Identification Number (EIN):**
Also known as a Federal Tax Identification Number and used to identify a business entity.  Only businesses have an EIN.

| 3. | **Mailing Address:** | Street<br>157 Farmington Drive SE | | | |
|---|---|---|---|---|---|
| | | City<br>Calhoun | State<br>Georgia | Zip Code<br>30701 | Parish/County |

| | **Email Address:** | judgeamof@aol.com |
|---|---|---|

| 5. | **Telephone Numbers:** | Home/Business<br>( 2  3  9 )  8  9  6  -  2  6  1  8 | Cell<br>(    )    -    |
|---|---|---|---|

| 6. | **If you are registering as a business, provide a DBA Name, if applicable, and the name and title of an Authorized Business Representative.  If you are registering as an individual and not as a business, skip to Section 2.** | DBA Name |
|---|---|---|
| | | Authorized Representative Last Name | Authorized Representative First Name |
| | | Title |

To Register online visit https://chinesedrywallclass.com/

## 2. AFFECTED PROPERTY INFORMATION

You must complete this section for each property upon which you intend to base a claim.  Attach additional copies of this page to register additional properties.

| | | |
|---|---|---|
| **Affected Property Address:** | ☐  Check here if this is a Rental or Commercial property. | |

| Street | | | |
|---|---|---|---|
| 2618 50th Street West | | | |

| City | State | Zip Code | Parish/County |
|---|---|---|---|
| Lehigh Acres | Florida | 33971 | Lee |

**8. Attorney Information:**

☐  Check here if you are not represented by an attorney, and skip to Question 9.  If you are represented by an attorney, complete this section.

| Firm Name |
|---|
| Doyle Law Firm, PC |

| Attorney Last Name | Attorney First Name |
|---|---|
| Doyle | Jimmy |

| Street |
|---|
| 2100 Southbridge Parkway, Suite 650 |

| City | State | Zip Code |
|---|---|---|
| Birmingham | Alabama | 35209 |

| Email | Phone Number |
|---|---|
| jimmy@doylefirm.com | (205) 533-9500 |

**9.  Indicate the types of claims that relate to this Affected Property that you intend to file by selecting from the options below:**

☒  **Remediation.**   Remediation means that you are seeking compensation for Repair and Relocation Damages and you: (i) currently own an Affected Property that has not been repaired; or (ii) sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, but entered into a written agreement pursuant to which you retained the exclusive right to bring any claims relating to Repair and Relocation Damages for the Affected Property.  If you select this Option, you must provide either (a) a Deed or other document demonstrating that you own(ed) the property listed in Row 7 above; or (b) if you sold, transferred, or otherwise lost title (including foreclosure) to an Affected Property that has not been repaired, the agreement pursuant to which you retained the exclusive right to bring claims relating to Repair and Relocation Damages for that Affected Property.

☐  **Already Remediated Property**.   You may file a claim for an Already Remediated Property if you are an individual or builder who already repaired the Affected Property listed in Row 7 above at your own expense (whether you currently own the property or not) and now seek reimbursement for the remediation costs you incurred to repair that Affected Property.

☒  **Other Losses.**  The Other Loss fund is intended to provide compensation for Pre-Remediation Alternative Living Expenses, Lost Use, Sales, and Rentals, Foreclosure losses, and Short Sale losses.   If you select this Option, you must provide a Deed or other document demonstrating that you own or owned the property listed in Row 7 above.

☐  **Tenant Losses.**  Tenant losses may be available to you if you rented or leased a property containing Chinese Drywall and incurred costs to move out of the property during remediation or suffered damage to your personal property.  If you select this Option, you must provide a Lease, Rental Agreement, other document demonstrating that you rented or leased the property listed in Row 7 above.

☐  **Bodily Injury.**  Bodily Injury benefits may be available to you if you sought medical treatment for your claimed injury **and** received treatment by a healthcare provider documented in medical records at or near the time of the onset of complaints which you now relate to Chinese Drywall.  **If you intend to file a claim for Bodily Injury benefits, you must provide all medical and pharmacy records as required by the applicable Settlement Agreement governing your claim.**

## 3. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Registration Form is true and accurate to the best of my knowledge, and that supporting documents ...ched to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Registration Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Registration Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my Registration Form.

| Signature: | /s/JVD | Date: | 04/09/2018 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First | Last | M.I. |

INSTR # 2008000050228, Doc Type D, Pages 1, Recorded 02/26/2008 at 08:08 AM,
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $1171.10 Rec. Fee
$10.00 Deputy Clerk LFAHRNER

### This Special Warranty Deed

Made the 22 day of February A.D. 2008
by ADAMS HOMES, INC. OF
NORTHWEST FLORIDA, A FLORIDA
CORPORATION, whose address is:
3000 Gulf Breeze Parkway,
Gulf Breeze, Fl. 32563

hereinafter called the grantor, to
JOHN R. JUDGE, JR. AND REBECCA R.
JUDGE, HUSBAND AND WIFE

whose post office address is:
2618 50th Street West
Lehigh Acres, Florida 33971
hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in LeeCounty, Florida, viz:

Lot 20, Block 109, Unit 11, LEHIGH ACRES, Section 12, Township 44 South, Range 26 East, as per plat thereof, recorded in Plat Book 15, Page 61, of the Public Records of Lee County, Florida.

Strap no.: 12/44/26/11/00109.0200

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.
**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**To Have and to Hold,** the same in fee simple forever.
**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.
**In Witness Whereof,** the said grantor has hereunto set Its hand and seal the day and year first above written.

ADAMS HOMES OF NORTHWEST FLORIDA, INC.

Signed and Sealed in Our Presence:

By: _____
    Wayne Adams, Its President

3000 Gulf Breeze Parkway,
Gulf Breeze, Florida 32563

(Corporate Seal)

Witness Print Name: Daphne J. Fincher

Witness Print Name: GLENN H. SCHNEITER

State of       FLORIDA
County of      SANTA ROSA
The foregoing instrument was acknowledged before me this 22 day of February A.D. 2008 by WAYNE ADAMS, the PRESIDENT of ADAMS HOMES OF NORTHWEST FLORIDA, a corporation existing under the laws of the State of Florida, on behalf of the corporation. He/She is personally known to me or has produced a driver's license as identification.

(Notary Public Seal)
Notary Printed Name: Daphne J. Fincher
My Commission Expires:: 8/4/10

DAPHNE J. FINCHER
MY COMMISSION # DD 580449
EXPIRES: August 4, 2010
Bonded Thru Notary Public Underwriters

Prepared by:CAROLINE BERRIOS
Tri-County Title Insurance Agency, Inc.,
11741 Palm Beach Blvd, Suite 201
Fort Myers, Florida 33905
File Number: 08R0036

I CERTIFY THIS DOCUMENT TO BE A
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE
LINDA DOGGETT, CLERK OF CIRCUIT COURT,
STATE OF FLORIDA, COUNTY OF LEE

☐ REDACTED COPY PER F.S.119.071
BY: _____ Deputy Clerk
DATED: AUG 0 5 2015



# Drywall Science, LLC

**7600 Alico Road**
**Suite 1, Box 1221**
**Fort Myers, FL 33912**
**(239) 989-8519**
[www.drywallscience.com](http://www.drywallscience.com)

## DRYWALL INSPECTION REPORT

This report summarizes testing of drywall and possible related conditions
for the residence at:  2618 50th St. W., Lehigh Acres, FL  33971

Date of test:  7/17/2015
Tracking:  071715-01

### Step 1 - ODORS
Does the home or certain rooms have either a sulfur-like odor or other unusual odors? Defective drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity.

**There was a sulfur-like smell in the residence.**

### Step 2 – CHARCOAL OR BLACK CORROSION OF COPPER FREON LINES

Look to see if the compressed Freon line into the air handler has a black appearance, due to sulfur corrosion. Blackening copper corrosion is typically caused by exposure to corrosive gases. Blackening copper corrosion is typically caused by exposure to corrosive gases.

Normal Tubing

Residence Tubing






**There was visual excessive corrosion or blackening on the air handler and freon lines.**

### Step 3 – BLACKENED CORRODED WIRING
Inspect electrical wiring for distinctive corrosion.

Normal Wiring

Residence Wiring




**There was visible excessive corrosion or blackening on inspected Copper wiring.**

**Step 4 - SCIENTIFIC ANALYTICAL TESTING**
X-Ray fluorescence (XRF) is utilized to determine levels of Strontium (Sr).

The EH&E study also found that by using hand-held x-ray fluorescence (XRF) and Fourier Transform Infrared (FTIR) instruments, they were able to detect markers that could identify Chinese-made dry wall at a sheet-by-sheet level.
USCPSC Press Statement 23 November 2009

Steps 1-3 above are possible results of gases emitted by defective drywall. These gases are reported to include carbon disulfide, carbonyl sulfide, hydrogen sulfide, and mercaptan.  It has recently been reported (4-09) that strontium sulfide or strontium sulfate may be a contaminant contributing to defective drywall.

Strontium is a chemical element with the symbol Sr and the atomic number 38. An alkaline earth metal, strontium is a soft silver-white or yellowish metallic element that is highly reactive chemically. The metal turns yellow when exposed to air. It occurs naturally in the minerals clestine and strontianite. The 90 Sr isotope is present in radioactive fallout and has a half-life of 28.90 years. Both strontium and strontianite are named after Strontian, a village in Scotland near which the mineral was first discovered.

**Characteristics**
Due to its extreme reactivity with oxygen and water, this element occurs naturally only in compounds with other elements, as in the minerals strontianite and celestite.

Strontium is a grey/silvery metal that is softer than calcium and even more reactive in water, with which strontium reacts on contact to produce strontium hydroxide and hydrogen gas. It burns in air to produce both strontium oxide and strontium nitride, but since it does not react with nitrogen below 380°C it will only form the oxide spontaneously at room temperature. It should be kept under kerosene to prevent oxidation; freshly exposed strontium metal rapidly turns a yellowish color with the formation of the oxide. Finely powdered strontium metal will ignite spontaneously in air at room temperature. Volatile strontium salts impart a crimson color to flames, and these salts are used in pyrotechnics and in the production of flares. Natural strontium is a mixture of four radiostable isotopes.

**Sr Conclusions and Summary**
The federal government does not regulate the chemical ingredients of imported drywall.

However, testing of drywall manufactured in the USA and imported drywall from China using XRF has shown the imported drywall has consistently higher levels of Strontium.

"The initial analysis shows the presence of strontium at 2570ppm and 2670ppm in the Chinese drywall samples, whereas strontium was detected in the US-manufactured drywall at 244ppm to 1130ppm."
EPA report 7 May 2009

" These statistical findings are consistent with the previous EPA studies of different drywall samples that showed elevated levels of Strontium and Sulfur in Chinese drywall."
USCPSC study 28 October 2009

**Figure 1** below shows the levels of Sr in drywall analyzed from various USA manufacturers (USA 1-7) and from China imports (Import 1-4).

**Figure 2** shows XRF measurements from various locations in the residence; therefore a direct comparisome can be made.

Baseline ppm Sr

| Test 1: | 1228 | USA 1 |
| Test 2: | 228 | USA 2 |
| Test 3: | 1150 | USA 3 |
| Test 4: | 298 | USA 4 |
| Test 5: | 271 | USA 5 |
| Test 6: | 1276 | USA 6 |
| Test 7: | 449 | USA 7 |
| Test 8: | 4888 | Import 1 |
| Test 9: | 3700 | Import 2 |
| Test 10: | 2090 | Import 3 |
| Test 11: | 2885 | Import 4 |



Figure 1

Residence ppm Sr

| Test 1: | 315 | Mstr Bedrm |
| Test 2: | 382 | Mstr Clst 1 |
| Test 3: | 367 | Mstr Clst 2 |
| Test 4: | 344 | Mstr Bath |
| Test 5: | 2271 | Living Rm |
| Test 6: | 316 | Garage |
| Test 7: | 341 | Laundry Rm |
| Test 8: | 2214 | Kitchen |
| Test 9: | 2239 | Dining |
| Test 10: | 408 | Foyer |
| Test 11: | 481 | Bedrm 1 |
| Test 12: | 397 | Closet 1 |
| Test 13: | 415 | Bedrm 2 |
| Test 14: | 398 | Closet 2 |
| Test 15: | 431 | Bath |
| Test 16: | 442 | Linen |
| Test 17: | 484 | Bedrm 3 |
| Test 18: | 454 | Closet 3 |
| Test 19: | 413 | Ceilings |



Figure 2

**\* The test locations were randomly selected from each respective room. The stated results may not be necessarily indicative of all the drywall in the respective room.**

**Conclusion: The levels of Sr were not consistent with those found in Domestic drywall. There was Chinese Drywall found in the residence and confirmed to be Knauf Tianjin (see photo of label below).**

**A sample was not taken from the residence and sent to a laboratory for further testing.**
**\*\* Samples with high levels of Sr may be sent to independent laboratories for further analysis\*\*\***

**Tainted Drywall History**

At the height of the U.S. housing boom, when building materials were in short supply, American construction companies used millions of pounds of Chinese-made drywall because it was abundant and cheap.

Now that decision is haunting hundreds of homeowners and apartment dwellers who are concerned that the wallboard gives off fumes that can corrode copper pipes, blacken jewelry and silverware, and possibly sicken people.

Shipping records indicate that imports of potentially tainted Chinese building materials exceeded 500 million pounds during a four-year period of soaring home prices. The drywall may have been used in more than 100,000 homes, according to some estimates, including houses rebuilt after Hurricane Katrina.

The drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity. The Chinese drywall is also made with a coal byproduct called fly ash that is less refined than the form used by U.S. drywall makers.

Dozens of homeowners in the Southeast have sued builders, suppliers and manufacturers, claiming the very walls around them are emitting smelly sulfur compounds that are potentially poisoning their families and rendering their homes uninhabitable.

Builders have filed their own lawsuits against suppliers and manufacturers, claiming they unknowingly used the bad building materials.

The Consumer Product Safety Commission is investigating, as are health departments in Virginia, Louisiana, North Carolina, Florida, and Washington State.

Companies that produced some of the wallboard said they are looking into the complaints, but downplayed the possibility of health risks.

Federal authorities say they are investigating just how much of the wallboard was imported. Shipping records show that more than 540 million pounds of plasterboard — which includes both drywall and ceiling tile panels — was imported from China between 2004 and 2008, although it's unclear whether all of that material was problematic or only certain batches.

Most of it came into the country in 2006, following a series of Gulf Coast hurricanes and a domestic shortage brought on by the national housing boom.

The Chinese board was also cheaper. One homeowner was quoted saved $1,000 by building his house with it instead of a domestic product.

In 2006, enough wallboard was imported from China to build some 100,000 homes of roughly 2,000 square feet each, according to the shipping records and estimates supplied by the nationwide drywall supplier United States Gypsum.

Experts and advocates say many homes may have been built with a mixture of Chinese and domestic drywall, potentially raising the number of affected homes much higher.

So far, the problem appears to be concentrated in the Southeast, which blossomed with new construction during the housing boom and where the damp climate appears to cause the gypsum in the building material to degrade more quickly. In Florida alone, more than 35,000 homes may contain the product, experts said.

In Louisiana, the state health department has received complaints from at least 350 people in just a few weeks. Many of the affected homeowners rebuilt after Hurricane Katrina only to face the prospect of tearing down their houses and rebuilding again.

The drywall furor is the latest in a series of scares over potentially toxic imports from China. In 2007, Chinese authorities ratcheted up inspections and tightened restrictions on exports after manufacturers were found to have exported tainted cough syrup, a toxic pet food ingredient and toys decorated with lead paint.

Scientists hope to understand the problem by studying the chemicals in the board. Drywall consists of wide, flat boards used to cover walls. It is often made from gypsum, a common mineral that can be mined or manufactured from the byproducts of coal-fired power plants.

**US Product Safety Commission Recommendations to Affected Homeowners**

To date, CPSC has received more than 2000 reports from 32 states, the District of Columbia and Puerto Rico from consumers and homeowners concerned about problem drywall in their homes.

Homeowners who believe they may have problem drywall should immediately report to CPSC by calling 800-638-2772 or logging on to www.CPSC.gov Hearing- or speech challenged individuals may access the phone number through TTY by calling the toll-free Federal Relay Service at 800-877-8339.

Federal and state health experts suggest these steps to improve indoor air quality and to reduce exposure to substances that can cause health concerns:

o Open windows as much as possible to let in fresh air.
o Keep the temperature inside homes at the lowest comfortable setting.
o Run the air conditioner or dehumidifier.
o Also, spend as much time outdoors in fresh air as possible.
o Do not smoke, and especially do not smoke indoors. Cigarette smoke contains, among other contaminants, formaldehyde.

To read the technical research reports or for more information, log on to www.DrywallResponse.gov.



**Chinese Drywall identified as Knauf Tianjin**



Thank you for your business!