UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL 2047** <br><br> **SECTION "L"** |
| **This document relates to:** <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> **Case No. 14-cv-2722** | **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JOSEPH WILKINSON, JR.** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment on Claims Asserted by John Judge and Rebecca Judge:

1. On June 16, 2009, this Court entered PTO 1 regarding preservation of evidence, amongst other things (Rec. Doc. 2).

2. On October 9, 2009, this Court entered PTO 1(B) regarding preservation of evidence (Rec. Doc. 337).

3. On January 24, 2012, this Court entered PTO 1(I) regarding preservation of evidence (Rec. Doc. 12257).

4. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

1

5. The Complaint was amended multiple times to amend the parties and claims.

6. The Second Amended Complaint is the operative complaint in this matter.

7. John Judge and Rebecca Judge are plaintiffs in the operative Second Amended Complaint and have made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese-manufactured drywall installed in the property located at 2618 50th Street West in Lehigh Acres, FL (the "Property").

8. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

9. The Court approved documents were completed and submitted as support the support for the claims made by John and Rebecca Judge. The documents were completed under penalty of perjury. *See* Exhibits 1, 2, and 3

10. John Judge was deposed on December 5, 2019 and had twenty-one (21) days to supplement documents.

11. Rebecca Judge's deposition was set for December 5, 2019, but she failed to attend.

12. John Judge and Rebecca Judge asserted claims in their submissions for loss of use and loss of enjoyment of the Property in the amount of $175,000.00, and diminution in value of the Property in the amount of $160,000.00. *See* Exhibits 2, 3.

13. John Judge resided at the Property until April or May of 2015, when he moved to Cape Coral, Florida. *See* Exhibit 4, deposition of John Judge at p. 32:19-24.

14. Around July 2015, the Property was under contract to be sold when an inspection report revealed that the Property may contain Chinese manufactured drywall. *See* Exhibit 4, at pp. 30:23-5; 33:3-6.

15. Rebecca Judge and John Judge were divorced prior to July 2015 contract of sale of the Property. *See* Exhibit 4 at p. 9:3-25.

16. John Judge was the sole owner of the Property when it was sold at short sale on October 14, 2016. *See* Exhibit 4 at p. 9:3-25.

        Respectfully submitted,

        **FISHMAN HAYGOOD, LLP**

        /s/ *Kerry J. Miller*
        **KERRY J. MILLER (#24562), T.A.**
        **PAUL C. THIBODEAUX (#29446)**
        **DANIEL J. DYSART (#33812)**
        201 St. Charles Avenue, Suite 4600
        New Orleans, LA 70170
        Telephone:    504.556.5549
        Facsimile:     504.310.0279
        Email:          kmiller@fishmanhaygood.com

        ***Counsel for Defendants,***
        ***Knauf Gips KG and***
        ***Knauf Plasterboard (Tianjin) Co, Ltd.***

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 7th day of January, 2020.

        /s/ *Kerry J. Miller*
        **KERRY J. MILLER**

3