# Exhibit A

THIS IS NOT A CERTIFIED COPY

# Corporate Warranty Deed

**This Indenture,** made , November 29, 2006 A.D.
 **Between**
**Mercedes Homes, Inc., a Florida Corporation** whose post office address is:
5909-G Hampton Oaks Parkway, Tampa, FL 33610 a corporation existing under the
laws of the State of , Grantor and **Abigail Cohen, a single person** whose post
office address is: 20305 Chestnut Grove Drive, Tampa, Florida 33647, Grantee,

**Witnesseth,** that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00 ), to it in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee forever, the following described land, situate, lying and being in the County of Hillsborough, State of Florida, to wit:

Lot 52, in Block 15, of Grand Hampton, Phase 1C-1/2A-1, according to the Plat thereof, as recorded in Plat Book 100, at Page 245, of the Public Records of Hillsborough County, Florida

Subject to taxes for the current year, covenants, restrictions and easements of record, if any.

Parcel Identification Number: **032903-1182**

**And** the said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
 **In Witness Whereof,** the said Grantor has caused this instrument to be executed in its name by its duly authorized officer and caused its corporate seal to be affixed the day and year first above written.

Mercedes Homes, Inc., a Florida Corporation

**Signed and Sealed in Our Presence:**

By: _____
Kirk R. Malone
**Its Division President**

Witness Print Name: Brandie McQueen

Witness Print Name: _____

(Corporate Seal)

State of     Florida
County of   Hillsborough

The foregoing instrument was acknowledged before me this November 29, 2006, by Kirk R. Malone, the Division President of **Mercedes Homes, Inc., a Florida Corporation** A corporation existing under the laws of the State of , on behalf of the corporation.
 He/She is personally known to me or has produced a driver's license as identification.

NOTARY PUBLIC-STATE OF FLORIDA
Brandie McQueen
Commission #DD551419
My Comm. Expires: 05/11/2010

_____(Seal)
Notary Public
Notary Printed Name: Brandie McQueen

My Commission Expires::

Prepared by:
J. Dean Dillon, an employee of
B-D-R Title Corporation,
5909 D Hampton Oaks Parkway
Tampa, Florida 33610

File Number: 2078-H