# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Abigail Cohen
Address of Affected Property: 20305 Chestnut Grove Drive
Tampa, FL 33647

Is this Property:* (Residential)  Commercial  Governmental
Name of Person Completing this Form: Abigail Cohen
Is above your primary residence? (Yes) No
Mailing Address (if different):

Phone: ( 813 ) 435 - 8897

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant
Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info:

### Section II. Insurance Information

Homeowner/ Renter Insurer:

Policy #: 9 71 608706
Agent: Ronald Hilton Agency

Address: 17210 Camelot Court, Suite 101
Land O Lakes, FL 34638

Phone: ( 813 ) 948 - 0900

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| Abigail Cohen | 11/29/06 | / / | M /(F) | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

` Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Drywall Science, LLC

   1.2. When did the inspection take place?   04/27/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Drywall Science, LLc

   2.2. When was this determination made?   04/27/15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | Walls & ceiling |
| | | |
| | | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,546 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 10' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 08/30/05 | Completion Date | 10/29/06 |
|---|---|---|---|
| Move In Date: | 11/29/06 | Date Acquired Home | 11/29/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Mercedes Homes

Address:   667 North Wickham Road

Melbourne, FL  32901

Phone:   ( 321 )   259 - 6972

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:   Residential Drywall, Inc.

Address:   P.O. Box 273924

Tampa, FL  33688

Phone:   ( 813 )   930 - 9200

### Section X. Drywall Supplier

Drywall Supplier's Name:   Banner Building Supply

Address:

Phone:   (   )   -

| Section XI. Verification of Plaintiff Profile Form | |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _____ | _7/19/2015_ , | _____ | _____ . |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

| _____ | _____ , | _____ | _____ , |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

| _____ | _____ , | _____ | _____ |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

**Castle Key Indemnity Company**

# RENEWAL
# Homeowners Policy
# Broad Declarations

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

**LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.**

(Ed. Date 11/08)

## Summary

| NAMED INSURED(S) | YOUR CASTLE KEY AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Abigail Cohen<br>20305 Chestnut Grove Dr<br>Tampa FL 33647-3345 | Ronald Hilton Agcy<br>17210 Camelot Ct 101<br>Land O Lakes FL 34638 | (813) 948-0900 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 9 71 608706 12/01 | Begins on Dec. 1, 2014<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Dec. 1, 2014 to Dec. 1, 2015<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
20305 Chestnut Grove Dr, Tampa, FL 33647-3345

**MORTGAGEE**
- CITIMORTGAGE INC &/OR ASSIGNS     ITS SUCCESSORS
  P O Box 7706     Springfield OH 45501-7706     Loan # 0596731096

## Total Premium for the Premium Period   (Your bill will be mailed separately)

(Continued on Next Page)

PROP *51000091410065700694340Z*



Information as of
October 5, 2014

Page 1

12

# Castle Key Indemnity Company

Policy Number: **9 71 608706 12/01**   Your Agent: **Ronald Hilton Agcy (813) 948-0900**
For Premium Period Beginning: **Dec. 1, 2014**

| | |
|---|---|
| Premium for Property Insured | $1,780.00 |
| 01/2007 Florida Hurricane Catastrophe Fund | |
| Emergency Assessment | $23.14 |
| 07/2007 Citizens Property Insurance Corporation | |
| Emergency Assessment - 2005 | $17.80 |
| **TOTAL** | **$1,822.94** |

✓  The total premium includes a $279    hurricane premium.

✓  The total premium includes a $1,501   non-hurricane premium.

✓  The total premium includes a $2.00 EMPA trust fund surcharge.

✓  The total premium includes a windstorm loss mitigation discount.

✓  The total premium includes a $5.00     increase due to coverage changes.

✓  Other Premium Changes such as those caused by changes in discount, changes in surcharges, etc. resulted in a change of $174.00   .

Policy countersigned by Ronald Hilton Agcy

Information as of
October 6, 2014

Page 2
FL070R8D

13

## Policy View

Alliance Menu | My Transactions | Alliance Communications | Help

Agent ID: a0a0126  
Agency: RONALD HILTON  
Producer Name: SFL83F18

Policy Number: ____  Display Policy as of: ____  [Search]   [Send Copy of Policy]   [View Customer Portfolio]   [Exit]

**Rating State: FL**  
**Homeowners: 971608706 12/01**  
CKIC Ind HO  
Deluxe Homeowners - Primary Residence  
Agent of Record: RONALD HILTON (41 A0126)  
Premium at Last Renewal (12/01/13): $1680.82  
Premium at Renewal (12/01/14): $1820.94  
Premium Change: $140.12 (+8.34%)  
Review Premium Change

**ABIGAIL COHEN**  
Home: (813) 263-6390  
Policy Term: 12/01/2014 - 12/01/2015  
Original Year: 2010  
Number of Times Renewed: 4

**Status: ACTIVE**  
Pay Plan: NO PLAN  
Pay Method: DIRECT MAIL  
Allstate eBill: Not Enrolled  
Allstate ePolicy: Not Enrolled  
Premium: $1,780.00  
AAP: $1,780.00  
Balance: $0.00  
Last Bill Amount: $1,822.94  
Current Amount Due: $0.00  
Due Date: 11/21/2014

### Activity
Select One   [Continue]

1 Policy View   2 Billing   3 Activity History   4 Claims   5 Documents

### Billing Details

| | | | |
|---|---|---|---|
| Status: | ACTIVE | Payor: | THIRD PARTY |
| Premium: | $1,780.00 | Mortgage Company: | CITIMORTGAGE INC ITS SUCCESSORS &/OR ASSIGNS |
| AAP: | $1,780.00 | | |
| Renewal Cycle: | NOT IN CYCLE | | |
| Billing Status: | Normal | Address: | P O BOX 7706 SPRINGFIELD OH 45501 - 7706 |
| Next Scheduled Activity: | ISO PRE-RENEWAL EVALUATION | Pay Plan: | NO PLAN |
| On: | 07/24/15 | Pay Method: | DIRECT MAIL |
| | | Allstate eBill: | Not Enrolled |

Request to Enroll in Easy Pay

| Current Activity Status | | Last Activity | | Next Scheduled Activity | |
|---|---|---|---|---|---|
| Balance: | $0.00 | Action: | RENEW LST View Billing Document | Action: | FOLUP ISSRN |
| Amount Due: | $0.00 | Issued Date: | | Issue Date: | 12/07/15 |
| Due Date: | 11/21/14 | Amount: | $1,822.94 | Amount: | $0.00 |

### Transaction History

| Posted Date | Transactions | Source | Amount | Balance |
|---|---|---|---|---|
| 11/21/2014 | Payment received - mortgage company | Mortgagee/EDI | $1,822.94- | $0.00+ |
| 11/01/2014 | Third Party Renewal Bill | Mail | $1,822.94+ | |
| 10/06/2014 | 07/07 Citizens Property Insurance Corporation Emergency Assessment | | $17.80+ | $1,822.94+ |
| 10/06/2014 | Renewal premium | | $1,780.00+ | $1,805.14+ |
| 10/06/2014 | 01/07 FL Emergency Management, Preparedness and Assistance Trust Fund | | $2.00+ | $25.14+ |
| 10/06/2014 | 01/07 FL Hurricane Catastrophe Fund Emergency Assessment | | $23.14+ | $23.14+ |

Billing Activities: Select One   [Continue]   [Retrieve More Postings]

### Billing Activity History

| Date | Description |
|---|---|
| 11/21/2014 | A REQUEST FOR RENEWAL (UZ74) WAS GENERATED ON 2014-11-21 DUE TO CASH INPUT. |
| 11/21/2014 | DPN TRANSACTION POSTED FROM: 016; ORIGINAL PROCESS DATE: 141121; ORIGINAL SOURCE CODE: Z ; ORIGINAL BATCH: L015; MMC CODE/AGENT RECON KEY: 31-000000. |
| 11/21/2013 | A REQUEST FOR RENEWAL (UZ74) WAS GENERATED ON 2013-11-21 DUE TO CASH INPUT. |
| 11/21/2013 | DPN TRANSACTION POSTED FROM: 016; ORIGINAL PROCESS DATE: 131121; ORIGINAL SOURCE CODE: Z ; ORIGINAL BATCH: L020; MMC CODE/AGENT RECON KEY: 31-000000. |
| 03/22/2013 | MORTGAGEE INFORMATION CHANGED |
| 11/26/2012 | A REQUEST FOR RENEWAL (UZ74) WAS GENERATED ON 2012-11-26 DUE TO CASH INPUT. |

[Retrieve More Billing Activity History]

<< Back to Policy View   Continue to Activity History >>

15

*Renoir*

2517 Square Feet of Living, 3 Bedroom, 2.5 Bath, Loft, 2 Car Garage

## *Second Floor Options*



**SQUARE FOOTAGE**

Living.............................. 2517 Sq. Ft.
Entry................................ 116 Sq. Ft.
Garage............................. 427 Sq. Ft.
Total Under Roof............ 3060 Sq. Ft.




EQUAL HOUSING OPPORTUNITY

This sheet is for illustrative purposes only and not part of a legal contract. Floor plans and standard features may vary according to alternate styles selected and are subject to change without notice. Optional items listed are available at additional cost. Copyright 2003. All rights reserved. Duplication prohibited.

# Renoir

2517 Square Feet of Living, 3 Bedroom, 2.5 Bath, Loft, 2 Car Garage

## First Floor Options



**SQUARE FOOTAGE**

| | |
|---|---|
| Living | 2517 Sq. Ft. |
| Entry | 116 Sq. Ft. |
| Garage | 427 Sq. Ft. |
| Total Under Roof | 3060 Sq. Ft. |

*ONLY AVAILABLE WITH OPTIONAL COVERED LANAI (30' x 10')



Mercedes HOMES


EQUAL HOUSING OPPORTUNITY
This sheet is for illustrative purposes only and not part of a legal contract. Floor plans and standard features may vary according to alternate styles selected and are subject to change without notice. Optional items listed are available at additional cost. Copyright 2003. All rights reserved. Duplication prohibited.