# Exhibit E

**Drywall Science, LLC**

7600 Alico Road
Suite 1, Box 1221
Fort Myers, FL 33912
(239) 989-8519
www.drywallscience.com

## DRYWALL INSPECTION REPORT

This report summarizes testing of drywall and possible related conditions     Date of test:     4/27/2015
for the residence at: 20305 Chestnut Grove Dr.,  Tampa, Florida     Tracking:     042715-01

### Step 1 - ODORS
Does the home or certain rooms have either a sulfur-like odor or other unusual odors? Defective drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity.

**There was a sulfur-like smell in THE RESIDENCE**

### Step 2 – CHARCOAL OR BLACK CORROSION OF COPPER FREON LINES

Look to see if the compressed Freon line into the air handler has a black appearance, due to sulfur corrosion. Blackening copper corrosion is typically caused by exposure to corrosive gases. Blackening copper corrosion is typically caused by exposure to corrosive gases.

Normal Tubing                                      Residence Tubing






**There was  excessive corrosion or blackening on HVAC copper lines. Copper coils replaced several times. Coils now aluminum.**

### Step 3 – BLACKENED CORRODED WIRING
Inspect electrical wiring for distinctive corrosion.

Normal Wiring                                      Residence Wiring




**There was visible excessive corrosion or blackening on inspected Copper wiring and other metal building components (photos below**

**Step 4 - SCIENTIFIC ANALYTICAL TESTING**

X-Ray fluorescence (XRF) is utilized to determine levels of Strontium (Sr).

The EH&E study also found that by using hand-held x-ray fluorescence (XRF) and Fourier Transform Infrared (FTIR) instruments, they were able to detect markers that could identify Chinese-made dry wall at a sheet-by-sheet level.

USCPSC Press Statement 23 November 2009

Steps 1-3 above are possible results of gases emitted by defective drywall. These gases are reported to include carbon disulfide, carbonyl sulfide, hydrogen sulfide, and mercaptan.  It has recently been reported (4-09) that strontium sulfide or strontium sulfate may be a contaminant contributing to defective drywall.

Strontium is a chemical element with the symbol Sr and the atomic number 38. An alkaline earth metal, strontium is a soft silver-white or yellowish metallic element that is highly reactive chemically. The metal turns yellow when exposed to air. It occurs naturally in the minerals clestine and strontianite. The 90 Sr isotope is present in radioactive fallout and has a half-life of 28.90 years. Both strontium and strontianite are named after Strontian, a village in Scotland near which the mineral was first discovered.

## Characteristics

Due to its extreme reactivity with oxygen and water, this element occurs naturally only in compounds with other elements, as in the minerals strontianite and celestite.

Strontium is a grey/silvery metal that is softer than calcium and even more reactive in water, with which strontium reacts on contact to produce strontium hydroxide and hydrogen gas. It burns in air to produce both strontium oxide and strontium nitride, but since it does not react with nitrogen below 380°C it will only form the oxide spontaneously at room temperature. It should be kept under kerosene to prevent oxidation; freshly exposed strontium metal rapidly turns a yellowish color with the formation of the oxide. Finely powdered strontium metal will ignite spontaneously in air at room temperature. Volatile strontium salts impart a crimson color to flames, and these salts are used in pyrotechnics and in the production of flares. Natural strontium is a mixture of four radiostable isotopes.

## Sr Conclusions and Summary

The federal government does not regulate the chemical ingredients of imported drywall.

However, testing of drywall manufactured in the USA and imported drywall from China using XRF has shown the imported drywall has consistently higher levels of Strontium.

"The initial analysis shows the presence of strontium at 2570ppm and 2670ppm in the Chinese drywall samples, whereas strontium was detected in the US-manufactured drywall at 244ppm to 1130ppm."

EPA report 7 May 2009

" These statistical findings are consistent with the previous EPA studies of different drywall samples that showed elevated levels of Strontium and Sulfur in Chinese drywall."

USCPSC study 28 October 2009

**Figure 1** below shows the levels of Sr in drywall analyzed from various USA manufacturers (USA 1-7) and from China imports (Import 1-4).

**Figure 2** shows XRF measurements from various locations in the residence; therefore a direct comparisome can be made.

Baseline ppm Sr

| | | |
|---|---|---|
| Test 1: | 1228 | USA 1 |
| Test 2: | 228 | USA 2 |
| Test 3: | 1150 | USA 3 |
| Test 4: | 298 | USA 4 |
| Test 5: | 271 | USA 5 |
| Test 6: | 1276 | USA 6 |
| Test 7: | 449 | USA 7 |
| Test 8: | 4888 | Import 1 |
| Test 9: | 3700 | Import 2 |
| Test 10: | 2090 | Import 3 |
| Test 11: | 2885 | Import 4 |


Figure 1

Residence ppm Sr

| | | |
|---|---|---|
| Test 1: | 2201 | Garage |
| Test 2: | 2616 | Kitchen |
| Test 3: | 2502 | Dining |
| Test 4: | 2417 | Living |
| Test 5: | 2021 | Den |
| Test 6: | 2127 | Bath |
| Test 7: | 2400 | MBR |
| Test 8: | 2326 | MBR clos |
| Test 9: | 2427 | MBR ba |
| Test 10: | 2501 | Stairs |
| Test 11: | 2320 | Bath |
| Test 12: | 2401 | BRM1 |
| Test 13: | 2426 | BRM2 |
| Test 14: | 2016 | Laundry |
| Test 15: | 2126 | Bonus |
| Test 16: | 2208 | Ceilings |
| Test 17: | | |


Figure 2

* The test locations were randomly selected from each respective room. The stated results may not be necessarily indicative of all the drywall in the respective room. * ceilings one piece

Conclusion: The levels of Sr throughout the residence were consistent with those found in Chinese drywall. There was excessive corrosion or blackening on the HVAC copper lines and excessive blackening on ground wires. KPT (Knauf Tainjin) Chinese drywall confirmed in the residence (see photos below).

A sample was not taken from the residence and sent to a laboratory for further testing.
** Samples with high levels of Sr may be sent to independent laboratories for further analysis***

**Tainted Drywall History**

At the height of the U.S. housing boom, when building materials were in short supply, American construction companies used millions of pounds of Chinese-made drywall because it was abundant and cheap.

Now that decision is haunting hundreds of homeowners and apartment dwellers who are concerned that the wallboard gives off fumes that can corrode copper pipes, blacken jewelry and silverware, and possibly sicken people.

Shipping records indicate that imports of potentially tainted Chinese building materials exceeded 500 million pounds during a four-year period of soaring home prices. The drywall may have been used in more than 100,000 homes, according to some estimates, including houses rebuilt after Hurricane Katrina.

The drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity. The Chinese drywall is also made with a coal byproduct called fly ash that is less refined than the form used by U.S. drywall makers.

Dozens of homeowners in the Southeast have sued builders, suppliers and manufacturers, claiming the very walls around them are emitting smelly sulfur compounds that are potentially poisoning their families and rendering their homes uninhabitable.

Builders have filed their own lawsuits against suppliers and manufacturers, claiming they unknowingly used the bad building materials.

The Consumer Product Safety Commission is investigating, as are health departments in Virginia, Louisiana, North Carolina, Florida, and Washington State.

Companies that produced some of the wallboard said they are looking into the complaints, but downplayed the possibility of health risks.

Federal authorities say they are investigating just how much of the wallboard was imported. Shipping records  show that more than 540 million pounds of plasterboard — which includes both drywall and ceiling tile panels — was imported from China between 2004 and 2008, although it's unclear whether all of that material was problematic or only certain batches.

Most of it came into the country in 2006, following a series of Gulf Coast hurricanes and a domestic shortage brought on by the national housing boom.

The Chinese board was also cheaper. One homeowner was quoted saved $1,000 by building his house with it instead of a domestic product.

In 2006, enough wallboard was imported from China to build some 100,000 homes of roughly 2,000 square feet each, according to the shipping records and estimates supplied by the nationwide drywall supplier United States Gypsum.

Experts and advocates say many homes may have been built with a mixture of Chinese and domestic drywall, potentially raising the number of affected homes much higher.

So far, the problem appears to be concentrated in the Southeast, which blossomed with new construction during the housing boom and where the damp climate appears to cause the gypsum in the building material to degrade more quickly. In Florida alone, more than 35,000 homes may contain the product, experts said.

In Louisiana, the state health department has received complaints from at least 350 people in just a few weeks. Many of the affected homeowners rebuilt after Hurricane Katrina only to face the prospect of tearing down their houses and rebuilding again.

The drywall furor is the latest in a series of scares over potentially toxic imports from China. In 2007, Chinese authorities ratcheted up inspections and tightened restrictions on exports after manufacturers were found to have exported tainted cough syrup, a toxic pet food ingredient and toys decorated with lead paint.

Scientists hope to understand the problem by studying the chemicals in the board. Drywall consists of wide, flat boards used to cover walls.

It is often made from gypsum, a common mineral that can be mined or manufactured from the byproducts of coal-fired power plants.

**US Product Safety Commission Recommendations to Affected Homeowners**

To date, CPSC has received more than 2000 reports from 32 states, the District of Columbia and Puerto Rico from consumers and homeowners concerned about problem drywall in their homes.

Homeowners who believe they may have problem drywall should immediately report to CPSC by calling 800-638-2772 or logging on to www.CPSC.gov Hearing- or speech challenged individuals may access the phone number through TTY by calling the toll-free Federal Relay Service at 800-877-8339.

Federal and state health experts suggest these steps to improve indoor air quality and to reduce exposure to substances that can cause health concerns:

o  Open windows as much as possible to let in fresh air.
o  Keep the temperature inside homes at the lowest comfortable setting.
o  Run the air conditioner or dehumidifier.
o  Also, spend as much time outdoors in fresh air as possible.
o  Do not smoke, and especially do not smoke indoors. Cigarette smoke contains, among other contaminants, formaldehyde.

To read the technical research reports or for more information, log on to www.DrywallResponse.gov.











Thank you for your business!