UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Abigail Cohen, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Abigail Cohen owns a property in the State of Florida with a street address of: 20305 Chestnut Grove Drive, Tampa, FL 33647.

4. Plaintiff Abigail Cohen purchased the property on November 29, 2006.

5. Plaintiff Abigail Cohen placed his home for sale with a realtor in 2015.

6. Plaintiff Abigail Cohen discovered Knauf-manufactured drywall in his home on April 27, 2015, through an inspection conducted after a prospective buyer found signs of defective drywall in the home.

7. Plaintiff Abigail Cohen filed his claim against the Knauf Defendants in this action on January 30, 2016.

8. On February 7, 2013, this Court certified a settlement class that included the Knauf entities.

9. The State of Florida has a four year statute of limitations for product liability claims.

10. Plaintiff Abigail Cohen completed and executed a verified Plaintiff Profile Form.

11. Plaintiff Abigail Cohen completed and executed a verified Supplemental Plaintiff Profile Form.

12. Plaintiff Abigail Cohen completed and executed a verified Plaintiff Fact Sheet.

13. Plaintiff Abigail Cohen was deposed by Knauf's Counsel on June 20, 2019, 2019 in Tampa, Florida.

14. Plaintiff Abigail Cohen seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*