# Exhibit A

W/C 36 L.W
10220

THIS INSTRUMENT PREPARED BY AND RETURN TO:
W/C 35 PSL DEBBIE DELAPENA
05-10220

SUN TITLE & ABSTRACT CO.
4010 57TH AVENUE SOUTH, STE 104
LAKE WORTH, FLORIDA 33463
Property Appraisers Parcel Identification (Folio) Numbers: **3420-605-1376-000/9**

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

***THIS WARRANTY DEED,*** made the **13th** day of **June, 2005** by **MAJESTIC LAND HOLDINGS, INC., A FLORIDA CORPORATION**, herein called the grantor, to **ISIDRO CALDERON and MARFELIA CALDERON, HUSBAND AND WIFE** whose post office address is **955 YORK STREET, WEST PALM BEACH, FL 33401**, hereinafter called the Grantees:
*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

W I T N E S S E T H: That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in ST. LUCIE County, State of Florida, viz.:

**LOT 5, BLOCK 2116, PORT ST. LUCIE SECTION 22, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 13, PAGE 28 OF THE PUBLIC RECORDS OF ST. LUCIE COUNTY, FLORIDA.**

**Subject to easements, restrictions and reservations of record and to taxes for the year 2004 and thereafter.**

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
**TO HAVE AND TO HOLD**, the same in fee simple forever.
**AND**, the grantor hereby covenants with said grantees that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2004.

**IN WITNESS WHEREOF**, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
Witness #1 Signature
DEBORAH J. DELAPENA
_____
Witness #1 Printed Name
_____
Witness #2 Signature
Vanessa MASS
_____
Witness #2 Printed Name

MAJESTIC LAND HOLDINGS, INC., A FLORIDA CORPORATION

_____
JOHN P. GEORGE, PRESIDENT

_____

**STATE OF FLORIDA**
**COUNTY OF ST. LUCIE**

The foregoing instrument was acknowledged before me this 13th day of June, 2005 by JOHN P. GEORGE, PRESIDENT of MAJESTIC LAND HOLDINGS, INC., A FLORIDA CORPORATION on behalf of the corporation. He/She is personally known to me or has produced _____ as identification.

SEAL   Deborah J. delaPena
       Commission # DD413077
       Expires May 27, 2009
       Bonded Troy Fain - Insurance, Inc. 800-385-7019

_____
Notary Signature

My Commission Expires:                              Printed Notary Signature

File No.: 05-10220