# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| Field | Value |
|---|---|
| Name Property Owner | Isidro & Marfelia Calderon |
| Address of Affected Property | 3441 SW Haines Street, Port St. Lucie, FL 34953 |
| Is this Property:* | **Residential** / Commercial / Governmental |
| Name of Person Completing this Form | Isidro Calderon |
| Is above your primary residence? | **Yes** / No |
| Mailing Address (if different) | |
| Phone: | ( 561 ) 718 - 8016 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: **Owner-Occupant** / Owner Only / Renter-Occupant

| Field | Value |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC, 2100 Southbridge Pkwy, #650, Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| Field | Value |
|---|---|
| Homeowner/ Renter Insurer: | Olympus Insurance Company |
| Policy #: | OL30139929 |
| Agent: | M.E. Glennon & Assoc. Inc. |
| Address: | 1344 SW Bayshore Blvd., Port St. Lucie, FL 34983 |
| Phone: | ( 772 ) 879 - 1307 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Isidro Calderon | 06/13/05 | / / | **M** / F | / / | Yes **No** | Owner - Occupant |
| Marfelia Calderon | 06/13/05 | / / | M / **F** | / / | Yes **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Chinese Drywall Screening, LLC

1.2. When did the inspection take place? 11/02/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Chinese Drywall Screening, LLC

2.2. When was this determination made? 11/02/15

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,020 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Majestic Homes & Realty

Address: 

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Banner Building Supply

Address:

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*ISIDRO CALDERON* — 11/12/15
**Claimant's Signature** / **Date Signed**

*Marfelia Calderon* — 11/12/15
**Claimant's Signature** / **Date Signed**

Page 3



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

Homeowners
Renewal Ext Dec
and Premium Invoice
EFFECTIVE   4/15/15

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30139929 | 4/15/15 | 4/15/16 | 12:01 AM STANDARD TIME | 9967416 |

**NAMED INSURED AND ADDRESS**

ISIDRO CALDERON
MARFELLA CALDERON
3441 SW HAINES ST
PORT SAINT LUCIE FL 34953-3802

**AGENT**

M.E. GLENNON & ASSOC. INC.
1344 S.W. BAYSHORE BLVD.
PORT ST. LUCIE   FL 34983

PHONE # 772-879-1307

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | POLICY ASSESSMENT | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $1,254.00 | $123.00 | | $27.00 | $14.00 | $1,418.00 |

-------------------------------- LOCATION 001 --------------------------------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $500 | HO-3 | MA | N | 06-2007 | 1 | Owner |

**HURRICANE DEDUCTIBLE   2% = $4,489**

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 03 | 562 | 111 | Primary |

MORTGAGEE(S) THAT APPLY:   1

------------------- **COVERAGE LIMITS AND PREMIUMS - SECTION I** -------------------

| | | |
|---|---:|---:|
| Coverage -A- (Dwelling) | $224,460 | $5,142.00 |
| Coverage -B- (Other Structures) | $4,489 | Incl |
| Coverage -C- (Personal Property) | $112,230 | Incl |
| Coverage -D- (Loss of Use) | $22,446 | Incl |
| Hurricane Premium -------- $863 | | Incl |

------------------- **COVERAGE LIMITS AND PREMIUMS - SECTION II** -------------------

| | | |
|---|---:|---:|
| Coverage -E- (Personal Liability) | $300,000 | $30.00 |
| Coverage -F- (Medical Payments) | $5,000 | Incl |

----------------------- **POLICY CHARGES AND CREDITS** -----------------------

| | | |
|---|---:|---:|
| 2% Hurricane Deductible | $4,489 | Incl |
| Mitigation Device Credit | | $3,918.00- |
| MGA Policy Fee | | $25.00 |
| Emergency Management Trust Fund Surcharge | | $2.00 |
| Citizens Property Insurance Corporation 2005 Emergency Assessment (1.0%) | | $14.00 |

--------------------- **LOCATION(S) OF PROPERTY INSURED** ---------------------

3441 SW HAINES ST
PORT SAINT LUCIE FL 34953-3802

------------------------------ **MORTGAGEE(S)** ------------------------------

    MORTGAGEE   001
        IBERIA BANK
        PO BOX 12440
        NEW IBERIA      LA 70562
        LOAN # 52007986

--------------------- **POLICY FORMS AND ENDORSEMENTS** ---------------------

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|

OIDECI   01/01/2011

Insured Copy

*1311OL301399297120*         PAGE   1 OF   3



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

Homeowners
Renewal Ext Dec
and Premium Invoice
EFFECTIVE  4/15/15

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30139929 | 4/15/15 | 4/15/16 | 12:01 AM STANDARD TIME | 9967416 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| ISIDRO CALDERON<br>MARFELLA CALDERON<br>3441 SW HAINES ST<br>PORT SAINT LUCIE FL 34953-3802 | M.E. GLENNON & ASSOC. INC.<br>1344 S.W. BAYSHORE BLVD.<br>PORT ST. LUCIE   FL 34983<br><br>PHONE # 772-879-1307 |

```
*HO 03 34      05-03 Limited Fungi,Wet/Dry Rot
*HO 04 96      10-00 No Sec II/Home Day Care
*IL P 001      01-04 OFAC Advisory Notice
*OIR-B1-1655   02-10 Hurricane Loss Mitigation
*OIR-B1-1670   01-06 Checklist of Coverages
*OL DO         10 14 Deductible Options Notice
*OL GLB        06-13 Privacy Notice
*OL J1         07-14 Homeowners Policy Jacket
*OL OC         04-11 Outline of Coverage
*OLHO LO       06-07 Ordinance or Law Sel.
*OLHO VL       11-11 Vacancy Limitation
*OLHO 100      12-13 Special Provisions FL
*OLHO 101      06-07 Animal Liability Excl EN
*OLHO 140      12-13 CAT Ground Cover Collapse
*HO 03 52      01-06 Calendar Yr Hurricane Ded
*HO 24 83      05-03 Personal Injury                     $15.00
*HO0003ID      10-00 HO-3 Special Form
*OIHO0599      01-09 Water Back-up ($250 Ded)            $83.00
*OL CGCC       01-11 Catastrophic Ground Cover
*OLHO 120      06-07 Existing Damage Exclusion
*OLHO 130      10-12 Identity Recovery Cov               $25.00
*OLHO 153      09-14 Liab Limit Pool Slide/Brd
```
-----------------------------------------------------------------

***Coverage is provided where premium and limit of liability are shown.
Flood coverage is not provided by this policy.

## LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM.  WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES.  PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.



| **Olympus Insurance Company** | Homeowners |
|---|---|
| 7380 W Sand Lake Rd Suite 115 | Renewal Ext Dec |
| Orlando, FL 32819-5250 | and Premium Invoice |
| | EFFECTIVE  4/15/15 |

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| OL30139929 | 4/15/15 | 4/15/16 | 12:01 AM STANDARD TIME | 9967416 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| ISIDRO CALDERON<br>MARFELLA CALDERON<br>3441 SW HAINES ST<br>PORT SAINT LUCIE FL 34953-3802 | M.E. GLENNON & ASSOC. INC.<br>1344 S.W. BAYSHORE BLVD.<br>PORT ST. LUCIE    FL 34983<br><br>PHONE # 772-879-1307 |

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

   PURSUANT TO SECTION 627.70132, FLORIDA STATUTES, LOSS OR DAMAGE CAUSED BY
THE PERIL OF WINDSTORM OR HURRICANE IS NOT COVERED UNLESS NOTICE OF THE CLAIM,
SUPPLEMENTAL CLAIM OR REOPENED CLAIM IS PROVIDED TO US IN ACCORDANCE WITH THE
POLICY CONDITIONS, WITHIN THREE (3) YEARS FROM THE DATE THE HURRICANE MADE
LANDFALL OR THE WINDSTORM CAUSED THE DAMAGE

A rate adjustment of  5.8%   credit  is included to reflect building code grade
in your area.  Adjustments range from 2% surcharge to 14% credit.

A rate adjustment of 81.0% credit is included to reflect the Windstorm
Mitigation Device Credit.  This credit applies only to the wind portion of your
premium.  Adjustments range from 0% to 90% credit

Property coverage limit increased due to inflation measured by the ISO HomeValue
 Property Replacement Valuation System

   THIS REPLACES ALL PREVIOUSLY ISSUED POLICY DECLARATIONS, IF ANY. THIS POLICY
   APPLIES ONLY TO ACCIDENTS,   OCCURRENCES, OR LOSSES WHICH HAPPEN DURING THE
   POLICY PERIOD SHOWN ABOVE.

THE AMOUNT OF PREMIUM INCREASE DUE TO APPROVED RATE INCREASE IS    $360.
THE AMOUNT OF PREMIUM INCREASE DUE TO COVERAGE CHANGES IS     $39.

*signature: Bradley C. Burton*

OIDECI  
01/01/2011  
PAGE 3 OF 3

AGENCY AT PORT ST. LUCIE FL

AUTHORIZED COUNTERSIGNATURE  
*1310OL301399297220*

DATE  2/19/15

Insured Copy

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved

## Property Identification

Site Address: 3441 SW HAINES ST
Sec/Town/Range: 20/37S/40E
Map ID: 44/20S
Zoning: RS-2

Parcel ID: 3420-605-1376-000-9
Account #: 74204
Use Type: 0100
Jurisdiction: Port Saint Lucie



### Ownership

Isidro Calderon
Marfelia Calderon
3441 SW Haines St
Port St Lucie, FL 34953

### Legal Description

PORT ST LUCIE-SEC 22- BLK 2116 LOT 5 (MAP 44/20S) (OR 2279-2946)

### Current Values

| | |
|---|---|
| Just/Market Value: | $198,800 |
| Assessed Value: | $130,996 |
| Exemptions: | $50,000 |
| Taxable Value: | $80,996 |

Taxes for this parcel: SLC Tax Collector's Office
Download TRIM for this parcel: Download PDF

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,020 |
| Gross Area (SF): | 2,818 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |

### Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Jun 13, 2005 | 2279 / 2946 | XX00 | WD | Majestic Land Holdings Inc, | $79,900 |
| Jun 9, 2005 | 2279 / 2945 | XX00 | WD | Ho ,Steve | $79,900 |
| Aug 21, 2002 | 1573 / 2641 | XX00 | WD | Rye, Emily R | $6,500 |
| Jul 28, 1999 | 1248 / 1512 | XX01 | WD | Atlantic Gulf Communities Corp, | $23,300 |
| Nov 15, 1993 | 0873 / 0751 | XX01 | DE | NCNB NATL BANK OF FL *TR* | $100 |
| Feb 4, 1991 | 0726 / 1395 | XX01 | QC | | $100 |

### Building Information (1 of 1)

Finished Area: 2,020 SF
Gross Total Area: 2,818 SF

#### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Fibrglss Shg | Roof Structure: Hip |
| Building Type: HB | Year Built: 2007 | Frame: |
| Grade: B | Effective Year: 2007 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

#### Interior Data

| | | |
|---|---|---|
| Bedrooms: 3 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |
| Half Baths: 0 | Heat Fuel: ELEC | Primary Floors: Carpet |
| A/C %: 100% | Heated %: 100% | Sprinkled %: 0% |

### Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2020 | 2020 | 214 |
| GAA | Garage Attached Average | 484 | 0 | 88 |

| | | | | |
|---|---|---|---|---|
| OPAA | Open Porch Attached Average | 82 | 0 | 40 |
| SPAA | Screen Porch Attached Average | 232 | 0 | 74 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Driv-Concret | 1 | 720 | 2007 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $170,800 |
| Land: | $28,000 |
| Just/Market: | $198,800 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $67,804 |
| Assessed: | $130,996 |
| Exemption(s): | $50,000 |
| Taxable: | $80,996 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2017 | 2014 | 0500 | Homestead Exemption | $25,000 |
| 2017 | 2014 | 0550 | Homestead Exemption over $50,000 | $25,000 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2017 | $198,800 | $130,996 | $50,000 | $80,996 |
| 2016 | $176,300 | $128,302 | $50,000 | $78,302 |
| 2015 | $141,000 | $127,411 | $50,000 | $77,410 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|---|---|---|---|---|
| P0551021 | Nov 2, 2005 | Residential New Construction | $155,990 | $6,699 |

Notice: This does not necessarily represent all the permits for this property.
Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.