# Exhibit E

# Property Screening Report

## Isibro Calderon

Screening Date:

10-30-15

Prepared for:

Isibro Calderon

Report Number:

FL01-0436

CDS Inspector:

Howard Ehrsam



Inspections and documentation from leading experts



November 5, 2015

Isibro Calderon
3441 SW Haines Street
Port St. Lucie, FL 34953

RE: Chinese Drywall Screening Report Number FL01-0436

Mr. Calderon,

Based on our visual observations of blackened A/C coils, electrical wires and copper plumbing, coupled with known affects from reactive drywall, CDS is of the opinion that reactive drywall **is present** in the above referenced property.  Walls were tested for strontium levels using x-ray florescence (XRF) and high strontium levels around 2600 ppm corresponded with odor and corrosion.  The distinctive odor associated with reactive drywall was noticed upon entry and throughout the inspection.  Reactive drywall markings discovered are:

| No. | Drywall Mfg | Markings on Drywall | Location in home |
|-----|-------------|---------------------|------------------|
| 9 | Knauf-Tianjin | "KNAUF-TIANJIN" | See Summary |

Strontium levels and corrosion were consistent throughout the property indicating that KPT was the type throughout the walls of the property.  Another type of drywall found that is not typically reactive is No. 31 – ProRoc.  This type was observed on the garage ceiling from the attic.

Based on the **2,504** sf size of the home with **10'** average ceiling height, we estimate that there is about **11,000** sf of drywall in the home. The estimated percentage of reactive drywall that is KPT is 100%.

There is currently a remediation program that you may be eligible for.  We recommend that you contact an attorney for further information.

Please feel free to contact us should you have any questions regarding our findings or if we may be of further assistance to you.

Sincerely,

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC

Enclosures: Report with Photo Exhibit



# Overview

## Overview of Subject Property



**Client:** Isibro Calderon

**Address:** 3441 SW Haines St
Port St. Lucie, FL 34953

**Builder:** Majestic

**Size:** Total 2,504 sf

**Completion date:** 2007



# Scope of Screening

## Scope of Screening Services Performed

Chinese Drywall Screening, LLC (CDS) conducted a detailed visual inspection of the various elements within the home that typically react to the presence of reactive drywall.  Some of the known affects are pitting and blackening copper, tarnishing silver, corroding and spotting chrome and brass, and delaminating mirrors.

Based on the experience, knowledge and ability to recognize these affects, CDS completed a thorough inspection of the various elements of the home containing these materials.  These elements include, but are not limited to:

- Air conditioning components
- Gas lines (if applicable)
- Water lines
- Electrical wiring
- Coaxial cabling
- Refrigerator components
- Mirrors
- Plumbing fixtures and drains

Some of the above elements were photographed during the inspection and are attached as "Photo Narrative Exhibit".  Refer to the photographs for specific observations.

Items that may be affected by reactive drywall but were not inspected by CDS include, but are not limited to:

- Large appliances
- Small appliances
- Televisions
- Audio/video equipment
- Personal possessions
- Smoke detectors
- Doorbells
- Security systems
- Control wiring
- Thermostats

The following engineering report is utilized as a reference in regards to the visual effects on copper: Unified Engineering Report File 4050 dated March 17, 2009. Unified Engineering, Inc; 3056 Weber Drive, Aurora, IL 60502.



# Scope of Screening

## Scope of Services (continued)

**X-ray Florescence (XRF) for Strontium**

XRF analyzers are handheld instruments used predominantly to evaluate the presence of metal constituents in building materials or other products. XRF works by exposing a material to high energy x-rays and measuring those x-rays and comparing them to the known and unique pattern of x-rays produced by each element. For help in identifying corrosive drywall, XRF is used to determine levels of strontium (Sr) present within the gypsum of the drywall throughout the property.

Strontium is a light metal that is a common, naturally occurring element found within the earth. Certain geographical regions have higher concentrations than others that can translate to the origin of the raw materials. Strontium levels above 1850 ppm have been associated with drywall of Chinese origin. However, high levels of strontium do exist in drywall from other origins and testing must be used in conjunction with other means to produce proper conclusions.

The attenuating effects of joint compound and textures could inhibit the detection of small amounts of corrosive drywall. Furthermore, corrosive drywall could also be present in inaccessible areas that include, but are not limited to, walls above drop ceilings, fire stopping, behind tile, behind cabinets, under raised floor systems, etc. However, the potential for these conditions can be reduced or eliminated with proper property evaluation and corrosion evaluation.



# Summary Narrative

## Observations and Conclusions

## **Observations**

- Blackening or "black deposits" defined to be copper sulfide by Unified Engineering File No. 4050 associated with reactive drywall were observed on the copper refrigerant lines at the air handler.  The coil was recently replaced about 3 months ago with an aluminum coil and slight blackening was present on the new copper sections.  Original refrigerant lines outside the unit had heavy amounts of blackening.
- Blackening was observed on the control wires of the garage door opener.
- Blackening was observed on the water heater located in the garage.
- Blackening was observed on the exposed wiring of inspected receptacles and switches.
- Blackening was observed on the copper water lines under the kitchen sink
- Faucets and other plumbing trim had corrosive spotting.
- Walls and ceilings were tested utilizing a Thermo Fisher x-ray fluorescence (XRF) analyzer throughout the property.  Readings were around 2600 ppm which was consistent throughout the property with the readings of the KPT that was observed.
- There was an odor associated with corrosive drywall throughout the property including the garage.

## **Conclusions**

Based on our visual observations, testing, experience and current state of knowledge in the industry, Chinese Drywall Screening, LLC is of the professional opinion that the reactive drywall manufactured by **Knauf TIANJIN (KPT) is present** throughout the subject property.

It is the intent of CDS to inform and empower the Client with enough knowledge to make the best, well informed decision that is in the best interests of the Client.  Towards that end, we recommend that you contact an attorney to discuss your legal rights, including potential claims against the builder, along with the installer, supplier and manufacturer of the drywall.

What you can do today:  Three primary items to consider for immediate action are:  1) Legal representation.  2) Property tax reduction and 3) Mortgage forbearance if applicable. There are pros and cons to each and we recommend getting a full understanding prior to moving forward. There are active lawsuits and settlements that the property may qualify for but time is of the essence.  It is critical to understand the implications with the various details and we recommend contacting an attorney for legal advice.

More information is available on our website or call us toll free at 855-CDW-HELP.



# Drywall Markings Index

## Reference for Drywall Markings

Multi District Litigation No. 2047 was created for the Chinese-manufactured drywall products liability litigation.  United States District Court, Eastern District of Louisiana developed a compilation of photograph examples that CDS utilized as a reference for developing conclusions in the identification of the origin of the reactive drywall in the subject property.  These photographs are available at: http://www.laed.uscourts.gov/Drywall/DrywallMarkings.htm or click on the individual links below.

## Chinese Drywall Markings Index

*Last Updated: September 23, 2009*

| No. | Chinese Manufactured Drywall | | |
|---|---|---|---|
| 1 | Bedrock Gypsum | 19 | Unknown |
| 2 | Beijing New Building Materials PLC (BNBM) | 20 | Unknown |
| 3 | C&K Gypsum | 21 | Unknown |
| 4 | Crescent City Gypsum | 22 | Unknown |
| 5 | Dragon Brand Drywall | 23 | Unknown |
| 6 | IMG Drywall | 24 | Unknown |
| 7 | International Materials Trading (IMT) Gypsum | 25 | Unknown |
| 8 | Knauf Dongguan | 26 | Venture Supply Inc.  (Tajhe/Taihe) |
| 9 | Knauf Tianjin | **No.** | **Non-Chinese Manufactured Drywall** |
| 10 | Knauf WuHu | 27 | Georgia Pacific |
| 11 | Pro Wall | 28 | Lafarge |
| 12 | Taihe | 29 | National Gypsum |
| 13 | Taian Taishan | 30 | USG |
| 14 | Taishan | **No.** | **Drywall From Unknown Origins** |
| 15 | Unknown | 31 | Pro-Roc |
| 16 | Unknown | 32 | Unknown |
| 17 | Unknown | 33 | Unknown (Palatka, FL) [Lafarge] |
| 18 | Unknown | 34 | Unknown |
| | | 35 | Unknown |



Exhibit A

Certification

## Certification of the Inspector

The undersigned do hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained within this report are true and correct.

- The statements of opinions have certain limitations. It is not feasible and is impossible to confirm 100% of corrosive drywall was either removed or is not present. There are several conditions that we have seen that could prevent discovery without a more exhaustive investigation. They include, but are not limited to:

  - Low strontium, corrosive drywall that is domestic and non-homogeneous.

  - Limited amounts of corrosive drywall in inaccessible areas or installed in a way that would seclude it from available receptacles and switches.

  - Limited amounts of high strontium drywall covered with joint compound or heavy textures hindering detection by x-ray fluorescence.

  - Variable amounts of low off-gassing drywall or drywall with corrosive recycled gypsum.

- We have no present or prospective interest in the property that is the subject of this report and we have no personal interest with respect to the parties involved. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- The information in this report is based on the existing conditions of the structure's materials, documents, and information (written or verbal) supplied by contractor, the owner or their representatives, and our observations during the inspection.

- Our compensation or engagement in this assignment is not contingent upon the development or reporting of a predetermined conclusion that favors the cause of the client, the remediator, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- Any use of this report by any other parties without our expressed or written consent is prohibited. Should another individual or entity rely on this analysis or its conclusions without our consent, they shall indemnify Chinese Drywall Screening, LLC, its employees, and service providers from all damages, losses or expenses that may occur as a result of its use.

- Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

- The provided services and documentation have been completed to the best of our knowledge and based on current known facts regarding reactive drywall.

Howard Ehrsam, P.E., LEED AP
CGC 1509717
on behalf of Chinese Drywall Screening, LLC



# Photo Exhibit
## 3441 SW Haines St.
## Port St. Lucie, FL 34953



















# Photo Exhibit
## 3441 SW Haines St.
## Port St. Lucie, FL 34953

  

  

  

  



# Photo Exhibit
## 3441 SW Haines St.
## Port St. Lucie, FL 34953

  

  

  

  



# Photo Exhibit
## 3441 SW Haines St.
## Port St. Lucie, FL 34953

  

  

  

  



Photo Exhibit
3441 SW Haines St.
Port St. Lucie, FL 34953

  

  

  

  



Photo Exhibit
3441 SW Haines St.
Port St. Lucie, FL 34953

  

  

  

  



**Photo Exhibit**
**3441 SW Haines St.**
**Port St. Lucie, FL 34953**

  

