UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## **PLAINTIFFS STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs Marfelia & Isidro Calderon, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs Marfelia & Isidro Calderon own a property in the State of Florida with defective Knauf-manufactured drywall that has a street address of: 3441 SW Haines Street, Port St. Lucie, FL 34953.

4. Plaintiffs Marfelia & Isidro Calderon purchased the property on June 13, 2005.

5. Plaintiffs Marfelia & Isidro Calderon discovered Knauf-manufactured drywall in their home on November 2, 2015, through an inspection report produced by Chinese Drywall Screening, LLC.

6. Plaintiffs Marfelia & Isidro Calderon completed and executed a verified Plaintiff Profile Form.

7. Plaintiffs Marfelia & Isidro Calderon completed and executed a verified Supplemental Plaintiff Profile Form.

8. Plaintiffs Marfelia & Isidro Calderon completed and executed a verified Plaintiff Fact Sheet.

9. On February 7, 2013, this Court certified a settlement class that included the Knauf entities.

10. The State of Florida has a four year statute of limitations for product liability claims.

11. Plaintiffs Marfelia & Isidro Calderon filed their claim against the Knauf Defendants in this action on January 30, 2016.

12. Plaintiffs Marfelia & Isidro Calderon were deposed by Knauf's Counsel on July 11, 2019 in Miami, Florida.

13. Plaintiffs Marfelia & Isidro Calderon seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*