# Exhibit A

**Prepared By and Return To:**
GAIL LOGAN, VP
Commerce Land Title, Inc. dba Title Stream of Florida
1680 SW Bayshore Blvd., Suite 229
Port St. Lucie, FL 34984

**Property Appraiser's Parcel I.D. (folio) Number(s)**
3420-605-0597-000/7

File No. ~~2005371~~ 058398

Courthouse Box SLW #39

# WARRANTY DEED

THIS WARRANTY DEED dated this 7TH day of July, 2005, by Lester Lydzinski, hereinafter called the grantor, to Levi Taylor, whose post office address is 95-117 Ravine Avenue, VB-1D, Yonkers, NY 10701 hereinafter called the grantee:

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporation)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in St. Lucie County, Florida, viz:

**Lot 15, Block 2013, of PORT ST. LUCIE SECTION TWENTY-TWO, a Subdivision according to the Plat thereof, as recorded in Plat Book 13, Page 28, of the Public Records of ST. LUCIE County, Florida.**

**The above described property is not the homestead of the Grantor.**

Subject to easements, restrictions, reservations and limitations of record, if any.

TOGETHER with all tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2004.

Warranty Deed (Individual to Individual)

## WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____  
Witness Signature

FRANKLIN CAMPO  
Witness Print Name

_____  
Witness Signature

HILTON CANCEL  
Witness Print Name

_____ Lester Lydzinski

LESTER LYDZINSKI

State of NEW JERSEY
County of BERGEN

I HEREBY CERTIFY that on this day, before me, an Officer duly authorized in the State aforesaid and the County aforesaid to take acknowledgement, personally appeared Lester Lydzinski, who is personally known to me or who produced NJ DL 9638 46586095 identification and who executed the foregoing instrument and he/she/they acknowledged before me that he/she/they executed the same.

WITNESS my hand and official seal in the County and State aforesaid this 7TH day of July, 2005.

_____  
Notary Signature

MARIA BOCZNIEWICZ  
Notary Print Name

My Commission Expires: MARIA BOCZNIEWICZ
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DEC. 10, 2007