# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number: _____

Date Received: _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Levi Taylor |
| Address of Affected Property | 4090 SW Kallen Street |
| | Port St. Lucie, FL 34953 |
| Is this Property:* | **(Residential)**  Commercial  Governmental |
| Name of Person Completing this Form | Levi Taylor |
| Is above your primary residence? | **(Yes)**  No |
| Mailing Address (if different) | |
| Phone: | ( 917 ) 687 - 4136 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | **(Owner-Occupant)**  Owner Only  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | |
| Policy #: | |
| Agent: | |
| Address: | |
| | |
| | |
| Phone: | ( ) - |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Levi Taylor | 01/07/07 | / / | **(M)**/ F | / / | Yes **(No)** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Levi Taylor

   1.2. When did the inspection take place?   04/17/17

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Levi Taylor

   2.2. When was this determination made?   04/17/17

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knaur Plasterboard Tianjin | KNAUF TIANJIN CHINA<br>ASTM C 36 | ceiling and walls |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,179 | | | |
| Estimated Sq. Ft. of Drywall | ------ | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _[signature]_ | 4/30/17 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 4090 SW KALLEN ST
Sec/Town/Range: 29/37S/40E
Map ID: 44/29S
Zoning: RS-2

Parcel ID: 3420-605-0597-000-7
Account #: 73510
Use Type: 0100
Jurisdiction: Port Saint Lucie



### Ownership
Levi Taylor
4090 SW Kallen St
Port St Lucie, FL 34953

### Legal Description
PORT ST LUCIE-SEC 22- BLK 2013 LOT 15 (MAP 44/29S) (OR 2324-2532)

### Current Values

| | |
|---|---|
| Just/Market Value: | $200,300 |
| Assessed Value: | $123,562 |
| Exemptions: | $50,000 |
| Taxable Value: | $73,562 |

Taxes for this parcel: SLC Tax Collector's Office
Download TRIM for this parcel: Download PDF

### Total Areas

| | |
|---|---|
| Finished/Under Air (SF): | 2,179 |
| Gross Area (SF): | 2,988 |
| Land Size (acres): | 0.24 |
| Land Size (SF): | 10,625 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---|
| Jul 7, 2005 | 2324 / 2532 | XX00 | WD | Lydzinski,Lester | $90,000 |
| Sep 15, 1993 | 0870 / 0361 | XX01 | DE | NCNB NATL BANK OF FL *TR* | $17,800 |
| Apr 9, 1992 | 0788 / 0225 | XX01 | QC | | $100 |
| Jul 1, 1988 | 0600 / 2583 | XX01 | CV | | $5,000 |
| Mar 1, 1978 | 0285 / 1799 | XX00 | CV | | $2,600 |

## Building Information (1 of 1)

Finished Area: 2,179 SF
Gross Total Area: 2,988 SF

### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip |
| Building Type: HB- | Year Built: 2006 | Frame: |
| Grade: B- | Effective Year: 2006 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

### Interior Data

| | | |
|---|---|---|
| Bedrooms: 4 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 3 | Heat Type: FrcdHot Air | Avg Hgt/Floor: 0 |
| Half Baths: 0 | Heat Fuel: ELE | |
| A/C %: 100% | Heated %: 100% | Sprinkled: |

## Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2179 | 2179 | 240 |
| GAA | Garage Attached Average | 462 | 0 | 86 |
| OPAH | Open Porch Attached High | 111 | 0 | 52 |

| | | | | |
|---|---|---|---|---|
| PATH | Patio High (Flooring over Slab-Tile,Pavers,etc) | 36 | 0 | 40 |
| SPAA | Screen Porch Attached Average | 200 | 0 | 60 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| Drive-BrkPav | 1 | 760 | 2006 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $170,500 |
| Land: | $29,800 |
| Just/Market: | $200,300 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $76,738 |
| Assessed: | $123,562 |
| Exemption(s): | $50,000 |
| Taxable: | $73,562 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|
| 2017 | 2008 | 0550 | Homestead Exemption over $ 50,000 | $25,000 |
| 2017 | 2007 | 0500 | Homestead Exemption | $25,000 |

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessements that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2017 | $200,300 | $123,562 | $50,000 | $73,562 |
| 2016 | $183,400 | $121,021 | $50,000 | $71,021 |
| 2015 | $142,300 | $120,180 | $50,000 | $70,180 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|---|---|---|---|---|
| P01-06949 | Jun 13, 2001 | Fence | $1,000 | $0 |
| P0544479 | Jul 12, 2005 | Residential New Construction | $111,226 | $6,896 |

Notice: This does not necessarily represent all the permits for this property.
Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.