UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Levi Taylor, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Levi Taylor owns a property in the State of Florida with a street address of: 4090 SW Kallen Street, Port St. Lucie, FL 34953.

4. Plaintiff Levi Taylor purchased the property on July 7, 2005.

5. Plaintiff Levi Taylor placed his home for sale with a realtor in 2017.

6. Plaintiff Levi Taylor discovered Knauf-manufactured drywall in his home on May 17, 2017 through an inspection conducted on behalf of a prospective buyer.

7. Plaintiff Levi Taylor filed his claim against the Knauf Defendants in this action on March 6, 2018.

8. Plaintiff Levi Taylor completed and executed a verified Plaintiff Profile Form.

9. Plaintiff Levi Taylor completed and executed a verified Supplemental Plaintiff Profile Form.

10. Plaintiff Levi Taylor completed and executed a verified Plaintiff Fact Sheet.

11. Plaintiff Levi Taylor was deposed by Knauf's Counsel on July 12, 2019 in Miami, Florida.

12. Plaintiff Levi Taylor seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*