# Exhibit A

Case 2:09-md-02047-EEF-MBN   Document 22457-1   Filed 01/18/20   Page 2 of 3



```
CFN 20080018138
OR BK 22384 PG 1280
RECORDED 01/15/2008 16:49:59
Palm Beach County, Florida
AMT 239,990.00
Doc Stamp 1,680.00
Sharon R. Bock, CLERK & COMPTROLLER
Pgs 1280 - 1281; (2pgs)
```

This instrument is prepared by:

MARTIN I. BODZIN, ESQ.
TRANS-STATE TITLE
3050 AVENTURA BLVD., SUITE 300
AVENTURA, FLORIDA 33180

A portion of Parcel I.D. No: 08-43-45-15-03-000-0205

(Reserved for Clerk of Court)

## SPECIAL WARRANTY DEED

**THIS SPECIAL WARRANTY DEED** is made and entered into as of the ___3___ day of Decmber, 2007, by **BOYNTON VILLAGE, L.L.C., a Florida limited liability company**, Grantor, whose office address is 2121 Ponce de Leon Blvd., PH, Coral Gables, Florida 33134, to **WICLER PIERRE**, Grantee, and whose mailing address is: _1714 NE 6th St Boynton Beach Fl._
Wherever used herein, the terms "Grantor" and "Grantee" shall include, as to each party to this instrument, its heirs, legal representatives and assigns.

### WITNESSETH:

**GRANTOR**, for and in consideration of Ten and No/100 Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, has granted, bargained and sold, and by these presents does hereby grant, bargain and sell to Grantee, the following described land situated and being in Palm Beach County, Florida (the "Property"):

> Unit 1307, of THE PRESERVE AT BOYNTON BEACH 13, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 21331, Page 674, of the Public Records of Palm Beach County, Florida, as amended and/or supplemented, from time to time; together with an undivided interest in the common elements appurtenant thereto.

**TOGETHER WITH** all the tenements, hereditaments and appurtenances thereunto belonging or appertaining thereto.

**THIS CONVEYANCE** is subject to: taxes and assessments for the current calendar year and all subsequent years; all laws, and all restrictions, covenants, conditions, limitations, agreements, reservations and easements recorded in the Public Records of Palm Beach County, Florida, including, without limitation, zoning restrictions, property use limitations and obligations, easements (rights-of-way) and agreements relating to telephone lines, water and sewer lines and other utilities, if any, but this reference shall not operate to reimpose same; all standard printed exceptions contained in an ALTA Owner's title insurance policy issued in Palm Beach County, Florida, other than taxes and assessments for the year of closing, which are not then due and payable; any matters for which title insurance coverage is provided to Grantee; pending governmental liens for public improvements; and restrictions, conditions, easements, covenants, liens, terms and limitations set forth in the (i) Declaration of Condominium referenced above and all exhibits thereto, all as amended or modified from time to time; and (ii) the Declaration of Covenants, Restrictions and Reciprocal Easements, recorded in Official Records Book 21330, Page 1936, of the Public Records of Palm Beach County, and all exhibits thereto, all as amended or modified from time to time (collectively, the "Declarations").

Book22384/Page1280                    Page 1 of 2

**GRANTOR** hereby warrants the title to the Property and will defend the same against the lawful claims of all persons claiming by, through or under Grantor, other than thoses matters described above. Grantee, by acceptance and recordation of this Deed, expressly and specifically approves, accepts, covenants and agrees to be bound by and to assume performance of all the applicable provisions and requirements set forth in the Declarations and all amendments and/or supplements thereto.

IN WITNESS WHEREOF, Grantor(s) has/have hereunto set his/her/their hand(s) and seal(s) the day and year first above written.

BOYNTON VILLAGE, L.L.C.,
a Florida limited liability company

By: _____ L.S.
LEON J. WOLFE, President

Witness #1 (sign)
FLORY DIAZ
printed name of Witness #1

Witness #2 (sign)
Melissa Velez
printed name of Witness #2

STATE OF FLORIDA, COUNTY OF MIAMI-DADE ss.

Before me, the undersigned authority, personally appeared LEON J. WOLFE, as President of BOYNTON VILLAGE, L.L.C., a Florida limited liability company, who stated that he executed the foregoing for the purposes therein expressed, pursuant to proper company authority, and he is personally known to me or produced _____ as identification, this 3 day of December, 2007.

_____
NOTARY PUBLIC, State of Florida
My Commission Expires:
(Official Stamp/Seal)

NOTARY PUBLIC-STATE OF FLORIDA
Maritza Gonzalez-Ortiz
Commission # DD690492
Expires: AUG. 15, 2011
BONDED THRU ATLANTIC BONDING CO., INC.