# Exhibit A

```
CFN  2006R1042814
OR Bk 24954 Ps 1576; (1ps)
RECORDED 09/28/2006 11:45:34
DEED DOC TAX 1,602.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

THIS INSTRUMENT PREPARED BY AND RETURN TO:
ANIBAL J. DUARTE-VIERA, ESQ.
TITLE COMPANY OF AMERICA, INC.
5835 BLUE LAGOON DRIVE #200
MIAMI, FLORIDA 33126

Property Appraisers Parcel Identification (Folio) Numbers: **3660160141140**

_____SPACE ABOVE THIS LINE FOR RECORDING DATA_____

**THIS WARRANTY DEED**, made the 16th day of August, 2006 by **PRIDE HOMES OF LAKES BY THE BAY- PARCEL J, LLC., A FLORIDA LIMITED LIABILITY CO**, herein called the grantor, having its principal place of business at 12448 SW 127 AVENUE, MIAMI, FLORIDA 33186  to **ELVIS FERRERA** _married_ whose post office address is **22079 SW 88 PATH, MIAMI, FLORIDA 33190**, hereinafter called the Grantee:

*(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)*

**W I T N E S S E T H:** That the grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee all that certain land situate in MIAMI-DADE County, State of Florida, viz.:

Lot 3, Block 17, of Lakes by the Bay Jay, according to the Plat thereof, as recorded in Plat Book 161, at Page 97, of the Public Records of Miami-Dade County, Florida.

Subject to easements, restrictions and reservations of record and taxes for the year 2006 and thereafter.

**TOGETHER**, with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**TO HAVE AND TO HOLD**, the same in fee simple forever.

**AND**, the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2005.

**IN WITNESS WHEREOF**, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

Witness #1 Signature
Ayleen De La Vega
Witness #1 Printed Name

Witness #2 Signature
Ernestina Lopez
Witness #2 Printed Name

PRIDE HOMES OF LAKES BY THE BAY-
PARCEL J, LLC., A FLORIDA LIMITED
LIABILITY CO

By: _____
MARTHA FERNANDEZ, AS MANAGING MEMBER
12448 SW 127 AVENUE, MIAMI, FLORIDA 33186

By: _____

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this 16th day of August, 2006 by MARTHA FERNANDEZ, AS MANAGING MEMBER of PRIDE HOMES OF LAKES BY THE BAY- PARCEL J, LLC., A FLORIDA LIMITED LIABILITY CO on behalf of the corporation. He/She is personally known to me or has produced ____FDL_____ as identification.

**SEAL**

_____
Notary Signature

My Commission Expires:

_____
Printed Notary Signature

Notary Public State of Florida
Ayleen De La Vega
My Commission DD478870
Expires 10/05/2009

File No.: BS615694