# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L
THIS DOCUMENT RELATES TO: ALL CASES  JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

**Name Property Owner:** Elvis Ferrera
**Address of Affected Property:** 22079 SW 88 Path
Cutler Bay, FL  33190

**Is this Property:*** (Residential)   Commercial   Governmental
**Name of Person Completing this Form:** Elvis Ferrera
**Is above your primary residence?** (Yes)  No
**Mailing Address (if different):** 30 E 39 ST, Unit 322
Hialeah, FL  33013
**Phone:** ( 786 ) 295 - 5738

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** (Owner-Occupant)   Owner Only   Renter-Occupant
**Represented By:** Jimmy Doyle
**Address:** DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL  35209
**Phone:** ( 205 ) 533 - 9500
**Case No. /Docket Info:** Bennett v. Knauf

### Section II. Insurance Information

**Homeowner/ Renter Insurer:**
**Policy #:**
**Agent:**
**Address:**
**Phone:** (      )      -

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Elvis Ferrera | 08/16/06 | / / | (M) / F | / / | Yes  (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Florida State Inspection Services

   1.2. When did the inspection take place?  08/24/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Florida State Inspection Services

   2.2. When was this determination made?  08/24/18

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | ceiling and walls |
|  | ASTM C 36 |  |

## Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,705 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 08/16/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: ____

Address: ____

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name: ____

Address: ____

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name: ____

Address: ____

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _[signed]_ | 8/31/18 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 8/30/2018

### Property Information

| | |
|---|---|
| Folio: | 36-6016-014-1140 |
| Property Address: | 22079 SW 88 PATH<br>Cutler Bay, FL 33190-1293 |
| Owner | ELVIS FERRERA |
| Mailing Address | 30 E 39 ST UNIT 322<br>HIALEAH, FL 33013 |
| PA Primary Zone | 3002 MULTI-FAMILY |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths / Half | 3 / 2 / 0 |
| Floors | 2 |
| Living Units | 1 |
| Actual Area | 2,002 Sq.Ft |
| Living Area | 1,705 Sq.Ft |
| Adjusted Area | 1,705 Sq.Ft |
| Lot Size | 1,760 Sq.Ft |
| Year Built | 2006 |

### Assessment Information

| Year | 2018 | 2017 | 2016 |
|---|---|---|---|
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $175,000 | $165,000 | $150,000 |
| Assessed Value | $175,000 | $163,301 | $148,456 |

### Benefits Information

| Benefit | Type | 2018 | 2017 | 2016 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | | $1,699 | $1,544 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

### Short Legal Description

LAKES BY THE BAY JAY
PB 161-97 T-21188
LOT 3 BLK 17
LOT SIZE 1760 SQ FT
OR 21852-4235 1103 2 (216)

2017 Aerial Photography

### Taxable Value Information

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $175,000 | $163,301 | $148,456 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $175,000 | $165,000 | $150,000 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $175,000 | $163,301 | $148,456 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $175,000 | $163,301 | $148,456 |

### Sales Information

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 08/01/2006 | $266,990 | 24954-1576 | Sales which are qualified |
| 11/01/2003 | $7,840,000 | 21852-4235 | Deeds that include more than one parcel |