UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiff Elvis Ferrera, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Elvis Ferrera owns a property in the State of Florida with a street address of: 22079 SW 88 Path, Cutler Bay, FL 33190.

4. Plaintiff Elvis Ferrera purchased the property on August 16, 2006.

5. Plaintiff Elvis Ferrera discovered Knauf-manufactured drywall in his home on August 24, 2018 through an inspection conducted Florida State Inspection Services.

6. Plaintiff Elvis Ferrera filed his claim against the Knauf Defendants in this action on August 31, 2018.

7. Plaintiff Elvis Ferrera completed and executed a verified Plaintiff Profile Form.

8. Plaintiff Elvis Ferrera completed and executed a verified Supplemental Plaintiff Profile Form.

9. Plaintiff Elvis Ferrera completed and executed a verified Plaintiff Fact Sheet.

10. Plaintiff Elvis Ferrera was deposed by Knauf's Counsel on July 10, 2019 in Miami, Florida.

11. Plaintiff Elvis Ferrera seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*
James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*