**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**MOTION TO SUBSTITUTE EXHIBIT**

NOW COMES Settlement Class Counsel, who upon suggesting to the Court that on November 19, 2019, Settlement Class Counsel filed a Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys ("Motion") [Rec. Doc. 22363-2] with the Court.  It has come to the attention of Settlement Class Counsel that the Affidavit of Philip A. Garrett, C.P.A. (Exhibit 1 attached to the Declaration of Sandra L. Duggan in Support of Settlement Class Counsel's Motion for an Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys) [Rec. Doc. 22363-5], was not the correct Affidavit of Philip A. Garrett, C.P.A. that was to be filed with the Motion.  Settlement Class Counsel respectfully requests that the correct Affidavit of Philip A. Garrett, C.P.A. attached to this motion should be substituted in place of the filed Affidavit of Philip A. Garrett, C.P.A. at Rec. Doc. 22363-5.

WHEREFORE mover requests that this motion be granted and that the attached correct version of the Affidavit of Philip A. Garrett, C.P.A., be substituted in place of the Affidavit of Philip A. Garrett, C.P.A., filed at Rec. Doc. 22363-5, and that the Clerk be directed to substitute the attached correct version of the Affidavit of Philip A. Garrett, C.P.A. in the docket of this matter.

Respectfully submitted,

Dated:  January 10, 2020                    By: */s/ Stephen J. Herman*
                                            Russ M. Herman (Bar No. 6819)
                                            Leonard A. Davis (Bar No. 14190)
                                            Stephen J. Herman (Bar No. 23129)
                                            Charles King (Bar No.34621)
                                            Herman, Herman & Katz, LLC
                                            820 O'Keefe Avenue
                                            New Orleans, LA 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            SHerman@hhklawfim.com
                                            *Plaintiffs' Liaison Counsel MDL 2047 and*
                                            *Settlement Class Counsel*

                                            Arnold Levin
                                            Fred S. Longer
                                            Sandra L. Duggan
                                            Keith Verrier
                                            Levin Sedran & Berman LLP
                                            510 Walnut Street, Suite 500
                                            Philadelphia, PA 19106
                                            Phone: (215) 592-1500
                                            Fax: (215) 592-4663
                                            alevin@lfsblaw.com
                                            *Plaintiffs' Lead Counsel MDL 2047 and Settlement*
                                            *Class Counsel*

Patrick Shanan Montoya
Fla. Bar No. 0524441
Patrick@colson.com
Colson Hicks Eidson
255 Alhambra Circle, PH
Coral Gables, FL  33134-2351
Telephone:  (305) 476-7400
Facsimile:  (305) 476-7444
*Plaintiffs' Steering Committee MDL 2047 and
Settlement Class Counsel*

Richard J. Serpe, Esq.
LAW OFFICES OF RICHARD J. SERPE, PC
580 E. Main Street, Suite 310
Norfolk, Virginia 23510
757-233-0009
Rserpe@serpefirm.com
*Plaintiffs' Steering Committee MDL 2047 and
Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 10th day of January, 2020.

*/s/ Stephen J. Herman*
Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
SHerman@hhklawfim.com
*Plaintiffs' Liaison Counsel MDL 2047 and*
*Settlement Class Counsel*
