# Exhibit A

```
CFN  2013R0894309
OR Bk 28906 Pgs 3332 - 3333; (2pgs)
RECORDED 11/12/2013 11:03:36
DEED DOC TAX 0.60
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

# DOCUMENT COVER PAGE

For those documents not providing the **required** space on the first page, this cover page must be attached.

It must describe the document in sufficient detail to prohibit its transference to another document.

An additional recording fee for this page must be remitted.

(Space above this line reserved for recording office use)

**Document Title:** QUIT CLAIM DEED
(Mortgage, Deed, Construction Lien, Etc.)

**Executing Party:** MERCY AND GILBERTO MARTINEZ

**Legal Description:**
(If Applicable)

As more fully described in above described document.

**Return Document To / Prepared By:**

A & B REAL ESTATE HOLDINGS, LLC

318 ALHAMBRA CIR

CORAL GABLES, FL 33134

---

F.S. 695.26 Requirements for recording instruments affecting real property—

(Relevant excerpts of statute)

(1) No instrument by which the title to real property or any interest therein is conveyed, assigned, encumbered, or otherwise disposed of shall be recorded by the clerk of the circuit court unless:

(e) **A 3-inch by 3-inch space at the top right-hand corner on the first page** and a 1-inch by 3-inch space at the top right-hand corner on each subsequent page are reserved for use by the clerk of the court...

---

CLK/CT 155 Rev. 04/11

## QUIT CLAIM DEED

**THIS QUIT CLAIM DEED** executed this _31_ day of _October_, 2013, by GILBERTO MARTINEZ AND MERCY MARTINEZ, HUSBAND AND WIFE, whose post office addresses is 23205 SW 217 Avenue, Homestead, FL 33031, first party, to A & B REAL ESTATE HOLDINGS LLC, a Florida limited liability company, whose address is 318 Alhambra Circle, Coral Gables, FL 33134, second party;

**WITNESSETH:** That the said first party, for and in consideration of the sum of $10.00, in hand paid the said second party the receipt whereof is hereby acknowledged, does hereby remise, release and quit-claim unto the said second party forever, *all right title, interest, claim and demand*, in which the said first party has in and to the following described lot, piece or parcel of land situate, lying and being in the county of MIAMI-DADE, State of Florida, to wit:

> The NW 1/4 of Section 21, Township 56 South, Range 38 East, less the South 2456 feet and less the East 2247 feet and less the North 55 feet and less the West 55 feet.
> Folio No. 30-6821-000-1600
> a/k/a 23205 SW 217 Avenue, Homestead, FL 33031

**TO HAVE AND TO HOLD,** the same together with all and singular the appurtenances thereunder belonging or in anywise appertaining, and all the estate, right, title interest, lien, equity and claim whatsoever of the said party, either in law or equity, to the only proper use, benefit and behoof of the said second party forever.

**IN WITNESS WHEREOF,** the said first party has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered
in the presence of:

_Signature of witness_
Print Name of witness: Moises Ramos

_Signature of witness_
Print Name of witness: _Junioski_

By: GILBERTO MARTINEZ

By: MERCY MARTINEZ

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared GILBERTO MARTINEZ AND MERCY MARTINEZ who have produced _FL License_ for identification and who have taken oaths and have executed the foregoing instrument and acknowledged before me that they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 31 day of _October_, 2013.

NOTARY PUBLIC STATE OF FLORIDA
Print, type of stamp Commissioned Name of Notary Public

FRANCISCO JOSE SOTO
MY COMMISSION # EE 883025
EXPIRES: May 6, 2017
Bonded Thru Budget Notary Services

My Commission Expires:
This document was prepared by:
Douglas D. Stratton, Esq.
407 Lincoln Road, Suite 2A
Miami Beach, Florida 33139; phone: (305) 672-7772

Case 2:09-md-02047-EEF-MBN   Document 22462-1   Filed 01/13/20   Page 4 of 4



```
CFN  2013R0799786
OR Bk 28857 Pg 0800; (1ps)
RECORDED 10/08/2013 08:50:57
DEED DOC TAX 1,979.40
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE
```

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

BANK OF NEW YORK (THE)
Plaintiff(s) / Petitioner(s)
VS.
FORJAN, JANEISY , et al.
Defendant(s) / Respondents(s)

GENERAL JURISDICTION DIVISION
Case No:         08058706CA01
Section:         08
Doc Stamps:      $1,979.40
Surtax:          $0.00
Consideration:   $329,900.00

## CERTIFICATE OF TITLE

**The undersigned clerk** of the court certifies that a Certificate of Sale was executed and filed in this action on September 17, 2013, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.
The following property in Miami-Dade County, Florida:

> The NW 1/4 of Section 21, Township 56 South, Range 38 East, less the South 2456 feet and less the East 2247 feet and less the North 55 feet and less the West 55 feet.
>
> Property Address: 23205 SW 217th Avenue, Homestead, FL 33031

was sold to:
A & B REAL ESTATE HOLDINGS, LLC
318 Alhambra Circle
Coral Gables, FL, 33134

WITNESS my hand and the seal of this court on   October 08, 2013.

Harvey Ruvin, Clerk of Courts
Miami-Dade County, Florida

Rev. 10/5/2009                                1
Book28857/Page800    CFN#20130799786           Page 1 of 1