# Exhibit E

2018 — A & B Real Estate Holdings

| Address | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15365 | SW | 288 | St | 1450 | 1450 | 0 | 0 | 0 | 0 | 0 | 3000 | 1500 | 1500 | 1500 | 1500 |
| 777 | NW | 72 | Ave | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 105 | Grand | | Ave 111 | 900 | 900 | 900 | 0 | 1800 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 120 |
| 107 | | | | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 | 1150 |
| 109 | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 0 | 0 | 2400 | 1200 | 1200 |
| 111 | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 29400 | SW | 194 | Ave | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| 13200 | SW | 188 | Ave | 2000 | 2200 | 2200 | 2200 | 0 | 2650 | 2650 | 2650 | 2650 | 2650 | 2650 | 2650 |
| 28305 | SW | 173 | Ct | 2300 | 2300 | 2300 | 2300 | 2300 | 2300 | 2300 | 2300 | 2300 | 2300 | 2375 | 2375 |
| 23301 | SW | 197 | Ave | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 |
| 600 | Biltmore | 719 | Way | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20215 | SW | 180 | Ave | 3900 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 | 4000 |
| 23205 | SW | 217 | Ave | 0 | 0 | 0 | 9562 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 |
| 18859 | SW | 169 | Ave | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 | 3400 |
| 3771 | | Frow | Ave | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | |
| 21925 | SW | 194 | Ave | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 |
| 1885 | NW | 151 | St | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 0 | 0 | 0 | 0 |
| VL | 222 Ave | 256 St | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6000 | 0 | 0 | 0 | 0 |
| 10951 | SW | 170 | Ter | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 | 2100 |
| 24601 | SW | 124 | Ave | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1900 | 1900 | 1900 | 1900 | 1900 | 1900 |
| 13101 | SW | 268 | St | 1700 | 1600 | 1600 | 1600 | 1600 | 1700 | 1600 | 1600 | 1600 | 1600 | 1700 | |
| 22300 | SW | 184 | Ave | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
| 66 | Valencia | Ave | 301 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4000 | 2000 | 2000 | 200 |
| 9850 | SW | 165 | Ter | 1570 | 1570 | 1570 | 1570 | 1570 | 1570 | 1570 | 1570 | 1670 | 1570 | 1670 | 1570 |
| 14525 | SW | 272 | St | 0 | 0 | 0 | 0 | 4800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10650 | SW | 170 | St | 1300 | 0 | 0 | 1755 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 |
| 26920 | SW | 194 | Ave | 4860 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 | 2700 |
| 6801 | SW | 71 | Ave | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 |
| 5759 | SW | 61 | St | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| 24561 | SW | 212 | Ave | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2400 | 1200 | 1200 | 1200 | 1200 |
| 733 | NW | 7 | Ave | 0 | 0 | 0 | 0 | 0 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 |
| 6065 | SW | 64 | Ter | 0 | 0 | 0 | 0 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 |
| 22785 | SW | 218 | Ct | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2140 | SW | 51 | St | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Rents and Taxes per month  **2017**  A & B Real Estate Holdings

| | | | Due | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15365 | SW | 288 | St | | | | | 1350 | 1350 | 1350 | 1550 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 | 1450 |
| 777 | NW | 72 | Ave | ### | 2014 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 105 | Grand | | Ave | 105 | 107 | 109 | 111 | 900 | 900 | 900 | 900 | 0 | 0 | 0 | 1800 | 0 | 900 | 900 | 1000 |
| 107 | | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1495 | 1150 | 1150 |
| 109 | | | Apr+May=1200 | | | | 1100 | 1100 | 1100 | 1100 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 111 | | | | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 29400 | SW | 194 | Ave | | | | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| 13200 | SW | 188 | Ave | Apr => 2100 | | | 2100 | 1900 | 1900 | 2100 | 2100 | 2200 | 2200 | 2200 | 2200 | 2200 | 2200 | 2200 |
| 28305 | SW | 173 | Ct | | | | 2200 | 2200 | 2200 | 2200 | 2200 | 0 | 0 | 0 | 0 | 0 | 5100 | 2300 |
| 23301 | SW | 197 | Ave | | | | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 |
| 600 | Biltmore | 719 | Way | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20215 | SW | 180 | Ave | | | | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 |
| 23205 | SW | 217 | Ave | | | | 1722 | 3100 | 3100 | 4800 | 1100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18859 | SW | 169 | Ave | Apr=> 3,300 | | | 3200 | 3200 | 3200 | 3300 | 3400 | 3400 | 3400 | 3300 | 3400 | 3400 | 3400 | 3400 |
| 3771 | | Frow | Ave | | | | 0 | 0 | 0 | 0 | 0 | 2790 | 1550 | 1627.5 | 1550 | 1550 | 1650 | 1600 |
| 21925 | SW | 194 | Ave | Apr => 2100 | | | 2000 | 2000 | 2000 | 2000 | 2100 | 2100 | 2100 | 2100 | 2200 | 2100 | 2100 | 2100 |
| 1885 | NW | 151 | St | | | | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 | 1275 |
| VL | 222 Ave | 256 St | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5500 | 0 | 0 | 0 | 0 |
| 10951 | SW | 170 | Ter | | | | 1900 | 1900 | 1900 | 1900 | 2050 | 2050 | 2050 | 2050 | 0 | 6300 | 2100 | 2100 |
| 24601 | SW | 124 | Ave | | | | 1800 | 1800 | 1800 | 1800 | 1900 | 1800 | 1800 | 1900 | 1900 | 1800 | 1900 | 1900 |
| 13101 | SW | 268 | St | | | | 1600 | 1650 | 1700 | 1600 | 1550 | 1700 | 1700 | 1700 | 1600 | 1700 | 1600 | 1700 |
| 22300 | SW | 184 | Ave | | | | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2600 | 2600 | 2500 | 2500 |
| 66 | Valencia | Ave | 301 | | | | 2100 | 2100 | 2100 | 2100 | 1700 | 0 | 0 | 4500 | 2250 | 0 | 0 | 0 |
| 9850 | SW | 165 | Ter | | | | 1570 | 1570 | 1570 | 1570 | 1570 | 1670 | 1670 | 1670 | 1570 | 1670 | 1670 | 1670 |
| 14525 | SW | 272 | St | | | | 0 | 0 | 0 | 1450 | 1600 | 1600 | 1600 | 1600 | 1600 | 1600 | 1600 | 0 |
| 10650 | SW | 170 | St | | | | 1400 | 1400 | 1300 | 1300 | 1300 | 1300 | 1400 | 1400 | 1400 | 1400 | 1400 | 1400 |
| 26920 | SW | 194 | Ave | | | | 2600 | 2600 | 2600 | 3600 | 1600 | 2600 | 2600 | 2600 | 2600 | 2600 | 0 | 0 |
| 6801 | SW | 71 | Ave | | | | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 |
| 5759 | SW | 61 | St | | | | 0 | 0 | 2000 | 2666 | 2666 | 2667 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| 24561 | SW | 212 | Ave | | | | | | | | | | | | | | | |
| 733 | NW | 7 | Ave | | | | | | | | | | | | | | | |
| 6065 | SW | 64 | Ter | | | | | | | | | | | | | | | |
| 22785 | SW | 218 | Ct | | | | | | | | | | | | | | | |

Rents and Taxes per month  2016  A & B Real Estate Holdings

| | | | Due | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15365 | SW | 288 | St | | | | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1210 | 1350 | 1350 |
| 777 | NW | 72 | Ave | ### | 2014 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 105 | Grand | | Ave | 105 | 107 | 109  111 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 800 | 1000 | 900 | | |
| 107 | | | | | | | 1000 | 1000 | 1000 | 0 | 3450 | 1150 | 1200 | 500+100 | 500 | 0 | 0 | 0 |
| 109 | | | | | | | 0 | 0 | 1361 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 | 1100 |
| 111 | | | | | | | 1025 | 0 | 2200 | 1100 | 1100 | 550 | 0 | 0 | 0 | 1810 | 1200 | 1200 |
| 29400 | SW | 194 | Ave | | | | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| 13200 | SW | 188 | Ave | | | | 1800 | 1800 | 1900 | 0 | 0 | 5240 | 900 | 1900 | 1900 | 1900 | 2000 | 1900 |
| 28305 | SW | 173 | Ct | | | | 1800 | 1800 | 1900 | 1900 | 0 | | 4460 | 2200 | 2200 | 2200 | 2200 | 2200 |
| 23301 | SW | 197 | Ave | | | | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 |
| 600 | Biltmore | 719 | Way | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20215 | SW | 180 | Ave | | | | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 |
| 23205 | SW | 217 | Ave | | | | 3100 | 3000 | 3100 | 0 | 0 | 0 | 11,700 | ok | ok | ok | 2600 | 3100 |
| 18859 | SW | 169 | Ave | | | | 0 | 0 | 3700 | 4767 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| 3771 | | Frow | Ave | | | | 1200 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 0 | 0 | 0 |
| 21925 | SW | 194 | Ave | | | | 2000 | 2000 | 2000 | 2000 | 1600 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| 1885 | NW | 151 | St | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1375 | 1275 | 1275 |
| VL | 222 Ave | 256 St | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3000 | 0 | 0 | 0 | 0 |
| 10951 | SW | 170 | Ter | | | | 2307 | 1780 | 1900 | 1400 | 1900 | 1900 | 1500 | 1900 | 1900 | 1900 | 1900 | 1900 |
| 24601 | SW | 124 | Ave | | | | 1000 | 0 | 3007 | 2000 | 2000 | 0 | 2340 | 1800 | 1800 | 1800 | 1800 | 1800 |
| 13101 | SW | 268 | St | | | | 0 | 0 | 2850 | 1350 | 2700 | 0 | 0 | 2880 | ok | ok | 1600 | 1600 |
| 22300 | SW | 184 | Ave | | | | 0 | 0 | 0 | 4584 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 |
| 66 | Valencia | Ave | 301 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1050 | 1610 | 1896 | 2100 |
| 9850 | SW | 165 | Ter | | | | 3140 | 1670 | 640 | 1670 | 1670 | 1670 | 1670 | 1670 | 1670 | 1770 | 1670 | 1330 |
| 14525 | SW | 272 | St | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10650 | SW | 170 | St | | | | 0 | 0 | 2340 | 1128 | 1400 | 1300 | 1300 | 1300 | 1400 | 1300 | 1400 | 1400 |
| 26920 | SW | 194 | Ave | | | | 0 | 0 | 0 | 5700 | 2600 | 2600 | 2600 | 2600 | 2600 | 2600 | 2600 | 2600 |
| 6801 | SW | 71 | Ave | | | | 0 | 0 | 0 | 0 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 | 1700 |
| 5759 | SW | 61 | St | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Rents and Taxes per month  **2015**  A & B Real Estate Holdings

| | | | Due | | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15365 | SW | 288 | St | | | | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 | 1350 |
| 777 | NW | 72 | Ave | 2013 | 2014 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 105 | Grand | | Ave | 105 | 107 | 109  111 | 900 | 950 | 950 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 900 |
| 107 | | | | | | | 0 | 0 | 0 | 1925 | 1000 | 1000 | 1100 | 1000 | 1000 | 1000 | 1000 | 1000 |
| 109 | | | | | | | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 0 | 0 | 1000 | 0 | 0 | 0 |
| 111 | | | | | | | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 | 850 |
| 29400 | SW | 194 | Ave | | | | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 | 3200 |
| 13200 | SW | 188 | Ave | | | | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 |
| 28305 | SW | 173 | Ct | | | | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 | 1800 |
| 23301 | SW | 197 | Ave | | | | 2800 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 | 2850 |
| 600 | Biltmore | 719 | Way | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20215 | SW | 180 | Ave | | | | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 | 3600 |
| 23205 | SW | 217 | Ave | | | | 0 | 0 | 0 | 0 | 0 | 9000 | 3000 | 3000 | 3000 | 3000 | 3000 | 3000 |
| 18859 | SW | 169 | Ave | | | | 3250 | 3250 | 3250 | 0 | 5350 | 8495 | 3600 | 0 | 3600 | 7400 | ?? | ?? |
| 3771 | | Frow | Ave | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| 21925 | SW | 194 | Ave | | | | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 | 2000 |
| 1885 | NW | 151 | St | | | | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 | 1200 |
| VL | 222 Ave | 256 St | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10951 | SW | 170 | Ter | | | | 0 | 0 | 5950 | 1900 | 1560 | 1900 | 1900 | 1900 | 1900 | 1900 | 1900 | 1900 |
| 24601 | SW | 124 | Ave | | | | 0 | 0 | 0 | 0 | 0 | 0 | 2993 | 1950 | 0 | 0 | 0 | 0 |
| 13101 | SW | 268 | St | | | | 1080 | 1350 | 1350 | 1350 | 1350 | 1350 | 1415 | 1415 | 1417.5 | 1417 | 1417 | |
| 22300 | SW | 184 | Ave | | | | 2650 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5300 | 0 | 0 |
| 66 | Valencia | Ave | 301 | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9850 | SW | 165 | Ter | | | | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 1550 | 0 | 1800 | 0 |