UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

**PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiff A&B Real Estate Holdings, LLC, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff A&B Real Estate Holdings, LLC owns a property in the State of Florida with a street address of: 23205 SW 217 AVE, Miami, FL 33031.

4. Plaintiff A&B Real Estate Holdings, LLC purchased the property on October 13, 2013.

5. Plaintiff A&B Real Estate Holdings, LLC discovered Knauf-manufactured drywall in its home on September 18, 2017.

6. Plaintiff A&B Real Estate Holdings, LLC filed its claim against the Knauf Defendants in this action on March 6, 2018.

7. Plaintiff A&B Real Estate Holdings, LLC completed and executed a verified Plaintiff Profile Form.

8. Plaintiff A&B Real Estate Holdings, LLC completed and executed a verified Supplemental Plaintiff Profile Form.

9. Plaintiff A&B Real Estate Holdings, LLC completed and executed a verified Plaintiff Fact Sheet.

10. Plaintiff A&B Real Estate Holdings, LLC was deposed by Knauf's Counsel twice in 2019, both times in Miami, Florida.

11. Florida law provides a four-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

12. Florida law recognizes a Delayed Discovery Rule to file product defect-related claims, an exception to the four-year statute of limitations.

13. Plaintiff A&B Real Estate Holdings, LLC seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*