# Exhibit A

**Prepared By and Return To:**
Omnimark Title Services, LLC
1210 Del Prado S.
Cape Coral, Florida 33990

File No. 04-220133

**Property Appraiser's Parcel I.D. (folio) Number(s)**
32-44-24-C2-01211.0110

INSTR # 6376236
OR BK 04380 Pgs 3276 - 3277; (2pgs)
RECORDED 07/28/2004 11:13:41 AM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
DEED DOC 1,785.00
DEPUTY CLERK A Janke

# WARRANTY DEED

THIS WARRANTY DEED dated June 15, 2004, by Debra DeMaria a single woman aka Debra L. Demaria hereinafter called the grantor, to James H. Blevins a single man, whose post office address is 8327 Cook Road, Swartz Creek, MI 48473, hereinafter called the grantee:

>(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

>Lots 11 and 12, Block 1211, Unit 19, Cape Coral, according to plat thereof recorded in Plat Book 13, Pages 121-135, of the Public Records of Lee County, Florida.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2003

Warranty Deed (Individual to Individual)
Rev. (3/00)

# WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____
(Witness Signature)

Debbie Jones

_____
(Witness Signature)

KATHY MURPHY

_____
Debra DeMaria

19991 Chapel Trace
(Address)

Estero, FL 33928
(Address)

State of _Florida_
County of _Lee_

Sworn to, subscribed and acknowledged before me this _15_ day of _June_, _2004_ by _Debra DeMaria_ who are personally known to me or who have produced _drivers license_ as identification.

_____
Notary Public  Deborah J. Jones
My Commission Expires:

[Notary stamp - inverted]
MY COMMISSION EXP. NOV. 14, 2005
COMMISSION NO. DD071755
NOTARY PUBLIC STATE OF FLORIDA
DEBORAH J. JONES
OFFICIAL NOTARY SEAL

[Notary stamp]
OFFICIAL NOTARY SEAL
DEBORAH J JONES
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD071755
MY COMMISSION EXP. NOV. 14, 2005

Warranty Deed (Individual to Individual)
Rev. 3/00