# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Chinese Manufactured Drywall Products Liability Litigation | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This Document Relates to: | MAG. JUDGE WILKINSON |

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin    , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: James       H    Blevins

First Name       M.I.    Last Name       Suffix

Co-Claimant First Name (if applicable)   M.I.    Last Name       Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

2636 SE 19th Place
Address 1            Address 2
Cape Coral        FL      33904
City            State     Zip Code

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:    James      H     Blevins
                   First Name    M.I.   Last Name        Suffix

Mailing Address (if different):

Address 1            Address 2

City            State     Zip Code

Phone Number of Person Completing This Form: ( 239  ) 565  - 7277

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 6    / 15    / 2004

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year:      /     / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes   ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 8    / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

This home was built after I purchased the property. The inspection report generated by Chinese Drywall Screening, LLC made me aware that my home contained defective Knauf drywall. ⊞

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages? ☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes   ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year:      /    /

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property? ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages? ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database? ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee? ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
              Month    Day      Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall? ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale? _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                                     Month     Day     Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                                     Month     Day     Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____ / _____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received: $ _____

Source: _____

Amount of payments received: $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$ 12,675.49 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 275,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 283,866.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

6

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          March 21, 2018
Claimant's signature                                                    Date signed

Name:      James H Blevins

Address:   2636 SE 19th Place
           Address 1                         Address 2
           Cape Coral              FL        33904
           City                    State     Zip Code

Phone No.: ( 239   ) 565   - 7277

Email:     blevinsj@aol.com

7



**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184

**LEASE AGREEMENT**
**This Lease Agreement is entered into between A-1 Shelters-Industrial Pk. the ("LESSOR") and the undersigned, the ("LESSEE")**

**The Lessor leases to Lessee and Lessee leases and takes, as tenant under Lessor, the below described space in the A-1 Shelters-Industrial Pk., at the agreed monthly rent set forth below which shall be paid in advance on the lease anniversary date each month, without demand.**

| | |
|---|---|
| MOVE IN / DUE DATE :  7/18/2017 | UNIT NUMBER :  A0512 |
| NAME/BUSINESS:  James Blevins | TENANTS DRIVERS LIC.NO:  B415-448-43-329-0 FL |
| ADDRESS  2636 SE 19th Pl. | EMAIL ADDRESS:  blevinsj@aol.com |
| CITY/STATE/ZIP:  CAPE CORAL, FL 33904 | EMPLOYED BY: |
| RES PHONE:  239-565-7277 | |

PROPERTY TO BE STORED: (Circle all that apply) Household goods, furniture, boxes, trunks, suitcases, toys, sporting goods, tools, motor vehicles (VIN required) other vehicles/trailers (registration number required) and/or other as named:_____

(If vehicle storage) CURRENT REGISTRATION: _____VIN#_____MAKE/MODEL_____

LIENHOLDER INFORMATION: Lessee represents that he owns or has legal possession of the personal property in his space(s). Lessee attests that all the personal property in his space is free and clear of all liens and secured interests EXCEPT for the following items (describe property and name of lienholder): _____

I, James Blevins , (Lessee) hereby rent from A-1 Shelters-Industrial Pk., (Lessor) those certain premises described as Space No. A0512

Size:  10X20   Base Rent:  $144.00 + Sales Tax:  $8.64 = Monthly Rent:  $152.64 . If any monthly installment is not paid within 5 days of the due date, or if any check in payment is dishonored, Lessee shall be deemed to be in default. Default can also be the Lessee failure to perform any terms or conditions of this Rental Agreement or Lessee's breach of the peace. In the event of Lessee's default, Lessor may, without notice, deny the Lessee access to the property located in the self storage facility. Lessor may overlook the rented premises over which only the Lessor and his agents have control. Any payments made to stop the foreclosure and sale of Lessee's property must be paid by cash, certified funds or money order. Personal checks will not be accepted. Lessee agrees and understands that partial payments made to cure a default for non-payment of rent will not delay or stop the sale of Lessee's property. Partial payments do not waive or avoid the legal effect of prior notices given to Lessee. Only full payment on Lessee's account prior to the published auction date will stop the scheduled sale of this property.

There is a non-refundable administrative fee in the amount of  $15.00 . Administrative fee is retained by Lessor in the event of cancellation.

1.     **Late and Service Charges:** A late charge of $10.00 will be assessed if the monthly rental is not received by the Lessor within 5 days of the due date. A second late fee of $5.00 will be assessed on day 15 after the due date. Late charges are due and payable without notice by Lessor to Lessee. It is agreed and understood late charges represent those costs incurred by Lessor as a result of Lessee breaching the lease and are not punitive charges for failing to pay rent. A Notice of Lien letter will be mailed on day six after failure to pay the second consecutive monthly rental fee. At that time a second $10.00 late fee will be assessed and a minimum pre-lien fee of $27.00 is due. A service charge of $30.00 will be due from Lessee for each returned check.

2.     **Lessor's Lien:** If Lessee fails to pay any rent, late charges or service charges required to be paid under this lease after same is due, then Lessor shall have a lien upon all personal property (whether or not owned by the Lessee) located at the self-service storage facility for rent, labor charges, attorney's fees or any other expenses necessary for the preservation of the Lessee's personal property or incurred in its sale or other disposition. PURSUANT TO THE "SELF SERVICE STORAGE FACILITY ACT" SET FORTH IN SECTIONS 83.801-83.809 OF THE FLORIDA STATUTES, THE LIEN PROVIDED HEREUNDER ATTACHES AS OF THE DATE THE PERSONAL PROPERTY IS BROUGHT TO THE PREMISES, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE AT LAW OR IN EQUITY, LESSOR MAY ENFORCE ITS LIEN BY SELLING OR OTHERWISE DISPOSING OF THE PERSONAL PROPERTY STORED IN THE SPACE.

3.     **Liability and Insurance:** No bailment is created by this Agreement. Lessor is not a warehouseman engaged in the business of storing goods for hire. The exclusive care, custody and control of any and all personal property stored in the leased space shall remain vested in the Lessee, and all property stored within or on the space by Lessee or located at the facility by anyone shall be stored at Lessee's sole risk. Lessor and Lessor's agents and employees shall not be liable for any loss of or damage to any personal property while at the rented premises arising from any cause whatsoever including, but not limited to, burglary, mysterious disappearance, fire, water damage, rodents, Acts of God, the active or passive acts or omissions or negligence of the Lessor, Lessor's agents or employees.

Lessee, at Lessee's expense, shall secure its own insurance to protect itself and its property against all perils of whatsoever nature. Insurance on Lessee's property is a material condition of this Agreement. Lessee's failure to carry insurance is a breach of this Agreement and Lessee assumes all risk of loss to stored property that would be covered by such insurance. Insurance carried by the Lessor shall be for the sole benefit of the Lessor and Lessee shall make no claim whatsoever against Lessor's insurance. Lessee agrees not to subrogate against or allow Lessee's insurance company to subrogate against Lessor in the event of loss or damage of any kind or from any cause, Lessee agrees to indemnify and hold harmless the Lessor from and against all claims of whatever nature arising from any accident, injury or damage to any person's body or property (including the Lessee) during the term hereof, in or about the premises or arising from any accident, injury or damage to person or property occurring outside of the premises but within the building area (including the parking lot area), where such accident, injury or damage results or is claimed to have resulted from an act, omission or negligence on the part of Lessee, its licensees, agents, invitees, servants or employees.

Lessee agrees to the extent permitted by law that Lessor shall not be responsible or liable to Lessee or to those claiming by, through or under Lessee for any loss or damage occasioned by or through the acts, omissions or negligence of the occupants of adjoining

premises or any part of the building or for any loss or damage resulting to Lessee, or those claiming by, through or under the Lessee or to its or their property from the bursting, stopping, leaking or overflowing of water, sewer or water pipes or any other cause.
This indemnity and hold harmless agreement shall include indemnity against all cost, claims, expenses, penalties, liens and liabilities incurred in or in connection with any such claim or proceeding brought thereon and the defense there of.

**4.    Use:** The Lessee shall use the premises only for the storage of personal property and heusehold goods. The storage of hazardous materials is prohibited. The Lessee shall not use the premises for any unlawful purpose, use or business, nor for any business, use or purpose deemed disreputable or extra hazardous, nor any purpose or in any manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which tends to increase the rate of fire insurance in the building in which the premises are located. Any deviation from stated use of space will result in termination of Lease.

The Lessee agrees not to store jewels, furs, heirlooms, art works, collectibles or other irreplaceable items having special or emotional value to the Lessee. There shall be NO HABITABLE OCCUPANCY of the space by humans or pets of any kind for any period whatsoever and violation of these prohibitions shall be grounds for immediate TERMINATION of the Agreement.

No garage sales allowed on premises.

**5. Access:** Lessor shall deny access to the Lessee in the event Lessee is in default under any of the terms and conditions of this Lease. Lessor may deny access to any person(s) claiming by, through or under the Lessee, unless such person is named above. Lessor shall have the right to inspect the space at any time for the purpose of safety, extermination and to determine if any terms of the Lease are being violated.

**6. Improvements:** Lessee shall make no improvements or alterations within the space.

**7. Termination:** This Lease may be terminated by Lessor on ten (10) days written notice to Lessee. Lessee may terminate this Lease on any Lease anniversary date, provided the following conditions are satisfied.
   a.) Lessee must advise Lessor (on a form provided by Lessor for that purpose) of its intent to vacate the premises and terminate the Lease before removal of the stored property.
   b.) Lessee's account shall be paid in full. ONLY CASH OR CASHIER'S CHECK SHALL BE ACCEPTED ON THE DATE OF TERMINATION.
   c.) If a Lessee fails to fully vacate space on Lease anniversary date, rent due may be prorated, on an individual basis, up to a six day grace period.
If Lessee fails to fully remove its property from the space within the time required, Lessor, at its option, may without further notice or demand, either directly or through legal process, reenter the Lessee's unit and remove all property therefrom without being deemed guilty in any manner of trespassing or conversion. This Agreement shall automatically terminate if Lessee abandons space. Lessee shall have abandoned the space if Lessee has removed the contents of the space, and/or has removed Lessee's locking device from the space and IS NOT current in all obligations hereunder. Rent paid for month in which Lessee moves out early shall not be refunded.

**8. Locks and Latches:**
   a.) Lessee shall provide his own lock. Lessor will place a new lock on any unit found unlocked, Lessee will be billed for purchase.
   b.) If Lessee informs Lessor of intent to vacate but leaves a lock upon the slide bolt, this will be a default and cause for forfeiture of any rental income remaining on account. All items remaining on premises will be disposed of by Lessor.
   c.) Lessee must provide lock for unit. No unit shall be left unlocked.
   d.) If latch is damaged as a result of Lessee abuse, Lessee shall be responsible for payment of costs to Lessor for repair or replacement of latch.

**9. Changes:** All terms of this Agreement, including but without limitation, monthly rental rate, conditions of occupancy and other charges, are subject to change upon thirty (30) days prior written notice to Lessee. If changed, the Lessee may terminate this Agreement on the effective date of the change by giving Lessor ten (10) days prior written notice to terminate after receiving notice of the change. If the Lessee does not give such notice, the change shall become effective and apply to his occupancy.

**10. Rules and Regulations:** Lessee agrees to comply with all rules and regulations delivered herewith or posted on the premises. Lessor reserves the right to make rule changes from time to time.

**11. Limitation of Value:** Lessee agrees that in no event shall the total value of all property stored be deemed to exceed $5,000 unless Lessor has given permission in writing for Lessee to store property exceeding $5,000 in value and Lessee has provided proof of insurance to Lessor to cover the value of the stored property. Lessee agrees that the maximum liability of Lessor to Lessee for any claim or suit by Lessee, including but not limited to any suit which alleges wrongful or improper foreclosure or sale of the contents of a storage unit is $5,000. Nothing in this section shall be deemed to create any liability on the part of Lessor to Lessee for any loss or damage to Lessee's property, regardless of cause.

**12. Lessee's Liability:** In the event of a foreclosure, it is understood and agreed that the liability of Lessee for the rents, charges, costs and expenses provided for in this rental agreement shall not be relinquished, diminished or extinguished prior to payment in full. If any property remains unsold after foreclosure and sale, Lessor may dispose of said property in any manner considered appropriate by Lessor. Lessee hereby waives and renounces its right to the benefit of any constitutional or statutory exemptions as to its property in the space.

**13. Condition and Alteration of Premises:** Lessee assumes responsibility for having examined the premises and hereby accepts it as being in good order and condition. Should Lessee damage or depreciate the space, or make alterations or improvements without the prior consent of the Lessor, then all costs necessary to restore the space to its prior condition shall be borne by Lessee.

**14. Lessor's Right to Enter:** In cases where Lessor considers it necessary to enter the space for purposes of examining the space for violation of this Agreement or condition in the space or making repairs or alterations thereto, or to comply with this Agreement. Lessee agrees that Lessor, or Lessor's representative, shall have the right without notice to enter into and upon the space and Lessor reserves the right to remove contents to another space.

**15. Assignment and Subletting:** Lessee shall not assign this Agreement or sublet the whole or any portion of the space rented hereunder.

**16. Waiver/Enforceability:** In the event any part of this Agreement shall be held invalid or unenforceable the remaining part of this Rental Agreement shall be in full force and effect as though any invalid or unenforceable part or parts were not written into this Agreement. No waiver by Lessor of any provisions hereof shall be deemed a waiver of any other provision hereof or of any subsequent default or breach by Lessee of the same or any other provision.

**17. Succession:** This Agreement is binding upon the parties, their heirs, successors, personal representatives and assigns.

**18. Governing Law:** This Agreement and any actions between the parties shall be interpreted by and governed by the laws of the State of Florida.

**19. Waiver of Jury Trial:** Lessor and Lessee waive their respective rights to trial by jury of any cause of action, claim, counterclaim, or cross complaint brought by either Lessor against Lessee, or Lessee against Lessor on any matter arising out of or in any way connected

with this Rental Agreement, Lessee's use or occupancy of the storage space, or any claim of bodily injury or property damage or the enforcement of any remedy under any law, statute, or regulation.

**20. Notice of Change of Address:** Lessee agrees to give prompt written notice to Lessor of any change in Lessee's address, any change in the liens and secured interest on Lessee's property, in the Space and any removal or addition of property to or out of the Space. Lessee understands he must personally deliver such notice to Lessor or mail the notice by certified mail, return receipt requested, with postage prepaid to Lessor at the address shown on the Rental Agreement.

**NOTICE TO LESSEE. This Agreement contains provisions on three pages. Do not sign this Agreement until you read all three pages of this Agreement. Lessee hereby acknowledges by signing this Agreement that he/she has read, understood and accepts all terms and conditions expressed in this Agreement.**

This Agreement has been executed on:  July 18, 2017

_____      By _____
                    Lessee                                              Manager

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Transfer Receipt**

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | | |
|---|---|---|---|
| Date: | 7/18/2017 |
| Print Date: | 7/18/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $144.00 | ($144.00) | $0.00 |
| Misc | $10.00 | $0.00 | $10.00 |
| Tax | $8.64 | ($8.64) | $0.00 |
| Total | $162.64 | ($152.64) | $10.00 |

Paid By:
Cash
Check
ACH
Credit Card
Debit Card
Other

Rent Paid Through Date: 8/17/2017

Manager: _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Payment Receipt**

| | | |
|---|---|---|
| Blevins, James | Date: | 7/18/2017 |
| 2636 SE 19th Pl. | Print Date: | 7/18/2017 |
| CAPE CORAL, FL 33904 | Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Misc | $10.00 | ($10.00) | $0.00 |
| Total | $10.00 | ($10.00) | $0.00 |

Paid By:                                          Allowance
Cash
Check
ACH
Credit Card
Debit Card
Other                                          Misc: ($10.00)

Rent Paid Through Date: 8/17/2017

Manager: _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

### Payment Receipt

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

Date: 8/11/2017
Print Date: 8/11/2017
Monthly Payment: $152.64

Space(s):A0512

|  | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $0.00 | ($288.00) | ($288.00) |
| Tax | $0.00 | ($17.28) | ($17.28) |
| Total | $0.00 | ($305.28) | ($305.28) |

Paid By:
Cash
Check
ACH
Credit Card                    $305.28
Debit Card
Other

Rent Paid Through Date: 10/17/2017

Manager: _____

Type of Card:       Master Card
Card No:            xxxx-xxxx-xxxx-1138
TransactionID:      2021003701
**Total:**          **$305.28**

Approval No:        01123Z

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

## Payment Receipt

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | |
|---|---|
| Date: | 11/14/2017 |
| Print Date: | 11/14/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $0.00 | ($144.00) | ($144.00) |
| Tax | $0.00 | ($8.64) | ($8.64) |
| Total | $0.00 | ($152.64) | ($152.64) |

Paid By:
Cash
Check
ACH
Credit Card          $152.64
Debit Card
Other

Rent Paid Through Date: 12/17/2017

Manager: _____

| | |
|---|---|
| Type of Card: | Visa |
| Card No: | xxxx-xxxx-xxxx-1031 |
| TransactionID: | 90801791 |
| **Total:** | **$152.64** |

Approval No: _____ 06176C

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

**NAME** _____
**ADDRESS** _____
**CITY&STATE** _____ **ZIP** 3390_
**CELL PHONE #** 239-565-7277

**IN** _____
**OUT** 2-5-18
**TODAY'S DATE** 2-8-18

**SIGNATURE** _____
**DATE OF BIRTH** _____ **NO. OF GUESTS** 2
**PETS** ☐YES ☐NO   **WEIGHT** _____
**TYPE & MODEL OF RV:** River Forest MH   **LENGTH** 30'

**PAID:** ☐CASH ☑MC ☐DISC ☐VISA ☐CHECK

**RATE $** 1070.00   X ( NIGHTS / WKS. / MOS. ) = **$** 1070.00
**METER READ:** _____   **- DEP.** $ _____
**DATE:** _____   **- DISC.** $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS
**$** _____
**TOTAL** **$** 1070.00

Raintree
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

---

**NAME** Brown Mark + James
**ADDRESS** _____
**CITY&STATE** _____ Cape Coral FL **ZIP** 3390_
**CELL PHONE #** 239-565-7277

**IN** 2-5-18
**OUT** 2-5-18
**TODAY'S DATE** _____

**SIGNATURE** _____
**DATE OF BIRTH** _____ **NO. OF GUESTS** 2
**PETS** ☐YES ☑NO   **WEIGHT** _____
**TYPE & MODEL OF RV:** River Forest MH   **LENGTH** 30'

**PAID:** ☐CASH ☐MC ☐DISC ☑VISA ☐CHECK

**RATE $** 1070.00   X ( NIGHTS / WKS. / MOS. ) = **$** 1070.00
**METER READ:** _____   **- DEP.** $ _____
**DATE:** _____   **- DISC.** $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS
**$** _____
**TOTAL** **$** 1070.00

Raintree
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

---

**NAME** Martin Patrick + Annes Brown
**ADDRESS** _____
**CITY&STATE** Cape Coral FL **ZIP** 3390_
**CELL PHONE #** 239-565-7277

**IN** 12-5-17
**OUT** 1-5-18
**TODAY'S DATE** _____

**SIGNATURE** _____
**DATE OF BIRTH** _____ **NO. OF GUESTS** 2
**PETS** ☐YES ☑NO   **WEIGHT** _____
**TYPE & MODEL OF RV:** River Forest MH   **LENGTH** 30'

**PAID:** ☐CASH ☐MC ☐DISC ☑VISA ☐CHECK

**RATE $** 1070.00   X ( NIGHTS / WKS. / MOS. ) = 1070.00
**METER READ:** _____   **- DEP.** $ _____
**DATE:** _____   **- DISC.** $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS
**$** _____
**TOTAL** **$** 1070.00

Raintree
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

**NAME** _____

**ADDRESS** _____

**CITY&STATE** _____   **ZIP** _____

**CELL PHONE #** _____

**SIGNATURE** _____

**DATE OF BIRTH** _____   **NO. OF GUESTS** _____

**PETS** ☐ YES ☐ NO   **WEIGHT** _____

**TYPE & MODEL OF RV:** _____   **LENGTH** _____

**PAID:** ☐ CASH ☐ MC ☐ DISC ☐ VISA ☐ CHECK

**RATE $** _____  X ( NIGHTS / WKS. / MOS. ) = $ _____

**METER READ:** 16 710   – DEP.  $ _____

**DATE:** _____   – DISC.  $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

**TOTAL** $ 65

**IN** _____   **OUT** _____   **TODAY'S DATE** _____   **LOT** _____

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind.
ALL GUESTS AGREE TO ABIDE BY PARK RULES

---

**NAME** _____

**ADDRESS** _____

**CITY&STATE** _____   **ZIP** _____

**CELL PHONE #** _____

**SIGNATURE** _____

**DATE OF BIRTH** _____   **NO. OF GUESTS** _____

**PETS** ☐ YES ☐ NO   **WEIGHT** _____

**TYPE & MODEL OF RV:** _____   **LENGTH** _____

**PAID:** ☐ CASH ☐ MC ☐ DISC ☐ VISA ☐ CHECK

**RATE $** _____  X ( NIGHTS / WKS. / MOS. ) = $ _____

**METER READ:** _____   – DEP.  $ _____

**DATE:** _____   – DISC.  $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

$ _____

**TOTAL** $ _____

**IN** _____   **OUT** _____   **TODAY'S DATE** 11-3-17   **LOT** _____

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind.
ALL GUESTS AGREE TO ABIDE BY PARK RULES

---

**NAME** _____

**ADDRESS** _____

**CITY&STATE** _____   **ZIP** _____

**CELL PHONE #** _____

**SIGNATURE** _____

**DATE OF BIRTH** _____   **NO. OF GUESTS** _____

**PETS** ☐ YES ☐ NO   **WEIGHT** _____

**TYPE & MODEL OF RV:** _____   **LENGTH** _____

**PAID:** ☐ CASH ☐ MC ☐ DISC ☐ VISA ☐ CHECK

**RATE $** _____  X ( NIGHTS / WKS. / MOS. ) = $ _____

**METER READ:** _____   – DEP.  $ _____

**DATE:** _____   – DISC.  $ _____

CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

**IN** _____   **OUT** _____   **TODAY'S DATE** 5-10-17   **LOT** _____

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind.
ALL GUESTS AGREE TO ABIDE BY PARK RULES

NAME _B_____

ADDRESS 2636 SE 19th Pl.

CITY&STATE Cape Coral FL ZIP 33904

CELL PHONE # 259-565-7277

SIGNATURE ____

DATE
OF BIRTH ____ NO. OF GUESTS 2

PETS ☐YES ☐NO WEIGHT ____

TYPE & MODEL OF RV: _river forest_ MH LENGTH 30'

PAID: ☐CASH ☑MC ☐DISC ☐VISA ☐CHECK

RATE $ ____ X (NIGHTS / WKS. / MOS.) = $ 1070 00

METER READ: ____ -DEP. $ ____

DATE: ____ -DISC. $ ~~100.00~~

**CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS**

$ ____

TOTAL $ 970 00

1070 00

IN ____
OUT 4-1-18
TODAY'S
DATE 3-23-16

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

| | | SITE NO. |
|---|---|---|
| PLEASE PRINT | | IN 11:11 PM / AM |
| NAME MRLA PATRICK | | DATE WE 9/25 PM / AM |
| ADDRESS 2636 SE 19th PL. | PHONE 837-3758 | OUT 9/26 PM / AM   7 |
| CITY Cape Crl   STATE FL   ZIP 33904 | NUMBER IN PARTY | |
| | ADULTS 3   CHILDREN | |
| UNIT | GUESTS   PETS | |
| LIC. NO.   STATE   MAKE | | |
| E-MAIL: | | |

| | | |
|---|---|---|
| ☑ FIRST VISIT | CAMPING CHARGES | $ 30 00 |
| ☐ RETURN VISIT | A/C - HEATING | $ |
| HOW DID YOU HEAR OF US? | SEWER | $ |
| | ADDITIONAL PERSON(S) | $ |
| | ADDITIONAL VEHICLE(S) | $ |
| | 65 | $ -3 00 |
| **NOTICE TO GUEST** | | $ |
| This property is privately owned. We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money or valuables of any kind. | TOTAL DAILY CHARGES | $ |
| The Management | NO. OF NIGHTS   X $ | $ 27 00 |
| I AGREE TO READ AND TO COMPLY WITH ALL CAMPGROUND RULES AND REGULATIONS AS POSTED IN THE OFFICE AND/OR ON THE GROUNDS. | | $ |
| | | $ |
| X *Mrla S. Patrick* | SUB-TOTAL | $ 27 0 |
| SIGNATURE OF CAMPER | TAX | $ 3 11 |
| IF YOU HAVE ANY SPECIAL NEEDS OR NEED ASSISTANCE, PLEASE CONTACT THE OFFICE. | TOTAL CHARGES | $ |
| | LESS ADVANCE DEPOSIT | $ |
| **High Springs Campground** | **BALANCE DUE & PAYABLE** | $ 30 11 |
| I-75, Exit 404 | | |
| 24004 NW Old Bellamy Road | CLERK | |
| HIGH SPRINGS, FLORIDA 32643 | PAID BY ☑ CASH   ☐ CHECK | |
| (386) 454-1688 | | |

---

GREENSBORO KOA
Greensboro NC 27406
(800)562-9306
* * * * * * * * * * * * * * * * * * * * *
4933 000 REPRINT
Campsight        Date/Time
                 9/25/1  16:00:53
PATRICK/MRLA
2636 SE 19TH PL
CAPE CORAL FL 33904-3225
USA
Arrive: 9/25/17 Depart: 9/26/17
Nights: 1     Full hookup/pullthru
Site: 25
Type: MI Motorhome towing
Adults: 2  Children: 0
                              40.50
Deposit honored              45.00
Daily Site Charge MD         45.00
Detail Charges Total          4.50
Value Kard                   40.50
***Sub Total***              40.50
Total                        40.50

I agree that management assumes no
responsibility for accidents, injuries
or loss from any cause.

Signature _____ GNCKAREN   92517

20

Faver-Dykes State Park
1000 FAVER-DYKES ROAD
SAINT AUGUSTINE, FL, 32086
904-794-0997
Aug 31, 2017 2:54 PM EDT 400485396
Receipt # 568708367

Customer: Patrick, Merla

Advanced Reservation # 2-34074682
Current Transactions: Checkin; Change
Number of Vehicles; Change Miscellaneous
Faver-Dykes State Park; CG1 ; 013-018;
Patrick, Merla; 2 Occupants; 0 Vehicles;
0 Pets; 1 Campings; Arrive Aug 31,
2017; Depart Sep 4, 2017; 4 Nights

| | | | |
|---|---|---|---|
| Use Fee | $ | 72.00 | DT |
| Transaction - Res | $ | 6.70 | |
| FL Senior Resident | | | |
| - 50.0% | $ | (36.00) | T |
| SUBTOTAL | $ | 42.70 | USD |
| Local Option Tax - | | | |
| FAVER DYKES - 4% | $ | 1.44 | |
| Sales Tax - FAVER | | | |
| DYKES - 6.5% | $ | 2.34 | |
| ORDER TOTAL | $ | 46.48 | USD |

------------------------------------

| | | | |
|---|---|---|---|
| TOTAL PRICE | $ | 46.48 | USD |
| TOTAL PAST PAID | $ | 46.48 | USD |
| Amount Owing | $ | 0.00 | USD |
| | | | |
| New Amount Owing | $ | 0.00 | USD |

Customer Copy

Faver Dykes State Park
1000 Faver
Dykes Road
St. Augustine, FL
32086
(904) 794-0997
******* tear here *******

---

HIGH FALLS STATE PARK
76 HIGH FALLS PARK DRIVE
JACKSON, GA, 30233
478-993 3053
Oct 3, 2017 4:03 PM EDT 400406686
Receipt # 301586592

Customer: Patrick, Merla

Advanced Reservation # 2-20097489
Current Transactions: Change Customer
Type; Checkin; Apply Discount
HIGH FALLS STATE PARK; HIGH FALLS RIVER
CAMP PULL THRU CAMPSITES; 50 FT RIVER
PULL THROUGH CAMPSITE 50 FT RIVER PULL
THROUGH CAMPSITE; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Oct 3, 2017; Depart Oct
4, 2017; 1 Nights

| | | | |
|---|---|---|---|
| Use Fee | $ | 35.00 | DT |
| Senior Citizens | | | |
| Campsites Discount | | | |
| - 20.0% | $ | (7.00) | T |
| SUBTOTAL | $ | 28.00 | USD |
| Local Sales Tax | | | |
| 0% | $ | 0.00 | |
| SPLOST - 0% | $ | 0.00 | |
| ORDER TOTAL | $ | 28.00 | USD |

Pos Sale # 3-3947554
Current Transactions: Purchase POS;
Transfer Payment

| | | | |
|---|---|---|---|
| PARKPASS DLY DVET | $ | 3.75 | T |
| SUBTOTAL | $ | 3.75 | USD |
| ORDER TOTAL | $ | 3.75 | USD |

------------------------------------

| | | | |
|---|---|---|---|
| TOTAL PRICE | $ | 31.75 | USD |
| TOTAL PAST PAID | $ | 35.00 | USD |
| Amount Owing | $ | 0.00 | USD |
| | | | |
| REFUND DUE | $ | (3.25) | USD |
| | | | |
| New Amount Owing | $ | 0.00 | USD |

------------------------------
Customer Name

------------------------------
Customer Phone Number

------------------------------
Customer Signature

Customer Copy

******* tear here *******

```
*************************************
       STATESVILLE/I-77 KOA
       Statesville, NC  28677
          1-800-562-5705
*************************************
**REGISTER**       72156.000
Date/Time      9/09/17   13:25:28
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
  USA
 Arrive: 9/09/17   Depart: 9/10/17
 Nights:  1
 Site:  042   Full hookup/pullthru
 Type:  MT  Motorhome towing
 License EAL C10      FL
         Y36 CEM      FL
 Adult:  2  Children:   0

 Daily site charge SR      49.50
 Detail Charges Total      49.50
 Value Kard 188M6G          4.95-
  ***Sub Total***          44.55
  ***Sub Total***          44.55
 Total                     44.55
 Deposit honored           39.15-
 09/06 MC3281 39.15
 MasterCard                 5.40-
 MCxxxx3281 A#:00978Z


YOU SAVED $4.95 WITH YOUR VALUE KARD!

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff.

I agree that management assumes no
responsibility for accidents, injurie
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreemen

. . . . . . . . . . . . . . . . . . . . . . . . . . .
 signature

As of yesterday, you have
7,400 Camping points
Access your account at KOA.com to fir
how close you are to your next campi
reward with Value Kard Rewards!
Thank you for choosing our KOA.
Ask about our local attractions.
Check out time is noon.
Monthly rates are not pro-rated or
re-fundable (sorry no exceptions mgr.
If site is found vacant, site will be
considered available for campground u
unless prior notification has been gi
to the office.
Please understand we reserve the righ
to tow any vehicles off of vacant sit
this includes guests and extra vehic
for Cabin Rentals ONLY, a $25.00 fee
will be charged for any key not
returned.
        90917     STVNANCY
```

*In the back* *must the back*

```
    South Cove County Park
    1099 South Cove Road
     Seneca, SC, 29672

 Sep 26, 2017 3:57 PM EDT 400520024
        Receipt # 94544393


Customer: Patrick, Merla

Advanced Reservation # 2-4799105
Current Transactions: Change Customer
Type; Checkin
South Cove County Park; South Cove
County Park; 04 04; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Sep 26, 2017; Depart
Oct 3, 2017; 7 Nights
  Use Fee          $   210.00
 ORDER TOTAL       $   210.00  USD



 TOTAL PRICE       $   210.00  USD
 TOTAL PAST PAID   $   210.00  USD
 Amount Owing      $     0.00  USD


 New Amount Owing  $     0.00  USD



           Customer Copy


      ******* tear here *******
```

ø ³

```
********************************
  Williamsburg/Busch Gardens KOA
        Williamsburg VA 23188
           800-562-1733
********************************
  **REGISTER**    295723_000
Date/Time     9/13/17   17:11:05
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
   USA
 Arrive:  9/13/17    Depart:  9/18/17
 Nights:   5
 Site:   E20   Full hookup/pullthru
 Type:   MT  Motorhome towing
 License FOREST RVR  FL
         JEEP        FL
 Adult:   2  Children:   0

 firewood                      14.98
  2 @ 7.490ea
 Quick Wick Flame               3.98
  2 @ 1.990ea
 Marva Maid Milk 2% Q           1.99
 * Store Subtotal *            20.95
 Daily site charge vS         120.82
  2 @ 60.410ea
 Daily site charge RK         128.82
  2 @ 64.410ea
 Daily site charge vS          60.41
 Detail Charges Total         331.00
 VALUE KARD Card Disc          24.96-
 VKR Appreciation              60.41-
  ***Sub Total***             245.63
 LS Tax       1.14
 SS Tax        .05
 ** Tax      24.70
 Total Taxes                   25.89
 Total                        271.52
 Deposit honored               60.35-
 03/09 M#07459 60.35
 MasterCard                   211.17-
 MCxxxx3281  A#:013852

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff.


I agree that management assumes no
responsibility for accidents, injuries
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreement

.....................................
 Signature


As of yesterday, you have
12,800 Camping points
Access your account at KOA.com to find
how close you are to your next camping
reward with Value Kard Rewards!



Welcome to Williamsburg KOA! Save money
and time! Buy your attraction tickets
the Campground General Store! Ask about
discounted ticket options.
                     *
By signing this receipt I acknowledge
campground guidelines. This also serves
as a photo release for my party.
                     *
One camping unit and car per site. Six
people maximum per site. All guests mu
register and pay guest fee.
No entry mats allowed on grass.
                     *
Check out time for all sites is 11am!
                     *
Pick up a Town Crier at the Campground
General Store for a list of activities
                     *
Like us on Facebook for special offers
facebook.com/williamsburg koacampgroun
Follow us on Twitter @koafun for info
                     *
        91317      WVACPETER
```

**MERLA S PATRICK**
2636 SE 19TH PL.
CAPE CORAL, FL 33904

4355

Date *Aug. 11, 2017*

Pay to the order of *World Class Country Center* $ *210.00*

*Two Hundred Ten & no/100* ———— Dollars

**SunTrust**

Memo *To Garage*





*Lee County*
*Tax Collector*
*State of Florida*

October 31, 2017

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

SUBJECT: Account        32-44-24-C2-01211.0110
         E & I Number   20170189
         Requested Date 10/26/2017
         Processed Date 10/31/2017

Dear Taxpayer:

Our office recently received a Certificate of Correction of Tax Roll from the Property Appraiser to adjust
the information included on your 2017 Real Estate Notice. Enclosed is the adjusted tax notice which
replaces the original notice.

Early payment discounts are available based on the date payment is remitted to this office. Discounts have
been calculated and applied to the total taxes due and are reflected in the new tax notice. Return the
bottom portion of your tax notice with your payment in the envelope provided.

For additional information on the cause of this adjustment, please contact the Property Appraiser at
239.533.6100. For questions regarding payment, contact our office at 239.533.6000 to speak with a
Customer Support Representative.

Sincerely,

*Tamara L. Harrison*

Tamara L. Harrison
Customer Support Director

Enc.

**2017 REAL ESTATE NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA**

| Account Number: | Site Address: | Values and Exemptions: | |
|---|---|---|---|
| 32-44-24-C2-01211.0110 | 2636 SE 19TH PL | MARKET ASSESSED VALUE | 111010 |
| | | CAP ASSESSED VALUE | 111010 |
| Personal ID Number: | Legal Description: | HOMESTEAD-EX VALUE | 50000 |
| 17-00567985 | CAPE CORAL UNIT 19 BLK.1211 | TAXABLE VALUE | 61010 |
| | PB 13 PG 126 LOTS 11 + 12 | | |
| District: | BOOK: 4380 PAGE: 3276 | | |
| 057 | | | |

 See message below.

| | Amount Due: | If Paid By: |
|---|---|---|
| | $1,820.17 | December 1, 2017 |
| | $1,839.13 | December 31, 2017 |
| | $1,858.09 | January 31, 2018 |
| | $1,877.05 | February 28, 2018 |
| | $1,896.01 | March 31, 2018 |

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

11/01/2017

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 111010 | 50000 | 61010 | 247.13 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 111010 | 25000 | 86010 | 193.35 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 111010 | 25000 | 86010 | 381.11 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 111010 | 50000 | 61010 | 411.82 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 111010 | 50000 | 61010 | 4.23 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 111010 | 50000 | 61010 | 36.34 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 111010 | 50000 | 61010 | 10.26 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 111010 | 50000 | 61010 | 7.78 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 111010 | 50000 | 61010 | 2.69 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 111010 | 50000 | 61010 | 8.44 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 111010 | 0 | 111010 | 2.75 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 111010 | 0 | 111010 | 31.08 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 111010 | 50000 | 61010 | 2.40 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | Basis | Amount |
|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | ACTL LEVY | 111.00 |

Keep for your records

2017 Combined Total Ad Valorem and Non-Ad Valorem:  1896.01

## 2017 Real Estate Notice

**Corrected Notice**
**10/31/2017**

Phone/Email Contact: _____

 If the address below is not correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

**Account:** 32-44-24-C2-01211.0110
**Site Address:** 2636 SE 19TH PL
**Personal ID Number:** 17-00567985        11/01/2017

For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

| If Paid By | Amount Due |
|---|---|
| December 1, 2017 | $1,820.17 |
| December 31, 2017 | $1,839.13 |
| January 31, 2018 | $1,858.09 |
| February 28, 2018 | $1,877.05 |
| March 31, 2018 | $1,896.01 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
PO BOX 1609
FORT MYERS FL 33902-1609

020100     20170     324424C20121101104     00001896014     00000056882     00000000

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. **Tax notices** are mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. Installment tax notices are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December; 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options:** *Online:* Visit our official website www.leetc.com. *By Mail:* Check or money order. *Phone:* 239.533.6000. *In Person:* Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment or Installment Payment Plan.* Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

    *Real Estate:* 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
    *Tangible Personal Property:* 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

**NOTICE**
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

# Don't Wait in Line... Pay Online at www.leetc.com

Rev. 09/2017

# Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form.  It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: | | | | | | | | | | | | | | | | | | | | | | | | | | | Phone: | | | | | | | | |

Street or PO Box Number: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

City: | | | | | | | | | | | | | | | | | | | | | | | | | State: | | | ZIP: | | | | | | | | |

Signature: _____ Date: _____/_____/_____

**Account Number:**
32-44-24-C2-01211.0110

**Personal ID Number:**
17-00567985

**District:**
057

**Site Address:**
2636 SE 19TH PL

**Legal Description:**
CAPE CORAL UNIT 19 BLK.1211 PB
13 PG 126 LOTS 11 + 12
BOOK: 4380 PAGE: 3276

**Values and Exemptions:**

| | |
|---|---|
| MARKET ASSESSED VALUE | 394876 |
| CAP ASSESSED VALUE | 302590 |
| HOMESTEAD-EX VALUE | 50000 |
| TAXABLE VALUE | 252590 |

★ See message below.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904-3225

| Amount Due: | If Paid In: | |
|---|---|---|
| $5,308.47 | November | 2017 |
| $5,363.77 | December | 2017 |
| $5,419.07 | January | 2018 |
| $5,474.36 | February | 2018 |
| $5,529.66 | March | 2018 |

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 302590 | 50000 | 252590 | 1023.14 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 302590 | 25000 | 277590 | 624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 302590 | 25000 | 277590 | 1230.00 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 302590 | 50000 | 252590 | 1704.98 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 302590 | 50000 | 252590 | 17.50 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 302590 | 50000 | 252590 | 150.44 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 302590 | 50000 | 252590 | 42.46 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 302590 | 50000 | 252590 | 32.21 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 302590 | 50000 | 252590 | 11.14 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 302590 | 50000 | 252590 | 34.96 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 302590 | 0 | 302590 | 7.50 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 302590 | 0 | 302590 | 84.73 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 302590 | 50000 | 252590 | 9.95 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | Basis | Amount |
|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | ACTL LEVY | 111.00 |

**2017 Combined Total Ad Valorem and Non-Ad Valorem:** 5529.66

Your tax notice was requested and sent for payment to: SUNTRUST MORTGAGE INC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - -

## 2017 Real Estate Informational Notice

Phone/Email Contact: _____

★ If the address below is not correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

**Account:** 32-44-24-C2-01211.0110
**Site Address:** 2636 SE 19TH PL
**Personal ID Number:** 17-00567985

**Important Information:** Informational notices are mailed to taxpayers when a mortgage holder/agent requests the original tax notice for payment.

If the mortgage holder is not responsible to pay these taxes, remit your payment directly to the Lee County Tax Collector. The amount due is located in the upper right corner of this notice. For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

020100     20170     324424C20121101104     00005529665     00000165890     00000000

**IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ**

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. **Tax notices** are mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. **Installment tax notices** are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December; 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options:** *Online:* Visit our official website www.leetc.com. *By Mail:* Check or money order. *Phone:* 239.533.6000. *In Person:* Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment or Installment Payment Plan.* Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

> **Real Estate:** 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
> **Tangible Personal Property:** 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

**NOTICE**
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

# Don't Wait in Line… Pay Online at www.leetc.com

Rev. 09/2017

# Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form. It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: [ | | | | | | | | | | | | | | | | | | | | | | | ]   Phone: [ | | | | | | | | | ]

Street or PO Box Number: [ | | | | | | | | | | | | | | | | | | | | | ]

City: [ | | | | | | | | | | | | | | | | | | ]   State: [ | | ]   ZIP: [ | | | | | | | | | ]

Signature: _____   Date: _____/_____/_____

| Lee County Property Appraiser | | Municipalities and Other Government Agencies | | |
|---|---|---|---|---|
| **Physical Address**<br>2480 Thompson St., 4th Floor<br>Fort Myers, FL 33901 | **Real Property**<br>Phone (239) 533-6100<br>Fax (239) 533-6091<br>**Email** trim@leepa.org | City of Bonita Springs | (239) 949-6262 | www.cityofbonitasprings.c |
| | | City of Cape Coral | (239) 574-0401 | www.capecoral.net |
| **Mailing Address**<br>P.O. Box 1546<br>Fort Myers, FL 33902 | **Tangible Personal Property**<br>Phone (239) 533-6140<br>Fax (239) 533-6289<br>**Email** tpp@leepa.org | City of Fort Myers | (239) 321-7000 | www.cityftmyers.com |
| | | City of Sanibel | (239) 472-3700 | www.mysanibel.com |
| **Office Hours**<br>Monday - Friday<br>8:30am to 5:00pm | | Town of Fort Myers<br>Beach | (239) 765-0202 | www.fortmyersbeachfl.gov |
| | **Exemptions**<br>Phone (239) 533-6100<br>Fax (239) 533-6038<br>**Email** exemptions@leepa.org | Village of Estero | (239) 221-5035 | www.estero-fl.gov |
| **Directions**<br>Downtown Fort Myers<br>Corner of Dr. Martin Luther King<br>Jr. Blvd. & Fowler St. | | County Government | (239) 533-2111 | www.leegov.com |
| | | Clerk of Courts | (239) 533-5000 | www.leeclerk.org |
| | **Website** www.leepa.org | Tax Collector | (239) 533-6000 | www.leetc.com |

Lee County Taxing Authorities
P.O. Box 1270
Fort Myers, Florida 33902-1270


\* 1 0 1 8 2 0 7 1 \*       E

PRESORTED
FIRST-CLASS M
US POSTAGE
**PAID**
FT MYERS, FL
PERMIT# 005

# NOTICE OF PROPOSED 2017 REAL ESTATE PROPERTY TAXES



24216*******************AUTO**5-DIGIT 33904

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

You, the property owner, are the single best source of information as it relates to your property. If you have questions about the valuation, exemption classification or characteristics of your property, we encourage you to contact our office to discuss your concerns.

If you disagree with the current market value of your property or believe you qualified for an exemption or property classification not reflected on your TRIM Notice, you may:

- Request an informal conference with our office.
- File a petition with the Value Adjustment Board.
- File a lawsuit in circuit court.

**Set up an Informal Conference**
An informal conference with the property appraiser's office, while not required, is encouraged as a first step in addressing your concerns. By having an informal conference, you may be able to settle the issue without going to a hearing or going to court.
At this informal conference, you may:

- Provide documentation that may support a change to the assessment or eligibility for an exemption or property classification.
- Request facts that support the current assessment of the property and/or denial of an application for an exemption or property classification

Please be aware that an informal conference does not extend your deadline to file a petition with the Value Adjustment Board.

**To set up an informal conference please call the Lee County Property Appraiser's office at (239) 533-6100.**

**Petition the Value Adjustment Board**
For information on filing a petition with the Value Adjustment Board please visit the Lee County Clerk of Court's website at www.leeclerk.org.

## A FEW WORDS FROM KEN



**Dear Property Owner:**

As your Lee County Property Appraiser, it is my duty to ensure this office produces a fair and equitable tax roll each year in compliance with Florida Statutes. A requirement of this process is to provide you with an annual Notice of Proposed Property Taxes, referred to as a TRIM (Truth in Millage) Notice. The accompanying notice reflects your property's valuation as of January 1, 2017, and your proposed ad valorem taxes for 2017.

My staff and I are at your service to answer any questions you have concerning your annual notice, the supplemental information provided, and to address any other questions you have about the Property Appraiser's office. Feel free to contact us, our door is open.

Best Regards,

*Kenneth M. Wilkinson*

Kenneth M. Wilkinson, CFA
Lee County Property Appraiser

## TAXPAYER SERVICES

### www.leepa.org

Visit our website to learn more about the services provided by our office. Our website offers many valuable features, benefits and user friendly services. By simply creating an account and logging on you have the ability to:

- Change your mailing address
- Apply for property tax exemptions
- Upload photos of your property
- File a tangible personal property tax return
- Complete a sales verifier, commercial income and expense questionnaire, or reaffirmation of exemption
- Download and save a copy of your TRIM Notice

Our website also offers many great mapping and reporting tools and a wide range of information available at no cost.

Our mission is to provide prompt, professional, courteous service and be attentive to our customers' needs, whether that be in person, on the phone or electronically. Our goal is that every person who does business with our office says, "Wow, what a great experience!"

## AD VALOREM TAXATION

An ad valorem tax is a tax that is based on the value of a property. Taxing authorities determine the tax rate, or millage, you pay based on money needed to fund their budgets. Below is a diagram that illustrates the basic tax calculation. Should you have a question regarding the tax rate or amount of taxes you are paying, please contact the appropriate authority listed on the front page of your notice.



## PROPERTY EXEMPTION & ASSESSMENT LIMITATIONS

Every person who owns real property in Florida on January 1, and makes the property his or her permanent residence, is eligible to receive a homestead exemption up to 50,000. The first 25,000 applies to all property taxes, including school district taxes. The additional 25,000, applies to the assessed value between 50,000 and 75,000 and only applies to non-school taxes.

| | |
|---|---|
| **Homestead Exemption** | up to  50,000 |
| **Senior's Homestead Exemption** | up to 250,000 |

**2017 "Save Our Homes" Cap Assessment Limitation for Homestead Properties**    **2.1%**
Based on the Consumer Price Index (CPI) - Assessed values for most homestead exempt properties may not increase more than 3% or the current CPI whichever is less.

**Non-Homestead Property Assessment Limitation   10%**
Assessed values for most non-homestead or non-special use properties may not increase more than 10%.

**Tangible Personal Property Exemption     up to 25,000**
The TPP exemption is granted with a timely filing of a DR-405 tax return.

**What Is Recapture?**
In instances where a property's market value exceeds the assessed value, property appraisers must increase the assessed value by the current CPI or 3%, whichever is less, until market value and assessed value are equal.

| | |
|---|---|
| Recapture for Homestead Properties | 2.1% |
| Recapture for Non-Homestead Properties | 10% |

# PROPERTY VALUATION



**\*10182071\***

|  | LAST YEAR 2016 | THIS YEAR 2017 |
|---|---|---|
| | $344,500 | $394,876 |

## MARKET VALUE

Market Value in Florida is also known as "just value" as provided by the constitution and described in state law.  It is the amount a purchaser willing but not obliged to buy would pay to one willing but not obliged to sell, after proper consideration of all eight factors in section 193.011, F.S.

## ASSESSED VALUE

Assessed Value is the market value of your property minus the amount of any assessment reductions. The assessed value may be different for millage levies made different taxing authorities.

## ASSESSMENT REDUCTIONS

| | | VALUE |
|---|---|---|

Assessment Reduction amounts are based on applicable statutory limitations and benefits that may affect the Assessed Value, such as the Save Our Homes cap or Agricultural Classification. The value of these limitations and benefits make up the difference between market and assessed value.

| Save Our Homes Benefit | All Levies | $92,286 |
|---|---|---|

## EXEMPTIONS

| | APPLIES TO | VALUE |
|---|---|---|

Exemptions are specific dollar or percentage amounts that reduce assessed value. These are usually based on characteristics of the property or property owner. Examples include the homestead exemption, veterans' disability exemptions and charitable exemptions. In some cases, the maximum exemption amount may not applied because of a lower assessed value. Many exemptions apply only to tax levies by the taxing authority granting the exemption.

| Homestead Exemption | Adopted Levies | $25,000 |
|---|---|---|
| Additional Homestead Exemption | Adopted Levies | $25,000 |

## VALUE CALCULATIONS

Taxable Value is the assessed value minus qualifying exemptions. This is the value used to calculate the tax due on your property. The assessed and taxable value may vary by taxing authority because certain assessment reductions and exemptions may not apply to all levies and discounts.

| TAXING AUTHORITY | ASSESSED VALUE | | EXEMPTIONS | | TAXABLE VALUE | |
|---|---|---|---|---|---|---|
| | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR |
| **COUNTY:** | | | | | | |
| LEE CO GENERAL REVENUE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **SCHOOL:** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| PUBLIC SCHOOL - BY STATE LAW | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| **MUNICIPALITY OR MSTU:** | | | | | | |
| CITY OF CAPE CORAL | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO ALL HAZARDS PROTECTION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO LIBRARY DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **WATER MANAGEMENT DISTRICT:** | | | | | | |
| SFWMD-DISTRICT-WIDE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-OKEECHOBEE BASIN | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **INDEPENDENT SPECIAL DISTRICTS:** | | | | | | |
| LEE CO HYACINTH CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| LEE CO MOSQUITO CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| WEST COAST INLAND NAVIGATION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |

If you feel the market value of your property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected on this form, please call us at **(239) 533-6100** or visit the Lee County Property Appraiser's office at 2480 Thompson Street, 4th Floor, Fort Myers, FL.

If we are unable to resolve a matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Online filing is available at **www.leeclerk.org**. Petition forms are available from the Lee County Property Appraiser's office or at **www.leepa.org**. All petitions must be filed on or before **September 08, 2017.**

### DO NOT PAY - THIS IS NOT A BILL

## NOTICE OF PROPOSED PROPERTY TAXES

### TAX INFORMATION

*10182071*

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

Parcel ID: 32-44-24-C2-01211.0110
CAPE CORAL UNIT 19
BLK.1211 PB 13 PG 126
LOTS 11 + 12
2636 SE 19TH PL

The taxing authorities which levy property taxes against your property will hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND or ALTER its proposals at the hearing.

| TAXING AUTHORITY | LAST YEAR'S ACTUAL TAX RATE 2016 (MILLAGE) | COLUMN 1 YOUR PROPERTY TAXES LAST YEAR 2016 | YOUR TAX RATE THIS YEAR IF NO BUDGET CHANGE IS ADOPTED (MILLAGE) | COLUMN 2 YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS ADOPTED | THIS YEAR'S PROPOSED TAX RATE 2017 (MILLAGE) | COLUMN 3 YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED 2017 |
|---|---|---|---|---|---|---|
| **057 CITY OF CAPE CORAL** | | | | | | |
| **COUNTY:** | | | | | | |
| LEE CO GENERAL REVENUE | 4.0506 | $997.93 | 3.8140 | $963.38 | 4.0506 | $1,023.14 |
| **SCHOOL:** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | $610.03 | 2.1162 | $587.44 | 2.2480 | $624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 4.7410 | $1,286.55 | 4.4630 | $1,238.88 | 4.4310 | $1,230.00 |
| **MUNICIPALITY OR MSTU:** | | | | | | |
| CITY OF CAPE CORAL | 6.7500 | $1,662.97 | 6.3440 | $1,602.43 | 6.7500 | $1,704.98 |
| LEE CO ALL HAZARDS PROTECTION DIST | 0.0693 | $17.07 | 0.0648 | $16.37 | 0.0693 | $17.50 |
| LEE CO LIBRARY DIST | 0.5956 | $146.74 | 0.5595 | $141.32 | 0.5956 | $150.44 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | 0.1602 | $39.47 | 0.1500 | $37.89 | 0.1681 | $42.46 |
| **WATER MANAGEMENT DISTRICT:** | | | | | | |
| SFWMD-DISTRICT-WIDE | 0.1359 | $33.48 | 0.1275 | $32.21 | 0.1275 | $32.21 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | 0.0471 | $11.60 | 0.0441 | $11.14 | 0.0441 | $11.14 |
| SFWMD-OKEECHOBEE BASIN | 0.1477 | $36.39 | 0.1384 | $34.96 | 0.1384 | $34.96 |
| **INDEPENDENT SPECIAL DISTRICTS:** | | | | | | |
| LEE CO HYACINTH CONTROL DIST | 0.0263 | $7.79 | 0.0248 | $7.50 | 0.0248 | $7.50 |
| LEE CO MOSQUITO CONTROL DIST | 0.2397 | $71.04 | 0.2257 | $68.29 | 0.2800 | $84.73 |
| WEST COAST INLAND NAVIGATION DIST | 0.0394 | $9.71 | 0.0372 | $9.40 | 0.0394 | $9.95 |
| **TOTAL TAX RATES:** | 19.2508 | | 18.1092 | | 18.9668 | |
| **TOTAL PROPERTY TAXES:** | | $4,930.77 | | $4,751.21 | | $4,973.03 |
| | | COLUMN 1 | | COLUMN 2 | | COLUMN 3 |

**NOTICE OF PROPOSED PROPERTY TAXES EXPLANATION (Section 200.069, Florida Statutes)**

**COLUMN 1**—"YOUR PROPERTY TAXES LAST YEAR" - This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2**—"YOUR TAXES IF NO BUDGET CHANGE IS ADOPTED" - This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**COLUMN 3**—"YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED" - This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on this notice. The difference between Columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**NOTE:** Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form).

**NON-AD VALOREM ASSESSMENTS:** Your final tax bill may contain non-ad valorem assessments which may not be reflected on this notice such as assessments for roads, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district.

### A Public Hearing on the Proposed Taxes and Budget Will Be Held:

**COUNTY/MSTU:** 9/6/2017 5:05PM Lee Co Commission Chambers, 2120 Main St, Fort Myers FL 33901 Phone 239-533-2221
**SCHOOL:** 9/5/2017 5:05PM Lee Co Public Education Center, 2855 Colonial Blvd, Fort Myers FL 33966 Phone 239-337-8215
**MUNICIPALITY:** 9/7/2017 5:05PM Cape Coral City Hall Council Chambers, 1015 Cultural Park Blvd, Cape Coral FL 33990 Phone 239-574-0497
**WATER MANAGEMENT DISTRICT:** 9/14/2017 5:15PM SFWMD Auditorium B-1 Bldg, 3301 Gun Club Rd, West Palm Beach FL 33406 Phone 561-686-8800
**LEE CO MOSQUITO AND/OR HYACINTH:** 9/14/2017 5:01PM/5:15PM District Offices, 15191 Homestead Rd, Lehigh Acres FL 33971 Phone 239-694-2174
**WEST COAST INLAND NAVIGATION DISTRICT:** 9/8/2017 5:01PM Venice City Hall, 401 W Venice Ave, Venice FL 34285 Phone 941-485-9402