# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff:  James H. Blevins

Affected Property Address:  2636 SE 19th Place, Cape Coral, FL  33904

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)       06  /   15   /   2004

2.  When you took ownership of the Property, what was the name of the seller?

Debra Demaria

1

3.  Name and address of the realtor?

Century 21 - Sunbelt Realty, 725 Cape Coral Pkwy West, Cape Coral, FL

4.  Name and address of the closing agent?

Omnimark Title Services, LLC, 1210 Del Prado South, Cape Coral, FL  33990

5.  What was the price of the home when you purchased it?  $   484,600.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes  ☐ No  ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
                    $ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. ___09__ / _____/20__06_____

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          _____/_____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Banner Supply _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Loss of use of home, pool and jacuzzi; interest on loans; extra expenses; disruption of

life style.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

4

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

$283,866.00 - Based upon Lee County, FL Property Appraiser's Market Value dropping

from $394,876 to $111,010.  See document attached.

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. Raintree RV Park, Lot 40, 19250 Tamiami Trail, North Ft Myers, FL

b. 10 Boatswain Way, Salem, SC 29676

c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. __08_ / _10_ /20_17__   to   __01_ / _04_ /20_18__

b. __01_ / _04_ /20_18__   to   present /_____/20_____

c. _____/_____/20_____   to   _____/_____/20_____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ _9,465.49_____

b. $ _24,145.06_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A
_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

**Response:**   ☑ N/A

33.  When did the remediation end date occur?

**Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   **Response**:   [✓] N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response**:   [✓] N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response**:   [✓] N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response**:   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____           _____
Signature of Plaintiff                                                 January 9, 2019
                                                                                          Date

_____
James H. Blevins
Printed Name

# Exhibit 1

## Property Data
## STRAP: 32-44-24-C2-01211.0110  Folio ID: 10182071

### Owner Of Record - Sole Owner

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

### Site Address

2636 SE 19TH PL
CAPE CORAL FL 33904

### Property Description
**Do not use for legal documents!**

CAPE CORAL UNIT 19
BLK.1211 PB 13 PG 12
LOTS 11 + 12

### Classification / DOR Code

SINGLE FAMILY RESIDENTIAL / 01

### [ Tax Map Viewer ] [ View Comparables ]



[ Pictometry Aerial Viewer ]

### Current Working Values

| Just | 394,876 | As Of | 07/10/2017 |
|------|---------|-------|------------|

#### Attributes

| | |
|---|---|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 80 |
| Depth | 125 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 2.0 |
| Total Living Area | 2,096 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |

### Image of Structure



10182071 1 02/19/2008

◀ Photo Date February of 2008 ▶

## Property Value History

| Tax Year | Just | Market Assessed | Capped Assessed | Taxable |
|----------|------|-----------------|-----------------|---------|
| 1992 | 43,590 | 43,590 | 43,590 | 43,590 |
| 1993 | 43,590 | 43,590 | 43,590 | 43,590 |
| 1994 | 46,810 | 46,810 | 46,810 | 46,810 |
| 1995 | 46,810 | 46,810 | 46,810 | 46,810 |
| 1996 | 46,810 | 46,810 | 46,810 | 46,810 |
| 1997 | 46,800 | 46,800 | 46,800 | 46,800 |
| 1998 | 52,140 | 52,140 | 52,140 | 52,140 |
| 1999 | 52,140 | 52,140 | 52,140 | 52,140 |
| 2000 | 52,140 | 52,140 | 52,140 | 52,140 |
| 2001 | 59,390 | 59,390 | 59,390 | 59,390 |
| 2002 | 102,000 | 102,000 | 102,000 | 102,000 |
| 2003 | 141,120 | 141,120 | 141,120 | 141,120 |
| 2004 | 164,760 | 164,760 | 164,760 | 164,760 |
| 2005 | 216,750 | 216,750 | 216,750 | 216,750 |
| 2006 | 329,800 | 329,800 | 329,800 | 329,800 |
| 2007 | 575,460 | 575,460 | 575,460 | 550,460 |
| 2008 | 428,150 | 428,150 | 428,150 | 378,150 |
| 2009 | 279,190 | 279,190 | 279,190 | 229,190 |
| 2010 | 270,551 | 270,551 | 270,551 | 220,551 |
| 2011 | 279,235 | 279,235 | 274,609 | 224,609 |
| 2012 | 302,492 | 302,492 | 282,847 | 232,847 |
| 2013 | 315,906 | 315,906 | 287,655 | 237,655 |
| 2014 | 346,892 | 346,892 | 291,970 | 241,970 |
| 2015 | 350,806 | 350,806 | 294,306 | 244,306 |
| 2016 | 344,500 | 344,500 | 296,366 | 246,366 |

The **Just** value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (*F.A.C. 12D-1.002*).

The **Market Assessed** value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (*F.S. 193.011*). For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (*F.S. 193.461 (6) (a)*). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.
(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Exemptions

| Exemption | Amount |
|---|---|
| Homestead | 25,000.00 |
| Additional | 25,000.00 |

## Values (2017 Tax Roll)

| Property Values | | Attributes | |
|---|---|---|---|
| Just | 394,876 | Land Units Of Measure | UT |
| Assessed | 394,876 | Units | 1.00 |
| Portability Applied | 0 | Frontage | 80 |
| Cap Assessed | 302,590 | Depth | 125 |
| Taxable | 252,590 | Total Number of Buildings | 1 |
| Cap Difference | 92,286 | Total Bedrooms / Bathrooms | 3 / 2.0 |
| | | Total Living Area | 2,096 |
| | | 1st Year Building on Tax Roll | 2006 |
| | | Historic District | No |

## Taxing Authorities

### CITY OF CAPE CORAL / 057

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | Lee County Office of Management & Budget PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | Lee County Office of Management & Budget PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | Lee County Office of Management & Budget PO BOX 398 FORT MYERS FL 33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | Lee County Office of Management & Budget PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL 33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL 33971 |

| WEST COAST INLAND NAVIGATION DIST / 099 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR<br>200 HYATT AVE<br>VENICE FL  34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-OKEECHOBEE BASIN / 308 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH FL  33406 |

## Adjustments to the Roll (E & I)

E & I Number  20170189
Released Date  10/29/2017

| Adjusted Values | | Adjusted Exemptions | |
|---|---|---|---|
| Just | 111,010.00 | Homestead | 50,000.00 |
| Assessed | 111,010.00 | Agricultural | 0.00 |
| Assessed SOH | 111,010.00 | Widow | 0.00 |
| Taxable | 61,010.00 | Widower | 0.00 |
| Building | 10.00 | Disability | 0.00 |
| Land | 111,000.00 | Wholly | 0.00 |
| | | Homestead | 0.00 |
| | | SOH Difference | 0.00 |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 255,000.00 | 06/15/2004 | 4380/3276 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 149,900.00 | 09/28/2001 | 3505/2100 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 100.00 | 01/01/1900 | 365/342 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| WEB17-13035 | Roof | 06/26/2017 |
| 06-2716 | Boathouse, Dock & Shoreline | 11/30/2006 |
| B06-27136 | Boathouse, Dock & Shoreline | 11/30/2006 |
| B06-17917 | Landscape / Irrigation | 07/24/2006 |
| B06-1368 | Pool & Spa | 05/18/2006 |
| B05-25757 | Building New Construction | 10/28/2005 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or may not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Prior Folio ID | Renumber Reason | Renumber Date |
|---|---|---|---|
| 31-44-24-A1-01211.0110 | N/A | Reserved for Renumber ONLY | 01/26/1997 |

## Location Information

| Township | Range | Section | Block | Lot |
|---|---|---|---|---|
| 44 | 24E | 32 | | |

| Municipality | Latitude | Longitude |
|---|---|---|
| City of Cape Coral | 26.60168 | -81.93292 |

| Links | |
|---|---|
| View Parcel on Google Maps | View Parcel on GeoView |

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|

## Flood and Storm Information

| Flood Insurance  Find my flood zone | | | | Storm Surge Zone | Evacuation Zone |
|---|---|---|---|---|---|
| Community | Panel | Version | Date | | |
| 125095 | 0410 | F | 8/28/2008 | B | A |

## Appraisal Details (2017 Tax Roll)

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 131 | Single Family Residential, Canal | 125 | 80 | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| IRRIGATION SYSTEM LAWN | 2006 | 1 |
| SEAWALL - CONCRETE | 2006 | 80 |
| DOCK - BOAT - WOODEN | 2006 | 586 |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 1 |

| Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|
| 3 | 2.0 | 2006 | 2006 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 2,096 |

| | | |
|---|---|---|
| FGR - FINISHED GARAGE | | 498 |
| FOP - FINISHED OPEN PORCH | N | 260 |
| FOP - FINISHED OPEN PORCH | N | 114 |
| PS1 - 1 STORY SCREEN ENCL | N | 1,034 |

| Building Features | | |
|---|---|---|
| **Description** | **Year Added** | **Units** |
| HEAT EXCHANGER | 2006 | 1 |
| A/C-POOL HEATERS | 2006 | 1 |
| JACUZZI - TYPE B | 2006 | 1 |
| POOL - RESIDENTIAL | 2006 | 312 |
| PATIO - CONCRETE | 2006 | 722 |

| Building Front Photo | Building Footprint |
|---|---|



**Photo Date: February of 2008**



## Appraisal Details (Current Working Values)

| Land | | | | | |
|---|---|---|---|---|---|

| Land Tracts | | | | | |
|---|---|---|---|---|---|
| **Use Code** | **Use Code Description** | **Depth** | **Frontage** | **Number of Units** | **Unit of Measure** |
| 131 | Single Family Residential, Canal | 125 | 80 | 1.00 | Units |

| Land Features | | |
|---|---|---|
| **Description** | **Year Added** | **Units** |
| IRRIGATION SYSTEM LAWN | 2006 | 1 |
| SEAWALL - CONCRETE | 2006 | 80 |
| DOCK - BOAT - WOODEN | 2006 | 325 |
| DOCK - BOAT - WOODEN | 2006 | 195 |

| Buildings |
|---|

| Building 1 of 1 |
|---|

| Building Characteristics | | | |
|---|---|---|---|
| **Improvement Type** | **Model Type** | **Stories** | **Living Units** |

| | 102 - Ranch | 1 - single family residential | 1.0 | 1 |

| Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|
| 3 | 2.0 | 2006 | 2006 |

## Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 2,096 |
| FGR - FINISHED GARAGE | N | 498 |
| FOP - FINISHED OPEN PORCH | N | 260 |
| FOP - FINISHED OPEN PORCH | N | 114 |
| PS1 - 1 STORY SCREEN ENCL | N | 1,034 |

## Building Features

| Description | Year Added | Units |
|---|---|---|
| HEAT EXCHANGER | 2006 | 1 |
| A/C-POOL HEATERS | 2006 | 1 |
| JACUZZI - TYPE B | 2006 | 1 |
| POOL - RESIDENTIAL | 2006 | 312 |
| PATIO - CONCRETE | 2006 | 722 |

| Building Front Photo | Building Footprint |
|---|---|



**Photo Date: February of 2008**



# Exhibit 2

# Exhibit 3

# DRYWALL INSPECTION REPORT

**Report Number**

222

## Subject Property



2636 SE 19th Pl
Cape Coral, Fl
33904

## Client Information

**Client Name:** **James H Blevins**

## Inspected on

**Inspection Date:** **08/02/2017**

**Inspection Time:** **10:00 AM**

## Inspection Conducted By



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Whittley Lukas
**Inspector's Signature:**

*Whittley Lukas*

**Signature Date**
8/2/2017 **State Certified Home Inspector**
**HI10043, Date:12/20/2016**

# DRYWALL INSPECTION REPORT

**Report Number**
222

## INTRODUCTION

Kross Inspectors has been engaged by the Client named within the report to perform a comprehensive inspection to determine if the subject property is affected by installed drywall that emits gases which produce corrosion of non ferrous metal components, commonly described by media and public agencies as "Chinese Drywall", "Problem Drywall", "Toxic Drywall", and "Problem Drywall". For the purposes of this assignment, the Inspector will reference the deficiency as "Problem Drywall". The intended user of this report is the Client only, unless otherwise amended or noted within.

This inspection is a specialized inspection and is not to be considered a substitution for a Complete Home or Building Inspection. The methods utilized by the Inspector are incorporated only to identify if drywall installed within the interior of the building is defective and affecting certain elements of the building (electrical, HVAC, and plumbing). The Inspector is not liable for reporting any defects other than those known to be caused by Problem Drywall installed in the building. This report itself is not to be considered a warranty or guarantee.

As of the inspection date, state, local, and federal agencies have not issued or endorsed an official inspection protocol to determine if a building is affected by Problem Drywall. However, on March 18, 2011, the Consumer Product Safety Commission (CPSC) and the U.S. Department of Housing and Urban Development (HUD) issued a communication labeled "Summary of Identification Guidance For Homes With Corrosion From Problem Drywall As of March 18, 2011". The inspection process described within adheres to the guidance issued by these agencies for the Threshold Inspection described within the communication. Within the interim guidance for identification issued by the CPSC and HUD is guidance for corroborating evidence. The inspection process described within includes one condition of corroborating evidence (identification of confirmed markings of Chinese origin). The inspection process utilized for this inspection includes a visual search to identify markings on unfinished surfaces of the building's installed drywall. These markings are then compared to photographs cataloged by the United States District Court Eastern District of Louisiana.

The interim guidance for identification issued by the CPSC and HUD includes additional corroborating evidence guidelines via laboratory analysis of drywall samples from the subject property. Additional testing procedures are available from Kross Inspectors to provide further corroborating evidence should Client wish to modify the Scope of the Inspection. Client should consider the intended use of the inspection report prior to proceeding with additional testing which includes destructive inspection techniques.

Although ASTM Standard C 36 may be identified in this report, this in itself does not identify Problem Drywall. As of December 1, 2004, a single ASTM international reference, ASTM C 1396/C 1396M, has replaced nine standards previously used to designate specific gypsum boards (drywall) employed in commercial and residential construction. ASTM Standard C 36 was the withdrawn standard specification for Gypsum Wallboard. The new standard combined all nine wallboard applications under one standard (C 1396/C 1396M).

Home builder and drywall manufacturers may be identified within this report, at the request of the consumer. Home builder information is obtained from public record and drywall manufacturer identification(s) are obtained onsite during the inspection process.

Should the subject property of the inspection report be a condominium or single family attached unit, the intended user of the report should use caution as to not make an assumption in which the inspection report may be representative of a similar outcome should inspections be performed on other units located within the same building or development. Research and data performed by Kross Inspectors has proven that often separate units within the same building do contain different manufacturer brands of drywall. Therefore a single inspection report cannot be used to determine if other units within the subject's building are or are not affected by Problem Drywall.

Kross Inspectors does not perform mitigation or remediation services for buildings found to have Problem Drywall installed.

Kross Inspectors and the Inspector do not have any financial interest in the property being inspected and compensation for this assignment is not based on a predetermined outcome.

## PROCEDURE

This inspection was completed through the efforts of the Inspector exhausting all possible means of identifying the manufacturer or country of origin of a representative amount of your home's installed drywall. Special attention was made to observe the common symptoms produced by the suspected Problem Drywall found in this area such as identification of distinctive effects of problem drywall off gassing on copper components such as electrical wiring, plumbing components, and air conditioning materials. Further testing shall also include a review of the performance of the air conditioning system in order to discover if any refrigerant loss due to effects of problem drywall are possible.

A limitation of this process is that it is physically impossible to positively identify the manufacturer or origin of the entire building's installed drywall without a full destructive and invasive inspection.

The standard procedure for conducting this inspection is as follows: A walk through examination is performed visiting finished rooms and areas of the home in an attempt to detect the distinctive odor emitted by Problem Drywall.

A representative number of electrical switches and outlets are inspected by removing covers to permit a visual examination of wire termination and device terminals. The user should note that at times outlets and switches have been removed by others prior to our arrival. We will make reasonable attempts to secure these outlets and/or switches for safety. However, as the Home Inspector does not carry typical hardware and/or parts to perform some repairs, we will note in the report which outlets and/or switches were not corrected. It is recommended that any unsecured outlets and/or switches be corrected immediately to prevent injury to others.

The intent of the visual examination is to determine the presence or absence of non-typical oxides or corrosion on nonferrous metals.

A representative number of plumbing fixtures, components, and copper tubing containing nonferrous metals are inspected, with the objective of identifying non-typical oxidation or corrosion.

If present and accessible, the evaporator coils of the air conditioner is examined for presence or absence of non-typical oxidation or corrosion. The Inspector will also test the air conditioning system using normal controls in an attempt to detect any refrigerant loss due to presence of problem drywall.

As presented by opportunity, the inspector will note and report other occurrences of oxidation or corrosion on visible oxidation or corrosion of nonferrous components or items.

As permitted by non destructive examination, the inspector will use a micro inspection camera to examine the unfinished side of the drywall as an to attempt to identify the manufacturer of the drywall.

The user should note that certain limitations may placed on the inspection such as stored items, furniture, missing components, etc.

## EQUIPMENT
Specialized Equipment used during this inspection include:
   Micro Inspection Camera
   • Infrared Thermometer

## LOCATIONS INSPECTED

Items and primary components inspected within this home included:

All accessible principle rooms, areas, and hallways containing drywall finishes
- Attic
- Interior components of the air conditioning unit
- Storage cabinets where nonferrous metallic items could potentially be stored

## COMPONENTS INSPECTED

Installed components and devices that were inspected include:

Representative number of electrical outlets and switches
- Air conditioner evaporator coil(s)
- Plumbing fixtures and components
- Cable/telephone/security panels where accessible
- Cabinets and storage areas where nonferrous metals may typically be observed.

Kross Inspectors will utulize additional methods outlined within the Kross Inspectors Chinese Drywall Inspection Protocol as necessary in order to provide credible results for Client. Warranties or Guarantees may only be provided upon completion of laboratory testing of all drywall installed within the subject property.

# DRYWALL INSPECTION REPORT

**Report Number**
222

<u>**DETERMINATIONS AND OBSERVATIONS**</u>
**1) Drywall Manufacturer: As permitted by opportunity and where efforts do not require intrusive or destructive action drywall was observed to be sourced from:**
Knauf Plasterboard (Tianjin) Co Ltd (KPT)

**2) Drywall Specification/Standard Applied [if determined] :**
Not Determined

**3) Builder [if identified]:** George C Diggs
**4) Plumbing Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**5) Electrical Wiring Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**6) Air Conditioning Component Defects Observed:** Blackish/Blue coating observed
Light layer of soot observed

**7) Odor Observed:** Distinct odor typical of problem drywall observed
Inside Attic Access above Garage
**8) Personal Property Affected:**
Note: this listing of personal property items is intended to be neither exhaustive nor complete. The listed items are intended to be supplementary to all other indicators used in the determination for the conclusion of either the presence or absence of Problem Drywall.

<u>**COMMENTS AND RECOMMENDATIONS**</u>
Results of this inspection for problem drywall are positive. Symptoms of problem drywall were found.

Distinctive odor emitted by problem drywall was detected.

Inspected exposed copper wiring was observed to be darkened and/or displayed excessive corrosion.

Inspected copper and brass plumbing components were observed to be darkened and/or displayed excessive corrosion.

The air conditioner evaporator coils were observed to be darkened and/or displayed excessive corrosion.

Layer of soot was observed on some inspected components.

Due to the symptoms displayed and based on the Inspector's extensive exposure to homes containing problem drywall, it is the Inspector's opinion that the subject property does contain problem drywall. The results of this non destructive inspection are considered among the Home Inspection Industry and the U.S. Federal Court System as credible and reliable, however further scientific testing via destructive methods is available at the Client's request.

Should the Client wish to obtain further scientific testing via destructive methods, the Inspector recommends to follow laboratory testing outlined within communications issued by the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development. Updates to these communications may be found on the CPSC and HUD websites.

It is recommended that the client for this Report obtain a copy of the original list of building materials or bills of lading for materials delivered to this property during the original construction or remodeling.

## PHOTO REPORT

**1.**

  

**Location:** Throughout **System:** Drywall **Condition:** Ground Wire; Light Layer of Soot
Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected
component. Further consultation with a qualified problem drywall remediation
contractor for corrective measures is required. It is further recommended to consult
with the Inspector regarding third party documentation of the remediation efforts
considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**2.**

  

**Location:** Throughout **System:** Drywall **Condition:** Plumbing Fixture; Pitting
Observed
**Explanation:** Pitting Observed
**Impact Consequences:** Distinctive pitting of problem drywall observed on inspected
component. Further consultation with a qualified problem drywall remediation
contractor for corrective measures is required. It is further recommended to consult
with the Inspector regarding third party documentation of the remediation efforts
considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

**3.**

  

**Location:** Throughout **System:** Drywall **Condition:** De Silvering Observed
**Explanation:** De Silvering Observed
**Impact Consequences:** Distinctive de silvering of problem drywall observed on
inspected component. Further consultation with a qualified problem drywall

remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 4.

  

**Location:** Throughout **System:** Drywall **Condition:** Copper Distribution Line; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 5.

  

**Location:** Throughout **System:** Drywall **Condition:** Light Layer Of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 6.

 

**Location:** Throughout **System:** Drywall **Condition:** Label is from Suspect Company
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention

**Recommended Action:** Consult Specialist
Click here to find out more about this item

## 7.

 

**Location:** Throughout **System:** Drywall **Condition:** AC Copper Tubing; Light Layer Of Soot Observed
**Explanation:** Needs Attention
**Impact Consequences:** Needs Attention
**Recommended Action:** Needs Attention
Click here to find out more about this item

## 8.

  

**Location:** Throughout **System:** Drywall **Condition:** Evaporator Coils; Light Layer of Soot Observed
**Explanation:** Soot Observed
**Impact Consequences:** Distinctive soot of problem drywall observed on inspected component. Further consultation with a qualified problem drywall remediation contractor for corrective measures is required. It is further recommended to consult with the Inspector regarding third party documentation of the remediation efforts considered for the subject property.
**Recommended Action:** Consult Remediation Specialist
Click here to find out more about this item

## 9.

 

**Location:** Throughout **System:** Drywall **Condition:** Date Of Installation
**Explanation:** The drywall labels found supporting a positive conclusion of problem drywall appear to be original to the property construction.
**Impact Consequences:** Evidence of remodeling or replacing drywall were not observed during this inspection. It is the Inspectors opinion that the drywall observed was installed during original construction of the subject property.
**Recommended Action:** Review
Click here to find out more about this item

Report Number:

222

## <u>Professional Services Certification and Disclosure</u>

I have personally made an inspection of the property that is the subject of this Report.

I do not have any undisclosed conflict of interest with the client, nor any undisclosed commissions, rebates, profits or other benefits resulting from the completion of this assignment.

I have not accepted any disclosed or undisclosed commissions, rebates, profits, or other benefit from Real Estate Brokers, Agents, or any other parties having financial interest in the subject property.

Kross Inspectors, and the designated inspector for this assignment, have not been offered or provided any disclosed or undisclosed financial compensation directly or indirectly to any Real Estate Broker, Agent, or Real Estate Company for inclusion on lists of preferred and/or affiliated inspectors or inspection companies.

I have not and shall not communicate any information about this inspection to anyone except the named client without prior consent of the client, except where it may affect the safety of others or violate a law or statute.

I have not offered to perform any repairs to the subject property nor shall I accept or induce a referral fee from any contractor of which I refer a client to for repairs.



**Kross Inspectors**
12155 Metro Parkway, Unit 4
Fort Myers, FL, 33966
Phone: (239) 677-4403
(877) 496-4662
Fax: (239) 214-2684
E'Mail: Office@krossinspectors.com
Web: www.krossinspectors.com

**Inspected by:**
Whittley Lukas
**Inspector's Signature:**

**Signature Date**
8/2/2017 **State Certified Home Inspector**
**HI10043, Date:12/20/2016**

# Exhibit 4

# Exhibit 5



*Page 1 of 10*

*RE: PFS*
*SECTION IV*
*ITEM 17*
*DIMINUTION of PROPERTY*

October 31, 2017

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

SUBJECT:   Account          32-44-24-C2-01211.0110
           E & I Number     20170189
           Requested Date   10/26/2017
           Processed Date   10/31/2017

Dear Taxpayer:

Our office recently received a Certificate of Correction of Tax Roll from the Property Appraiser to adjust the information included on your 2017 Real Estate Notice. Enclosed is the adjusted tax notice which replaces the original notice.

Early payment discounts are available based on the date payment is remitted to this office. Discounts have been calculated and applied to the total taxes due and are reflected in the new tax notice. Return the bottom portion of your tax notice with your payment in the envelope provided.

For additional information on the cause of this adjustment, please contact the Property Appraiser at 239.533.6100. For questions regarding payment, contact our office at 239.533.6000 to speak with a Customer Support Representative.

Sincerely,

Tamara L. Harrison
Customer Support Director

Enc.

**2017 REAL ESTATE NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS FOR LEE COUNTY, FLORIDA**

| Account Number: | Site Address: | Values and Exemptions: | |
|---|---|---|---|
| 32-44-24-C2-01211.0110 | 2636 SE 19TH PL | MARKET ASSESSED VALUE | 111010 |
| | | CAP ASSESSED VALUE | 111010 |
| Personal ID Number: | Legal Description: | HOMESTEAD-EX VALUE | 50000 |
| 17-00567985 | CAPE CORAL UNIT 19 BLK.1211 | TAXABLE VALUE | 61010 |
| | PB 13 PG 126 LOTS 11 + 12 | | |
| District: | BOOK: 4380 PAGE: 3276 | | |
| 057 | | | |

 See message below.

| | Amount Due: | If Paid By: |
|---|---|---|
| | $1,820.17 | December 1, 2017 |
| | $1,839.13 | December 31, 2017 |
| | $1,858.09 | January 31, 2018 |
| | $1,877.05 | February 28, 2018 |
| BLEVINS JAMES H | $1,896.01 | March 31, 2018 |
| 2636 SE 19TH PL | | |
| CAPE CORAL FL 33904 | | |

11/01/2017

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 111010 | 50000 | 61010 | 247.13 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.3480 | 111010 | 25000 | 86010 | 193.35 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 111010 | 25000 | 86010 | 381.11 |
| CITY OF CAPE CORAL | 239.574.0697 | 6.7500 | 111010 | 50000 | 61010 | 411.82 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 111010 | 50000 | 61010 | 4.23 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 111010 | 50000 | 61010 | 36.34 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 111010 | 50000 | 61010 | 10.26 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 111010 | 50000 | 61010 | 7.78 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 111010 | 50000 | 61010 | 2.69 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 111010 | 50000 | 61010 | 8.44 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0246 | 111010 | 0 | 111010 | 2.75 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 111010 | 0 | 111010 | 31.08 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 111010 | 50000 | 61010 | 2.40 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | Basis | Amount |
|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | ACTL LEVY | 111.00 |

Keep for your records

| 2017 Combined Total Ad Valorem and Non-Ad Valorem: | 1896.01 |
|---|---|

## 2017 Real Estate Notice

**Corrected Notice**
10/31/2017

Phone/Email Contact _____

 If the address below is *not* correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

| Account: 32-44-24-C2-01211.0110 |
|---|
| Site Address: 2636 SE 19TH PL |
| Personal ID Number: 17-00567985   11/01/2017 |

For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

| If Paid By | Amount Due |
|---|---|
| December 1, 2017 | $1,820.17 |
| December 31, 2017 | $1,839.13 |
| January 31, 2018 | $1,858.09 |
| February 28, 2018 | $1,877.05 |
| March 31, 2018 | $1,896.01 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
PO BOX 1609
FORT MYERS FL 33902-1609

020100      20170      324424C20121101104      00001896014      00000056882      00000000

Page 3 of 10

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. Installment tax notices are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December; 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options:** *Online:* Visit our official website www.leetc.com. *By Mail:* Check or money order. *Phone:* 239.533.6000. *In Person:* Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment* or *Installment Payment Plan.* Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

> *Real Estate:* 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
> *Tangible Personal Property:* 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday - Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

### NOTICE
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

## Don't Wait in Line... Pay Online at www.leetc.com

Rev. 09/2017

## Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form. It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|   Phone: |__|__|__|__|__|__|__|__|__|__|

Street or PO Box Number: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

City: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|   State: |__|__|   ZIP: |__|__|__|__|__|__|__|__|__|

Signature: _____   Date: ___/___/___

| | | | Values and Exemptions: | |
|---|---|---|---|---|
| Account Number: | Site Address: | | MARKET ASSESSED VALUE | 394876 |
| 32-44-24-C2-01211.0110 | 2636 SE 19TH PL | | CAP ASSESSED VALUE | 302590 |
| | | | HOMESTEAD-EX VALUE | 50000 |
| Personal ID Number: | Legal Description: | | TAXABLE VALUE | 252590 |
| 17-00567985 | CAPE CORAL UNIT 19 BLK.1211 PB | | | |
| | 13 PG 126 LOTS 11 + 12 | | | |
| District: | BOOK: 4380 PAGE: 3276 | | | |
| 057 | | | | |

★ See message below.

|||| |
|---|---|---|---|
| ▓▓▓ ▓▓ ▐▀▌▄▪▐▀▌▐░▌ ▄▐░▄░▪▐░▌▐▀▐▓▌ ▌▐ | | Amount Due: | If Paid In: |
| | | $5,308.47 | November | 2017 |
| | | $5,363.77 | December | 2017 |
| BLEVINS JAMES H | | $5,419.07 | January | 2018 |
| 2636 SE 19TH PL | | $5,474.36 | February | 2018 |
| CAPE CORAL FL  33904-3225 | | $5,529.66 | March | 2018 |

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 302590 | 50000 | 252590 | 1023.14 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 302590 | 25000 | 277590 | 624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 302590 | 25000 | 277590 | 1230.00 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 302590 | 50000 | 252590 | 1704.98 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 302590 | 50000 | 252590 | 17.50 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5958 | 302590 | 50000 | 252590 | 150.44 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 302590 | 50000 | 252590 | 42.46 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 302590 | 50000 | 252590 | 32.21 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 302590 | 50000 | 252590 | 11.14 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 302590 | 50000 | 252590 | 34.96 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 302590 | 0 | 302590 | 7.50 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 302590 | 0 | 302590 | 84.73 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 302590 | 50000 | 252590 | 9.95 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | Basis | Amount |
|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | ACTL LEVY | 111.00 |

**2017 Combined Total Ad Valorem and Non-Ad Valorem:**                                          5529.66

**Your tax notice was requested and sent for payment to:  SUNTRUST MORTGAGE INC**

------------------------------------------------------------------------------------------✂

## 2017 Real Estate Informational Notice

| | |
|---|---|
| | **Account:** 32-44-24-C2-01211.0110 |
| | **Site Address:** 2636 SE 19TH PL |
| | **Personal ID Number:** 17-00567985 |
| Phone/Email Contact: _____ | **Important Information:** Informational notices are mailed to taxpayers when a mortgage holder/agent requests the original tax notice for payment. |
| | |
| ★ If the address below is not correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address. | If the mortgage holder is not responsible to pay these taxes, remit your payment directly to the Lee County Tax Collector. The amount due is located in the upper right corner of this notice. For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com. |

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

020100      20170      324424C20121101104      00005529665      00000165890      00000000

## IMPORTANT INSTRUCTIONS AND INFORMATION - PLEASE READ

**Ad Valorem Taxes** cover the period January 1 through December 31 of the tax year indicated on the front of this notice. Tax notices are mailed on or about November 1 and become delinquent April 1. Failure to receive a tax notice does not extend discounts or excuse taxpayers' responsibilities to pay taxes and applicable penalties for late payments. **Installment tax notices** are mailed in June, September, December, and March.

**Verify** the mailing address, site address, legal description, values and exemptions. Report any discrepancies immediately to the Lee County Property Appraiser.

**Property Sold:** Forward this notice to the new owner(s).

**Discounts:** The amounts indicated on the front of this notice represent the total taxes and assessments due (if applicable) less discounts allowed for early payment: 4% in November; 3% in December; 2% in January; and 1% in February. Installment payment discounts allowed: 6% in June; 4 1/2% in September; and 3% in December. When the discount period ends on a weekend or holiday, the discount is extended to the next business day.

**Payment Options:** *Online:* Visit our official website www.leetc.com. *By Mail:* Check or money order. *Phone:* 239.533.6000. *In Person:* Cash, check, money order, debit card (PIN required), and all major credit cards. *NOTE:* A convenience fee is charged when using a credit or debit card and is subject to service provider rates which may vary. No portion of this fee is retained by the Tax Collector's office.

**Alternative Payment Methods:** Visit us online or contact our office for information on the *Partial Payment or Installment Payment Plan*. Property owners eligible for homestead exemption may qualify to defer a portion or all of their taxes and assessments by filing a *Homestead Tax Deferral* application.

**Confirm Payment:** Confirm receipt of your payment online at our official website www.leetc.com. Your taxes are not considered paid until your payment clears our bank and is applied to your tax account.

**Delinquent Taxes:** Payment of delinquent taxes must be made in certified U.S. funds drawn on a U.S. bank. The amount due is determined by the date payment is received. Failure to pay delinquent taxes could result in the loss of your property. On April 1 the following charges are imposed by Florida Law:

> *Real Estate:* 3% minimum interest and advertising costs. A tax certificate sale is held on or before June 1 resulting in additional charges.
> *Tangible Personal Property:* 18% interest annually, cost of advertising, and fees. Tax warrants will be issued on all unpaid personal property taxes on or about June 1.

**Governmental Office Responsibilities:**
**Tax Collector:** Prints, mails, and collects payments based on the tax roll(s) certified by the Property Appraiser and Levying Authority. For questions concerning payment of taxes contact the Tax Collector at PO Box 1609, Fort Myers, FL 33902, www.leetc.com, or 239.533.6000. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings. Under Florida law, communication with our agency, including email addresses, is considered public record and may be released upon a public records request.

**Property Appraiser:** Prepares and certifies the tax roll, including assessed values, exemptions, legal description, assessed owner(s) name, and mailing address, to the Tax Collector. Contact the Property Appraiser if you have questions regarding the certified tax roll at PO Box 1546, Fort Myers, FL 33902, www.leepa.org, or 239.533.6100. Office hours: 8:30 a.m. to 5:00 p.m. Monday – Friday, except holiday closings.

**Levying Authority:** Establish millage rates and assessments based on tax revenue needed for operating expenses. Direct questions regarding services provided or rates charged to the authority listed (if shown) on the front of this notice.

### NOTICE
Pursuant to Florida Statute 590.125(5), be advised that the Florida Forest Service may be performing prescribed burning and/or other treatments in a project area that includes your property in Lee County, Florida. These efforts are to reduce fuel loads and threat of wildfires. These projects are planned to occur from the date of this notice until the same date the following year. This service is provided at no cost to the affected landowner(s). Contact the Florida Forest Service if you have questions regarding this service at: 10941 Palm Beach Blvd., Fort Myers, FL 33905, or 239.690.8001.

## Don't Wait in Line... Pay Online at www.leetc.com

Rev. 09/2017

## Change of Mailing Address

Visit www.leepa.org to change your mailing address or complete this form. It will be forwarded to the Property Appraiser who is responsible for all changes to the tax roll. Do not use this form if you receive Homestead Exemption for this property.

Name: [ ] | Phone: [ ]

Street or PO Box Number: [ ]

City: [ ] | State: [ ] | ZIP: [ ]

Signature: _____   Date: ____/____/____

## CONTACT INFORMATION

| Lee County Property Appraiser | | Municipalities and Other Government Agencies | | |
|---|---|---|---|---|
| **Physical Address** <br> 2480 Thompson St., 4th Floor <br> Fort Myers, FL 33901 | **Real Property** <br> Phone    (239) 533-6100 <br> Fax    (239) 533-6091 <br> Email    trim@leepa.org | City of Bonita Springs | (239) 949-6262 | www.cityofbonitasprings.c |
| **Mailing Address** <br> P.O. Box 1546 <br> Fort Myers, FL 33902 | **Tangible Personal Property** <br> Phone    (239) 533-6140 <br> Fax    (239) 533-6289 <br> Email    tpp@leepa.org | City of Cape Coral | (239) 574-0401 | www.capecoral.net |
| | | City of Fort Myers | (239) 321-7000 | www.cityftmyers.com |
| | | City of Sanibel | (239) 472-3700 | www.mysanibel.com |
| **Office Hours** <br> Monday - Friday <br> 8:30am to 5:00pm | **Exemptions** <br> Phone    (239) 533-6100 <br> Fax    (239) 533-6038 <br> Email    exemptions@leepa.org | Town of Fort Myers Beach | (239) 765-0202 | www.fortmyersbeachfl.gov |
| | | Village of Estero | (239) 221-5035 | www.estero-fl.gov |
| **Directions** <br> Downtown Fort Myers <br> Corner of Dr. Martin Luther King <br> Jr. Blvd. & Fowler St. | **Website** www.leepa.org | County Government | (239) 533-2111 | www.leegov.com |
| | | Clerk of Courts | (239) 533-5000 | www.leeclerk.org |
| | | Tax Collector | (239) 533-6000 | www.leetc.com |

Lee County Taxing Authorities
P.O. Box 1270
Fort Myers, Florida 33902-1270

 E

PRESORTED
FIRST-CLASS M
US POSTAGE
PAID
FT MYERS, F
PERMIT# 00

# NOTICE OF PROPOSED 2017 REAL ESTATE PROPERTY TAXES



24216****************AUTO**5-DIGIT 33904

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

## ASSESSMENT APPEAL INFORMATION

You, the property owner, are the single best source of information as it relates to your property. If you have questions about the valuation, exemptio
classification or characteristics of your property, we encourage you to contact our office to discuss your concerns.

If you disagree with the current market value of your property or believe you qualified for an exemption or property classification not reflected on y
TRIM Notice, you may:

- Request an informal conference with our office.
- File a petition with the Value Adjustment Board.
- File a lawsuit in circuit court.

**Set up an Informal Conference**

An informal conference with the property appraiser's office, while not required, is encouraged as a first step in addressing your concerns. By having
informal conference, you may be able to settle the issue without going to a hearing or going to court.
At this informal conference, you may:

- Provide documentation that may support a change to the assessment or eligibility for an exemption or property classification.
- Request facts that support the current assessment of the property and/or denial of an application for an exemption or property classificatio

Please be aware that an informal conference does not extend your deadline to file a petition with the Value Adjustment Board.

**To set up an informal conference please call the Lee County Property Appraiser's office at (239) 533-6100.**

**Petition the Value Adjustment Board**

For information on filing a petition with the Value Adjustment Board please visit the Lee County Clerk of Court's website at www.leeclerk.org.

## A FEW WORDS FROM KEN



**Dear Property Owner:**

As your Lee County Property Appraiser, it is my duty to ensure this office produces a fair and equitable tax roll each year in compliance with Florida Statutes. A requirement of this process is to provide you with an annual Notice of Proposed Property Taxes, referred to as a TRIM (Truth in Millage) Notice. The accompanying notice reflects your property's valuation as of January 1, 2017, and your proposed ad valorem taxes for 2017.

My staff and I are at your service to answer any questions you have concerning your annual notice, the supplemental information provided, and to address any other questions you have about the Property Appraiser's office. Feel free to contact us, our door is open.

Best Regards,

*Kenneth M. Wilkinson*

Kenneth M. Wilkinson, CFA
Lee County Property Appraiser

## TAXPAYER SERVICES

### www.leepa.org

Visit our website to learn more about the services provided by our office. Our website offers many valuable features, benefits and user friendly services. By simply creating an account and logging on you have the ability to:

- Change your mailing address
- Apply for property tax exemptions
- Upload photos of your property
- File a tangible personal property tax return
- Complete a sales verifier, commercial income and expense questionnaire, or reaffirmation of exemption
- Download and save a copy of your TRIM Notice

Our website also offers many great mapping and reporting tools and a wide range of information available at no cost.

Our mission is to provide prompt, professional, courteous service and be attentive to our customers' needs, whether that be in person, on the phone or electronically. Our goal is that every person who does business with our office says, "Wow, what a great experience!"

## AD VALOREM TAXATION

An ad valorem tax is a tax that is based on the value of a property. Taxing authorities determine the tax rate, or millage, you pay based on money needed to fund their budgets. Below is a diagram that illustrates the basic tax calculation. Should you have a question regarding the tax rate or amount of taxes you are paying, please contact the appropriate authority listed on the front page of your notice.



## PROPERTY EXEMPTION & ASSESSMENT LIMITATIONS

Every person who owns real property in Florida on January 1, and makes the property his or her permanent residence, is eligible to receive a homestead exemption up to 50,000. The first 25,000 applies to all property taxes, including school district taxes. The additional 25,000, applies to the assessed value between 50,000 and 75,000 and only applies to non-school taxes.

| | |
|---|---|
| **Homestead Exemption** | **up to 50,000** |
| **Senior's Homestead Exemption** | **up to 250,000** |

**2017 "Save Our Homes" Cap Assessment Limitation for Homestead Properties   2.1%**
Based on the Consumer Price Index (CPI) - Assessed values for most homestead exempt properties may not increase more than 3% or the current CPI whichever is less.

**Non-Homestead Property Assessment Limitation   10%**
Assessed values for most non-homestead or non-special use properties may not increase more than 10%.

**Tangible Personal Property Exemption   up to 25,000**
The TPP exemption is granted with a timely filing of a DR-405 tax return.

**What Is Recapture?**
In instances where a property's market value exceeds the assessed value, property appraisers must increase the assessed value by the current CPI or 3%, whichever is less, until market value and assessed value are equal.

| | |
|---|---|
| Recapture for Homestead Properties | 2.1% |
| Recapture for Non-Homestead Properties | 10% |



**\* 1 0 1 8 2 0 7 1 \***

| | $344,500 | $394,876 |
|---|---|---|



### MARKET VALUE

Market Value in Florida is also known as "just value" as provided by the constitution and described in state law.  It is the amount a purchaser willing but not obliged to buy would pay to one willing but not obliged to sell, after proper consideration of all eight factors in section 193.011, F.S.

### ASSESSED VALUE

Assessed Value is the market value of your property minus the amount of any assessment reductions. The assessed value may be different for millage levies made different taxing authorities.

### ASSESSMENT REDUCTIONS

Assessment Reduction amounts are based on applicable statutory limitations and benefits that may affect the Assessed Value, such as the Save Our Homes cap or Agricultural Classification. The value of these limitations and benefits make up the difference between market and assessed value.

| Save Our Homes Benefit | All Levies | $92,286 |
|---|---|---|

### EXEMPTIONS

Exemptions are specific dollar or percentage amounts that reduce assessed value. These are usually based on characteristics of the property or property owner. Examples include the homestead exemption, veterans' disability exemptions and charitable exemptions. In some cases, the maximum exemption amount may not applied because of a lower assessed value. Many exemptions apply only to tax levies by the taxing authority granting the exemption.

| Homestead Exemption | Adopted Levies | $25,000 |
|---|---|---|
| Additional Homestead Exemption | Adopted Levies | $25,000 |

### VALUE CALCULATIONS

Taxable Value is the assessed value minus qualifying exemptions.  This is the value used to calculate the tax due on your property. The assessed and taxable value may vary by taxing authority because certain assessment reductions and exemptions may not apply to all levies and discounts.

| TAXING AUTHORITY | ASSESSED VALUE | | EXEMPTIONS | | TAXABLE VALUE | |
|---|---|---|---|---|---|---|
| | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR | LAST YEAR | THIS YEAR |
| **COUNTY** | | | | | | |
| LEE CO GENERAL REVENUE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| **SCHOOL** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| PUBLIC SCHOOL - BY STATE LAW | $296,366 | $302,590 | $25,000 | $25,000 | $271,366 | $277,590 |
| | | | | | | |
| CITY OF CAPE CORAL | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO ALL HAZARDS PROTECTION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| LEE CO LIBRARY DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| | | | | | | |
| SFWMD-DISTRICT-WIDE | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| SFWMD-OKEECHOBEE BASIN | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |
| | | | | | | |
| LEE CO HYACINTH CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| LEE CO MOSQUITO CONTROL DIST | $296,366 | $302,590 | $0 | $0 | $296,366 | $302,590 |
| WEST COAST INLAND NAVIGATION DIST | $296,366 | $302,590 | $50,000 | $50,000 | $246,366 | $252,590 |

If you feel the market value of your property is inaccurate or does not reflect fair market value, or if you are entitled to an exemption or classification that is not reflected on this form, please call us at (239) 533-6100 or visit the Lee County Property Appraiser's office at 2480 Thompson Street, 4th Floor, Fort Myers, FL.

If we are unable to resolve a matter as to market value, classification, or an exemption, you may file a petition for adjustment with the Value Adjustment Board. Online filing is available at www.leeclerk.org. Petition forms are available from the Lee County Property Appraiser's office or at www.leepa.org. All petitions must be filed on or before September 08, 2017.

Page 9 of 10

# DO NOT PAY - THIS IS NOT A BILL
## NOTICE OF PROPOSED PROPERTY TAXES

**10182071**

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

Parcel ID: 32-44-24-C2-01211.0110
CAPE CORAL UNIT 19
BLK.1211 PB 13 PG 126
LOTS 11 + 12
2636 SE 19TH PL

The taxing authorities which levy property taxes against your property will soon hold PUBLIC HEARINGS to adopt budgets and tax rates for the next year. The purpose of these PUBLIC HEARINGS is to receive opinions from the general public and to answer questions on the proposed tax change and budget PRIOR TO TAKING FINAL ACTION. Each taxing authority may AMEND OR ALTER its proposals at the hearing.

| TAXING AUTHORITIES<br>057<br>CITY OF CAPE CORAL | LAST YEAR'S ACTUAL TAX RATE 2016 (MILLAGE) | YOUR PROPERTY TAXES LAST YEAR 2016 | YOUR TAX RATE THIS YEAR IF NO BUDGET CHANGE IS ADOPTED (MILLAGE) | YOUR TAXES THIS YEAR IF NO BUDGET CHANGE IS ADOPTED | THIS YEAR'S PROPOSED TAX RATE 2017 (MILLAGE) | YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED 2017 |
|---|---|---|---|---|---|---|
| **COUNTY** | | | | | | |
| LEE CO GENERAL REVENUE | 4.0506 | $997.93 | 3.8140 | $963.38 | 4.0506 | $1,023.14 |
| **SCHOOL** | | | | | | |
| PUBLIC SCHOOL - BY LOCAL BOARD | 2.2480 | $610.03 | 2.1162 | $587.44 | 2.2480 | $624.02 |
| PUBLIC SCHOOL - BY STATE LAW | 4.7410 | $1,286.55 | 4.4630 | $1,238.88 | 4.4310 | $1,230.00 |
| **MUNICIPALITY OR MSTU** | | | | | | |
| CITY OF CAPE CORAL | 6.7500 | $1,662.97 | 6.3440 | $1,602.43 | 6.7500 | $1,704.98 |
| LEE CO ALL HAZARDS PROTECTION DIST | 0.0693 | $17.07 | 0.0648 | $16.37 | 0.0693 | $17.50 |
| LEE CO LIBRARY DIST | 0.5956 | $146.74 | 0.5595 | $141.32 | 0.5956 | $150.44 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU | 0.1602 | $39.47 | 0.1500 | $37.89 | 0.1681 | $42.46 |
| **WATER MANAGEMENT DISTRICT** | | | | | | |
| SFWMD-DISTRICT-WIDE | 0.1359 | $33.48 | 0.1275 | $32.21 | 0.1275 | $32.21 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT | 0.0471 | $11.60 | 0.0441 | $11.14 | 0.0441 | $11.14 |
| SFWMD-OKEECHOBEE BASIN | 0.1477 | $36.39 | 0.1384 | $34.96 | 0.1384 | $34.96 |
| **INDEPENDENT** | | | | | | |
| LEE CO HYACINTH CONTROL DIST | 0.0263 | $7.79 | 0.0248 | $7.50 | 0.0248 | $7.50 |
| LEE CO MOSQUITO CONTROL DIST | 0.2397 | $71.04 | 0.2257 | $68.29 | 0.2800 | $84.73 |
| WEST COAST INLAND NAVIGATION DIST | 0.0394 | $9.71 | 0.0372 | $9.40 | 0.0394 | $9.95 |
| **TOTAL TAX RATES** | 19.308 | | 18.1592 | | 18.9882 | |
| **TOTAL PROPERTY TAXES** | $4,838.77 | | $4,751.21 | | $4,973.03 | |

## NOTICE OF PROPOSED PROPERTY TAXES EXPLANATION (Section 200.069, Florida Statutes)

**COLUMN 1—"YOUR PROPERTY TAXES LAST YEAR"** - This column shows the taxes that applied last year to your property. These amounts were based on budgets adopted last year and your property's previous taxable value.

**COLUMN 2—"YOUR TAXES IF NO BUDGET CHANGE IS ADOPTED"** - This column shows what your taxes will be this year IF EACH TAXING AUTHORITY DOES NOT CHANGE ITS PROPERTY TAX LEVY. These amounts are based on last year's budgets and your current assessment.

**COLUMN 3—"YOUR TAXES IF PROPOSED BUDGET CHANGE IS ADOPTED"** - This column shows what your taxes will be this year under the BUDGET ACTUALLY PROPOSED by each local taxing authority. The proposal is NOT final and may be amended at the public hearings shown on this notice. The difference between Columns 2 and 3 is the tax change proposed by each local taxing authority and is NOT the result of higher assessments.

**NOTE:** Amounts shown on this form do NOT reflect early payment discounts you may have received or may be eligible to receive. (Discounts are a maximum of 4 percent of the amounts shown on this form).

**NON-AD VALOREM ASSESSMENTS:** Your final tax bill may contain non-ad valorem assessments which may not be reflected on this notice such as assessments for roads, fire, garbage, lighting, drainage, water, sewer, or other governmental services and facilities which may be levied by your county, city, or any special district.

**A Public Hearing on the Proposed Taxes and Budget Will be Held:**
COUNTY/MSTU: 9/6/2017 5:05PM Lee Co Commission Chambers, 2120 Main St, Fort Myers FL 33901 Phone 239-533-2221
SCHOOL: 9/5/2017 5:05PM Lee Co Public Education Center, 2855 Colonial Blvd, Fort Myers FL 33966 Phone 239-337-8215
MUNICIPALITY: 9/7/2017 5:05PM Cape Coral City Hall Council Chambers, 1015 Cultural Park Blvd, Cape Coral FL 33990 Phone 239-574-0497
WATER MANAGEMENT DISTRICT: 9/14/2017 5:15PM SFWMD Auditorium B-1 Bldg, 3301 Gun Club Rd, West Palm Beach FL 33406 Phone 561-686-8800
LEE CO MOSQUITO AND/OR HYACINTH: 9/14/2017 5:01PM/5:15PM District Offices, 15191 Homestead Rd, Lehigh Acres FL 33971 Phone 239-694-2174
WEST COAST INLAND NAVIGATION DISTRICT: 9/8/2017 5:01PM Venice City Hall, 401 W Venice Ave, Venice FL 34285 Phone 941-485-9402

**Account Number:**
32-44-24-C2-01211.0110

**Personal ID Number:**
17-00567985

**District:**
057

**Site Address:**
2636 SE 19TH PL

**Legal Description:**
CAPE CORAL UNIT 19 BLK.1211
PB 13 PG 126 LOTS 11 + 12
BOOK: 4380 PAGE: 3276

**Values and Exemptions:**
| | |
|---|---|
| MARKET ASSESSED VALUE | 111010 |
| CAP ASSESSED VALUE | 111010 |
| HOMESTEAD-EX VALUE | 50000 |
| TAXABLE VALUE | 61010 |

⭐ See message below.

▐█▌ ▐█▌▐█▌▐█▌ ▐▌▐█▌

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

| Amount Due: | If Paid By: |
|---|---|
| $1,820.17 | December 1, 2017 |
| $1,839.13 | December 31, 2017 |
| $1,858.09 | January 31, 2018 |
| $1,877.05 | February 28, 2018 |
| $1,896.01 | March 31, 2018 |

**11/01/2017**

| Ad Valorem Taxes Levying Authority | Telephone | Mill Rate | Assessed | Exempt | Taxable | Amount |
|---|---|---|---|---|---|---|
| LEE COUNTY GENERAL REVENUE | 239.533.2221 | 4.0506 | 111010 | 50000 | 61010 | 247.13 |
| PUBLIC SCHOOL - BY LOCAL BOARD | 239.337.8215 | 2.2480 | 111010 | 25000 | 86010 | 193.35 |
| PUBLIC SCHOOL - BY STATE LAW | 239.337.8215 | 4.4310 | 111010 | 25000 | 86010 | 381.11 |
| CITY OF CAPE CORAL | 239.574.0497 | 6.7500 | 111010 | 50000 | 61010 | 411.82 |
| LEE COUNTY ALL HAZARDS - MSTU | 239.533.2221 | 0.0693 | 111010 | 50000 | 61010 | 4.23 |
| LEE COUNTY LIBRARY FUND | 239.533.2221 | 0.5956 | 111010 | 50000 | 61010 | 36.34 |
| CITY OF CAPE CORAL SOLID WASTE-MSTU | 239.533.2221 | 0.1681 | 111010 | 50000 | 61010 | 10.26 |
| SFL WATER MGMT-DISTRICT LEVY | 561.686.8800 | 0.1275 | 111010 | 50000 | 61010 | 7.78 |
| SFL WATER MGMT-EVERGLADE CONST | 561.686.8800 | 0.0441 | 111010 | 50000 | 61010 | 2.69 |
| SFL WATER MGMT-OKEECHOBEE LEVY | 561.686.8800 | 0.1384 | 111010 | 50000 | 61010 | 8.44 |
| LEE COUNTY HYACINTH CONTROL | 239.694.2174 | 0.0248 | 111010 | 0 | 111010 | 2.75 |
| LEE COUNTY MOSQUITO CONTROL | 239.694.2174 | 0.2800 | 111010 | 0 | 111010 | 31.08 |
| WEST COAST INLAND NAVIGATION DISTRICT | 941.485.9402 | 0.0394 | 111010 | 50000 | 61010 | 2.40 |

| Non-Ad Valorem Assessments Levying Authority | Telephone | Rate | Basis | Amount |
|---|---|---|---|---|
| CITY OF CAPE CORAL FIRE SERVICE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 255.44 |
| CITY OF CAPE CORAL SOLID WASTE ASSESSMENT | 239.574.7722 | 1.00 | ACTL LEVY | 190.19 |
| CITY OF CAPE CORAL STORMWATER ANNUAL | 239.574.7722 | 1.00 | ACTL LEVY | 111.00 |

Keep for your records

2017 Combined Total Ad Valorem and Non-Ad Valorem: 1896.01

---

## 2017 Real Estate Notice

**Corrected Notice**
*10/31/2017*

Phone/Email Contact: _____

 If the address below is *not* correct, complete the Change of Mailing Address form on the reverse side or visit www.leepa.org to update your address.

BLEVINS JAMES H
2636 SE 19TH PL
CAPE CORAL FL 33904

**Account:** 32-44-24-C2-01211.0110
**Site Address:** 2636 SE 19TH PL
**Personal ID Number:** 17-00567985          **11/01/2017**

For payment options and instructions refer to the back of this notice or visit us online at www.leetc.com.

| If Paid By | Amount Due |
|---|---|
| December 1, 2017 | $1,820.17 |
| December 31, 2017 | $1,839.13 |
| January 31, 2018 | $1,858.09 |
| February 28, 2018 | $1,877.05 |
| March 31, 2018 | $1,896.01 |

Make check payable to:
LEE COUNTY TAX COLLECTOR
PO BOX 1609
FORT MYERS FL 33902-1609

Page 6 of 7

LIVING EXPENSES

RESIDENCE "A"

RECREATIONAL Vehicle

---

**NAME** Meri~ Patrick
**ADDRESS** 2636 SE 19th Pl
**CITY&STATE** Cape Coral FL **ZIP** 33904
**CELL PHONE #** 239-850-3258
**SIGNATURE** X Sheila Sothick
**DATE OF BIRTH**    **NO. OF GUESTS** 2
**PETS** ☐YES ☑NO **WEIGHT**
**TYPE & MODEL OF RV:** River Forest  Class C  **LENGTH** 30'
**PAID:** ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

**IN** 8-10-17
**OUT** 8-29-17
**TODAY'S DATE** 8-10-17

**RATE $** 320  X ( NIGHTS / WKS. / MOS. )  =  $ 640 00
**METER READ:**                        - DEP. $
**DATE:**                              - DISC. $
CHECK-OUT TIME: NOON   4 nights $ 182 84
NO ELECTRIC HEATERS
NO REFUNDS
4 nights /8 nights    **TOTAL** $ 822.64
45-71

Raintree Recreational Vehicle Resort
19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

LOT M-40 Patrick Plevins  GO 282

---

**NAME** Meria Patrick + James Plevins
**ADDRESS** 2636 SE 19th Pl
**CITY&STATE** Cape Coral FL **ZIP** 33904
**CELL PHONE #** 239-565-7277
**SIGNATURE**
**DATE OF BIRTH**    **NO. OF GUESTS** 2
**PETS** ☐YES ☐NO **WEIGHT**
**TYPE & MODEL OF RV:** River Forest Class C  **LENGTH** 30'
**PAID:** ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

**IN** 10-5-17
**OUT** 11-5-17
**TODAY'S DATE** 10-5-17

**RATE $** 1070.00  X ( NIGHTS / WKS. / MOS. )  =  $ 1070.00
**METER READ:** 12710        - DEP. $ 500 00
**DATE:** 10-31-17           - DISC. $ 5 00 each
CHECK-OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS
**TOTAL** $ 565 00

Raintree Recreational Vehicle Resort
19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

LOT M-40 Patrick Plevins 301/Key GO

---

**NAME** Meria Patrick - James Plevins
**ADDRESS** 2636 SE 19th Pl
**CITY&STATE** Cape Coral FL **ZIP** 33904
**CELL PHONE #** 239-565-7277
**SIGNATURE**
**DATE OF BIRTH**    **NO. OF GUESTS** 2
**PETS** ☐YES ☐NO **WEIGHT**
**TYPE & MODEL OF RV:** River forest class C  **LENGTH** 30'
**PAID:** ☐CASH ☐MC ☐DISC ☐VISA ☐CHECK

**IN** 11-5-17
**OUT** 12-5-17
**TODAY'S DATE** 11-3-17

**RATE $** 1070.00  X ( NIGHTS / WKS. / MOS. )  =  $ 1070.00
**METER READ:** 13368        - DEP. $

Raintree Recreational Vehicle Resort
19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 628-6095
Fax (239) 731-0032

We reserve the right to refuse service to anyone and will not be responsible for accidents

LOT M-40 Patrick Plevins

NAME:

ADDRESS: 2626 SE 16th Pl

CITY/STATE: Cape Coral Fl   ZIP: 33904

CELL PHONE #: 239-565-7277

SIGNATURE:

DATE OF BIRTH:

NO. OF GUESTS: 2

PETS: ☐ YES ☐ NO   WEIGHT:

TYPE & MODEL OF RV: River Forest   mth   LENGTH: 30.

PAID: ☐ CASH ☐ MC ☐ DISC ☐ VISA ☐ CHECK

RATE $ 1070.00   X (NIGHTS/WEEK/MONTH) $ 1070.00

METER READ:   DEP. $

DATE:   ELEC. $

$

CHECK OUT TIME: NOON
NO ELECTRIC HEATERS
NO REFUNDS

TOTAL $ 1070.00

OUT 1-5-18

TODAY'S DATE

Raintree
Recreational Mobile Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 859-6066
Fax (239) 731-0082

We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money, jewelry or valuables of any kind. ALL GUESTS AGREE TO ABIDE BY PARK RULES

-40 Blooms/Katrick

$ 297/14

Page 2 of 7

LIVING EXPENSES

RESIDENCE "A"

RECREATIONAL Vehicle

NAME BLEVINS, Maxine + James

ADDRESS 2636 SE 19th PL.

CITY&STATE Cape Coral FL   ZIP 33904

CELL PHONE # 259-565-7277

SIGNATURE

DATE
OF BIRTH                NO. OF
                        GUESTS 2

PETS ☐YES ☐NO   WEIGHT
TYPE & MODEL OF RV:
River Forest   MH   LENGTH 30'

PAID: ☐CASH ☑MC ☐DISC ☐VISA ☐CHECK

IN 3-1-18
OUT 4-1-18
TODAY'S
DATE 2-23-18

**Raintree**
Recreational
Vehicle Resort

19250 N. Tamiami Trail
North Fort Myers, Florida 33903
(239) 731-1441
1 (800) 828-6095
Fax (239) 731-0032

| RATE $ | X ( NIGHTS / WKS. / MOS. ) = | $ 1070 00 |
|---|---|---|
| METER READ: | - DEP. $ | |
| DATE: | - DISC. $ 600.00 | |
| **CHECK-OUT TIME: NOON**<br>**NO ELECTRIC HEATERS**<br>**NO REFUNDS** | $ | |
| | TOTAL $ 470 00 | |

1070 00

We reserve the right to refuse
service to anyone and will not
be responsible for accidents
or injury to our guests or for
loss of money, jewelry or
valuables of any kind.
ALL GUESTS AGREE TO
ABIDE BY PARK RULES

BLEVINS #559 key

Page 3
of 7
Living
Expenses

Residence
"A"

Recreational
Vehicle

PAGE 4
of 7

LIVING EXPENSES

RESIDENCE "A"

RECREATIONAL
Vehicle

```
*********************************
  Williamsburg/Busch Gardens KOA
        Williamsburg VA 23188
            800-562-1733
*********************************
**REGISTER**      295723 OOO
Date/Time        9/13/17   17:11:05
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
  USA
Arrive: 9/13/17    Depart: 9/18/17
Nights:    5
Site:   E20   Full hookup/pullthru
Type:   MT   Motorhome towing
License FOREST RVR   FL
        JEEP        FL
Adult:    2  Children:   0

firewood                         14.98
  2 @ 7.490ea
Quick Wick Flame                  3.98
  2 @ 1.990ea
Marva Maid Milk 2% Q              1.99
* Store Subtotal *               20.95
Daily site charge VS            120.82
  2 @ 60.410ea
Daily site charge RK            128.82
  2 @ 64.410ea
Daily site charge VS             60.41
Detail Charges Total            331.00
VALUE KARD Card Disc             24.96-
VKR Appreciation                 60.41-
***Sub Total***                 245.63
LS Tax         1.14
SS Tax          .05
** Tax        24.70
Total Taxes                      25.89
Total                           271.52
Deposit honored                  60.35-
03/09 N60759 60.35
Master Card                     211.17-
MCX##XS281 A#:013852

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff


I agree that management assumes no
responsibility for accidents, injuries
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreement

.....................................
 signature


As of yesterday, you have
12,800 Camping points
Access your account at KOA.com to find
how close you are to your next camping
reward with Value Kard Rewards!




welcome to Williamsburg KOA! Save mone
and time! Buy your attraction tickets
the Campground General Store! Ask abou
discounted ticket options.

By signing this recepit I acknowledge
campground guidelines. This also serve
as a photo release for my party.

One camping unit and car per site. Six
people maximum per site. All guests mu
register and pay guest fee.
No entry mats allowed on grass.

Check out time for all sites is 11am!

Pick up a Town Crier at the Campground
General Store for a list of activities

Like us on Facebook for special offers
facebook.com/williamsburg kuacampgroun
Follow us on Twitter @koafun for info

          91317    WVACPETER
```

```
***********************************
      STATESVILLE/I-77 KOA
      Statesville, NC  28677
        1-800-562-5705
***********************************
**REGISTER**     72156.000
Date/Time      9/09/17   13:25:28
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL  33904-3225
    USA
 Arrive:  9/09/17  Depart:  9/10/17
 Nights:  1
 Site:  042   Full hookup/pullthru
 Type:   MT  Motorhome towing
License EAL C10      FL
        Y36 CEM      FL
 Adult:  2   Children:   0

Daily site charge SR          49.50
Detail charges Total          49.50
Value Kard 188M6G              4.95-
 ***Sub Total***              44.55
Total                         44.55
Deposit honored               39.15-
09/06 MC3281 39.15
MasterCard                     5.40-
MCxxxx3281 A#:00978Z
```

YOU SAVED $4.95 WITH YOUR VALUE KARD!

You have enough Camping points for at
least a $10 VKR reward. If you'd like
to get your VKR reward, see your
friendly KOA front desk staff.

I agree that management assumes no
responsibility for accidents, injurie
or loss from any cause.
I agree to pay above total amount
according to the card issuer agreemen

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
 Signature

As of yesterday, you have
7,400 Camping points
Access your account at KOA.com to fir
how close you are to your next campir
reward with Value Kard Rewards!
Thank you for choosing our KOA.
Ask about our local attractions.
Check out time is noon.
Monthy rates are not pro-rated or
re-fundable (sorry no exceptions mgr.
If site is found vacant, site will be
considered available for campground u
unless prior notification has been gi
to the office.
Please understand we reserve the righ
to tow any vehicles off of vacant sit
this includes guests and extra vehic'
For Cabin Rentals ONLY, a $25.00 fee
will be charged for any key not
returned.
         90917     STVNANCY

*Handwritten top right:*

Im the back

Page 5
of 7

Living
Expenses

Residence
"A"

Recreational
Vehicle

South Cove County Park
1099 South Cove Road
Seneca, SC, 29672

Sep 26, 2017 3:57 PM FDT 4005/0024
Receipt # 94544393

Customer: Patrick, Merla

Advanced Reservation # 2-4799105
Current Transactions: Change Customer
Type: Checkin
South Cove County Park; South Cove
County Park; 04-04; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Sep 26, 2017; Depart
Oct 3, 2017; 7 Nights

| | | |
|---|---|---|
| Use Fee | $ | 210.00 |
| ORDER TOTAL | $ | 210.00  USD |
| | | |
| TOTAL PRICE | $ | 210.00  USD |
| TOTAL PAST PAID | $ | 210.00  USD |
| Amount Owing | $ | 0.00  USD |
| | | |
| New Amount Owing | $ | 0.00  USD |

Customer Copy

******** tear here ********

Faver-Dykes State Park
1000 FAVER-DYKES ROAD
SAINT AUGUSTINE, FL, 32086
904-794-0997
Aug 31, 2017 2:54 PM EDT 400485398
Receipt # 568768387

Customer: Patrick, Merla

Advanced Reservation # 2-34074882
Current Transactions: Checkin; Change
Number of Vehicles; Change Miscellaneous
Faver-Dykes State Park; CG1 ; 018-018;
Patrick, Merla; 2 Occupants; 0 Vehicles;
0 Pets; 1 Campings; Arrive Aug 31,
2017; Depart Sep 4, 2017; 4 Nights

| | | | |
|---|---|---|---|
| Use Fee | $ | 72.00 | DT |
| Transaction – Res | $ | 8.70 | |
| FL Senior Resident | | | |
| – 50.0% | $ | (36.00) | T |
| SUBTOTAL | $ | 42.70 | USD |
| Local Option Tax – | | | |
| FAVER DYKES – 4% | $ | 1.44 | |
| Sales Tax – FAVER | | | |
| DYKES – 6.5% | $ | 2.34 | |
| ORDER TOTAL | $ | 46.48 | USD |

--------------------------------------

| | | | |
|---|---|---|---|
| TOTAL PRICE | $ | 46.48 | USD |
| TOTAL PAST PAID | $ | 46.48 | USD |
| Amount Owing | $ | 0.00 | USD |
| | | | |
| New Amount Owing | $ | 0.00 | USD |

Customer Copy

Faver Dykes State Park
1000 Faver
Dykes Road
St. Augustine, FL
32086
(904) 794-0997
******* tear here *******

---

*Page 6 of 7*

*Living Expenses*

*Residence "A"*

*Recreational Vehicle*

29

HIGH FALLS STATE PARK
76 HIGH FALLS PARK DRIVE
JACKSON, GA, 30233
478-993-3053
Oct 3, 2017 4:03 PM EDT 400406685
Receipt # 301586592

Customer: Patrick, Merla

Advanced Reservation # 2-20097499
Current Transactions: Change Customer
Type; Checkin; Apply Discount
HIGH FALLS STATE PARK; HIGH FALLS RIVER
50 AMP PULL THRU CAMPSITES; 50 FT RIVER
PULL THROUGH CAMPSITE 50 FT RIVER PULL
THROUGH CAMPSITE; Patrick, Merla; 3
Occupants; 1 Vehicles; 0 Pets; 1
Campings; Arrive Oct 3, 2017; Depart Oct
4, 2017; 1 Nights

| | | | |
|---|---|---|---|
| Use Fee | $ | 35.00 | DT |
| Senior Citizens | | | |
| Campsites Discount | | | |
| – 20.0% | $ | (7.00) | |
| SUBTOTAL | $ | 28.00 | USD |
| Local Sales Tax | | | |
| 0% | $ | 0.00 | |
| SPLOST – 0% | $ | 0.00 | |
| ORDER TOTAL | $ | 28.00 | USD |

Pos Sale # 3-3947554
Current Transactions: Purchase POS;
Transfer Payment

| | | | |
|---|---|---|---|
| PARKPASS DLY DVET | $ | 3.75 | T |
| SUBTOTAL | $ | 3.75 | USD |
| ORDER TOTAL | $ | 3.75 | USD |

--------------------------------------

| | | | |
|---|---|---|---|
| TOTAL PRICE | $ | 31.75 | USD |
| TOTAL PAST PAID | $ | 35.00 | USD |
| Amount Owing | $ | 0.00 | USD |
| | | | |
| REFUND DUE | $ | (3.25) | USD |
| | | | |
| New Amount Owing | $ | 0.00 | USD |

--------------------------------------
Customer Name

--------------------------------------
Customer Phone Number

--------------------------------------
Customer Signature

Customer Copy

******* tear here *******

Page 7 of 7

PLEASE PRINT

NAME: Merla Patrick

ADDRESS: 2636 SE 19th Pl. PHONE: [illegible]-5758

CITY: Cape Coral STATE: FL ZIP: 33904

NUMBER IN PARTY: ADULTS 2 CHILDREN

UNIT / LIC. NO. / STATE / MAKE / E-MAIL

☑ FIRST VISIT ☐ RETURN VISIT

| | |
|---|---|
| DATE IN | 10/14 |
| DATE OUT | 10/15 |
| SITE NO. | 7 |
| CAMPING CHARGES | $ 30 00 |
| A/C - HEATING | $ |
| SEWER | $ |
| ADDITIONAL PERSON(S) | $ |
| ADDITIONAL VEHICLE(S) | $ |
| GS | $ -3 00 |
| | $ |
| TOTAL DAILY CHARGES | $ |
| NO. OF NIGHTS X $ | $ 27 00 |
| | $ |
| | $ |
| SUB-TOTAL | $ 27 00 |
| TAX | $ 3 11 |
| TOTAL CHARGES | $ |
| LESS ADVANCE DEPOSIT | $ |
| BALANCE DUE & PAYABLE | $ 30 11 |
| CLERK | [illegible] |
| PAID BY | ☑ CASH ☐ CHECK |

**NOTICE TO GUEST**

This property is privately owned. We reserve the right to refuse service to anyone and will not be responsible for accidents or injury to our guests or for loss of money or valuables of any kind.

The Management

I AGREE TO READ AND TO COMPLY WITH ALL CAMPGROUND RULES AND REGULATIONS AS POSTED IN THE OFFICE AND/OR ON THE GROUNDS.

X Merla S. Patrick

SIGNATURE OF CAMPER

IF YOU HAVE ANY SPECIAL NEEDS OR NEED ASSISTANCE, PLEASE CONTACT THE OFFICE.

**High Springs Campground**

I-75, Exit 404

24004 NW Old Bellamy Road

HIGH SPRINGS, FLORIDA 32643

(386) 454-1688

---

GREENSBORO KOA
Greensboro NC 27406
(800)562-9306

Campsight 4933 000 REPRINT
Date/Time 9/25/17 16:00:53
PATRICK/MERLA
2636 SE 19TH PL
CAPE CORAL FL 33904-3225
USA
Arrive: 9/25/17 Depart: 9/26/17
Nights: 1
Site: 25 Full hookup/pullthru
Type: MT Motorhome towing
Adult: 2 Children: 0

| | |
|---|---|
| Deposit honored | 40.50 |
| Daily site charge MD | 45.00 |
| Detail Charges Total | 45.00 |
| Value Kard | 4.50 |
| ***Sub Total*** | 40.50 |
| Total | 40.50 |

I agree that management assumes no responsibility for accidents, injuries or loss from any cause.

Signature

92517 GNCKAREN

Living Expenses

Residence "A"

Recreational Vehicle

*STORAGE During* *"KISCADENCE "61"*

*Page 1 of 7*



A-1 Shelters-Industrial Pk.
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184

**LEASE AGREEMENT**
This Lease Agreement is entered into between A-1 Shelters-Industrial Pk. the ("LESSOR") and the undersigned, the ("LESSEE")

The Lessor leases to Lessee and Lessee leases and takes, as tenant under Lessor, the below described space in the A-1 Shelters-Industrial Pk., at the agreed monthly rent set forth below which shall be paid in advance on the lease anniversary date each month, without demand.

MOVE IN / DUE DATE : __7/18/2017__

UNIT NUMBER : __A0512__

NAME/BUSINESS: __James Blevins__
ADDRESS __2636 SE 19th Pl.__
CITY/STATE/ZIP: __CAPE CORAL, FL 33904__
RES PHONE: __239-565-7277__

TENANTS DRIVERS LIC.NO: __B415-448-43-329-0 FL__
EMAIL ADDRESS: __blevins@aol.com__
EMPLOYED BY: _____

PROPERTY TO BE STORED: (Circle all that apply) Household goods, furniture, boxes, trunks, suitcases, toys, sporting goods, tools, motor vehicles (VIN required) other vehicles/trailers (registration number required) and/or other as named:_____

(If vehicle storage) CURRENT REGISTRATION:_____ VIN#_____ MAKE/MODEL_____

LIENHOLDER INFORMATION: Lessee represents that he owns or has legal possession of the personal property in his space(s). Lessee attests that all the personal property in his space is free and clear of all liens and secured interests EXCEPT for the following items (describe property and name of lienholder): _____
_____

I, __James Blevins__, (Lessee) hereby rent from  A-1 Shelters-Industrial Pk., (Lessor) those certain premises described as Space No. A0512

Size: __10X20__ Base Rent: __$144.00__ + Sales Tax: __$8.64__ = Monthly Rent: __$152.64__. If any monthly installment is not paid within 5 days of the due date, or if any check in payment is dishonored, Lessee shall be deemed to be in default. Default can also be the Lessee failure to perform any terms or conditions of this Rental Agreement or Lessee's breach of the peace. In the event of Lessee's default, Lessor may, without notice, deny the Lessee access to the property located in the self storage facility. Lessor may overlook the rented premises over which only the Lessor and his agents have control. Any payments made to stop the foreclosure and sale of Lessee's property must be paid by cash, certified funds or money order. Personal checks will not be accepted. Lessee agrees and understands that partial payments made to cure a default for non-payment of rent will not delay or stop the sale of Lessee's property. Partial payments do not waive or avoid the legal effect of prior notices given to Lessee. Only full payment on Lessee's account prior to the published auction date will stop the scheduled sale of this property.

There is a non-refundable administrative fee in the amount of __$15.00__. Administrative fee is retained by Lessor in the event of cancellation.

1. **Late and Service Charges:** A late charge of $10.00 will be assessed if the monthly rental is not received by the Lessor within 5 days of the due date. A second late fee of $5.00 will be assessed on day 15 after the due date. Late charges are due and payable without notice by Lessor to Lessee. It is agreed and understood late charges represent those costs incurred by Lessor as a result of Lessee breaching the lease and are not punitive charges for failing to pay rent. A Notice of Lien letter will be mailed on day six after failure to pay the second consecutive monthly rental fee. At that time a second $10.00 late fee will be assessed and a minimum pre-lien fee of $27.00 is due. A service charge of $30.00 will be due from Lessee for each returned check.

2. **Lessor's Lien:** If Lessee fails to pay any rent, late charges or service charges required to be paid under this lease after same is due, then Lessor shall have a lien upon all personal property (whether or not owned by the Lessee) located at the self-service storage facility for rent, labor charges, attorney's fees or any other expenses necessary for the preservation of the Lessee's personal property or incurred in its sale or other disposition. PURSUANT TO THE "SELF SERVICE STORAGE FACILITY ACT" SET FORTH IN SECTIONS 83.801-83.809 OF THE FLORIDA STATUTES, THE LIEN PROVIDED HEREUNDER ATTACHES AS OF THE DATE THAT THE PERSONAL PROPERTY IS BROUGHT TO THE PREMISES, IN ADDITION TO ALL OTHER REMEDIES AVAILABLE AT LAW OR IN EQUITY, LESSOR MAY ENFORCE ITS LIEN BY SELLING OR OTHERWISE DISPOSING OF THE PERSONAL PROPERTY STORED IN THE SPACE.

3. **Liability and Insurance:** No bailment is created by this Agreement. Lessor is not a warehouseman engaged in the business of storing goods for hire. The exclusive care, custody and control of any and all personal property stored in the leased space shall remain vested in the Lessee, and all property stored within or on the space by Lessee or located at the facility by anyone shall be stored at Lessee's sole risk. Lessor and Lessor's agents and employees shall not be liable for any loss of or damage to any personal property while at the rented premises arising from any cause whatsoever including, but not limited to, burglary, mysterious disappearance, fire, water damage, rodents, Acts of God, the active or passive acts or omissions or negligence of the Lessor, Lessor's agents or employees.
Lessee, at Lessee's expense, shall secure its own insurance to protect itself and its property against all perils of whatsoever nature. Insurance on Lessee's property is a material condition of this Agreement. Lessee's failure to carry insurance is a breach of this Agreement and Lessee assumes all risk of loss to stored property that would be covered by such insurance. Insurance carried by the Lessor shall be for the sole benefit of the Lessor and Lessee shall make no claim whatsoever against Lessor's insurance. Lessee agrees not to subrogate against or allow Lessee's insurance company to subrogate against Lessor in the event of loss or damage of any kind or from any cause, Lessee agrees to indemnify and hold harmless the Lessor from and against all claims of whatever nature arising from any accident, injury or damage to any person's body or property (including the Lessee) during the term hereof, in or about the premises or arising from any accident, injury or damage to person or property occurring outside of the premises but within the building area (including the parking lot area), where such accident, injury or damage results or is claimed to have resulted from an act, omission or negligence on the part of Lessee, its licensees, agents, invitees, servants or employees.
Lessee agrees to the extent permitted by law that Lessor shall not be responsible or liable to Lessee or to those claiming by, through or under Lessee for any loss or damage occasioned by or through the acts, omissions or negligence of the occupants of adjoining

premises or any part of the building or for any loss or damage resulting to Lessee, or those claiming by, through or under the Lessee or to its or their property from the bursting, stopping, leaking or overflowing of water, sewer or water pipes or any other cause.

This indemnity and hold harmless agreement shall include indemnity against all cost, claims, expenses, penalties, liens and liabilities incurred in or in connection with any such claim or proceeding brought thereon and the defense there of.

**4.    Use:** The Lessee shall use the premises only for the storage of personal property and household goods. The storage of hazardous materials is prohibited. The Lessee shall not use the premises for any unlawful purpose, use or business, nor for any business, use or purpose deemed disreputable or extra hazardous, nor any purpose or in any manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which is in violation of any present or future laws or regulations. The Lessee shall not use the property in a manner which tends to increase the rate of fire insurance in the building in which the premises are located. Any deviation from stated use of space will result in termination of Lease.

The Lessee agrees not to store jewels, furs, heirlooms, art works, collectibles or other irreplaceable items having special or emotional value to the Lessee. There shall be NO HABITABLE OCCUPANCY of the space by humans or pets of any kind for any period whatsoever and violation of these prohibitions shall be grounds for immediate TERMINATION of the Agreement.

### No garage sales allowed on premises.

**5. Access:** Lessor shall deny access to the Lessee in the event Lessee is in default under any of the terms and conditions of this Lease. Lessor may deny access to any person(s) claiming by, through or under the Lessee, unless such person is named above. Lessor shall have the right to inspect the space at any time for the purpose of safety, extermination and to determine if any terms of the Lease are being violated.

**6. Improvements:** Lessee shall make no improvements or alterations within the space.

**7. Termination:** This Lease may be terminated by Lessor on ten (10) days written notice to Lessee. Lessee may terminate this Lease on any Lease anniversary date, provided the following conditions are satisfied.
   a.)  Lessee must advise Lessor (on a form provided by Lessor for that purpose) of its intent to vacate the premises and terminate the Lease before removal of the stored property.
   b.)  Lessee's account shall be paid in full. ONLY CASH OR CASHIER'S CHECK SHALL BE ACCEPTED ON THE DATE OF TERMINATION.
   c.)  If a Lessee fails to fully vacate space on Lease anniversary date, rent due may be prorated, on an individual basis, up to a six day grace period.

If Lessee fails to fully remove its property from the space within the time required, Lessor, at its option, may without further notice or demand, either directly or through legal process, reenter the Lessee's unit and remove all property therefrom without being deemed guilty in any manner of trespassing or conversion. This Agreement shall automatically terminate if Lessee abandons space. Lessee shall have abandoned the space if Lessee has removed the contents of the space, and/or has removed Lessee's locking device from the space and IS NOT current in all obligations hereunder. Rent paid for month in which Lessee moves out early shall not be refunded.

**8. Locks and Latches:**
   a.)  Lessee shall provide his own lock. Lessor will place a new lock on any unit found unlocked, Lessee will be billed for purchase.
   b.)  If Lessee informs Lessor of intent to vacate but leaves a lock upon the slide bolt, this will be a default and cause for forfeiture of any rental income remaining on account. All items remaining on premises will be disposed of by Lessor.
   c.)  Lessee must provide lock for unit. No unit shall be left unlocked.
   d.)  If latch is damaged as a result of Lessee abuse, Lessee shall be responsible for payment of costs to Lessor for repair or replacement of latch.

**9. Changes:** All terms of this Agreement, including but without limitation, monthly rental rate, conditions of occupancy and other charges, are subject to change upon thirty (30) days prior written notice to Lessee. If changed, the Lessee may terminate this Agreement on the effective date of the change by giving Lessor ten (10) days prior written notice to terminate after receiving notice of the change. If the Lessee does not give such notice, the change shall become effective and apply to his occupancy.

**10. Rules and Regulations:** Lessee agrees to comply with all rules and regulations delivered herewith or posted on the premises. Lessor reserves the right to make rule changes from time to time.

**11. Limitation of Value:** Lessee agrees that in no event shall the total value of all property stored be deemed to exceed $5,000 unless Lessor has given permission in writing for Lessee to store property exceeding $5,000 in value and Lessee has provided proof of insurance to Lessor to cover the value of the stored property. Lessee agrees that the maximum liability of Lessor to Lessee for any claim or suit by Lessee, including but not limited to any suit which alleges wrongful or improper foreclosure or sale of the contents of a storage unit is $5,000. Nothing in this section shall be deemed to create any liability on the part of Lessor to Lessee for any loss or damage to Lessee's property, regardless of cause.

**12. Lessee's Liability:** In the event of a foreclosure, it is understood and agreed that the liability of Lessee for the rents, charges, costs and expenses provided for in this rental agreement shall not be relinquished, diminished or extinguished prior to payment in full. If any property remains unsold after foreclosure and sale, Lessor may dispose of said property in any manner considered appropriate by Lessor. Lessee hereby waives and renounces its right to the benefit of any constitutional or statutory exemptions as to its property in the space.

**13. Condition and Alteration of Premises:** Lessee assumes responsibility for having examined the premises and hereby accepts it as being in good order and condition. Should Lessee damage or depreciate the space, or make alterations or improvements without the prior consent of the Lessor, then all costs necessary to restore the space to its prior condition shall be borne by Lessee.

**14. Lessor's Right to Enter:** In cases where Lessor considers it necessary to enter the space for purposes of examining the space for violation of this Agreement or condition in the space or making repairs or alterations thereto, or to comply with this Agreement. Lessee agrees that Lessor, or Lessor's representative, shall have the right without notice to enter into and upon the space and Lessor reserves the right to remove contents to another space.

**15. Assignment and Subletting:** Lessee shall not assign this Agreement or sublet the whole or any portion of the space rented hereunder.

**16. Waiver/Enforceability:** In the event any part of this Agreement shall be held invalid or unenforceable the remaining part of this Rental Agreement shall be in full force and effect as though any invalid or unenforceable part or parts were not written into this Agreement. No waiver by Lessor of any provisions hereof shall be deemed a waiver of any other provision hereof or of any subsequent default or breach by Lessee of the same or any other provision.

**17. Succession:** This Agreement is binding upon the parties, their heirs, successors, personal representatives and assigns.

**18. Governing Law:** This Agreement and any actions between the parties shall be interpreted by and governed by the laws of the State of Florida.

**19. Waiver of Jury Trial:** Lessor and Lessee waive their respective rights to trial by jury of any cause of action, claim, counterclaim, or cross complaint brought by either Lessor against Lessee, or Lessee against Lessor on any matter arising out of or in any way connected

STORAGE, RESIDENCE A

PAGE 3 of 7

with this Rental Agreement, Lessee's use or occupancy of the storage space, or any claim of bodily injury or property damage or the enforcement of any remedy under any law, statute, or regulation.

**20. Notice of Change of Address:** Lessee agrees to give prompt written notice to Lessor of any change in Lessee's address, any change in the liens and secured interest on Lessee's property, in the Space and any removal or addition of property to or out of the Space. Lessee understands he must personally deliver such notice to Lessor or mail the notice by certified mail, return receipt requested, with postage prepaid to Lessor at the address shown on the Rental Agreement.

**NOTICE TO LESSEE. This Agreement contains provisions on three pages. Do not sign this Agreement until you read all three pages of this Agreement. Lessee hereby acknowledges by signing this Agreement that he/she has read, understood and accepts all terms and conditions expressed in this Agreement.**

This Agreement has been executed on: __July 18, 2017__

_____     By _____
           Lessee                                        Manager

*Residence "A"*

*Page 4 of 7*

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Transfer Receipt**

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | |
|---|---|---|
| Date: | | 7/18/2017 |
| Print Date: | | 7/18/2017 |
| Monthly Payment: | | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $144.00 | ($144.00) | $0.00 |
| Misc | $10.00 | $0.00 | $10.00 |
| Tax | $8.64 | ($8.64) | $0.00 |
| Total | $162.64 | ($152.64) | $10.00 |

Paid By:
Cash
Check
ACH
Credit Card
Debit Card
Other

Rent Paid Through Date: 8/17/2017

Manager: _____

*STORAGE DURING RESIDENCE "A"*

*Page 5 of 7*

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Payment Receipt**

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | |
|---|---|
| Date: | 7/18/2017 |
| Print Date: | 7/18/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Misc | $10.00 | ($10.00) | $0.00 |
| Total | $10.00 | ($10.00) | $0.00 |

Paid By:
Cash
Check
ACH
Credit Card
Debit Card
Other

Rent Paid Through Date: 8/17/2017

Allowance

Misc: ($10.00)

Manager: _____

*USING RESIDENCE "A"*

*Page 6 of 7*

**A-1 Shelters-Industrial Pk.**
1014 S.E. 12th Place
Cape Coral, FL 33990
(239)574-4184
maryann@a1shelters.com

**Payment Receipt**

Blevins, James
2636 SE 19th Pl.
CAPE CORAL, FL 33904

| | | |
|---|---|---|
| Date: | 8/11/2017 |
| Print Date: | 8/11/2017 |
| Monthly Payment: | $152.64 |

Space(s):A0512

| | Previous Balance | Paid/Applied | New Balance |
|---|---|---|---|
| Rent | $0.00 | ($288.00) | ($288.00) |
| Tax | $0.00 | ($17.28) | ($17.28) |
| Total | $0.00 | ($305.28) | ($305.28) |

**Paid By:**
Cash
Check
ACH
Credit Card          $305.28
Debit Card
Other

Rent Paid Through Date: 10/17/2017

Manager: _____

| | | | |
|---|---|---|---|
| Type of Card: | Master Card | | |
| Card No: | xxxx-xxxx-xxxx-1138 | Approval No: | 04123Z |
| TransactionID: | 2021003701 | | |
| Total: | $305.28 | | |

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

*Storage Building*
*Residence "A"*

*Page 7 of 1*

**A-1 Shelters-Industrial Pk.**
**1014 S.E. 12th Place**
**Cape Coral, FL 33990**
**(239)574-4184**
**maryann@a1shelters.com**

**Payment Receipt**

Blevins, James                                    Date:              11/14/2017
2636 SE 19th Pl.                                  Print Date:        11/14/2017
CAPE CORAL, FL 33904                              Monthly Payment:   $152.64

Space(s):A0512

|        | Previous Balance | Paid/Applied | New Balance |
|--------|------------------|--------------|-------------|
| Rent   | $0.00            | ($144.00)    | ($144.00)   |
| Tax    | $0.00            | ($8.64)      | ($8.64)     |
| Total  | $0.00            | ($152.64)    | ($152.64)   |

Paid By:
Cash
Check
ACH
Credit Card              $152.64
Debit Card
Other

Rent Paid Through Date: 12/17/2017

Manager: _____

Type of Card:    Visa
Card No:         xxxx-xxxx-xxxx-1031          Approval No:    06176C
TransactionID:   90801791
Total:           $152.64

I agree to pay the above total amount according to card issuer agreement
(merchant agreement if credit voucher)

X _____

MOVING EXPENSES
FROM Drywall HOME TO Storage

MERLA S PATRICK
CAPE CORAL, FL

4355

Date Aug 11 2017

Pay to the order of Wheld Cargos Moving Company   $ 210.00

Two Hundred Ten & no/100 — Dollars

**SunTrust**

To Storage

MOVING EXPENSES
From Storage To Residence B



**JAMES BLEVINS** Account #            '47

10 BOATSWAIN WAY, SALEM, SOUTH CAROLINA 29676-4418

## Account Summary

Payment due on Jan 28, 2019

# $282.72

**(!)** IMPORTANT MESSAGE

PAY NOW

## Payment Options

**Equal Payment Plan**
Avoid billing surprises
Not Enrolled

**✕** ENROLL

**Pay with Credit, Debit Card or eCheck**
Make an immediate payment online
PAY NOW

**Pay by Phone**
Call 1-800-777-9898

VIEW ALL

## Featured Offer

## Shop the Online Savings Store  >

*Handwritten: Duke Energy Electric Residence "B"*

*Handwritten: Page 1 of 3*

**JAMES BLEVINS** Account #            17
10 BOATSWAIN WAY, SALEM, SOUTH CAROLINA 29676-4418

*DuKe ENERGY ElecTRic ResiDENCE "B"*

# Billing & Payment History

*Page 2 of 3*

*Total Dollars Paid may not reflect payments returned by your financial institution

| BILL DATE | BILL AMOUNT | DUE DATE | BILLING DAYS | AMOUNT PAID |
|---|---|---|---|---|
| 01/02/2019 | $282.72 | 01/28/2019 | 32 | $0.00 |
| 11/30/2018 | $244.65 | 12/26/2018 | 30 | $244.65 |
| 10/31/2018 | $157.56 | 11/26/2018 | 29 | $157.56 |
| 10/02/2018 | $224.43 | 10/29/2018 | 31 | $224.43 |
| 09/04/2018 | $195.20 | 10/01/2018 | 31 | $195.20 |
| 08/01/2018 | $137.01 | 08/27/2018 | 32 | $137.01 |
| 07/02/2018 | $123.37 | 07/27/2018 | 29 | $123.37 |
| 06/01/2018 | $117.25 | 06/26/2018 | 31 | $117.25 |
| 05/01/2018 | $82.61 | 05/29/2018 | 32 | $82.61 |

| BILL DATE | BILL AMOUNT | DUE DATE | BILLING DAYS | AMOUNT PAID |
|-----------|-------------|----------|--------------|-------------|
| 04/02/2018 | $129.51 | 04/27/2018 | 29 | $129.51 |
| 03/01/2018 | $80.94 | 03/26/2018 | 28 | $80.94 |
| 02/01/2018 | $196.99 | 02/26/2018 | 33 | $196.99 |
| 01/02/2018 | $185.24 | 01/29/2018 | 25 | $185.24 |

*$ 915.91 including current Bill*

*Duke Energy Electric Residence "B"*

*Page 3 of 3*

☐ CORRECTED (if checked)

12-31-18

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>QUICKEN LOANS INC.<br>1050 WOODWARD AVE.<br>DETROIT, MI 48226<br>800-508-0944 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>20**18**<br><br>Form **1098** | Mortgage Interest Statement |
|---|---|---|---|

| | | **1** Mortgage interest received from payer(s)/borrower(s)*<br>$7,192.36 | Copy B |
|---|---|---|---|

| RECIPIENT'S/LENDER'S TIN<br><br>38-2603955 | PAYER'S/BORROWER'S TIN<br><br>XXX-XX-9356 | **2** Outstanding mortgage principal as of 1/1/2018<br>$204,000.00 | **3** Mortgage origination date<br>12-04-2017 | **For Payer/ Borrower**<br><br>The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
|---|---|---|---|---|
| | | **4** Refund of overpaid interest<br>$0.00 | **5** Mortgage insurance premiums<br>$ 0.00 | |
| PAYER'S/BORROWER'S name<br><br>JAMES H BLEVINS<br>MERLA S BLEVINS | | **6** Points paid on purchase of principal residence<br>$0.00 | | |
| Street address (including apt. no.)<br><br>30 BOATSWAIN WAY | | **7** [X] If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. | | |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>SALEM, SC 29676-4418 | | **8** Address or description of property securing mortgage (see instructions) | | |
| **9** Number of properties securing the mortgage<br>1 | **10** Other | | | |
| Account number (see instructions)<br><br>3390436849 | | | | |

Form **1098**          (Keep for your records)          www.irs.gov/Form1098          Department of the Treasury - Internal Revenue Service

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2018 that accrued in full by January 15, 2019, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2018 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding mortgage principal on the mortgage as of January 1, 2018.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your 2018 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and Itemized Deduction Recoveries in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the 2018 Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** This is the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098.*

**Loan Activity 2018**

| | |
|---|---|
| Current Total Payment | $1,160.90 |
| Current Escrow Payment | $201.61 |
| Interest on Escrow | $0.00 |

**Escrow Activity 2018**

| | |
|---|---|
| Beginning Escrow Balance | $604.78 |
| Total Deposits | $2,217.71 |
| Total Disbursements | $5,040.46 |
| Closing Escrow Balance | $-2,217.97 |

**Principal Activity 2018**

| | |
|---|---|
| Beginning Balance | $204,000.00 |
| Payments Applied | $3,359.83 |
| Remaining Balance | $200,640.17 |

**Disbursement Activity 2018**

| | |
|---|---|
| FHA/Conv Mtg Ins | $0.00 |
| Hazard Insurance | $1,411.72 |
| Property Taxes | $3,628.74 |

| | |
|---|---|
| Total Interest applied in 2018 | $7,192.36 |
| 2018 Net Interest Payments reported to IRS | $7,192.36 |

**For clients with paid Mortgage Insurance Premiums:**

We're providing the mortgage insurance premiums you paid during 2018 in box 5 of your 1098 mortgage interest statement. However, the premiums may or may not be deductible for 2018.

We recommend you reach out to your tax professional to find out how to properly file. You can also contact the IRS directly at (800) 829-1040 or online at IRS.gov.

*RESIDENCE "B"*

## ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY
Evidence Of Insurance

Policy  Number: 990812687

First Mortgagee Loan Number  : 3390436849

**Insured's Information**
   MERLA OR JAMES BLEVINS
   2636 SE 19TH PL
   CAPE CORAL , FL  33904

**Location of property insured**
   10 BOATSWAIN WAY
   SALEM , SC  29676

**Mortgagees (listed in order of precedence)/Additional Interested Parties**

   QUICKEN LOANS INC ITS SUCCESSORS &/OR ASSIGNS
   P O BOX 202070
   FLORENCE , SC  29502

Policy period beginning on 12/04/2017 through 12/04/2018 at 12:01 A.M. Standard Time.

**Coverage detail for the property insured**

POLICY TYPE - House  &  Home

| | |
|---|---|
| Policy Limit of Liability | |
| Section I Dwelling Protection | $350000 |
| Section I Optional/Increased Coverages | |
| Building Structure Reimbursement Extended Limits (Dwelling & Other Structures) | INCL |
| | |
| Total Annual Policy Premium | $1397.22 |
| Amount Paid: | $1397.22   Credit/Debit Card |
| Replacement Cost up to the Dwelling Covg Limits | |
| Personal Property Reimbursement | |

**Deductibles**
$500   Water Back-Up
$2500   Tropical Cyclone
$2500   Windstorm and Hail
$1000   to loss to the covered property from other insured perils.

**Provisions:**
This Evidence of Insurance is issued as a matter of information only and confers no rights upon the additional interest named below. This Evidence of Insurance does not amend, extend or alter the coverage afforded by the policies above. This form is not the contract of insurance. The provisions of the policy shall prevail in all respects.

All premiums for the insurance policy shall be computed in accordance with Allstate's rules, forms, premiums and minimum premiums applicable to the insurance afforded which are in effect at the inception of the insurance and upon each anniversary thereof, including the date of interim changes.

It is understood that if this insurance protection terminates for any reason, due notice will be given to

Case 0:18-md-02047-EEF-MBN Document 16-4 Filed 01/13/20 Page 65 of 88

OCONEE COUNTY TREASURER
PO BOX 429
WALHALLA, SC 29691

SEE REVERSE SIDE

* NOT FOR VEHICLE TAXES *   2018

| RECEIPT NUMBER 005247-18-3 | VALUE | RATIO | ASSESSMENT | TAX LEVY | PROPERTY TAX | | LESS EXEMPTION | NET TAX |
|---|---|---|---|---|---|---|---|---|
| OCONEE COUNTY | | | 15,350 | 236.4 | 3,628.74 | | | 3,628.74 |
| CITY OF | | | | | | | | |

| DISTRICT | NO. ACRES | NO. LOTS | VALUE OF ACRES / LOTS | VALUE OF BUILDINGS | REAL VALUATION | PERSONAL ASSESSMENT | PAY THIS AMOUNT BY JAN15,2019 ▶ | |
|---|---|---|---|---|---|---|---|---|
| 17 | .45 | | 1,380 | 13,970 | 15,350 | | | 3,628.74 |

| BREAKDOWN OF HOW YOUR TAX DOLLARS ARE DISTRIBUTED | SCHOOL OPERATIONS | SCHOOL BONDS | COUNTY OPERATIONS | COUNTY BONDS | TRI COUNTY TEC OPERATIONS | TRI COUNTY TEC BONDS | FIRE-DIST. |
|---|---|---|---|---|---|---|---|
| | 1769.86 * | 475.85 * | 1068.35 * | 46.05 * | 46.05 * | .00 * | 222.58 |

NAME AND ADDRESS OF PROPERTY OWNER(S)

BLEVINS JAMES H & MERLA S
10 BOATSWAIN WAY
SALEM SC 29676

*** PENALTY ***
AFTER JAN. 15TH -3%
AFTER FEB. 1ST -10%
AFTER MAR. 18TH -15% PLUS COST
ISSUED ON 09/14/2018
O      255750 @ 6%

MAP# 124-02-01-027
10 BOATSWAIN WAY
           2320241        6%:255750

Please Return This Notice With Remittance To:
OCONEE COUNTY TREASURER
PO BOX 429
WALHALLA, SC 29691

---

# OCONEE COUNTY , S.C.

TAX NOTICE DUPLICATE
SEE REVERSE SIDE

| RECEIPT NUMBER 005247-18-3 | VALUE | RATIO | ASSESSMENT | TAX LEVY | PROPERTY TAX | | LESS EXEMPTION | NET TAX |
|---|---|---|---|---|---|---|---|---|
| OCONEE COUNTY | | | 15,350 | 236.4 | 3,628.74 | | | 3,628.74 |
| CITY OF | | | | | | | | |

| DISTRICT | NO. ACRES | NO. LOTS | VALUE OF ACRES / LOTS | VALUE OF BUILDINGS | REAL VALUATION | PERSONAL ASSESSMENT | PAY THIS AMOUNT BY JAN15,2019 ▶ | |
|---|---|---|---|---|---|---|---|---|
| 17 | .45 | | 1,380 | 13,970 | 15,350 | | | 3,628.74 |

| BREAKDOWN OF HOW YOUR TAX DOLLARS ARE DISTRIBUTED | SCHOOL OPERATIONS | SCHOOL BONDS | COUNTY OPERATIONS | COUNTY BONDS | TRI COUNTY TEC OPERATIONS | TRI COUNTY TEC BONDS | FIRE-DIST. |
|---|---|---|---|---|---|---|---|
| | 1769.86 * | 475.85 * | 1068.35 * | 46.05 * | 46.05 * | .00 * | 222.58 |

NAME AND ADDRESS OF PROPERTY OWNER(S)

BLEVINS JAMES H & MERLA S
10 BOATSWAIN WAY
SALEM SC 29676

*** PENALTY ***
AFTER JAN. 15TH -3%
AFTER FEB. 1ST -10%
AFTER MAR. 18TH -15% PLUS COST
ISSUED ON 09/14/2018
O      255750 @ 6%

MAP# 124-02-01-027
10 BOATSWAIN WAY
           2320241        6%:255750

NOT FOR VEHICLE TAXES   2018

Taxes
Residence "B"

# Keowee Key Utility System

## ONLINE PAYMENT CENTER

### Payment History

| Payment Date | Amount Paid |
|---|---|
| 11/9/2018 | $201.34 |
| 9/10/2018 | $248.10 |
| 7/11/2018 | $204.68 |
| 5/15/2018 | $238.00 |

$892.12

Back to Summary

© 2013 - 2019 - J M Smith Corporation. PUBLIQ Software is a registered trademark of the J M Smith Corporation. - Privacy Statement (http://www.publiqsoftware.com/index.php/legal)

(WATER)

UTILITIES RESIDENCE "B"

| DATE | REF | CODE | DESCRIPTION | AMOUNT | FINANCE CHARGE | SALES TAX | TOTAL |
|------|-----|------|-------------|--------|----------------|-----------|-------|
| | | | Balance Forward | 327.25 | | | 327.25 |
| 12/06/17 | | 3075 | New Ownr Cap Assmntl | 2,685.00 | | | 2,685.00 |
| 12/12/17 | 21638 | | PAYMENT ON ACCOUNT | (3,012.25) | | | (3,012.25) |
| 12/31/17 | | 300 | SGL AMENITY SUPT SUB | 85.25 | | | 85.25 |
| 12/31/17 | | 3020 | Operating Assessment IPO/ALO | 198.75 | | | 198.75 |
| 12/31/17 | | 3060 | Non-major Cap Assmnt IPO/ALO | 8.83 | | | 8.83 |
| 12/31/17 | | 310 | CCRR SUPPORT ASMT | 12.83 | | | 12.83 |
| 12/31/17 | | 311 | Affordable Assessment IPO/ALO | 33.83 | | | 33.83 |
| 12/31/17 | | 377 | ACCESS CONTROL  CARDS | 75.00 | | | 75.00 |
| 12/31/17 | | BPM | CLUB MINIMUM SPENDING REMAINING | 32.50 | | | 32.50 |
| | | | TOTAL | | | | 446.99 |

*(handwritten: 339.49)*
*(handwritten: Food)*

**PAYMENTS POSTED TO YOUR ACCOUNT AFTER THE 01/31/2018 DUE DATE INCUR 1% INTEREST.**

Assessments on this statement are for property 007083.

Club Minimum Spending Plan for 01/01/18  to 03/31/18:
  Required: $0.00    Spent  $0.00    Remaining: $0.00

*(handwritten: Jan. 12, 2018)*
*(handwritten: Paid Ck# 4375 MSB)*
*(handwritten: In full)*

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | |
|---------|---------|---------|---------|----------|---|---|
| 446.99 | 0.00 | 0.00 | 0.00 | 0.00 | TOTAL BALANCE DUE | 446.99 |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

*(handwritten: CAPITAL Assessment $2685.00)*

*(handwritten: HOA 339.49)*

*(handwritten: HOA Page 1 of 12)*

| DATE | REF. NO. | CODE | DESCRIPTION | PAYMENT | AMOUNT | SERVICE CHARGE | SALES TAX | TOTAL |
|------|----------|------|-------------|---------|--------|----------------|-----------|-------|
| | | | Balance Forward | | 446.99 | | | 446.99 |
| 01/22/18 | 4375 | | PAYMENT ON ACCOUNT | (446.99) | | | | (446.99) |
| 01/31/18 | | 300 | SGL AMENITY SUPT SUB | | 85.25 | | | 85.25 |
| 01/31/18 | | 302 | Operating Assessment IPO/ALO | | 198.75 | | | 198.75 |
| 01/31/18 | | 306 | Non-major Cap Assmnt IPO/ALO | | 8.83 | | | 8.83 |
| 01/31/18 | | 310 | CCRR SUPPORT ASMT | | 12.83 | | | 12.83 |
| 01/31/18 | | 311 | Affordable Assessment IPO/ALO | | 33.83 | | | 33.83 |
| | | | TOTAL | | | | | 339.49 |

PAYMENTS POSTED TO YOUR ACCOUNT AFTER THE 02/28/2018 DUE DATE INCUR 1%
INTEREST.
Assessments on this statement are for property 007083.
Club Minimum Spending Plan for 01/01/18 to 03/31/18:
    Required: $0.00   Spent: $0.00   Remaining: $0.00

Pd in full 2/8/18
V2b.

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL BALANCE DUE | |
|---------|---------|---------|---------|----------|-------------------|---|
| 339.49 | 0.00 | 0.00 | 0.00 | 0.00 | | 339.49 |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

$ 339.49

HOA
Page 2
of 12

| DATE | REF NO | CODE | DESCRIPTION | PAYMENT | AMOUNT | FINANCE SERVICE CHARGE | SALES TAX | TOTAL |
|------|--------|------|-------------|---------|--------|------------------------|-----------|-------|
| | | | Balance Forward | | 339.49 | | | 339.49 |
| 02/23/18 | 4381 | | PAYMENT ON ACCOUNT | (339.49) | | | | (339.49) |
| 02/28/18 | 12594 | 370 | HANDYMAN SERVICES | | 96.00 | | | 96.00 |
| 02/28/18 | | 300 | SGL AMENITY SUPT SUB | | 85.25 | | | 85.25 |
| 02/28/18 | | 302 | Operating Assessment IPO/ALO | | 198.75 | | | 198.75 |
| 02/28/18 | | 306 | Non-major Cap Assmnt IPO/ALO | | 8.83 | | | 8.83 |
| 02/28/18 | | 310 | CCRR SUPPORT ASMT | | 12.83 | | | 12.83 |
| 02/28/18 | | 311 | Affordable Assessment IPO/ALO | | 33.83 | | | 33.83 |
| | | | TOTAL | | | | | 435.49 |

PAYMENTS POSTED TO YOUR ACCOUNT AFTER THE 03/31/2018 DUE DATE INCUR 1% INTEREST.
Assessments on this statement are for property 007083.
Club Minimum Spending Plan for 01/01/18 to 03/31/18:
    Required: $0.00   Spent $0.00   Remaining: $0.00

Pd 3/5/18
CK # 4382

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL BALANCE DUE | |
|---------|---------|---------|---------|----------|-------------------|---|
| 435.49 | 0.00 | 0.00 | 0.00 | 0.00 | | 435.49 |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

$339.49

HOA
PAge 3
of 12

| DATE | REF NO. | CODE | DESCRIPTION | AMOUNT | | TOTAL |
|------|---------|------|-------------|--------|---|-------|
| | | | Balance Forward | 435.49 | | 435.49 |
| 03/19/18 | 4382 | | PAYMENT ON ACCOUNT | (435.49) | | (435.49) |
| 03/31/18 | | 300 | SGL AMENITY SUPT SUB | 85.25 | | 85.25 |
| 03/31/18 | | 302 | Operating Assessment IPO/ALO | 198.75 | | 198.75 |
| 03/31/18 | | 306 | Non-major Cap Assmnt IPO/ALO | 8.83 | | 8.83 |
| 03/31/18 | | 310 | CCRR SUPPORT ASMT | 12.83 | | 12.83 |
| 03/31/18 | | 311 | Affordable Assessment IPO/ALO | 33.83 | | 33.83 |
| | | | TOTAL | | | 339.49 |

**PAYMENTS POSTED TO YOUR ACCOUNT AFTER THE 04/30/2018 DUE DATE INCUR 1% INTEREST.**
**Assessments on this statement are for property 007083.**

*Paid in Full 4/10/18*

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL BALANCE DUE | |
|---------|---------|---------|---------|----------|-------------------|---|
| 339.49 | 0.00 | 0.00 | 0.00 | 0.00 | | 339.49 |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

$ 339.49

HOA
PAGe 4
of 12

| DATE | REF. NO / CODE | DESCRIPTION | PAYMENT | AMOUNT | SERVICE CHARGE | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 03/31/2018 | | Balance Forward | | $339.49 | | | $339.49 |
| 04/13/2018 | 4390 | Payment Received - Thank You | ($339.49) | | | | ($339.49) |
| **00003205** | | **JAMES BLEVINS** | | | | | |
| 04/30/2018 | SJ000386 | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 04/30/2018 | SJ000388 | CCRR SUPPORT ASMT | | $12.83 | $0.00 | $0.00 | $12.83 |
| 04/30/2018 | SJ000389 | Non-maj Cap Assmnt I | | $8.83 | $0.00 | $0.00 | $8.83 |
| 04/30/2018 | SJ000391 | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 04/30/2018 | SJ000393 | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |

| MINIMUM | | PERIOD FROM | PERIOD TO | AMOUNT TO SPEND | AMOUNT SPENT | AMOUNT LEFT |
|---|---|---|---|---|---|---|
| (A-G) Family C Yr Quartly | | 04/01/2018 | 06/30/2018 | $195.00 | $0.00 | $195.00 |

* Payments due by May 31, 2018.
* Payments received after the due date will be assessed a 1% late fee.
* If you have elected to have your payment AUTODRAFTED,
  your balance due will be drafted from your checking account on May 25, 2018.

*Paid MAY 23, 2018*
*CK # 4397*

| | | ($339.49) | $678.98 | $0.00 | $0.00 | $339.49 |
|---|---|---|---|---|---|---|

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| $339.49 | $0.00 | $0.00 | $0.00 | $0.00 | | | $339.49 |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

$ 339.49

HOA
Page 5
of 12

| DATE | REF NO. | CODE | DESCRIPTION | PAYMENT | AMOUNT | UTILITY CHARGE | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 04/30/2018 | | | Balance Forward | | $339.49 | | | $339.49 |
| 05/25/2018 | 4397 | | Payment Received - Thank You | ($339.49) | | | | ($339.49) |
| **00003205** | | | **JAMES BLEVINS** | | | | | |
| 05/17/2018 | FB004577 | | A la Carte - Dining Room - Din | | $72.64 | $21.15 | $6.21 | $100.00 |
| 05/31/2018 | SJ000720 | | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 05/31/2018 | SJ000723 | | CCRR SUPPORT ASMT | | $12.83 | $0.00 | $0.00 | $12.83 |
| 05/31/2018 | SJ000724 | | Non-maj Cap Assmnt I | | $8.83 | $0.00 | $0.00 | $8.83 |
| 05/31/2018 | SJ000726 | | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 05/31/2018 | SJ000728 | | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |
| 05/31/2018 | FB006013 | | A la Carte - Dining Room - Din | | $54.39 | $14.26 | $4.35 | $73.00 |

| MINIMUM | | PERIOD FROM | PERIOD TO | AMOUNT TO SPEND | AMOUNT SPENT | AMOUNT LEFT |
|---|---|---|---|---|---|---|
| (A-G) Family C Yr Quartly | | 04/01/2018 | 06/30/2018 | $195.00 | $173.00 | $22.00 |

\* Payments due by June 30, 2018.
\* Payments received after the due date will be assessed a 1% late fee.
\* If you have elected to have your payment AUTODRAFTED,
   your balance due will be drafted from your checking account on June 25, 2018.

*June 25, 2018*

| | | | | ($339.49) | $806.01 | $35.41 | $10.56 | $512.49 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | $512.49 |
|---|---|---|---|---|---|---|---|
| $512.49 | $0.00 | $0.00 | $0.00 | $0.00 | | | |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

*$ 339.49*

*HOA Page 6 of 12*

| DATE | REF NO. CODE | DESCRIPTION | PAYMENTS | AMOUNT CHARGED | SERVICE CHARGE | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 05/31/2018 | | Balance Forward | | $512.49 | | | $512.49 |
| 06/27/2018 | 4446 | Payment Received - Thank You | ($512.49) | | | | ($512.49) |
| **00003205** | | **JAMES BLEVINS** | | | | | |
| 06/21/2018 | FB007963 | A la Carte - Dining Room - Din | | $53.90 | $23.09 | $4.42 | $81.41 |
| 06/30/2018 | SJ000981 | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 06/30/2018 | SJ000983 | CCRR SUPPORT ASMT | | $12.83 | $0.00 | $0.00 | $12.83 |
| 06/30/2018 | SJ000985 | Non-maj Cap Assmnt I | | $8.83 | $0.00 | $0.00 | $8.83 |
| 06/30/2018 | SJ000987 | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 06/30/2018 | SJ000989 | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |
| 06/30/2018 | SJ000990 | DINING MINIMUM BILLING | | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2018 | SJ000990 | DINING MINIMUM BILLING | | $0.00 | $0.00 | $0.00 | $0.00 |

| MINIMUM | PERIOD FROM | PERIOD TO | AMOUNT TO SPEND | AMOUNT SPENT | AMOUNT LEFT |
|---|---|---|---|---|---|
| (A-G) Single C Yr Quartly | 04/01/2018 | 06/30/2018 | $97.50 | $254.40 | $0.00 |

\* Payments due by July 31, 2018.
\* Payments received after the due date will be
assessed a 1%    late fee.
\* If you have elected to have your payment
AUTODRAFTED,
  your balance due will be drafted from your
checking account  on July 25, 2018.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ($512.49) | $905.88 | $23.09 | $4.42 | $420.90 |

Ck# 4451
R [signature] July 14, 2018

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| $420.90 | $0.00 | $0.00 | $0.00 | $0.00 | | **TOTAL BALANCE DUE** | $420.90 |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

$339.49

HOA
Page 7
of 12

| DATE | REF NO | CODE | DESCRIPTION | AMOUNT | DISCOUNT CHARGE | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|
| 06/30/2018 | | | Balance Forward | $420.90 | | | $420.90 |
| 07/17/2018 | 4451 | | Payment Received - Thank You | ($420.90) | | | ($420.90) |
| | **00003205** | | **JAMES BLEVINS** | | | | |
| 07/17/2018 | FB010360 | | A la Carte - Dining Room - Din | $50.23 | $20.53 | $4.17 | $74.93 |
| 07/17/2018 | FB010373 | | A la Carte - Dining Room - Lat | $0.01 | $0.00 | $0.00 | $0.01 |
| 07/31/2018 | SJ001564 | | Afford Asmt-IPO/ALO | $33.83 | $0.00 | $0.00 | $33.83 |
| 07/31/2018 | SJ001569 | | CCRR SUPPORT ASMT | $12.83 | $0.00 | $0.00 | $12.83 |
| 07/31/2018 | SJ001570 | | Non-maj Cap Assmnt I | $8.83 | $0.00 | $0.00 | $8.83 |
| 07/31/2018 | SJ001572 | | Operating Assmnt IPO | $198.75 | $0.00 | $0.00 | $198.75 |
| 07/31/2018 | SJ001574 | | SGL AMENITY SUPT SUB | $85.25 | $0.00 | $0.00 | $85.25 |

| MINIMUM | | PERIOD FROM | PERIOD TO | AMOUNT TO SPEND | AMOUNT SPENT | AMOUNT LEFT |
|---|---|---|---|---|---|---|
| (A-G) Single C Yr Quarrly | | 07/01/2018 | 09/30/2018 | $97.50 | ($22.56) | $120.06 |

* Payments due by August 31, 2018.
* Payments received after the due date will be assessed a 1%   late fee.
* If you have elected to have your payment AUTODRAFTED,
  your balance due will be drafted from your checking account   on August 25, 2018.

| | | | | ($420.90) | $810.63 | $20.53 | $4.17 | $414.43 |

*Paid 8/9/2018 In Full*

| CURRENT | 31 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| $414.43 | $0.00 | $0.00 | $0.00 | $0.00 | | | $414.43 |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

$ 339.49

HOA
Page 8
of 12

| DATE | REF. NO. | CODE | DESCRIPTION | PAYMENTS | AMOUNT | SERVICE CHARGE | SALES TAX | TOTAL |
|------|----------|------|-------------|----------|--------|----------------|-----------|-------|
| 07/31/2018 | | | Balance Forward | | $414.43 | | | $414.43 |
| 08/13/2018 | 4457 | | Payment Received - Thank You | ($414.43) | | | | ($414.43) |
| | **00003205** | | **JAMES BLEVINS** | | | | | |
| 08/10/2018 | FB012487 | | A la Carte - Dining Room - Din | | $106.70 | $24.16 | $7.94 | $138.80 |
| 08/31/2018 | SJ001923 | | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 08/31/2018 | SJ001927 | | Non-maj Cap Assmnt I | | $8.83 | $0.00 | $0.00 | $8.83 |
| 08/31/2018 | SJ001929 | | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 08/31/2018 | SJ001931 | | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |
| 08/31/2018 | SJ001933 | | CCRR SUPPORT ASMT | | $12.83 | $0.00 | $0.00 | $12.83 |

| MINIMUM | | PERIOD FROM | PERIOD TO | AMOUNT TO SPEND | AMOUNT SPENT | AMOUNT LEFT |
|---------|--|-------------|-----------|-----------------|--------------|-------------|
| (A-G) Single C Yr Quartly | | 07/01/2018 | 09/30/2018 | $97.50 | $116.23 | $0.00 |

* Payments due by September 30, 2018.
* Payments received after the due date will be
  assessed a 1% late fee.

| | | | | ($414.43) | $860.62 | $24.16 | $7.94 | $478.29 |
|--|--|--|--|-----------|---------|--------|-------|---------|

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | $478.29 |
|---------|---------|---------|---------|----------|--|-------------------|---------|
| $478.29 | $0.00 | $0.00 | $0.00 | $0.00 | | | |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

$339.49

HOA
Page 9
of 12

| DATE | REF NO. | CODE | DESCRIPTION | CHARGES | AMOUNT | GRATUITY CHARGE | SALES TAX | TOTAL |
|------|---------|------|-------------|---------|--------|-----------------|-----------|-------|
| 08/31/2018 | | | Balance Forward | | $478.29 | | | $478.29 |
| 09/12/2018 | 4461 | | Payment Received - Thank You | ($478.29) | | | | ($478.29) |
| | 00003205 | | **JAMES BLEVINS** | | | | | |
| 09/03/2018 | FB014570 | | A la Carte - Dining Room - Din | | $18.00 | $2.70 | $2.14 | $22.84 |
| 09/03/2018 | FB014602 | | A la Carte - Dining Room - Din | | $31.90 | $7.10 | $0.00 | $39.00 |
| 09/03/2018 | BR005173 | | A la Carte - Bar - Dinner | | $12.00 | $1.80 | $1.43 | $15.23 |
| 09/27/2018 | FB017008 | | A la Carte - Dining Room - Lat | | $66.65 | $15.00 | $5.25 | $86.90 |
| 09/30/2018 | SJ002225 | | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 09/30/2018 | SJ002230 | | CCRR SUPPORT ASMT | | $12.63 | $0.00 | $0.00 | $12.63 |
| 09/30/2018 | SJ002231 | | Non-maj Cap Assmnt I | | $8.83 | $0.00 | $0.00 | $8.83 |
| 09/30/2018 | SJ002233 | | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 09/30/2018 | SJ002235 | | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |

| MINIMUM | | | PERIOD FROM | TO AND TO | AMOUNT LEFT | | |
|---------|---|---|-------------|-----------|-------------|---|---|
| (A-G) Single C Yr Quartly | | | 07/01/2018 | 09/30/2018 | $0.00 | | |

* Payments due by October 31, 2018.
* Payments received after the due date will be
  assessed a 1% late fee.

| | | | | ($478.29) | $946.33 | $26.60 | $8.82 | $503.46 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | TOTAL BALANCE DUE | |
|---------|---------|---------|---------|----------|---|-------------------|---|
| $503.46 | $0.00 | $0.00 | $0.00 | $0.00 | | | $503.46 |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

_Paid In Full_
_Oct. 9 2018_
_#4468_

_$339.49_

_HOA_
_Page 10_
_of 12_



| DATE | REF NO. | CODE | | AMOUNT | DISCOUNT | LATE CHARGE | TOTAL |
|---|---|---|---|---|---|---|---|
| 09/30/2018 | | | Balance Forward | $503.46 | | | $503.46 |
| 10/12/2018 | 4468 | | Payment Received - Thank You | ($503.46) | | | ($503.46) |
| | 00003205 | | **JAMES BLEVINS** | | | | |
| 10/31/2018 | SJ002661 | | Afford Asmt-IPO/ALO | $33.83 | $0.00 | $0.00 | $33.83 |
| 10/31/2018 | SJ002664 | | CCRR SUPPORT ASMT | $12.83 | $0.00 | $0.00 | $12.83 |
| 10/31/2018 | SJ002665 | | Non-maj Cap Assmnt I | $8.83 | $0.00 | $0.00 | $8.83 |
| 10/31/2018 | SJ002667 | | Operating Assmnt IPO | $198.75 | $0.00 | $0.00 | $198.75 |
| 10/31/2018 | SJ002669 | | SGL AMENITY SUPT SUB | $85.25 | $0.00 | $0.00 | $85.25 |

| MINIMUM | PERIOD FROM | PERIOD TO | AMOUNT LEFT |
|---|---|---|---|
| (A-G) Single C Yr Quartly | 10/01/2018 | 12/31/2018 | $0.00 |

* Payments due by November 30, 2018.
* Payments received after the due date will be assessed a 1% late fee.

| | ($503.46) | $842.95 | $0.00 | $0.00 | $339.49 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | TOTAL BALANCE DUE | $339.49 |
|---|---|---|---|---|---|---|
| $339.49 | $0.00 | $0.00 | $0.00 | $0.00 | | |

Keowee Key, Property Owners Association, Inc.
1392 Stamp Creek Road
Salem, SC 29676

| DATE | PERIOD | CODE | DESCRIPTION | PAYMENT | AMOUNT | COMMUNITY SERVICE CHARGE | SALES TAX | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10/31/2018 | | | Balance Forward | | $339.49 | | | $339.49 |
| 11/15/2018 | 4476 | | Payment Received - Thank You | ($339.49) | | | | ($339.49) |
| | **00003205** | | **JAMES BLEVINS** | | | | | |
| 11/30/2018 | SJ003068 | | Afford Asmt-IPO/ALO | | $33.83 | $0.00 | $0.00 | $33.83 |
| 11/30/2018 | SJ003070 | | CCRR SUPPORT ASMT | | $12.87 | $0.00 | $0.00 | $12.87 |
| 11/30/2018 | SJ003071 | | Non-maj Cap Assmnt I | | $8.87 | $0.00 | $0.00 | $8.87 |
| 11/30/2018 | SJ003073 | | Operating Assmnt IPO | | $198.75 | $0.00 | $0.00 | $198.75 |
| 11/30/2018 | SJ003075 | | SGL AMENITY SUPT SUB | | $85.25 | $0.00 | $0.00 | $85.25 |

| MINIMUM | | PERIOD FROM | PERIOD TO | AMOUNT LEFT | | | |
|---|---|---|---|---|---|---|---|
| (A-G) Single C Yr Quartly | | 10/01/2018 | 12/31/2018 | $0.00 | | | |

* Payments due by December 31, 2018.
* Payments received after the due date will be assessed a 1% late fee.

*PAID IN FULL 12/11/18 #4482*

| | | | | ($339.49) | $679.06 | $0.00 | $0.00 | $339.57 |
|---|---|---|---|---|---|---|---|---|

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | | | |
|---|---|---|---|---|---|---|---|
| $339.57 | $0.00 | $0.00 | $0.00 | $0.00 | | **TOTAL BALANCE DUE** | $339.57 |

**Keowee Key, Property Owners Association, Inc.**
1392 Stamp Creek Road
Salem, SC 29676

*$339.49*

*HOA page 12 of 15*

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

**Plaintiff:**   **James H. Blevins**

**Property Address:**   **2636 SE 19th Place, Cape Coral, Fl 33904**

**QUESTION #18 Itemization (Personal Property Damage)**

| # | Description of Damaged Item | Value |
|---|---|---|
| 1. | **Air Conditioning Air Handler and Coils** | **$2000.00** |
| 2. | Electrical Fixtures (Outlets, Switches) | $ 400.00 |
| 3. | Overhead Fans and Light Fixtures | $ 418.00 |
| 4. | Plumbing Fixtures | $ 300.00 |
| 5. | Built-in Microwave Oven | $ 300.00 |
| 6. | **Bathroom mirrors** | **$ 227.00** |

**Total: $3645.00**

1.