# Exhibit E

```
From:      CN=Mark Norris/OU=BeiFang/O=Knauf_China
To:        ChengYiHong@mail.knauf.com.cn <ChengYiHong@mail.knauf.com.cn>;Ann Zhong <Ann
           Zhong/ShangHai/Knauf_China@Knauf>
CC:        knauf.isabel@knauf.com.tr <knauf.isabel@knauf.com.tr>;knauf.frederick@knauf.it@Knauf
           <knauf.frederick@knauf.it@Knauf>
BCC:       dgregory@knauf.co.id
Sent:      11/7/2006 3:06:43 AM
Subject:   Fw: USA smelly board
```

Dear All

Any ideas on how I can resolve this?? I am getting a very slow reaction from Germany.

It looks like it is going to get VERY nasty and expensive.

Regards
Mark
----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China
07/11/2006 10:59 AM

To
Mark Norris/BeiFang/Knauf_China@Knauf
cc
jawahar@rothcbilt.zjip.com
Subject
USA smelly board


Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not
only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at
present , he said the sample test report from USG is not enough now , Knauf
representative must explain to his customer , he need someone from Knauf with
him explain the problem together .

Dear Mark, would you please tell me when we can get the test result and when the
Knauf expert will contact Salomon ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him
back .

Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

 :l: 0086-22-26972777-8103
Fax: 0086-22-26972656



KPT0024157