UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion For Extension of Time to Respond to Certain Pending Motions, an extension is hereby **GRANTED**. The hearing on Defendants' pending motions (R. Docs. 22368, 22369, 22370, 22371, 22372, 22373, 22375, 22376, 22412, 22430, 22431, 22432, 22436, 22442, 22446, 22447, 22451) is now scheduled for _____, 2020 at _____ in the Courtroom of the Honorable Eldon E. Fallon, Room C-456, 500 Poydras Street, New Orleans, LA 70130.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge