# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number _____
Date Received _____

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Anjali Van Drie |
| Address of Affected Property | 4101 NW 22nd Street |
| | Cape Coral, FL 33993 |
| Is this Property:* | (Residential)  Commercial  Governmental |
| Name of Person Completing this Form | Anjali Van Drie |
| Is above your primary residence? | (Yes)  No |
| Mailing Address (if different) | |
| Phone: | ( 239 )  645 - 0458 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

| | |
|---|---|
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 )  533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf - 14,cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Tower Hill Prime Insurance Company |
| Policy #: | E003015441 |
| Agent: | Assured Partners of Florida, LLC dba Dawson of FL |
| Address: | 3501 Del Prado Blvd., Suite 204 |
| | Cape Coral, FL 33904 |
| Phone: | ( 239 )  542 - 1533 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Anjali Van Drie | 08/20/08 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  **Yes**  No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Chinese Drywall Screening, LLC

1.2. When did the inspection take place?  01/29/18

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  **Yes**  No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?  Chinese Drywall Screening, LLC

2.2. When was this determination made?  01/29/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | walls |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,246 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: _____

Address: _____

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name: _____

Address: _____

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name: _____

Address: _____

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | 2/10/18 Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |



# Tower Hill Prime Insurance Company
P.O. Box 147018 Gainesville, FL 32614-7018

## HOMEOWNERS DECLARATIONS

**THIS IS NOT A BILL.**
Payment notice will be sent separately
to: Mortgagee

**POLICY NUMBER
E003015441**
Renewal
Issued On:
01/04/2018

**Insured**
Anjali Van Drie
4101 NW 22ND ST
CAPE CORAL, FL 33993-3442

**AGENCY      FL6962**
Assured Partners of Florida, LLC dba Dawson of Fl
3501 DEL PRADO BLVD., SUITE 204
CAPE CORAL, FL 33904

PHONE NUMBER: (239) 542-1533

**POLICY PERIOD:** 03/03/2018 to 03/03/2019. Each period begins and ends at 12:01 AM standard time at the insured location.

**INSURED LOCATION:** 4101 NW 22ND ST
CAPE CORAL, FL 33993-3442

Coverage is provided where a premium or limit is shown for the coverage.

| SECTION I - PROPERTY COVERAGE | LIMIT | SECTION II - LIABILITY COVERAGE | LIMIT |
|---|---|---|---|
| COVERAGE A - Dwelling | $271,000 | COVERAGE E - Personal Liability Each Occurrence | $300,000 |
| COVERAGE B - Other Structures | $5,420 | | |
| COVERAGE C - Personal Property | $135,500 | COVERAGE F - Medical Payments to Others Each Person | $5,000 |
| COVERAGE D - Loss of Use | $54,200 | | |

**BREAKDOWN OF PREMIUM:**

| Charges | Limit | Premium |
|---|---|---|
| Section I and II Premium | | $3,784.00 |
| Age of Roof Surcharge | | $3.00 |
| Catastrophic Ground Cover Collapse Coverage | | Incl |
| Emerald Coverage | | $353.00 |
|    Credit Card, Forgery and Counterfeit Money | $10,000 | Incl |
|    Damage to Property of Others | $1,000 | Incl |
|    Earth Movement Coverage for Personal Property | | Incl |
|    Fire Department Service Charge | $1,000 | Incl |
|    Lock Replacement Coverage | $500 | Incl |
|    Loss of Use Due to Power Shortage | | Incl |
|    Personal Injury Coverage | | Incl |
|    Personal Property Replacement Cost Without Holdback | | Incl |
|    Refrigerated Property Coverage | $500 | Incl |
|    Special Personal Property | | Incl |
|    Water Backup/Sump Overflow | $5,000 | Incl |
|    Water Damage for Contents Away from Premises | | Incl |
|    Watercraft Liability - 50hp | | Incl |
|    Special Limits of Liability | | |
|       Money | $1,000 | Incl |
|       Securities | $5,000 | Incl |
|       Watercraft | $5,000 | Incl |
|       Trailers Not Used with Watercraft | $5,000 | Incl |
|       Jewelry & Furs | $5,000 (Theft) $2,500 (Misplace) | Incl |
|       Firearms | $5,000 (Theft) $2,500 (Misplace) | Incl |
|       Silverware | $5,000 (Theft) $2,500 (Misplace) | Incl |
|       Business Property on Premises | $10,000 | Incl |
|       Business Property off Premises | $1,000 | Incl |
| Limited Fungi, Wet or Dry Rot, or Bacteria Coverage (Each Loss/Aggregate) | $10,000/$20,000 | Incl |
|    Coverage E Aggregate Sublimit | $50,000 | |
| Ordinance or Law Coverage | 25% | Incl |

 **Lee County Property Appraiser**

Tax Year

## Property Data
### STRAP: 36-43-22-C2-05280.0500  Folio ID: 10011018

| Owner Of Record - Sole Owner |
|---|
| DRIE VAN ANJALI<br>4101 NW 22ND ST<br>CAPE CORAL FL 33993 |

| Site Address |
|---|
| 4101 NW 22ND ST<br>CAPE CORAL FL 33993 |

| Property Description |
|---|
| **Do not use for legal documents!** |
| CAPE CORAL UNIT 82<br>BLK 5280 PB 24 PG 126<br>LOTS 50 + 51 |

| Classification / DOR Code |
|---|
| SINGLE FAMILY RESIDENTIAL / 01 |



[ Tax Map Viewer ]  [ View Comparables ]

[ Pictometry Aerial Viewer ]

### Current Working Values

| Just | 11,913 | As Of | 08/11/2017 |
|---|---|---|---|

| Attributes | |
|---|---|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 80 |
| Depth | 125 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 3 / 2.0 |
| Total Living Area | 2,246 |
| 1st Year Building on Tax Roll | 2006 |
| Historic District | No |



Image of Structure

◀ Photo Date January of 2007 ▶

### ➕ Exemptions

### ➕ Values (2017 Tax Roll)

### ➕ Taxing Authorities

### Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 0.00 | 03/10/2015 | 2015000051044 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective Deed, Quit Claim Deed, or Tax Deed; deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; transfer of ownership in which no documentary stamps were paid | I |
| 10.00 | 03/09/2015 | 2015000243234 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective Deed, Quit Claim Deed, or Tax Deed; deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; transfer of ownership in which no documentary stamps were paid | I |

| | | | | | |
|---|---|---|---|---|---|
| 171,200.00 | 08/20/2008 | 2008000233393 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 125,000.00 | 11/08/2005 | 2005000141229 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 100,000.00 | 07/13/2005 | 4829/2858 | 08 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamps Greater than .70/SP Gr. than $100) | V |
| 100.00 | 02/01/1996 | 2726/3927 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |
| 0.00 | 05/20/1988 | 2726/3930 | 03 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Interest Sales / Court Docs / Government) | V |
| 5,000.00 | 09/21/1984 | 1754/3493 | 08 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamps Greater than .70/SP Gr. than $100) | V |

**+ Building/Construction Permit Data**

**+ Parcel Numbering History**

**+ Location Information**

**+ Solid Waste (Garbage) Roll Data**

**+ Flood and Storm Information**

**− Appraisal Details (2017 Tax Roll)**

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 100 | Single Family Residential | 125 | 80 | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| IRRIGATION SYSTEM LAWN | 2006 | 1 |
| FENCE - CHAIN LINK - 4 FOOT | 2008 | 252 |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 1 |

| Bedrooms | Bathrooms | Year Built | Effective Year Built |
|---|---|---|---|
| 3 | 2.0 | 2006 | 2006 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 2,246 |
| FGR - FINISHED GARAGE | N | 597 |
| FOP - FINISHED OPEN PORCH | N | 84 |
| FOP - FINISHED OPEN PORCH | N | 133 |
| FSP - FINISHED SCREEN PORCH | N | 209 |

| Building Front Photo | Building Footprint |
|---|---|





**Photo Date: January of 2007**

Previous Parcel Number   Next Parcel Number   New Query   Search Results   Home

TRIM (proposed tax) Notices are available for the following tax years
[ 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 ]