UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Anjali Van Drie, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original Bennett Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The Bennett Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Anjali Van Drie owns a property in the State of Florida with a street address of: 4101 NW 22nd Street, Cape Coral, FL 33993.

4. Plaintiff Anjali Van Drie purchased the Affected property on August 20, 2008.

1

5. Plaintiff Anjali Van Drie discovered Knauf-manufactured drywall in her home on January 29, 2018.

6. Plaintiff Anjali Van Drie discovered defective Knauf-manufactured drywall through an inspection by Chinese Drywall Screening, LLC, an experienced Florida drywall inspection company.

7. Plaintiff Anjali Van Drie filed its claim against the Knauf Defendants in this action on March 6, 2018.

8. Plaintiff Anjali Van Drie completed and executed a verified Plaintiff Profile Form.

9. Plaintiff Anjali Van Drie completed and executed a verified Supplemental Plaintiff Profile Form.

10. Plaintiff Anjali Van Drie completed and executed a verified Plaintiff Fact Sheet.

11. Plaintiff Anjali Van Drie was deposed by Knauf's Counsel on June 20, 2019, in Tampa, Florida.

12. Florida law provides a four-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

13. Florida law recognizes a Delayed Discovery Rule to file product defect-related claims, an exception to the four-year statute of limitations.

14. Plaintiff Anjali Van Drie seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Deceptive and Unfair Trade Practices Act.

3

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*