# Exhibit A

CFN 2009R0087096
OR Bk 26743 Pg 1488; (1pg)
RECORDED 02/06/2009 10:10:30
DEED DOC TAX 6,600.00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

This instrument prepared by:
Elliott Harris, Esq.
111 S.W. 3rd Street, 6th Floor
Miami, Florida 33130

Folio No.:  **09-4036-072-0015**

# W A R R A N T Y   D E E D

**THIS INDENTURE**, Made this 29 day of January, 2009,  BETWEEN **G.C. Custom Homes, Inc., a Florida corporation, 13195 S.W. 134th Street, Suite A-1, Miami, Florida 33186,** of the County of Miami-Dade, State of Florida, Grantor, to **DANIEL BLONSKY and SHONA BLONSKY, husband and wife,** whose post office address is **8220 S.W. 60th Court, Miami, Florida 33143,** of the County of Miami-Dade, State of Florida, Grantees ("Grantor" and "Grantee" are used for singular or plural, as context requires).

**WITNESSETH,** That said Grantor, for and in consideration of the sum of ten and no/100----$10.00----Dollars and other good valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said Grantee, and Grantee's heirs and assigns forever, the following described land, situate, lying and being in Miami-Dade County, Florida, to-wit:

Lot 2, Block 1, HARRIS ESTATES, according to the Plat thereof, as recorded in Plat Book 119, at Page 8, of the Public Records of Miami-Dade County, Florida.

This conveyance is subject to the following:

1.   Taxes and Assessments for the year 2009, and subsequent years.
2.   Zoning, restrictions, prohibitions, limitations, easements and conditions imposed or required by any governmental body, authority or agency and matters appearing on the plat or common to the subdivision.

and said Grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has hereunto set Grantor's hand and seal the day and year first above written.

Signed, sealed and delivered
in our presence:

Liza A. Garcia
typed/printed name

Marcia E. Lorenzo.
typed/printed name

**G.C. CUSTOM HOMES, INC., a Florida corporation**

BY: MICHAEL GARCIA-CARRILLO
President
13195 S.W. 134 Street, Suite A-1
Miami, Florida 33186

STATE OF FLORIDA)
                SS.
COUNTY OF MIAMI-DADE)

THE FOREGOING INSTRUMENT was acknowledged before me this 29 day of January, 2009, by Michael Garcia-Carrillo as President of G.C. Custom Homes, Inc., a Florida corporation, who is personally known to me or who presented _____ as identification and who did not take an oath.

My commission expires:

LIZA A. GARCIA
Comm# DD0641555
Expires 4/29/2511

NOTARY PUBLIC