# Exhibit F



# ATLAS CONSTRUCTION COMPANY

**6850 Sunrise Ct.**

**Coral Gables, Florida 33133**

Tel. ` • Fax 305.663.5700

www.atlascco.com • info@atlascco.com • CGC 1516267

| Proposal Submitted To: Skyline Glas LLC | Date: 2/7/18 |
|---|---|
| Address: 10769 NW 81 LN | Phone: 305-370-2546 |
| Doral, Florida | Fax: |
| Project Name: Chineese Drywall Repair | E-mail:sguzman@interiorglassdesign.com |
| Address: | Fax: |
| Architect: | Phone: |
| | Fax: |

**We propose to furnish the following at the above referenced project:**

1 Provide The following material & labor for the construction on custom home:

| | |
|---|---|
| a. Demo all chineese drywall | $18,000.00 |
| b. remove exist HVAC, Plumbing, Electrical | $12,000.00 |
| c. Drywall drywall finish | $19,000.00 |
| d. Insulation R-30 ceiling,r-5 walls | $ 5,000.00 |
| e. New Mechanical | $ 8,500.00 |
| f. New Electrical | $ 9,000.00 |
| g. New Plumbing | $11,500.00 |
| h. Interior painting of house | $5,000.00 |
| i. Flooring labor & base | $12,000.00 |
| j. Bathrooms showers tile labor | $15,000.00 |
| | |
| Re-construction Price | $115,000.00 |

Allowances as follows:

| | |
|---|---|
| 1 Flooring | 5,000.00 |
| 2 Shower enclosures | 1,500.00 |
| 3 Plumbing fixtures | 1,500.00 |
| 4 Electrical Fixtures | 2,500.00 |
| 5 Vanities & countertops | 2,500.00 |
| 6 Kitchen cabinets & countertops | 8,000.00 |
| 7 Interior Doors | 1,500.00 |
| 8 Bathroom tile | 1,500.00 |

| | | |
|---|---|---|
| | Sub-Total | $139,000.00 |
| | Overhead 10% | $13,900.00 |
| | Profit 10% | $15,290.00 |
| | **TOTAL:** | **$168,190.00** |

**Exclusions: Permit costs,**

**Proposal** based upon plans provided.

**We Propose** hereby to furnish material and labor-complete in accordance with above specifications, for the sum of: _One hundred sixty eight Thousand one hundred ninety and 00/100_ ($_168,190.00_).

**Payment** to be made as follows: Draws as per percentage of work completed, Deposit of 10% made at beginning of project, there after in increments of 10% based on work completed. Final Payment made on issuance of Certificate of Occupancy and all final releases to owners

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Worker's Compensation Insurance.

Authorized
Signature:   _Reinaldo Aquit_
Reinaldo Aquit
President

Note:  **This proposal may be withdrawn by us if not accepted within 90   days.**

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature:
Date of Acceptance:   _02 DEC 18_.

ATLAS CONSTRUCTION COMPANY

Coral Gables, Fl. 33133
P. 305.310.9929
F. 305.663.5700

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2018 | 101102 |

| Bill To |
|---------|
| Skyline Glass LLC.<br>10769 NW 81 LN<br>Doral Fl. |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Item | Description | Est Amt | Prior % | Curr % | Total % | Avg Rate | Amount |
|------|-------------|---------|---------|--------|---------|----------|--------|
| 1 | Interior construction as per proposal | 168,190.00 | | 20.00% | 20.00% | | 33,638.00 |

| | |
|---|---|
| **Total** | $33,638.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $33,638.00 |

| Phone # | Fax # |
|---------|-------|
| 305.310.9929 | 305.663.5700 |

ATLAS CONSTRUCTION COMPANY

# Invoice

Coral Gables, Fl. 33133
P. 305.310.9929
F. 305.663.5700

| Date | Invoice # |
|------|-----------|
| 7/15/2018 | 101453 |

| Bill To |
|---------|
| Skyline Glass LLC.<br>10769 NW 81 LN<br>Doral Fl. |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Item | Description | Est Amt | Prior % | Curr % | Total % | Avg Rate | Amount |
|------|-------------|---------|---------|--------|---------|----------|--------|
| 1 | Interior construction as per proposal | 168,190.00 | 20.00% | 40.00% | 60.00% | 168,190.00 | 67,276.00 |

| | |
|---|---|
| **Total** | $67,276.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $67,276.00 |

| Phone # | Fax # |
|---------|-------|
| 305.310.9929 | 305.663.5700 |

**ATLAS CONSTRUCTION COMPANY**

# Invoice

Coral Gables, Fl. 33133
P. 305.310.9929
F. 305.663.5700

| Date | Invoice # |
|------|-----------|
| 1/18/2019 | 101634 |

| Bill To |
|---------|
| Skyline Glass LLC.<br>10769 NW 81 LN<br>Doral Fl. |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  |  |  |

| Item | Description | Est Amt | Prior % | Curr % | Total % | Avg Rate | Amount |
|------|-------------|---------|---------|--------|---------|----------|--------|
| 1 | Interior construction as per proposal | 168,190.00 | 60.00% | 40.00% | 100.00% | 168,190.00 | 67,276.00 |

| | |
|---|---|
| **Total** | $67,276.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $67,276.00 |

| Phone # | Fax # |
|---------|-------|
| 305.310.9929 | 305.663.5700 |




## Inspections for Permit # 2018090103

○ **ALL INSPECTION**  ○ **REQUESTED ONLY**  ○ **RESULTED ONLY**  ○ **AVAILABLE TO REQUEST**

Add Inspectio

| Priority | Code | Inspection Description | Request Date | Result Date | Result |
|----------|------|------------------------|--------------|-------------|--------|
| 0 | 1008 | BD - FRAMING/WINDOWS | 11/30/2018 | 11/30/2018 | (90) APPROVED |
| 0 | 1010 | BD - INSULATION | 12/4/2018 | 12/3/2018 | (81) DISAPPROVED |
| 0 | 1010 | BD - INSULATION | 1/30/2019 | 1/30/2019 | (90) APPROVED |
| 0 | 1011 | BD - DRYWALL/WIRE LATH | 1/30/2019 | 1/30/2019 | (90) APPROVED |
| 0 | 1011 | BD - DRYWALL/WIRE LATH | 12/10/2018 | 12/10/2018 | (92) PARTIAL APPROVAL--ADD. INSP. RQD. |
| 99999 | 1044 | BD - BUILDING FINAL | 1/31/2019 | 1/30/2019 | (99) FINAL APPROVAL |

**Enter any detailed instructions for the inspector below...**

| Go Back | View Details | Request Inspection | Cancel Inspection | Inspectors Route |




**Plan Reviews for Permit # 2018090103**

| Review Department | Rev Key | Status | In Date | Out Date | Release Date | Release User |
|---|---|---|---|---|---|---|
| BUILDING PROCESSING IN | | COMPLETE | 10/3/2018 | 10/3/2018 | 10/3/2018 | LUIS DEMOYA |
| BUILDING PROCESSING IN | | COMPLETE | 9/7/2018 | 9/7/2018 | 9/7/2018 | LUIS DEMOYA |
| BUILDING PROCESSING RETURN | | COMPLETE | 10/16/2018 | 10/16/2018 | 10/16/2018 | SILVANA AGOGLIA |
| BUILDING PROCESSING RETURN | | REJECT | 9/20/2018 | 9/20/2018 | | |
| GENERAL BUILDING | | COMPLETE | 9/19/2018 | 9/19/2018 | 9/19/2018 | JOHN BERG |
| GENERAL ELECTRICAL | | COMPLETE | 10/3/2018 | 10/3/2018 | 10/3/2018 | ISCANDER GARCIA |
| GENERAL ELECTRICAL | | REJECT | 9/12/2018 | 9/12/2018 | | |
| GENERAL FLOODPLAIN | | REJECT | 9/13/2018 | 9/13/2018 | 9/13/2018 | |
| GENERAL FLOODPLAIN | | COMPLETE | 10/15/2018 | 10/15/2018 | 10/15/2018 | INGRYS FARIAS |
| GENERAL MECHANICAL | | REJECT | 9/11/2018 | 9/11/2018 | | |
| GENERAL MECHANICAL | | COMPLETE | 10/9/2018 | 10/9/2018 | 10/9/2018 | DAVID DESO |
| GENERAL PLUMBING | | COMPLETE | 10/4/2018 | 10/4/2018 | 10/4/2018 | DANILO BRITO |

**Remarks...**

Released By: DEMOYAL

Go Back





**FEE's for Permit # 2018090103**                    **Total Pending: $0.00**

| Fee Code | Fee Description | Amount Due | Amount Paid | Status | Payable |
|----------|----------------|-----------:|------------:|--------|---------|
| BD100 | UP-FRONT PROCESSING FEE | 80 | 80 | POSTED | |
| BD01E | ALTERATIONS AND REPAIRS (GROUP R2, R3) | 1500 | 1500 | POSTED | |
| BD300 | CODE COMPLIANCE | 18 | 18 | POSTED | |
| BD400C | STATE OF FLORIDA SURCHARGE | 47.59 | 47.59 | POSTED | |
| BD595 | ELECTRONIC PLAN REVIEW TECHNOLOGY FEE | 15 | 15 | POSTED | |
| BD800 | SCANNING FEE | 36 | 36 | POSTED | |
| FL100 | FLOOD PROCESSING FEES | 86 | 86 | POSTED | |
| ME | MECHANICAL MINIMUM PERMIT FEE | 86 | 86 | POSTED | |
| BDC1005 | UPFRONT PROCESSING FEE CREDIT | -80 | -80 | POSTED | |

Go Back





**Master & Sub Permits for Permit # 2018090103**

| Master - Sub | Permit # | Permit Type | Status | Job Description |
|---|---|---|---|---|
| MASTER | 2018090103 | BL79 | FINAL | REMOVE CHINESE DRYWALL REMODEL WWP2009050012 |
| SUB PERMIT | 2018090298 | EL38 | FINAL | ELECTRICAL PERMIT FOR REMOVE DRYWALL REMODEL |
| SUB PERMIT | 2018090238 | ME90M | FINAL | Grill Re-Installation |
| SUB PERMIT | 2018100183 | PL58 | FINAL | General plbg sub permit. |
| SUB PERMIT | 2018120454 | BL98 | CLOSED | REVISION ---- ARCHITECT LEFT WRONG INSULATION MARK ON DRAWINGS (R-13 INSTEAD OF 5.1) DECREASE OF JOB VAUE: $2,500 |

Go Back          View Permit Detail



**FEMA**
(/www.fema.gov/)

Navigation

Search

Languages

MSC Home (/portal/)

**MSC Search by Address**
(/portal/search)

MSC Search All Products
(/portal/advanceSearch)

﹀ MSC Products and Tools
(/portal/resources/productsandtools)

  Hazus
(/portal/resources/hazus)

  LOMC Batch Files
(/portal/resources/lomc)

  Product Availability
(/portal/productAvailability)

MSC Frequently Asked
Questions (FAQs)
(/portal/resources/faq)

MSC Email Subscriptions
(/portal/subscriptionHome)

Contact MSC Help
(/portal/resources/contact)

# FEMA Flood Map Service Center: Search By Address

**Enter an address, place, or coordinates:** ❓

10769 nw 81 ln doral fl      Search

Whether you are in a high risk zone or not, you may need flood insurance (https://www.fema.gov/national-flood-insurance-program) because most homeowners insurance doesn't cover flood damage. If you live in an area with low or moderate flood risk, you are 5 times more likely to experience flood than a fire in your home over the next 30 years. For many, a National Flood Insurance Program's flood insurance policy could cost less than $400 per year. Call your insurance agent today and protect what you've built.

Learn more about steps you can take (https://www.fema.gov/what-mitigation) to reduce the risk flood damage.

## Search Results—Products for **DORAL, CITY OF**

                                              Show ALL Products » (https:/

The flood map for the selected area is number **12086C0276L**, effective on **09/11/2009** ❓

**DYNAMIC MAP**      **MAP IMAGE**      Changes to this FIRM ❓

              Revisions (0)

PRINT MAP/      DOWNLOAD     Amendments (35)
FIRMette      FIRM PANEL     Revalidations (1)

(https://msc.fema.gov/portal/downloadProduct?
filepath=/12/P/Firm/12086C0276L.tif&productTypeID=FINAL_PRODUCT&productSub

                                             Go To NFHL Viewer » (https:

*Unless you need an official map for NFIP purposes, please use the map below which shows flood hazard data for your selected location. You can zoom in and out and move the map location as needed. High demand is causing the "Dynamic Map" and "Map Image" buttons above to work slowly and intermittently.*

*To create an official FIRM or FIRMette or to interact with the map layers, click the "Go to NFHL Viewer" button on the right. You can also use the âSearch All Productsâ option on the left to access the legacy static map viewer and FIRMette tool.*



# Flood Zones





9/13/2018 7:45:13 AM

1:1,128

Streets

Repetitive Losses

Letter of Map Change

Water Lines

FIRM Panels

**Flood Zones Label**

AE

AH

X (unshaded)

**Flood Hazard Zones**

AE

AH

X

0   0.0075  0.015      0.03 mi
0   0.015   0.03       0.06 km

Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus
DS, USDA, USGS, AeroGRID, IGN, and the GIS User Community

State of Florida, State of Florida, DigitalGlobe, Microsoft | U.S. Fish and Wildlife Service, National Standards and Support Team, wetlands_team@fws.gov

U.S. DEPARTMENT OF HOMELAND SECUF
Federal Emergency Management Agency
National Flood Insurance Program

# ELEVATION CERTIFICA

**Important:** Read the instructions on pages 1-8.

OMB No. 1660-0008
Expires February 28. 2009

06991

## SECTION A - PROPERTY INFORMATION

| | For Insurance Company Use: |
|---|---|
| A1. Building Owner's Name   ENGLE HOMES | Policy Number |
| A2. Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No. 10769 NW 81ˢᵗ LANE | Company NAIC Number |

City  DORAL   State  FL  ZIP Code  33178

A3. Property Description (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
LOT 5 BLOCK 74   ISLANDS AT DORAL NORTHWEST   PB: 164-34

A4. Building Use (e.g., Residential, Non-Residential, Addition, Accessory, etc.)  RESIDENTIAL

A5. Latitude/Longitude: Lat. N25 50' 51.2"   Long. W80 22' 18.4"     Horizontal Datum:  ☐ NAD 1927  ☒ NAD 1983

A6. Attach at least 2 photographs of the building if the Certificate is being used to obtain flood insurance.

A7. Building Diagram Number  1

A8. For a building with a crawl space or enclosure(s), provide
a) Square footage of crawl space or enclosure(s)   N/A  sq ft
b) No. of permanent flood openings in the crawl space or enclosure(s) walls within 1.0 foot above adjacent grade   N/A
c) Total net area of flood openings in A8.b   N/A  sq in

A9. For a building with an attached garage, provide:
a) Square footage of attached garage   220  sq ft
b) No. of permanent flood openings in the attached garage walls within 1.0 foot above adjacent grade  N/A
c) Total net area of flood openings in A9.b  N/A  sq in

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

| B1. NFIP Community Name & Community Number UNINCORPORATED & 120635 | B2. County Name MIAMI-DADE | B3. State FLORIDA |
|---|---|---|

| B4. Map/Panel Number | B5. Suffix | B6. FIRM Index Date | B7. FIRM Panel Effective/Revised Date | B8. Flood Zone(s) | B9. Base Flood Elevation(s) (Zone AO, use base flood depth) |
|---|---|---|---|---|---|
| 12025C0160 | J | JULY 17, 1995 | MARCH 2, 1994 | AH | 6.0' |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in Item B9.
☐ FIS Profile   ☒ FIRM   ☐ Community Determined   ☐ Other (Describe) _____

B11. Indicate elevation datum used for BFE in Item B9:  ☒ NGVD 1929   ☐ NAVD 1988   ☐ Other (Describe) _____

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)?  ☐Yes  ☒No
Designation Date  _____    ☐ CBRS   ☐ OPA

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on:  ☐ Construction Drawings*   ☐ Building Under Construction*   ☒ Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Elevations – Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO. Complete Items C2.a-g below according to the building diagram specified in Item A7.

Benchmark Utilized  M-D #H-403 Elev=19.20'  Vertical Datum  NGVD 1929
Conversion/Comments  _____

Check the measurement used.

| | | | |
|---|---|---|---|
| a) | Top of bottom floor (including basement, crawl space, or enclosure floor) | 9.52 | ☒ feet ☐ meters (Puerto Rico only) |
| b) | Top of the next higher floor | 20.10 | ☒ feet ☐ meters (Puerto Rico only) |
| c) | Bottom of the lowest horizontal structural member (V Zones only) | N.A | ☒ feet ☐ meters (Puerto Rico only) |
| d) | Attached garage (top of slab) | 8.96 | ☒ feet ☐ meters (Puerto Rico only) |
| e) | Lowest elevation of machinery or equipment servicing the building (Describe type of equipment in Comments) | 9.20 | ☒ feet ☐ meters (Puerto Rico only) |
| f) | Lowest adjacent (finished) grade (LAG) | 8.52 | ☒ feet ☐ meters (Puerto Rico only) |
| g) | Highest adjacent (finished) grade (HAG) | 8.72 | ☒ feet ☐ meters (Puerto Rico only) |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information. *I certify that the information on this Certificate represents my best efforts to interpret the data available. I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.*

☒ Check here if comments are provided on back of form.

Certifier's Name  Sergio Redondo                                      License Number 3162

Title  Professional Surveyor & Mapper        Company Name  Sergio Redondo & Associates, Inc.

Address  13800 SW 145 Court          City  Miami        State FL     ZIP Code 33186

Signature _____          Date  1/26/07        Telephone  305-378-4443

FEMA Form 81-31, February 2006          See reverse side for continuation.          Replaces all previous editions

| IMPORTANT: In these spaces, copy the corresponding information from Section A. | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>10769 NW 81st LANE | Policy Number |
| City DORAL State FL ZIP Code 33178 | Company NAIC Number |

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION (CONTINUED)

Copy both sides of this Elevation Certificate for (1) community official, (2) insurance agent/company, and (3) building owner.

Comments CROWN OF ROAD ELEV = 7.35'

Signature                                                  Date   1/26/07

☐ Check here if attachments

## SECTION E - BUILDING ELEVATION INFORMATION (SURVEY NOT REQUIRED) FOR ZONE AO AND ZONE A (WITHOUT BFE)

For Zones AO and A (without BFE), complete Items E1-E5. If the Certificate is intended to support a LOMA or LOMR-F request, complete Sections A, B, and C. For Items E1-E4, use natural grade, if available. Check the measurement used. In Puerto Rico only, enter meters.

E1. Provide elevation information for the following and check the appropriate boxes to show whether the elevation is above or below the highest adjacent grade (HAG) and the lowest adjacent grade (LAG).

   a) Top of bottom floor (including basement, crawl space, or enclosure) is _____._____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

   b) Top of bottom floor (including basement, crawl space, or enclosure) is _____._____ ☐ feet ☐ meters ☐ above or ☐ below the LAG.

E2. For Building Diagrams 6-8 with permanent flood openings provided in Section A Items 8 and/or 9 (see page 8 of Instructions), the next higher floor (elevation C2.b in the diagrams) of the building is _____._____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E3. Attached garage (top of slab) is _____._____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E4. Top of platform of machinery and/or equipment servicing the building is _____._____ ☐ feet ☐ meters ☐ above or ☐ below the HAG.

E5. Zone AO only: If no flood depth number is available, is the top of the bottom floor elevated in accordance with the community's floodplain management ordinance?   ☐ Yes ☐ No ☐ Unknown. The local official must certify this information in Section G.

## SECTION F - PROPERTY OWNER (OR OWNER'S REPRESENTATIVE) CERTIFICATION

The property owner or owner's authorized representative who completes Sections A, B, and E for Zone A (without a FEMA-issued or community-issued BFE) or Zone AO must sign here. *The statements in Sections A, B, and E are correct to the best of my knowledge.*

Property Owner's or Owner's Authorized Representative's Name

| Address | City | State | ZIP Code |
|---|---|---|---|

| Signature | Date | Telephone |
|---|---|---|

Comments

☐ Check here if attachments

## SECTION G - COMMUNITY INFORMATION (OPTIONAL)

The local official who is authorized by law or ordinance to administer the community's floodplain management ordinance can complete Sections A, B, C (or E), and G of this Elevation Certificate. Complete the applicable item(s) and sign below. Check the measurement used in Items G8. and G9.

G1. ☐   The information in Section C was taken from other documentation that has been signed and sealed by a licensed surveyor, engineer, or architect who is authorized by law to certify elevation information. (Indicate the source and date of the elevation data in the Comments area below.)

G2. ☐   A community official completed Section E for a building located in Zone A (without a FEMA-issued or community-issued BFE) or Zone AO.

G3. ☐   The following information (Items G4.-G9.) is provided for community floodplain management purposes.

| G4. Permit Number | G5. Date Permit Issued | G6. Date Certificate Of Compliance/Occupancy Issued |
|---|---|---|

G7. This permit has been issued for:   ☐ New Construction   ☐ Substantial Improvement

G8. Elevation of as-built lowest floor (including basement) of the building: _____._____ ☐ feet ☐ meters (PR) Datum _____

G9. BFE or (in Zone AO) depth of flooding at the building site: _____._____ ☐ feet ☐ meters (PR) Datum _____

| Local Official's Name | Title |
|---|---|

| Community Name | Telephone |
|---|---|

| Signature | Date |
|---|---|

Comments

☐ Check here if attachments

FEMA Form 81-31, February 2006                                                  Replaces all previous editions

# Building Photographs
See Instructions for Item A6.

*OU-991*

| | For Insurance Company Use: |
|---|---|
| Building Street Address (including Apt., Unit, Suite, and/or Bldg. No.) or P.O. Route and Box No.<br>10769 NW 81st LANE | Policy Number |
| City DORAL   State FL   ZIP Code 33178 | Company NAIC Number |

If using the Elevation Certificate to obtain NFIP flood insurance, affix at least two building photographs below according to the instructions for Item A6. Identify all photographs with: date taken; "Front View" and "Rear View"; and, if required, "Right Side View" and "Left Side View." If submitting more photographs than will fit on this page, use the Continuation Page, following.

01/26/07
FRONT VIEW



REAR VIEW



## OWNER DISCLOSURE AFFIDAVIT

Owner name: _Skyline glass llc / Santiago Guzman_

Affected Property address: _10769nw 81st lane  Miami Fl 33178_

Purchase date and price of Affected Property: _01/08/2008 for $251,000_

List the manufacturers of all drywall found in the Affected Property: _Knauf Tianjin China_

_____

_____

Move-out date: _01.08.2018_

Move-in date: _02.10.2019_

Storage expenses paid: $19,500.00

Moving expenses paid: _$4,000.00_

Utility expenses paid: _$6,000.00_

Alternative living expenses paid: _$32,500.00_

Total cost of construction paid: _$168,190.00_

Total claim: _$230,190.00_

General Contractor name and phone #: _Atlas Construction Company / 305.310.9929_

Total amount paid to general contractor: _$168,190.00_

Affected Property air conditioned square footage: _1,683 Sq.Ft_

Was Owner aware of the defective drywall before purchasing the Affected Property: _No_

_____

_____

Please describe the remediation of the Affected Property. If you removed and reused an item, please circle 'reused'. In the event that you replaced an item, with another of the same material and quality please circle 'replaced'. In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank. Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    Reused          (Replaced)

Owner Initial _____   Contractor Initial _____

**Kitchen countertop:**                                    Reused        (Replaced)

If replaced indicate material:        (Formica)      Corion         Tile         Granite

**Kitchen Plumbing Fixtures:** (Faucets, sink)          Reused        (Replaced)

**Kitchen floor:**                                        Reused        (Replaced)

**Appliances:**                                           Reused        (Replaced)

If replaced, please list appliance manufacture and model: _____

 Frigidaire 22.0 CuFt Counter Depth Stainless Steel Side-B -Side Refrigerator, LG 30" Stainless Steel Electric
 Smooth Top Range With 6.3 CuFt Oven, LG - 1.7 CuFt 1000 Watt Stainless Steel Over The Range
 Microwave,Frigidaire 24  Stainless Steel Built-In Dishwasher,Whirlpool 3.8 CuFt Top Load Washer With
 7.0 CuFt Electric Dr er.

**Bathroom cabinets:**                                    Reused        (Replaced)

**Bathroom tops:**                                        Reused        (Replaced)

If replaced indicate material:  Formica      Cultured Marble      Tile        (Granite)

**Bathroom flooring:**                                    Reused        (Replaced)

**Bathroom enclosures:**                                  Reused        (Replaced)

**Bathroom lighting:**                                    Reused        (Replaced)

**Bathroom Accessories** (towel bars, etc.):             Reused        (Replaced)

**Bathroom Mirrors:**                                     Reused        (Replaced)

**Tub:**                                                  Reused        (Replaced)

If replaced indicate master bath tub type:       Fiberglass    (Steel)       Jacuzzi

**Plumbing fixtures** (toilets, sinks):                   Reused        (Replaced)

If replaced please provide description of original manufactures:

_____ unknow _____

**Plumbing faucets:**                                     Reused        (Replaced)

If replaced please provide description of original manufactures:

_____ unknow _____

**Plumbing lines:**                                       Reused        (Replaced)

If replaced indicate material:            Copper     (CPVC)        PEX

Owner Initial _____   Contractor Initial _____

| | | | |
|---|---|---|---|
| **Base boards:** | | Reused | (Replaced) |
| **Interior doors:** | | Reused | (Replaced) |
| If replaced indicate: | Hollow core 6' 8" doors | (Hollow core 8' doors) | Solid core 8' doors |
| **Window wood molding:** | (N/A) | Reused | Replaced |
| **Crown molding:** | (N/A) | Reused | Replaced |

If replaced please indicate original locations:

N/A

_____

**Chair Rail:** (N/A)  Reused  Replaced

If replaced please indicate original locations:

_____

_____

**Tile flooring:** N/A  Reused  (Replaced)

If replaced please indicate locations of tile floors:

Entire House

_____

**Marble Flooring:** (N/A)  Reused  Replaced

If replaced please indicate locations of marble floors:

_____

_____

**Wood Flooring Type:** (N/A)  Wood  Pergo/float
**Wood flooring:** (N/A)  Reused  Replaced

If replaced please indicate locations of wood floors:

_____

_____

**Carpet:** Reused  (Replaced)

Owner Initial ___ECX___  Contractor Initial ___RA___

If replaced please provide description of original manufactures:

_____unknow_____

_____

If replaced please indicate locations of carpet:

_____unknow_____

_____

**HVAC replacement:** ⟨Ducts⟩ ⟨Coils⟩ ⟨Air handler (interior)⟩ ⟨Condenser(exterior)⟩

**HVAC manufacturer:** _____

**Insulation:**                                    Reused        ⟨Replaced⟩

**Electrical fixtures:**                            Reused        ⟨Replaced⟩

**Electrical wiring:**                              Reused        ⟨Replaced⟩

**Electrical fans:**

If replaced please indicate how many and which rooms:

_____(3) Master room, room  1 and room 2_____

| | | | |
|---|---|---|---|
| **Stair rails:** | N/A | Reused | ⟨Replaced⟩ |
| **Window sills:** | | Reused | ⟨Replaced⟩ |
| If replaced indicate original material: | Wood | Marble | ⟨Drywall⟩ |
| **Alarm system:** | ⟨N/A⟩ | Reused | Replaced |
| Fire suppression system: | N/A | Reused | ⟨Replaced⟩ |
| **Intercom:** | ⟨N/A⟩ | Reused | Replaced |
| **Surround sound:** | ⟨N/A⟩ | Reused | Replaced |
| **Wall papers:** | ⟨N/A⟩ | | Replaced |
| **Interior paint:** | | Total colors used: | (1) white |

Additional construction related items replaced:

_____

_____

_____

Owner Initial _____CX._____   Contractor Initial ___RA___

Personal items replaced:

_____

_____

_____

Items that were upgraded and deducted from construction replacement cost:

  No upgrades were made
_____

_____

_____

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____   Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____ Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: 01.15.2019

Homeowner Signature:

Subscribed and sworn to before me on

Notary Public State of Florida
Heidi Castellano
My Commission FF 210286
Expires 04/17/2019

Notary Public

My commission expires on

Date: 4/17/19

Contractor Signature:

Subscribed and sworn to before me on

Notary Public

My commission expires on

Notary Public State of Florida
Heidi Castellano
My Commission FF 210286
Expires 04/17/2019

4/17/19

Owner Initial _____   Contractor Initial _____

Environmental Certificate (Exhibit B)

## Exhibit B

## ENVIRONMENTAL CERTIFICATE

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work area and any adjacent areas (including, but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Name: _ATLAS CONSTRUCTION_

By:
(Signature) _(signature)_          Date _1/15/15_

(Print Name) _REINALDO Assi't_

(Print Title) _PResidunt_

(Print Company) _ATLAS CONSTRUCTION_















