# Exhibit A

## This Special Warranty Deed

Made the 22 day of February A.D. 2008
by ADAMS HOMES, INC. OF
NORTHWEST FLORIDA, A FLORIDA
CORPORATION, whose address is:
3000 Gulf Breeze Parkway,
Gulf Breeze, Fl. 32563

hereinafter called the grantor, to
JOHN R. JUDGE, JR. AND REBECCA R.
JUDGE, HUSBAND AND WIFE

whose post office address is:
2618 50th Street West
Lehigh Acres, Florida 33971
hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of $ 10.00 and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in LeeCounty, Florida, viz:

Lot 20, Block 109, Unit 11, LEHIGH ACRES, Section 12, Township 44 South, Range 26 East, as per plat thereof, recorded in Plat Book 15, Page 61, of the Public Records of Lee County, Florida.

Strap no.: 12/44/26/11/00109.0200

Subject, however, to all covenants, conditions, restrictions, reservations, limitations, easements and to all applicable zoning ordinances and/and restrictions and prohibitions imposed by governmental authorities, if any.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land, and hereby warrants the title to said land and will defend the same against the lawful claims of all persons claiming by, through or under the said grantor.

**In Witness Whereof,** the said grantor has hereunto set its hand and seal the day and year first above written.

ADAMS HOMES OF NORTHWEST FLORIDA, INC.

Signed and Sealed in Our Presence:

By: _____
Wayne Adams, Its President

3000 Gulf Breeze Parkway,
Gulf Breeze, Florida 32563

(Corporate Seal)

Witness Print Name: Daphne J. Fincher
Witness Print Name: GLENN H. SCHNEITER

State of     FLORIDA
County of    SANTA ROSA

The foregoing instrument was acknowledged before me this 22 day of February A.D. 2008 by WAYNE ADAMS, the PRESIDENT of ADAMS HOMES OF NORTHWEST FLORIDA, a corporation existing under the laws of the State of Florida, on behalf of the corporation. He/She is personally known to me or has produced a driver's license as identification.

DAPHNE J. FINCHER
MY COMMISSION # DD 560449
EXPIRES: August 4, 2010
Bonded Thru Notary Public Underwriters

(Notary Public Seal) Daphne J. Fincher
Notary Printed Name
My Commission Expires:: 8/4/10

Prepared by: CAROLINE BERRIOS
Tri-County Title Insurance Agency, Inc.,
11741 Palm Beach Blvd, Suite 201
Fort Myers, Florida 33905
File Number: 08R0036

I CERTIFY THIS DOCUMENT TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE LINDA DOGGETT, CLERK OF CIRCUIT COURT, STATE OF FLORIDA, COUNTY OF LEE
☐ REDACTED COPY PER F.S.119.071
BY: _____ Deputy Clerk
DATED: AUG 0 5 2015