# Exhibit B

Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____
File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

**Name Property Owner** John Judge

**Address of Affected Property** 2618 50th Street West

Lehigh Acres, FL  33971

**Is this Property:*** (Residential)     Commercial          Governmental

**Name of Person Completing this Form** John Judge

**Is above your primary residence?** (Yes)  No

**Mailing Address (if different)** 920 NW 5th Place

Cape Coral, FL  33993

**Phone:** ( 239 )   896 - 2618

\* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** (Owner-Occupant)    Owner Only      Renter-Occupant

**Represented By:** Jimmy Doyle

**Address:** DOYLE LAW FIRM, PC

2100 Southbridge Pkwy, #650

Birmingham, AL  35209

**Phone:** ( 205 )   533 - 9500

**Case No. /Docket Info:** Bennett v. Knauf, 14-cv-2722

## Section II. Insurance Information

**Homeowner/ Renter Insurer:**
State Farm Fire and Casualty Insurance

**Policy #:** 59 BC2 1225

**Agent:** John Nehra

**Address:** P.O. Box 106169

Atlanta, GA  30348-6169

**Phone:** ( 844 )   458 - 4300

**+ Attach Copy of  Insurance Declaration Page**

## Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | | |
| John Judge | 02 / 22/ 08 | / / | (M) / F | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

\* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?** (Yes)  No

**1.1, If "Yes" to Question 1.0 Section IV. Who conducted the inspection?** Drywall Science, LLC

**1.2. When did the inspection take place?** 07 / 17 / 15

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?** (Yes)  No

**2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?** Drywall Science, LLC

**2.2. When was this determination made?** 07 / 17 / 15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | Walls and ceiling |
| | ASTM C 36 | |
| | | |
| | | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 1,907 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | | X | |
| Height of interior Walls | 8'-10' | Year-round | | X | |
| Number of Bedrooms: | 4 | Summer | | | |
| Number of Bathrooms: | 2 | Winter | | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

**+ Attach Copy of Floor Plan on 8 1/2" X 11" paper**

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | | Completion Date | / / |
|---|---|---|---|---|
| Move In Date: | 02 /22 /08 | | Date Acquired Home | 02 / 22 / 08 |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | / / | | Completion Date | / / |
|---|---|---|---|---|
| Move In Date: | / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

**Homebuilder/ General Contractor/ Developer's Name:**
Adams Homes, Inc.

**Address:** 3000 Gulf Breeze Parkway
Gulf Breeze, FL 32563

**Phone:** ( 239 )  278 - 5422

**+ Attach Copy of Construction/Renovation Contract**
**+ Attach Copy of New Home Warranty Declaration**

### Section IX. Drywall Installer

**Drywall Installer's Name:**

**Address:**

**Phone:** (    )    -

### Section X. Drywall Supplier

**Drywall Supplier's Name:**
Banner Supply Company

**Address:**
Ft. Myers, FL

**Phone:** (    )    -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_____                    08/12/15 ,                    _____                    _____ ,
Claimant's Signature                           Date Signed                  Claimant's Signature                           Date Signed

_____               _____ ,                 _____               _____ ,
Claimant's Signature                           Date Signed                  Claimant's Signature                           Date Signed

_____               _____ ,                 _____               _____
Claimant's Signature                           Date Signed                  Claimant's Signature                           Date Signed

**Building Front Photo**



Photo Date: November of 2016

**Building Footprint**



## Appraisal Details (Current Working Values)

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 100 | Single Family Residential | 0 | 0 | 1.00 | Lot |

### Buildings

#### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 1 |
| **Bedrooms** | **Bathrooms** | **Year Built** | **Effective Year Built** |
| 4 | 2.0 | 2007 | 2008 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 1,907 |
| FGR - FINISHED GARAGE | N | 407 |
| FOP - FINISHED OPEN PORCH | N | 24 |
| FSP - FINISHED SCREEN PORCH | N | 245 |

**Building Front Photo**          **Building Footprint**



July 21, 2015

JOHN JUDGE JR
2618 50TH ST W
LEHIGH ACRES FL 33971

State Farm Insurance Companies
Fire Claims
PO Box 106169
Atlanta, GA 30348-6169
Fax 844 236 3646

RE:   Claim Number:   59-6T32-229
      Policy Number:   59BCZ1225
      Date of Loss:    July 17, 2015

Dear Mr. Judge Jr.:

Thank you for speaking with me on July 20, 2015, to discuss your claim. You stated the damage to your home resulted from the install of Chinese drywall. As such, we are unable to provide for your claim. I have highlighted sections of your FP-7955 FL Homeowners Policy on which we have based our decision below:

### SECTION I - LOSSES INSURED

**COVERAGE A - DWELLING**

We insure for accidental direct physical loss to the property described in Coverage A, except as provided in **SECTION I - LOSSES NOT INSURED**.

### SECTION I - LOSSES NOT INSURED

1.  We do not insure for any loss to the property described in Coverage A which consists of, or is directly and immediately caused by, one or more of the perils listed in items a. through n. below, regardless of whether the loss occurs suddenly or gradually, involves isolated or widespread damage, arises from natural or external forces, or occurs as a result of any combination of these:

    g.   wear, tear, marring, scratching, deterioration, inherent vice, latent defect or mechanical breakdown;

    j.   contamination;

    However, we do insure for any resulting loss from items a. through m. unless the resulting loss is itself a Loss Not Insured by this Section.

3.  We do not insure under any coverage for any loss consisting of one or more of the items below. Further, we do not insure for loss described in paragraphs 1. and 2. immediately above regardless of whether one or more of the following: (a) directly or indirectly cause, contribute to or aggravate the loss; or (b) occur before, at the same time, or after the loss or any other cause of the loss:

*Providing Insurance and Financial Services*                                        *Home Office, Bloomington, IL*

JOHN JUDGE JR
59-6T32-229
Page 2

    b.    defect, weakness, inadequacy, fault or unsoundness in:

        (1)    planning, zoning, development, surveying, siting;

        (2)    design, specifications, workmanship, construction, grading, compaction;

        (3)    materials used in construction or repair; or

        (4)    maintenance;

of any property (including land, structures, or improvements of any kind) whether on or off the **residence premises**; or

However, we do insure for any resulting loss from items a., b. and c. unless the resulting loss is itself a Loss Not Insured by this Section.

The denial of your claim is based on specific facts outlined in this letter. I encourage you to contact me if these facts are incorrect or if any other information regarding this claim should arise.

### SECTION I - CONDITIONS

6.    **Suit Against Us**. No action shall be brought unless there has been compliance with the policy provisions. The action must be started within five years after the date of loss or damage.

Thank you for this opportunity to assist you with your claim. If you have any additional questions, please contact this office.

Sincerely,

John Nehra
Claim Specialist
844 458 4300
01/321/2124753

cc:    Agent Taryn Wolfe 59-7158