# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> For Internal Use Only
> File No. _____
>
> ———————————————
>
> **Date Received:**
>
> ———————————————

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall      MDL NO. 2047
Products Liability Litigation             SECTION:  L
                                          JUDGE FALLON
This Document Relates to:                 MAG. JUDGE WILKINSON


*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,*  Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin     , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant: John_____ R____ Judgde_____ Jr._____
                  First Name                 M.I.  Last Name                     Suffix

                  _____ ____  _____   _____
                  Co-Claimant First Name (if applicable)  M.I.  Last Name         Suffix

                  _____
                  Business/Entity Name (if applicable)

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

2618 50th Street West
_____
Address 1                                                          Address 2

Lehigh Acres                              FL            33971
_____
City                                      State         Zip Code

Is the Property residential or commercial?  Residential

Name of Person
Completing this Form:   John            R    Judge                Jr.
_____
                       First Name       M.I.  Last Name           Suffix

Mailing Address (if different):

157 Farmington Drive SE
_____
Address 1                                                          Address 2

Calhoun                                   GA            30701
_____
City                                      State         Zip Code

Phone Number of Person Completing This Form: ( 239  ) 896  - 2618

---

*Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims*

When did you acquire the Property? Month/Day/Year: 2 / 22 / 2008

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: _____ / _____ / 2007

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 7 / 2015

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

_____

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☑ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 10 / 14 / 2016

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

---

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

---

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
             Month    Day     Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☑ Yes  ☐ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?           Short Sale _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: Wells Fargo Bank, N.A.

Loan Number: 0421944323

Original Loan/Mortgage Amount: $ 164,715.00

Date of Original Loan/Mortgage: 2 / 22 / 2008
Month   Day   Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $ 147,936.76

Date of Foreclosure or Short Sale: 10 / 14 / 2016
Month   Day   Year

Short Sale Price (if applicable): $ 82,000.00

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): 

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?   ☐ Yes   ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes   ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?   ☐ Yes   ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI.  Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?   ☐ Yes   ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

---

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 175,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 160,000.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

---

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

---

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____        04/02/2018
Claimant's signature                                                      Date signed

Name:        JOHN R. JUDGE, JR.
_____

Address:     157 FARMINGTON DRIVE S.E.
_____
             Address 1                                Address 2

             CALHOUN                    GA      30701
             _____
             City                        State      Zip Code

Phone No.: (239) 896 - 2618
             _____

Email:       JUDGEAMOF@AOL.COM
             _____

7

# Exhibit

## (See Section IV)

Documents Related to Bankruptcy, Foreclosure or Short Sale

Prepared by:
Jennifer Parks
Entitled, LLC
Title Insurance Agency
2180 West First Street, Suite 530
Fort Myers, Florida 33901
File Number: 16ENT-0334
Sales Price: $82000
Doc Stamps: $574

# General Warranty Deed

Made this October 14, 2016 A.D. By  John R. Judge, Jr., a married man, 920 NW 5th Place, Cape Coral, Florida  33993, hereinafter called the grantor, to Mark Houchens, an unmarried man, whose post office address is:  2209 Fulton Drive, Garland, Texas  75044, hereinafter called the grantee:

> (Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the  heirs, legal  representatives and assigns of individuals, and  the  successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in  Lee County, Florida, viz:

Lot 20, Block 109, Unit 11, LEHIGH ACRES, Section 12, Township 44 South, Range 26 East, as per plat thereof, recorded in Plat Book 15, Page 61, of the Public Records of Lee County, Florida.

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Parcel ID Number: 12-44-26-11-00109.0200

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And**  the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2015.

DEED Individual Warranty Deed With Non-Homestead-Legal on Face

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

_____
Witness #1 Signature

Witness #1 Printed Name _Britany Sensat_

_____(Seal)
John R. Judge, Jr.
Address: 920 NW 5th Place, Cape Coral, Florida 33993

_____
Witness #2 Signature

Witness #2 Printed Name_____

State of
County of

The foregoing instrument was acknowledged before me this __13__ day of October, 2016, by John R. Judge, Jr., a married man, who is/are personally known to me or who has produced _____ as identification.

_____
Notary Public Signature
Print Name:_____
My Commission Expires:_____

(NOTARY SEAL)

BRITANY SENSAT
MY COMMISSION # FF235109
EXPIRES May 28, 2019
FloridaNotaryService.com
(407) 398-0153

DEED Individual Warranty Deed With Non-Homestead-Legal on Face

| A. | SETTLEMENT STATEMENT | | B. | TYPE OF LOAN |
|---|---|---|---|---|

**Entitled, LLC**
2180 West First Street, Suite 530
Fort Myers, Florida 33901
(239) 221-0504 fax: (239) 221-0502

| B. | TYPE OF LOAN | |
|---|---|---|
| 1. ☐ Conventional | 2. ☐ FHA | |
| 3. ☐ VA   4. ☒ Cash/Purchase Money Mtg | | |
| 5. File Number: | | 6. Loan Number: |
| 16ENT-0334 | | |
| 7. Mortgage Ins. Case No.: | | |

*C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| D. Buyer: | Mark Houchens, an unmarried man<br>2209 Fulton Drive<br>Garland, Texas 75044 |
|---|---|
| E. Seller: | John R. Judge, Jr., a married man<br>920 NW 5th Place<br>Cape Coral, Florida 33993 |
| F. Lender: | |
| G. Property: | 2618 50th Street W<br>Lehigh Acres, Florida 33971 |
| H. Settlement Agent: | Entitled, LLC |
| Place of Settlement: | 2180 West First Street, Suite 530, Fort Myers, Florida 33901  Lee County |
| I. Settlement Date: | October 14, 2016 |

| 100. Gross Amount Due From Buyer: | | 400. Gross Amount Due To Seller: | |
|---|---|---|---|
| 101. Sale Price of Property | 82,000.00 | 401. Sale Price of Property | 82,000.00 |
| 102. Sale Price of Any Personal Property Included in Sale | | 402. Sale Price of Any Personal Property Included in Sale | |
| 103. Closing Costs Paid at Closing (J) | 21.78 | 403. | |
| **Adjustments for Items Paid by Seller in Advance:** | | **Adjustments for Items Paid by Seller in Advance:** | |
| 104. City/Town Taxes | | 404. City/Town Taxes | |
| 105. County Taxes | | 405. County Taxes | |
| 106. Assessments | | 406. Assessments | |
| 120. Gross Amount Due from Buyer: | 82,021.78 | 420. Gross Amount Due to Seller: | 82,000.00 |

| 200. Amounts Paid by or in Behalf of Buyer: | | 500. Reductions in Amount Due to Seller: | |
|---|---|---|---|
| 201. Deposit | 5,000.00 | 501. Excess Deposit | |
| 202. Loan Amount | | 502. Closing Costs Paid at Closing (J) | 6,840.50 |
| 203. Existing Loan(s) Assumed or Taken Subject to | | 503. Existing Loan(s) Assumed or Taken Subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | 75,159.50 |
| 205. Seller Credit | | 505. Payoff of Second Mortgage Loan | |
| 206. | | 506. Seller Credit | |
| **Adjustments for Items Unpaid by Seller:** | | **Adjustments for Items Unpaid by Seller:** | |
| 207. City/Town Taxes | | 507. City/Town Taxes | |
| 208. County Taxes | | 508. County Taxes | |
| 209. Assessments | | 509. Assessments | |
| 220. Total Paid by / for Buyer: | 5,000.00 | 520. Total Reductions in Amount Due Seller: | 82,000.00 |

| 300. Cash at Settlement from / to Buyer: | | 600. Cash at Settlement to / from Seller: | |
|---|---|---|---|
| 301. Gross Amount due from Buyer (line 120) | 82,021.78 | 601. Gross Amount due to Seller (line 420) | 82,000.00 |
| 302. Less Amount Paid by/for Buyer (line 220) | -5,000.00 | 602. Less Reductions Amount due Seller (line 520) | -82,000.00 |
| **303. Cash From Buyer:** | **$77,021.78** | **603. Cash From Seller:** | **$0.00** |



Settlement Date:October 14, 2016                                                                                      File Number: 16ENT-0334

| L. | Settlement Charges | | |
|---|---|---|---|
| 700. | **Total Sales / Broker's Commission:** | | |
| | Based on Price $82,000.00 @ 6.00% = $4,920.00 | | |
| | Division of Commission as follows | | |
| 701. | 2,460.00 to Real Estate Commission (Seller) | | |
| 702. | 2,460.00 to Real Estate Commission (Buyer) | | |
| 703. | Commission Paid at Settlement | | 4,920.00 |
| 800. | **Items Payable in Connection with Loan:** | | |
| 801. | % of Loan Amount (Points) | | |
| 900. | **Items Required by Lender to be Paid in Advance:** | | |
| 901. | Homeowner's Insurance Premium | | |
| 902. | Mortgage Insurance Premium | | |
| 903. | Prepaid Interest ( $0.00 per day from 10/14/2016 to       ) | | |
| 904. | Property Taxes | | |
| 1000. | **Reserves Deposited with Lender:** | | |
| 1001. | Homeowner's Insurance | | |
| 1002. | Mortgage Insurance | | |
| 1003. | Property Taxes | | |
| 1100. | **Title Charges:** | | |
| 1101. | Title - Owner's Coverage Premium (Optional) to Entitled, LLC | | 471.50 |
| 1200. | **Government Recording and Transfer Charges:** | | |
| 1201. | Recording Fees:          Deed          18.50     Mortgage          0.00 | 18.50 | |
| 1202. | Transfer Taxes - Deed State to Clerk of the Circuit Court | | 574.00 |
| 1300. | **Additional Settlement Charges:** | | |
| 1301. | Title- Policy Surcharge to Old Republic National Title Insurance Company | 3.28 | |
| 1302. | Title -Search Fee to Old Republic National Title Insurance Company | | 75.00 |
| 1303. | Title -Settlement Fee to Entitled, LLC | | 800.00 |
| 1400. | **Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | $21.78 | $6,840.50 |



**1099 CERTIFICATION**
**CERTIFICATION FOR NO INFORMATION REPORTING ON THE SALE OR EXCHANGE OF A PRINCIPAL RESIDENCE**

This form may be completed by the seller of a principal residence. This information is necessary to determine whether the sale or exchange should be reported to the seller, and to the Internal Revenue Service on Form 1099-S, *Proceeds From Real Estate Transactions*. If the seller properly completes Parts I and III, and makes a "true" response to assurances (1) through (6) in Part II (or a "not applicable" response to assurance (6)), no information reporting to the seller or to the Service will be required for that seller. The term "seller" includes each owner of the residence that is sold or exchanged. Thus, if a residence has more than one owner, a real estate reporting person must either obtain a certification from each owner (whether married or not) or file an information return and furnish a payee statement for any owner that does not make the certification.

### Part I. Seller Information

1.  Name:  John R. Judge, Jr.

2.  Address or legal description (including city, state and ZIP Code) of residence being sold or exchanged.
    2618 50th Street W
    Lehigh Acres, Florida  33971

3.  Taxpayer Identification Number(TIN): _____

### Part II. Seller Assurances

**Check "yes" (true) or "no"(false) for assurances (1) through (5), and "yes"(true), or "no" (false), or "N/A" (not applicable) for assurance (6).**

Yes    No

✓  ___  (1)  I owned and used the residence as my principal residence for periods aggregating 2 years or more during the 5-year period ending on the date of the sale or exchange of the residence.

✓  ___  (2)  I have not sold or exchanged another principal residence during the 2-year period ending on the date of the sale or exchange of the residence.

✓  ___  (3)  I (or my spouse or former spouse, if I was married at any time during the period beginning after May 6, 1997, and ending today) have not used any portion of the residence for business or rental purposes after May 6, 1997.

✓  ___  (4)  At least one of the following three statements applies:
The sale or exchange is of the entire residence for $250,000 or less.
OR
I am married, the sale or exchange is of the entire residence for $500,000 or less, and the gain on the sale or exchange of the entire residence is $250,000 or less.
OR
I am married, the sale or exchange is of the entire residence for $500,000 or less, and (a) I intend to file a joint return for the year of the sale or exchange, (b) my spouse also used the residence as his or her principal residence for periods aggregating 2 years or more during the 5-year period ending on the date of the sale or exchange of the residence, and (c) my spouse also has not sold or exchanged another principal residence during the 2-year period ending on the date of the sale or exchange of the principal residence.

(5)  During the 5-year period ending on the date of the sale or exchange of the residence, I did not acquire the residence in an exchange to which section 1031 of the Internal Revenue Code applied.

Yes    No    N/A

___  ___  ✓  (6)  If my basis in the residence is determined by reference to the basis in the hands of a person who acquired the residence in an exchange to which section 1031 of the Internal Revenue Code applied, the exchange to which section 1031 applied occurred more than 5 (five) years prior to the date I sold or exchanged the residence.

### Part III. Seller Certification

Under penalties of perjury, I certify that all the above information is true as of the end of the day of sale or exchange.

Date: October 14, 2016

_____
John R. Judge, Jr.

1099 Certification revised 1/2007

# **EXHIBIT**

## [See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

<u>Section VII.  Loss of Use / Loss of Enjoyment</u>

$175,000.00 in loss of use / loss of enjoyment damages is appropriate and consistent with past verdicts in the Chinese drywall litigation, based on the number of years I and my family have owned and/or lived in the home containing defective Chinese-manufactured sheetrock produced by the Knauf Defendants.





STATE OF FLORIDA
# LEE COUNTY PROPERTY APPRAISER
### KENNETH M. WILKINSON, C.F.A.



IAAO
MEMBER

| **Mailing Address:** | **Physical Address:** |
|---|---|
| P.O. Box 1546 | 2480 Thompson Street |
| Fort Myers, Florida 33902-1546 | Fort Myers, Florida 33901-3074 |

Telephone: (239) 533-6100 — (866) 673-2868 (From anywhere in continental US/Canada/Florida except 239 area code)
Facsimile: (239) 533-6160 — Website: www.leepa.org

February 2, 2016

▓▓▓▓▓▓▓▓▓ 10310717
JUDGE JOHN R JR
2618 50TH ST W
LEHIGH ACRES FL 33971

Re:   2016 Defective Drywall Inquiry
      2618 50TH ST W   LEHIGH ACRES 33971

Dear Property Owner:

This property was previously reported and classified by this Office as having been affected by defective drywall. The purpose of this mailing is to request an update on the status of your property as of January 1, 2016. The information you provide will help us keep our records up-to-date and ensure that the value placed on your property appropriately reflects its current condition.

Please complete the information on the reverse side of this letter and return it in the postage paid envelope provided. To ensure that we have adequate time to process the information submitted and determine if a value adjustment is required, please return your Defective Drywall Reaffirmation by June 1, 2016.

Visit our website at www.leepa.org for additional information related to defective drywall. If you have further questions or need assistance please feel free to contact me by telephone at (239) 533-6158 or by email at basiliereb@leepa.org. I'll be glad to discuss your individual situation with you.

Respectfully,

Bruce Basiliere, CFE.
Field Analyst

IAAO CEAA Jurisdiction, 2008 & 2015 — 2014 IAAO International Award — 1999 Bolon Award — 1998 RPOF "Local Government Statesman of the Year" Award
1997 IAAO Most Distinguished Assessment Jurisdiction Award — 1994 NACO Achievement Award — 1989 IAAO Public Information Award





STATE OF FLORIDA
# LEE COUNTY PROPERTY APPRAISER
KENNETH M. WILKINSON, C.F.A.

P.O. Box 1546 Fort Myers, Florida 33902-1546
Telephone: (239) 533-6100  Website: www.leepa.org

MEMBER

## 2016 Defective Drywall Reaffirmation

**Folio ID:  10310717**
**Property Owner:  JUDGE JOHN R JR**
**Property Address: 2618  50TH ST W  LEHIGH ACRES 33971**

**Status as of January 1, 2016 of the property listed above:**

[✓] **Still has defective drywall** (proceed to Signature)

[ ] **No longer has defective drywall** (complete the section below)

---

If the property **no longer has defective drywall**, please complete this section.

    [ ] The home was remediated/repaired by (select one below):
        [ ] The original Builder/Contractor of the residence.
        [ ] A Contractor I hired.
        [ ] I did the work myself, and replaced the following items:

        **Drywall | Electrical | Plumbing | Air Conditioning | Appliances**
        **Other** _____

    [ ] Date home was remediated. _____ (month day year)

    [ ] Only the defective drywall was removed with new drywall installed to the original floor plan.

---

_____        FEBRUARY 10, 2016
**Signature**                                 **Date**