# Exhibit D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: John R. Judge, Jr.

Affected Property Address: 2618 50th Street West, Lehigh Acres, FL  33971

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)      02 / 22 / 2008

2.  When you took ownership of the Property, what was the name of the seller?

Adams Homes, Inc. of Northwest Florida

1

3.  Name and address of the realtor?

Adams Homes, Inc.

4.  Name and address of the closing agent?

Caroline Berrios, Tri County Title, 11741 Palm Beach Blvd., Suite 201, Fort Myers, FL 33905

5.  What was the price of the home when you purchased it?  $ 164,715.00

6.  Was it an "as-is" sale?

**Response**:  Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes  ☑ No  ☐ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

Short Sale - Mark Houchens

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

Jennifer Parks, Entitled, LLC, 2180 West 1st Street, Suite 530, Ft. Myers, FL 33901

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
    $ 82,000.00

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _____/_____/20_____
b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events alleged in the petition.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF.  Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows:  The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)         ____/____/20_06___

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response:**  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF").  Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Banner Supply - Ft. Myers

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

**14.**  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**:  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial harm - couldn't sell the home at full price, ultimately had a bank-approved short sale that caused me to lose all equity.  Also many expenses for damaged items in home.

**15.**  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**16.**  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

Short sale information previously submitted, but additional paperwork will be attached as an exhibit to this PFS.

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

House was under contract to be sold until Chinese drywall was found - cancellation

information is attached.

_____

_____

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. N/A _____

b. _____

c. _____

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. _____/_____/20_____  to  _____/_____/20_____

b. _____/_____/20_____  to  _____/_____/20_____

c. _____/_____/20_____  to  _____/_____/20_____

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A _____

b. $_____

c. $_____

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A _____

_____

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A


## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

**Response:**   ☑ N/A

33.  When did the remediation end date occur?

**Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   ☑ N/A

36. Were any samples from the remediation retained?

   **Response:**   ☑ N/A

37. If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

   **Response:**   ☑ N/A

38. Were any photographs taken of the allegedly defective Chinese Drywall?

   **Response:**   ☑ N/A

39. If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

   **Response:**   ☑ N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

   **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**  Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:  Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:  Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:  Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:  Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:  Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____

Signature of Plaintiff

_05/27/2019_

Date

_JOHN R. JUDGE, JR._

Printed Name

_____

Signature of Plaintiff

_____

Date

_____

Printed Name

_____

Signature of Plaintiff

_____

Date

_____

Printed Name

# Exhibit 1

# Exhibit 2

**From:** Tom Rohaley <tmrohaley@gmail.com>
**To:** judgeamof@aol.com <judgeamof@aol.com>
**Subject:** Release
**Date:** Mon, Jul 13, 2015 7:22 am
**Attachments:** Release and Cancellation of Contract for Sale - Broyles.pdf (160K)

Hello John,

Here's the release signed from the buyers, please sign and date then return to me.

I have a very busy morning, but look forward to speaking with you this afternoon. By then, hopefully we will have some info from Vicki.

I also sent the inspection report to my broker to get his opinion on it.

Thanks my Brother, talk to you soon!

Tom

--

Tom Rohaley, Realtor
Barclay's Real Estate Group
2225 First Street, Suite 201
Historic District/Downtown
Fort Myers, Florida 33901
239-560-3695   Cell

To see up-to-date listings, go to: *www.barclaysrealestategroup.com*
Select agent - Tom Rohaley

**From:** Judgeamof <Judgeamof@aol.com>
**To:** vicki.thewrightteam <vicki.thewrightteam@gmail.com>
**Cc:** tmrohaley <tmrohaley@gmail.com>; rdreneeda27 <rdreneeda27@gmail.com>; judgeamof <judgeamof@aol.com>
**Subject:** Re: John Judge Potential Drywall Issues
**Date:** Fri, Jul 10, 2015 10:11 am

Friday
July 10 2015

Vicki & Tom -

   Just got off the phone with Mike Gay, General Manager of Adams Homes.  Telephone number is 239-278-5472.  Mike told me that our home was built in the "window" of time when they did get bad drywall however he felt confident in saying that because we have not had any problems in the 7 years that we lived in the house, none exists.  Mike did say that if the A/C unit (Air Handler) is still the original, that indicates that it probably is not bad drywall because the most common problem was with A/C unit failures caused by coil deterioration.  I explained to Mike that the A/C Handler is in the garage and that it is hot and humid in the garage.  Mike again felt comfortable enough to say that he seriously doubted it was bad drywall or I would have experienced other problems throughout the house.  Mike also stated that well water can cause deterioration of A/C Unit coils.

   Keep in mind Vicki, the A/C Handler is not in the attic but I'm not sure, as I haven't seen the report what area they are reporting this for.  I say this only because you wanted Tom to call around to A/C Companies for quotes on mold in the attic.

   I asked Mike what recourse I would have if they determined that this was bad drywall.  Mike told me that I could call him back and that if it was determined it was bad, they could replace that area for me at no cost.  Again, Mike felt really comfortable in saying that he did not believe the house had bad drywall only because no problems have been observed and no problems have taken place with the A/C unit.

   Let me know what else I can do.  Again, it seems like just another road block and another frustration but I trust enough in GOD to know that He is in complete control.

   Thanks to both of you for all the EFFORT.

GOD Bless -

John

In a message dated 7/10/2015 8:20:17 A.M. Eastern Daylight Time, vicki.thewrightteam@gmail.com writes:

> Good Morning, Gentlemen.
>
> Drywall Science LLC does **ALL** the testing. The inspection takes a full 48 hours to complete and is very thorough. Drywall Science is the most respected authority on defective drywall in the State of Florida. Tom, make sure you let Drywall Science LLC know that you have a home inspection report you need to forward addressing the defective drywall concern.
>
> If they determine their is no defective drywall, a certificate will be issued. That certificate will be downloaded to the listing, uploaded to our appFiles and given to Broyles' agent. There will be no reason for the buyer not to move forward. Plain and simple.. the inspector made a error in his diagnosis.
>
> Tom will order the inspection today and confirm with the Buyer's agent that they will move forward if an *all clear* report for defective drywall is issued. Generally payment is rendered when the inspector arrives on site to start the investigation.

Tom, call around to local A/C companies and get a quote for infrared light installation by the unit to illuminate the threat of mold. Once you receive 2 or 3 quotes, forward those to the Buyer's agent. This is the best defense available for mold control in the attic areas. THIS WILL NOT BE ORDERED, PAID OR INSTALLED BY THE SELLER. This information is being supplied as a preventative, proactive source suggestion to the Buyer only.

*Vicki*

On Fri, Jul 10, 2015 at 7:38 AM, <Judgeamof@aol.com> wrote:
Friday
July 10, 2015

Vicki and Tom -

Go ahead and take care of the inspection with the individual you know Vicki. I looked through all my Adams Home Paperwork and could find nothing about Chinese Drywall. If the area that the Home Inspector was concerned about was around the Air Handler in the garage, I can understand why there would be mold, etc. in that area. The drip pan sits directly below the Air Handler, it's humid in the garage, etc., etc.

Tom mentioned that maybe they used Chinese Drywall in that area....I find it hard to believe that they would use it and only in one area? Regardless, Renee and I did some research last night with regard to Chinese Drywall and some of the local cases. The house was built in 2007 and most of the issues with Chinese Drywall had been reported between 2003-2006 so the building Industry was already aware of it.

My question is this. If I call Adams Homes and ask for information and let's say they tell me the house was not built with Chinese Drywall won't we still have a "conflict of interest" from what the Buyers Home Inspector said? Ultimately, it looks like you have to send out the Drywall in question to have Lab Tests done on it to actually determine if in fact the Drywall is Chinese Drywall, unless you cut out the piece and it clearly has Chinese markings on it (another determining factor in my information found online). Who would be responsible for these tests if deemed necessary?

It has been a long road and I have tried to jump through every hoop presented to me. Please excuse my frustration here but it is becoming increasing difficult to pay 2 mortgages each month. I am not upset at either of you....I appreciate everything that BOTH OFYOU have done. I'm just really frustrated at this whole process.

Let me know Vicki who I need to pay. Tom said it would be $400.00 at most. Just get back with me and I'll take care of it.

Sorry for the length of this E-Mail.

GOD Bless -

John Judge

In a message dated 7/9/2015 8:36:11 P.M. Eastern Daylight Time, tmrohaley@gmail.com writes:

Hi Vicki,

I was going to call you, then I thought it might be better to email, so that John could get your assessment and response.

I talked with John a few minutes ago about the possibility there could be some potential issues with

the drywall. Naturally, he was upset, he thinks he might have some paperwork from Adams Homes pertaining to this very issue from when he bought the home. If he can find them, he'll share with us.

He reluctantly agreed to pay the $400.00 to have the remediation checked out by the certified expert you recommended. If there is an issue, hopefully its a small enough matter that can be taken care of quickly and inexpensively.

HOWEVER, if there is NO defective Chinese drywall, he would like that same $400.00 reimbursed. What's your thoughts and opinion on this? This seems more than fair to me as well.

John is somewhat "miffed" about the buyers taking it upon themselves to have the septic pumped without asking permission. I did not find out myself about this until later Monday afternoon. Honestly, my thought was as long as they were paying for it, it wasn't a big deal. In hindsight, perhaps I should of let John know about this..".my bad", indeed.

Thanks again for all of your patience and being such an expert on most every matter that has risen.

Blessings,

Tom

--

Tom Rohaley, Realtor
Barclay's Real Estate Group
2225 First Street, Suite 201
Historic District/Downtown
Fort Myers, Florida 33901
239-560-3695   Cell


To see up-to-date listings, go to: _www.barclaysrealestategroup.com_
Select agent - Tom Rohaley

**From:** Vicki Lu Wright <vicki@barclaysrealestategroup.com>
**To:** judgeamof <judgeamof@aol.com>
**Subject:** Signature Request for: John R Judge Jr
**Date:** Fri, Jul 10, 2015 12:23 pm

John,

The buyer has decided to cancel the offer. Please review the document at the link below and let me know if you have any questions.

Click on the following link to view and sign your document.

https://manaples.appfiles.com/sign_document/8jjosx2lt1

Once you open the document, left click on the yellow highlighted initial and signature fields to sign.

Once all your signatures & initials have been completed you will automatically receive an email with your signed document as a PDF.
I will also be notified and a copy of the document will automatically be returned to me.

Thank you!

Tom & Vicki

**From:** Tom Rohaley <tmrohaley@gmail.com>
**To:** judgeamof@aol.com <judgeamof@aol.com>
**Subject:** Fwd: FW: Broyles, Don & Shannon_Inspection Reports
**Date:** Fri, Jul 10, 2015 9:19 pm
**Attachments:** Broyles, Don & Shannon_Home Inspection.pdf (10963K)

John,

Here's the inspection report...the only way to tell for sure about defective material is to have someone inspect it. Perhaps a rep from Adams can do a look for minimal or no cost. It's worth a try.

Love you my Brother,

Tom
---------- Forwarded message ----------
From: **Tauna Yerkes** <tauna@sunsetlistings.com>
Date: Thu, Jul 9, 2015 at 4:37 PM
Subject: FW: Broyles, Don & Shannon_Inspection Reports
To: "Tom Rohaley (tmrohaley@gmail.com)" <tmrohaley@gmail.com>
Cc: "Vicki.thewrightteam@gmail.com" <Vicki.thewrightteam@gmail.com>

Hi Tom & Vicki,

Attached please find the inspection report. All was pretty good except for the ac, and until the electrical was examined. It was discovered that there is an issue potentially with the drywall being defective. The buyers are really disappointed and this is a major concern not only from a health risk, but financial as well. Unless this can be resolved, the buyers are cancelling and ask that their escrow deposit be returned.

Please give me a call.

Thank you

Tauna

Tauna Schott Yerkes, GRI, CIPS, e-PRO

REALTOR®

Lahaina Realty

6035 Estero Blvd

Fort Myers Beach FL 33931

239-745-5374 Direct

239-463-0000 x155 Office

239-210-3785 Fax

Tauna@SunsetListings.com

www.SunsetListings.com

---

**From:** Debra D [mailto:debra@wbsandersinc.com]
**Sent:** Thursday, July 09, 2015 2:23 PM
**To:** donboyles@aol.com
**Cc:** Tauna Yerkes
**Subject:** Broyles, Don & Shannon_Inspection Reports

Attached is the Inspection Reports for the property located at 2618 50th St W.

- 1st Attachment: Home Inspections
- 2nd Attachment: Wind Mitigation Inspection Reports
- 3rd Attachment: Invoice

Wind Inspection Report completed on an OIR-B1-1802 Form. Please sign the bottom of the fourth page where it reads Homeowner/Applicant Signature and turn a <u>COPY</u> only into your insurance company. You own the rights to this inspection report, is good for 5 years from the inspected date and accepted by all Florida Insurance Companies. If you would like our assistance in forwarding a copy to your insurance company, kindly let us know the forwarding information and we will assist you with this. Remember that this is also a selling feature on the property as well.

*Please note DO NOT send a copy of the Home Inspection to your Insurance Company as a small deficiency could become a red flag for them and they may decide to increase your premium or not insure the home.*

We greatly appreciate your business and thank you in advance for any future referrals you might send to us.

**Debra Dupree**

5637 2nd St W Suite #3

Lehigh Acres FL 33971

Office: 239.931.3880

Fax: 239.931.3888

debra@wbsandersinc.com



*"ON TRACK TO SAVE YOU MONEY!"*

*Please don't keep us a secret - Your referrals are the greatest compliment!*

   

--

Tom Rohaley, Realtor
Barclay's Real Estate Group
2225 First Street, Suite 201
Historic District/Downtown
Fort Myers, Florida 33901
239-560-3695   Cell

To see up-to-date listings, go to: *www.barclaysrealestategroup.com*
Select agent - Tom Rohaley

# Exhibit 3



**Drywall Science, LLC**
**7600 Alico Road**
**Suite 1, Box 1221**
**Fort Myers, FL 33912**
**(239) 989-8519**
www.drywallscience.com

## DRYWALL INSPECTION REPORT

This report summarizes testing of drywall and possible related conditions
for the residence at:  2618 50th St. W., Lehigh Acres, FL  33971

Date of test:   7/17/2015
Tracking:   071715-01

### Step 1 - ODORS
Does the home or certain rooms have either a sulfur-like odor or other unusual odors? Defective drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity.

There was a sulfur-like smell in the residence.

### Step 2 – CHARCOAL OR BLACK CORROSION OF COPPER FREON LINES

Look to see if the compressed Freon line into the air handler has a black appearance, due to sulfur corrosion. Blackening copper corrosion is typically caused by exposure to corrosive gases. Blackening copper corrosion is typically caused by exposure to corrosive gases.

Normal Tubing

Residence Tubing






There was visual excessive corrosion or blackening on the air handler and freon lines.

### Step 3 – BLACKENED CORRODED WIRING
Inspect electrical wiring for distinctive corrosion.

Normal Wiring

Residence Wiring




There was visible excessive corrosion or blackening on inspected Copper wiring.

**Step 4 - SCIENTIFIC ANALYTICAL TESTING**
X-Ray fluorescence (XRF) is utilized to determine levels of Strontium (Sr).

The EH&E study also found that by using hand-held x-ray fluorescence (XRF) and Fourier Transform Infrared (FTIR) instruments, they were able to detect markers that could identify Chinese-made dry wall at a sheet-by-sheet level.
USCPSC Press Statement 23 November 2009

Steps 1-3 above are possible results of gases emitted by defective drywall. These gases are reported to include carbon disulfide, carbonyl sulfide, hydrogen sulfide, and mercaptan.  It has recently been reported (4-09) that strontium sulfide or strontium sulfate may be a contaminant contributing to defective drywall.

Strontium is a chemical element with the symbol Sr and the atomic number 38. An alkaline earth metal, strontium is a soft silver-white or yellowish metallic element that is highly reactive chemically. The metal turns yellow when exposed to air. It occurs naturally in the minerals clestine and strontianite. The 90 Sr isotope is present in radioactive fallout and has a half-life of 28.90 years. Both strontium and strontianite are named after Strontian, a village in Scotland near which the mineral was first discovered.

**Characteristics**
Due to its extreme reactivity with oxygen and water, this element occurs naturally only in compounds with other elements, as in the minerals strontianite and celestite.

Strontium is a grey/silvery metal that is softer than calcium and even more reactive in water, with which strontium reacts on contact to produce strontium hydroxide and hydrogen gas. It burns in air to produce both strontium oxide and strontium nitride, but since it does not react with nitrogen below 380°C it will only form the oxide spontaneously at room temperature. It should be kept under kerosene to prevent oxidation; freshly exposed strontium metal rapidly turns a yellowish color with the formation of the oxide. Finely powdered strontium metal will ignite spontaneously in air at room temperature. Volatile strontium salts impart a crimson color to flames, and these salts are used in pyrotechnics and in the production of flares. Natural strontium is a mixture of four radiostable isotopes.

**Sr Conclusions and Summary**
The federal government does not regulate the chemical ingredients of imported drywall.

However, testing of drywall manufactured in the USA and imported drywall from China using XRF has shown the imported drywall has consistently higher levels of Strontium.

"The initial analysis shows the presence of strontium at 2570ppm and 2670ppm in the Chinese drywall samples, whereas strontium was detected in the US-manufactured drywall at 244ppm to 1130ppm."
EPA report 7 May 2009

" These statistical findings are consistent with the previous EPA studies of different drywall samples that showed elevated levels of Strontium and Sulfur in Chinese drywall."
USCPSC study 28 October 2009

**Figure 1** below shows the levels of Sr in drywall analyzed from various USA manufacturers (USA 1-7) and from China imports (Import 1-4).

**Figure 2** shows XRF measurements from various locations in the residence; therefore a direct comparisome can be made.



Baseline ppm Sr

| Test | ppm | Source |
|------|-----|--------|
| Test 1: | 1228 | USA 1 |
| Test 2: | 228 | USA 2 |
| Test 3: | 1150 | USA 3 |
| Test 4: | 298 | USA 4 |
| Test 5: | 271 | USA 5 |
| Test 6: | 1276 | USA 6 |
| Test 7: | 449 | USA 7 |
| Test 8: | 4888 | Import 1 |
| Test 9: | 3700 | Import 2 |
| Test 10: | 2090 | Import 3 |
| Test 11: | 2885 | Import 4 |



Residence ppm Sr

| Test | ppm | Location |
|------|-----|----------|
| Test 1: | 315 | Mstr Bedrm |
| Test 2: | 382 | Mstr Clst 1 |
| Test 3: | 367 | Mstr Clst 2 |
| Test 4: | 344 | Mstr Bath |
| Test 5: | 2271 | Living Rm |
| Test 6: | 316 | Garage |
| Test 7: | 341 | Laundry Rm |
| Test 8: | 2214 | Kitchen |
| Test 9: | 2239 | Dining |
| Test 10: | 408 | Foyer |
| Test 11: | 481 | Bedrm 1 |
| Test 12: | 397 | Closet 1 |
| Test 13: | 415 | Bedrm 2 |
| Test 14: | 398 | Closet 2 |
| Test 15: | 431 | Bath |
| Test 16: | 442 | Linen |
| Test 17: | 484 | Bedrm 3 |
| Test 18: | 454 | Closet 3 |
| Test 19: | 413 | Ceilings |

* The test locations were randomly selected from each respective room. The stated results may not be necessarily indicative of all the drywall in the respective room.

Conclusion: The levels of Sr were not consistent with those found in Domestic drywall. There was Chinese Drywall found in the residence and confirmed to be Knauf Tianjin (see photo of label below).

A sample was not taken from the residence and sent to a laboratory for further testing.
** Samples with high levels of Sr may be sent to independent laboratories for further analysis***

At the height of the U.S. housing boom, when building materials were in short supply, American construction companies used millions of pounds of Chinese-made drywall because it was abundant and cheap.

Now that decision is haunting hundreds of homeowners and apartment dwellers who are concerned that the wallboard gives off fumes that can corrode copper pipes, blacken jewelry and silverware, and possibly sicken people.

Shipping records indicate that imports of potentially tainted Chinese building materials exceeded 500 million pounds during a four-year period of soaring home prices. The drywall may have been used in more than 100,000 homes, according to some estimates, including houses rebuilt after Hurricane Katrina.

The drywall apparently causes a chemical reaction that gives off a rotten-egg stench, which grows worse with heat and humidity. The Chinese drywall is also made with a coal byproduct called fly ash that is less refined than the form used by U.S. drywall makers.

Dozens of homeowners in the Southeast have sued builders, suppliers and manufacturers, claiming the very walls around them are emitting smelly sulfur compounds that are potentially poisoning their families and rendering their homes uninhabitable.

Builders have filed their own lawsuits against suppliers and manufacturers, claiming they unknowingly used the bad building materials.

The Consumer Product Safety Commission is investigating, as are health departments in Virginia, Louisiana, North Carolina, Florida, and Washington State.

Companies that produced some of the wallboard said they are looking into the complaints, but downplayed the possibility of health risks.

Federal authorities say they are investigating just how much of the wallboard was imported. Shipping records show that more than 540 million pounds of plasterboard — which includes both drywall and ceiling tile panels — was imported from China between 2004 and 2008, although it's unclear whether all of that material was problematic or only certain batches.

Most of it came into the country in 2006, following a series of Gulf Coast hurricanes and a domestic shortage brought on by the national housing boom.

The Chinese board was also cheaper. One homeowner was quoted saved $1,000 by building his house with it instead of a domestic product.

In 2006, enough wallboard was imported from China to build some 100,000 homes of roughly 2,000 square feet each, according to the shipping records and estimates supplied by the nationwide drywall supplier United States Gypsum.

Experts and advocates say many homes may have been built with a mixture of Chinese and domestic drywall, potentially raising the number of affected homes much higher.

So far, the problem appears to be concentrated in the Southeast, which blossomed with new construction during the housing boom and where the damp climate appears to cause the gypsum in the building material to degrade more quickly. In Florida alone, more than 35,000 homes may contain the product, experts said.

In Louisiana, the state health department has received complaints from at least 350 people in just a few weeks. Many of the affected homeowners rebuilt after Hurricane Katrina only to face the prospect of tearing down their houses and rebuilding again.

The drywall furor is the latest in a series of scares over potentially toxic imports from China. In 2007, Chinese authorities ratcheted up inspections and tightened restrictions on exports after manufacturers were found to have exported tainted cough syrup, a toxic pet food ingredient and toys decorated with lead paint.

Scientists hope to understand the problem by studying the chemicals in the board. Drywall consists of wide, flat boards used to cover walls. It is often made from gypsum, a common mineral that can be mined or manufactured from the byproducts of coal-fired power plants.

To date, CPSC has received more than 2000 reports from 32 states, the District of Columbia and Puerto Rico from consumers and homeowners concerned about problem drywall in their homes.

Homeowners who believe they may have problem drywall should immediately report to CPSC by calling 800-638-2772 or logging on to www.CPSC.gov Hearing- or speech challenged individuals may access the phone number through TTY by calling the toll-free Federal Relay Service at 800-877-8339.

Federal and state health experts suggest these steps to improve indoor air quality and to reduce exposure to substances that can cause health concerns:

o  Open windows as much as possible to let in fresh air.
o  Keep the temperature inside homes at the lowest comfortable setting.
o  Run the air conditioner or dehumidifier.
o  Also, spend as much time outdoors in fresh air as possible.
o  Do not smoke, and especially do not smoke indoors. Cigarette smoke contains, among other contaminants, formaldehyde.

To read the technical research reports or for more information, log on to www.DrywallResponse.gov.



Chinese Drywall identified as Knauf Tianjin



Thank you for your business!

**From:** donotreply <donotreply@cpsc.gov>
**To:** judgeamof <judgeamof@aol.com>
**Subject:** The CPSC Notified the Manufacturer about Your Report No. 20150720-FBEEF-1498746
**Date:** Tue, Aug 25, 2015 11:12 am

John Judge,

On Tuesday, August 25, 2015, the U.S. Consumer Products Safety Commission sent your Report No. 20150720-FBEEF-1498746 to the manufacturer or private labeler of the consumer product described in your Report. If you consented to give your contact information to the manufacturer or private labeler, that information was also provided.

**What can a manufacturer ask me about my Report?**

If the manufacturer or private labeler has your contact information, they may contact you to verify the information in your Report. A manufacturer or private labeler cannot use or disseminate your contact information for any purpose other than to verify the information in your Report. A manufacturer or private labeler may not use contact information received from the CPSC for activities such as sales, promotion, warranty, or any other commercial purpose. This requirement does not prevent you from contacting a manufacturer or private labeler for any purpose or from seeking a resolution from the manufacturer or private labeler, if you so desire.

If you have any questions, please visit www.SaferProducts.gov, or call (800) 638-2772.

Thank you for using SaferProducts.gov.

This is an automated message. Do not reply to this e-mail address.

*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: http://www.cpsc.gov/en/Newsroom/Subscribe *****!!!

# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _____John Judge_____

Property Address: _____2618 50th Street W, Lehigh Acres, Florida  33971_____

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Air Conditioner/Air Handler | $4,700.00 |
| 2 | Washer | $469.00 |
| 3 | Dryer | $500.00 |
| 4 | Refrigerator | $1,249.00 |
| 5 | Dishwasher | $350.00 |
| 6 | Garbage Disposal | $185.00 |
| 7 | Stove | $530.00 |
| 8 | Microwave | $350.00 |
| 9 | Replacement of Copper Pipes | $8,000.00 |
| 10 | Ceiling Fans | $450.00 |
| 11 | DVD Players | $300.00 |
| 12 | TV's | $900.00 |
| 13 | Computer | $300.00 |
| 14 | Cell Phone | $600.00 |
| 15 | Answering Machine/House Phone | $60.00 |
| 16 | Hard Wired Monitored Alarm System | $200.00 |

| | | |
|---|---|---|
| 17 | 6 Smoke Alarms | $210.00 |
| 18 | Nu-Wave Oven | $120.00 |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 19,473.00 _____

# Plaintiff Fact Sheet

Plaintiff:      John Judge

Property Address:  2618 50th Street W., Lehigh Acres, Florida 33971

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Samsung Cell Phone | 154.99 |
| 2 | House Phone with Answering Machine | 59.99 |
| 3 | Nu-Wave Oven | 129.99 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| 17 | | |
|----|--|--|
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $344.97

Best Buy › Appliances › Small Kitchen Appliances › Toaster & Pizza Ovens › Toaster Ovens

Share   Print

# NuWave - Oven Pro Plus Convection Toaster/Pizza Oven - Black

**Model:** 20632   **SKU:** 5228526

⭐⭐⭐⭐⭐ **4.4** (15 Customers) ⌄  |  **2 Answered Questions**





💲 **Price Match Guarantee**

## $129.99

**Save $20**   Was $149.99



🛡 **Protect your product**
⭐⭐⭐⭐⭐ (1,593)

| 2 Years $19.99 | No plan selected |

**Learn about Replacement Plans**

**FREE Shipping: Get it by Mon, Jun 3**

**Want it faster?** More shipping options are available in checkout to **30701**.

**Store Pickup:** Order now & **Canton** will have it ready for pickup by Tue, Jun 4.

🛒 **Add to Cart**

☐ Compare      🔖 Save

**Color: Black**

  

❓ Help

★★★★½ (111)  | Description | ↪ Share | 🖨 Print





**$59.99** each

**Free delivery**
Estimated delivery 3-7 business days

**Free Store Pickup in 1 Hour** ⓘ
Sold in stores
Check your store availability

Qty [ ]     🛒 Add to Cart

Add To List

**Feedback**

# Frequently bought together

  

Item # 736511

**Write the first review** | Description | ↪ Share | 🖨 Print





**$154.99** each

**Free delivery**
Estimated delivery 3-7 business days

Qty [ ]  🛒 **Add to Cart**

**Add To List**

**Save $50 on your purchase of $150 or more**
with the Office Depot OfficeMax Business Card.
Learn More

Feedback

## Frequently bought together

