UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

## PARTIAL OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY/RESPONSE (R. DOC. 22467)

NOW INTO COURT, through undersigned counsel, come Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. ("Knauf"), who oppose plaintiffs' Motion for Extension of Time to File Reply/Response as follows:

1.

Knauf did not consent to a 21-day extension of time to file oppositions to non-Florida motions. The undersigned and counsel for Plaintiffs had an email exchange on Friday, January 10, 2020, wherein the undersigned advised that while Knauf was amenable to continuing some of the motions, it did not consent to such a long continuance not bounded by an actual submission or hearing date.

2.

Regarding the 17 motions that the Plaintiffs seek to continue, Knauf opposes a continuance for four (4); R. Docs. 22368, 22369, 22375, and 22376. All four of these motions were filed in November and are representative of other motions filed and not set for hearing and motions to be

1

filed in the future. Moreover, some of these cases involve Louisiana claimants, and Louisiana claimants were prioritized in discovery. At least some should also be prioritized at the summary-judgment stage.

3.

Knauf does not oppose Plaintiff filing oppositions to these motions out of time as long as they are filed by 5:00 pm CST tomorrow, January 16, 2020.

**WHEREFORE**, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. pray that this Court deny Plaintiffs' Motion to Continue as set forth herein.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:     504.556.5549
Facsimile:     504.310.0275
Email:         kmiller@fishmanhaygood.com
***Counsel for Defendants,***
***Knauf Gips KG and***
***Knauf Plasterboard (Tianjin) Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 15th day of January, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**

2

1502991v.1