UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**PROPOSED ORDER**

Considering the Opposition to Motion for Extension of Time to File Reply/Response (R. Doc. 22467) filed by the Knauf Defendants;

**IT IS ORDERED** that plaintiffs' Motion for Extension of Time to File Reply/Response is DENIED as to R. Docs. 22368, 22369, 22375, and 22376.

**IT IS FURTHER ORDERED** that the Plaintiffs' request for extension of time to file reply/response is GRANTED IN PART as to R. Docs. 22370, 22371, 22372, 22373, 22412, 22430, 22431, 22432, 22436, 22442, 22446, 22447, and 22451, and such motions are hereby set for submission on the _____ day of _____, 2020.

**IT IS FURTHER ORDERED** that Plaintiffs' oppositions to R. Docs. 22368, 22369, 22375, and 22376 are due on or before 5:00 p.m. on January 16, 2020.

New Orleans, Louisiana, this _____ day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

1