UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA
FOR JANUARY 17, 2020 STATUS CONFERENCE**

**Joint Report
  Section**

    I.     PRE-TRIAL ORDERS

    II.    INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS

    III.   TAISHAN, BNBM AND CNBM DEFENDANTS

    IV.   TAISHAN SETTLEMENT

    V.    BENNETT CLASS ACTION

    VII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

    IX.   SUGGESTIONS OF REMAND AND SUBSEQUENT ACTIVITY

    X.    NEXT STATUS CONFERENCE