
```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF LOUISIANA
 2
                    CASE NO.: 14-cv-2722
 3

 4
    ELIZABETH BENNETT, ET AL.,
 5
         Plaintiffs,
 6
         -vs-
 7
    GEBR.UEDER KNAUF
 8  VERWALTUNGSGESELLSCHAFT, KG, ET AL.,

 9       Defendants.
    _____/
10

11          2 South Biscayne Boulevard, 32nd Floor
                    Miami, Florida 33131
12
                    Monday, July 8, 2019
13               10:57 a.m. to 12:24 p.m.

14
                        DEPOSITION OF
15
                        WICLER PIERRE
16

17          Taken before Tareva Jumpp, Court

18     Reporter, a Notary Public for the State of Florida

19     at Large.

20

21

22

23

24

25
```

**EXHIBIT 1**



```
 1      Q.  Okay.  Is that your full answer to the question I
 2   asked you?
 3      A.  I don't know.  I don't know.
 4      Q.  I just want to make sure you're done because I
 5   think we can take the break your attorney asked for.
 6      A.  Yes, I'm done.
 7      Q.  Okay.  We can take a break.
 8        (Off the record.)
 9        (On the record.)
10            THE WITNESS:  Sorry for the inconvenience.
11   BY MS. VEITH:
12      Q.  That's okay.  I'm having a bad morning, too.
13   That's not a problem.  Okay.  So, other than the person
14   who looked at your home and explained to you that you
15   have Chinese drywall, did you ever get a professional
16   inspection done of the home by like a company that does
17   home inspection?
18      A.  No.  Let me tell you something.  The office up by
19   the house, the clubhouse in this place, he replace
20   everything for the clubhouse.  I go ask the office to
21   fix my house.  They say no, to find somebody who my
22   insurance to fix it.  I go down ask my insurance.  They
23   say no.  What can I do?
24      Q.  And so, it was after you asked the clubhouse and
25   your insurance that you filed a lawsuit in the Bennett
```



```
 1      Q.  And did you keep the one that you replaced or
 2   did you get rid of it?
 3      A.  Are you talking about the dishwasher?
 4      Q.  The washer and dryer.
 5      A.  No.
 6      Q.  You got rid of it?
 7      A.  Somebody come to fix it.  He take it out.
 8      Q.  And how did you arrive at the $2,000 figure?
 9      A.  Because I replaced dishwasher two times.
10      Q.  I'm asking about the washer and dryer.
11      A.  Washer and dryer.  Two times.  Two times.  I
12   think it cost maybe $2,000.
13      Q.  That's just your estimate?
14      A.  Yeah.
15      Q.  You don't have a receipt or anything?
16      A.  No.
17      Q.  Okay.  And the next item is refrigerator?
18      A.  Yes.
19      Q.  And that one is $2500?
20      A.  Yes.
21      Q.  Is that the replacement cost?
22      A.  Yes.
23      Q.  When did you replace the refrigerator?
24          MS. VALP:  2014.
25      A.  Yeah, 2014.
```



```
 1        Q.   Okay.  So you said 2014 because your wife,
 2   who's not being deposed, just reminded you of that fact,
 3   right?
 4        A.   My wife buy.
 5        Q.   I understand.  I'm making a record, sir.  It's
 6   your wife who just reminded you that you replaced the
 7   refrigerator in 2014?
 8        A.   Yes.
 9        Q.   Okay.  Did you keep the old refrigerator?
10        A.   No.  I don't have place to put it.
11        Q.   And how did you arrive at the $2,500 figure?
12        A.   Because -- because some -- somebody -- you
13   buy -- you buy this.  Somebody come to put it in for
14   you.  Okay?  That's what he charged.
15        Q.   That's what you remember them charging?
16        A.   Yeah.
17        Q.   But you don't have a receipt or anything --
18        A.   No.
19        Q.   -- that shows that?  Okay.
20             The next one is stove for $600?
21        A.   Yes.
22        Q.   Is that the replacement cost?  Did you replace
23   the stove?
24        A.   Yeah.
25        Q.   When did you replace the stove?
```



```
 1     A.   I think four years ago.
 2     Q.   Four years ago?
 3     A.   Yeah.
 4     Q.   Okay.  And did you keep the old stove?
 5     A.   No.
 6     Q.   And is $600 your guess at the cost to
 7   replacement it?
 8     A.   Yes.
 9     Q.   You don't have a receipt or anything --
10     A.   No.
11     Q.   -- shows that?
12     A.   No.
13     Q.   And then the next thing is a dishwasher --
14     A.   Yes.
15     Q.   -- for $600?
16     A.   Yes.
17     Q.   Is that something you replaced?
18     A.   Yes.
19     Q.   And did you keep the old dishwasher?
20     A.   No.  I don't have place to put it.
21     Q.   Do you remember when you replaced the dishwasher?
22     A.   I don't remember.
23     Q.   You don't?  Was it more than five years ago?
24     A.   I think maybe four years, four and a half.
25     Q.   Okay.  And $600 -- I think maybe I asked that,
```

