UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

## ORDER

CONSIDERING Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. Motion for Leave to File Reply Memorandum in Support of Rule 23 Motion to Deny Class Certification;

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED and that the Reply Memorandum attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE