UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | CIVIL ACTION<br><br>MDL NO. 2047<br><br>SECTION L (5) |
| THIS DOCUMENT RELATES TO:<br>*Elizabeth Bennett, et al. v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al.*, No. 14-2722 | * * * | |

# ORDER

The Court has received notice from Plaintiffs' and Defense counsel in the above-captioned matter involving Plaintiffs' Motion for Extension of Time to File Response/Replies, R. Doc. 22467, to a number of Motions for Summary Judgment. The Court concludes that the best way to group motions for expeditious resolution is on a state-by-state basis. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Extension of Time is **GRANTED IN PART** and **DENIED IN PART**. The following motions, which are all related to properties located in Louisiana and Mississippi, are continued to February 19, 2020 with oral argument. Oppositions to these motions are due by February 11, 2020.

- R. Doc. 22368 (Mardechria Charles McDonald)
- R. Doc. 22369 (Candace and David Fozard)
- R. Doc. 22370 (Nathan Junius)
- R. Doc. 22371 (Toni Macksey)
- R. Doc. 22372 (Ronald & Catherine Martinez)
- R. Doc. 22373 (Ronald & Maria Natal)
- R. Doc. 22412 (Peggy Powell)
- R. Doc. 22430 (Scott & Kim Armstrong)
- R. Doc. 22431 (Bank of Louisiana)
- R. Doc. 22432 (Jacques & Sarah Brousseau)
- R. Doc. 22436 (Carl & Bonnie Cordier)
- R. Doc. 22442 (The Van Tran & Chin Nguyen)
- R. Doc. 22446 (Catherine Baber & the Estate of Catherine Baber)

- R. Doc. 22451 (Michael & Nicole Norris)

**IT IS FURTHER ORDERED** that the following motions, which are all related to properties located in Florida and Alabama, remain scheduled for oral argument on January 22, 2020.

- R. Doc. 22374 (Wicler Pierre)
- R. Doc. 22375 (Vashti Alethia Locke-Esberry)
- R. Doc. 22376 (Clayton & Debra Thomas)
- R. Doc. 22407 (Skyline Glass, LLC)
- R. Doc. 22408 (Daniel & Shona Blonsky)
- R. Doc. 22428 (A&B Real Estate Holdings, LLC)
- R. Doc. 22433 (Isidro & Marfelia Calderon)
- R. Doc. 22435 (Abigail Cohen)
- R. Doc. 22437 (Anjali Van Drie)
- R. Doc. 22438 (Elvis Ferrera)
- R. Doc. 22439 (Julio Martinez)
- R. Doc. 22440 (Carlos Salabarria)
- R. Doc. 22441 (Levi Taylor)
- R. Doc. 22447 (Kurt & Suzanne Tolliver)
- R. Doc. 22452 (James Blevins)
- R. Doc. 22453 (John & Rebecca Judges)

**IT IS FURTHER ORDERED** that Plaintiffs' file any oppositions to the motions that remain set for January 22, 2020, by Friday, January 17, 2020 at 5:00 p.m.

New Orleans, Louisiana this 15th day of January, 2020.

_____
Eldon E. Fallon
United States District Judge