UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| This Document Relates to All Cases | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF SETTLEMENT ADMINISTRATOR'S MOTION FOR DISBURSEMENT TO ELIGIBLE CLAIMANTS FROM SETTLEMENT FUNDS HELD BY THE COURT**

The Settlement Administrator for the Chinese Drywall Settlement Program, respectfully moves this Court to approve disbursement from the Chinese Drywall Settlement Funds held in the registry of the Court.

On December 21 2018, the Court entered Orders transferring all remaining settlement funds to the registry of the Court. BrownGreer completed these transfers on or about December 28, 2018. The Settlement Program has incurred payment obligations since the funds were transferred to the registry of the Court and seeks approval for the amounts listed in Table 1 to be disbursed from the Chinese Drywall funds now held by the Court to the Settlement Administrator for distribution. These payments fall into several categories:

1) **Expired Checks.**  A total of 154 claimants were previously issued checks drawn on accounts held at Esquire Bank. Those checks have expired without being cashed, and Esquire no longer holds any funds, so these checks must be re-issued. The total amount necessary to re-issue these checks is $103,401.45.

2) **Reimbursement to Esquire Bank**.  Immediately after funds were transferred to the Court in 2018, several claimants cashed checks drawn on the Esquire account. Esquire

1

agreed to issue payment even though it no longer held these funds.  Esquire should be reimbursed in the amount of $843.18.

3) **Knauf Milestone Payments**.  Funds previously held in the Knauf Remediation Fund and earmarked for milestone payments to contractors were transferred to the registry of the Court when it appeared that remediation of those properties was on hold.  After the funds were transferred, three contractors submitted final paperwork on three separate properties.  The Remediation Program needs to issue a total of $72,753.40 to those contractors.  These payments are the final payments for these three properties.

Table 1 provides a detailed breakdown of the amounts to be disbursed.

| Table 1.  Disbursements Requested from Registry of the Court ||||
|---|---|---|---|---|
| Row | Payee | Amount | Fund | Reason |
| 1. | Claimant ID 100354 | $900.09 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 2. | Claimant ID 102260 | $552.06 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 3. | Claimant ID 102264 | $1,056.38 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 4. | Claimant ID 102267 | $811.09 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 5. | Claimant ID 102268 | $1,154.78 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 6. | Claimant ID 102268 | $1,154.78 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 7. | Claimant ID 102269 | $687.73 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 8. | Claimant ID 102283 | $593.67 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 9. | Claimant ID 102291 | $427.61 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 10. | Claimant ID 102324 | $1,092.19 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 11. | Claimant ID 102350 | $525.29 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| 12. | Claimant ID 102451 | $501.41 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 13. | Claimant ID 102489 | $427.61 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 14. | Claimant ID 102504 | $925.42 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 15. | Claimant ID 102526 | $981.13 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 16. | Claimant ID 102605 | $76.69 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 17. | Claimant ID 105562 | $659.51 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 18. | Claimant ID 106263 | $5,755.86 | Banner Repair and Relocation Fund | Issuance of GBI payment |
| 19. | Claimant ID 106263 | $701.11 | Banner Repair and Relocation Fund | Issuance of GBI payment (second distribution) |
| 20. | Claimant ID 107679 | $810.01 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 21. | Claimant ID 107685 | $536.87 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 22. | Claimant ID 107814 | $522.40 | Banner Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 23. | Claimant ID 100164 | $456.94 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 24. | Claimant ID 100354 | $296.06 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 25. | Claimant ID 102260 | $569.62 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 26. | Claimant ID 102264 | $347.47 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 27. | Claimant ID 102264 | $2,376.91 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 28. | Claimant ID 102267 | $836.89 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 29. | Claimant ID 102268 | $379.84 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 30. | Claimant ID 102268 | $379.84 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 31. | Claimant ID 102269 | $709.60 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| 32. | Claimant ID 102283 | $417.27 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 33. | Claimant ID 102291 | $441.21 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 34. | Claimant ID 102313 | $1,294.47 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 35. | Claimant ID 102324 | $767.67 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 36. | Claimant ID 102332 | $1,294.47 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 37. | Claimant ID 102356 | $850.70 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 38. | Claimant ID 102358 | $1,593.08 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 39. | Claimant ID 102427 | $580.45 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 40. | Claimant ID 102430 | $1,962.36 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 41. | Claimant ID 102438 | $698.40 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 42. | Claimant ID 102451 | $517.36 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 43. | Claimant ID 102457 | $723.41 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 44. | Claimant ID 102459 | $773.52 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 45. | Claimant ID 102489 | $441.21 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 46. | Claimant ID 102504 | $954.85 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 47. | Claimant ID 102526 | $1,012.33 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 48. | Claimant ID 102576 | $2,179.96 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 49. | Claimant ID 102605 | $79.13 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 50. | Claimant ID 102610 | $875.68 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 51. | Claimant ID 103813 | $9,777.46 | Global Repair and Relocation Fund | Issuance of GBI payment |

| | | | | |
|---|---|---|---|---|
| 52. | Claimant ID 103813 | $1,224.74 | Global Repair and Relocation Fund | Issuance of GBI payment (second distribution) |
| 53. | Claimant ID 105510 | $306.40 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 54. | Claimant ID 105562 | $463.55 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 55. | Claimant ID 105964 | $680.14 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 56. | Claimant ID 106263 | $3,934.14 | Global Repair and Relocation Fund | Issuance of GBI payment |
| 57. | Claimant ID 106263 | $492.79 | Global Repair and Relocation Fund | Issuance of GBI payment (second distribution) |
| 58. | Claimant ID 107211 | $393.94 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 59. | Claimant ID 107679 | $835.77 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 60. | Claimant ID 107680 | $754.45 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 61. | Claimant ID 107685 | $553.94 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 62. | Claimant ID 107814 | $539.01 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 63. | Claimant ID 107833 | $687.06 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 64. | Claimant ID 108196 | $781.40 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 65. | Claimant ID 108362 | $356.75 | Global Repair and Relocation Fund | Issuance of GBI payment (second distribution) |
| 66. | Claimant ID 111979 | $984.38 | Global Repair and Relocation Fund | Reissuance of GBI payment |
| 67. | Claimant ID 112310 | $2,335.62 | Global Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 68. | Claimant ID 107680 | $164.35 | InEx Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 69. | Claimant ID 107833 | $149.67 | InEx Repair and Relocation Fund | Reissuance of GBI payment (second distribution) |
| 70. | Esquire Bank | $190.55 | InEx Repair and Relocation Fund | Reimbursement for funds advanced by Esquire after transfer to the Court's registry[1] |

5

| | | | | |
|---|---|---|---|---|
| 71. | PP Claimant ID 102039 | $9,915.87 | Knauf Milestone 4 Fund | Issuance of Milestone 4 payment |
| 72. | PP Claimant ID 104151 | $48,002.63 | Knauf Milestone 4 Fund | Issuance of Milestone 3 and 4 payment |
| 73. | PP Claimant ID 107243 | $14,834.90 | Knauf Milestone 4 Fund | Issuance of Milestone 4 payment |
| 74. | Claimant ID 100285 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 75. | Claimant ID 100285 | $269.93 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 76. | Claimant ID 100307 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 77. | Claimant ID 100307 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 78. | Claimant ID 100307 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 79. | Claimant ID 100307 | $1,125.82 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 80. | Claimant ID 100307 | $938.19 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 81. | Claimant ID 100307 | $1,032.01 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 82. | Claimant ID 100344 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 83. | Claimant ID 100396 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 84. | Claimant ID 100396 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 85. | Claimant ID 100396 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 86. | Claimant ID 100428 | $11.88 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 87. | Claimant ID 100436 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 88. | Claimant ID 102262 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 89. | Claimant ID 102265 | $206.40 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 90. | Claimant ID 102265 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| 91. | Claimant ID 102278 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 92. | Claimant ID 102288 | $52.24 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 93. | Claimant ID 102289 | $62.79 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 94. | Claimant ID 102289 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 95. | Claimant ID 102329 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 96. | Claimant ID 102349 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 97. | Claimant ID 102351 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 98. | Claimant ID 102358 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 99. | Claimant ID 102358 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 100. | Claimant ID 102361 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 101. | Claimant ID 102378 | $788.08 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 102. | Claimant ID 102385 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 103. | Claimant ID 102385 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 104. | Claimant ID 102395 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 105. | Claimant ID 102395 | $125.59 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 106. | Claimant ID 102398 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 107. | Claimant ID 102400 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 108. | Claimant ID 102400 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 109. | Claimant ID 102400 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 110. | Claimant ID 102408 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| 111. | Claimant ID 102415 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 112. | Claimant ID 102440 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 113. | Claimant ID 102440 | $206.40 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 114. | Claimant ID 102442 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 115. | Claimant ID 102442 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 116. | Claimant ID 102444 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 117. | Claimant ID 102445 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 118. | Claimant ID 102445 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 119. | Claimant ID 102452 | $71.39 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 120. | Claimant ID 102452 | $168.87 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 121. | Claimant ID 102470 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 122. | Claimant ID 102478 | $48.85 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 123. | Claimant ID 102490 | $1,075.79 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 124. | Claimant ID 102490 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 125. | Claimant ID 102491 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 126. | Claimant ID 102499 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 127. | Claimant ID 102499 | $258.40 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 128. | Claimant ID 102535 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 129. | Claimant ID 102553 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| 130. | Claimant ID 102560 | $962.57 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| **131.** | Claimant ID 102565 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **132.** | Claimant ID 102571 | $11.40 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **133.** | Claimant ID 102580 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **134.** | Claimant ID 102580 | $115.16 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **135.** | Claimant ID 102581 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **136.** | Claimant ID 102581 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **137.** | Claimant ID 102584 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **138.** | Claimant ID 102592 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **139.** | Claimant ID 102605 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **140.** | Claimant ID 102612 | $156.36 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **141.** | Claimant ID 102612 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **142.** | Claimant ID 104460 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **143.** | Claimant ID 106097 | $62.54 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **144.** | Claimant ID 106098 | $53.16 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **145.** | Claimant ID 106100 | $74.03 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **146.** | Claimant ID 106111 | $23.45 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **147.** | Claimant ID 106112 | $4.89 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **148.** | Claimant ID 107677 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **149.** | Claimant ID 107678 | $128.42 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **150.** | Claimant ID 107679 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |

| | | | | |
|---|---|---|---|---|
| **151.** | Claimant ID 107680 | $760.91 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **152.** | Claimant ID 107722 | $145.35 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **153.** | Claimant ID 107722 | $25.38 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **154.** | Claimant ID 107723 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **155.** | Claimant ID 107778 | $143.85 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **156.** | Claimant ID 107816 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **157.** | Claimant ID 107833 | $625.46 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **158.** | Claimant ID 112310 | $900.66 | Other Loss Fund | Reissuance of Other Loss payment (second distribution) |
| **159.** | Esquire Bank | $496.27 | Other Loss Fund | Reimbursement for funds advanced by Esquire after transfer to the Court's registry |
| **160.** | Esquire Bank | $156.36 | Other Loss Fund | Reimbursement for funds advanced by Esquire after transfer to the Court's registry |

WHEREFORE, the Settlement Administrator requests that this Honorable Court approve the disbursements from the Chinese Drywall Settlement Funds currently held by the Clerk of Court.

Respectfully submitted,

__/s/ Jacob Woody_____
Jacob S. Woody, Esquire (Va. Bar No. 77485)
BrownGreer, PLC
250 Rocketts Way
Richmond, VA 23231
Telephone:  (804) 521-7200
Facsimile:  (804) 521-7299
lgreer@browngreer.com
jswoody@browngreer.com

*Settlement Administrator for the Chinese Drywall Settlement Program*