UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          :       MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION          :
                   :
                   :       SECTION: L
This Document Relates to All Cases          :
                   :       JUDGE FALLON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :       MAG. JUDGE WILKINSON

## ORDER GRANTING MOTION FOR DISBURSEMENT T FROM THE REGISTRY OF THE COURT

   Considering the Motion for Disbursement;

   IT IS ORDERED BY THE COURT that the Motion for Disbursement is GRANTED.  The clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $176,998.03 plus all interest earned, payable to BrownGreer PLC and mail the check to Jacob Woody, BrownGreer PLC 250 Rocketts Way, Richmond, VA, 23231.

   New Orleans, Louisiana, this ___ day of _____, 2020.

          _____
          Eldon E. Fallon
          United States District Court Judge