# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## ORDER

On January 10, 2020, the Court granted final approval of the Taishan Settlement Agreement and established the sum total for the common benefit attorneys' fees. R. Doc. 22460. Now, the Court must determine how to allocate the award of common benefit fees among those attorneys who performed common benefit work in this matter. To achieve this objective, the Court appoints a Fee Allocation Committee. Accordingly,

**IT IS ORDERED** that the Fee Allocation Committee shall be comprised of the following individuals: Sandra Duggan, Lenny Davis, Richard Serpe, Patrick Montoya, Skip Lambert, and Allison Grant. Sandra Duggan will serve as chair of the Committee.

**IT IS FURTHER ORDERED** that anyone interested in receiving a common benefit fee in this litigation must, within fifteen (15) days, file with the Court an application indicating the time spent and nature of the work performed. Supporting documents may be attached. The intent of the Court thereafter is to provide these applications to the Fee Allocation Committee so the Committee can evaluate them, meet with any applicants who wish to meet, and recommend to the Court an appropriate distribution of the common benefit fee. This recommendation will then be

posted on the Court's Chinese Drywall website. Depending on the responses, further action or process may be necessary.

New Orleans, Louisiana this 16th day of January, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge