# Exhibit B

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Kurt E. & Suzanne D. Tolliver

Address of Affected Property: 4531 Darwin Blvd.
Port St. Lucie, FL 34953

Is this Property:* (Residential)    Commercial    Governmental

Name of Person Completing this Form: Kurt & Suzanne Tolliver

Is above your primary residence? (Yes)  No

Mailing Address (if different):

Phone: ( 313 ) 980 - 4607

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By: Jimmy Doyle

Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209

Phone: ( 205 ) 533 - 9500

Case No. /Docket Info: Bennett v. Knauf, 14-cv-2722

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Frontline Insurance

Policy #: FPH3-120315

Agent: Livings Insurance

Address: 2646 SW Mapp Road, Suite 101
Palm City, FL 34990-2740

Phone: ( 772 ) 219 - 4171

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | | |
| Kurt Tolliver | 09/11/15 | / / | (M) / F | / / | Yes | (No) | Owner - Occupant |
| Suzanne Tolliver | 09/11/15 | / / | M / (F) | / / | Yes | (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |
| | / / | / / | M / F | / / | Yes | No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Kurt Tolliver

      1.2. When did the inspection take place?   08 / 24 / 16

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Kurt Tolliver

      2.2. When was this determination made?   08 / 24 / 16

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA<br>ASTM C 36 | ceiling and walls |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,480 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of Interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / | |
| Move In Date: | / / | Date Acquired Home | / / | |

**Date Range for Renovations: (Month/Day/Year)**

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / | |
| Move In Date: | / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone:  (     )     -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone:  (     )     -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone:  (     )     -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 8-27-16 | _Suzanne Tolliver_ | 8-27-16. |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |
| _____ | _____, | _____ | _____, |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |
| _____ | _____, | _____ | _____ |
| **Claimant's Signature** | **Date Signed** | **Claimant's Signature** | **Date Signed** |

Main File No. RB4531 | Page #25

### Building Sketch                094-7263174

| | |
|---|---|
| Borrower/Client | Suzanne D. & Kurt E. Tolliver |
| Property Address | 4531 SW Darwin Blvd |
| City | Port Saint Lucie |

| City | County | State | Zip Code |
|---|---|---|---|
| Port Saint Lucie | St. Lucie | FL | 34953 |

| Lender | Universal Mortgage & Finance Inc. |
|---|---|



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details | | |
|---|---|---|---|---|---|
| First Floor | | 42.5 Sq ft | 5 × 8.5 | = | 42.5 |
| Undefined Area | | 2437.49 Sq ft | 0.5 × 2.83 × 2.83 | = | 4 |
| | | | 0.5 × 2.83 × 2.83 | = | 4 |
| | | | 7 × 2.83 | = | 19.8 |
| | | | 39 × 22 | = | 858 |
| | | | 10 × 11 | = | 110 |
| | | | 13.5 × 8.5 | = | 114.75 |
| | | | 36.5 × 30 | = | 1095 |
| | | | 11.34 × 4 | = | 45.37 |
| | | | 10 × 18.66 | = | 186.57 |
| **Total Living Area (Rounded):** | | **2480 Sq ft** | | | |
| **Non-living Area** | | | | | |
| 2 Car Attached | | 418 Sq ft | 19 × 22 | = | 418 |



| | HOMEOWNERS POLICY | TRANSACTION DATE: | 08/24/16 |
|---|---|---|---|
| | AMENDED DECLARATIONS | DATE ISSUED: | 08/24/16 |

Underwritten by:
First Protective Insurance Co.
P.O.BOX 958405
Lake Mary, FL 32795-8405

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| | From: | To: |
| FPH3-120315 | 9/11/15 | 9/11/16 |
| | 12:01 AM Standard Time | |

REASON AMENDED: WEBSITE ADDITIONAL INTEREST ENDORSEMENT
PRO-RATED CHANGE IN PREMIUM: $ 0

*IF YOU HAVE QUESTIONS ABOUT YOUR POLICY, PLEASE CONTACT YOUR AGENT AT  772-219-4171*
**TO REPORT A CLAIM, CALL 800-675-0145**

| INSURED: | AGENCY: | 523-23-20571 |
|---|---|---|
| KURT EWINS TOLLIVER<br>& SUZANNE DANBORN TOLLIVER<br>4531 SW DARWIN BLVD<br>PORT ST LUCIE, FL 34953-6046 | LIVINGS INSURANCE<br>2646 SW MAPP RD SUITE 101<br>PALM CITY, FL 34990-2740 | |
| Telephone: 313-980-5169 | Telephone:  772-219-4171 | |

**LOCATION OF PROPERTY INSURED:**
4531 SW DARWIN BLVD, PORT ST LUCIE, FL 34953-6046

COVERAGE IS PROVIDED WHERE LIMIT OF LIABILITY AND PREMIUM ARE SHOWN:

**POLICY COVERAGES:**

| | | LIMIT OF LIABILITY: | | PREMIUM: |
|---|---|---|---|---|
| **SECTION I - PROPERTY** | | | | |
| A. DWELLING | | $ 254,000 | $ | 859 |
| B. OTHER STRUCTURES | | NOT INCLUDED | | |
| C. PERSONAL PROPERTY | | $ 88,900 | $ | (38) |
| D. LOSS OF USE | | $ 12,700 | $ | (122) |

SECTION I LOSSES ARE SUBJECT TO THE FOLLOWING:
DEDUCTIBLE FOR ALL PERILS EXCEPT HURRICANE:   $1,000

## CALENDAR-YEAR HURRICANE DEDUCTIBLE: $5,080 (2% OF COVERAGE A)

| **SECTION II - LIABILITY** | | | | |
|---|---|---|---|---|
| E. PERSONAL LIABILITY | | $ 300,000 | $ | 18 |
| F. MEDICAL PAYMENTS TO OTHERS | | $ 1,000 | | INCLUDED |

**OPTIONAL COVERAGES:**

| | LIMIT | | PREMIUM |
|---|---|---|---|
| CREDIT CARD, FUND TRANSFER CARD, FORGERY AND COUNTERFEIT MONEY | $ 10,000 | $ | 6 |
| LOSS ASSESSMENT COVERAGE | $ 1,000 | | INCLUDED |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA (PER OCCURRENCE/AGGREGATE) | $ 10,000/50,000 | | INCLUDED |
| ORDINANCE OR LAW COVERAGE | 25% OF DWELLING | | INCLUDED |
| SCREEN ENCLOSURE COVERAGE -- HURRICANE DAMAGE | NONE | | |
| WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE | $ 5,000 | $ | 25 |
| ANIMAL LIABILITY SPECIAL LIMITS | $ 25,000 | $ | 25 |

**POLICY CREDITS AND CHARGES:**

| | | | |
|---|---|---|---|
| WIND LOSS REDUCTION CREDIT          ($1,422) | | | INCLUDED |
| EMERGENCY MANAGEMENT PREPAREDNESS AND ASSISTANCE TRUST FUND SURCHARGE | | $ | 2 |
| POLICY FEE | | $ | 25 |

**PREMIUM SUMMARY:**          *** THIS IS NOT A BILL - AN INVOICE WILL BE MAILED SEPARATELY ***

| POLICY COVERAGES: | OPTIONAL COVERAGES: | POLICY CREDITS AND CHARGES: | TOTAL ANNUAL PREMIUM: |
|---|---|---|---|
| $ 717 | $56 | $27 | $ 800 |

| The portion of your premium for Hurricane  is: | $171 | The Non-Hurricane portion of your premium is: | $629 |
|---|---|---|---|

FIM-DEC (01/08)                                  INSUREDS  COPY