# Exhibit G



**From:** **James Doyle** jimmy@doylefirm.com
**Subject:** Bennett - Kurt &. Suzanne Tolliver - MSJ
**Date:** January 12, 2020 at 5:19 PM
**To:** Kerry J. Miller kmiller@fishmanhaygood.com
**Cc:** Daniel J. Dysart ddysart@fishmanhaygood.com

Kerry:

As part of your Tolliver MSJ motion, you indicate that the previous owner (Andrew Williams) participated in the 2011 KPT Settlement Agreement and received settlement benefits. You attached the PPF and indicia, as well as the Brown Greer registration document, but nothing else to support that the claim was indeed settled by Andrew Williams. Please provide me with a copy of the signed release and a record of the amount disbursed to him. This will obviously affect the nature of the response if the claim was previously settled. I need this asap or I'll need to add this response to the motion for additional time.

Thanks.


Jimmy Doyle
DOYLE LAW FIRM, PC
2100 Southbridge Parkway, Suite 650
Birmingham, AL  35209
(205) 533-9500   phone
(844) 638-5812   fax