UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## **DECLARATION OF WICLER PIERRE**

1. I am a plaintiff in this case. I make this declaration from my personal knowledge and, if called upon to do so, could and would competently testify to the matters set forth herein in a court of law.

2. I have been advised by my lawyer that a motion for summary judgment has been filed in my case, primarily based on my testimony about the date that Chinese drywall was discovered.

3. After reviewing my testimony, it is clear that I was confused about some of the questions and this is due to the fact that English is my second language; therefore, I wish to clarify some of the statements I made at the deposition.

4. I am the owner of a home with a street address of: 1714 NE 6TH Street, Boynton Beach, FL 33435. ("Affected Property").

5. Affected Property is in community called the "Preserve at Boynton Beach."

6. I purchased Affected Property on December 3, 2007, and moved into it shortly thereafter.

1

7. At the time I purchased Affected Property, I had never heard of "Chinese drywall" or learned of any issues related to defective Chinese-manufactured drywall.

8. Prior to purchase, I inspected the Affected Property, but through my casual inspection, I did not identify the defective product using my senses and I did not see anything in the home that would lead me to believe that the home contained a defective product.

9. At the time of closing, there were no disclosures by the seller about defective Chinese drywall in the property and I was never contacted by the seller afterwards to notify me that Affected Property had defective drywall.

10. I was also never contacted by anyone else from the city, state, or federal government about the potential for defective Chinese drywall in my home.

11. Beginning in approximately 2010 to 2011, neighbors in my community began finding Chinese drywall in their homes. I learned of their discovery through word-of-mouth.

12. In approximately 2010 to 2011, after learning of the neighbors finding Chinese drywall in their homes, I contacted the homeowner association ("HOA") for my community to inquire about the possibility that my home might have it too.

13. I was told in 2010 to 2011 by either an HOA representative or by a maintenance superintendent, I cannot recall exactly who provided the information, that only some of the Chinese-made drywall was defective.

14. I am not sure whether my neighbors who found Chinese drywall in their homes had the defective or non-defective kind.

15. My HOA did not send any certified Chinese drywall inspection company to inspect my unit in 2010-2011 or any time thereafter to determine whether I had defective Chinese drywall.

16. I relied on my neighbors for information about defective drywall through word-of-mouth communication, because I was not skilled in doing internet research at that time.

17. I provided the date that I discovered defective Chinese drywall through a self-inspection of my home and that date is accurate – June 25, 2016.

18. I would be considered layman in terms of construction of homes, construction defects, or defective products in general, because I have no training in any of those areas.

19. I realize now that until shortly before the time I discovered the Knauf-made Chinese drywall in my home, I had inadequate information about the signs of defective drywall in a home and how to identify it.

20. I never received any direct mailing from the manufacturer notifying me that my home had or might have defective Knauf-made drywall.

21. I am also not aware of any product recall notices or defective product warnings issued by any Chinese manufacturer, including Knauf.

22. I believe I acted reasonably in my search for answers about the potential that defective Chinese drywall might be in my Boynton Beach, Florida home.

23. Had I known that my home, the Affected Property, contained a defective product like defective Knauf-manufactured Chinese drywall, I never would have purchased it.

24. I can also affirm that I would have taken action much earlier to inspect my home if I had been notified and I would have participated in the earlier Knauf drywall settlement that would have enabled me to fix my house many years ago.

25. I attribute the delay in discovering the defective Knauf-made Chinese drywall in my home entirely to the lack of adequate warning about the defective drywall.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

Executed on Friday, January 17, 2020, in Boynton Beach, Florida.

_____
Wicler Pierre