UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| This document relates to:<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>Case No. 14:cv-2722 | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDA
IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), move this Court for an Order granting them leave to file reply memoranda in support of multiple Motions for Summary Judgment (Rec. Docs. 22407, 22408, 22428, 22433, 22435, 22437, 22438, 22439, 22440, 22441, 22452, and 22453). The proposed Replies, which are attached hereto, address arguments made by the plaintiffs in their Oppositions (Rec. Doc. 22471, 22470, 22462, 22455, 22454, 22468, 22458, 22464, 22465, 22466, 22463, and 22472). The Knauf Defendants submit that the Replies will assist the Court in resolving the Motions for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Leave to File Reply Memoranda in Support of the Motions for Summary Judgment (Rec. Docs. 22407, 22408, 22428, 22433, 22435, 22437, 22438, 22439, 22440, 22441, 22452, and 22453) and that the

attached Replies be filed into the record. The Knauf Defendants also request any additional relief deemed just and appropriate.

>Respectfully submitted,
>
>**FISHMAN HAYGOOD, LLP**
>
>/s/ *Kerry J. Miller*
>_____
>**KERRY J. MILLER (#24562), T.A.**
>**PAUL C. THIBODEAUX (#29446)**
>**DANIEL J. DYSART (#33812)**
>201 St. Charles Avenue, Suite 4600
>New Orleans, LA 70170
>Telephone:   504.556.5549
>Facsimile:   504.310.0275
>Email:       kmiller@fishmanhaygood.com
>***Counsel for Defendants,***
>***Knauf Gips KG and***
>***Knauf Plasterboard (Tianjin) Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 17th day of January, 2020.

>/s/ *Kerry J. Miller*
>_____
>**KERRY J. MILLER**