# Exhibit B

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner: Vashti Alethia Locke-Esberry
Address of Affected Property: 962 SW Haas Avenue
Port St. Lucie, FL 34953

Is this Property:* (Residential)  Commercial  Governmental
Name of Person Completing this Form: Vashti Alethia Locke-Esberry
Is above your primary residence? Yes (No)
Mailing Address (if different): 119 Marine Terrace
Silver Springs, MD 20905
Phone: ( 301 ) 807 - 1415

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)  Owner Only  Renter-Occupant

Represented By: Jimmy Doyle
Address: DOYLE LAW FIRM, PC
2100 Southbridge Pkwy, #650
Birmingham, AL 35209
Phone: ( 205 ) 533 - 9500
Case No. /Docket Info: Bennett v. Knauf, 14-cv-2722

## Section II. Insurance Information

Homeowner/ Renter Insurer: Universal Property and Casualty Insurance Company
Policy #: 892-139-183
Agent: Shelley Insurance Group
Address: 420 South State Road 7
West Palm Beach, FL 33414
Phone: ( 561 ) 969 - 7100

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Vashti Alethia Locke-Esberry | 10/23/06 | / / | M /(F) | 01/20/49 | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Chinese Drywall Screening, LLC

   1.2. When did the inspection take place? 11/12/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Chinese Drywall Screening, LLC

   2.2. When was this determination made? 11/12/15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | walls |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2,182 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 10' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Vashti A. Eckelsbery | 11-25-15 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| Universal Property and Casualty Insurance Company<br><br>c/o Universal Risk Advisors<br>1110 W. Commercial Blvd Suite 300<br>Fort Lauderdale, FL 33309<br>Toll Free: 800-425-9113 || Declaration Effective<br>02/10/2015 | <br><br>Renewal Policy |
|---|---|---|---|
| Claims: 800-218-3206 || Service: Contact your Agent Listed Below ||
| Policy Number | FROM    Policy Period    TO | [MORTGAGEE BILLED] | Agent Code |
| 892-139-183 | 02/10/2015          02/10/2016 | 12:01 AM Standard Time | BV43 |

| Mortgagee / Additional Interest 01 | Agent Name and Address |
|---|---|
| OCWEN LOAN SERVICING, LLC<br>Isaoa<br>PO Box 6723<br>Springfield, OH 45501<br>71674048 | Shelley Insurance Group<br>420 S. State Rd. 7<br>West Palm Beach, FL 33414<br>(561) 969-7100 |

Additional Interest

| Mortgagee/Additional Interest 01 | Mortgagee/Additional Interest 02 | Mortgagee/Additional Interest 03 |
|---|---|---|
| OCWEN LOAN SERVICING, LLC<br>Isaoa<br>PO Box 6723<br>Springfield, OH 45501<br>71674048 | | |

### Policy Forms and Endorsements Applicable to this Policy

| NUMBER EDITION | DESCRIPTION | LIMITS | PREMIUMS |
|---|---|---|---|
| DP 00 03 07 88 | Dwelling Program Special Form | | $3,814.00 |
| UPCIC 25 01 98 (06-07) | Hurricane Deductible | | |
| UPCIC 20 01 98 | Windstorm Protective Devices | | ($1,550.00) |
| UPCIC 17 01 98 (06-07) | Special Provisions - Florida | | |
| UPCIC 00 10 04 12 | Sinkhole Loss Coverage - Florida | | $24.00 |
| DL 25 09 06 94 (06-07) | Special Provisions Endorsement | | |
| DL 24 16 07 88 | No Coverage for Home Day Care Business | | |
| DL 24 11 07 88 | Personal Liability Endorsement - Tenant Occupied | $100,000 | $39.00 |
| DL 24 01 07 88 | Personal Liability | | |
| UPCIC 51 01 98 | Outline of Your Dwelling Policy | | |
| | Medical Payments To Others | $1,000 | |
| | MGA Fee | | $25.00 |
| | Emergency Management Preparedness Assistance Trust Fund | | $2.00 |
| | Citizens Emergency Assessment | | $22.88 |



Michelle Franklin, CFA -- Saint Lucie County Property Appraiser -- All rights reserved.

## Property Identification

Site Address: 962 SW HAAS AVE
Sec/Town/Range: 31/37S/40E
Map ID: 44/31N
Zoning: RS-2

Parcel ID: 3420-660-2925-000-1
Account #: 87833
Use Type: 0100
Jurisdiction: Port Saint Lucie



### Ownership
Vashti A Locke-Esberry
119 Marine Terr
Silver Springs, MD 20905

### Legal Description
PORT ST LUCIE-SECTION 33- BLK 2297 LOT 5 (MAP 44/31N) (OR 2689-50)

### Current Values
| | |
|---|---:|
| Just/Market Value: | $194,700 |
| Assessed Value: | $166,641 |
| Exemptions: | $0 |
| Taxable Value: | $166,641 |

Taxes for this parcel: SLC Tax Collector's Office
Download TRIM for this parcel: Download PDF

### Total Areas
| | |
|---|---:|
| Finished/Under Air (SF): | 2,182 |
| Gross Area (SF): | 2,896 |
| Land Size (acres): | 0.23 |
| Land Size (SF): | 10,000 |

## Sale History

| Date | Book/Page | Sale Code | Deed | Grantor | Price |
|---|---|---|---|---|---:|
| Oct 23, 2006 | 2689 / 0050 | XX00 | WD | Midwest Const and Development, | $269,900 |
| Feb 17, 2006 | 2509 / 2096 | XX00 | WD | Mertens,Shelley | $82,000 |
| Oct 11, 2004 | 2080 / 0253 | XX01 | OA | Deyo (EST),Stanley | $0 |
| Feb 25, 1993 | 0836 / 1985 | XX01 | DE | NCNB NATL BANK OF FL *TR* | $6,400 |
| Dec 29, 1989 | 0679 / 0475 | XX01 | WD | SOUTHEAST BANK *TR* | $100 |
| Aug 30, 1989 | 0652 / 0978 | XX01 | WD | | $100 |

## Building Information (1 of 1)

Finished Area: 2,182 SF
Gross Total Area: 2,896 SF

### Exterior Data

| | | |
|---|---|---|
| View: | Roof Cover: Dim Shingle | Roof Structure: Hip |
| Building Type: HB- | Year Built: 2006 | Frame: |
| Grade: B- | Effective Year: 2006 | Primary Wall: CB Stucco |
| Story Height: 1 Story | No. Units: 1 | Secondary Wall: |

### Interior Data

| | | |
|---|---|---|
| Bedrooms: 4 | Electric: MAXIMUM | Primary Int Wall: |
| Full Baths: 2 | Heat Type: FrcdHotAir | Avg Hgt/Floor: 0 |
| Half Baths: 0 | Heat Fuel: ELEC | Primary Floors: Tile-Ceramic |
| A/C %: 100% | Heated %: 100% | Sprinkled %: 0% |





## Sketch Area Legend

| Sub Area | Description | Area | Fin. Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 2182 | 2182 | 232 |

| | | | | |
|---|---|---|---|---|
| GAA | Garage Attached Average | 420 | 0 | 82 |
| OPAA | Open Porch Attached Average | 294 | 0 | 100 |

## Special Features and Yard Items

| Type | Qty | Units | Year Blt |
|---|---|---|---|
| UTILITY AVG | 1 | 80 | 2006 |
| VINYLFENCE6' | 1 | 174 | 2006 |
| Driv-Concret | 1 | 765 | 2006 |

## Current Year Values

### Current Values Breakdown

| | |
|---|---|
| Building: | $166,700 |
| Land: | $28,000 |
| Just/Market: | $194,700 |
| Ag Credit: | $0 |
| Save Our Homes or 10% Cap: | $28,059 |
| Assessed: | $166,641 |
| Exemption(s): | $0 |
| Taxable: | $166,641 |

### Current Year Exemption Value Breakdown

| Tax Year | Grant Year | Code | Description | Amount |
|---|---|---|---|---|

### Current Year Special Assessment Breakdown

| Start Year | AssessCode | Units | Description | Amount |
|---|---|---|---|---|
| 2007 | 0061 | 1 | Port St. Lucie Stormwater | $163.00 |

This does not necessarily represent the total Special Assessments that could be charged against this property. The total amount charged for special assessments is reflected on the most current tax statement and information is available with the SLC Tax Collector's Office.

## Historical Values

| Year | Just/Market | Assessed | Exemptions | Taxable |
|---|---|---|---|---|
| 2017 | $194,700 | $166,641 | $0 | $166,641 |
| 2016 | $178,100 | $151,492 | $0 | $151,492 |
| 2015 | $138,400 | $137,720 | $0 | $137,720 |

## Permits

| Number | Issue Date | Description | Amount | Fee |
|---|---|---|---|---|
| P0609961 | Mar 2, 2006 | Residential New Construction | $150,000 | $8,710 |

Notice: This does not necessarily represent all the permits for this property.
Click the following link to check for additional permit data in Port Saint Lucie

This information is believed to be correct at this time but it is subject to change and is not warranted.
© Copyright 2018 Saint Lucie County Property Appraiser. All rights reserved.