UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## PLAINTIFFS STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff Vashti Alethia Locke-Esberry, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff's Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiff Vashti Alethia Locke-Esberry owns a property in the State of Florida with a street address of: 962 SW Haas Avenue, Port St. Lucie, FL 34953.

4. Plaintiff Vashti Alethia Locke-Esberry purchased the property on October 23, 2006.

5. Plaintiff Vashti Alethia Locke-Esberry placed her home for sale with a realtor in 2015.

1

6. Plaintiff Vashti Alethia Locke-Esberry discovered Knauf-manufactured drywall in her home on November 12, 2015 through an inspection conducted by Chinese Drywall Screening, LLC, an experienced drywall inspection company operating in the State of Florida.

7. Plaintiff Vashti Alethia Locke-Esberry filed her claim against the Knauf Defendants in this action on January 30, 2016.

8. Plaintiff Vashti Alethia Locke-Esberry completed and executed a verified Plaintiff Profile Form.

9. Plaintiff Vashti Alethia Locke-Esberry completed and executed a verified Supplemental Plaintiff Profile Form.

10. Plaintiff Vashti Alethia Locke-Esberry completed and executed a verified Plaintiff Fact Sheet.

11. Florida law provides a four-year statute of limitations to file defective product claims once a distinct injury and a causal connection are identified.

12. Florida law recognizes a Delayed Discovery Rule to file product defect-related claims, an exception to the four-year statute of limitations.

13. Plaintiff Vashti Alethia Locke-Esberry was deposed by Knauf's Counsel on September 18, 2019 in Silver Springs, Maryland.

14. Plaintiff Vashti Alethia Locke-Esberry seeks all damages available under Florida law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Florida Decptive and Unfair Trade Practices Act.

3

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*