UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

The Court has scheduled a monthly status conference in the above-captioned matter for Friday, February 7, 2020 at 9:00 a.m. It is the Court's intention to discuss a litigation plan for cases involving plaintiffs who opted-out from the Taishan Settlement Agreement following the monthly status conference. Accordingly,

**IT IS ORDERED** that any attorney representing an opt-out plaintiff attend the monthly status conference and be prepared to discuss the matter with the Court in chambers after the conference.

New Orleans, Louisiana this 17th day of January, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge