# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### *EX PARTE* MOTION FOR EXPEDITED CONSIDERATION OF THE KNAUF DEENDANTS' MOTION TO STRIKE AMENDED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY WICLER PIERRE

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), Sonder USA, Inc. ("Sonder") move this Court for an Order granting expedited consideration of their Motion to Strike Amended Opposition Motion for Summary Judgment on Claims Asserted by Wicler Pierre (Doc. 22490). Mr. Pierre filed a timely opposition to the Knauf Defendants' Motion for Summary Judgment on January 8, 2020 (Doc. 22457). The Knauf Defendants filed a reply on January 8, 2020 (Doc. 22476). Two days later, Mr. Pierre filed an "amended" opposition, in which he now seeks to introduce as evidence a declaration that rebuts his deposition testimony cited in the Knauf Defendants' Motion and Reply. As set forth more fully in the Motion to Strike and Memorandum in Support, Mr. Pierre's opposition is untimely and in violation of the the "sham affidavit" rule against manufacturing disputes of fact merely to defeat motions for summary judgment.

Hearing on the Knauf Defendants' Motion for Summary Judgment is set for January 22, 2020. Therefore, the Knauf Defendants request expedited consideration of this Motion to Strike, such that the Motion to Strike may be heard simultaneously with the Motion for Summary Judgment.

WHEREFORE, the Knauf Defendants request that this Court grant their Motion for Expedited Consideration of Motion to Strike Amended Opposition to Motion for Summary Judgment on Claims Asserted by Wicler Pierre, and that this Court set the Motion to Strike for submission on January 22, 2020, concurrent with the hearing on the Motion for Summary judgment. The Knauf Defendants also request any additional relief deemed just and appropriate.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0275
Email:          kmiller@fishmanhaygood.com
*Counsel for Defendants,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 20th day of January, 2020.

/s/ *Kerry J. Miller*
**KERRY J. MILLER**