UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**O R D E R**

Considering the Motion to Substitute Exhibit filed by Settlement Class Counsel;

IT IS ORDERED BY THE COURT that motion be and is hereby GRANTED and the Clerk is directed to substitute the attached correct version of the Affidavit of Philip A. Garrett, C.P.A., in place of the Affidavit of Philip A. Garrett, C.P.A., filed at Rec. Doc. 22363-5 in the docket of this matter.

New Orleans, Louisiana, this 21st day of January, 2020.

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE