UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

### ORDER

CONSIDERING Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. Motion for Leave to File Reply Memorandum in Support of Rule 23 Motion to Deny Class Certification;

IT IS HEREBY ORDERED that the Motion for Leave is GRANTED and that the Reply Memorandum attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this __21st__ day of __January__, 2020.

_____
U.S. DISTRICT COURT JUDGE