UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14:cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**REPLY MEMORANDUM IN FURTHER SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT ON CLAIMS ASSERTED BY CLAYTON**
**AND DEBRA THOMAS AND FOR SANCTIONS**

**MAY IT PLEASE THE COURT:**

Defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd. (the "Knauf Defendants"), through undersigned counsel, respectfully submit this Reply Memorandum in Support of their Motion for Summary Judgment on Claims Asserted by Clayton and Debra Thomas.

The Thomases did not file an opposition to the Knauf Defendants' Motion or any response to the Knauf Defendants' Statement of Uncontested Facts. When a nonmovant fails to file a response to a movant's Statement of Uncontested Facts, "the material facts which the movant asserts will be deemed admitted." *Loeber v. Bay Tankers, Inc.*, 924 F.2d 1340, 1345 (5th Cir. 1991) Further, the Thomases have the burden of proof at trial on their claims against the Knauf Defendants, and "Rule 56(c) mandates the entry of summary judgment, after adequate time for discovery and upon motion, against a party who fails to make a showing sufficient to establish the

existence of an element essential to that party's case, and on which the party will bear the burden of proof at trial." *Hernandez v. EMC Divers, Inc.*, No. CV 18-1872, 2019 WL 95466, at *1 (E.D. La. Jan. 3, 2019) (quoting *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986)).

Because the Thomases failed to respond to the Knauf Defendants' Statement of Uncontested Facts, and failed to show **any** evidence sufficient to establish the existence of any element essential to their claims, this Court should deem the Knauf Defendants' Uncontested Facts admitted and should enter summary judgment in favor of the Knauf Defendants and against the Thomases, dismissing the Thomases' suit against the Knauf Defendants.  Further, this Court should order that the Knauf Defendants be awarded reasonable fees and costs associated with the preparation of the deposition for which the Thomases failed to appear.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   504.556.5549
Facsimile:    504.310.0279
Email:          kmiller@fishmanhaygood.com

*Counsel for Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants by U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 21st day of January, 2020.

                                      */s/ Kerry J. Miller*
                                      **KERRY J. MILLER**