## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MARY ESCUDIE AND INCORPORATED MEMORANDUM OF LAW

NOW INTO COURT, comes the law firm of Parker Waichman LLP, counsel of record for Plaintiff Mary Escudie, who, pursuant to E.D. La. L.R. 83.2.11, hereby moves to withdraw as counsel of record on behalf of Mary Escudie in the above-captioned matter, and prays this Court enter an Order granting leave to withdraw as counsel for Mary Escudie and in support thereof state:

1. Parker Waichman LLP has represented Plaintiff Mary Escudie in this matter in connection with her defective Chinese Drywall claims against Taishan and their entities, and other Chinese-based Defendants. Specifically, Parker Waichman LLP advised Mary Escudie of her rights regarding the 498 Florida Individual Settlement Offer,[1] the subsequent MFN Buyout Amendment to the Florida Individual Settlement Offer,[2] and the Class Settlement in the Eastern District of Louisiana.[3]

---

[1] *See* Original Notice of Settlement Offer, being filed herewith under seal as "Exhibit A".

[2] *See* Notice of MFN Liquidation Offer, being filed herewith under seal as "Exhibit B"; *see also* Acceptance of Original and/or MFN Settlement Offer, being filed herewith under seal as "Exhibit C"; *see also* Final Letter to Escudie, being filed herewith under seal as "Exhibit D".

[3] *See* Footnote 2.

1

2. Mary Escudie is currently listed on the *Amorin* Complaint and her affected property address is 4724 Butler National Drive, Wesley Chapel, Florida 33543.

3. Plaintiff's counsel has encountered irreconcilable differences with Plaintiff Mary Escudie on issues involving the case, specifically related to her letter to this Court (the "Escudie Letter" [Rec. Doc. No. 22461]). Under the circumstances, it is requested that the law firm of Parker Waichman LLP be granted leave to withdraw as counsel for Mary Escudie.

4. Plaintiff Mary Escudie has been notified of counsel's intent to withdraw as counsel and of all pending deadlines and court appearances in this litigation. Furthermore, this motion has been served upon Mary Escudie at her present mailing address: P.O. Box 7701, Wesley Chapel, Florida 33545. She may be reached by telephone at (813) 546-4027.

5. This motion is made in good faith and Plaintiff Mary Escudie will not suffer any prejudice from undersigned counsel's withdrawal.

6. Undersigned counsel has notified counsel for Defendants of the relief sought in this Motion, who have no objection to the Motion to Withdraw.

WHEREFORE, the law firm of Parker Waichman LLP prays this Honorable Court to allow it to withdraw as counsel of record for Plaintiff Mary Escudie in the above captioned matter.

Dated: January 22, 2020          Respectfully submitted,

                            */s/ Francisco A. Albites*
                            Francisco A. Albites
                            FL Bar No.: 78046
                            Email: falbites@yourlawyer.com
                            Parker Waichman LLP
                            27300 Riverview Center Boulevard, Suite 103
                            Bonita Springs, Florida 34134
                            Office: 239.390.1000
                            Fax: 239.390.0055
                            *Counsel for Parker Waichman LLP Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex-Parte Motion to Withdraw as Counsel of Record for Plaintiff Mary Escudie and Incorporated Memorandum of Law* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2020.

            */s/ Francisco A. Albites*
            Francisco A. Albites