**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO. 2047
            DRYWALL PRODUCTS LIABILITY
            LITIGATION                                          SECTION: L

            THIS DOCUMENT RELATES TO:               JUDGE FALLON

            ALL *CASES*                                          MAG. JUDGE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**"EXHIBIT A" TO PARKER WAICHMAN LLP'S EX PARTE MOTION TO**
<u>**WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MARY ESCUDIE**</u>

# FILED UNDER SEAL