## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING PARKER WAICHMAN LLP'S EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MARY ESCUDIE

Considering the law firm of Parker Waichman LLP's *Ex Parte Motion to Withdraw as Counsel of Record for Plaintiff Mary Escudie and Incorporated Memorandum of Law*,

**IT IS ORDERED** that Parker Waichman LLP and its attorneys are hereby withdrawn as counsel of record for Mary Escudie in these proceedings and that the Clerk of Court's records be changed to reflect the same.

**DONE AND ORDERED** in New Orleans, Louisiana, this _____ day of _____, 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

4