# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

NOW INTO COURT, through undersigned counsel, comes the law firm of Parker Waichman LLP, who respectfully moves for an Order allowing it to file Exhibits A through D to its *Motion to Withdraw as Counsel for Plaintiff Mary Escudie* under seal, since these Exhibits contain relevant attorney-client protected communications with and recommendations to Plaintiff Mary Escudie. Specifically, the exhibits contain Parker Waichman LLP's detailed advice to Mary Escudie regarding the 498 Florida Individual Settlement Offer from Defendant Taishan and related entities, the MFN Liquidation Buyout Amendment to the Florida Individual Settlement Offer, and the Class Settlement in the Eastern District of Louisiana. In light of the ongoing litigation and the nature of these documents, these Exhibits should be admitted under seal. Additionally, undersigned counsel has conferred with counsel for Defendants Taishan, CNBM, and BNBM and related entities, who have no objection to the instant Motion.

WHEREFORE, Parker Waichman LLP prays that the instant Motion be granted and that the accompanying Exhibits A through D be filed into the record, under seal, as Exhibits to Parker Waichman LLP's *Motion to Withdraw as Counsel for Plaintiff Mary Escudie*.

Dated: January 22, 2020            Respectfully submitted,

                                       */s/ Francisco A. Albites*
                                       Francisco A. Albites
                                       FL Bar No.: 78046
                                       Email: falbites@yourlawyer.com
                                       Parker Waichman LLP
                                       27300 Riverview Center Boulevard, Suite 103
                                       Bonita Springs, Florida 34134
                                       Office: 239.390.1000
                                       Fax: 239.390.0055
                                       *Counsel for Parker Waichman LLP Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing *Motion for Leave to File Exhibits Under Seal* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2020.

                                 */s/ Francisco A. Albites*
                                 Francisco A. Albites