## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL *CASES* | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Parker Waichman LLP,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and Exhibits "A," "B," "C," and "D" to Parker Waichman LLP's Motion to Withdraw as Counsel for Plaintiff Mary Escudie be and are hereby filed UNDER SEAL.

**DONE AND ORDERED** in New Orleans, Louisiana, this _____ day of _____, 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE