UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### DEFENDANT TAISHAN'S RESPONSE TO CORRESPONDENCE FROM MICHAEL GUERRIERO

Mr. Michael Guerriero purported to object to the Class Settlement with Taishan. Rec. Doc. 22389-24. But as the Court acknowledged, Mr. Guerriero "objected not to the Settlement itself, but to being excluded from it." Rec. Doc. 22460 at 24-25. To assist the Court in addressing Mr. Guerriero's request, Taishan submits the following response.

Mr. Guerriero was excluded from the Class Settlement because he fell within the class-definition exclusion category of Plaintiffs "whose Claims were dismissed for failure to complete a Supplemental Plaintiff Profile Form or by motion for voluntary dismissal." Rec. Doc. 22314 at 2. Judge Cooke in the Southern District of Florida dismissed Mr. Guerriero's claim with prejudice on October 17, 2018, at the direction of his individual counsel, Parker Waichman, after Mr. Guerriero failed to submit a Supplemental Plaintiff Profile Form ("SPPF"). Rec. Doc. 21888-1 (docketing FLSD ECF No. 96); *see also* Rec. Doc. 22397-29 (Ex. 26 to Class Counsel's Motion for Final Approval; documenting dismissal at the direction of counsel). This Court dismissed Mr. Guerriero's claim with prejudice on November 1, 2018. Mr. Guerriero now contends that he failed to submit a timely SPPF because he had a stroke. Rec. Doc. 22389-24 at 1-2. He requests that the

1

Court allow him to participate in the Class Settlement by disregarding his prior dismissal with prejudice based on "excusable neglect due to medical reasons." *Id.* at 3.

Although not formally stated in his pro se letter, Mr. Guerriero appears to be requesting relief from a final judgment or order, which is governed by Federal Rule of Civil Procedure 60(b). If the Court considers that request for relief, it should therefore apply the Rule 60(b) standards. To the extent Mr. Guerriero's request is based on his stated reason of "excusable neglect," Mr. Guerriero's request would not be timely because motions pleading "excusable neglect" under Rule 60(b)(1) must be made "no more than one year after the entry of the judgment" (Rule 60(c)). Taishan takes no position on whether Mr. Guerriero made his request for relief "within a reasonable time" (Rule 60(c)) as to "any other reason that justifies relief" (Rule 60(b)(6)).

If Mr. Guerriero's request is considered timely, Taishan takes no position on whether Mr. Guerriero's proffered reasons justify Rule 60(b) relief. And Taishan takes no position on whether Mr. Guerriero would be a member of the Settlement Class if the Court grants Rule 60 relief.

Dated: Jan. 22, 2020

Respectfully submitted,

/s Christina Hull Eikhoff
Michael P. Kenny, Esq.
Georgia Bar No. 415064
Bernard Taylor, Esq.
Georgia Bar No. 669625
Christina Hull Eikhoff, Esq.
Georgia Bar No. 242539
David Venderbush, Esq.
New York Bar No. 2920817
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 881-7000
Fax: (404) 881-7777
christy.eikhoff@alston.com

*Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

Alan Dean Weinberger
LA Bar No. 13331
HANGARTNER, RYDBERG & TERRELL, LLC
One Shell Square
701 Poydras St., Suite 310
New Orleans, Louisiana 70179
Phone: (504) 434-6815
Fax: (504) 522-5689
aweinberger@hanrylaw.com
*Local Counsel for Taishan Gypsum Co., Ltd. And Tai'an Taishan Plasterboard Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of January, 2020.

    /s Michael P. Kenny
Michael P. Kenny, Esq.
Georgia Bar No. 415064
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, Georgia  30309
Phone: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com

*Counsel for Taishan Gypsum Co., Ltd. and Tai'an Taishan Plasterboard Co., Ltd.*