UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 <br><br> SECTION "L" |
| This document relates to: <br><br> *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* <br><br> Case No. 14:cv-2722 | JUDGE ELDON FALLON <br><br> MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER**

CONSIDERING the Motion for Leave to File Reply Memoranda in Support of Motions for Summary Judgment (Rec. Docs. 22407, 22408, 22428, 22433, 22435, 22437, 22438, 22439, 22440, 22441, 22452, and 22453) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memoranda attached to the Motion are hereby filed into the record.

New Orleans, Louisiana, this __22nd__ day of _____January_____, 2020.

_____
U.S. DISTRICT COURT JUDGE