UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION L |
| This document relates to: | JUDGE ELDON FALLON |
| Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al | MAGISTRATE JOSEPH WILKINSON, JR. |

Case No. 14-cv-2722
_____

CONTINUATION OF THE DEPOSITION OF MARIA ELENA KENDALL
& A&B REAL ESTATE HOLDINGS, LLC

Friday, December 20, 2019
10:28 a.m. to 11:00 a.m.
318 Alhambra Circle
Coral Gables, Florida

Stenographically Reported By:
FELICIA C. ORTEGA, FPR
Florida Professional Reporter

**EXHIBIT A**

```
 1    different pieces of property that were included on the
 2    itemization, and you told Mr. Rosenbloom that you didn't
 3    know the specifics with respect to any of those
 4    individuals items.
 5              At this time, do you have any additional
 6    information concerning any of those specific items?
 7         A.   No, not really.
 8         Q.   You say not really, I want to be clear --
 9         A.   No, I don't, okay.
10         Q.   Just that --
11         A.   No, I don't.
12         Q.   In the last deposition, Mr. Rosenbloom asked
13    you if you had any information concerning how Chinese
14    drywall was discovered in the house.  Do you have any
15    information today as to how that Chinese drywall was
16    discovered in the house?
17         A.   No.
18         Q.   And during that last -- Mr. Rosenbloom asked
19    you if you had any information concerning the location of
20    the house were Chinese drywall was located.  Do you have
21    any additional information or any information at all
22    today concerning where in the house the Chinese drywall
23    was located?
24         A.   No.
25         Q.   My understanding is you have -- your -- the
```

```
 1    company that you're affiliated with, A&B Real Estate
 2    Holdings, LLC, that is a property holding company; is
 3    that right?
 4         A.   Yes.
 5         Q.   Dr. Kendall?
 6         A.   Yes.
 7         Q.   Did you hear my question?
 8         A.   Yes.
 9              And the answer is yes.
10         Q.   The answer is yes?
11         A.   Yes.
12         Q.   And so A&B Real Estate Holdings -- or A&B
13    Holdings is a real estate holding company.  And did that
14    particular company -- was it purchasing properties in
15    about 2006, 2007?
16         A.   Yes.
17         Q.   And were those properties in Southwest
18    Florida -- or Southeast Florida, South Florida?
19         A.   Yes.
20         Q.   When did you first become aware of Chinese
21    drywall, not specifically in this particular home, but
22    just as a general concept?
23         A.   Chinese drywall as a general concept not
24    related to this property?
25         Q.   Yes.  I just want to know when you first heard
```

```
 1  about Chinese drywall.
 2      A.   Maybe -- I don't know, ten years ago, eight
 3  years ago, nine years.  I don't know, a while ago.
 4      Q.   Before you bought the property on 217 Avenue?
 5      A.   Probably.  Not sure.
 6           Because I can't remember the exact date that I
 7  know about the existence of Chinese drywall as a general
 8  subject.
 9      Q.   Do you know whether any other properties owned
10  by A&B Real Estate Holdings have ever had Chinese
11  drywall?
12      A.   I don't remember.
13      Q.   If you say you don't remember on that
14  particular issue, how would you determine whether another
15  property owned by A&B Real Estate Holdings, ever been
16  owned by A&B Real Estate Holdings, has had Chinese
17  drywall?
18      A.   How would I determine that; is that the
19  question?
20      Q.   Yes.
21      A.   If we get a call from a tenant that there's a
22  problem and then the property managers go and see and
23  then somebody figures it out.  That's the only way I
24  would know.
25      Q.   That, to me, sounds like that would be the
```

1  contemporaneous way of determining whether a property has
2  Chinese drywall.
3           What I'm trying to understand is, if, for
4  example, in 2010 there was a property owned by A&B Real
5  Estate Holdings that had Chinese drywall, how would you
6  today go and search for records reflecting that that
7  property had Chinese drywall?
8       A.   I would have to ask the property manager about
9  the property and get whatever files we have and whatever
10 files are at the trust law firm and try to figure it out,
11 I guess.
12      Q.   When you say the property manager, who is that?
13      A.   One of them is Tom Luongo, and there's another
14 property manager Tony Lopez.
15      Q.   And how long has Mr. Luongo been a property
16 manager for A&B Real Estate Holdings?
17      A.   Maybe -- I don't know exactly, but I would say
18 maybe 10 years, 12 years.
19      Q.   You also mentioned Tony Lopez.  How long has
20 Mr. Lopez been a property manager for A&B Real Estate
21 Holdings?
22      A.   Twice, he's been in the past, and then, now,
23 again, maybe five years, four years, five years.  This is
24 an approximation.  I don't know exact dates.  I don't
25 have payroll records in front of me.

```
 1   know, expenses, rent, tax info.  It doesn't say, oh, look
 2   on the top it says something rent and taxes per month,
 3   2015, for A&B.  In the last page, 2018, there is no
 4   label.
 5           That's why I didn't know.  But I imagine it's
 6   rent and taxes per month, 2017, has a title and then '15
 7   and '16, and '17, but '18 doesn't have it.  So I don't
 8   know what '18, if it's the same thing or not.
 9        Q.  Let's look at the second page, 2017.
10        A.  Okay.
11        Q.  If we look at, for example, March of 2017 and
12   we look at the line for 23205 Southwest 217th Avenue,
13   there's a block that says 3100; do you see that?
14        A.  Yes.
15        Q.  Would that indicate then that there was $3100
16   in rent for that property in 2017?
17        A.  Possibly, but on the top it says rents and
18   taxes.  I don't know how they do this.  This is some
19   Excel sheet.  But maybe it's rent minus taxes, plus
20   taxes.  I don't know.  It doesn't give me information on
21   this.
22        Q.  Do the tenants pay a certain amount of the
23   taxes per month and cover that ultimate tax payment?
24        A.  That, I think, is paid by the BBK -- no -- what
25   is this one -- A&B Real Estate Holdings is paid by the
```

1  company.  The real estate taxes, I think, are paid once a
2  year by the company, something like that.
3      Q.  **So they pay those taxes, but do they recoup the**
4  **taxes through the rent payments that they charge to the**
5  **tenants?**
6      A.  Oh, I don't know how they do it.  You know,
7  that, you have to ask the accountant.  I don't know.
8      Q.  **Who is the accountant?**
9      A.  Samuel Colton.
10     Q.  **And is Mr. Colton with a firm or does he work**
11 **alone?**
12     A.  He works alone.
13     Q.  **Did Mr. Colton prepare this document or --**
14     A.  No, I think this is an internal document.  This
15 is from the property manager's computer, you know, they
16 put stuff in there, but I don't know.  It could be
17 Mr. Colton, but I think it's from the -- you know, when
18 they give -- do bookkeeping for the -- for the
19 accountant, and then the accountant does whatever he
20 does, and then the trust attorneys get whatever they
21 require for taxes or whatever so.
22     Q.  **You see that there's highlighting on each page?**
23     A.  Yes.
24     Q.  **Do you have an understanding of why those**
25 **different cells are highlighted?**

```
 1        A.   Well, I would assume that it's because they all
 2   say zero.  Yeah, like -- let me look at the last page
 3   here.  Yeah, wherever it says zero, it's highlighted, and
 4   then some say -- okay, but that's not highlighted.  Okay.
 5   It says zero.  In other words, there was nothing.  I
 6   don't know, so zero.
 7        Q.   What is the significance of the zero being
 8   highlighted?
 9        A.   I don't know.  I would imagine that there was
10   no taxes or rents or maybe nobody was there.  I don't
11   know exactly what it means, you know, but I would think
12   it's like -- there's no figures there, so maybe the
13   property is empty.  I don't know.
14        Q.   So would it be your understanding then that for
15   the month in which there is a figure that there were
16   people in that property?
17        A.   There were numbers there, but I don't know.  I
18   would think they'd be a rent or a tax or something, but
19   I'm not going to speculate, because you guys -- last time
20   I was trying to help out, but I don't really know.  I
21   don't know.  So I'm just going to tell you I don't know.
22        Q.   (Unintelligible).
23        A.   Say that again.  I'm sorry.
24        Q.   It's okay.  Do you know whether there was
25   somebody in the 23205 Southwest 217th Avenue property in
```