UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION "L" |
| **This document relates to:** *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON E. FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

**ORDER**

CONSIDERING the Motion for Leave to File Reply Memorandum in Support of Motion for Summary Judgment (Rec. Doc. 22447) filed by Knauf Gips KG and Knauf Plasterboard (Tianjin) Co., Ltd.;

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Reply Memorandum attached to the Motion is hereby filed into the record.

New Orleans, Louisiana, this __22nd__ day of _____January_____, 2020.

_____
HONORABLE ELDON E. FALLON
U.S. DISTRICT COURT JUDGE