IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:                              )
CHINESE-MANUFACTURED                )
DRYWALL PRODUCTS LIABILITY          )
LITIGATION,                         )
                                    )
PLAINTIFFS,                         )
                                    )
                                    )
VS.                                 )   CASE NO. 14-cv-2722
                                    )
This document relates to:           )
                                    )
Elizabeth Bennett, et al            )   DEPOSITION OF:
vs. Gebr. Knauf                     )   JOSHUA KELLEY
Verwaltungsgesellschaft,            )
KG, et al,                          )
                                    )
DEFENDANTS.                         )

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

JOSHUA KELLEY,

may be taken before LaKeysha T. Satterfield, Commissioner and Notary Public, State at Large, at the offices of Bain & Associates, 505 20th Street North, Suite 1250, Birmingham, Alabama 35203, on the 5th day of December, 2019, commencing at approximately 9:00 a.m.

**EXHIBIT 4**

```
 1  didn't sell a portion to him.  He just got on the deed.
 2  Q.         Do you know how he got on the deed?
 3  A.         No, sir, I don't.
 4  Q.         Do you know when he got on the deed?
 5  A.         I'm not sure.
 6  Q.         Back in 2012 when you bought the property, how
 7  much did you buy it for?
 8  A.         It was like a 120,000.  120,000 I want to say.
 9  Q.         And the house was already on the property at
10  that point in time?
11  A.         Yes, sir.
12  Q.         And who lives in the property?
13  A.         It's me, my mom, dad, sister.
14  Q.         And y'all lived in it from 2012 until today?
15  A.         Yes, sir.
16  Q.         And you claim that the house has Chinese
17  drywall in it?
18  A.         Yes.
19  Q.         Has it ever been repaired, the drywall removed
20  or repaired?
21  A.         Not to my knowledge.
22  Q.         And when you bought the house in 2012, did you
23  know if it had Chinese drywall in it?
24  A.         No, I did not know.
25  Q.         Did you do an inspection when you bought it?
```

```
 1  Cherry Kelley?
 2  A.          That's my mom.
 3  Q.          That's your mom.  And do you know what
 4  inspection took place on May 29th, 2015 to identify Chinese
 5  drywall?
 6  A.          No, sir.  I actually don't know exactly what
 7  kind of inspection she did.
 8  Q.          How did y'all come -- if y'all moved into the
 9  house in 2012, how did you come to believe that the house
10  contained Chinese drywall?  What caused you to make the
11  claim?
12  A.          After so long, it was -- the odor was strong,
13  and my cousin, she had did a claim, and -- I think it was
14  maybe -- I'm not sure when it was.  When she came and visit
15  us, she said that we might be potentially Chinese drywall
16  victims, so that's how we went about filing.
17  Q.          And what's your cousin name?
18  A.          Starla Jones.
19  Q.          Starla Jones.  And do you recall when she might
20  have come into the home and said, I recognize this odor,
21  y'all might be Chinese drywall victims.  When in relation to
22  moving in 2012?
23  A.          No.  She actually -- I actually wasn't at the
24  home when she came.  That might have been somewhere my dad,
25  my mom was there, and they pushed the issue to go ahead and
```

```
 1   Q.            Okay.  Let's go to the next tab document behind
 2   tap 4 in the binder.  Let's go ahead and mark that as
 3   Exhibit 3 to your deposition.
 4                 (Defendants' Exhibit Number 3 was marked for
 5                 identification.)
 6   Q.            (By Mr. Miller) This is another profile form
 7   type document.  Do you see that, sir?
 8   A.            Yeah.
 9   Q.            And again, at the bottom, it says, Claimant and
10   Property Information, and it lists you as a claimant and
11   then -- is that your mom again, Cherry Kelley as the other
12   claimant?
13   A.            Yes, it is.
14   Q.            But your dad is not listed on this one, right?
15   A.            I guess not.  It may be another misprint.
16   Q.            I was going to ask you that.  Do you know why
17   he's not listed?
18   A.            No.  Probably another misprint.
19   Q.            Okay.  And if you'll look at the second page,
20   it's got Section 2, Purchase, sale and transfer of
21   ownership.  It says, When did you acquire the property?  It
22   says, August 2nd, 2012.  Do you see that, sir?
23   A.            Yeah.
24   Q.            Does that appear to be correct?  Is that the
25   date that you acquired it?
```

```
 1   name, Cherry Kelly, right?
 2   A.         Right.
 3   Q.         And the social security number that's on this
 4   form, is that your social security number?
 5   A.         Yes, it is.
 6   Q.         Okay.  Let's flip a page.  Under, the Affected
 7   Property Address that's 160 Blairs Circle.  That's the home
 8   we're talking about today?  You see that?
 9   A.         Yes.  Yeah.
10   Q.         And then look at section number 8, settlement
11   agreement under which you have are submitting this claim.
12   Check all that applies.  You see that?
13   A.         Yeah.
14   Q.         And which two settlement agreements did you
15   check off?
16   A.         Like Knauf and InEx.
17   Q.         K-N-A-U-F, there's a checkbox, right?
18   A.         Yes.
19   Q.         And I-N-E-X, is a check box, right?
20   A.         Right.
21   Q.         Okay.  And look at the next page.  It's
22   actually 11.  It says, Tell us your relationship to the
23   affected property and then there's a box checked for
24   residential owner.  Do you see that?
25   A.         Yes.
```