IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: ) | |
| CHINESE-MANUFACTURED ) | |
| DRYWALL PRODUCTS LIABILITY ) | |
| LITIGATION, ) | |
| ) | |
| PLAINTIFFS ) | |
| ) | |
| ) | |
| VS. ) | CASE NO.14-cv-2722 |
| ) | |
| This document relates to: ) | |
| ) | |
| Elizabeth Bennett, et al ) | DEPOSITION OF: |
| vs. Gebr. Knauf ) | EARNEST HAMILTON |
| Verwaltungsgesellschaft, ) | |
| KG, et al, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

S T I P U L A T I O N S

     IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:
                    EARNEST HAMILTON,
may be taken before LaKeysha T. Satterfield, Commissioner and Notary Public, State at Large, at the offices of Bain & Associates, 505 20th Street North, Suite 1250, Birmingham, Alabama 35203, on the 5th day of December, 2019, commencing at approximately 10:14 a.m.

**EXHIBIT 5**

**Worldwide Court Reporters, Inc.**
(800) 745-1101

```
 1   Q.         And at this point in time, would you like to
 2   add to any of the answers that Mr. Kelley gave or give
 3   answers that are different from Mr. Kelley gave with respect
 4   to any of the questions I asked?
 5   A.         No.
 6   Q.         You basically adopt Mr. Kelley's testimony as
 7   your testimony?
 8   A.         Right.
 9   Q.         Can you help me understand how you became a
10   part owner of the home?
11   A.         He added me on, you know.  I'm his father.  I
12   mean -- after he purchased the house, he put my name on it.
13   Q.         Okay.  So it looks like -- I mean, I know that
14   we looked at the deed.  It looks like Mr. Kelley purchased
15   the house by himself from the VA, correct?
16   A.         Right.  Correct.
17   Q.         And we saw that there's some tax records later
18   on in '16 and '17 and you appeared on the tax records,
19   correct?
20   A.         Correct.
21   Q.         So just tell us in your own words how you
22   became on the deed for the home?
23   A.         He -- Josh, when he bought the house, a little
24   later on he put me on with him.
25   Q.         Okay.  Do you recall signing paperwork or
```

```
 1   drywall in the home prior to preparing this invoice,
 2   correct?
 3   A.        Say it one more time.
 4   Q.        Yeah.  You knew there was Chinese drywall in
 5   the home prior to preparing this invoice, correct?
 6   A.        When I went to find out about it, yeah.
 7   Q.        So you find out about Chinese drywall before
 8   preparing the invoice, correct?
 9   A.        No.
10   Q.        Let me ask it a different way.
11   A.        Yeah.
12   Q.        You prepared this invoice on December 5th,
13   2013, why?
14   A.        To repair the house, yeah.  Okay.  Okay.  Yeah.
15   Q.        And to repair the house why?
16   A.        Well, it's something that we had came up with
17   when I was -- I was busy -- doing another building so.
18   Q.        But this was a prepared invoice to repair the
19   home for Chinese drywall, correct?
20   A.        Right.
21   Q.        And this is your company, right, Terry
22   Hamilton?
23   A.        Right.  That's correct.
24   Q.        And you were going to remove all the Sheetrock
25   and do the same thing that is set forth on the invoice,
```