UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION "L" |
|---|---|
| This document relates to: *Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al* Case No. 14:cv-2722 | JUDGE ELDON FALLON MAGISTRATE JOSEPH WILKINSON, JR. |

## AFFIDAVIT

State of Virginia
County of Henrico

Before me, the undersigned authority, personally appeared Jacob S. Woody ("Affiant") who being by me first duly sworn, on oath deposes and says that:

1. Affiant was the Claims Administrator for the Knauf Settlement and InEx Settlement agreements;

2. Claims ("Claims") to both the Knauf Settlement and InEx Settlement agreements were filed for the property located at 160 Blairs Circle in Pell City, Alabama on September 26, 2013;

3. Brown Green PLC confirmed that the Claims were part of the Knauf and InEx settlement classes and that the Claims were timely filed under those settlements; and

4. I declare under penalty of perjury that the foregoing is true and correct.

Jacob S. Woody, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 21st DAY OF January, 2020.

Notary Public
Print Name: Kendra Marie Copeland
My commission expires: 3/31/22

**EXHIBIT 6**