UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION "L" |
| **This document relates to:**<br><br>*Elizabeth Bennett, et al v. Gebr. Knauf Verwaltungsgesellschaft, KG, et al*<br><br>**Case No. 14-cv-2722** | JUDGE ELDON FALLON<br><br>MAGISTRATE JOSEPH WILKINSON, JR. |

**STATEMENT OF UNCONTESTED MATERIAL FACTS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd. (the "Knauf Defendants"), who submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment on the Claims Asserted by Joshua Kelley and Terry Hamilton:

1. The original Bennett Complaint was filed on November 13, 2014 in the Northern District of Alabama and was subsequently transferred and consolidated into MDL 2047 (Rec. Doc. 18181).

2. The Complaint was amended multiple times to amend the parties and claims.

3. Following the Fifth Amended Complaint, certain plaintiffs intervened.

4. The Fifth Amended Complaint is the operative complaint in this matter.

5. Joshua Kelley is a plaintiff in the operative Fifth Amended Complaint and has made claims against Knauf Gips KG and KPT regarding the alleged presence of defective

1

Chinese drywall installed in the property located at 160 Blairs Circle, Pell City, Alabama (the "Property").

6. Terry Hamilton, also known as Ernest Hamilton, is a plaintiff listed in Plaintiffs' Motion to Intervene wherein Terry Hamilton made claims against Knauf Gips KG and KPT regarding the alleged presence of defective Chinese drywall installed in the Property. *See* Motion to Intervene, R. Doc. No. 22334, p. 2.

7. In conducting discovery in this MDL and in Bennett matter, this Court approved a Plaintiff Profile Form, Supplemental Plaintiff Profile Form, Owner Disclosure Affidavit, and Plaintiff Fact Sheet to be completed by Plaintiffs and set forth full and complete answers regarding the claims and damage amounts sought by all Bennett Plaintiffs.

8. Joshua Kelley and Terry Hamilton each completed the Court approved documents and submitted the support for his claims. The documents were completed under penalty of perjury. *See* Exhibits 1, 2, and 3.

9. Joshua Kelley was deposed on December 5, 2019 and had twenty-one (21) days to supplement documents.

10. Terry Hamilton was deposed on December 5, 2019 and adopted Joshua Kelley's testimony as his own. *See* Exhibit 5, Deposition of Terry Hamilton at 4:1-8.

11. Joshua Kelley purchased the Property in 2012. *See* Exhibit 4, Deposition of Joshua Kelley at 13:20-22.

12. Terry Hamilton was subsequently added to the deed for the Property. *See* Exhibit 4, Deposition of Joshua Kelley at 6:2-5.

13. The Property was first suspected to have Chinese drywall when Plaintiff's cousin, Starla Jones, indicated to Terry Hamilton and Joshua Kelley's mother that the Property may have Chinese drywall. *See* Exhibit 4, Deposition of Joshua Kelley at 10:19-25.

14. Terry Hamilton prepared an invoice dated December 5, 2013, to repair the Property for Chinese drywall. *See* Exhibit 5, Deposition of Terry Hamilton at 7:12-20.

15. Joshua Kelley submitted a claim under the Knauf and InEx settlement agreements ("Claims") for the Property. *See* Exhibit 6, Affidavit of Jacob S. Woody, Claims Administrator for the Knauf Settlement and InEx Settlement agreements.

16. Brown Greer PLC confirmed that the Claims were part of the Knauf and InEx settlement classes and that the Claims were timely filed under those settlements. *Id.*

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
_____
**KERRY J. MILLER (#24562), T.A.**
**PAUL C. THIBODEAUX (#29446)**
**DANIEL J. DYSART (#33812)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:    504.556.5549
Facsimile:     504.310.0275
Email:           kmiller@fishmanhaygood.com
*Counsel for Defendant,*
*Knauf Gips KG and*
*Knauf Plasterboard (Tianjin) Co. Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, individually to pro se claimants via U.S. Mail, and that the foregoing was filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana, on this 23rd day of January, 2020.

                                      /s/ *Kerry J. Miller*
                                      **KERRY J. MILLER**