MINUTE ENTRY
FALLON, J.
JANUARY 22, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: REF: 14-2722 | JUDGE FALLON MAGISTRATE WILKINSON |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Alexis Vice

Appearances:   Jimmy Doyle Esq., for Plaintiffs
Kerry Miller, Esq., Kaki Johnson, Esq., Michael Dodson, Esq., Rebekka C. Veith, Esq., William Mizell, Esq. and Daniel Dysart, Esq. for Knauf Defendants

1. Plaintiffs Motion to Remand Case to the Northern District of Alabama (22384)
After argument – Motion was DENIED as premature, reserving the Plaintiffs' right to refile at a more appropriate time.

2. Rule 23 Motion of Knauf Defendants to Deny Class Certification (22399)
After argument – Motion was GRANTED with the Court's written reasons to follow.

3. Motion of Knauf Defendants to Strike Amended Opposition to Motion for Summary Judgment as to the Claims Asserted by Wicler Pierre (22490)
After argument – Motion was GRANTED for reasons orally stated on the record.

Motion of Knauf Defendants for expedited consideration on their motion to strike amended opposition to motion for summary judgment as to the claims asserted by Wicler Pierre, Rec. Doc. 22491, is DISMISSED AS MOOT.

4. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Wicler Pierre (22374)
After argument – Motion was taken under submission

5. Motion of Knauf Defendants to Dismiss claims asserted by Vashti Alethia Locke-Esberry, under Rule 37 or alternatively, for other sanctions (22375)
After argument – Motion was taken under submission

6. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Clayton and Debra Thomas (22376)
After argument – Motion was GRANTED as unopposed.

7. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Kurt and Suzanne Tolliver (22447)
After argument – Motion was taken under submission

8. Motion of Knauf Defendants for Summary Judgment as to claims asserted by John and Rebecca Judge (22453)
After argument – Motion taken under submission

9. Motion of Knauf Defendants for Summary Judgment as to claims asserted by James Blevins (22452)
After argument – Motion was taken under submission

10. Motion of Knauf Defendants for Summary Judgment as to claims asserted by A&B Real Estate Holdings, LLC (22428)
After argument – Motion was taken under submission

11. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Carlos Salabarria (22440)
After argument – Motion was taken under submission

12. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Skyline Glass, LLC (22407)
After argument – Motion was taken under submission

13. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Daniel and Shona Blonsky (22408)
After argument – Motion was taken under submission

14. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Abigail Cohen (22435)
After argument – Motion was taken under submission

15. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Levi Taylor (22441)
After argument – Motion was taken under submission

16. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Isidro & Marfelia Calderon (22433)
After argument – Motion was taken under submission

17. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Anjali Van Drie (22437)
After argument – Motion was taken under submission

18. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Julio Martinez (22439)
After argument – Motion was taken under submission

19. Motion of Knauf Defendants for Summary Judgment as to claims asserted by Elvis Ferrera (22438)
After argument – Motion was taken under submission

JS10:    2:23