UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED         MDL NO.    2047
DRYWALL PRODUCTS LIABILITY           SECTION:   L
LITIGATION                           JUDGE FALLON
                                     MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

## EX-PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the law firm of Parker Waichman, LLP, and hereby moves to withdraw as counsel of record on behalf of Kenneth Rayborn pursuant to Local Rule 83.2.11, and as grounds thereof would state as follows:

1. Parker Waichman LLP has represented Kenneth Rayborn in this matter in connection with his defective Chinese Drywall claims against Taishan and their entities, and other Chinese-based Defendants.

2. Kenneth Rayborn is currently listed on the *Brooke* Complaint.  His affected property address is 15693 Fiddlesticks Boulevard, Fort Myers, Florida 33912.

3. Irreconcilable differences have arisen between Parker Waichman LLP and claimant, Kenneth Rayborn, on issues involving the case. Under the circumstances, it is requested that the law firm of Parker Waichman LLP and its attorneys be granted leave to withdraw as counsel for Kenneth Rayborn.

4. Plaintiff's counsel has notified Kenneth Rayborn of counsel's intent to withdraw as counsel and served this motion upon Mr. Rayborn at his last known address, 15693

Fiddlesticks Boulevard, Fort Myers, Florida 33912, via certified mail # 70173380000081653327. His last known phone number is (423) 618-2282.

5. There are currently no deadlines or a trial set in this matter. Undersigned counsel has informed Mr. Rayborn of the pending status conference in this matter on February 7, 2020.

6. This motion is made in good faith and Plaintiff, Kenneth Rayborn, will not suffer any prejudice from undersigned counsel's withdrawal.

7. Plaintiff's counsel has sent Kenneth Rayborn correspondence advising him to seek counsel immediately should he wish to proceed with his claim.

WHEREFORE, the undersigned law firm, Parker Waichman LLP, respectfully requests this Honorable Court to grant this motion and permit Parker Waichman LLP and its attorneys to withdraw as counsel of record on behalf of Kenneth Rayborn.

Dated: January 27, 2020.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been provided to Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email and upon all parties by electronically uploading the same to File & Serve Xpress f/k/a LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and sent via certified mail #70173380000081653327 to Kenneth Rayborn, 15693 Fiddlesticks Boulevard, Fort Myers, Florida 33912, on this 27th day of January, 2020.

/s/ Francisco A. Albites
FRANCISCO A. ALBITES, ESQ.

Florida Bar NO. 78046
PARKER WAICHMAN LLP
27300 Riverview Center Blvd., Suite 103
Bonita Springs, FL 34134
Phone: (239) 390-1000
Direct: (239) 390-8612
Fax: (239) 390-0055
PWFLPleadings@yourlawyer.com