UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.    2047<br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL CASES

_____/

### ORDER

Considering the law firm of *Parker Waichman LLP's Ex-Parte Motion to Withdraw as Counsel of Record for Plaintiff, Kenneth Rayborn*,

**IT IS ORDERED** that Parker Waichman LLP and its attorneys are hereby withdrawn as counsel of record for Kenneth Rayborn in these proceedings and that the Clerk of Court's records be changed to reflect the same.

**DONE AND ORDERED** New Orleans, Louisiana, this _____ day of _____, 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE