UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

The Court has received numerous correspondences from common benefit attorneys wishing to explain or address deficiencies in hours reported to the Court-appointed CPA. It has additionally come to the Court's attention that other attorneys have contacted the Court-appointed CPA requesting the same. Accordingly,

**IT IS ORDERED** that any request to supplement or clarify the hours reported to the Court-appointed CPA should be directed to the Court, not the Court-appointed CPA, in the form of a letter and supporting affidavit attached to the fee application.

**IT IF FURTHER ORDERED** that any hours or expenses incurred after December 31, 2019, be reported to the Court in the fee application, rather than the Court-appointed CPA.

New Orleans, Louisiana this 28th day of January, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge