## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## PLAINTIFFS PEDRO AND MARGARITA DELGADO'S UNOPPOSED MOTION TO RESCIND OPT OUT OF CLASS ACTION SETTLEMENT

COME NOW Plaintiffs Pedro and Margarita Delgado, and for the reasons set forth in the attached Memorandum in Support, respectfully request this Court to enter an Order rescinding their Class Action Settlement Opt Out Request sent to Settlement Class Counsel on October 8, 2019, and reported to the Court on December 4, 2019. See Settlement Class Counsel's Notice of Filing of Opt-Out Requests [Rec. Doc. 22388, Exhibit 12]. The undersigned counsel has conferred with Settlement Class Counsel and counsel for the Taishan defendants, who have advised they have no objection to Plaintiff's rescission of their opt out request and participation in the class action settlement. For the reasons set forth in more detail in the accompanying memorandum, Plaintiffs respectfully move the Court for an Order rescinding their opt out request, which will allow them to participate in the Class Action Settlement[1] reached with the Taishan defendants.

---

[1] See Order & Reasons granting Settlement Class Counsel's Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (2) Certifying the Settlement Class (the "Motion"), and granting in part Settlement Class Counsel's Motion for an Award of Attorney Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys. R. Doc. 22460.

Respectfully Submitted,

Dated: January 28, 2020          **BARON & BUDD, P.C.**

By: ___/s/ *Holly R. Werkema*___
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of January, 2020.

  /s/ Holly R. Werkema