# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS PEDRO AND MARGARITA DELGADO'S UNOPPOSED MOTION TO RESCIND OPT OUT OF CLASS ACTION SETTLEMENT

**MAY IT PLEASE THE COURT:**

For the reasons set forth below, Plaintiffs Pedro and Margarita Delgado (hereinafter "Plaintiffs") respectfully request leave to rescind their opt out request to the Taishan Class Action Settlement.[1] In support thereof, the undersigned states:

On October 8, 2019, Plaintiffs delivered a settlement opt out request[2] to Settlement Class Counsel, effectively opting themselves out of the Taishan Class Action Settlement. On December 4, 2019, Settlement Class Counsel properly informed the Court of Plaintiffs' opt out request. See *Id.* On January 10, 2020, the Court granted final approval of the Taishan Class Action Settlement. See R. Doc. 22460. Thereafter, Plaintiffs reconsidered their opt out decision, and now wish to participate in the Taishan Class Action Settlement. The undersigned has conferred with Settlement

---

[1] See Order & Reasons granting Settlement Class Counsel's Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement with Taishan Gypsum Company Ltd. f/k/a/ Shandong Taihe Dongxin Co., Ltd. and Taian Taishan Plasterboard Co. Ltd. (collectively, "Taishan") and (2) Certifying the Settlement Class (the "Motion"), and granting in part Settlement Class Counsel's Motion for an Award of Attorney Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys. R. Doc. 22460.
[2] See Settlement Class Counsel's Notice of Filing of Opt-Out Requests. R. Doc. 22388, Exhibit 12.

Class Counsel and counsel for the Taishan defendants, and both have advised that they have no objection to Plaintiffs' rescission of their opt out request and participation in the class settlement.

The undersigned submits that rescission of Plaintiffs' opt out request will not harm any class member, as Plaintiffs' were included in the class when the settlement was negotiated, and Plaintiffs' claim amount was figured into the estimated settlement allocation amounts distributed to all class members prior to the settlement opt out deadline. Further, no settlement funds have been disbursed or are scheduled to be disbursed at this time, so the rescission of Plaintiffs' opt out request will not cause an administrative burden. Additionally, granting Plaintiffs' leave to rescind their opt out request promotes judicial economy, as all plaintiffs that have opted out of the settlement will now need to proceed to trial for their individual cases. Allowing Plaintiffs to participate in the Taishan Class Settlement will bring an immediate resolution to Plaintiffs' claims, in contrast to proceeding toward trial, which will likely extend the time period for resolution of this case by many months. Plaintiffs' counsel is currently scheduled to appear before Judge Cooke in the Southern District of Florida on February 12, 2020 to discuss the path forward toward trial for Plaintiffs' case.

In conclusion, Plaintiffs Pedro and Margarita Delgado respectfully request this Court to enter an Order rescinding their opt out request. The Court's granting of Plaintiffs' request will not harm any class member or create an administrative burden, and will promote judicial economy with an immediate resolution of Plaintiffs' case.

Respectfully Submitted,

Dated: January 28, 2020          **BARON & BUDD, P.C.**

By:    /s/ *Holly R. Werkema*
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100

Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of January, 2020.


    /s/ Holly R. Werkema