# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

# NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that *Plaintiffs Pedro and Margarita Delgado's Unopposed Motion to Rescind Opt Out of Class Settlement*, and the *Proposed Order* are submitted for hearing on February 19, 2020 at 9:00 a.m. before the Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, in accordance with the Local Rules.

Respectfully Submitted,

Dated:  January 28, 2020            **BARON & BUDD, P.C.**

By: ___/s/ *Holly R. Werkema*___
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of January, 2020.

                                                                                                              <u>/s/ Holly R. Werkema</u>