UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except** *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, **Civil Action No. 09-4115 (E.D. La.))** | |

## ORDER

Considering the foregoing *Unopposed Motion to Rescind Opt Out of Class Action Settlement* and supporting Memorandum of Law filed by Plaintiffs Pedro and Margarita Delgado:

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and the Opt Out Request of Pedro and Margarita Delgado is hereby RESCINDED.

**SO ORDERED.**

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge