# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, et al, Civil Action No. 09-4115 (E.D. La.)

## TAISHAN SETTLEMENT – COMMON BENEFIT FEE APPLICATION

NOW INTO COURT, comes Martzell, Bickford & Centola ("MBC"), who makes this common benefit fee application for the Taishan Settlement, to wit:

### I. NATURE OF THE WORK PERFORMED.

MBC performed work on their client's cases that were selected for bellwether discovery. Colin and Dayna Berthaut, Angeles Blalock, and Peter and Frankie Maggiore were in the bellwether pool. Because these clients were in the bellwether pool, they were subject to additional discovery including sitting for depositions. MBC assisted these clients with the additional discovery.

As noted by the attached billing sheets, MBC's common benefit work on these bellwether claims included answering written discovery, drafting witness lists, communicating with clients, preparing for depositions, and defending those depositions.[1]

---

[1] See Exhibits A, B, and C – MBC time sheets for Berthaut, Blalock, and Maggiore.

## II.    AMOUNT OF HOURS

As evidenced by the attached billing sheets, MBC expended 18.15 attorney hours and 30.25 paralegal hours toward the common benefit of the Taishan Settlement.

## III.    CONCLUSION

MBC requests that it be compensated for the common benefit time/bellwether discovery that it expended on this matter, as evidenced by Exhibits A – C.

Respectfully submitted,

 /s/ Lawrence J. Centola, III

MARTZELL, BICKFORD & CENTOLA
SCOTT R. BICKFORD T. A. (#1165)
LAWRENCE J. CENTOLA, III (#27402
338 Lafayette Street
New Orleans, LA 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
usdcedla@mbfirm.com
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/ Lawrence J. Centola, III