# INVOICE

| | |
|---|---|
| Invoice Number | **19159** |
| Invoice Date | 01/16/2020 |
| Due Date | 02/15/2020 |

Invoice For | **Berthaut, Colin & Dayna**

**Matter: Berthaut: Tort: Misc.**
Class Action: Fedeal

**Professional Services**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 12/07/2018 | ACT | Calls and Emails to client regarding Witness and Exhibit List. Draft Witness List | 3.75 |
| 12/19/2018 | LJC | Call with client regarding bellwether selection. | 0.20 |
| 03/12/2019 | LJC | Call with client prior to deposition. | 0.40 |
| 03/13/2019 | LJC | Call with client prior to deposition. | 0.60 |
| 03/14/2019 | ACT | Email regarding missing photos. upload to portal. | 0.50 |
| 03/14/2019 | LJC | Client deposition. | 3.60 |
| 05/10/2019 | ACT | Review all material for pictures. Look for a specific report for Larry Centola. Emails regarding same. | 1.25 |
| 05/13/2019 | ACT | Emails and Call from Emma and client regarding photos of fixtures and interior of home. Review file for what we have. | 1.25 |
| 05/14/2019 | ACT | Review, Email, post and save photos from client. | 1.00 |
| 05/22/2019 | ACT | Review and file deposition signature page. | 0.50 |

Berthaut: Tort: Misc. Fee Total    13.05 /hrs

**INVOICE TOTAL**

| | | | |
|---|---|---|---|
| ACT | Thomas, Adam C. | | 8.25 |
| LC | Centola III, Larry | | 4.80 |
| **Total Professional Services** | | | **13.05 /hrs** |



EXHIBIT A

# INVOICE

| | | |
|---|---|---|
| Invoice Number | 19157 | Invoice For Blalock, Angeles P. |
| Invoice Date | 01/16/2020 | |
| Due Date | 02/15/2020 | |

**Matter: Blalock: Tort: Misc.**
Tort: Misc

**Professional Services**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/03/2018 | ACT | Call to client regarding Witness List. Draft Witness List. Emails from client regarding Witness List and Document deadline. | 3.75 |
| 12/07/2018 | ACT | Calls and emails regarding deposition dates | 0.75 |
| 01/02/2019 | LJC | Call with client regarding deposition and selling the home. | 0.30 |
| 01/03/2019 | ACT | Call from Mrs. Blalock regarding possibility of selling her home. Email with Larry Centola regarding same. | 0.50 |
| 01/17/2019 | LJC | Call from client to discuss possibly selling her home and the ramification on the lawsuit. | 0.20 |
| 03/11/2019 | ACT | Call Mrs. Blalock regarding deposition date and time. | 0.25 |
| 03/11/2019 | LJC | Deposition preparation meeting with client. | 0.90 |
| 03/12/2019 | ACT | Review documents relating to costs because of a discrepancy in Mrs, Blalock's testimony. Email Larry Centola regarding same. | 1.00 |
| 03/12/2019 | LJC | Attend deposition of client. | 3.10 |
| 03/18/2019 | ACT | Emails from client regarding never produced reciepts. Review. Fwd to appropriate parties. | 1.00 |
| 05/14/2019 | ACT | Phone call with Mrs. Blalock. Fwd info to Larry Centola. | 0.50 |
| 05/14/2019 | LJC | Call with client. | 0.25 |
| 05/17/2019 | ACT | Emails and calls with client regarding deposition dates. | 0.75 |
| 06/26/2019 | ACT | Call from Mrs. Blalock regarding settlement update | 0.25 |
| 08/12/2019 | ACT | Call from Mrs. Blalock regarding settlement | 0.25 |

Blalock: Tort: Misc. Fee Total    13.75 /hrs


EXHIBIT B

# INVOICE

| | | |
|---|---|---|
| Invoice Number | **19157** | Invoice For **Blalock, Angeles P.** |
| Invoice Date | 01/16/2020 | |
| Due Date | 02/15/2020 | |

**INVOICE TOTAL**

| | | |
|---|---|---|
| ACT | Thomas, Adam C. | 9.00 |
| LC | Centola III, Larry | 4.75 |
| **Total Professional Services** | | **13.75 /hrs** |

# INVOICE

| | | | |
|---|---|---|---|
| Invoice Number | 19158 | Invoice For | Maggiore, Peter & Frankie |
| Invoice Date | 01/16/2020 | | |
| Due Date | 02/15/2020 | | |

**Matter:** Maggiore: Tort: Misc
Tort: Misc

**Professional Services**

| Date | Code | Description | Hours |
|---|---|---|---|
| 11/12/2018 | ACT | Review, Download, Upload to portal new receipts and pictures of remediation. | 1.00 |
| 11/14/2018 | ACT | Call client regarding remediation. Ask about alternative living expenses. Fill out remediation check list. Fwd to Kingsdorf Schwab | 1.25 |
| 11/16/2018 | ACT | 1st Draft of Witness List. Call and email client regarding people to add. | 2.75 |
| 11/19/2018 | LJC | Email from Emma Schwab regarding upcoming deadlines for discovery. | 0.10 |
| 11/20/2018 | ACT | Call client regarding deposition dates and go over the remediation process. What they replaced and what they repaired. Fill out and forward remediation checklist for Mrs. Schwab. Email Mrs. Schwab the deposition dates and remediation document. | 0.75 |
| 11/20/2018 | ACT | Draft of Witness List. | 2.50 |
| 11/20/2018 | LJC | Conference call with counsel regarding Deadline of Monday, November 26 for all documents not furnished but required by the SPPF, etc. | 0.60 |
| 11/21/2018 | ACT | Prep and attend conference call regarding Plaintiff 20 Selected cases. | 0.75 |
| 11/21/2018 | ACT | Finalize and Submit Witness list after editing per Kingsdorf Schwabs direction. | 1.25 |
| 11/21/2018 | LJC | Review and edit witness list. | 0.20 |
| 11/28/2018 | ACT | Recalculate all expenses now that we have remediation receipts. Check totals with client. Post to Portal. Emal Kingsdorf Schwabs when finished. | 1.50 |
| 01/07/2019 | ACT | Emails regarding deposition and prep with clients and Larry Centola | 0.50 |
| 01/14/2019 | LJC | Deposition prep call with all lawyers for bellwether group. | 1.10 |
| 01/16/2019 | LJC | Prepare clients for deposition. | 1.60 |
| 01/23/2019 | LJC | Attend deposition of clients. | 5.00 |

EXHIBIT C

# INVOICE

| | | |
|---|---|---|
| Invoice Number | **19158** | Invoice For Maggiore, Peter & Frankie |
| Invoice Date | 01/16/2020 | |
| Due Date | 02/15/2020 | |

| | | | |
|---|---|---|---|
| 05/17/2019 | ACT | Call and Emails regarding deposition dates | 0.75 |
| | | Maggiore: Tort: Misc Fee Total | 21.60 /hrs |

**INVOICE TOTAL**

| | | |
|---|---|---|
| ACT | Thomas, Adam C. | 13.00 |
| LC | Centola III, Larry | 8.60 |
| **Total Professional Services** | | **21.60 /hrs** |