UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br> SECTION: L <br> JUDGE FALLON |
| This document relates to all cases | MAG. JUDGE WILKINSON |

_____

**APPLICATION OF THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C. FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES**

May it please the Court:

Plaintiff law firm, Law Offices of Sidney D. Torres, III, A.P.L.C. ("Firm") respectfully submits this application for a common benefit fee in connection with work performed regarding the litigation and, in particular, the Taishan Class Action litigation.

As set forth in the attached Affidavit, the Torres firm expended 71.25 hours of common benefit time. This time was devoted to the Firm's participation in the vetting and ultimate selection by the PSC of certain Louisiana select plaintiffs, representing two claims, who also were named plaintiffs in the *Amorin* matter which was certified as a class action in 2014: Kasie and Patrick Couture, and Virginia Randazzo. These plaintiffs were among the twenty Louisiana select plaintiffs from a list of 921 plaintiffs provided by the Court [Rec. Doc 21847 at 8]. Members of the Firm arranged and participated in the screening of the select plaintiffs together with representatives of the PSC; updated document submissions for the select plaintiffs pursuant to the Court's Discovery Plan [Rec. Doc. 28197-1]; assisted in the preparation of witness lists; assisted in the deposition

1

preparation of the select plaintiffs; and, attended and defended the depositions of these select plaintiffs.

Unquestionably the nomination and selection of the Couture and Randazzo plaintiffs as Louisiana select plaintiffs were in furtherance of advancing class plaintiffs' claims as these plaintiffs were prepared to advocate their claims in order to benefit resolution of the damage claims of the class through representative/bellwether trials. As these cases, together with those of the other select plaintiffs, would provide the discovery pool from which cases to be tried would be selected, these plaintiffs agreed that by so participating they were agreeing that their cases might be selected for the first round of "bellwether" trials. Ultimately the class was settled, thanks in part to the efforts of the select plaintiffs' efforts, and all to the common benefit of the entire settlement class.

In conclusion, there should be no serious dispute that the Torres Firm's efforts associated with the selection of the three Louisiana select plaintiffs and development of the evidence and deposition testimony each provided contributed to the advancement of the litigation and ultimate settlement not only of the claims of the select plaintiffs but those of all class members. Wherefore for the foregoing reasons, the Law Offices of Sidney D. Torres, III, A.P.L.C. pray the Court approve and award a common benefit fee based upon the record of the 71.25 hours as submitted to the Court-appointed CPA and this Court.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
A PROFESSIONAL LAW CORPORATION

BY:   s/ Roberta L. Burns

SIDNEY D. TORRES, III (No. 12869)  
ROBERTA L. BURNS (No. 14945)  
BEAU F. CAMEL (No. 30231)  
VALERIE L. RODRIGUE (No. 37523)  
8301 West Judge Perez Drive, Suite 303  
Chalmette, Louisiana  70043  
Telephone:  (504) 271-8422  
Facsimile:  (504) 271-1961  
E-mail:  storres@torres-law.com  
rburns@torres-law.com  
bcamel@torres-law.com  
vrodrigue@torres-law.com  

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Roberta L. Burns  
ROBERTA L. BURNS