## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| This document relates to all cases | MAG. JUDGE WILKINSON |

---

### AFFIDAVIT AND APPLICATION OF THE LAW OFFICES OF SIDNEY D. TORRES, III, A.P.L.C. FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES

STATE OF LOUISIANA
PARISH OF ST. BERNARD

BEFORE ME, the undersigned authority, on this 30th day of January, 2020;

PERSONALLY CAME AND APPEARED:

**ROBERTA L. BURNS**

who, after being first duly sworn, under penalty of perjury, did depose and declare that the

following are true correct:

1. I am a member in the law firm of LAW OFFICES OF SIDNEY D. TORRES, III, A

   PROFESSIONAL LAW CORPORATION.

2. The address of the law firm identified in number 1 above is 8301 West Judge Perez Drive,

   Suite 303, Chalmette, LA 70043.

3. This law firm has complied with Pre Trial Order No. 9 or 9A in all material aspects and I

   certify that my law firm's submission of this Affidavit has been made following a review

1

of the Philip Garrett Case Cost Management System and that the system contains applicant's true and correct time and expense information.  This Affidavit is submitted on behalf of all the members of the law firm of which I am a member.

4.      The Court may rely on the information submitted by my law firm to Philip Garrett, the court appointed CPA contained on his Case Cost Management System in this litigation, all of which is certified by undersigned to be true and correct.

5.      The law firm identified in this Affidavit has expended 71.25 hours of common benefit time in connection with the Chinese Drywall litigation and seeks to have this time considered by the Court in connection with a common benefit time and cost reimbursement Petition to be submitted by the Fee Committee.  A detail of the hours is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9, and copies of those submissions are attached as Exhibit 1.

6.      Pursuant to the Court's order of January 28, 2020 [Rec. Doc. 22529], undersigned for the Torres Firm submits the attached report of hours with the request that all reported hours, which were submitted timely to the Garrett and Company timekeeping website pursuant to the Court's Pretrial Order No. 9 [Rec. Doc. 147], be certified and accepted by the Court and Fee Committee as accurate and qualified for consideration in connection with the Firm's fee application.

7.      All of the Firm's hours were incurred prior to December 31, 2019.  The attached time reports which span from November of 2018 to February of 2019, while timely submitted in their original formats, were only recently submitted for finalization and approval in January of this year when undersigned checked the Garrett and Company timekeeping website following the

2

Court's issuing its Order and Reasons granting final approval of the class settlement on January 10, 2020 [Rec. Doc. 22460] and discovered the four monthly time submissions were still pending as "unfinished." Immediately upon discovery the pending status of the time submissions, undersigned executed the process for requesting finalization of the time submissions, without redaction and as originally submitted.

8. The undersigned's delay in completing the submissions by affixing the Firm's numerical "signature" and providing the Firm's hourly rates for each relevant Firm employee is due in part to lack of familiarity with the common benefit time submission process as the Firm has only submitted common benefit time for the four months represented in Exhibit 1.

9. The law firm identified in this Affidavit has incurred $0 of common benefit held expenses

10. The law firm identified in this Affidavit has contributed no new funds in common benefit assessments towards shared common expenses in connection with the Chinese Drywall litigation.

Roberta L. Burns

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 30th DAY OF
JANUARY, 2020.

_____
NOTARY PUBLIC
Print Name:_____
MY COMMISSION EXPIRES: with life

**BEAU F. CAMEL**
BAR # 30231, State of Louisiana
My commission expires at my death.

3