Time Report

# Time Report from January 2014 to December 2019

## Posted From 2000-11-01 to 2020-01-26

(as of 2020-01-26 20:19:46)

Combine Cases

| Case | Firm | Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| MDL 2047 | Sidney Torres | burns, roberta | Attorney | 0.00 | 0.00 | 3.50 | 29.50 | 0.00 | 0.00 | 33.00 |
| MDL 2047 | Sidney Torres | camel, beau | Attorney | 0.00 | 0.00 | 6.00 | 3.50 | 0.00 | 0.00 | 9.50 |
| MDL 2047 | Sidney Torres | roache, jeanne | Paralegal | 0.00 | 0.00 | 0.00 | 28.75 | 0.00 | 0.00 | 28.75 |
| | | | Total: | 0.00 | 0.00 | 9.50 | 61.75 | 0.00 | 0.00 | 71.25 |

**EXHIBIT 1**

Time Sheet Detail Report

# Time Sheet Detail Report from January 2014 to December 2019

## Posted From 2000-11-01 to 2020-01-26

(as of 2020-01-26 20:27:06)

Show: **All Time Records** / Only Atty Review        Print Version

| Date | Name | Category | Task Code | Description | Hours Accepted | Case |
|---|---|---|---|---|---|---|
| Sidney Torres | | | | | | |
| 11/15/2018 | roberta burns | trial | L440 | review of client records for discovery plaintiff selection/nomination | 10.00 | MDL 2047 |
| 11/20/2018 | roberta burns | trial | L440 | review of client records for discovery plaintiff selection/nomination | 15.00 | MDL 2047 |
| | | | | MDL 2047 Month Total for roberta burns: | 25 | |
| 01/14/2019 | roberta burns | trial | L440 | conference call to discuss Louisiana plaintiffs themes, topics, documents, depo prep, etc. | 0.75 | MDL 2047 |
| 01/14/2019 | roberta burns | trial | L440 | conference call to discuss Louisiana plaintiffs themes, topics, documents, depo prep, etc. | 0.75 | MDL 2047 |
| | | | | MDL 2047 Month Total for roberta burns: | 1.5 | |
| 02/06/2019 | roberta burns | discovery | L330 | deposiiton of the coutures-discovery plaintiffs | 3.00 | MDL 2047 |
| 02/05/2019 | roberta burns | trial | L410 | depo preparation - coutures | 1.50 | MDL 2047 |
| 02/05/2019 | roberta burns | trial | L410 | depo preparation-randazzo | 1.50 | MDL 2047 |
| 02/05/2019 | roberta burns | discovery | L390 | update portal documents for Couture and randazzo | 0.50 | MDL 2047 |
| | | | | MDL 2047 Month Total for roberta burns: | 6.5 | |
| | | | | Total for roberta burns: | 33.00 | |

| Date | Name | Category | Task Code | Description | Hours Accepted | Case |
|---|---|---|---|---|---|---|
| Sidney Torres | | | | | | |
| 02/05/2019 | beau camel | trial | L410 | RANDAZZO DEPO PREP | 1.25 | MDL 2047 |
| 02/05/2019 | beau camel | trial | L410 | COUTURE DEPO PREP | 1.25 | MDL 2047 |
| 02/06/2019 | beau camel | trial | L410 | COUTURE DEPO PREP | 0.50 | MDL 2047 |
| 02/06/2019 | beau camel | discovery | L330 | COUTURE DEPOSITION | 3.00 | MDL 2047 |
| 02/07/2019 | beau camel | trial | L410 | RANDAZZO DEPO PREP | 0.50 | MDL 2047 |
| | | | | ~~Total for jeanne roache:~~ | ~~8.75~~ | |
| | | | | ~~Total for Sidney Torres:~~ | ~~71.25~~ | |
| | | | | ~~Grand Total:~~ | ~~71.25~~ | |

**EXHIBIT 1**

| Date | Name | Category | Task Code | Description | Hours Accepted | Case |
|---|---|---|---|---|---|---|
| 02/07/2019 | beau camel | discovery | L330 | RANDAZZO DEPOSITION | 3.00 | MDL 2047 |
| | | | | MDL 2047 Month Total for beau camel: | 9.5 | |
| | | | | Total for beau camel: | 9.50 | |

| Date | Name | Category | Task Code | Description | Hours Accepted | Case |
|---|---|---|---|---|---|---|
| Sidney Torres | | | | | | |
| 11/12/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: trial plaintiffs | 0.50 | MDL 2047 |
| 11/12/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: unremediated drywall claim | 0.25 | MDL 2047 |
| 11/16/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: participates as trail plaintiffs | 0.25 | MDL 2047 |
| 11/16/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: trial plaintiffs | 1.00 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: any additional CDW docs. | 0.75 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Emailed Roberta Burns RE: additional client docs | 0.25 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Contacted Randazzo RE: additional invoices | 0.75 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Left messages for Coutures & Randazzo RE: additional CDW info. | 0.25 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Emailed Roberta Burns RE: additional client docs | 0.25 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Contacted Coutures & Randazzo RE: appointments for client depos. | 0.50 | MDL 2047 |
| 11/20/2018 | jeanne roache | trial | L410 | Emailed Virginia Randazzo RE: additional client docs | 0.25 | MDL 2047 |
| 11/21/2018 | jeanne roache | trial | L410 | Emailed Roberta Burns RE: Randazzo additional docs | 0.25 | MDL 2047 |
| 11/21/2018 | jeanne roache | trial | L410 | Working on dates & times for client depos. | 1.00 | MDL 2047 |
| 11/26/2018 | jeanne roache | trial | L410 | Emailed Roberta Burns RE: additional client docs | 0.25 | MDL 2047 |
| 11/27/2018 | jeanne roache | trial | L410 | Coordinating days & times with Coutures & Randazzo | 1.00 | MDL 2047 |
| | | | | MDL 2047 Month Total for jeanne roache: | 7.5 | |
| 12/05/2018 | jeanne roache | trial | L410 | Rescheduling Couture & Randazzo depositions | 0.50 | MDL 2047 |
| 12/06/2018 | jeanne roache | trial | L410 | Email correspondence RE: client depo appointments | 0.50 | MDL 2047 |
| 12/05/2018 | jeanne roache | trial | L410 | Rescheduling Couture & Randazzo depositions | 0.50 | MDL 2047 |
| 12/06/2018 | jeanne roache | trial | L410 | Email correspondence RE: client depo appointments | 0.50 | MDL 2047 |
| 12/05/2018 | jeanne roache | trial | L410 | Rescheduling Couture & Randazzo depositions | 0.50 | MDL 2047 |
| 12/06/2018 | jeanne roache | trial | L410 | Email correspondence RE: client depo appointments | 0.50 | MDL 2047 |
| 12/05/2018 | jeanne roache | trial | L410 | Rescheduling Couture & Randazzo depositions | 0.50 | MDL 2047 |
| 12/06/2018 | jeanne roache | trial | L410 | Email correspondence RE: client depo appointments | 0.50 | MDL 2047 |
| 12/05/2018 | jeanne roache | trial | L410 | Rescheduling Couture & Randazzo depositions | 0.50 | MDL 2047 |
| | | | | Total for jeanne roache: | 28.75 | |
| | | | | Total for Sidney Torres: | 71.25 | |
| | | | | Grand Total: | 71.25 | |

**EXHIBIT 1**