# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** <br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE WILKINSON** |

**THIS DOCUMENT RELATES TO:**

**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))**

---

### APPLICATION OF HAUSFELD LLP FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES RELATED TO THE *TAISHAN* ASPECT OF THIS LITIGATION AND OTHER COMMON BENEFIT WORK FROM JANUARY 1, 2014 TO PRESENT

Pursuant to this Court's Order of January 16, 2020 (R. Doc. 22481), the law firm of Hausfeld LLP submits this Application for Compensation for Common Benefit Time and Reimbursement of Expenses Related to the *Taishan* Aspect of this Litigation and Other Common Benefit Work from January 1, 2014 to Present.

The Application includes the following two exhibits:

1. The Affidavit of Hausfeld LLP for Compensation for Common Benefit Time and Reimbursement of Expenses Related to the *Taishan* Aspect of this Litigation and Other Common Benefit Work from January 1, 2014 to Present.

2. Memorandum in Support of Affidavit of Hausfeld LLP for Compensation for Common Benefit Time and Reimbursement of Expenses Related to the *Taishan* Aspect of this Litigation and Other Common Benefit Work from January 1, 2014 to Present.

1

Respectfully submitted,

*/s/ Richard S. Lewis*
Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
rlewis@hausfeld.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of the Court of the United States Court for the Eastern District of Louisiana, on this 30th day of January, 2020.
.

                                                */s/ Richard S. Lewis*
                                                Richard S. Lewis