# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))


**AFFIDAVIT OF HAUSFELD LLP FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES RELATED TO THE *TAISHAN* ASPECT OF THIS LITIGATION AND OTHER COMMON BENEFIT WORK FROM JANUARY 1, 2014 TO PRESENT**


DISTRICT OF COLUMBIA

County/Parish of _ _ _ _

BEFORE ME, the undersigned authority, on this 30th day of January, 2020

PERSONALLY CAME AND APPEARED:

<u>Richard S. Lewis</u>

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1.  I am a partner at the law firm of Hausfeld, LLP ("Hausfeld").

2.  The address of the law firm is 1700 K Street, NW, Suite 650, Washington, DC 20006.

3.  I submit this application pursuant to this Court's Order (Doc. 22481). My law firm has complied with Pre Trial Order No. 9 or 9A in all material aspects. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

4.  This application covers the firm's common benefit time and expense from January 1, 2014 to present.

5.  For the time period January 1, 2014 – present, Hausfeld expended 3,182 hours of common benefit time in connection with the Chinese Drywall litigation associated with a "net billable amount" of $1,675,304.25. A detailed report of the hours is contained in the Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial Order No. 9.

6.  For the time period of January 1, 2014 – present, Hausfeld has incurred $61,651.20 of common benefit held expenses ($33,104.00 of which was paid in assessments related to the Florida, Virginia, and Louisiana remanded trial settings) in connection with the Chinese Drywall litigation. A detail of the expenses is contained in the  Case Cost Management System maintained by Philip Garrett pursuant to Pre-Trial No. 9.

7.  A narrative description of the Hausfeld common benefit time identifying key areas of common benefit work is set forth in the attached Memorandum.

Richard S. Lewis

District of Columbia:  SS

Subscribed and sworn to before me, in my presence,

This 30th day of January, 2020

Ann Galloway, Notary Public, D.C.



Ann Galloway
Notary Public, District of Columbia
My Commission Expires May 31, 2024