UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))

**MEMORANDUM IN SUPPORT OF AFFIDAVIT OF HAUSFELD LLP FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES RELATED TO THE *TAISHAN* ASPECT OF THIS LITIGATION AND OTHER COMMON BENEFIT WORK FROM JANUARY 1, 2014 TO PRESENT**

Richard Lewis of Hausfeld LLP serves as Of Counsel to the Plaintiffs' Steering Committee ("PSC") at the request of lead counsel in In *re Chinese Manufactured Drywall Products Liability Litigation* (MDL No. 09- 2047). Mr. Lewis has significant experience in the areas of mass tort and complex class action litigation and has served as Co-Lead Counsel, Class Counsel, and an Executive/Steering Committee Member in several mass tort cases in federal courts.

Since the beginning of the Chinese Drywall ("CDW") litigation in 2009 and up to the present Mr. Lewis has done significant work on trials, experts and briefing – including the *Germano* trial in 2010,[1] the Class Damages Rule 55(b)(2)(B) hearing in 2015 and the

---

[1] The common benefit work of Hausfeld related to Knauf (2009-2013) is summarized in the Fee Committee Report (Doc. 21455-2) (filed Under Seal), and this Court's Knauf Fee Order (Doc. 22089) at 25. As previously disclosed to the Court and Fee Committee, Hausfeld entered into an

1

pretrial work for the Virginia and Florida remanded trial settings in 2018 and 2019. This work is an important component of the basic causation and damages structure of the entire litigation and has been relied on extensively in each trial and each settlement over the 10-year period.

This Memorandum *only addresses and is limited to common benefit time and expense from January 1, 2014 to present.* During this time period, Hausfeld LLP and Mr. Lewis have devoted significant time and resources to common benefit work, including (1) preparation of experts and damage protocols for the June 9, 2015 Rule 55 (b)(2)(B) damages hearing and the Damages FOFCOL (2014-2017); (2) extensive *Daubert* briefing on the reliability of both the opinions of plaintiffs' damages expert (George Inglis) and defense experts M. Laurentius Marais, David Pogorilich (2015-2017); (3) trial plan, class certification and decertification briefing (2014-2017); (4) development of expert damages opinions from Ronald Wright submitted in the Florida, Virginia and Louisiana remand cases trial settings, and discovery and associated Trial Plan and *Daubert* briefing related to the reliability of both plaintiffs' damages expert Ronald Wright and defendants' damages experts (Ben Nolan and Brian Flinn) (2017-2019); (5) mediation related to the Taishan settlement (2016- 2017), and (6) at the request of Lead counsel, assisting the Claims Administrator (Garretson Resolution Group) on claims processing under the Four Virginia Settlements (2014-2015), work that was deemed common benefit by Lead Counsel.

For the time period January 1, 2014 – present, Hausfeld LLP expended 3,182 hours of common benefit time, representing a "net billable amount" of $1,675,304.25,

---

agreement with the law firm of Gary, Naegele & Theado, LLC ("GNT") in 2009 to share certain Chinese Drywall fees (R. Doc. 21455-2 at 22).

in connection with the Chinese Drywall litigation. *See* Affidavit of Hausfeld LLP for Compensation for Common Benefit Time and Reimbursement of Expenses Related to the Taishan Aspect of this Litigation and Other Common Benefit Work from January 1, 2014 to Present, submitted herewith, ¶ 5. During that same period, Hausfeld LLP incurred $61,651.20 of common benefit held expenses ($33,104.00 of which was paid in assessments related to the Florida, Virginia, and Louisiana remanded trial settings) in connection with the Chinese Drywall litigation. *Id.* ¶ 6.

      **1.**      **Preparation of experts and damage protocols for the June 9, 2015 Rule 55(b)(2)(B) damages hearing and the Damages FOFCOL (2014-2017)**

To establish the methodology for the *Taishan* class remediation damages, the key issue heard at the Rule 55(b)(2)(B) damages hearing on June 9-10, 2015, plaintiffs developed multiple expert opinions, reports, and testimony of plaintiffs' damages expert George Inglis. The reports included a remediation damages calculation for each, and every class member based on a uniform, well-defined scope of work, square footage data, product identification data, and local building and demolition costs factors organized by zip code and published by RS Means. FOFCOL Related to June 9, 2015 Damages Hearing (R. Doc. 20141, April 4, 2017) (hereinafter "Damages FOFCOL"). These opinions were the subject of extensive discovery and *Daubert* briefing both before and after the June 9, 2015 hearing leading all the way up to this Court's 2017 Damages FOFCOL.  Mr. Lewis worked with plaintiffs' remediation damages expert, George Inglis, on his initial reports for the June 9, 2015 hearing and worked with counsel Chris Seeger in preparing Mr. Inglis for his pre-trial deposition, as well as his testimony during the June 9, 2015 hearing. Following the damages hearing, Mr. Lewis took the lead on drafting the proposed FOFCOL sections that

pertained to damages and wrote several memoranda in response to multiple efforts by the defendants to attack Mr. Inglis's data, methodology, and conclusions. (*See* R. Doc. 18887, 18889, 18896, 18919, 18931, 18934, 19017, 19052, 19066, 19081.) These motions were denied, and the Court ultimately upheld and relied on Mr Inglis's data, methodology, and conclusions in its 2017 Damages FOFCOL. (R. Doc. 20741 at 24-26,29,43-49.) The 2017 Damages FOFCOL was a pillar supporting Plaintiffs' position in subsequent remanded trial settings in Florida, Virginia and Louisiana, as well in as in the mediation and settlement negotiations with Taishan.

    **2.**    **Extensive *Daubert* briefing on the reliability of both the opinions of plaintiffs' damages expert (George Inglis) and defense experts (Dr. Marais, and David Pogorolich) (2015-2017).**

In addition to the extensive work done in assisting in the development and presentation of plaintiff's expert damages opinions and briefing challenges to those expert opinions, Mr. Lewis participated in the pre-trial expert discovery of the defense damages experts Dr. Marais and Mr. Pogolovich. This included working with co-counsel Chris Seeger and Jerry Meunier in preparing for the depositions of these experts, drafting *Daubert* motions against these experts, preparing for their cross examinations at the June 9, 2015 hearing and responding to the defendants' proposed FOFCOL concerning these opinions. (See R. Doc. 19014, 19045, 19057, 19062.) As noted above, the *Daubert* challenges aginst Plaintiffs expert George Inglis were denied, and the Court relied on his damages opinions in its 2017 Damages FOFCOL. In addition, Mr. Lewis drafted *Daubert* motions challenging the expert opinions of defense damages experts Dr Marais and Mr. Pogorilich, and plaintiffs were successful in limiting their opinions. (Doc. 20741 at 10, 24-26, 28, 29).  Mr. Lewis' s work with experts and briefing on the reliability of Plaintiffs'

remediation damages model was critical to the determination of Taishan damages and contributed substantially to the settlement of the Taishan claims.

      3.      **Trial plan, class certification, and decertification briefing (2014-2017)**

Mr. Lewis worked extensively with co-counsel Sandy Duggan and Jerry Meunier in briefing various procedural issues including trial plans for class damages under Rule 55(b)(2)(B), and opposition to class decertification motions filed by defendants. Defendants launched numerous procedural and substantive attacks on the amenability of remediations damages to class treatment both in their briefs on the Rule 55(b)(2)(B) trial plan and their repeated efforts to decertify the class. Mr. Lewis assisted in briefing the law on formulaic damages under Rule 23 and applying that law to the expert opinions on damages. (See Doc 17999, 18673, 19118, 20632, 20675, 20686). Ultimately the Court fashioned procedures for the Rule 55(b)(2)(B) damages trial which allowed plaintiffs to present their formulaic damages methodology seeking hundreds of millions of dollars in remediation damages for the class, and the Court denied the decertification motions. (See R. Doc 20740, 20741, 20910.) These rulings greatly strengthened the Plaintiffs' position in the litigation against Taishan.

      4.      **Development of expert damages opinions from Ronald Wright submitted in the remanded Florida, Virginia, and Louisiana trial settings, and discovery and associated Trial Plan briefing and *Daubert* briefing related to the reliability of both plaintiffs' damages expert Ronald Wright and defendants' damages experts (Ben Nolan and Brian Flinn) (2017-2019)**

After the remand of the Florida and Virginia cases (Doc. 21242, 21695, 22138, 22139), Mr. Lewis assisted co-counsel Sandy Duggan, Patrick Montoya and Richard Serpe in the briefing of the trial plan for trial settings in Florida Virginia, and Louisiana including the drafting of the reply brief on the Plaintiffs' Trial Plan on an expedited basis at

the request of Lead counsel (R. Doc 21073, 21789, 21847). Mr. Lewis also assisted in the development of plaintiffs' expert opinions on remediation damages presented by Ronald Wright. Mr. Wright's initial damages report was served December 23, 2016 (Doc. 20613) and updated versions were subsequently filed in Florida and Virginia. Mr. Lewis briefed defense motions to strike the Wright report, which were denied. (Doc. 20619, 20625 (MDL); Doc. 84 at 5-14 (S.D. Fla.)). He also assisted in the pretrial discovery of defendants' damages experts Nolan and Flinn in Florida, and in Virginia including deposition preparation, rebuttal reports from plaintiffs' damages expert Ronald Wright, and *Daubert* motions as to the opinions of defense experts Nolan and Flinn.

5. **Mediation related to the Taishan settlement (2016- 2017)**

Beginning in 2016, Mr. Lewis was asked by co-counsel Arnold Levin and Sandy Duggan to develop work product to be used in mediation including updating the plaintiffs' class remediation damages (working with plaintiff damages expert Ronald Wright, Ph.D.), and organizing and working with co-counsel Dawn Barrios's office in rebutting the product identification issues presented by defendants' product identification challenges. In working with Mr. Wright, this required updated damages calculations for every class member, reflecting changes in the local building costs and demolition factors published by RS Means and updating the methodological literature support for Mr. Wright's formulaic approach to remediation damages. In addition to preparing this work product, Mr. Lewis attended mediation sessions with co-counsel to discuss this data with the parties and Mr. Cal Mayo in Atlanta and New Orleans.

6. **Assisting the Claims Administrator (Garretson Resolution Group) on claims processing under the Four Virginia Settlements (2014-15)**

The Four Settlements Relating to Virginia and Certain Other Remaining Claims

6

were approved by this Court on July 9, 2013 (R. Doc. 16934). Mr. Lewis presented the argument for Plaintiffs at the Final Fairness Hearing for these settlements, which were held simultaneously and jointly with the State Court in Virginia and assisted in preparing status reports on these settlements for the Court. After these settlements were approved, Mr. Lewis was asked by Lead Counsel and Class Counsel to assist the Court-appointed Claims Administrator, Garrettson Resolution Group (GRG), and in this capacity fielded many inquiries from class members and assisted class members in filing their claims. Mr. Lewis also appeared with Class Counsel Richard Serpe in hearings related to the Settlements. Work on these settlements was deemed common benefit by Lead Counsel. Claims Administration for these settlements was completed in 2015.

Respectfully submitted,

*/s/ Richard S. Lewis*
Richard S. Lewis
Hausfeld LLP
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202-540-7200
rlewis@hausfeld.com

*Counsel for Plaintiffs*