UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
*ALL ACTIONS (except The Mitchell Co.,
Inc. v. Knauf Gips KG, et al Civil Action
No.: 09-4115 (E.D. La.)*

JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

**************************************************************************

### TAISHAN SETTLMENT-COMMON BENEFIT FEE APPLIACTION OF THE BECNEL LAW FIRM, LLC

NOW INTO COURT, comes the Becnel Law Firm, LLC ("BLF), who makes this common benefit fee application for the Taishan Settlement as follows:

**I.   NATURE OF THE WORK PERFORMED**

The BLF performed many different tasks for the Taishan litigation since January 2014. Mr. Daniel Becnel, Jr. was a member of the PSC and attended the status conferences and PSC meetings. Salvadore Christina, Jr. performed document review for discovery purposes at the Herman, Herman, & Katz firm; attended status conferences and PSC meetings; was appointed to the PSC as a substitute for Mr. Becnel when he became ill; prepared clients for their depositions and defended the depositions of clients that were selected for the first round of trials.  Toni S. Becnel also attended the status conferences; prepared witnesses for their depositions and defended the depositions of clients that were selected for the first round of trials.

II.     **SUBMISSIONS TO PHIL GARRETT**

BLF submitted a total of 883 hours to the Mr. Garrett of which 548.25 hours were accepted and 334.75 hours were rejected[1]. BLF submits that of these rejected hours 239.50 should be approved by the court for reasons discussed below. In addition, the firm had $533.52 in held costs approved.

Daniel Becnel, Jr., founding owner of BLF, has over 47 years of experience as an attorney. Mr. Becnel has participated in numerous MDLs and has served on numerous plaintiff steering committees. Mr. Becnel submitted a total of 111.5 hours from January 2014-January 2020, of which 80.5 hours were approved and 31 hours were rejected by Mr. Garrett.

Salvadore Christina, Jr., is an associate of BLF and has been an attorney for 19 years of which 17 years have been with the Becnel Law Firm. Mr. Christina has participated in multiple MDLs throughout his career. Mr. Christina submitted 689 hours, of which 446 hours were accepted and 243 hours were rejected by Mr. Garrett. Mr. Christina should be allocated an additional 179 hours that were rejected for document review. This review took place in 2015 at Russ Herman's office with a group of lawyers from multiple firms. These attorneys were reviewing the Taishan documents that had been produced in discovery. Mr. Christina's time was allocated as discovery with a description of Taishan Document Review. The time was denied for specificity reasons.

Toni Becnel is an associate of the BLF and has 25 years of experience. She has been a member of the Becnel Law Firm for 20 years. Mrs. Becnel submitted 38.5 hours, of which 21.75 hours were accepted and 16.75 hours were rejected by Mr. Garrett.

---

[1] See Exhibit A-Time sheets and Reports from Phil Garrett including back-up data.

### III.     TIME DEFICIENCIES

Pursuant to the Court Order issued on January 28, 2020, the Becnel Law Firm would request that certain time be allocated to attorneys Salvadore Christina, Jr. and Toni S. Becnel for the work they performed in preparing and defending clients in their depositions for the first round of trial plaintiffs in the year 2019.  Mr. Christina, from January 2019 through March of 2019, had 43.25 hours of time, $105.00 in parking expenses, and 546 in mileage.  Mrs. Becnel, from January 2019 through March of 2019, had 32.5 hours of time, and $105.00 in parking expenses[2].

### IV.     CONCLUSION

The Becnel Law Firm prays that this Honorable Court will allocate the firm a common benefit of  803 hours, and $1038.36 in held costs[3].  Typically, Mr. Becnel is billed at $600 per hour and Mr. Christina and Mrs. Becnel are billed at $450.00 per hour.  If this Honorable Court approves the hours as requested above, the Becnel Law Firm would receive an award of $373,425 for common benefit and $1038.36 for held costs.

Respectfully,

/s/ Salvadore Christina, Jr.
Salvadore Christina, Jr. (27,198)
The Becnel Law Firm, LLC
425 W. Airline Hwy., Suite B
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
schristina@bencellaw.com

---

[2] Please see Exhibit: Time Sheets
[3] Held costs are calculated by adding $533.52 (approved by Mr. Garrett), $210.00 in parking costs and 546 miles at .54 cents per mile.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, and served all counsels of record via Lexis/Nexis File & Serve System.

*/s/ Salvadore Christina, Jr.*