# EXHIBIT A

Time Review Report

# Time Review Report from January 2014 to January 2020

## Posted From 2014-01-01 to 2020-01-30

(as of 2020-01-30 12:16:03)

Export

| Firm | Class | Employee | Total Hours | Accepted | Rejected | Atty Review |
|---|---|---|---|---|---|---|
| Becnel Law Firm LLC | Attorney | Christina, Salvadore | 689.00 | 446.00 | 243.00 | 0.00 |
| Becnel Law Firm LLC | Attorney | Becnel, Daniel | 111.50 | 80.50 | 31.00 | 0.00 |
| Becnel Law Firm LLC | Attorney | Becnel, Devon | 44.00 | 0.00 | 44.00 | 0.00 |
| Becnel Law Firm LLC | Attorney | Becnel, Toni | 38.50 | 21.75 | 16.75 | 0.00 |
| **Becnel Law Firm LLC** | | | **883.00** | **548.25** | **334.75** | **0.00** |

### Review Notes

Duplicate
Time resubmitted correctly
Firm resubmitted corrected time
Firm resubmitted corrected time
Firm resubmitted corrected time
Attendance at status conference for second person not considered necessary as a common benefit activity
Attendance at status conference for second person not considered necessary as a common benefit activity
Attendance at status conference for second person not considered necessary as a common benefit activity
Attendance at status conference for second person not considered necessary as a common benefit activity
Attendance at status conference for second person not considered necessary as a common benefit activity
Attendance by more than one individual at status conference not considered common benefit
Please resubmit at May 2015.
Daniel Becnel:
Also pleas provide more detail on what was state conference with the court related to.
Christina Salvadore:
Please provide greater detail on what documents were being reviewed
Time for Christina Salvadore needs more description. Discovery is not an acceptable description of time.
Please resubmit with partner signature number
1)More detail is still needed. Case administration, discovery, document review is not sufficient. Please give details on work performed.
2) Must submit with partner signature number
3)This submission is now untimely and will require court approval.

| **Grand Total:** | | | **883.00** | **548.25** | **334.75** | **0.00** |

Hours selected for Attorney Review have been tentatively accepted.

View Detail Report for this data

# Held Cost Report

**Held Cost Report from January 2014 to January 2020**
Posted From 2014-01-01 to 2020-01-30
(as of 2020-01-30 12:53:51)

Combine Cases    Generate PDF

| Case | Firm | Fax | Mail | Print | Lexis | Phone | Travel | Clerical | Experts | Depo | Grand Total |
|------|------|-----|------|-------|-------|-------|--------|----------|---------|------|-------------|
| MDL 2047 | Becnel Law Firm LLC | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 533.52 | $ 0.00 | $ 0.00 | $ 0.00 | $ 533.52 |
| Total: | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 533.52 | $ 0.00 | $ 0.00 | $ 0.00 | $ 533.52 |

Time / Becnel Law Firm LLC / MDL 2047 / Jan 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 08-18-2014 | 08-18-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| Devon Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |

| View Daily Time Summary | Submitted Hours: | 10 | Rejected: | 10 | Approved: | 0.00 |
|---|---|---|---|---|---|---|

## Firm Comments

## Reviewer Comments

## Review Notes

Duplicate

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Mar 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-18-2014 | 08-18-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | accept |
| Devon Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 10 | Rejected: | 5 | Approved: | 5.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Attendance at status conference for second person not considered necessary as a common benefit activity

## Submission Documents

| File Name |
|-----------|
| Becnel March 2014 Time Review Notes_7566.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Apr 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-18-2014 | 08-18-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa          **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| Devon Becnel | Attorney | 0 | 2 | 0 | 0 | 0 | 0 | 2 | | | reject |
| Toni Becnel | Attorney | 1.25 | 3 | 0 | 0 | 0 | 0 | 4.25 | | | reject |
| View Daily Time Summary | | | | Submitted Hours: | | 11.25 | Rejected: | 11.25 | Approved: | 0.00 | |

## Firm Comments

## Reviewer Comments

### Review Notes

Time resubmitted correctly

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / May 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 08-18-2014 | 08-18-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa            **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Toni Becnel | Attorney | 1 | 0 | 0 | 0 | 0 | 0 | 1 | | | reject |
| Daniel Becnel | Attorney | 1.5 | 2 | 0 | 0 | 0 | 0 | 3.5 | | | reject |
| Devon Becnel | Attorney | 0 | 2 | 0 | 0 | 0 | 0 | 2 | | | reject |

| View Daily Time Summary | | Submitted Hours: | 6.5 | Rejected: | 6.5 | Approved: | 0.00 |
|---|---|---|---|---|---|---|---|

## Firm Comments

## Reviewer Comments

## Review Notes

Firm resubmitted corrected time

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / May 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-19-2014 | 08-19-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Toni Becnel | Attorney | 1 | 0 | 0 | 0 | 0 | 0 | 1 | | | accept |
| Daniel Becnel | Attorney | 1.5 | 5 | 0 | 0 | 0 | 0 | 6.5 | | | accept |
| Devon Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| View Daily Time Summary | | Submitted Hours: | | 12.5 | | Rejected: | 5 | Approved: | 7.50 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Attendance at status conference for second person not considered necessary as a common benefit activity

## Submission Documents

| File Name |
|-----------|
| Becnel May 2014 Time Review Notes_7575.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Jun 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 08-18-2014 | 08-18-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 2.5 | 0 | 0 | 0 | 0 | 2.5 | | | reject |
| Devon Becnel | Attorney | 0 | 2.5 | 0 | 0 | 0 | 0 | 2.5 | | | reject |
| Toni Becnel | Attorney | 2.5 | 0 | 0 | 0 | 0 | 0 | 2.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 7.5 | Rejected: | 7.5 | Approved: | 0.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Firm resubmitted corrected time

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Jun 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-19-2014 | 08-19-2014 | | 08-21-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | accept |
| Devon Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| Toni Becnel | Attorney | 2.5 | 0 | 0 | 0 | 0 | 0 | 2.5 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 12.5 | Rejected: | 5 | Approved: | 7.50 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Attendance at status conference for second person not considered necessary as a common benefit activity

## Submission Documents

| File Name |
|-----------|
| Becnel June 2014 Time Review Notes_7576.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Jul 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-18-2014 | 08-18-2014 | | 08-26-2014 |

**Reviewer:** Bridgett Rosa          **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 2.5 | 0 | 0 | 0 | 0 | 2.5 | | | reject |
| Devon Becnel | Attorney | 0 | 2.5 | 0 | 0 | 0 | 0 | 2.5 | | | reject |
| Salvadore Christina | Attorney | 3.5 | 0 | 0 | 0 | 0 | 0 | 3.5 | | | reject |
| Toni Becnel | Attorney | 5 | 0 | 0 | 0 | 0 | 0 | 5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 13.5 | Rejected: | 13.5 | Approved: | 0.00 | | |

## Firm Comments

### Reviewer Comments

#### Review Notes

Firm resubmitted corrected time

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Jul 2014

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 08-19-2014 | 08-19-2014 | | 08-26-2014 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | accept |
| Devon Becnel | Attorney | 0 | 5 | 0 | 0 | 0 | 0 | 5 | | | reject |
| Salvadore Christina | Attorney | 3.5 | 0 | 0 | 0 | 0 | 0 | 3.5 | | | accept |
| Toni Becnel | Attorney | 5 | 0 | 0 | 0 | 0 | 0 | 5 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | 18.5 | | Rejected: | 5 | Approved: | 13.50 | | |

## Firm Comments

## Reviewer Comments

## Review Notes

Attendance by more than one individual at status conference not considered common benefit

## Submission Documents

| File Name |
|-----------|
| Becnel July 2014 Time Review Notes_7577.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Mar 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 10-06-2015 | 10-06-2015 | | 11-09-2015 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Salvadore Christina | Attorney | 0 | 1.5 | 117 | 0 | 0 | 0 | 118.5 | | | reject |
| Daniel Becnel | Attorney | 0.5 | 4 | 0 | 0 | 0 | 0 | 4.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | **123** | Rejected: | **123** | Approved: | 0.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Please resubmit at May 2015. Daniel Becnel: Also pleas provide more detail on what was state conference with the court related to. Christina Salvadore: Please provide greater detail on what documents were being reviewed

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Jun 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 10-06-2015 | 10-06-2015 | | 11-08-2015 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salvadore Christina | Attorney | 0 | 0 | 121.5 | 1 | 0 | 0 | 122.5 | | | accept |
| Daniel Becnel | Attorney | 0 | 0 | 0 | 0 | 10 | 0 | 10 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 132.5 | Rejected: | | 0.00 | Approved: | 132.50 | |

# Firm Comments

# Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|---|
| Becnel Law Firm June 2015 Time Review Notes_8809.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Jul 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 10-06-2015 | 10-06-2015 | | 11-08-2015 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Salvadore Christina | Attorney | 0 | 6 | 130 | 0 | 0 | 0 | 136 | | | accept |
| Daniel Becnel | Attorney | 0 | 0.5 | 0 | 0 | 0 | 0 | 0.5 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | 136.5 | Rejected: | 0.00 | Approved: | 136.50 | | | |

## Firm Comments

## Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm July 2015 Time Review Notes_8810.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Aug 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 10-06-2015 | 10-06-2015 | | 11-08-2015 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Salvadore Christina | Attorney | 0 | 0 | 110 | 0 | 0 | 0 | 110 | | | accept |
| Daniel Becnel | Attorney | 0 | 4 | 18 | 0 | 0 | 0 | 22 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 132 | Rejected: | 0.00 | Approved: | 132.00 | | |

# Firm Comments

# Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm August 2015 Time Review Notes_8811.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Sep 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 10-06-2015 | 10-06-2015 | | 11-08-2015 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salvadore Christina | Attorney | 0 | 0 | 66 | 0 | 0 | 0 | 66 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 66 | Rejected: | 0.00 | Approved: | 66.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|---|
| Becnel Law Firm September 2015 Time Review Notes_8812.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-15-2016 | 03-15-2016 | | 03-19-2016 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | 68.5 | Rejected: | 60.5 | Approved: | 8.00 | | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Time for Christina Salvadore needs more description. Discovery is not an acceptable description of time.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm October 2015 Time Review Notes_9199.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-21-2016 | 03-21-2016 | | 04-16-2016 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 68.5 | Rejected: | | 68.5 | Approved: | | 0.00 |

## Firm Comments

Modified to give more detail on Discovery time

## Reviewer Comments

### Review Notes

1)More detail is still needed. Case administration, discovery, document review is not sufficient. Please give details on work performed. 2) Must submit with partner signature number 3)This submission is now untimely and will require court approval.

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Nov 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-15-2016 | 03-15-2016 | | 03-19-2016 |

**Reviewer:** Bridgett Rosa          **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 8.5 | 0 | 0 | 0 | 0 | 8.5 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 8.5 | Rejected: | | 0.00 | Approved: | 8.50 | |

## Firm Comments

## Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm November 2015 Time Review Notes_9200.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Dec 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-15-2016 | 03-15-2016 | | 03-19-2016 |

**Reviewer:** Bridgett Rosa                **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 4 | | Rejected: | 4 | Approved: | 0.00 | |

## Firm Comments

## Reviewer Comments

### Review Notes

Please resubmit with partner signature number

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm December 2015 Time Review Notes_9201.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Dec 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-29-2016 | 03-29-2016 | | 04-08-2016 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 4 | Rejected: | 0.00 | Approved: | 4.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm Deember 2015 Time Review Notes_9239.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Jan 2016

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-29-2016 | 03-29-2016 | | 04-08-2016 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Salvadore Christina | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| <u>View Daily Time Summary</u> | | | Submitted Hours: | | 8 | Rejected: | 0.00 | Approved: | 8.00 | | |

# Firm Comments

# Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| <u>Becnel Law Firm January 2016 Time Review Notes_9237.pdf</u> |

Time / Becnel Law Firm LLC / MDL 2047 / Feb 2016

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|-----------|----------|----------|--------|
| 03-29-2016 | 03-29-2016 | | 04-08-2016 |

**Reviewer:** Bridgett Rosa                    **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|----------|-------|-----------------|-----------|-----------|-------|--------|------------|-------|----------|--------|----------|
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Salvadore Christina | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| View Daily Time Summary | | | Submitted Hours: | | 8 | Rejected: | 0.00 | Approved: | 8.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

There are no other public notes on this submission yet.

## Submission Documents

| File Name |
|-----------|
| Becnel Law Firm February 2016 Time Review Notes_9238.pdf |

# EXHIBIT A
# BACK UP DATA

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:    106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                            P. O. DRAWER AH@
                                                          RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:    SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM 5/1/2015-5/31/2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 5/4/15 | 8 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/5/15 | 6.5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/6/15 | 4.5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/7/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/8/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/11/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $9.00 parking | 64 miles |
| 5/12/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/13/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/14/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/15/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/19/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | $8 Parking | 64 miles |
| 5/20/15 | 1.5 | Status Conference with the Court | | |
| 5/20/15 | 4 | Document coding and review at Russ Herman's office. (Discovery) | $6.00 parking | 64 miles |
| 5/21/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/22/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/26/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $9.00 parking | 64 miles |
| 5/27/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/28/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/29/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| | | | | |

| Total | 118.5 | | $56.00 | 1152 miles |
|-------|-------|--|--------|------------|

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          DATE: 6/1/2015

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

## 04:21 PM
## MAY 11, 2015

Purchase Date/Time: 02:21pm May 11, 2015
Total Due: $3.00
Total Paid: $3.00          Rate: Max 2 Hours for $3
Ticket #: 00000390          Payment Type: Card
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#****-1625, MasterCard

Auth #: 354326

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

---

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

## 02:17 PM
## MAY 11, 2015

Purchase Date/Time: 12:17pm May 11, 2015
Total Due: $3.00
Total Paid: $3.00          Rate: Max 2 Hours for $3
Ticket #: 00000389          Payment Type: Card
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#****-1625, MasterCard

Auth #: 250502

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

---

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

## 12:08 PM
## MAY 11, 2015

Purchase Date/Time: 10:08am May 11, 2015
Total Due: $3.00
Total Paid: $3.00          Rate: Max 2 Hours for $3
Ticket #: 00000386          Payment Type: Card
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#****-1000, American Express
Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

**RECEIPT**

Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:01 PM
# AUG 11, 2015

Purchase Date/Time: 10:01am Aug 11, 2015
Total Due: $6.00                     Rate: 12 Hours - $6
Total Paid: $6.00              Payment Type: Card
Ticket # 10336740
S/N #: 520014321153
Setting: Lot 375
Mach Name: Lot 375

Card #****-1626, MasterCard
                                Auth #: 822706

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

**RECEIPT**

Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:11 PM
# AUG 10, 2015

Purchase Date/Time: 10:11am Aug 10, 2015
Total Due: $6.00                     Rate: 12 Hours - $6
Total Paid: $6.00              Payment Type: Card
Ticket # 10333740
S/N #: 520014321153
Setting: Lot 375
Mach Name: Lot 375

Card #****-1626, MasterCard
                                Auth #: 147914

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

**RECEIPT**

Submit feedback to
feedblk@preniumparking.com
or text (504) 233-3375
Include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:10 PM
# AUG 17, 2015

Purchase Date/Time: 10:10am Aug 17, 2015
Total Due: $8.00            Rate: 12 Hours - $8
Total Paid: $8.00           Payment Type: Card
Ticket # 01380847
S/N #: 520014327163
Setting: Lot 375
Mach Name: Lot 375

Card #: ••••-1825, MasterCard          Auth #: 154417

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

---

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP•
Remember to stop for
pedestrians at crosswalks

Expiration Date/Time

# 01:34 PM
# AUG 13, 2015

Purchase Date/Time: 12:10pm Aug 13, 2015
Total Due: $2.10            Rate: Max 2 Hours for $3
Total Paid: $2.10           Payment Type: Cash
Ticket #: 00307413
S/N #: 520014290942
Setting: On Street
Mach Name: 0942

Call: 504 627-0007
Setup Parkmobile Account
parkmobile.com

**RECEIPT**
**Submit feedback to**
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

## 09:24 PM
## AUG 21, 2015

Purchase Date/Time: 09:24am Aug 21, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $8.00                   Payment Type: Card
Ticket # 93021480
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard

Auth #: 010690

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

---

**RECEIPT**
**Submit feedback to**
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

## 09:52 PM
## AUG 24, 2015

Purchase Date/Time: 09:52am Aug 24, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $8.00                   Payment Type: Card
Ticket # 94050041
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard

Auth #: 125781

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

---

**PLACE FACE UP ON DASH**
**Welcome to New Orleans**
SP+
Remember to stop for
pedestrians at crosswalks

Expiration Date/Time

## 12:06 PM
## AUG 25, 2015

Purchase Date/Time: 10:18am Aug 25, 2015
Total Due: $2.70                    Rate: Max 2 Hours for $3
Total Paid: $2.70                   Payment Type: Cash
Ticket #: 00000781
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

PARKING RECEIPT

PLACE FACE UP ON DASH
Welcome to New Orleans
SP+
Remember to stop for
pedestrians at crosswalks
Expiration Date/Time

# 01:33 PM
# AUG 26, 2015

Purchase Date/Time: 12:13pm Aug 26, 2015
Total Due: $2.00      Rate: Max 2 Hours for $3
Total Paid: $2.00     Payment Type: Card
Ticket #: 00000790
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#*****-1625, MasterCard
                         Auth #: 632840

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

PLACE FACE UP ON DASH
Welcome to New Orleans
SP+
Remember to stop for
pedestrians at crosswalks
Expiration Date/Time

# 12:26 PM
# AUG 26, 2015

Purchase Date/Time: 10:26am Aug 26, 2015
Total Due: $3.00      Rate: Max 2 Hours for $3
Total Paid: $3.00     Payment Type: Card
Ticket #: 00000786
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#*****-1625, MasterCard
                         Auth #: 636879

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

PLACE FACE UP ON DASH
Welcome to New Orleans
SP+
Remember to stop for
pedestrians at crosswalks
Expiration Date/Time

# 11:10 AM
# AUG 28, 2015

Purchase Date/Time: 09:10am Aug 28, 2015
Total Due: $3.00      Rate: Max 2 Hours for $3
Total Paid: $3.00     Payment Type: Card
Ticket #: 00000794
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

#*****-1625, MasterCard
                         Auth #: 975110

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:    (995) 536-1196                           P. O. DRAWER ﹖H@
                                                          RESERVE, LOUISIANA 70094

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM September 1, 2015 : September 30, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 9/1/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/2/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/3/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/4/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/9/15 | 2 | Document coding and review (Discovery) | | 64 |
| 9/10/15 | 4 | Document coding and review (Discovery) | | |
| 9/11/15 | 6 | Document coding and review (Discovery) | | 64 |
| 9/12/15 | 4 | Document coding and review (Discovery) | | |
| 9/13/15 | 2 | Document coding and review (Discovery) | | |
| 9/14/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/15/15 | 4 | Document coding and review (Discovery) | | |
| 9/18/15 | 2 | Document coding and review (Discovery) | | |
| 9/29/15 | 7 | Document coding and review (Discovery) | | 64 |
| | | | | |
| Total | 66 | | | 512 |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*        DATE: 10/1/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC

TELEPHONE NO:   (985) 536-1186

ADDRESS:   106 WEST 7TH STREET
P. O. DRAWER AH@
RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:   SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM June 1, 2015 : June 30, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 6/1/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/2/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/3/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/4/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/5/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/9/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/9/15 | 1 | CDW Trial on Taishan Class Damages | 3.00 | |
| 6/10/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/11/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/12/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/13/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/15/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/16/15 | 7 | Depo of CNBM Group | | 64 miles |
| 6/17/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/18/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/22/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/23/15 | 1.5 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 0 |
| 6/23/15 | 2.0 | CDW status conference | 8.00 | 64 miles |
| 6/24/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/25/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/29/15 | 6 | Document coding and review at Russ | | |

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:   (985) 536-1186                                            P. O. DRAWER AH@
                                                                                          RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:   SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM June 1, 2015 : June 30, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 6/1/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/2/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/3/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/4/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/5/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/9/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/9/15 | 1 | CDW Trial on Taishan Class Damages | 3.00 | |
| 6/10/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/11/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/12/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/13/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/15/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/16/15 | 7 | Depo of CNBM Group | | |
| 6/17/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/18/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/22/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/23/15 | 1.5 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/23/15 | 2.0 | CDW status conference | | 0 |
| 6/24/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/25/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/29/15 | 6 | Document coding and review at Russ | | 64 miles |

| | | | | |
|---|---|---|---|---|
| | | Herman's office. (Discovery) | | |
| Total | 122.5 | | $67.00 | 1152 MILES |

ATTESTED AS ACCURATE: _Salvadore Christina, Jr._          DATE: 6/30/2015

**RECEIPT**
Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:00 PM
# JUN 09, 2015

Purchase Date/Time: 10:00am Jun 09, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $8.00                   Payment Type: Card
Ticket # 01280445
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard
                                    Auth #: 764169
IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

---

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

# 11:04 AM
# JUN 09, 2015

Purchase Date/Time: 09:04am Jun 09, 2015
Total Due: $3.00          Rate: Max 2 Hours for $3
Total Paid: $3.00                   Payment Type: Card
Ticket #: 00007055
S/N #: 520014290794
Setting: On Street
Mach Name: 0794

#****-1625, MasterCard
                                    Auth #: 734601

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

DISPLAY FACE UP ON DASH

RECEIPT

**Submit feedback to**
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:27 PM
# JUN 10, 2015

Purchase Date/Time: 10:27am Jun 10, 2015
Total Due: $8.00
Total Paid: $8.00                    Rate: 12 Hours - $8
Ticket # 10238440                 Payment Type: Card
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard

Auth #: 465420

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

RECEIPT  PARKING RECEIPT  PARKING RECEIPT  PARKING RECEIPT

RECEIPT

Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

## 10:29 PM
## JUN 12, 2015

Purchase Date/Time: 10:29am Jun 12, 2015

Total Due: $8.00          Rate: 12 Hours - $8
Total Paid: $8.00         Payment Type: Card
Ticket # 10232540
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard          Auth #: 998821

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

---

RECEIPT

Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

## 09:30 PM
## JUN 11, 2015

Purchase Date/Time: 09:30am Jun 11, 2015

Total Due: $8.00          Rate: 12 Hours - $8
Total Paid: $8.00         Payment Type: Card
Ticket # 40002150
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard          Auth #: 176411

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

**RECEIPT**
Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:22 PM
# JUN 18, 2015

Purchase Date/Time: 10:22am Jun 18, 2015
Total Due: $8.00
Total Paid: $8.00                Rate: 12 Hours - $8
Ticket # 01280640               Payment Type: Card
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****~1625, MasterCard
                                Auth #: 327033

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

---

**RECEIPT**
Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:14 PM
# JUN 15, 2015

Purchase Date/Time: 10:14am Jun 15, 2015
Total Due: $8.00
Total Paid: $8.00                Rate: 12 Hours - $8
Ticket # 42065041               Payment Type: Card
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****~1625, MasterCard
                                Auth #: 161662

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT

**RECEIPT**
Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:18 PM
# JUN 24, 2015

Purchase Date/Time: 10:18am Jun 24, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $6.00                   Payment Type: Card
Ticket # 06299410
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****-1625, MasterCard
                          Auth #: 550054

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

---

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

# 11:23 AM
# JUN 23, 2015

Purchase Date/Time: 11:13am Jun 23, 2015
Total Due: $0.25          Rate: Max 2 Hours for $3
Total Paid: $0.25         ·Payment Type: Cash
Ticket #: 00000562
S/N #: 520014290737
Setting: On Street
Mach Name: 0737

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:   (985) 536-1186                              P. O. DRAWER AH@
                                                           RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM July 1, 2015 : July 31, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 7/1/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/2/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/6/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/7/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/8/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/9/15 | 6 | Document coding and review (Discovery) | | 64 miles |
| 7/10/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/14/15 | 2 | Status Conference | | |
| 7/14/15 | 4 | Document coding and review (Discovery) | | 64 miles |
| 7/15/15 | 3.0 | Document coding and review (Discovery) | | |
| 7/16/15 | 5.0 | Document coding and review (Discovery) | | |
| 7/17/15 | 4 | Document coding and review at Russ Herman's office. (Discovery) | | |
| 7/20/15 | 6 | Document coding and review (Discovery) | | |
| 7/21/15 | 5 | Document coding and review (Discovery) | | |
| 7/22/15 | 7.0 | Document coding and review (Discovery) | | |
| 7/23/15 | 7.0 | Document coding and review (Discovery) | | |
| 7/24/15 | 8 | Document coding and review (Discovery) | | |
| 7/27/15 | 5.0 | Document coding and review (Discovery) | | |
| 7/28/29 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/29/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/30/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/31/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| | | | | |
| Total | 122.5 | | | 768 MILES |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*        DATE: 8/1/2015

**RECEIPT**
**Submit feedback to**
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:42 PM
# MAY 13, 2015

Purchase Date/Time: 10:42am May 13, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $8.00                   Payment Type: Card
Ticket # 20074051
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****~1625, MasterCard
                                    Auth #: 539311

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

PARKING RECEIPT   PARKING RECEIPT   PARKING RECEIPT   PAF

---

**RECEIPT**
**Submit feedback to**
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:08 PM
# MAY 12, 2015

Purchase Date/Time: 10:08am May 12, 2015
Total Due: $8.00                    Rate: 12 Hours - $8
Total Paid: $8.00                   Payment Type: Card
Ticket # 40062103
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #****~1625, MasterCard
                                    Auth #: 830714

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

KING RECEIPT   PARKING RECEIPT   PARKING RECEIPT   PARKING RECEIPT

## PLACE FACE UP ON DASH
### Welcome to New Orleans
SP+

Expiration Date/Time

# 01:12 PM
# MAY 20, 2015

Purchase Date/Time: 11:12am May 20, 2015
Total Due: $3.00          Rate: Max 2 Hours for $3
Total Paid: $3.00         Payment Type: Card
Ticket #: 00000312
S/N #: 520014290743
Setting: On Street
Mach Name: 0743

#*****--1625, MasterCard
                                    Auth #: 586088

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

---

## RECEIPT
### Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:03 PM
# MAY 19, 2015

Purchase Date/Time: 10:03am May 19, 2015
Total Due: $8.00          Rate: 12 Hours - $8
Total Paid: $8.00         Payment Type: Card
Ticket #: 12014601
S/N #: 520014321163
Setting: Lot 375
Mach Name: Lot 375

Card #*****--1625, MasterCard
                                    Auth #: 830184

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

From: noreply@parkmobileglobal.com
Subject: Parkmobile Payment Processed
Date: May 20, 2015 at 1:10 PM
To: schristina@becnellaw.com



Thank you for using Parkmobile. Your Payment is processed successfully.

*Payment Date: 05/20/2015*
*01:10 PM Central*
*Auth Id: 43585626*
*Description: ParkingAction*
*PaymentMethod: MASTERCARD*
*ending in 1625*
*Amount Paid: $3.35*

To manage your account, log in online at parkmobile.us or download our mobile app.
For questions regarding this charge, email Member Services at
helpdesk@parkmobileglobal.com.

To stop receiving parking confirmation email messages, click this link
To stop receiving ALL emails sent by Parkmobile, click this link

Parkmobile USA | 3200 Cobb Galleria Parkway, Suite 100, Atlanta, GA 30339
Member Services: 877-727-5457 | helpdesk@parkmobileglobal.com | parkmobile.us

**PLACE FACE UP ON DASH**
Welcome to New Orleans
SP+

Expiration Date/Time

# 10:35 AM
# MAY 26, 2015

Purchase Date/Time: 10:25am May 26, 2015
Total Due: $0.25          Rate: Max 2 Hours for $3
Total Paid: $0.25         Payment Type: Cash
S/N #: 520014290737
Ticket #: 00000439
Setting: On Street
Mach Name: 0737

Call: 504 527-0007
Setup Parkmobile Account
parkmobile.com

From: noreply@parkmobileglobal.com
Subject: **Parkmobile Payment Processed**
Date: May 26, 2015 at 1:19 PM
To: schristina@becnellaw.com





**Thank you for using Parkmobile. Your Payment is processed successfully.**

*Payment Date: 05/26/2015*
*01:19 PM Central*
*Auth Id: 43863771*
*Description: ParkingAction*
*PaymentMethod: MASTERCARD*
*ending in 1625*
*Amount Paid: $3.35*

To manage your account, log in online at parkmobile.us or download our mobile app.
For questions regarding this charge, email Member Services at
helpdesk@parkmobileglobal.com.

To stop receiving parking confirmation email messages, click this link
To stop receiving ALL emails sent by Parkmobile, click this link

Parkmobile USA | 3200 Cobb Galleria Parkway, Suite 100, Atlanta, GA 30339
Member Services: 877-727-5457 | helpdesk@parkmobileglobal.com | parkmobile.us

From: noreply@parkmobileglobal.com
Subject: **Parking Session Activated**
Date: May 26, 2015 at 4:17 PM
To: schristina@becnellaw.com





**CONFIRMATION ? PARKING SESSION ACTIVATED**

This confirmation indicates that your session has been activated successfully.

**Transaction Details:**

| | |
|---|---|
| Session Id: | HU4367888115146T |
| Activated: | 5/26/2015 3:36 PM |
| Will Deactivate: | 5/26/2015 5:35 PM |
| Zone: | 29270 |
| Location: | New Orleans, LA |
| Space: | n/a |
| License Plate Number: | YFM921 |
| Parking fee: | $3.00 |
| Transaction fee: | $0.35 |
| **Total Cost:** | **$3.35** |

For questions about your transaction, please visit parkmobile.us to search our Knowledge Base, or email us at helpdesk@parkmobileglobal.com with the transaction details listed above.
To stop receiving parking confirmation email messages, click this link.

To stop receiving ALL emails sent by Parkmobile, click this link.

*This message was sent by Parkmobile. If you no longer wish to receive these alerts, log in to your Personal Pages at parkmobile.us and choose Alerts & Messages to adjust your settings.*

Parkmobile USA | 3200 Cobb Galleria Parkway, Suite 100, Atlanta, GA 30339
Member Services: 877-727-5457 | helpdesk@parkmobileglobal.com | parkmobile.us

From: noreply@parkmobileglobal.com
Subject: **Parkmobile Payment Processed**
Date: May 26, 2015 at 11:17 AM
To: schristina@becnellaw.com





Thank you for using Parkmobile. Your Payment is processed successfully.

*Payment Date: 05/26/2015*
*11:17 AM Central*
*Auth Id: 43852931*
*Description: ParkingAction*
*PaymentMethod: MASTERCARD*
*ending in 1625*
*Amount Paid: $3.35*

To manage your account, log in online at parkmobile.us or download our mobile app.
For questions regarding this charge, email Member Services at
helpdesk@parkmobileglobal.com.

To stop receiving parking confirmation email messages, click this link
To stop receiving ALL emails sent by Parkmobile, click this link

**RECEIPT**
Submit feedback to
feedbk@premiumparking.com
or text (504) 233-3375
include lot # 375

License Plate Number

# YFM921

Expiration Date/Time

# 10:28 PM
# MAY 28, 2015

Purchase Date/Time: 10:28am May 28, 2015
Total Due: $6.00
Total Paid: $6.00                Rate: 12 Hours - $8
Ticket # 01280248               Payment Type: Card
S/N #: 52001432163
Setting: Lot 375
Mach Name: Lot 375

Card #****--1625, MasterCard

Auth #: 574161

IN/OUT VALID 24 HRS ONLY
BUT SPACE NOT GUARANTEED
NON TRANSFERABLE
TICKETS NOT COMBINABLE

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC          ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                              P. O. DRAWER AH@
                                                            RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM 1/1/2016-1/31/2016

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/14/2016 | 3.0 | CDW status conference with Judge Fallon | | 78 |
| | | | | |
| Total | 3.0 | | | 78 |

ATTESTED AS ACCURATE: _____   DATE: 1/31/2016

CHINESE DRYWALL TIME
DANIEL E. BECNEL, JR.

| | | |
|---|---|---|
| 10/07/15 | Trip to and from New Orleans for status conference<br>**mileage – 78 @** | 4.00 hrs. |
| 11/16/15 | Trip to and from New Orleans for status conference<br>**mileage – 78 @** | 4.50 hrs. |
| 11/17/15 | Trip to and from New Orleans for evidentiary hearing<br>**mileage – 78 @** | 4.00 hrs. |
| 12/07/15 | Trip to and from New Orleans for status conference<br>(12:30 p.m. – 4:30 p.m.)<br>**mileage – 78 @** | 4.00 hrs. |

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC          ADDRESS:    106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                               P. O. DRAWER AH@
                                                             RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM 2/1/2016-2/24/2016

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 2/17/2016 | 3.0 | CDW status conference with Judge Fallon | | 78 |
| | | | | |
| Total | 3.0 | | | 78 |

ATTESTED AS ACCURATE: _____          DATE: 2/252016

| | | |
|---|---|---|
| 05/15/15 | Review of Interested Party Response Pursuant to Rule 6.29(e) In Opposition to the Motion for Transfer of Actions to the District Court for the Middle District of LA | .25 hrs. |
| 05/19/15 | Review of Plaintiffs' Witness List for 6/9/15 hearing | .25 hrs. |
| 05/20/15 | Trip to and from New Orleans for status conference **mileage – 78 @** | 4.00 hrs. |
| 06/09/15 | Trip to and from New Orleans for status conference and trial (8:00 a.m. to 6:00 p.m.) **parking - $10.00** **mileage – 78 @** | 10.00 hrs. |
| 07/14/15 | Participating in Drywall status conference via phone | .50 hrs. |
| 08/07/15 | Trip to and from New Orleans for status conference **mileage – 78 @** | 4.00 hrs. |
| 08/25/15 | Participating in deposition via phone | 7.00 hrs. |
| 08/26/15 | Participating in deposition via phone | 7.00 hrs. |
| 08/27/15 | Participating in deposition via phone | 4.00 hrs. |
| 10/07/15 | Trip to and from New Orleans for status conference **mileage – 78 @** | 4.00 hrs. |
| 11/16/15 | Trip to and from New Orleans for status conference **mileage – 78 @** | 4.50 hrs. |
| 11/17/15 | Trip to and from New Orleans for evidentiary hearing **mileage – 78 @** | 4.00 hrs. |
| 12/07/15 | Trip to and from New Orleans for status conference (12:30 p.m. – 4:30 p.m.) **mileage – 78 @** | 4.00 hrs. |

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC          ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                              P. O. DRAWER AH@
                                                            RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM 12/1/2015-12/31/2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 1/14/2016 | 4.0 | CDW status conference with Judge Fallon | | 78 |
| | | | | |
| Total | 4.0 | | | 78 |

ATTESTED AS ACCURATE:                           DATE: 12/23/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:        106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                                P. O. DRAWER ᴢH@
                                                               RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM 5/1/2015-5/31/2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 5/4/15 | 8 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/5/15 | 6.5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/6/15 | 4.5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/7/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/8/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/11/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $9.00 parking | 64 miles |
| 5/12/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/13/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/14/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/15/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/19/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | $8 Parking | 64 miles |
| 5/20/15 | 1.5 | Status Conference with the Court | | |
| 5/20/15 | 4 | Document coding and review at Russ Herman's office. (Discovery) | $6.00 parking | 64 miles |
| 5/21/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/22/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/26/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $9.00 parking | 64 miles |
| 5/27/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 5/28/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | $8.00 parking | 64 miles |
| 5/29/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| | | | | |

| Total | 118.5 | | $56.00 | 1152 miles |
|-------|-------|--|--------|------------|

ATTESTED AS ACCURATE: _Salvadore Christina, Jr._          DATE: 6/1/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC           ADDRESS:     106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                                 P. O. DRAWER ₂H@
                                                               RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:    SALVADORE CHRISTINA JR
STATUS:  ATTORNEY
PERIOD:  FROM June 1, 2015 : June 30, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 6/1/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/2/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/3/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/4/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/5/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/9/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/9/15 | 1 | CDW Trial on Taishan Class Damages | 3.00 | |
| 6/10/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/11/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/12/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/13/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/15/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/16/15 | 7 | Depo of CNBM Group | | |
| 6/17/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/18/15 | 6 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/22/15 | 5 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/23/15 | 1.5 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/23/15 | 2.0 | CDW status conference | | 0 |
| 6/24/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | 8.00 | 64 miles |
| 6/25/15 | 7 | Document coding and review at Russ Herman's office. (Discovery) | | 64 miles |
| 6/29/15 | 6 | Document coding and review at Russ | | 64 miles |

| | | Herman's office. (Discovery) | | |
|---|---|---|---|---|
| Total | 122.5 | | $67.00 | 1152 MILES |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          DATE: 6/30/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC         ADDRESS:    106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                             P. O. DRAWER ₐH@
                                                           RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM July 1, 2015 : July 31, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 7/1/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/2/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/6/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/7/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/8/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/9/15 | 6 | Document coding and review (Discovery) | | 64 miles |
| 7/10/15 | 7 | Document coding and review (Discovery) | | 64 miles |
| 7/14/15 | 2 | Status Conference | | |
| 7/14/15 | 4 | Document coding and review (Discovery) | | 64 miles |
| 7/15/15 | 3.0 | Document coding and review (Discovery) | | |
| 7/16/15 | 5.0 | Document coding and review (Discovery) | | |
| 7/17/15 | 4 | Document coding and review at Russ Herman's office. (Discovery) | | |
| 7/20/15 | 6 | Document coding and review (Discovery) | | |
| 7/21/15 | 5 | Document coding and review (Discovery) | | |
| 7/22/15 | 7.0 | Document coding and review (Discovery) | | |
| 7/23/15 | 7.0 | Document coding and review (Discovery) | | |
| 7/24/15 | 8 | Document coding and review (Discovery) | | |
| 7/27/15 | 5.0 | Document coding and review (Discovery) | | |
| 7/28/29 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/29/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/30/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| 7/31/15 | 8 | Document coding and review (Discovery) | | 64 miles |
| | | | | |
| Total | 122.5 | | | 768 MILES |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          DATE: 8/1/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC          ADDRESS:      106 WEST 7TH STREET
TELEPHONE NO:    (985) 536-1186                                 P. O. DRAWER AH@
                                                                RESERVE, LOUISIANA 70084

## CHINESE DRYWALL MDL 2047

NAME:      SALVADORE CHRISTINA JR
STATUS:    ATTORNEY
PERIOD:    FROM August 1, 2015 : August 31, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 8/1/15 | 3 | Document coding and review (Discovery) | | |
| 8/3/15 | 7 | Document coding and review (Discovery) | | |
| 8/4/15 | 6 | Document coding and review (Discovery) | | |
| 8/10/15 | 6 | Document coding and review (Discovery) | 8.00 | 64 |
| 8/11/15 | 6 | Document coding and review (Discovery) | 8.00 | 64 |
| 8/13/15 | 7 | Document coding and review (Discovery) | 3.00 | 64 |
| 8/14/15 | 7 | Document coding and review (Discovery) | | 64 |
| 8/17/15 | 7 | Document coding and review (Discovery) | 8.00 | 64 |
| 8/19/15 | 7 | Document coding and review (Discovery) | | 64 |
| 8/20/15 | 7 | Document coding and review (Discovery) | | 64 |
| 8/21/15 | 7 | Document coding and review (Discovery) | 8.00 | 64 |
| 8/24/15 | 7 | Document coding and review (Discovery) | 8.00 | 64 |
| 8/25/15 | 7 | Document coding and review (Discovery) | 3.00 | 64 |
| 8/26/15 | 5 | Document coding and review (Discovery) | 5.00 | 64 |
| 8/27/15 | 7 | Document coding and review (Discovery) | | 64 |
| 8/28/15 | 7 | Document coding and review (Discovery) | 3.00 | 64 |
| 8/31/15 | 7 | Document coding and review (Discovery) | | 64 |
| | | | | |
| Total | 110 | | $54.00 | 896 |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          9/11/2015
                                                          DATE: 8/1/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC        ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:    (10105) 536-11106                       P. O. DRAWER AH@
                                                         RESERVE, LOUISIANA 700104

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM October 1, 2015 : October 31, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 10/1/15 | 3 | Document coding and review (Discovery) | | |
| 10/5/15 | 6 | Document coding and review (Discovery) | | |
| 10/7/15 | 1.5 | Conference Call with Scott George | | |
| 10/8/15 | 4 | Document coding and review (Discovery) | | |
| 10/12/15 | 3 | Document coding and review (Discovery) | | |
| 10/13/15 | 3 | Document coding and review (Discovery) | | |
| 10/14/15 | 6 | Document coding and review (Discovery) | | |
| 10/16/15 | 7 | Document coding and review (Discovery) | | |
| 10/20/15 | 6 | Document coding and review (Discovery) | | |
| 10/23/15 | 2 | Document coding and review (Discovery) | | |
| 10/24/15 | 3 | Document coding and review (Discovery) | | |
| 10/26/15 | 4 | Document coding and review (Discovery) | | |
| 10/27/15 | 6 | Document coding and review (Discovery) | | |
| 10/28/15 | 6 | Document coding and review (Discovery) | | |
| | | | | |
| Total | 60.5 | | | |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          DATE: 11/1/2015

LAW FIRM NAME:   BECNEL LAW OFFICE, LLC          ADDRESS:   106 WEST 7TH STREET
TELEPHONE NO:    (995) 536-1196                             P. O. DRAWER AH@
                                                           RESERVE, LOUISIANA 70094

## CHINESE DRYWALL MDL 2047

NAME:     SALVADORE CHRISTINA JR
STATUS:   ATTORNEY
PERIOD:   FROM September 1, 2015 : September 30, 2015

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|------|-------|-------------|----------|---------|
| 9/1/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/2/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/3/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/4/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/9/15 | 2 | Document coding and review (Discovery) | | 64 |
| 9/10/15 | 4 | Document coding and review (Discovery) | | |
| 9/11/15 | 6 | Document coding and review (Discovery) | | 64 |
| 9/12/15 | 4 | Document coding and review (Discovery) | | |
| 9/13/15 | 2 | Document coding and review (Discovery) | | |
| 9/14/15 | 7 | Document coding and review (Discovery) | | 64 |
| 9/15/15 | 4 | Document coding and review (Discovery) | | |
| 9/18/15 | 2 | Document coding and review (Discovery) | | |
| 9/29/15 | 7 | Document coding and review (Discovery) | | 64 |
| | | | | |
| Total | 66 | | | 512 |

ATTESTED AS ACCURATE: *Salvadore Christina, Jr.*          DATE: 10/1/2015

CHINESE DRYWALL TIME
DANIEL E. BECNEL, JR.

| Date | Description | Hours |
|------|-------------|-------|
| 10/07/15 | Trip to and from New Orleans for status conference<br>**mileage – 78 @** | 4.00 hrs. |
| 11/16/15 | Trip to and from New Orleans for status conference<br>**mileage – 78 @** | 4.50 hrs. |
| 11/17/15 | Trip to and from New Orleans for evidentiary hearing<br>**mileage – 78 @** | 4.00 hrs. |
| 12/07/15 | Trip to and from New Orleans for status conference<br>(12:30 p.m. – 4:30 p.m.)<br>**mileage – 78 @** | 4.00 hrs. |