# EXHIBIT B

LAW FIRM NAME: BECNEL LAW OFFICE, LLC  
TELEPHONE NO: (985) 536-1186  
ADDRESS: 425 W. Airline Hwy, Ste B  
LaPlace, LOUISIANA 70068

## CHINESE DRYWALL MDL 2047

NAME: SALVADORE CHRISTINA JR  
STATUS: ATTORNEY  
PERIOD: FROM 1/1/2019-1/31/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 1/14/2019 | .75 | CDW PSC call on prepping deposition witnesses. | | |
| 1/21/2019 | 1.5 | Deposition prep Jane Gonzales | | |
| 1/28/2019 | 4.0 | Deposition of Jane Gonzales at Barrios Firm | 15.00-Parking | 78 |
| | | | | |
| Total | 6.25 | | $15.00 | 78 |

ATTESTED AS ACCURATE: [signature]    DATE: 1/31/2019

| LAW FIRM NAME: | BECNEL LAW OFFICE, LLC | ADDRESS: | 425 W. Airline Hwy, Ste B |
| --- | --- | --- | --- |
| TELEPHONE NO: | (985) 536-1186 | | LaPlace, LOUISIANA 70068 |

## CHINESE DRYWALL MDL 2047

NAME: SALVADORE CHRISTINA JR
STATUS: ATTORNEY
PERIOD: FROM 2/1/2019-2/28/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
| --- | --- | --- | --- | --- |
| 2/1/2019 | 1.5 | Deposition prep of Brent Deselle | | |
| 2/6/2019 | 2.0 | Deposition prep Marcus and Dana Staub | | |
| 2/7/2019 | 1.5 | Deposition prep of Betty Jurisich | | |
| 2/11/2019 | 1.5 | Deposition prep of Melissa Young | | |
| 2/12/2019 | 1.5 | Deposition prep of Mary Haindel | | |
| 2/19/2-19 | 4.5 | Deposition of Mary Haindel | $15.00-parking | 78 |
| 2/20/2019 | 4.0 | Deposition of Betty Jurisich | $15.00-parking | 78 |
| 2/21/2019 | 4.0 | Deposition of Brent Deselle | $15.00-parking | 78 |
| 2/22/2019 | 2.5 | Deposition prep of Jill Donaldson and Jared Oterling | | |
| 2/25/2019 | 4.0 | Deposition of Martin Tatum | $15.00-parking | 78 |
| | | | | |
| Total | 27 | | $60.00 | 312 |

ATTESTED AS ACCURATE: _[signature]_      DATE: 2/28/2019

| LAW FIRM NAME: | BECNEL LAW OFFICE, LLC | ADDRESS: | 425 W. Airline Hwy, Ste B |
| --- | --- | --- | --- |
| TELEPHONE NO: | (985) 536-1186 | | LaPlace, LOUISIANA 70068 |

# CHINESE DRYWALL MDL 2047

NAME: SALVADORE CHRISTINA JR
STATUS: ATTORNEY
PERIOD: FROM 3/1/2019-3/31/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
| --- | --- | --- | --- | --- |
| 3/15/2019 | 5.0 | Deposition prep of Jill Donaldson and Jared Oterling | $15.00-parking | 78 |
| 3/25/2019 | 1.0 | Deposition prep Jerry Phillips | | |
| 3/27/2019 | 4.0 | Deposition of Jerry Phillips | $15.00-parking | 78 |
| | | | | |
| Total | 10 | | $30.00 | 156 |

ATTESTED AS ACCURATE: *[signature]*          DATE: 3/31/2019

LAW FIRM NAME: BECNEL LAW OFFICE, LLC  ADDRESS: 425 W. Airline Hwy, Ste B
TELEPHONE NO: (985) 536-1186  LaPlace, LOUISIANA 70068

# CHINESE DRYWALL MDL 2047

NAME: Toni S. Becnel
STATUS: ATTORNEY
PERIOD: FROM 1/1/2019-1/31/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 1/21/2019 | 1.5 | Deposition prep Jane Gonzales | | |
| 1/28/2019 | 4.0 | Deposition of Jane Gonzales at Barrios Firm | 15.00-Parking | |
| | | | | |
| Total | 5.5 | | $15.00 | |

ATTESTED AS ACCURATE: _[signature]_   DATE: 1/31/2019

LAW FIRM NAME: BECNEL LAW OFFICE, LLC  ADDRESS: 425 W. Airline Hwy, Ste B
TELEPHONE NO: (985) 536-1186  LaPlace, LOUISIANA 70068

# CHINESE DRYWALL MDL 2047

NAME: Toni S. Becnel
STATUS: ATTORNEY
PERIOD: FROM 2/1/2019-2/28/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 2/11/2019 | 1.5 | Deposition prep of Melissa Young | | |
| 2/19/2-19 | 4.5 | Deposition of Mary Haindel | $15.00-parking | |
| 2/20/2019 | 4.0 | Deposition of Betty Jurisich | $15.00-parking | |
| 2/21/2019 | 4.0 | Deposition of Brent Deselle | $15.00-parking | |
| 2/25/2019 | 4.0 | Deposition of Martin Tatum | $15.00-parking | |
| | | | | |
| Total | 18 | | $60.00 | |

ATTESTED AS ACCURATE: [signature]    DATE: 2/28/2019

LAW FIRM NAME: BECNEL LAW OFFICE, LLC     ADDRESS: 425 W. Airline Hwy, Ste B
TELEPHONE NO: (985) 536-1186                                                        LaPlace, LOUISIANA 70068

## CHINESE DRYWALL MDL 2047

NAME: Toni S. Becnel
STATUS: ATTORNEY
PERIOD: FROM 3/1/2019-3/31/2019

| DATE | HOURS | DESCRIPTION | EXPENSES | MILEAGE |
|---|---|---|---|---|
| 3/15/2019 | 5.0 | Deposition prep of Jill Donaldson and Jared Oterling | $15.00-parking | |
| 3/27/2019 | 4.0 | Deposition of Jerry Phillips | $15.00-parking | |
| | | | | |
| Total | 9 | | $30.00 | |

ATTESTED AS ACCURATE: _[signature]_          DATE: 3/31/2019