# BECNEL LAW FIRM, L.L. C.

DANIEL E. BECNEL, JR.*

KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
TONI S. BECNEL
*RETIRED (1969-2015)

425 W. AIRLINE HWY, SUITE B
LAPLACE, LA 70068
PHONE NO. 985.536.1186
FAX NO. 985-536-6445
WWW.BECNELLAW.COM

January 30, 2020

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street; Rm C468
New Orleans, LA. 70130

RE:    In Re: Chinese-Manufactured Drywall Product Liability Litigation
       MDL No. 2047
       Time Clarification for the Becnel Law Firm.

Dear Honorable Judge Fallon,

Pursuant to your order, dated January 28, 2019, I would like to submit this letter and affidavit to clarify the time allocated to the Becnel Law Firm regarding the Taishan Litigation. It is my understanding that this time period encompasses January 1, 2014 through the present day.

The first part of this clarification is the time that was denied by Mr. Garrett. While Mr. Becnel, Mrs. Becnel and I all had time rejected there are instances where we would ask for the Court to review and pray that the court would award us this time. In 2015, Mr. Herman asked for attorneys to volunteer to perform document review for the document's defendants produced in discovery. Mr. Christina was one of the volunteers. His time March 2015 of 117 hours was rejected because the description was found to be not specific enough. The work was described as "Document Coding and review at Russ Herman's office". This occurred a second time for 59 hours submitted for October 2015. Our firm would respectfully ask the Court to approve these 176 hours as common benefit time.

The second part of this clarification is for time that was not submitted to Mr. Garrett. Mr. Christina and Mrs. Becnel incurred time, expenses and mileage related to preparing and defending the deposition of clients that were selected for the first round of trials. Mr. Christina had a total of 43.25 hours, $105 in costs for parking and 546 miles (if compensated at .54 per mile this would equal $294.84). Mr. Christina lives in Baton Rouge and our office is in LaPlace. The distance between our office and Mrs. Barrios' office, where the depositions where held, was 39 miles each way for a total of 78 miles per deposition. Mrs. Becnel had a total of 32.5 hours and $105 in expenses for parking for this work as well.

The Becnel Law Firm prays that this Court would approve the time as detailed in this letter and our application to this court.

Sincerely,

Salvadore Christina, Jr.