UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY           MDL No. 2047
LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
*ALL ACTIONS (except The Mitchell Co.,*   MAGISTRATE JUDGE
WILKINSON
Inc. v. Knauf Gips KG, et al Civil Action
No.: 09-4115 (E.D. La.)
*****************************************************************

## AFFIDAVIT OF SALVADORE CHRISTINA, JR.

STATE OF LOUISIANA

COUNTY/PARISH OF ST. JOHN THE BAPTIST

BEFORE ME, the undersigned authority, on this the 30th day of January 2020;

PERSONALLY CAME AND APPEARED:

### SALVADORE CHRISTINA, JR.

who after being duly sworn, under the penalty of perjury, did depose and declare that the following are true correct:

1. I am an associate in the law firm of The Becnel Law Firm, L.L.C. and a member of the Plaintiffs' Steering Committee in MDL No. 2047.

2. I have reviewed the time submissions submitted and non-submitted to Mr. Garrett and that the time is true and correct.

3. The Court may rely on the information submitted by the Becnel Law Firm to Philip Garrett, the court appointed CPA contained on his Case Cost Management System in this litigation, all of which is certified to be true and correct.

4. The law firm identified in this Affidavit has expended an additional 75.75 hours of common benefit time in connection with the Chinese Drywall litigation and $504.84 in expenses. The firm seeks to have these time and expenses considered by the Court in connection with a common benefit time and cost reimbursement Petition to be submitted by the Fee Committee. The hours and expenses are detailed in Exhibit B.

5. The law firm additionally identified 176 which were denied by Mr. Garrett and asks this Honorable Court to approve these hours which were spent on document review in the discovery process. The time sheets and supporting data from Mr. Garrett are attached to this affidavit.

                                                 Salvadore Christina, Jr.

SWORN TO SUBSCRIBED
BEFORE ME THIS 30TH DAY OF
JANUARY, 2020

NOTARY PUBLIC:
PRINT NAME: TONI S. BECNEL (23645)
MY COMMISSION IS FOR LIFE

Time / Becnel Law Firm LLC / MDL 2047 / Mar 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 10-06-2015 | 10-06-2015 | | 11-09-2015 |

**Reviewer:** Bridgett Rosa     **Supervisor:** Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salvadore Christina | Attorney | 0 | 1.5 | 117 | 0 | 0 | 0 | 118.5 | | | reject |
| Daniel Becnel | Attorney | 0.5 | 4 | 0 | 0 | 0 | 0 | 4.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | 123 | Rejected: | 123 | Approved: | 0.00 | | |

## Firm Comments

## Reviewer Comments

### Review Notes

Please resubmit at May 2015. Daniel Becnel: Also pleas provide more detail on what was state conference with the court related to. Christina Salvadore: Please provide greater detail on what documents were being reviewed

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Mar 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 10-06-2015 | 10-06-2015 | | 11-09-2015 |

Reviewer: Bridgett Rosa     Supervisor: Jim Garrett

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salvadore Christina | Attorney | 0 | 1.5 | 117 | 0 | 0 | 0 | 118.5 | | | reject |
| Daniel Becnel | Attorney | 0.5 | 4 | 0 | 0 | 0 | 0 | 4.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | | | 123 | Rejected: | 123 | Approved: | 0.00 |

## Firm Comments

## Reviewer Comments

## Review Notes

Please resubmit at May 2015. Daniel Becnel: Also pleas provide more detail on what was state conference with the court related to. Christina Salvadore: Please provide greater detail on what documents were being reviewed

## Submission Documents

There are no files attached to this submission

## Time Submission Detail

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 05-04-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 8.00 |
| Salvadore Christina | 05-05-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 6.50 |
| Salvadore Christina | 05-06-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 4.50 |
| Salvadore Christina | 05-07-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 6.00 |
| Salvadore Christina | 05-08-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-11-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-12-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 05-13-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-14-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-15-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-19-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 6.00 |
| Salvadore Christina | 05-20-2015 | Pre Trial | 230 | Status Conference with the Court | 1.50 |
| Salvadore Christina | 05-20-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 4.00 |
| Salvadore Christina | 05-21-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-22-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-26-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-27-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 6.00 |
| Salvadore Christina | 05-28-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 7.00 |
| Salvadore Christina | 05-29-2015 | Discovery | 390 | Document coding and review at Russ Hermans office. (Discovery) | 6.00 |

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 03-15-2016 | 03-15-2016 | | 03-19-2016 |

**Reviewer:** Bridgett Rosa  **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | | 68.5 | Rejected: | 60.5 | Approved: | 8.00 | |

## Firm Comments

## Reviewer Comments

### Review Notes

Time for Christina Salvadore needs more description. Discovery is not an acceptable description of time.

## Submission Documents

| File Name |
|---|
| Becnel Law Firm October 2015 Time Review Notes_9199.pdf |

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 03-15-2016 | 03-15-2016 | | 03-19-2016 |

Reviewer: Bridgett Rosa    Supervisor: Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | accept |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| View Daily Time Summary | | | Submitted Hours: | | | 68.5 | Rejected: | 60.5 | Approved: | 8.00 | |

## Firm Comments

## Reviewer Comments

## Review Notes

Time for Christina Salvadore needs more description. Discovery is not an acceptable description of time.

## Submission Documents

| File Name |
|---|
| Becnel Law Firm October 2015 Time Review Notes_9199.pdf |

## Time Submission Detail

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 10-01-2015 | Discovery | 390 | Discovery | 3.00 |
| Salvadore Christina | 10-05-2015 | Discovery | 390 | Discovery | 6.00 |
| Salvadore Christina | 10-07-2015 | Case Assessment | 190 | Case Administration | 1.50 |
| Salvadore Christina | 10-08-2015 | Discovery | 390 | Discovery | 4.00 |
| Salvadore Christina | 10-12-2015 | Discovery | 390 | Discovery | 3.00 |

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 10-13-2015 | Discovery | 390 | Discovery | 3.00 |
| Salvadore Christina | 10-14-2015 | Discovery | 390 | Discovery | 6.00 |
| Salvadore Christina | 10-16-2015 | Discovery | 390 | Discovery | 7.00 |
| Salvadore Christina | 10-20-2015 | Discovery | 390 | Discovery | 6.00 |
| Salvadore Christina | 10-23-2015 | Discovery | 390 | Discovery | 2.00 |
| Salvadore Christina | 10-24-2015 | Discovery | 390 | Discovery | 3.00 |
| Salvadore Christina | 10-26-2015 | Discovery | 390 | Discovery | 4.00 |
| Salvadore Christina | 10-27-2015 | Discovery | 390 | Discovery | 6.00 |
| Salvadore Christina | 10-28-2015 | Discovery | 390 | Discovery | 6.00 |

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 03-21-2016 | 03-21-2016 | | 04-16-2016 |

**Reviewer:** Bridgett Rosa      **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| View Daily Time Summary | | | **Submitted Hours:** | | 68.5 | **Rejected:** | 68.5 | **Approved:** | 0.00 | | |

## Firm Comments

Modified to give more detail on Discovery time

## Reviewer Comments

### Review Notes

1) More detail is still needed. Case administration, discovery, document review is not sufficient. Please give details on work performed. 2) Must submit with partner signature number 3) This submission is now untimely and will require court approval.

## Submission Documents

There are no files attached to this submission

Time / Becnel Law Firm LLC / MDL 2047 / Oct 2015

## Submission Dates

| Submitted | Assigned | Reviewed | Posted |
|---|---|---|---|
| 03-21-2016 | 03-21-2016 | | 04-16-2016 |

**Reviewer:** Bridgett Rosa  **Supervisor:** Kathy Prokasy

## Time Submission Overview

| Employee | Class | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total | Rejected | Detail | Judgment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Daniel Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Toni Becnel | Attorney | 0 | 4 | 0 | 0 | 0 | 0 | 4 | | | reject |
| Salvadore Christina | Attorney | 1.5 | 0 | 59 | 0 | 0 | 0 | 60.5 | | | reject |
| **Submitted Hours:** | | | | | | | 68.5 | 68.5 | Rejected: | Approved: 0.00 | |

[View Daily Time Summary]

## Firm Comments

Modified to give more detail on Discovery time

## Reviewer Comments

## Review Notes

1) More detail is still needed. Case administration, discovery, document review is not sufficient. Please give details on work performed. 2) Must submit with partner signature number 3) This submission is now untimely and will require court approval.

## Submission Documents

There are no files attached to this submission

## Time Submission Detail

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 10-01-2015 | Discovery | 390 | Document coding and review (Discovery) | 3.00 |
| Salvadore Christina | 10-05-2015 | Discovery | 390 | Document coding and review (Discovery) | 6.00 |
| Salvadore Christina | 10-07-2015 | Case Assessment | 190 | Case Administration | 1.50 |
| Salvadore Christina | 10-08-2015 | Discovery | 390 | Document coding and review (Discovery) | 4.00 |

| Employee | Date | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| Salvadore Christina | 10-12-2015 | Discovery | 390 | Document coding and review (Discovery) | 3.00 |
| Salvadore Christina | 10-13-2015 | Discovery | 390 | Discovery | 3.00 |
| Salvadore Christina | 10-14-2015 | Discovery | 390 | Document coding and review (Discovery) | 6.00 |
| Salvadore Christina | 10-16-2015 | Discovery | 390 | Document coding and review (Discovery) | 7.00 |
| Salvadore Christina | 10-20-2015 | Discovery | 390 | Document coding and review (Discovery) | 6.00 |
| Salvadore Christina | 10-23-2015 | Discovery | 390 | Document coding and review (Discovery) | 2.00 |
| Salvadore Christina | 10-24-2015 | Discovery | 390 | Document coding and review (Discovery) | 3.00 |
| Salvadore Christina | 10-26-2015 | Discovery | 390 | Document coding and review (Discovery) | 4.00 |
| Salvadore Christina | 10-27-2015 | Discovery | 390 | Document coding and review (Discovery) | 6.00 |
| Salvadore Christina | 10-28-2015 | Discovery | 390 | Document coding and review (Discovery) | 6.00 |