**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | **MDL NO. 2047** |
| DRYWALL PRODUCTS LIABILITY | : | **SECTION: L** |
| LITIGATION | : | **JUDGE FALLON** |
| ——————————————— | : | **MAG. JUDGE WILKINSON** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | |
| *ALL CASES* | : | |
| ——————————————— | : | |

**BRUCE STECKLER AND STECKLER LLP'S APPLICATION FOR
COMMON BENEFIT FEES**

Comes now, Bruce W. Steckler and Steckler LLP (hereinafter "Steckler LLP") and submits their Application for Common Benefit Fees, indicating the time spent and nature of work performed, pursuant to this Court's Order (Doc. 22481). Accordingly, Bruce W. Steckler and Steckler LLP submit the following in support of their Application for Common Benefit Fees.

In accordance with this Court's Pre-Trial Orders No. 9 and/or 9A, Steckler LLP submitted true and correct time and expense submissions. The Court may rely on the information submitted by Bruce W. Steckler and Steckler LLP to Philip Garrett, the Court appointed Certified Public Accountant, which is contained in his Case Cost Management System in this litigation.

With respect to the substantial common benefit contribution to the outcome of the litigation, Steckler LLP relies on the Affidavit, attached hereto as "Exhibit A", which is submitted in accordance with PTO No. 28. In addition, Bruce W. Steckler and Steckler LLP can provide additional documentation and support if needed for the work performed.

Dated: January 30, 2020.                    Respectfully submitted,

                                            **STECKLER LLP**

                                            */s/ Bruce W. Steckler*
                                            Bruce W. Steckler
                                            State Bar No. 00785039
                                            12720 Hillcrest Road, Suite 1045
                                            Dallas, Texas 75230
                                            Phone: (972) 387-4040
                                            Fax:    (972) 387-4041
                                            bruce@stecklerlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing APPLICATION FOR COMMON BENEFIT

FEES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison

Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File

& ServeXpress fka LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and the

foregoing was electronically filed with the Clerk of the Court of the United States District Court

for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of

electronic filing in accordance with the procedures established in MDL 2047.


Dated:    January 30, 2020.                 */s/ Bruce W. Steckler*
                                            Bruce W. Steckler
                                            State Bar No. 00785039
                                            12720 Hillcrest Road, Suite 1045
                                            Dallas, Texas 75230
                                            Phone: (972) 387-4040
                                            Fax:    (972) 387-4041
                                            bruce@stecklerlaw.com