**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

*********************************************************************************

## ALLISON GRANT, P.A.'s APPLICATION FOR COMMON BENEFIT FEES

NOW COMES ALLISON GRANT, P.A., pursuant to this Court's Order dated January 16, 2020 [Rec. Doc. 22481], hereby files its Application for Common Benefit Fees and requests an interview with the Fee Committee, and states as follows:

1.     Pursuant to PTO 28, the Fee Committee is charged with evaluating "the relative contribution of each common benefit attorney to the outcome of the litigation." PTO 28, at pp. 9-10.   This includes "weigh[ing] reported hours of common benefit . . . in degrees of importance to the relief achieved." (*Id.* at p. 11).

2.     Allison Grant, P.A., has expended 1,833.90 hours of common benefit time performed at the request of the Plaintiffs' Steering Committee in connection with the Chinese Drywall litigation from April 1, 2018 to December 31, 2019.[1]   Additionally, Allison Grant, P.A. has held costs in amount of $7,144.13.

---

1.     A recent lodestar report reflects that Allison Grant, P.A. submitted 1,778.30 hours. This is incorrect.   It is Affiant's understanding that Mr. Garrett deleted 55.60 hours because Affiant used the task code L190.   However, none of this time relates to fee related matters.   With the assistance of Sandra Duggan, Esq., upon information and belief, this issue has been resolved, and the lodestar report will be updated to reflect 1,833.90 hours for Allison Grant, P.A.

3. Allison Grant, P.A. has complied with Pre Trial Order No. 9 in all material aspects and has submitted true and correct time, including entering the hourly rates of Affiant, as well as receipts supporting its expenses. [2]

4. A detail of the time submitted by Allison Grant, P.A., which contains the time spent and nature of work performed, as well as held costs, are contained in the Case Cost Management System maintained by the Court appointed Certified Public Accountant, Philip Garrett.

5. Further, a detailed discussion of the common benefit work performed and the import of this work, including how this work specifically benefitted all claimants and contributed to the successful resolution of this case is set forth in the Affidavit of Allison Grant in Connection with Application for Common Benefit Fees, attached hereto as Exhibit "A."

6. Affiant's dedication to this litigation, particularly when it mattered most and time was of the essence, and the value of Affiant's common benefit work in contributing to the successful resolution of these cases is clear. Allison Grant, P.A. should be compensated accordingly.

WHEREFORE, ALLISON GRANT, P.A. respectfully requests that the Court enter and Order allocating common benefit fees to Allison Grant, P.A. commensurate with the consistency, quantum, duration, intensity and importance of the common benefit work performed, and for an award of $7,144.13 for reimbursement of held costs, and such other

---

2. Notably, Mr. Garrett's lodestar report applied Affiant's hourly rate as of 2014, which was $450.00 per hour, notwithstanding the fact that no common benefit time was submitted by Allison Grant, P.A. in 2014. Affiant's common benefit work in connection with this Application began in 2018 and, therefore, the 2018 rate of $650 per hour should be considered when evaluating Affiant's Application.

relief the Court deems just and proper.

Respectfully submitted,

Dated: January 30, 2020

/s/ Allison Grant
Allison Grant, Esquire (Fla. Bar 858330)
Allison Grant, P.A.
14 S.E. 4th Street
Boca Raton, Florida 33434
Phone: (561) 994-9646
Fax: (561) 431-4627
agrant@allisongrantpa.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of January, 2020.

RESPECTFULLY SUBMITTED:


/s/ Allison Grant
  Allison Grant, Esquire (Fla. Bar 858330)
  Allison Grant, P.A.
  14 S.E. 4th Street
  Boca Raton, Florida 33434
  Phone: (561) 994-9646
  Fax: (561) 431-4627
  agrant@allisongrantpa.com