**ALLISON GRANT, P.A.**
Attorney at Law
14 Southeast 4th Street
Boca Raton, Florida 33432
Tel: (561) 994-9646
Fax: (561) 431-4627
Email: agrant@allisongrantpa.com

January 30, 2020

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

Re:   In Re: Chinese-Manufactured Drywall Products Liability Litigation
      MDL No. 2047
      Common Benefit Fees - Time Clarification

Dear Judge Fallon:

Pursuant to your Order dated January 28, 2020, I am submitting this letter to clarify the time allocated to Allison Grant, P.A.

A recent lodestar report reflects that Allison Grant, P.A. submitted 1,778.30 hours of common benefit time. It is Affiant's understanding that Mr. Philip Garrett, in accordance with his duties, deleted 55.60 hours submitted by Allison Grant, P.A. because said time was submitted under the task code L190. However, none of this time relates to fee related matters. Accordingly, the total number of accepted hours submitted by Allison Grant, P.A. should be 1,833.90.

I have discussed this matter with Fee Committee Chair, Sandra Duggan, Esq., who has reviewed the above time and advised Mr. Garrett that, in her opinion, the 55.6 hours is legitimate common benefit time that may be added back to the total number of accepted hours for Allison Grant, P.A. Notwithstanding, in accordance with your Order, I wanted to bring this matter to your attention.

Thank you for your consideration.

Sincerely,

*Allison Grant*

Allison Grant, Esq.