# EXHIBIT A

## COMMON BENEFIT FEE APPLICATION OF SEEGER WEISS LLP

### EXHIBIT A

| Professional | Title | Hours | Rate | Total |
| --- | --- | --- | --- | --- |
| Christopher Seeger | Partner | 588 | $985.00 | $579,180.00 |
| Jeff Grand | Partner | 204.25 | $950.00 | $194,037.50 |
| Diogenes Kekatos | Partner | 264.5 | $950.00 | $251,275.00 |
| Scott George | Counsel | 2,130.25 | $875.00 | $1,863,968.75 |
| Kseniya Lezhnev | Associate | 43.75 | $495.00 | $21,656.25 |
| Caroline Choe | Paralegal | 542.5 | $215.00 | $116,637.50 |
| Caitlyn Garcia | Paralegal | 47.5 | $215.00 | $10,212.50 |
| Colleen Barnes | Paralegal | 78.75 | $215.00 | $16,931.25 |
| Constance Guistwhite | Paralegal | 17 | $215.00 | $3,655.00 |
| Lauren Griffith | Paralegal | 28 | $215.00 | $6,020.00 |
| **TOTAL** | | **3944.5** | | **$3,063,573.75** |