UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * |
| | MDL No. 2:09-md-02047 |
| | JUDGE FALLON |
| | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## THE LAMBERT FIRM, PLC'S APPLICATION FOR COMMON BENEFIT FEES

Comes now, Hugh P. Lambert and The Lambert Firm, PLC (hereinafter "The Lambert Firm") and submits their Application for Common Benefit Fees, indicating the time spent and nature of work performed, pursuant to this Court's Order (Doc. 22481). Accordingly, The Lambert Firm submits the following in support of their Application for Common Benefit Fees.

In accordance with this Court's Pre-Trial Orders No. 9 and/or 9A, The Lambert Firm, PLC submitted true and correct time and expense submissions. The Court may rely on the information submitted by The Lambert Firm, PLC to Philip Garrett, the Court appointed Certified Public Accountant, which is contained in his Case Cost Management System in this litigation.

With respect to the substantial common benefit contribution to the outcome of the litigation, The Lambert Firm, PLC relies on the attached Third Affidavit in Support of Application for Common Benefit Fees submitted in accordance with PTO No. 28. In addition, The Lambert Firm can provide additional documentation and support for the work performed, if needed.

        Respectfully submitted,

        /s/ Hugh P. Lambert_____
        HUGH P. LAMBERT, (LA Bar #7933)
        CAYCE C. PETERSON, (LA Bar #32217)
        The Lambert Firm, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing APPLICATION FOR COMMON BENEFIT FEES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to File &Serve Xpress f.k.a. LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Dated: January 31, 2020        /s/ Hugh P. Lambert_____
                                          HUGH P. LAMBERT, (LA Bar #7933)
                                          CAYCE C. PETERSON, (LA Bar #32217)
                                          The Lambert Firm, PLC
                                          701 Magazine Street
                                          New Orleans, Louisiana 70130
                                          Telephone: (504) 581-1750
                                          Facsimile: (504) 529-2931