UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### APPLICATION OF LEVIN SEDRAN & BERMAN FOR AN ALLOCATION OF COMMON BENEFIT FEES AND REIMBURSEMENT OF HELD COSTS AWARDED BY THE COURT ON JANUARY 10, 2020

Pursuant to the Court's Order dated January 16, 2020 [Rec. Doc. 22481], Levin Sedran & Berman ("LSB") hereby submits an application for an allocation of the common benefit fees and reimbursement of held costs awarded by the Court on January 10, 2020 in connection with the final approval of the Class Settlement with Taishan Gypsum Co., Ltd. [Rec. Doc. 22460]. In support of its fee application, LSB submits the attached Declaration of Sandra L. Duggan (Exhibit "A").

Respectfully submitted,

Dated:  January 31, 2020               By: */s/ Sandra L. Duggan*
Arnold Levin
Fred S. Longer
Sandra L. Duggan
Keith J. Verrier
Levin Sedran & Berman LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
sduggan@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047, Settlement Class Counsel, Chair of Fee Allocation Committee*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 31st day of January, 2020.

> */s/ Sandra L. Duggan*
> Sandra L. Duggan
> Levin Sedran & Berman LLP
> 510 Walnut Street, Suite 500
> Philadelphia, PA 19106
> Phone: (215) 592-1500
> Fax: (215) 592-4663
> alevin@lfsblaw.com