## In Re: Chinese Drywall, MDL No. 2047
## Levin Sedran & Berman LLP: Chart of Accepted Hours

| Employee/Year | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Duggan, Sandra** | **3,985.00** | **2,188.00** | **3,089.00** | **3,701.00** | **521.00** | **3,064.50** | **16,548.50** |
| 2014 | 1,299.50 | 47.75 | 0.00 | 67.75 | 218.50 | 73.25 | 1,706.75 |
| 2015 | 122.00 | 864.75 | 1,521.25 | 1,146.50 | 59.25 | 222.50 | 3,936.25 |
| 2016 | 412.00 | 368.00 | 2.50 | 23.75 | 0.00 | 456.00 | 1,262.25 |
| 2017 | 1,317.50 | 574.25 | 234.25 | 352.75 | 127.00 | 88.50 | 2,694.25 |
| 2018 | 671.50 | 300.00 | 723.50 | 1,196.25 | 95.25 | 147.25 | 3,133.75 |
| 2019 | 162.50 | 33.25 | 607.50 | 914.00 | 21.00 | 2,077.00 | 3,815.25 |
| **Levin, Arnold** | **3,349.75** | **2,042.00** | **1,898.00** | **1,177.75** | **307.50** | **1,533.00** | **10,308.00** |
| 2014 | 611.75 | 279.50 | 65.00 | 6.00 | 175.25 | 161.75 | 1,299.25 |
| 2015 | 685.50 | 764.75 | 1,327.00 | 138.75 | 15.00 | 155.50 | 3,086.50 |
| 2016 | 527.75 | 197.00 | 92.25 | 128.75 | 2.50 | 435.50 | 1,383.75 |
| 2017 | 877.25 | 303.25 | 26.25 | 129.75 | 55.25 | 199.75 | 1,591.50 |
| 2018 | 518.75 | 420.00 | 235.00 | 624.75 | 39.00 | 103.75 | 1,941.25 |
| 2019 | 128.75 | 77.50 | 152.50 | 149.75 | 20.50 | 476.75 | 1,005.75 |
| **Longer, Fred** | **2,117.25** | **2,711.50** | **938.75** | **916.50** | **495.75** | **555.25** | **7,735.00** |
| 2014 | 420.00 | 180.00 | 18.50 | 95.25 | 89.75 | 66.25 | 869.75 |
| 2015 | 369.75 | 953.25 | 473.00 | 406.50 | 198.25 | 21.00 | 2,421.75 |
| 2016 | 379.00 | 345.00 | 72.75 | 84.50 | 0.00 | 192.00 | 1,073.25 |
| 2017 | 247.25 | 108.25 | 8.75 | 33.75 | 37.00 | 1.25 | 436.25 |
| 2018 | 355.00 | 588.75 | 61.50 | 109.50 | 36.50 | 7.50 | 1,158.75 |
| 2019 | 346.25 | 536.25 | 304.25 | 187.00 | 134.25 | 267.25 | 1,775.25 |
| **Verrier, Keith** | **976.00** | **746.25** | **1,049.00** | **917.50** | **113.50** | **1,074.75** | **4,877.00** |
| 2016 | 0.00 | 0.00 | 17.25 | 0.00 | 0.00 | 0.00 | 17.25 |
| 2017 | 697.75 | 635.25 | 0.00 | 87.50 | 3.75 | 0.00 | 1,424.25 |
| 2018 | 262.00 | 109.50 | 289.00 | 473.75 | 89.00 | 88.75 | 1,312.00 |
| 2019 | 16.25 | 1.50 | 742.75 | 356.25 | 20.75 | 986.00 | 2,123.50 |

MDL 2047 Court Appearances (Exhibit "1")

| Employee/Year | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|
| **Gaughan, Matthew** | **255.00** | **2,091.25** | **1,447.25** | **87.75** | **13.75** | **119.50** | **4,014.50** |
| 2014 | 95.75 | 536.00 | 24.75 | 14.00 | 5.75 | 14.75 | 691.00 |
| 2015 | 145.25 | 764.00 | 1,351.25 | 4.75 | 1.50 | 0.00 | 2,266.75 |
| 2016 | 14.00 | 182.75 | 71.25 | 35.75 | 6.50 | 61.75 | 372.00 |
| 2017 | 0.00 | 587.50 | 0.00 | 33.25 | 0.00 | 43.00 | 663.75 |
| 2018 | 0.00 | 21.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 |
| **Shrack, Thomas** | **1,503.75** | **2.00** | **22.00** | **619.50** | **1.00** | **248.25** | **2,396.50** |
| 2014 | 285.00 | 2.00 | 5.00 | 0.00 | 0.00 | 0.00 | 292.00 |
| 2015 | 701.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.50 | 737.50 |
| 2016 | 54.25 | 0.00 | 0.00 | 0.00 | 0.00 | 45.00 | 99.25 |
| 2017 | 280.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 281.50 |
| 2018 | 160.50 | 0.00 | 17.00 | 299.25 | 0.00 | 0.00 | 476.75 |
| 2019 | 22.50 | 0.00 | 0.00 | 320.25 | 1.00 | 165.75 | 509.50 |
| **Serianni, Nicola** | **687.50** | **0.00** | **57.00** | **757.25** | **16.00** | **0.00** | **1,517.75** |
| 2015 | 17.25 | 0.00 | 15.00 | 61.25 | 0.00 | 0.00 | 93.50 |
| 2016 | 44.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 44.50 |
| 2017 | 531.25 | 0.00 | 0.00 | 488.00 | 0.00 | 0.00 | 1,019.25 |
| 2018 | 83.00 | 0.00 | 2.00 | 208.00 | 16.00 | 0.00 | 309.00 |
| 2019 | 11.50 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 | 51.50 |
| **Lord, Monica** | **122.50** | **40.00** | **36.00** | **99.50** | **0.00** | **58.50** | **356.50** |
| 2015 | 114.50 | 29.00 | 36.00 | 0.00 | 0.00 | 0.00 | 179.50 |
| 2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.50 | 58.50 |
| 2017 | 8.00 | 0.00 | 0.00 | 63.50 | 0.00 | 0.00 | 71.50 |
| 2018 | 0.00 | 11.00 | 0.00 | 36.00 | 0.00 | 0.00 | 47.00 |

| Employee/Year | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|
| **Hutson, Marion** | **17.25** | **76.00** | **59.75** | **69.00** | **0.00** | **42.50** | **264.50** |
| 2015 | 0.00 | 22.50 | 59.75 | 0.00 | 0.00 | 0.00 | 82.25 |
| 2016 | 0.00 | 49.00 | 0.00 | 0.00 | 0.00 | 42.50 | 91.50 |
| 2017 | 3.00 | 0.00 | 0.00 | 39.00 | 0.00 | 0.00 | 42.00 |
| 2018 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 30.00 |
| 2019 | 14.25 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 18.75 |
| **Levin, Daniel** | **25.50** | **127.50** | **37.50** | **65.50** | **0.00** | **0.00** | **256.00** |
| 2014 | 0.00 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| 2015 | 0.00 | 127.50 | 28.50 | 65.50 | 0.00 | 0.00 | 221.50 |
| 2017 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.50 |
| **Rapone, James** | **0.00** | **85.00** | **29.50** | **43.50** | **1.50** | **16.50** | **176.00** |
| 2015 | 0.00 | 0.00 | 9.00 | 43.50 | 0.00 | 0.00 | 52.50 |
| 2017 | 0.00 | 49.00 | 0.00 | 0.00 | 0.00 | 0.00 | 49.00 |
| 2018 | 0.00 | 34.50 | 15.50 | 0.00 | 1.50 | 0.00 | 51.50 |
| 2019 | 0.00 | 1.50 | 5.00 | 0.00 | 0.00 | 16.50 | 23.00 |
| **Fox, Brian** | **0.00** | **49.75** | **122.50** | **0.00** | **0.00** | **0.00** | **172.25** |
| 2015 | 0.00 | 49.75 | 122.50 | 0.00 | 0.00 | 0.00 | 172.25 |
| **Berman, Laurence** | **33.75** | **10.00** | **0.00** | **2.50** | **33.00** | **90.50** | **169.75** |
| 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 3.00 |
| 2015 | 1.50 | 9.50 | 0.00 | 1.50 | 0.00 | 0.00 | 12.50 |
| 2017 | 22.75 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 23.25 |
| 2018 | 0.50 | 0.00 | 0.00 | 1.00 | 33.00 | 87.00 | 121.50 |
| 2019 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 9.50 |
| **Elia, Nicholas** | **2.50** | **30.00** | **0.00** | **41.25** | **22.00** | **23.00** | **118.75** |
| 2018 | 0.00 | 0.00 | 0.00 | 20.75 | 0.00 | 0.00 | 20.75 |
| 2019 | 2.50 | 30.00 | 0.00 | 20.50 | 22.00 | 23.00 | 98.00 |

| Employee/Year | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|
| **Hesson, Cheryl** | **0.00** | **50.00** | **33.00** | **0.00** | **0.00** | **0.00** | **83.00** |
| 2014 | 0.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 |
| 2015 | 0.00 | 39.00 | 33.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| **Magagna, David** | **19.50** | **35.00** | **0.00** | **2.00** | **0.00** | **0.00** | **56.50** |
| 2018 | 18.25 | 27.00 | 0.00 | 0.00 | 0.00 | 0.00 | 45.25 |
| 2019 | 1.25 | 8.00 | 0.00 | 2.00 | 0.00 | 0.00 | 11.25 |
| **Weinkowitz, Michael** | **9.00** | **37.00** | **0.00** | **0.00** | **0.00** | **0.00** | **46.00** |
| 2015 | 0.00 | 37.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.00 |
| 2017 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |
| **Schaffer, Charles** | **0.00** | **44.25** | **0.00** | **0.00** | **0.00** | **0.00** | **44.25** |
| 2015 | 0.00 | 44.25 | 0.00 | 0.00 | 0.00 | 0.00 | 44.25 |
| **D'Andrea, Patricia** | **17.00** | **13.25** | **7.00** | **2.50** | **0.00** | **0.00** | **39.75** |
| 2014 | 0.00 | 3.25 | 1.25 | 0.00 | 0.00 | 0.00 | 4.50 |
| 2015 | 13.00 | 0.00 | 5.75 | 2.50 | 0.00 | 0.00 | 21.25 |
| 2016 | 0.00 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 |
| 2017 | 4.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 |
| **Sentyz, Kylie** | **25.75** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **25.75** |
| 2016 | 9.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.25 |
| 2017 | 16.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.50 |
| **MacBride, Michael** | **21.75** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **21.75** |
| 2017 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.75 |
| **Fishbein, Michael** | **0.00** | **8.00** | **0.00** | **0.00** | **0.00** | **0.00** | **8.00** |
| 2015 | 0.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 |

MDL 2047 Court Appearances (Exhibit "1")

| Employee/Year | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Lascio, Jennifer** | 0.00 | 0.00 | 4.75 | 0.00 | 0.00 | 0.00 | 4.75 |
| 2014 | 0.00 | 0.00 | 4.75 | 0.00 | 0.00 | 0.00 | 4.75 |
| **Sisson, Lauren** | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| 2015 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| **Cohen, Austin** | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| 2017 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| **Sedran, Howard** | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| 2017 | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| Totals: | 13,168.75 | 10,391.50 | 8,831.00 | 8,503.00 | 1,525.00 | 6,826.25 | 49,245.50 |

MDL 2047 Court Appearances (Exhibit "1")