## In Re: Chinese Drywall, MDL No. 2047
## Levin Sedran & Berman LLP: Chart of Accepted Held Costs

| Year | Fax | Mail | Print | Lexis | Phone | Travel | Clerical | Experts | Depo | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | $ 200.90 | $ 11,823.73 | $ 22,684.04 | $ 44,935.36 | $ 6,020.24 | $ 140,718.04 | $ - | $ - | $ 254.00 | $ 226,636.31 |
| 2016 | $ 2.00 | $ 1,422.88 | $ 5,228.40 | $ 45,190.15 | $ 1,620.33 | $ 79,136.60 | $ - | $ - | $ - | $ 132,600.36 |
| 2017 | $ 33.60 | $ 6,481.86 | $ 4,204.10 | $ 51,533.44 | $ 1,180.96 | $ 70,968.39 | $ - | $ - | $ - | $ 134,402.35 |
| 2018 | $ 14.50 | $ 3,072.30 | $ 4,038.35 | $ 38,329.05 | $ 2,526.10 | $ 76,687.56 | $ 30.00 | $ - | $ 531.00 | $ 125,228.86 |
| 2019 | $ 4.50 | $ 2,194.87 | $ 4,580.30 | $ 18,877.66 | $ 1,954.39 | $ 113,347.55 | $ 10.00 | $ - | $ - | $ 140,969.27 |
| Grand Total | $ 255.50 | $ 24,995.64 | $ 40,735.19 | $ 198,865.66 | $ 13,302.02 | $ 480,858.14 | $ 40.00 | $ - | $ 785.00 | $ 759,837.15 |