# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 7/21/2014 | PSC's Request for Admissions to Taishan Gypsum Co., Ltd. | |
| 7/21/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. | |
| 9/2/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. (Under Seal) | |
| 3/20/2015 | PSC's Interrogatory to Taishan Gypsum Co. | |
| 3/20/2015 | PSC's Document Request to Taishan Gypsum Co. | |
| 5/22/2015 | PSC's Request for Admissions to CNBM | |
| 5/22/2015 | PSC's Request for Admissions to CNBM Group | |
| 5/22/2015 | PSC's Request for Admissions to BNBM | |
| 5/22/2015 | PSC's Request for Admissions to BNBM Group | |
| 5/22/2015 | PSC's Request for Admissions to Taishan Gypsum | |
| 5/22/2015 | PSC's Request for Admissions to Tai'an Taishan Plasterboard | |
| 6/1/2015 | PSC's Second Set of Request for Admissions to BNBM | |
| 6/1/2015 | PSC's Second Set of Request for Admissions to CNBM | |
| 6/9/2015 | PSC's Document Request to CNBM | |
| 6/25/2015 | PSC's Supplemental Interrogatories to BNBM and BNBM Group | |
| 6/25/2015 | PSC's Supplemental Interrogatories to CNBM and CNBM Group | |
| 6/25/2015 | PSC's Supplemental Interrogatories to Taishan and TTP | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to BNBM and BNBM Group | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to CNBM and CNBM Group | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to Taishan and TTP | |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
| --- | --- | --- |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to BNBM and BNBM Group | |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Citigroup, Inc. | 18303 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of JP Morgan Chase & Co. | 18304 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of Morgan Stanley | 18305 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Northern Trust Corporation | 18306 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Plum Creek Timber Company, Inc. | 18307 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of State Street Corporation | 18308 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of T. Rowe Price Group, Inc. | 18309 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of General Growth Properties, Inc. | 18310 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The Bank of New York Mellon Corporation | 18311 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The AES Corporation | 18312 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Amazon.com | 18358 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Costco Wholesale Corporation | 18359 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The Home Depot | 18360 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Lowe's Companies, Inc. | 18361 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Target Corporation | 18362 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Wal-Mart Stores, Inc. | 18363 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM (USA) Corp. | 18377 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CTIEC-TECO Technology, Inc. | 18378 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of United Suntech Craft, Inc. | 18379 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 3/4/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Group Corporation | 18420 |
| 3/4/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Company Limited | 18421 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Beijing New Building Material (Group) Co., Ltd. | 18458 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM Forest Products (Canada) Ltd. | 18459 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Import and Export Corporation | 18460 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18498 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18499 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of New Jersey Institute of Technology | 18516 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO American Technology, Inc. | 18517 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18500 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18501 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18503 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18504 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18505 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18506 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18513 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 18514 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of 10 Individuals | 18502 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18510 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tommy Li, President of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18512 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Wal-Mart Stores, Inc. | 18511 |
| 3/19/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18515 |
| 3/19/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18509 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
| --- | --- | --- |
| 3/20/2015 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Tai'an Taishan Plasterboard Co., Ltd. | 18522 |
| 3/20/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Westerlund Log Handlers, LLC | 18525 |
| 3/20/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18524 |
| 3/23/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18526 |
| 3/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Murphy Overseas USA Astoria Forest Products, LLC | 18527 |
| 3/25/2015 | Re-Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Westerlund Log Handlers, LLC | 18540 |
| 3/25/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18545 |
| 3/25/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18544 |
| 3/27/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM (USA) Corp. | 18562 |
| 4/7/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Lowe's Companies, Inc. | 18608 |
| 4/8/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Citigroup, Inc. | 18620 |
| 4/8/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of United Suntech Craft, Inc. | 18619 |
| 4/8/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Westerlund Log Handlers, LLC | 18621 |
| 4/8/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Murphy Overseas USA Astoria Forest Products, LLC | 18622 |
| 4/9/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18632 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/9/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of New Jersey Institute of Technology | 18633 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18644 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18643 |
| 4/9/0215 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18645 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18646 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18642 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18641 |
| 4/10/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of United Suntech Craft, Inc. | 18659 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18656 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tommy Li, President of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18657 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Wal-Mart Stores, Inc. | 18658 |
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18649 |
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18650 |
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18651 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO Technology, Inc. | 18652 |
| 4/10/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO Technology, Inc. | 18654 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Affiliates | 18661 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Investment Company | 18666 |
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18660 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Steven Zika, CEO of Hampton Affiliates | 18664 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18665 |
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18663 |
| 4/13/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of China National Building Materials Import and Export Corporation | 18668 |
| 4/13/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of CNBM Forest Products (Canada) Ltd. | 18669 |
| 4/16/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Wal-Mart Stores, Inc. | 18701 |
| 4/20/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of International Business Machines Corporation | 18720 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Hampton Affiliates | 18730 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Hampton Investment Company | 18731 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Steven Zika, CEO of Hampton Affiliates | 18732 |
| 4/21/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jeffrey J. Chang | 18727 |
| 4/21/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of BNK International, LLC | 18728 |
| 4/21/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18729 |
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Affiliates | 18738 |
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Investment Company | 18739 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Steven Zika, CEO of Hampton Affiliates | 18740 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baillie Lumber Co. | 18745 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hull Forest Products, Inc. | 18746 |
| 4/23/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18749 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Western Wood Lumber Co. | 18747 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of WH International, Inc. | 18748 |
| 4/28/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18766 |
| 4/28/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18767 |
| 4/28/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18768 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18791 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18792 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18793 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18794 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 18795 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18796 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18797 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18798 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18799 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18800 |
| 5/1/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18801 |
| 5/1/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18802 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/4/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jeffrey J. Chang | 18813 |
| 5/4/2015 | Notice of Errata to Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] | 18808 |
| 5/4/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of BNK International, LLC | 18810 |
| 5/5/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of CNBM (USA) Corp. | 18822 |
| 5/5/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Baillie Lumber Co. | 18823 |
| 5/5/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hull Forest Products, Inc. | 18830 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baoan International Investment Co., Ltd. | 18824 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Davis Construction Supply, LLC | 18825 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of EAC & Son's Corporation | 18826 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Great Western Building Materials | 18827 |
| 5/5/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18829 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Triorient Trading, Inc. | 18828 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/7/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18867 |
| 5/11/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Western Wood Lumber Co. | 18892 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of WH International, Inc. | 18891 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Baoan International Investment Co., Ltd. | 18894 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Great Western Building Materials | 18893 |
| 5/13/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of WH International, Inc. | 18920 |
| 5/14/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Western Wood Lumber Co. | 18928 |
| 5/14/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 18932 |
| 5/15/2015 | Notice of Change of Call-in for Scheduled Deposition of EAC & Son's Corporation | 18940 |
| 5/15/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of JP Morgan Chase & Co. | 18941 |
| 5/15/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Morgan Stanley | 18942 |
| 5/18/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18951 |
| 5/18/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18952 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/20/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baillie Lumber Co. | 18979 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18973 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18974 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18975 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18976 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18977 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18978 |
| 5/21/2015 | Notice of Errata to May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18982 |
| 5/26/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Triorient Trading, Inc. | 18997 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 19005 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 19006 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 19007 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 19008 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 19009 |
| 6/1/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 19031 |
| 6/19/2015 | June 19, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 19167 |
| 7/17/2015 | Notice of New Date and Location for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 19313 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 19324 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 19325 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 19326 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 19327 |
| 7/23/2015 | July 23, 2015 Notice of Continued Oral and Videotaped Deposition Pursuant to the Court's June 26, 2015 Order [Rec. Doc. 19231] of Taishan Gypsum Co., Ltd. | 19330 |
| 7/24/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Great Western Building Materials | 19331 |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to CNBM and CNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to Taishan and TTP | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to CNBM and CNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to BNBM and BNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to Taishan and TTP | |
| 8/11/2015 | August 11, 2015 Amended Notice of Oral and Videotaped Deposition Pursuant to the Court's June 26, 2015 Order [Rec. Doc. 19231] of Taishan Gypsum Co., Ltd. | 19380 |
| 8/14/2015 | Notice of New Date for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Taishan Gypsum Co., Ltd. | 19385 |
| 8/14/2015 | PSC's Third Set of Request for Admissions to CNBM | |
| 8/14/2015 | PSC's Third Set of Request for Admissions to BNBM | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to TTP | |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 8/14/2015 | PSC's Second Set of Request for Admissions to Taishan | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to BNBM Group | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to CNBM Group | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to BNBM Group | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to CNBM Group | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to Taishan | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to TTP | |
| 8/17/2015 | PSC's Fourth Set of Request for Admissions to BNBM | |
| 8/17/2015 | PSC's Fourth Set of Request for Admissions to CNBM | |
| 8/20/2015 | Motion for Expedited Return on Requests for Admissions Directed to CNBM and CNBM Group | 19401 |
| 8/31/2015 | August 31, 2015 Notice of Postponement of Oral and Videotaped Deposition of CNBM (USA) Corporation | 19423 |
| 8/31/2015 | August 31, 2015 Notice of Postponement of Oral and Videotaped Deposition of United Suntech Craft, Inc. | 19424 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 19452 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 19453 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 19454 |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Discovery Propounded by the PSC/Plaintiffs
# (January 2014 through December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 19455 |
| 9/14/2015 | Notice of Change of Time for Oral and Videotaped Deposition of Taishan Gypsum Co., Ltd. | 19496 |
| 10/1/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the September 24, 2015 Status Conference of JP Morgan Chase & Co. | 19560 |
| 10/13/2015 | Notice of Change of Date for Oral and Videotaped Deposition of China National Building Materials Import and Export Corporation | 19604 |
| 10/13/2015 | Notice of Change of Time for Oral and Videotaped Deposition of CNBM (USA) Corp. | 19603 |
| 11/3/2015 | Notice of Date and Location for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Morgan Stanley | 19675 |
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of Taishan Gypsum Co., Ltd. | 19690 |
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of China National Building Materials Company Limited | 19691 |
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of Beijing New Building Materials Public Limited Co. | 19692 |
| 7/28/2016 | PSC's Request for Production of Documents to Orient International Holding Shanghai Foreign Trade Co., Ltd. | |
| 12/6/2018 | 30(b)(6) Notice of Oral and Videotaped Deposition of Taishan (Product ID) and accompanying Request for Production of Documents | |
| 12/7/2018 | 30(b)(6) Notice of Oral and Videotaped Deposition of BNBM (Product ID) and accompanying Request for Production of Documents | |