# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 6/2/2014 | The PSC's Motion to Compel and for Costs/Sanctions re Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | 17748 |
| 7/21/2014 | PSC's Request for Admissions to Taishan Gypsum Co., Ltd. | |
| 7/21/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. | |
| 9/2/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. (Under Seal) | |
| 9/2/2014 | Motion for Expedited Return on Discovery and to File Discovery Under Seal re Taishan and TTP | 17983 |
| 9/4/2014 | Notice of Filing (Admission of Fact By Taishan Gypsum Co., Ltd. f/k/a Shandong Co., Ltd. to Request for Admissions dated July 21, 2014) | 17993 |
| 10/10/2014 | Motion to File Motion to Compel Document Production for In Camera Inspection Under Seal, with proposed Motion to Compel (Under Seal) | 18047 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Citigroup, Inc. | 18303 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of JP Morgan Chase & Co. | 18304 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of Morgan Stanley | 18305 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Northern Trust Corporation | 18306 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Plum Creek Timber Company, Inc. | 18307 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of State Street Corporation | 18308 |
| 2/10/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of T. Rowe Price Group, Inc. | 18309 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of General Growth Properties, Inc. | 18310 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The Bank of New York Mellon Corporation | 18311 |
| 2/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The AES Corporation | 18312 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Amazon.com | 18358 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Costco Wholesale Corporation | 18359 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|-------------------|-----------|
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of The Home Depot | 18360 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Lowe's Companies, Inc. | 18361 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of  Target Corporation | 18362 |
| 2/18/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Wal-Mart Stores, Inc. | 18363 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM (USA) Corp. | 18377 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CTIEC-TECO Technology, Inc. | 18378 |
| 2/23/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of United Suntech Craft, Inc. | 18379 |
| 3/4/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Group Corporation | 18420 |
| 3/4/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Company Limited | 18421 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of Beijing New Building Material (Group) Co., Ltd. | 18458 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM Forest Products (Canada) Ltd. | 18459 |
| 3/10/2015 | 30(b)(6) Notice of Oral and Videotaped Deposition of China National Building Materials Import and Export Corporation | 18460 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18498 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18499 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of New Jersey Institute of Technology | 18516 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO American Technology, Inc. | 18517 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18500 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18501 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18503 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18504 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18505 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18506 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18513 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 18514 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of 10 Individuals | 18502 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18510 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tommy Li, President of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18512 |
| 3/19/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Wal-Mart Stores, Inc. | 18511 |
| 3/19/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18515 |
| 3/19/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18509 |
| 3/20/2015 | PSC's Interrogatory to Taishan Gypsum Co. | |
| 3/20/2015 | PSC's Document Request to Taishan Gypsum Co. | |
| 3/20/2015 | Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Tai'an Taishan Plasterboard Co., Ltd. | 18522 |
| 3/20/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Westerlund Log Handlers, LLC | 18525 |
| 3/20/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18524 |
| 3/23/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18526 |
| 3/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Murphy Overseas USA Astoria Forest Products, LLC | 18527 |
| 3/24/2015 | The PSC's Discovery Plan Regarding Future Discovery Against Taishan and Its Affiliates and Status of Discovery Ordered by the Court on March 7, 2015 and the Orders of March 20, 2015 and March 24, 2105 Authorizing Expedited Return on Discovery Requests and Shortened Time to Notice Depositions | 18537 |
| 3/25/2015 | Re-Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Westerlund Log Handlers, LLC | 18540 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 3/25/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18545 |
| 3/25/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18544 |
| 3/27/2015 | Amended 30(b)(6) Notice of Oral and Videotaped Deposition of CNBM (USA) Corp. | 18562 |
| 4/6/2015 | The PSC's Emergency Motion to Compel Discovery Against Taishan Gypsum Co., Ltd. | 18596 |
| 4/6/2015 | The PSC's Objections to Notice of Deposition of Ronald E. Wright, P.E. | 18597 |
| 4/7/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Lowe's Companies, Inc. | 18608 |
| 4/7/2015 | PSC's Response to Taishan's Motion to Compel Production of Information Relevant to Plaintiffs' Motion for Assessment of Class Damages | 18612 |
| 4/8/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Citigroup, Inc. | 18620 |
| 4/8/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of United Suntech Craft, Inc. | 18619 |
| 4/8/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Westerlund Log Handlers, LLC | 18621 |
| 4/8/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Murphy Overseas USA Astoria Forest Products, LLC | 18622 |
| 4/9/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18632 |
| 4/9/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of New Jersey Institute of Technology | 18633 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18644 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18643 |
| 4/9/0215 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18645 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18646 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18642 |
| 4/9/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18641 |
| 4/10/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of United Suntech Craft, Inc. | 18659 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18656 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tommy Li, President of Sunpin Solar Development LLC a/k/a Sunpin Solar, LLC | 18657 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Wal-Mart Stores, Inc. | 18658 |
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18649 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18650 |
| 4/10/2015 | Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18651 |
| 4/10/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO Technology, Inc. | 18652 |
| 4/10/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CTIEC-TECO Technology, Inc. | 18654 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Affiliates | 18661 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Investment Company | 18666 |
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18660 |
| 4/10/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Steven Zika, CEO of Hampton Affiliates | 18664 |
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18665 |
| 4/10/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18663 |
| 4/13/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of China National Building Materials Import and Export Corporation | 18668 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/13/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of CNBM Forest Products (Canada) Ltd. | 18669 |
| 4/13/2015 | The PSC's Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18671 |
| 4/14/2015 | The PSC's Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18684 |
| 4/16/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Wal-Mart Stores, Inc. | 18701 |
| 4/20/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of International Business Machines Corporation | 18720 |
| 4/20/2015 | The PSC's Statement Regarding Outstanding Expedited Discovery Requests | 18724 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Hampton Affiliates | 18730 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Hampton Investment Company | 18731 |
| 4/21/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Steven Zika, CEO of Hampton Affiliates | 18732 |
| 4/21/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jeffrey J. Chang | 18727 |
| 4/21/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of BNK International, LLC | 18728 |
| 4/21/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18729 |
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Affiliates | 18738 |
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hampton Investment Company | 18739 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/22/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Steven Zika, CEO of Hampton Affiliates | 18740 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baillie Lumber Co. | 18745 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hull Forest Products, Inc. | 18746 |
| 4/23/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18749 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Western Wood Lumber Co. | 18747 |
| 4/23/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of WH International, Inc. | 18748 |
| 4/23/2015 | The PSC's Second Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18750 |
| 4/27/2015 | PSC's Objections to Amended Notice of George Inglis, P.E. | 18760 |
| 4/27/2015 | The PSC's Errata to Revised Second Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18761 |
| 4/28/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18766 |
| 4/28/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18767 |
| 4/28/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18768 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 4/28/2015 | The PSC's Status Report Regarding Discovery Related to the Taishan Affiliates and Subsidiaries and Their Violations of the Court's Injunctions | 18772 |
| 4/28/2015 | The PSC's Third Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18773 |
| 4/29/2015 | The PSC's Request in Light of Recent Filings to Address the Scope of Discovery from the Taishan Defendants, BNBM Defendants and CNBM Defendants During the Telephone Conference With the Court on April 30, 2015 | 18783 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18791 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18792 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18793 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18794 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 18795 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 18796 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 18797 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18798 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18799 |
| 4/30/2015 | Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 18800 |
| 5/1/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18801 |
| 5/1/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18802 |
| 5/1/2015 | The PSC's Fourth Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18805 |
| 5/1/2015 | The PSC's CORRECTED Fourth Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18806 |
| 5/4/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jeffrey J. Chang | 18813 |
| 5/4/2015 | Notice of Errata to Supplemental Notices of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] | 18808 |
| 5/4/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of BNK International, LLC | 18810 |
| 5/5/2015 | PSC's Motion to Compel Expedited Responses to Outstanding Discovery of Taishan Defendants and Affiliates | 18818 |
| 5/5/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of CNBM (USA) Corp. | 18822 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/5/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Baillie Lumber Co. | 18823 |
| 5/5/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Hull Forest Products, Inc. | 18830 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baoan International Investment Co., Ltd. | 18824 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Davis Construction Supply, LLC | 18825 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of EAC & Son's Corporation | 18826 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Great Western Building Materials | 18827 |
| 5/5/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 18829 |
| 5/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Triorient Trading, Inc. | 18828 |
| 5/5/2015 | Letter to Judge Fallon re Discovery Update | 18821 |
| 5/5/2015 | PSC's Opposition to Motion for Protective Orders by the CNBM and Taishan Defendants and Support and Justification For Discovery From Third Parties JP Morgan Chase & Co and Morgan Stanley | 18834 |
| 5/5/2015 | The PSC's Fifth Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18820 |
| 5/5/2015 | The PSC's Sixth Updated Status Report Regarding Discovery Related to the Violations of the Injunctions Prong of the Court's July 17, 2014 Contempt Order and Alter Ego Relationships | 18833 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/6/2015 | The PSC's Objection to Notice of Deposition of Jake Woody and BrownGreer, PLC | 18854 |
| 5/6/2015 | The PSC's Emergency Motion to Compel Discovery Against Wal-Mart Stores, Inc. and Sunpin Solar Development, LLC | 18863 |
| 5/6/2015 | Emergency Motion for a Protective Order Regarding the Depositions of BrownGreer PLC and Jake Woody | 18856 |
| 5/6/2015 | PSC's Reply to BNBM's Filing Regarding the Status of Discovery on Class Damages , Violations of the Contempt Order, and Taishan's Affiliates [Rec. Doc. 18847] | 18866 |
| 5/7/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of International Business Machines Corporation | 18867 |
| 5/7/2015 | PSC's Reply to CNBM's Filing Regarding Its Obligation to Provide Complete and Accurate English Translations of Its Documents [Rec. Doc. 18862] | 18868 |
| 5/11/2015 | Notice of Cancellation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Western Wood Lumber Co. | 18892 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of WH International, Inc. | 18891 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Baoan International Investment Co., Ltd. | 18894 |
| 5/11/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Great Western Building Materials | 18893 |
| 5/12/2015 | Notice of Oral and Videotaped Deposition and Request for Production of Documents of David A. Pogorilich | 18917 |
| 5/12/2015 | Notice of Oral and Videotaped Deposition and Request for Production of Documents of M. Laurentius Marais | 18916 |
| 5/13/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of WH International, Inc. | 18920 |
| 5/13/2015 | PSC's Opposition to Taishan's Motion to Compel Outstanding Discovery of Information Relied on by Plaintiffs' Damages Expert | 18919 |
| 5/14/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Western Wood Lumber Co. | 18928 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|-------------------|-----------|
| 5/14/2015 | Notice of Postponement of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 18932 |
| 5/15/2015 | Amended Notice of Oral and Videotaped Deposition and Request for Production of Documents of M. Laurentius Marais | 18945 |
| 5/15/2015 | Notice of Change of Call-in for Scheduled Deposition of EAC & Son's Corporation | 18940 |
| 5/15/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ. 30(b)(6) of JP Morgan Chase & Co. | 18941 |
| 5/15/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Morgan Stanley | 18942 |
| 5/18/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of JP Morgan Chase & Co. | 18951 |
| 5/18/2015 | Second Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Morgan Stanley | 18952 |
| 5/19/2015 | PSC's Opposition to Taishan's Emergency Motion to Compel | 18964 |
| 5/20/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Baillie Lumber Co. | 18979 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 18973 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 18974 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18975 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 18976 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 18977 |
| 5/20/2015 | May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Tai'an Taishan Plasterboard Co., Ltd. | 18978 |
| 5/21/2015 | Notice of Errata to May 20, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 18982 |
| 5/22/2015 | PSC's Request for Admissions to CNBM | |
| 5/22/2015 | PSC's Request for Admissions to CNBM Group | |
| 5/22/2015 | PSC's Request for Admissions to BNBM | |
| 5/22/2015 | PSC's Request for Admissions to BNBM Group | |
| 5/22/2015 | PSC's Request for Admissions to Taishan Gypsum | |
| 5/22/2015 | PSC's Request for Admissions to Tai'an Taishan Plasterboard | |
| 5/26/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Triorient Trading, Inc. | 18997 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Company Limited | 19005 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Group Corporation | 19006 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Taishan Gypsum Co., Ltd. | 19007 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Material (Group) Co., Ltd. | 19008 |
| 5/28/2015 | May 28, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 19009 |
| 5/28/2015 | Emergency Motion to Compel JP Morgan Chase & Co. and Morgan Stanley to Comply with PSC's Discovery Requests | 19004 |
| 5/29/2015 | UNDER SEAL PSC's Response to Taishan's Motion for Protective Order Limiting Scope of 30(b)(6) Deposition | 19025 |
| 6/1/2015 | PSC's Second Set of Request for Admissions to BNBM | |
| 6/1/2015 | PSC's Second Set of Request for Admissions to CNBM | |
| 6/1/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 19031 |
| 6/4/2015 | UNDER SEAL Motion to Compel Production of 30(b)(6) Witness re Taishan | 19070 |
| 6/5/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jushi USA Fiberglass Co., Ltd. | 19077 |
| 6/8/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) | 19104 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 6/8/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jushi Group Co., Ltd. | 19103 |
| 6/8/2015 | Emergency Motion of the PSC for Expedited Return on Discovery, Shortening of Time to Notice Depositions, Request for Extension of June 9, 2015 Deadline for Completion of Discovery, Request for Permission to Serve Discovery on Counsel for the CNBM Entities, or, In the Alternative, Motion to Compel CNBM Entities to Provide Discovery in Response to the PSC's Discovery Directed to China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) and Jushi Group Co., Ltd. | 19105 |
| 6/8/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 19096 |
| 6/9/2015 | PSC's Document Request to CNBM | |
| 6/9/2015 | Emergency Motion for Expedited Return on Discovery Directed to China National Building Materials Company Limited | 19108 |
| 6/18/2015 | UNDER SEAL Motion to Compel Discovery Directed Taishan, BNBM, BNBM Group, CNBM and CNBM Group | 19165 |
| 6/19/2015 | June 19, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Beijing New Building Materials Public Limited Co. | 19167 |
| 6/25/2015 | PSC's Supplemental Interrogatories to BNBM and BNBM Group | |
| 6/25/2015 | PSC's Supplemental Interrogatories to CNBM and CNBM Group | |
| 6/25/2015 | PSC's Supplemental Interrogatories to Taishan and TTP | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to BNBM and BNBM Group | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to CNBM and CNBM Group | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to Taishan and TTP | |
| 6/25/2015 | Emergency Motion for Expedited Return on Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM and CNBM Group | 19213 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 6/29/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Jushi USA Fiberglass Co., Ltd. | 19229 |
| 6/29/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of China Jushi Co., Ltd. (f/k/a China Fiberglass Co., Ltd.) | 19228 |
| 7/2/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Cao Jianglin | 19247 |
| 7/2/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Wang Bing | 19248 |
| 7/2/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Song Zhiping | 19249 |
| 7/13/2015 | Emergency Motion for Expedited Return of Discovery Requests and Shortened Time to Notice Depositions | 19287 |
| 7/13/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of PABCO Building Products, LLC (d/b/a Pabco Gypsum) | 19285 |
| 7/13/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Stepan Company | 19286 |
| 7/17/2015 | Notice of New Date and Location for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Triorient Trading, Inc. | 19313 |
| 7/20/2015 | UNDER SEAL PSC's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for In Camera Inspection re BNBM | 19321 |
| 7/21/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Peng Shou | 19322 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 19324 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 19325 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 19326 |
| 7/22/2015 | July 22, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 19327 |
| 7/23/2015 | July 23, 2015 Notice of Continued Oral and Videotaped Deposition Pursuant to the Court's June 26, 2015 Order [Rec. Doc. 19231] of Taishan Gypsum Co., Ltd. | 19330 |
| 7/24/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of PABCO Building Products, LLC (d/b/a Pabco Gypsum) | 19332 |
| 7/24/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Great Western Building Materials | 19331 |
| 7/28/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Stepan Company | 19337 |
| 7/31/2015 | Notice of New Date and Location of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of PABCO Building Products, LLC (d/b/a Pabco Gypsum) | 19352 |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to CNBM and CNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to Taishan and TTP | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to CNBM and CNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to BNBM and BNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to BNBM and BNBM Group | |
| 7/31/2015 | PSC's Second Supplemental Request for Production of Documents to Taishan and TTP | |
| 8/11/2015 | August 11, 2015 Amended Notice of Oral and Videotaped Deposition Pursuant to the Court's June 26, 2015 Order [Rec. Doc. 19231] of Taishan Gypsum Co., Ltd. | 19380 |
| 8/11/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jinyu Hu | 19377 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 8/11/2015 | Amended Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Song Zhiping | 19378 |
| 8/11/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jia Tongchun | 19739 |
| 8/12/2015 | Notice of New Date and Location of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Stepan Company | 19383 |
| 8/14/2015 | Notice of New Date for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Taishan Gypsum Co., Ltd. | 19385 |
| 8/14/2015 | Notice of New Date for Oral and Videotaped Deposition of Jia Tongchun | 19384 |
| 8/14/2015 | Notice of New Date, Location and Call-in for Oral and Videotaped Deposition of Peng Shou | 19388 |
| 8/14/2015 | PSC's Third Set of Request for Admissions to CNBM | |
| 8/14/2015 | PSC's Third Set of Request for Admissions to BNBM | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to TTP | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to Taishan | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to BNBM Group | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to CNBM Group | |
| 8/17/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CUI Xingtai | 19391 |
| 8/17/2015 | PSC's Third Set of Request for Admissions to BNBM Group | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to CNBM Group | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to Taishan | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to TTP | |
| 8/17/2015 | PSC's Fourth Set of Request for Admissions to BNBM | |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 8/17/2015 | PSC's Fourth Set of Request for Admissions to CNBM | |
| 8/18/2015 | Motion to Compel the Production of Documents on a Counsel's Privilege Log | 19396 |
| 8/20/2015 | Motion for Expedited Return on Requests for Admissions Directed to CNBM and CNBM Group | 19401 |
| 8/31/2015 | August 31, 2015 Notice of Postponement of Oral and Videotaped Deposition of CNBM (USA) Corporation | 19423 |
| 8/31/2015 | August 31, 2015 Notice of Postponement of Oral and Videotaped Deposition of United Suntech Craft, Inc. | 19424 |
| 9/1/2015 | UNDER SEAL PSC's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for In Camera Inspection re BNBM | 19429/19434 |
| 9/8/2015 | UNDER SEAL PSC's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for In Camera Inspection re CNBM | 19445/19462 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM (USA) Corp. | 19452 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of CNBM Forest Products (Canada) Ltd. | 19453 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of United Suntech Craft, Inc. | 19454 |
| 9/9/2015 | September 9, 2015 Amended and Supplemental Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of China National Building Materials Import and Export Corporation | 19455 |
| 9/14/2015 | Notice of Change of Time for Oral and Videotaped Deposition of Taishan Gypsum Co., Ltd. | 19496 |
| 9/14/2015 | Notice of Change of Time for Oral and Videotaped Deposition of Jia Tongchun | 19495 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|---|---|---|
| 9/16/2015 | Re-Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jushi USA Fiberglass Co., Ltd. | 19514 |
| 9/28/2015 | Notice of Continuation of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Jushi USA Fiberglass Co., Ltd. | 19545 |
| 10/1/2015 | Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the September 24, 2015 Status Conference of JP Morgan Chase & Co. | 19560 |
| 10/1/2015 | Notice of Postponement of Oral and Videotaped Deposition of Jinyu Hu | 19561 |
| 10/2/2015 | UNDER SEAL Motion to Compel the Production of Wenlong Peng Computers and Related Information | 19567 |
| 10/9/2015 | UNDER SEAL PSC's Disclosure Motion Contesting BNBM's Claim of Privilege and/or Work Product Protection and for In Camera Inspection | 19590/19618 |
| 10/13/2015 | Notice of Change of Date for Oral and Videotaped Deposition of China National Building Materials Import and Export Corporation | 19604 |
| 10/13/2015 | Notice of Change of Time for Oral and Videotaped Deposition of CNBM (USA) Corp. | 19603 |
| 10/13/2015 | Notice of Cancellation of Oral and Videotaped Deposition of Cui Xingtai | 19602 |
| 10/13/2015 | October 13, 2015 Re-Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jushi USA Fiberglass Co., Ltd. | 19605 |
| 10/23/2015 | Notice of Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493 and 19629] of Peng Wenlong | 19637 |
| 10/30/2015 | Re-Notice of Expedited Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493] of Jinyu Hu | 19665 |
| 11/3/2015 | Notice of Date and Location for Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) of Morgan Stanley | 19675 |
| 11/3/2015 | Re-Notice of Oral and Videotaped Deposition Pursuant to the Court's Directive During the March 17, 2015 Special Hearing and Minute Entry and Order [Rec. Doc. 18493 and 19629] of Peng Wenlong | 19677 |
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of Taishan Gypsum Co., Ltd. | 19690 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of China National Building Materials Company Limited | 19691 |
| 11/5/2015 | Notice of Postponement of Oral and Videotaped Deposition of Beijing New Building Materials Public Limited Co. | 19692 |
| 11/6/2015 | Emergency Motion for a Rule 16 Conference and For Expedited Consideration | 19704 |
| 11/11/2015 | UNDER SEAL PSC's Disclosure Motion Contesting Claim of Privilege and/or Work Product Protection and for In Camera Inspection re CNBM | 19719 |
| 11/17/2015 | Notice of Oral and Videotaped Deposition of Bruce F. Deal | 19749 |
| 11/17/2015 | Notice of Oral and Videotaped Deposition of Jeffrey N. Gordon | 19750 |
| 11/30/2015 | Amended Notice of Oral and Videotaped Deposition of Jeffrey N. Gordon | 19801 |
| 11/30/2015 | Amended Notice of Oral and Videotaped Deposition of Bruce F. Deal | 19802 |
| 11/30/2015 | Motion for Leave to File PSC's Motion to Compel the 30(b)(6) Depositions of CNBM Group, CNBM, BNBM Group and Taishan Gypsum, In Its Entirety, Under Seal, with Motion to Compel Under Seal | 19815 |
| 12/4/2015 | Notice of New Location for Oral and Videotaped Deposition of Bruce F. Deal | 19871 |
| 12/4/2015 | Notice of New Location for Oral and Videotaped Deposition of Jeffrey N. Gordon | 19872 |
| 1/5/2016 | Notice of New Time for Oral and Videotaped Deposition of Jeffrey N. Gordon | 19940 |
| 7/28/2016 | PSC's Request for Production of Documents to Orient International Holding Shanghai Foreign Trade Co., Ltd. | |
| 2/14/2017 | PSC's Motion to Compel Complete Responses to Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM and CNBM Group | 20661 |
| 8/22/2017 | STATUS REPORT The Plaintiffs' Steering Committee's Submission of Updated Discovery Materials, Documents, and Other Information Regarding Plaintiffs' Claims Against the Taishan Defendants by Plaintiff (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) | 20912 |

# In re: Chinese-Manufactured Drywall, MDL 2047 Discovery Responded to by the PSC and Discovery-Related Pleadings (January 2014 – December 2019)

| Date | Discovery Requests | Rec. Doc. |
|------|--------------------|-----------|
| 9/14/2017 | Supplemental Memorandum by Plaintiff The Plaintiffs' Steering Committee's Supplemental Submission of Updated Discovery Materials, Documents, and Other Information Regarding Plaintiffs' Claims Against the Taishan Defendants (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) | 20952 |
| 12/6/2018 | 30(b)(6) Notice of Oral and Videotaped Deposition of Taishan (Product ID) and accompanying Request for Production of Documents | |
| 12/7/2018 | 30(b)(6) Notice of Oral and Videotaped Deposition of BNBM (Product ID) and accompanying Request for Production of Documents | |
| 12/28/2018 | NOTICE of Compliance by Plaintiffs' Steering Committee re 21897 Order Joint Motion to Set Louisiana Amorin Discovery Plan. | 22014 |
| 2/11/2019 | NOTICE of the Parties' Agreement to Amend the Amorin Discovery Plan to Remove Daniel Gammage as a Defendants' Select Class Claim by all parties re 21959 Notice of Selection of Class Claims. | 22097 |
| 5/15/2019 | EXPARTE/CONSENT Joint MOTION for Extension of Deadlines to Complete Expert Witness Discovery by Plaintiffs Steering Committee, and Defendants Taishan Gypsum Co., Ltd., Tai'an Taishan Plasterboard Co., Ltd., and BNBM, PLC. | 22243 |

MDL Discovery Related Pleadings (Exhibit "6")