# In re: Chinese-Manufactured Drywall, MDL 2047
# Depositions and/or Trial Testimony
# (January 2014 – December 2019)

|  | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 1 | Daszkiewicz, Rosemary | 4/16/2015 | Plum Creek Timber Company (Third-Party) | MDL 2047 |
| 2 | Kim, Steve | 4/17/2015 | Sunpin Solar Development (Third-Party) | MDL 2047 |
| 3 | Sebastian, Donald H. Ph.D. | 4/22/2015 | NJIT (Third-Party) | MDL 2047 |
| 4 | Paulsen, Fred | 4/24/2015 | CTIEC-TECO American Technology, Inc. (Third-Party) | MDL 2047 |
| 5 | Hull, Samuel I. | 5/13/2015 | Hull Forest Products, Inc. (Third-Party) | MDL 2047 |
| 6 | Chaparro, Edgar A. | 5/18/2015 | EAC & Sons Corporation (Third-Party) | MDL 2047 |
| 7 | Zika, Steven | 5/18/2015 | Hampton (Third-Party) | MDL 2047 |
| 8 | Davis, Stefan | 5/19/2015 | Davis Construction Supply, LLC | MDL 2047 |
| 9 | Inglis, George P.E. | 5/19/2015 Trial: 6/9/2015 | Expert | MDL 2047 |
| 10 | Chang, Jeffrey J. | 5/20/2015 | BNK (Third-Party) | MDL 2047 |
| 11 | Salamanca, John | 5/21/2015 | Western Wood (Third-Party) | MDL 2047 |
| 12 | Wooh, Jin | 5/21/2015 | WH International (Third-Party) | MDL 2047 |
| 13 | Marais, M. Laurentius | 5/21/2015 | Expert | MDL 2047 |
| 14 | Pogorilich, David | 5/22/2015 Trial: 6/9/2015 | Expert | MDL 2047 |
| 15 | Woody, Jacob S. | 5/26/2015 | BrownGreer | MDL 2047 (*Germano/Wiltz/Gross/Amorin*) |
| 16 | Fenwick, Philip | 5/28/2015 | Baillie Lumber (Third-Party) | MDL 2047 |
| 17 | Che, Gang | 6/2/2015 - 6/4/2015 | Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. | MDL 2047 |
| 18 | Chang, Zhangli | 6/5/2015 – 6/7/2015 | China National Building Materials Company Limited | MDL 2047 |
| 19 | Zhou, Gouping | 6/16/2015 – | China National Building | MDL 2047 |

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| | | 6/18/2015 | Materials Group Corporation | |
| 20 | Chen, Yu | 7/8/2015 – 7/11/2015 | Beijing New Building Materials Public Limited Co. | MDL 2047 |
| 21 | Zhao, Yanming | 7/15/2015 – 7/17/2015 | BNBM Group Company Limited | MDL 2047 |
| 22 | Winslow, Albert | 7/27/2015 | Triorient Trading | MDL 2047 |
| 23 | Wang, Bing | 8/25/2015- 8/27/2015 | Chairman and Director of BNBM PLC, Director of Taishan Gypsum, VP of CNBM Co. Ltd. | MDL 2047 |
| 24 | Zhiping, Song | 9/14/2015 - 9/15/2015 | CNBM Company | MDL 2047 |
| 25 | Tongchun, Jia | 9/17/2015- 9/18/2015 | Taishan Gypsum | MDL 2047 |
| 26 | Weisheng, Liu | 10/27/2015 | United Suntech | MDL 2047 |
| 27 | Deng, Jianjun | 10/28/2015 | CNBM Forest Products Canada, Ltd. | MDL 2047 |
| 28 | Shaojun, Zhang | 11/3/2015 | CNBM USA Corporation | MDL 2047 |
| 29 | Wang, Lihe | 11/4/2015 | CNBM Trading | MDL 2047 |
| 30 | Peng, Wenlong | 11/12/2015- 11/14/2015 | Taishan Gypsum | MDL 2047 |

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 31 | Keyes, Terrence | 11/13/2015 | Morgan Stanley | MDL 2047 |
| 32 | Tang, Hsin Hua | 11/17/2015-11/18/2015 | Jushi USA Fiberglass Co., Ltd. | MDL 2047 |
| 33 | Jinyu, Hu | 12/7/2015 | CNBM – Northern Cement Company | MDL 2047 |
| 34 | Deal, Bruce Fred | 12/17/2015 | Expert (Defendant) | MDL 2047 |
| 35 | Gordon, Jeffrey N. | 1/15/2016 | Expert (Defendant) | MDL 2047 |
| 36 | Milhaupt, Curtis J. JD | 2/3/2016 | Expert (Plaintiff) | MDL 2047 |
| 37 | Callia, Roger James | 10/17/2018 | Plaintiff | LA Amorin |
| 38 | Owens, Brenda | 11/13/2018 | Plaintiff | MDL 2047 |
| 39 | Nguyen, Tracy | 12/6/2018 | Plaintiff | FL Amorin |
| 40 | Foster, Vickie | 12/7/2018 | Plaintiff | FL Amorin |
| 41 | Avery, Janet | 12/7/2018 | Plaintiff | FL Amorin |

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 42 | Walls, Rosalee | 12/11/2018 | Plaintiff | FL Amorin |
| 43 | Walls, Larry | 12/11/2018 | Plaintiff | FL Amorin |
| 44 | Gody, Candace | 12/12/2018 | Plaintiff | FL Amorin |
| 45 | Feldkamp, Dawn | 12/13/2018 | Plaintiff | FL Amorin |
| 46 | Feldkamp, Andrew | 12/13/2018 | Plaintiff | FL Amorin |
| 47 | Martinez, Dailyn | 12/14/2018 | Plaintiff | FL Amorin |
| 48 | O'Brien, Lori | 12/17/2018 | Plaintiff | FL Amorin |
| 49 | O'Brien, Kelly | 12/17/2018 | Plaintiff | FL Amorin |
| 50 | Hernandez, John | 12/18/2018 | Plaintiff | FL Amorin |
| 51 | Hernandez, Betty | 12/18/2018 | Plaintiff | FL Amorin |
| 52 | Rosen, Stacey | 12/19/2018 | Plaintiff | FL Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

|    | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|----|---------------|---------------------------|----------|----------------|
| 53 | Rosen, Kevin | 12/19/2018 | Plaintiff | FL Amorin |
| 54 | Alba-Nunez, Monica | 12/19/2018 | Plaintiff | FL Amorin |
| 55 | Nunez, Jeovany | 12/19/2018 | Plaintiff | FL Amorin |
| 56 | Miranda, Adela | 12/20/2018 | Plaintiff | FL Amorin |
| 57 | Miranda, Jose | 12/20/2018 | Plaintiff | FL Amorin |
| 58 | Hooker, Deborah | 1/3/2019 | Plaintiff | FL Amorin |
| 59 | Deeg, David | 1/3/2019 | Plaintiff | FL Amorin |
| 60 | Lalwani, Deborah | 1/4/2019 | Plaintiff | FL Amorin |
| 61 | Lalwani, Gul | 1/4/2019 | Plaintiff | FL Amorin |
| 62 | Marin, Cassandra | 1/7/2019 | Plaintiff | FL Amorin |
| 63 | Tuyen, Mai | 1/8/2019 | Plaintiff | FL Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

|     | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
| --- | --- | --- | --- | --- |
| 64 | Foster, William | 1/8/2019 | Plaintiff | FL Amorin |
| 65 | Foster, Vickie | 1/8/2019 | Plaintiff | FL Amorin |
| 66 | Griffin, Diane | 1/8/2019 | Plaintiff | FL Amorin |
| 67 | Griffin, David | 1/8/2019 | Plaintiff | FL Amorin |
| 68 | Rosen, Robyn | 1/9/2019 | Plaintiff | FL Amorin |
| 69 | Rosen, Michael | 1/9/2019 | Plaintiff | FL Amorin |
| 70 | Wites, Jennifer | 1/10/2019 | Plaintiff | FL Amorin |
| 71 | Wites, Marc | 1/10/2019 | Plaintiff | FL Amorin |
| 72 | Marin, Yvette | 1/10/2019 | Plaintiff | FL Amorin |
| 73 | Etter, Cathy | 1/11/2019 | Plaintiff | FL Amorin |
| 74 | Etter, Steven | 1/11/2019 | Plaintiff | FL Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 75 | Chatmon, Lillian | 1/14/2019 | Plaintiff | FL Amorin |
| 76 | Brinkerhoff, J. Vance | 1/14/2019 | Plaintiff | FL Amorin |
| 77 | Back, Mary Ann | 1/17/2019 | Plaintiff | LA Amorin |
| 78 | Back, Charles David Sr. | 1/17/2019 | Plaintiff | LA Amorin |
| 79 | Fineschi, Connie Moll | 1/18/2019 | Plaintiff | LA Amorin |
| 80 | Fineschi, Nicola F. | 1/18/2019 | Plaintiff | LA Amorin |
| 81 | Alonzo, Lana G. | 1/22/2019 | Plaintiff | LA Amorin |
| 82 | Che, Gang | 1/22/2019 - 1/23/2019 | Taishan 30(b)(6) - Product ID | MDL 2047 |
| 83 | Maggiore, Frankie | 1/23/2019 | Plaintiff | LA Amorin |
| 84 | Maggiore, Peter | 1/23/2019 | Plaintiff | LA Amorin |
| 85 | Blue, Rachelle Robin | 1/24/2019 | Plaintiff | LA Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 86 | Blue, John B. | 1/24/2019 | Plaintiff | LA Amorin |
| 87 | Gonzales, Jane Louis Zuriceh | 1/28/2019 | Plaintiff | LA Amorin |
| 88 | DiLorenzo Zubrowski, Linda | 1/29/2019 | Plaintiff | LA Amorin |
| 89 | Zubrowski, Michael Joseph | 1/29/2019 | Plaintiff | LA Amorin |
| 90 | Couture, Patrick | 2/6/2019 | Plaintiff | LA Amorin |
| 91 | Finnan Couture, Kasie | 2/6/2019 | Plaintiff | LA Amorin |
| 92 | Randazzo, Virginia | 2/7/2019 | Plaintiff | LA Amorin |
| 93 | Donnelly, Joseph Anthony IV | 2/8/2019 | Plaintiff | LA Amorin |
| 94 | Catalanotto, Mary Ann | 2/8/2019 | Plaintiff | LA Amorin |
| 95 | Eyrich, Lillian | 2/11/2019 | Plaintiff | LA Amorin |
| 96 | Frazier Sims, Frankie | 2/12/2019 | Plaintiff | LA Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 97 | Young, Melissa Ann | 2/13/2019 | Plaintiff | LA Amorin |
| 98 | Hughes, Mathew Duane | 2/14/2019 | Plaintiff | LA Amorin |
| 99 | Hughes, Jan | 2/14/2019 | Plaintiff | LA Amorin |
| 100 | Gerson Pollock, Keri | 2/15/2019 | Plaintiff | LA Amorin |
| 101 | Pollock, Mark Geoffrey | 2/15/2019 | Plaintiff | LA Amorin |
| 102 | Haindel, Mary Virginia | 2/19/2019 | Plaintiff | LA Amorin |
| 103 | Jurisich, Betty | 2/20/2019 | Plaintiff | LA Amorin |
| 104 | Desselle, Brent Thomas | 2/21/2019 | Plaintiff | LA Amorin |
| 105 | LaPierre, Ronald Vaughn Joseph | 2/22/2019 | Plaintiff | LA Amorin |
| 106 | Tatum, Martin O. | 2/25/2019 | Plaintiff | LA Amorin |
| 107 | Barisich, Joseph | 2/26/2019 | Plaintiff | LA Amorin |

# In re: Chinese-Manufactured Drywall, MDL 2047
# Depositions and/or Trial Testimony
# (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 108 | Wilfer, Rosanne | 2/27/2019 | Plaintiff | LA Amorin |
| 109 | Greenblatt, Ryan | 3/4/2019 | Plaintiffs' Expert | FL Amorin |
| 110 | Fatta, Tracy F. | 3/7/2019 | Plaintiff | LA Amorin |
| 111 | Fatta, Joseph A. | 3/7/2019 | Plaintiff | LA Amorin |
| 112 | Krantz, Bradley D. | 3/7/2019 | Plaintiff | LA Amorin |
| 113 | Streit, Lori PhD | 3/8/2019 | Plaintiffs' Expert | FL Amorin |
| 114 | Elkin, Michael P. CPA | 3/11/2019 - 3/12/2019 | Plaintiffs' Expert | FL Amorin |
| 115 | Blalock, Angeles | 3/12/2019 | Plaintiff | LA Amorin |
| 116 | Fisher, Donald | 3/13/2019 | Plaintiff | LA Amorin |
| 117 | Fisher, Nadja | 3/13/2019 | Plaintiff | LA Amorin |
| 118 | Berthaut, Colin P. | 3/14/2019 | Plaintiff | LA Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

| | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 119 | Bell, Randall Ph.D. | 3/14/2019 | Plaintiffs' Expert | FL Amorin |
| 120 | LaPierre, Dawn Ross | 3/15/2019 | Plaintiff | LA Amorin |
| 121 | Oertling, John Jared | 3/15/2019 | Plaintiff | LA Amorin |
| 122 | Donaldson, Jill Marie DDS | 3/15/2019 | Plaintiff | LA Amorin |
| 123 | Graziano, Anthony | 3/18/2019 - 3/19/2019 | Plaintiffs' Expert | FL Amorin |
| 124 | Williams Allen, Catherine | 3/18/2019 | Plaintiff | LA Amorin |
| 125 | Zhao, Xue Ying | 3/19/2019 | Plaintiff | LA Amorin |
| 126 | Zhang, Zhou | 3/19/2019 | Plaintiff | LA Amorin |
| 127 | Clay, Dominesha James | 3/20/2019 | Plaintiff | LA Amorin |
| 128 | Lewis, Barbara | 3/21/2019 | Plaintiff | LA Amorin |
| 129 | Lewis, Brian Jude | 3/21/2019 | Plaintiff | LA Amorin |

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

|  | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 130 | Lavergne, Sheral | 3/22/2019 | Plaintiff | LA Amorin |
| 131 | Braselman Yeich, Holly | 3/25/2019 | Plaintiff | LA Amorin |
| 132 | Phillips, Jerry Allen | 3/27/2019 | Plaintiff | LA Amorin |
| 133 | Lawrence, Annette | 3/28/2019 | Plaintiff | LA Amorin |
| 134 | Roddewig, Richard | 4/4/2019 | Defendant's Expert | FL Amorin |
| 135 | Staub, Marcus | 4/8/2019 | Plaintiff | LA Amorin |
| 136 | Ewing Staub, Dana | 4/8/2019 | Plaintiff | LA Amorin |
| 137 | Leon, Debra | 4/9/2019 | Plaintiff | LA Amorin |
| 138 | Simmons, Stephen (for plaintiff Boland Marine) | 4/10/2019 | Plaintiff | LA Amorin |
| 139 | Nolan, Ben D. III, PE, PSP | 4/10/2019 | Defendant's Expert | FL Amorin |
| 140 | Flinn, Brian D., Ph.D., P.E. | 4/12/2019 | Defendant's Expert | FL Amorin |

# In re: Chinese-Manufactured Drywall, MDL 2047
## Depositions and/or Trial Testimony
## (January 2014 – December 2019)

|  | Deponent Name | Depo Date/Trial Testimony | Identity | Case and Venue |
|---|---|---|---|---|
| 141 | Bour, Marcie D. | 4/15/2019 | Defendant's Expert | FL Amorin |
| 142 | Barisich, Frances | 4/17/2019 | Plaintiff | LA Amorin |
| 143 | Greenblatt, Ryan (Vol II) | 4/17/2019 | Plaintiffs' Expert | FL Amorin |
| 144 | Cohen, David J. | 4/17/2019 | Defendant's Expert | FL Amorin |

MDL Depositions and/or Trial Testimony (Exhibit "7")