# In re: Chinese-Manufactured Drywall, MDL 2047
# Experts
# (January 2014 – December 2019)

|   | Expert | Area of Expertise | Case | Report Dates |
|---|---|---|---|---|
| 1 | Deal, Bruce Fred (Defendant) | Economic/financial | MDL 2047 | n/a |
| 2 | Gordon, Jeffrey N. (Defendant) | Legal | MDL 2047 | n/a |
| 3 | Inglis, George (Plaintiff) | Construction/engineering | MDL 2047 | March 18, 2016 |
| 4 | Marais, M. Laurentius (Defendant) | Applied statistics/applied mathematics | MDL 2047 | n/a |
| 5 | Milhaupt, Curtis J. JD (Plaintiff) | Chinese corporate structure | MDL 2047 | n/a |
| 6 | Pogorilich, David (Defendant) | Construction/estimating | MDL 2047 | May 8, 2015 |
| 7 | Wright, Ronald (Plaintiff) | Construction/engineering | MDL 2047 | December 23, 2016 |