# In re: Chinese-Manufactured Drywall
# Remand Court Appearances
# (January 2018 – December 2019)

| *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.* ||| 
| Civil Action No. 1:11-cv-22408 (S.D.Fla.) |||
|---|---|---|
| **Date** | **Rec. Doc.** | **Subject Matter** |
| 7/13/2018 | 39 | Status Conference |
| 11/7/2018 | 108 | Evidentiary Hearing held on 11/7/2018. Total time in court: 45 minutes. All counsel present. |
| 2/13/2019 | 172 | Motion Hearing held on 2/13/2019 re 51 Defendant's MOTION to Dismiss 1 Complaint,, Non-Florida Claims filed by TAIAN TAISHAN PLASTERBOARD CO., LTD., Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd., 49 MOTION to Stay Plaintiffs' Motion & Memorandum of Law to Stay All Claims in the Florida Amorin Complaint that Relate to Properties Outside of Florida filed by Eduardo Amorin, Carmen Amorin. All counsel present. Total time in court: 30 minutes. |
| 6/5/2019 | 312 | Status Conference |

| *Amorin, et al. v. Taishan Gypsum Co., Ltd., et al.* |||
| Civil Action No. 2:11-cv-377 (E.D.Va., Norfolk Division) |||
|---|---|---|
| **Date** | **Rec. Doc.** | **Subject Matter** |
| 12/18/2018 | 64 | STATUS HEARING held before Chief District Judge Mark S. Davis |
| 4/30/2019 | 82 | HEARING held before Chief District Judge Mark S. Davis and United States Magistrate Judge Robert Krask |
| 6/3/2019 | 93 | Telephone Conference held on 6/3/2019 before Chief District Judge Mark S. Davis |

| *Brooke, et al. v. The State-Owned Assets Supervision And Administration Commission of The State Council, et al.* |||
| Civil Action No. 1:15-cv-24348 (S.D.Fla.) |||
|---|---|---|
| **Date** | **Rec. Doc.** | **Subject Matter** |
| 5/9/2019 | 17 | Scheduling Conference held on 5/9/2019. Counsel of record present. |