# In re: Chinese-Manufactured Drywall
# Remand Court Experts
# (January 2019 – December 2019)

|   | Expert | Area of Expertise | Case | Report Dates |
|---|---|---|---|---|
| 1 | Bell, Randall Ph.D., MBA, MAI (Plaintiff) | Real estate damages | FL *Amorin* | February 15, 2019 |
| 2 | Bour, Marcie D. CPA/ABV, CVA, CFE, MAFF, ABAR, CDBV (Defendant) | Forensic accountant | FL *Amorin* | March 25, 2019 |
| 3 | Cohen, David J. (Defendant) | Licensed real estate broker | FL *Amorin* | March 21, 2019 |
| 4 | Elkin, Michael P. CPA/CFF/ABV, CFE (Plaintiff) | Forensic accountant | FL *Amorin* | February 19, 2019 |
| 5 | Fishkind, Henry H PhD (Defendant) | Economist | FL *Amorin* | March 25, 2019 |
| 6 | Flinn, Brian D. PhD, PE (Defendant) | Materials Scientist, Engineer | FL *Amorin* | March 21, 2019 |
| 7 | Graziano, Anthony M. MAI, CRE (Plaintiff) | Real estate damages | FL *Amorin* | February 15, 2019 |
| 8 | Greenblatt, Ryan PA (Plaintiff) | Licensed real estate broker | FL *Amorin* | February 15, 2019 |
| 9 | Krantz, Bradley D. (Plaintiff) | Materials analysis | FL *Amorin* | February 15, 2019 |
| 10 | Nolan, Ben D. III PE, PSP (Defendant) | Engineer – Inspections & remediation analysis | FL *Amorin* | March 21, 2019 |
| 11 | Roddewig, Richard J. MAI, CRE, FRICS (Defendant) | Real estate damages | FL *Amorin* | March 21, 2019 |
| 12 | Streit, Lori Ph.D. (Plaintiff) | Engineer – Materials analysis | FL *Amorin* | February 14, 2019 |