# Exhibit A

**Exhibit A**
**Overview & Specific (non-exclusive) Examples of Irpino Law Firm Work**
**on Taishan-Related Matters in MDL 2047**

ANTHONY IRPINO and PEARL ROBERTSON held leadership roles involving many major aspects of the Taishan-related litigation, including leadership roles involving: document depository, document review, written discovery, privilege challenges, confidentiality challenges, depositions, motions and briefing, appeals, and settlement (among other matters).  The following are some examples of the types of work and leadership roles/tasks which the Irpino Law Firm (through Anthony Irpino and Pearl Robertson) had and/or performed in connection with Taishan-related matters in MDL 2047.

1.  Member of select Taishan Deposition Preparation Team

    - Analysis and review of documents for nearly all Taishan depositions;
    - Selection of documents to be used as exhibits for Taishan depositions;
    - Preparation of outlines and questions for Taishan depositions;
    - Taking of various Taishan depositions.

2.  Member of select Taishan Hot Doc Review Team (select group of few individuals to identify and review most important documents) – an overview and some examples of work included:

    - Attended various collaboration (half-day and all-day) meetings with PSC members to review documents as a group and provide roundtable feedback during meetings;
    - Identification and selection of hot documents to be used with depositions and/or motions;
    - Formulating themes and areas of focus for document review, deposition exhibits, etc.;
    - Drafting Matrix chart for depo exhibits.

3.  Member of Taishan Discovery Team

    - Larger group of attorneys (less exclusive than Hot Doc Review & Taishan Deposition Preparation Teams);
    - Attended various lengthy meetings;
    - Addressed various discovery matters, strategy sessions, comparing documents, etc.

4.  Confidentiality Challenges of Taishan Depositions

    - Legal research regarding confidentiality standards;
    - Reviewing and analyzing Taishan deposition confidentiality designations;
    - Drafting challenges to Taishan confidentiality designations.

5.  Necessarily Attended (via livenote) the Taishan depositions in Hong Kong during the week of 1/8 and drafted suggested follow-up questions during the depositions.  Depositions included:

    - JIA Tongchun

1

       - FU Tinghuan
       - PENG Shiliang

6. Member of the Taishan Personal Jurisdiction Team – an overview and some examples of work included:

       - Attending various extensive/lengthy strategy meetings;
       - Reviewing and analyzing depositions to gather quotes and facts for briefing and hearing preparation;
       - Selection of deposition testimony for depo cuts.

7. Conducted legal research for, drafted or co-drafted, and/or otherwise assisted with many discovery-related motions, oppositions, replies and submissions regarding Taishan.

8. Extensive involvement with drafting Personal Jurisdiction Brief

       - Researching facts for brief and analyzing large amounts of materials regarding same;
       - Worked extensively with Chinese law expert (Bing);
       - Drafting revisions to affidavit of Chinese Law expert (Bing);
       - MANY conference calls re: status and strategy;
       - Drafted deposition chart for insert into brief;
       - Review and categorize depo cuts of Onyx (Rafael Sardi);
       - Researching AL & MS Taishan contacts;
       - Drafting Background section for procedure leading up to Jan 2012 depos;
       - Drafting section re: Oriental TriOrient Trading Co. And $100,000 refund;
       - Assisted with drafting TG = TTP section;
       - Assisted with researching and drafting affidavit/declaration of Chinese law expert;
       - Researching, analyzing and excerpting TTP written discovery responses;
       - Drafting memos re: TTP marketing and standards for expert opinion (and research re: same);
       - Researching and drafting Luneng Mine section of brief (w/ L. Davis);
       - Research and draft Russ Herman affidavit for brief (including multiple revisions);
       - Drafting chart of exhibits to Russ Herman affidavit.

9. Named "Of Counsel to PSC" due to extensive work on litigation, including Taishan-related portion of litigation.  This was not requested or lobbied for by Mr. Irpino.

10. Extensive involvement with *Germano* Appeal

       - Researching and analyzing extensive factual information for Brief;
       - Lead the citation and footnote project for brief;
       - Review Taishan's brief and check legal citations;
       - Legal research project for brief;
       - Assisted with drafting brief, including drafting revisions to brief.

11. Extensive involvement with *Gross* & *Wiltz* Appeals

- Same types of work as with *Germano* Appeal

12. Assist with Alibaba research (Pearl Robertson)

13. Member of Post-Appeal Taishan Working Group / "Task Force" (5 firms: Herman, Levin, Meunier, Seeger & Irpino)

    - Irpino Law Firm's efforts so extensive that they were mentioned on the record by R. Herman at 3/17/15 hearing.

14. Research and writing for emergency briefing project - Omnibus response to Taishan Defendants' Briefing – ANTHONY IRPINO & PEARL ROBERTSON (5 firms - same as above)

    - Extensive work over several days (3/10/15 - 3/13/15);
    - Multiple "All Nighters".

15. Class Certification Damages & Contempt Enforcement Task Force vs. Taishan Defendants (5 firms: Herman, Levin, Meunier, Seeger & Irpino) – an overview and some examples of work included:

    - Extensive analysis and review of documents;
    - Attend 3/17/15 hearing (Anthony Irpino & Pearl Robertson);
    - Post-hearing meeting w/ Russ, Lenny, Jerry, Pearl Robertson & Anthony Irpino;
    - 3/17 & 3/18 research & prep for conference call;
    - 3/18 team conference call.

16. Headed document review efforts (Team Leader) for ALL Taishan Defendant corporate depos (taken from June 2, 2015 - July 17, 2015) AND for individual depos thereafter – an overview and some examples of work included:

    - Many (dozens) day-long document review sessions physically at HHK;
    - Many (dozens) document review sessions at ILF after day-long review at HHK;
    - Lead, coordinated and tracked document review team efforts;
    - Conducted 2nd / high-level review of documents;
    - Developed and Implemented expedited review and translation process in order to discover and prepare documents for use at depositions;
    - Oversaw and coordinated translations of Chinese documents.

17. Assisted with research work and drafting PSC's reply brief regarding class assessment of damages.

18. Lead research firm for Taishan defendants (TG, BNBM, BNBMG, CNBM & CNBMG)

    - Conducting extensive internet research to identify affiliates, subsidiaries, United States business contacts, etc.;
    - Discovered many different Taishan-related affiliates and wrote extensive memos regarding same;

3

- Discovered CNBMI (BNK, Ltd.) lawsuit in Texas Fed. Ct.;
- Reviewed and analyzed prior depos & documents produced (by TG, Knauf, INEX and other parties) to identify BNBM personal jurisdiction issues;
- Reviewed and analyzed prior depositions & documents produced (by TG, Knauf, INEX and other parties) to identify CNBM personal jurisdiction issues;
- Researched information and reviewed documents to identify 3rd party depos to take for contempt violations and personal jurisdiction (Davis, EAC, Triorient, Chang / BNK Intl. (CNBMI lawsuit defendant), PABCO, Stepan, Western Wood, WH International, Baillie Lumber, Guardian, Hull Forest).

19. Drafted and/or co-drafted written discovery to all Taishan defendants and assisted with leading analysis of Taishan defendants' discovery responses.  Some examples of which includes:

- 30(b)(6) notices and RFPs to TG;
- 30(b)(6) notices and RFPs to TTP;
- 30(b)(6) notices and RFPs to BNBM;
- 30(b)(6) notices and RFPs to BNBM Group;
- 30(b)(6) notices and RFPs to several CNBM entities.

20. Depo team for TG/TTP 30(b)(6) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - PEARL ROBERTSON (multiple days) (June 2, 3 & 4, 2015).

21. Depo team for CNBM 30(b)(6) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - PEARL ROBERTSON (multiple days) (June 5, 6 & 7, 2015).

22. Depo team for CNBM Group 30(b)(6) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (3 days) (June 16, 17 & ` 18, 2015).

23. Depo team for BNBM PLC 30(b)(6) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (4 days) (July 8, 9, 10 & 11, 2015).

24. Depo team for BNBM Group 30(b)(6) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (3 days) (July 15, 16 & 17, 2015).

25. Writing team for responding to various additional and critical defense motions:

4

- Attend 7/18/2015 several hour meeting at HHK;
- Many Conference calls and e-mail exchanges thereafter;
- Defendants' motions to clarify June 17, 2014 contempt order (including brief and Herman Affidavit);
- CNBM Group's motion to dismiss re: government entity defense/immunity;
- FSIA Brief (PSC's opposition filed 10/29/15).

26. Drafted 7/20/2015 PSC's Disclosure Motion Contesting BNBM PLC's and BNBM Group's Claims of Privilege (due to claw-backs)

- BNBM agreed to produce documents (HUGE DOCS) after brief filed.

27. Extensive leadership work on Taishan-related Discovery, including extensive leadership work involving many meet and confers with defense counsel on discovery issues – some examples of which include:

- Identifying missing documents and outstanding discovery issues;
- Analyzing and challenging privilege claims (many victories);
- Drafted request for meet and confer letter to all defense counsel - detailing specific outstanding discovery issues;
- Attend and participate in 7/24 meet and confer w/ CNBM Entities;
- Attend and participate in 7/27 meet and confer w/ CNBM Entities;
- Attend and participate in 7/27 meet and confer w/ Taishan/TTP;
- Drafted follow-up meet and confer letter to CNBM Entities (7/28/15);
- Drafted follow-up meet and confer letter to BNBM Entities (7/30/15);
- Drafted follow-up meet and confer letter to Taishan/TTP (7/30/15);
- Participated in multiple meet and confer conference calls w/ each defendant;
- Reviewing response corresp from each defendant re: meet and confers;
- Drafted follow-up meet and confer letter to CNBM Entities (8/20/15);
- Drafted follow-up meet and confer letter to BNBM Entities (8/20/15);
- Drafted follow-up meet and confer letter to Taishan/TTP (8/20/15);
- Drafted follow-up meet and confer letter to CNBM Entities (8/24/15);
- Drafted follow-up meet and confer letter to Taishan/TTP (8/25/15);
- Drafted follow-up meet and confer letter to Taishan/TTP (8/31/15);
- Drafted follow-up meet and confer letter to CNBM Entities (11/25/15);
- Drafted follow-up meet and confer letter to BNBM Entities (11/25/15);
- Drafted follow-up meet and confer letter to CNBM Entities (12/1/15).

28. Depo team for CAO Jianglin (CNBM fact witness) deposition

- Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
- Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (2 days) (August 4 & 5, 2015).

29. Depo team for PABCO 3rd party deposition

- Depo prep (ANTHONY IRPINO & Matt Gaughan);

5

    - Travel to Sacramento for deposition;
    - Take Deposition (ANTHONY IRPINO), (August 19, 2015).

30. Co-drafted motion to compel production from Counsel's (HL) privilege log re: PENG Wenlong

    - Legal research;
    - Document review and factual research;
    - Co-drafted briefing.

31. Deposition team for WANG Bing (BNBM PLC fact witness) deposition

    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
    - Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (3 days) (August 25, 26 & 27, 2015).

32. Drafted 8/31/2015 PSC's Disclosure Motion Contesting BNBM PLC's Claims of Privilege.

33. Deposition team for Stepan Company depo

    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON & Matt Gaughan;
    - Travel to Chicago for deposition;
    - Take Deposition (ANTHONY IRPINO), (September 4, 2015).

34. Drafted 9/8/2015 PSC's Disclosure Motion Contesting CNBM Group's Claims of Privilege.

35. Travel to Hong Kong for week of depositions: SONG Zhiping, PENG Shou, JIA Tongchun.

36. Depo team for SONG Zhiping deposition
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
    - Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (2 days) (September 14 & 15, 2015).

37. Depo team for PENG Shou deposition
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON & Scott George;
    - Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (2 days) (September 16, 2015);
    - Take Deposition (ANTHONY IRPINO).

38. Depo team for JIA Tongchun deposition
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
    - Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (2 days) (September 17 & 18, 2015).

39. Travel from Hong Kong from week of above listed depositions

40. 9/28/2015 PEARL ROBERTSON draft and edit PSC opposition to CNBMG's Motion for Reconsideration of FSIA brief.

41. Drafted 10/2/2015 PSC's Motion to Compel Production of PENG Wenlong's Computer and Materials
    - Included ANTHONY IRPINO & PEARL ROBERTSON co-drafting a 12-page timeline (exhibit A) of events surrounding PENG Wenlong's computer (very detailed and involved project);
    - Worked on extensively for SEVERAL days.

42. Drafted 10/9/2015 PSC's Disclosure Motion Contesting BNBM PLC's Claims of Privilege (due to claw-backs during SONG Zhiping & JIA Tongchun depos)
    - Worked on extensively for several days (10/5 - 10/9).

43. Depo team for United Suntech Company (CNBM subsidiary) deposition
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON & Scott George;
    - Depo Team - ANTHONY IRPINO (1 day) (October 27, 2015);
    - Take Deposition (ANTHONY IRPINO).

44. Briefing team for FSIA opposition (141 pages)
    - Extensive factual research and analysis of materials;
    - Assisted extensively with briefing;
    - Final briefing submitted on 10/29/2015;
    - Travel to Philadelphia on 11/2/15 & met at Levin Fishbein on 11/3/15 to prepare for Dec. 8th hearing (ANTHONY IRPINO & PEARL ROBERTSON met w/ R. Herman, A. Levin, S. Duggan, F. Longer).

45. Depo team for PENG Wenlong depo
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON (all document review of 380,000+ pages);
    - All depo prep to make exhibits, including coordination and lead to instruct translators;
    - ANTHONY IRPINO & PEARL ROBERTSON travel to Philadelphia on 11/2/15 & met at Levin Fishbein on in Philadelphia w/ R. Herman, A. Levin & S. Duggan, et al. on 11/3/15 to prepare);
    - Depo Team - PEARL ROBERTSON in NYC to prepare (2 days) (11/9/15, 11/10/15);
    - Depo Team (attending depo) - PEARL ROBERTSON 2nd Chair & ANTHONY IRPINO via phone (November 12, 13 & 14, 2015).

46. Hearing & Briefing Team for 11/17/2015 hearing (originally scheduled for Nov. 10th)
    - Primary firm handling research and identification of exhibits;
    - Co-drafted exhibit list for hearing;
    - Input into witness list for hearing;
    - Members of preparation team for hearing;
    - Travel to Philadelphia on 11/2/15 & met at Levin Fishbein in Philadelphia on 11/3/15 to prepare (ANTHONY IRPINO & Pearl Robertson met w/ R. Herman, A. Levin & S. Duggan, et al.);
    - Lengthy meeting at HHK on 11/16/15 to prepare;
    - Attended 11/17/2015 Hearing;

- Assisted with drafting proposed FOFCOL.

47. Drafted 11/11/2015 PSC's Disclosure Motion Contesting CNBM Entities' Claims of
    Privilege (due to claw-backs made by CNBM Entities on 11/5/2015):
    - Worked on extensively for SEVERAL days (11/9/15 - 11/11/15)

48. Drafted PSC's 11/19/2015 opposition to BNBM's 11/16/2015 Mtn to Reconsider 11/6/15
    Privilege Order (ANTHONY IRPINO & PEARL ROBERTSON)
    - Work had to be done on an expedited basis b/c of Supplemental FSIA brief deadline of
    11/30;
    - Worked on extensively for several days (11/17/15 - 11/19/15).

49. Drafted PSC's 11/30/2015 Motion to Compel 30b6 depos of CNBMG, CNBM, BNBMG and
    Taishan
    - Big project taking several extensive days to compile (over the Thanksgiving holiday) on
    an expedited basis due to concerns over deadline for BNBM & CNBM jurisdiction
    briefing deadlines being pushed by defendants.

50. Supplemental FSIA brief team (S. Duggan, ANTHONY IRPINO, & PEARL ROBERTSON)
    Due Nov. 30, 2015.

51. Depo team for HU Jinyu (CNBM, BNBM & Taishan employee) deposition
    - Depo prep - ANTHONY IRPINO & PEARL ROBERTSON;
    - Depo Team - ANTHONY IRPINO & PEARL ROBERTSON (1 day) (December 7,
    2015);
    - Travel to/from San Francisco for deposition;
    - Take Deposition (ANTHONY IRPINO);
    - 2nd Chair (PEARL ROBERTSON).

52. Extensive challenges to BNBM & CNBM entity privilege claims (Dec. 2015)
    - PEARL ROBERTSON & ANTHONY IRPINO;
    - In-depth review and analysis of BNBM & CNBM entity privilege claims;
    - Drafting specific challenges to over 100 privilege claims;
    - Drafting many letters/e-mails re: same;
    - Many meet and confer calls w/ BNBM & CNBM entity attorneys;
    - Many documents de-privileged.

53. Briefing team for Jurisdictional Motions of defendants
    - Extensive work throughout Dec. 2015 & Jan. 2016;
    - Many "all night" work sessions to complete;
    - Handled the toughest part b/c the BNBM & BNBM Group sections were not previously
    written at all (so extensive research and briefing needed);
    - Handled edits and revisions to most fact sections;
    - Handled footnote and citation checking and editing.

54. Preparation of R. Herman and A. Levin for oral argument on Jurisdiction Motions

- Research to compile charts (specifically requested by Russ & Arnold for many different issues;
- Drafted charts on many different topics – for R. Herman & A. Levin to use and present at oral argument;
- Researching depositions & documents for supporting materials;
- Selecting facts to focus upon;
- Participating in strategy sessions.

55. Assist with drafting Supplemental ("Substituted") Motion to Enforce Contempt
    - PEARL ROBERTSON and ANTHONY IRPINO

56. Specifically requested to handle several assignments on emergency basis in 2017:
    - Requested to assist with drafting opposition to TG's mtn to decertify;
    - Motion to Compel production of properly translated docs from PENG's computers (many days/hours researching, drafting, revising, etc., and provided the PSC with a final product - which we waited to file b/c of Court - and in the meanwhile TG filed a Motion re: Plan to Satisfy Translation Order);
    - 2/10/2017 PSC's Alternative Suggestion to Taishan's Plan to Satisfy Translation Order (many days/hours researching, drafting, revising, etc., and provided the PSC with a final work product (extensive timeline for primary facts of opposition) and exhibits.
    - Lead drafter on 2/22/2017 PSC Reply re: Oppositions to PSC's Feb. 2016 Substituted Motion to Enforce Contempt Order.

57. Assisting FEC with entire fee dispute issue.
    - Many conference calls and emails regarding assistance;
    - Attend in person meeting on 5/15/2017 at HHK re: prep for 5/31/2017 hearing;
    - Asked to draft direct exam for 5/31 hearing;
    - Analyzing various filings and pleadings.

58. Assist Lead/Liaison Counsel with Presentation to FL attys in Coral Gables 4/4-5/2018
    - ANTHONY IRPINO & PEARL ROBERTSON;
    - Drafting of PowerPoint re: Taishan Control by CNBM/BNBM;
    - Preparation for Presentation;
    - Travel to Coral Gables, Florida on 4/3;
    - Attend & Participate in Presentation on 4/4;
    - Give presentation on CNBM/BNBM Control of TG on 4/5;
    - Travel from Coral Gables, Florida on 4/5.

59. ANTHONY IRPINO & PEARL ROBERTSON were Lead drafters and researchers on: 4/20/2018 Reply Memo in Support of PSC's Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Docs [Doc. 21318-2].

60. ANTHONY IRPINO & PEARL ROBERTSON prepared for and ANTHONY IRPINO handled 5/1/2018 oral argument / hearing on PSC's Motion to Redress Improper Confidentiality Designations

- NOTE: the PSC had a big victory with the Court adopting the PSC's reasoning, and de-designating approximately 92% of the documents - with more to follow/flow from the briefing and 5/3/18 order).

61. PEARL ROBERTSON & ANTHONY IRPINO assisted with preparation for 5/1/2018 oral argument / hearing on Mtn to Enforce Order Requiring Manual Translation of Chinese Docs (L. Davis argued at hearing).

62. PEARL ROBERTSON & ANTHONY IRPINO handling the follow-up relative to the 5/3/2018 Order regarding Confidentiality - including researching and identifying documents, drafting memo analyzing same, etc.

63. PEARL ROBERTSON & ANTHONY IRPINO handling the follow-up relative to the 5/3/2018 Order regarding manual translation of documents - including researching and identifying documents previously translated by the PSC, analyzing machine translations to identify "relevant documents", analyzing TG's claim of only 300 relevant documents (many of which were alleged to be attorney-client privileged), devising a strategy to categorize docs, etc.

64. Due to high quality and extensive amount of work performed by ANTHONY IRPINO and his firm, on 5/17/2018 Plaintiffs' Lead Counsel (A. Levin) and Plaintiffs' Liaison Counsel (R. Herman) moved to add ANTHONY IRPINO as a member of the PSC. Making Mr. Irpino a formal member of the PSC was not requested or lobbied for by Mr. Irpino. The addition of Mr. Irpino to the PEC was formally ordered on 5/21/2018.

65. PEARL ROBERTSON led document review in 2018 relative to Product Identification and United States contacts for the remand jurisdictions – including review of documents for identification of to submit to Taishan for manual translation pursuant to Judge Fallon's Order at R. Doc. 21318; worked with Yan Gao (translator) drafted hot doc and analytical memos regarding same.

66. PEARL ROBERTSON led efforts to challenge confidentiality with defendants following the 5/3/2018 Order at R. Doc. 21317, which included analysis of the documents, multiple meet and confers with defendants, tracking charts regarding confidentiality status, draft notices of submission to the court, and coordinated with liaison counsel and Judge's chambers to refile briefs and exhibits on the public docket.

67. Depo Team for Taishan Gypsum 30(b)(6), CHE Gang
    - Depo prep - PEARL ROBERTSON;
    - Depo Team - PEARL ROBERTSON (2 days) (January 22-23, 2019);
    - Travel to/from Atlanta for deposition;
    - 2nd Chair deposition (split with Emma Schwab).

68. Depo Team for BNBM 30(b)(6).
    - Depo prep - PEARL ROBERTSON;
    - Meet and confer with defendants, draft written deposition questions, analyze responses, prepare materials for PID supplement.

10

69. Assist Lead Counsel and other PSC members with Trial Plan briefing for resolution of *Amorin* cases.

70. Briefing team for Product Identification issues based on indicia of Chinese Drywall – original submission and objections to Special Master's Report and Recommendations.
   - Draft assigned portions of the brief;
   - Prepare packages of evidentiary proof collected from document review and manual translations;
   - Participate in final edits and hyperlinking brief for submission to the Special Master.

71. Prepare materials for expert deposition preparation for R. Serpe as requested.

72. Briefing team for PSC's opposition to CNBM, BNBM (Group) and BNBM 1292(b) appeal to the Fifth Circuit.
   - Coordinate with Fred Longer to prepare joint designation of the appeal record;
   - Coordinate with defense counsel (Orrick) regarding efforts to hyperlink Judge Fallon's jurisdictional order for ease of use by the Parties and the Fifth Circuit;
   - Participate in briefing efforts;
   - Fact and cite check brief for finalizing, including identification of record excerpts;
   - Participate in oral argument preparations (to be completed in February 2020).

73. Settlement drafting team
   - Participate in meetings held at Levin Sedran Berman with Plaintiffs and Defendants to draft settlement materials including agreement, list of terms, short and long form notices, proof of claim forms.

74. Final Fairness Hearing Prep team
   - Participate in working group with Settlement Class Counsel to present materials at the Final Fairness Hearing (12/11/19);
   - Draft and edit memorandum in support of final approval and related materials as assigned by Settlement Class Counsel;
   - Work with team to prepare PowerPoint presentation for Final Fairness Hearing.