# Exhibit B

# Time Totals by Employee - Monthly Detail Report from January 2014 to December 2019

## Posted From 2014-01-01 to 2019-12-31

(as of 2020-01-22 15:11:17)

Summary Detail

| Firm | Employee | Class | Case | Date | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jan 2014 | 0.00 | 2.00 | 0.00 | 0.00 | 61.50 | 0.00 | 63.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Feb 2014 | 0.00 | 3.50 | 0.00 | 0.00 | 71.25 | 0.00 | 74.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Mar 2014 | 0.00 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 | 0.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Mar 2015 | 0.00 | 13.00 | 0.00 | 186.00 | 4.50 | 0.00 | 203.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Apr 2015 | 0.00 | 0.75 | 0.00 | 279.75 | 0.00 | 0.00 | 280.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | May 2015 | 0.00 | 37.75 | 226.75 | 0.00 | 0.00 | 0.00 | 264.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jun 2015 | 0.00 | 7.75 | 298.75 | 0.00 | 0.00 | 0.00 | 306.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jul 2015 | 0.00 | 93.00 | 343.50 | 0.00 | 0.00 | 0.00 | 436.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Aug 2015 | 0.00 | 31.75 | 314.75 | 0.00 | 0.00 | 0.00 | 346.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Sep 2015 | 0.00 | 39.00 | 262.00 | 0.00 | 0.00 | 0.00 | 301.00 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Oct 2015 | 0.00 | 222.75 | 76.75 | 0.00 | 0.00 | 0.00 | 299.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Nov 2015 | 24.00 | 157.00 | 108.50 | 0.00 | 0.00 | 0.00 | 289.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Dec 2015 | 0.00 | 81.50 | 139.25 | 0.00 | 0.00 | 0.00 | 220.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jan 2016 | 0.25 | 319.25 | 4.75 | 0.00 | 0.00 | 0.00 | 324.25 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Feb 2016 | 0.00 | 166.75 | 2.75 | 0.00 | 0.00 | 0.00 | 169.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jan 2017 | 0.00 | 33.50 | 0.00 | 0.00 | 0.00 | 0.00 | 33.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Feb 2017 | 0.00 | 206.75 | 0.00 | 0.00 | 0.00 | 0.00 | 206.75 |

| Firm | Employee | Class | Case | Date | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Mar 2017 | 0.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.00 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | May 2017 | 39.50 | 17.25 | 0.00 | 0.00 | 0.00 | 0.00 | 56.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jun 2017 | 5.50 | 35.25 | 0.00 | 0.00 | 0.00 | 0.00 | 40.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Jul 2017 | 2.75 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Aug 2017 | 0.00 | 7.00 | 0.00 | 0.00 | 1.50 | 0.00 | 8.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Mar 2018 | 44.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 44.50 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Apr 2018 | 0.00 | 61.50 | 0.00 | 35.25 | 0.00 | 0.00 | 96.75 |
| Irpino Law Firm | Irpino, Anthony | Attorney | MDL 2047 | Aug 2018 | 0.00 | 3.75 | 1.75 | 0.00 | 0.00 | 0.00 | 5.50 |
| | Irpino, Anthony - MDL 2047 Total | | | | 116.00 | 1,571.00 | 1,779.50 | 501.00 | 138.75 | 0.00 | 4,106.25 |
| | Irpino, Anthony Total | | | | 116.00 | 1,571.00 | 1,779.50 | 501.00 | 138.75 | 0.00 | 4,106.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jan 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 100.75 | 0.00 | 100.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Feb 2014 | 0.00 | 0.00 | 0.00 | 0.00 | 66.50 | 0.00 | 66.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Mar 2015 | 0.00 | 0.00 | 0.00 | 133.00 | 0.00 | 0.00 | 133.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Apr 2015 | 0.00 | 2.50 | 0.00 | 101.25 | 0.00 | 0.00 | 103.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | May 2015 | 0.00 | 0.00 | 170.75 | 1.25 | 0.00 | 0.00 | 172.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jun 2015 | 0.00 | 1.00 | 337.25 | 0.00 | 0.00 | 0.00 | 338.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jul 2015 | 0.00 | 8.25 | 319.00 | 0.00 | 0.00 | 0.00 | 327.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Aug 2015 | 0.00 | 0.00 | 314.50 | 0.00 | 0.00 | 0.00 | 314.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Sep 2015 | 0.00 | 0.00 | 232.00 | 0.00 | 0.00 | 0.00 | 232.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Oct 2015 | 0.00 | 238.75 | 74.75 | 0.00 | 0.00 | 0.00 | 313.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Nov 2015 | 86.00 | 72.50 | 100.75 | 0.00 | 0.00 | 0.00 | 259.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Dec 2015 | 0.00 | 26.25 | 185.25 | 0.00 | 0.00 | 0.00 | 211.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jan 2016 | 0.00 | 165.50 | 9.50 | 0.00 | 0.00 | 0.00 | 175.00 |

| Firm | Employee | Class | Case | Date | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Feb 2016 | 0.00 | 108.50 | 0.00 | 0.00 | 2.25 | 0.00 | 110.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Mar 2016 | 0.00 | 5.25 | 0.00 | 0.00 | 0.00 | 0.00 | 5.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Mar 2018 | 25.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Apr 2018 | 0.00 | 50.75 | 0.00 | 45.00 | 0.00 | 0.00 | 95.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | May 2018 | 0.00 | 9.25 | 0.00 | 150.00 | 0.00 | 0.00 | 159.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jun 2018 | 0.00 | 6.75 | 0.00 | 144.25 | 0.00 | 0.00 | 151.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jul 2018 | 0.00 | 70.75 | 79.75 | 2.50 | 0.00 | 0.00 | 153.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Aug 2018 | 2.00 | 37.00 | 25.00 | 0.00 | 0.00 | 0.00 | 64.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Sep 2018 | 0.00 | 10.50 | 2.50 | 35.25 | 0.00 | 0.00 | 48.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Oct 2018 | 8.00 | 1.00 | 6.00 | 6.75 | 0.00 | 0.00 | 21.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Nov 2018 | 4.50 | 15.75 | 12.25 | 0.75 | 0.00 | 0.00 | 33.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Dec 2018 | 1.25 | 1.50 | 48.25 | 0.00 | 0.00 | 0.00 | 51.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jan 2019 | 5.00 | 1.00 | 176.75 | 3.00 | 0.00 | 0.00 | 185.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Feb 2019 | 0.50 | 18.00 | 6.50 | 0.00 | 0.00 | 0.00 | 25.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Mar 2019 | 2.50 | 3.00 | 4.25 | 0.00 | 0.00 | 0.00 | 9.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Apr 2019 | 4.00 | 10.00 | 3.50 | 0.00 | 0.00 | 0.00 | 17.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | May 2019 | 6.75 | 8.75 | 3.75 | 6.25 | 0.00 | 16.50 | 42.00 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jun 2019 | 7.50 | 0.50 | 0.00 | 0.00 | 9.25 | 45.25 | 62.50 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Jul 2019 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.75 | 22.75 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Aug 2019 | 8.00 | 1.00 | 0.00 | 0.00 | 19.75 | 29.50 | 58.25 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Sep 2019 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.76 | 17.76 |
| Irpino Law Firm | Robertson, Pearl | Attorney | MDL 2047 | Oct 2019 | 8.50 | 1.25 | 0.00 | 0.00 | 0.00 | 18.75 | 28.50 |
| | Robertson, Pearl - MDL 2047 Total | | | | 186.00 | 875.25 | 2,112.25 | 629.25 | 198.50 | 134.51 | 4,135.76 |

| Firm | Employee | Class | Case | Date | Case Assessment | Pre Trial | Discovery | Trial | Appeal | Settlement | Total Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Robertson, Pearl Total** | | | | | **186.00** | **875.25** | **2,112.25** | **629.25** | **198.50** | **134.51** | **4,135.76** |
| **Total** | | | | | **302.00** | **2,446.25** | **3,891.75** | **1,130.25** | **337.25** | **134.51** | **8,242.01** |