# Exhibit C



January 31, 2020

Hon. Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, Louisiana 70130
**Via CM/ECF Submission**

        **Re:**    Irpino Law Firm Request to Supplement Common Benefit Time –
                  Pursuant to Order at R. Doc. 22529

Dear Judge Fallon:

      Irpino Law Firm respectfully requests permission to supplement their common benefit hours as reflect in the attached materials (Affidavit and Exhibit). As described in the attached Affidavit, the Irpino Law Firm performed Common Benefit hours in November 2019 and December 2019, and these hours were not previously submitted to the Court-appointed CPA. Additionally, Irpino Law Firm continues to assist Lead Counsel with certain aspects of this case, and will continue to do so, consistent with the Firm's commitment to this case throughout its duration.

                                                                            Respectfully,

                                                                           Pearl A. Robertson

/Attachments.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

### AFFIDAVIT OF IRPINO, AVIN, HAWKINS IN CONNECTION WITH REQUEST FOR CONSIDERATION OF SUPPLEMENTAL COMMON BENEFIT FEE HOURS PERFORMED IN MDL 2047

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority;
PERSONALLY CAME AND APPEARED:

### PEARL A. ROBERTSON

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a partner in the law firm of IRPINO, AVIN & HAWKINS LAW FIRM a/k/a IRPINO LAW FIRM.

2. The address of the law firm identified in number 1 above is 2216 Magazine Street, New Orleans, Louisiana 70130.

3. Irpino Law Firm respectfully requests that the Court accept the Firm's November 2019 and December 2019 common benefit hours as supplemental hours to the common benefit submissions provided to the Court-appointed CPA, attached hereto as Exhibit 1.

4. The work performed by Irpino Law Firm was personally performed by me at the request of Lead Counsel and Settlement Class Counsel and consisted of:

    a. Participation in the briefing team relative to Class Counsel's Motion,

1

    Memorandum, and Finding of Fact and Conclusions of Law for approval of the settlement with Taishan Gypsum.

    b. Member of Final Fairness Hearing presentation team – including drafting and editing PowerPoint presentation and Outline for argument presented to the Court on December 11, 2019.

5. In addition to the hours submitted herewith, the Irpino Law Firm continues to work on the litigation as requested by Lead Counsel.

6. Specific continuing work includes reviewing and collecting materials for opt out cases and preparation materials for the February 3, 2020 Fifth Circuit jurisdictional appeal brought by CNBM, Ltd., BNBM (Group), and BNBM PLC.

_____
**PEARL A. ROBERTSON**

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 31ST DAY OF
JANUARY

_____
NOTARY PUBLIC
Print Name: Louise C. Higgins
My Commission Expires: For life

Louise C. Higgins
Notary Public
State of Louisiana
Louisiana Bar Roll # 31780
Notary No. 87683
My Commission is issued for Life.

# Exhibit 1

Irpino, Avin, Hawkins
November 2019 MDL Common Benefit Time

| Case | Date | Attorney | Description of Work Completed | Task Code | Hours |
|---|---|---|---|---|---|
| MDL 2047 | 11/21/2019 | Robertson, Pearl | Met with Settlement Class Counsel in advance or status conference for preparation and update re: opt outs | L160 | 3 |
| MDL 2047 | 11/22/2019 | Robertson, Pearl | Attend and participate in status conference | L230 | 0.5 |
| MDL 2047 | 11/25/2019 | Robertson, Pearl | Collect settlement information for S. Duggan regarding SOL and absent class member participation in global settlement - basis related to deeply discounted recoveries- sent email with analysis/finings related to same | L160 | 1.5 |
| MDL 2047 | 11/25/2019 | Robertson, Pearl | Call with R. Serpe to discuss PowerPoint presentation for fairness hearing | L160 | 0.75 |
| MDL 2047 | 11/25/2019 | Robertson, Pearl | Email and collect prior PowerPoints used in drywall litigation to share with Richard Serpe, Sandra Duggan and Emma Schwab for fairness hearing prep/drafting PowerPoint | L160 | 0.5 |
| MDL 2047 | 11/25/2019 | Robertson, Pearl | Work with Emma Schwab and Richard Serpe on initial thoughts and outline regarding materials to cover in Fairness Hearing PowerPoint | L160 | 0.75 |
| MDL 2047 | 11/26/2019 | Robertson, Pearl | Review FOFCOL for accuracy of citations as requested by S. Duggan | L160 | 4.5 |
| MDL 2047 | 11/27/2019 | Robertson, Pearl | Work with Keith Verrier on FOCOL and other Fairness Hearing submission; checking cites, briefing, filing in ECF numbers | L160 | 6 |

Irpino, Avin, Hawkins
December 2019 Common Benefit Time

| Case | Date | Attorney | Description of Work Completed | Task Code | Hours |
|---|---|---|---|---|---|
| MDL 2047 | 12/2/2019 | Robertson, Pearl | Emails to R. Serpe regarding PowerPoint and assigned slides for presentation | L160 | 0.50 |
| MDL 2047 | 12/3/2019 | Robertson, Pearl | Draft PowerPoint for CDW Fairness Hearing in support of PSC's motion to support settlement agreement | L160 | 6.3 |
| MDL 2047 | 12/3/2019 | Robertson, Pearl | Edits and redline to FOFCOL as requested by S. Duggan in cooperation with Keith Verrier to fill in citations and documents | L160 | 5.25 |
| MDL 2047 | 12/4/2019 | Robertson, Pearl | Edit and redline FOFCOL, memorandum in support and objection section to material related to Fairness Hearing | L160 | 5.00 |
| MDL 2047 | 12/4/2019 | Robertson, Pearl | Edit and draft PowerPoint slides for Fairness Hearing presentation | L160 | 4.75 |
| MDL 2047 | 12/5/2019 | Robertson, Pearl | Edit and review FOCOL and brief in support of settlement | L160 | 2.25 |
| MDL 2047 | 12/6/2019 | Robertson, Pearl | Review of Supporting Affidavit Exhibits for edits to brief and affidavit | L160 | 1.75 |
| MDL 2047 | 12/6/2019 | Robertson, Pearl | Edit PowerPoint for Fairness Hearing pursuant to discussions with S. Duggan | L160 | 8.25 |
| MDL 2047 | 12/7/2019 | Robertson, Pearl | Draft and edit PowerPoint for Fairness Hearing-work with S. Duggan on materials | L160 | 4.25 |
| MDL 2047 | 12/7/2019 | Robertson, Pearl | Call with S. Duggan regarding edits and process for revising PowerPoint | L160 | 1.00 |
| MDL 2047 | 12/8/2019 | Robertson, Pearl | Apply edits from S. Duggan and work through additional slides for Fairness Hearing. Draft new slides for additions into slide deck | L160 | 9.75 |
| MDL 2047 | 12/9/2019 | Robertson, Pearl | Meet with Class Counsel and Settlement Class Counsel for final edits in PowerPoint and review related to same. Prepare final slides for circulation to larger group as final version | L160 | 6.75 |
| MDL 2047 | 12/9/2019 | Robertson, Pearl | Dinner meeting with Settlement Class Counsel with strategy discussion over material for discussion | L160 | 2.5 |
| MDL 2047 | 12/11/2019 | Robertson, Pearl | Prepare, participate and attend Final Fairness Hearing in Judge Fallon's courtroom. Meet with counsel regarding same | L230 | 4.5 |
| MDL 2047 | 12/12/2019 | Robertson, Pearl | Return travel to NY from Fairness Hearing | L230 | 4.0 |