IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action no. 09-4115 (E.D. La.)) | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

**FEE APPLICATION FOR CUNNINGHAM BOUNDS, LLC,
AND LIEFF CABRASER HEIMANN & BERNSTEIN LLP**

As required by this Court's Order (Doc. 22481), counsel for the homebuilder plaintiffs apply for attorneys' fees based on common benefit conferred on the homeowner claims resolved in the Taishan Settlement. *See* Doc. 22460 (granting final approval).

Cunningham Bounds and Lieff Cabraser seek fees only for time that plainly and directly benefited the homeowners in their litigation against the Taishan Defendants. The vast majority of time spent by Cunningham Bounds and Lieff Cabraser—hundreds and hundreds of hours—primarily benefited the homebuilder plaintiffs and the putative homebuilder class. Although some of that work undoubtedly inured to the homeowners' benefit (such as being the first to successfully serve Taishan), none of that time is included in this fee request.

Instead, counsel seeks payment solely for its work in connection with establishing and defending the exercise of personal jurisdiction over Taishan in Florida, which was crucial to the homeowner class. The lead builder action—*Mitchell*—was filed in the United States District Court for the Northern District of Florida, and became the forum for Taishan to test jurisdiction

- 1 -

1919961.2

in Florida.  Homebuilder counsel, working in close consultation with the homeowner PSC, performed the following common benefit work:

- Creating a record of Taishan's sales of defective drywall for delivery to Florida;

- Creating a record of Taishan's knowledge of the expert of drywall into Florida and its purposeful direction of drywall into that State;

- Briefing and arguing to this Court the appropriateness of exercising personal jurisdiction over the Taishan defendants; and

- Briefing and arguing to the Fifth Circuit on appeal of this Court's order finding jurisdiction proper.

But for this work, the class litigation and settlement would not have included the large number of Florida class members who benefit from the settlement.

Counsel have carefully reviewed their time in this matter and segregated the time spent in connection with the above-listed work.  For Cunningham Bounds, LLC, the submitted time includes work from February 2, 2012 to July 17, 2014:

| CUNNINGHAM BOUNDS, LLC TIME | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURS** | **RATE** | **LODESTAR** |
| Steven Nicholas | Member | 106.45 | 650 | $69,192.50 |
| David Wirtes | Member | 53.3 | 650 | $34,645 |
| George Dent | Associate | 23.6 | 500 | $11,800 |
| Brenda Cochran | Legal assistant | 5.6 | 175 | $980 |
| **TOTAL** | - | 192.25 | - | $116,617.50 |

This time was not submitted to the Court-appointed CPA.  The attached Declaration of Steven L. Nicholas details the work done and the rates charged, with the letter and detailed time entries attached, as required by this Court's Order (Doc. 225629).

For Lieff Cabraser Heimann & Bernstein, LLP, the submitted time includes work from March 12, 2012 to November 1, 2013:

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP TIME | | | | |
|---|---|---|---|---|
| **NAME** | **TITLE** | **HOURS** | **RATE** | **LODESTAR** |
| Jonathan Selbin | Partner | 4.4 | $900 | $3,960 |
| Kristen Law Sagafi | Partner | 75.1 | $625 | $46,937.50 |
| Eduardo Santacana | Associate | 4.9 | $350 | $1,715 |
| Richard Anthony | Paralegal | 0.7 | $345 | $241.50 |
| Wenjie Cai | Paralegal | 44.1 | $265 | $11,686.50 |
| Conner Griffith | Paralegal | 4 | $285 | $1,140 |
| **TOTAL** | - | 133.2 | - | $65,680.50 |

This time was submitted to the Court-appointed CPA. The attached Declaration of Sarah R. London describes the work done and the rates charged, and, for the convenience of the Court and the Fee Allocation Committee, attaches the time entries even though they were already submitted to the Court-appointed CPA.

DATED: January 31, 2020

*s/ Steven L. Nicholas*

STEVEN L. NICHOLAS
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)

ELIZABETH J. CABRASER
SARAH R. LONDON
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
415-956-1000
415-956-008 (fax)

1919961.2

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013
212-355-9500
212-355-9592 (fax)

ANDREW R. KAUFMAN
Lieff, Cabraser, Heimann & Bernstein, LLP
222 Second Avenue South, Suite 1640
Nashville, TN 37201
615-313-9000
615-313-9965 (fax)

- 4 -

1919961.2

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel Kerry Miller by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the thirty-first day of January, 2020.

                                                *s/ Steven L. Nicholas*
                                                Steven L. Nicholas