IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action no. 09-4115 (E.D. La.)) | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested |

## DECLARATION OF SARAH R. LONDON

I, Sarah R. London, declare as follows:

1. I am a partner in the San Francisco office of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), and one of the attorneys responsible for representing the Mitchell Company in this multi-district litigation. I submit this declaration in support of Lieff Cabraser's application for attorneys' fees in connection with the Taishan homeowners' settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testimony competently to them if called upon to do so.

2. All attorneys, paralegals, and law clerks at LCHB are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.

3. All time that my firm spent in this matter was timely reported to the Court-appointed CPA.

4. At my direction, my firm's time entries in this matter were carefully reviewed, and time that plainly and directly conferred a benefit upon the homeowner class was identified.

Specifically, my firm's time submission includes only time related to the jurisdictional briefing and argument in this Court and in the Fifth Circuit.

5. LCHB seeks a fee award of **$65,680.50** based on **133.2** hours of time. The summary time appears in **Exhibit A** and the time entries in **Exhibit B**.

6. Attorney time keepers include:

   a. Jonathan Selbin is a partner in my firm's New York office. Mr. Selbin graduated *magna cum laude* from Harvard Law School in 1993 and clerked for The Honorable Marilyn Hall Patel of the U.S. District Court for the Northern District of California between 1993 and 1995. He has worked at LCHB since 1995, starting as an associate and advancing through to partnership. He currently serves on the firm's Executive Committee and is Chair of the firm's economic injury product defect group. He has been appointed sole- or co-lead class counsel in dozens of product defect class actions. In the jurisdictional briefing phase of this litigation, he was responsible for strategic decision-making, oversight, and consultation with homeowners' counsel.

   b. Kristen Law Sagafi was a partner in my firm's San Francisco office. Ms. Sagafi graduated from Berkeley Law in 2002. In the jurisdictional briefing phase of this litigation, she was responsible for the day-to-day work researching, briefing, and preparing the case for argument.

   c. Eduaro Santacana was an Associate in my firm's San Francisco office. Mr. Santacana is a 2011 graduate of Harvard Law School. He assisted Ms. Sagafi in the jurisdictional briefing.

7. LCHB's rates reflect the market rates in the markets within which LCHB's primary offices are located: San Francisco and New York. LCHB's hourly rates have

periodically been negotiated with and paid on an hourly basis by sophisticated commercial entities.

    8.    These rates have been approved by courts throughout the United States. A sample of courts that have expressly approved LCHB's standard billing rates and attorneys' fees as reasonable are:

    a.    *Hale v. State Farm Mut. Auto. Ins. Co.*, No. 12-660, 2018 WL 6606079, at *13-14 (S.D. Ill. Dec. 16, 2018) (awarding requested attorneys' fees after lodestar cross check);

    b.    *In re: Whirlpool Corp. Front–loading Washer Prods. Liab. Litig.*, No. 08-65000, 2016 WL 5338012, at *25 (N.D. Ohio Sept. 23, 2016) (awarding requested attorneys' fees);

    c.    *In re: Sears, Roebuck & Co. Front-Loading Washer Prods. Liab. Litig.*, No. 06-7023, Dkt. 598 (N.D. Ill. Sept. 13, 2016) (awarding requested rates), *reversed and remanded on other grounds*, 867 F.3d 791 (7th Cir. 2017);

    d.    *Allaga v. BP Solar Int'l, Inc.*, No. 14-560, Dkt. 201 (N.D. Cal. Dec. 22, 2016) (awarding requested fees after lodestar crosscheck, and concluding that the firm's "hourly rates, used to calculate the lodestar here, are in line with prevailing rates in this District and have recently been approved by federal and state courts");

    e.    *Composite Co, Inc. v. Am. Int'l Grp., Inc.*, No. 1:13-cv-10491, Dkt. 157, at 7 (D. Mass Apr. 21, 2016) (awarding requested attorneys' fees);

    f.    *Perkins v. LinkedIn Corp.*, No. 13-cv-04303, 2016 WL 613255, at *16 (N.D. Cal. Feb. 16, 2016) (awarding requested attorneys' fees after lodestar crosscheck);

    g.    *In re Bank of N.Y. Mellon Corp. Forex Transactions Litig.*, No. 1:14-cv-05496, Dkt. 98 (S.D.N.Y. Sept. 24, 2015) (Kaplan, J.) (awarding requested attorneys' fees);

      h.    *In re Ocwen Federal Bank FSB Mortgage Serv. Litig.*, No. 04-C-2714, Dkt. No. 476 (N.D. Ill. July 1, 2011) (awarding requested attorneys' fees);

      i.    *Yarger v. Capital One, N.A.*, No. 11-154, Dkt. No. 259 (D. Del. Oct. 7, 2014) (awarding requested attorneys' fees);

      j.    *Steinfeld v. Discover Financial Services, et al.*, No. 3:12-cv-01118-JSW, Dkt. No. 98 (N.D. Cal. Mar. 31, 2014) ("Class counsel have submitted declarations that show the hourly rates that they have requested are reasonable and have provided the Court with information about other cases that approved their rates.");

      k.    *Nwabueze v. AT&T Inc.*, No. C 09-01529 SI, 2014 WL 324262, at *2 (N.D. Cal. Jan. 29, 2014) ("[T]he Court also finds that the rates requested are within the range of reasonable hourly rates for contingency litigation approved in this District.");

      l.    *Ross v. Trex Co., Inc.*, No. 09-cv-00670-JSW, Dkt. 341 (N.D. Cal. Dec. 16, 2013) (awarding requested attorneys' fees);

      m.    *Walsh v. Kindred Healthcare*, No. C 11-00050 JSW, Dkt. 154, 2013 U.S. Dist. LEXIS 176319, at *9 (N.D. Cal. Dec. 16, 2013) ("The Court concludes Plaintiffs have shown that the requested rates are reasonable");

      n.    *Moore v. Verizon Communs., Inc.*, No. 09-1823 SBA (JSC), Dkt. 211, 2013 U.S. Dist. LEXIS 170027, at *28 (N.D. Cal. Nov. 27, 2013) ("The Court concludes that the hourly rates for the attorneys who billed time on this case are reasonable given the geographic location and experience of counsel.");

      o.    *In re: Imprelis Herbicide Mktg., Sales Practices & Prods. Liability Litigation*, No. 11-md-02284, Dkt. No. 244 (E.D. Pa. Oct. 17, 2013) (awarding requested attorneys' fees);

   p. *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07-1827 SI, 2013 WL 149692, at *3 (N.D. Cal. Jan. 14, 2013) (awarding requested attorneys' fees);

   q. *In re AXA Rosenberg Investor Litigation*, No. 11-00536-JSW, Dkt. 73 (N.D. Cal. April 2, 2012) ("The Court has also reviewed Lead Counsel's hourly rates and concludes that these rates are appropriate for attorneys in this locality of Lead Counsel's skills and experience.");

   r. *Vedachalam v. Tata Consultancy Services, Ltd.*, No. C-06-0963-CW, Dkt. 357 (N.D. Cal. July 18, 2013) (Wilken, J.) ("Class Counsel's hourly rates are reasonable in light of their experience (as reflected in their declarations and the declarations of their peers in the field of class action litigation), and the rates charged are comparable to other attorneys in this field.");

   s. *Wehlage, et al. v. Evergreen at Arvin, LLP*, No. 4:10-cv-058390-CW, Dkt. 127 (N.D. Cal. Oct. 4, 2012) (Wilken, J.) ("[T]he billing rates used by Class Counsel to calculate their lodestar are reasonable and in line with prevailing rates in this District for personnel of comparable experience.");

   t. *Arthur, et al. v. Sallie Mae, Inc.*, No. C10-0198 JLR, Dkt. No. 265 (W.D. Wash. Sept. 17, 2012) (awarding requested attorneys' fees);

   u. *Holloway v. Best Buy Co., Inc.*, No. C-05-5056 PJH (MEJ), Dkt. 382 (N.D. Cal. Nov. 9, 2011) (Hamilton, J.) ("The rates used by Class Counsel are reasonable.");

   v. *Lonardo v. Travelers Indem. Co.*, 706 F. Supp. 2d 766, 794 (N.D. Ohio Mar. 31, 2010) ("Class Counsel consists of experienced attorneys with expertise specific to complex class actions on a national scale. [] With this in mind, although the rates listed above are high compared to the average attorney, based on this Court's knowledge of attorneys' fees in

complex civil litigation and multi-district litigation, the requested rates are reasonable for this case considering the experience and expertise these particular lawyers have in this particular area of law.");

    w. *Fulford v. Logitech, Inc.*, No. 08-cv-02041 MMC, 2010 WL 807448, at *4 (N.D. Cal. Mar. 5, 2010) (Chesney, J.) ("The Court further finds that Plaintiff's Counsels' hourly rates are reasonable for their skill and the work they performed.");

    x. *In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Prods. Liab. Litig.*, No. Civ.A. 99-20593, MDL No. 1203, 2003 WL 21641958, at *9 (E.D. Pa. May 15, 2003);

    y. *Higazi v. Cadence Design Systems, Inc.*, No. 07-2813-JW, Dkt. 73 (N.D. Cal. July 7, 2008);

    z. *Adams v. Inter-Con Sec. Sys., Inc.*, No. C-06-5428 MHP Dkt. 177, at 5 (N.D. Cal. Feb. 28, 2008) (Patel, J.) ("The Court has reviewed the hourly rates used by Class Counsel in calculating their lodestar fees and concludes that these rates are appropriate for attorneys in this locality of Class Counsel's skill and experience.");

    aa. *Fleming v. Kemper Nat. Services, Inc.*, 373 F. Supp. 2d 1000, 1012 (N.D. Cal. 2005) (approving rates after objector challenge).

    Executed on January 31, 2020 in San Francisco, CA.

          /s/ *Sarah R. London*
          Sarah R. London

# EXHIBIT A

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Report created on   01/30/2020 10:47:57 AM                                    From          03/12/12
                                                                              To            11/01/13

**Matter Number: 3363-0001**     KNAUF DRYWALL - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JONATHAN SELBIN | 4.40 | 900.00 | 3,960.00 |
| KRISTEN LAW SAGAFI | 75.10 | 625.00 | 46,937.50 |
|  | **79.50** |  | **50,897.50** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| EDUARDO SANTACANA | 4.90 | 350.00 | 1,715.00 |
|  | **4.90** |  | **1,715.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 0.70 | 345.00 | 241.50 |
| WENJIE CAI | 44.10 | 265.00 | 11,686.50 |
| CONNER GRIFFITH | 4.00 | 285.00 | 1,140.00 |
|  | **48.80** |  | **13,068.00** |

|  |  |  |  |
|---|---:|---:|---:|
| **MATTER TOTALS** | **133.20** |  | **65,680.50** |

# EXHIBIT B

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 07/18/2017 10:19:41 AM | From |
| --- | --- | --- |
| Timekeeper: | | To |

### 3363-0001  KNAUF DRYWALL - General Matter

| Date | Timekeeper | Narrative |
| --- | --- | --- |
| 03/12/12 | CAI, WENJIE | Pull filed documents from Lexis for K. Sagafi. |
| 03/12/12 | SAGAFI, KRISTEN LAW | Telephone conference and follow-up re jurisdictional briefing. |
| 03/13/12 | SAGAFI, KRISTEN LAW | Follow-up re deposition transcripts. |
| 03/14/12 | CAI, WENJIE | Pull filed documents from Lexis for K. Sagafi. |
| 03/23/12 | SAGAFI, KRISTEN LAW | Update J. Selbin re status of jurisdictional brief. |
| 04/03/12 | SELBIN, JONATHAN | Telephone conference with Arnold Levin; emails with lead counsel; all re Taishan motion. |
| 04/04/12 | CAI, WENJIE | Send case documents to K. Sagafi. |
| 04/05/12 | CAI, WENJIE | File documents with internal records. |
| 04/05/12 | SAGAFI, KRISTEN LAW | Telephone conference re jurisdictional motions; follow-up re same. |
| 04/05/12 | SELBIN, JONATHAN | Telephone conference with Arnold Levin and Fred Longer re jurisdictional motion; emails re same. |
| 04/11/12 | CAI, WENJIE | Pull court filings for K. Sagafi. |
| 04/11/12 | SAGAFI, KRISTEN LAW | Review scheduling order. |
| 04/13/12 | SAGAFI, KRISTEN LAW | Confer with Steve Nicholas re next steps on jurisdictional brief. |
| 04/18/12 | SAGAFI, KRISTEN LAW | Telephone conference with Steve Nicholas; telephone conference with Sandy Duggan; review global statement of facts; research for jurisdictional motions. |
| 04/19/12 | CAI, WENJIE | Pull filed documents and send to K. Sagafi. |
| 04/23/12 | CAI, WENJIE | Search for the Mitchell case on Lexis. Send case history to K. Sagafi. |
| 04/23/12 | SAGAFI, KRISTEN LAW | Review Mitchell Company docket and jurisdictional briefs. |
| 04/24/12 | CAI, WENJIE | Pull documents from Mitchell case history. Compile hard copies for K. Sagafi. Create binder with case information. |
| 04/24/12 | SAGAFI, KRISTEN LAW | Review Mitchell Company jurisdictional briefs; compare Mitchell and German arguments. |
| 04/25/12 | SAGAFI, KRISTEN LAW | Begin drafting response to motion to vacate default. |
| 04/26/12 | CAI, WENJIE | Pull filed documents for K. Sagafi. Fill in blanks in the procedural history of brief. |
| 04/26/12 | SAGAFI, KRISTEN LAW | Research and draft Mitchell response to jurisdictional motion. |
| 04/27/12 | CAI, WENJIE | Check filed case documents regarding case history. Search for missing cites for the Mitchell brief. Review complaint and amended complaint to compare content. |
| 04/27/12 | SAGAFI, KRISTEN LAW | Research and draft jurisdictional brief. |
| 04/30/12 | CAI, WENJIE | Proof read and cite check the procedural history section of Mitchell brief for filing. |
| 04/30/12 | SAGAFI, KRISTEN LAW | Review documents for jurisdictional brief. |
| 05/01/12 | CAI, WENJIE | Review deposition of Robert Scharf. Pull filed documents from Lexis docket. Proof read factual background of Mitchell brief. |
| 05/01/12 | SAGAFI, KRISTEN LAW | Revise Florida long-arm and factual sections; emails with Patrick Montoya re supply chain from Taishan to Mitchell Company; email evidence reflecting same. |
| 05/02/12 | CAI, WENJIE | Review factual background for Mitchell brief. |
| 05/02/12 | SAGAFI, KRISTEN LAW | Response to default motion; revise factual section; emails with Dawn Barrios re same; review and incorporate supporting declarations. |

| Date | Timekeeper | Description |
|---|---|---|
| 05/02/12 | SANTACANA, EDUARDO | Briefing re motion to dismiss. |
| 05/03/12 | CAI, WENJIE | Check cites for Mitchell brief. Review deposition transcripts and attach exhibits. |
| 05/03/12 | SAGAFI, KRISTEN LAW | Edit and revise response to jurisdictional motion; confer with E. Santacana re brief; draft and polish long-arm statute section. |
| 05/03/12 | SANTACANA, EDUARDO | Briefing re motion to dismiss. |
| 05/04/12 | CAI, WENJIE | Check cites for the Mitchell brief. Attach exhibits to declarations. |
| 05/04/12 | SAGAFI, KRISTEN LAW | Edit and revise response to jurisdictional motion; confer with E. Santacana re brief; finalize fact section and supporting declarations; send to Plaintiffs' Steering Committee. |
| 05/04/12 | SANTACANA, EDUARDO | Revise response to motion to set aside default. |
| 05/07/12 | SAGAFI, KRISTEN LAW | Confer with Plaintiffs' Steering Committee re Mitchell's section and declarations for Plaintiffs' Steering Committee filing in opposition to jurisdictional motions; confer with Brenda Cochran re exhibits for Mitchell's own filing. |
| 05/08/12 | CAI, WENJIE | Pull filed documents for K. Sagafi. |
| 05/08/12 | SAGAFI, KRISTEN LAW | Review Plaintiffs' Steering Committee due process argument; confer with Steve Nicholas re briefing strategy for Mitchell's independent submission. |
| 05/09/12 | SELBIN, JONATHAN | Edit Mitchell personal jurisdiction brief. |
| 05/11/12 | SAGAFI, KRISTEN LAW | Revise Mitchell's jurisdictional brief; confer with Steve Nicholas re same. |
| 05/13/12 | SAGAFI, KRISTEN LAW | Confer with Steve Nicholas re additional content for Chuck Stefan declaration in support of Mitchell's jurisdictional brief. |
| 05/14/12 | SAGAFI, KRISTEN LAW | Revise jurisdictional brief; provide edits to E. Santacana. |
| 05/15/12 | SAGAFI, KRISTEN LAW | Review and edit Mitchell brief. |
| 05/15/12 | SANTACANA, EDUARDO | Revise opposition to Taishan Gypsum brief. |
| 05/16/12 | CAI, WENJIE | File documents with internal records. Cite check and proof read Mitchell brief for filing. |
| 05/16/12 | SAGAFI, KRISTEN LAW | Revise drywall brief; work with W. Cai re citechecking and proofreading. |
| 05/17/12 | CAI, WENJIE | Proof read and cite check Mitchell brief for filing. Pull filed documents for K. Sagafi. |
| 05/17/12 | SAGAFI, KRISTEN LAW | Finalize Mitchell brief; draft and finalize my declaration in support. |
| 05/18/12 | CAI, WENJIE | Prepare exhibits for filing in Mitchell. |
| 05/18/12 | SAGAFI, KRISTEN LAW | Finalize Mitchell brief for filing. |
| 06/05/12 | GRIFFITH, CONNER | Discuss case materials with W. Cai. |
| 06/11/12 | ANTHONY, RICHARD | Litigation search. Download documents. |
| 06/11/12 | SAGAFI, KRISTEN LAW | Review Taishan's evidentiary objections; confer with Steve Nicholas re same. |
| 06/13/12 | SAGAFI, KRISTEN LAW | Confer with Steve Nicholas. |
| 06/22/12 | GRIFFITH, CONNER | Pull documents from court for K. Sagafi. |
| 07/02/12 | ANTHONY, RICHARD | Search for and retreive docket item. |
| 07/13/12 | GRIFFITH, CONNER | Pull documents from Pacer for K. Sagafi. |
| 09/04/12 | SAGAFI, KRISTEN LAW | Review order on default; update team. |
| 09/05/12 | SAGAFI, KRISTEN LAW | Research deficiency with Mitchell amended complaint. |
| 09/05/12 | SELBIN, JONATHAN | Read order; multiple follow-up emails re same. |
| 09/07/12 | SAGAFI, KRISTEN LAW | Call with Steve Nicholas re next steps. |
| 09/09/12 | SAGAFI, KRISTEN LAW | Follow-up with E. Cabrasers re next steps. |
| 09/09/12 | SELBIN, JONATHAN | Emails re next steps re Taishan. |
| 09/11/12 | SELBIN, JONATHAN | Telephone conference with Arnold Levin; follow-up emails. |
| 11/07/12 | SAGAFI, KRISTEN LAW | Emails with Steve Nicholas re jurisdictional motions. |
| 01/07/13 | SAGAFI, KRISTEN LAW | Emails re designation of record. |

| Date | Name | Description |
|---|---|---|
| 01/10/13 | SAGAFI, KRISTEN LAW | Review designations; confer with Steve Nicholas. |
| 01/17/13 | SAGAFI, KRISTEN LAW | Confer with Steve Nicholas re appellate briefing on jurisdictional issues. |
| 01/28/13 | GRIFFITH, CONNER | Research on defendants involved in other cases for K. Sagafi. |
| 01/29/13 | GRIFFITH, CONNER | Complete the list of defendants involved in other cases for K. Sagafi. |
| 02/28/13 | SAGAFI, KRISTEN LAW | Emails re jurisdiction appeal. |
| 03/14/13 | GRIFFITH, CONNER | Pull requested court documents for K. Sagafi. |
| 05/03/13 | SELBIN, JONATHAN | Emails with K. Sagafi re Court order. |
| 11/01/13 | SAGAFI, KRISTEN LAW | Call with Steve Nicholas. |

3/12/2012

11/1/2013

| Timecard Activity Code | Hours | Task Code |
|---|---|---|
|  | 0.40 | L140 |
|  | 0.80 | L250 |
|  | 0.10 | L330 |
|  | 0.40 | L140 |
|  | 0.20 | L250 |
|  | 0.60 | L250 |
|  | 0.30 | L140 |
|  | 0.40 | L140 |
|  | 0.50 | L250 |
|  | 0.40 | L250 |
|  | 0.50 | L140 |
|  | 0.20 | L120 |
|  | 0.10 | L250 |
|  | 3.00 | L250 |
|  | 0.30 | L250 |
|  | 1.50 | L250 |
|  | 1.50 | L250 |
|  | 4.00 | L250 |
|  | 3.00 | L250 |
|  | 1.00 | L250 |
|  | 3.50 | L250 |
|  | 9.50 | L250 |
|  | 4.00 | L250 |
|  | 7.00 | L250 |
|  | 4.50 | L250 |
|  | 7.00 | L250 |
|  | 5.00 | L250 |
|  | 6.00 | L250 |
|  | 4.00 | L250 |
|  | 4.00 | L250 |

| | | |
|---|---|---|
| | 1.80 | L250 |
| | 3.50 | L250 |
| | 5.00 | L250 |
| | 1.10 | L250 |
| | 3.50 | L250 |
| | 6.00 | L250 |
| | 1.00 | L250 |
| | 1.50 | L250 |
| | 0.30 | L250 |
| | 1.00 | L250 |
| | 1.00 | L250 |
| | 1.50 | L250 |
| | 0.30 | L250 |
| | 2.50 | L250 |
| | 1.50 | L250 |
| | 1.00 | L250 |
| | 3.00 | L250 |
| | 2.00 | L250 |
| | 3.50 | L250 |
| | 3.00 | L250 |
| | 1.50 | L250 |
| | 1.00 | L250 |
| | 1.00 | L140 |
| | 0.50 | L140 |
| | 0.50 | L390 |
| | 0.30 | L120 |
| | 0.30 | L140 |
| | 0.20 | L140 |
| | 0.30 | L140 |
| | 1.00 | L120 |
| | 0.50 | L210 |
| | 1.50 | L120 |
| | 0.50 | L120 |
| | 0.20 | L120 |
| | 0.30 | L120 |
| | 0.40 | L120 |
| | 0.40 | L250 |
| | 0.20 | L250 |

|  | 1.50 | L250 |
|--|------|------|
|  | 0.30 | L250 |
|  | 0.80 | L250 |
|  | 1.30 | L250 |
|  | 0.20 | L520 |
|  | 0.30 | L140 |
|  | 0.20 | L120 |
|  | 0.30 | L120 |