**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action no. 09-4115 (E.D. La.)) | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## <u>DECLARATION OF STEVEN NICHOLAS</u>

I, Steven Nicholas, declare as follows:

1.      I am a member of Cunningham Bounds, and one of the attorneys responsible for representing the Mitchell Company in this multi-district litigation.  I submit this declaration in support of Cunningham Bounds application for attorneys' fees in connection with the Taishan homeowners' settlement.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration, and could testimony competently to them if called upon to do so.

2.      All attorneys and paralegals at Cunningham Bounds are instructed to maintain contemporaneous time records reflecting the time spent on this and other matters.

3.      At my direction, my firm's time entries in this matter were carefully reviewed, and time that plainly and directly conferred a benefit upon the homeowner class was identified.  Specifically, my firm's time submission includes only time related to the jurisdictional briefing and argument in this Court and in the Fifth Circuit.

1920142.1

4.      In addition to my time, time keepers include Cunningham Bounds member David Wirtes who heads the firm's appellate practice, George Dent is was an associate of the firm in the appellate practice area, and Brenda Cochran who is my legal assistant.

Executed on January 31, 2020 in Mobile Alabama.

_/s/ Steven Nicholas_____



JOSEPH M. BROWN, JR.*
GREGORY B. BREEDLOVE*
DAVID G. WIRTES, JR.**
TOBY D. BROWN*
GEORGE W. FINKBOHNER, III*
STEPHEN C. OLEN
STEVEN L. NICHOLAS
DAVID S. CAIN, JR.*
WILLIAM E. BONNER
ROBERT L. MITCHELL*
J. BRIAN DUNCAN, JR.
LUCY E. TUFTS*

AARON N. MAPLES
JENNIFER B. JAYJOHN

OF COUNSEL
JOHN T. CROWDER, JR.
ROBERT T. CUNNINGHAM
JOSEPH D. STEADMAN

ROBERT T. CUNNINGHAM, SR.
(1918-2001)

RICHARD BOUNDS
(1928-2018)

January 31, 2020

Honorable Eldon E. Fallon
United States District Court
Eastern District of Lousiana
500 Poydras Street, Room C468
New Orleans, Louisiana  70130

   Re: In Re: Chinese-Manufactured Drywall Product Liability Litigation
     MDL No. 2047

Dear Honorable Judge Fallon:

   Pursuant to  your Order dated January 16, 2019, Cunningham Bounds submits this letter to request inclusion of certain time in the common benefit analysis which was not submitted to Phil Garrett, CPA.

   The time and expense reporting in this matter is governed by Pre-Trial Order No. 9. Cunningham Bounds had a good faith understanding that it was not governed by the terms of PTO 9 which applied only to work performed on behalf of the homeowners and the Plaintiffs' Steering Committee.  It was our understanding that any entitlement to fees for common benefit work would be determined at the conclusion of the litigation.  The above understanding is based on the language in PTO 9.  That Order requires all work to be approved in advance by the Plaintiffs' Steering Committee.  While the limited time for which Cunningham Bounds seeks reimbursement was closely coordinated with the Plaintiffs' Steering Committee, and in many instances at its request, the vast majority of time spent in connection with representing the homebuilder class was not coordinated with the Plaintiffs' Steering Committee.  At the time PTO 9 was issued, it would have been inappropriate for counsel for the homebuilders to submit time records or otherwise coordinate with the Plaintiffs' Steering Committee.

   As noted above, the time submitted to the Court in connection with the common benefit application is a mere fraction of the time spent by Cunningham Bounds in connection with this litigation.  As noted in the application, that work was performed hand-in-hand with the Plaintiffs'

1601 DAUPHIN STREET |  MOBILE, ALABAMA 36604 | T (251) 471 6191 | TF (800) 472 6191 | F (251) 479 1031
MAILING ADDRESS POST OFFICE BOX 66705 | MOBILE, ALABAMA 36660 | CUNNINGHAMBOUNDS.COM

* CERTIFIED AS A CIVIL TRIAL SPECIALIST BY THE NATIONAL BOARD OF TRIAL ADVOCACY ** CERTIFIED AS AN APPELLATE SPECIALIST BY THE AMERICAN INSTITUTE OF APPELLATE PRACTICE

Steering Committee and provided a clear benefit to the homeowner class.  Consequently, we would ask the Court to consider said time in connection with any common benefit fee.

With best regards,

Steven L. Nicholas
For the Firm

SLN.slt



| Date | Employee Code | Narrative | Task Code | Hours |
|------|--------------|-----------|-----------|-------|
| 2/2/2012 | S Nicholas | Telephone conference with Kristen Sagafi to discuss case status | L120 | 0.75 |
| 2/10/2012 | S Nicholas | Receive and review email from Kristen Sagafi re scheduling order | L120 | 0.25 |
| 3/2/2012 | S Nicholas | Legal Research on jurisdictional issues | L250 | 1.00 |
| 3/9/2012 | G Dent | Legal Research on jurisdictional issues | L250 | 1.50 |
| 3/10/2012 | S Nicholas | Research on jurisdictional issues | L250 | 0.70 |
| 3/13/2012 | S Nicholas | Legal Research on jurisdictional issues | L250 | 1.60 |
| 3/15/2012 | S Nicholas | Legal Research | L250 | 0.60 |
| 3/17/2017 | S Nicholas | Legal Research on jurisdictional issues | L250 | 2.30 |
| 3/19/2012 | G Dent | Legal Research on jurisdictional issues and default | L250 | 2.00 |
| 3/31/2012 | S Nicholas | Legal Research | L250 | 2.00 |
| 4/4/2012 | S Nicholas | Review Taishan's Mtn to Vacate Default Judgment and dismiss case, begin planning response | L250 | 3.00 |
| 4/4/2012 | B Cochran | Receive and review email from S Nicholas; | L140 | 0.30 |
| 4/9/2012 | S Nicholas | review scheduling order on jurisdictional matters | L250 | 0.40 |
| 4/13/2012 | S Nicholas | Confer with Kristen Sagafi re status and plan for jurisdictional brief | L120 | 0.25 |
| 4/18/2012 | S Nicholas | Conference call with Sandra Duggan regarding Mitchell Company's Jurisdictional Brief; Receive and review email from Sandy Duggan confirming telephone call and documents to be submitted for Mitchell Company's Jurisdictional brief; Conference call with Kristen Sagafi re same | L120 | 2.25 |
| 4/19/2012 | S Nicholas | work on Mitchell Company's portion of jurisdictional brief | L250 | 2.50 |
| 4/19/2012 | B Cochran | Prepare and send email to Sandra Duggan attaching Mitchell Company portion of brief and various depo excerpts and exhibits from Scharf deposition; Receive and review email from Sandy Duggan requesting evidence of drywall purchase from Emerald Coast | L140 | 0.75 |
| 4/20/2012 | S Nicholas | Prepare and send email to Sandra Duggan regarding additional needed information for joint response to jurisdictional brief | L250 | 0.25 |
| 4/25/2012 | S Nicholas | review emails regarding jurisdictional facts and research same | L120 | 2.00 |
| 4/26/2012 | B Cochran | Receive and review email from Kristen Law;  Locate requested documents | L140 | 0.25 |
| 4/26/2012 | S Nicholas | Receive and review email from Kristen Law; Prepare and send responsive reply | L256 | 1.25 |
| 4/27/2012 | S Nicholas | Prepare and send email to B Cochran requesting Schraf exhibits | L120 | 0.25 |
| 5/7/2012 | B Cochran | Confer with Kristen Sagafi re exhibits for Mitchell Co.'s filing; locate and finalize same | L140 | 0.50 |
| 5/9/2012 | S Nicholas | review response to jurisdicitonal issues | L250 | 1.50 |

| Date | Employee Code | Narrative | Task Code | Hours |
|---|---|---|---|---|
| 5/8/2012 | S Nicholas | Conference call with Kristen Sagafi re briefing strategy for Mitchell's independent submission | L120 | 0.75 |
| 5/11/2017 | S Nicholas | Conference call with Kristen Sagafi re revisions to Mitchell's jurisdictional brief | L120 | 0.25 |
| 5/12/2017 | S Nicholas | Conference call with Kristen Sagafi re additional information for Chuck Stefan declaration in support of Mitchell Co.'s brief | L120 | 0.25 |
| 5/17/2012 | S Nicholas | Review and revise brief and related documents in oppostion to Taishan's motion to set aside default | L250 | 4.50 |
| 5/18/2012 | B Cochran | File The Mitchell Company's Response and exhibits in MDL | L140 | 0.75 |
| 6/9/2012 | S Nicholas | Review and research Taishan's Reply to jurisdictional brief and objections | L250 | 1.50 |
| 6/11/2012 | S Nicholas | Confer with Kristen Sagafi re Taishan's Evidentiary objections | L120 | 0.25 |
| 6/13/2012 | S Nicholas | Discussion with Kristen Sagafi re case status | L120 | 0.25 |
| 6/14/2012 | B Cochran | Attend via telephone the Monthly Status Conference with Judge Fallon | L230 | 1.00 |
| 6/18/2012 | S Nicholas | Legal Research  jursidictional issues and evidence | L250 | 2.00 |
| 6/22/2012 | S Nicholas | review Taishan's response to evidentiary issues | L120 | 0.50 |
| 6/28/2012 | S Nicholas | Travel from Mobile, AL to New Orleans, LA | L230 | 2.50 |
| 6/28/2012 | S Nicholas | Prepare for hearing on motion to set aside default and dismiss | L250 | 3.50 |
| 6/29/2012 | S Nicholas | Travel from New Orleans, LA to Mobile, AL | L230 | 2.50 |
| 6/29/2012 | S Nicholas | HEARING IN NEW ORLEANS RE TAISHAN ENTITIES' MOTIONS CHALLENGING PERSONAL JURISDICTION and meetings regarding same | L230 | 5.00 |
| 9/4/2012 | S Nicholas | Review court's order denying Tasshan's jurisdictional motion | L120 | 1.50 |
| 9/7/2012 | S Nicholas | Telephone call with Kristen Sagafi re upcoming matters | L120 | 0.50 |
| 9/14/2012 | S Nicholas | Review Taishan's motion to certify for appeal and research same | L250 | 1.00 |
| 9/22/2012 | S Nicholas | Prepare and send email to B Cochran regarding due date for filing reply to Taishan's Motion for 1292(b) Certification; receive and review email from B Cochran | L190 | 0.25 |
| 9/22/2012 | B Cochran | Receive and review email from S Nicholas; determine due date for filing reply; prepare and send email to S Nicholas | L190 | 0.25 |
| 9/24/2012 | S Nicholas | Review PSC repsonse to motion to certify | L260 | 0.80 |
| 9/28/2012 | S Nicholas | Receive and review Taishan Gypsum's Motion for Leave to File Reply Memo in Support of Its Motion to Certify Court's Order for Interlocutory Appeal and Stay Further Proceedings Against Taishan Pending the Appeal | L260 | 0.30 |
| 10/1/2012 | S Nicholas | Review Taishan's reply memo | L260 | 0.40 |
| 10/29/2012 | S Nicholas | Review Taishan Gypsum Co., Ltd.'s Petition for Permission to Appeal | L460 | 0.90 |

| Date | Employee Code | Narrative | Task Code | Hours |
|---|---|---|---|---|
| 11/7/2012 | S Nicholas | Receive and review emails from Kirsten Sagafi re jurisdictional motions | L250 | 0.50 |
| 11/7/2012 | S Nicholas | Work on repsonse to petition to appeal | L460 | 2.50 |
| 11/8/2012 | S Nicholas | Legal Research and fianlize response to petition to appeal | L460 | 5.00 |
| 11/9/2012 | S Nicholas | File notice of appearance in Fifth Circuit | L510 | 0.40 |
| 11/12/2012 | S Nicholas | Review PSC Response to Petition for Permission to Appeal | L460 | 0.30 |
| 11/19/2012 | S Nicholas | Review Reply to Oppositions of Mitchell Co. and PSC to Taishan Gypsum Co.'s Petition for Permission to Appeal | L460 | 1.00 |
| 12/4/2012 | S Nicholas | Review order granting leave to appeal | L460 | 0.30 |
| 1/10/2013 | S Nicholas | Confer with Kristen Sagafi re  record designations | L120 | 0.50 |
| 1/20/2013 | S Nicholas | Work on record designations | L510 | 1.00 |
| 1/23/2013 | S Nicholas | Review record designations | L510 | 0.40 |
| 2/21/2013 | B Cochran | Met with S Nicholas regarding project involving Personal Jurisdiction | L120 | 0.25 |
| 2/21/2013 | D Wirtes | Review of appeal to 5th Circuit; Legal Research on personal jurisdiction | L510 | 1.25 |
| 3/18/2013 | D Wirtes | Began review of all appeal documents. | L510 | 3.00 |
| 3/28/2013 | D Wirtes | Review of record on appeal. | L510 | 3.00 |
| 4/11/2013 | B Cochran | Prepared and send email to D Wirtes attached requested orders | L140 | 0.25 |
| 4/11/2013 | D Wirtes | Receive and review email and attached Court Orders from B Cochran | L140 | 1.50 |
| 5/15/2013 | G Dent | Legal Research for appeal | L500 | 1.50 |
| 5/15/2013 | D Wirtes | Legal Research for appeal | L500 | 4.80 |
| 5/16/2013 | G Dent] | Legal Research | L500 | 0.80 |
| 5/16/2013 | D Wirtes | Legal Research | L500 | 0.70 |
| 5/20/2013 | G Dent | Legal Research | L500 | 1.30 |
| 5/20/2013 | G Dent | Legal Research | L500 | 0.80 |
| 5/21/2013 | G Dent | Legal Research | L500 | 0.60 |
| 5/22/2013 | G Dent | Legal Research | L500 | 0.60 |
| 5/23/2013 | G Dent | Legal Research | L500 | 1.20 |
| 5/23/2013 | D Wirtes | Met with George Dent.  Read documents. | L500 | 3.00 |
| 5/23/2013 | G Dent | Meet with Dave Wirtes about Appeal | L500 | 1.00 |
| 5/24/2013 | D Wirtes | Read Judicial Manual on MDL proceedings.  Met with George Dent.  Legal research. | L500 | 2.00 |
| 5/24/2013 | G Dent | Legal Research | L500 | 1.00 |
| 5/24/2013 | G Dent | Meet with Dave Wirtes about Appeal | L500 | 0.40 |
| 5/24/2013 | D Wirtes | Legal Research | L500 | 0.80 |

| Date | Employee Code | Narrative | Task Code | Hours |
|---|---|---|---|---|
| 5/28/2013 | G Dent | Legal Research | L500 | 1.00 |
| 5/28/2013 | D Wirtes | Read and researched defendant's brief on appeal.  Met with George Dent re: strategy. | L520 | 3.00 |
| 5/28/2013 | GWD | Meet with Dave Wirtes about Appeal strategy | L500 | 0.60 |
| 5/29/2013 | G Dent | Legal Research | L500 | 2.50 |
| 5/29/2013 | D Wirtes | Prepare and send email to B Cochran requesting PSC's briefs to the 5th Circuit in cases of Germano and Gross; receive and review email and attachments from B Cochran; Read defendant's brief and law | L120 | 3.25 |
| 5/29/2013 | G Dent | Prepare and send email to B Cochran with info on Germano brief; receive and review email and attachments from B Cochran | L500 | 0.25 |
| 5/29/2013 | B Cochran | Receive and review email from D Wirtes; Receive and review email from G Dent; locate requested briefs; prepare and send email with briefs to D Wirtes and G Dent | L140 | 0.50 |
| 5/30/2013 | D Wirtes | Reading and research. | L500 | 4.00 |
| 5/31/2013 | G Dent | Legal Research | L500 | 3.00 |
| 5/31/2013 | D Wirtes | Met with George Dent re: strategy.  Read multi-district litigation manual.  Research re: appellant's brief. | L520 | 3.00 |
| 5/31/2013 | G Dent | Meet with Dave Wirtes about Appeal strategy | L520 | 0.50 |
| 6/5/2013 | D Wirtes | Read defendant's draft opposition. | L500 | 2.00 |
| 6/6/2013 | D Wirtes | Read and researched plaintiff/appellee's draft brief. | L500 | 5.00 |
| 6/7/2013 | D Wirtes | Read and researched appellee's draft brief. | L500 | 1.00 |
| 6/7/2013 | D Wirtes | Read and researched statement of facts. | L500 | 1.00 |
| 6/12/2013 | D Wirtes | Read and researched appellee's draft brief. | L500 | 3.00 |
| 6/13/2013 | D Wirtes | Read and researched appellee's 5th Circuit brief and circulated. | L500 | 1.00 |
| 6/19/2013 | D Wirtes | Met with George Dent to discuss strategy. | L120 | 1.00 |
| 6/19/2013 | G Dent | Meet with Dave Wirtes about strategy | L120 | 1.00 |
| 6/20/2013 | B Cochran | Prepare and send email with attachments to G Dent (Bilek photos for tomorrow's filing) | L140 | 0.50 |
| 6/20/2013 | G Dent | Receive and review email with attachments from B Cochran | L140 | 0.25 |
| 6/20/2013 | D Wirtes | Read and researched appellee's draft brief. | L500 | 1.00 |
| 6/21/2013 | G Dent] | Prepare and send email to Tom Owen requesting consent for same extra word-length for its brief as Taishan Gypsum received and use for its Appellant's brief (not to exceed 28,000 words) | L500 | 0.40 |

| Date | Employee Code | Narrative | Task Code | Hours |
|------|---------------|-----------|-----------|-------|
| 6/21/2013 | G Dent | Receive and review email from Tom Owen giving consent for same extra word-length; prepare and send email to B Cochran to preserve consent | L140 | 0.40 |
| 6/21/2013 | B Cochran | Receive and review email from G Dent re preservation of consent | L140 | 0.30 |
| 7/1/2013 | D Wirtes | Final edit of plaintiff's brief | L500 | 4.00 |
| 7/2/2013 | D Wirtes | Met with George Dent re: final review of appellee's brief. | L520 | 1.00 |
| 7/2/2013 | G Dent | Meet with Dave Wirtes for final review of appellee's brief | L520 | 1.00 |
| 7/2/2013 | S Nicholas | Finalize and file "Brief of Appellee Mitchell Company Incorporated" and "Record Excerpts of Appellee Mitchell Company Incorporated"  (5th Cir CA  Case No. 12-31213 | L520 | 4.60 |
| 8/4/2012 | S Nicholas | review BRIEF OF APPELLANTS TAISHAN GYPSUM CO.  (12-31213) | L520 | 3.50 |
| 11/1/2013 | S Nicholas | Telephone call with Kristie Sagafi | L120 | 0.25 |
| 1/25/2014 | S Nicholas | Begin work on prep for oral argument | L530 | 3.5 |
| 1/26/2014 | S Nicholas | Prep for oral argument | L530 | 4.0 |
| 1/28/2014 | S Nicholas | Reviewed submission of additional authority, continue prep for oral argument | L530 | 7.5 |
| 2/3/2014 | S Nicholas | Travel from Mobile, AL to Houston, TX | L230 | 3.0 |
| 2/3/2014 | S Nicholas | Prepare for oral argument and meetings with PSC counsel | L530 | 4.0 |
| 2/4/2014 | S Nicholas | Prepare for oral argument and meetings with PSC counsel | L530 | 7.0 |
| 2/5/2014 | S Nicholas | Prep and participate in ORAL ARGUMENT Houston, TX - | L530 | 4.0 |
| 2/5/2014 | S Nicholas | Travel from Houston, TX to Mobile, AL | L230 | 3.0 |
| 5/20/2014 | S Nicholas | Review opinion on jurisdiction | L250 | 1.0 |
| 7/17/2014 | S Nicholas | Receive and review emails from Jonathon Selbin and Kristen Sagafi | L120 | 0.3 |