## Potential Taishan Fee Applicants
## for Common Benefit Work Performed from 2014-2019

| # | Firm | Total Hours |
|---|------|-------------|
| 1 | Allison Grant, P.A. | 1,756.40 |
| 2 | Anderson Kill, PC | 38.50 |
| 3 | Barrios, Kingsdorf & Casteix | 8,942.60 |
| 4 | Becnel Law Firm LLC | 548.25 |
| 5 | Colson -Hicks Edison PA | 2,826.20 |
| 6 | Gainsburgh, Benjamin, et al | 5,005.75 |
| 7 | Hausfeld LLP | 3,182.00 |
| 8 | HHK | 26,818.25 |
| 9 | Irpino Law Firm | 8,275.50 |
| 10 | Krupnick, Campbell, Malone, Buser, Slama, Hancock, Liberman, & McKee, PA | 185.25 |
| 11 | Law Offices of Robert M. Becnel | 29.00 |
| 12 | Lemmon Law Firm, LLC | 23.65 |
| 13 | Leopold Kuvin, P.A. | 1.25 |
| 14 | Levin, Sedran & Berman | 47,049.25 |
| 15 | Lieff Cabraser Heimann & Bernstein | 133.90 |
| 16 | Martzell Bickford | 137.00 |
| 17 | Morgan & Morgan | 3,442.10 |
| 18 | Mrachek, Fitzgerald | 201.40 |
| 19 | Parker Waichman LLP | 10.25 |
| 20 | Pendley Baudin & Coffin, LLP | 20.00 |
| 21 | Podhurst Orseck, P.A | 106.50 |
| 22 | Reeves & Mestayer, PLLC | 1,160.50 |
| 23 | Richard J. Serpe, P.C. | 7,310.45 |
| 24 | Seeger Weiss LLP | 4,255.00 |
| 25 | The Lambert Firm | 1,174.02 |
| 26 | The Steckler Law Firm | 951.75 |
| 27 | Thornhill Law Firm | 16.50 |
| 28 | VM Diaz and Partners, LLC | 82.50 |
| 29 | Whitfield Bryson and Mason, LLP | 141.00 |
| | **TOTAL:** | **123,824.72** |

**Exhibit 1**