**Chinese Drywall MDL 2047**
**Assessments by Firm**
As of September 30, 2019

EXHIBIT 4

| Firm | Taishan |
|---|---|
| **PSC MEMBERS** | |
| Barrios Kingsdorf & Casteix | $54,718.00 |
| Breit-Drescher | $31,236.00 |
| Colson Hicks Eidson | $80,000.00 |
| Gainsburgh, Benjamin et al | $54,340.00 |
| Herman Herman Katz & Cotlar | $603,133.00 |
| Lambert & Nelson | $7,753.00 |
| Levin, Fishbein, Sedran & Berman | $603,133.00 |
| Lumpkin & Reeves PLLC | $9,936.00 |
| Morgan & Morgan | $18,477.00 |
| Seeger Weiss | $44,482.00 |
| Law Office of Richard Serpe, PC | $39,000.00 |
| Steckler Gresham Cochran PLLC | $15,768.00 |
| | **$1,561,976.00** |

| Firm | Taishan |
|---|---|
| **COMMITTEE CO-CHAIRS** | |
| Hausefeld LLP | $33,104.00 |
| Irpino Law Firm | $72,039.00 |
| | **$105,143.00** |

| Firm | Taishan |
|---|---|
| **COMMITTEE MEMBERS** | |
| Reeves & Mestayer, PLLCs | $2,705.00 |
| | **$2,705.00** |

| | Taishan |
|---|---|
| **Grand Total** | **$1,669,824.00** |

**Exhibit 2**