# Chinese Drywall MDL 2047
## Held Cost Report - Highest Cost - January 2015 to August 2019

(as of 2019-10-30 16:22:09)

**EXHIBIT 3**

| # | Firm | Case | Fax | Mail | Print | Lexis | Phone | Travel | Clerical | Experts | Depo | Grand Total | |
|---|------|------|-----|------|-------|-------|-------|--------|----------|---------|------|-------------|---|
| 1 | Allison Grant, P.A. | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,672.87 | $0.00 | $0.00 | $0.00 | $6,672.87 | 1 |
| 2 | Barrios, Kingsdorf & Casteix | MDL 2047 | $0.00 | $215.20 | $1,040.25 | $6,650.81 | $1,314.75 | $8,443.71 | $11.52 | $0.00 | $0.00 | $17,676.24 | 2 |
| 3 | Colson - Hicks Edison PA | MDL 2047 | $0.00 | $1,865.92 | $23,328.95 | $5,095.96 | $0.00 | $47,896.29 | $0.00 | $0.00 | $125.00 | $78,312.12 | 3 |
| 4 | Gainsburgh, Benjamin, et al | MDL 2047 | $0.00 | $719.34 | $16,698.88 | $929.60 | $560.46 | $4,931.70 | $75.00 | $124.88 | $185.21 | $24,225.07 | 4 |
| 5 | Hausfeld LLP | MDL 2047 | $0.00 | $284.42 | $2,956.29 | $9,010.77 | $546.97 | $11,100.73 | $13,549.84 | $0.00 | $0.00 | $37,449.02 | 5 |
| 6 | HHK | MDL 2047 | $0.00 | $96.00 | $0.00 | $6,565.02 | $1,505.72 | $12,947.31 | $0.00 | $3,733.34 | $225.84 | $25,073.23 | 6 |
| 7 | Irpino Law Firm | MDL 2047 | $0.00 | $32.00 | $19,785.00 | $710.00 | $0.00 | $32,501.16 | $0.00 | $0.00 | $0.00 | $53,028.16 | 7 |
| 8 | Lemmon Law Firm, LLC | MDL 2047 | $0.00 | $0.00 | $17.50 | $0.00 | $0.00 | $47.93 | $0.00 | $0.00 | $0.00 | $65.43 | 8 |
| 9 | Levin, Sedran & Berman | MDL 2047 | $255.50 | $24,995.64 | $40,128.34 | $196,032.16 | $13,087.31 | $468,818.95 | $30.00 | $0.00 | $785.00 | $744,132.90 | 9 |
| 10 | Morgan & Morgan | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35,188.13 | $0.00 | $0.00 | $0.00 | $35,188.13 | 10 |
| 11 | Pendley Baudin & Coffin, LLP | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $229.95 | $0.00 | $0.00 | $0.00 | $229.95 | 11 |
| 12 | Reeves & Mestayer, PLLC | MDL 2047 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,020.12 | $0.00 | $0.00 | $0.00 | $6,020.12 | 12 |
| 13 | Richard J. Serpe, P.C. | MDL 2047 | $0.00 | $0.00 | $0.00 | $206.80 | $0.00 | $7,652.40 | $0.00 | $0.00 | $0.00 | $7,859.20 | 13 |
| 14 | Seeger Weiss LLP | MDL 2047 | $0.00 | $1,073.69 | $264.60 | $1,890.88 | $137.70 | $66,275.52 | $39.20 | $834.74 | $7,493.10 | $78,009.43 | 14 |
| 15 | The Lambert Firm | MDL 2047 | $0.00 | $0.00 | $642.00 | $625.30 | $0.00 | $389.91 | $0.00 | $4,000.00 | $1,684.64 | $7,341.85 | 15 |
| 16 | The Steckler Law Firm | MDL 2047 | $0.00 | $480.60 | $17,809.50 | $36.10 | $0.00 | $22,710.71 | $0.00 | $0.00 | $0.00 | $41,036.91 | 16 |
| 17 | Whitfield Bryson and Mason, LLP | MDL 2047 | $0.00 | $39.69 | $0.00 | $0.00 | $0.00 | $4,058.56 | $0.00 | $0.00 | $0.00 | $4,098.25 | 17 |
| | | Total: | $255.50 | $29,802.50 | $122,671.31 | $227,753.40 | $17,152.91 | $735,885.95 | $13,705.56 | $8,692.96 | $10,498.79 | $1,166,418.88 | |

Exhibit 3