# TIMELINE

| DATE | DESCRIPTION | REFERENCE |
|---|---|---|
| 1/10/2014 | PreTrial Order No. 28 (Attorney Fee and Cost Reimbursement Guidelines) | *See* Rec. Doc. 17379. Also see PTO 28(A) [Rec. Doc. 17402], PTO 28(B) [Rec. Doc. 17567], PTO 28(C) [Rec. Doc. 17639], PTO 28(D) [Rec. Doc. 17832], PTO 28(E) [Rec. Doc. 18037], PTO 28(F) [Rec. Doc. 20282], and PTO 28(G) [Rec. Doc. 21330]. |
| 1/28/2014 | and May 20, 2014  Fifth Circuit affirms the MDL Court's jurisdictional rulings over Taishan. | *See Chinese Drywall,* 742 F.3d 576 & 753 F.3d 521. |
| 4/14/2014 | Certificate of Non-Appearance for deposition of Zhejiang Provincial Second Light Industry Enterprises Group Imp. & Exp. Co., Ltd. | |
| 6/20/2014 | Court ordered Taishan Gypsum to appear in open court on July 17, 2014 to be examined as a judgment debtor. | *See* Rec. Doc. 17774. *See Chinese Drywall*, 2018 WL 279629, at *3. |
| 7/17/2014 | Motion Hearing re 17846 Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney for defendant Taishan and 17858 Motion to Withdraw law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney as to Taishan defednants. These 2 motions were continued without date. Plaintiffs' 17760 Motion to Examine Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd. as a Judgment Debtor - granted with written reasons to follow. | *See* Rec. Doc. 17868. |
| 7/17/2014 | Taishan Contempt Order - Taishan failed to appear for the Judgment Debtor Examination and the Court held Taishan in contempt and ordered that Taishan pay $15,000.00 in attorney's fees to Plaintiffs' counsel; that Taishan pay $40,000.00 as a penalty for contempt; that Taishan, and any of its affiliates or subsidiaries be enjoined from conducting any business in the United States until or unless it participates in this judicial process, and if Taishan violates the injunction, it must pay a further penalty of 25% of the profits earned by the Company or its affiliate who violate the Order for the year of the violation. | *See* Rec. Doc. 17869. *See Chinese Drywall*, 2018 WL 279629, at *3, 8-9. |
| 7/21/2014 | PSC's Request for Admissions to Taishan Gypsum Co., Ltd. | |

Exhibit 4                    1

# TIMELINE

| | | |
|---|---|---|
| 7/21/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. | |
| 7/23/2014 | Plaintiffs filed Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3). | *See* Rec. Doc. 17883. |
| 8/13/2014 | Motion hearing re 17846 Motion to Withdraw Hogan Lovells US, LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney and 17858 Motion to Withdraw law firms Hogan Lovells US LLP and Stanley, Reuter, Ross, Thornton & Alford, LLC, and their respective individual counsel as Attorney filed by Defendants. Motions were submitted, Counsel to file additional briefs. 17897 Motion to Enforce Injunction Regarding State Court Claims Brought by Putative Class Representative Ralph Mangiarelli Jr. filed by Defendants - Motion was Taken under Advisement. 17920 Motion for Contempt as to Chairmen Jia Tongchun and Peng Shiliang of Taishan Gypsum Co. Ltd. and Taian Taishan Plasterboard Co. Ltd. filed by Plaintiffs - Motion was Taken under Advisement.  17924 Joint Motion for Scheduling Conference - granted. | *See* Rec. Doc. 17956. |
| 9/2/2014 | PSC's Request for Production of Documents to Taishan Gypsum Co., Ltd. (Under Seal). | |
| 9/26/2014 | Court issued Findings of Fact and Conclusions of Law with Respect to Plaintiffs' Omnibus Motion for Class Certification Pursuant to Rules 23(a)(1)-(4) and 23(b)(3). | *See* Rec. Doc. 18028. *Chinese Drywall,* 2014 WL 4809520, at ¶ 79. |
| 10/29/2014 | Plaintiffs filed a Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B) and Request for Approval of Supplemental Notice. | *See* Rec. Doc. 18086. |
| 11/20/2014 | Court Order re: Real Property Payments and Other Loss Payments. | *See* Rec. Doc. 18145. |
| 12/23/2014 | PreTrial Order No. 29 (Order Approving Procedure for Payment of Other Loss Claims) | *See* Rec. Doc. 18232. |
| 2/1/2015 | BNBM finally enters its apparance and Taishan returns to the jurisdiction to partiicpate in evidentiary class damages hearing. | *See In re Chinese-Manufactured Drywall Prod. Liab. Litig.,* 2017 WL 1421627, at *5 (E.D. La. Apr. 21, 2017). |
| 3/2/2015 | Plaintiffs filed Proposed Findings of Fact and Conclusions of Law with respect to the Motion for Assessment of Class Damages (Rec. Doc. 18086). | *See* Rec. Doc. 18405. |

# TIMELINE

| | | |
|---|---|---|
| 3/17/2015 | Motion Hearing re 18367 Motion to Preclude Taishan or Any of its Affiliates from Participating in Proceedings Involving Plaintiffs' Motion for Assessment of Class Damages Unless and Until Taishan Purges Itself of Contempt and Request to Reinstate Judgment Debtor Exam filed by Plaintiffs' Steering Committee. After reviewing the parties' memoranda, reviewing the applicable law, and hearing oral argument from all parties, the Court took the motion to preclude under advisement, subject to the conditions ordered by the Court as set forth in document. | *See* Rec. Doc. 18493. |
| 3/20/2015 | PSC's Interrogatory to Taishan Gypsum Co. | |
| 3/20/2015 | PSC's Document Request to Taishan Gypsum Co. | |
| 4/1/2015 | and April 2017 - CNBM and BNBM file motions to dismiss based on personal jurisdiction. | |
| 4/6/2015 | Taishan Production Vol. I. | TG-040615-0026020 - TG-040615-0028801, Document count: 114, Page count: 2,782. |
| 4/8/2015 | Taishan Production Vol. 01 (Supp.) | TG-040815-0028802 - TG-040815-0028885, Document count: 1, Page count: 84. |
| 4/16/2015 | Deposition of Plum Creek Timber Company (Third-Party),Rosemary Daszkiewicz. | |
| 4/17/2015 | Deposition of Sunpin Solar Development (Third-Party), Steve Kim. | |
| 4/17/2015 | Motion Hearing re Motion to Strike Hogan Lovells' Designation of Documents as Highly Confidential by Plaintiffs' Steering Committee 18530, After argument - Motion was taken under advisement. Defendants have five days to file a response to the motion and Plaintiffs will have two thereafter to respond to Defendants' brief; Motion of T. Rowe Price Group, Inc. to quash the subpoena and amended notice of oral and videotaped deposition 18554 Motion was deferred; Motion to Dismiss the Knauf Defendants' Settlement Obligations for Certain Already Remediated Home Claims by Knauf Defendants 18580 Motion was Granted with a written order to follow and Motion for Reconsideration of Order (18592) to serve defendant State-owned Assets Supervision and Administration Commission via mail to 28 U.S.C. § 1608(b)(3)(b) and/or through CNBM Group pursuant to F.R.C.P. 4(f)(3) 18594 - After argument Motion was Granted as to the alternate service through CNBM and otherwise denied. Court's order as to the alternate service to follow. | *See* Rec. Doc. 18718. |
| 4/22/2015 | 30(b)(6) Deposition of NJIT (Third-Party), Donald H. Sebastian Ph.D. | |

# TIMELINE

| 4/24/2015 | 30(b)(6) Deposition of CTIEC-TECO American Technology, Inc. (Third-Party)- Fred Paulsen. | |
|---|---|---|
| 4/24/2015 | Taishan Production Vol. 02 | TG-042315-0028886 - TG-042315-0028888, Document count: 3, Page Count: 3. |
| 5/1/2015 | Taishan Production Vol. 03 | TG-050115-0028889 - TG-050115-0029020, Document count: 49, Page count: 132. |
| 5/5/2015 | Expedited Motion of the PSC for an Order Requiring the CNBM, BNBM and Taishan Defendants to Provide Complete and Accurate English Translations of Documents Produced in Response to Discovery Ordered by the Court (FILED UNDER SEAL) | *See* Rec. Doc. 18906. |
| 5/7/2015 | Telephone Status Conference. The PSC's 18768 Emergency Motion to Expedite Return on Discovery Requests and Shortened Time to Notice Depositions is denied without prejudice. Taishan's 18815 Motion for Protective Order Limiting Scope of 30(b)(6) Depositions and Memorandum in Support is denied without prejudice, as to the first portion and granted in part and denied in part as to the Second Portion. The PSC's 18818 Motion to Compel Expedited Responses to Outstanding Discovery is denied without prejudice. The PSC's 18831 Motion to Set Briefing Schedule is denied without prejudice. The PSC's Motion for complete and accurate English translations is granted in part and denied in part. The PSC's 18628 Emergency Motion to Compel Complete Defendant Affiliate/Subsidiary/Parent Manufacturers' Profile Forms from Beijing New Building Materials Public Limited Company and Beijing New Building Materials (Group) Co., Ltd. is denied without prejudice.  It is further ordered that the Court will not set any other future telephone status conferences relating to discovery matters. Rather, when a party files a discovery motion, any response must be filed no later than the next business day after the motion is filed. The Court will assess the motion on the day after responses are due and will conduct oral argument, if necessary, and if appropriately requested by the movant or nonmovant. | *See* Rec. Doc. 18925. |
| 5/8/2015 | Taishan moved to decertify the class. | *See* Rec. Doc. 18879. |
| 5/8/2015 | Taishan Production Vol. 04 | TG-0029021 - TG-0033906, Document count: 1,009, Page count: 4,886. |
| 5/13/2015 | Deposition of Hull, Samuel I.; Hull Forest Products, Inc. (Third-Party). | |

# TIMELINE

| | | |
|---|---|---|
| 5/18/2015 | Deposition of Chaparro, Edgar A.; EAC & Sons Corporation (Third-Party). | |
| 5/18/2015 | Deposition of Hampton Companies (Steven Zika) (Third-Party) | |
| 5/19/2015 | Deposition of Davis, Stefan- Davis Construction Supply, LLC. | |
| 5/19/2015 | Deposition of Inglis, George P.E.- Expert (MDL 2047-Germano/Wiltz/Gross/Amorin). | |
| 5/20/2015 | Deposition of Chang, Jeffrey J.- BNK (Third-Party). | |
| 5/21/2015 | 30(b)(6) Deposition of WH International (Third-Party)- Jin Wooh. | |
| 5/21/2015 | Deposition of Marais, M. Laurentius-Expert. | |
| 5/21/2015 | and 5/22/2015 Deposition of Salamanca, John- Western Wood (Third-Party). | |
| 5/22/2015 | Deposition of Pogorilich, David- Expert (MDL 2047; Germano/Wiltz/Gross/Amorin). | |
| 5/22/2015 | PSC's Request for Admissions to Taishan Gypsum. | |
| 5/22/2015 | PSC's Request for Admissions to Tai'an Taishan Plasterboard. | |
| 5/22/2015 | Taishan Production Vol. 05 | TG-0033907 - TG-0034983, Document count: 210, Page count: 1,077. |
| 5/26/2015 | 30(b)(6) Deposition of BrownGreer- Woody, Jacob S. –MDL 2047 (Germano/Wiltz/ Gross/Amorin). | |
| 5/28/2015 | Deposition of Fenwick, Philip- Baillie Lumber (Third-Party). | |
| 6/2/2015 | Prior to the start of the 30(b)(6) deposition of Taishan in the Courtroom of Judge Eldon E. Fallon, the Court considered Taishan's motion for a protective order 19013 limiting the scope of that deposition. As more fully stated on the record of the deposition, the Court denied the motion for a protective order. | *See* Rec. Doc. 19058. |
| 6/2/2015 | through 6/4/2015 30(b)(6) Deposition of Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. (Che, Gang) (held in courtroom of USDC EDLA) | |
| 6/5/2015 | through 6/7/2015 30(b)(6) Deposition of China National Building Materials Company Limited- Chang, Zhangli. | |
| 6/9/2015 | Evidentiary hearing with oral argument took place on PSC's Motion for Assessment of Class Damages Pursuant to Rule 55(b)(2)(B). (Rec. Doc. 18086). Matter was taken under submission. | *See* Rec. Doc. 19118. *Chinese Drywall*, 2018 WL 279629, at *4. |
| 6/16/2015 | through 6/18/2015 30(b)(6) Deposition of China National Building Materials Group Co. –Zhou, Gouping. | |
| 6/19/2015 | Taishan Production Vol. 06 | TG-0067647 - TG-0068181, Document count:416, Page count: 535. |

# TIMELINE

| 6/22/2015 | Taishan Production Vol. 07 | TG-0035267 - TG-0067646, Document count: 14,918, Page count: 32,380. |
|---|---|---|
| 6/25/2015 | PSC's Supplemental Interrogatories to Taishan and TTP. | |
| 6/25/2015 | PSC's Supplemental Request for Production of Documents to Taishan and TTP. | |
| 7/8/2015 | through 7/11/2015 30(b)(6) Deposition of Beijing New Building Materials Public Limited Co.-Yu Chen. | |
| 7/15/2015 | through 7/17/2015 30(b)(6) Deposition, BNBM Group Company Limited-Zhao, Yanming. | |
| 7/16/2015 | Meet and Confer by telephone. | *See* Rec. Doc. 19315. |
| 7/22/2015 | Taishan Production Vol. 08 | TG-040615-0026378_T - TG-040815-0028885_T, Document count: 112, Page count: 2,508. |
| 7/27/2015 | 30(b)(6) Deposition of Triorient Trading- Winslow, Albert. | |
| 7/31/2015 | PSC's Second Supplemental Interrogatories to Taishan and TTP. | |
| 7/31/2015 | PSC's Second Supplementalb Request for Production of Documents to Taishan and TTP. | |
| 8/4/2015 | 30(b)(6) Deposition of Great Western Building Materials (Larry Rogers) (in California). | |
| 8/4/2015 | and 8/5/2015 Deposition of Jianglin Cao | |
| 8/7/2015 | Motion Hearing. Motion 19357 to Strike 19354 Sealed Affidavit of Russ M. Herman filed by Defendants Beijing New Building Materials Public Limited Company and Beijing New Building Material (Group) Co., Ltd. - granted; Motion 19271 of China National Building Materials Group Corporation, China National Building Materials Company, Ltd., China National Building Materials & Equipment Import & Export Corporation, CNBM (USA) Corporation, CNBM Forest Products (Canada) Ltd., China National Building Materials Investment Trading, and United Suntech, Inc., to Clarify the July 17, 2014 Contempt Order, 17869 or in the alternative, to Vacate the Order to the Extent it Purports to Apply to Said Defendants - denied with Court's written reasons to follow; and 19296 Motion of Taishan Gypsum Co., Ltd., to Dismiss Ace Home Center, Inc.'s First Amended 3rd Party Complaint for Failure to State a Claim - after argument, motion was taken under advisement. | *See* Rec. Doc. 19373. |
| 8/14/2015 | PSC's Second Set of Request for Admissions to TTP. | |
| 8/14/2015 | PSC's Second Set of Request for Admissions to Taishan. | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to Taishan. | |
| 8/17/2015 | PSC's Third Set of Request for Admissions to TTP. | |

# **TIMELINE**

| | | |
|---|---|---|
| 8/17/2015 | Taishan Production Vol. 09 | TG-0068182 - TG-0069995, Document count: 401, Page count; 1,814. |
| 8/19/2015 | 30(b)(6) Deposition of PABCO Building Products, LLC (Emil Kopilovich) (in California). | |
| 4/24/2014 | and 4/30/2015 the Court establishes three (3) tracks in connection with proceedings involving the Taishan, BNBM and CNBM Defendants. | *See* Rec. Doc. 18757 and 18844. |
| 8/25/2015 | through 8/27/2015  Deposition of Wang, Bing- Chairman and Director of BNBM PLC, Director of Taishan Gypsum, VP of CNBM Co. Ltd. | |
| 9/4/2015 | 30(b)(6) Deposition of Stephan Company (Brian A. Boyle) | |
| 9/11/2015 | Taishan submitted a supplemental class damages opposition to address the Plaintiffs' class damages revisions. | *See* Rec. Doc. 19490. |
| 9/14/2015 | through 9/15/2015 Deposition of Zhiping, Song- CNBM Company. | |
| 9/15/2015 | Taishan Production Vol. 10 | TG-0069996 - TG-0070158; TG-0069996_T - TG-0070158_T, Document count: 180, Page count: 326. |
| 9/16/2015 | Taishan Production Vol. 11 | TG-0070159 - TG-0070161; TG-0070159_T - TG-0070161_T, Document count: 6, Page count: 6. |
| 9/16/2015 | Deposition of Peng Shou (in Hong Kong) | |
| 9/17/2015 | Telephone Status Conference. Court issued a Minute Entry setting an Evidentiary Hearing on spoliation, contempt, adverse inferences, and possible penalties, if necessary, on November 10, 2015 at 9:00 a.m. | *See* Rec. Doc. 19526. |
| 9/18/2015 | Telephone Status Conference. Ordered that the Evidentiary Hearing is set for 11/10/2015 09:00 AM before Judge Eldon E. Fallon. Further ordered that Counsel for Taishan instruct its client to refrain from changing, deleting or modifying any aspect of the computer or its hard-drive. Ordered that the opposition memorandum is due on or before November 24, 2015 and any reply memorandum is due on or before December 3, 2015. | *See* Rec. Doc. 19526. |
| 9/28/2015 | Taishan filed a Motion to Set a Briefing Schedule on Class Decertification. | *See* Rec. Doc. 19546. |
| 10/9/2015 | 30(b)(6) Deposition of JP Morgan Chase & Co. (David Petercsak) | |

# **TIMELINE**

| | | |
|---|---|---|
| 10/13/2015 | Telephone Status Conference. It is ordered that Taishan will forthwith deliver the material from the computers at issue on a rotating basis. Production shall commence no later than October 16, 2015, and all non-privileged data shall be delivered by October 21, 2015. It is further ordered that Taishan shall compile a log of all the files which Taishan considers privileged, and file the privilege log with the Court under seal. The Court will promptly evaluate the claims of privilege. It is further ordered that a telephone status conference regarding the aforementioned issues will be held at 3:30 p.m. on Wednesday, October 21, 2015. | *See* Rec. Doc. 19608. |
| 10/16/2015 | Taishan Production Vol. 12 | TG-0070162 - TG-0079734, Document count :5,957, Page count :9,573. |
| 10/19/2015 | Taishan Production Vol. 13 | TG-0079735 - TG-0091605, Document count: 5,477, Page count: 11,871. |
| 10/19/2015 | Taishan Production Vol. 14 | TG-0091606 - TG-0106698, Document count: 6,049, Page count: 15,093. |
| 10/21/2015 | Telephone Status Conference. It is ordered that the Parties meet and confer within the next 24 hours to discuss the issues discussed at the conference, including the determination of an appropriate date for the deposition of Mr. Wenglong Peng. It is further ordered that the Parties reach out to the Court immediately following their meeting to inform the Court as to whether any or all of the issues have been resolved. | *See* Rec. Doc. 19629. |
| 10/21/2015 | Telephone Status Conference. The parties discussed the status of the document production related to Mr. Wenglong Peng's computer files as well as the attending privilege log. These issues are detailed further in the attached emails. Ordered that the Parties meet and confer within the next 24 hours to discuss the issues discussed at the conference and described in the attached emails. Further ordered that after the Parties meet and confer, the Parties may reach out to the Court at 3:00 p.m. CT if they need Court intervention to resolve any outstanding issues. | *See* Rec. Doc. 19635. |
| 10/21/2015 | Taishan Production Vol. 15 | TG-0106699 - TG-0121922, Document count: 5,477, Page count: 15,224. |

# TIMELINE

| | | |
|---|---|---|
| 10/21/2015 | Taishan Production Vol. 16 | TG-0121923 - TG-0172764, Document count: 2,375, Page count: 50,842. |
| 10/22/2015 | Taishan Production Vol. 17 | TG-0172765 - TG-0369243, Document count: 51,609, Page count: 196,479. |
| 10/22/2015 | Taishan Production Vol. 18 | TG-0369244 - TG-0369465, Document count: 76, Page count: 222. |
| 10/23/2015 | Court Order re: Real Property Payments and Other Loss Payments. | *See* Rec. Doc. 19639. |
| 10/27/2015 | Taishan Production Vol. 19 | TG-0369466 - TG-0378276, Document count: 939, Page count: 8,811. |
| 10/27/2015 | Deposition of Weisheng, Liu- United Suntech. | |
| 10/28/2015 | Deposition of Deng, Jianjun-CNBM Forest Products Canada, Ltd. | |
| 10/28/2015 | Taishan Production Vol. 20 | TG-0378277 - TG-0378518, Document count: 18, Page count: 242. |
| 10/30/2015 | Telephone Status Conference. It is ordered that the Evidentiary Hearing set for 11/10/15 is continued until 11/17/2015 at 9:00 AM before Judge Eldon E. Fallon. | *See* Rec. Doc. 19673. |
| 11/3/2015 | 30(b)(6) Deposition of CNBM USA Corporation- Shaojun, Zhang. | |

# TIMELINE

| | | |
|---|---|---|
| 11/3/2015 | Telephone Status Conference. It is ordered that the deposition of Mr. Peng is to begin on Thursday, November 12, 2015 at 7:30 a.m. It is further ordered that the November 17th Evidentiary Hearing will begin on Tuesday, November 17, 2015 at 10:30 a.m. and continue until at least 8:30 p.m. If, at the end of the second day, it is determined that an additional day is necessary, the Evidentiary Hearing will continue on Wednesday, November 18, 2015 at 7:00 a.m. It is further ordered that the November Monthly Status Conference will be held on Monday, November 16, 2015 at 2:00 p.m. It is further ordered that oral argument on (1) Knauf's Motion for Reconsideration 19428, (2) Rule to Show Cause regarding Roger Elliott's motion to release settlement funds from the court registry, 19584 and (3) any preliminary motions related to the November 17, 2015 Evidentiary Hearing will be heard before the Honorable Eldon E. Fallon immediately following the November Monthly Status Conference. | *See* Rec. Doc. 19686. |
| 11/4/2015 | 30(b)(6) Deposition of CNBM Trading – Wang, Lihe. | |
| 11/4/2015 | Taishan Production Vol. 21 | TG-0449772 - TG-0453188, Document count: 1,593, Page count: 71,253. |
| 11/4/2015 | Taishan Production Vol. 22 | TG-0378519 - TG-0449771, Document count: 5,334, Page count: 3,411. |
| 11/6/2015 | Taishan Production Vol. 23 | TG-0453189 - TG-0453588, Document page: 112, Page count: 400. |
| 11/6/2015 | PSC filed a Motion for Expedited Hearing on Setting Phased Individual Damage Trials against Taishan. | *See* Rec. Doc. 19705. |
| 11/10/2015 | Taishan filed its Preliminary Response/ Opposition to the PSC's Motion for Expedited Hearing. | *See* Rec. Doc. 19712. |
| 11/12/2015 | PSC filed a Motion for Leave to File PSC Reply and Proposal for Scheduling Individual Damages Mini Trials. | *See* Rec. Doc. 19721. |
| 11/13/2015 | 30(b)(6) Deposition of Morgan Stanley- Terence Keyes. | |
| 11/17/2015 | Evidentiary hearing on spoliation, contempt, adverse inferences, and possible penalties. | *See* Rec. Doc. 19752. |
| 11/17/2015 | through 11/18/2015 30(b)(6) Deposition of Jushi USA Fiberglass Co., Ltd.- Hsin Jua Tang. | |

# TIMELINE

| | | |
|---|---|---|
| 11/23/2015 | Telephone Status Conference. It is ordered that closing statements with regard to the November 17th Taishan Evidentiary Hearing will heard on Tuesday, December 15, 2015 at 10:00 a.m. CT in the Courtroom of the Honorable Eldon E. Fallon. It is further ordered that each side will have no more than one hour for its closing statement and no more than twenty minutes for its rebuttal. It is further ordered that the order of the arguments is as followed: the PSC will begin; Taishan will then respond; the PSC will then have an opportunity to rebut Taishan; and, finally, Taishan will have an opportunity to offer a sur-rebuttal. | *See* Rec. Doc. 19793. |
| 11/23/2015 | PreTrial Order No. 30 (Cost Stipend Award) | *See* Rec. Doc. 19787. |
| 12/7/2015 | 30(b)(6) Deposition of CNBM- Northern Cement Company, Hu Jinyu. | |
| 12/15/2015 | Court heard closing arguments from both sides re November 17, 2015 Evidentiary Hearing on spoliation, contempt, adverse inferences, and possible penalties. | *See* Rec. Doc. 19910. |
| 12/17/2015 | Deposition of Deal, Bruce Fred- Expert (Defendant). | |
| 1/6/2016 | Class Counsel filed a Motion for Distribution of Settlement Funds (Virginia Settlements). | *See* Rec. Doc. 19951. |
| 1/8/2016 | Court entered Findings of Fact and Conclusions of Law regarding the November 17, 2015 Evidentiary Hearing on spoliation, contempt, adverse inferences, and possible penalties. | *See* Rec. Doc. 19559. |
| 1/8/2016 | PSC filed a Second Supplemental Response of the PSC to Motion to Dismiss on Grounds of the Foreign Sovereign Imunities Act (UNDER SEAL). | *See* Rec. Doc. 19980. |
| 1/15/2016 | Deposition of Gordon, Jeffrey N.- Expert (Defendant). | |
| 1/20/2016 | Court issued an Order re: Class Counsel's Motion for Distribution of Settlement Funds (Virginia Settlements) (Rec. Doc. 19951). | *See* Rec. Doc. 19990. |
| 2/3/2016 | Deposition of Milhaupt, Curtis J. JD- Expert (Plaintiff). | |
| 2/10/2016 | Motion to Substitute Motion of Plaintiff-Intervenors and the Plaintiffs' Steering Committee to Enforce the Court's July 17, 2014 Contempt Order and Injunction and Accompanying Memorandum of Law in Support thereof was filed with the Court. | *See* Rec. Doc. 20636. |

# **TIMELINE**

| | | |
|---|---|---|
| 2/19/2016 | Motion Hearing was held on 2/18/2016 re Amended Motion [19527] of Defendants China New Buildings Materials Group, China New Building Materials Co., CNBMIT Co. Ltd, CNBM USA Corp. and United Suntech Craft, Inc., to Dismiss Complaints Pursuant to Rules 12(B)(1), 12(B)(2), 12(B)(4) and 12(B)(5); [19646] MOTION to Dismiss Complaints Pursuant to Rules 12(B)(2) and 12(B)(5) filed by Defendant Beijing New Building Materials Public Limited Company; [19663] MOTION to Dismiss Petition Pursuant to Rule 12(b)(2), Rule 12(b)(5) and Rule 12(b)(6) filed by Defendants Beijing New Building Materials Public Limited Company and BeijingNew Building Material (Group) Co., Ltd. AND [19664] MOTION to Dismiss the cases against it for lack of personal jurisdiction and failure of service pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure filed by Defendant Beijing New Building Material (Group) Co., Ltd. After argument, all motions were TAKEN UNDER SUBMISSION. | *See* Rec. Doc. 20087. |
| 3/9/2016 | The Court granted the Motion to Dismiss by CNBM Group under the FSIA and issued Order & Reasons supporting its Judgment [Rec. Doc. 20150]. | *See* Rec. Doc. 20150. |
| 3/15/2016 | PSC filed a series of motions to dismiss Plaintiffs' claims dismissing hundreds of claims against Taishan, BNBM PLC, BNBM Group, CNBM Group, and CNBM Co. for failure to provide "sufficient indicia of product identification." | *See* Rec. Docs. 20153-20162. |
| 4/19/2016 | Meet and Confer meeting (Taishan). | |
| 4/20/2016 | Meet and Confer meeting (Taishan). | |
| 5/17/2016 | Taishan Production - Translated Contempt Order Documents. | TG-MANUAL-000001 - TG-MANUAL-001019, Document count: 193, Page count: 1,019. |
| 5/17/2016 | Taishan Production - Total Document Production from Taishan from 4/6/2015 through 5/17/2016. | Total Document Count: 102,635, Total Page Count: 431,024. |
| 5/19/2016 | Meet and Confer meeting (Taishan). | |
| 5/24/2016 | Meet and Confer meeting (Taishan). | |
| 6/21/2016 | Meet and Confer meeting (Taishan). | |
| 7/12/2016 | Meet and Confer meeting (Taishan). | |
| 7/25/2016 | Meet and Confer meeting (Taishan). | |
| 7/26/2016 | Meet and Confer meeting (Taishan). | |
| 8/9/2016 | Meet and Confer meeting (Taishan). | |
| 8/10/2016 | Meet and Confer meeting (Taishan). | |
| 8/26/2016 | Plaintiffs filed a Notice of Filing the Motion to Fix Damages Under Default Judgment Order which was filed in the Circuit Court for the City of Norfolk, Virginia. | *See* Rec. Doc. 20466. |

# TIMELINE

| | | |
|---|---|---|
| 8/29/2016 | Meet and Confer meeting (Taishan). | |
| 8/30/2016 | Order staying all pleadings. | *See* Rec. Doc. 20480. |
| 9/20/2016 | Meet and Confer meeting (Taishan). | |
| 9/21/2016 | Meet and Confer meeting (Taishan). | |
| 10/19/2016 | Meet and Confer meeting (Taishan). | |
| 11/1/2016 | Motion for Leave to File Virginia Class Counsel's Motion to Approve Stipend to Virginia-Based Settlement Claimants was filed. | *See* Rec. Doc. 20530. |
| 11/12/2016 | Taishan Production of emails per Court Order. | TG-PRIV-0453589 - TG-PRIV-0453640, Document count: 7, Page count: 51. |
| 11/21/2016 | Court issued an Order lifting the stay (Rec. Doc. 20530) re: Virginia Class Counsel's motion to Approve Stipend to Virginia-Based Settlement Claimants. | *See* Rec. Doc. 20558. |
| 11/21/2016 | Court filed the Motion to Approve Stipend to Virginia-Based Settlement Claimants into the record. | *See* Rec. Doc. 20559. |
| 12/21/2016 | Court issued an order re: Motion to Approve Stipend to Virginia-Based Settlement Claimants. | *See* Rec. Doc. 20608. |
| 12/21/2016 | PSC filed a Supplement Omnibus Response in Opposition to Defendants' Motions to Dismiss. | *See* Rec. Doc. 20591. |
| 12/21/2016 | PSC filed a Motion to Remove Confidentiality Designations with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties. | *See* Rec. Doc. 20598. |
| 11/21/2016 | Order lifting stay of all pleadings. | *See* Rec. Doc. 20557. |
| 12/23/2016 | PSC filed a Supplemental Brief in Support of Motion for Class Damages, Reply to Taishan's Second Supplemental Response to Plaintiffs' Motion for Class Damages and Proposed Trial Plan. | *See* Rec. Doc. 20634. |
| 12/23/2016 | PSC filed a Motion for Severance and Suggestion of Remand. The matter was set for submission on January 18, 2017, and the matter is still pending. | *See* Rec. Doc. 20614. |
| 12/30/2016 | Taishan Defendants filed a Motion to Exclude Certain Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages. | *See* Rec. Doc. 20620. |
| 12/30/2016 | Taishan Defendants filed a Motion to Strike December 23, 2016 Declaration of Ronald E. Wright, P.E. | *See* Rec. Doc. 20619. |
| 1/5/2017 | PSC filed a Response to Taishan's Motion to Strike December 23, 2016 Declaration of Ronald E. Wright, P.E., and Taishan's Motion to Exclude Portions of Plaintiffs' Supplemental Brief in Support of Motion for Class Damages. | *See* Rec. Doc. 20625. |
| 1/5/2017 | Taishan filed a Joinder to CNBM's Motion to Decertify the Class Action on January 5, 2017 [Rec. Doc. 20627]. (BNBM filed a Joinder on January 6, 2017 [Rec. Doc. 20631]). | See Rec. Doc. 20632 |

# TIMELINE

| | | |
|---|---|---|
| 1/5/2017 | CNBM filed a Motion to Decertify the Class Action on January 5, 2017 [Rec. Doc. 20627], BNBM filed a Joinder on January 6, 2017 [Rec. Doc. 20631] and Taishan filed a Joinder on January 9, 2017 [Rec. Doc. 20632]. | *See* Rec. Docs. 20627, 20631, and 20632. |
| 1/26/2017 | Taishan filed a Motion for Plan to Satisfy Translation Order. | *See* Rec. Doc. 20643. |
| 2/10/2017 | PSC filed its Alternative Suggestion to Taishan's Plan to Satisfy Translation Order | *See* Rec. Doc. 20651. |
| 2/13/2017 | PSC filed Plaintiffs' Opposition to Taishan Defendants' Motion to Decertify the Class Pursuant to Rule 23 (c )(1)( C ). | *See* Rec. Doc. 20675. |
| 2/13/2017 | BNBM Filed its Opposition to Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations with Respect to Documents Produced by and Testimony of the Taishan Defendants. | *See* Rec. Doc. 20653. |
| 2/13/2017 | CNBM its Response to the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations. | *See* Rec. Doc. 20658. |
| 2/13/2017 | Jushi USA Fiberglass Co., Inc. filed its Response to the Plaintiffs' Steering Committee's Motion to Remove Confidentiality Designations. | *See* Rec. Doc. 20660. |
| 2/13/2017 | Taishan filed its Response in Opposition to PSC's Motion to Remove Confidentiality Designations. | *See* Rec. Doc. 20654. |
| 2/13/2017 | Taishan filed its Response in Opposition to PSC's Substituted Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction. | *See* Rec. Doc. 20655. |
| 2/14/2017 | PSC filed a Motion to Compel Complete Responses to Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM and CNBM Group. | *See* Rec. Doc. 20661. |
| 2/16/2017 | Taishan filed a Supplemental to Taishan's Response in Opposition to PSC's Substituted Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction. | *See* Rec. Doc. 20664. |
| 2/17/2017 | Taishan filed a Reply in Further Support of Taishan's Motion for Plan to Satisfy Translaion Order. | *See* Rec. Doc. 20672. |
| 2/22/2017 | Plaintiffs' Reply to Defendants' Oppositions to Plaintiffs' Motion to Enforce the Court's July 17, 2014 Contempt Order and Injunction was filed under seal. | *See* Rec. Doc. 20688. |
| 2/22/2017 | PSC filed a Reply to Responses and Oppositions by Taishan, the CNBM Entities, Beijing New Building Materials Public Limited Company, Beijing New Building Materials (Group) Co., Ltd., and Jushi USA Fiberglass Co., Inc. to Motion to Remove Confidentiality Designation With Respect to Documents Produced By and Testimony of the Taishan Defendants and Third Parties. | *See* Rec. Doc. 20684. |
| 2/22/2017 | Taishan filed a Reply Brief in Support of Motion to Decertify the Class Pursuant to 23   (c )(1) (C ). | *See* Rec. Doc. 20692. |

# **TIMELINE**

| | | |
|---|---|---|
| 3/2/2017 | Motion hearing re 20627 Motion to Decertify Class pursuant to 23(c)(1)(C) filed by Defendant, 18302 Motion of Plaintiff-Intervenors and the PSC to Enforce the Court's July 17, 2014 Contempt Order and Injunction filed by Plaintiff. After argument - Motions were taken under submission. | *See* Rec. Doc. 20698. |
| 3/27/2017 | Meet and Confer, New Orleans, LA, re: Motions to Remove Confidentiality Designation with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties (Rec. Doc. 20684, et al.). | |
| 3/28/2017 | Meet and Confer, New Orleans, LA, re: Motions to Remove Confidentiality Designation with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties (Rec. Doc. 20684, et al.). | |
| 4/6/2017 | PSC filed a Notice of Completion Pursuant to Pre-Trial Order No.1(G) relating to amendments to Omnis XV, XVI, XVII, and XX. | |
| 4/21/2017 | Court issued Orders and Reasons on the various Motions to Dismiss. | *See* Rec. Doc. 20739. |
| 4/21/2017 | Court issued Orders and Reasons re: Motion to Decertify the Class Pursuant to 23(c)(1)(C). | *See* Rec. Doc. 20740. |
| 4/21/2017 | Court issued Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing. | *See* Rec. Doc. 20741. *See Chinese Drywall*, 2017 WL 1421627, at *24-25. |
| 4/21/2017 | MDL Court rules that BNBM is Taishan's agent under Florida law and has sufficient minimum contacts in Florida related to its sales of BNBM Dragon Board. | *See Chinese Drywall*, 2018 WL 279629, at *4. |
| 4/27/2017 | PSC filed a Supplemental Memorandum in further support of Reply to Responses and Oppositions by Taishan, the CNBM Entities, Beijin New Building Materials Public Limited Company, Beijing New Building Materials (Group) Co., Ltd., and Jushi USA Fiberglass Co., Inc. to Motion to Remove Confidentiality Designation with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties. | *See* Rec. Doc. 20751. |
| 5/19/2017 | Taishan filed a Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages. | *See* Rec. Doc. 20776. |
| 5/22/2017 | Taishan filed a Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal Under Section 1292(b). | *See* Rec. Doc. 20778. |
| 5/23/2017 | Pre-Trial Order 30A re: Virginia-Based Settlement Stipend Award. | *See* Rec. Doc. 20791. |
| 6/1/2017 | Court entered an Order setting a briefing schedule re: Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages (20776). | *See* Rec. Doc. 20799. |

# TIMELINE

| | | |
|---|---|---|
| 6/1/2017 | Court entered an Order re: Taishan's motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b) (Rec. Doc. 20778) holding that the motions will be set for submission, without oral argument on July 7, 2017. If the Court determines oral argument would be helpful, it will schedule a hearing on a later date. | See Rec. Doc. 20799. |
| 6/14/2017 | Court entered an Order to continue the hearing re: Motion to Compel Complete Responses to Supplemental Discovery Directed to Taishan, TTP, BNBM, BNBM Group, CNBM and CNBM Group [Rec. Doc. 20661] until the Court discusses the status of the litigation with Liaison Counsel. | *See* Rec. Doc. 20805. |
| 6/14/2017 | Court entered an Order to continue the hearing re: Motions to Remove Confidentiality Designation with Respect to Documents Produced by and Testimony of the Taishan Defendants and Third Parties (Rec. Doc. 20684, et al.) until the Court discusses the status of the litigation with Liaison Counsel. | *See* Rec. Doc. 20805. |
| 6/14/2017 | Court entered an Order to continue the hearing re: Translation Order (20643) and Alternative Suggestion to Taishan's Plan to Satisfy Translation Order (20651) until the Court discusses the status of the litigation with Liaison Counsel. | *See* Rec. Doc. 20805. |
| 6/15/2017 | PSC filed a Response in Opposition to Taishan's Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b). | *See* Rec. Doc. 20809. |
| 6/15/2017 | Plaintiffs filed a Motion to Intervene into Omni XX. | *See* Rec. Doc. 20811. |
| 6/16/2017 | Plaintiff-Intervenors and the PSC filed a Notice of Errata for Substituted Motion to Enforce the Court's July 17, 2014 Contempt Order. | *See* Rec. Doc. 20813. |
| 6/20/2017 | PSC filed an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with Verified Under Air Living Square Footage Pursuant to the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing Dated April 21, 2017. | *See* Rec. Docs. 20824 and 20741. |
| 6/21/2017 | PSC filed its Response in Opposition to Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages. | *See* Rec. Doc. 20828. |
| 6/22/2017 | PSC filed a Rule 6(b) Motion for Extension of Time for Service of Process under Rule 4(m) relating to *Brooke, et al v. State-Owned Assets Supervision and Administration Commission of the State Counsel.* | *See* Rec. Doc. 20829. |
| 6/23/2017 | PSC filed an Errata to the Updated Class Plaintiffs' Spreadsheet. | *See* Rec. Doc. 20837. |
| 6/27/2017 | Baron & Budd, P.C. filed a Supplemental Errata to the Updated Class Plaintiffs' Spreadsheet. | *See* Rec. Doc. 20841. |

# TIMELINE

| 6/27/2017 | Court entered a Sealed Order re: PSC's Rule 6(b) Motion for Extension of Time for Service of Process under Rule 4(m) relating to *Brooke, et al v. State-Owned Assets Supervision and Administration Commission of the State* Counsel (No. 15-6631) matter [Rec. Doc. 20845]. | *See* Rec. Doc. 20843. |
|---|---|---|
| 6/30/2017 | Plaintiffs filed a Motion to Intervene in the *Brooke, et al v. State-Owned Assets Supervision and Administration Commission of the State* Counsel (No. 15-6631) matter. | *See* Rec. Doc. 20845. |
| 6/30/2017 | PSC filed an Analysis of All Taishan Claimants with Regard to Location of Their Properties. | *See* Rec. Doc. 20846. |
| 7/5/2017 | Taishan filed a Reply Memorandum in Support of Taishan's Motion for Access to Claims Support and for Evidentiary Hearing on Remediation Damages. | *See* Rec. Doc. 20848. |
| 7/5/2017 | Taishan filed a Reply in Support of its Motion to Amend the Order Denying Class Decertification and the Class Damages Order and to Certify for Interlocutory Appeal under Section 1292(b). | *See* Rec. Doc. 20849. |
| 7/7/2017 | Builder Plaintiffs filed their Renewed Motion for Class Certification against Taishan. | *See* Rec. Doc. 20865. |
| 7/10/2017 | PSC filed the Second Errata to the Class Plaintiffs' Spreadsheet. | *See* Rec. Doc. 20859. |
| 7/25/2017 | PSC filed updated Class Plaintiffs' spreadsheet. | *See* Rec. Docs. 20824 and 20875. |
| 7/25/2017 | PSC filed a Supplemental Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with RS Means Factors, Costs Per Square Foot, and Extended Costs in Connection with the Court's FOFCOl Related to the June 9, 2015 Damages Hearing Dated April 21, 2017. | *See* Rec. Docs. 20824 and 20875. |
| 8/1/2017 | CNBM and BNBM filed a Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County* [Rec. Doc. 20882], and August 7, 2017, Taishan filed a Notice of Joinder [Rec. Doc. 20894].  On August 30, 2017, the PSC filed a Memorandum in Opposition to Defendants' Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Franciso County* [Rec. Doc. 20935]. | *See* Rec. Docs. 20882, 20894 and 20935. |
| 8/1/2017 | Plaintiffs filed a Motion to Intervene in the Abner, et al v. Taishan Gypsum Co., Ltd., et al (No. 11-3094) matter. | *See* Rec. Doc. 20877. |

# TIMELINE

| | | |
|---|---|---|
| 8/2/2017 | PSC filed a Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) relating to *Randy Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al*, 4:17-cv-01286-KOB (N.D. Ala.)(Omni XXVIII); *Jeremy Macon, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-01287-VEH (N.D. Ala.)(Omni XXI); *Kelly Bentz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-02892-AT (N.D. Ga.)(Omni XXX); *Debra Peoples, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-02890-TWT (N.D. Ga.)(Omni XXII); *Donna Polk, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17cv216H50-JCG (S.D. Miss.)(Omni XXIII); *Lela and Melinda Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-217LG-RHW (S.D. Miss.)(Omni XXXI); *David and Melody Bright, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 2:17-cv-00035-FL (E.D.N.C.)(Omni XXIV); *Harry DeOliveira, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 4:17-cv-02019-MDL (D.S.C.)(Omni XXV); *James and Deloris Redden, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 1:17-cv-01146 (W.D. Tenn.)(Omni XXVI); *Andy Mertlitz, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.*, 5:17-cv-00140 (E.D. Tx.)(Omni XXVII); and *Kenneth D. Lochhead and Maria L. Webste, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.* | *See* Rec. Doc. 20885, as well as Rec. Doc. 20886, Exhibit A. |
| 8/2/2017 | PSC filed an Addition and Errata to Plaintiffs' Steering Committee's Supplemental Submission of an Updated Class Plaintiffs' Spreadsheet of Taishan Properties with RS Means Factors Costs Per Square Foot and Extended Costs. | *See* Rec. Doc. 20887. |
| 8/4/2017 | Court entered Order and Reasons granting Defendants' Motion to Certify Immediate Appeals from the Courts Jurisdictional Order Pursuant to 28 U.S.C. § 1292(b), R. Doc. 2079. | *See* Rec. Doc. 20890. |
| 8/6/2017 | Court issued an Order granting the Motion to Intervene into Omni XX. | *See* Rec. Doc. 20900. |
| 8/7/2017 | Taishan filed a Notice of Joinder to CNBM and BNBM's August 1, 2017 Supplemental Motion on Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County* [Rec. Doc. 20882]. | *See* Rec. Doc. 20894. |
| 8/16/2017 | Court issued an Order granting the Motion to Intervene re: *Brooke, et al v. State-Owned Assets Supervision and Administration Commission of the State* Counsel (No. 15-6631) matter [Rec. Doc. 20845]. | *See* Rec. Doc. 20901. |

# TIMELINE

| 8/16/2017 | Court entered an Order granting the Motion to Intervene in the Abner, et al v. Taishan Gypsum Co., Ltd., et al (No. 11-3094) matter. | *See* Rec. Doc. 20902. |
|---|---|---|
| 8/17/2017 | PSC filed an Emergency Motion to Vacate the Court's August 4, 2017 Order (Rec. Doc. 20890) Granting Defendants' Motion to Certify an Immediate Appeal from the Court's Jurisdictional Order. | *See* Rec. Doc. 20898. |
| 8/18/2017 | Court issued an Order setting the Jurisdiction and Class Certification Following *Bristol-Myers Squibb Co. v. Superior Court of California, San Francisco County* [Rec. Doc. 20882], and August 7, 2017, Taishan filed a Notice of Joinder [Rec. Doc. 20894].  On August 18, 2017, the Court issued an Order [Rec. Doc. 20909] setting the matter for submission on September 19, 2017, and establishing briefing deadlines. | *See* Rec. Doc. 20909. |
| 8/22/2017 | The Court entered Order & Reasons denying (1) Motion Pursuant to 28 U.S.C. § 1292(b) to Certify Immediate Appeals from the Court's Order Denying [Defendant's] Motions to Decertify the Class, R. Doc. 20780 and (2) Motion Pursuant to 28 U.S.C. § 1292(b) to Certify Interlocutory Appeal from the Court's Findings of Fact and Conclusions of Law Related to the June 9, 2015 Damages Hearing (Rec. Doc. 20781). | *See* Rec. Doc. 20910. |
| 8/22/2017 | PSC filed Submission of Updated Discovery Materials, Documents, and Other Information Regarding Plaintiffs' Claims against the Taishan Defendants. | *See* Rec. Doc. 20912. |
| 8/22/2017 | PSC filed an End Game Proposal. | *See* Rec. Docs. 20913 and 20937. |
| 8/23/2017 | CNBM and BNBM filed an MDL Issues List. | *See* Rec. Doc. 20923. |
| 8/24/2017 | Court entered an Order vacating its previous Order (Rec. Doc. 20890). | *See* Rec. Doc. 20927. |
| 8/24/2017 | Taishan filed Suggestion of Next Steps in MDL Litigation and on 8/31/2017 CNBM and BNBM filed a Memorandum of Joinder. | *See* Rec. Docs. 20928 and 20938. |
| 8/25/2017 | Plaintiffs filed a Response to the Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) with the Fifth Circuit Court of Appeals. | |

# TIMELINE

| | | |
|---|---|---|
| 8/31/2017 | As of 8/31/2017 the Taishan Translation Team was:   Individual Translators:<br>1. Yan Gao<br>2. John Hu<br>3. Toni Xu<br>4. Shuhang Jiang<br>5. Emily Zhang<br>6. Livia  Wang<br>7. Roxanne (Shuangqi) Lu<br>Company Translator:<br>1. Abacus Certified Translation<br>Individual Court Interpreter:<br>1. Sunny Wang | |
| 11/30/2017 | The Court issued Order & Reasons re CNBM and BNBM's motion to dismiss for lack of personal jurisdiction [Rec. Docs. 20882] and Taishan's joinder [Rec. Doc. 20955]. | *See* Rec. Doc. 21088. |
| 12/13/2017 | CNBM and BNBM filed a Renewed Motion to Certify an Immediate Appeal From the Court's Jurisdictional Orders [Rec. Doc. 21095] and Taishan filed a Notice of Joinder [Rec. Doc. 21096]. | *See* Rec. Docs. 21095 and 21096. |
| 1/15/2018 | The PSC filed its Memorandum of Law in Opposition to Defendants' Renewed Motion to Certify an Immediate Appeal From the Court's Jurisdictional Orders [Rec. Doc. 21138 and 21158]. | *See* Rec. Docs. 21138 and 21158. |
| 3/6/2018 | The Court entered Order and Reasons granting in part and denying in part the Motion to Certify Immediate Appeals [Rec. Doc. 21231]. | *See* Rec. Doc. 21231. |
| 3/15/2018 | CNBM and BNBM filed a Petition for Permission to Appeal Pursuant to 28 U.S.C. § 1292(b) with the Fifth Circuit Court of Appeals. | |
| 3/28/2018 | PreTrial Order No. 31 (Access to the PSC's Knauf Trial Package). | *See* Rec. Doc. 21274. |
| 3/29/2018 | The Plaintiffs' Steering Committee filed a Motion to Redress Improper Confidentiality Designations and Enforce Order Requiring Manual Translation of Chinese Documents in Recognition of the Suggestion of Remand of the Florida Amorin Plaintiffs [Rec. Doc. 21280]. | *See* Rec. Doc. 21280. |
| 5/3/2018 | On May 3, 2018, the Court issued Order and Reasons (Confidentiality) [Rec. Doc. 21317] and Order (Translations) [Rec. Doc. 21318]. | *See* Rec. Docs. 21317 and 21318. |
| 5/14/2018 | PreTrial Order No. 32 - Establishing Initial Step to Determine Allocaiton of Settlement Funds or Judgment Awards to Plaintiffs and Attorneys Resulting from Remanded Cases. | *See* Rec. doc. 21328. |

# TIMELINE

| | | |
|---|---|---|
| 5/21/2018 | The Court entered an Order to proceed to the trial phase of all Louisiana actions within the Court's jurisdiction, and ordered the parties to confer and be prepared to discuss a trial plan for all Louisiana cases. | *See* Rec. Docs. 21339, 21344, 21404. |
| 5/22/2018 | Plaintiffs' Motion to Intervene in *Allen, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al.,* 2:17-cv-08288 (E.D.La.) (Richard and Diana Beveridge, et al, Omni XXXI(B)); *Bayne, et al. v. Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd., et al,* 2:17-cv-08284 (E.D.La.) (Anne S. and Thomas S. Banks, et al. Omni XXVIII(B)); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-04127 (E.D.La.) (James E. McDonnell, et al., Omni XX(e))); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-06631 (E.D.La.)(James E. McDonnell, et al., fifth omnibus intervention complaint); *Brooke, et. al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel,* 2:15-cv-06632 (E.D.La.) (James E. McDonnell, et al., fourth omnibus intervention complaint). | *See* Rec. Doc. 21342. |
| 6/6/2018 | *Amorin* cases remanded to Florida. | *See* JPML Doc. 524; *see also* MDL Rec. Doc. 21242 (Suggestion of Remand Order dated 3/12/2018). |
| 6/7/2018 | Court grants Motion to Intervene [Rec. Doc. 21342]. | *See* Rec. Doc. 21373. |
| 7/5/2018 | Porter-Blaine/Venture Supply 2047 Settlement Agreement of Assigned Claims in MDL 2047 on Behalf of the Porter-Blaine/Venture Supply Class Regarding Porter-Blaine/Venture ("Allen Settlement") was filed with the Court. | *See* Rec. Doc. 21470. |
| 7/11/2018 | CNBM and BNBM entities filed a Motion to Adopt Louisiana *Amorin* Trial Plan [Rec. Doc. 21501], Taishan filed a Motion for Adoption of Proposed plan for Adjudication and Resolution of Louisiana Claims in *Amorin* and *Brooke* [Rec. Doc. 21503] and the PSC submitted to the Court a Proposed Pretrial Order Setting Deadlines for the Resolution of Louisiana Plaintiffs' Claims for Remediation and Other Damages in *Amorin* and *Brooke,* which it filed with the Court on July 16, 2018 [Rec. Doc. 21527]. | *See* Rec. Docs. 21501, 21503 and 21527. |
| 7/17/2018 | The PSC filed a Motion to Certify the Court's Order and Reasons of March 10, 2016 Pursuant to 28 U.S.C. § 1292(b) [Rec. Doc. 21533]. | *See* Rec. Doc. 21533. |

# TIMELINE

| | | |
|---|---|---|
| 7/19/2018 | Order and Judgment Pursuant to F.R.C.P. 54(B) Granting Final Approval of the Settlement of Assigned Claims in MDL No. 2047 On Behalf of Porter-Blaine/Venture Supply Class Regarding Claims Assigned to the Class by the Porter-Blaine/Venture Supply Participating Defendants and Participating Insurers Against Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd. ("Allen Settlement"). | *See* Rec. Doc. 21544. |
| 7/24/2018 | Plaintiffs' Motion to Intervene was filed with the Court relating to *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel* (2:15-cv-04127); *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel* (2:15-cv-06631); and *Brooke, et al. v. The State-Owned Assets Supervision and Administration Commission of the State Counsel* (2:15-cv-06632). | *See* Rec. Doc. 21599. |
| 8/3/2018 | The PSC filed a Motion to Stay All Florida Claims on Louisiana and Virginia Amorin Complaints [Rec. Doc. 21639]. | *See* Rec. Doc. 21639. |
| 8/16/2018 | Order entered granting the [21599] Motion to Intervene. | *See* Rec. Doc. 21682. |
| 8/20/2018 | Suggestion of Remand, Opinion and Order re *Amorin* Virginia Cases | *See* Rec. Doc. 21695. |
| 8/22/2018 | Taishan filed a Post-Hearing Brief in Further support of Motion for Adoption of Proposed Plan for Adjudication and Resolution of Louisiana Claims in Amorin and Brooke [Rec. Doc. 21698] and CNBM and BNBN Entities' filed a Post-Hearing Brief [Rec. Doc. 21708], and the PSC filed a Supplemental Post-Argument Brief Regarding a Trial Plan for the Resolution of Louisiana Claims in Amorin and Brooke [Rec. Doc. 21703]. | *See* Rec. Docs. 21698, 21708 and 21703. |
| 8/24/2018 | The CNBM and BNBM Entities filed an Opposition to the PSC's Motion to Stay All Florida Claims on Louisiana and Virginia *Amorin* Complaints [Rec. Doc. 21728]. | *See* Rec. Doc. 21728. |
| 8/24/2018 | The Court issued an Order [Rec. Doc. 21719] directing Plaintiffs to respond to Defendants' Motions to Dismiss [Rec. Doc. 19984 and 19998]. | *See* Rec. Doc. 21719. |
| 8/24/2018 | Taishan filed a Motion to Dismiss Florida Claims from Louisiana *Amorin* [Rec. Doc. 21729]. | *See* Rec. Doc. 21729. |
| 8/28/2018 | The PSC filed a Notice of Clarification Regarding the Composition of the Amorin Class [Rec. Doc. 21741].  On September 6, 2018, CNBM and BNBN Entities filed a Motion to Reject the PSC's Notice of Clarification Regarding the Composition of the Amorin Class [Rec. Doc. 21763] and Taishan filed a Notice of Joinder [Rec. Doc. 21764].  On September 18, 2018, the PSC filed a Response to the Motion to Reject [Rec. Doc. 21783]. | See Rec. Docs. 21741, 21763, 21764 and 21783. |
| 8/28/2018 | The PSC filed an Amended Memorandum in Support of Motion for Suggestion of Remand [Rec. Doc. 21752]. | *See* Rec. Doc. 21752. |

# <u>TIMELINE</u>

| | | |
|---|---|---|
| 8/29/2018 | A Designation of Record on Appeal was filed with the Court. | *See* Rec. Doc. 21749. |
| 9/6/2018 | The PSC filed an Omnibus Reply in Support of Motion to Stay All Florida Claims on Louisiana and Virginia *Amorin* Complaints [Rec. Doc. 21758]. | *See* Rec. Doc. 21758. |
| 9/6/2018 | The PSC filed an Opposition to Taishan's Motion to Dismiss Florida Claims From the Louisiana *Amorin* Complaint [Rec. Doc. 21758]. | *See* Rec. Doc. 21758. |
| 9/6/2018 | The PSC filed a Motion to Set for Hearing on its Motion to Set Aside Judgments Pursuant to Fed.R.Civ.P. 60(B) (Rec. Doc. 20388) [Rec. Doc. 21759].  The matter is set for hearing with oral argument on October 16, 2018. | *See* Rec. Doc. 21759. |
| 9/7/2018 | The PSC filed a Response in Opposition to Defendants' Motion to Dismiss in the Abner case [Rec. Doc. 21775], filed at Rec. Doc. 19998; and an Opposition to Defendants' Motion to Dismiss in the Brooke case [Rec. Doc. 21779], filed at Rec. Doc. 19984.  The matter is set for submission on September 26, 2018. | *See* Rec. Docs. 21775 and 21779. |
| 9/20/2018 | Taishan filed a Motion to Remand Mitchell [Rec. Doc. 21786].  The matter is set for submission on October 10, 2018. | *See* Rec. Docs. 21786. |