CDW: 2047 - Index of Depositions

| Deponent Last Name | Deponent First Name | Location | Depo Date | Entity | Identity | Court | 1st Chair Firm | 2nd Chair Firm |
|---|---|---|---|---|---|---|---|---|
| Cao | Jianglin | Gordon Arata, NOLA | 8/4/2015 | Worked for several defendants | chairman of CNBM; TG:  2005-2011:  Supervisor/Chairman of Supervisory Committee; BNBMPLC:  2004-2009:  Chairman; 2005-2009:  Sec to Party Committee; 2009-Present:  Chairman of Supervisory Committee; CNBMCO:  2005-Present:  President/Executive Director; BNBM Group:  1998-2005:  GM Asst./Vice GM/Vice Chairman; 2005:  GM; 2005-2006:  Vice Chairman; 2002-2005:  Director; 2005-Present: Chairman of Supervisory Committee. CNBM Group:  1998-2005:  GM Asst./Vice GM; 2005-Present: Director; 2014-Present:  GM | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Cao | Jianglin | Gordon Arata, NOLA | 8/5/2015 | Worked for several defendants | chairman of CNBM; TG:  2005-2011:  Supervisor/Chairman of Supervisory Committee; BNBMPLC:  2004-2009:  Chairman; 2005-2009:  Sec to Party Committee; 2009-Present:  Chairman of Supervisory Committee; CNBMCO:  2005-Present:  President/Executive Director; BNBM Group:  1998-2005:  GM Asst./Vice GM/Vice Chairman; 2005:  GM; 2005-2006:  Vice Chairman; 2002-2005:  Director; 2005-Present: Chairman of Supervisory Committee. CNBM Group:  1998-2005:  GM Asst./Vice GM; 2005-Present: Director; 2014-Present:  GM | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Chang | Zhangli | Gordon Arata, NOLA | 6/5/2015 | CNBM Ltd. | BNBMPLC:  2000-2005:  Deputy GM and Secretary to the Board; 2008-Present:  Director. CNBM CO:  2005-Present:  Secretary to the Board; 2006-Present:  VP; 2011-Present:  Executive Director. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |

**Exhibit 5A**

1/27/2020

CDW: 2047 - Index of Depositions

| Chang | Zhangli | Gordon Arata, NOLA | 6/6/2015 | CNBM Ltd. | BNBMPLC:  2000-2005:  Deputy GM and Secretary to the Board; 2008-Present:  Director.<br>CNBM CO:  2005-Present:  Secretary to the Board; 2006-Present: VP; 2011-Present:  Executive Director. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
|---|---|---|---|---|---|---|---|---|
| Chang | Zhangli | Gordon Arata, NOLA | 6/7/2015 | CNBM Ltd. | BNBMPLC:  2000-2005:  Deputy GM and Secretary to the Board; 2008-Present:  Director.<br>CNBM CO:  2005-Present:  Secretary to the Board; 2006-Present: VP; 2011-Present:  Executive Director. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Che | Gang | Hong Kong | 1 /11/2012 | Taishan Gypsum Co., Ltd. (TG) and Taian Taishan Plasterboard Co. | 30b6 Corporate Representative for Taishan Gypsum Co., Ltd. (TG) and Taian Taishan Plasterboard Co. | (MDL) USDC-EDLA | Gainsburgh Benjamin | Herman, Herman & Katz, LLC |
| Che | Gang | Hong Kong | 1 /12/2012 | Taishan Gypsum Co., Ltd. (TG) and Taian Taishan Plasterboard Co. | 30b6 Corporate Representative for Taishan Gypsum Co., Ltd. (TG) and Taian Taishan Plasterboard Co. | (MDL) USDC-EDLA | Gainsburgh Benjamin | Herman, Herman & Katz, LLC |
| Che | Gang | USDC-EDLA, NOLA | 6/2/2015 | Taishan Gypsum Co., Ltd. | manager of the foreign trade department for Tiashan sales; (No information on Ex 23-1.) | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Che | Gang | USDC-EDLA, NOLA | 6/3/2015 | Taishan Gypsum Co., Ltd. | manager of the foreign trade department for Tiashan sales; (No information on Ex 23-1.) | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Che | Gang | USDC-EDLA, NOLA | 6/4/2015 | Taishan Gypsum Co., Ltd. | manager of the foreign trade department for Tiashan sales; (No information on Ex 23-1.) | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Che | Gang | Alston, Atlanta, GA | 1/22/2019 | Taishan Gypsum Co., Ltd. | manager of the foreign trade department for Tiashan sales; (No information on Ex 23-1.) | (MDL) USDC-EDLA | Colson Hicks | Richard Serpe |
| Che | Gang | Alston, Atlanta, GA | 1/23/2019 | Taishan Gypsum Co., Ltd. | manager of the foreign trade department for Tiashan sales; (No information on Ex 23-1.) | (MDL) USDC-EDLA | Colson Hicks | Richard Serpe |

1/27/2020

CDW: 2047 - Index of Depositions

| Chen | Yu | Phelps Dunbar, NOLA | 7/8/2015 | Beijing New Bldg. Materials (BNBM) Public Ltd. Co. | general manager of the company, in charge of the daily operation and management of the company; TG: 2014-Present: Director BNBMPLC: 2009-2012: Acting Secretary to the Board; 2009-Present: GM/Director | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
|------|----|----|----|----|----|----|----|----|
| Chen | Yu | Phelps Dunbar, NOLA | 7/9/2015 | Beijing New Bldg. Materials (BNBM) Public Ltd. Co. | general manager of the company, in charge of the daily operation and management of the company; TG: 2014-Present: Director BNBMPLC: 2009-2012: Acting Secretary to the Board; 2009-Present: GM/Director | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Chen | Yu | Phelps Dunbar, NOLA | 7/10/2015 | Beijing New Bldg. Materials (BNBM) Public Ltd. Co. | general manager of the company, in charge of the daily operation and management of the company; TG: 2014-Present: Director BNBMPLC: 2009-2012: Acting Secretary to the Board; 2009-Present: GM/Director | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Chen | Yu | Phelps Dunbar, NOLA | 7/11/2015 | Beijing New Bldg. Materials (BNBM) Public Ltd. Co. | general manager of the company, in charge of the daily operation and management of the company; TG: 2014-Present: Director BNBMPLC: 2009-2012: Acting Secretary to the Board; 2009-Present: GM/Director | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Fu | Tinghuan | Hong Kong | 1 /10/2012 | Taishan Gypsum & Taian Taishan Plasterboard | 30b6 Corporate Representative for Taishan Gypsum & Taian Taishan Plasterboard; Manager of the sales company and deputy general manager in charge of sales for Taishan Gypsum Company, Limited, which used to be Shandong Taihe Dongxin | (MDL) USDC-EDLA | Gainsburgh Benjamin | Colson Hicks |
| Jia | Tongchun | Hong Kong | 4 /4 /2011 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |
| Jia | Tongchun | Hong Kong | 4/5/2011 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |

1/27/2020

CDW: 2047 - Index of Depositions

| Jia | Tongchun | Hong Kong | 1/9/2012 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |
|------|----------|-----------|----------|----------|----------|----------|----------|----------|
| Jia | Tongchun | Hong Kong | 1/10/2012 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |
| Jia | Tongchun | Hong Kong | 9/17/2015 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Jia | Tongchun | Hong Kong | 9/18/2015 | Taishan Gypsum and Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum and Taian Taishan Plasterboard; Chairman of the Board of Directors and the managing director of the Taishan Gypsum Company Limited; | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Jinyu | Hu | Orrick, San Francisco, CA | 12/7/2015 | CNBM, BNBM & North Cement Co | CNBM, BNBM and Vice president of Northern Cement, as well as financial controller | (MDL) USDC-EDLA | Irpino Law Firm | |
| Peng | Shiliang | Hong Kong | 1/11/2012 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | 30b6 Corporate Representative of Taishan Gypsum (TG) and Taian Taishan Plasterboard; Manager of the Manufacturing Plant of Taishan Gypsum (TG) | (MDL) USDC-EDLA | Gainsburgh Benjamin | Herman, Herman & Katz, LLC |
| Peng | Wenlong | Hong Kong | 4/7/2011 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | 30b6 Corporate Representative for Taishan Gypsum (TG) & Taian Taishan Plasterboard; (Also referred to as Frank Clem) | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |
| Peng | Wenlong | Hong Kong | 4/8/2011 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | 30b6 Corporate Representative for Taishan Gypsum (TG) & Taian Taishan Plasterboard; (Also referred to as Frank Clem) | (MDL) USDC-EDLA | Seeger Weiss | Colson Hicks |

CDW: 2047 - Index of Depositions

| Peng | Wenlong | Hong Kong | 1 /13/2012 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | 30b6 Corporate Representative for Taishan Gypsum (TG) & Taian Taishan Plasterboard; (Also referred to as Frank Clem) | (MDL) USDC-EDLA | Seeger Weiss | Herman, Herman & Katz, LLC |
|---|---|---|---|---|---|---|---|---|
| Peng | Wenlong | Alston, NYNY | 11/13/2015 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Peng | Wenlong | Alston, NYNY | 11/14/2015 | Taishan Gypsum (TG) & Taian Taishan Plasterboard | | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Shaojun | Zhang | Gordon Arata, NOLA | 11/3/2015 | CNBM (USA) | Corporate Representative for CNBM USA Corporation; LEGAL CONSULTANT | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Seeger Weiss |
| Shou | Peng | Hong Kong | 9/16/2015 | CNBM | CNBM Vice President (2005-present) | (MDL) USDC-EDLA | Irpino Law Firm | Levin, Sedran & Berman |
| Wang | Bing | Phelps Dunbar, NOLA | 8/25/2015 | Worked for several defendants | BNBMPLC: 2004-2009: GM; 2004-Present: Director; 2009-Present: Chairman; 2014-Present: Secretary to Party Committee. CNBM: 2009-Present: VP BNBM Group: 1994-1998: Regional Manager | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Wang | Bing | Phelps Dunbar, NOLA | 8/26/2015 | Worked for several defendants | BNBMPLC: 2004-2009: GM; 2004-Present: Director; 2009-Present: Chairman; 2014-Present: Secretary to Party Committee. CNBM: 2009-Present: VP BNBM Group: 1994-1998: Regional Manager | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |

1/27/2020

CDW: 2047 - Index of Depositions

| Wang | Bing | Phelps Dunbar, NOLA | 8/27/2015 | Worked for several defendants | BNBMPLC: 2004-2009: GM; 2004-Present: Director; 2009-Present: Chairman; 2014-Present: Secretary to Party Committee. CNBM: 2009-Present: VP BNBM Group: 1994-1998: Regional Manager | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
|---|---|---|---|---|---|---|---|---|
| Wang | Lihe | Phelps Dunbar, NOLA | 11.4.15 | CNBM Trading | CNBM Trading, deputy manager and then manager of the enterprise administration department as well as the manager of investment and development department. | (MDL) USDC-EDLA | Seeger Weiss | |
| Zhang | Jianchun | Hong Kong | 4 /6 /2011 | Taishan Gypsum (TG | 30b6 Corporate Representative for Taishan Gypsum (TG); Secretary of TG Board of Directors | (MDL) USDC-EDLA | Colson Hicks | Seeger Weiss |
| Zhiping | Song | Hong Kong | 9/14/2015 | BNBM (CNBM?) | the chairman of the directors and an executive director of CNBM Company PLC; (BNBM Group Chairman ?) | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Zhiping | Song | Hong Kong | 9/15/2015 | BNBM (CNBM?) | the chairman of the directors and an executive director of CNBM Company PLC; (BNBM Group Chairman ?) | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Zhou | Guoping | Gordon Arata, NOLA | 6/16/2015 | CNBM Group Corporation | CNBM Group SUPERVISOR; No information on Ex 23-1. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Zhou | Guoping | Gordon Arata, NOLA | 6/17/2015 | CNBM Group Corporation | CNBM Group SUPERVISOR; No information on Ex 23-1. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Zhou | Guoping | Gordon Arata, NOLA | 6/18/2015 | CNBM Group Corporation | CNBM Group SUPERVISOR; No information on Ex 23-1. | (MDL) USDC-EDLA | Herman, Herman & Katz, LLC | Levin, Sedran & Berman |
| Zhou | Yanming | Phelps Dunbar, NOLA | 7/15/2016 | BNBM Group Co. Ltd. | BMBM Group: Deputy GM; | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
| Zhou | Yanming | Phelps Dunbar, NOLA | 7/16/2016 | BNBM Group Co. Ltd. | BMBM Group: Deputy GM; | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |

1/27/2020

CDW: 2047 - Index of Depositions

| Zhou | Yanming | Phelps Dunbar, NOLA | 7/17/2016 | BNBM Group Co. Ltd. | BMBM Group:  Deputy GM; | (MDL) USDC-EDLA | Levin, Sedran & Berman | Herman, Herman & Katz, LLC |
|------|---------|---------------------|-----------|---------------------|-------------------------|-----------------|------------------------|----------------------------|

1/27/2020