# *TAISHAN TRIAL PACKAGE*

*In Re: Chinese-Manufactured Drywall Products Liability Litigation*
MDL: 2047

**I.   Depositions**

   A.  Index
- Deponent Name
- Fact / Expert
- Entity Deponent Associated With
- Brief Statement of Testimony Subject Matter
- Specific Court Case
- Attorney / Firm Handling Deposition

   B.  Deponent Folders
- Deposition in various formats (PDF, PTX, Condensed, etc)
- Deposition Exhibits
- Deposition Summaries
- Confidentiality Designations
- Post Deposition Documents (Charts or other documents created from testimony)
- Foundation Charts
- Deposition Videos are not included due to size but are available upon request

**II.  Experts**

   A.  Defense Experts
1. Index
   - Expert Names
   - Entity Associated With
   - Deposition Information
   - Brief Statement of Testimony Subject Matter
   - Specific Court Case
2. Taishan Experts
3. KPT Trial Experts (Germano)
4. Expert Folders
   - Expert Reports
   - Reliance Materials
   - Background Information
   - Motions in Limine / Daubert Materials

   B.  Plaintiff Experts
1. Index

Exhibit 6

- Expert Names
- Entity Associated With
- Deposition Information
- Brief Statement of Testimony Subject Matter
- Specific Court Case
2. Chinese Law Experts
3. Experts That Testified at Hearings
4. Germano Trial Experts
5. Expert Folders
   - Expert Reports
   - Reliance Materials
   - Background Information
   - Motions in Limine / Daubert Materials

**III.** **Timeline**

**IV.** **Trials and Hearings**

A. <u>Germano</u>
1. Appeal Record
2. Discovery
3. Exhibits
4. Expert Reports
5. Motions in Limine / Daubert Opinions
6. Presentations
7. Trial Transcripts
8. Trial Briefs

B. Hearings as Related to Taishan
1. Pre-2015
2. Status Conferences & Motion Hearings
3. Substantive Motions' Hearings

**V.** **Product ID**

A. Florida Remand Meeting Materials
B. BNBM Packet
C. CCG Packet
D. CK Packet
E. CM#2 Packet
F. DUN Packet
G. IMT Packet
H. Prowall Packet
I. Taishan - Taihe Packet
J. Venture Packet

VI.  **Taishan Cast of Characters**

    A.  2012-03-02 Taishan Cast of Characters
    B.  2015-04-07 Cast of Characters Including Officers & Directors
    C.  **Updated 2018 Chart To Be Provided**

VII.  **Hot Documents and Cross-Referenced Index:**
    A.  Exhibits
        1.  3rd Party Deposition Exhibits
        2.  Deposition Exhibits (Includes Index)
        3.  Substantive Brief Exhibits
            a.  RMH Affidavit Exhibits (2012-05-07)
            b.  Contempt Exhibits (2015-02-10)
            c.  FSIA Exhibits (2015-10-29)
            d.  MTD Exhibits (2016-01-02)
        3.  Redlines
    B.  Invoices
        1.  HHK Server Juris Docs -Invoices
        2.  INEX Invoice Review
        3.  Invoices as Exhibits to Depositions
        4.  Invoices as Exhibits to RMH 2012 affidavit
        5.  Invoices in TG Production – PDFs
        6.  Invoices by Company
- All Invoices Produced by Each Company
- Invoices Produced by Each Company Authored by That Company

VIII.  **RFP and Responses**

    A.  Defendant Profile Forms
    B.  Discovery Motions
    C.  FOIA Requests
    D.  Privilege Logs
    E.  Written Requests and Responses

IX.  **Substantive Briefs and Affidavits**

    A.  Appeal 5th Cir Briefs
    B.  Jurisdictional Appeal Materials
    C.  FSIA
    D.  Contempt
    E.  Motions To Dismiss
    F.  Privilege Briefs Corresponding Orders – Crime Fraud (UNDER SEAL)
    G.  RMH Affidavits
    H.  Spoiliation

**X.      Orders**

**XI.     Taishan Financial Reports**

**XII.    Corporate Documents**

    A. Corporate Disclosures
    B. Annual & Interim Reports
       1. BNBM
       2. CNBM
       3. Jushi
       4. Misc. Excerpts
       5. Taishan
    C. Officers & Directors
       1. BNBM
       2. CNBM
       3. Taishan
    D. Subsidiaries & Affiliates
       1. CNBM USA Affiliates
       2. TG upstream & downstream entities (from translator)
       3. Trademark Searches
    E. Announcements
       1. BNBM
       2. CNBM

**XIII.   Confidentiality (UPDATED DAILY)**

    A. BNBM
       1. Confidential
       2. Not Confidential
          a. De-Designated
          b. Waived
    B. BNBM Group
       1. Confidential
       2. Not Confidential
          a. De-Designated
          b. Waived
    C. CNBM
       1. Confidential
       2. Not Confidential
          a. De-Designated
          b. Waived
    D. CNBM Group
       1. Confidential
       2. Not Confidential

    a. De-Designated
    b. Waived
 E. Taishan
  1. Confidential
  2. Not Confidential
    a. De-Designated
    b. Waived

F. 2018-05-03 [21317-1] Appendix
G. 2018-05-03 [21317] Order and Reasons - Confidentiality Designations
H. 2018-05-31 Judge Fallon's Rulings on Docs Defs Designated as Confidential
I. 2018-05-31 Judge Fallon's Rulings on Docs Defs Designated as Confidential
J. 2018-08-21 Master Tracker of Exhibits (Cross-Reference) *(Updated Daily)*