

# Taishan Affiliates and Subsidiaries

Exhibit 7