

# Herman Herman & Katz, LLC
## Attorneys at Law

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

(504) 581-4892 Main
(504) 561-6024 Fax
(504) 680-0551 Direct
ldavis@hhklawfirm.com

January 31, 2020

Honorable Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Re: **In Re: Chinese Manufactured Drywall Products Liability Litigation**
**MDL 2047**

Dear Judge Fallon:

In accordance with the Court's Order of January 28, 2020 [Rec. Doc. 22529], HHK advises the Court that it continues to incur time and expense in the Chinese Drywall litigation. HHK has submitted 26,818 hours (Ex. 1)[1] to Phillip A. Garrett, the Court appointed CPA, contributed voluntary assessments in the amount of $603,133.00 (Ex. 2)[2], and submitted $25,073.23 in held costs through August 2019 (Ex. 3)[3]. These additional amounts of time and costs have been incurred since reporting by Philip A. Garrett and should be considered as additional time and expense in this matter.

Sincerely,

LEONARD A. DAVIS

LAD:lmb

---

[1] HHK continues to work on this matter and records time on an ongoing basis. HHK has incurred an additional 40.5 hours of time in this matter since December 31, 2019 and continues to incur time.
[2] An additional assessment of $5,000.00 was made by HHK on October 24, 2019.
[3] Additional held cost in the amount of $606.95 have been incurred by HHK since August 2019 to present.