UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**THE THORNHILL GROUP'S APPLICATION
FOR COMMON BENEFIT FEES AND EXPENSES**

NOW INTO COURT come the Thornhill Law Firm, APLC, Fayard and Honeycutt, APLC and N. Frank Elliot III, LLC (collectively referred to as "the Thornhill Group"), which make this application for common benefit fees and expenses pursuant to the Court's Order dated January 16, 2020 (Doc. 22481), and which respectfully request this Honorable Court award the Thornhill Group common benefit fees and expenses, for the reasons set forth herein.

**I.     Time and Expenses**

The Thornhill Group requests an award of common benefit fees and reimbursement of common benefit expenses for 65.25 hours of common benefit time and $1,220.37 in common benefit expenses. (A true and correct copy of the time submissions for common benefit work are attached hereto, *in globo*, as Exhibit "A", and a true and correct copy of the expense submissions are attached hereto, *in globo*, as Exhibit "B").

**II.     Nature of Work Performed**

This time and these expenses were incurred in connection with work performed as part of the *Amorin* bellwether trials. The Thornhill Group represent the Plaintiffs Dawn and Ronald LaPierre whose two properties were selected for trial. In working with members of the PSC, and

1

others working under the direction of the PSC, the Thornhill Group participated in joint efforts to conduct discovery and prepare cases for trial.

For example, the LaPierres were both deposed in this matter. Mrs. LaPierre was deposed on February 22, 2019, and Mr. LaPierre was deposed on March 15, 2019. The Thornhill Group participated in preparing the witnesses for their depositions, preparing deposition documents and attended and defended both depositions.

Additionally, the Thornhill Group worked with an expert to prepare for anticipated submission of a Rule 26 report in support of the LaPierres' trial and worked to prepare the Plaintiffs' fact witness list. The Thornhill Group also spent time regularly interacting and communicating with the PSC's discovery and trial team members. The expenses submitted are primarily related to expenses associated with attending the two depositions of the LaPierres and charges incurred in preparation of the anticipated expert report and Defendants' requested inspections of trial plaintiff properties.

**III.   Time and Expense Submissions**

Finally, pursuant to the Court's Order dated January 28, 2020 (Doc. 22529), the Thornhill Group asks the Court to accept the attached time and expense submissions attached as Exhibit "A" and Exhibit "B", *in globo*, as the Group's correct and complete time and expense submissions. The Thornhill Group recently learned of missing and erroneous submissions on the court-appointed CPA's system. The Thornhill Group had previously attempted to correct errors identified by the court-appointed CPA and had made efforts to update submissions following problems with uploading of documents. As noted in the attached letter and accompanying affidavit (Exhibit "C"), the Thornhill Group was unaware of missing submissions. Also, the Thornhill Group has recently

learned that the errors and problems with prior submissions was the result of changes to the court-appointed CPA's system which the Thornhill Group were unaware had taken place.

The Thornhill Group has made a good-faith effort to comply with the time and expense submissions, and to correct errors in submissions. The Thornhill Group respectfully requests this Honorable Court accept the time and expense submissions (Exhibit "A" and Exhibit "B") and make an award which the Court deems appropriate for the time and expenses the Group has incurred for the common benefit of all litigants.

WHEREFORE, the Thornhill Group respectfully requests this Honorable Court accept their time and expense submissions (attached, *in globo*, as Exhibit "A" and Exhibit "B"), and respectfully requests this Honorable Court award the Thornhill Group common benefit fees and expenses.

Respectfully submitted,

THORNHILL LAW FIRM, A PLC
Tommy W. Thornhill (La. Bar No. 12776)
1308 Ninth Street
Slidell, Louisiana 70458
Telephone: (985) 641-5010
Facsimile: (985) 641-5011
tom@thornhilllawfirm.com

AND

FAYARD & HONEYCUTT, APLC
D. Blayne Honeycutt (La. Bar No. 18264)
519 Florida Ave. SW
Denham Springs, LA 70726
Phone: (225) 664-4193
Facsimile: (225) 664-6925
dbhoneycutt@fayardlaw.com

AND

3

*/s/ N. Frank Elliot III*_____
N. Frank Elliot III (La. Bar No. 23054)
N. FRANK ELLIOT III, LLC
P.O. Box 3065
Lake Charles, LA 70602
Telephone: (337) 309-6999
Facsimile: (337) 439-2545
frank@nfelaw.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2020, the foregoing Application for Common Benefit Fees and Expenses was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ N. Frank Elliot III*_____
N. Frank Elliot III (La. Bar No. 23054)
