Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (November 2018)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 11/5/2018 | MDL | Trial Preparation | Multiple communications with PSC re: Trial Plaintiffs; multiple communications with LaPierres and Lori Cantrell re: trial plaintiffs and issues | 1.50 |
| Elliot, N. Frank | 11/5/2018 | MDL | Trial Preparation | Multiple communications with PSC and LaPierres re: Trial Plaintiffs; coordinate meeting at LaPierre house and discuss same | 1.50 |
| Elliot, N. Frank | 11/7/2018 | MDL | Discovery | Follow-up re: meeting and receipt and review of additional documents for submission to Taishan entities | 0.50 |
| Elliot, N. Frank | 11/8/2018 | MDL | Trial Preparation | Communicate with PSC re: other potential trial plaintiffs; communicate with LaPierres and PSC re: trial plaintiff acceptance | 1.00 |
| Elliot, N. Frank | 11/9/2018 | MDL | Discovery | Tel conf with Shawn Macomber re: LaPierres as trial plaintiffs and square footage | 0.50 |
| Elliot, N. Frank | 11/12/2018 | MDL | Trial Preparation | Communicate re: other trial plaintiffs needed | 0.25 |
| Elliot, N. Frank | 11/13/2018 | MDL | Trial Preparation | Communicate with PSC re: trial plaintiffs filings including the LaPierres; communicate with LaPierres re: same | 0.50 |
| Elliot, N. Frank | 11/14/2018 | MDL | Pre-Trial Pleadings and Motions | Draft, review and edit motion to enroll for LaPierres as trial counsel | 1.00 |
| Elliot, N. Frank | 11/15/2018 | MDL | Case Assessment, Development and Administration | Monitor monthly status conference call for information relating to LaPierres | 0.25 |
| Elliot, N. Frank | 11/16/2018 | MDL | Pre-Trial Pleadings and Motions | Rec and review of Court Order approving enrolling as trial counsel for LaPierres | 0.25 |
| Elliot, N. Frank | 11/21/2018 | MDL | Discovery | Rev of draft witness list; draft edits and additions; submit same to PSC; communicate re: final submission | 1.50 |
| Elliot, N. Frank | 11/23/2018 | MDL | Discovery | Edit witness list; confirm submissions through portal; draft declarations; federal express same to LaPierres to execute for filing | 1.00 |
| Elliot, N. Frank | 11/26/2018 | MDL | Discovery | Draft counsel declaration; upload declarations to portal; communicate with LaPierres re: declarations and depo dates | 0.50 |
| Elliot, N. Frank | 11/27/2018 | MDL | Discovery | Communicate with Emma Schwab about taking the LaPierres' depositions at their office in NO | 0.25 |

Exhibit "A"

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (November 2018)

| Name | Date | | Category | Description | Hours |
|---|---|---|---|---|---|
| Elliot, N. Frank | 11/28/2018 | MDL | Discovery | Participate in conf call re: product ID issues with select Taishan boards; rec and rev of proposed deposition schedule | 0.50 |
| | | | | Total | 11.00 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (December 2018)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 12/4/2018 | MDL | Discovery | Communicate with LaPierres re: deposition date | 0.25 |
| Elliot, N. Frank | 12/5/2018 | MDL | Discovery | Communicate with PSC re: Taishan entities fact witness list | 0.25 |
| Elliot, N. Frank | 12/6/2018 | MDL | Discovery | Rec and rev of revised deposition list | 0.25 |
| Elliot, N. Frank | 12/7/2018 | MDL | Discovery | Multiple communications re: depositions and Florida depos | 0.25 |
| Elliot, N. Frank | 12/10/2018 | MDL | Discovery | Rec and rev of task list from PSC; communicate re: Taishan witness list | 0.50 |
| Elliot, N. Frank | 12/11/2018 | MDL | Discovery | Rec reports from Administrator on LaPierres | 0.50 |
| Elliot, N. Frank | 12/13/2018 | MDL | Discovery | Rec deposition summaries for Larry and Rosalee Walls and for Tracy Nguyen | 0.25 |
| Elliot, N. Frank | 12/14/2018 | MDL | Discovery | Review observations from depositions of Florida plaintiffs from Keith Verrier addressing specific issues and topics raised by Chinese defendants | 0.25 |
| Elliot, N. Frank | 12/20/2018 | MDL | Discovery | Communicate deposition schedule with Emma Schwab and specifically scheduling LaPierre depositions to start at 9 a.m on February 22nd | 0.25 |
| Elliot, N. Frank | 12/20/2018 | MDL | Case Assessment, Development and Administration | Monitor monthly status conference for LaPierres | 0.25 |
| Elliot, N. Frank | 12/26/2018 | MDL | Discovery | Rec additional deposition summaries of the Jeovany and Monica Nunez, Kevin and Stacy Rosen, and Jose and Adele Miranda | 0.25 |
| Elliot, N. Frank | 12/30/2018 | MDL | Discovery | Rec suggestions regarding depositions in Florida from Skip Lambert and additional Miranda transcript from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 12/31/2018 | MDL | Discovery | Rec and rev continuing emails exchange regarding damages issues from Keith Verrier and Steve Herman | 0.25 |
| | | | | Total | 3.75 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (January 2019)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 1/7/2019 | MDL | Discovery | Rec of updated discovery assignment chart from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 1/8/2019 | MDL | Discovery | Rec and preliminary review of Deeg and Hooker depo summaries | 0.25 |
| Elliot, N. Frank | 1/9/2019 | MDL | Discovery | Communicate with PSC re scheduling conference call to discuss and plan upcoming select trial pick plaintiff depositions | 0.25 |
| Elliot, N. Frank | 1/10/2019 | MDL | Discovery | Rec and preliminary review of Gul and Lalwani depo summaries | 0.25 |
| Elliot, N. Frank | 1/14/2019 | MDL | Discovery | Rec of updated discovery assignment chart from Sandy Duggan; participate in PSC conf call discussing deposition topics and issues for upcoming LA trial plaintiff depos and other trial related matters such as proving damages | 0.75 |
| Elliot, N. Frank | 1/17/2019 | MDL | Discovery | Rec and preliminary review of Blue depo summaries | 0.25 |
| Elliot, N. Frank | 1/30/2019 | MDL | Development and Administration | Monitor monthly status conference for LaPierres | 0.25 |
|  |  |  |  | Total | 2.00 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (February 2019)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 2/1/2019 | MDL | Discovery | Rec of updated discovery assignment chart from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 2/5/2019 | MDL | Discovery | Rec and preliminary review of Chatmon depo summaries | 0.25 |
| Elliot, N. Frank | 2/6/2019 | MDL | Discovery | Rec and preliminary review of Alonzo and Gonzales and Maggiores depo summaries | 0.25 |
| Elliot, N. Frank | 2/8/2019 | MDL | Discovery | Communicate with LaPierres re deposition | 0.25 |
| Elliot, N. Frank | 2/10/2019 | MDL | Discovery | Rec and preliminary review of Zubrowski depo summaries | 0.25 |
| Elliot, N. Frank | 2/11/2019 | MDL | Discovery | Rec and preliminary review of Randazzo and Couture depo summaries | 0.25 |
| Elliot, N. Frank | 2/17/2019 | MDL | Discovery | Rec and preliminary review of Eyrich and Sims depo summaries; Rev LaPierre files and gather depo documents begin outlining depo prep questions; download multiple deposition transcripts and exhibits including Couture and DiLorenzo/Zubrowski; gather multiple summaries for depo prep including Eyrich | 3.00 |
| Elliot, N. Frank | 2/18/2019 | MDL | Discovery | Prepare for LaPierre deposition and read transcripts of prior depositions for pre-depo topics and issues | 2.00 |
| Elliot, N. Frank | 2/20/2019 | MDL | Discovery | Prepare for LaPierre deposition and confirm pre-depo and depo with LaPierres; tel conf with Emma re depo issues | 2.50 |
| Elliot, N. Frank | 2/21/2019 | MDL | Discovery | Final preparation for LaPierre deposition; prepare documents and possible exhibits; travel to NO for pre-depo; conduct pre-depo | 6.00 |
| Elliot, N. Frank | 2/21/2019 | MDL | Case Assessment, Development and Administration | Monitor monthly status conference for LaPierres | 0.25 |
| Elliot, N. Frank | 2/22/2019 | MDL | Discovery | Attend LaPierre deposition; discuss depo with Ema and Keith; return travel | 6.00 |
| | | | | Total | 21.25 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (March 2019)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 3/1/2019 | MDL | Discovery | Communicate with Dawn LaPierre re: deposition; communicate with Lara Tumeh re: confirming LaPierre deposition | 0.25 |
| Elliot, N. Frank | 3/7/2019 | MDL | Discovery | Rec and rev of outline of trial and discovery deadlines from Dawn Barrios | 0.25 |
| Elliot, N. Frank | 3/7/2019 | MDL | Experts | Tel conf with Shawn Macomber re: expert report likely to be needed for LaPierres before May 16th deadline; discuss scheduling follow-up inspection for report | 0.25 |
| Elliot, N. Frank | 3/13/2019 | MDL | Discovery | Communicate with defense counsel confirming Dawn LaPierre deposition and deposition location; prepare for deposition | 1.25 |
| Elliot, N. Frank | 3/14/2019 | MDL | Discovery | Travel to NO; conduct pre-deposition of Dawn LaPierre; prepare for deposition | 4.50 |
| Elliot, N. Frank | 3/15/2019 | MDL | Discovery | Prepare for deposition; pre-deposition meeting with Dawn LaPierre; attend deposition; discussions with counsel following deposition; return travel to LC | 6.00 |
| Elliot, N. Frank | 3/19/2019 | MDL | Discovery | Rec and review of updated task and assignments from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 3/20/2019 | MDL | Discovery | Rec and review of deposition summaries from Keith Verrier of Pollacks and Haindel | 0.25 |
| Elliot, N. Frank | 3/28/2019 | MDL | Discovery | Rec and review of email from Dawn Barrios re: experts and scheduling calls to discuss expert issues; communicate with Dawn and Kate Robinson re: issues particular to the LaPierres | 0.50 |
| Elliot, N. Frank | 3/29/2019 | MDL | Discovery | Rec and rev of email analysis of issues from Steve Herman | 0.25 |
| | | | | Total | 13.75 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (April 2019)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 4/2/2019 | MDL | Trial | Tel conf with Dawn Barrios re: evidence and expert reports for trial; research moving and storage costs; tel conf with the LaPierres re: same | 0.75 |
| Elliot, N. Frank | 4/3/2019 | MDL | Discovery | Rec and review of updated task and assignments from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 4/5/2019 | MDL | Discovery | Research homes for rent, storage units and moving supplies for LaPierre trial; copy estimates; upload documents to BrownGreer site | 1.00 |
| Elliot, N. Frank | 4/6/2019 | MDL | Discovery | Send moving, rental and storage information to LaPierres for review and future trial preparation | 0.25 |
| Elliot, N. Frank | 4/15/2019 | MDL | Discovery | Rec and review of updated task and assignments from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 4/23/2019 | MDL | Case Assessment, Development and Administration | Monitor status conference for LaPierres and trial issues | 2.00 |
| Elliot, N. Frank | 4/23/2019 | MDL | Expert | Tel conf with Shawn Macomber re: expert report issues, prior inspection and scheduling follow-up inspection | 0.50 |
| Elliot, N. Frank | 4/24/2019 | MDL | Discovery | Rec and review of email from Dawn Barrios re: status conference and remediation damages, also follow-up on prior trial related issues | 0.25 |
| | | | | Total | 5.25 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (May 2019)

| Employee | Date | Case | Work Type | Description | Time |
|---|---|---|---|---|---|
| Elliot, N. Frank | 5/2/2019 | MDL | Discovery | Rec and review of updated task and assignments from Sandy Duggan | 0.25 |
| Elliot, N. Frank | 5/4/2019 | MDL | Discovery | Rec and review of email from Sandy Duggan re: Judge Fallon ruling on remediation damages and updated cost model from Florida | 0.50 |
| Elliot, N. Frank | 5/6/2019 | MDL | Expert | Communicate with Shawn Macomber re: report; communicate with LaPierres re: scheduling inspection | 0.50 |
| Elliot, N. Frank | 5/7/2019 | MDL | Expert | Communicate with Shawn Macomber re: report; | 0.25 |
| Elliot, N. Frank | 5/13/2019 | MDL | Expert | Multiple calls with Shawn Macomber re: report; review Xactimate and report; draft inserts to discuss with Shawn for report; multiple exchanges with Shawn | 3.00 |
| Elliot, N. Frank | 5/13/2019 | MDL | Discovery | Communicate with Emma Schwab re: Macomber report and submission with defendants; discuss extension of deadlines; communicate extension to Shawn Macomber and | 0.50 |
| Elliot, N. Frank | 5/14/2019 | MDL | Discovery | Rec and review of updated task and assignments from Sandy Duggan; communicate with Emma re: extension; communicate with counsel re: defense property inspection requests | 0.50 |
| Elliot, N. Frank | 5/15/2019 | MDL | Discovery | Multiple communications with PSC and expert re: defense request to inspect properties | 0.50 |
| Elliot, N. Frank | 5/16/2019 | MDL | Discovery | Communicate with Emma Schwab re: extension of deadlines; rec of order | 0.50 |
| Elliot, N. Frank | 5/17/2019 | MDL | Expert | Communicate with Shawn re: attending LaPierres inspection; discuss additional issues to think about for final expert report | 0.50 |
| Elliot, N. Frank | 5/17/2019 | MDL | Discovery | Communicate with Jill Winn re: dates for defendants to inspect LaPierre house | 0.25 |
| Elliot, N. Frank | 5/21/2019 | MDL | Trial | Rec of communication from Sandy Duggan re: trial plan and new deadlines from Tom Thornhill; communicate with PSC re: May 30 expert report deadline | 0.50 |

Chinese Drywall - MDL 2047
MONTHLY TIME SUBMISSION - THORNHILL FIRM (May 2019)

| Name | Date | | Category | Description | Hours |
|---|---|---|---|---|---|
| Elliot, N. Frank | 5/22/2019 | MDL | Discovery | Rec of communication from Dawn Barrios re: extension of expert report deadline; communicate same to Shawn Macomber | 0.25 |
| Elliot, N. Frank | 5/24/2019 | MDL | Discovery | Rec of email from Emma Schwab of notice of settlement and stay of discovery and trial | 0.25 |
| Elliot, N. Frank | 5/26/2019 | MDL | Trial | Summary of proposed settlement issues to provide to claimants from Emma Schwab | 0.25 |
| | | | | Total | 8.25 |