Chinese Drywall - MDL 2047
MONTHLY EXPENSE SUBMISSION - THORNHILL FIRM  (February 2019)

| Employee | Date | Case | Work Type | Description | Payment | Time |
|---|---|---|---|---|---|---|
| Elliot, N. Frank | 2/21/2019 | MDL | Discovery | Copies for LaPierre pre-depo and depo at Fedex Office | Mastercard | $3.72 |
| Elliot, N. Frank | 2/22/2019 | MDL | Discovery | Hotel and parking for LaPierre Deposition - Hampton Inn NO | American Express | $173.42 |
| Elliot, N. Frank | 2/21/2019 | MDL | Discovery | Dinner after pre-depo of LaPierres at Wendy's | Cash | $11.45 |
| Elliot, N. Frank | 2/22/2019 | MDL | Discovery | Mileage - 415 miles at $.58 per mile for travel to and from LaPierre pre-depo and depo | Mileage | $240.70 |
| Elliot, N. Frank | 2/22/2019 | MDL | Discovery | Valet parking tips | Cash | $7.00 |
| Elliot, N. Frank | 2/22/2019 | MDL | Discovery | Lunch after LaPierre depo at Short Stop PoBoy | Cash | $7.25 |
| | | | | Total | | $439.82 |

Exhibit "B"



| | | |
|---|---|---|
| **Name and Address** | | **Hotel Address** |
| ELLIOT, FRANK | | 226 CARONDELET ST |
| 1511 WATKINS ST | | NEW ORLEANS, LA 70130 |
| LAKE CHARLES, LA 70601 | **HAMPTON INN DOWNTOWN** | |

| | |
|---|---|
| Room | 413//SXQL |
| Arrival Date | 02/21/19 |
| Departure Date | 02/22/19 |

Reservations
www.hamptoninn.com or
1-800-HAMPTON

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | $111.60 |

Confirmation #  95879350

| | |
|---|---|
| Rate Plan | S-AAA |
| Honors # | 411237754 |
| Airline: | |

02/22/19   PAGE    1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/21/19 | 2356476 | VALET PARKING 555 | $39.00 |
| 02/21/19 | 2356476 | VALET PARKING TAX | $4.86 |
| 02/21/19 | 2356477 | GUEST ROOM | $111.60 |
| 02/21/19 | 2356477 | STATE TAX | $10.55 |
| 02/21/19 | 2356477 | CITY TAX | $4.46 |
| 02/21/19 | 2356477 | OCCUPANCY TAX | $1.00 |
| 02/21/19 | 2356477 | ACT 410 SURCHARGE TAX | $1.95 |
| 02/22/19 | 2356691 | ************1007 | ($173.42) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.



             





February 21, 2019 12:06　　　　　　　　　Page: 1
Receipt #: 1006327045
MasterCard #: XXXXXXXXXXXX9055
2019/02/21 12:00

| Qty | Description | Amount |
|---|---|---|
| 8 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.04 |
| 8 | PNG B&W S/S 8.5x11 & 8.5x14 | 1.04 |
| 2 | PNG Color S/S 8.5x11 & 8.5x14 | 1.30 |

　　　　SubTotal　　　　3.38
　　　　Taxes　　　　　0.34
　　　　Total　　　　　3.72

The Cardholder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

FedEx Office Print & Ship Centers

2916 Ryan St.
Lake Charles, LA 70601
(337) 433-0767
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $25 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 06/30/19

Get your message out in a big way with
everything from full-color banners to
photo-quality posters, yard signs,
auto magnets and more.

Please Recycle This Receipt

Chinese Drywall - MDL 2047
MONTHLY EXPENSE SUBMISSION - THORNHILL FIRM (March 2019)

| Employee | Date | Case | Work Type | Description | Payment | Time |
|---|---|---|---|---|---|---|
| Elliot, N. Frank | 3/14/2019 | MDL | Discovery | Hotel and parking for LaPierre Deposition - Hampton Inn NO | American Express | $204.53 |
| Elliot, N. Frank | 3/14/2019 | MDL | Discovery | Dinner after pre-depo of LaPierres at Wendy's | Cash | $14.82 |
| Elliot, N. Frank | 3/15/2019 | MDL | Discovery | Mileage - 415 miles at $.58 per mile for travel to and from LaPierre pre-depo and depo | Mileage | $240.70 |
| Elliot, N. Frank | 3/15/2014 | MDL | Discovery | Valet parking tips | Cash | $8.00 |
| | | | | Total | | $468.05 |



| **Name and Address** | | **Hotel Address** |
|---|---|---|
| ELLIOT, FRANK<br>1511 WATKINS ST<br>LAKE CHARLES, LA 70601 | | 226 CARONDELET ST<br>NEW ORLEANS, LA 70130 |

**HAMPTON INN DOWNTOWN**

| | |
|---|---|
| Room | 406//SXQL |
| Arrival Date | 03/14/19 |
| Departure Date | 03/15/19 |
| Adult/Child | 1/0 |
| Room Rate | $138.60 |
| Rate Plan | S-AAA |
| Honors # | 411237754 |
| Airline: | |

Reservations
www.hamptoninn.com or
1-800-HAMPTON

Confirmation #  81467399

03/15/19   PAGE    1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/14/19 | 2367899 | VALET --433 | $39.00 |
| 03/14/19 | 2367899 | VALET PARKING TAX | $4.86 |
| 03/14/19 | 2367900 | GUEST ROOM | $138.60 |
| 03/14/19 | 2367900 | STATE TAX | $13.10 |
| 03/14/19 | 2367900 | CITY TAX | $5.54 |
| 03/14/19 | 2367900 | OCCUPANCY TAX | $1.00 |
| 03/14/19 | 2367900 | ACT 410 SURCHARGE TAX | $2.43 |
| 03/15/19 | 2368238 | ************1007 | ($204.53) |
| | | ** BALANCE ** | $0.00 |

The on-line eFolio is a courtesy informational service, subject to Privacy Policy and Site Usage; actual folio kept in hotel records.


             



```
***FREE OFFER ON BACK!!***
     Wendy's Restaurant #00008962
           1115 Stumpf Blvd
           Gretna, LA, 70053
             504-356-8603

                 FRANK

Host: Morgan                  03/14/2019
FRANK                            5:55 PM
                                   20141
Order Type:  TAKE OUT

COMBO                               7.29
  Grilled Chicken
   Plain
  Sr Crm & Chive Potato
  Milk
Milk                                1.29
Grilled Chicken                     4.99
  Plain

         Total Items 5            13.57
Tax                                 1.25

TAKE OUT Total              14.82

Cash $                           $20.00
Change                            $5:18

            How was your visit?
         Call us at (888) 624-8140

         ---  ..ck Closed ---
```

Chinese Drywall - MDL 2047
MONTHLY EXPENSE SUBMISSION - THORNHILL FIRM (JUNE 2019)

| Employee | Date | Case | Work Type | Description | Payment | Time |
|---|---|---|---|---|---|---|
| Elliot, N. Frank | 6/13/2019 | MDL | Expert | Invoice from Shawn Macomber for inspection of LaPierre property and draft report | Check No. 13986 | $312.50 |
| | | | | Total | | $312.50 |

# HEALTHY HOME SOLUTIONS, LLC

## INVOICE

985-710-3789
healthyhomesolutionsllc@gmail.com

221 W Camellia Dr.
Slidell, LA 70458

N. Frank Elliot, III
PO Box 3065
Lake Charles, LA 70602
Date: 05/15/2019

Project Title: Lapierre_728
Project Description: Site visit and floor plan
P.O. Number:
Invoice Number: 1912
Terms: upon receipt

| Description | Hours | Rate | Price |
|---|---|---|---|
| Site visit and report | 2.5 | $ 125 | $ 312.50 |
| | | | |
| | | | |
| | | | $ 312.50 |

Thank you for your business. It has been a pleasure to work with you on your project.

Sincerely yours,

Shawn Macomber, CIE, CDDC

1