# THORNHILL LAW FIRM, A PLC
### ATTORNEYS & COUNSELORS AT LAW

TOM W. THORNHILL

CORNER OF GAUSE AND NINTH STREET
1308 NINTH STREET
SLIDELL, LA 70458
☎(985) 641-5010
FAX: (985) 641-5011
800-989-2707

www.thornhilllawfirm.com
e-mail: office@thornhilllawfirm.com

January 31, 2020

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C468
New Orleans, LA 70130

      Re:    *In re: Chinese-Manufactured Drywall Products Liability Litigation,*
             MDL No. 2047, L(2) (E.D. La.)
             Time and Expense Submissions Thornhill Group

Dear Judge Fallon:

      Pursuant to the Court's Order dated January 28, 2020 (Doc. 22529), I am writing to respectfully request this Honorable Court accept the time and expense submissions attached to Fayard & Honeycutt, APLC's, N. Frank Elliot III, LLC's and my firm's group application for common benefit fees and expenses.

      Our group has worked with and been in support of the PSC's efforts since the inception of this litigation. I served on the Plaintiffs' Insurance Committee and our group worked with members of the PSC to advance two of our clients as possible bellwether trial plaintiffs in the Knauf portion of the litigation years ago.

      In 2018, our group's clients, the LaPierres, and their two properties were selected as *Amorin* bellwether trial plaintiffs. As our common benefit application sets forth, our group provided 65.25 hours of common benefit work and spent $1,220.37 in common benefit expenses. This work was performed from November 2018 through May 2019. My firm handled the time and expense submissions to Phil Garrett's office.

      In February 2019, Mr. Garrett's office contacted our group regarding submissions and requested edits and resubmission which were done; however, we experienced problems uploading documents to Mr. Garrett's site. As a result, we communicated with Mr. Garrett's office and we began submitting our submissions directly to Mr. Garrett's office so they could upload our time and expenses.

Exhibit "C"

The Honorable Eldon E. Fallon
January 31, 2020
Page 2 of 2

      In our efforts to comply with the Court's Order regarding the filing of an application for common benefit (Doc. 22481), we learned for the first time that Mr. Garrett's office had changed certain emails and that some of our submissions had not been uploaded. We have confirmed that we did not receive any notice of the change in emails or any undelivered messages on our servers; we have also discussed this issue with Mr. Garrett who confirmed we should write this letter to you.

      I respectfully request that the Court accept our time and expense submissions for the time period November 2018 through June 2019 as presented in our application as Exhibits "A" and "B". I am also attaching an affidavit executed by Frank Elliot, who has worked with me for many years, verifying our time and expense submissions. Also, as stated in our application, I respectfully request this Honorable Court award our group common benefit fees and expenses.

                                            Respectfully submitted,

                                            TOM W. THORNHILL

TWT/cf
cc:    Calvin C. Fayard
        D. Blayne Honeycutt
        N. Frank Elliot III

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION "L", MAG. "2" |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

STATE OF LOUISIANA

PARISH OF CALCASIEU

### AFFIDAVIT OF NORVAL F. ELLIOT III

BEFORE ME, the undersigned authority, on this 31st day of January, 2020;

PERSONALLY CAME AND APPEARED:

NORVAL F. ELLIOT III

who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true and correct:

1. I am of full age of majority and am domiciled in the State of Louisiana, and I have never been convicted of a felony and I am of sound mind;

2. I am known by my colleagues and professionally as Frank Elliot;

3. I am an attorney licensed in both the States of Louisiana and Texas, and I am licensed to practice before the United States District Court, Eastern District of Louisiana;

4. I am also licensed to practice before the United States Supreme Court, the United States Fifth Circuit, Court of Appeals, and the United States District Courts, Middle and Western Districts of Louisiana;

1

5. I also represent Mrs. Dawn and Mr. Ronald LaPierre in this matter, together with the Thornhill Law Firm, APLC and Fayard & Honeycutt, APLC;

6. The LaPierres own affected property with municipal addresses 728 and 730 Whitney, Algiers, LA 70114;

7. The LaPierres and their two properties were *Amorin* bellwether plaintiffs in this action;

8. I personally participated in our Group's joint efforts with the PSC and others working with the PSC to conduct discovery and prepare the LaPierres' case for trial;

9. I have reviewed the time and expense submissions attached to our Group's Application for common benefit fees and expenses, which are attached to the Application as Exhibits "A and "B";

10. I believe our Group's time and expense submissions are true and correct to the best of my knowledge;

11. I have personally worked with the Thornhill Law Firm to prepare the time and expenses submitted to Mr. Phil Garrett's office and was unaware of missing submissions until recently; and

12. I respectfully request this Honorable Court award our Group common benefit fees and expenses based on our Application, and specifically Application Exhibits "A" and "B".

_____
NORVAL F. ELLIOT III

SWORN TO AND SUBSCRIBED BEFORE ME THIS 31st DAY OF JANUARY, 2020.

_____
NOTARY PUBLIC
Print Name: Jared W. Shumaker

My Commission Expires: at death

2