UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

### BARON & BUDD, P.C.'S APPLICATION FOR COMMON BENEFIT FEES

NOW COMES Baron & Budd, P.C., pursuant to this Court's Order dated January 16, 2020 [Rec. Doc. 22481], who hereby files its Application for Common Benefit Fees and requests an interview with the Fee Committee, and states as follows:

1. Pursuant to PTO 28, the Fee Committee is charged with evaluating the relative contribution of each common benefit attorney to the outcome of the litigation. See Rec. Doc. 17379 at pp. 11-13. This includes "weigh[ing] reported hours of common benefit . . . in degrees of importance to the relief achieved." *Id* at p. 15.

2. Baron & Budd, P.C. has expended 273.5 hours of common benefit time in connection with the Chinese Drywall litigation from November 1, 2018 to May 31, 2019. The work included in the 273.5 hours expended by Baron & Budd was completed by the undersigned at the direction of Class Counsel in the course of preparing five Priority Claimants represented by Baron & Budd, P.C. for trial in the United States District Court for the Southern District of Florida.

3. A detail of the time submitted by Baron & Budd, P.C., which contains the time spent and nature of work performed is contained in the Case Cost Management System maintained by the Court appointed Certified Public Accountant, Philip Garrett.

4.      A detailed discussion of the common benefit work performed and the import of this work, including how this work specifically benefitted all claimants and contributed to the successful resolution of this case is set forth in the Affidavit of Holly Werkema in Connection with Application for Common Benefit Fee Award to Baron & Budd, P.C., attached hereto as Exhibit "A."

5.      In connection with this Application for Common Benefit Fees, Baron & Budd, P.C. requests leave of Court for its 273.5 hours to be considered. The aforementioned common benefit time was submitted to the Case Cost Management System outside of the time limitations set forth in PTO 9. Rec. Doc. 147. For the reasons set forth in the letter to the Court, attached hereto as Exhibit "B", and the Affidavit of Holly Werkema in Support of Request to Submit Common Benefit Hours Out of Time, attached hereto as Exhibit "C", the undersigned submits that extenuating circumstances apply, and requests that her time be considered for a common benefit fee award.

WHEREFORE, Baron & Budd, P.C. respectfully requests that the Court enter an Order allocating common benefit fees to Baron & Budd, P.C. commensurate with the consistency, quantum, duration, intensity, and importance of the common benefit work performed, and for such other relief the Court deems appropriate.

Respectfully Submitted,

Dated: January 31, 2020            **BARON & BUDD, P.C.**

By:   /s/ *Holly R. Werkema*
Holly R. Werkema (TX #24081202)
hwerkema@baronbudd.com
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Phone: 214-521-3605
Fax: 214-520-1181

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading along with the attached Exhibits "A", "B", and "C" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of January, 2020.

    /s/ Holly R. Werkema