# EXHIBIT B

BARON BUDD, P.C.®

DALLAS | AUSTIN | BATON ROUGE | NEW ORLEANS
CHICO | LOS ANGELES | SAN DIEGO
NEW JERSEY | NEW YORK | WASHINGTON, D.C.

Home Office:
800.222.2766  3102 Oak Lawn Avenue
tel 214.521.3605  Suite 1100
fax 214.520.1181  Dallas, TX 75219-4281

January 31, 2020

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: *In Re: Chinese Manufactured Drywall Products Liability Litigation* Request to Submit Common Benefit Time Outside of Time Limits in PTO 9

Dear Judge Fallon:

This letter is to request leave to submit common benefit time outside of the time limitations set forth in PTO 9 (Rec. Doc. 147). As set forth in detail in the accompanying Affidavit, extenuating circumstances apply to explain my failure to timely submit common benefit time to Philip Garrett. I submit that this was a failure on my part, though not intentional or purposeful, and humbly request that Baron & Budd, P.C. not be sanctioned for my failure.

I have been a dedicated servant of Baron & Budd, P.C.'s Chinese drywall plaintiffs for nearly eight years, and from December of 2018 to May of 2019 devoted significant time to moving the Chinese drywall litigation as a whole forward. I respectfully request leave to submit this late common benefit time and have my work considered for a common benefit award to Baron & Budd, P.C.

I am happy to answer any questions or provide any further clarification needed on this matter for the Court or the Fee Committee, and encourage either to contact me at any time at (214) 521-3605.

Respectfully,

BARON & BUDD, P.C.

Holly R. Werkema