# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | |

## AFFIDAVIT OF HOLLY WERKEMA TO SUBMIT COMMON BENEFIT HOURS OUT OF TIME

STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned authority, on this 31st day of January, 2020;

**PERSONALLY CAME AND APPEARED:**

Holly Werkema, on behalf of Baron & Budd, P.C., who, after being duly sworn, under penalty of perjury, did depose and declare that the following are true and correct:

1.     I am a senior Associate of the firm Baron & Budd, P.C. (hereinafter "Baron & Budd"). Baron & Budd's primary office address is 3102 Oak Lawn Ave., Ste. 1100, Dallas, TX 75219.

2.     I have been the primary attorney handling Baron & Budd's Chinese drywall cases since the departure of Plaintiffs' Steering Committee member Bruce Steckler from Baron & Budd in 2012. I have worked tirelessly to represent Baron & Budd's Chinese drywall claimants since that time.

3.     In January of 2019, in the midst of completing case specific discovery for Baron & Budd's Priority Claimants, my oldest child was diagnosed with a serious medical condition that has required hundreds of hours of time away from my work at Baron

1

& Budd over the past year. This has included traveling out of state for both short and long term stays for medical treatment.

4.     These circumstances caused considerable difficulty in keeping up with every aspect of my work at Baron & Budd. Of course, protecting clients must and has always come first.

5.     A part of my work that I was unable to keep up with was timely submitting my common benefit hours incurred in preparing Baron & Budd's five Priority Claimant cases for trial on damages.

6.     Several members of the Fee Committee are aware of these circumstances, and I do not believe they will have an objection to this late time being considered.

7.     I sincerely apologize to the Court for my failure to comply with PTO 9 and humbly request that the Court not sanction Baron & Budd for my failure to comply with its Order. I continue to hold the utmost respect for this Court, and this error on my part was not an intentional disregard for the Orders of this Court, but a failure to meet all of my obligations due to extenuating circumstances.

_____
Holly Werkema

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _3/st_ DAY OF
January, 2020.

_____
NOTARY PUBLIC
Print Name: _Karen Hewlett_

KAREN HEWLETT
Notary Public, State of Texas
Comm. Expires 07-24-2021
Notary ID 3275093

2

My commission expires: _7-24-2021_

[APPLY SEAL]