**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**APPLICATION OF THE LAW OFFICES OF RICHARD J. SERPE, P.C.
AND BREIT CANTOR GRANA BUCKNER, PLLC FOR AN ALLOCATION OF
COMMON BENEFIT FEES AND REIMBURSEMENT OF COSTS**

Pursuant to the Court's Orders dated January 16, 2020 [Rec. Doc. 22481] and January 28, 2020 [Rec. Doc. 22529], The Law Offices of Richard J. Serpe and Breit Cantor Grana Buckner, PLLC ("the Firms") hereby submit an application for an allocation of the common benefit fees and reimbursement of costs in connection with the final approval of the Class Settlement with Taishan Gypsum Co., Ltd. [Rec. Doc. 22460]. In support of its fee application, the Firms submit the attached Declaration of Richard J. Serpe (Exhibit A) and Letter with Supporting Affidavit of Richard J. Serpe (Exhibit B).

Respectfully submitted,

Dated:  January 31, 2020

By: */s/ Jeffrey A. Breit*
Jeffrey A. Breit, Esq. (LA Bar No. 3451)
Breit Cantor Grana Buckner, PLLC
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Tel: 757-622-6000
Fax: 757-670-3939
Jeffrey@breitcantor.com
*Co-counsel*

Richard J. Serpe, Esq.
The Law Offices of Richard J. Serpe, PC

1

580 East Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Member of Plaintiffs' Steering Committee,*
*Settlement Class Counsel, Member of Fee*
*Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System.

*/s/ Jeffrey A. Breit*
Jeffrey A. Breit, Esq. (LA Bar No. 3451)
Breit Cantor Grana Buckner, PLLC
600 22nd Street, Suite 402
Virginia Beach, VA 23451
Tel: 757-622-6000
Fax: 757-670-3939
Jeffrey@breitcantor.com
*Co-counsel*