

**RICHARD J. SERPE**
RSERPE@SERPEFIRM.COM
LICENSED IN VA, LA, TX

LAW OFFICES OF

# RICHARD J. SERPE PC

**CINDRA M. DOWD**
CDOWD@SERPEFIRM.COM
LICENSED IN VA

January 31, 2020

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

    RE:    In Re: Chinese-Manufactured Drywall Products Liability Litigation
            MDL No. 2047
            Common Benefit Fees

Dear Judge Fallon:

    Pursuant to your Order dated January 28, 2020, please accept this letter and accompanying Affidavit as our request for reimbursement of additional common benefit expenses not previously reported to the Court-appointed CPA.

    As set forth in the accompanying Affidavit (Attachment 1), additional expenses were isolated during a careful audit of all expenses incurred since January 1, 2014 in conjunction with the preparation of our fee petition.

    We believe that the inadvertent exclusion of these expenses was the result of excusable oversight. These expenses are detailed in the spreadsheet (Attachment 2) submitted herewith, and each such expense directly contributed to the successful prosecution of this matter. We respectfully request that the $24,451.65 contained therein be accepted for late submission. All necessary supporting documentation is available and will be submitted at the Court's direction.

    Thank you for your consideration.

Respectfully yours,

Richard J. Serpe

RJS/dmw
Enclosures



EXHIBIT B

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))

### SUPPORTING AFFIDAVIT OF RICHARD J. SERPE IN CONNECTION WITH SUBMISSION OF SUPPLEMENTAL COMMON BENEFIT EXPENSES

Personally appeared the undersigned, Richard J. Serpe, before an officer authorized to administer oaths, and upon being duly sworn states the following:

1. I, Richard Serpe, submit this Affidavit in support of our request for consideration and submission of additional common benefit expenses incurred in the prosecution of the above-captioned matter since January 1, 2014. I have personal knowledge of the matters contained herein.

2. Pursuant to the Court's Order dated January 16, 2020 [Rec. Doc. 22481], our firm conducted a comprehensive audit of all common benefit expenses incurred during the relevant time period to ensure accuracy and completeness.

3. Record keeping for our firm was complex due to the collaboration and joint submission of expenses for the Law Offices of Richard J Serpe, P. C. and Breit Cantor Grana and Buckner.

4. During the relevant time period, several key staff members of both offices involved in submission and bookkeeping for the firms left their employment. Although the expenses were incurred, documented, paid, and recorded in both firms' accounting systems,

1

the submission of "MDL Held Expenses" of all relevant expenses did not consistently take place.

5. Prior to the Court's Order noted above, a comprehensive dual firm audit had not been necessitated.

6. The attached spreadsheet contains $24,451.65 in expenses incurred by the firms while engaged directly in common benefit activities. The principal expenses were for travel to New Orleans for mandatory meetings, depositions taken at the request of lead counsel, and research necessitated by the firms' motion practice as documented in the declaration of Richard J. Serpe submitted in connection with this fee petition.

7. No other mechanism exists for reimbursement of these expenses incurred by the firms in pursuit of the common benefit of all plaintiffs.

8. We appreciate the Court's consideration of this request.

FURTHER AFFIANT SAYETH NOT.

_____
Richard J. Serpe

STATE OF VIRGINIA
CITY OF NORFOLK, to-wit:

Sworn to and subscribed before me this 31 day of January, 2020, by Richard L. Serpe

_____
Notary Public
My commission expires: 08/31/2021

2

# ATTACHMENT 2

| Date | Paid To/Received From | Explanation | Amount |
|---|---|---|---|
| 2/5/2014 | Research | Jeffrey Breit: Research for declaratory judgment actions | $ 101.66 |
| 2/19/2014 | Research | Jeffrey Breit: Research and briefing on declaratory judgment actions | $ 976.50 |
| 4/30/2014 | LexisNexis | Jeffrey Breit: Research re: enforcement of default judgment against installer defendant K&M | $ 332.96 |
| 6/4/2014 | Airfare | Jeffrey Breit: MDL meetings re: enforcement of default judgment | $ 544.50 |
| 6/18/2014 | "W" New Orleans | Richard Serpe: Meetings at Russ Herman's office, and with Jerry Meunier | $ 197.13 |
| 7/7/2014 | Airfare | Jeffrey Breit: MDL meetings re: vicarious liability/alter ego | $ 846.00 |
| 7/8/2014 | Hotel-2 nights | Jeffery Breit: MDL meetings re: enforcement of default judgment | $ 279.93 |
| 7/31/2014 | LexisNexis | Jeffrey Breit: Research re: vicarious liability/alter ego | $ 517.64 |
| 8/5/2014 | Delta | Richard Serpe: MDL monthly status conference, including meetings with Judge Fallon, and attending liason counsel meeting before conference. Fee committee interviews. | $ 631.20 |
| 8/5/2014 | Delta | Richard Serpe: Travel back to New Orleans for meetings with Arnold Levin and Russ Herman(8/12-8/14) | $ 537.20 |
| 8/5/2014 | Travel Inaurance | Richard Serpe: Travel back to New Orleans for meetings with Arnold Levin and Russ Herman (8/12-8/14) | $ 70.10 |
| 8/5/2014 | Airfare | Jeffrey Breit: Argument at MDL Status Conf. re: Fannie Mae issue in VA Class Settlements | $ 621.20 |
| 8/8/2014 | Hotel-2 nights | Jeffrey Breit: MDL meetings re: vicarious liability/alter ego | $ 620.30 |
| 8/12/2014 | Hotel New Orleans | Richard Serpe: MDL monthly status conference, including meetings with Judge Fallon, and attending liason counsel meeting before conference. Fee committee interviews. | $ 290.87 |
| 8/20/2014 | Hotel New Orleans | Richard Serpe: Travel to New Orleans for meetings with Arnold Levin and Russ Herman | $ 113.60 |
| 9/4/2014 | LexisNexis | Jeffrey Breit: Research re: vicarious liability/alter ego | $ 1,161.68 |
| 9/4/2014 | Food | Jeffrey Breit: Argument at MDL Status Conf. re: Fannie Mae issue in VA Class Settlements | $ 260.30 |
| 9/4/2014 | Food | Jeffrey Breit: Argument at MDL Status Conf. re: Fannie Mae issue in VA Class Settlements | $ 100.00 |
| 9/7/2014 | Car Rental-2 days | Jeffrey Breit: Argument at MDL Status Conf. re: Fannie Mae issue in VA Class Settlements | $ 160.70 |
| 9/7/2014 | Hotel-2 nights | Jeffrey Breit: Argument at MDL Status Conf. re: Fannie Mae issue in VA Class Settlements | $ 812.23 |
| 9/15/2014 | Delta | Richard Serpe: Travel to New Orleans for meetings with Arnold Levin and Russ Herman (9/16-9/17) | $ 713.20 |
| 9/17/2014 | Delta | Richard Serpe: Travel to New Orleans for meetings with Arnold Levin and Russ Hermans (9/16-9/17) | $ 289.00 |
| 11/12/2014 | Research | Jeffrey Breit: Research for declaratory judgment actions | $ 445.20 |
| 6/15/2015 | Delta | Richard Serpe: Flights to New Orleans for Fee Committee Meeting and MDL Status Conference (6/21) | $ 509.20 |
| 6/22/2015 | NATIONAL RENT A CAR | Richard Serpe: Appear for/attend meeting with Arnold Levin and Russ Herman (6/22) | $ 249.13 |
| 10/5/2016 | PACER Service Center | Jeffrey Breit: Research re: unsettled defendants | $ 132.10 |
| 8/8/2017 | Federal Express | Jeffrey Breit: Federal Express packets to pro se class members re: Omni XX | $ 449.48 |
| 11/13/2017 | Delta | Appear for/attend - Fee Committee: mediation in New Orleans for fee dispute; travel to New Orleans; meet with FC, attend mediation. | $ 873.20 |
| 11/29/2017 | Steckler LLP | Reimburse firm for covering my stay at hotel (after wallet lost in transit to meeting in New Orleans) | $ 219.77 |
| 4/30/2018 | LexisNexis | Jeffrey Breit: Research re: class notice in default judgment | $ 814.76 |
| 6/22/2018 | Hotel Tonight | Richard Serpe: Travel to New Orleans for Fee committee meeting; Fee committee meeting | $ 151.00 |
| 11/30/2018 | LexisNexis | Jeffrey Breit: Research re: organizational hearing in Virginia remand | $ 500.52 |
| 12/31/2018 | LexisNexis | Jeffrey Breit: Research re: availability of discovery after default and interplay of Rules 55 and 26 in Virginia remand | $ 1,175.72 |
| 2/28/2019 | LexisNexis | Jeffrey Breit: Research re: cases cited by Defendants in their Virginia trial plan | $ 112.02 |
| 3/1/2019 | LexisNexis | Jeffrey Breit: Research re: Titanic case and issue of jurisdiction in Virginia remand | $ 554.12 |
| 3/8/2019 | Airfare | Jeffrey Breit: Fligth to Miami for Florida expert deposition | $ 976.19 |
| 3/31/2019 | LexisNexis | Jeffrey Breit: Research re: Motion in limine in Florida remand | $ 116.66 |
| 4/7/2019 | Travel-meals | Jeffrey Breit: Meal for attorneys in Florida deposition | $ 189.87 |

| Date | Category | Description | Amount |
|---|---|---|---:|
| 4/7/2019 | Travel-meals | Jeffrey Breit: Meal for attorneys in California deposition | $ 388.00 |
| 4/7/2019 | Travel-meals | Jeffrey Breit: Meal for attorneys in Florida deposition | $ 105.00 |
| 4/7/2019 | Hotel-2 nights | Jeffrey Breit: California pre-deposition meeting with expert | $ 642.58 |
| 4/7/2019 | Hotel-2 nights | Jeffrey Breit: California deposition with expert | $ 796.49 |
| 4/7/2019 | Hotel-1 | Jeffrey Breit: Hotel for Florida expert deposition | $ 707.71 |
| 4/7/2019 | Travel | Jeffrey Breit: Uber for California depo | $ 153.25 |
| 4/12/2019 | Research | Jeffrey Breit: Research for case of potential priority plaintiffs in Virginia remand | $ 200.00 |
| 4/30/2019 | LexisNexis | Jeffrey Breit: Research re: Florida expert depositions | $ 166.22 |
| 7/8/2019 | PACER Service Center | Jeffrey Breit: Research re: opposition to motion to exclude Florida expert Graziano | $ 103.00 |
| 12/9/2019 | Internation House Hotel | Richard Serpe: Travel to New Orleans for fairness hearing | $ 921.96 |
| 12/9/2019 | American Airlines | Richard Serpe: Travel to New Orleans for fairness hearing | $ 2,620.60 |
| | | | **$ 24,451.65** |