UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

**BARRIOS KINGSDORF & CASTEIX, L.L.P.'S APPLICATION FOR AN ALLOCATION OF COMMON BENEFIT FEES AND REIMBURSEMENT OF HELD COSTS**

Pursuant to this Court's January 16, 2020 Order [Rec. Doc. 22481], Barrios Kingsdorf & Casteix, L.L.P. hereby submits an application for an allocation of common benefit fees and reimbursement of held costs in connection with the Class Settlement with Taishan. In support of its fee application, Barrios Kingsdorf & Casteix, L.L.P. submits the attached Joint Affidavit of Dawn M. Barrios and Emma Kingsdorf Schwab (attached hereto as Exhibit "1").

Respectfully submitted,

Dated:  January 31, 2020

By: */s/ Dawn M. Barrios*
Dawn M. Barrios
Emma Kingsdorf Schwab
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, which will serve a notice of the uploading in accordance with the procedures established in MDL 2047, on this 31st day of January, 2020.

                        */s/ Dawn M. Barrios*
                        Dawn M. Barrios
                        Emma Kingsdorf Schwab
                        Barrios Kingsdorf & Casteix, LLP
                        701 Poydras Street, Suite 3650
                        New Orleans, LA 70139
                        Phone: (504) 524-3300
                        Fax: (504) 524-3313
                        Barrios@bkc-law.com