# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.))** | |

**<u>AFFIDAVIT OF DAWN M. BARRIOS</u>**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, duly commissioned and qualified in and for the above stated Parish and State, personally came and appeared

**Dawn M. Barrios**

who did depose and state that:

1. I am over the age of majority and have personal knowledge, information and belief of the facts set forth herein.
2. I am an attorney licensed in the State of Louisiana and a partner in the law firm of Barrios, Kingsdorf & Casteix, L.L.P.
3. I am a member of the Chinese Drywall MDL Plaintiffs' Steering Committee and have done common benefit work in this MDL since my initial appointment by the Court.
4. My firm has submitted common benefit time and expenses since the inception of the Chinese Drywall MDL to Philip A. Garrett, CPA.

5. While preparing our firm's common benefit application pursuant to the January 16, 2020 Order [Rec. Doc. 22481], I asked our bookkeeper, Maria Romano, to pull Barrios, Kingsdorf & Casteix's time records from January 1, 2014 through August 31, 2019 for our review.

6. Ms. Romano has been our firm's bookkeeper for more than 30 years.

7. Upon review of Barrios, Kingsdorf & Casteix's January 1, 2014 through August 31, 2019 records provided to me by our bookkeeper, my associate, Emma Kingsdorf Schwab, discovered that there were no time entries for July 2017, October 2017, December 2017, and January 2018. Ms. Schwab asked our bookkeeper to investigate the missing records for these four (4) months.

8. After investigating the missing time entries with Ms. Schwab and our bookkeeper, I learned on the evening of January 21, 2020 that the firm's July 2017, October 2017, and December 2017 time entries were inadvertently not submitted and the January 2018 time was deemed untimely submitted. Ms. Schwab and I worked to understand why the entries were not submitted. Our bookkeeper embarrassingly admitted that her family was experiencing serious personal issues with her son during this time and she was distracted by these personal issues.

9. On January 22, 2020, I instructed our bookkeeper, Maria Romano, to submit the July 2017, October 2017, and December 2017 time entries, which she immediately did.

10. Upon discovering that 3 months were inadvertently not submitted and one month was not counted as it was classified as late (according to our calculations 5 days late), Ms. Schwab spoke with Sandra Duggan on January 21, 2020, described the issue and asked her advice on the way to handle this. Ms. Duggan advised that we contact Phil Garrett's office.

11. Ms. Schwab and I spoke with Mr. Garrett *via* telephone the morning of January 22, 2020, and explained the issue with the missing and late submissions. He advised that we contact Judge

Fallon's chambers to request permission from the Court for Mr. Garrett to accept these late entries.

12. Ms. Schwab and I called Judge Fallon's chambers, talked with Ms. Anais Moore-Jaccard the afternoon of January 22, 2020, and explained the issue with the missing and late submissions. Ms. Moore-Jaccard discussed the issue with Your Honor and instructed me to send this Affidavit, which will be filed under seal.

13. For all common benefit work our firm does in every MDL, including this one, each timekeeper contemporaneously records and describes in detail the common benefit work performed electronically. I personally reviewed the Chinese Drywall records for each month until July 2018. After my review I would instruct the bookkeeper to upload the entries as per the Court's Order. In July 2018, when Ms. Schwab began doing the majority of the MDL's common benefit work, I asked her to take over the reviewing and approving our firm's Chinese Drywall time and expenses.

14. Although the July 2017, October 2017, and December 2017 time entries were not submitted until today because I was unaware they were not submitted, the hours were kept contemporaneously and were reviewed and approved by myself on August 12, 2017,[1] December 1, 2017,[2] and January 19, 2018,[3] respectively.

15. According to PTO 9, "time and expense records shall be submitted on the 15th of each month and shall cover the time period through the end of the preceding month. Any time or expense

---

[1] August 12, 2017 email to our bookkeeper, Maria Romano, confirming the July 2017 time had been reviewed and approved, attached hereto as Exhibit "1".

[2] November 30, 2017 email to our bookkeeper, Maria Romano, confirming the October 2017 will be reviewed shortly and screenshot of October 2017 time entries in Excel showing I reviewed and approved it on December 1, 2017, collectively attached hereto as Exhibit "2".

[3] January 19, 2018 email to our bookkeeper, Maria Romano, confirming the December 2017 has been review and approved, attached hereto as Exhibit "3".

records submitted more than six (6) months in arrears may not be considered or included in any compilation of time or expense calculation and shall be disallowed, except for good cause shown and with Court approval."

16. Based on the standard identified in ¶ 15 above, January 2018 time entries were to be submitted by June 15, 2018. Our firm's January 2018 time and expenses were submitted June 20, 2018, merely 5 days late. Mr. Phil Garrett did not accept this time as it was untimely. The hours were logged contemporaneously and were reviewed and approved by Dawn Barrios on March 7, 2018.[4] Our bookkeeper did not submit the time until June 20, 2018. The delay in submitting this time was a clerical error.

17. The reported time for July 2017 is 176.65 hours, the reported time for October 2017 is 19.20 hours, the reported time for December 2017 is 10.85 hours and the reported time for January 2018 is 30.50 hours. The total for these four (4) months is 237.20 hours.

18. According to the updated time report from Phillip Garrett for time submitted and approved between January 1, 2014 and August 31, 2019 posted as of January 18, 2020, Barrios, Kingsdorf & Casteix's total hours are 9,818.85 (including L190 hours, but excluding the hours identified in ¶ 17 above).

FURTHER, AFFIANT SAITH NOT.

Dawn Barrios
Dawn M. Barrios

SWORN AND SUBSCRIBED
BEFORE ME, THIS 22nd DAY OF JANUARY, 2020.

Emma Kingsdorf Schwab
NOTARY PUBLIC

[4] Screenshot of January 2018 time entries in Excel showing I reviewed and approved it on March 7, 2018, attached hereto as Exhibit "4".

# EXHIBIT 1

**From:** Dawn Barrios
**Sent:** Saturday, August 12, 2017 1:26 PM
**To:** Maria Romano
**Subject:** RE: CDW 07/17

Done.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

Please consider the environment before printing this e-mail

**From:** Maria Romano
**Sent:** Tuesday, August 08, 2017 1:27 PM
**To:** Dawn Barrios <barrios@bkc-law.com>
**Subject:** CDW 07/17
**Importance:** High

The 07/17 CDW bills in Excel are ready to be reviewed:

Shared
CDW
Time&ExpenseSubmissions
2017
0717
BKC0717Time&Expenses

**ALL MDL, GERMANO AND FEE ALLOCATION ENTRIES ARE TOGETHER CHRONOLOGICALLY.**

Please let me know when it is done. Thanks

*Maria H. Romano*
Paralegal to Barbara Treuting Casteix, Esq.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail



BKC0717Time&Expenses.dmb - Excel

Emma Schwab

Home

New

Open

Info

Save

Save As

Save as Adobe PDF

History

Print

Share

Export

Publish

Close

Account

Feedback

Options

# Info

BKC0717Time&Expenses.dmb

S: » @GMT-2020.01.20-18.00.08 » Chinese Drywall » Time & Expense Submissions » 2017 » 0717

## Protect Workbook

Control what types of changes people can make to this workbook.

## Inspect Workbook

Before publishing this file, be aware that it contains:

- Document properties, printer path, author's name and absolute path

## Manage Workbook

There are no unsaved changes.

## Browser View Options

Pick what users can see when this workbook is viewed on the Web.

### Properties

| | |
|---|---|
| Size | 20.5KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 8/12/2017 1:23 PM |
| Created | 8/8/2017 1:23 PM |
| Last Printed | |

### Related People

Author

Add an author

Last Modified By

### Related Documents

Open File Location

Show All Properties

# EXHIBIT 2

**From:** Dawn Barrios
**Sent:** Thursday, November 30, 2017 10:53 AM
**To:** Maria Romano
**Subject:** Re: 10/17 CDW MDL

If it is on the excel sheet I will do it next on the plane.

**Dawn Barrios**
sent from iPhone.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

On Nov 30, 2017, at 9:56 AM, Maria Romano <mromano@bkc-law.com> wrote:

*Courtesy Reminder:*

Please let me know if you have reviewed the **CDW 10/17** billing. It doesn't appear that you have.

*Maria H. Romano*
Paralegal to Barbara Treuting Casteix, Esq.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

<BKC1017TimeExpenses-MDL-FEE ALLOC-GERMANO.XLSX>

BKC1017TimeExpenses-MDL-FEE ALLOC-GERMANO.dmb - Excel

Emma Schwab

Home
New
Open
Info
Save
Save As
Save as Adobe PDF
History
Print
Share
Export
Publish
Close
Account
Feedback
Options

# Info

## BKC1017TimeExpenses-MDL-FEE ALLOC-GERMANO.dmb

S: » @GMT-2020.01.20-18.00.08 » Chinese Drywall » Time & Expense Submissions » 2017 » 1017

### Protect Workbook

Control what types of changes people can make to this workbook.

### Inspect Workbook

Before publishing this file, be aware that it contains:

- Document properties, printer path, author's name and absolute path

### Manage Workbook

There are no unsaved changes.

### Browser View Options

Pick what users can see when this workbook is viewed on the Web.

### Properties

| | |
|---|---|
| Size | 16.3KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 12/1/2017 9:38 AM |
| Created | 11/7/2017 5:03 PM |
| Last Printed | |

### Related People

Author

Maria Romano

Add an author

Last Modified By

Dawn

### Related Documents

Show All Properties

9:40 AM
1/22/2020

# EXHIBIT 3

**From:** Dawn Barrios
**Sent:** Friday, January 19, 2018 6:34 PM
**To:** Maria Romano
**Subject:** RE: CDW Time 12/17
**Attachments:** Copy of BKC1217TimeExp.dmb.xlsx

I see no expenses, but the time is fine.

701 Poydras Street, Suite 3650
New Orleans, LA 70139
504.524.3300 (phone)
504.524.3313 (fax)

 Please consider the environment before printing this e-mail

**From:** Maria Romano
**Sent:** Friday, January 19, 2018 6:18 PM
**To:** Dawn Barrios <barrios@bkc-law.com>
**Subject:** CDW Time 12/17
**Importance:** High

Please review attached time and expenses for 12/17 CDW and make any revisions.

Shared
Chinese Drywall
Time and Expense Submissions
2017
1217
BKC1217TimeExp.xlsx

*Maria H. Romano*
Paralegal to Barbara Treuting Casteix, Esq.

701 Poydras Street, Suite 3650
New Orleans, LA 70139

504.524.3300 (phone)
504.524.3313 (fax)

Please consider the environment before printing this e-mail

# EXHIBIT 4

BKC0118TimeExp.cdw.dmb.final - Excel

Emma Schwab

Home

New

Open

Info

Save

Save As

Save as Adobe PDF

History

Print

Share

Export

Publish

Close

Account

Feedback

Options

# Info

BKC0118TimeExp.cdw.dmb.final

S: » Chinese Drywall » Time & Expense Submissions » 2018 » 0118

## Protect Workbook

Control what types of changes people can make to this workbook.

## Inspect Workbook

Before publishing this file, be aware that it contains:

- Document properties, author's name and absolute path

## Manage Workbook

There are no unsaved changes.

## Browser View Options

Pick what users can see when this workbook is viewed on the Web.

## Properties

| | |
|---|---|
| Size | 13.3KB |
| Title | Add a title |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 3/7/2018 3:22 PM |
| Created | 2/26/2018 10:34 AM |
| Last Printed | |

### Related People

Author

Add an author

Last Modified By

### Related Documents

Show All Properties