# EXHIBIT B

Total Time and Held Cost from January 2015 to December 2019

(as of 2020-01-31 10:21:08)

This report includes all submissions **EXCLUDING** withdrawn, whether reviewed or under review.

| Firm | Held Cost Accepted | Held Cost Rejected | Held Cost Under Review | Held Cost Total |
|---|---|---|---|---|
| Barrios, Kingsdorf & Casteix | $22,850.55 | $765.82 | $783.67 | $24,400.04 |
| **Total:** | **$22,850.55** | **$765.82** | **$783.67** | **$24,400.04** |