# EXHIBIT C

**ATTORNEYS AND PRO SE PLAINTIFFS BKC ROUTINELY COMMUNICATED WITH**

| Firm | Contacts |
|---|---|
| Allison Grant, P.A. | Allison Grant |
| Arthur Edge, P.C. | David Horsley |
| Baron & Budd | Holly Wermka<br>Lynn Collins |
| Bencomo & Associates | Raul Bencomo<br>Yolanda Johnson |
| Berniard Law Firm | Jeffrey Berniard |
| Berrigan Litchfield Schonekas Mann & Traina | E. John Litchfield<br>Kathy Torregano<br>Connie Fossier |
| Billing, Cochran, Lyles, Mauro & Ramsey, PA | Manuel Comras<br>Pamela Roland |
| Binegar Christian, LLC | David Binegar<br>Tiffany Christian |
| Beavers Law Firm | F.A. Branscombe Beavers |
| Bruno & Bruno, LLP | Joseph Bruno<br>Don Reichert |
| Burdman Law Group | Pieter O'Leary |
| C.S. Chiepalich, PC | C.S. "Chip" Chiepalich |
| Carey Danis & Lowe | Andrew Cross<br>Chrissy Miller |
| Carol Newman Law Firm | Carol Newman |
| Colson Hicks Eidson | Patrick Montoya<br>Natalie Rico<br>Yilianne Aguiar<br>Kristina Bado<br>Becky Ferrer |
| Don Barrett P.A. and Lovelace Law | David McMullan<br>Katherine Barrett Riley<br>Christy Maddux James |
| Doyle Law - Trial Attorneys | James "Jimmy" Doyle |
| F. Page Gamble, PC | F. Page Gamble |
| Gainsburgh Benjamin David Meunier & Warshauer, LLC | Gerald Meunier<br>Michael Ecuyer<br>Rachel M. Naquin<br>Denise Martin |
| Galante & Bivalacqua | Scott Galante |
| Gentle Turner & Sexton | Edward Sexton<br>Arlene Ecker |

| Firm | Contacts |
|---|---|
| Gould Cooksey Fennell | Brian Connelly<br>Nicole Moran |
| Gregory D'Angelo | Gregory D'Angelo |
| Handley Farah & Anderson PLLC | William Anderson |
| Hawkins Gibson, PLLC | Edward Gibson<br>John Hawkins |
| Herman, Herman & Katz | Steve Herman<br>Russ Herman<br>Lenny Davis<br>Regina Valenti |
| Irpino, Avin & Hawkins | Pearl Robertson<br>Anthony Irpino<br>Heather Bersch |
| Krupnick Campbell Malone Buser Slama Hancock Liberman | Michael Ryan<br>Elizabeth Wiesend |
| Law Offices of Richard J. Serpe, P.C. | Richard Serpe<br>Jeffrey Breit<br>Tracy Masi |
| Law Offices of Sidney D. Torres, III | Roberta Burns<br>Jeanne Roach<br>Beau Camel |
| Lemmon Law Firm | Andrew Lemmon<br>Tiffany Kuiper |
| Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A. | Ben Gordon<br>Charisse Charles |
| Lucas Magazine | Martin Macyszyn<br>Denise Toribio |
| Martzell & Bickford | Larry Centola<br>Adam C. Thomas |
| McCallum Hoaglund Cook Irby | Eric Hoaglund<br>Lori Marler |
| Michael A. Serrano | Michael A. Serrano |
| Milstein Adelman & Durkee | Mark Milstein<br>Linda Lee Turcois<br>Antherin Ventanilla |
| Morgan & Morgan | Pete Albanis<br>Elizabeth Rigsby<br>Amber Horton |
| Mrachek Fitzgerald, Rose | Gregory Weiss<br>Patrice Symons |
| Norton, Hammersley, Lopez & Skokos, P.A. | Derrick Maginness<br>Jill Koon |

| Firm | Contacts |
|---|---|
| O'Bryon & Schnabel | Kevin O'Bryon |
| | Ryan Rodriguez |
| Paul A. Lea, Jr. APLC | Paul Lea |
| | Jean Hummel |
| Paulson & Paulson, PLC | Matthew Paulson |
| Pender & Coward, P.C. | William Lascara |
| | Diane C. Reid |
| Pita Weber Del Prado | Howard "Skip" Pita |
| | Patty Quijada |
| Pittman Dutton & Hellums | Booth Samuels |
| | Jill Stanley |
| Podhurst Orseck | Robert Josefsberg |
| | John Gravanite |
| | Peter Prieto |
| Reeves & Mestayer | Jim Reeves |
| | Beverly Holder |
| Reich & Binstock | Dennis Reich |
| | Jenny Lott |
| | Melissa Ephron |
| Roberts & Durkee, P.A. | David Durkee |
| Seeger Weiss, LLP | Scott George |
| | Christopher Seeger |
| | Caroline Choe |
| Simon, Peragine, Smith & Redfearn, L.L.P. | Robert Redfearn, Jr. |
| | Peter S. Thriffiley, Jr. |
| | Marilyn Baroni |
| Steckler, LLP | Bruce Steckler |
| | Jamie Baciak |
| Strom Law Firm, LLC | John Alphin |
| Taylor Martino Zarzaur, PC | Edward Rowan |
| The Braswell Firm, LLC | Kasie Braswell |
| The Lambert Firm, APLC | Hugh Lambert |
| | Cayce Peterson |
| | Courtney Mumphrey |
| Thornhill, Fayard & Honeycutt | Frank Elliot |
| Toxic Litigation Group, LLC | Stuart Barasch |
| Vaughn & Bowden, PA | Thomas E. Vaughn |
| | Lori Lea Sawyer |
| Viles & Beckman, LLC | Michael Beckman |
| | Marcus Viles |
| | Opal Sosa |

| Firm | Contacts |
|---|---|
| VMDiaz and Partners | Victor Diaz |
| | Jorge D. Lorenzo |
| | Fabiola Estrada |
| Whitfield, Bryson & Mason, LLP | Daniel Bryson |
| | Pat Wallace |
| | Gary Mason |
| | Amanda Mkamanga |
| Willis & Buckley, APC | Jennifer Martinez |
| | Dena Daigle |
| Wolfe Law Group | Seth Smiley |
| | Sarah Persich |
| Pro Se Plaintiffs | Amy and Jesus Adaniel |
| | Jason and Heather Ancer |
| | Bill Delayo |
| | Nadja and Donald Fisher |
| | Arledys Gallardo |
| | Reginald and Annette Green |
| | Lucille Greenhill |
| | Timothy and Maria Helmick |
| | Gary Quaintance |
| | Bryce and Stacey Kelly |
| | Caroll Lamarque |
| | Gary Marozi |
| | Rhonda McNeely |
| | Gessie Pierre |
| | Patricia Schandelmeier |
| | Michael J. Toso, III |