# EXHIBIT D

## FOIA REQUESTS SENT BY BKC

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| Office of Information Programs and Services, US Dept. of State | China National Building Materials Co., Ltd. | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | China National Building Materials Company, Limited (CNBM Co.) | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | China National Building Materials Group Corporation (CNBM Group) | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | China National Building Materials Import and Export Company | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | CNBM Forest Products (Canada), Ltd. | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Beijing New Building Materials Public Limited Company (BNBM PLC) | 9/11/2015 | 9/18/2015 | 12/2/2015 |

2

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| Office of Information Programs and Services, US Dept. of State | Beijing New Building Materials (Group) Co., Ltd. (BNBM Group) | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | State-owned Assets Supervision and Administration Commission of the State Counsel | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Taishan Gypsum Co., Ltd. | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Tai'an Taishan Plasterboard Co., Ltd. | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Jishi Group Co., Ltd. | 9/11/2015 | 9/22/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Jia Tongchun | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Song Zhiping | 9/11/2015 | 9/18/2015 | 12/2/2015 |

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| Office of Information Programs and Services, US Dept. of State | Chang Zhangli | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Chen Yu | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Zhao Yanming | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Zhou Guoping | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Cao Jianglin | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Che Gang | 9/11/2015 | 9/18/2015 | 12/2/2015 |
| Office of Information Programs and Services, US Dept. of State | Wang Bing | 9/11/2015 | 9/18/2015 | 12/2/2015 |

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| U.S. Agency for International Development | China National Building Materials Co., Ltd.; China National Building Materials Company, Limited (CNBM Co.); China National Building Materials Group Corporation (CNBM Group); China National Building Materials Import and Export Company; CNBM Forest Products (Canada), Ltd.; Beijing New Building Materials Public Limited Company (BNBM PLC); Beijing New Building Materials (Group) Co., Ltd. (BNBM Group); State-owned Assets Supervision and Administration Commission of the State Counsel; Taishan Gypsum Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Jishi Group Co., Ltd.; Jia Tongchun; Song Zhiping; Chang Zhangli; Chen Yu; Zhao Yanming; Zhou Guoping; Cao Jianglin; Che Gang; and Wang Bing | 9/18/15, returned in mail and went back out on 9/28/15 | | |

4

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| United States Dept. of Commerce | China National Building Materials Co., Ltd.; China National Building Materials Company, Limited (CNBM Co.);  China National Building Materials Group Corporation (CNBM Group); China National Building Materials Import and Export Company;  CNBM Forest Products (Canada), Ltd.; Beijing New Building Materials Public Limited Company (BNBM PLC); Beijing New Building Materials (Group) Co., Ltd. (BNBM Group); State-owned Assets Supervision and Administration Commission of the State Counsel; Taishan Gypsum Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Jishi Group Co., Ltd.; Jia Tongchun; Song Zhiping; Chang Zhangli; Chen Yu;  Zhao Yanming; Zhou Guoping; Cao Jianglin; Che Gang; and Wang Bing | 9/18/2015 | | 12/2/2015 |

5

| Request Made to | Entity Name | Date Mailed | Date Received | Response Date |
|---|---|---|---|---|
| Office of United States Trade Representative | China National Building Materials Co., Ltd.; China National Building Materials Company, Limited (CNBM Co.);  China National Building Materials Group Corporation (CNBM Group);China National Building Materials Import and Export Company;  CNBM Forest Products (Canada), Ltd.; Beijing New Building Materials Public Limited Company (BNBM PLC); Beijing New Building Materials (Group) Co., Ltd. (BNBM Group); State-owned Assets Supervision and Administration Commission of the State Counsel; Taishan Gypsum Co., Ltd.; Tai'an Taishan Plasterboard Co., Ltd.; Jishi Group Co., Ltd.; Jia Tongchun; Song Zhiping; Chang Zhangli; Chen Yu;  Zhao Yanming; Zhou Guoping; Cao Jianglin; Che Gang; and Wang Bing | 9/18/2015 | | 12/2/2015 |