# EXHIBIT E

## CDW DEPOSITIONS BKC ATTENDED AND ASSISTED WITH PREPARATION

| Date | Deponent | Title | Location |
|---|---|---|---|
| 10/17/2018 | Callia, Roger | Louisiana *Amorin* Select Claimant | Chalmette, Louisiana |
| 11/13/2018 | Owens, Brenda | Perpetuation Deposition | Birmingham, Alabama |
| 1/7/2019 | Marin, Cassandra | Florida *Amorin* Priority Plaintiff | West Palm Beach, Florida |
| 1/8/2019 | Griffin, David | Florida *Amorin* Priority Plaintiff | West Palm Beach, Florida |
| 1/8/2019 | Griffin, Diane | Florida *Amorin* Priority Plaintiff | West Palm Beach, Florida |
| 1/17/2019 | Back, Charles David | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/17/2019 | Back, Mary Ann | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/18/2019 | Fineschi, Nicola | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/18/2019 | Fineschi, Connie | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/22/2019-1/23/2019 | Gang, Che | Taishan 30(b)(6) Product ID Deposition | Atlanta, Georgia |
| 1/23/2019 | Maggiore, Peter | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/23/2019 | Maggiore, Frankie | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/24/2019 | Blue, John | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/24/2019 | Blue, Rachelle | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/28/2019 | Gonzales, Jane | Louisiana *Amorin* Select Claimant | Laplace, Louisiana |
| 1/29/2019 | Zubrowski, Michael | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 1/29/2019 | Zubrowski, Linda | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 2/6/2019 | Couture, Patrick | Louisiana *Amorin* Select Claimant | Chalmette, Louisiana |
| 2/6/2019 | Couture, Kasie | Louisiana *Amorin* Select Claimant | Chalmette, Louisiana |

| Date | Deponent | Title | Location |
|---|---|---|---|
| 2/7/2019 | Randazzo, Virginia | Louisiana *Amorin* Select Claimant | Chalmette, Louisiana |
| 2/8/2019 | Catalanotto, Mary | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 2/8/2019 | Donnelly, Joseph | Fact Witness | New Orleans, Louisiana |
| 2/11/2019 | Eyrich, Lillian | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 2/12/2019 | Sims, Frankie Frazier | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 2/13/2019 | Young, Melissa Ann | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 2/19/2019 | Haindel, Mary | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 3/12/2019 | Blalock, Angela | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 3/19/2019 | Zhang, Zhou | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 3/19/2019 | Zhao, Xue Ying | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 3/28/2019 | Lawrence, Annette | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |
| 4/9/2019 | Leon, Debra | Louisiana *Amorin* Select Claimant | New Orleans, Louisiana |