| Report Name - | Standard Detail Report | | Attorney - | ALL |
|---|---|---|---|---|
| Run Date - | 01/31/2020 | | Activity - | ALL |
| Case ID - | 09-6326.13 | | Cost Category - | ALL |
| Case Status - | ALL | | Specified Amount - | ALL |
| Case Type - | ALL | | | |

| CASEID | STYLE | | | | STATUS |
|---|---|---|---|---|---|
| 09-6326.13 | ALONZO, Lana | | vs. | | CLASS ACTIONS |
| Invoice Date/No. | | Check Date/No. | Description | Payee | Cost Category | Amount |

| Invoice Date/No. | Check Date/No. | Description | Payee | Cost Category | Amount |
|---|---|---|---|---|---|
| 06/18/2009 SG02-18331 | 06/18/2009 73088 | FILING FEE LANA ALONZO | UNITED STATES DISTRICT CO | 10410 | 350.00 |
| 08/13/2009 SG02-19021 | 08/13/2009 73559 | EXPERT FEE | THE BOSTON CHEMICAL DAT | 10432 | 1,423.69 |
| 09/09/2009 NO 50107824 | 09/09/2009 73824 | CD DUPLICATION | CHOICE PROFESSIONAL OVER | 10422 | 7.27 |
| 09/22/2009 SG02-19449 | 09/22/2009 73921 | EXPERT FEE | THE BOSTON CHEMICAL DAT | 10432 | 676.09 |
| 10/19/2009 10365 | 10/19/2009 74119 | INSPECTION | DRISKILL ENVIRONMENTAL | 10432 | 425.00 |
| 11/25/2009 10419 | 11/25/2009 74340 | EXPERT FEE | DRISKILL ENVIRONMENTAL | 10432 | 275.00 |
| | 11/01/2013 COPITRAX | | Copy Charges | 10481 | 3.00 |
| | 01/31/2014 COPITRAX | | Copy Charges | 10481 | 0.50 |
| | 06/06/2017 COPITRAX | | Print Description | 10481 | 0.30 |
| | 03/01/2018 COPITRAX | | Print Description | 10481 | 1.05 |
| | 04/09/2018 COPITRAX | | Print Description | 10481 | 0.15 |
| 11/13/2018 SG02-38025 | 11/13/2018 87296 | MERAUX MTG. W/ CLIENT 11/9 | RACHEL NAQUIN | 10426 | 16.35 |
| 01/18/2019 SG02-38374 | 01/18/2019 87518 | ST. BERNARD FILING FEE | RACHEL NAQUIN | 10410 | 36.00 |
| | 02/12/2019 COPITRAX | | Print Description | 10481 | 0.75 |
| | 03/01/2019 COPITRAX | | Print Description | 10481 | 6.75 |
| | 06/04/2019 COPITRAX | | Postage | 10487 | 0.50 |
| | 06/04/2019 COPITRAX | | Print Description | 10481 | 0.45 |

| Trust Funds: | 0.00 | Advances: | 0.00 | CourtCost: | 386.00 |
|---|---|---|---|---|---|
| Expense: | 2,836.85 | UnReimbursed: | 3,222.85 | Assignments: | 0.00 |
| Fees Earned: | 0.00 | Cost Limit: | | | |

**Summary By Cost Category**

| Cost Category | GL Description | Totals |
|---|---|---|
| 10410 | COURT COSTS | 386.00 |
| 10422 | PHOTOCOPIES | 7.27 |
| 10426 | ATTORNEY TRAVEL | 16.35 |
| 10432 | EXPERT FEES AND EXPENSES | 2,799.78 |
| 10481 | COPIES MADE | 12.95 |
| 10487 | IN-HOUSE POSTAGE CHARGES | 0.50 |
| **Grand Total:** | | **3,222.85** |

EXHIBIT II(a)

Page Number: 1

| Report Name - | Standard Detail Report | | Attorney - | ALL |
|---|---|---|---|---|
| Run Date - | 01/31/2020 | | Activity - | ALL |
| Case ID - | 09-6326.60 | | Cost Category - | ALL |
| Case Status - | ALL | | Specified Amount - | ALL |
| Case Type - | ALL | | | |

| CASEID | STYLE | | | STATUS |
|---|---|---|---|---|
| 09-6326.60 | LEWIS, Barbara and Brian | vs. | | CLASS ACTIONS |

| Invoice Date/No. | Check Date/No. | Description | Payee | Cost Category | Amount |
|---|---|---|---|---|---|
| | 11/01/2013 COPITRAX | | Copy Charges | 10481 | 3.50 |
| | 06/02/2015 COPITRAX | | Postage | 10487 | 0.48 |
| | 06/06/2017 COPITRAX | | Print Description | 10481 | 0.30 |
| | 03/01/2018 COPITRAX | | Postage | 10487 | 0.68 |
| | 03/01/2018 COPITRAX | | Print Description | 10481 | 1.65 |
| | 04/01/2019 COPITRAX | | Copy Charges | 10481 | 25.05 |
| | 04/01/2019 COPITRAX | | Print Description | 10481 | 19.50 |
| | 06/04/2019 COPITRAX | | Postage | 10487 | 0.50 |
| | 06/04/2019 COPITRAX | | Print Description | 10481 | 1.50 |

| Trust Funds: | 0.00 | Advances: | 0.00 | CourtCost: | 0.00 |
|---|---|---|---|---|---|
| Expense: | 53.16 | UnReimbursed: | 53.16 | Assignments: | 0.00 |
| Fees Earned: | 0.00 | Cost Limit: | | | |

**Summary By Cost Category**

| Cost Category | GL Description | Totals |
|---|---|---|
| 10481 | COPIES MADE | 51.50 |
| 10487 | IN-HOUSE POSTAGE CHARGES | 1.66 |
| **Grand Total:** | | 53.16 |

EXHIBIT II(b)

Page Number:   1