UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | ) ) | SECTION: L |
| ALL CASES (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.)) | ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**TAISHAN SETTLEMENT – COMMON BENEFIT FEE APPLICATION**

NOW COMES, Whitfield Bryson & Mason LLP ("WBM"), who makes this common benefit fee application for the Taishan settlement, to wit:

**I.    NATURE OF THE WORK PERFORMED.**

WBM, through founding partners Daniel Bryson and Gary Mason, were intimately involved in the *Knauf* cases and continued to positively contribute to the resolution in the Taishan settlement by providing their considerable insight and judgment. Daniel Bryson is a member of the PSC and, along with other WBM attorneys Gary Mason and Patrick Wallace, participated in the common prosecution of the case by attending status conferences, PSC meetings, and hearings. Daniel Bryson personally conducted privilege and confidentiality reviews of key documents in order to challenge improper designations, which proved to be not only successful but instrumental in achieving a favorable settlement. In addition, two of WBM's clients—Cathy Allen and Tracy and Joey Fatta—were chosen as Select Claimants in Louisiana. As such, WBM attorney Patrick Wallace prepared for their depositions by conducting telephone

preparation sessions, supplementing their document productions0, contacting third party entities for supporting information, researching relevant law, and ultimately defending their depositions.

## II.     AMOUNT OF HOURS.

WBM transmitted true and correct time submissions pursuant to the Court's Pretrial Orders to Phillip Garrett, the Court appointed Certified Public Accountant. Accordingly, the Court may rely on the information submitted by WBM to Mr. Garrett and contained in his Case Cost Management System in this litigation. WBM has expended a total of 179.60 hours toward the common benefit of the Taishan Settlement, of which 141.50 have been approved. In addition, Mr. Garrett rejected as untimely 35 hours spent by Daniel Bryson, which were expended due to a meeting to review and assess confidentiality designations in New Orleans. However, there is no dispute as to legitimacy of the time spent or any opposition that it was spent for the common benefit of the case. Accordingly, WBM requests that the 35 hours be included for a total of 176.5 hours.

In addition, WBM transmitted true and correct expense submissions of $4,098.25 pursuant to the Court's Pretrial Orders, which have been approved by Mr. Garrett. WBM requests two additional expense submissions be approved. One expense submission of $2,386.97, which was incurred due to a meeting to review and assess confidentiality designations in New Orleans, was deemed untimely and requires approval. Additionally, a separate expense of $698.37, incurred in defending a Select Claimant deposition in New Orleans, was rejected for failure to include an index; an index has been submitted and is awaiting review. As there can be no objection that these expenses are legitimate and reasonably incurred in the prosecution of the common benefit, WBM requests that total expenses of $7,183.59 be approved.

## III. CONCLUSION.

WBM request that it be compensated for the common benefit time that it expended on this matter and be reimbursed for reasonable expenses incurred.

This the 31st day of January, 2020.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically served all parties authorized to receive service via CM/ECF.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Counsel for Plaintiffs*