## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.)) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

### DECLARATION OF DANIEL K. BRYSON IN SUPPORT OF WHITFIELD BRYSON & MASON LLP'S APPLICATION FOR COMPENSATION FOR COMMON BENEFIT TIME AND REIMBURSEMENT OF EXPENSES

I, Daniel K. Bryson, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true correct:

1. I am a founding partner in the law firm of Whitfield Bryson & Mason LLP.

2. The address of the law firm identified in number 1 above is 900 W. Morgan Street, Raleigh, North Carolina, 27603.

3. I, along with founding partner Gary Mason and attorney Patrick Wallace, have participated in the common prosecution of the above-captioned case by attending status conferences, PSC meetings, and hearings. In addition, I conducted privilege and confidentiality reviews of key documents in order to challenge improper designations for this case. Furthermore, two of WBM's clients—Cathy Allen and Tracy and Joey Fatta—were chosen as Select Claimants in Louisiana. Patrick Wallace prepared for their depositions by conducting telephone preparation sessions, supplementing their document productions, contacting third party entities for supporting information, researching relevant law, and ultimately defending their depositions.

4. WBM has submitted true and correct time and expense submissions pursuant to the Court's Pretrial Orders. This Declaration is submitted on behalf of all the members of the law firm.

5. The Court may rely on the information submitted by my firm to Philip Garrett, the Court appointed Certified Public Accountant which is contained in his Case Cost Management System in this litigation.

6. WBM has expended 176.5 hours toward the common benefit of the Taishan case. Of those hours, Mr. Garrett rejected 35 hours submitted by Daniel Bryson as untimely. These hours were reasonably and necessarily incurred due to a PSC meeting during which I reviewed and assessed confidentiality designations in New Orleans.

7. WBM has incurred total expenses of $7,183.59 in the prosecution of the common benefit of the Taishan case. Of that amount, Mr. Garrett has approved $4,098.25. The remaining amount comprises $2,386.97—incurred during a PSC meeting to review confidentiality designations in New Orleans—and $698.37—incurred in defending a Select Claimant deposition in New Orleans—are both legitimate expenses reasonably incurred in the prosecution of the common benefit of the Taishan case.

Dated: January 31st, 2020.

_____
Daniel K. Bryson