UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| *THIS DOCUMENT RELATES TO ALL CASES* | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MORGAN & MORGAN'S APPLICATION FOR COMMON BENEFIT FEES

Pursuant to the Court's January 16, 2020 Order (D.E. 22481), Morgan & Morgan hereby submits its Application for Common Benefit Fees, indicating the time spent and nature of work performed from January 1, 2014 through December 31, 2019 on Taishan matters.

In accordance with this Court's Pre-Trial Orders No. 9 and/or 9A, Morgan & Morgan submitted true and correct time and expense submissions. The Court may rely on the information submitted by Morgan & Morgan to Philip Garrett, the Court appointed Certified Public Accountant, which is contained in his Case Cost Management System in this litigation.

The substantial common benefit contribution made by Morgan & Morgan is summarized on Exhibit A, the Third Affidavit in Support of Application for Common Benefit Fees, submitted in accordance with PTO 28 and this Court's January 16, 2020 Order. Morgan & Morgan will also supplement the attached at the Court's or Fee Committee's request.

Dated: January 20, 2020

Respectfully Submitted,

*/s/ Pete V. Albanis*
PANAGIOTIS "PETE" V. ALBANIS
Fla. Bar No. 0077354
palbanis@forthepeople.com
Morgan & Morgan, P.A.
12800 University Drive, Suite #600
Fort Myers, FL 33907

Phone: (239) 433-6880
Fax:    (239) 433-6836

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Morgan & Morgan's Application for Common Benefit Fees has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 20th day of January 2020.

*/s/ Pete V. Albanis*