UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, et al., Civil Action No. 09-4115 (E.D. La.) | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

## MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.'S APPLICATION FOR COMMON BENEFIT FEES REGARDING TAISHAN SETTLEMENT

NOW INTO COURT, comes the Law Firm of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. ("Mrachek Law"), which makes this common benefit fee application for the Taishan Settlement, in accordance with the Court's January 16, 2020 Order appointing a Fee Allocation Committee [DE22481], and states as follows:

1. Pursuant to PTO 28, the Fee Committee is charged with evaluating "the relative contribution of each common benefit attorney to the outcome of the litigation." PTO 28, at pp. 9-10. This includes "weigh[ing] reported hours of common benefit ... in degrees of importance to the relief achieved." (*Id.*, at p. 11).

2. Mrachek Law has expended 201.4 hours of common benefit time performed in connection with the Chinese Drywall litigation from June 1, 2018 to May 31, 2019.[1]

3. Mrachek Law performed many different tasks in the Taishan litigation, over and above its role as Individually Retained Counsel. In the matter of *Eduardo and Carmen Amorin, et al. v. Taishan Gypsum Co., Ltd.*, (United States District Court for the Southern District of

---

[1] / See Affidavit of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. in Support of Application for Common Benefit Fees Regarding Taishan Settlement (Exhibit "A").

1

Florida, Case No. 1:11-cv-22408-MGC), Mrachek Law represented two (2) of the twenty (20) Priority Claimants (David Deeg and Deborah Hooker, and Steven and Cathy Etter).

4. As noted in the prior submissions to Garrett and Company's Case Cost Management System, Mrachek Law's common benefit work by attorneys, Gregory S. Weiss, and Jessica Weitman, included, but was not limited to: attending case strategy meetings with co-counsel for Plaintiffs; participating in numerous case strategy conference calls with co-counsel for Plaintiffs; responding to discovery on behalf of Priority Claimants; preparing witness and exhibit lists for Priority Claimants; attending depositions of Priority Claimants; and, attending the deposition of Plaintiff's expert witness, Michael Elkins.

WHEREFORE, Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. requests that it be compensated for the common benefit time that it expended on this matter.

January 31, 2020.

Respectfully submitted,

/s/ Gregory S. Weiss
Gregory S. Weiss, Esq.
(Florida Bar No.: 163430)
MRACHEK, FITZGERALD, ROSE,
KONOPKA, THOMAS & WEISS, P.A.
505 S. Flagler Dr., Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
Facsimile: (561) 655-5537
gweiss@mrachek-law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or hand delivery and email, and upon all parties by electronically uploading same to Lexis Nexis File and Serve in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 31st day of January, 2020.

                                                s/GREGORY S. WEISS
                                                GREGORY S. WEISS
                                                (Florida Bar No.: 163430)
                                                MRACHEK, FITZGERALD, ROSE,
                                                KONOPKA, THOMAS & WEISS, P.A.
                                                505 S. Flagler Dr., Suite 600
                                                West Palm Beach, FL 33401
                                                Telephone: (561) 655-2250
                                                Facsimile:  (561) 655-5537
                                                gweiss@mrachek-law.com

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.) | |

**AFFIDAVIT OF MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A. IN SUPPORT OF APPLICATION FOR COMMON BENEFIT FEES REGARDING TAISHAN SETTLEMENT**

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared ALAN B. ROSE, ESQ., who, after being first duly sworn, under penalty of perjury, did depose and declare that the following are true and correct:

1. I am a partner in the law firm of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.

2. Affiant has personal knowledge of the facts stated herein.

3. This Affidavit is submitted in support of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A.'s ("Mrachek Law") Application for Common Benefit Fees.

4. Mrachek Law has complied with Pre Trial Order No. 9 or 9A in all material aspects, and has submitted true and correct time and expense submissions pursuant to the Court's Pre Trial Orders. This Affidavit is submitted on behalf of all the members of the law firm of which I am a partner.

1

5. The Court may rely on the information submitted by Mrachek Law to Philip Garrett, the court appointed Certified Public Accountant, which is contained in his Case Cost Management System in this litigation.

6. Mrachek Law has expended 201.4 hours of common benefit time performed in connection with the Chinese Drywall litigation from June 1, 2018 to May 31, 2019.[1]

7. Mrachek Law has complied with Pretrial Order No. 9 in all material aspects and has submitted true and correct time.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALAN B. ROSE

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me by means of: ☒ physical presence or ☐ online notarization, this 31st day of January 2020, by Alan B. Rose, who is: ☒ personally known to me, or ☐ has produced _____ as identification.

SEAL:



NOTARY PUBLIC, State of Florida
Print Name: Patrice M. Symons
My Commission Expires: Sept. 20, 2022

---

[1] / Mrachek Law has submitted time records to Philip Garrett for all of the time it has expended in connection with common benefit time. The amount of 201.4 hours requested herein is in agreement with the Lodestar Value Sortable Report, attached as Exhibit 2 to the Corrected Affidavit of Philip A. Garrett, C.P.A. [DE 22380-4].

2