# Exhibit A

STATE OF MISSISSIPPI

COUNTY OF HARRISON

FIRST JUDICIAL DISTRICT



1st Judicial District
Instrument Number 2004   5267 D-J1
Filed/Recorded  6 28 2004   8 58 A
Total Fees   8.00
3 Pages Recorded



### WARRANTY DEED

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid and other good

and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, the

undersigned **M & G CONSTRUCTION, INC.**, a Mississippi corporation, does hereby sell, convey

and warrant unto **PEGGY HENDERSON**, the following described real property situated in Harrison

County, Mississippi, described as:

> Lot 1, Block 13, TIMBER RIDGE SUBDIVISION, a subdivision of Harrison
> County, Mississippi, as per the official map or plat thereof on file and of record in the
> office of the Chancery Clerk of Harrison County, First Judicial District, Mississippi.

The above described property is conveyed subject to restrictions, reservations and easements

of record.

It is agreed and understood that the taxes for the current year have been prorated as of this

date on an estimated basis, and that when said taxes are actually determined, if the proration as of

this date is incorrect, the parties herein agree to pay on a basis of an actual proration. All subsequent

years taxes are specifically assumed by the Grantee herein.

WITNESS the signatures of the undersigned this 25th day of June, 2004.

M & G CONSTRUCTION, INC.

BY: VERNON J. GARRIGA, JR., President

BY: WAYNE A. MARIE, Secretary-Treasurer

1

STATE OF MISSISSIPPI

COUNTY OF HARRISON

Personally came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named VERNON J. GARRIGA, JR., President, and WAYNE A. MARIE, Secretary-Treasurer, respectively of the above named M & G CONSTRUCTION, INC., a Mississippi corporation, who acknowledged that acting for and on behalf of said corporation, they signed delivered the above and foregoing instrument of writing on the day and year therein written, being first duly authorized so to do by proper resolution thereof.

Given under my hand and official seal of office this 25th day of June, 2004.

_____
NOTARY PUBLIC

My commission expires: 10/8/06

GRANTOR:    20025 Patton Road
            Long Beach, MS 39560
            (228) 868-7034

GRANTEE:    110 Laurel Lane
            Pass Christian, MS 39571
            (228) 452-1413

THIS INSTRUMENT PREPARED BY:
Julien K. Byrne III
P.O. Box 179
Pass Christian, MS 39571
(228) 452-9408

INDEX AS FOLLOWS:
Lot 1, Block 13, TIMBER RIDGE SUBDIVISION,
Harrison County, First Judicial District, Mississippi

04-14495 Henderson

2

3

## RESOLUTION OF M & G CONSTRUCTION, INC.

BE IT REMEMBERED that a meeting of the Board of Directors of M & G CONSTRUCTION, INC. was held June 24, 2004, and all members were present, at which meeting the following resolution was duly adopted:

BE IT RESOLVED that VERNON J. GARRIGA, JR., as President, and WAYNE A. MARIE, as Secretary-Treasurer, of said M & G CONSTRUCTION, INC., be and are hereby authorized and empowered to sell and convey unto PEGGY HENDERSON, the following described property, to-wit:

Lot 1, Block 13, TIMBER RIDGE SUBDIVISION, a subdivision of Harrison County, Mississippi, as per the official map or plat thereof on file and of record in the office of the Chancery Clerk of Harrison County, First Judicial District, Mississippi.

BE IT FURTHER RESOLVED that VERNON J. GARRIGA, JR., as President, and WAYNE A. MARIE, as Secretary-Treasurer, are hereby authorized and empowered to execute a Warranty Deed for and on behalf of the corporation, thereby conveying the above described property to PEGGY HENDERSON, on such terms and conditions as they shall deem fair and reasonable; and to do any and all things necessary to consummate the sale of the above described property.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I, WAYNE A. MARIE, as Secretary-Treasurer, do hereby certify the above and foregoing is a true and correct copy of a resolution adopted by this corporation at a meeting of its Board of Directors held on June 24, 2004.

Certified this 25th day of June, 2004.

WAYNE A. MARIE, Secretary-Treasurer