# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Peggy Powell |
| Address of Affected Property | 110 Laurel Lane |
| | Pass Christian, MS 39571 |
| Is this Property:* | **Residential** (circled)   Commercial   Governmental |
| Name of Person Completing this Form | Peggy Powell |
| Is above your primary residence? | Yes  **No** (circled) |
| Mailing Address (if different) | 18247 Fraser Drive |
| | Gulfport, MS 39503 |
| Phone: | ( 228 ) 697 - 1161 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | Owner-Occupant   **Owner Only** (circled)   Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v Knauf |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Underwriters at Lloyd's London |
| Policy #: | 992MS-3427 |
| Agent: | SCU |
| Address: | P.O. Box 5108 |
| | Jackson, MS 39296 |
| Phone: | ( 800 ) 291 - 5788 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Peggy Powell | 06/03/06 | / / | M / **F** | / / | Yes **No** | Owner Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

**1.0.** Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)   No

- **1.1.** If "Yes" to Question 1.0 Section IV. Who conducted the inspection?  Peggy Powell
- **1.2.** When did the inspection take place?  07/25/18

**2.0.** Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)   No

- **2.1.** If "Yes" to Question 2.0. Section IV. Who made this determination?  Peggy Powell
- **2.2.** When was this determination made?  07/25/18

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,812 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 01/02/06 | Completion Date | 06/02/06 |
|---|---|---|---|
| Move In Date: | 06/03/06 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:  Joey Garriga
25240 Dubuison Road
Pass Christian, MS 39571

Phone: ( 228 ) 380 - 9693

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: (   )   -

Page 2

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form | | | |
|---|---|---|---|
| I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control. | | | |
| [signature] Claimant's Signature | 1/30/18. Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3



# Lloyd's Certificate

**This Insurance** is effected with certain Underwriters at Lloyd's, London.

**This Certificate** is issued in accordance with the limited authorization granted to the Correspondent by certain Underwriters at Lloyd's, London whose syndicate numbers and the proportions underwritten by them can be ascertained from the office of the said Correspondent (such Underwriters being hereinafter called "Underwriters") and in consideration of the premium specified herein, Underwriters hereby bind themselves severally and not jointly, each for his own part and not one for another, their Executors and Administrators.

**The Assured** is requested to read this Certificate, and if it is not correct, return it immediately to the Correspondent for appropriate alteration.

All inquiries regarding this Certificate should be addressed to the following Correspondent:

**SCU**
P.O. Box 5108
Jackson, MS  39296

SLC-3 (USA) NMA 2868 (24/08/2000)
Form approved by Lloyd's Underwriters' Non-Marine Association Limited

# DWELLING FIRE DECLARATION

Insurance is effective with certain UNDERWRITERS AT LLOYD'S, LONDON.

POLICY NO. 992MS-3427

Effective from 10/20/2017 to 10/20/2018
at 12:01 A.M. Standard Time at the location of the residence premises/dwelling

NAMED INSURED/MAILING ADDRESS
Peggy Powell

18247 Fraser Dr

Gulfport, MS 39503

INSURED LOCATION
110 Laurel Lane

Pass Christian, MS 39571

CONSTRUCTION: Masonry/Brick
PROTECTION CLASS: 06

This insurance policy is issued pursuant to Mississippi law covering surplus lines insurance. The company issuing the policy is not licensed by the State of Mississippi, but is authorized to do business in Mississippi as a nonadmitted company. The policy is not protected by the Mississippi Insurance Guaranty Association in the event of the insurer's insolvency.

MORTGAGEE
HANCOCK BANK, TRADEMARK OF WHITNEY BANK
ISAOA/ATIMA
P O BOX 690190

San Antonio, TX 78269-0190
LN # 12010296897

INSURED'S PRODUCER

Lemon Mohler Insurance - Gulfport
(228) 832-1139

| COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|
| SECTION I - PROPERTY | | |
| COVERAGE A. DWELLING | $200,000 | $ 1,514.00 |
| COVERAGE B. OTHER STRUCTURES | $10,000 | $ INCLUDED |
| COVERAGE C. PERSONAL PROPERTY | $0 | $ NOT COV'D |
| COVERAGE D. FAIR RENTAL VALUE | $20,000 | $ INCLUDED |
| COVERAGE E. ADDITIONAL LIVING EXPENSE | $0 | $ NOT COV'D |
| SECTION II - LIABILITY | | |
| COVERAGE L. PREMISES LIABILITY (EACH OCCURRENCE) | $500,000 | $ 86.00 |
| COVERAGE M. MEDICAL PAYMENTS (EACH PERSON) | $5,000 | $ INCLUDED |

| DEDUCTIBLES | AMOUNT OF DEDUCTIBLE | DEDUCTIBLE PREMIUM |
|---|---|---|
| ALL OTHER PERILS | $2,500 | $ INCLUDED |
| WINDSTORM & HAIL | $ 3% | $ INCLUDED |

**CERTIFICATES ENDORSEMENTS & CANCELLATIONS
MUST BE ORDERED FROM SCU**

**NO FLAT CANCELLATIONS
UNLESS AT THE REQUEST OF THE COMPANY**

In the event of a claim, please notify the following:

SCU
P. O. Box 5108
Jackson, MS 39296
Fax: (Claims only) 800-291-5788
MHCclaims@scui.com

Dated: 10/06/2017

| | |
|---|---|
| POLICY PREMIUM | $ 1,600.00 |
| POLICY FEE | $ 150.00 |
| INSPECTION FEE | $ .00 |
| SLT TAX | $ 70.00 |
| STAMPING FEE | $ 4.38 |
| MWUA | $ 52.50 |
| TOTAL POLICY PREMIUM | $ 1,876.88 |

*Claire Willis* (signature)

DEC-1