# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

|  |
|---|
| **For Internal Use Only** |
| File No. _____ |
| Date Received: _____ |

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Chinese Manufactured Drywall         MDL NO. 2047
Products Liability Litigation                SECTION: L
                                             JUDGE FALLON
This Document Relates to:                    MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin, using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge. If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted. You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law. Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: **David**          **W**   **Fozard**
                  First Name          M.I.   Last Name                    Suffix

**Candace**                          **S**   **Fozard**
Co-Claimant First Name (if applicable)  M.I.  Last Name                   Suffix

_____
Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| 72685 Diamondhead Drive North | |
|---|---|
| Address 1 | Address 2 |
| Diamondhead / MS | 39525 |
| City / State | Zip Code |

Is the Property residential or commercial? **Residential**

Name of Person Completing this Form: **David W Fozard**
First Name / M.I. / Last Name / Suffix

Mailing Address (if different):

| PO Box 6098 | |
|---|---|
| Address 1 | Address 2 |
| Diamondhead / MS | 39525 |
| City / State | Zip Code |

Phone Number of Person Completing This Form: ( 217 ) 433 - 9850

---

**Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims**

When did you acquire the Property? Month/Day/Year: 3 / 19 / 2015

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: 1 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall? ☐ Yes ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year: 1 / 2017

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

[blank]

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it? ☐ Yes ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

2

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☐ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☒ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☒ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☒ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
              Month   Day    Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☒ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?    _____

3

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                     Month  Day  Year

At the Date of Foreclosure or Short Sale, the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                       Month  Day  Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? No _____

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

[                                                                                       ]

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?
Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☐ Yes  ☐ No

If you have preserved samples, where are the samples located?
_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☐ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

### Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received:  $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 77,000_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

### Section IX. Verification of Supplemental Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

Claimant's signature: *[signed]*

Date signed: 3/21/2018

Name: David W. Fozard

Address: 72685 Diamondhead Drive North
City: Diamondhead  State: MS  Zip Code: 39525

Phone No.: (217) 433 - 9850

Email: candace.fozard@gmail.com

# Exhibit

(See Section VII)

Documents Related to Other Damages

# ALL ABOUT ELECTRIC
Licensed • Bonded • Insured
Remodels • New Work • Residential • Commercial

**David Towery**
**228-326-1982**

| PHONE NO. | DATE |
|---|---|
|  | 12/30/2016 |

**NAME:** Fozard
**ADDRESS:** 72685 Diamondhead dr North

| QUAN | # | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
|  | 1 |  |  |  |
|  | 2 |  |  |  |
|  | 3 | Replaced outlet in |  |  |
|  | 4 | Bedroom | $75.00 |  |
|  | 5 |  |  |  |
|  | 6 |  |  |  |
|  | 7 |  |  |  |
|  | 8 | Needs chimness Drywall |  |  |
|  | 9 | inspection |  |  |
|  | 10 |  |  |  |
|  | 11 | Paid NO |  |  |
|  | 12 | Check |  |  |
|  | 13 | # 166 |  |  |
|  | 14 |  |  |  |
|  | 15 |  |  |  |
|  | 16 |  |  |  |
|  | 17 |  |  |  |
|  |  | Sub Total |  |  |
|  |  | Tax |  |  |
|  |  | Total | $75.00 |  |

Best Buy BBY_1174
10545 HWY 49
GULFPORT, MS, 39503-4182
228-539-6463

## BESTBUY.COM PICKUP RECEIPT

| | | |
|---|---|---|
| 4363404 | Candace   Fozard | 29.99 |

HP  ENVY 4520 Wireless AllInOne Instant Ink Ready Printer  Black

Model#     F0V69A#B1H

Serial#      TH7444K1ZS

---

| | | |
|---|---|---|
| 5884828 | Candace   Fozard | 649.99 |

HP  156 TouchScreen Laptop  Intel Core i7  12GB Memory  1TB Hard

Model#     15-BS038DX

---

| | |
|---|---|
| SUBTOTAL : | $ 679.98 |
| Sales Tax : | $47.60 |
| TOTAL : | $ 727.58 |
| TOTAL ITEMS PICKED UP: | 2 |
| PAYMENT METHOD : | CREDIT_CARD |
| ADJUSTED AMOUNT : | 0.00 |

Order #  BBY01-803267012464

Keep Your Receipt!

BestBuy.com's return and price-matching policies may vary from Best Buy store policies. Complete details are available on BestBuy.com.  If you have a question about your order, click on Order Status on BestBuy.com. Or, call Customer Care at 1-888-BEST BUY (1-888-237-8289)

### Special Offer Returns

If you purchased a bundle and return any individual item in that bundle, you will be charged the full non-bundle price and applicable tax on the items you keep. If you purchased an item that included a free gift, you must also return the free gift in order to receive a full refund. If

Printed on:  07/20/2017 @ 12:10 PM

Best Buy BBY_1781
3889 PROMENADE PKWY
DIBERVILLE, MS, 39540-5363
228-354-9799

## BESTBUY.COM PICKUP RECEIPT

| | | |
|---|---|---|
| 5238500 | Candace   Fozard | 1049.99 |

HP  Envy 17334 TouchScreen Laptop  Intel Core i7  16GB Memory  1TB
Model#    M7-U009DX

| | |
|---|---|
| SUBTOTAL : | $ 1,049.99 |
| Sales Tax : | $73.50 |
| TOTAL : | $ 1,123.49 |
| TOTAL ITEMS PICKED UP: | 1 |
| PAYMENT METHOD : | PAYPAL |
| ADJUSTED AMOUNT : | 0.00 |

Order #  BBY01-788195011059

Keep Your Receipt!

BestBuy.com's return and price-matching policies may vary from Best Buy store policies. Complete details are available on BestBuy.com.  If you have a question about your order, click on Order Status on BestBuy.com. Or, call Customer Care at 1-888-BEST BUY (1-888-237-8289)

Printed on:  08/05/2016 @ 02:33 PM

10/2



**ETS**

Quality • Integrity • Commitment
- Plumbing
- Air Conditioning
- Heating
- Electrical



## CONTRACT ADDENDUM

10105 Tucker Rd.
Ocean Springs, MS
39565

872-5358 Ocean Springs
396-1005 Biloxi
863-4117 Gulfport
762-1555 Pascagoula

**CUSTOMER NAME:** DAVID & Candace Fozard
72685 Diamondhead Dr. N.
Diamondhead, MS. 39525

217 433-9850

**CONTRACT NUMBER:** 320463302

**DATE:** 6/23/15

Collect 75.00

Lights & Outlets went out all of a sudden. No Tripped Breakers.

(1) Found Bad Connections on Recp. in Master Bedroom
(2) Replace Recp. And Re~~~~ Terminated @ Wire Connections.
(3) Checked Circuit and Works Fine

Service Tech: Tony

American Home Shield

**TECHNICIAN'S SIGNATURE:** [signature]
**CUSTOMER'S SIGNATURE:** [signature]

**REFER TO ORIGINAL CONTRACT NUMBER**