**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  **CHINESE-MANUFACTURED**          **MDL NO. 2047**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**                                       **SECTION: L**

**THIS DOCUMENT RELATES TO:**          **JUDGE FALLON**

**ALL** *CASES*                                        **MAG. JUDGE WILKINSON**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING PARKER WAICHMAN LLP'S EX PARTE MOTION TO**
**WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF MARY ESCUDIE**

Considering the law firm of Parker Waichman LLP's *Ex Parte Motion to Withdraw as*
*Counsel of Record for Plaintiff Mary Escudie and Incorporated Memorandum of Law,*

**IT IS ORDERED** that Parker Waichman LLP and its attorneys are hereby withdrawn as
counsel of record for Mary Escudie in these proceedings and that the Clerk of Court's records be
changed to reflect the same.

**DONE AND ORDERED** in New Orleans, Louisiana, this __4th__ day of
_____February_____, 2020.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE