# Exhibit B

Plaintiff Profile Form - Residential Properties

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| --- | --- |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
| --- | --- |
| Name Property Owner | The Van Tran & Chin Thi Nguyen |
| Address of Affected Property | 12912 Rosemont Street |
| | Ocean Springs, MS 39564 |
| Is this Property:* | **Residential** (circled)  Commercial  Governmental |
| Name of Person Completing this Form | The Van Tran & Chin Thi Nguyen |
| Is above your primary residence? | Yes  **No** (circled) |
| Mailing Address (if different) | 6513 J.F. Douglas Drive |
| | Ocean Springs, MS 39564 |
| Phone: | ( 228 ) 806 - 9392 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| Circle one: | Owner-Occupant   **Owner Only** (circled)   Renter-Occupant |
| --- | --- |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
| --- | --- |
| Homeowner/ Renter Insurer: | State Farm Fire and Casualty Company |
| Policy #: | 24-C5-7550-7 |
| Agent: | James W. Webb |
| Address: | 1256 Bienville Blvd. |
| | Ocean Springs, MS 37564 |
| Phone: | ( 228 ) 875 - 3400 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- |
| The Van Tran | / / | / / | **M** / F | / / | Yes **No** | Owner Only |
| Chin Thi Nguyen | / / | / / | M / **F** | / / | Yes **No** | Owner Only |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?  (Yes)  No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **David Coroy**

   1.2. When did the inspection take place? **04/14/18**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?  (Yes)  No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? **Doyle Law Firm, PC**

   2.2. When was this determination made? **04/14/18**

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

## Section VI. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,460 | | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | | | |
| Height of interior Walls | 8' | Year-round | | | |
| Number of Bedrooms: | 3 | Summer | | | |
| Number of Bathrooms: | 2 | Winter | | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| | | |
|---|---|---|
| Start Date: / / | Completion Date | / / |
| Move In Date: / / | Date Acquired Home | 09/31/06 |

Date Range for Renovations: (Month/Day/Year)

| | | |
|---|---|---|
| Start Date: / / | Completion Date | / / |
| Move In Date: / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (     )     -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (     )     -

## Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: (     )     -

Plaintiff Profile Form - Residential Properties

| Section XI. Verification of Plaintiff Profile Form |
|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_[signature]_  5-16-18
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

_[signature]_  5-16-18
Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

Claimant's Signature     Date Signed     Claimant's Signature     Date Signed

## DECLARATIONS

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Coverage afforded by this policy is provided by:

STATE FARM FIRE AND CASUALTY COMPANY
11350 JOHNS CREEK PARKWAY
DULUTH GA 30098

24-C5-7550-7   **Policy Number**

A Stock Company with Home Offices in Bloomington, Illinois.

**Named Insured and Mailing Address**
NGUYEN, CHIN
6627 ROSE FARM RD
OCEAN SPRINGS, MS 39564-2134

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

10-18-2017 **Effective Date**
**12months-Policy Period**
10-18-2018 **Expiration of Policy Period**

**Limit of Liability - Section 1**
$ 121,600   Dwelling (Coverage A)

**Automatic Renewal** - If the **Policy Period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1** 1%/$1216
ALL LOSSES   In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy Type**
Homeowners Policy
 Dwell Repl Cost - Similar Construction

**Location of Premises**
12912 ROSEMONT ST
OCEAN SPRINGS MS   39564-9123

**Policy Premium**   $635.00

**Forms & Endorsements**
FP-7955      HOMEOWNERS POL         LSP A1      SMLR CONST-A
LSP B1       LMT RPLC COST-B        OPT OL      BLD ORD/LAW-10%
FE-7512.1    WIND HAIL EXCL         FE-3482     HO-W POL END
FE-2340      AMENDATORY             FE-3650     ACTUAL CASH

Agent Name & Address
JAMES W. WEBB
P O BOX 1710
1256 BIENVILLE BLV
OCEAN SPRINGS, MS
39564        (228)875-3400

Loan Number:

Countersigned: May 10, 2018   By _[signature]_ Agent    1262 Agent's Code
559-916.2 Rev. 4-96                                     **MORTGAGEE COPY**

```
                          PREMIUM NOTICE
                    STATE FARM INSURANCE COMPANIES
                      AGENT ISSUED DECLARATIONS

                                                        559-916.4

----------------------------------------------------------------
|POLICY NUMBER   | BILLING PERIOD                | AGENT CODE |
| 24-C5-7550-7   | FROM 10-18-2017 | TO 10-18-2018 |   1262    |
----------------------------------------------------------------
```

LOCATION (If other than Named Insured's mailing address)
12912 ROSEMONT ST
OCEAN SPRINGS MS    39564-9123


**INSURED**
NGUYEN, CHIN
6627 ROSE FARM RD
OCEAN SPRINGS, MS 39564-2134

**PREMIUM** $    635.00

**AMOUNT PAID** $    635.00

**AMOUNT DUE** $       .00

**DATE DUE**

**AGENT NAME & ADDRESS**
JAMES W. WEBB
P O BOX 1710
1256 BIENVILLE BLV
OCEAN SPRINGS, MS
39564           (228)875-3400

Loan Number:


STATE FARM INSURANCE COMPANIES

11350 JOHNS CREEK PARKWAY
DULUTH GA 30098

559-916.4

```
Year: 2018              Jackson County, Mississippi    16-JUL-18:11:01 AM
Card:    1 of  1        ** Master Summary Display **              NICK
Reco:701324   Dist: 4002         * Legal Description *
Pidn: 07175121.000               ........................
                                 Town: 7  Rang: 8  Sect: 07  CSec:
        * Owner/Address *        1-REPLAT OF LT 121 SWEETBRIAR S/D
        ------------------       2-PT 2 PB 15-16 DB 1805-786
    TRAN THE VAN                 3-(156 Map783.07)
                                 4-
    6627 ROSE FARM RD            5-
    OCEAN SPRINGS MS             6-
               39564-0000        7-
                                 8-
    * Exemptions *               9-
    HS Number:         HstP:   .00%    Gisp: 783.07-00-0156.00
    Xmpt Code:   0                     Acrt:      .00      Ascd:

                    * Prev Values *     * Curr Values *    * Undiv Intrst *
                    PLvl:    17180      Lavl:    17180     Undi:
                    PBvl:    76310      Blvl:    76310     Undp:   .00%
                    Ptot:    93490      Totv:    93490
    ** Current Value subject to change until approved by the Board of Supervisors **

    Enter Command,Data:
```



```
   Addition       Sty Ht Addition Text                Sketch Vector Display
-------------------------------------------------------------------------------
 A M -Main         1.00                               Skv1:A0 CU27R23U4R23D34L12D
 3L15U6L19
 B OP-Op            .30                               Skv2:A1 R13CR6D4L6U4
 C G -Garage        .60                               Skv3:A2 U4CL12U23R12D23
 D P -Patio        1.00                               Skv4:A3 U27R10CU10R12D10L12

 E DP-DetCarport   1.00                               Skv5:A4 L40U30CL18U20R18D20


Enter Command,Data:
```

```
Year: 2018                  Jackson County, Mississippi      16-JUL-18:11:00 AM
Card:    1 of  1            ** Improvement/Addition Data **         NICK

Pidn: 07175121.000      Cond: AV        Type: RE-SF Res      Scal:H  Clas:D
Reco: 701324   DevD:   0% DevT:   DevY:    0 YBlt: 2006   Remo:   0    Eage:   0
Phcf:   0%    Adjs:   0%    Tbl Depr:  88%   Mkt Depr:   0%   Tot % Good:  88%

    Addition            Area     Sty Ht    Code    Rate/Valu    %Good    Cls/Grd    Exempt
    ADC#                ADA#     ADS#      ADX#    ADR#/ADV#    ADP#     ACL#       AXM#
    ------------------------------------------------------------------------------------
  1 M -Main             1460     1.00                           88%
  2 OP-Op                 24      .30                           88%
  3 G -Garage            276      .60                           88%
  4 P -Patio             120     1.00      T                    88%      AV
  5 DP-DetCarport        360     1.00      T                    70%      A3
  6
  7
  8
  9

Enter Command,Data:
```