UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## **PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs The Van Tran and Chin Nguyen, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs The Van Tran and Chin Nguyen owns a property in the State of Mississippi with a street address of: 12912 Rosemont Street, Ocean Springs, MS 39564.

4. Plaintiffs The Van Tran and Chin Nguyen purchased the property on September 31, 2006.

5. Plaintiffs The Van Tran and Chin Nguyen discovered Knauf-manufactured drywall in their home on April 14, 2018, through a self-inspection.

1

6. Plaintiffs The Van Tran and Chin Nguyen filed his claim against the Knauf Defendants in this action on August 31, 2018.

7. On February 7, 2013, this Court certified a settlement class that included the Knauf entities.

8. The State of Mississippi has a three-year statute of limitations for product liability claims.

9. Plaintiffs The Van Tran and Chin Nguyen completed and executed a verified Plaintiff Profile Form.

10. Plaintiffs The Van Tran and Chin Nguyen completed and executed a verified Supplemental Plaintiff Profile Form.

11. Plaintiffs The Van Tran and Chin Nguyen completed and executed a verified Plaintiff Fact Sheet.

12. Plaintiffs The Van Tran and Chin Nguyen were deposed by Knauf's Counsel on August 22, 2019 in New Orleans, Louisiana.

13. Plaintiffs The Van Tran and Chin Nguyen seek all damages available under Mississippi law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Mississippi Consumer Protection Act.

3

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*