UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

Considering defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion for Summary Judgment (Rec. Doc. 22442) regarding loss of use and enjoyment damages sought by Plaintiffs The Van Tran and Chin Nguyen;

**IT IS HEREBY ORDERED** that defendants, Knauf Gips KG and Knauf Plasterboard (Tianjin) Ltd.'s Motion for Summary Judgment is **DENIED**.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
Eldon E. Fallon
United States District Court Judge