UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

**JOINT REPORT NO. 119 OF
<u>PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL</u>**

Plaintiffs' Liaison Counsel ("PLC"), Defendants' Liaison Counsel ("DLC") and Defendants' Liaison Counsel for Taishan, CNBM and BNBM entities (appointed provided it has no effect on any of these Defendants' jurisdictional and alter ego arguments) [Rec. Doc. 19234], submit this Joint Report No. 119.

I. <u>PRE-TRIAL ORDERS</u>

All Pre-Trial Orders are posted on the Court's website located at www.laed.uscourts.gov, which has a tab that links directly to "Drywall MDL." The Court's website also includes other postings relevant to the litigation.

II. <u>INEX, BANNER, KNAUF, L&W and GLOBAL SETTLEMENTS</u>

On February 22, 2018, a Motion to Extinguish the Knauf Defendants' Settlement Obligations for Certain Remediation Claims was filed with the Court [Rec. Doc. 21190]. Certain Claimants listed in the Motion have filed a response [Rec. Docs. 21230, 21236, 21237, 21529, 21638]. Several other claimants have been in contact with the Knauf Defendants and have completed their Remediation Claims or expect to complete their

Remediation Claims soon. The matter was heard on July 18, 2018 and the court issued an Order on July 18, 2018 [Rec. Doc. 21539], granting the motion in part and continuing certain claims. The motion was heard following the December 20, 2018 Status Conference and an Order was issued on December 21, 2018 [Rec. Doc. 21998].

On December 20, 2018, a Joint Motion to Deposit Funds Into the Registry of the Court and to Approve QSF Wind Down was filed with the Court [Rec. Doc. 21995]. On December 21, 2018, the Court issued an Order Regarding the Joint Motion to Approve QSF Wind Down and Deposit Funds in the Court Registry [Rec. Doc. 21999].

### III. TAISHAN, CNBM AND BNBM DEFENDANTS

Following certification by this Court and acceptance by the Fifth Circuit Court of Appeals of an interlocutory appeal of the Court's April 21, 2017 personal jurisdiction order, the parties submitted briefs and the case is now scheduled for argument on February 3, 2020.

### IV. TAISHAN SETTLEMENT

On August 20, 2019, Settlement Class Counsel's Unopposed Motion for an Order: (1) Preliminarily Approving the Class Settlement Agreement With Taishan; (2) Preliminarily Certifying a Settlement Class; (3) Directing the Dissemination of Class Notice; (4) Scheduling a Fairness Hearing; and (5) Continuing the Stay of Litigation of Claims Against Taishan and the Additional Released Parties was filed with the Court [Rec. Doc. 22305]. The matter was heard on August 29, 2019 and on August 29, 2019 the Court entered an Order: (1) Preliminarily Approving the Class Settlement Agreement With Taishan; (2) Preliminarily Certifying a Settlement Class; (3) Directing the Dissemination

of Class Notice; (4) Scheduling a Fairness Hearing to take place on December 11, 2019 at 9:00 a.m.; and (5) Continuing the Stay of Litigation of Claims Against Taishan and the Additional Released Parties [Rec. Doc. 22314].

On August 29, 2019, Class Counsel filed a Notice of Filing of the Master Spreadsheet of Known Settlement Class Member Claims [Rec. Doc. 22312]. On October 31, 2019, the Settlement Administrator filed a Notice of Filing of Revised Master Spreadsheet of Known Settlement Class Member Claims [Rec. Doc. 22355].

On September 5, 2019, Class Counsel filed a Notice of Filing Long Form Notice [Rec. Doc. 22316]. On September 12, 2019, the Court issued an Order transferring the initial payment deposited by Taishan into the Court's treasury to the Court's registry by the Court's Budget and Financial Administrator [Rec. Doc. 22320].

The Claims Administrator, BrownGreer, has mailed an individual Estimate to all known Settlement Class Members. More information and questions regarding the Settlement Program should be directed to BrownGreer by calling toll free 1-866-573-6691 or by visiting [WWW.CHINESEDRYWALLSETTLEMENT.COM](WWW.CHINESEDRYWALLSETTLEMENT.COM). The Claims Administrator, BrownGreer, received 109 challenges to information on the MSS and ruled on those challenges.

On September 26, 2019, the Court entered an Order stating Taishan deposited the remainder of the "Initial Payment" into the Court's treasury and ordered that funds be transferred from the Court's treasury to the Court's registry by the Court's Budget and Financial Administrator [Rec. Doc. 22330]. Additionally, the "Second Payment" was

3

made by Taishan and deposited into the Court's registry.  The current total principal paid by Taishan into the Court's registry is $99,200,000.00.

On October 9, 2019, the Court issued an Order [Rec. Doc. 22340] regarding communications with the Court during the Class Notice Period.

On Novembr 19, 2019, Settlement Class Counsel filed a Motion for Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retainer Attorneys under a Motion for Leave to Exceed Page Limitation and to Set Briefing Schedule [Rec. Doc. 22363], along with a Request for Oral Argument on the motion to be set on December 11, 2019 [Rec. Doc. 22364].  An Order was issued on November 25, 2019 granting the 22363 Motion for Leave, setting deadlines for November 27, 2019, and setting the Motion for Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retainer Attorneys for submission on December 11, 2019 [Rec. Doc. 22367].  On December 2, 2019, the Motion for Award of Attorneys' Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retainer Attorneys was filed by the Clerk at Rec. Doc. 22380.  On December 16, 2019, a Notice of Erata was filed by Settlement Class Counsel [Rec. Doc. 22421] submitting a revised proposed order.  On January 10, 2020, Settlement Class Counsel filed a Motion to Substitute Exhibit [Rec. Doc. 22459] with the Court, substituting a corrected Affidavit of Philip A. Garrett, C.P.A.  On January 10, 2020, the Court issued Order & Reasons [Rec. Doc. 22460].  On January 13, 2020, the Court issued a Judgment Pursuant to FRCP 54(b) Granting Final Approval to the Class Settlement with Taishan, Certifying the Settlement Class, and Establishing the Amount of Attorney Fees [Rec. Doc. 22466].  On January 16,

2020, the Court issued an Order [Rec. Doc. 22481] appointing a Fee Allocation Committee, as well as setting a deadline for filing an application for common benefit fees. On January 28, 2020, the Court issued an Order [Rec. Doc. 22529] regarding supplementing or clarifying hours reported to the Court-appointed CPA should be directed to the Court.

On December 4, 2019, Taishan filed the Declaration of Christina Hull Eikhoff [Rec. Doc. 22387].

On December 4, 2019, Settlement Class Counsel filed a Notice of Filing of Objections to the Class Settlement into the Record with all Objections received [Rec. Doc. 22389]. On December 17, 2019, a Notice of Withdrawal of Objection was filed by Class Member, Frederick Yorsch [Rec. Doc. 22422]. On January 22, 2020, Settlement Class Counsel filed a Supplemental Response to Michael Guerriero's Purported Objection [Rec. Doc. 22502] and Taishan filed a Response to Correspondence from Michael Guerriero [Rec. Doc. 22503]. On February 4, 2020, the Court issued Order and Reasons regarding Michael Guerriero's filing [Rec. Doc. 22554].

On December 6, 2019, Settlement Class Counsel filed a Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement With taishan and (2) Certifying the Settlement Class [Rec. Doc. 22397] and Defendants filed a Joinder in Class Counsel's Motion for Entry of an Order and Judgment (1) Granting Final Approval of the Class Settlement with Taishan and (2) Certifying the Settlement Class, and Supplemental Memorandum in Support Thereof [Rec. Doc. 22393]. On December 11, 2019, the Final Fairness Hearing was conducted and was taken under submission. On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22414]. On December

5

13, 2019, Settlement Class Counsel filed a Notice of filing to Supplement Exhibit at Rec. Doc. 22397-16 (Approved by the Court) [Rec. Doc. 22417].

On January 10, 2020, the Court issued Order & Reasons [Rec. Doc. 22460]. On January 13, 2020, the Court issued a Judgment Pursuant to FRCP 54(b) Granting Final Approval to the Class Settlement with Taishan, Certifying the Settlement Class, and Establishing the Amount of Attorney Fees [Rec. Doc. 22466].

On January 10, 2020, the Court entered an Order [Rec. Doc. 22461] directing Settlement Class Counsel and Defense Counsel to review and respond to correspondence of Mary Escudie. On January 16, 2020, Settlement Class Counsel filed a Response to Correspondence of Mary Escudie Pursuant to Order dated January 13, 2020 [Rec. Doc.22483] and Taishan filed a Response to Letter of Florida Plaintiff Mary Escudie Per Court's January 13, 2020 Order [Rec. Doc. 22482]. On February 4, 2020, the Court issued Order and Reasons overruling the request to participate in the Taishan Settlement [Rec. Doc. 22554].

On January 14, 2020, Settlement Class Counsel filed a Notice of Filing Opt-Out Request Post-Marked January 11, 2020 [Rec. Doc. 22469].

On January 17, 2020, the Court issued an Order [Rec. Doc. 22488] ordering any attorney representing an opt-out plaintiff to attend the monthly status conference.

On January 28, 2020, a Motion to Rescind Opt Out of Class Action Settlement was filed with the Court [Rec. Doc. 22530].

## V. BENNETT CLASS ACTION

On November 4, 2019, an Amended Case Management Order was entered by the Court [Rec. Doc. 22359].

A telephone status conference was held on November 14, 2019, and a Minute Entry was entered [Rec. Doc. 22362] ordering that depositions of the Huntsville Plaintiffs will be held in Birmingham, Alabama, and the depositions of the Fort Myers Plaintiffs will be held in Fort Myers, Florida, and ordering a telephone status conference on December 10, 2019 at 9:00 a.m.  On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22409] relating to the December 10, 2019 status conference ordering that documents requested by Defendants following plaintiffs deposition must be produced to Defendants within 21 days of the deposition.

On November 25 and 26, 2019, the Knauf Defendants filed numerous Motions for Summary Judgments [Rec. Docs. 22368, 22369, 22370, 22371, 22372, 22373, 22374, 22376], as well a Motion to Dismiss Party Claims [Rec. Doc. 22375] with the Court.  On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22409] setting these motions for hearing with oral argument on January 8, 2020.  On December 20, 2019, the Court issued a Minute Order resetting these motions for January 22, 2020 [Rec. Doc. 22427].

On December 2, 2019, a Motion to Remand was filed by Plaintiff [Rec. Doc. 22384].  On December 10, 2019, Knauf filed a Memorandum in Opposition to the 22384 motion [Rec. Doc. 22401].  On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22409] setting this motion for hearing with oral argument on January 8,

7

2020.  On January 2, 2020, the Court issued an Order [Rec. Doc. 22445] rescheduling the motion for hearing on January 8, 2020 at 2:00 p.m.  On January 6, 2020, an Unopposed Motion to Continue Hearing was filed with the Court [Rec. Doc. 22448].  On January 7, 2020, the Court issued an Order [Rec. Doc. 22450] granting the 22448 motion, continuing and resetting hearing with oral argument for January 22, 2020 at 9:00 a.m.   The matter was heard on January 22, 2020 and the Court issued a Minute Entry [Rec. Doc. 22524] denying the 22384 motion as premature.

On December 3, 2019, Plaintiff filed a Motion for Extension of Deadlines, Alternatively, Motion to Vacate Case Management Order [Rec. Doc. 22385].  On December 9, 2019, Knauf filed a Memorandum in Opposition to the 22385 motion [Rec. Doc. 22398].  On December 20, 2019, the Court issued a Minute Order denying the 22385 motion [Rec. Doc. 22427].

On December 9, 2019, Knauf filed a Motion to Deny Class Certification Pursuant to FRCP Rule 23 [Rec. Doc. 22399].  On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22409] setting this motion for hearing with oral argument on January 8, 2020.  On January 2, 2020, the Court issued an Order [Rec. Doc. 22445] rescheduling the motion for hearing on January 8, 2020 at 2:00 p.m.  On January 6, 2020, an Unopposed Motion to Continue Hearing was filed with the Court [Rec. Doc. 22448].  On January 7, 2020, the Court issued an Order [Rec. Doc. 22450] granting the 22448 motion, continuing and resetting hearing with oral argument for January 22, 2020 at 9:00 a.m.  On January 14, 2020, Plaintiff filed an Opposition to the 22399 Motion [Rec. Doc. 22473].  On January 21, 2020, Knauf filed a Reply [Rec. Doc. 22497].  The matter was

heard on January 22, 2020 and on January 28, 2020, the Court issued Order and Reasons granting the 22399 motion [Rec. Doc. 22528].

On December 11 and 12, 2019, Knauf filed numerous Motions for Summary Judgment [Rec. Docs. 22407, 22408 and 22412], with the Court. On December 20, 2019, the Court issued a Minute Order setting these motions for January 22, 2020 [Rec. Doc. 22427].

On December 12, 2019, the Court issued a Minute Entry [Rec. Doc. 22409] ordering the parties to participate in a Telephone Status Conference on December 20, 2019 at 10:00 o'clock a.m.

On December 23, 2019, Knauf filed numerous Motions for Summary Judgment [Rec. Docs. 22428, 22430, 22431, 22432, 22433, 22435, 22436, 22437, 22438, 22439, 22440, 22441 and 22442] with the Court. Additionally, on January 6, 7 and 23, 2020, Knauf filed numerous Motions for Summary Judgment [Rec. Docs. 22446, 22447, 22451, 22452, 22453 and 22523] with the Court.

On January 8, 13. 14 and 17, 2020, Plaintiff filed numerous Oppositions to Motions for Summary Judgment [Rec. Docs. 22454, 22455, 22456, 22457, 22458, 22462, 22463, 22464, 22465, 22468, 22470, 22471, 22472, 22484, 22485, and 22487].On January 14, 2020, Plaintiff filed a Motion for Extension of Time to File Response/Reply as to numerous Motions for Summary Judgment filed by Knauf [Rec. Doc. 22467]. On January 15, 2020, the Court issued an Order [Rec. Doc. 22479] granting in part the 22467 motion and continuing certain motions [Rec. Docs. 22368, 22369, 22370, 22371, 22372, 22373, 22412, 22430, 22431, 22432, 22436, 22442 and 22446 to be heard, with oral

9

argument, on February 19, 2020. The Order also provided a deadline of February 11, 2020 for oppositions to these particular motions to be filed. On February 3 and 4, 2020, Plaintiff filed Oppositions to the 22412 and 22369 Motions for Summary Judgment [Rec. Docs. 22552 and 22553].

On January 21 and 22, 2020, Knauf filed Replies [Rec. Doc. 22495, 22507, 22508, 22509, 22510, 22511, 22512, 22513, 22514, 22515, 22516, 22517, 22518, 22520, 22522] in further support of filed Motions for Summary Judgment.

Numerous Motions for Summary Judgment were heard on January 22, 2020 and the Court issued a Minute Entry [Rec. Doc. 22524].

The parties will be prepared to discuss these matters with the Court at the February 7, 2020 status conference.

## VI. FREQUENTLY ASKED QUESTIONS

The "MDL FAQs" may be found at www.laed.uscourts.gov/Drywall/FAQ.htm. Liaison counsel reminds the parties to review the FAQs before contacting Liaison Counsel. The parties will be prepared to discuss this issue at the monthly status conference on February 7, 2020.

## VII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

NONE.

## VIII. PHYSICAL EVIDENCE PRESERVATION ORDER

On October 9, 2009, the Court issued Pre-Trial Order 1(B) relating to the preservation of physical evidence from properties that may be repaired during the course

10

of these MDL proceedings. Pre-Trial Order 1(I) was entered by the Court on January 24, 2012 [Rec. Doc. 12257] and on March 20, 2015 the Court entered Pre-Trial Order 1(J) [Rec. Doc. 18528].

## IX. SUGGESTIONS OF REMAND AND SUBSEQUENT ACTIVITY

### A. ACTIVITY IN THE SOUTHERN DISTRICT OF FLORIDA

#### 1. *Amorin v. Taishan Gypsum Co., et al.*, Civil Action No. 11-22408-CIV-COOKE/GOODMAN

On November 20, 2019, a Notice was filed regarding the MDL 2047 Settlement Class Counsel's Motion for an Award of Attorney's Fees and Cost Reimbursements for Common Benefit Counsel and Individually Retained Attorneys [FLSD Rec. Doc. 359].

On January 7, 2020 a Joint Motion to Continue Status Conference Scheduled for January 8, 2020 was filed with the Court [FLSD Rec. Doc. 363] and on January 7, 2020, the Court issued an Endorsed Order [FLSD Rec. Doc. 364] denying the Motion to Continue. The Status Conference was held on January 8, 2020. On January 9, 2020, the Court issued a Paperless Minute Entry for proceedings held on January 8, 2020 [FLSD Rec. Doc. 366] and a Paperless Notice of Status Conference set for February 26, 2020 at 11:00 a.m. [FLSD Rec. Doc. 367].

On January 14, 2020, a Joint Status Report was filed with the Court [FLSD Rec. Doc. 368].

On January 17, 2020, a Joint Motion to Continue Hearing Scheduled for February 26, 2020 was filed with the Court [Rec. Doc. 369]. On January 17, 2020, the

Court issued an Endorsed Order granting the 369 motion and setting the status conference for February 12, 2020 at 11:30 a.m. in Miami Division before Judge Marcia G. Cooke.

### 2. *Brooke v. The State-Owned Assets Supervision And Administration Commission Of the State Council, et al., Case No. 1:15-CV-24348-KMW*

On November 8, 2019, a Paperless Order was issued [FLSD Rec. Doc. 39] setting a status conference for January 8, 2020 at 10:00 a.m. in the Miami Division before Judge Kathleen M. Williams.  On January 6, 2020, a Paperless Order was issued [no Rec. Doc. No.] indicating that the ongoing settlement process with Judge Fallon is not yet finalized and the January 8, 2020 status conference was Cancelled.

On January 14, 2020, a Joint Status Report was filed with the Court [FLSD Rec. Doc. 53].

### B.  ACTIVITY IN THE EASTERN DISTRICT OF VIRGINIA

On May 28, 2019, the Court entered an Order Granting Amended Motion for a Limited Stay to Finalize the Settlement Agreement & Request for a Joint Status Conference Regarding Coordination for Approval of the Settlement, which stayed the litigation through June 14, 2019 [EDVA Rec. Doc. 92].  The Court subsequently entered additional stay orders with an indefinite stay presently in place with the parties to report back to the Court by January 6, 2020 [EDVA Rec. Doc. 101].  The Court in *Brooke* has done likewise [*Brooke* EDVA Rec. Doc. 14].

### C.  THE *MITCHELL* PROCEEDINGS

On August 23, 2019, the Court issued a Suggestion of Remand, Opinion and Order regarding *Michell Company, Inc. v. Knauf Gips KG, et al*, No. 09-4115 (EDLA)

12

[Rec. Doc. 22308]. On September 4, 2019, the United States Judicial Panel on Multidistrict Litigation filed a Conditional Remand Order (FLN/3:09-cv-00089) [JPML Rec. Docs. 558 and 2]. On September 12, 2019, the United States Judicial Panel on Multidistrict Litigation finalized the Conditional Remand Order (FLN/3:09-cv-00089) [JPML Rec. Docs. 560 and 4], and on September 13, 2019, the United States District Court for the Eastern District of Louisiana issued a Remand Order [Rec. Doc. 22321].

### X. NEXT STATUS CONFERENCE

The next monthly status conference will be set by the Court at the March 26, 2020 scheduled status conference.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Kerry Miller* |
| Russ M. Herman (Bar No. 6819) | Kerry J. Miller (Bar No. 24562) |
| Leonard A. Davis (Bar No. 14190) | Daniel J. Dysart (Bar No. 33812) |
| ***Herman, Herman & Katz, LLC*** | ***Fishman Haygood, LLP*** |
| ***Caldwell &*** 820 O'Keefe Avenue | 201 St. Charles Avenue |
| New Orleans, LA 70113 | 46th Floor |
| PH: (504) 581-4892 | New Orleans, LA 70170 |
| FAX: (504) 561-6024 | PH: (504) 586-5252 |
| **Plaintiffs' Liaison Counsel** | **Knauf Liaison Counsel** |

*/s/ Harry Rosenberg*

Harry Rosenberg (Bar No. 11465)
*Phelps Dunbar LLP*
365 Canal St., Suite 2000
New Orleans, LA 70130
PH: (504) 566-1311
FAX: (504) 568-9130
**Liaison Counsel for the Taishan, BNBM,
and CNBM Entities**

## CERTIFICATE

I hereby certify that the above and foregoing Joint Report No. 119 of Plaintiffs' and Defendants' Liaison Counsel has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 5th day of February, 2020.

*/s/       Leonard A. Davis*