UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except The Mitchell Co., Inc. v. Knauf Gips KG, *et al.,* Civil Action No. 09-4115 (E.D. La.) | MDL NO. 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

### MRACHEK, FITZGERALD, ROSE, KONOPKA, THOMAS & WEISS, P.A.'S NOTICE OF WITHDRAWAL OF APPLICATION FOR COMMON BENEFIT FEES REGARDING TAISHAN SETTLEMENT [DE 22551]

The Law Firm of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A. ("Mrachek Law"), hereby gives notice of the withdrawal of its Application for Common Benefit Fees Regarding Taishan Settlement, filed on January 31, 2020 [DE 22551].

February 6, 2020.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ GREGORY S. WEISS
　　　　　　　　　　　　　　　　　　　GREGORY S. WEISS
　　　　　　　　　　　　　　　　　　　(Florida Bar No.: 163430)
　　　　　　　　　　　　　　　　　　　MRACHEK, FITZGERALD, ROSE,
　　　　　　　　　　　　　　　　　　　KONOPKA, THOMAS & WEISS, P.A.
　　　　　　　　　　　　　　　　　　　505 S. Flagler Dr., Suite 600
　　　　　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　　　　　Telephone: (561) 655-2250
　　　　　　　　　　　　　　　　　　　Facsimile: (561) 655-5537
　　　　　　　　　　　　　　　　　　　gweiss@mrachek-law.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or hand delivery and email, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 6th day of February, 2020.[1]

                                                 s/ GREGORY S. WEISS  
                                                 GREGORY S. WEISS  
                                                 (Florida Bar No.: 163430)  
                                                 MRACHEK, FITZGERALD, ROSE,  
                                                 KONOPKA, THOMAS & WEISS, P.A.  
                                                 505 S. Flagler Dr., Suite 600  
                                                 West Palm Beach, FL 33401  
                                                 Telephone: (561) 655-2250  
                                                 Facsimile: (561) 655-5537  
                                                 gweiss@mrachek-law.com

---

[1] Due to technical difficulties presently experienced by Lexis Nexis File and Serve, Mrachek Law is unable to comply with Pre-Trial Order No. 6 with regard to the service of this Notice.