UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION: L |
| ALL CASES (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.,* Civil Action No. 09-4115 (E.D. La.)) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## **WHITFIELD BRYSON & MASON, LLP'S NOTICE OF WITHDRAWAL OF APPLICATION FOR COMMONE BENEFIT FEES REGARDING TAISHAN SETTLEMENT [D.E. 22548]**

The Law Firm of Whitfield Bryson & Mason, LLP ("WBM"), hereby gives notice of the withdrawal of its Application for Common Benefit Fees Regarding Taishan Settlement, filed on January 31, 2020 [D.E. 22548].

This the 7th day of February, 2020.

WHITFIELD BRYSON & MASON, LLP

*/s/ Daniel K. Bryson*
Daniel K. Bryson
N.C. Bar No.: 15781
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dan@wbmllp.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, or hand delivery and email, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047, on this 7th day of February, 2020.[1]

                                            WHITFIELD BRYSON & MASON, LLP

                                            */s/ Daniel K. Bryson*
                                            Daniel K. Bryson
                                            N.C. Bar No.: 15781
                                            900 W. Morgan Street
                                            Raleigh, NC 27603
                                            Telephone: 919-600-5000
                                            Facsimile: 919-600-5035
                                            Email: dan@wbmllp.com

                                            *Counsel for Plaintiffs*

---

[1] Due to technical difficulties presently experienced by Lexis Nexis File and Serve, WBM is unable to comply with Pre-Trial Order No. 6 with regard to the service of this Notice.