UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS (except *The Mitchell Co., Inc. v. Knauf Gips KG, et al.*, Civil Action No. 09-4115 (E.D. La.)) | |

## ORDER

Considering the foregoing *Unopposed Motion to Rescind Opt Out of Class Action Settlement* and supporting Memorandum of Law filed by Plaintiffs Pedro and Margarita Delgado:

**IT IS HEREBY ORDERED** that the Motion is GRANTED, and the Opt Out Request of Pedro and Margarita Delgado is hereby RESCINDED.

**SO ORDERED.**

New Orleans, Louisiana, this  7th  day of _____February_____, 2020.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

1