# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

Following the monthly status conference in the above-captioned matter held on Friday, February 7, 2020, the Court met with defense counsel and counsel for the individual plaintiffs who have opted-out of the Taishan Settlement. The parties discussed the status of these cases and the steps needed to prepare them for trial. The parties were instructed to confer and propose to the Court a plan for trial. Accordingly,

**IT IS ORDERED** that defense counsel and counsel for the individual opt-out plaintiffs participate in a telephone status conference on Wednesday, February 26, 2020 at 1:30 p.m. The Court will initiate the call.

New Orleans, Louisiana this 7th day of February, 2020.

_____
Eldon E. Fallon
U.S. District Court Judge