# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## ORDER

The Court has received notice that Plaintiff Elsa Z. Sandoval has filed an untimely request to opt-out from the Taishan Settlement. Her opt-out was postmarked January 11, 2020. As explained in the Class Notice, any opt-out request "must be in writing and postmarked no later than November 27, 2019." R. Doc. 22316-1 at 9. In managing such a large case, strict compliance with procedural formalities is required. Accordingly,

**IT IS ORDERED** that Elsa Z. Sandoval's request to opt-out is **DENIED** as untimely.

New Orleans, Louisiana this 7th day of February, 2020.

Eldon E. Fallon
U.S. District Court Judge