# Exhibit A

## Tangipahoa Parish Recording Page

Julian E. Dufreche
Clerk of Court
P. O. Box 667
110 North Bay Street, Suite 100
Amite, LA 70422
(985) 748-4146

**Received From :**
MYLES, COOK
1501 DEREK DR, SUITE A
HAMMOND, LA 70403

**First VENDOR**
JEFFERSON CORT LLC

**First VENDEE**
ARMSTRONG, SCOTT JOSEPH

**Index Type :** Conveyances
**Type of Document :** Deed

**Instrument # :** 709884

**Book :** 1043   **Page :** 210

**Recording Pages :** 3

### Recorded Information

I hereby certify that the attached document was filed for registry and recorded in the Clerk of Court's office for Tangipahoa Parish, Louisiana


s/Alisa Colona
Deputy Clerk

On (Recorded Date) : 01/20/2006

At (Recorded Time) : 12:11:44:000 PM

Doc ID - 008535610003



CLERK OF COURT
JULIAN E. DUFRECHE
Parish of Tangipahoa
I certify that this is a true copy of the attached document that was filed for registry and Recorded 01/20/2006 at 12:11:44
Recorded in Book 1043   Page 210
File Number   709884

Deputy Clerk

**Return To :**
MYLES, COOK
1501 DEREK DR, SUITE A

# CASH DEED
## STATE OF LOUISIANA
## PARISH OF TANGIPAHOA

**JEFFERSON CORT, LLC**

TO

**SCOTT JOSEPH ARMSTRONG &
KIM HICKEY ARMSTRONG**

================================================================

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified, in and for the aforesaid Parish and State, and in the presence of the witnesses hereinafter named and undersigned, personally came and appeared

**JEFFERSON CORT, L. L. C.**, a Limited Liability Company organized under the laws of the State of Louisiana, represented herein by its members John Halbert, and Woodlands, LLC and Woodlands, LLC represented herein by its members, Jan Scherer Songy and Jimmy Scherer, whose mailing address is P. O. Box 1451, Hammond, LA 70404.

herein called SELLER, who declared that for the price of **Forty Five Thousand and 00/100 DOLLARS ($45,000.00)**, cash, receipt of which is acknowledged, SELLER hereby sell and deliver with full warranty of title and subrogation to all rights and actions of warranty SELLER may have, unto:

**SCOTT JOSEPH ARMSTRONG & KIM HICKEY ARMSTRONG,** husband and wife, who declared that they have been married but once and then to each other, resident(s) of P. O. Box 1354, Ponchatoula, LA 70454.

Herein called BUYER, the following described property, the possession and delivery of which BUYERS acknowledge:

A certain piece or parcel of land situated in Section 49, T7S, R7E, Parish of Tangipahoa, State of Louisiana, being more particularly described as follows, to-wit:

**LOT 424, JEFFERSON CORT SUBDIVISION PHASE IV** all as per the official plat of said subdivision, recorded at COB 895, page 267 of the official records Tangipahoa Parish.

Subject to those building restrictions for Jefferson Cort Subdivision, Phase IV, recorded at COB 895, page 264 of the official records of Tangipahoa Parish.

All parties signing the within instrument have declared themselves to be of full legal capacity.

All taxes assessed against the property herein conveyed for 2005 have been paid. Taxes for the year of 2006 shall be pro-rated.

All agreements and stipulations herein contained and all the obligations herein assumed shall inure to the benefit and be binding upon the heirs, successors, and assigns of the respective parties, and the **BUYER(S)**, their heirs and assigns shall have and hold the described property in full ownership forever.

The certificate required by Article 3364 of the Revised Civil Code of this State is waived by the parties, who agree to hold me, Notary, harmless for the non-production thereof.

Thus done, read and passed at my office in Hammond, Parish of Tangipahoa, Louisiana, in the presence of me, Notary, and the undersigned competent witnesses who have signed in the presence of the parties and me, Notary, on this 19th day of January, 2006.

WITNESSES:

_____
Type or Print:

_____
Type or Print:
Judy Solomon

JEFFERSON CORT, LLC

_____
By: JOHN HALBERT

WOODLANDS, LLC

_____
By: JAN SCHERER SONGY

_____
By: JIMMY SCHERER

_____
SCOTT JOSEPH ARMSTRONG

_____
KIM HICKEY ARMSTRONG

_____
NOTARY PUBLIC
HARVEY W. COOK
Notary Identification # 33811

TAX NOTICES:   BUYERS are responsible for the 2006 property taxes. Tax Notices should be sent to Scott Joseph Armstrong and Kim Hickey Armstrong at P. O. Box 1354, Ponchatoula, LA 70454.