# Exhibit D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> ***Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*** <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

## PLAINTIFF FACT SHEET

Name of Plaintiff: Scott Armstrong

Affected Property Address: 42296 Forest Lane, Hammond, LA 70403

## I.  Purchase, Sale and/or Transfer of Ownership of Property

1.  On what date did you purchase the Property?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)     01 / 19 / 2006

2.  When you took ownership of the Property, what was the name of the seller?

Jefferson Cort, LLC

1

3. Name and address of the realtor?

Judy Solomon, Bobby Drude & Associates, 42299 Perricone Drive, Hammond, LA 70403

4. Name and address of the closing agent?

Harvey Cook, Leader Title, 1501 Derek Drive, Hammond, LA  70403

5. What was the price of the home when you purchased it?  $ 280,000.00

6. Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☐ Yes    ☑ No    ☐ I'm not sure.

7. If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8. If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9. If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10. If you sold or transferred ownership of the Property, what was the price paid for home?

$ N/A

## II.  Appraisal of the Home

11. Date of each appraisal:

a.  12 / 20 /20 05

b.  06 / 21 /20 06

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)        ____/____/20_06__

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior _____

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.  Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response**: Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought. The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein. It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Cannot sell house for more than 50% loss.  Also, we can't make improvements or enjoy

the use of the house in the current condition.

15.  If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.  If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17.  If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

See Keller Williams attachment noting the reduction value from $397,000 to $198,000.

18.  Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Address of each location you stayed thereafter.

a. N/A

b.

c.

20.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Time periods in which you resided at each property.

a. N/A / /20 to /20

b. / /20 to /20

c. / /20 to /20

21.  If you vacated the property because of the alleged presence of Chinese Drywall, please provide:  Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ N/A

b. $

c. $

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury? ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

☐ Yes   ☑ No   ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A
_____

_____

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A
_____

_____

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A
_____

_____

## VII.  Already Remediated Properties

31.  If you already remediated the Property, who conducted the remediation?

**Response:**   ☑ N/A

32.  When did the remediation commencement date occur?

**Response:**   ☑ N/A

33.  When did the remediation end date occur?

**Response:**   ☑ N/A

34.  What was the scope of the remediation and the scope of the work carried out?

**Response:**   ☑ N/A

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

**Response:**   ☑ N/A

36.  Were any samples from the remediation retained?

**Response:**   [✓] N/A

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

**Response:**   [✓] N/A

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

**Response:**   [✓] N/A

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

**Response:**   [✓] N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #6:**   Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7:**   Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8:**   Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

9

## VERIFICATION

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.

_____          _1/24/19_____
Signature of Plaintiff                              Date

_Scott & Kim Armstrong_____
Printed Name

# Exhibit 1



April 5, 2018

Scott & Kim:

After looking at our local market, and speaking with an appraiser to help evaluate the loss of value for a home that has to be completely gutted because of Chinese drywall, here is my conclusion:

Local Market, Jefferson Cort average values per square foot of living area is $111 t/SF, so with that number your house would be worth $397,000. Your value because of Chinese drywall would be about $198,000.

Please let me know if I can help you with anything else.

Best Regards,

Donna Ribbeck
Associate Broker
Certified Residential Specialist
Over 25 years of experience

**Keller Williams Realty Services**
**710 S.W. Railroad Ave**
**Hammond, LA 70403**
**985.320.8395-direct   985.318.1400-office**

**FROM:**
Carl A. Bickford
BICKFORD APPRAISAL GROUP, INC.
6 Mauroner Drive
Hammond, LA 70401

Telephone Number: 985-429-9402     Fax Number:  985-429-9004

**TO:**
Tammy Williams
Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403

Telephone Number: 985 543-3759     Fax Number:
Alternate Number:     E-Mail:

# INVOICE

**INVOICE NUMBER**
12058 37

**DATE**
12/20/1005

**REFERENCE**

| | |
|---|---|
| Internal Order #: | 12058 37 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | 12058 37 |
| Other File # on form: | |
| Federal Tax ID: | 72-17 0219 |
| Employer ID: | |

## DESCRIPTION

Lender: Hancock Bank of Louisiana     Client:  Hancock Bank of Louisiana
Purchaser/Borrower: Scott Joseph Armstrong
  Property Address: 42296 Forest Drive
    City: Hammond
  County: Tangipahoa     State: LA     Zip: 70403
Legal Description: Lot 424 of Jefferson Cort Subdivision, Phase IV

| FEES | AMOUNT |
|---|---|
| 1004 Appraisal | 400.00 |
| | |
| **SUBTOTAL** | 400.00 |

| PAYMENTS | | | AMOUNT |
|---|---|---|---|
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | **SUBTOTAL** | |
| | | **TOTAL DUE** | $      400.00 |

File No. 12058337



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:
42296 Forest Drive
Lot 424 of Jefferson Cort Subdivision, Phase IV
Hammond, LA 70403

### FOR:
Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403

### AS OF:
December 16, 2005

### BY:
Carl A Bickford, #R0751
Bickford Appraisal Group
6 Mauroner Drive
Hammond, LA 70401
email: tengi_appraisar@bellsouth.net
Phone 985-429-9402 · Fax 985-429-9004

Hancock Bank of Louisiana
South Morrison
Hammond, LA 70403

Re: Property:   42296 Forest Drive
                Hammond, LA 70403
    Borrower:   Scott Joseph Armstrong
    File No.:

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Carl A Bickford, #R0751
Louisiana Certified Residential Appraiser

Bickford Appraisal Group

File No. 1205B337

# Uniform Residential Appraisal Report   File # 1205B337

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  42296 Forest Drive | City  Hammond  State  LA  Zip Code  70403 |
| Borrower  Scott Joseph Armstrong | Owner of Public Record  Scott Joseph Armstrong  County  Tangipahoa |
| Legal Description  Lot  424 of Jefferson Cort Subdivision, Phase IV | |
| Assessor's Parcel #  New Construction | Tax Year  2005  R.E. Taxes $  Unknown |
| Neighborhood Name  Jefferson Cort S/D-Hammond | Map Reference  A31  Census Tract 060037-9543.00 |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $  ☐ PUD  HOA $ ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  Plans/Specs - Proposed Construction | |
| Lender/Client  Hancock Bank of Louisiana  Address  South Morrison Blvd., Hammond, LA 70403 | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No | |
| Report data source(s) used, offering price(s), and date(s).  Clerk of Court, Assessor's Office and Multiple Listing Service. | |

| |
|---|
| I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.  Appraising per plans and specs. |
| Contract Price $ N/A  Date of Contract N/A  Is the property seller the owner of public record? ☐ Yes ☒ No  Data Source(s)  Clerks Office/Deed |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No |
| If Yes, report the total dollar amount and describe the items to be paid. |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | | | Property Values ☒ Increasing ☐ Stable ☐ Declining | | | PRICE $ (000) | AGE | One-Unit | 85 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | 175 Low | 0 | 2-4 Unit | 3 % |
| Growth ☒ Rapid ☐ Stable ☐ Slow | | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 500 High | 10 | Multi-Family | 2 % |
| | | | | | | 225 Pred. | -5 | Commercial | 15 % |
| | | | | | | | | Other | 15 % |
| Neighborhood Boundaries  The subject property is bounded to the north by Interstate 12, to the south by Highway 22, to the east by Highway 51, and to the west by Pumpkin Center Road.. | | | | | | | | | |
| Neighborhood Description  The subject conforms to the neighborhood in terms of style, condition, and construction of materials. | | | | | | | | | |
| Market Conditions (including support for the above conclusions)  The market conditions for the area have increased due to several factors.  This area is located due North of New Orleans and due East of Baton Rouge.  Building permits for residential and commercial have been increasing over the last twelve months.  This trend is expected to continue as the demand of housing steadily increases. | | | | | | | | | |

| | |
|---|---|
| Dimensions  As per legal description | Area  1.469 Acres  Shape  Irregular  View  Average |
| Specific Zoning Classification  Deed Restricted S/D | Zoning Description  Single Family/Restricted Subdivision |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No  If No, describe | |

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | Community/Typical | Street  Asphalt | ☒ | |
| Gas | ☒ | | Sanitary Sewer | ☒ | MTP/Typical | Alley  N/A | | |

| | |
|---|---|
| FEMA Special Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone  X  FEMA Map #  2202080003C  FEMA Map Date  7/21/1999 | |
| Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No  If No, describe | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No  If Yes, describe | |
| No observable adverse site conditions, however, the appraiser is not a home inspector or an environmental expert.  If this condition is a concern by any party, a state licensed home inspector or environmentalist should perform a complete inspection of the site and improvements. | |

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls  N/A | | Floors | Carpet/Scr/Concrete |
| # of Stories  1 | ☐ Full Basement ☐ Partial Basement | | Exterior Walls  Brick/Stucco/Vvn | | Walls | Sheetrock/Average |
| Type ☒ Det. ☐ Att. ☐ S-Det/End Unit | Basement Area  N/A  sq.ft. | | Roof Surface  Arch. Shingle/Avg. | | Trim/Finish | Wood |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish  No Basement % | | Gutters & Downspouts  None | | Bath Floor | Stained Concrete |
| Design (Style)  Trad'l/New | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type  Double Insulated/Avg. | | Bath Wainscot | Man Made Marble |
| Year Built  2005 | Evidence of ☐ Infestation | | Storm Sash/Insulated  See Window Type | | Car Storage | ☐ None |
| Effective Age (Yrs)  New | ☐ Dampness ☐ Settlement | | Screens  Half Screens/Avg. | | ☒ Driveway | # of Cars  2+ |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | | | Woodstove(s) # | Driveway Surface | Concrete |
| ☒ Drop Stair ☐ Stairs | ☐ Other  Fuel  Natural Gas | | ☐ Fireplace(s) #  1 ☐ Fence | | ☒ Garage | # of Cars  2 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck Concr ☒ Porch Porches | | ☐ Carport | # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | | ☐ Pool ☐ Other Att Stg | | ☒ Att. ☐ Det. ☐ Built-In | |

| | |
|---|---|
| Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☒ Disposal ☐ Microwave ☐ Washer/Dryer ☒ Other (describe)  Fan/Hood | |
| Finished area above grade contains:  11  Rooms  4  Bedrooms  3  Bath(s)  2,810  Square Feet of Gross Living Area Above Grade | |
| Additional features (special energy efficient items, etc.).  Other than what is specified in the report, no other additional features are noted. | |
| Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  The subject is a proposed construction therefore no depreciation is given.  This appraisal is "SUBJECT TO" completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed.  A final visit by this appraiser should be performed upon completion. | |
| Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe | |
| No physical deficiencies were noted, however the appraiser is not a home inspector nor is acting as one. | |
| Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No  If No, describe | |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 1205B337

# Uniform Residential Appraisal Report

File # 1205B337

There are   13   comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 260,000   to $ 330,000

There are   4   comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 260,000   to $ 360,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 42295 Forest Drive | 42252 Jefferson Cort | | 42515 Forest Lane | | 4244  Autumn Lane | |
| | Hammond, LA 70403 | Hammond, LA | | Hammond, LA | | Hammond, LA | |
| Proximity to Subject | | 0.25 miles SW | | 0.09 miles E | | 1.22 miles NW | |
| Sale Price | $ N/A | | $ 310,000 | | $ 307,000 | | $ 319,900 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 108.77 sq.ft. | | $ 102.27 sq.ft. | | $ 1  .23 sq.ft. | |
| Data Source(s) | | MLS/818143 | | MLS/599877 | | MLS/5  9397 | |
| Verification Source(s) | | COB/FOL 1036/295 | | COB/FOL 1025/889 | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Conventional | | Conventional | | Conventional | |
| Concessions | | Unk. Concess | | Unk. Concess | | Unk. Concess | |
| Date of Sale/Time | 11/30/2005 | 11/30/2005 | | 07/25/2005 | | 11/07/2005 | |
| Location | Suburban/Avg. | Suburban/Avg. | | Suburban/Avg. | | Suburban/Avg. | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1.469 Acres | 1.52 Acres | | 0.52 Acre/Int.Lot | +10,000 | 1.33 Acres | |
| View | Average | Average | | Average | | Average | |
| Design (Style) | Tradt/New | French Style | | French Style | | Tradt/New | |
| Quality of Construction | Brick/Stucco | Brick/Avg. | | Brk/Vvn/Stucco | | Brick/Vinyl | |
| Actual Age | ANew/ENew | A3/E1 | | ANew/ENew | | A1/E1 New | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Room Count | 11   4   3 | 8   4   4.5 | +2,250 | 9   4   3.5 | +1,500 | 8   1   3 | |
| Gross Living Area | 2,810 sq.ft. | 2,850 sq.ft. | -1,200 | 3,002 sq.ft. | -5,760 | 2,876 sq.ft. | -1,980 |
| Basement & Finished | No Basement | No Basement | | No Basement | | No Basement | |
| Rooms Below Grade | No RBG | No RBG | | No RBG | | No RBG | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Cent | FAU/Cent | | FAU/Cent | | FAU/Cent | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Garage 2 | Garage 2 | | Garage 2 | | Garage 2 | |
| Porch/Patio/Deck | Porches | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Other Amenities: | Storage | Storage | | Storage | | Storage | |
| Other Amenities: | 1 Fireplace | 1 Fireplace | | 1 Fireplace | | 1 Fireplace | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 1,050 | ☒ +  ☐ - | $ 5,740 | ☐ +  ☒ - | $ 1,980 |
| Adjusted Sale Price | | Net 0.3  % | | Net 1.9  % | | Net 0.6  % | |
| of Comparables | | Gross 1.1  % | $ 311,050 | Gross 5.6  % | $ 312,740 | Gross 0.6  % | $ 317,920 |

☒ did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain   The subject's site is currently listed with a realtor, MLS No. B10554, with a list price of $46,000 and is under contract with the borrower.

My research  ☐ did  ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   Clerk's Office/Multiple Listing Service/Assessor's Office
My research  ☒ did  ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)   Clerk's Office/Multiple Listing Service/Assessor's Office
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | Not transferred within | Land sold 11/8/2004 | Not transferred within | Not transferred within |
| Price of Prior Sale/Transfer | the past year. | $31,500 | the past year. | the past year. |
| Data Source(s) | Clerk's/Clerks Office | COB/FOL 1001/78 | MLS Records | MLS Records |
| Effective Date of Data Source(s) | 12/2002-12/2005 | 12/2004-12/2005 | 12/2004-12/2005 | 12/2004-12/2005 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The analysis was completed during the normal course of business which entailed telephone conversations with the parish assessor, realtors when applicable, internet clerk records, and MLS research when applicable.

Summary of Sales Comparison Approach   The estimated value of the subject's site and the comparable sales' sites were obtained by analyzing data of other comparable sites from their areas. Property values in the parish fluctuate in value according to the area where they are located. A small parcel of land could have a greater value than a larger parcel of land, depending on all the forces that affect value. Some of the forces that affect value are location, amenities available, and availability of land for sale. Based on these factors, the estimated opinion of value would be reflective of the weight of each approach utilized by careful consideration to quantity of data, quality of data available, and the appropriateness of the approach. It is not uncommon to utilize sales that up to twenty miles from the subject when appraising suburban and rural properties. It is also not uncommon to utilize sales that have sold up to twelve months.

Indicated Value by Sales Comparison Approach $ 312,000

Indicated Value by: Sales Comparison Approach $ 312,000     Cost Approach (if developed) $ 325,905     Income Approach (if developed) $ N/A

This appraisal is made  ☐ "as is",  ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or  ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 312,000 , as of  December 16, 2005 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                     Page 2 of 6                     Fannie Mae Form 1004 March 2005

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. 1205B337

## Uniform Residential Appraisal Report
File # 1205B337

**THE SCOPE OF WORK** - The scope of this appraisal includes an interior and exterior visual of the subject property. This appraisal is to be developed utilizing the Sales Comparison Analysis, which most accurately reflects the actions of typical buyers and sellers in the market place. The Cost Approach and Income Approach will be utilized when applicable, as they are not always necessary to develop a credible opinion. At the time of the appraiser's visit, a visual inspection of the improvements was made. Limits are placed on this inspection by landscaping, furniture, floor and wall covering being in place. The appraiser cannot, and should not, be considered an expert in such areas as mechanical, plumbing, air conditioning, structural components such as roofing, foundations, walls, and soil analysis of the site itself. We recommend that if any interested party desires a more detailed knowledge of condition and serviceability, a bonded or certified expert in that specific area be employed to inspect the item and attest in writing, to its soundness, condition and serviceability. This appraisal is not a home inspection, structural inspection, or pest inspection. No dampness or apparent infestation noted, but is subject to inspections by licensed experts in these fields. By preparing this report, the appraiser is not acting as a home inspector, structural engineer, or pest inspector. Areas that were readily accessible were visually observed and the review is superficial only. It is not technically exhaustive and does not offer warranties or guarantees of any kind. This report is a summary of the observations of my visit to the subject property. This appraisal report should not be relied on to disclose condition and defects, as that is the job of a home inspector. Please be advised that just because a borrower or third party may receive a copy of the appraisal, does not mean that the borrower or third party is an intended user.

**HIGHEST & BEST USE** - The highest and best use is that reasonable and probable use that supports the highest present value, as defined in the effective date of the appraisal. It is that use, from among reasonably probable and legal alternative uses, found to be physically possible, legally permissible and economically viable or feasible.

**GROSS LIVING AREA** - The gross living area is calculated with utilization of the American National Standard Z765 (ANSI). This is calculated using exterior measurements and does not take into consideration any rooms that are unfinished. In order for rooms to be calculated in gross living area, they must be finished consistently with the main residence (walls, ceilings, and floors), heated and cooled, and must have access either directly or thru a finished hall or stairway from the main residence. Improvements such as detached guesthouses, pool houses, other areas, finished attics, and other similar amenities, may contribute value to the property and are calculated separately in the report.

**COMPETENCY OF THE APPRAISER** - In accordance with the Uniform Standards of Professional Appraisal Practices, the reader of this report must be made aware that the appraiser DOES have the knowledge and experience to complete the assignment competently. Please be advised that Tammy Bickford has significantly assisted this appraiser in preparing this appraisal assignment. Unless otherwise noted in writing, the appraiser has appraised or reviewed similar assignments to the subject in the Tangipahoa, Livingston, St. Tammany, Washington and St. John the Baptist Parish areas for numerous lending institutions. The property types include single-family residence, multi-family, and vacant land properties.

### COST APPROACH TO VALUE (not required by Fannie Mae)
Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   The estimated land value for the subject and sales are determined by analyzing vacant land transactions of similar sites within the competing area. The appraiser uses the MLS, Parish Assessor and Clerk of court records as resources to obtain the estimate.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 45,000 |
|---|---|---|---|
| Source of cost data  Marshall & Swift Cost Handbook/Local Contractor | DWELLING    2,810  Sq.Ft. @ $   89.0 | =$ | 250,090 |
| Quality rating from cost service    Effective date of cost data | N/A  Sq.Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Porches/Patio | =$ | 6,000 |
| The cost approach is derived by utilizing the Marshall & Swift Cost | Garage/Carport    509  Sq.Ft. @ $   35.0 | =$ | 17,815 |
| Handbook combined with estimates obtained from local contractors. | Total Estimate of Cost-New | =$ | 273,905 |
| | Less    Physical    Functional    External | | |
| | Depreciation | =$( ) | |
| | Depreciated Cost of Improvements | =$ | 273,905 |
| | "As-Is" Value of Site Improvements | =$ | 7,000 |
| Estimated Remaining Economic Life (HUD and VA only)    60 Years | INDICATED VALUE BY COST APPROACH | =$ | 325,905 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)
| | | |
|---|---|---|
| Estimated Monthly Market Rent $ | X  Gross Rent Multiplier    = $ | Indicated Value by Income Approach |

Summary of Income Approach (including support for market rent and GRM)   The Income Approach is not considered revelant as it does not reflect the motivation of buyers and sellers in the marketplace. The typical purchaser in this market is a homeowner.

### PROJECT INFORMATION FOR PUDs (if applicable)
Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No    Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project   The subject is not a PUD

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Form 1004 --- "WinTOTAL" appraisal software by a la mode, inc. --- 1-800-ALAMODE

File No. 1205B337

## Uniform Residential Appraisal Report     File # 1205B337

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:  The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:  The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:  The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:  The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:  The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5.  The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6.  The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

File No. 1205B337

## Uniform Residential Appraisal Report

File # 1205B337

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 -- "WinTOTAL" appraisal software by a la mode, inc. -- 1-800-ALAMODE

File No. 1205B337

# Uniform Residential Appraisal Report

File # : 205B337

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Carl A. Bickford_ | Signature _____ |
| Name  Carl A. Bickford, #R0731 | Name _____ |
| Company Name  Bickford Appraisal Group | Company Name _____ |
| Company Address  6 Mauromer Drive, Hammond, LA  70401 | Company Address _____ |
| Telephone Number  985 4299402 | Telephone Number _____ |
| Email Address  tangl_appraiser@bellsouth.net | Email Address _____ |
| Date of Signature and Report   December 22, 2005 | Date of Signature _____ |
| Effective Date of Appraisal   December 16, 2005 | State Certification # _____ |
| State Certification # _____ | or State License # _____ |
| or State License #  Louisiana Licensed Residential Appraiser | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State  LA | |
| Expiration Date of Certification or License     12/31/2005 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 42296 Forest Drive | Date of Inspection _____ |
| Hammond, LA 70403 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $    312,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name  Tammy Williams | COMPARABLE SALES |
| Company Name  Hancock Bank of Louisiana | |
| Company Address   South Morrison Blvd, Hammond, LA 70403 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address _____ | Date of Inspection _____ |

Form 1004 -- "WinTOTAL" appraisal software by a la mode, inc. -- 1-800-ALAMODE

File No. 1205B337

## Building Sketch

| Borrower | Scott Joseph Armstrong | | | | |
|---|---|---|---|---|---|
| Property Address | 42298 Forest Drive | | | | |
| City | Hammond | County Tangipahoa | State LA | Zip Code 70403 | |
| Lender | Hancock Bank of Louisiana | | | | |



File No. 1205R337

## Subject Photo Page

| Borrower | Scott Joseph Armstrong | | | |
|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | |
| City | Hammond | County Tangipahoa | State LA | Zip Code 70403 |
| Lender | Hancock Bank of Louisiana | | | |



**VACANT LAND OF SUBJECT**

42296 Forest Drive
| Sales Price | N/A |
|---|---|
| Gross Living Area | 5,110 |
| Total Rooms | 11 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1.69 Acres |
| Quality | Brick/Stucco |
| Age | New/ENew |



**Subject Rear**



**Subject Street**

File No. 12056337

## Comparable Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Scott Joseph Armstrong | | | | |
| Property Address | 42296 Forest Drive | | | | |
| City | Hammond | County Tangipahoa | State LA | Zip de 70403 | |
| Lender | Hancock Bank of Louisiana | | | | |



### Comparable 1

| | |
|---|---|
| 42292 Jefferson Court | |
| Prox. to Subject | 0.25 miles SW |
| Sale Price | 0,000 |
| Gross Living Area | 1,150 |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | 1. i |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1.2 Acres |
| Quality | Brick/Avg. |
| Age | N/E1 |



### Comparable 2

| | |
|---|---|
| 42515 Forest Lane | |
| Prox. to Subject | 0.09 miles E |
| Sale Price | 290,000 |
| Gross Living Area | 3,002 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.53 Acre/Inf.Lot |
| Quality | Brick/Vyn/Stucco |
| Age | AN sw/ENew |



### Comparable 3

| | |
|---|---|
| 42445 Autumn Lane | |
| Prox. to Subject | 1.3 miles NW |
| Sale Price | 3,5 900 |
| Gross Living Area | 2,5 8 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1,5 Acres |
| Quality | Brick/Vinyl |
| Age | A/ENew |

File No. 1205B337

## Location Map

| Borrower | Scott Joseph Armstrong | | | | | |
|----------|------------------------|---|---|---|---|---|
| Property Address | 42298 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip ode 70403 |
| Lender | Hancock Bank of Louisiana | | | | | |



File No. 06068129



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
42296 Forest Drive
Lot 424 Jefferson Cort Subdivision, Phase IV
Hammond, LA 70403

**FOR:**
Hancock Bank
1855 South Morrison Boulevard
Hammond, LA 70403

**AS OF:**
June 21, 2006

**BY:**
Carl Bickford
Bickford Appraisal Group
6 Mauroner Drive
Hammond, LA 70401
email: tangi_appraiser@bellsouth.net
Phone 985-429-9402 • Fax 985-429-9004

Bickford Appraisal Group



**Building Sketch**

File No. 0606B129

| Borrower/Client | Scott Armstrong | | | | |
|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | |
| City | Hammond | County Tangipahoa | State LA | Zip Code 70403 | |
| Lender | Hancock Bank | | | | |

File No. 08068129

## Subject Photos

| Borrower/Client | Scott Armstrong | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code | 70403 |
| Lender | Hancock Bank | | | | | | |



### Subject Front

42296 Forest Drive

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 4,171 |
| Total Rooms | 1? |
| Total Bedrooms | 6 |
| Total Bathrooms | 3 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1.7 Acres |
| Quality | Brick/Stucco |
| Age | New |



### Subject Rear



### Subject Street



File No. 08068129

### Subject Interior Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | Scott Armstrong | | | | |
| Property Address | 42296 Forest Drive | | | | |
| City | Hammond | County | Tangipahoa | State LA | Zip Code 70403 |
| Lender | Hancock Bank | | | | |



**Subject Interior**

42296 Forest Drive
Sales Price ..LA
Gross Living Area 3,171
Total Rooms 1?
Total Bedrooms 4
Total Bathrooms 3
Location Suburban/Avg.
View Average
Site .7 Acres
Quality Brick/Stucco
Age New/ENew



**Subject Interior**



**Subject Interior**

File No. 08068128

## Subject Interior Photo Page

| Borrower/Client | Scott Armstrong | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code 70403 |
| Lender | Hancock Bank | | | | | |



**Workshop**

42296 Forest Drive
Sales Price N/A
Gross Living Area 1,271
Total Rooms 5
Total Bedrooms 0
Total Bathrooms 0
Location Suburban/Avg.
View Average
Site .7 Acres
Quality Brick/Stucco
Age New/ENew

Subject Interior

Subject Interior

File No. 08088129

## Comparable Photos ##

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower/Client | Scott Armstrong | | | | | |
| Property Address | 42296 Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip | 70403 |
| Lender | Hancock Bank | | | | | |



### Comparable 1
42261 Forrest Lane
| | |
|---|---|
| Prox. to Subject | Less than one block W |
| Sales Price | 375,000 |
| Gross Living Area | 3,120 |
| Total Rooms | 9 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.1 Acre |
| Quality | Brick/Avg. |
| Age | New/E2 |



### Comparable 2
42484 Forest Lane
| | |
|---|---|
| Prox. to Subject | Less than one block E |
| Sales Price | 331,000 |
| Gross Living Area | 2,170 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 0.18 Acre |
| Quality | Brick/Vinyl |
| Age | New/E1 |



### Comparable 3
13275 State Street
| | |
|---|---|
| Prox. to Subject | Less than one block S |
| Sales Price | 341,000 |
| Gross Living Area | 3,109 |
| Total Rooms | 10 |
| Total Bedrooms | 5 |
| Total Bathrooms | 3.5 |
| Location | Suburban/Avg. |
| View | Average |
| Site | 1.7 acre |
| Quality | Brick/Avg. |
| Age | New/E1 |

File No. 06D6B129

## Location Map Of Subject and Sales

| Borrower/Client | Scott Armstrong | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4229B Forest Drive | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code 70403 |
| Lender | Hancock Bank | | | | | |



File No. 0606B129

## Flood Map

| Borrower/Client | Scott Armstrong | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 42296 Forest Drive | | | | | | |
| City | Hammond | County | Tangipahoa | State | LA | Zip Code | 70403 |
| Lender | Hancock Bank | | | | | | |



© 1999-2008 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending. For help: info@floodsource.com.



April 5, 2018

Scott & Kim:

After looking at our local market, and speaking with an appraiser to help evaluate the loss of value for a home that has to be completely gutted because of Chinese drywall, here is my conclusion:

Local Market, Jefferson Cort average values per square foot of living area is $111/SF, so with that number your house would be worth $397,000. Your value because of Chinese drywall would be about $198,000.

Please let me know if I can help you with anything else.


Best Regards,

Donna Ribbeck
Associate Broker
Certified Residential Specialist
Over 25 years of experience

Keller Williams Realty Services
710 S.W. Railroad Ave
Hammond, LA 70403
985.320.8395-direct   985.318.1400-office

# Exhibit 2





# Exhibit 3









# Exhibit 4

# Exhibit 5

# Exhibit 6

# Exhibit 7

# Exhibit 8

# Exhibit 9

# Exhibit 10

# Exhibit 11

# Exhibit 12

# Exhibit 13

# Exhibit 14

# Plaintiff Fact Sheet

Scott Armstrong and Kim Armstrong

Plaintiff: _____

42296 Forest Lane, Hammond Louisiana 70403

Property Address: _____

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Liftmaster garage door opener | $ 1,280.56 |
| 2 | GE profile oven | $ 1,744.76 |
| 3 | GE microware | $ 382.57 |
| 4 | Kitchen Aid venthood | $ 1,439.03 |
| 5 | GE Dishwasher | $ 1,118.89 |
| 6 | Electrolux Dishwasher | $ 1,118.89 |
| 7 | KitchenAid French door refrigerator | $ 3,010.92 |
| 8 | Samsung washing machine | $ 1,600.70 |
| 9 | Electrolux washing machine | $ 1,600.70 |
| 10 | Sanyo television | $ 2,401.05 |
| 11 | blower motor on A/C | $ 1,440.63 |
| 12 | 3 ton American Standard A/C Heating Unit (2) | $ 19,528.56 |
| 13 | Lighting/Fans | $ 5,648.09 |
| 14 | Built in Surround sound system (12 speakers) | $ 1,456.24 |
| 15 | LG Washer | $ 872.00 |
| 16 | LG Dryer | $ 872.00 |

Total = $45,515.09

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 17 | JenAir Oven | $ 2,472.12 |
| 18 | Maytag cooktop | $ 817.50 |
| 19 | Kitchen Aid dishwasher | $ 2,725.00 |
| 20 | Garbage disposal | $ 545.00 |
| 21 | 8 bottle wine cooler | $ 327.00 |
| 22 | faucets (bathroom/laundry/kitchen) | $ 5,855.00 |
| 23 | Hoover vacuum system | $ 1,415.91 |
| 24 | Multiple televisions (6 bedrooms + den) | $ 4,200.00 |
| 25 | televisions replaced (den and 2 bedrooms) | $ 1,800.00 |
| 26 | HP Laptop computer | $ 1,119.00 |
| 27 | Custom tower computer with 3 monitors | $ 4,010.11 |
| 28 | Dell Laptop Computer | $ 327.00 |
| 29 | Acer Laptop Computer | $ 272.50 |
| 30 | Router (2) | $ 381.50 |
| 31 | Apple Computer (IMAC) | $ 5,450.00 |
| 32 | Custom built computer for gaming with 2 monitors | $ 1,417.00 |
| 33 | Multiple Cell phones (7) currently | $ 9,156.00 |
| 34 | Multiple cell phone replacements (3) | $ 4,905.00 |
| 35 | faucets (bathroom/laundry/kitchen) | $ 5,855.00 |
| 36 | Apple tv | $ 163.50 |
| 37 | DVD Players (5) | $ 436.00 |
| 38 | SONY PlayStation 4 | $ 545.00 |
| 39 | Apple watches (2) | $ 501.40 |

Total = $54,696.54

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 40 | Air pods | $ 468.70 |
| 41 | Cricket | $ 542.82 |
| 42 | Singer Sewing Machine | $ 304.11 |
| 43 | HP Printer (2) | $ 436.00 |
| 44 | Panasonic Surround Sound | $ 238.71 |
| 45 | Amazon fire stick tablet | $ 218.00 |
| 46 | Sony PlayStation 3 | $ 545.00 |
| 47 | Nintendo switch | $ 381.50 |
| 48 | PlayStation vita | $ 327.00 |
| 49 | Nintendo 3DS (3) | $ 981.00 |
| 50 | XBOX ONE (2) | $ 1,090.00 |
| 51 | Samsung watch (2) | $ 817.50 |
| 52 | Fitbit (2) | $ 327.00 |
| 53 | Nintendo Wii | $ 218.00 |
| 54 | Nintendo Wii u | $ 272.50 |
| 55 | Williams electronic piano | $ 1,921.00 |
| 56 | Silver tea/coffee service (set of 6) | $ 1,962.00 |
| 57 | Silver flatware (service for 12) | $ 1,498.75 |
| 58 | Silver cream and sugar (7 sets) | $ 1,526.00 |
| 59 | Silver water pitcher (3) | $ 327.00 |
| 60 | Silver gravy boat | $ 81.75 |
| 61 | Silver candlestick 2 arms | $ 654.00 |
| 62 | Silver candlestick 5 candle holder | $ 763.00 |

Total = $15,901.34

**GRAND TOTAL = $116,112.97**

Document: Order Acknowledgement

Cust #:     5725

UPC Vendor    Invoice Date     Order #
000000                         1444670-00
CO Date   PO #                 Page 1
06/20/06  SCOTT ARMSTRONG
                               1

Bill To:  CASH SALES - ABITA SPRINGS

Correspondence To:  INTERIOR / EXTERIOR BUILDING SUPPLY
P. O. BOX 4002

NEW ORLEANS, LA 70178

Ship To:  SCOTT ARMSTRONG
          424 FORREST COURT
          SCOTT 969-4721
          HAMMOND, LA

Instructions
BTS
Ship Point                   Via              Shipped    Terms
ABITA SPRINGS BRANCH         DEL/OUR TRCK                NET 1

| Product Ln# And Description | UPC Item | Quantity Ordered | Quantity B.O. | Quantity Shipped | Qty. UM | Unit Price | Price UM | Discount Multiplier | Amount (Net) |
|---|---|---|---|---|---|---|---|---|---|
| 1 41212R  4' X 12' X 1/2" REGULAR SHEETROCK 48SF/PC | 00000 48SF/PC | 290 | 0 | 290 | PC | 322.00 | MSF | 0.00 | 4482.24 |
| 2 4012IP  4' X 8' X 1/2" *IP* GYPSUM BOARD 32SF/PC | 00000 32SF/PC | 26 | 0 | 26 | PC | 414.00 | MSF | 0.00 | 344.45 |

*********************************************************************************
*                        ACKNOWLEDGEMENT                                       *
*********************************************************************************

2 Lines Total                Qty Shipped Total    316

                                                   Total          4826.69
                                                   Taxes           434.40
                                                   Invoice Total  5261.09

C 404  #5900  Tereja

REMIT TO

COBURN'S HAMMOND (17)
PO BOX 99001
DENHAM SPRINGS, LA. 70727

**Coburn's**

COBURN'S HAMMOND (17)
2302 WEST CHURCH

HAMMOND LA 70401
TEL# 985-542-0774
FAX# 985-542-7434

| Invoice #: | 179353836 |
|---|---|
| Date: | 05/31/06 |
| Cust PO#: | |
| Tax Code: | |
| Job Name: | ARMSTROMG |
| Pre-Order#: | |

Sold to:   4018679

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA  LA  70454

Ship to:
( SAME AS SOLD TO UNLESS OTHERWISE INDICATED )

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA, LA 70454

| ORDER DATE | SHIP DATE | SHIP VIA | SALESMAN | WRITTEN BY | ORDER TYPE |
|---|---|---|---|---|---|
| 05/24/06 | 05/31/06 | OUR TRUCK | HOUSE | MAJA | RS |

| Ln # | ORD | SHIP | PART NUMBER | DESCRIPTION | UNIT PRICE | | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 12880410 | WRO7142E WHITE WHIRLPOOL ( MTIS-7242-R ) 71x42x19 A/S | 682.18 | EA | 682.18 |
| 2 | 1 | 1 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.89 | EA | 8.89 |
| 3 | 1 | 1 | DELR2707 | R2707 RT ROUGH IN KIT NA | 55.13 | EA | 55.13 |
| 4 | 1 | 1 | DELT2730LHP | T2730-LHP Chrome Delta RT/whirlpool Faucet Trim Ki | 77.11 | EA | 77.11 |
| 5 | 1 | 1 | 16072610 | RP14979LHP CP ROMAN TUB HAND HELD SHOWER DELTA (1 | 165.54 | EA | 165.54 |
| 6 | 1 | 1 | DELT17230 | T17230 Chrome Delta Monitor Shower Only - Universa | 65.39 | EA | 65.39 |
| 7 | 1 | 1 | DELR10000UN | R10000-UNBX Delta Universal T/S valve Body - UN | 21.00 | EA | 21.00 |
| 8 | 1 | 1 | A2391202020 | 2391.202.020 PRINCETON BATH AMERICAST RHO WHT A/S | 207.29 | EA | 207.29 |
| 9 | 1 | 1 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.89 | EA | 8.89 |
| 10 | 1 | 1 | DELR10000UN | R10000-UNBX Delta Universal T/S valve Body - UN | 21.00 | EA | 21.00 |
| 11 | 1 | 0 | DELT17130 | T17130 Chrome Delta Monitor Tub Only - Universal | 65.39 | EA | 0.00 |
| 12 | 1 | 1 | 12757300 | 313637AC WHITE [AG8938] SHOWER 36x37x761/2 F/G AQU PP G326552140 | 266.59 | EA | 266.59 |
| 13 | 1 | 1 | 42313812 | 42150 (140NC) 2" SHWR DRN W/CP STRAINER NO CAULK | 6.59 | EA | 6.59 |
| 14 | 1 | 0 | 12752740 | 826036A LH WHITE [AG6088] TUB/SHOWER 60x36x78 F/G | 348.67 | EA | 0.00 |
| 15 | 1 | 1 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.99 | EA | 8.99 |
| 16 | 1 | 1 | DELR10000UN | R10000-UNBX Delta Universal T/S valve Body - UN | 21.25 | EA | 21.25 |
| 17 | 1 | 1 | DELT17430 | T17430 Chrome Delta Monitor Tub Shower Trim-Univ. | 77.13 | EA | 77.13 |
| 18 | 2 | 0 | 31401802 | P2-50F1 50 GAL RUUD NG FVIR NAECA PACEMAKER WTR HT | 376.54 | EA | 0.00 |
| 19 | 1 | 1 | FUEL | FUEL SURCHARGE | 3.00 | EA | 3.00 |

Material Received By:  DEL

Terms:  NET 25TH

Sales Tax Cert. #:

account information is now available on-line at
coburns.com.
YOUR WEB ACCOUNT TODAY!

| | |
|---|---|
| Sub - Total: | 1695.97 |
| Freight: | |
| Handling: | |
| 7.000 % Sales Tax: | 118.72 |
| Total: | 1814.69 |



**INVOICE**

**Coburn's**

COBURN'S HAMMOND (17)
2302 WEST CHURCH

HAMMOND LA 70401
TEL# 985-542-0774
FAX# 985-542-7434

| REMIT TO | | Page: | 1 OF 2 |
|---|---|---|---|
| COBURN'S HAMMOND (17) | | Invoice # | 179342706 |
| PO BOX 99001 | | Date | 09/08/06 |
| DENHAM SPRINGS, LA. 70727 | | Cust Po# | |
| | | Tax Code | |
| | | Job Name | ARMSTRONG |
| | | Pre-Order# | |

Sold to: 4018679

SCOTT ARMSTRONG
APT 4
300 FISCHERS LN
PONCHATOULA LA  70454-9511

Ship to:
( SAME AS SOLD TO UNLESS OTHERWISE INDICATED )

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA, LA 70454

| ORDER DATE | SHIP DATE | SHIP VIA | SALESMAN | WRITTEN BY | ORDER TYPE |
|---|---|---|---|---|---|
| 05/24/06 | 09/08/06 | TAG & HOLD | HOUSE | MAJA | RS |

| LINE | QUANTITY ORD | QUANTITY SHIP | PART NUMBER | DESCRIPTION | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 12880410 | WR07142E WHITE WHIRLPOOL ( MTES-7242-R ) 71x42x19 | 682.18 | EA | 0.00 |
| 2 | 0 | 0 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.89 | EA | 0.00 |
| 3 | 0 | 0 | DELR2707 | R2707 RT ROUGH IN KIT NA | 55.13 | EA | 0.00 |
| 4 | 0 | 0 | DELT2730LHP | T2730-LHP Chrome Delta RT/Whirlpool Faucet Trim Ki | 77.11 | EA | 0.00 |
| 5 | 1 | 1 | 16030369 | H515 DELTA CHROME TRADITIONAL LEVER HNDLS W/SCREWS | 35.93 | EA | 35.93 |
| 6 | 0 | 0 | 16072610 | RP14979LHP CP ROMAN TUB HAND HELD SHOWER DELTA (1 | 165.54 | EA | 0.00 |
| 7 | 1 | 1 | 16093996 | H515 DELTA TRADITIONAL LEVER HDLE W/SCREWS-LARGE-R | 18.00 | EA | 18.00 |
| 8 | 0 | 0 | DELT17230 | T17230 Chrome Delta Monitor Shower Only - Universa | 65.39 | EA | 0.00 |
| 9 | 0 | 0 | DELR10000UN | R10000-UNBX Delta Universal T/S Valve Body - UN | 21.00 | EA | 0.00 |
| 10 | 1 | 1 | 16027601 | A74 CP ACCENT F/ONE MONITOR INNOVATIONS LEVER HAND | 5.13 | EA | 5.13 |
| 11 | 0 | 0 | 13100053 | GE6077S WHT 2 SEGT 60x36 SHWR ONLY | 309.24 | EA | 0.00 |
| 12 | 1 | 1 | A3016016020 | 3016.016.020 WHITE RIGHT HEIGHT ELONGATED CADET 3 | 103.75 | EA | 103.75 |
| 13 | 1 | 1 | A4021016020 | 4021.016.020 WHITE CADET 3 TANK | 67.20 | EA | 67.20 |
| 14 | 1 | 1 | 18000844 | 1500PRO WHITE BEMIS EB SEAT W/COVER ( 104 ) | 11.42 | EA | 11.42 |
| 15 | 2 | 2 | 16011352 | 2530-LHP CP INNOVATIONS 4CC LAVA FAUCET DELTA (2 H | 70.16 | EA | 140.32 |
| 16 | 1 | 1 | 16030365 | H215 DELTA CHROME TRADITIONAL LEVER HNDLS W/SCREWS | 27.46 | EA | 27.46 |
| 17 | 0 | 0 | A2391202020 | 2391.202.020 PRINCETON BATH AMERICAST RHO WHT A/S | 207.29 | EA | 0.00 |
| 18 | 0 | 0 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.89 | EA | 0.00 |
| 19 | 1 | 1 | DELR10000UN | R10000-UNBX Delta Universal T/S Valve Body - UN | 21.00 | EA | 21.00 |
| 20 | 0 | 0 | DELT17130 | T17130 Chrome Delta Monitor Tub Only - Universal | 65.39 | EA | 0.00 |
| 21 | 0 | 0 | DELT17240 | T17240 Chrome Delta Monitor Shower Only - Universa | 85.54 | EA | 0.00 |
| 22 | 2 | 2 | 16027601 | A74 CP ACCENT F/ONE MONITOR INNOVATIONS LEVER HAND | 5.13 | EA | 10.26 |
| 23 | 0 | 0 | 12757300 | 313637AC WHITE [AG8938] SHOWER 36x37x761/2 F/G AQU | 266.59 | EA | 0.00 |
| 24 | 0 | 0 | 42313812 | 42150 (14DNC) 2" SHWR DRN W/CP STRAINER NO CAULK | 6.59 | EA | 0.00 |
| 25 | 1 | 1 | A3016016020 | 3016.016.020 WHITE RIGHT HEIGHT ELONGATED CADET 3 | 103.75 | EA | 103.75 |
| 26 | 1 | 1 | A4021016020 | 4021.016.020 WHITE CADET 3 TANK | 67.20 | EA | 67.20 |
| 27 | 1 | 1 | 18000844 | 1500PRO WHITE BEMIS EB SEAT W/COVER ( 104 ) | 11.42 | EA | 11.42 |
| 28 | 1 | 1 | 16011352 | 2530-LHP CP INNOVATIONS 4CC LAVA FAUCET DELTA (2 H | 70.16 | EA | 70.16 |
| 29 | 1 | 1 | 16030365 | H215 DELTA CHROME TRADITIONAL LEVER HNDLS W/SCREWS | 27.46 | EA | 27.46 |
| 30 | 2 | 2 | 16011352 | 2530-LHP CP INNOVATIONS 4CC LAVA FAUCET DELTA (2 H | 71.00 | EA | 142.00 |
| | 2 | 2 | 16030365 | H215 DELTA CHROME TRADITIONAL LEVER HNDLS W/SCREWS | 27.46 | EA | 54.92 |
| | 0 | 0 | 12752740 | 826036A LH WHITE [AG6088] TUB/SHOWER 60x36x78 F/G | 348.67 | EA | 0.00 |

Material Received By:

Terms: NET 25TH

Sales Tax Cert. #:

Account information is now available on-line at
coburns.com.
OUR WEB ACCOUNT TODAY!

CONTINUED ON NEXT PAGE





**INVOICE**

**Coburn's**

COBURN'S HAMMOND (17)
2302 WEST CHURCH

HAMMOND LA 70403
TEL# 985-542-0774
FAX# 985-542-7434

| page: | 2 OF 2 |
|---|---|
| Invoice # | 179542706 |
| Date | 09/08/06 |
| Cust PO# | |
| Tax Code | |
| Job Name | ARMSTRONG |
| Pre-Order# | |

**REMIT TO**
COBURN'S HAMMOND (17)
PO BOX 99001
DENHAM SPRINGS, LA. 70727

Sold to: 4018679

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA LA 70454

Ship to:
( SAME AS SOLD TO UNLESS OTHERWISE INDICATED )

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA, LA 70454

llalllaadaldldalalldaaldaalllaallllaalalllaal

| ORDER DATE | SHIP DATE | | SHIP VIA | SALESMAN | WRITTEN BY | | ORDER TYPE | |
|---|---|---|---|---|---|---|---|---|
| 05/24/06 | 09/08/06 | | TAG & HOLD | HOUSE | MAJA | | RS | |

| LN # | QUANTITY ORD | SHIP | PART NUMBER | DESCRIPTION | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 33 | 0 | 0 | 17099130 | P7225 UNILIFT WASTE 807-130 | 8.99 | EA | 0.00 |
| 34 | 0 | 0 | DEL#10000UN | R10000-UNBX Delta Universal T/S Valve Body - UN | 21.25 | EA | 0.00 |
| 35 | 0 | 0 | DELT17430 | T17430 Chrome Delta Monitor Tub Shower Trim-Univ. | 77.13 | EA | 0.00 |
| 36 | 1 | 1 | A3016016020 | 3016.016.020 WHITE RIGHT HEIGHT ELONGATED CADET 3 | 103.75 | EA | 103.75 |
| 37 | 1 | 1 | A4021016020 | 4021.016.020 WHITE CADET 3 TANK | 67.20 | EA | 67.20 |
| 38 | 1 | 1 | 18000844 | 1500PRO WHITE BEMIS EB SEAT W/COVER ( 104 ) | 11.55 | EA | 11.55 |
| 39 | 1 | 1 | DEL63500PC | 63500-PC CHROME FLORIANO SNGL HNDL SINK FCT W/PULL | 339.04 | EA | 339.04 |
| 40 | 1 | 1 | 17501008 | L7Y CP BASKET STRAINER W/TLPC S14-251T ( SS250W ) | 10.70 | EA | 10.70 |
| 41 | 1 | 1 | ELKEGUH3119 | EGUH3119-10R ELKAY ELUMINA 10" DEEP DOUBLE BOWL UN | 272.00 | EA | 272.00 |
| 42 | 1 | 1 | 12401501 | 18W WHITE SINGLE WALL DURASTONE UTILITY SINK | 53.81 | EA | 53.81 |
| 43 | 1 | 1 | 15005430 | 49-244 CP GERBER LAUNDRY FAUCET MH/HE | 35.67 | EA | 35.67 |
| 44 | 0 | 0 | 31401802 | P2-50F1 50 GAL RUUD NG FVIR NAECA PACEMAKER WTR HT | 376.54 | EA | 0.00 |

Material Received By:

Terms: NET 25TH

Sales Tax Cert. #:

account information is now available on-line at
coburns.com.
YOUR WEB ACCOUNT TODAY!

| | |
|---|---|
| Sub - Total: | 1811.10 |
| Freight: | |
| Handling: | |
| 7.000 % Sales Tax: | 126.78 |
| Total: | 1937.88 |



**INVOICE**

**REMIT TO**

COBURN'S HAMMOND (17)
PO BOX 99001
DENHAM SPRINGS, LA. 70727

**Coburn's**

COBURN'S HAMMOND (17)
2302 WEST CHURCH

HAMMOND, LA 70401
TEL# 985-542-0774
FAX# 985-542-7434

| Page: | 1 OF 1 |
|---|---|
| Invoice # | 179647804 |
| Date | 09/20/06 |
| Cust Po# | |
| Tax Code | |
| Job Name | |
| Pre-Order# | |

Sold to:  4018679

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA   LA   70454

Ship to:
( SAME AS SOLD TO UNLESS OTHERWISE INDICATED )

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA, LA. 70454

| ORDER DATE | SHIP DATE | SHIP VIA | SALESMAN | WRITTEN BY | ORDER TYPE |
|---|---|---|---|---|---|
| 09/20/06 | 09/20/06 | TAG & HOLD | HOUSE | MAJA | RS |

| Ln # | QUANTITY ORD | QUANTITY SHIP | PART NUMBER | DESCRIPTION | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 30091108 | EVOLUTION COMPACT 3/4 HP 4 YEAR WARRANTY ISE DISPO | 170.00 | EA | 170.00 |

Material Received By:  SCOTT

Terms:  NET 25TH

Sales Tax Cert. #:

account information is now available on-line at
coburns.com.
**YOUR WEB ACCOUNT TODAY!**

| | |
|---|---|
| Sub - Total: | 170.00 |
| Freight: | |
| Handling: | |
| 7.000 % Sales Tax: | 11.90 |
| Total: | 181.90 |

**INVOICE**

**Coburn's**

COBURN'S HAMMOND (17)
2302 WEST CHURCH

HAMMOND LA 70401
TEL# 985-542-0774
FAX# 985-542-7434

**REMIT TO**

COBURN'S HAMMOND (17)
PO BOX 99001
DENHAM SPRINGS, LA. 70727

| Page: | 1 OF 1 |
|---|---|
| Invoice # | 179504653-1 |
| Date | 09/19/06 |
| Cust Po# | ARMSTRONG17 |
| Tax Code | |
| Job Name | ARMSTRONG17 |
| Pre-Order# | |

Sold to: 4018679

SCOTT ARMSTRONG
APT 4
300 FISCHERS LN
PONCHATOULA LA 70454-9511

Ship to:
( SAME AS SOLD TO UNLESS OTHERWISE INDICATED )

SCOTT ARMSTRONG
300 FISCHER LN #4
PONCHATOULA, LA 70454

| ORDER DATE | SHIP DATE | SHIP VIA | SALESMAN | WRITTEN BY | ORDER TYPE |
|---|---|---|---|---|---|
| 08/29/06 | 09/19/06 | TAG & HOLD | HOUSE | MAJA | RS |

| Ln # | QUANTITY ORD | QUANTITY SHIP | PART NUMBER | DESCRIPTION | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | KWVU265YBA FJS2802040 | KWVU265YBA BRUSHED ALUMINUM HOODS AND VENTS 36" | 501.25 | EA | 501.25 |
| 2 | 1 | 0 | MFF2557KES | MFF2557KES STAINLESS STEEL MAYTAG ENERGY STAR FREN | 1785.00 | EA | 0.00 |
| 3 | -1 | -1 | ELREGDM3119 | ELGDM3119-10R ELKAY PLUMINA 10" DEEP DOUBLE BOWL UN | 272.00 | EA | -272.00 |

*Vent hood Item #4*
*Refigerator Item #7*

*Vent hood*

Material Received By:

Terms: NET 25TH

Sales Tax Cert. #:

| | |
|---|---|
| Sub - Total: | 229.25 |
| Freight: | |
| Handling: | |
| 7.000 % Sales Tax: | 16.05 |
| Total: | 245.30 |

Your account information is now available on-line at
www.coburns.com.
GET YOUR WEB ACCOUNT TODAY!

**NORTHSHORE A/C HTG & ELECT**
PO BOX 1904
NATALBANY, LA 70451
LA STATE MECH & ELECT LIC.# 38887

985-542-9610
985-969-0364

**SERVICE INVOICE**

| SOLD TO: | SERVICED AT: |
|---|---|
| SCOTT ARMSTRONG | JEFFERSON COURT |

| INVOICE # | MAKE OF EQUIPMENT | MODEL # | SERIAL # | INVOICE DATE | SERVICE DATE |
|---|---|---|---|---|---|
| 10765 | | | | | 06-Jun-06 |

**PARTS USED**

| QTY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | INSTALLATION OF (2)3 TON AIR CONDITIONING AND ELECTRIC HEAT SYSTEM GAS | $12,200.00 | $12,200.00 |
| | 13 SEER | | |
| | SUPER HIGH EFFICIENCY | | |
| | 5 YEAR ALL PARTS WARRANTY    20 YEAR HEAT EXCHANGER WARRANTY(GAS HEA | | |
| | 10 YEAR COMPRESSOR WARRANTY | | |
| | | INCL | $0.00 |
| 1 | | INCL | $0.00 |
| | DIGITAL T-STAT | | |
| | | TOTAL | $12,200.00 |
| | | TRIM | $7,320.00 |
| | | DUE | $7,320.00 |

**ALL WORK PERFORMED PER FOLLOWING:**  STANDARD BUILDING CODE
SOUTHERN BUILDING CODE
ALL LOCAL CODES AND ORDINANCES

GUARANTEED 30 DAYS
AGAINST LABOR AND
MATERIALS DEFECTS

SERVICE SUPERVISED BY

SIGNED

#4880 owed

# Invoice

**Northlake Garage Door Co.**
41005 Holland Rd
Ponchatoula, LA 70454
Phone# 985-386-8650
Fax# 985-386-2675

| Date | Invoice # |
|------|-----------|
| 7/10/2006 | 861 |

**Bill To**
KIM ARMSTRONG
42296 FOREST LANE
HAMMOND, LA 70403

**Ship To**
JEFFERSON CT

| P.O. Num... | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 7/10/2006 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | 8000 | INSTALLATION OF 16X8 TAUPE | 725.00 | 725.00 |
| 1 | 3255-8 | INSTALLATION OF LIFTMASTER OPENER | 299.00 | 299.00 |
| | | Needs 2 Doors + genero but Ready for 1 | | |
| | | Wed / Thurs. | | |

**Total**     $1,024.00

# PINE GROVE ELECTRICAL SUPPLY
50 WEST COURT
MANDEVILLE, LA 70471-7744
Phone: 985-893-4003

## INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 286252 |
| Date | 09/07/06 |
| Page | 1 |

| Bill To: 1616 | KIM & SCOTT ARMSTRONG/CASH 13275 STATE STREET HAMMOND, LA | Ship To: SAME | KIM & SCOTT ARMSTRONG/CASH 13275 STATE STREET HAMMOND, LA |
|---|---|---|---|

| REFERENCE # | SHIPPED | SLS | TERMS | TAX CODE | DOC # | WN | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 42296 FOREST LN | 09/07/06 | DS | MULTIPLE | LAST8.75 | 045992 | 01 | O/T |

| ITEM | DESCRIPTION | SHIPPED | UM | PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|
| MM783BG | FOYER | 1.00 | EA | 135.000 | EA | 135.00 |
| ANG60TOC | 60W TOR CB/CL 130V | 4.00 | EA | .680 | EA | 2.72 |
| MN1365-196C | BREAKFAST | 1.00 | EA | 180.000 | EA | 180.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 5.00 | EA | .590 | EA | 2.95 |
| MN8619-61 | OUTDOOR FLUSH MT 2/4 | 3.00 | EA | 30.000 | EA | 90.00 |
| ANG40TOC | 40W TOR CB/CL 130V | 6.00 | EA | .660 | EA | 3.96 |
| DVGLASS2812A | FAMILY GLASS | 4.00 | EA | 9.000 | EA | 36.00 |

PULLED IN FT OF WAREHOUSE
9/6/06 SG

```
================================= ==================
TOTAL DUE:                490.06
PAYMENTS:
Depos          Applied    490.06
DEPOS
Deposit                  1769.23
Applie                   -490.06
Refund                    -89.56
Prev           lied     -1189.61
----           --------------------
Remai          g Dep        .00
```

| MERCHANDISE | MISC | TAX | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 450.63 | .00 | 39.43 | .00 | .00 |

eturns on installed fixtures.

# PINE GROVE ELECTRICAL SUPPLY

50 WEST COURT
MANDEVILLE, LA 70471-7744
Phone: 985-893-4003

## INVOICE

**Customer Copy**

| Number | 286017 |
|---|---|
| Date | 09/05/06 |
| Page | 1 |

| Bill To: 1616 | KIM & SCOTT ARMSTRONG/CASH 13275 STATE STREET HAMMOND, LA | Ship To: SAME | KIM & SCOTT ARMSTRONG/CASH 13275 STATE STREET HAMMOND, LA |
|---|---|---|---|

| REFERENCE # | SHIPPED | SLS | TERMS | TAX CODE | DOC # | WH | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 42296 FOREST LN | 09/05/06 | DS | MULTIPLE | LAST8.75 | 045992 | 01 | O/T |

| ITEM | DESCRIPTION | SHIPPED | UM | PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|
| | SEE KC OR EN FOR HELP | | | | | |
| JUV3034W | F.PORCH RECESSED | 3.00 | EA | 9.000 | EA | 27.00 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 3.00 | EA | 2.984 | EA | 8.95 |
| MN1557-477 | FOYER | .00 | EA | 165.000 | EA | .00 |
| | BACKORDER 1.00 | | | | | |
| ANG60TOC | 60W TOR CB/CL 130V | .00 | EA | .680 | EA | .00 |
| | BACKORDER 3.00 | | | | | |
| | BELOW HERE IN STOCK 7/20 | | | | | |
| | PO# 15785 | | | | | |
| MN1559-477 | (SP)DINING | 1.00 | EA | 360.000 | EA | 360.00 |
| ANG60TOC | 60W TOR CB/CL 130V | 8.00 | EA | .680 | EA | 5.44 |
| JU250 | FAMILY REC | 6.00 | EA | 5.150 | EA | 30.90 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 6.00 | EA | 2.984 | EA | 17.90 |
| JUV3029 | FAMILY REC | 1.00 | EA | 9.030 | EA | 9.03 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 1.00 | EA | 2.984 | EA | 2.98 |
| MNF559AP | FAMILY ROOM FAN | 1.00 | EA | 165.000 | EA | 165.00 |
| MNK9335AP | FAMILY RM LIGHT KIT | 1.00 | EA | 49.500 | EA | 49.50 |
| DVGLASS2812A | FAMILY GLASS | .00 | EA | 9.000 | EA | .00 |
| | BACKORDER 4.00 | | | | | |
| ANG60A19MC | 60W A19 MB/CL 130V | 4.00 | EA | .590 | EA | 2.36 |
| MNDR512-AP | 3/4" ANTIQUE PECAN D | 1.00 | EA | 9.000 | EA | 9.00 |
| MN1552-477 | BREAKFAST | .00 | EA | 180.000 | EA | .00 |
| | BACKORDER 1.00 | | | | | |
| ANG100A19MC | 100W MB/CL 130V | .00 | EA | .590 | EA | .00 |
| | BACKORDER 2.00 | | | | | |
| KI8407TZ | KITCHEN FLUSH MT | 1.00 | EA | 150.000 | EA | 150.00 |
| ANG75A19MC | 75W A19 MB/CL 130V | 5.00 | EA | .585 | EA | 2.93 |
| JU250 | KITCKEN REC | 9.00 | EA | 5.150 | EA | 46.35 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 9.00 | EA | 2.984 | EA | 26.86 |
| | BELOW HERE IN KC'S | | | | | |
| | STOCK 7/20 | | | | | |
| | PO#15785 | | | | | |
| MN1561-477 | (SP)PEND OVER BAR | 2.00 | EA | 59.930 | EA | 119.86 |
| ANG100A19MC | 100W MB/CL 130V | 2.00 | EA | .590 | EA | 1.18 |
| | UNDERCABS?? | | | | | |
| DV3021-8-65 | PANTRY | 1.00 | EA | 14.000 | EA | 14.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 2.00 | EA | .590 | EA | 1.18 |
| GO1390-13RBZ | HALLS | 5.00 | EA | 29.000 | EA | 145.00 |

**CONTINUED**

**PINE GROVE ELECTRICAL SUPPLY**
50 WEST COURT
MANDEVILLE, LA 70471-7744
Phone: 985-893-4003

**INVOICE**

*Customer Copy*

| | |
|---|---|
| Number | 286017 |
| Date | 09/05/06 |
| Page | 2 |

| Bill To: | Ship To: |
|---|---|
| 1616 KIM & SCOTT ARMSTRONG/CASH<br>13275 STATE STREET<br>HAMMOND, LA | SAME KIM & SCOTT ARMSTRONG/CASH<br>13275 STATE STREET<br>HAMMOND, LA |

| REFERENCE # | SHIPPED | SLS | TERMS | TAX CODE | DOC # | WH | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 42296 FOREST LN | 09/05/06 | DS | MULTIPLE | LAST8.75 | 045992 | 01 | O/T |

| ITEM | DESCRIPTION | SHIPPED | UM | PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|
| ANG60A19MC | BULBS | 10.00 | EA | .590 | EA | 5.90 |
| AFLW232RC | UTILITY | 1.00 | EA | 35.000 | EA | 35.00 |
| WWF32T8/4100 | 32W T-8 LAMP 4100K | 2.00 | EA | 1.990 | EA | 3.98 |
| DV77525-167 | BEDS 2,3 & PLAYROOM | 3.00 | EA | 75.000 | EA | 225.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 12.00 | EA | .590 | EA | 7.08 |
| DV6-12AW | 12" DN ROD (67) ANTI | 3.00 | EA | 4.000 | EA | 12.00 |
| DV3021-8-65 | BED CLOSETS | 3.00 | EA | 14.000 | EA | 42.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 6.00 | EA | .590 | EA | 3.54 |
| ANG100A19MC | BATH 3 HVL | 1.00 | EA | .590 | EA | .59 |
| JU21PW | BATH 3 SHOWER REC | 1.00 | EA | 13.076 | EA | 13.08 |
| ANG60A19MC | 60W A19 MB/CL 130V | 1.00 | EA | .590 | EA | .59 |
| DV5173-4-65 | BATH 3 VANITY | 2.00 | EA | 52.500 | EA | 105.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 8.00 | EA | .590 | EA | 4.72 |
| MNF704BCW | MASTER FAN | 1.00 | EA | 165.000 | EA | 165.00 |
| MNK9335BCW | MASTER LIGHT KIT | 1.00 | EA | 49.500 | EA | 49.50 |
| DVGLASS2943E | MASTER GLASS | 4.00 | EA | 8.500 | EA | 34.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 4.00 | EA | .590 | EA | 2.36 |
| MNDR512-BCW | DN ROD 3/4" | 1.00 | EA | 9.000 | EA | 9.00 |
| JU250 | MASTER REC | 4.00 | EA | 5.150 | EA | 20.60 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 4.00 | EA | 2.984 | EA | 11.94 |
| ANG100A19MC | MASTER BATH HVL | 1.00 | EA | .590 | EA | .59 |
| JU21PW | MASTER BATH SHOWER T | 1.00 | EA | 13.076 | EA | 13.08 |
| ANG60A19MC | 60W A19 MB/CL 130V | 1.00 | EA | .590 | EA | .59 |
| JU250 | REC OVER TOILET | 1.00 | EA | 5.150 | EA | 5.15 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 1.00 | EA | 2.984 | EA | 2.98 |
| GO8604RBZ | MASTER VANITY | 2.00 | EA | 85.000 | EA | 170.00 |
| ANG100A19MC | 100W MB/CL 130V | 8.00 | EA | .590 | EA | 4.72 |
| UT21063 | MASTER BATH CHAND | 1.00 | EA | 125.000 | EA | 125.00 |
| ANG60TOC | 60W TOR CB/CL 130V | 4.00 | EA | .680 | EA | 2.72 |
| AFLW232RC | MASTER CLOSET | 1.00 | EA | 35.000 | EA | 35.00 |
| WWF32T8/4100 | 32W T-8 LAMP 4100K | 2.00 | EA | 1.990 | EA | 3.98 |
| DV77525-167 | GUEST ROOM | 1.00 | EA | 75.000 | EA | 75.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 4.00 | EA | .590 | EA | 2.36 |
| DV6-12AW | 12" DN ROD (67) ANTI | 1.00 | EA | 4.000 | EA | 4.00 |
| CFX316BN | CLOSET | 1.00 | EA | 21.500 | EA | 21.50 |
| ANG60A19MC | 60W A19 MB/CL 130V | 3.00 | EA | .590 | EA | 1.77 |
| DV77525-167 | STUDY | 1.00 | EA | 75.000 | EA | 75.00 |
| ANG60A19MC | 60W A19 MB/CL 130V | 4.00 | EA | .590 | EA | 2.36 |

**CONTINUED**

## PINE GROVE ELECTRICAL SUPPLY
50 WEST COURT
MANDEVILLE, LA 70471-7744
Phone: 985-893-4003

# INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 286017 |
| Date | 09/05/06 |
| Page | 3 |

| Bill To: 1616 | KIM & SCOTT ARMSTRONG/CASH<br>13275 STATE STREET<br>HAMMOND, LA | Ship To: SAME | KIM & SCOTT ARMSTRONG/CASH<br>13275 STATE STREET<br>HAMMOND, LA |
|---|---|---|---|

| REFERENCE # | SHIPPED | SLS | TERMS | TAX CODE | DOC # | WH | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 42296 FOREST LN | 09/05/06 | DS | MULTIPLE | LAST8.75 | 045992 | 01 | O/T |

| ITEM | DESCRIPTION | SHIPPED | UM | PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|
| DV6-12AW | 12" DN ROD (67) ANTI | 1.00 | EA | 4.000 | EA | 4.00 |
| JU250 | STUDY REC | 4.00 | EA | 5.150 | EA | 20.60 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 4.00 | EA | 2.984 | EA | 11.94 |
| CFX316BN | CLOSET | 1.00 | EA | 21.500 | EA | 21.50 |
| ANG60A19MC | 60W A19 MB/CL 130V | 3.00 | EA | .590 | EA | 1.77 |
| JU250 | BATH 2 REC OVER TUB | 1.00 | EA | 5.150 | EA | 5.15 |
| ANG65BR30MFL | 65W R30 MB/FL 130V | 1.00 | EA | 2.984 | EA | 2.98 |
| JU21PW | SHOWER TRIM BATH 2 | 1.00 | EA | 13.076 | EA | 13.08 |
| ANG60A19MC | 60W A19 MB/CL 130V | 1.00 | EA | .590 | EA | .59 |
| ANG100A19MC | BATH 2 HVL | 1.00 | EA | .590 | EA | .59 |
| DV5173-4-65 | BATH 2 VANITY | 1.00 | EA | 52.500 | EA | 52.50 |
| ANG60A19MC | 60W A19 MB/CL 130V | 4.00 | EA | .590 | EA | 2.36 |
| MNDR524-ORB | BACK PORCH DOWNRODS | 2.00 | EA | 20.000 | EA | 40.00 |
| MNF571ORB | BACK PORCH FANS | 2.00 | EA | 97.500 | EA | 195.00 |
| | NO LIGHT KITS | | | | | |
| CFZ5017-91 | BACK PORCH CEILING L | .00 | EA | 49.000 | EA | .00 |
| | BACKORDER 3.00 | | | | | |
| ANG75A19MC | BULBS | .00 | EA | .585 | EA | .00 |
| | BACKORDER 3.00 | | | | | |
| AFLW232RC | GARAGE | 2.00 | EA | 35.000 | EA | 70.00 |
| WWF32T8/4100 | 32W T-8 LAMP 4100K | 4.00 | EA | 1.990 | EA | 7.96 |
| BWFCR-3AS | FLOOD HOLDER BASE BR | 6.00 | EA | 293.112 | C | 17.59 |
| BWFH-1AS | FLOOD HOLDER SOCKET | 12.00 | EA | 255.438 | C | 30.65 |
| ANG75PAR38MFL | 75W PAR38 MB/FL 130V | 12.00 | EA | 3.981 | EA | 47.77 |
| FX4518 | SMOKE DET. 120V BATT | 9.00 | EA | 12.750 | EA | 114.75 |
| ALLH-1P | KEYLESS FIXTURE | 2.00 | EA | 169.254 | C | 3.39 |
| ANG100A19MC | 100W MB/CL 130V | 2.00 | EA | .590 | EA | 1.18 |
| TBCAR-RC | CHIME-CARVED RECESSE | 1.00 | EA | 61.000 | EA | 61.00 |
| BRC905 | TRANSFORMER 16V 10WA | 1.00 | EA | 7.155 | EA | 7.16 |
| TBBSOO-AZ | OVAL ORNATE-ANTIQUE | 1.00 | EA | 19.000 | EA | 19.00 |
| | PRICE EMERGENCY LIGHTS | | | | | |

MUST APPLY DEPOSITS

DEPOSIT MADE 9/1 SG
FOR $2338.90

**CONTINUED**

# PINE GROVE ELECTRICAL SUPPLY

50 WEST COURT
MANDEVILLE, LA 70471-7744
Phone: 985-893-4003

## INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 286017 |
| Date | 09/05/06 |
| Page | 4 |

| | |
|---|---|
| KIM & SCOTT ARMSTRONG/CASH<br>13275 STATE STREET<br>HAMMOND, LA | Ship To: KIM & SCOTT ARMSTRONG/CASH<br>SAME   13275 STATE STREET<br>HAMMOND, LA |

| REFERENCE # | SHIPPED | SLS | TERMS | TAX CODE | DOC # | WH | SHIP VIA |
|---|---|---|---|---|---|---|---|
| 42296 FOREST LN | 09/05/06 | DS | MULTIPLE | LAST8.75 | 045992 | 01 | O/T |

| ITEM | DESCRIPTION | SHIPPED | UM | PRICE | UM | EXTENSION |
|---|---|---|---|---|---|---|
| = = = = = = = = = = = = = = = = = = = = | = = = = = = = = = = = = = = = = | | | | | |
| TOTAL DUE: | 3528.51 | | | | | |
| PAYMENTS: | | | | | | |
| Depos | Applied    1189.61 | | | | | |
| Depos | Applied    2338.90 | | | | | |
| DEPOS | 1 | | | | | |
| Deposit | 1769.23 | | | | | |
| Applie | -1189.61 | | | | | |
| Deposit | 2338.90 | | | | | |
| Applie | -2338.90 | | | | | |
| | ------------------ | | | | | |
| Remai | g Dep    579.62 | | | | | |

| | MERCHANDISE | MISC | TAX | FREIGHT | TOTAL DUE |
|---|---|---|---|---|---|
| | 3244.61 | .00 | 283.90 | .00 | .00 |

s on installed fixtures.



WA50M7450A*
WA45M7050A*

# Washing Machine

## user manual

imagine **the possibilities**

Thank you for purchasing this Samsung product.



**SAMSUNG**

# TOSHIBA

# REGZA

# Owner's Manual

## Integrated High Definition LCD Television

COLORSTREAM°HD   DOLBY DIGITAL

HDMI   HDTV

## 32RV530U
## 37RV530U
## 42RV530U
## 46RV530U
## 52RV530U

For an overview of steps for setting up your new TV, see page 9.

Note: To display a High Definition picture, the TV must be receiving a High Definition signal (such as an over-the-air High Definition TV broadcast, a High Definition digital cable program, or a High Definition digital satellite program). For details, please contact your TV antenna installer, cable provider, or satellite provider.

### Owner's Record

The model number and serial number are on the back of your TV. Record these numbers in the spaces below. Refer to these numbers whenever you communicate with your Toshiba dealer about this TV.

Model number:

Serial number:



VX1A000869A0   OWNERS MANUAL

YCM VX1A000869A0

© 2008 TOSHIBA CORPORATION
All Rights Reserved

# HOOVER.

**Central Vacuum Systems**
**Accessories**

**Owner's Manual**
English      pp. 1-11
Français    pp. 12-17





**Review this manual before operating cleaner.**

www.hoover.com

PART NO. 07005-

# LiftMaster

## PROFESSIONAL

The Chamberlain Group, Inc.
845 Larch Avenue
Elmhurst, Illinois 60126-1196
www.liftmaster.com



# SECURITY+®
## GARAGE DOOR OPENER

Models  3245 1/3 HP
        3255 1/2 HP
        3255-2 1/2 HP

*For Residential Use Only*



## Owner's Manual

- Please read this manual and the enclosed safety materials carefully!
- Fasten the manual near the garage door after installation.
- The door WILL NOT CLOSE unless the Protector System® is connected and properly aligned.
- Periodic checks of the opener are required to ensure safe operation.
- The model number label is located on the front panel of your opener.

 **KitchenAid®**
FOR THE WAY IT'S MADE™

# User Guide
Dishwasher



**LEARN MORE**
In an effort to conserve natural resources, this dishwasher includes a condensed User Guide. A complete User Guide can be downloaded at **www.kitchenaid.com/customer-service/manuals/**

For future reference, please make a note of your product model and serial numbers. These can be located on a label in the tub along the left outer edge.

Model Number_____ Serial Number_____

Register your dishwasher at **www.kitchenaid.com**. In Canada, register your dishwasher at **www.kitchenaid.ca**.

*Para una version de estas instrucciones en español, visite www.kitchenaid.com.*

## Your safety and the safety of others are very important.

We have provided many important safety messages in this manual and on your appliance. Always read and obey all safety messages.



This is the safety alert symbol.

This symbol alerts you to potential hazards that can kill or hurt you and others.

All safety messages will follow the safety alert symbol and either the word "DANGER" or "WARNING." These words mean:

| | |
|---|---|
| **⚠ DANGER** | You can be killed or seriously injured if you don't <u>immediately</u> follow instructions. |
| **⚠ WARNING** | You can be killed or seriously injured if you don't follow instructions. |

All safety messages will tell you what the potential hazard is, tell you how to reduce the chance of injury, and tell you what can happen if the instructions are not followed.

## IMPORTANT SAFETY INSTRUCTIONS

**WARNING:** When using the dishwasher, follow basic precautions, including the following:

- Read all instructions before using the dishwasher.
- Use the dishwasher only for its intended function.
- Use only detergents or rinse agents recommended for use in a dishwasher, and keep them out of the reach of children.
- When loading items to be washed:
  1) Locate sharp items so that they are not likely to damage the door seal; and
  2) Load sharp knives with the handles up to reduce the risk of cut-type injuries.
- Do not wash plastic items unless they are marked "dishwasher safe" or the equivalent. For plastic items not so marked, check the manufacturer's recommendations.
- Do not touch the heating element during or immediately after use.
- Do not operate the dishwasher unless all enclosure panels are properly in place.

- Do not tamper with controls.
- Do not abuse, sit on, or stand on the door, lid, or dish racks of the dishwasher.
- To reduce the risk of injury, do not allow children to play in or on the dishwasher.
- Under certain conditions, hydrogen gas may be produced in a hot water system that has not been used for two weeks or more. HYDROGEN GAS IS EXPLOSIVE. If the hot water system has not been used for such a period, before using the dishwasher turn on all hot water faucets and let the water flow from each for several minutes. This will release any accumulated hydrogen gas. As the gas is flammable, do not smoke or use an open flame during this time.
- Remove the door or lid to the washing compartment when removing an old dishwasher from service or discarding it.

## SAVE THESE INSTRUCTIONS

State of California Proposition 65 Warnings:

WARNING: This product contains one or more chemicals known to the State of California to cause cancer.

WARNING: This product contains one or more chemicals known to the State of California to cause birth defects or other reproductive harm.

**❶**

W10656163A

 **INSTALLATION MANUAL** | **SEALED GAS COOKTOPS** Models: MGC5430 & MGC5536 |  **MAYTAG**

**IMPORTANT:** Dimensions Shown in Both Inches and Centimeters.

**IMPORTANT:** Be sure the appliance being installed is equipped for the gas to be supplied. Refer to serial plate on underside of burner box for this information. Do not attempt to convert this appliance for use with a gas other than the type specified.

## 30" MODEL



| DIMENSIONS | | | | | | |
|---|---|---|---|---|---|---|
| | inches | | | cm | | |
| A | 28 1/2 | ± | 1/16 | 72.4 | ± | 0.2 |
| B | 19 15/16 | ± | 1/16 | 50.6 | ± | 0.2 |
| C | 2 1/8 | ± | 1/16 | 5.4 | ± | 0.2 |
| D | 5 1/4 | ± | 1/16 | 13.3 | ± | 0.2 |
| E | 29 1/2 | ± | 1/16 | 74.9 | ± | 0.2 |
| F | 21 1/2 | ± | 1/16 | 54.6 | ± | 0.2 |
| G | 3 13/16 | ± | 1/16 | 9.7 | ± | 0.2 |
| H | 12 1/4 | ± | 1/16 | 31.1 | ± | 0.2 |

## 36" MODEL

| DIMENSIONS | | | | | | |
|---|---|---|---|---|---|---|
| | inches | | | cm | | |
| A | 34 1/2 | ± | 1/16 | 87.6 | ± | 0.2 |
| B | 19 15/16 | ± | 1/16 | 50.6 | ± | 0.2 |
| C | 2 1/8 | ± | 1/16 | 5.4 | ± | 0.2 |
| D | 5 1/4 | ± | 1/16 | 13.3 | ± | 0.2 |
| E | 36 | ± | 1/16 | 91.4 | ± | 0.2 |
| F | 21 | ± | 1/16 | 53.3 | ± | 0.2 |
| G | 3 13/16 | ± | 1/16 | 9.7 | ± | 0.2 |
| H | 15 1/4 | ± | 1/16 | 38.7 | ± | 0.2 |

**IMPORTANT**
CUTOUT DIMENSIONS
ARE CRITICAL

## SPECIAL WARNING:



IMPROPER INSTALLATION, ADJUSTMENT, ALTERATION, SERVICE, MAINTENANCE OR USE OF RANGE CAN RESULT IN SERIOUS INJURY OR PROPERTY DAMAGE.

**NOTICE TO INSTALLER:** Leave these instructions with the appliance.
**NOTICE TO CONSUMER:** Retain these instructions for future reference.

8101P582-60
(04-04-00)

# INSTALLATION INSTRUCTIONS
# UNDERCOUNTER DISHWASHER
# STAINLESS STEEL TUB

## LAVAVAJILLAS EMPOTRADA CON TINA
## DE ACERO INOXIDABLE

## INSTRUCTIONS D'INSTALLATION
## LAVE-VAISSELLE ENCASTRÉ
## AVEC CUVE EN ACIER INOXYDABLE

Table of Contents ......................................................... 2
Indice ............................................................................ 25
Table des matières .................................................... 50



W10741197A

JENN-AIR 30" ELECTRIC WALL OVEN

# USE & CARE

# GUIDE

## TABLE OF CONTENTS

| | |
|---|---|
| Safety | 1-3 |
| Oven Cooking | 4-12 |
| Options | 13-17 |
| Favorites | 18-19 |
| Setup | 20-22 |
| Help | 23 |
| Care & Cleaning | 24-26 |
| Maintenance | 27 |
| Troubleshooting | 28-29 |
| Warranty & Service | 31 |
| Guide de l'utilisateur | 32 |
| Guía del Usuario | 64 |



JENN-AIR

Form No. A/01/08   Part No. w10169642

©2006 Maytag Appliances Sales Co.    All rights reserved.    Litho U.S.A.

# 30" (76.2 CM) AND 36" (91.4 CM) SLIDE-OUT VENT RANGE HOOD

### Installation Instructions and Use & Care Guide

# HOTTE D'EXTRACTION AVEC MODULE DE COMMANDE EXTRACTIBLE 30" (76,2 CM) ET 36" (91,4 CM)

### Instructions d'installation et Guide d'utilisation et d'entretien

Table of Contents/Table des matières.......................................................................2



**IMPORTANT: READ AND SAVE THESE INSTRUCTIONS.**
**IMPORTANT : LIRE ET CONSERVER CES INSTRUCTIONS.**

**IMPORTANT:**
Installer: Leave installation instructions with the homeowner.
Homeowner: Keep installation instructions for future reference.
Save installation instructions for local electrical inspector's use.

**IMPORTANT :**
Installateur : Remettre les instructions d'installation au propriétaire.
Propriétaire : Conserver les instructions d'installation pour référence ultérieure.
Conserver les instructions d'installation pour consultation par l'inspecteur local des installations électriques.

9761369