# Exhibit A

ORIG: 241   BNDL: 12430
7/30/2012 3:31:40 PM

FILED AND RECORDED
EAST BATON ROUGE PARISH, LA
DOUG WELBORN
CLERK OF COURT AND RECORDER

CUSTOMER PROVIDED COPY FOR
CERTIFIED TRUE COPY

BY_____
DEPUTY CLERK AND RECORDER

# CASH SALE

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BE IT KNOWN that, on this 27th day of July, 2012, before me, a Notary Public duly commissioned and qualified in and for the state and parish aforesaid, in the presence of the undersigned competent witnesses, personally came and appeared:

JUDE WAYLON BRAND and BELINDA B. BRAND, born Bruton, residents of the lawful age of the County of McLennan, State of Texas, married to and living with each other, who declared that their current mailing address is **P. O. Box 453, Moody, Texas 76557**; each being represented herein by Christie Fawley, their Agent and Attorney-in-Fact, duly authorized by Power of Attorney, which is attached hereto and made a part hereof

(hereinafter referred to as "Seller"), who declared that for the price and sum of **THREE HUNDRED SEVENTY THOUSAND AND NO/100 DOLLARS ($370,000.00)** cash, receipt of which is hereby acknowledged, Seller does hereby sell and deliver with full warranty of title and subrogation to all rights and actions of warranty Seller may have unto:

JACQUES BROUSSEAU, a resident of the lawful age of the Parish of East Baton Rouge, State of Louisiana, married to and living with Sarah B. Brousseau, who declared that his current mailing address is **437 Delgado Drive, Baton Rouge, Louisiana 70808**, and who further declared that he is purchasing the property herein as his separate property with his separate funds

(hereinafter referred to as "Buyer"), the following described property, the possession and delivery of which Buyer acknowledges (hereinafter referred to as **"the Property"**):

THAT CERTAIN LOT OR PARCEL OF GROUND, having a municipal address of **437 Delgado Drive, Baton Rouge, Louisiana 70808**, together with all the buildings and improvements thereon, all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in East Baton Rouge Parish, Louisiana, in that subdivision known as **UNIVERSITY HILLS**, and being designated on the official plan thereof on file and of record in the office of the Clerk and Recorder for East Baton Rouge Parish, Louisiana, as **LOT NUMBER SEVENTEEN (17), SQUARE ONE (1)**, said subdivision, said lot having such bearings and dimensions and being subject to such servitudes and building line restrictions of record and as shown on the official subdivision plat.

The Property is sold "**AS IS, WHERE IS**" without any warranties whatsoever as to fitness or condition, whether expressed or implied, and Buyer expressly waives the warranty of fitness and the guarantee against hidden or latent vices (defects in the Property which render it useless or render its use so inconvenient or imperfect that Buyer would not have purchased it had it known of the vice or defect) provided by law in Louisiana, more specifically, that warranty imposed by Louisiana Civil Code Art. 2520, et seq., with respect to Seller's warranty against latent or hidden defects of the property sold, or any other applicable law, not even for a return of the purchase price. Buyer forfeits the right to avoid the sale or reduce the purchase price on account of some hidden or latent vice or defect in the Property. Seller expressly subrogates Buyer to all rights, claims and causes of action Seller may have arising from or relating to any hidden or latent defects in the Property. This provision has been

called to the attention of Buyer and fully explained to Buyer, and Buyer acknowledges that it has read and understands this waiver of all express or implied warranties and accepts the Property without any express or implied warranties.

Buyer's Initials: _JB_

All parties signing the within instrument declare themselves to be of the full legal capacity.

All taxes assessed against the Property have been paid. Taxes for the current year have been prorated between Seller and Buyer and will be paid by Buyer when due.

In accordance with La. R.S. 9:2721(B), from and after the date of this sale, (a) the name of the person responsible for all property taxes and assessments is Buyer, and (b) all property taxes and assessment notices should be mailed to the following address:  437 Delgado Drive, Baton Rouge, Louisiana 70808  .

All agreements and stipulations herein contained and all the obligations herein assumed shall inure to the benefit of and being binding upon the heirs, successors, and assigns of the respective parties, and the Buyer, his heirs and assigns shall have and hold the Property in full ownership forever.

**THUS DONE AND SIGNED** in Baton Rouge, Louisiana, on the day, month and year first above written in the presence of the undersigned competent witnesses, and me, Notary, after a due reading of the whole.

**WITNESSES:**

_Sarah_ [signature]
PRINT NAME: _Sarah Brousseau_

_Susan Brantley_ [signature]
PRINT NAME: _Susan Brantley_

**JUDE WAYLON BRAND**
[SSN: XXX-XX-5991]
**BELINDA B. BRAND**
[SSN: XXX-XX-4696]

By: _Christie Fawley_ [signature]
Christie Fawley, Agent & Attorney-in-Fact

_[signature]_
**JACQUES BROUSSEAU**
[SSN: XXX-XX-5119]

_[signature]_
**J. DONALD MORGAN, NOTARY PUBLIC**
Bar Roll No. 14245

# POWER OF ATTORNEY TO SELL

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

BE IT KNOWN, that on this 16th day of July, 2012, before me, the undersigned Notary Public duly commissioned and qualified in and for the State and Parish aforesaid, and in the presence of the undersigned competent witnesses, personally came and appeared:

> **JUDE WAYLON BRAND,** a resident of the full age of majority of the Parish of East Baton Rouge, Louisiana, married to and living with Belinda B. Brand, born Bruton, who declares that his current mailing address is 437 Delgado, Baton Rouge, Louisiana 70808; and
>
> **BELINDA B. BRAND,** born Bruton, a resident of the full age of majority of the Parish of East Baton Rouge, Louisiana, married to and living with Jude Waylon Brand, who declares that her current mailing address is 437 Delgado, Baton Rouge, Louisiana 70808.

(hereinafter referred to as "**Appearers**"), who declared that Appearers do by these presents constitute and appoint in Appearer's name, place and stead:

> **CHRISTIE FAWLEY,** a resident of the full age of majority of the Parish of East Baton Rouge, Louisiana, who declares that her mailing address is 508 Delgado Drive, Baton Rouge, Louisiana 70808

(hereinafter referred to as "**Agent**"), as Appearers' true and lawful agent and attorney-in-fact, to have full power to sell, with all legal warranties and with complete transfer and subrogation of all rights and actions of warranty against all former owners, to any person or persons, firm, partnership, corporation or limited liability company that Agent may deem advisable, for such price and on such terms and conditions as Agent may see fit, the following described property:

> That certain lot or parcel of ground, together with all the buildings and improvements thereon, situated in the Parish of East Baton Rouge, State of Louisiana, in that subdivision known as UNIVERSITY HILLS, and being designated according to the official plan thereof on file and of record in the office of the Clerk and Recorder for East Baton Rouge Parish, Louisiana, as LOT SEVENTEEN (17), SQUARE ONE (1), said subdivision; said lot having such measurements and dimensions and being subject to such servitudes and building line restrictions of record and as shown on the official subdivision plat.
>
> The above property bears Municipal No. 437 Delgado Dr., Baton Rouge, LA 70808.

Appearers further declared that Agent is authorized to incorporate in said act of sale such terms, conditions and agreements as Agent, in Agent's sole discretion, shall deem proper; to sign all papers, documents and acts necessary to transfer and convey the hereinabove described property (including affidavits required by a title company regarding title matters), to receive and receipt for the proceeds thereof, and to do any and all things Agent, in Agent's sole discretion, deems necessary and proper in connection therewith.

Appearer does hereby give and grant unto Agent full and complete power to perform any and all acts necessary and proper in the premises as fully as Appearer could do if Appearer were personally present and acting, and Appearer does hereby ratify and confirm whatever Agent does or may do by virtue of this power of attorney.

This power of attorney shall be effective until revoked, and in the absence of actual knowledge of death or revocation on the part of the other party concerned, dealing on the faith of this power of attorney, it shall not be revoked in any fashion even by Appearer's death until notice of such death or revocation is placed on record in the office of the Clerk of Court for the parish where the property is located.

**THUS DONE AND PASSED** in on the day, month and year first above written, in the presence of the undersigned competent witnesses and me, Notary, after a due reading of the whole.

**WITNESSES**:

PRINT NAME: Sandra Fackrell

PRINT NAME: TAMMY FALGOUT

JUDE WAYLON BRAND

BELINDA B. BRAND

DOLORES B. DUGAS
**NOTARY PUBLIC**
BAR ROLL/NOTARY ID #:81929
My Commission Expires: At My Death