# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

| For Internal Use Only |
| File No. _____ |
| |
| **Date Received:** |
| _____ |

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

---

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall, Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

---

### Section I. Claimant and Property Information

Name of Claimant:

| JACQUES | M | BROUSSEAU | |
|---|---|---|---|
| First Name | M.I. | Last Name | Suffix |
| SARAH | B | BROUSSEAU | |
| Co-Claimant First Name (if applicable) | M.I. | Last Name | Suffix |

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

437 DELGADO DR
_____
Address 1                                                    Address 2

BATON ROUGE                                LA        70808
_____
City                                      State     Zip Code

Is the Property residential or commercial?   Residential
_____

Name of Person
Completing this Form:     JACQUES          M     BROUSSEAU
_____
First Name               M.I.   Last Name              Suffix

Mailing Address (if different):

_____
Address 1                                                    Address 2

_____
City                                      State     Zip Code

Phone Number of Person Completing This Form: ( 225 ) 772 - 2655

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year:  7  /  27  /  2012

When was Chinese drywall installed in the Property (to the best of your knowledge)?
Month/Day/Year: _____ / _____ / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?
Month/Year:  9  / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

I became aware of the Chinese drywall through inspection on 9/30/2016 when I put my house on the market for sale and it went under contract. ⊞

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

_____

Have you sold or transferred ownership of the Property since you acquired it?  ☐ Yes  ☑ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: _____ / _____ / _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?   ☐ Yes   ☐ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?   ☐ Yes   ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?   ☑ Yes   ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?   ☐ Yes   ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____ / _____ / _____
                  Month        Day          Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?   ☐ Yes   ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?            _____

Supplemental Plaintiff Profile Form -- Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                   Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

### Section V. Already Remediated Property

Has the Property been partially or completely remediated? No_____

If completely or partially remediated, answer the following questions.  If No, go to Section VI.

Please identify the dates during which the remediation took place:

_____

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): _____

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

_____

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?

$_____

Attach all invoices and documents to support the total cost of remediation to date.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed?

Month/Year: _____/_____

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property? ☐ Yes ☐ No

If you have preserved samples, where are the samples located?

_____

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☐ Yes ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery? ☐ Yes ☐ No

If you have photographed these materials, please attach the photographs.

**Section VI. Prior Payments**

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall? ☐ Yes ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

_____

**Section VII. Other Damages**

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.

$_____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.

$ 160,000_____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.

$ 180,000_____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

_____

**Section VIII. "Under Air" Square Footage**

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?  ☐ Yes  ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

***Section IX. Verification of Supplemental Plaintiff Profile Form***

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____          4/3/2018
Claimant's signature                                 _____
                                                    Date signed

Name:    JACQUES BROUSSEAU

Address:    437 DELGADO DR
     Address 1      Address 2
     BATON ROUGE    LA    70808
     City      State    Zip Code

Phone No.: ( 225 ) 772 - 2655

Email:    JACQUES.BROUSSEAU@GMAIL.COM

# Exhibit F

## (See Section VII)

Documents Related to Other Damages

**Section VII. Other Damages**

<u>Loss of use and/or loss of enjoyment</u>

| | | |
|---|---|---|
| Purchase Date | | 7/27/2012 |
| Date Remediated/Sold | | TBD |
| Today's Date | | 4/6/2018 |
| Length of time living in property as of today | | 5 yrs, 8.33 mths |
| % of home containing Chinese drywall | | 100% |
| Primary residence | | Yes |
| Base benchmark annualized loss of use/enjoyment | $142,354 | $25,000 per year |

<u>Personal property damage</u>

| | | |
|---|---|---|
| Broken/Replaced Refridgerator | $2,136 | 10/23/2012 |
| Broken/Repaired Refridgerator | $453 | 12/24/2017 |
| Broken/Replaced Range | $1,698 | 1/5/12015 |
| Broken/Replaced Dishwasher | $1,153 | 1/11/2013 |
| Broken/Replaced Mini-Fridge | $1,777 | 10/12/2015 |
| Broken/Repaired Microwave Oven | $300 | 11/5/2012 |
| Broken/Repaired Microwave Oven | $300 | 7/8/2016 |
| Broken/Repaired Microwave Oven | $110 | 8/10/2016 |
| Broken/Replace Microwave Oven | $3,229 | 8/12/2016 |
| Broken/Replaced both A/C Coils (Dayton) | $2,495 | 8/23/2012 |
| Broken/Repaired A/C Units (Dayton) | $355 | 6/2/2016 |
| Broken/Repaired A/C Units (Dayton) | $255 | 7/3/2017 |
| Broken/Repaired A/C Units (Dayton) | $495 | 2/9/2018 |
| Broken/Replace both A/C Coils (Dayton) | $2,495 | Needed |
| Dimunition property value appraisal | $380 | 4/3/2018 |
| | | |
| Total Appliance Damage | $17,631 | |

**Total Loss of Use and Enjoyement**   **$159,985**

 **Gmail**

**Jacques Brousseau <jacques.brousseau@gmail.com>**

---

## The Home Depot Appliance Order Confirmation for W170218004

**HomeDepot@homedepot.com** <HomeDepot@homedepot.com>
To: jacques.brousseau@gmail.com

Tue, Oct 23, 2012 at 8:05 PM

 The Home Depot

# Order Confirmation

Dear Jacques Brousseau,

Thank you for shopping at homedepot.com. Please retain this e-mail for your records. If your order also contained non-appliance items, a separate order confirmation will be sent to you.

**Order Number: W170218004** Check Your Order Status
Order Date: October 23, 2012 09:00:25 PM EDT

**Purchasing & Delivery Information**

| | |
|---|---|
| E-mail Address: | jacques.brousseau@gmail.com |
| Primary Phone: | (225)571-3555 |
| Secondary Phone: | (225)772-2655 |
| **Billing Address:** | |
| Jacques Brousseau | **Delivery Address:** |
| 437 Delgado Dr | Jacques Brousseau |
| | 437 Delgado Dr |
| BATON ROUGE, LA, 70808 | |
| | BATON ROUGE, LA, US 70808 |

**The Home Depot Emails**
Sign up now to receive exclusive offers, promotions, home improvement tips & more.
▶ Sign Up

**Scheduled Delivery Date: Monday, October 29 2012**

**Special Delivery Instructions:**

**Order Summary**

| Item # | Description | Unit Price | Qty | Total |
|---|---|---|---|---|
| 100676488 | 22.2 cu. ft. 33 in. Wide French Door Refrigerator in Stainless Steel<br>Model: PFSS2MJYSS | $2,199.00 | 1 | $2,199.00 |
| | **Parts & Services:**<br>Ice Maker Water Line | $9.99 | 1 | $9.99 |

| | |
|---|---|
| Subtotal | $2,208.99 |
| Sales Tax | $175.18 |
| Delivery Charge | $0.00 |
| Discounts & Coupons | ($248.87) |
| Total | $2,135.30 |
| **Amount Applied to MASTERCARD ending in 6765** | **$2,135.30** |

**Additional Information**

## Tips for Successful Delivery

Please visit our Appliance Delivery & Installation page for important delivery and installation service requirements.

- The delivery company will contact you at least one day prior to delivery and give you a delivery time frame.
- Someone 18 years of age or older needs to be present during delivery.



**APPLIANCE DISTRIBUTORS**
OF LOUISIANA

**PAST INVOICE**

| Number | 216761 |
|---|---|
| Page | 1 |
| Date | 10/12/15 |

2677 Nicholson Drive • Baton Rouge, LA 70802
225-344-6793 • Fax - 225-344-3398
website - www.appliancedistla.com

| Bill To: | 70695 | Ship To: | SAME |
|---|---|---|---|
| | SARAH BROUSSEAU<br>437 DELGADO<br>BATON ROUGE, LA 70808 | | SARAH BROUSSEAU<br>437 DELGADO<br>BATON ROUGE, LA 70808 |

| Reference No | Shipped | Salesperson | Terms | Tax Code | Doc No | WH | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| ULINE BEV CENTE | 10/12/15 | 36 TERRI RAYB | C O D | LAEBRBAT | 152513 | 01 | PREPAID | ADL TRUCK |

| Item | Description | Ordered | Shipped | BackOrdrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| ULN U-1224BEVS- | U-LINE 24" BEVRRAGE CENTE<br>STAINLESS-ORIGINS SERIES<br>1539199-08-0118 | 1 | 1 | 0 | EA | 1539.00 | EA | 1539.00 |
| ULN 23074 | U-LINE PRO HANDLE<br><br>NSN | 1 | 1 | 0 | EA | 50.00 | EA | 50.00 |
| ADL DELIVERY | DELIVERY CHARGE - SINGLE<br>-CRATED DELIVERY | 1 | 1 | 0 | EA | 25.00 | EA | 25.00 |
| ADL INSTALL | INSTALL/ADDITIONAL PIECES<br>PARTS FOR NORMAL INSTALL<br>***<br>SET NEW UNIT IN PLACE AND<br>HAUL AWAY OLD UNIT<br>*****************<br>WE APPRECIATE YOUR<br>CONTINUED BUSIENSS,<br>TERRI RAYBORN<br>I - SCOOTER | 1 | 1 | 0 | EA | 20.00 | EA | 20.00 |

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 1634.00 | .00 | | 143.01 | .00 | 1777.01 |



**APPLIANCE DISTRIBUTORS**
*OF LOUISIANA*

2677 Nicholson Drive ● Baton Rouge, LA 70802
225-344-6793 ● Fax - 225-344-3398
website - www.appliancedistla.com

### PAST INVOICE

| Number | 206622 |
|---|---|
| Page | 1 |
| Date | 01/05/15 |

| Bill To: | 70695 <br> SARAH BROUSSEAU <br> 437 DELGADO <br> BATON ROUGE, LA 70808 | Ship To: | SAME <br> SARAH BROUSSEAU <br> 437 DELGADO <br> BATON ROUGE, LA 70808 |
|---|---|---|---|

| Reference No | Shipped | Salesperson | Terms | Tax Code | Doc No | WH | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| C/TOP/D/DRAFT | 01/05/15 | HAS HUGH SHELT | C O D | LAEBRBAT | 144005 | 01 | PREPAID | ADL TRUCK |

| Item | Description | Ordered | Shipped | BackOrdrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| GEC CGP650SETSS | GE CAFE 36" GAS COOKTOP STAINLESS VD704220Q | 1 | 1 | 0 | EA | 989.00 | EA | 989.00 |
| BRO 273603 | ECLIPSE DOWN DRAFT SYSTEM 36in. with aluminum cover NSN | 1 | 1 | 0 | EA | 569.00 | EA | 569.00 |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 1558.00 | .00 | | 140.22 | .00 | 1698.22 |



**APPLIANCE DISTRIBUTORS**
OF LOUISIANA

**PAST INVOICE**

| | |
|---|---|
| Number | 183437 |
| Page | 1 |
| Date | 01/11/13 |

2677 Nicholson Drive • Baton Rouge, LA 70802
225-344-6793 • Fax - 225-344-3398
website - www.appliancedistla.com

| Bill To: | 70695 SARAH BROUSSEAU 437 DELGADO BATON ROUGE, LA 70808 | Ship To: | TEMP SARAH BROUSSEAU 437 DELGADO BATON ROUGE, LA 70808 |
|---|---|---|---|

| Reference No | Shipped | Salesperson | Terms | Tax Code | Doc No | WH | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| | 01/11/13 | DJD DARREN DUF | C O D | LAEBRBAT | 122961 | 01 | PREPAID | ADL TRUCK |

| Item | Description | Ordered | Shipped | BackOrdrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| BSH SHX7ER55UC | BOSCH 800 PLUS FULLY INTE DISHWASHER-STAINLESS 012050266999005510 9205041040 | 1 | 1 | 0 | EA | 1057.50 | EA | 1057.50 |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 1057.50 | .00 | | 95.18 | .00 | 1152.68 |

 Gmail

**Jacques Brousseau <jacques.brousseau@gmail.com>**

---

## GE Consumer Relations Case# 13979524

---

**GECHSConsumerRelations@ge.com** <GECHSConsumerRelations@ge.com>      Fri, Aug 12, 2016 at 2:35 PM
To: JACQUES.BROUSSEAU@gmail.com

Re: Case: 13979524, Model: SCB2001KSS, Serial No:GH900402K

$2799 + 10\% tax = \$3079 + \$150 install delivery

$= 3,229$

Hello,

As discussed, We are looking into a discount fr you on a new GE microwave/Advantium oven. The only Model of Advantium that would fit in the sme space is model PSB9240SFSS. You may also look at any of our built in microwaves to see if any of those would fit in the spce.

The website you may use to view the appliances GE has in stock, would be geappliances.com

If you have any questions or concerns before I follow up with you, please reply to this email and I will get back with you in a timely manner.

Thank you,
Jessie

GE Appliances Consumer Relations
1-800-386-1215
Our hours of operation are 8:00 am to 6:00 pm EST, Monday through Friday.

If replying to this email, please do not change the subject line.



 **SAVE 10% ON SELECT WATER FILTERS + FREE SHIPPING!**

Home / Products / Advantium Ovens



1 of 10



## GE Profile™ Series 30 in. Single Wall Oven with Advantium® Technology

PSB9240SFSS

★★★★★ 4.5  (91)   Write a review

**$2799** MSRP

WHERE TO BUY



*...ates & Promotions*

...up to $1,200 from 1 Rebate in Baton Rouge, LA

...Details or Change Location ()

*Available Colors*



*Approx. Product Dimensions (WxHxD) (in.)*
29 25/32 in x 19 1/32 in x 21 1/2 in

 Feedback

 Gmail

Jacques Brousseau <jacques.brousseau@gmail.com>

---

## Fwd: Notification of Payment

---

**Sarah Brousseau** <sarahbrousseau@yahoo.com>                          Tue, Apr 3, 2018 at 5:52 PM
To: Jacques Brousseau <jacques.brousseau@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "Home360, Inc." <virtualterminal@worldpay.us>
> **Date:** December 24, 2017 at 8:23:49 AM CST
> **To:** sarahbrousseau@yahoo.com
> **Subject: Notification of Payment**          *Fridge Repair*
> **Reply-To:** cc@home360.us
>
> Transaction status: APPROVED
> This email is notification that MC card ******7567 was charged $452.35 on 12/24/17 .
> If you have any questions regarding this payment, please contact
>
> Home360, Inc.
> P.O. Box 80271
> Baton Rouge, LA, 70898
> 2259264663
> cc@home360.us
>
> Thank You!
> Worldpay

 Gmail

**Jacques Brousseau <jacques.brousseau@gmail.com>**

---

## GE Appliances Service Appointment

---

**GEServiceAppointments@ge.com** <GEServiceAppointments@ge.com>
To: JACQUES.BROUSSEAU@gmail.com

Wed, Jul 6, 2016 at 1:04 PM

### Thank you for scheduling your appliance service with GE Appliances

Confirmation number:053404151

LastName: BROUSSEAU

**NOTE:** Use this number and name to check the status, change or cancel your service.

You can view, change or cancel your appointment online.

*$ 300.00*
*Microwave*
*oven*
*repair*

---

### This e-mail is to confirm the following service appointment:

**Customer Name and location of appliance:**
BROUSSEAU JACQUES
437 DELGADO DR BATON ROUGE, LA 708084725
225-772-2655
225-571-3555
JACQUES.BROUSSEAU@GMAIL.COM
Set my privacy preferences

**Service requested for:**
PROFILE
MICROWAVE OVEN

**Desired Date:**
Friday, July 8
Morning, 8:00 am to 12:00 pm

Appliance Service

**We welcome your feedback on your service scheduling experience, please click here to complete a short survey.**

**Important information about your service appointment**

**On the evening before** your scheduled repair appointment, GE Appliances will call at your primary phone number to confirm your appointment.

**On the day of** your appointment, you will also receive a call from a GE Appliances service technician to confirm the appointment details and verify that someone over 18 is at the appliance location. If the technician cannot reach you at your primary phone number, the alternate phone number (if applicable) will be used.

**For the Technician's safety**, please secure all pets behind closed doors prior to the technician's arrival.

---

If you have questions, visit us on the web at www.geappliances.com or call 1-800-GE CARES (1-800-432-2737).

Please do not reply to this e-mail message. It is sent from a mailbox that is not monitored.

 Gmail

**Jacques Brousseau <jacques.brousseau@gmail.com>**

## General Electric Service Appointment

**geserviceappointments@ge.com** <geserviceappointments@ge.com>        Mon, Nov 5, 2012 at 9:42 AM
To: jacques.brousseau@gmail.com

### Thank you for scheduling your appliance service with General Electric

Confirmation number:042539592      Appliance Service

*Micro wave / oven repair $ 300.00*

LastName: BROUSSEAU

**NOTE:** Use this number and name to check the status, change or cancel your service.

You can view, change or cancel your appointment online.

---

### This e-mail is to confirm the following service appointment:

**Customer Name and location of appliance:**
BROUSSEAU JACQUES
437 DELGADO DR BATON ROUGE, LA 708084725
225-772-2655
225-571-3555
JACQUES.BROUSSEAU@GMAIL.COM
Set my privacy preferences

**Service requested for:**
GENERAL ELECTRIC
REFRIGERATOR - STANDARD

**Desired Date:**
Thursday, November 8
Morning, 8:00 am to 12:00 pm

Appliance Service

**We welcome your feedback on your service scheduling experience, please click here to complete a short survey.**

> **Important information about your service appointment**
>
> **On the evening before** your scheduled repair appointment, General Electric will call at your primary phone number to confirm your appointment.
>
> **On the day of** your appointment, you will also receive a call from a General Electric service technician to confirm the appointment details and verify that someone over 18 is at the appliance location. If the technician cannot reach you at your primary phone number, the alternate phone number (if applicable) will be used.
>
> **For the Technician's safety**, please secure all pets behind closed doors prior to the technician's arrival.

---

If you have questions, visit us on the web at www.geappliances.com or call 1-800-GE CARES (1-800-432-2737).

Please do not reply to this e-mail message. It is sent from a mailbox that is not monitored.

# ⑥ GE APPLIANCES

************************************
************************************

GE APPLIANCES
SERVICE: 1-800-GE-CARES
PARTS: 1-800-626-2002

Invoice Number: 145581
Technician Number: 133 46 6510
Invoice Date: 8.10 2016

Service Address
JACQUES BROUSSEAU
437 DELGADO DR
BATON ROUGE, LA 70808
225-772-2655
Alt: 225-571-3555
Ex: 0000

Product:
GE / HOTPOINT
M-WAVE (OTR)
Model No: SDE2001YES
Serial No: GH900402K
Installation Date: 1-1-2005
Reason for Service: CONTROLS / POWER /
DISPLAY

Contract Number: 0000000000

Labor:
Home Call Charge                              $  99.95
REPAIR-OTHER THAN ABOVE KEY PANEL             $   0.00

-Total Labor                                  $  99.95

Total Amount:
Subtotal                                      $  99.95
Tax                                           $  10.00
Total Amount                                  $ 109.95

Amount Paid:
Check:                                        $ 109.95

Check out geappliances.com for
additional rebates and promotions

GE Consumer Loyalty Rebate #34179

Please complete the attached form and
mail the entire service receipt along
with a copy of the new appliance sales
receipt to the address below to
receive a Prepaid Visa Card valued up
to 15% on a GE Monogram, GE ...

*Microwave/oven repair*

# HVAC SERVICE ORDER INVOICE

**HEATING & AIR CONDITIONING**
*Installation • Sales • Service*
**MAILING ADDRESS:**
12510 Timberwood Drive • Walker, LA 70785
Ph. (225) 753-8481 / Fax: (225) 753-3991

2 tubes of stop leak 280

Start Up
Date _____  $375

Charge
Authorization by _____

**37646**

can also get coated coils
(industrial grade used in plants)

BILL TO

THIS WORK IS TO BE
☐ C.O.D. ☐ CHARGE ☐ NO CHARGE

MAKE / MODEL / SERIAL NUMBER

NAME Sarah Brousseau
STREET 437 Delgato Dr
DATE 2/19/18
CITY BR
PHONE 571-3555
CALL BEFORE ☐ A.M. ☐ P.M.
TECHNICIAN David
WORK TO BE PERFORMED no cool

### ENVIRONMENTAL CHECK LIST
☐ RECOVERED
☐ RECYCLED
☐ RECLAIMED
☐ RETURNED
☐ DISPOSAL
☐ DISMANTLED
☐ CHANGED OUT/REPLACED
TOTAL $

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 10 lbs | REFRIGERANT R- 4-22 LBS. | | 400.— |
| | FILTERS X X | | |
| | FILTERS X X | | |
| | BELTS | | |
| | TOTAL MATERIALS | | 400.— |

**DESCRIPTION OF WORK PERFORMED**
Found system
10 lbs low freon
added freon
Evap. Coil leaking
Cust Dose not
wish to Replace
Evap. Coil at
this time.

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| | call out | | 95. |
| | TOTAL LABOR | | 95. |

TERMS PO cn # 0600

CUSTOMER SIGNATURE

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

| TOTAL SUMMARY | |
|---|---|
| TOTAL MATERIALS | 400.— |
| TOTAL LABOR | 95 |
| TAX | |
| TOTAL | 495. |

WORK PERFORMED / CONDENSING UNIT / COND'SATE DRAINS / FURN. OR FAN COIL / EVAPORATOR COIL / DUCT / THERMOSTAT / ELECT. HTR. / CLG TOWER / PUMP(S) / FILTERS

RECOMMENDATIONS

**DAYTON**
**HEATING & AIR CONDITIONING**
*Installation • Sales • Service*
2862 O'Neal Lane / Baton Rouge, LA 70816
**MAILING ADDRESS:**
12510 Timberwood Drive • Walker, LA 70785
**Ph. (225) 753-8481 / Fax: (225) 753-3991**

Start Up
Date _____

Charge
Authorization by _____

# HVAC
# SERVICE ORDER
# INVOICE

BILL TO

THIS WORK IS TO BE

☐ C.O.D.   ☐ CHARGE   ☐ NO CHARGE

| MAKE | MAKE |
|---|---|
| MODEL | MODEL |
| SERIAL NUMBER | SERIAL NUMBER |

NAME  SARAH BROUSSARD
STREET  437 DEL GOTA ST.   DATE 7-3-17
CITY  BR, LA   PROMISED
PHONE (225) 571-3555   CALL BEFORE   ☐ A.M.   ☐ P.M.
TECHNICIAN  JEFF   AUTHORIZED BY
WORK TO BE PERFORMED  (2) A/C NOT COOLING

### ENVIRONMENTAL CHECK LIST

| WORK PERFORMED | QTY. | TYPE/DISPOSITION |
|---|---|---|
| ☐ RECOVERED | | |
| ☐ RECYCLED | | |
| ☐ RECLAIMED | | |
| ☐ RETURNED | | |
| ☐ DISPOSAL | | |
| ☐ DISMANTLED | | |
| ☐ CHANGED OUT/REPLACED | TOTAL $ | |

| QTY. | MATERIALS & SERVICES | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | REFRIGERANT R-          LBS. | | |
| 4 | LB R-22 | $40/LB. | 160 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | FILTERS          X | | |
| | FILTERS          X | | |
| | BELTS | | |
| | **TOTAL MATERIALS** | | 160 00 |

| HRS. | LABOR | RATE | AMOUNT |
|---|---|---|---|
| 1 | SERVICE CHARGE | | 95 00 |
| | | | |
| | **TOTAL LABOR** | | 95 00 |

MATERIALS & LABOR MAY BE CONTINUED ON OTHER SIDE

TERMS

REC CK 1469 #255.00 7/3/17

I have authority to order the work outlined above which has been satisfactorily completed. I agree that Seller retains title to equipment/materials furnished until final payment is made. If payment is not made as agreed, Seller can remove said equipment/materials at Seller's expense. Any damage resulting from said removal shall not be the responsibility of Seller.

X _____   7-3-17
CUSTOMER SIGNATURE          DATE

### DESCRIPTION OF WORK PERFORMED

CHECKED A/C & ADDED FREON AS NEEDED PER CUSTOMERS INSTRUCTIONS. SHE (CUSTOMER) SAYS SHE KNOWS THAT EVAP COILS NEED REPLACED BUT WANTS TO WAIT ON REPLACEMENT.

RECOMMENDATIONS

**LIMITED WARRANTY:** All materials, parts and equipment are warranted by the manufacturers' or suppliers' written warranty only. All labor performed by the above named company is warranted for 30 days or as otherwise indicated in writing. The above named company makes no other warranties, express or implied, and its agents or technicians are not authorized to make any such warranties on behalf of above named company.

☐ REGULAR   ☐ WARRANTY
☐ SERVICE CONTRACT

*Thank You*

### WORK PERFORMED

| CONDENSING UNIT | COND'SATE DRAINS |
|---|---|
| LEVELED | CLEANED MAIN DRAIN |
| CLEANED COIL | REPAIRED MAIN DRAIN |
| CHECKED CHARGE | CLEANED PAN DRAIN |
| REPAIRED LEAK IN COIL | REPAIRED PAN DRAIN |
| REPLACED LEAK IN COPPER | **FURN. OR FAN COIL** |
| # REF. | REPLACED BELT |
| CHECKED MOTOR | ADJUSTED BELT |
| CHANGED MOTOR | REPLACED PULLEY |
| REPLACED BELT | ADJUSTED PULLEY |
| ADJUSTED BELT | CLEANED BLOWER |
| REPLACED CONTACTOR | REPLACED BEARINGS |
| REPL. START RELAY | OILED MOTOR |
| REPL. START CAPACITOR | OILED BEARINGS |
| REPLACED RUN CAPACITOR | CLEANED HEAT EXCH |
| CLEANED OR ADJ CONTACTOR | REPLACED HEAT EXCH. |
| REPAIRED WIRING | CLEANED OR ADJ. PILOT |
| REPLACED FUSE | REPLACED THERMOCOUPLE |
| REPLACED COMPRESSOR | REPAIRED VALVE |
| **EVAPORATOR COIL** | REPLACED VALVE |
| REPLACED EXP VALVE | CLEANED BURNERS |
| ADJUSTED EXP VALVE | **DUCT** |
| REPLACED CAP TUBE | REPAIRED |
| CLEANED CAP TUBE | ADJUSTED |
| REPAIRED COIL LEAK | **THERMOSTAT** |
| REPAIRED COPPER CONN. | REPLACED |
| CLEANED COIL | ADJUSTED |
| LEVELED COIL | |
| **ELECT. HTR.** | **CLG TOWER** |
| REPLACED LINK | CLEANED |
| REPLACED KLIX. | |
| REPAIRED WIRE | **PUMP(S)** |
| REPLACED CONT. | GREASED |
| | REPAIRED |
| FILTERS | ☐ CLEANED ☐ REPLACED |

### TOTAL SUMMARY

| TOTAL MATERIALS | 160 00 |
|---|---|
| TOTAL LABOR | 95 00 |
| TAX | |
| TOTAL | 255 00 |

JACQUES AND SARAH BROUSSEAU
437 DELGADO DR.
BATON ROUGE, LA 70808

1376

84-7340/2654
BRCH07

6/2/76

Pay to the
Order of _Dayton_ | $ 353.00

_Three hundred fifty five dollars_ _no/100_ Dollars

CAMPUS ❤ FEDERAL
Baton Rouge • New Orleans • Shreveport
P.O. Box 98036 / Baton Rouge, LA 70898 / 888-769-8841

For _A/C_

_Sarah Brousseau_

⑈2654 7340⑈: 0107543826⑈ 1376

060716 : 97210001808876 - >065503681<

PAY TO THE ORDER OF
HANCOCK BANK OF LOUISIANA
GONZALES, LA 70737
065400153
FOR DEPOSIT ONLY
DAYTON HEATING & AIR
CONDITIONING INC.
4400:1796

A/C repair → freon added

# Uniform Residential Appraisal Report
File # 3193-C

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | |
|---|---|
| Property Address 437 Delgado Dr | City Baton Rouge   State LA   Zip Code 70808 |
| Borrower N/A   Owner of Public Record Jacques Brousseau | County East Baton Rouge |
| Legal Description Ward 1-3 #4102, Lot: 17, Square: 1, Subdiv: UNIVERSITY HILLS. | |
| Assessor's Parcel # 008-7601-1 | Tax Year 2017   R.E. Taxes $ 3,183 |
| Neighborhood Name UNIVERSITY HILLS | Map Reference 12940   Census Tract 0048.00 |

Occupant ☒ Owner ☐ Tenant ☐ Vacant   Special Assessments $   ☐ PUD   HOA $ ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Other; Legal
Lender/Client   Address
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No
Report data source(s) used, offering price(s), and date(s). GBRMLS

## CONTRACT

☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $   Date of Contract   Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban ☒ Suburban ☐ Rural | Property Values ☐ Increasing ☒ Stable ☐ Declining | | | PRICE | AGE | One-Unit | 80 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | | $ (000) | (yrs) | 2-4 Unit | 3 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | | 220 Low | 15 | Multi-Family | 2 % |
| | | | | 630 High | 75 | Commercial | 10 % |
| | | | | 400 Pred. | 50 | Other | 5 % |

Neighborhood Boundaries Subject is bounded North by Milford Wampold Memorial Park, South by Highway 42, East by Lee Drive and West by Highway 30.
Neighborhood Description Homes in this area in C2-C3 Condition. There is an average supply of shopping in the area.

Market Conditions (including support for the above conclusions) See Market Conditions Report.

## SITE

| | |
|---|---|
| Dimensions 123x60 | Area 7,380 sf   Shape Rectangle.   View N;Res |
| Specific Zoning Classification A1 | Zoning Description Low Density Residential |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X500   FEMA Map # 22033C0245E   FEMA Map Date 5/2/2008
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | ☒ Concrete Slab ☐ Crawl Space | Foundation Walls Concrete;Avg | Floors Wood;Gd |
| # of Stories 2 | ☐ Full Basement ☐ Partial Basement | Exterior Walls Brick,Wd;Gd | Walls Drywall;Poor |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area sq.ft. | Roof Surface Comp Shingle;Gd | Trim/Finish Elab Wd;Gd |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish % | Gutters & Downspouts Alum;Gd | Bath Floor C.Tile;Good |
| Design (Style) Nola | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Vinyl;Gd | Bath Wainscot C.Tile;Gd |
| Year Built 1950 | Evidence of ☐ Infestation | Storm Sash/Insulated None, Yes;Gd | Car Storage ☐ None |
| Effective Age (Yrs) 14 | ☐ Dampness ☐ Settlement | Screens Yes;Gd | ☒ Driveway # of Cars 3 |
| Attic ☐ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Amenities | Driveway Surface Conc |
| ☒ Drop Stair ☐ Stairs | ☐ Other Fuel elec | Fireplace(s) # 0 ☐ Woodstove(s) # 0 | ☐ Garage # of Cars 0 |
| ☐ Floor ☐ Scuttle | Cooling ☒ Central Air Conditioning | ☐ Patio/Deck Rear ☒ Fence Wood | ☐ Carport # of Cars 0 |
| ☐ Finished ☐ Heated | ☐ Individual ☐ Other | ☐ Pool None ☒ Porch Front | ☐ Att. ☐ Det. ☐ Built-in |
| | | ☐ Other None | |

Appliances ☒ Refrigerator ☒ Range/Oven ☒ Dishwasher ☒ Disposal ☒ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 8 Rooms 4 Bedrooms 2 Bath(s) 2,439 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). Front Porch;Balcony Porch;Open Courtyard Patio; Updated Kitchen; Updated baths; Detached storage.
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). C2; Kitchen- updated 1-5 years ago. Bathrooms- updated 1-5 years ago; The improvements are found to be in attractive condition throughout the exterior & interior with no noted items of deferred maintenance. The subject has been well maintained & updated with attractive appeal & features having typical marketability and conformity to the immediate neighborhood.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

Form 1004 - "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 3193-C

There are **08** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 297,000 to $ 599,993.
There are **27** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 220,000 to $ 630,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 437 Delgado Dr | 1200 Ross Ave | | 4348 Oxford Ave | | 1528 Stuart Ave | |
| | Baton Rouge, LA 70808 | Baton Rouge, LA 70808 | | Baton Rouge, LA 70808 | | Baton Rouge, LA 70808 | |
| Proximity to Subject | | 0.73 miles NE | | 0.25 miles W | | 1.06 miles NE | |
| Sale Price | $ | | $ 425,000 | | $ 425,000 | | $ 427,500 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 200.19 sq.ft. | | $ 214.43 sq.ft. | | $ 215.91 sq.ft. | |
| Data Source(s) | | MLS: 2017006841; DOM:31 | | MLS: 2017011471; DOM: 20 | | MLS: 2017017258; DOM: 4 | |
| Verification Source(s) | | Public Records | | Public Records | | Public Records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Armslgth;Cash | | Armslgth;Cash | | Armslgth;Conv | |
| Concessions | | 0 | | 0 | | 0 | |
| Date of Sale/Time | | c06/17;s07/17 | 0 | c09/17;s09/17 | 0 | c08/17;s09/17 | 0 |
| Location | N;Res | N;Res | | N;Res | | N;Res | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 7,380 sf | 13536 sf | 0 | 10500 sf | 0 | 11250 sf | 0 |
| View | N;Res | N;Res | | N;Res | | N;Res | |
| Design (Style) | Nola | DT1;Acad | 0 | DT1;Cottage | +20,000 | DT1; Cottage | 0 |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 69 | 35 | 0 | 76 | 0 | 62 | 0 |
| Condition | C2 | C2 | | C2 | | C2 | |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | |
| Room Count | 8 / 4 / 2.1 | 12 / 3 / 2.1 | +3,500 | 10 / 3 / 2.1 | +3,500 | 7 / 3 / 2 | +4,500 |
| Gross Living Area | 2,439 sq.ft. | 2,123 sq.ft. | +47,400 | 1,982 sq.ft. | +68,600 | 1,980 sq.ft. | +68,900 |
| Basement & Finished | | 0sf | | 0sf | | 0sf | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Standard Pkg | Standard Pkg | | Standard Pkg | | Standard Pkg | |
| Garage/Carport | 2dw | 3cp6dw | -3,500 | 1cp2dw | -1,500 | 2dga4dw | -5,000 |
| Porch/Patio/Deck | 2prch;2patio | Front/Rear | | Front | | None | |
| Fence | wood | Full | 0 | Wood | 0 | None | 0 |
| Fireplace | None | 1FP | -2,500 | 1FP | -2,500 | None | |
| Pool | None | None | | None | | None | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 44,900 | ☒ + ☐ - | $ 88,100 | ☒ + ☐ - | $ 68,400 |
| Adjusted Sale Price | | Net Adj. 10.6 % | | Net Adj. 20.7 % | | Net Adj. 16.0 % | |
| of Comparables | | Gross Adj. 13.4 % | $ 469,900 | Gross Adj. 22.6 % | $ 513,100 | Gross Adj. 18.3 % | $ 495,900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  Public Records
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  GBRMLS/Public Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GBRMLS/Public Records | GBRMLS/Public Records | GBRMLS/Public Records | GBRMLS/Public Records |
| Effective Date of Data Source(s) | 04/03/2018 | 04/03/2018 | 04/03/2018 | 04/03/2018 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject property has not transferred within the previous 3 years, the comparable sales have not sold within 12 months prior to last noted transaction.

Summary of Sales Comparison Approach   GLA factored at $150/sf. Condition, quality, and effective ages all adjusted using MLS images and local market data. Site size adjusted using local market data after reviewing similar lot sales. All sales have settled within the previous 12 months , all sales are within subject market area. Bed/bath counts were adjusted according to local market reaction. After reviewing sales within the local area the appraiser concluded to adjust at the rate of $150/sf based on supporting data. Effective age was adjusted on all sales.
*Concessions of 2% to 6% are common within this market and ARE NOT considered a factor.

Indicated Value by Sales Comparison Approach $   505,000

Indicated Value by: Sales Comparison Approach $   505,000   Cost Approach (if developed) $   Income Approach (if developed) $

The Value opinion is well supported by available market data.

This appraisal is made ☐ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☒ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: See Page 3 for details.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   505,000 , as of   04/03/2018 , which is the date of inspection and the effective date of this appraisal.

Form 1004 — "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 3193-C

ADDITIONAL COMMENTS

**Home was pending on MLS with a purchase agreement sale for $490,000 in 10/10/2016 (GBRMLS: 2016009794). During the inspection process it was made known to both seller and buyer that "Chinese Drywall" was used for the interior walls. Upon this finding the purchase agreement fell apart and the buying party withdrew their offer. The value listed on page one is as if the home did not suffer from this issue. The typical cost to cure an issue of this magnitude for this home ranges in the $75/sf range. The list of curing is as follows.

1) Remove all drywall (even ceiling drywall) / haul away
2) Replacement of electrical distribution components,including receptacles, switches and circuit breakers (Federal Government FHA statement)
3) All cabinets must be removed, along with trim work, interior doors, etc.
4) Home rewired with new electrical.
5) Drywall installed, finished, textured, primed.
6) Home Painted
7) Trim/interior doors replaced and painted
8) Cabinets/counter-tops replaced.
Current Home Price "As-IS" with no curing: $325,000

The Intended User of this appraisal report is the Owner/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for establishing market value, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and definition of Market Value. No additional Intended Users are identified by the appraiser. This appraiser has not performed any appraisal valuation services) to include appraising, reviewing, BPO's, inspecting or updating) on the subject 36 months of the effective date of the current assignment.

It is beyond the scope of work for the appraiser to supply additional data provided by an AVM. AVM's are not a credible source of sales information. Most municipalities in Louisiana do not disclose what type of property was transferred, commercial, residential, vacant land or other types of real estate.

Answering AVM data falls under the guidelines of appraisal review and thus would fall under Uniform Standards of the Professional Appraisal Practice Standard 3-1 with careful instruction to the appraiser in Advisory Opinion 18. Any information in regards to an AVM should be referred to a review appraiser and fall under his or her scope of work and fee schedule.

Utilities were on and functioning at the time of inspection.

The subject property is located 08 miles from my office. This assignment requires geographic competency as part of the scope of work. I have spent sufficient time in the subjects market and understand the nuances of the local market and the supply and demand factors relating to the specific property type and the location involved. Such understanding will not be imparted solely from a consideration of specific data such as demographics, costs, sales, and rentals. The necessary understanding of local market conditions provides the bridge between a sale and a comparable sale or a rental and a comparable rental.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| COST APPROACH | | | | |
|---|---|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ | 115,000 |
| Source of cost data | DWELLING | Sq.Ft. @ $ | = $ | |
| Quality rating from cost service        Effective date of cost data | | Sq.Ft. @ $ | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | = $ | |
| | Garage/Carport | Sq.Ft. @ $ | = $ | |
| | Total Estimate of Cost-New | | = $ | |
| | Less        Physical    Functional    External | | | |
| | Depreciation | | = $( | ) |
| | Depreciated Cost of Improvements | | = $ | |
| | "As-is" Value of Site Improvements | | = $ | |
| Estimated Remaining Economic Life (HUD and VA only)        Years | INDICATED VALUE BY COST APPROACH | | = $ | |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| INCOME | | |
|---|---|---|
| Estimated Monthly Market Rent $        X Gross Rent Multiplier        = $ | | Indicated Value by Income Approach |
| Summary of Income Approach (including support for market rent and GRM) | | |

## PROJECT INFORMATION FOR PUDs (if applicable)

| PUD INFORMATION | |
|---|---|
| Is the developer/builder in control of the Homeowners' Association (HOA)?        ☐ Yes   ☐ No    Unit type(s)   ☐ Detached   ☐ Attached | |
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. | |
| Legal Name of Project | |
| Total number of phases        Total number of units        Total number of units sold | |
| Total number of units rented        Total number of units for sale        Data source(s) | |
| Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes    ☐ No  If Yes, date of conversion. | |
| Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No  Data Source | |
| Are the units, common elements, and recreation facilities complete?   ☐ Yes    ☐ No  If No, describe the status of completion. | |
| Are the common elements leased to or by the Homeowners' Association?   ☐ Yes    ☐ No  If Yes, describe the rental terms and options. | |
| Describe common elements and recreational facilities. | |

# Uniform Residential Appraisal Report

File # 3193-C

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:     The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 3193-C

**APPRAISER'S CERTIFICATION:**    The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Form 1004 – "TOTAL" appraisal software by a la mode, inc. – 1-800-ALAMODE

# Uniform Residential Appraisal Report

File # 3193-C

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature John P Wren | Signature |
| Name John Paul Wren | Name |
| Company Name Wren's Appraisal Service | Company Name |
| Company Address 19704 S. Harrells Ferry Rd | Company Address |
| Baton Rouge, LA 70816 | |
| Telephone Number (225)278-9892 | Telephone Number |
| Email Address johnwren.appraiser@gmail.com | Email Address |
| Date of Signature and Report 04/04/2018 | Date of Signature |
| Effective Date of Appraisal 04/03/2018 | State Certification # |
| State Certification # 3044 | or State License # |
| or State License # | State |
| or Other (describe) State # | Expiration Date of Certification or License |
| State LA | |
| Expiration Date of Certification or License 12/31/2018 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 437 Delgado Dr | Date of Inspection |
| Baton Rouge, LA 70808 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 505,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name Private | COMPARABLE SALES |
| Company Name | |
| Company Address | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address | Date of Inspection |

Form 1004 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Uniform Residential Appraisal Report

File # 3193-C

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 437 Delgado Dr | 13 Rue Toulouse | | | | | |
| | Baton Rouge, LA 70808 | Baton Rouge, LA 70808 | | | | | |
| Proximity to Subject | | 0.32 miles NW | | | | | |
| Sale Price | $ | | $ 610,000 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 244.10 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | MLS: 2017012015; DOM: 2 | | | | | |
| Verification Source(s) | | Public Records | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Armsigth;Cash | | | | | |
| Concessions | | 0 | | | | | |
| Date of Sale/Time | | c08/17;s10/17 | 0 | | | | |
| Location | N;Res | N;Res | | | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | | | | |
| Site | 7,380 sf | 3120 sf | 0 | | | | |
| View | N;Res | N;Res | | | | | |
| Design (Style) | Nola | DT2;French | 0 | | | | |
| Quality of Construction | Q3 | Q2 | -55,000 | | | | |
| Actual Age | 69 | 35 | 0 | | | | |
| Condition | C2 | C2 | | | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8   4   2.1 | 12   4   3.1 | -2,500 | | | | |
| Gross Living Area | 2,439 sq.ft. | 2,499 sq.ft. | -9,000 | sq.ft. | | sq.ft. | |
| Basement & Finished | | 0sf | | | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | Central | Central | | | | | |
| Energy Efficient Items | Standard Pkg | Standard Pkg | | | | | |
| Garage/Carport | 2dw | 2aga2dw | -5,000 | | | | |
| Porch/Patio/Deck | 2prch;2patio | Rear | | | | | |
| Fence | wood | Brick | 0 | | | | |
| Fireplace | None | 1FP | -2,500 | | | | |
| Pool | None | None | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -74,000 | ☐ + ☐ - | $ | ☐ + ☐ - | $ |
| Adjusted Sale Price | | Net Adj. 12.1 % | | Net Adj. 0.0 % | | Net Adj. 0.0 % | |
| of Comparables | | Gross Adj. 12.1 % | $ 536,000 | Gross Adj. 0.0 % | $ 0 | Gross Adj. 0.0 % | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GBRMLS/Public Records | GBRMLS/Public Records | | |
| Effective Date of Data Source(s) | 04/03/2018 | 04/03/2018 | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments

Form 1004.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Comparable Photo Page**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | |



### Comparable 1

1200 Ross Ave

| | |
|---|---|
| Prox. to Subject | 0.73 miles NE |
| Sale Price | 425,000 |
| Gross Living Area | 2,123 |
| Total Rooms | 12 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 13536 sf |
| Quality | Q3 |
| Age | 35 |



### Comparable 2

4348 Oxford Ave

| | |
|---|---|
| Prox. to Subject | 0.25 miles W |
| Sale Price | 425,000 |
| Gross Living Area | 1,982 |
| Total Rooms | 10 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 10500 sf |
| Quality | Q3 |
| Age | 76 |



### Comparable 3

1528 Stuart Ave

| | |
|---|---|
| Prox. to Subject | 1.06 miles NE |
| Sale Price | 427,500 |
| Gross Living Area | 1,980 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | N;Res |
| View | N;Res |
| Site | 11250 sf |
| Quality | Q3 |
| Age | 62 |

**Comparable Photo Page**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | |



### Comparable 4

13 Rue Toulouse

| | |
|---|---|
| Prox. to Subject | 0.32 miles NW |
| Sale Price | 610,000 |
| Gross Living Area | 2,499 |
| Total Rooms | 12 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Location | N;Res |
| View | N;Res |
| Site | 3120 sf |
| Quality | Q2 |
| Age | 35 |

### Comparable 5

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

## Additional Listings

File # 3193-C

| FEATURE | SUBJECT | LISTING # 1 | | LISTING # 2 | | LISTING # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 437 Delgado Dr | 5960 Menlo Dr | | 921 Carriage Way | | | |
| | Baton Rouge, LA 70808 | Baton Rouge, LA 70808 | | Baton Rouge, LA 70808 | | | |
| Proximity to Subject | | 1.23 miles SE | | 0.35 miles E | | | |
| List Price | $ | $ | 399,000 | $ | 399,500 | $ | |
| List Price/Gross Liv. Area | $          sq.ft. | $      198.31 sq.ft. | | $      171.68 sq.ft. | | $          sq.ft. | |
| Last Price Revision Date | | | | | | | |
| Data Source(s) | | MLS: 2018004159 | | MLS: 2018000298 | | | |
| Verification Source(s) | | Public Records | | Public Records | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | | Active | | Active | | | |
| Concessions | | n/a | | n/a | | | |
| Days on Market | | 19 | | 44 | | | |
| Location | N;Res | N;Res | | N;Res | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 7,380 sf | 19596 sf | 0 | 14000 sf | 0 | | |
| View | N;Res | N;Res | | N;Res | | | |
| Design (Style) | Nola | DT1;Trad | | DT2;Acad | | | |
| Quality of Construction | Q3 | Q3 | | Q4 | +30,000 | | |
| Actual Age | 69 | 62 | | 2327 | | | |
| Condition | C2 | C2 | | C3 | +15,500 | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8    4    2.1 | 10    4    2 | 0 | 11    4    3.1 | -2,500 | | |
| Gross Living Area | 2,439 sq.ft. | 2,012 sq.ft. | +64,100 | 2,327 sq.ft. | +16,800 | sq.ft. | |
| Basement & Finished | | 0sf | | 0sf | | | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Central | Central | | Central | | | |
| Energy Efficient Items | Standard Pkg | Standard Pkg | | Standard Pkg | | | |
| Garage/Carport | 2dw | 2cp2dw | -2,500 | 4dw | | | |
| Porch/Patio/Deck | 2prch;2patio | Front;Rear | | Front;Side | | | |
| Fence | Wood | Full | | None | | | |
| Fireplace | None | None | | None | | | |
| Pool | None | None | | None | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 61,600 | ☒ +  ☐ - | $ 59,800 | ☐ +  ☐ - | $ |
| Adjusted List Price | | Net     15.4   % | | Net     15.0   % | | Net        % | |
| of Comparables | | Gross   16.7   % | $ 460,600 | Gross   16.2   % | $ 459,300 | Gross      % | $ |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GBRMLS/Public Records | GBRMLS/Public Records | GBRMLS/Public Records | |
| Effective Date of Data Source(s) | 04/03/2018 | 04/03/2018 | 04/03/2018 | |

Comments:

March 2005

# Listing Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | | |
| City | Baton Rouge | County | East Baton Rouge | | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | | |



### Listing 1

| | |
|---|---|
| 5960 Menlo Dr | |
| Proximity to Subject | 1.23 miles SE |
| List Price | 399,000 |
| Days on Market | 19 |
| Gross Living Area | 2,012 |
| Total Rooms | 10 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Age/Year Built | 62 |



### Listing 2

| | |
|---|---|
| 921 Carriage Way | |
| Proximity to Subject | 0.35 miles E |
| List Price | 399,500 |
| Days on Market | 44 |
| Gross Living Area | 2,327 |
| Total Rooms | 11 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.1 |
| Age/Year Built | 2327 |

### Listing 3

| | |
|---|---|
| Proximity to Subject | |
| List Price | |
| Days on Market | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Age/Year Built | |



**Subject Photo Page**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | |

### Subject Front

437 Delgado Dr
| | |
|---|---|
| Sales Price | |
| Gross Living Area | 2,439 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 7,380 sf |
| Quality | Q3 |
| Age | 69 |



### Subject Rear



### Subject Side



**Subject Photo Page**

| Borrower | N/A |
| --- | --- |
| Property Address | 437 Delgado Dr |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte |



### Subject Side

| | |
| --- | --- |
| 437 Delgado Dr | |
| Sales Price | |
| Gross Living Area | 2,439 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 7,380 sf |
| Quality | Q3 |
| Age | 69 |



### Subject Address



### Subject Living
(Updated)
thick granite
New appliances/fixtures

**Subject Photo Page**

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | | |
| City | Baton Rouge | | County | East Baton Rouge | State | LA | Zip Code 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | | |



**Kitchen (updated)**

| | |
|---|---|
| 437 Delgado Dr | |
| Sales Price | |
| Gross Living Area | 2,439 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 7,380 sf |
| Quality | Q3 |
| Age | 69 |



**Kitchen (updated)**



**Kitchen (updated)**

**Subject Photo Page**

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | | |
| City | Baton Rouge | | County | East Baton Rouge | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | | |



### Subject Dining

437 Delgado Dr
| | |
|---|---|
| Sales Price | |
| Gross Living Area | 2,439 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.1 |
| Location | N;Res |
| View | N;Res |
| Site | 7,380 sf |
| Quality | Q3 |
| Age | 69 |



### Subject Living
Updated/Hardwood



### Subject Street

**Subject Photo Page**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | |



**M Bedroom**

437 Delgado Dr
Sales Price
Gross Living Area    2,439
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    2.1
Location    N;Res
View    N;Res
Site    7,380 sf
Quality    Q3
Age    69



**M Bath (updated)**



**M Bath**

**Interior Photos**

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/A | | | | |
| Property Address | 437 Delgado Dr | | | | |
| City | Baton Rouge | County | East Baton Rouge | State LA | Zip Code 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | |



**Half Bath**



**Bedroom 2**



**Bedroom 2**



**Stairs**



**Sitting**



**Bedroom 3**

**Interior Photos**

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | |
| City | Baton Rouge | County | East Baton Rouge | State | LA | Zip Code 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | |



**Bedroom 4**



**Bath 2**

**Sketch   2439GLA 1.5 Story**



Second Floor

# Market Conditions Addendum to the Appraisal Report

File No. 3193-C

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 437 Delgado Dr | City | Baton Rouge | State | LA | ZIP Code | 70808 |
|---|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 16 | 8 | 3 | Increasing | Stable | ☒ Declining |
| Absorption Rate (Total Sales/Months) | 2.67 | 2.67 | 1.00 | Increasing | Stable | ☒ Declining |
| Total # of Comparable Active Listings | 7 | 6 | 8 | ☒ Declining | Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.6 | 2.2 | 8.0 | Declining | Stable | ☒ Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | $364,750 | $340,000 | $398,700 | ☒ Increasing | Stable | Declining |
| Median Comparable Sales Days on Market | 10 | 16 | 50 | Declining | Stable | ☒ Increasing |
| Median Comparable List Price | $386,950 | $389,900 | $389,900 | Increasing | ☒ Stable | Declining |
| Median Comparable Listings Days on Market | 30 | 127 | 62 | ☒ Declining | Stable | Increasing |
| Median Sale Price as % of List Price | 96.73% | 100.00% | 93.81% | Increasing | Stable | ☒ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | Yes | ☒ No | Declining | ☒ Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   Concessions of 2% to 6% are common within this market and ARE NOT considered a factor.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes  ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.   The Greater Baton Rouge Multiple Listing Service provided the statistics for the above analysis.
The MLS system does not provide information for the blank boxes/ DEED FAX

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
All sales/listings (past 12 months) give or take 400sf GLA Within the subject market area.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project , complete the following:     Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| | | Signature | |
|---|---|---|---|
| Signature | [signed] | | |
| Appraiser Name | John Paul Wren | Supervisory Appraiser Name | |
| Company Name | Wren's Appraisal Service | Company Name | |
| Company Address | 19704 S. Harrells Ferry Rd Baton Rouge, LA 70816 | Company Address | |
| State License/Certification # | 3044   State   LA | State License/Certification # | State |
| Email Address | johnwren.appraiser@gmail.com | Email Address | |

Freddie Mac Form 71   March 2009                    Page 1 of 1                    Fannie Mae Form 1004MC   March 2009

Location Map

| Borrower | N/A | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Property Address | 437 Delgado Dr | | | | | | | |
| City | Baton Rouge | County | East Baton Rouge | | State | LA | Zip Code | 70808 |
| Lender/Client | Reverse Mortgage Solutions (RMS) - Charlotte | | | | | | | |



3044
CRA



