UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
|---|---|

THIS DOCUMENT RELATES TO:

*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*
2:14-cv-02722-EEF-JCW

JUDGE ELDON FALLON

MAG. JUDGE WILKINSON

### PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiffs Jacques & Sarah Brousseau, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation.  (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs Jacques & Sarah Brousseau own a property in the State of Louisiana with a street address of: 437 Delgado Drive, Baton Rouge, LA 70808.

4. Plaintiffs Jacques & Sarah Brousseau purchased the property on July 27, 2012.

5. Plaintiffs Jacques & Sarah Brousseau discovered Knauf-manufactured drywall in their home on September 30, 2016, through a professional inspection by Michael Armshaw of General Inspection, LLC.

1

6.  Plaintiffs Jacques & Sarah Brousseau filed his claim against the Knauf Defendants in this action on November 21, 2016.

7.  On January 27, 2020, this Court issued an order denying certification for the Bennett class action against the Knauf entities.

8.  The State of Louisiana has a one-year prescription period for product liability claims.

9.  Louisiana recognizes a discovery rule for product liability claims under the theory *contra non valentum agree nulla currit praescriptio* that is settled law in the product liability context.

10. Louisiana recognizes Chinese drywall as a latent defect in a home.

11. Plaintiffs Jacques & Sarah Brousseau completed and executed a verified Plaintiff Profile Form.

12. Plaintiffs Jacques & Sarah Brousseau completed and executed a verified Supplemental Plaintiff Profile Form.

13. Plaintiffs Jacques & Sarah Brousseau completed and executed a verified Plaintiff Fact Sheet.

14. Plaintiffs Jacques & Sarah Brousseau were deposed by Knauf's Counsel on June 10, 2019, in New Orleans, Louisiana.

15. Plaintiffs Jacques & Sarah Brousseau seek all damages available under Louisiana law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Louisiana Unfair Trade Practices and Consumer Protection Law.

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*