# Exhibit A

**VERIFIED**

Date_____

ALAN R. McKENDALL

TO

BONNIE DEES, wife of/and
CARL J. CORDIER, JR.

CONVEYANCE OFFICE
GASPER J. SCHIRO

**VERIFIED**
Date 1-8-99

STATE OF LOUISIANA

PARISH OF ORLEANS

### ACT OF CASH SALE

BE IT KNOWN, that as of January 5, 1999 before me, William P. Curry, Jr., Notary Public, duly commissioned and qualified in the state and parish aforementioned, and in the presence of the undersigned witnesses, personally came and appeared:

**ALAN R. McKENDALL**, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who declared unto me, Notary, that he has been married twice, first to Jennie Rita Williams from whom he was divorced by judgment of the Civil District Court for the Parish of Orleans, dated July 12, 1990, Proceedings No. 89-15431, and second to Yolanda Prado with whom he is living and residing separate in property;

who declared that he does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which he has or may have against all preceding owners and vendors, unto:

**BONNIE DEES, wife of/and CARL J. CORDIER, JR.**, persons of the full age of majority and residents of the Parish of Orleans, State of Louisiana, who declared unto me, Notary, that they each have been married but once and then to each other and are presently living and residing together;

MAILING ADDRESS:      1800 North Tonti Street
                     New Orleans, Louisiana 70119

hereinafter accepting and purchasing for themselves, their successors, heirs and assigns, and acknowledging delivery and possession thereof the following described property, to-wit:

**ONE CERTAIN LOT OR PARCEL OF GROUND**, together with all the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **THIRD MUNICIPAL DISTRICT** of the City of New Orleans, State of Louisiana, in that part thereof known as **McKENDALL ESTATES SUBDIVISION**, being a resubdivision of LOT 3RR2, SECTION 26 of the LaKratt Tract (former New Orleans Lakeshore Land Subdivision), and according to a plan of subdivision by Dading, Marques & Associates, Inc., dated 9-16-97, approved by the City Planning Commission under Docket No. 89/97, on October 2, 1998, registered as Instrument #167011, Orleans Parish, Louisiana, said lot or parcel of ground is designated as LOT 44.

Lot 44 is bounded by MAXINE DRIVE, EASTERLYN CIRCLE (side), NORTH EASTERLYN CIRCLE and BULLARD AVENUE (side); said lot measures 70.00 feet front on Maxine Drive, a width in the rear of 70.00 feet, by a depth between equal and parallel lines of 125.00 feet.

Improvements thereon bear Municipal **NO. 11429 MAXINE DRIVE, NEW ORLEANS, LOUISIANA 70128.**

01-06-99  01CL9125                              SALE 110      25.00

Being a portion of the same property acquired by Alan R. McKendall by act registered in the Conveyance Office as Instrument #149240.

**THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. Restrictions contained in the chain of title and those dated October 31, 1997, registered as Instrument #149041.

2. Mineral Reservations as contained in the chain of title, which mineral reservations specifically waive surface rights.

3. Restrictions for McKendall Estates Subdivision, created by act passed before William P. Curry, Jr., N. P., dated October 6, 1998, registered as Instrument No. 167012, Orleans Parish, Louisiana.

4. Ten (10') foot utility and general maintenance servitude across the front of said lot as shown on the plan of subdivision.

5. Five (5') foot servitude across the rear of said lot in favor of South Central Bell as shown on the plan of subdivision.

6. Restrictions as shown on the plan of subdivision, registered as Instrument No. 167011, Orleans Parish.

To have and to hold the above described property unto the said Purchasers their heirs and assigns forever.

This sale is made and accepted for the price and sum of THIRTY SEVEN THOUSAND FIVE HUNDRED AND NO/100 ($37,500.00) DOLLARS cash, which the said Purchasers have well and truly paid, in ready and current money to the said Seller who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

Taxes for the current year will be prorated based upon the taxes for the year 1999.

By reference to the mortgage and conveyance certificates for the Parish of Orleans it does not appear that said property has been alienated by the vendor or that it is subject to any encumbrance. The parties are aware that the certificates attached hereto are open, being not yet dated and signed, and relieve and release the undersigned notary from all responsibility and liability in connection therewith.

All parties signing the within instrument have declared themselves to be of full legal capacity and have declared that the name, marital status, domicile and address of each is correct as set forth above.

All agreements and stipulations herein and all the obligations assumed herein shall inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and the PURCHASER, PURCHASER's heirs and assigns shall have and hold the described property in full ownership forever.

THUS DONE AND PASSED at New Orleans, Louisiana, in the presence of the undersigned competent witnesses, who sign with appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____        _____
                                 ALAN R. MCKENDALL

Jackie Curry                     _____
                                 CARL J. CORDIER, JR.

                                 _____
                                 BONNIE DEES CORDIER

                 _____
                 WILLIAM P. CURRY, JR.
                 Notary Public

INSTR. No. 171556
CONVEYANCE OFFICE
PARISH OF ORLEANS

1/6/99 MDB