# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

**Name Property Owner:** Bonnie & Carl Cordier
**Address of Affected Property:** 11429 Maxine Drive, New Orleans, LA 70128

**Is this Property:** (Residential) Commercial Governmental

**Name of Person Completing this Form:** Bonnie Cordier

**Is above your primary residence?** (Yes) No

**Mailing Address (if different):**

**Phone:** (504) 343 - 1456

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** (Owner-Occupant) Owner Only Renter-Occupant

**Represented By:** James V. Doyle, Jr.
**Address:** Doyle Law Firm, PC
2100 Southbridge Pkwy, Suite 650
Birmingham, AL 35209
**Phone:** (205) 533 - 9500
**Case No. /Docket Info:** Bennett v Knauf, 14-cv-2722

### Section II. Insurance Information

**Homeowner/ Renter Insurer:** Americas Insurance Company
**Policy #:** 609411
**Agent:** Underwriters Insurance
**Address:** 10709 Chef Menteur Hwy., Suite 1
New Orleans, LA 70127-7624
**Phone:** (504) 302 - 0620

+ Attach Copy of Insurance Declaration Page

& Beane v. Gebrueder Knauf, et al., 13-cv-610

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Carl J. Cordier | / / | / / | (M)/ F | / / | Yes (No) | Owner - Occupant |
| Bonnie D. Cordier | / / | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |
|  | / / | / / | M / F | / / | Yes No |  |

* Personal injuries include claims for mental anguish and medical monitoring.

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Benchmark Remediation Group, LLC

   1.2. When did the inspection take place?    01/20/14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?    Benchmark Remediation Group, LLC

   2.2. When was this determination made?    01/20/14

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA | Walls |
| | ASTM C 36 | |

## Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,521 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 8' - 14' | Year-round | X | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 2.5 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

## Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

## Section X. Drywall Supplier

Drywall Supplier's Name: Interior Exterior Building Supply

Address: Cortez Street
New Orleans, LA

Phone: ( ) -

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| *[signed]* | 11/23/15 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| *Bonnie S. Cardin* [signed] | 11/23/15 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# AMERICAS INSURANCE COMPANY

**Americas Insurance Company**
Customer Service: 877-833-4163

PO Box 3033
Bigfork, MT 59911

Mortgagee Bill

Homeowners Policy Declaration
Renewal
**Insured Copy**

DECLARATION EFFECTIVE: 08/01/2015

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 609411 | 08/01/2015 | 08/01/2016 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 4405 |

**NAMED INSURED AND ADDRESS:**

Bonnie Cordier and Carl Cordier Jr.
11429 MAXINE DR
NEW ORLEANS, LA 70128-3461

**AGENT:**

Underwriters Insurance
10709 Chef Menteur Hwy. Suite 1
New Orleans, LA 70127-7624
Phone#: (504) 302-0620

---

**MORTGAGEE(S) / ADDITIONAL INTEREST(S)**

1st Mortgagee: Quicken Loans Inc ISAOA, PO Box 717, Amelia, OH 45102;  Loan#: 3329945799

---

**POLICY FORMS AND ENDORSEMENTS**

| Number | Edition | Description | Limits/Pct | Premium |
|---|---|---|---|---|
| HO 00 03 | 10 00 | Homeowners 3 - Special Form | | $0 |
| HO 01 17 | 03 08 | Special Provisions - Louisiana | | $0 |
| HO P 002 | 04 07 | Important Information Required by Louisiana Dept of Ins | | $0 |
| IL P 001 | 01 04 | US Treasury Depts Office of Foreign Assets Control advisory notice to policyholders | | $0 |
| IL N 048 | 09 03 | Louisiana Fraud Statement | | $0 |
| HO 03 62 | 12 09 | Windstorm or Percentage Deductible - Louisiana | | $0 |
| HO 04 16 | 10 00 | Premises Alarm or Fire Protection System | | $0 |
| HO 04 90 | 10 00 | Personal Property Replacement Cost | | $314 |
| HO 04 10 | 10 00 | Additional Interests- Residence Premises | | $0 |
| HO 03 42 | 01 05 | Limited Fungi, Mold Wet or Dry Rot, or Bacteria | $10,000/$50,000 | $0 |
| HO 04 96 | 10 00 | No Liability Coverage For Home Day Care, Limited Property Coverage | | $0 |
| AIC PP | 01 11 | Americas Insurance Company Privacy Policy | | $0 |

Property Coverage limit may increase at renewal due to an inflation factor to maintain insurance to the approximate replacement cost of your home.

This Policy does not protect you against loss due to flood. Flood Insurance is available through the Federal Government. Contact your agent to apply for coverage.

This replaces all previously issued policy declarations, if any. This policy applies only to accidents, occurrences or losses which happen during the policy period shown above. In case of property loss, only that part of loss over stated deductibles applies. If payment is not received fifteen days prior to the policy renewal effective date, a notice of expiration stating that coverage will continue for fifteen days and will cease on the policy expiration date will be mailed to the insured, mortgagee and any other additional interests.

_[signature]_                                                        June 30, 2015

Authorized Signature                                                 Date

**AMERICAS INSURANCE COMPANY**

Americas Insurance Company
Customer Service: 877-833-4163

PO Box 3033
Bigfork, MT 59911

Mortgagee Bill

Homeowners Policy Declaration
Renewal
**Insured Copy**

DECLARATION EFFECTIVE: 08/01/2015

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 609411 | 08/01/2015 | 08/01/2016 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 4405 |

**NAMED INSURED AND ADDRESS:**

Bonnie Cordier and Carl Cordier Jr.
11429 MAXINE DR
NEW ORLEANS, LA 70128-3461

**AGENT:**

Underwriters Insurance
10709 Chef Menteur Hwy. Suite 1
New Orleans, LA 70127-7624
Phone#: (504) 302-0620

---------- **MORTGAGEE(S) / ADDITIONAL INTEREST(S)** ----------

1st Mortgagee: Quicken Loans Inc ISAOA, PO Box 717, Amelia, OH 45102; Loan#: 3329945799

---------- **POLICY FORMS AND ENDORSEMENTS** ----------

| Number | Edition | Description | Limits/Pct | Premium |
|---|---|---|---|---|
| HO 00 03 | 10 00 | Homeowners 3 - Special Form | | $0 |
| HO 01 17 | 03 08 | Special Provisions - Louisiana | | $0 |
| HO P 002 | 04 07 | Important Information Required by Louisiana Dept of Ins | | $0 |
| IL P 001 | 01 04 | US Treasury Depts Office of Foreign Assets Control advisory notice to policyholders | | $0 |
| IL N 048 | 09 03 | Louisiana Fraud Statement | | $0 |
| HO 03 62 | 12 09 | Windstorm or Percentage Deductible - Louisiana | | $0 |
| HO 04 16 | 10 00 | Premises Alarm or Fire Protection System | | $0 |
| HO 04 90 | 10 00 | Personal Property Replacement Cost | | $314 |
| HO 04 10 | 10 00 | Additional Interests - Residence Premises | | $0 |
| HO 03 42 | 01 05 | Limited Fungi, Mold Wet or Dry Rot, or Bacteria | $10,000/$50,000 | $0 |
| HO 04 96 | 10 00 | No Liability Coverage For Home Day Care, Limited Property Coverage | | $0 |
| AIC PP | 01 11 | Americas Insurance Company Privacy Policy | | $0 |

Property Coverage limit may increase at renewal due to an inflation factor to maintain insurance to the approximate replacement cost of your home.

This Policy does not protect you against loss due to flood. Flood Insurance is available through the Federal Government. Contact your agent to apply for coverage.

This replaces all previously issued policy declarations, if any. This policy applies only to accidents, occurrences or losses which happen during the policy period shown above. In case of property loss, only that part of loss over stated deductibles applies. If payment is not received fifteen days prior to the policy renewal effective date, a notice of expiration stating that coverage will continue for fifteen days and will cease on the policy expiration date will be mailed to the insured, mortgagee and any other additional interests.

_[Signature]_                                  June 30, 2015

Authorized Signature                           Date

# AMERICAS INSURANCE COMPANY

**Americas Insurance Company**
Customer Service: 877-833-4163

PO Box 3033
Bigfork, MT 59911   Mortgagee Bill

**Homeowners Policy Declaration**
**Renewal**
**Insured Copy**

DECLARATION EFFECTIVE: 08/01/2015

| Policy Number | From | To | | Agent Code |
|---|---|---|---|---|
| 609411 | 08/01/2015 | 08/01/2016 | 12:01 AM STANDARD TIME AT INSURED LOCATION | 4405 |

**NAMED INSURED AND ADDRESS:**              **AGENT:**

Bonnie Cordier and Carl Cordier Jr.
11429 MAXINE DR
NEW ORLEANS, LA 70128-3461

Underwriters Insurance
10709 Chef Menteur Hwy. Suite 1
New Orleans, LA 70127-7624
Phone#: (504) 302-0620

**INSURED LOCATION:**                **PREMIUM SUMMARY**

Bonnie Cordier and Carl Cordier Jr.
11429 MAXINE DR
NEW ORLEANS, LA 70128-3461

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | POLICY FEES / SURCHARGES | TOTAL POLICY PREMIUM |
|---|---|---|---|
| $3,141.00 | $314.00 | $178.00 | $3,633.00 |

| PRODUCT | CONST TYPE | YEAR | USE | # FAMILY | OWNER OCC | PROT CLASS | TERRITORY |
|---|---|---|---|---|---|---|---|
| HO3 | Masonry | 1999 | Primary | One | Owner | 2 | 6440 |

**Coverages - Section I**                                          Limits/Pct            Premium
Coverage A - Dwelling                                              $310,000             $3,141
Coverage B - Other Structures                                      $31,000              $0
Coverage C - Personal Property                                     $155,000             $0
Coverage D - Loss of Use                                           $62,000              $0

**Coverages - Section II**
Coverage E - Liability                                             $100,000             $0
Coverage F - Medical Payments                                      $1,000               $0

Policy Fee  $60
Citizens Property Insurance Corporation   Assessment $0 (0.0000)
Citizens Property Insurance Corporation High Risk Emergency Assessment $118 (0.0342)

Total Policy Premium   $3,633
ORDINANCE OR LAW  10% of A

All Other Perils Deductible            $2,500
Wind/Hail or Hurricane Deductible      $6,200

AIC REN DEC 01 11                                                  Insured Copy
                         Page 1   of  2                            6/30/2015



