# Exhibit A

GD141-06C

BAYOU TITLE, INC.
1820 ST. CHARLES AVENUE, #201
NEW ORLEANS, LA  70130

**CASH SALE OF PROPERTY**

**UNITED STATES OF AMERICA**

**BY:   SAMPSON CONSTRUCTION,
            LLC**

**STATE OF LOUISIANA**

**TO:   NICOLE DIDIER wife of/and
            MICHAEL E. NORRIS**

**PARISH OF ST. TAMMANY**

St. Tammany Parish 1784
Instrmnt #: 1570096
Registry #: 1637984 SHC
8/14/2006 12:27:00 PM
MB   CB  X MI   UCC

BE IT KNOWN that on this 10th day of August, 2006.

BEFORE ME, **WILLIAM P. CURRY, JR.,** a Notary Public duly commissioned and

qualified, in and for the Parish of Orleans, and in the presence of the witnesses hereinafter named and

undersigned:

PERSONALLY CAME AND APPEARED:

**SAMPSON CONSTRUCTION COMPANY, LLC (TIN: 72-1434837),** a Louisiana
Limited Liability Company, domiciled in the Parish of St. Tammany, State of Louisiana, herein
represented herein by Donald R. Sampson, its duly authorized Member, by virtue of authorization of
the members, dated June 11, 1999, recorded at Instrument No. 1152161, and whose mailing address
is 832 E. Boston Street, #12, Covington, LA  70433;

who declared that they/she/he do/does by these presents grant, bargain, sell, convey, transfer, assign,

set over, abandon and deliver, with all legal warranties and with full substitution and subrogation in and

to all the rights and actions of warranty which they/she/he have/has or may have against all preceding

owners and vendors unto:

**NICOLE DIDIER NORRIS (SSN: xxx-xx-1193) wife of/and MICHAEL E. NORRIS**
**(SSN: xxx-xx-1495),** both persons of the full age of majority and residents of St. Tammany Parish,
Louisiana, who declare that their marital status is as follows: Nicole Didier has been married but once to
Michael E. Norris; Michael E. Norris has been married twice, first to Maralana Ogden, from whom he
is divorced; secondly to Nicole Didier; they will reside together at 700 Arctic Fox Run, Madisonville,
LA 70447;

here present accepting, and purchasing for themselves/itself, its heirs and assigns and acknowledge due

delivery and possession thereof, all singular the following described property to-wit:

ALL THAT CERTAIN TRACT OF PORTION OF LAND, together with all the buildings
and improvements thereon, and all the rights, ways, means, privileges, servitudes, prescriptions,

appurtenances and advantages thereunto belonging or anywise appertaining thereto, situated in **FOX BRANCH ESTATES, PHASE II,** located in Sections 8 and 9, Township 7 South, Range 10 East, St. Tammany Parish, Louisiana, all as per plan of subdivision by Foncuberta Surveys, Inc., filed for record on May 11, 2005, recorded in Clerks Map file No. 3958, and more particularly described as follows, to-wit:

**LOT 67, FOX BRANCH ESTATES, PHASE II, ST. TAMMANY PARISH, LOUISIANA.**

The improvements thereon bear the Municipal No. **700 Arctic Fox Run, Madisonville, Louisiana 70447.**

Being the same property acquired by vendor herein by act dated September 21, 2005 and registered in Instrument Number 1516991.

This act is made, executed and accepted subject to the following:

1. Servitudes, restrictions, easements, encroachments, right of ways, green belts, fence misalignments, and/or building setback lines, if any, as shown on a current survey of the property or as shown on the plan of subdivision filed for record with the Clerk of Court for St. Tammany Parish.

2. Restrictive covenants recorded under COB Instrument No. 1340291, but deleting any covenant, condition or restriction, if any, based upon race, color, religion, sex, handicap, familial status, or national origin unless and only to the extent that such covenants, conditions, or restrictions (1) are exempt under Chapter 42, Section 3607 of the United States Code or (b) relate to handicap but to not discriminate against handicapped persons; also deleting any covenant, condition, or restriction indicating a preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status, or national origin to the extent such covenants, conditions or restrictions violate 42 USC 3604©).

3. That servitude recorded at COB Instrument No. 1331141 and 1317994 and 1317992 of the official records of St. Tammany Parish, Louisiana.

To have and to hold the above described property unto the said purchaser(s), their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of **THREE HUNDRED FIFTEEN THOUSAND FIVE HUNDRED NINETY FIVE AND NO/100 ($315,595.00) DOLLARS,** which the said purchaser(s) has/have well and truly paid, in ready and current money to the said vendor(s), who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefor.

All State, City and/or Parish taxes up to and including the taxes due and exigible in 2005 are paid.

By reference to the Abstract of Title, it does not appear that said property has been heretofore alienated by the vendor(s) or that it is subject to any encumbrances whatsoever, **EXCEPT:**

Multiple Indebtedness Mortgage i/f/o Citizens Bank & Trust Co., registered in Instrument Number 1516996, St. Tammany Parish, which will be cancelled by Bayou Title, Inc.

The parties to this Act are aware that the Mortgage and Conveyance certificates are waived by all parties and release and relieve me, Notary, from any and all liability and responsibility in connection therewith.

**THUS DONE AND PASSED** in my office at Covington, Louisiana on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading of the whole.

WITNESSES:

PRINTED NAME: _Nancy B. Pigrenet_

PRINTED NAME: _Wendy Costillo_

APPEARERS:

SAMPSON CONSTRUCTION, LLC
BY: Donald R. Sampson, Member

MICHAEL E. NORRIS

NICOLE DIDIÉR NORRIS

WILLIAM P. CURRY, JR.
NOTARY PUBLIC
BAR NO. 69118