# Exhibit E

```
From:     CN=Mark Norris/OU=BeiFang/O=Knauf_China
To:       ChengYiHong@mail.knauf.com.cn <ChengYiHong@mail.knauf.com.cn>;Ann Zhong <Ann
          Zhong/ShangHai/Knauf_China@Knauf>
CC:       knauf.isabel@knauf.com.tr <knauf.isabel@knauf.com.tr>;knauf.frederick@knauf.it@Knauf
          <knauf.frederick@knauf.it@Knauf>
BCC:      dgregory@knauf.co.id
Sent:     11/7/2006 3:06:43 AM
Subject:  Fw: USA smelly board
```

Dear All,

Any ideas on how I can resolve this?? I am getting a very slow reaction from Germany.

It looks like it is going to get VERY nasty and expensive.

Regards
Mark

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China
07/11/2006 10:59 AM

To
Mark Norris/BeiFang/Knauf_China@Knauf
cc
jawahar@rothchilt.zjip.com
Subject
USA smelly board



Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control, it will be a big problem not only in Miami but all over the USA market, maybe cover thousand of houses.

Salomon is sure the problem is not Knauf drywall, but he cannot control it at present, he said the sample test report from USG is not enough now, Knauf representative must explain to his customer, he need someone from Knauf with him explain the problem together.

Dear Mark, would you please tell me when we can get the test result and when the Knauf expert will contact Salomon ?
Salomon is not sleeping and waitting my call back.

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him back.

Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656


Δ π EXHIBIT 27
Deponent Hummel