# Exhibit A

Title Insurance Producer: Stephen J. Simone, 1824 Williams Blvd., Suite A, Kenner, LA 70062

Producer License No. 87387

Title Insurance Underwriter: Security Title Corporation of Baltimore

Title Opinion: Stephen J. Simone, LA Bar No. 12291

Filed by: Stephen J. Simone
1824 Williams Blvd.
Suite A
Kenner, LA 70062
File: 10584

| | |
|---|---|
| **CASH SALE** | **UNITED STATES OF AMERICA** |
| BY: WILLIS JOSEPH EURISSA, JR. and LORIE BEAVER EURISSA | **STATE OF LOUISIANA** |
| TO: TONI G. MACKSEY | **PARISH OF JEFFERSON** |

BE IT KNOWN, that on this 26th day of the month of October in the year 2012,

BEFORE ME, Stephen J. Simone, a Notary Public, duly commissioned and qualified in and for the Parish of Jefferson, State of Louisiana, and in the presence of the witnesses hereinafter named and undersigned,

**PERSONALLY CAME AND APPEARED:**

**WILLIS JOSEPH EURISSA, JR,**
a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, who declared that he has been married but once and then to Lorie Beaver Eurissa, with whom he is presently living and residing;

**LORIE BEAVER EURISSA,**
a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana, who declared that she has been married but once and then to Willis Joseph Eurissa, Jr., with whom she is presently living and residing;

hereinafter referred to as "Vendors", who declared that Vendor does by these presents, grant, bargain, sell, assign, convey, transfer, set over, abandon and deliver with all legal warranties and with full substitution and subrogation in and to all the rights and actions of warranty which he has or may have against all preceding owners and vendors, unto:

**TONI G. MACKSEY,**
a person of the full age of majority and a resident of the Parish of Jefferson, State of Louisiana, who declared that she has been married but twice, first to Ulysses R. Schultz, who is deceased and secondly to Michael J. Macksey from whom she is divorced and she has not since remarried and is in fact single;

hereinafter referred to as "Purchaser", here present, accepting and purchasing for herself and her heirs, successors and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the **PARISH OF JEFFERSON, STATE OF LOUISIANA**, in that part thereof known as **LAKE DRIVE SUBDIVISION**, designated as **LOT 37 OF SQUARE 6**, on the plan of survey by Gilbert Kelly & Couturie, Inc., dated January 5, 1996, a copy of which is annexed to COB 2931, folio 645 official records of Jefferson Parish, and according thereto said square is bounded by Lucerne Street, Avron Boulevard, Lake Como Avenue and Lake Louise Avenue and said lot forms the corner of Lucerne Street and Lake Como Avenue and measures 53.50 feet front on Lucerne Street, same width in the rear, by a depth of 120 feet between equal and parallel lines.

The improvements thereon bear the Municipal No. 4321 Lucerne Street, Metairie, LA 70006

Being the same property acquired by Willis Joseph Eurissa, Jr. and Lorie Beaver Eurissa, by act dated 7/31/06 in COB 3171, folio 77, amended in COB 3180, folio 68, for the Parish of Jefferson, LA..

**THIS ACT IS MADE AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1. The 5 foot utility servitude, the mislocation of fences and the encroachment of the garage onto the servitude area as shown on the survey by Gilbert, Kelly & Couturie, Inc., dated 1/5/96.

2. Restrictive covenants contained in act registered in COB 109, folio 201.

And this reference to the above restrictions and/or conditions is not to be considered as renewing or recreating them in any manner whatsoever.

The parties hereto take cognizance that no new survey of the hereinabove described property has been made in connection with this sale; and the parties do hereby relieve and release me, Notary, and my surety from any and all liability in connection with any title defects which might have been disclosed by such survey.

To have and to hold the above described property unto the said Purchaser, her heirs, successors, and assigns forever.

And the said Vendors hereby moreover transfers unto the said Purchaser all the rights and actions of warranty to which Vendor is or may be entitled against all the former owners and proprietors of the property herein conveyed, hereby subrogating the said Purchaser to all the said rights and actions to be by Purchaser enjoyed and exercised in the same manner as they might have been by the said Vendor.

This sale is made and accepted for and in consideration of the price and sum of **TWO HUNDRED TWENTY FIVE THOUSAND AND 00/100 ($225,000.00) DOLLARS**, which the Purchaser has well and truly paid in cash, ready and current money to the said Vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

### "AS IS" CLAUSE
### Waiver of Warranty & Redhibition Rights Addendum

Sellers and Buyers hereby acknowledge and recognize that the property being sold and purchased is to be transferred in "AS IS" condition, and further Buyer does hereby waive, relieve and release Sellers from any and all claims or causes of action for redhibition pursuant to Louisiana Civil Code Articles 2520, et seq., and Article 2541, et. seq. or for reduction of sales price pursuant to Louisiana Civil Code Articles 2541, et seq. Additionally, Buyer acknowledges that this sale is made without warranty of fitness for ordinary or particular use pursuant to Civil Code Article 2524, et seq..

_____          _____
Willis Joseph Eurissa, Jr                 Toni G. Macksey

_____
Lorie Beaver Eurissa

- 2 -

All Parish and City taxes up to and including the taxes due and exigible in 2011 have been paid as per declaration of the Vendor and annexed tax researches. The taxes for the year 2012 have been prorated between Vendor and Purchaser based on the 2011 taxes paid. The parties hereto relieve and release me, Notary, from any and all liability or responsibility in the event the 2012 taxes are more or less than the 2011 taxes. Purchaser shall be responsible for the payment of all property taxes and assessments against the property herein conveyed for the year 2012 and subsequent years and the mailing address where property tax and assessment notices are to be mailed to Purchaser is: 4321 Lucerne Street, Metairie, LA. 70006.

By reference to the certificates of the Clerk of Court in and for the Parish of Jefferson, it does not appear that said Vendor has heretofore alienated the said property, or that said property is subject to any encumbrances whatsoever except as hereinabove set forth.

The parties to this act take cognizance of the fact that the mortgage and conveyance certificates hereinabove referred to have been dated and signed as of a date prior to the execution of this act, and are to be resubmitted to the respective offices for redating subsequent to the passage of this act, and the said parties hereby expressly relieve and release me, Notary, from all responsibility and liability in the premises in the event that said certificates, or either of them, fail to set forth or show the correct status of said property, or any portion thereof, with respect to conveyances or with respect to encumbrances thereon, as of the date of the passage of this act.

The words "Vendor", "Purchaser", "he", "him" and "himself" as used in this act shall be construed to include the feminine gender and the plural number.

**THUS DONE AND PASSED** in my office at Metairie, Louisiana, on the day, month and year first hereinabove written, in the presence of the undersigned competent witnesses who hereunto sign their names with the said appearers and me, Notary, after due reading of the whole.

WITNESSES:

Lesley Gambino

Desera B. Campo

WILLIS JOSEPH EURISSA, JR.

LORIE BEAVER EURISSA

TONI G. MACKSEY

STEPHEN J. SIMONE
NOTARY PUBLIC
LA BAR #12291

- 3 -