# Exhibit D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Knauf Gips, KG, et al.*<br>**2:14-cv-02722-EEF-JCW** | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFF FACT SHEET**

Name of Plaintiff: Toni G. Macksey

Affected Property Address: 4321 Lucerne Street, Metairie, LA 70006

## I. Purchase, Sale and/or Transfer of Ownership of Property

1. On what date did you purchase the Property?

**Response:** Plaintiff objects to this question as duplicative. In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants. Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF"). Plaintiff directs the defendants to Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: Plaintiff purchased the property:

(Month/Day/Year)   10 / 26 / 2012

2. When you took ownership of the Property, what was the name of the seller?

Willis Joseph Eurissa, Jr. & Lorie Beaver Eurissa

1

3.  Name and address of the realtor?

Leslie Gambino - Gertrude Gardner, 4509 Veterans Blvd., Metairie, LA

4.  Name and address of the closing agent?

Stephen J. Simone, 1824 Williams Blvd., Suite A, Kenner, LA  70062

5.  What was the price of the home when you purchased it?  $ 225,000.00

6.  Was it an "as-is" sale?

**Response**: Plaintiff objects to the use of "as-is" in this question as vague, ambiguous, uncertain, and unintelligible; consequently, Plaintiff cannot determine the exact nature of the information being sought.  This term is not defined and is not commonly understood with one accepted meaning; multiple inpretations are possible.  Without waiving said objection, plaintiff responds as follows:

☑ Yes   ☐ No   ☑ I'm not sure.

7.  If you sold or transferred ownership of the Property, what was the name of the purchaser?

N/A

8.  If you sold or transferred ownership of the Property, what was the name and address of the realtor?

N/A

9.  If you sold or transferred ownership of the Property, what was the name and address of closing agent?

N/A

10.  If you sold or transferred ownership of the Property, what was the price paid for home?
$ N/A

## II.  Appraisal of the Home

11.  Date of each appraisal:

a. _10_ / _08_ /20_12_

b. _____/_____/20_____

2

**PFS REQUEST FOR DOCUMENT PRODUCTION #1**: Please produce copies of any and all appraisals performed on the house both prior and subsequent to the occurrence of any of the events allenged in the petition.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 1."

## III.  Discovery of Drywall

12.  Date that the property was constructed and/or renovated that installed the allegedly defective Chinese Drywall.

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Bennett Supplemental Plaintiff Profile Form ("SPPF").  Plaintiff directs the defendants to  Section II of the SPPF. Without waiving said objection, Plaintiff adopts the SPPF response again here and intends to provide the exact same date as provided in the verified SPPF as follows: The property construction and/or renovation that installed the allegedly defective drywall occurred on or about the following date (to the best of my knowledge):

> (Month/Day/Year)          ____/____/20 _06_

**PFS REQUEST FOR DOCUMENT PRODUCTION #2**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify that there is defective Chinese Drywall in the Property.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 2."

## IV.  Manufacturer/Seller of Drywall

13.  Who sold or distributed the drywall in the house?

**Response**:  Plaintiff objects to this question as duplicative.  In addition, Plaintiff objects to this question on the ground that it seeks information in the possession of, known to, or otherwise equally available to the defendants.  Plaintiff has previously provided this information to defendants in the Plaintiff Profile Form ("PPF"). Plaintiff directs the defendants to  Section X of the PPF.  Without waiving said objection, Plaintiff adopts the PPF response again here and intends to provide the exact same information as provided in the verified PPF as follows:   The drywall Supplier's name (to the best of my knowledge) is:

Interior Exterior Building Supply

3

**PFS REQUEST FOR DOCUMENT PRODUCTION #3**: Please produce all documents, reports, photographs, videotapes, samples and any other materials which evidence and/or identify the manufacturer of drywall installed in the house. The submission must be in the form of PTO 1(B).

> **Response:** All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 3."

## V.  Damages

14.   Identify any harm, financial or otherwise, that you contend was caused by defective Chinese Drywall installed in the Property.

**Response:**  Plaintiff directs the defendants to review the complaint filed with the court in this case for a full listing of the claims being asserted and the damages being sought.  The defective Knauf Chinese Drywall emitted gasses that cause damage to Plaintiff's home and the personal property contained therein.  It also significantly diminished the use and enjoyment of the home; therefore, Plaintiff seeks the following:  all compensatory, statutory, and/or punitive damages; all pre-judgment and post-judgment interest as allowed by law; any appropriate injunctive relief; an award of attorney's fees as allowed by law; an award of taxable costs; and, any and all such further relief as a jury or judge presiding over my trial deems just and proper.  Other damages include, but are not limited to:

Financial - cost of running two households.  I had to use retirement funds to support both.

I had headaches, insomnia, bloody noses, sinus infections when living in affected property.

15.   If you contend that you entered personal bankruptcy as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

16.   If you contend that you entered short sale and/or foreclosure as a result of damage to your property from defective Chinese Drywall, please describe the facts and circumstances that relate to your claim.

N/A

**PFS REQUEST FOR DOCUMENT PRODUCTION #4**: If you claim loss of income, please produce any copies of any and all documentation upon which you intend to rely upon to prove this claim.

> **Response**: All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 4."

17. If you claim diminution of the property as a result of Chinese Drywall, state with particularity each fact which supports your claim.

N/A
_____
_____
_____
_____

18. Identify the appliances, fixtures and/or other electronics, if any, that you claim were damaged by Chinese Drywall in the property.

> **Response**: An list of damaged items is attached as "Exhibit 14."

19. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Address of each location you stayed thereafter.

a. 103 Stanton Hall Drive, Destrehan, LA  70047
b. _____
c. _____

20. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Time periods in which you resided at each property.

a. __05_/_30_/20_14_   to   _11_/_01_/20_17_
b. ____/____/20____   to   ____/____/20____
c. ____/____/20____   to   ____/____/20____

21. If you vacated the property because of the alleged presence of Chinese Drywall, please provide: Moving costs and/or alternative living expenses you claim to have incurred as a result of the alleged presence of Chinese Drywall.

a. $ 1,810.00 moving
b. $ 12,846.36 storage
c. $ 5,502 utilities
d. $ 23,000.00 rent

5

**PFS REQUEST FOR DOCUMENT PRODUCTION #5**:  If you vacated the property because of the alleged presence of Chinese Drywall, please provide any documentation to support your claims.

> **Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 5."

22.  Are you claiming damages for personal injury?  ☐ Yes (explain below) ☑ No

_____

_____

23.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Date you allege that you first sustained personal injuries as a result of your exposure to allegedly defective Chinese Drywall.

> **Response**:   ☑ N/A

24.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  What specific injuries have you suffered?

> **Response**:   ☑ N/A

25.  If you suffered personal injuries as a result of the alleged presence of Chinese Drywall:  Name and address of any doctor, physician, surgeon, chiropractor, or osteopath who examined and/or treated your alleged injuries.

> **Response**:   ☑ N/A

## VI.  Potential Witnesses/Evidence

26.  Has any written or recorded statement been taken from any witness or person who has knowledge of relevant facts, including the nature, character, and extent of the injuries referred to in the petition, and for each statement identified?

> ☐ Yes  ☑ No  ☐ I don't know

27.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person from whom the statement was taken.

N/A_____

_____

6

28.  If the answer to 26 is "yes," please state:  The name, address, and telephone number of the person who took the statement.

N/A

29.  If the answer to 26 is "yes," please state:  The name address, and telephone number of the party having custody of such statement.

N/A

30.  If the answer to 26 is "yes," please state:  The date the statement was taken.

N/A

## VII.  Already Remediated Properties

31. If you already remediated the Property, who conducted the remediation?

JES Construction

32.  When did the remediation commencement date occur?

06 / 06 /20 17

33.  When did the remediation end date occur?

10 / 23 /20 17

34.  What was the scope of the remediation and the scope of the work carried out?

Full remediation that complies with the federal court's approved protocol as described as an exhibit to 2011 KPT Settlement Agreement.

7

35.  What costs or expenses, if any, did you incur related to the remediation of the Property?

$123,325.64

36.  Were any samples from the remediation retained?

[✓] Yes   [ ] No

37.  If the response to 36 is "yes," were the samples compliant with PTO 1(B)?

[✓] Yes   [ ] No

38.  Were any photographs taken of the allegedly defective Chinese Drywall?

[✓] Yes   [ ] No

39.  If the response to 38 is "yes," were the photographs compliant with PTO 1(B)?

[✓] Yes   [ ] No

**PFS REQUEST FOR DOCUMENT PRODUCTION #6**:  Please produce the following documentation concerning the remediation of the Property:  Any evidence of KPT Chinese Drywall and Non-KPT Chinese Drywall, if any, in the Property prior to remediation.

> **Response:**  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 6."

**PFS REQUEST FOR DOCUMENT PRODUCTION #7**:  Please produce the following documentation concerning the remediation of the Property:  Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom and, to the extent possible, security systems, appliances and audio such as surround sound.

** The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

8

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 7."

**PFS REQUEST FOR DOCUMENT PRODUCTION #8**:   Please produce the following documentation concerning the remediation of the Property:  The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 8."

**PFS REQUEST FOR DOCUMENT PRODUCTION #9**:   Please produce the following documentation concerning the remediation of the Property:  An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice") showing the scope of work carried out.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 9."

**PFS REQUEST FOR DOCUMENT PRODUCTION #10**:   Please produce the following documentation concerning the remediation of the Property:  Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 10."

**PFS REQUEST FOR DOCUMENT PRODUCTION #11**:   Please produce the following documentation concerning the remediation of the Property:  A floor plan of the Affected Property with dimensions.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 11."

**PFS REQUEST FOR DOCUMENT PRODUCTION #12**:   Please produce the following documentation concerning the remediation of the Property:  An Environmental Certificate.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 12."

**PFS REQUEST FOR DOCUMENT PRODUCTION #13**:   Please produce the following documentation concerning the remediation of the Property:  An Owner Disclosure Affidavit in the form attached as Exhibit 1, which includes a certification that the materials provided comprise all of the available documentation regarding the

following:  The drywall that was in the Affected Property prior to the commencement of the remediation; and, the scope, extent, and cost of the remediation.

**Response**:  All documents in Plaintiff's possession responsive to this request are attached as "Exhibit 13."

## **VERIFICATION**

I hereby verify that the responses to the Plaintiff Fact Sheet are correct to the best of my knowledge.


_____
Signature of Plaintiff

_____
Printed Name

_____
Date
JANUARY 25, 2019

# Exhibit 1

Client:

Iberiabank Mortgage Company
3421 Causeway Boulevard
Metairie, LA 70002

Attention: Ms. Joany Foil

| Item | Total |
|------|-------|
| APPRAISAL FEE FOR SERVICES RENDERED | $        400.00 |

Borrower: Toni G. Macksey
4321 Lucerne Street
Metairie, LA 70006
Lot 37, Square 6 – Per JP Clerk of Court

| | Total: | $        400.00 |
|---|---|---|

Thank you

# SUMMARY APPRAISAL REPORT OF

# THE PROPERTY LOCATED AT

4321 Lucerne Street

Metairie, LA  70006

**as of**

10/04/2012

**for**

Iberiabank Mortgage Company
3421 Causeway Boulevard
Metairie, LA 70002

**by**

Dale R. Fleishmann, SRA

5129 Belle Drive
Metairie, LA 70006

October 8, 2012

Iberiabank Mortgage Company
3421 Causeway Boulevard
Metairie, LA 70002

| | |
|---|---|
| Property - | 4321 Lucerne Street |
| | Metairie, LA  70006 |
| Borrower - | Toni G. Macksey |
| File No. - | 1012236 |
| Case No. - | Loan#10184584 |

Dear Ms. Foil:

In accordance with your request, I have prepared an appraisal of the real property located at 4321 Lucerne Street, Metairie, LA.

The purpose of the appraisal is to provide an opinion of the market value of the property described in the body of this report.

Enclosed, please find the Summary Report which describes certain data gathered during our investigation of the property.  The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of 10/04/2012 is :

$226,000

The opinion of value expressed in this report is contingent upon the Limiting Conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Dale R. Fleishmann, SRA

Dale R. Fleishmann
LA License #6

## SUBJECT

| Occupant | Owner | Tenant | X Vacant | Special Assessments $ | | PUD | HOA $ | | per year | | per month |
|---|---|---|---|---|---|---|---|---|---|---|---|

Property Rights Appraised   [X] Fee Simple   [ ] Leasehold   [ ] Other (describe)

Assignment Type   [X] Purchase Transaction   [ ] Refinance Transaction   [ ] Other (describe)

Lender/Client   Iberiabank Mortgage Company   Address   3421 Causeway Boulevard, Metairie, LA 70002

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of the appraisal?   [X] Yes   [ ] No

Report data source(s) used, offering price(s), and date(s).   DOM 30;Per GSREIN#925680 subject was listed on 08/22/2012 for $239,900; reduced on 09/13/2012 to $229,900 and went under contract on 09/21/2012 for $225,000. See Additional Comments...

## CONTRACT

I [X] did   [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.   Arms length sale;The contract appears to be reasonable and customary.

Contract Price $ 225,000   Date of Contract 09/21/2012   Is the property seller the owner of public record?   [X] Yes   [ ] No   Data Source(s)   Tax Records

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   [ ] Yes   [X] No
If Yes, report the total dollar amount and describe the items to be paid:   $0;;

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Percent Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [X] Urban [ ] Suburban [ ] Rural | | Property Values | [ ] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 70 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | 175 Low 0 | | 2-4 Unit | 10 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 600 High 60 | | Multi-Family | 5 % |
| | | | | | | 250 Pred. 30 | | Commercial | 10 % |
| | | | | | | | | Other | 5 % |

Neighborhood Boundaries   The subject's neighborhood is bounded by Lake Pontchartrain - north, Causeway Boulevard- east, W. Esplanade Avenue - south  and Transcontinental Drive - west.

Neighborhood Description   The subject is located in Metairie approximately 7 miles west of the New Orleans CBD. Most of the dwellings in the area are one and two story single family homes in average to good/renovated condition. Schools, shopping, and other neighborhood amenities are located nearby.

Market Conditions (including support for the above conclusions)   Property values are stable with no adverse conditions affecting the market. A property that is listed for sale at a reasonable price has an exposure time of approximately 1 to 3 months.

## SITE

Dimensions 53.5Fx120LSx53.5Rx120RS   Area 6420 sf   Shape Rectangular   View N;Res;

Specific Zoning Classification R-1A   Zoning Description   Single Family Residential

Zoning Compliance   [X] Legal   [ ] Legal Nonconforming (Grandfathered Use)   [ ] No Zoning   [ ] Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?   [X] Yes   [ ] No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements--Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street | Concrete | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley | None | | |

FEMA Special Flood Hazard Area   [X] Yes   [ ] No   FEMA Flood Zone   AE   FEMA Map #   22051C0045E   FEMA Map Date 03/23/1995

Are the utilities and off-site improvements typical for the market area?   [X] Yes   [ ] No. If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   [ ] Yes   [X] No If Yes, describe
Property is on a corner lot and has a residential view. The lot size is typical for the neighborhood. The topography is level. The property has good landscaping and appears to have adequate drainage. No adverse conditions noted.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [X] Concrete Slab [ ] Crawl Space | | Foundation Walls | Slab/Gd | Floors | Tile/Wd/Carpet/Gd |
| # of Stories 1.00 | | [ ] Full Basement [ ] Partial Basement | | Exterior Walls | Painted Brick/Gd | Walls | Sheetrock/Gd |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | | Basement Area 0 sq. ft. | | Roof Surface | Asphalt/Gd | Trim/Finish | Wood/Gd |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 0 % | | Gutters & Downspouts | Aluminum/Gd | Bath Floor | Tile/Gd |
| Design (Style) Ranch | | [ ] Outside Entry/Exit [ ] Sump Pump | | Window Type | Insulated/Gd | Bath Wainscot | Tile/Gd |
| Year Built ~1982 | | Evidence of [ ] Infestation | | Storm Sash/Insulated | Yes/Gd | Car Storage | None |
| Effective Age (Yrs) 10 | | [ ] Dampness [ ] Settlement | | Screens | Yes/Gd | [X] Driveway  # of Cars 3 |
| Attic | [ ] None | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities | | WoodStove(s)# 0 | | Driveway Surface Concrete |
| [X] Drop Stair [ ] Stairs | | [ ] Other Fuel Electric | | [X] Fireplace(s) # 1 | [X] Fence Wood | [X] Garage # of Cars 2 |
| [ ] Floor [ ] Scuttle | | Cooling [X] Central Air Conditioning | | [ ] Patio/Deck None | [X] Porch Cov'd | [X] Carport # of Cars 1 |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool None | [ ] Other None | [ ] Att. [X] Det. [ ] Built-in |

Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:   6 Rooms   3 Bedrooms   2.0 Bath(s)   1,805 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)   Covered porch. Detached two car garage and one car carport.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   C3;Kitchen-updated-one to five years ago;Bathrooms-updated-one to five years ago;Subject is in good/renovated condition. Interior has crown molding and recessed lights throughout. Den and master bedroom have tray ceilings. Kitchen has granite countertops, tile backsplash and stainless steel appliances. Bathrooms have tile floors and tile wainscot. The master bathroom has a jetted tub.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?   [ ] Yes   [X] No If Yes, describe

| | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Sale Price | $ | $ 226,000 | | $ 220,000 | | $ 244,000 | |
| Sale Price/Gross Liv. Area | $ 124.65 sq. ft. | $ 118.92 sq. ft. | | $ 114.02 sq. ft. | | $ 116.04 sq. ft. | |
| Data Source(s) | | GSREIN #919061;DOM 42 | | GSREIN #913889;DOM 13 | | GSREIN #879288;DOM 150 | |
| Verification Source(s) | | Realtor | | Ref #11229509 | | Ref #11159639 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sale or Financing Concessions | | ArmLth Cash;0 | | ArmLth Conv;0 | | ArmLth FHA;5000 | -5,000 |
| Date of Sale/Time | | s09/12;c08/12 | | s06/12;c05/12 | | s12/11;c11/11 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 6420 sf | 6050 sf | +2,590 | 7048 sf | -4,396 | 8645 sf | -15,575 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | ~30 | 40 | 0 | 42 | 0 | 43 | 0 |
| Condition | C3 | C3 | | C3 | | C4 | +23,000 |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6 3 2.0 | 6 3 2.0 | | 6 3 2.0 | | 7 3 2.0 | 0 |
| Gross Living Area | 1,805 sq. ft. | 1,850 sq. ft. | -2,250 | 2,140 sq. ft. | -16,750 | 1,982 sq. ft. | -8,850 |
| Basement & Finished Rooms Below Grade | 0sf 0rr0br0.0ba0o | 0sf 0rr0br0.0ba0o | | 0sf 0rr0br0.0ba0o | | 0sf 0rr0br0.0ba0o | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central | | FWA/Central | |
| Energy Efficient Items | Typical | Typical | | Typical | | Typical | |
| Garage/Carport | Gar 2 / Car 1 | Garage-1 | +6,000 | Garage-2 | +2,000 | Carport-2 | +6,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| | 53.5 x 120 | 55 x 110 | 0 | 49/78 x 113/109 | 0 | 51/100 x 120/109 | 0 |
| Net Adjustment (Total) | | X + - | $ 6,340 | + X - | $ -19,146 | + X - | $ -425 |
| Adjusted Sale Price of Comparables | | Net Adj. 2.88 % Gross Adj. 4.93 % | $ 226,340 | Net Adj. 7.85 % Gross Adj. 9.49 % | $ 224,854 | Net Adj. 0.18 % Gross Adj. 25.40 % | $ 229,575 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)   GSREIN & Deedfax

My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the prior year to the date of sale of the comparable sale.
Data Source(s)   GSREIN & Deedfax

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax | GSREIN & Deedfax |
| Effective Date of Data Source(s) | 10/04/2012 | 10/04/2012 | 10/04/2012 | 10/04/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not sold in the past three years per GSREIN and Deedfax..

Summary of Sales Comparison Approach   Comparables are similar to subject in location and basic amenities and support the sales approach. Sites were adjusted $7 per square foot. Living area adjusted $50 per square foot. Comparables were given equal consideration.

Indicated Value by Sales Comparison Approach $ 226,000

Indicated Value by: Sales Comparison Approach $ 226,000     Cost Approach (if developed) $ 279,672     Income Approach (if developed) $ 0

The Market Data Approach is used as the primary indicator of value. The Cost Approach was used to support the market data adjustments. The subject is not leased, therefore the Income Approach was not used.

**ADDITIONAL COMMENTS**

**COST APPROACH**

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

The LAND TO VALUE RATIO as indicated is typical of the subject area and appears to be well accepted in the market as normal.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ | 80,000 |
|---|---|---|---|
| Source of cost data   Local contractors | Dwelling   1,805 Sq. Ft. @ $   110.20 | =$ | 198,550 |
| Quality rating from cost service Q3   Effective date of cost data 10/04/2012 | Sq. Ft. @ $ | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Covered Porch | | 8,000 |
| Numbers for the cost approach were derived from Marshall & | Garage/Carport   887 Sq. Ft. @ $   45.00 | =$ | 39,915 |
| Swift's Residential Cost Handbook and local contractors. | Total Estimate of Cost-New | =$ | 246,465 |
| Physical depreciation is based on the age/life method.  No | Less   Physical   Functional   External | | |
| functional or economic obsolescence was observed. Used for | Depreciation  49,293 | =$ ( | 49,293) |
| valuation support only, not intended for insurance purposes. | Depreciated Cost of Improvements | =$ | 197,172 |
| | 'As-is' Value of Site Improvements | =$ | 2,500 |
| | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)   40   Years | Indicated Value By Cost Approach | =$ | 279,672 |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $   0   X Gross Rent Multiplier   0   = $   0   Indicated Value by Income Approach |
|---|
| Summary of Income Approach (including support for market rent and GRM) |

### PROJECT INFORMATION FOR PUDs (if applicable)

**PUD INFORMATION**

| Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached |
|---|
| Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit. |
| Legal name of project |
| Total number of phases   Total number of units   Total number of units sold |
| Total number of units rented   Total number of units for sale   Data Source(s) |
| Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No   If Yes, date of conversion |
| Does the project contain any multi-dwelling units? ☐ Yes ☐ No   Data Source(s) |
| Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No   If No, describe the status of completion. |

statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

## SCOPE OF WORK:
The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

## INTENDED USE:
The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

## INTENDED USER:
The intended user of this appraisal report is the lender/client.

## DEFINITION OF MARKET VALUE:
The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:
The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as

of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this

report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

## SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Dale R. Fleishmann | Name |
| Company Name  Dale R. Fleishmann, SRA | Company Name |
| Company Address  5129 Belle Drive | Company Address |
| Metairie, LA 70006 | |
| Telephone Number  504-455-5411 | Telephone Number |
| Email Address  reappr@bellsouth.net | Email Address |
| Date of Signature and Report 10/08/2012 | Date of Signature |
| Effective Date of Appraisal  10/04/2012 | State Certification # |
| State Certification # | or State License # |
| or State License #  6 | State |
| or Other _____ State # | Expiration Date of Certification or License |
| State  LA | |
| Expiration Date of Certification or License    12/31/2012 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

4321 Lucerne Street

Metairie, LA 70006

APPRAISED VALUE OF SUBJECT PROPERTY $ 226,000

LENDER/CLIENT

Name  No AMC

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
    Date of Inspection
☐ Did inspect interior and exterior of subject property
    Date of Inspection

COMPARABLE SALES

## Requirements - Condition and Quality Ratings Usage

Appraisers must utilize the following standardized conditions and quality ratings within the appraisal report.

### Condition Ratings and Definitions

C1 - The improvements have been very recently constructed and have not previously been occupied. The entire structure and all components are new and the dwelling features no physical depreciation.*

*Note: Newly constructed improvements that feature recycled materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100% new foundation and recycled materials and the recycled components have been rehabilitated/re-manufactured into like-new condition. Recently constructed improvements that have not been previously occupied are not considered "new" if they have significant physical depreciation (i.e., newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

C2 - The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

C3 - The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

C4 - The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

C5 - The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

C6 - The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

### Quality Ratings and Definitions

Q1 - Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified use. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are exceptionally high quality.

Q2 - Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residences constructed from individual plans or from highly modified or upgraded plans. The design features detailed high-quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q3 - Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4 - Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5 - Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6 - Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard non-conforming additions to the original structure.

### Definitions of Not Updated, Updated, and Remodeled

Not Updated - Little or no updating or modernization. This description includes, but is not limited to, new homes.  Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated - The area of the home has been modified to meet current market expectations.  These modifications are limited in terms of both scope and cost. An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations.  Updates do not include significant alterations to the existing structure.

Remodeled - Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion. A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls and/or the addition of square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:  3.2 indicates three full baths and two half baths.

| Abbreviated | Meaning | Category |
|---|---|---|
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| B | Beneficial | Location & View |
| Cash | Cash | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| Comrn | Commercial Influence | Location |
| c | Contracted Date | Date of Sale/Time |
| Conv | Conventional | Sale or Financing Concessions |
| CrtOrd | Court Ordered Sale | Sale or Financing Concession |
| DOM | Days On Market | Data Sources |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| Ind | Industrial | Location & View |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| Listing | Listing | Sale or Financing Concessions |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArn | Non-Arms Length Sale | Sale or Financing Concessions |
| BsyRdm | Busy Road | Locations |
| o | Other | Basement & Finished Rooms Below Grade |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| s | Settlement Date | Date of Sale/Time |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdraw Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| WtrFr | Water Frontage | Location |
| Wtr | Water View | View |
| Woods | Woods View | View |

| ABBREVIATED ENTRY | OVERALL VIEW RATING |
|---|---|
| N | Neutral |
| B | Beneficial |
| A | Adverse |

| ABBREVIATED ENTRY | VIEW FACTOR |
|---|---|
| Wtr | Water View |
| Pstrl | Pastoral View |
| Woods | Woods View |
| Prk | Park View |
| Glfvw | Golf Course View |
| CtySky | City View Skyline View |
| Mtn | Mountain View |
| Res | Residential View |
| CtyStr | City Street View |
| Ind | Industrial View |
| PwnLn | Power Lines |
| LtdSght | Limited Sight |
| See Instructions Below | Other - Appraiser to enter a description of the view" |

# DATA ON SUBJECT SALE OFFERINGS

Previous listing per GSREIN#915211 shows property was listed on 05/22/2012 for $243,000; reduced on 06/04/2012 to $239,000 and withdrawn on 07/16/2012.

explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

**M A R K E T   R E S E A R C H   &   A N A L Y S I S**

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 3 | 2 | 2 | Increasing | X Stable | Declining |
| Absorption Rate (Total Sales/Months) | 0.50 | 0.67 | 0.67 | Increasing | X Stable | Declining |
| Total # of Comparable Active Listings | 1 | 5 | 3 | Declining | X Stable | Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 2.00 | 7.50 | 4.50 | Declining | X Stable | Increasing |

| Median Sale & List Price, DOM, Sale/List % | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Median Comparable Sale Price | 215,000 | 245,450 | 218,466 | Increasing | X Stable | Declining |
| Median Comparable Sales Days on Market | 150 | 80 | 88 | Declining | X Stable | Increasing |
| Median Comparable List Price | 237,000 | 232,900 | 238,000 | Increasing | X Stable | Declining |
| Median Comparable Listings Days on Market | 6 | 49 | 111 | Declining | X Stable | Increasing |
| Median Sale Price as % of List Price | 95.45 | 99.23 | 93.61 | Increasing | X Stable | Declining |
| Seller-(developer, builder, etc.) paid financial assistance prevalent? | | Yes | X No | | Declining | X Stable | Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).   Of the 120 sales in the past 12 months, there were seller concessions in 1 of those sales. Concessions for that sale were $5,000.  Seller concessions did not increase or decrease over the past 12 months.

Are foreclosure sales (REO sales) a factor in the market? ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).
After a search in MLS it did not appear that foreclosure sales are prevalent in this neighborhood.

Cite data sources for above information.   Information obtained from GSREIN.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
The subject appears to be located in a stable market. The median sales price over the past 12 months has remained stable. The median SP/LP ratio has remained stable at 95% to 94%. There were 3 sales in the 7-12 months prior to the date of the appraisal; 2 sales in the 4-6 months prior to the date of the appraisal and 2 sales in the 3 months prior to the date of the appraisal.

**C O N D O / C O - O P   P R O J E C T S**

If the subject is a unit in a condominium or cooperative project, complete the following:          Project Name:

| Subject Project Data | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | Increasing | Stable | Declining |
| Absorption Rate (Total Sales/Months) | | | | Increasing | Stable | Declining |
| Total # of Active Comparable Listings | | | | Declining | Stable | Increasing |
| Months of Unit Supply (Total Listings/Ab. Rate) | | | | Declining | Stable | Increasing |

Are foreclosure sales (REO sales) a factor in the project? ☐ Yes ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

**A P**





Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 38.4 x 41.2 | | 1580.16 |
| 15.3 x 14.7 | | 224.91 |



INTERIOR-1



INTERIOR-2



INTERIOR-3



FRONT VIEW OF
SUBJECT PROPERTY



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE OF
SUBJECT PROPERTY



INTERIOR-4



INTERIOR-5



INTERIOR-6



INTERIOR-7



INTERIOR-8



Garage



### COMPARABLE #1

4624 Tabony Street
Metairie, LA 70006

| | |
|---|---|
| Price | $220,000 |
| Price/SF | 118.92 |
| Date | s09/12;c08/12 |
| Age | 40 |
| Room Count | 6-3-2.0 |
| Living Area | 1,850 |
| | |
| Value Indication | $226,340 |



### COMPARABLE #2

4401 Clearlake Drive
Metairie, LA 70006

| | |
|---|---|
| Price | $244,000 |
| Price/SF | 114.02 |
| Date | s06/12;c05/12 |
| Age | 42 |
| Room Count | 6-3-2.0 |
| Living Area | 2,140 |
| | |
| Value Indication | $224,854 |



### COMPARABLE #3

4701 Reich Street
Metairie, LA 70006

| | |
|---|---|
| Price | $230,000 |
| Price/SF | 116.04 |
| Date | s12/11;c11/11 |
| Age | 43 |
| Room Count | 7-3-2.0 |
| Living Area | 1,982 |
| | |
| Value Indication | $229,575 |





Subject
4221 Lucerne Street
Metairie, LA 70006



**Subject**
4321 LUCERNE ST
METAIRIE, LA 70006-2445

## Flood Zones

- Areas inundated by 500-year flooding
- Areas outside of the 100- and 500-year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazards
- Areas not mapped on any published FIRM

## Flood Zone Determination

Latitude:   30.016855
Longitude:  -90.182526
Community Name:

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party



## State of Louisiana

### Certified General Appraiser License

Having complied with the license requirements as set forth in in R.S. 1950 Title 37, Chapter 51, and Amendatory Acts; and the Real Estate Appraisers Board Rules and Regulations, a Certified General Appraiser License is hereby granted to

### DALE R FLEISHMANN

In Testimony Whereof, This license has been issued by the Authority of the Louisiana Real Estate Appraisers Board.

Period Covered: 01     01     2011 Through 12     31     2012

_____
Chairman

License Number  G0006

_____
Director

## VII.    OTHER DAMAGES

### ALTERNATE LIVING EXPENDITURES:

**U-Haul** (packing / moving supplies)                    300.00  Est.

**Move From** CDW to Townhouse – 2 Men & Truck           755.00  Est.

**Move Back To** Remediated Residence – ABBA Movers      755.00 (Receipt Attached)

**Alternate Living – 103 Stanton Hall Dr., Destrehan, LA  70047**

    $550 X 42 Months =                23,000.00 (Attached Bank Statement)

**Electric** – 103 Stanton Hall Dr., Destrehan, LA  70047
    Avg. $80/Mo. X 42 Months =       3,402.00 (Documentation Attached)

**Water** -  103 Stanton Hall Dr., Destrehan, LA  70047
    Avg. $50/Mo X 42 Months =         2,100.00 (Documentation Attached)

**Storage** – 5/30/14 – 11/1/2017 =                      <u>12,846.36</u>

                                          **$43,158.36**

### LOSS OF USE:  (42 Months)

**Mortgage Per Mo. (Attached)**                          1,367.04
**Utilities:**    Gas                 30.00 (Averaged)
              Water            50.00 (Averaged)
              Electric         80.00 (Averaged)
**Lawn Mtc.:**                                           <u>120.00</u> (30/Wk Cash)
                             $ 1,647.04 / Month
                             X<u>          42 </u>Months out of Home
                             $106,675.68

**Lived in CDW Home: (12/1/12 – 6/1/14):**
**1 Year @ $25,000 / ½ Year @ $12,500 =**              <u>37,500.00</u>
                **TOTAL:**         **$ 144,175.68**

**REMEDIATION COST:**                                    **$ 123,325.64**

        **GRAND TOTAL:**            <u>**$ 310,659.68**</u>

# Exhibit 2

# Exhibit 3



**Benchmark**
Remediation Group

January 9, 2014


Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022



Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 4321 Lucerne Street Metairie, LA.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we <u>have</u> identified corrosion of the copper wiring throughout the home. In addition, we <u>have</u> discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

Ms. Macksey is the homeowner.



Sincerely,

Mr. Karell Locay
President

# Phase I        Validation Form

**File Number:** 12982

**Date of Inspection:** January 9, 2014

**Home Address:** 4321 Lucerne Street Metairie, LA

**Community:** n/a

**Builders:** n/a

**Owner:** Macksey, Toni

**Benchmark Personel Present:** Joel B. Holton

**Types of Drywall Found In Houses:** KPT

**Type of Home:** One Story

**Odor Present:** Yes

**Number of Rooms:** 6

**Drywall Inspected:** Living Room, Dining Room, Master Bedroom, Attic, Bedroom 2, Bedroom 3

**Square Footage:** 1,800 Sq. Ft.

**Square Footage Source:** Assessor

**Is Floor Plan Available:** No

**Occupancy:** Occupied

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 2

For Settlement Purposes Only
4321 Lucerne Street Metairie, LA 70006

## Phase I        Electrical

**Was Black Surface Accumulation Observed:** Yes

**How Many Outlets/Switches Were Observed:** 1


## Phase I        Plumbing

**Type of Water Line:** Copper

**Black Surface Accumulation Water Lines:** Yes

**Plumbing Fixtures Inspected:** Yes


## Phase I        HVAC

**Number of HVAC Units:** 1

**Black Surface Accumulation:** 1


## Phase I        Drywall Discovery

**The inspector checked for drywall manufacturer markings including the following:** knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

**Drywall Supplier:** INEX

**Percentages Drywall Manufactures Found:** 100% - KPT

**Manufacture and Percentage of Chinese Drywall Only:** 100% - KPT

**Combined percentages from two reports:** N/A



Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 3

# **Findings**



Address



Front Elevation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4



Living Room Outlet Black Surface Accumulation



Living Room Drywall KPT



Dining Room Switch Black Surface Accumulation



Dining Room Drywall KPT



Master Bedroom Outlet Black Surface Accumulation



Master Bedroom Drywall KPT



Bedroom 2 Switch Black Surface Accumulation



Bedroom 2 Drywall KPT

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@benchmarkremediation.com

Page: 8



Bedroom 3 Switch Black Surface Accumulation



Bedroom 3 Drywall KPT



Attic Drywall KPT



Kitchen Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 10



Master Bathroom Plumbing Fixture Pitted



Master Bathroom Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 11



Bathroom 2 Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 12



HVAC Black Surface Accumulation



Water Heater Copper

# Exhibit 4

# Exhibit 5

**ALTERNATE LIVING EXPENDITURES:**

| | |
|---|---|
| **U-Haul** (packing / moving supplies) | $ 300.00 Est. |
| **Move From** CDW to Townhouse – 2 Men & Truck | 755.00 Est. |
| **Move Back To** Remediated Residence – ABBA Movers | 755.00 (Receipt Attached) |
| **Alternate Living – 103 Stanton Hall Dr., Destrehan, LA  70047** | |
| $550 X 42 Months = | 23,000.00 (Attached Bank Statement) |
| **Electric** – 103 Stanton Hall Dr., Destrehan, LA  70047 | |
| Avg. $80/Mo. X 42 Months = | 3,402.00 (Documentation Attached) |
| **Water** - 103 Stanton Hall Dr., Destrehan, LA  70047 | |
| Avg. $50/Mo X 42 Months = | 2,100.00 (Documentation Attached) |
| **Storage** – 5/30/14 – 11/1/2017  = | 12,846.36 |
| | **$43,158.36** |

Moving Up.

Moved OUT = $755.00   ESTIMATE

Moved BACK = 755.00
(ATTACHED)

U-Haul
Packing/Storing = 300.00   ESTIMATE
Supplies
_____

$1,810.00

**Toni Macksey**

| | |
|---|---|
| **From:** | Abba Movers - New Orleans <notifications@housecallpro.com> |
| **Sent:** | Thursday, April 05, 2018 12:50 PM |
| **To:** | Toni Macksey |
| **Subject:** | Receipt from Abba Movers - New Orleans |



# Your receipt from Abba Movers - New Orleans

| | | |
|---|---|---|
| **Invoice Number:** | #4436 | |
| **Service Date:** | Nov 13, 2017 | *2 stops* |
| **Customer Name:** | Toni Macksey | |
| **Service Address:** | 103 Stanton Hall Drive Destrehan, LA 70047 | *1st stop Safeguard Self Storage.  2nd stop 6400 Riverside Drive, Metairie, LA 70003* |

## Services

| | |
|---|---|
| Full Service - 3-man crew | $410.00 |
| Additional Hours - 3-man crew | $345.00 |
| Subtotal | $755.00 |

**Amount Paid**                                        **$755.00**

**Payment Method**                                April 05, 2018

Misc                                                        12:49pm

1

Thank you for letting Abba "Carry the Stress of Your Move!"

(504) 450-4959 | info@abbamovers.com

www.abbamovers.com

202 S. Cortez St
New Orleans, LA 70119

Terms & Conditions





STORAGE

$12,846.56

STORAGE

5/30/14 — 11/1/17

$12,846.36

# Ledger History

**Thursday, April 05, 2018**

Printed on Thursday, April 05, 2018 11:56:51AM

1 / 3

100121 - Safeguard Self Storage - 100121, 6400 Riverside Drive, Metairie LA 70003     TEL: 504-455-6300

157946

| | | | | | |
|---|---|---|---|---|---|
| **Tenant** | Macksey, Toni | **Billing** | Monthly | **Date Out** | 11/16/2017 |
| **Company** | | **Billing Day** | 1 | **Paid Thru** | 11/16/2017 |
| **Unit** | 3107 | **Address** 4321 lucerne st | **Rental Rate** | 320.00 | |
| **Size** | 10x25 | Metairie la 70006 | **Insurance** | 9.00 | **NSF Checks** 0 |
| **Area** | 250.0 | USA | | | |
| **Lease #** | 5434 | | | | **Charge Balance** 0.00 |
| **Lease Date** | 5/30/2014 | **Phone** 504-812-6998 | | | **Current Balance** 0.00 |
| | | **Alternate Phone** 504-417-0264 | | | **Credit Balance** 0.00 |
| | | **Business Phone** | | | **Deposit Liability** 0.00 |
| | | | | | **(Cash Basis)** |
| **Tax Exemption #** | | | | | **Refund Due** 0.00 |
| **Transferred From** | | | | | |
| **Transferred To** | | | | | |

\* marks partially paid charges.
! marks reversed NSF payments and charges.

| Date | Description | Receipt | Rent | Late Fee | Merchandise | Other | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5/30/2014 | Rent | | 18.71 | 0.00 | 0.00 | 22.58 | 0.00 | 41.29 | 41.29 |
| 5/30/2014 | Key Fob - Express Access | | 0.00 | 0.00 | 7.99 | 0.00 | 0.70 | 8.69 | 49.98 |
| 5/30/2014 | Lock - Disc Padlock | | 0.00 | 0.00 | 15.99 | 0.00 | 1.40 | 17.39 | 67.37 |
| 5/30/2014 | Visa | 9359 | -19.70 | 0.00 | -23.98 | -31.58 | -2.10 | -77.36 | -9.99 |
| 6/1/2014 | Rent | | 0.99 | 0.00 | 0.00 | 9.00 | 0.00 | 9.99 | 0.00 |
| | 99 Cents Pays One Month - P2 | | | | | | | | |
| 7/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 7/1/2014 | Visa | 10002 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 8/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 8/1/2014 | Visa | 10518 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 9/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 9/1/2014 | Visa | 11040 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 9/14/2014 | Moving Pad - Paper 5'x6' | | 0.00 | 0.00 | 13.98 | 0.00 | 1.22 | 15.20 | 15.20 |
| 9/14/2014 | Visa | 11304 | 0.00 | 0.00 | -13.98 | 0.00 | -1.22 | -15.20 | 0.00 |
| 10/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 10/1/2014 | Visa | 11587 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 11/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 11/1/2014 | Visa | 12097 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 12/1/2014 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 12/1/2014 | Visa | 12617 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 1/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 1/2/2015 | Visa | 13142 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 2/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 2/1/2015 | Visa | 13657 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 3/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 3/1/2015 | Visa | 14116 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 4/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 4/1/2015 | Visa | 14623 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 5/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 5/1/2015 | Visa | 15148 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 6/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 6/1/2015 | Visa | 15674 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 7/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 7/1/2015 | Visa | 16179 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 8/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 8/1/2015 | Visa | 16736 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 9/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 9/5/2015 | Check | 17442 | -291.00 | 0.00 | 0.00 | -9.00 | 0.00 | -300.00 | -1.00 |
| 10/1/2015 | Insurance | | 0.00 | 0.00 | 0.00 | 9.00 | 0.00 | 9.00 | 8.00 |
| 10/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 0.00 | 0.00 | 290.00 | 298.00 |
| 10/1/2015 | ACH Bank Debit | 17705 | -289.00 | 0.00 | 0.00 | -9.00 | 0.00 | -298.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 11/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 11/1/2015 | ACH Bank Debit | 18220 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |

# Ledger History
**Thursday, April 05, 2018**

Printed on  Thursday, April 05, 2018 11:56:51AM          2 / 3

100121 - Safeguard Self Storage - 100121, 6400 Riverside Drive, Metairie LA 70003          TEL: 504-455-6300          157946

| | | | | | |
|---|---|---|---|---|---|
| **Tenant** | Macksey, Toni | | **Billing** Monthly | **Date Out** | 11/16/2017 |
| **Company** | | **Address** 4321 lucerne st | **Billing Day** 1 | **Paid Thru** | 11/16/2017 |
| **Unit** | 3107 | Metairie la 70006 | **Rental Rate** 320.00 | | |
| **Size** | 10x25 | USA | **Insurance** 9.00 | **NSF Checks** 0 | |
| **Area** | 250.0 | | | | |
| **Lease #** | 5434 | **Phone** 504-812-6998 | | **Charge Balance** | 0.00 |
| **Lease Date** | 5/30/2014 | **Alternate Phone** 504-417-0264 | | **Current Balance** | 0.00 |
| | | **Business Phone** | | **Credit Balance** | 0.00 |
| | | | | **Deposit Liability** (Cash Basis) | 0.00 |
| **Tax Exemption #** | | | | | |
| **Transferred From** | | | | **Refund Due** | 0.00 |
| **Transferred To** | | | | | |

\* marks partially paid charges.
! marks reversed NSF payments and charges.

| Date | Description | Receipt | Rent | Late Fee | Merchandise | Other | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/1/2015 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 12/1/2015 | ACH Bank Debit<br>ACH Account: 203241789 | 18695 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 1/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 1/2/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 19202 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 1/3/2016 | Tape - 2 Rolls w\Tape Gun | | 0.00 | 0.00 | 13.99 | 0.00 | 1.22 | 15.21 | 15.21 |
| 1/4/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 19401 | 0.00 | 0.00 | -13.99 | 0.00 | -1.22 | -15.21 | 0.00 |
| 2/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 2/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 19711 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 3/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 3/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 20218 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 4/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 4/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 20724 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 5/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 5/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 21423 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 6/1/2016 | Rent | | 290.00 | 0.00 | 0.00 | 9.00 | 0.00 | 299.00 | 299.00 |
| 6/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 21947 | -290.00 | 0.00 | 0.00 | -9.00 | 0.00 | -299.00 | 0.00 |
| 7/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 7/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 22299 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 8/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 8/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 22997 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 9/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 9/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 23388 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 10/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 10/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 23899 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 11/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 11/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 24420 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 12/1/2016 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 12/1/2016 | ACH Bank Debit<br>ACH Account: 203241789 | 24928 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 1/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 1/2/2017 | ACH Bank Debit<br>ACH Account: 203241789 | 25461 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| 2/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |

# Ledger History

**Thursday, April 05, 2018**

100121 - Safeguard Self Storage - 100121, 6400 Riverside Drive, Metairie LA 70003     TEL: 504-455-6300                                          157946

| | | | | |
|---|---|---|---|---|
| **Tenant** Macksey, Toni | | **Billing** Monthly | **Date Out** | 11/16/2017 |
| **Company** | **Address** 4321 lucerne st | **Billing Day** 1 | **Paid Thru** | 11/16/2017 |
| **Unit** 3107 | Metairie la 70006 | **Rental Rate** 320.00 | | |
| **Size** 10x25 | USA | **Insurance** 9.00 | **NSF Checks** 0 | |
| **Area** 250.0 | | | | |
| **Lease #** 5434 | **Phone** 504-812-6998 | | **Charge Balance** | 0.00 |
| **Lease Date** 5/30/2014 | **Alternate Phone** 504-417-0264 | | **Current Balance** | 0.00 |
| | **Business Phone** | | **Credit Balance** | 0.00 |
| | | | **Deposit Liability (Cash Basis)** | 0.00 |
| **Tax Exemption #** | | | | |
| **Transferred From** | | | **Refund Due** | 0.00 |
| **Transferred To** | | | | |

\* marks partially paid charges.
! marks reversed NSF payments and charges.

| Date | Description | Receipt | Rent | Late Fee | Merchandise | Other | Tax | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2/1/2017 | ACH Bank Debit | 25970 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 3/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 3/1/2017 | ACH Bank Debit | 26488 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 4/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 4/1/2017 | ACH Bank Debit | 27056 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 5/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 5/1/2017 | ACH Bank Debit | 27591 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 6/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 6/1/2017 | ACH Bank Debit | 28144 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 7/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 7/1/2017 | ACH Bank Debit | 28688 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 8/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 8/1/2017 | ACH Bank Debit | 29285 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 9/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 9/1/2017 | ACH Bank Debit | 29908 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 10/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 10/1/2017 | ACH Bank Debit | 30576 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| 11/1/2017 | Rent | | 320.00 | 0.00 | 0.00 | 9.00 | 0.00 | 329.00 | 329.00 |
| 11/1/2017 | ACH Bank Debit | 30966 | -320.00 | 0.00 | 0.00 | -9.00 | 0.00 | -329.00 | 0.00 |
| | ACH Account: 203241789 | | | | | | | | |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

4/2 MOS

Alternate
Living

Utilities (4035 STANTON HALL
(TEMPORARY HOUSING)    DESTREHAN, LA 70047)

Electric 4/2 X $80/MO Avg $3,402.00

WATER 4/2 X $50/MO Avg 2,100.00
(ATTACHED)

**Toni Macksey**

*St. Charles Parish*
*WATER*
*See Attached*
*AUG. $50/mo.*

| | |
|---|---|
| **From:** | Rachelle Johnson <rjohnson@scpwater.org> |
| **Sent:** | Wednesday, July 19, 2017 12:45 PM |
| **To:** | Toni Macksey |
| **Subject:** | Stanton Hall |
| **Attachments:** | Scanned from a Xerox Multifunction Printer.pdf |

Ms. Macksey,

Please see the attached payments for the above mentioned address.  If you need further information, please do not hesitate to contact me.  Thanks.

Rachelle Johnson
Administrative Aide
St. Charles Parish Department of Waterworks P.O. Box 108 Luling, Louisiana  70070
(985) 331-3760
(985) 785-2005 (Fax)
rjohnson@scpwater.org (E-Mail)
www.stcharlesgov.net

-----Original Message-----
From: waterworks@stcharlesgov.net [mailto:waterworks@stcharlesgov.net]
Sent: Wednesday, July 19, 2017 12:31 PM
To: Rachelle Johnson <rjohnson@scpwater.org>
Subject: Scanned from a Xerox Multifunction Printer

Please open the attached document.  It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: St. Charles Parish Govt. Waterworks
Device Name: X79_Waterworks

For more information on Xerox products and solutions, please visit http://www.xerox.com

1

## ST. CHARLES PARISH WATER WORKS
## Customer Payment History - Detailed

Limited to : Account No 722000400001 Location No 722000400

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 722000400 | 722000400001 | TONI MACKSEY | | | 4321 Lucerne St Metairie, LA 70006-2445 | | | |
| 05/12/2017 | 1669203 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($10.85) |
| | | | | | | | Water | ($1.48) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($8.75) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Sewer | ($19.38) |
| | | | | | | | Sewer | ($2.34) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($15.63) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Safe Drinking | ($1.00) |
| | | | | | | | Safe Drinking | ($1.00) |
| | | | | | | | **Total** | **(111.48)** |
| 03/27/2017 | 1637143 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($8.00) |
| | | | | | | | Water | ($1.20) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($4.20) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | **Total** | **(25.44)** |
| 03/16/2015 | 1166235 | | HYMEL | OP/CC | | | Sewer | ($22.97) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **(39.11)** |
| 02/19/2015 | 1149029 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($12.14) |

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Rec. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 12/30/2014 | 1118570 | | HYMEL | OP/CC | | | Water | ($1.62) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($6.34) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($29.35) |
| | | | | | | | Sewer | ($3.23) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($15.31) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **($115.88)** |
| 11/12/2014 | 1087720 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($0.40) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($2.38) |
| | | | | | | | Water | ($0.63) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($0.30) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($5.74) |
| | | | | | | | Sewer | ($0.88) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.62) |
| | | | | | | | **Total** | **($59.84)** |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Recpt. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 09/08/2014 | 1048457 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($0.40) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($0.30) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Safe Drinking | ($3.20) |
| | | | | | | | **Total** | **(28.65)** |
| 08/06/2014 | 1027617 | | HYMEL | OP/CC | | | Sewer | ($2.54) |
| | | | | | | | Sewer | ($0.58) |
| | | | | | | | Sewer | ($0.31) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.62) |
| | | | | | | | **Total** | **(21.19)** |
| 05/06/2014 | 989534 | | HYMEL | OP/CC | | | Water | ($23.24) |
| | | | | | | | **Total** | **(23.24)** |
| 05/15/2014 | 973722 | | HYMEL | OP/CC | | | Water | ($25.75) |
| | | | | | | | **Total** | **(25.75)** |
| 04/17/2014 | 958845 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Garbage | ($0.30) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Water | ($2.01) |
| | | | | | | | **Total** | **(25.45)** |
| 04/08/2014 | 952093 | | HYMEL | OP/EC | | | Water | ($4.00) |
| | | | | | | | Water | ($0.40) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($0.30) |
| | | | | | | | Garbage | ($15.84) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | **Total** | **(25.15)** |
| 02/26/2014 | 923709 | | HYMEL | OP/CC | | | | |

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 02/12/2014 | 914670 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **($23.14)** |
| 12/26/2013 | 883566 | | HEURTIN | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($0.26) |
| | | | | | | | Water | ($0.42) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($0.58) |
| | | | | | | | Sewer | ($0.36) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.62) |
| | | | | | | | **Total** | **($26.38)** |
| 11/27/2013 | 866796 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Garbage | ($2.40) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **($25.54)** |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($0.52) |
| | | | | | | | Water | ($0.45) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($0.26) |
| | | | | | | | Water | ($0.42) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($1.16) |
| | | | | | | | Sewer | ($0.42) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($0.36) |
| | | | | | | | Sewer | ($0.58) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Garbage | ($13.74) |
| | | | | | | | Garbage | ($1.62) |
| | | | | | | | **Total** | **($51.28)** |
| 10/11/2013 | 837367 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($0.26) |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Recp. Initials | How Paid | Billing Address | Reference No. / Service | Trans. Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | Water | ($0.42) |
| | | | | | | Sewer | ($3.00) |
| | | | | | | Sewer | ($0.58) |
| | | | | | | Sewer | ($0.36) |
| | | | | | | Garbage | ($16.14) |
| | | | | | | Garbage | ($1.62) |
| | | | | | | **Total** | **($26.38)** |
| 09/11/2013 | 816867 | | HYMEL | OP/CC | | Water | ($4.00) |
| | | | | | | Water | ($0.40) |
| | | | | | | Sewer | ($3.00) |
| | | | | | | Sewer | ($0.30) |
| | | | | | | Garbage | ($16.14) |
| | | | | | | Garbage | ($1.61) |
| | | | | | | Safe Drinking | ($3.20) |
| | | | | | | **Total** | **($28.65)** |
| 07/15/2013 | 780946 | | HEURTIN | OP/EC | | Water | ($4.00) |
| | | | | | | Water | ($0.40) |
| | | | | | | Water | ($4.00) |
| | | | | | | Water | ($0.52) |
| | | | | | | Sewer | ($3.00) |
| | | | | | | Sewer | ($0.30) |
| | | | | | | Sewer | ($3.00) |
| | | | | | | Sewer | ($1.05) |
| | | | | | | Garbage | ($16.14) |
| | | | | | | Garbage | ($1.61) |
| | | | | | | Garbage | ($16.14) |
| | | | | | | **Total** | **($50.16)** |
| 06/03/2013 | 753355 | | HYMEL | OP/CC | | Garbage | ($8.05) |
| | | | | | | **Total** | **(8.05)** |
| 05/03/2013 | 737161 | | HYMEL | OP/CC | | Water | ($4.00) |
| | | | | | | Water | ($2.07) |
| | | | | | | Water | ($0.61) |
| | | | | | | Sewer | ($3.00) |
| | | | | | | Sewer | ($4.19) |
| | | | | | | Sewer | ($0.72) |
| | | | | | | Garbage | ($16.14) |
| | | | | | | Garbage | ($1.61) |

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Water | ($16.66) |
| | | | | | | | **Total** | **($49.00)** |
| 03/21/2013 | 710422 | MARSHALL | | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($3.57) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($7.34) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **($34.05)** |
| 02/26/2013 | 695539 | HYMEL | | OP/CC | | | Water | ($4.00) |
| | | | | | | | Sewer | ($4.59) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($9.43) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Water | ($3.72) |
| | | | | | | | **Total** | **($40.88)** |
| 01/31/2013 | 678304 | HEURTIN | | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($5.60) |
| | | | | | | | Water | ($0.97) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($11.53) |
| | | | | | | | Sewer | ($1.45) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | **Total** | **($44.31)** |
| 12/28/2012 | 653551 | HEURTIN | | Online-Cash | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($8.42) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Sewer | ($17.29) |
| | | | | | | | **Total** | **($48.85)** |
| 12/18/2012 | 647802 | MARSHALL | | Online-Cash | | | Water | ($0.96) |
| | | | | | | | Sewer | ($1.45) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Rep. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Water | ($5.60) |
| | | | | | | | Sewer | ($11.53) |
| | | | | | | | Garbage | ($16.14) |
| 11/08/2012 | 624545 | | HYMEL | Online-Cash | | | **Total** | **(44.30)** |
| | | | | | | | Water | ($1.37) |
| 03/27/2017 | 1637143 | | HYMEL | OP/CC | | | **Total** | **(1.37)** |
| | | | | | | | Sewer | ($14.39) |
| | | | | | | | Sewer | ($1.84) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($7.50) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Safe Drinking | ($1.00) |
| | | | | | | | Safe Drinking | ($1.00) |
| 02/10/2017 | 1611451 | | HEURTIN | OP/CC | | | **Total** | **(64.78)** |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($13.60) |
| | | | | | | | Water | ($1.76) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($7.82) |
| | | | | | | | Water | ($1.18) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($25.16) |
| | | | | | | | Sewer | ($2.92) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($14.47) |
| | | | | | | | Sewer | ($1.85) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| 11/14/2016 | 1554670 | | HYMEL | OP/CC | | | **Total** | **(121.48)** |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($6.12) |
| | | | | | | | Water | ($1.01) |
| | | | | | | | Water | ($4.00) |

| Payment Date | Receipt No. | Customer Name | Resp. Inits | ROW Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 09/27/2016 | 1520445 | HEURTIN | | OP/CC | | | Water | ($6.46) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($11.32) |
| | | | | | | | Sewer | ($1.53) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($11.95) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | **Total** | **($89.44)** |
| 08/25/2016 | 1501630 | HYMEL | | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($8.84) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($16.35) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | **Total** | **($49.88)** |
| 06/10/2016 | 1455519 | HYMEL | | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($7.82) |
| | | | | | | | Water | ($1.18) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Sewer | ($5.12) |
| | | | | | | | Sewer | ($14.47) |
| | | | | | | | Water | ($1.85) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Sewer | ($1.32) |
| | | | | | | | Sewer | ($16.69) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Garbage | ($1.67) |
| | | | | | | | Garbage | ($16.69) |
| | | | | | | | Safe Drinking | ($1.60) |
| | | | | | | | **Total** | **($95.41)** |
| 05/31/2016 | 1447701 | HYMEL | | OP/CC | | | Garbage | ($16.69) |
| | | | | | | | Sewer | ($9.44) |
| | | | | | | | Sewer | ($4.00) |
| | | | | | | | Water | ($5.10) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | **Total** | **($39.23)** |

| Location No / Payment Date | Account No / Receipt No | Customer Name / Recpt Initials | Billing Address / How Paid | Reference No | Service | Trans Amount |
|---|---|---|---|---|---|---|
| | | | | | Water | ($4.00) |
| | | | | | Water | ($6.12) |
| | | | | | Sewer | ($4.00) |
| | | | | | Sewer | ($11.32) |
| | | | | | Garbage | ($16.69) |
| | | | | | **Total** | **($42.13)** |
| 04/15/2016 | 1418222 | HYMEL | OP/CC | | Water | ($4.00) |
| | | | | | Water | ($6.59) |
| | | | | | Water | ($1.06) |
| | | | | | Water | ($1.05) |
| | | | | | Sewer | ($4.00) |
| | | | | | Sewer | ($12.85) |
| | | | | | Sewer | ($1.68) |
| | | | | | Sewer | ($1.59) |
| | | | | | Garbage | ($11.79) |
| | | | | | Garbage | ($1.67) |
| | | | | | Garbage | ($1.67) |
| | | | | | **Total** | **($47.95)** |
| 04/15/2016 | 1418242 | HYMEL | OP/CC | | Water | ($4.00) |
| | | | | | Water | ($6.46) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($8.16) |
| | | | | | Sewer | ($4.00) |
| | | | | | Sewer | ($11.95) |
| | | | | | Sewer | ($4.00) |
| | | | | | Sewer | ($15.10) |
| | | | | | Garbage | ($4.90) |
| | | | | | Garbage | ($16.69) |
| | | | | | Garbage | ($16.69) |
| | | | | | **Total** | **($95.95)** |
| 02/12/2016 | 1379490 | HYMEL | OP/CC | | Water | ($4.00) |
| | | | | | Water | ($7.77) |
| | | | | | Water | ($1.17) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($3.22) |
| | | | | | Water | ($0.72) |
| | | | | | Sewer | ($3.00) |
| | | | | | Sewer | ($20.94) |
| | | | | | Sewer | ($2.40) |
| | | | | | Sewer | ($3.00) |

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Sewer | ($8.66) |
| | | | | | | | Sewer | ($1.17) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.62) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | **Total** | **($95.56)** |
| 12/16/2015 | 1341608 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($6.70) |
| | | | | | | | Water | ($1.07) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($18.05) |
| | | | | | | | Sewer | ($2.11) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | **Total** | **($52.68)** |
| 11/02/2015 | 1312224 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($7.50) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($20.22) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | **Total** | **($50.86)** |
| 10/06/2015 | 1296754 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($6.16) |
| | | | | | | | Water | ($1.02) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($16.61) |
| | | | | | | | Sewer | ($1.96) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | **Total** | **($50.50)** |
| 09/03/2015 | 1276081 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($5.09) |
| | | | | | | | Water | ($0.91) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($13.72) |
| | | | | | | | Sewer | ($1.67) |

| Payment Date | Receipt No. | Customer Name | Resp. Initial | How Paid | Billing Address | Service | Reference No. | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Garbage | | ($16.14) |
| | | | | | | Garbage | | ($1.62) |
| | | | | | | Safe Drinking | | ($3.20) |
| | | | | | | **Total** | | **(49.35)** |
| 08/06/2015 | 1255936 | | HYMEL | OP/CC | | Water | | ($4.00) |
| | | | | | | Water | | ($7.77) |
| | | | | | | Water | | ($1.18) |
| | | | | | | Sewer | | ($3.00) |
| | | | | | | Sewer | | ($20.51) |
| | | | | | | Sewer | | ($2.35) |
| | | | | | | Garbage | | ($16.14) |
| | | | | | | Garbage | | ($1.61) |
| | | | | | | **Total** | | **(56.56)** |
| 07/14/2015 | 1240721 | | HEURTIN | OP/CC | | Water | | ($4.00) |
| | | | | | | Water | | ($4.29) |
| | | | | | | Water | | ($0.83) |
| | | | | | | Sewer | | ($3.00) |
| | | | | | | Sewer | | ($10.21) |
| | | | | | | Sewer | | ($1.32) |
| | | | | | | Garbage | | ($16.14) |
| | | | | | | Garbage | | ($1.61) |
| | | | | | | **Total** | | **(41.40)** |
| 06/15/2015 | 1223296 | | HYMEL | OP/CC | | Water | | ($4.00) |
| | | | | | | Water | | ($10.72) |
| | | | | | | Water | | ($1.48) |
| | | | | | | Sewer | | ($3.00) |
| | | | | | | Sewer | | ($25.52) |
| | | | | | | Sewer | | ($2.85) |
| | | | | | | Garbage | | ($16.14) |
| | | | | | | Garbage | | ($1.61) |
| | | | | | | **Total** | | **(65.32)** |
| 04/28/2015 | 1194238 | | HYMEL | OP/CC | | Water | | ($4.00) |
| | | | | | | Water | | ($8.95) |
| | | | | | | Sewer | | ($3.00) |
| | | | | | | Sewer | | ($16.59) |
| | | | | | | Garbage | | ($16.14) |
| | | | | | | Water | | ($4.67) |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | ($51.35) |
| 03/16/2015 | 1166235 | | HYMEL | OP/CC | | | Water | ($4.00) |
| | | | | | | | Water | ($9.50) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Total | ($16.50) |
| 11/08/2012 | 624545 | | HYMEL | Online-Cash | | | Garbage | ($1.61) |
| | | | | | | | Sewer | ($2.29) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($9.69) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Sewer | ($19.91) |
| | | | | | | | Total | ($56.64) |
| 10/01/2012 | 599681 | | MILLER | Online-Cash | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Safe Drinking | ($3.20) |
| | | | | | | | Garbage | ($3.24) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($5.36) |
| | | | | | | | Water | ($9.69) |
| | | | | | | | Sewer | ($11.00) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Sewer | ($19.54) |
| | | | | | | | Total | ($98.31) |
| 08/01/2012 | 564346 | | HYMEL | Online-Cash | | | Sewer | ($1.38) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Sewer | ($1.63) |
| | | | | | | | Garbage | ($12.90) |
| | | | | | | | Sewer | ($14.94) |
| | | | | | | | Total | ($32.46) |
| 06/05/2012 | 529983 | | HYMEL | Online-Cash | | | Water | ($0.94) |
| | | | | | | | Sewer | ($1.28) |
| | | | | | | | Garbage | ($1.61) |

| Payment Date | Receipt No. | Recp. Initials | How Paid | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|
| 04/19/2012 | 498426 | HYMEL | Online-Cash | | Sewer | ($3.00) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($5.36) |
| | | | | | Sewer | ($9.81) |
| | | | | | Garbage | ($16.14) |
| | | | | | Water | ($57.86) |
| | | | | | **Total** | **($100.00)** |
| 03/01/2012 | 468297 | HYMEL | Online-Cash | | Water | ($0.89) |
| | | | | | Sewer | ($1.23) |
| | | | | | Garbage | ($1.61) |
| | | | | | Sewer | ($3.00) |
| | | | | | Sewer | ($3.00) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($4.83) |
| | | | | | Water | ($4.94) |
| | | | | | Sewer | ($8.87) |
| | | | | | Garbage | ($9.34) |
| | | | | | Garbage | ($16.14) |
| | | | | | **Total** | **($77.99)** |
| 01/24/2012 | 442086 | HYMEL | Online-Cash | | Water | ($1.02) |
| | | | | | Sewer | ($1.47) |
| | | | | | Garbage | ($1.61) |
| | | | | | Sewer | ($3.00) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($6.18) |
| | | | | | Sewer | ($11.68) |
| | | | | | Garbage | ($16.14) |
| | | | | | **Total** | **($45.10)** |
| | | | | | Sewer | ($3.00) |
| | | | | | Water | ($4.00) |
| | | | | | Water | ($5.19) |
| | | | | | Sewer | ($9.81) |
| | | | | | Garbage | ($16.14) |
| | | | | | **Total** | **($38.14)** |
| 12/27/2011 | 421944 | HYMEL | Other | | Sewer | ($3.00) |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($13.83) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Sewer | ($26.15) |
| 11/22/2011 | 402422 | | HYMEL | Online-Cash | | | **Total** | **($53.12)** |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($6.92) |
| | | | | | | | Sewer | ($13.08) |
| | | | | | | | Garbage | ($16.14) |
| 10/21/2011 | 379683 | | HYMEL | Online-Cash | | | **Total** | **($43.14)** |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Water | ($19.73) |
| | | | | | | | Sewer | ($33.16) |
| 09/22/2011 | 363035 | | HYMEL | Online-Cash | | | **Total** | **($76.03)** |
| | | | | | | | Water | ($1.12) |
| | | | | | | | Garbage | ($1.61) |
| | | | | | | | Sewer | ($1.65) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($12.60) |
| | | | | | | | Garbage | ($16.14) |
| | | | | | | | Sewer | ($23.82) |
| 08/30/2011 | 347707 | | HYMEL | Online-Cash | | | **Total** | **($63.94)** |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Safe Drinking | ($3.20) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($7.16) |
| | | | | | | | Sewer | ($13.54) |
| | | | | | | | Garbage | ($16.14) |
| 07/21/2011 | 319714 | | HYMEL | Online-Cash | | | **Total** | **($47.04)** |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |

| Payment Date | Receipt No. | Recp. Initials | How Paid | Services | Trans. Amount |
|---|---|---|---|---|---|
| 06/29/2011 | 307363 | HYMEL | Online-Cash | Water | ($11.35) |
| | | | | Garbage | ($16.14) |
| | | | | Sewer | ($21.48) |
| | | | | **Total** | **($55.98)** |
| 05/17/2011 | 278121 | HYMEL | Online-Cash | Water | ($1.4) |
| | | | | Garbage | ($1.6) |
| | | | | Sewer | ($2.22) |
| | | | | Sewer | ($3.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($10.13) |
| | | | | Garbage | ($16.14) |
| | | | | Sewer | ($19.15) |
| | | | | **Total** | **($57.66)** |
| 03/31/2011 | 249887 | HYMEL | Online-Cash | Water | ($1.2) |
| | | | | Garbage | ($1.6) |
| | | | | Sewer | ($1.84) |
| | | | | Sewer | ($3.00) |
| | | | | Sewer | ($3.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($6.42) |
| | | | | Water | ($8.12) |
| | | | | Sewer | ($12.14) |
| | | | | Sewer | ($15.41) |
| | | | | Garbage | ($16.14) |
| | | | | Garbage | ($16.14) |
| | | | | **Total** | **($93.03)** |
| 02/16/2011 | 219852 | HYMEL | Online-Cash | Water | ($1.03) |
| | | | | Sewer | ($1.5) |
| | | | | Garbage | ($1.84) |
| | | | | Sewer | ($3.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($6.32) |
| | | | | Sewer | ($12.14) |
| | | | | Garbage | ($18.39) |
| | | | | **Total** | **($48.23)** |
| | | | | Water | ($1.30) |

| Location No. / Payment Date | Account No. / Receipt No. | Customer Name | Rep. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 01/06/2011 | 193582 | HYMEL | | Online-Cash | | | Garbage | ($1.84) |
| | | | | | | | Sewer | ($2.03) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($8.99) |
| | | | | | | | Water | ($12.64) |
| | | | | | | | Sewer | ($17.28) |
| | | | | | | | Garbage | ($18.39) |
| | | | | | | | Garbage | ($18.39) |
| | | | | | | | Sewer | ($24.28) |
| | | | | | | | **Total** | **($119.14)** |
| 12/13/2010 | 178748 | HEURTIN | | Online-Cash | | | Water | ($0.96) |
| | | | | | | | Sewer | ($1.37) |
| | | | | | | | Garbage | ($1.84) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($5.59) |
| | | | | | | | Sewer | ($10.74) |
| | | | | | | | Garbage | ($18.39) |
| | | | | | | | **Total** | **($45.89)** |
| 11/10/2010 | 157118 | LAURENT | | Online-Cash | | | Water | ($0.86) |
| | | | | | | | Sewer | ($1.19) |
| | | | | | | | Garbage | ($1.84) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($4.62) |
| | | | | | | | Sewer | ($8.87) |
| | | | | | | | Garbage | ($18.39) |
| | | | | | | | **Total** | **($42.77)** |
| | | | | | | | Water | ($1.13) |
| | | | | | | | Sewer | ($1.70) |
| | | | | | | | Garbage | ($1.84) |
| | | | | | | | Sewer | ($3.00) |
| | | | | | | | Water | ($4.00) |
| | | | | | | | Water | ($7.29) |
| | | | | | | | Sewer | ($14.01) |
| | | | | | | | Garbage | ($18.39) |

| Payment Date | Receipt No. | Rep. Initials | How Paid | Service | Trans. Amount |
|---|---|---|---|---|---|
| | | | | Total | (51.36) |
| 10/07/2010 | 135415 | HYMEL | Online-Cash | Water | ($0.94) |
| | | | | Water | ($1.00) |
| | | | | Sewer | ($1.28) |
| | | | | Sewer | ($1.47) |
| | | | | Garbage | ($1.84) |
| | | | | Garbage | ($1.84) |
| | | | | Sewer | ($3.00) |
| | | | | Safe Drinking | ($3.20) |
| | | | | Water | ($4.00) |
| | | | | Water | ($5.10) |
| | | | | Sewer | ($5.81) |
| | | | | Sewer | ($9.81) |
| | | | | Garbage | ($18.39) |
| | | | | Garbage | ($18.39) |
| | | | | Total | (76.05) |
| 08/31/2010 | 111093 | MILLER | Online-Cash | Water | ($1.28) |
| | | | | Garbage | ($1.84) |
| | | | | Sewer | ($1.98) |
| | | | | Sewer | ($3.00) |
| | | | | Sewer | ($3.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($4.00) |
| | | | | Sewer | ($5.87) |
| | | | | Water | ($6.08) |
| | | | | Water | ($8.75) |
| | | | | Sewer | ($16.81) |
| | | | | Garbage | ($18.39) |
| | | | | Total | (75.00) |
| 07/09/2010 | 75161 | MILLER | Online-Cash | Water | ($0.98) |
| | | | | Water | ($1.15) |
| | | | | Sewer | ($1.42) |
| | | | | Sewer | ($1.75) |
| | | | | Garbage | ($1.85) |
| | | | | Garbage | ($1.85) |
| | | | | Sewer | ($3.00) |
| | | | | Sewer | ($3.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($4.00) |
| | | | | Water | ($5.83) |

| Location No. Payment Date | Account No. Receipt No. | Customer Name | Resp. Initials | How Paid | Billing Address | Reference No. | Service | Trans. Amount |
|---|---|---|---|---|---|---|---|---|
| 05/25/2010 | 46621 | | HYMEL | Other | | | Water | ($7.53) |
| | | | | | | | Sewer | ($11.21) |
| | | | | | | | Sewer | ($14.49) |
| | | | | | | | Garbage | ($18.46) |
| | | | | | | | Garbage | ($18.46) |
| | | | | | | | **Total** | **($98.97)** |
| | | | | | | | Water | ($1.32) |
| | | | | | | | Garbage | ($1.85) |
| | | | | | | | Sewer | ($2.08) |
| | | | | | | | Water | ($13.23) |
| | | | | | | | Garbage | ($18.46) |
| | | | | | | | Sewer | ($20.75) |
| | | | | | | | **Total** | **($57.69)** |
| 01/01/2000 | 15636 | | SCPWW | Other | | | Water | ($50.00) |
| | | | | | | | **Total** | **($50.00)** |

| Payment Method | Quantity | Trans. Amount |
|---|---|---|
| Other | | $170.81 |
| Online-Cash | | $1,537.39 |
| OP/EC | | $75.31 |
| OP/CC | | $2,078.24 |
| **Totals** | | **$3,861.75** |

| Service | Trans. Amount |
|---|---|
| Garbage | $(1,452.77) |
| Safe Drinking | $(24.80) |
| Sewer | $(1,342.71) |
| Water | $(1,041.47) |
| **Totals** | **$(3,861.75)** |



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

*2016*

For Billing Inquiries Call          985-783-5110
Mon. – Fri. 8:30 am - 4:00 pm
Waste Water                         985-783-5100
Garbage Contract Monitor            985-331-8604
Pay Online @ www.stcharlesparish-la.gov
Pay by phone @ 1-877-309-4919
Customer Service                  1-800-487-4567

Service Location:

**TONI G MACKSEY**
000000072000400 - 103 STANTON HALL

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing.  Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date.  A delinquent notice will be mailed to all customers whose payments are not received by due date.  Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service.  In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account.  Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 03/10/2016 | 03/25/2016 | 03/25/2016 |
| | | $91.64 | **$95.95** |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11074 | 01/25/2016 | 11093 | 02/22/2016 | | 19 | Water | 10.46 |
| 11074 | 01/25/2016 | 11093 | 02/22/2016 | | 19 | Sewer | 15.95 |
| | | | | | 1 | Garbage | 16.69 |

### Consumption History

**Account History**

| Current Charges | 43.10 |
|---|---|
| Previous Balance | 139.69 |
| Late Fees | 4.41 |
| Taxes | 0.00 |
| Payment Received | -95.56 |
| Remaining Balance | $91.64 |



TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | 03/25/2016 | 03/25/2016 | |
| 0722000400001 | $91.64 | $95.95 | |

000000072000400
TONI G MACKSEY
4321 LUCERNE ST
METAIRIE  LA 70006-2445

RETURN THIS PORTION WITH PAYMENT IN THE ENVELOPE PROVIDED



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

For Billing Inquiries Call                     985-783-5110
Mon. – Fri. 8:30 am - 4:00 pm
Waste Water                                        985-783-5100
Garbage Contract Monitor                 985-331-8604
Pay Online @ www.stcharlesparish-la.gov
Pay by phone @ 1-877-309-4919
Customer Service                         1-800-487-4567

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL
Eff 04/01/16 new TAX rate will be 5% on Commerical & Industrial users

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing.  Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date.  A delinquent notice will be mailed to all customers whose payments are not received by due date.  Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service.  In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account.  Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 05/12/2016 | 05/27/2016 | 05/27/2016 |
|  |  | $42.13 | $46.34 |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11117 | 03/28/2016 | 11135 | 04/25/2016 |  | 18 | Water | 10.12 |
| 11117 | 03/28/2016 | 11135 | 04/25/2016 |  | 18 | Sewer | 15.32 |
|  |  |  |  |  | 1 | Garbage | 16.69 |

### Account History

| | |
|---|---|
| Current Charges | 42.13 |
| Previous Balance | 143.90 |
| Late Fees | 0.00 |
| Taxes | 0.00 |
| Payment Received | -143.90 |
| Remaining Balance | $42.13 |

### Consumption History



TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
|  | 05/27/2016 | 05/27/2016 |  |
| 0722000400001 | $42.13 | $46.34 |  |

000000722000400
TONI G MACKSEY
4321 LUCERNE ST
METAIRIE  LA 70006-2445

Page 1 of 1

RETURN THIS PORTION WITH PAYMENT IN THE ENVELOPE PROVIDED



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

For Billing Inquiries Call                985-783-5110
Mon. - Fri. 8:30 am - 4:00 pm
Waste Water                               985-783-5100
Garbage Contract Monitor                  985-331-8604
Pay Online @ www.stcharlesparish-la.gov
Pay by phone @ 1-877-309-4919
Customer Service                          1-800-487-4567

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing. Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date. A delinquent notice will be mailed to all customers whose payments are not received by due date. Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service. In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account. Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 06/09/2016 | 06/24/2016 | 06/24/2016 |
| | | $39.23 | $43.15 |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11135 | 04/25/2016 | 11150 | 05/23/2016 | | 15 | Water | 9.10 |
| 11135 | 04/25/2016 | 11150 | 05/23/2016 | | 15 | Sewer | 13.44 |
| | | | | | 1 | Garbage | 16.69 |

### Account History

| | |
|---|---|
| Current Charges | 39.23 |
| Previous Balance | 42.13 |
| Late Fees | 0.00 |
| Taxes | 0.00 |
| Payment Received | -42.13 |
| Remaining Balance | $39.23 |

### Consumption History



This Month: 15   Last Month: 18   This Month Last Year: 16

TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | | 06/24/2016 | 06/24/2016 |
| 0722000400001 | $39.23 | $43.15 | |

000000722000400
TONI G MACKSEY
4321 LUCERNE ST
METAIRIE  LA 70006-2445

RETURN THIS PORTION WITH PAYMENT IN THE ENVELOPE PROVIDED

Page 1 of 1



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| For Billing Inquiries Call | 985-783-5110 |
| Mon. - Fri. 8:30 am - 4:00 pm | |
| Waste Water | 985-783-5100 |
| Garbage Contract Monitor | 985-331-8604 |
| Pay Online @ www.stcharlesparish-la.gov | |
| Pay by phone @ 1-877-309-4919 | |
| Customer Service | 1-800-487-4567 |

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL
New Water & Wastewater rates eff 1/1/17. Monthly SD charge $1.00 eff 1/1/17.

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing. Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date. A delinquent notice will be mailed to all customers whose payments are not received by due date. Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service. In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account. Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 02/09/2017 | 02/24/2017 | 02/24/2017 |
| | | $169.57 | **$174.28** |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11317 | 12/27/2016 | 11340 | 01/23/2017 | | 23 | Water | 12.01 |
| 11317 | 12/27/2016 | 11340 | 01/23/2017 | | 23 | Sewer | 18.39 |
| | | | | | 1 | Garbage | 16.69 |
| | | | | | 0 | Safe Drinking | 1.00 |

### Consumption History

**Account History**

| Current Charges | 48.09 |
|---|---|
| Previous Balance | 116.78 |
| Late Fees | 4.70 |
| Taxes | 0.00 |
| Payment Received | 0.00 |
| Remaining Balance | $169.57 |



| This Month | Last Month | This Month Last Year |
|---|---|---|
| 23 | 23 | 20 |

TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | 02/24/2017 | 02/24/2017 | |
| 0722000400001 | $169.57 | $174.28 | |

000000722000400
TONI G MACKSEY
4321 LUCERNE ST
METAIRIE  LA 70006-2445



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

For Billing Inquiries Call 985-783-5110
Mon. - Fri. 8:30 am - 4:00 pm
Waste Water 985-783-5100
Garbage Contract Monitor 985-331-8604
Pay Online @ www.stcharlesparish-la.gov
Pay by phone @ 1-877-309-4919
Customer Service 1-800-487-4567

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing. Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date. A delinquent notice will be mailed to all customers whose payments are not received by due date. Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service. In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account. Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 03/16/2017 | 03/31/2017 | 03/31/2017 |
| | | $90.19 | $93.83 |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11340 | 01/23/2017 | 11352 | 02/20/2017 | | 12 | Water | 8.20 |
| 11340 | 01/23/2017 | 11352 | 02/20/2017 | | 12 | Sewer | 11.50 |
| | | | | | 1 | Garbage | 16.69 |
| | | | | | 0 | Safe Drinking | 1.00 |

**Consumption History**

**Account History**

| Current Charges | 37.39 |
|---|---|
| Previous Balance | 169.57 |
| Late Fees | 4.71 |
| Taxes | 0.00 |
| Payment Received | -121.48 |
| Remaining Balance | $90.19 |



TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | | 03/31/2017 | 03/31/2017 |
| 0722000400001 | $90.19 | $93.83 | |

000000722000400
TONI G MACKSEY
4321 Lucerne St
Metairie  LA 70006-2445

Page 1 of 1



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

For Billing Inquiries Call 985-783-5110
Mon. – Fri. 8:30 am – 4:00 pm
Waste Water 985-783-5100
Garbage Contract Monitor 985-331-8604
Pay Online @ www.stcharlesparish-la.gov
Pay by phone @ 1-877-309-4919
Customer Service 1-800-487-4567

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing. Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before due date. A delinquent notice will be mailed to all customers whose payments are not received by due date. Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service. In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account. Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 04/13/2017 | 04/28/2017 | 04/28/2017 |
| | | $55.92 | **$61.41** |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11352 | 02/20/2017 | 11383 | 03/27/2017 | | 31 | Water | 14.85 |
| 11352 | 02/20/2017 | 11383 | 03/27/2017 | | 31 | Sewer | 23.38 |
| | | | | | 1 | Garbage | 16.69 |
| | | | | | 0 | Safe Drinking | 1.00 |

**Consumption History**

**Account History**

| | |
|---|---|
| Current Charges | 55.92 |
| Previous Balance | 90.19 |
| Late Fees | 0.00 |
| Taxes | 0.00 |
| Payment Received | -90.19 |
| Remaining Balance | $55.92 |



TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | | 04/28/2017 | 04/28/2017 |
| 0722000400001 | $55.92 | $61.41 | |

000000722000400
TONI G MACKSEY
4321 LUCERNE ST
METAIRIE LA 70006-2445

RETURN THIS PORTION WITH PAYMENT IN THE ENVELOPE PROVIDED

Page 1 of 1



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| For Billing Inquiries Call | 985-783-5110 |
|---|---|
| Mon. - Fri. 8:30 am - 4:00 pm | |
| Waste Water | 985-783-5100 |
| Garbage Contract Monitor | 985-331-8604 |
| Pay Online @ www.stcharlesparish-la.gov | |
| Pay by phone @ 1-877-309-4919 | |
| Customer Service | 1-800-487-4567 |

Service Location:

**TONI G MACKSEY**
000000722000400 - 103 STANTON HALL

NOTE: Failure to receive bill does not avoid your obligation for payment.

TO PAY IN PERSON: Please bring both portions of the billing. Only those payments paid on or before the due date will avoid delinquent charges.
DELINQUENT BILLINGS: A penalty charge will be added monthly to bills if payment is not received on or before the due date. A delinquent notice will be mailed to all customers whose payments are not received by due date. Failure to pay full previous balance of a two month delinquent bill by the date stated on the past due notice may result in termination of water service. In the event of termination, full payment of the account balance, plus reconnection fees will be required prior to service resumption.
AUTOMATIC PAYMENT: Utility billings may be paid automatically from your checking account. Contact Utility Billing Office for more information.

| Account Number | Bill Date | Amount Due Before | Amount Due After |
|---|---|---|---|
| 0722000400001 | 06/15/2017 | 06/30/2017 | 06/30/2017 |
| | | $47.14 | $51.75 |

| Previous | Previous Reading Date | Present | Present Reading Date | Est. | Consumption | Services | Amount |
|---|---|---|---|---|---|---|---|
| 11408 | 04/24/2017 | 11430 | 05/22/2017 | | 22 | Water | 11.70 |
| 11408 | 04/24/2017 | 11430 | 05/22/2017 | | 22 | Sewer | 17.75 |
| | | | | | 1 | Garbage | 16.69 |
| | | | | | 0 | Safe Drinking | 1.00 |

**Account History**

| | |
|---|---|
| Current Charges | 47.14 |
| Previous Balance | 111.48 |
| Late Fees | 0.00 |
| Taxes | 0.00 |
| Payment Received | -111.48 |
| **Remaining Balance** | **$47.14** |

**Consumption History**



| This Month | Last Month | This Month Last Year |
|---|---|---|
| 22 | 25 | 15 |

TO INSURE PROPER CREDIT, PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK



**ST. CHARLES PARISH**
DEPARTMENT OF WATERWORKS
P.O. BOX 108- LULING, LA 70070-0108
www.stcharlesgov.net\waterworks

| Account Number | Amount Due By | Amount Due After | Amount Paid |
|---|---|---|---|
| | | 06/30/2017 | 06/30/2017 |
| 0722000400001 | $47.14 | $51.75 | |

000000722000400
TONI G MACKSEY
4321 Lucerne St
Metairie  LA 70006-2445

Page 1 of 1

RETURN THIS PORTION WITH PAYMENT IN THE ENVELOPE PROVIDED

**Toni Macksey**

| | |
|---|---|
| **From:** | EntergyOnline@entergy.com |
| **Sent:** | Friday, January 23, 2015 7:30 AM |
| **To:** | Toni Macksey |
| **Subject:** | Thank you for Your Payment to Entergy Louisiana, LLC. [tmacksey 26656116] |



**ENTERGY LOUISIANA, LLC**

---

Dear Toni G. Macksey,

The payment you made will be posted to your account at Entergy Louisiana, LLC , as shown below.

| | |
|---|---|
| Company Name | Entergy Louisiana, LLC |
| Account Number | 26656116 |
| Name on Account | Toni G. Macksey |
| Account Description | Stanton Hall |

| | |
|---|---|
| User ID | tmacksey |
| E-mail Address | tmacksey@accutransinc.com |

| | |
|---|---|
| Amount Paid | **$70.17** |
| Posting Date | **01/23/2015** |
| Confirmation Number | **7770064125945** |

Print this confirmation for your records. Payments submitted after 7:15 P.M. Central Time may be applied to your utility account the following day. Payments made after the due date may incur delinquent fees.

You may LOG IN NOW to review your account details.

Thank you for using myAccount at Entergy Louisiana, LLC. We appreciate having you as a customer.

** Please do not reply to this e-mail. This message was sent to you using an automated system. This e-mail address is not monitored for replies. **

Sent: 01/23/2015 07:27:40

If you believe you received this message in error, or if you did not request this change, please notify us immediately by e-mail at entergycustomercontact@entergy.com or call us at 1-800-ENTERGY (1-800-368-3749). Entergy will never e-mail you to ask for personal information such as bank information, a credit/debit card number or your password.

**Toni Macksey**

| | |
|---|---|
| **From:** | entergyonline@entergy.com |
| **Sent:** | Monday, March 09, 2015 2:49 PM |
| **To:** | Toni Macksey |
| **Subject:** | Thank you for Your Payment to Entergy Louisiana, LLC [tmacksey 26656116] |



---

Dear Toni G. Macksey,

The payment you made will be posted to your account at <u>Entergy Louisiana, LLC</u> as shown below.

| | |
|---|---|
| Company Name | Entergy Louisiana, LLC |
| Account Number | 26656116 |
| Name On Account | TONI G MACKSEY |
| Service Location | 103 STANTON HALL DR DESTREHAN LA 70047-3112 |
| Account Description | Stanton Hall |
| User ID: | tmacksey |
| E-mail Address: | **tmacksey@accutransinc.com** |
| Amount Paid | **$103.47** |
| Bank Account Number | *****1789 |
| Bank Name | **JPMORGAN CHASE BANK, NA** |
| Account Type | **PERSONAL CHECKING** |
| Payment Date | **03/09/2015** |
| Confirmation Number | **7770065418105** |

Payments submitted after 7:15 P.M. Central Time may be applied to your utility account the following day. Payments made after the due date may incur delinquent fees.

You may <u>LOG IN NOW</u> to review your account details.

Thank you for using My Account Online at <u>Entergy Louisiana, LLC</u>. We appreciate having you as a customer.

** Please do not reply to this e-mail. This message was sent to you using an automated system. This e-mail address is not monitored for replies. **

Sent:03/09/2015 14:49:11

If you believe you received this message in error, or if you did not request this change, please notify us immediately by e-mail at
<u>entergycustomercontact@entergy.com</u> or call us at 1-800-ENTERGY (1-800-368-3749). Entergy will never e-mail you to ask for personal information such as bank information, a credit/debit card number or your password.

**Toni Macksey**

| | |
|---|---|
| **From:** | EntergyOnline@entergy.com |
| **Sent:** | Friday, April 24, 2015 7:56 AM |
| **To:** | Toni Macksey |
| **Subject:** | Thank you for Your Payment to Entergy Louisiana, LLC. [tmacksey 26656116] |



---

Dear Toni G. Macksey,

The payment you made will be posted to your account at Entergy Louisiana, LLC , as shown below.

| | |
|---|---|
| Company Name | Entergy Louisiana, LLC |
| Account Number | 26656116 |
| Name on Account | Toni G. Macksey |
| Account Description | Stanton Hall |

| | |
|---|---|
| User ID | tmacksey |
| E-mail Address | tmacksey@accutransinc.com |

| | |
|---|---|
| Amount Paid | **$71.42** |
| Posting Date | **04/24/2015** |
| Confirmation Number | **7770066670443** |

Print this confirmation for your records. Payments submitted after 7:15 P.M. Central Time may be applied to your utility account the following day. Payments made after the due date may incur delinquent fees.

You may LOG IN NOW to review your account details.

Thank you for using myAccount at Entergy Louisiana, LLC. We appreciate having you as a customer.

** Please do not reply to this e-mail. This message was sent to you using an automated system. This e-mail address is not monitored for replies. **

Sent: 04/24/2015 07:53:16

If you believe you received this message in error, or if you did not request this change, please notify us immediately by e-mail at entergycustomercontact@entergy.com or call us at 1-800-ENTERGY (1-800-368-3749). Entergy will never e-mail you to ask for personal information such as bank information, a credit/debit card number or your password.

**Toni Macksey**

| | |
|---|---|
| **From:** | entergyonline@entergy.com |
| **Sent:** | Wednesday, August 05, 2015 2:54 PM |
| **To:** | Toni Macksey |
| **Subject:** | Thank you for Your Payment to Entergy Louisiana, LLC [tmacksey 26656116] |



Dear Toni G. Macksey,

The payment you made will be posted to your account at <u>Entergy Louisiana, LLC</u> as shown below.

| | |
|---|---|
| Company Name | Entergy Louisiana, LLC |
| Account Number | 26656116 |
| Name On Account | TONI G MACKSEY |
| Service Location | 103 STANTON HALL DR DESTREHAN LA 70047-3112 |
| Account Description | Stanton Hall |
| User ID: | tmacksey |
| E-mail Address: | **tmacksey@accutransinc.com** |
| Amount Paid | **$218.78** |
| Bank Account Number | **\*\*\*\*\*1789** |
| Bank Name | **JPMORGAN CHASE BANK, NA** |
| Account Type | **PERSONAL CHECKING** |
| Payment Date | **08/05/2015** |
| Confirmation Number | **7770069493303** |

Payments submitted after 7:15 P.M. Central Time may be applied to your utility account the following day. Payments made after the due date may incur delinquent fees.

You may <u>LOG IN NOW</u> to review your account details.

Thank you for using My Account Online at <u>Entergy Louisiana, LLC</u>. We appreciate having you as a customer.

** Please do not reply to this e-mail. This message was sent to you using an automated system. This e-mail address is not monitored for replies. **

Sent:08/05/2015 14:53:43

If you believe you received this message in error, or if you did not request this change, please notify us immediately by e-mail at <u>entergycustomercontact@entergy.com</u> or call us at 1-800-ENTERGY (1-800-368-3749). Entergy will never e-mail you to ask for personal information such as bank information, a credit/debit card number or your password.

_Loss of Use_

mo.

- _Mtg Per Mo._ (ATTACHED)   1,367.04
- _Utilities:_ (AVERAGED)
   ATTACHED
   GAS          30.00
   WATER.       60.00
   ELECTRIC     80.00
                 120.00
- _LAWN MTC._
                $1,647.04

- _Out of Home:_        x 42  mos
                $69,175.68

12/1/12 - 6/1/14 = 1 yr. + ½ @ $25,000
_Lived in cow Home:_ $37,500

                $106,675.68

**Chase (OH4-7302)**
3415 Vision Drive
Columbus, OH 43219-6009



April 05, 2018

*Loss of Use*

Toni G. Macksey
4321 Lucerne Street
Metairie, LA 70006-2445

**We've enclosed the payment history for your mortgage loan**

Account:            1679120167
Property Address:   4321 Lucerne Street          *CDW HOME*
                    Metairie, LA 70006-0000

Dear Toni G. Macksey:

We recently received a request for information about your mortgage loan and have enclosed your payment history.

If you have questions, please call us at one of the numbers below. We appreciate your business.

Sincerely,

*Dean Cooper*

Dean Cooper
Managing Director
Chase
1-800-848-9136
1-800-582-0542 TTY
www.chase.com

Enclosed:
- Payment history

CR46233-AI
CC506

$179,189 ⁰⁰

ORIG

Chase Detailed Transaction History

Date:    4/5/2018
         Pg1 of 13

**Loan # 1679120167**
TONI G MACKSEY

| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $169,338.94 |

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  —  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 102 | 4/2/2018 | 4/2/2018 | 4/1/2018 | $1,367.04 | PAYMENT |
|  | $346.65 | $449.12 | $571.27 | $0.00 | $0.00 |
| 101 | 3/1/2018 | 3/1/2018 | 3/1/2018 | $1,367.04 | PAYMENT |
|  | $345.68 | $450.09 | $571.27 | $0.00 | $0.00 |
| 100 | 2/1/2018 | 2/1/2018 | 2/1/2018 | $1,367.04 | PAYMENT |
|  | $344.71 | $451.06 | $571.27 | $0.00 | $0.00 |
| 99 | 1/2/2018 | 1/2/2018 | 1/1/2018 | $1,367.04 | PAYMENT |
|  | $343.75 | $452.02 | $571.27 | $0.00 | $0.00 |
| 98 | 12/1/2017 | 12/1/2017 | 12/1/2017 | $-1,776.98 | COUNTY TAX |
|  | $0.00 | $0.00 | $-1,776.98 | $0.00 | $0.00 |
| 97 | 12/1/2017 | 12/1/2017 | 12/1/2017 | $1,367.04 | PAYMENT |
|  | $342.78 | $452.99 | $571.27 | $0.00 | $0.00 |
| 96 | 11/1/2017 | 11/1/2017 | 11/1/2017 | $1,367.04 | PAYMENT |
|  | $341.82 | $453.95 | $571.27 | $0.00 | $0.00 |
| 95 | 10/6/2017 | 10/6/2017 | 10/1/2017 | $-2,665.68 | HOMEOWNERS INSURANCE |
|  | $0.00 | $0.00 | $-2,665.68 | $0.00 | $0.00 |

Chase Detailed Transaction History

Date: 4/5/2018
Pg2 of 13

**Loan # 1679120167**
TONI G MACKSEY

Interest Rate: 3.375%
Payment Due Date: 5/1/2018
Monthly Payment Amt: $795.77
Current Escrow Balance: $3,251.17
Current Principal Balance: $159,338.94

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 7000062445

Activity for Period   12/1/2012   —   4/5/2018

| Reference # | Tran Date / Principal Amt | Effective Date / Interest Amt | Due Date / Escrow Amt | Total Tran Amt / Fees/Other Amt | Transaction Description / Suspense Amt |
|---|---|---|---|---|---|
| 94 | 10/2/2017 / $340.86 | 10/2/2017 / $454.91 | 10/1/2017 / $571.27 | $1,367.04 / $0.00 | PAYMENT / $0.00 |
| 93 | 9/1/2017 / $339.91 | 9/1/2017 / $455.86 | 9/1/2017 / $571.27 | $1,367.04 / $0.00 | PAYMENT / $0.00 |
| 92 | 8/24/2017 / $0.00 | 8/24/2017 / $0.00 | 9/1/2017 / $0.00 | $0.00 / $0.00 | PAYMENT / $0.00 |
| 91 | 8/24/2017 / $0.00 | 8/24/2017 / $0.00 | 9/1/2017 / $225.62 | $225.62 / $0.00 | PAYMENT / $0.00 |
| 90 | 8/24/2017 / $0.00 | 8/24/2017 / $0.00 | 9/1/2017 / $0.00 | $0.00 / $0.00 | MISAPPLICATION REVERSAL / $-225.62 |
| 89 | 8/23/2017 / $0.00 | 8/23/2017 / $0.00 | 9/1/2017 / $0.00 | $225.62 / $225.62 | PAYMENT / $225.62 |
| 88 | 8/1/2017 / $338.95 | 8/1/2017 / $456.82 | 8/1/2017 / $555.15 | $1,350.92 / $0.00 | PAYMENT / $0.00 |
| 87 | 7/7/2017 / $0.00 | 7/7/2017 / $0.00 | 7/1/2017 / $-2,589.00 | $-2,589.00 / $0.00 | FLOOD INSURANCE / $0.00 |

Chase Detailed Transaction History

Date:     4/5/2018
Pg3 of 13

Loan # 1679120167
TONI G MACKSEY

| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

Property Address:
4321 LUCERNE ST
METAIRIE, LA 70006-0000

Mailing Address:
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  —  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 86 | 7/1/2017 | 7/1/2017 | 7/1/2017 | $1,350.92 | PAYMENT |
|  | $338.00 | $457.77 | $555.15 | $0.00 | $0.00 |
| 85 | 6/1/2017 | 6/1/2017 | 6/1/2017 | $1,350.92 | PAYMENT |
|  | $337.05 | $458.72 | $555.15 | $0.00 | $0.00 |
| 84 | 5/1/2017 | 5/1/2017 | 5/1/2017 | $1,350.92 | PAYMENT |
|  | $336.11 | $459.66 | $555.15 | $0.00 | $0.00 |
| 83 | 4/1/2017 | 4/1/2017 | 4/1/2017 | $1,350.92 | PAYMENT |
|  | $335.17 | $460.60 | $555.15 | $0.00 | $0.00 |
| 82 | 3/1/2017 | 3/1/2017 | 3/1/2017 | $1,350.92 | PAYMENT |
|  | $334.23 | $461.54 | $555.15 | $0.00 | $0.00 |
| 81 | 2/1/2017 | 2/1/2017 | 2/1/2017 | $1,350.92 | PAYMENT |
|  | $333.29 | $462.48 | $555.15 | $0.00 | $0.00 |
| 80 | 1/3/2017 | 1/3/2017 | 1/1/2017 | $1,350.92 | PAYMENT |
|  | $332.35 | $463.42 | $555.15 | $0.00 | $0.00 |
| 79 | 12/7/2016 | 12/7/2016 | 12/1/2016 | $-1,742.51 | COUNTY TAX |
|  | $0.00 | $0.00 | $-1,742.51 | $0.00 | $0.00 |

Chase Detailed Transaction History

Date:    4/5/2018
         Pg4 of 13

**Loan # 1679120167**
TONI G MACKSEY

| | |
|---|---|
| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  —  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 78 | 12/1/2016 | 12/1/2016 | 12/1/2016 | $1,350.92 | PAYMENT |
| | $331.42 | $464.35 | $555.15 | $0.00 | $0.00 |
| 77 | 11/1/2016 | 11/1/2016 | 11/1/2016 | $1,350.92 | PAYMENT |
| | $330.49 | $465.28 | $555.15 | $0.00 | $0.00 |
| 76 | 10/6/2016 | 10/6/2016 | 10/1/2016 | $-2,523.70 | HOMEOWNERS INSURANCE |
| | $0.00 | $0.00 | $-2,523.70 | $0.00 | $0.00 |
| 75 | 10/1/2016 | 10/1/2016 | 10/1/2016 | $1,350.92 | PAYMENT |
| | $329.57 | $466.20 | $555.15 | $0.00 | $0.00 |
| 74 | 9/1/2016 | 9/1/2016 | 9/1/2016 | $1,350.92 | PAYMENT |
| | $328.64 | $467.13 | $555.15 | $0.00 | $0.00 |
| 73 | 8/1/2016 | 8/1/2016 | 8/1/2016 | $1,357.82 | PAYMENT |
| | $327.72 | $468.05 | $562.05 | $0.00 | $0.00 |
| 72 | 7/16/2016 | 7/16/2016 | $-271.82 | $-271.82 | DISBURSEMENT TO MORTGAGOR |
| | $0.00 | $0.00 | $-271.82 | $0.00 | $0.00 |
| 71 | 7/7/2016 | 7/7/2016 | 7/1/2016 | $-2,460.00 | FLOOD INSURANCE |
| | $0.00 | $0.00 | $-2,460.00 | $0.00 | $0.00 |

Date: 4/5/2018
Pg5 of 13

Chase Detailed Transaction History

**Loan # 1679120167**
TONI G MACKSEY

| | |
|---|---|
| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period 12/1/2012  --  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 70 | 7/1/2016 | 7/1/2016 | 7/1/2016 | $1,357.82 | PAYMENT |
| | $326.80 | $468.97 | $562.05 | $0.00 | $0.00 |
| 69 | 6/1/2016 | 6/1/2016 | 6/1/2016 | $1,357.82 | PAYMENT |
| | $325.88 | $469.89 | $562.05 | $0.00 | $0.00 |
| 68 | 5/2/2016 | 5/2/2016 | 5/1/2016 | $1,357.82 | PAYMENT |
| | $324.97 | $470.80 | $562.05 | $0.00 | $0.00 |
| 67 | 4/1/2016 | 4/1/2016 | 4/1/2016 | $1,357.82 | PAYMENT |
| | $324.06 | $471.71 | $562.05 | $0.00 | $0.00 |
| 66 | 3/1/2016 | 3/1/2016 | 3/1/2016 | $1,357.82 | PAYMENT |
| | $323.15 | $472.62 | $562.05 | $0.00 | $0.00 |
| 65 | 2/1/2016 | 2/1/2016 | 2/1/2016 | $1,357.82 | PAYMENT |
| | $322.24 | $473.53 | $562.05 | $0.00 | $0.00 |
| 64 | 1/2/2016 | 1/2/2016 | 1/1/2016 | $1,357.82 | PAYMENT |
| | $321.34 | $474.43 | $562.05 | $0.00 | $0.00 |
| 63 | 12/14/2015 | 12/14/2015 | 12/1/2015 | $-1,708.80 | COUNTY TAX |
| | $0.00 | $0.00 | $-1,708.80 | $0.00 | $0.00 |

Chase Detailed Transaction History

Date:         4/5/2018
              Pg6 of 13

Loan # 1679120167
TONI G MACKSEY

| Interest Rate: | 3.375% |
|---|---|
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

Property Address:
4321 LUCERNE ST
METAIRIE, LA 70006-0000

Mailing Address:
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  --  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 62 | 12/1/2015 | 12/1/2015 | 12/1/2015 | $1,357.82 | PAYMENT |
|  | $320.44 | $475.33 | $562.05 | $0.00 | $0.00 |
| 61 | 11/2/2015 | 11/2/2015 | 11/1/2015 | $1,357.82 | PAYMENT |
|  | $319.54 | $476.23 | $562.05 | $0.00 | $0.00 |
| 60 | 10/6/2015 | 10/6/2015 | 10/1/2015 | $-2,492.96 | HOMEOWNERS INSURANCE |
|  | $0.00 | $0.00 | $-2,492.96 | $0.00 | $0.00 |
| 59 | 10/1/2015 | 10/1/2015 | 10/1/2015 | $1,357.82 | PAYMENT |
|  | $318.64 | $477.13 | $562.05 | $0.00 | $0.00 |
| 58 | 9/1/2015 | 9/1/2015 | 9/1/2015 | $1,409.51 | PAYMENT |
|  | $317.75 | $478.02 | $613.74 | $0.00 | $0.00 |
| 57 | 8/1/2015 | 8/1/2015 | 8/1/2015 | $1,409.51 | PAYMENT |
|  | $316.86 | $478.91 | $613.74 | $0.00 | $0.00 |
| 56 | 7/21/2015 | 7/21/2015 | $-364.25 | $-364.25 | DISBURSEMENT TO MORTGAGOR |
|  | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | 7/7/2015 | 7/7/2015 | 7/1/2015 | $-2,340.00 | FLOOD INSURANCE |
|  | $0.00 | $0.00 | $-2,340.00 | $0.00 | $0.00 |

Date:    4/5/2018
         Pg7 of 13

## Chase Detailed Transaction History

**Loan # 1679120167**
TONI G MACKSEY

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

| Interest Rate: | 3.375% |
|---|---|
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

### Activity for Period  12/1/2012  —  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 54 | 7/1/2015 | 7/1/2015 | 7/1/2015 | $1,409.51 | PAYMENT |
|  | $315.97 | $479.80 | $613.74 | $0.00 | $0.00 |
| 53 | 6/1/2015 | 6/1/2015 | 6/1/2015 | $1,409.51 | PAYMENT |
|  | $315.08 | $480.69 | $613.74 | $0.00 | $0.00 |
| 52 | 5/12/2015 | 5/12/2015 | 5/1/2015 | $1,409.51 | PAYMENT |
|  | $314.20 | $481.57 | $613.74 | $0.00 | $0.00 |
| 51 | 4/10/2015 | 4/9/2015 | 5/1/2015 | $39.79 | PRINCIPAL PAYMENT |
|  | $39.79 | $0.00 | $0.00 | $0.00 | $-39.79 |
| 50 | 4/9/2015 | 4/9/2015 | | $-39.79 | LATE CHARGE WAIVED |
|  | $0.00 | $0.00 | $0.00 | $-39.79 | $0.00 |
| 49 | 4/9/2015 | | | $39.79 | FEE WAIVED |
|  | $0.00 | $0.00 | $0.00 | $39.79 | $0.00 |
| 48 | 4/9/2015 | 4/9/2015 | 4/1/2015 | $1,409.51 | PAYMENT |
|  | $313.21 | $482.56 | $613.74 | $0.00 | $0.00 |
| 47 | 4/9/2015 | 4/9/2015 | 3/1/2015 | $1,409.51 | PAYMENT |
|  | $312.33 | $483.44 | $613.74 | $0.00 | $-2,819.02 |

Chase Detailed Transaction History

Date: 4/5/2018
Pg8 of 13

Loan # 1679120167
TONI G MACKSEY

| | |
|---|---|
| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

Property Address:
4321 LUCERNE ST
METAIRIE, LA 70006-0000

Mailing Address:
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period 12/1/2012 -- 4/5/2018

| Reference # | Tran Date / Principal Amt | Effective Date / Interest Amt | Due Date / Escrow Amt | Total Tran Amt / Fees/Other Amt | Transaction Description / Suspense Amt |
|---|---|---|---|---|---|
| 46 | 4/9/2015 | 4/9/2015 | 3/1/2015 | $2,858.81 | PAYMENT |
|  | $0.00 | $0.00 | $0.00 | $0.00 | $2,858.81 |
| 45 | 3/16/2015 | 3/16/2015 | $0.00 | $39.79 | LATE CHARGE ASSESSED |
|  | $0.00 | $0.00 | $0.00 | $39.79 | $0.00 |
| 44 | 2/6/2015 | 2/6/2015 | 2/1/2015 | $1,409.51 | PAYMENT |
|  | $311.45 | $484.32 | $613.74 | $0.00 | $0.00 |
| 43 | 1/2/2015 | 1/2/2015 | 1/1/2015 | $1,409.51 | PAYMENT |
|  | $310.58 | $485.19 | $613.74 | $0.00 | $0.00 |
| 42 | 12/9/2014 | 12/8/2014 | 12/1/2014 | $1,409.51 | PAYMENT |
|  | $309.71 | $496.06 | $613.74 | $0.00 | $0.00 |
| 41 | 12/3/2014 | 12/3/2014 | 12/1/2014 | $-1,687.20 | COUNTY TAX |
|  | $0.00 | $0.00 | $-1,687.20 | $0.00 | $0.00 |
| 40 | 11/3/2014 | 11/3/2014 | 11/1/2014 | $1,409.51 | PAYMENT |
|  | $308.84 | $486.93 | $613.74 | $0.00 | $0.00 |
| 39 | 10/8/2014 | 10/7/2014 | 10/1/2014 | $1,409.51 | PAYMENT |
|  | $307.97 | $487.80 | $613.74 | $0.00 | $-1,409.51 |

Chase Detailed Transaction History

Date:          4/5/2018
               Pg9 of 13

Loan # 1679120167
TONI G MACKSEY

Property Address:
4321 LUCERNE ST
METAIRIE, LA 70006-0000

Interest Rate:              3.375%
Payment Due Date:           5/1/2018
Monthly Payment Amt:        $795.77
Current Escrow Balance:     $3,251.17
Current Principal Balance:  $159,338.94

Mailing Address:
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period 12/1/2012 – 4/5/2018

| Reference # | Tran Date<br>Principal Amt | Effective Date<br>Interest Amt | Due Date<br>Escrow Amt | Total Tran Amt<br>Fees/Other Amt | Transaction Description<br>Suspense Amt |
|---|---|---|---|---|---|
| 38 | 10/7/2014 | 10/7/2014 | 10/1/2014 | $3,819.01 | HOMEOWNERS INSURANCE |
|    | $0.00 | $0.00 | $-3,819.01 | $0.00 | $0.00 |
| 37 | 10/7/2014 | 10/7/2014 | 10/1/2014 | $2,579.63 | PAYMENT |
|    | $0.00 | $0.00 | $2,579.63 | $0.00 | $0.00 |
| 36 | 10/7/2014 | 10/7/2014 | 10/1/2014 | $1,409.51 | PAYMENT |
|    | $0.00 | $0.00 | $0.00 | $0.00 | $1,409.51 |
| 35 | 9/3/2014 | 9/3/2014 | 9/1/2014 | $1,333.56 | PAYMENT |
|    | $307.11 | $488.66 | $537.79 | $0.00 | $0.00 |
| 34 | 8/5/2014 | 8/4/2014 | 8/1/2014 | $1,333.56 | PAYMENT |
|    | $306.25 | $489.52 | $537.79 | $0.00 | $0.00 |
| 33 | 7/7/2014 | 7/7/2014 | 7/1/2014 | $1,333.56 | PAYMENT |
|    | $305.39 | $490.38 | $537.79 | $0.00 | $0.00 |
| 32 | 6/30/2014 | 6/30/2014 | 7/1/2014 | $2,063.00 | FLOOD INSURANCE |
|    | $0.00 | $0.00 | $-2,063.00 | $0.00 | $0.00 |
| 31 | 6/4/2014 | 6/4/2014 | 6/1/2014 | $1,333.56 | PAYMENT |
|    | $304.53 | $491.24 | $537.79 | $0.00 | $0.00 |

Chase Detailed Transaction History

Date:    4/5/2018
         Pg 10 of 13

**Loan # 1679120167**
TONI G MACKSEY

| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  ~  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 30 | 5/9/2014 | 5/9/2014 | 5/1/2014 | $1,333.56 | PAYMENT |
|  | $303.68 | $492.09 | $537.79 | $0.00 | $0.00 |
| 29 | 4/1/2014 | 4/1/2014 | 4/1/2014 | $1,333.56 | PAYMENT |
|  | $302.83 | $492.94 | $537.79 | $0.00 | $0.00 |
| 28 | 3/5/2014 | 3/5/2014 | 3/1/2014 | $1,333.56 | PAYMENT |
|  | $301.98 | $493.79 | $537.79 | $0.00 | $0.00 |
| 27 | 2/10/2014 | 2/10/2014 | 2/1/2014 | $-130.88 | ESCROW ADVANCE RECOVERY |
|  | $0.00 | $0.00 | $-130.88 | $0.00 | $0.00 |
| 26 | 2/10/2014 | 2/9/2014 | 2/1/2014 | $1,333.56 | PAYMENT |
|  | $301.13 | $494.64 | $537.79 | $0.00 | $0.00 |
| 25 | 1/7/2014 | 1/7/2014 | 1/1/2014 | $-537.79 | ESCROW ADVANCE RECOVERY |
|  | $0.00 | $0.00 | $-537.79 | $0.00 | $0.00 |
| 24 | 1/7/2014 | 1/7/2014 | 1/1/2014 | $1,333.56 | PAYMENT |
|  | $300.29 | $495.48 | $537.79 | $0.00 | $0.00 |
| 23 | 12/13/2013 | 12/13/2013 | 12/1/2013 | $-537.79 | ESCROW ADVANCE RECOVERY |
|  | $0.00 | $0.00 | $-537.79 | $0.00 | $0.00 |

## Chase Detailed Transaction History

Date: 4/5/2018
Pg1 of 13

**Loan # 1679120167**
TONI G MACKSEY

| | |
|---|---|
| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

### Activity for Period  12/1/2012  ~  4/5/2018

| Reference # | Tran Date / Principal Amt | Effective Date / Interest Amt | Due Date / Escrow Amt | Total Tran Amt / Fees/Other Amt | Transaction Description / Suspense Amt |
|---|---|---|---|---|---|
| 22 | 12/13/2013 | 12/12/2013 | 12/1/2013 | $1,333.56 | PAYMENT |
| | $299.44 | $496.33 | $537.79 | $0.00 | $0.00 |
| 21 | 12/11/2013 | 12/11/2013 | 12/1/2013 | $1,206.46 | ESCROW ADVANCE |
| | $0.00 | $0.00 | $1,206.46 | $0.00 | $0.00 |
| 20 | 12/11/2013 | 12/11/2013 | 12/1/2013 | $-1,687.20 | COUNTY TAX |
| | $0.00 | $0.00 | $-1,687.20 | $0.00 | $0.00 |
| 19 | 11/6/2013 | 11/6/2013 | 11/1/2013 | $-57.05 | ESCROW ADVANCE RECOVERY |
| | $0.00 | $0.00 | $-57.05 | $0.00 | $0.00 |
| 18 | 11/6/2013 | 11/5/2013 | 11/1/2013 | $1,333.56 | PAYMENT |
| | $298.60 | $497.17 | $537.79 | $0.00 | $0.00 |
| 17 | 10/4/2013 | 10/4/2013 | 11/1/2013 | $57.05 | ESCROW ADVANCE |
| | $0.00 | $0.00 | $57.05 | $0.00 | $0.00 |
| 16 | 10/4/2013 | 10/4/2013 | 10/1/2013 | $-3,614.61 | HOMEOWNERS INSURANCE |
| | $0.00 | $0.00 | $-3,614.61 | $0.00 | $0.00 |
| 15 | 10/4/2013 | 10/4/2013 | 10/1/2013 | $1,333.56 | PAYMENT |
| | $297.77 | $498.00 | $537.79 | $0.00 | $0.00 |

Chase Detailed Transaction History

Date:  4/5/2018
Pg2 of 13

Loan # 1679120167
TONI G MACKSEY

| | |
|---|---|
| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

Property Address:
4321 LUCERNE ST
METAIRIE, LA 70006-0000

Mailing Address:
4321 LUCERNE ST
METAIRIE, LA 700062445

Activity for Period  12/1/2012  --  4/5/2018

| Reference # | Tran Date Principal Amt | Effective Date Interest Amt | Due Date Escrow Amt | Total Tran Amt Fees/Other Amt | Transaction Description Suspense Amt |
|---|---|---|---|---|---|
| 14 | 9/6/2013 | 9/6/2013 | 9/1/2013 | $1,189.16 | PAYMENT |
| | $296.93 | $498.84 | $393.39 | $0.00 | $0.00 |
| 13 | 8/12/2013 | 8/12/2013 | 7/1/2013 | $2,029.00 | FLOOD INSURANCE |
| | $0.00 | $0.00 | $-2,029.00 | $0.00 | $0.00 |
| 12 | 8/12/2013 | 8/12/2013 | 9/1/2013 | $1,162.08 | PAYMENT |
| | $0.00 | $0.00 | $1,162.08 | $0.00 | $0.00 |
| 11 | 8/5/2013 | 8/5/2013 | 8/1/2013 | $1,189.16 | PAYMENT |
| | $296.10 | $499.67 | $393.39 | $0.00 | $0.00 |
| 10 | 7/17/2013 | 7/17/2013 | $-1,162.08 | $0.00 | DISBURSEMENT TO MORTGAGOR |
| | $0.00 | $0.00 | | $1,162.08 | $0.00 |
| 9 | 7/1/2013 | 6/29/2013 | 7/1/2013 | $1,189.16 | PAYMENT |
| | $295.27 | $500.50 | $393.39 | $0.00 | $0.00 |
| 8 | 6/5/2013 | 6/4/2013 | 6/1/2013 | $1,189.16 | PAYMENT |
| | $294.44 | $501.33 | $393.39 | $0.00 | $0.00 |
| 7 | 4/30/2013 | 4/30/2013 | 5/1/2013 | $1,189.16 | PAYMENT |
| | $293.61 | $502.16 | $393.39 | $0.00 | $0.00 |

Date:        4/5/2018
             Pg 3 of 13

## Chase Detailed Transaction History

**Loan # 1679120167**
TONI G MACKSEY

**Property Address:**
4321 LUCERNE ST
METAIRIE, LA 70006-0000

| Interest Rate: | 3.375% |
| Payment Due Date: | 5/1/2018 |
| Monthly Payment Amt: | $795.77 |
| Current Escrow Balance: | $3,251.17 |
| Current Principal Balance: | $159,338.94 |

**Mailing Address:**
4321 LUCERNE ST
METAIRIE, LA 700062445

### Activity for Period  12/1/2012  —  4/5/2018

| Reference # | Tran Date / Principal Amt | Effective Date / Interest Amt | Due Date / Escrow Amt | Total Tran Amt / Fees/Other Amt | Transaction Description / Suspense Amt |
|---|---|---|---|---|---|
| 6 | 4/18/2013 | 4/18/2013 | 5/1/2013 | $843.60 | PAYMENT |
|   | $0.00 | $0.00 | $843.60 | $0.00 | $0.00 |
| 5 | 4/4/2013 | 4/3/2013 | 4/1/2013 | $1,189.16 | PAYMENT |
|   | $292.79 | $502.98 | $393.39 | $0.00 | $0.00 |
| 4 | 2/28/2013 | 2/27/2013 | 3/1/2013 | $1,189.16 | PAYMENT |
|   | $291.97 | $503.80 | $393.39 | $0.00 | $0.00 |
| 3 | 2/22/2013 | 2/22/2013 | 3/1/2013 | $-1,671.46 | RETURNED ITEM |
|   | $0.00 | $0.00 | $-1,671.46 | $0.00 | $0.00 |
| 2 | 1/29/2013 | 1/29/2013 | 3/1/2013 | $3,122.90 | PAYMENT |
|   | $0.00 | $0.00 | $3,122.90 | $0.00 | $0.00 |
| 1 | 1/28/2013 | 1/28/2013 |  | $-179,129.00 | NEW LOAN SET UP |
|   | $-179,129.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Entergy**

Entergy Customer Service
**Central Administration**
425 West Capitol Avenue
P.O. Box 551
Little Rock, AR 72203-0551

Fax#:   5047045340

Tuesday, August 01, 2017

*Electric*

TONI G MACKSEY

4321 LUCERNE ST

METAIRIE                    LA     70006

Account#:   000026656116

Dear Customer:

Please find, below, the information you requested regarding your Entergy account.  If you have received multiple bills within the same calendar month, the amounts are combined in the history below.  If any further questions might arise please contact us at 1-800-ENTERGY (1-800-368-3749).  A Customer Service Representative will be happy to assist you.

Very Sincerely,

**Entergy**

| Year | Month | Days | Bill Amount |
|------|-------|------|-------------|
| 2017 | 07 | 28 | $94.25 |
| 2017 | 06 | 33 | $87.15 |
| 2017 | 05 | 28 | $68.62 |
| 2017 | 04 | 29 | $71.95 |
| 2017 | 03 | 31 | $74.26 |
| 2017 | 02 | 29 | $76.51 |
| 2017 | 01 | 34 | $50.30 |
| 2016 | 12 | 34 | $89.47 |
| 2016 | 11 | 28 | $71.53 |
| 2016 | 10 | 32 | $99.72 |
| 2016 | 09 | 29 | $60.76 |
| 2016 | 08 | 29 | $126.42 |
| 2016 | 07 | 29 | $84.98 |
| 2016 | 06 | 30 | $67.73 |
| 2016 | 05 | 32 | $64.68 |
| 2016 | 04 | 27 | $50.71 |
| 2016 | 03 | 31 | $82.60 |
| 2016 | 02 | 29 | $78.89 |

| | | |
|---|---|---|
| **Total Amount Billed** | $1,400.53 | |
| **Monthly Average** | $77.81 | |

Form: CCS_122 FAX

## Toni Macksey

| | |
|---|---|
| **From:** | EntergyOnline@entergy.com |
| **Sent:** | Friday, January 15, 2016 7:33 AM |
| **To:** | Toni Macksey |
| **Subject:** | Thank you for Your Payment to Entergy Louisiana, LLC. [tmacksey 106426703] |



Dear Toni G. Macksey,

The payment you made will be posted to your account at <u>Entergy Louisiana, LLC</u> , as shown below.

| | |
|---|---|
| Company Name | Entergy Louisiana, LLC |
| Account Number | 106426703 |
| Name on Account | Toni G. Macksey |
| Account Description | Lucerne |
| | |
| User ID | tmacksey |
| E-mail Address | <u>tmacksey@accutransinc.com</u> |
| | |
| Amount Paid | **$86.83** |
| Bank Account Number | **\*\*\*\*\*1789** |
| Posting Date | **01/15/2016** |
| Confirmation Number | **7770074109176** |

Print this confirmation for your records. Payments submitted after 7:15 P.M. Central Time may be applied to your utility account the following day. Payments made after the due date may incur delinquent fees.

You may <u>LOG IN NOW</u> to review your account details.

Thank you for using myAccount at <u>Entergy Louisiana, LLC</u>. We appreciate having you as a customer.

\*\* Please do not reply to this e-mail. This message was sent to you using an automated system. This e-mail address is not monitored for replies. \*\*

Sent: 01/15/2016 07:30:57

If you believe you received this message in error, or if you did not request this change, please notify us immediately by e-mail at <u>entergycustomercontact@entergy.com</u> or call us at 1-800-ENTERGY (1-800-368-3749). Entergy will never e-mail you to ask for personal information such as bank information, a credit/debit card number or your password.

# Exhibit 6

# Exhibit 7

# Exhibit B

(See Section III)

Additional Evidence of Chinese Drywall in Property

*Electrical ATTACHED*

*$1,026.37*

























14





Sent from my iPad



# **Exhibit D**

(See Section V)

Documents Related to Already Remediated Properties

J.E.S.



# LIGHTING SHOWROOM
# BUILDERS HARDWARE

# ELECTRICAL SUPPLI
# HOME APPLIANCES

|  |
|---|
| FILLED BY |
| CHECKED BY |
| CARTONS # |
| BUNDLES # |
| BAGS # |
| TOTAL WEIGHT |
| FRT. CHARGES |

TIME: 16:20 09/18/17
**DELIVERY TICKET** 608852

SOLD TO:          SHIP TO:
   TONI MACKSEY              TONI MACKSEY
                70006         812-6998

INVCE#  ORDER-DTE SALESPERS  REQ-DATE    SHIP VIA        SHIP AREA  WGHT PGE
608852  SEP 18 2017  298     SEP 18 2017 SHOWROOM PICK UP

CUST#  CUST PO NUMBER    DOC-REQ#    SUB TERMS    FREIGHT TRMS FOB    INSD SALES
D298TT TONI MACKSEY                  02 NET 30 DAYS PREPAY    ORIGIN    298

| LIN | OR'D | SHIP | BKOR | LOC | PRODUCT | UNIT | DESCRIPTION | UNIT $ | EXTENDED | PICKED |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 2 | 0 | 2 | | SO608852.001 | E | CLF 8061WG HALL | 72.62 | ✓ | |
| 002 | 1 | 0 | 1 | | SO608852.002 | E | CLF 111231BS-317 MASTER BATH | 122.00 | ✓ | |
| 003 | 1 | 0 | 1 | | SO608852.003 | E | SAV 6-151-3 SN FOYER | 188.49 | ✓ | |
| 004 | 2 | 0 | 2 | | SO608852.004 | E | KIC 42141NICS PENDANT | 122.83 | ✓ | |
| 005 | 8 | 8 | | LB/13 | NOT60TCC | E | 60TD CAND CLR 130V (A3684) | .68 | 5.44 | |
| 006 | 2 | 2 | | LB/27 | NOT60A19C130X | E | EXT) 60A19 CLR (EXT-SERV) (S3942 or N3942 ) | 2.58 | 5.16 | |
| 007 | | | | | | | Extended Service 1500hr) | | | |

*Pd Visa $781.41*



JSTOMER SIGNATURE _____

PRINT NAME _____

DEL. DATE ___/___/___ DELIVERED BY _____

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

I AGREE TO TERMS AND CONDITIONS STATED ON REVERSE SIDE

**ASK US ABOUT ENERGY LEGISLATION ON BULBS**

NOTE! All orders including special orders canceled, refused or returned for any reason other than
damaged or defective merchandise, will be subject to a restocking charge and return freight charges
to vendor and must be accompanied by this sales ticket.

SUB-TOTAL AMOUNT      10.60
SALES TAXES           1.03

TOTAL AMOUNT          12.63

711.99
69.42
$781.4

ALL CASH SALES FINAL

**Southland Plumbing Supply, LLC**
2321 N. ARNOULT RD.
METAIRIE, LA 70001
Phone: 504-835-8411

**PICK TICKET**

| | |
|---|---|
| Number | 977697 |
| Date | 11/07/2017 |
| Page | 1 |

Ship-to: **SAME**
**TONI MACKSEY ****
4321 LUCERNE ST
METAIRIE, LA 70006**

Bill-to: **28279**
**TONI MACKSEY ****
4321 LUCERNE ST
METAIRIE, LA 70006**

| Reference # | Ordered | Requested | Slsp | Terms | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|
| **VANITY LIGHT** | **11/07/17** | **ASAP** | **LVC** | **Charge Sale** | **01** | **PREPAID** | **ON THE WAY** |

| Item | Description | Ordered | Ship | Back | UM | Weight | Loc |
|---|---|---|---|---|---|---|---|
| | Ordered By**VANITY LIGHT** | | | | | | |
| **5461AP** | 3 100W M VANITY IN AP | 1 | | | EA | .0 | NONSTK |

~~MASTER BATH~~

GUEST BATH

$244.96



SOUTHLAND PLUMBING SUPPLY
2321 N ARNOULT RD
METAIRIE LA 70001
504-835-8411

Terminal ID: 01699465        5216
-----------------------------------
11/7/17                    9:11 AM

VISA - MANUAL
ACCT #: ***********5325

CREDIT SALE
UID: 731133714518    REF #: 4171
BATCH #: 351      AUTH #: 04000C

AMOUNT           $244.96

**APPROVED**

CUSTOMER COPY

*LOCALLY OWN BUSINESS CELEBRATE 50 YEARS OF SERVICE*

| | Total Weight: | .0 |
|---|---|---|

*Do not write below this line*     **Customer Copy**     ... Last Page

SODOC      01-977697 

# ACORD CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
6/30/2017

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Alasha Raney | | |
|---|---|---|---|
| Kennedy, Lewis, Renton & Assoc. Inc. | PHONE (A/C, No, Ext): (504) 362-7700 | | FAX (A/C, No): (504) 362-7857 |
| 401 Whitney Ave, Suite 411 | E-MAIL ADDRESS: araney@kennedylewis.com | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| Gretna          LA  70056 | INSURER A : Sentek Specialty | | 10729 |
| INSURED | INSURER B : LA Home Builders Assn SIF | | 00125 |
| Bordelon Air Conditioning & Heating, LLC | INSURER C : | | |
| #25 Devereaux Drive | INSURER D : | | |
| | INSURER E : | | |
| Destrehan       LA  70047-3201 | INSURER F : | | |

## COVERAGES    CERTIFICATE NUMBER: 17-18 GL & WC    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | CP82674899 | 4/1/2017 | 4/1/2018 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY   PRO-JECT   LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS   SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS   NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB   OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB   CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED   RETENTION $ | | | | | | | $ |
| B | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY          Y / N | | | 17-11178 | 4/1/2017 | 4/1/2018 | X PER STATUTE   OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | If yes, describe under | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| (985) 725-0022  Tony Macksey  4321 Lucerne St  Metairie, LA  70006 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.  AUTHORIZED REPRESENTATIVE  Chad Renton/CHAD |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)
INS025 (201401)          The ACORD name and logo are registered marks of ACORD

# Exhibit 8

**Toni Macksey**

| | |
|---|---|
| **From:** | Jennifer Harper <jen@jesincorporated.com> |
| **Sent:** | Thursday, August 10, 2017 2:58 PM |
| **To:** | James V. Doyle Jr. |
| **Cc:** | Toni Macksey |
| **Subject:** | Macksey Claim |

Jimmy,

Just spoke with Toni, and she asked me to put a quick note regarding the exactimate price of $123,325.64 for 4321 Lucerne St. Metairie.

Sean had sent me the project with the awarded amount, $113,000.00.  To stay competitive JES worked to stay within this budget.
However, as with many of the CD related remediation projects we found typical issues that have increased our budget. The increase would be close to the original budget of $123,325.64.

HVAC - due to equipment upgrades since the exactimate was written our cost increased.
Electrical fixtures - pitting and tarnished and cannot be reset.  Material increase.
Plumbing - kitchen faucet and garbage disposal replacement - as well as labor.

Please let me know if you require anything else.

Regards,

Jen Harper
J.E.S., Inc.
504-301-1402 (O)
917-821-8066 (c)

# J.E.S., Inc.

**730 Napoleon Avenue**
**New Orleans, LA 70115**
**504-301-1402 - FAX 504-373-5104**
**L.A. Contractor License No. 25491**

Page No. _____1_____ _____2_____

# Proposal

| PROPOSAL SUBMITTED TO: | DESCRIPTION OF JOB | |
|---|---|---|
| Toni Macksey | JOB: Toni Macksey | |
| | ADDRESS: 4321 Lucerne Street | |
| | CITY: Metarie | STATE:  LA |
| | DATE: 5/12/2017 | |

**We Hereby Submit** specifications and estimates for: Chinese Drywall Remediation - 4321 Lucerne

As per the scope presented to Macksey - Moss and Associates 4/2014.  J.E.S. will follow protocol to remediate the property.  Please see the following comments regarding our bid breakout:

1.) Permit/Dumpster/Potty- All permits required by Jefferson Paris and inspections -J.E.S. responsibility. Dumpster/Potty provided for 3 month time frame.

2.) Demolition - labor and dumpsters provided to demo interior of home.  All debris deposed of.

3.) Cleaning - process to eliminate dust and pass a GFA inspection to certify home has been remediated.

4.) Drywall - Material and Labor to hang, tape, float and texture - like for like texture.

5.) Insulation - R-13 exterior wall batt.  R-30 blown attic.

6.) Carpentry - $3500.00 of budget to replace mantle in living room.  Carpentry will include all materials, like for like - crown, base, shoe and door casing.  Doors to be reset.

7.) Cabinetry - all cabinets to be reset.

8.) Accessories - includes:  mirrors, fireplace-see scope., landscape-dumpster/potty removal clean up only, Appliance package - not including installation and removal - $3500.00.  Bath accessories.

9.) Tile/Granite/marble - Reset kitchen countertops/bath cultured marble tops and replace 2 tub surrounds.

10.) Paint - material and Labor to paint like for like - all walls, ceilings, trim and door package.

11.) Flooring- 2 rounds of floor protection - hardwood and tile.  Carpet budget $2100.00

~~**We Hereby Propose** to furnish labor and materials complete in accordance with the above specifications for the sum~~ of _____

With payment to be made as follows:  as per contract

_____

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or derivation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by workmen's compensation insurance.

Authorized
Signature: _____

Note: This proposal may be withdrawn by us if not accepted within _____30_____ days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date Accepted: 5/26/17

Signature: _Toni D. Macksey_

Signature: _____

# J.E.S., Inc.

**730 Napoleon Avenue**
**New Orleans, LA 70115**
**504-301-1402 - FAX 504-373-5104**
**L.A. Contractor License No. 25491**

Page No. _____2_____ _____2_____

# Proposal

| PROPOSAL SUBMITTED TO: | DESCRIPTION OF JOB | |
|---|---|---|
| Toni Macksey | JOB: Toni Macksey | |
| | ADDRESS: 4321 Lucerne Street | |
| | CITY: Metarie | STATE:  LA |
| | DATE: 5/12/2017 | |

**We Hereby Submit** specifications and estimates for: Chinese Drywall Remediation - 4321 Lucerne

12.) Final Clean - During construction - job clean-up.  At the end of construction - final clean.

13.)  Insurance/Documentation/Inspections - J.E.S. to provide insurance for the project.  Specialty insurance required for Chinese Drywall.  Documentation will include a Docu-Demo from Benchmark.  They will preserve the materials needed for presentation to the court system.  Also a video of the demolition will be provided. An environmental inspection after Demo/Clean will be perfumed by Healthy Home Solutions to provide documentation that the home is free and clear of Chinese Drywall.

14.) Electrical/Security - Remove and  Replace Security System - $2500.00
Electrical - Remove and Replace Breaker panel, Remove and Replace all wiring and switches/plugs.  Can lights provided and installed.  All fixtures other than cans to be removed and reset.

15.)  Plumbing - as per protocol all copper cleaned or replaced w/ pex as needed.  Water heater provided at $1400.00 budget- includes installation.  All fixtures rough/trim out included.  New bathroom faucets and tub/shower faucets/valves included - like for like.

16.)  HVAC - Remove and Replace gas furnace and A/C unit - 5 ton Seer like for like.  Ductwork and thermostat.

**We Hereby Propose** to furnish labor and materials complete in accordance with the above specifications for the sum of      $113,643.00

With payment to be made as follows:  as per contract

All material is guaranteed to be as specified. All work is to be completed in a workmanlike manner according to standard practices. Any alteration or derivation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado, and other necessary insurance. Our workers are fully covered by workmen's compensation insurance.

Authorized
Signature:

Note: This proposal may be withdrawn by us if not accepted within _____30_____ days.

**Acceptance of Proposal** – The above prices, specifications and conditions are satisfactory and hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date Accepted: 5/26/17

Signature: Toni G. Macksey

Signature:

## RESIDENTIAL CONSTRUCTION CONTRACT

This Contract made and entered into on the date last signed at the end of this agreement.

The parties hereto are:

OWNER: <u>Toni Macksey, 4321 Lucerne Street, Metairie, LA 70006</u>
Name and address

CONTRACTOR: <u>J.E.S., Inc., 730 Napoleon Ave. New Orleans, LA 70115</u>
Name and address

That the Contractor and the Owner agree and bind and obligate themselves as follows:

1.  Contractor to provide the improvements as described on the Contractor's proposal, attached hereto and made a material part hereof as Exhibit 'A' (hereafter "the work"), in a workmanlike manner, to the property located at the municipal address of 4321 Lucerne Street, Metairie, Louisiana

2.  Owner agrees, binds, and obligates him/herself to pay Contractor for the work the sum of $113,643.00 together with any additional costs including, but not limited to, amounts for change orders, extra work, overages, time & material work, and/or escalated costs of materials or delay caused by unforeseen site conditions or any event caused by Owner.

3.  Commencement of Construction: Construction will commence on or about May 23, 2017. Substantial completion of the work will be approximately ninety (90) days after commencement of construction. However, this time period may, at Contractor's option, be extended one day for each day of delay, if construction is delayed due to weather, fire, strikes, material shortages, force majeure or Acts of God, Owner delays, change orders, extra work orders, or other variations in the Contractor's planned construction process including, but not limited to, the selection, ordering, manufacture, and/or installation of Owner selections. Failure of Contractor to timely complete shall not be considered default. The date of Substantial completion shall be that date when the work is completed sufficiently enough to enable the Owner to occupy, or utilize the work in the manner in which it is intended to be utilized, or a "passed" final inspection by local code enforcement agencies if the job is permitted, notwithstanding any punchlist or warranty items.

4.  Owner Obligations: The Owner further agrees and obligates him/herself to select all allowance items, materials, and colors required in a timely manner. Owner also agrees and obligates him/herself to obtain all necessary and/or required approvals and/or acknowledgements from any architectural board or committee whose consent or approval

1

is relevant to the work. Owner further agrees to provide and allow free, complete and unrestricted access to premises upon which the work is to be performed during the construction period from the hours of 7 o'clock a.m. to 5 o'clock p.m., seven days a week. Such access shall include, but is not limited to leaving the premises unlocked regardless of the presence of Owner. However, in the event that Owner temporarily halts the work, Owner assumes any and all liability and responsibility for any and all costs associated with, related to, and/or arising from the work delay including, but not limited to, wages, loss of income, start-up costs, mobilization, de-mobilization, sub-contractor charges, additional trip charges, delayed material delivery charges, material and/or equipment increase d costs, and material loss charges. Owner further understands and agrees that these charges may, at Contractor's option, be deemed and considered to be extra work and be due and payable as extra work in accordance with the payment schedule below. The parties agree that Owners will only be allowed in the work area when accompanied by Contractor during work hours.

5.   Deposit: A non-refundable Deposit in the amount of 5% shall be paid by Owner to Contractor upon execution of this Contract to secure performance of the work on the Property.

6.   Payments/Draws: The Owner shall make the remaining payments upon request of the Contractor in accordance with the following schedule:

Draw No. 1:      30% to be paid upon completion of demo and cleaning process (GFA certificate).

Draw No. 2:      30% to be paid upon completion of drywall installation.

Draw No. 3:      25% to be paid upon substantial completion or occupancy, whichever occurs first.

7.   The Owner shall make any and all payments to the Contractor within five (5) business days after request is made by Contractor. Punchlist items shall not be deducted from final payment. In the event payments are not made within five (5) days of receipt of request from Contractor, Owner shall be considered in default and owe to the Contractor, the unpaid balance, together with interest from the date payment is due until paid, at a rate of one and one-half percent (1.5%) per month, plus any and all cost of collection, including but not limited to reasonable attorney's fees, expert witness fees, costs of depositions, filing fees and other court costs.

8.   Partial Draw: In the event Contractor has substantially performed the work necessary to make a particular stage draw as listed above, but one or more items have not been completed due to circumstances beyond Contractor's control, then Contractor shall be

1151572.1

entitled to a partial draw in an amount equal to the percentage of such stage completed by Contractor.

9.   Change Orders: Owner and Contractor hereby agree that changes or overages to the work should be in writing and agreed upon by both the Owner and the Contractor. In the event that the Owner makes changes without Contractor's prior written agreement, the Owner will be responsible for costs, expenses and fees associated with any such change, All monies /payments/overages/amounts for change orders and/or extra work are due and payable, at Contractor's option, at the time of authorization of the change or prior to commencement of such changed and/or extra work.

10.   Notice: Before undertaking any repair him/herself, before employing another to undertake repair, or before instituting any legal action for breach of warranty or contract, the Owner agrees and obligates him/herself to deliver to Contractor written notice, by registered or certified mail, within 30 (thirty) days after knowledge and/or discovery of any alleged breach or defect and to allow Contractor at least ten (10) business days after Contractor's receipt of such notice to respond to same notice and/or to inspect the alleged defects, and at least thirty (30) business days or longer reasonable time  from date of inspection or response in which to correct and/or repair those alleged defects. Owner understands that Contractor will be allowed to make repairs to any damaged item before it is replaced. Owner further understands and agrees that this notice shall set forth all alleged defects and/or claims of Contractor breach. Failure to provide said notice will bar recovery of the same and serve as a voluntary and knowing waiver of rights.

11.   Default: The Parties understand and agree that if the owner defaults on this contract, the Contractor shall be entitled to all costs for enforcing said contract, including but not limited to reasonable attorney's fees, court costs, costs of depositions, and expert witness fees. In the event of Owner's default, Contractor may suspend work without penalty until Owner cures such default. Contractor shall be under no obligation to complete any punchlist or perform any warranty or any other work until Owner cures all defaults.

12.   Disputes: The parties shall endeavor to resolve any disputes and/or claims arising from or related to the work or this Contract by mediation which, unless the parties mutually agree otherwise, shall be in accordance with the Construction Industry Mediation Rules of the American Arbitration Association currently in effect. Request for mediation shall be filed in writing with the other party to this Contract. The parties shall share the mediator's fee. Unless another location is mutually agreed upon, the mediation will be conducted within the Parish where the project is located. Agreements reached in mediation shall be enforceable as a settlement in any court having jurisdiction thereof.

13.   Arbitration: In the event that mediation is not successful, all claims or disputes between the Contractor and the Owner arising out of, or relating to, this contract or the breach

3

thereof shall be decided by arbitration in accordance with the construction industry arbitration rules of the American Arbitrators Association currently in effect, unless the parties mutually agree otherwise. Notice of the demand for arbitration shall be filed in writing with the other party within a reasonable time after the dispute has arisen. The award rendered by the arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof. The non-prevailing party shall be liable to the other party for all costs of said arbitration, including reasonable attorney's fees.

14.  Punchlist Procedure: Owner shall give a punchlist to Contractor no more than three days after substantial completion of work, or upon request or notification by the Contractor. Any and all items not listed on the final punchlist will be deemed accepted and will have no effect on the final payment and thereafter are subject only to the Contractor's warranty. All listed punchlist items must be reviewed and accepted by Contractor as legitimate workmanship defects based on the "Residential Construction Performance Guidelines, 1996 NAHB" and/or normal "industry standards".

15.  Contractor Warranty:  The Contractor's sole and exclusive warranties shall be strictly limited exclusively to what is provided under Louisiana Revised Statutes § 9:3141, et. seq. known as the Louisiana New Home Warranty Act.  Owner hereby expressly acknowledges that he is specifically aware of the contents of the New Home Warranty Act and a copy of same has been made available to him by the Contractor. Owner waives and forever relinquishes any and all other claims, remedies and/or causes of action, including but not limited to claims for, resulting in, arising from or connected with: (a) non-pecuniary damages; (b) damages associated with soil conditions or soil movement to the maximum extent allowed by the waiver in Louisiana Revised Statutes § 9:3144-B(18); and (c) any damage associated with any substance, vapor or gas produced, leaked or expelled by any material, product, or building component.

16.  Concealed Conditions: Contractor makes no statement as to the fitness of the site or of an existing structure and is not liable for subsurface or latent physical conditions at the site or in an existing structure that differ from (a) those indicated or referred to in the Contract documents or (b) those ordinarily encountered and generally recognized as inherent in the work of the character provided for in this Contract.

17.  Selections/subcontractors: The work is to be accomplished through Contractor's approved suppliers and subcontractors. In the event items are furnished by the Owner, their suppliers or other subcontractors, no warranty will be provided by the Contractor and the Owner's sole remedy will be the product warranty by the manufacturer or installer for which the Contractor will not be responsible. Owner further agrees and obligates him/herself not to contract with any other builder, contractor, and/or sub-

4

1151572.1

contractor to perform, in whole or in part, any portion of, additions to, and/or changes to the work or plans and specifications without the prior written approval by Contractor.

18. Termination: In the event that Owner terminates Contractor, Contractor shall be entitled to the cost of all work performed, authorized, commenced, and/or material and equipment in place, and /or ordered at that time plus 20%, and costs incurred by reason of such termination, along with reasonable overhead and profit on the work not executed.

19. Severability: If any provision of this Contract is held to be illegal, invalid or unenforceable, the remainder of this Contract will be enforceable to the maximum extent allowed by law.

20. Applicable Law: This Contract shall be interpreted and enforced in accordance with the laws of the State of Louisiana.

21. Other Agreements: Owner hereby authorizes Contractor to request credit reports on Owner from any credit reporting agencies and/or local service business references in order to verify credit (at least two local service business references may be requested by Contractor from Customer to verify honorable payment history for services rendered).

22. All agreements and stipulations herein contained, and all obligations herein assumed, shall be binding upon the heirs, successors, and assigns of the respective parties hereto.

23. Any errors, omission, and/or ambiguities with regard to the meaning of terms and/or conditions herein stated shall not be construed against the maker of this document.

24. All notices permitted or required under this RESIDENTIAL CONSTRUCTION CONTRACT shall be sent via certified mail, return receipt requested, to the address as designated below. In addition, any notice shall also be sent via email however, email notice is intended only as a courtesy and shall not serve as a substitute for the formal requirement stated herein that, in order to be effective, all required notices shall be sent via certified mail, return receipt requested.

25. Right to Rescind: Notice is hereby given and acknowledged by the Owner in accordance with 12 CFR 226.15:

> (1)   Contractor and others providing labor, material and equipment have a right to file a lien against the Owner's property and improvements as more fully stated below.

> (2)   The Owner has the right to rescind this contract, without cause, however to exercise the right to rescind, the Owner shall send to the Contractor via certified mail a copy of this entire RESIDENTIAL CONSTRUCTION CONTRACT with the word "RESCINDED" written on each page in large conspicuous block letters,

5

delivery shall be evidenced solely by signed return green card.   Owner understands that this right to rescind must be exercised not later than midnight of the third business day following the Owner's signature below, after which time, the Owner shall no longer have any right to rescind.

(3)    Should the Owner rescind, any security interest which Contractor may have becomes void, and the Owner shall not be liable for any amount. Within 20 calendar days after receipt of a notice of rescission, the Contractor will return any money or property that has been given to him by Owner in connection with this Contract.  If the Contractor has delivered any material, equipment or supplies to the Project site, the Owner may retain possession until the Contractor has met its obligation to return any money paid by the Owner. When the Contractor has complied with the above, the Owner shall tender the material, equipment or supplies to the Contractor or, where that would be impracticable or inequitable, tender its reasonable value. The tender of property may be made at the Project location.

(4)    The right of recession set forth herein shall expire at Midnight, on the ___ day of June 2017.

26.    NOTICE OF LIEN RIGHTS per LSA-R.S. 9:4852

By signing below, the Owner does expressly acknowledge that the above named Contractor has delivered this notice to me, the receipt of which is accepted, signifying my understanding that said Contractor is about to begin improving my residential property according to the terms and conditions of a contract, and that in accordance with the provisions of law in Part I of Chapter 2 of Code Title XXI of Title 9 of the Louisiana Revised Statutes of 1950, R.S. 9:4801, et seq.:

(1) A right to file a lien against my property and improvements is granted to every contractor, subcontractor, architect, engineer, surveyor, mechanic, cartman, truckman, workman, laborer, or furnisher of material, machinery or fixtures, who performs work or furnishes material for the improvement or repair of my property, for the payment in principal and interest of such work or labor performed, or the materials, machinery or fixtures furnished, and for the cost of recording such privilege.

(2) That when a contract is unwritten and/or unrecorded, or a bond is not required or is insufficient or unrecorded, or the surety therefor is not proper or solvent, I, as owner, shall be liable to such subcontractors, materialmen, suppliers or laborers for any unpaid amounts due them pursuant to their timely filed claims to the same extent as is the hereinabove designated contractor.

6

(3) That the lien rights granted herein can be enforced against my property even though the contractor has been paid in full if said contractor has not paid the persons who furnished the labor or materials for the improvement.

(4) That I may require a written contract, to be recorded, and a bond with sufficient surety to be furnished and recorded by the contractor in an amount sufficient to cover the cost of such improvements, thereby relieving me, as owner, and my property, of liability for any unpaid sums remaining due and owing after completion to subcontractors, journeymen, cartmen, workmen, laborers, mechanics, furnishers of material or any other persons furnishing labor, skill, or material on the said work who record and serve their claims in accordance with the requirements of law.

I, as the below signing Owner, have read the above statement and fully understand its contents.

Whereas, all partied state that they have read and understand the terms and conditions of this Contract and have signed this Contract, the day month and year below written.

| OWNER(s): _Toni G. Macksey_ | CONTRACTOR: J.E.S., Inc. |
|---|---|
| ADDRESS: _4331 Lucerne St._ | ADDRESS: 730 Napoleon Ave |
| Mobile Phone: _504-812-6998_ | Mobile Phone: 917-821-8066 |
| Land Phone: _504-469-0500 Ofc._ | Land Phone: 504-301-1402 |
| Email: _Tmacksey@ACCUTRANSINC.com_ | Email: jen@jesincorporated.com |
| AUTHORIZED SIGNATURE(s): _Toni G. Macksey_ | AUTHORIZED SIGNATURE _JH_ |
| PRINT NAME(s): _Toni G. MACKSEY_ | PRINT NAME AND TITLE: _Jennifer Harper V.P._ |
| DATE: _5/26/17_ | DATE: _5/26/17_ |

*This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

7

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
ph: 504-301-1402 fax: 504-373-5104

Macksey

4321 Lucerne

Metairie, LA

Date:    05/12/17

| | TOTAL COST | Total cost/SF |
|---|---|---|
| Permit/Dumpster/Potty | $4,800.00 | |
| Demolition | $5,000.00 | |
| Cleaning | $3,000.00 | |
| Drywall | $7,800.00 | light texture |
| Insulation | $3,000.00 | R-13 ext. walls/ R-30 blown walls |
| Carpentry/Mantle | $15,000.00 | Mantle - $3500.00 budget |
| Cabinetry | $3,456.00 | remove and reset only |
| Accessories/Appliance allowance | $5,500.00 | see notes |
| Tile/Granite/Marble | $3,500.00 | reset Countertops/new splash.  New tub surrounds |
| Paint | $9,365.00 | |
| Flooring | $5,500.00 | floor protect- carpet |
| Final Clean | $1,212.00 | |
| Insurance, Documentation/Inspect | $5,200.00 | |
| Electrical/Security | $18,000.00 | No fixtures included. Can lights only.  See atttached. |
| Plumbing | $12,000.00 | see attached. |
| HVAC | $11,310.00 | |
| **TOTAL** | **$113,643.00** | |

**MACKSEY**

**PAID TO DATE**

| | |
|---|---|
| deposit | 5682 |
| cabinet deposit | 9000 |
| 1st 30% | 32,000 |
| plumbing.tile mat | 26,524.00 |
| final cabinet pay | 10,121.74 |
| plumbing labor | 3100 |
| 2nd 30% | 32,195.35 |
| **TOTAL PAID 11/6** | **118623.09** |

**CREDITS**

| | |
|---|---|
| Cans material | 700 |
| alarm system | 1800 |
| hvac | 7548 |
| appliances | 3400 |
| carpet | 750 |
| **CREDIT TO TONI** | **14198** |

**EXTRAS**

| | | |
|---|---|---|
| **extras Elec. Labor** | 3480 | |
| shower door | $2,200 | 35,487.00 |
| **southland** | 445 | -14,198 |
| knobs prosource | 350 | 21,289.00 |
| **bath cabinets** | 1700 | |
| bath ctops | 1750 | |
| **kitchen ctops** | 10,570 | |
| tile flooring insta | 6400 | |
| **shower master** | 8600 | |
| fan | 220 | |
| **backsplash** | 1037 | |
| sink | 450 | |
| **pencils additonal** | 650 | |
| attic door | $350 | |
| **master shower demo** | $400 | |
| gas lantern | 350 | |
| | $38,952 | |
| tile deposit | ($3,465) | |
| **TOTAL owed** | **$35,487** | |

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

Bill To:

Toni Macksey
4321 Lucerne St.
Metairie, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 06/06/17 | 1324 | 1 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Deposit | Customer Deposit on Job | | 5,682.15 | 5,682.15 |
| Deposit | Customer Deposit on Job | | -5,682.15 | -5,682.15 |

PAID

| | Total | $0.00 |
|--|-------|-------|

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

**Bill To:**
Toni Macksey
4321 Lucerne St.
Metairie, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 08/01/17 | 1325 | 2 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01 DEMO | 30 % due at Demo/Clean/GFA | | 32,388.30 | 32,388.30 |
| First 30% paid | | | -32,388.30 | -32,388.30 |
| Plumbing | Plumbing fixtures and tub. Southland invoice | | 3,797.00 | 3,797.00 |
| Plumbing | Labor for gas and plumbing plus tankless water heater | | 15,500.00 | 15,500.00 |
| HVAC | Demo and Mark-up only | | 3,762.00 | 3,762.00 |
| Tile | Tile for shower and tub surround - Triton stone | | 3,465.00 | 3,465.00 |
| *Plumbing* | *JES, 20% O+P — Due week 8/7* | | *3,100.00* | *3,100.00* |
| | | | **Total** | **$26,524.00** |

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

**Bill To:**

Toni Macksey
4321 Lucerne St.
Metairie, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 08/11/17 | 1326 | 3 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Cabinetry | 2nd and final payment - Prosource cabinets | | 10,121.74 | 10,121.74 |
| Plumbing | 20% mark-up JES | | 3,100.00 | 3,100.00 |
| Drywall | Insulation Drywall Hung- Milestone #2 30% | | 32,195.35 | 32,195.35 |
| | | | **Total** | **$45,417.09** |

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

Bill To:

Toni Macksey
4321 Lucerne St.
Metairie, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|------------|-------------|-------|---------|
| 10/23/17 | 1332 | 4 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| Final Bill | All extras: tile, sink, labor,knobs, granite, attic door | | 35,487.00 | 35,487.00 |
| credit | hvac, appliance, carpet, alarm | | -14,198.00 | -14,198.00 |
| | | | **Total** | **$21,289.00** |

# **Exhibit E**

(See Section VI)

Documents Related to Prior Payments

N/A

# Exhibit F

(See Section VII)

Documents Related to Other Damages

# Exhibit G

(See Section VIII)

Documents Related to Under Air Square Footage

n/A

# Exhibit 9

# MOSS  **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

| | |
|---|---|
| Client: | Toni Macksey |
| Property: | 4321 Lucerne Street |
| | Metairie, LA 70006 |

Operator Info:

Operator: DEFAULT

| | | | |
|---|---|---|---|
| Estimator: | BWILLIS | Business: | (954) 524-5678 |
| Business: | 2101 N Andrews Ave | | |
| | Fort Lauderdale, FL 33311 | | |

| | | | |
|---|---|---|---|
| Type of Estimate: | Other | | |
| Date Entered: | 2/19/2014 | Date Assigned: | |

| | |
|---|---|
| Price List: | LANO7X5MAR14 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | 4321-MACKSEY-METAIRI |

This Schedule of Work is only meant to clarify, not modify, the Remediation Protocol (Exhibit F to the Settlement Agreement).

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**4321-MACKSEY-METAIRI**

### General Requirements

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 3.00 EA | 595.13 | 0.00 | 1,785.39 |
| 2. Clean stud wall | 2,240.00 SF | 0.00 | 0.50 | 1,120.00 |
| 3. Clean roof joist system | 1,614.75 SF | 0.00 | 0.62 | 1,001.15 |
| 4. Final cleaning - construction - Residential | 1,614.75 SF | 0.00 | 0.24 | 387.54 |
| 5. PPE | 1.00 EA | 0.00 | 110.00 | 110.00 |
| 6. Fire Protection | 1.00 EA | 0.00 | 65.00 | 65.00 |
| 7. First Aid | 1.00 EA | 0.00 | 50.00 | 50.00 |
| 8. Field Office Supplies | 1.00 EA | 0.00 | 100.00 | 100.00 |
| 9. Postage/Shipping | 1.00 EA | 0.00 | 75.00 | 75.00 |
| 10. Shop Drawings/Blueprints/Re-Use Fee | 1.00 EA | 0.00 | 350.00 | 350.00 |
| 11. Photos | 1.00 EA | 0.00 | 175.00 | 175.00 |
| 12. Closeout Documents | 1.00 EA | 0.00 | 200.00 | 200.00 |
| 13. Document Storage | 1.00 EA | 0.00 | 175.00 | 175.00 |
| 14. Temporary Toilets | 1.00 EA | 0.00 | 200.00 | 200.00 |
| 15. Sanitary Supplies | 1.00 EA | 0.00 | 50.00 | 50.00 |
| 16. Ice/Water/Cups | 1.00 EA | 0.00 | 75.00 | 75.00 |
| 17. Small Tools | 1.00 EA | 0.00 | 100.00 | 100.00 |
| 18. Daily Job Clean-up | 1,614.75 SF | 0.00 | 0.15 | 242.21 |
| 19. Appliance Disposal Fee | 1.00 EA | 0.00 | 90.00 | 90.00 |
| 20. Landscaping (Bid Item) | 1.00 EA | 0.00 | 250.00 | 250.00 |
| 21. Building Permit fee (varies) | 1,614.75 SF | 0.00 | 1.00 | 1,614.75 |
| 22. City/County Registration & License fee varies - required for permit | 1.00 EA | 0.00 | 50.00 | 50.00 |
| 23. Asbestos survey as required by region - required for permit | 1.00 EA | 0.00 | 0.00 | 0.00 |
| 24. Odorox treatment | 1,614.75 SF | 0.00 | 0.90 | 1,453.28 |
| 25. Odorox treatment POD | 2.00 EA | 0.00 | 120.00 | 240.00 |
| 26. POD storage container (2 total) - per month | 3.00 MO | 0.00 | 514.00 | 1,542.00 |

Totals: General Requirements                                                                 11,501.32



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### HVAC

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 27.  Remove & Replace Packaged gas furnace & A/C unit - 5 ton 13 SEER | 1.00 EA | 135.93 | 3,850.29 | 3,986.22 |
| 28.  Remove & Replace Refrigerant lineset - 3/8" x 1" tubing - up to 50' | 1.00 EA | 16.99 | 523.06 | 540.05 |
| 29.  Remove & Replace Ductwork system - hot or cold air - 1600 to 2199 SF home | 1.00 EA | 453.10 | 4,208.36 | 4,661.46 |
| 30.  Remove & Replace Thermostat - Premium grade (programmable) | 1.00 EA | 6.47 | 230.86 | 237.33 |

Totals:  HVAC                                                                                          9,425.06

### Electrical

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 31.  Remove & Replace Breaker panel - 150 amp w/arc fault breakers | 1.00 EA | 283.66 | 1,380.65 | 1,664.31 |
| 32.  Remove & Replace Door chime button (button only) | 1.00 EA | 1.30 | 17.36 | 18.66 |
| 33.  Detach & Reset Hanging light fixture | 2.00 EA | 0.00 | 0.00 | 81.94 |
| 34.  Detach & Reset Spot light fixture - double | 3.00 EA | 0.00 | 0.00 | 122.91 |
| 35.  Detach & Reset Ceiling fan & light | 2.00 EA | 0.00 | 0.00 | 291.74 |
| 36.  Detach & Reset Light fixture- Attic | 1.00 EA | 0.00 | 0.00 | 40.97 |
| 37.  Remove & Replace Outlet- Attic | 1.00 EA | 4.56 | 12.51 | 17.07 |
| 38.  Remove & Replace Switch- Attic | 1.00 EA | 4.56 | 12.77 | 17.33 |

Totals:  Electrical                                                                                     2,254.93

### Plumbing

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 39.  Rough in plumbing - per fixture | 2.00 EA | 0.00 | 434.89 | 869.78 |
| 40.  Remove & Replace Water heater - 40 gallon - Gas - 6 yr | 2.00 EA | 52.40 | 692.67 | 1,490.14 |

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Plumbing**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Water heaters located in the attic and malfunctioning at time of inspection. | | | | |

| | | | | |
|---|---|---|---|---|
| Totals:  Plumbing | | | | 2,359.92 |

**Security System**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 41.  Remove and Replace Security System | 1.00 EA | 0.00 | 2,500.00 | 2,500.00 |
| Note: Including but not limited to wiring, control panel, keypads, motion detectors, and contacts. | | | | |

| | | | | |
|---|---|---|---|---|
| Totals:  Security System | | | | 2,500.00 |

**Exterior Insulation**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 42.  Remove & Replace Batt insulation - 4" - R13 - paper faced | 1,721.75 SF | 0.22 | 0.67 | 1,532.36 |
| Assumed R-13 batt insulation. Actual will be replaced like for like. | | | | |

| | | | | |
|---|---|---|---|---|
| Totals:  Exterior Insulation | | | | 1,532.36 |

**Main Level**



**Foyer/Entry**                **Height: 8'**

| | | |
|---|---|---|
| 169.49  SF Walls | 49.82  SF Ceiling | |
| 219.32  SF Walls & Ceiling | 49.82  SF Floor | |
| 5.54  SY Flooring | 20.19  LF Floor Perimeter | |
| 26.19  LF Ceil. Perimeter | | |

| | | | |
|---|---|---|---|
| **Missing Wall - Goes to Floor** | **6' X 6' 8"** | Opens into | **SITTING** |
| **Missing Wall** | **4' 8" X 8'** | Opens into | **LIVING_ROOM** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Foyer/Entry

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 43.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 219.32 SF | 0.39 | 1.33 | 377.23 |
| 44.  Texture drywall - light hand texture | 219.32 SF | 0.00 | 0.40 | 87.73 |
| 45.  Seal/prime then paint the walls and ceiling (2 coats) | 219.32 SF | 0.00 | 0.72 | 157.91 |
| 46.  Remove & Replace Blown-in insulation - 12" depth - R30 | 49.82 SF | 0.88 | 0.89 | 88.18 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 47.  Floor protection - corrugated cardboard and tape (two installations) | 49.82 SF | 0.00 | 0.45 | 22.42 |
| 48.  Remove & Replace Baseboard - 5 1/4" w/shoe | 20.19 LF | 0.50 | 5.11 | 113.27 |
| 49.  Paint baseboard w/cap &/or shoe - two coats | 20.19 LF | 0.00 | 1.27 | 25.64 |
| 50.  Remove & Replace Casing - 2 1/4" | 19.00 LF | 0.46 | 1.49 | 37.05 |
| 51.  Paint casing - two coats | 19.00 LF | 0.00 | 1.06 | 20.14 |
| 52.  Remove & Replace Crown molding - 5 1/4" | 26.19 LF | 0.61 | 4.85 | 143.00 |
| 53.  Seal & paint crown molding, oversized - two coats | 26.19 LF | 0.00 | 1.22 | 31.95 |
| 54.  Rewire - average residence - copper wiring | 49.82 SF | 0.00 | 2.91 | 144.98 |
| 55.  Remove & Replace Outlet | 1.00 EA | 4.56 | 12.51 | 17.07 |
| 56.  Remove & Replace Switch | 3.00 EA | 4.56 | 12.77 | 51.99 |
| 57.  Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 40.97 |

Totals:  Foyer/Entry                                                                                     1,359.53



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

| Living Room | | Height: 9' |
|---|---|---|
| 487.74 SF Walls | 386.39 SF Ceiling | |
| 874.13 SF Walls & Ceiling | 386.39 SF Floor | |
| 42.93 SY Flooring | 49.13 LF Floor Perimeter | |
| 58.13 LF Ceil. Perimeter | | |

| | | | |
|---|---|---|---|
| **Missing Wall - Goes to Floor** | **5' X 6' 8"** | **Opens into** | **HALLWAY** |
| **Missing Wall** | **4' 8" X 9'** | **Opens into** | **FOYER_ENTRY** |
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into** | **SITTING** |
| **Missing Wall** | **19' 10 7/8" X 9'** | **Opens into** | **KITCHEN_NOOK** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 58.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 874.13 SF | 0.39 | 1.33 | 1,503.50 |
| 59.  Texture drywall - light hand texture | 874.13 SF | 0.00 | 0.40 | 349.65 |
| 60.  Seal/prime then paint the walls and ceiling (2 coats) | 874.13 SF | 0.00 | 0.72 | 629.37 |
| 61.  Remove & Replace Blown-in insulation - 12" depth - R30 | 386.39 SF | 0.88 | 0.89 | 683.91 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 62.  Floor protection - corrugated cardboard and tape (two installations) | 386.39 SF | 0.00 | 0.45 | 173.88 |
| 63.  Remove & Replace Baseboard - 5 1/4" w/shoe | 49.13 LF | 0.50 | 5.11 | 275.62 |
| 64.  Paint baseboard w/cap &/or shoe - two coats | 49.13 LF | 0.00 | 1.27 | 62.40 |
| 65.  Remove & Replace Casing - 2 1/4" | 22.00 LF | 0.46 | 1.49 | 42.90 |
| 66.  Paint casing - two coats | 22.00 LF | 0.00 | 1.06 | 23.32 |
| 67.  Remove & Replace Crown molding - 5 1/4" | 58.13 LF | 0.61 | 4.85 | 317.39 |
| 68.  Seal & paint crown molding, oversized - two coats | 58.13 LF | 0.00 | 1.22 | 70.92 |
| 69.  Remove & Replace Crown molding - 2-piece | 46.50 LF | 0.81 | 7.10 | 367.82 |
| 70.  Paint crown molding, oversized - two coats | 46.50 LF | 0.00 | 1.18 | 54.87 |
| 71.  Rewire - average residence - copper wiring | 386.39 SF | 0.00 | 2.91 | 1,124.39 |
| 72.  Remove & Replace Outlet | 6.00 EA | 4.56 | 12.51 | 102.42 |
| 73.  Remove & Replace Switch | 8.00 EA | 4.56 | 12.77 | 138.64 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Living Room

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 74. Remove & Replace Phone/low voltage outlet rough-in | 2.00 EA | 4.86 | 41.13 | 91.98 |
| 75. Remove & Replace Phone, TV, or speaker outlet | 2.00 EA | 4.25 | 17.07 | 42.64 |
| 76. Remove & Replace Smoke detector | 2.00 EA | 10.06 | 47.19 | 114.50 |
| 77. Detach & Reset Ceiling fan & light | 2.00 EA | 0.00 | 0.00 | 291.74 |
| 78. Remove & Replace Recessed light fixture | 8.00 EA | 10.09 | 111.90 | 975.92 |

Totals:  Living Room                                                                          7,437.78



| Fireplace | | | | Height: 9' |
|---|---|---|---|---|

| | | |
|---|---|---|
| 140.04 SF Walls | | 10.39 SF Ceiling |
| 150.43 SF Walls & Ceiling | | 10.39 SF Floor |
| 1.15 SY Flooring | | 15.56 LF Floor Perimeter |
| 15.56 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 79. Remove & Replace Fireplace mantel - stain grade or hardwood - prefab. | 8.17 EA | 48.55 | 598.24 | 5,284.27 |
| 80. Stain & finish wood fireplace mantel | 8.17 LF | 0.00 | 5.82 | 47.55 |
| 81. Corbel - wood - Detach & reset | 2.00 EA | 0.00 | 42.26 | 84.52 |
| 82. Detach & Reset Fireplace, zero clnce, gas burning, w/ venting | 1.00 EA | 0.00 | 0.00 | 394.39 |
| 83. Fireplace igniter | 1.00 EA | 0.00 | 50.00 | 50.00 |
| 84. Remove & Replace Fireplace face - granite tile | 80.29 SF | 2.26 | 14.10 | 1,313.55 |

Totals:  Fireplace                                                                            7,174.28

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681



| Hallway | | | Height: 8' |
|---|---|---|---|
| | 356.51  SF Walls | 67.29  SF Ceiling | |
| | 423.80  SF Walls & Ceiling | 67.29  SF Floor | |
| | 7.48  SY Flooring | 43.73  LF Floor Perimeter | |
| | 48.73  LF Ceil. Perimeter | | |

**Missing Wall - Goes to Floor**           5' X 6' 8"                    Opens into  LIVING_ROOM

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 85.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 423.80 SF | 0.39 | 1.33 | 728.93 |
| 86.  Texture drywall - light hand texture | 423.80 SF | 0.00 | 0.40 | 169.52 |
| 87.  Seal/prime then paint the walls and ceiling (2 coats) | 423.80 SF | 0.00 | 0.72 | 305.14 |
| 88.  Remove & Replace Blown-in insulation - 12" depth - R30 | 67.29 SF | 0.88 | 0.89 | 119.11 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 89.  Floor protection - corrugated cardboard and tape (two installations) | 67.29 SF | 0.00 | 0.45 | 30.28 |
| 90.  Remove & Replace Baseboard - 5 1/4" w/shoe | 43.73 LF | 0.50 | 5.11 | 245.33 |
| 91.  Paint baseboard w/cap &/or shoe - two coats | 43.73 LF | 0.00 | 1.27 | 55.54 |
| 92.  Remove & Replace Casing - 2 1/4" | 44.00 LF | 0.46 | 1.49 | 85.80 |
| 93.  Paint casing - two coats | 44.00 LF | 0.00 | 1.06 | 46.64 |
| 94.  Remove & Replace Crown molding - 5 1/4" | 48.73 LF | 0.61 | 4.85 | 266.07 |
| 95.  Seal & paint crown molding, oversized - two coats | 48.73 LF | 0.00 | 1.22 | 59.45 |
| 96.  Remove & Replace Attic entrance cover and trim | 1.00 EA | 6.97 | 57.19 | 64.16 |
| 97.  Stairway - disappearing (folding) / attic access ladder- Detach & Reset | 1.00 EA | 0.00 | 291.49 | 291.49 |
| 98.  Rewire - average residence - copper wiring | 67.29 SF | 0.00 | 2.91 | 195.81 |
| 99.  Remove & Replace Outlet | 4.00 EA | 4.56 | 12.51 | 68.28 |
| 100.  Remove & Replace Switch | 2.00 EA | 4.56 | 12.77 | 34.66 |
| 101.  Remove & Replace Smoke detector | 2.00 EA | 10.06 | 47.19 | 114.50 |
| 102.  Remove & Replace Door chime | 1.00 EA | 4.56 | 119.26 | 123.82 |



## Moss and Associates

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Hallway**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 103. Detach & Reset Light fixture - wall sconce | 2.00 EA | 0.00 | 0.00 | 81.94 |

| | | | | |
|---|---|---|---|---|
| Totals: Hallway | | | | 3,086.47 |



| **Bedroom 1** | | | | **Height: 8'** |
|---|---|---|---|---|
| 357.24 SF Walls | | 124.53 SF Ceiling | | |
| 481.77 SF Walls & Ceiling | | 124.53 SF Floor | | |
| 13.84 SY Flooring | | 44.65 LF Floor Perimeter | | |
| 44.65 LF Ceil. Perimeter | | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 104. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 481.77 SF | 0.39 | 1.33 | 828.64 |
| 105. Texture drywall - light hand texture | 481.77 SF | 0.00 | 0.40 | 192.71 |
| 106. Seal/prime then paint the walls and ceiling (2 coats) | 481.77 SF | 0.00 | 0.72 | 346.87 |
| 107. Remove & Replace Blown-in insulation - 12" depth - R30 | 124.53 SF | 0.88 | 0.89 | 220.42 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 108. Remove Carpet | 124.53 SF | 0.25 | 0.00 | 31.13 |
| 109. Carpet | 143.21 SF | 0.00 | 2.74 | 392.40 |
| 15 % waste added for Carpet. | | | | |
| 110. Remove & Replace Carpet pad | 124.53 SF | 0.11 | 0.56 | 83.44 |
| 111. Remove & Replace Baseboard - 5 1/4" | 44.65 LF | 0.46 | 3.57 | 179.94 |
| 112. Paint baseboard, oversized - two coats | 44.65 LF | 0.00 | 1.14 | 50.90 |
| 113. Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 114. Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 115. Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 116. Detach & Reset Window stool & apron | 5.00 LF | 0.00 | 0.00 | 12.80 |
| 117. Remove & Replace Window trim set (casing & stop) | 15.00 LF | 0.46 | 3.21 | 55.05 |
| 118. Seal & paint trim - two coats | 15.00 LF | 0.00 | 1.06 | 15.90 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Bedroom 1

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 119.  Interior window shutters (set) - Detach & reset | 1.00 EA | 0.00 | 30.28 | 30.28 |
| 120.  Remove & Replace Crown molding - 5 1/4" | 44.65 LF | 0.61 | 4.85 | 243.79 |
| 121.  Seal & paint crown molding, oversized - two coats | 44.65 LF | 0.00 | 1.22 | 54.47 |
| 122.  Rewire - average residence - copper wiring | 124.53 SF | 0.00 | 2.91 | 362.38 |
| 123.  Remove & Replace Outlet | 5.00 EA | 4.56 | 12.51 | 85.35 |
| 124.  Remove & Replace Switch | 2.00 EA | 4.56 | 12.77 | 34.66 |
| 125.  Remove & Replace Phone/low voltage outlet rough-in | 2.00 EA | 4.86 | 41.13 | 91.98 |
| 126.  Remove & Replace Phone, TV, or speaker outlet | 2.00 EA | 4.25 | 17.07 | 42.64 |
| 127.  Remove & Replace Smoke detector | 1.00 EA | 10.06 | 47.19 | 57.25 |
| 128.  Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 145.87 |

Totals:  Bedroom 1     3,735.46



**Closet 1.1**        **Height: 8'**

| | | |
|---|---|---|
| 125.12  SF Walls | | 12.20  SF Ceiling |
| 137.32  SF Walls & Ceiling | | 12.20  SF Floor |
| 1.36  SY Flooring | | 15.64  LF Floor Perimeter |
| 15.64  LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 129.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 137.32 SF | 0.39 | 1.33 | 236.19 |
| 130.  Texture drywall - light hand texture | 137.32 SF | 0.00 | 0.40 | 54.93 |
| 131.  Seal/prime then paint the walls and ceiling (2 coats) | 137.32 SF | 0.00 | 0.72 | 98.87 |
| 132.  Remove & Replace Blown-in insulation - 12" depth - R30 | 12.20 SF | 0.88 | 0.89 | 21.60 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 133.  Remove Carpet | 12.20 SF | 0.25 | 0.00 | 3.05 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Closet 1.1**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 134. Carpet | 14.03 SF | 0.00 | 2.74 | 38.44 |
| 15 % waste added for Carpet. | | | | |
| 135. Remove & Replace Carpet pad | 12.20 SF | 0.11 | 0.56 | 8.17 |
| 136. Remove & Replace Baseboard - 5 1/4" | 15.64 LF | 0.46 | 3.57 | 63.02 |
| 137. Paint baseboard, oversized - two coats | 15.64 LF | 0.00 | 1.14 | 17.83 |
| 138. Interior double door - Detach & reset | 1.00 EA | 0.00 | 90.39 | 90.39 |
| 139. Remove & Replace Casing - 2 1/4" | 44.00 LF | 0.46 | 1.49 | 85.80 |
| 140. Paint casing - two coats | 44.00 LF | 0.00 | 1.06 | 46.64 |
| 141. Closet shelf and rod package - Detach & reset | 5.67 LF | 0.00 | 11.97 | 67.87 |

| Totals: Closet 1.1 | | | | 832.80 |
|---|---|---|---|---|

**Closet 1.2**                                         **Height: 8'**

|  |  |
|---|---|
| 122.06 SF Walls | 11.78 SF Ceiling |
| 133.84 SF Walls & Ceiling | 11.78 SF Floor |
| 1.31 SY Flooring | 15.26 LF Floor Perimeter |
| 15.26 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 142. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 133.84 SF | 0.39 | 1.33 | 230.21 |
| 143. Texture drywall - light hand texture | 133.84 SF | 0.00 | 0.40 | 53.54 |
| 144. Seal/prime then paint the walls and ceiling (2 coats) | 133.84 SF | 0.00 | 0.72 | 96.36 |
| 145. Remove & Replace Blown-in insulation - 12" depth - R30 | 11.78 SF | 0.88 | 0.89 | 20.85 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 146. Remove Carpet | 11.78 SF | 0.25 | 0.00 | 2.95 |
| 147. Carpet | 13.55 SF | 0.00 | 2.74 | 37.13 |
| 15 % waste added for Carpet. | | | | |
| 148. Remove & Replace Carpet pad | 11.78 SF | 0.11 | 0.56 | 7.90 |
| 149. Remove & Replace Baseboard - 5 1/4" | 15.26 LF | 0.46 | 3.57 | 61.50 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Closet 1.2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 150.  Paint baseboard, oversized - two coats | 15.26 LF | 0.00 | 1.14 | 17.40 |
| 151.  Interior double door - Detach & reset | 1.00 EA | 0.00 | 90.39 | 90.39 |
| 152.  Remove & Replace Casing - 2 1/4" | 44.00 LF | 0.46 | 1.49 | 85.80 |
| 153.  Paint casing - two coats | 44.00 LF | 0.00 | 1.06 | 46.64 |
| 154.  Closet shelf and rod package - Detach & reset | 5.50 LF | 0.00 | 11.97 | 65.84 |

Totals:  Closet 1.2    816.51



**Bedroom 2**                                        **Height: 8'**

| | |
|---|---|
| 349.56  SF Walls | 118.12  SF Ceiling |
| 467.68  SF Walls & Ceiling | 118.12  SF Floor |
| 13.12  SY Flooring | 43.69  LF Floor Perimeter |
| 43.69  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 155.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 467.68 SF | 0.39 | 1.33 | 804.41 |
| 156.  Texture drywall - light hand texture | 467.68 SF | 0.00 | 0.40 | 187.07 |
| 157.  Seal/prime then paint the walls and ceiling (2 coats) | 467.68 SF | 0.00 | 0.72 | 336.73 |
| 158.  Remove & Replace Blown-in insulation - 12" depth - R30 | 118.12 SF | 0.88 | 0.89 | 209.08 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 159.  Remove Carpet | 118.12 SF | 0.25 | 0.00 | 29.53 |
| 160.  Carpet | 135.84 SF | 0.00 | 2.74 | 372.20 |
| 15 % waste added for Carpet. | | | | |
| 161.  Remove & Replace Carpet pad | 118.12 SF | 0.11 | 0.56 | 79.14 |
| 162.  Remove & Replace Baseboard - 5 1/4" | 43.69 LF | 0.46 | 3.57 | 176.07 |
| 163.  Paint baseboard, oversized - two coats | 43.69 LF | 0.00 | 1.14 | 49.81 |
| 164.  Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 165.  Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 166.  Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Bedroom 2

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 167.  Detach & Reset Window stool & apron | 3.00 LF | 0.00 | 0.00 | 7.68 |
| 168.  Remove & Replace Window trim set (casing & stop) | 11.00 LF | 0.46 | 3.21 | 40.37 |
| 169.  Seal & paint trim - two coats | 11.00 LF | 0.00 | 1.06 | 11.66 |
| 170.  Remove & Replace Crown molding - 5 1/4" | 43.69 LF | 0.61 | 4.85 | 238.55 |
| 171.  Seal & paint crown molding, oversized - two coats | 43.69 LF | 0.00 | 1.22 | 53.30 |
| 172.  Rewire - average residence - copper wiring | 118.12 SF | 0.00 | 2.91 | 343.73 |
| 173.  Remove & Replace Outlet | 5.00 EA | 4.56 | 12.51 | 85.35 |
| 174.  Remove & Replace Switch | 2.00 EA | 4.56 | 12.77 | 34.66 |
| 175.  Remove & Replace Phone/low voltage outlet rough-in | 2.00 EA | 4.86 | 41.13 | 91.98 |
| 176.  Remove & Replace Phone, TV, or speaker outlet | 2.00 EA | 4.25 | 17.07 | 42.64 |
| 177.  Remove & Replace Smoke detector | 1.00 EA | 10.06 | 47.19 | 57.25 |
| 178.  Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 145.87 |

Totals:  Bedroom 2                                                                 3,573.67



**Closet 2**                                                                **Height: 8'**

105.30  SF Walls                          9.86  SF Ceiling
115.16  SF Walls & Ceiling               9.86  SF Floor
1.10  SY Flooring              13.16  LF Floor Perimeter
13.16  LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 179.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 115.16 SF | 0.39 | 1.33 | 198.07 |
| 180.  Texture drywall - light hand texture | 115.16 SF | 0.00 | 0.40 | 46.06 |
| 181.  Seal/prime then paint the walls and ceiling (2 coats) | 115.16 SF | 0.00 | 0.72 | 82.92 |
| 182.  Remove & Replace Blown-in insulation - 12" depth - R30 | 9.86 SF | 0.88 | 0.89 | 17.46 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Closet 2**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 183. Remove Carpet | 9.86 SF | 0.25 | 0.00 | 2.47 |
| 184. Carpet | 11.33 SF | 0.00 | 2.74 | 31.04 |
| 15 % waste added for Carpet. | | | | |
| 185. Remove & Replace Carpet pad | 9.86 SF | 0.11 | 0.56 | 6.60 |
| 186. Remove & Replace Baseboard - 5 1/4" | 13.16 LF | 0.46 | 3.57 | 53.03 |
| 187. Paint baseboard, oversized - two coats | 13.16 LF | 0.00 | 1.14 | 15.00 |
| 188. Interior double door - Detach & reset | 1.00 EA | 0.00 | 90.39 | 90.39 |
| 189. Remove & Replace Casing - 2 1/4" | 44.00 LF | 0.46 | 1.49 | 85.80 |
| 190. Paint casing - two coats | 44.00 LF | 0.00 | 1.06 | 46.64 |
| 191. Closet shelf and rod package - Detach & reset | 4.25 LF | 0.00 | 11.97 | 50.87 |
| 192. Rewire - average residence - copper wiring | 9.86 SF | 0.00 | 2.91 | 28.69 |
| Added for security box located in this closet. | | | | |

| Totals: Closet 2 | | | | 755.04 |
|---|---|---|---|---|



| Bathroom 1 | | | | Height: 8' |
|---|---|---|---|---|

298.52 SF Walls          68.64 SF Ceiling
367.16 SF Walls & Ceiling    68.64 SF Floor
7.63 SY Flooring          37.32 LF Floor Perimeter
37.32 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 193. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 367.16 SF | 0.39 | 1.33 | 631.51 |
| 194. Remove & Replace Tub/shower surround | 80.29 SF | 1.63 | 7.59 | 740.27 |
| 195. Texture drywall - light hand texture | 367.16 SF | 0.00 | 0.40 | 146.86 |
| 196. Seal/prime then paint the walls and ceiling (2 coats) | 367.16 SF | 0.00 | 0.72 | 264.36 |
| 197. Remove & Replace Blown-in insulation - 12" depth - R30 | 68.64 SF | 0.88 | 0.89 | 121.49 |

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Bathroom 1**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 198.  Floor protection - corrugated cardboard and tape (two installations) | 68.64 SF | 0.00 | 0.45 | 30.89 |
| 199.  Remove & Replace Baseboard - 5 1/4" w/shoe | 37.32 LF | 0.50 | 5.11 | 209.37 |
| 200.  Paint baseboard w/cap &/or shoe - two coats | 37.32 LF | 0.00 | 1.27 | 47.40 |
| 201.  Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 202.  Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 203.  Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 204.  Detach & Reset Window stool & apron | 2.00 LF | 0.00 | 0.00 | 5.12 |
| 205.  Vanity - Detach & reset | 3.83 LF | 0.00 | 44.65 | 171.01 |
| 206.  Detach & Reset Vanity top - one sink - cultured marble | 3.83 LF | 0.00 | 0.00 | 79.55 |
| 207.  Backsplash - cultured marble - Unattached - Detach & reset | 1.83 LF | 0.00 | 2.94 | 5.38 |
| 208.  Detach & Reset Towel bar | 1.00 EA | 0.00 | 0.00 | 13.44 |
| 209.  Remove & Replace Toilet paper holder | 1.00 EA | 4.54 | 23.00 | 27.54 |
| The fixture was pitted at time of inspection. | | | | |
| 210.  Rough in plumbing - per fixture | 3.00 EA | 0.00 | 434.89 | 1,304.67 |
| 211.  Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 167.38 |
| 212.  Remove & Replace Tub/shower faucet | 1.00 EA | 22.66 | 255.44 | 278.10 |
| The fixture was pitted at time of inspection. | | | | |
| 213.  Remove & Replace Sink faucet - Bathroom | 1.00 EA | 16.99 | 136.87 | 153.86 |
| The fixture was pitted at time of inspection. | | | | |
| 214.  Bathtub - Detach & reset | 1.00 EA | 0.00 | 389.92 | 389.92 |
| 215.  Rewire - average residence - copper wiring | 68.64 SF | 0.00 | 2.91 | 199.74 |
| 216.  Remove & Replace Ground fault interrupter (GFI) outlet | 1.00 EA | 4.09 | 24.72 | 28.81 |
| 217.  Remove & Replace Switch | 4.00 EA | 4.56 | 12.77 | 69.32 |
| 218.  Remove & Replace Bathroom ventilation fan w/light | 1.00 EA | 15.96 | 155.14 | 171.10 |
| 219.  Detach & Reset Light bar - 5 lights | 1.00 EA | 0.00 | 0.00 | 75.30 |
| 220.  Remove & Replace Recessed light fixture | 2.00 EA | 10.09 | 111.90 | 243.98 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Bathroom 1**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| Totals: Bathroom 1 | | | | 5,752.96 |

**Linen Closet**            **Height: 8'**

| | |
|---|---|
| 69.19 SF Walls | 4.43 SF Ceiling |
| 73.62 SF Walls & Ceiling | 4.43 SF Floor |
| 0.49 SY Flooring | 8.65 LF Floor Perimeter |
| 8.65 LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 221. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 73.62 SF | 0.39 | 1.33 | 126.62 |
| 222. Texture drywall - light hand texture | 73.62 SF | 0.00 | 0.40 | 29.45 |
| 223. Seal/prime then paint the walls and ceiling (2 coats) | 73.62 SF | 0.00 | 0.72 | 53.01 |
| 224. Remove & Replace Blown-in insulation - 12" depth - R30 | 4.43 SF | 0.88 | 0.89 | 7.84 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 225. Floor protection - corrugated cardboard and tape (two installations) | 4.43 SF | 0.00 | 0.45 | 1.99 |
| 226. Remove & Replace Baseboard - 5 1/4" | 8.65 LF | 0.46 | 3.57 | 34.86 |
| 227. Paint baseboard, oversized - two coats | 8.65 LF | 0.00 | 1.14 | 9.86 |
| 228. Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 229. Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 230. Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 231. Shelving - Detach & reset | 10.67 LF | 0.00 | 6.34 | 67.65 |

| | | | | |
|---|---|---|---|---|
| Totals: Linen Closet | | | | 507.87 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681



| Master Bedroom | | | Height: 9' |
|---|---|---|---|
| 513.00 SF Walls | | 202.22 SF Ceiling | |
| 715.22 SF Walls & Ceiling | | 202.22 SF Floor | |
| 22.47 SY Flooring | | 57.00 LF Floor Perimeter | |
| 57.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 232. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 715.22 SF | 0.39 | 1.33 | 1,230.18 |
| 233. Texture drywall - light hand texture | 715.22 SF | 0.00 | 0.40 | 286.09 |
| 234. Seal/prime then paint the walls and ceiling (2 coats) | 715.22 SF | 0.00 | 0.72 | 514.96 |
| 235. Remove & Replace Blown-in insulation - 12" depth - R30 | 202.22 SF | 0.88 | 0.89 | 357.93 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 236. Remove Carpet | 202.22 SF | 0.25 | 0.00 | 50.56 |
| 237. Carpet | 232.56 SF | 0.00 | 2.74 | 637.21 |
| 15 % waste added for Carpet. | | | | |
| 238. Remove & Replace Carpet pad | 202.22 SF | 0.11 | 0.56 | 135.48 |
| 239. Remove & Replace Baseboard - 5 1/4" | 57.00 LF | 0.46 | 3.57 | 229.71 |
| 240. Paint baseboard, oversized - two coats | 57.00 LF | 0.00 | 1.14 | 64.98 |
| 241. Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 242. Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 243. Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 244. Detach & Reset Window stool & apron | 6.00 LF | 0.00 | 0.00 | 15.36 |
| 245. Remove & Replace Window trim set (casing & stop) | 12.00 LF | 0.46 | 3.21 | 44.04 |
| 246. Seal & paint trim - two coats | 12.00 LF | 0.00 | 1.06 | 12.72 |
| 247. Remove & Replace Crown molding - 5 1/4" | 57.00 LF | 0.61 | 4.85 | 311.22 |
| 248. Seal & paint crown molding, oversized - two coats | 57.00 LF | 0.00 | 1.22 | 69.54 |
| 249. Remove & Replace Crown molding - 2-piece | 45.60 LF | 0.81 | 7.10 | 360.70 |
| 250. Paint crown molding, oversized - two coats | 45.60 LF | 0.00 | 1.18 | 53.81 |
| 251. Rewire - average residence - copper wiring | 202.22 SF | 0.00 | 2.91 | 588.46 |


**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Master Bedroom

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 252.  Remove & Replace Outlet | 8.00 EA | 4.56 | 12.51 | 136.56 |
| 253.  Remove & Replace Switch | 3.00 EA | 4.56 | 12.77 | 51.99 |
| 254.  Remove & Replace Phone/low voltage outlet rough-in | 2.00 EA | 4.86 | 41.13 | 91.98 |
| 255.  Remove & Replace Phone, TV, or speaker outlet | 2.00 EA | 4.25 | 17.07 | 42.64 |
| 256.  Remove & Replace Smoke detector | 1.00 EA | 10.06 | 47.19 | 57.25 |
| 257.  Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 145.87 |
| 258.  Remove & Replace Recessed light fixture | 4.00 EA | 10.09 | 111.90 | 487.96 |

Totals:  Master Bedroom       6,153.79



**Master Bath**            **Height: 8'**

240.51 SF Walls       55.28 SF Ceiling
295.80 SF Walls & Ceiling       55.28 SF Floor
6.14 SY Flooring       30.06 LF Floor Perimeter
30.06 LF Ceil. Perimeter

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 259.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 295.80 SF | 0.39 | 1.33 | 508.77 |
| 260.  Remove & Replace Tub/shower surround | 94.65 SF | 1.63 | 7.59 | 872.67 |
| 261.  Texture drywall - light hand texture | 295.80 SF | 0.00 | 0.40 | 118.32 |
| 262.  Seal/prime then paint the walls and ceiling (2 coats) | 295.80 SF | 0.00 | 0.72 | 212.98 |
| 263.  Remove & Replace Blown-in insulation - 12" depth - R30 | 55.28 SF | 0.88 | 0.89 | 97.85 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 264.  Floor protection - corrugated cardboard and tape (two installations) | 55.28 SF | 0.00 | 0.45 | 24.88 |
| 265.  Remove & Replace Baseboard - 5 1/4" w/shoe | 30.06 LF | 0.50 | 5.11 | 168.64 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

### CONTINUED - Master Bath

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 266.  Paint baseboard w/cap &/or shoe - two coats | 30.06 LF | 0.00 | 1.27 | 38.18 |
| 267.  Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 268.  Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 269.  Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 270.  Detach & Reset Window stool & apron | 2.00 LF | 0.00 | 0.00 | 5.12 |
| 271.  Vanity - Detach & reset | 3.58 LF | 0.00 | 44.65 | 159.85 |
| 272.  Detach & Reset Vanity top - one sink - cultured marble | 3.58 LF | 0.00 | 0.00 | 74.36 |
| 273.  Backsplash - cultured marble - Unattached - Detach & reset | 1.83 LF | 0.00 | 2.94 | 5.38 |
| 274.  Rough in plumbing - per fixture | 3.00 EA | 0.00 | 434.89 | 1,304.67 |
| 275.  Detach & Reset Toilet | 1.00 EA | 0.00 | 0.00 | 167.38 |
| 276.  Remove & Replace Sink faucet - Bathroom | 1.00 EA | 16.99 | 136.87 | 153.86 |
| 277.  Remove & Replace Tub/shower faucet | 1.00 EA | 22.66 | 255.44 | 278.10 |
| 278.  Jetted tub - Acrylic - Detach and reset | 1.00 EA | 0.00 | 383.20 | 383.20 |
| 279.  Rewire - average residence - copper wiring | 55.28 SF | 0.00 | 2.91 | 160.86 |
| 280.  Remove & Replace Outlet | 1.00 EA | 4.56 | 12.51 | 17.07 |
| 281.  Remove & Replace Switch | 4.00 EA | 4.56 | 12.77 | 69.32 |
| 282.  Remove & Replace Ground fault interrupter (GFI) outlet | 1.00 EA | 4.09 | 24.72 | 28.81 |
| 283.  Remove & Replace Phone/low voltage outlet rough-in | 1.00 EA | 4.86 | 41.13 | 45.99 |
| 284.  Remove & Replace Phone, TV, or speaker outlet | 1.00 EA | 4.25 | 17.07 | 21.32 |
| 285.  Remove & Replace Bathroom ventilation fan w/light | 1.00 EA | 15.96 | 155.14 | 171.10 |
| 286.  Remove & Replace Shower light - waterproof fixture | 2.00 EA | 10.09 | 166.75 | 353.68 |
| 287.  Detach & Reset Light bar - 4 lights | 1.00 EA | 0.00 | 0.00 | 40.97 |

Totals:  Master Bath 5,659.92



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681



**Walk-in Closet**                                                      **Height: 8'**

| | | |
|---|---|---|
| 172.82 SF Walls | | 28.13 SF Ceiling |
| 200.95 SF Walls & Ceiling | | 28.13 SF Floor |
| 3.13 SY Flooring | | 21.60 LF Floor Perimeter |
| 21.60 LF Ceil. Perimeter | | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 288. Remove & Replace 1/2" drywall - hung, taped, ready for texture | 200.95 SF | 0.39 | 1.33 | 345.63 |
| 289. Texture drywall - light hand texture | 200.95 SF | 0.00 | 0.40 | 80.38 |
| 290. Seal/prime then paint the walls and ceiling (2 coats) | 200.95 SF | 0.00 | 0.72 | 144.68 |
| 291. Remove & Replace Blown-in insulation - 12" depth - R30 | 28.13 SF | 0.88 | 0.89 | 49.79 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 292. Remove Carpet | 28.13 SF | 0.25 | 0.00 | 7.03 |
| 293. Carpet | 32.35 SF | 0.00 | 2.74 | 88.64 |
| 15 % waste added for Carpet. | | | | |
| 294. Remove & Replace Carpet pad | 28.13 SF | 0.11 | 0.56 | 18.84 |
| 295. Remove & Replace Baseboard - 5 1/4" | 21.60 LF | 0.46 | 3.57 | 87.05 |
| 296. Paint baseboard, oversized - two coats | 21.60 LF | 0.00 | 1.14 | 24.62 |
| 297. Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 298. Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 299. Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 300. Closet shelf and rod package - Detach & reset | 21.00 LF | 0.00 | 11.97 | 251.37 |
| 301. Rewire - average residence - copper wiring | 28.13 SF | 0.00 | 2.91 | 81.86 |
| 302. Remove & Replace Switch | 1.00 EA | 4.56 | 12.77 | 17.33 |
| 303. Detach & Reset Light fixture | 1.00 EA | 0.00 | 0.00 | 40.97 |

Totals: Walk-in Closet                                                              1,414.78



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681



**Laundry Room**                                                      **Height: 8'**

| | |
|---|---|
| 291.60  SF Walls | 82.96  SF Ceiling |
| 374.55  SF Walls & Ceiling | 82.96  SF Floor |
| 9.22  SY Flooring | 36.45  LF Floor Perimeter |
| 36.45  LF Ceil. Perimeter | |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 304.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 374.55 SF | 0.39 | 1.33 | 644.22 |
| 305.  Texture drywall - light hand texture | 374.55 SF | 0.00 | 0.40 | 149.82 |
| 306.  Seal/prime then paint the walls and ceiling (2 coats) | 374.55 SF | 0.00 | 0.72 | 269.68 |
| 307.  Remove & Replace Blown-in insulation - 12" depth - R30 | 82.96 SF | 0.88 | 0.89 | 146.83 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 308.  Floor protection - corrugated cardboard and tape (two installations) | 82.96 SF | 0.00 | 0.45 | 37.33 |
| 309.  Remove & Replace Baseboard - 5 1/4" w/shoe | 36.45 LF | 0.50 | 5.11 | 204.49 |
| 310.  Paint baseboard w/cap &/or shoe - two coats | 36.45 LF | 0.00 | 1.27 | 46.29 |
| 311.  Interior door - Detach & reset | 1.00 EA | 0.00 | 62.21 | 62.21 |
| 312.  Remove & Replace Casing - 2 1/4" | 38.00 LF | 0.46 | 1.49 | 74.10 |
| 313.  Paint casing - two coats | 38.00 LF | 0.00 | 1.06 | 40.28 |
| 314.  Remove & Replace Casing - 2 1/4" | 19.00 LF | 0.46 | 1.49 | 37.05 |
| 315.  Paint casing - two coats | 19.00 LF | 0.00 | 1.06 | 20.14 |
| 316.  Detach & Reset Window stool & apron | 2.00 LF | 0.00 | 0.00 | 5.12 |
| 317.  Remove & Replace Window trim set (casing & stop) | 10.00 LF | 0.46 | 3.21 | 36.70 |
| 318.  Seal & paint trim - two coats | 10.00 LF | 0.00 | 1.06 | 10.60 |
| 319.  Remove & Replace Crown molding - 5 1/4" | 36.45 LF | 0.61 | 4.85 | 199.01 |
| 320.  Seal & paint crown molding, oversized - two coats | 36.45 LF | 0.00 | 1.22 | 44.47 |
| 321.  Cabinetry - lower (base) units - Detach & reset | 1.50 LF | 0.00 | 52.21 | 78.32 |
| 322.  Cabinetry - upper (wall) units - Detach & reset | 9.00 LF | 0.00 | 44.65 | 401.85 |
| 323.  Detach & Reset Countertop - Granite | 3.00 SF | 0.00 | 0.00 | 58.71 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Laundry Room**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 324.  Shelving - wire (vinyl coated) - Detach & reset | 6.00 LF | 0.00 | 7.51 | 45.06 |
| 325.  Remove & Replace Dryer - Gas - High grade | 1.00 EA | 18.24 | 1,108.91 | 1,127.15 |
| 326.  Remove & Replace Washer/Washing Machine - Top-loading - High grade | 1.00 EA | 24.28 | 819.19 | 843.47 |
| Washer malfuncitoning at time of inspection. | | | | |
| all appliances to be tested at time of reset. | | | | |
| 327.  Rough in plumbing - per fixture | 2.00 EA | 0.00 | 434.89 | 869.78 |
| 328.  Detach & Reset Laundry tub | 1.00 EA | 0.00 | 0.00 | 202.05 |
| 329.  Detach & Reset Service sink faucet | 1.00 EA | 0.00 | 0.00 | 82.33 |
| 330.  Rewire - average residence - copper wiring | 82.96 SF | 0.00 | 2.91 | 241.41 |
| 331.  Remove & Replace Outlet | 4.00 EA | 4.56 | 12.51 | 68.28 |
| 332.  Remove & Replace Switch | 1.00 EA | 4.56 | 12.77 | 17.33 |
| 333.  Remove & Replace 220 volt copper wiring run, box and receptacle | 1.00 EA | 7.46 | 127.54 | 135.00 |
| 334.  Detach & Reset Ceiling fan & light | 1.00 EA | 0.00 | 0.00 | 145.87 |

Totals:  Laundry Room                                                                                       6,344.95



| Kitchen/Nook | | | | Height: 8' |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 300.20  SF Walls | | 190.29  SF Ceiling | |
| 490.49  SF Walls & Ceiling | | 190.29  SF Floor | |
| 21.14  SY Flooring | | 37.19  LF Floor Perimeter | |
| 39.19  LF Ceil. Perimeter | | | |

| **Missing Wall** | **19' 10 7/8'' X 8'** | Opens into   **LIVING_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **2' X 6' 8''** | Opens into   **SITTING** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 335.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 490.49 SF | 0.39 | 1.33 | 843.64 |
| 336.  Texture drywall - light hand texture | 490.49 SF | 0.00 | 0.40 | 196.20 |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Kitchen/Nook**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 337.  Seal/prime then paint the walls and ceiling (2 coats) | 490.49 SF | 0.00 | 0.72 | 353.15 |
| 338.  Remove & Replace Blown-in insulation - 12" depth - R30 | 190.29 SF | 0.88 | 0.89 | 336.82 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 339.  Floor protection - corrugated cardboard and tape (two installations) | 190.29 SF | 0.00 | 0.45 | 85.63 |
| 340.  Remove & Replace Baseboard - 5 1/4" w/shoe | 37.19 LF | 0.50 | 5.11 | 208.64 |
| 341.  Paint baseboard w/cap &/or shoe - two coats | 37.19 LF | 0.00 | 1.27 | 47.23 |
| 342.  Detach & Reset Window stool & apron | 3.00 LF | 0.00 | 0.00 | 7.68 |
| 343.  Detach & Reset Window sill | 3.00 LF | 0.00 | 0.00 | 8.61 |
| 344.  Remove & Replace Crown molding - 5 1/4" | 39.19 LF | 0.61 | 4.85 | 213.98 |
| 345.  Seal & paint crown molding, oversized - two coats | 39.19 LF | 0.00 | 1.22 | 47.81 |
| 346.  Cabinetry - lower (base) units - Detach & reset | 18.75 LF | 0.00 | 52.21 | 978.94 |
| 347.  Cabinetry - upper (wall) units - Detach & reset | 11.50 LF | 0.00 | 44.65 | 513.48 |
| 348.  Cabinetry - full height unit - Detach & reset | 5.00 LF | 0.00 | 51.99 | 259.95 |
| 349.  Detach & Reset Countertop - Granite | 50.94 SF | 0.00 | 0.00 | 996.90 |
| Includes islandtop | | | | |
| 350.  Remove & Replace Backsplash - tile | 24.75 SF | 1.63 | 7.59 | 228.19 |
| 351.  Remove & Replace Refrigerator - side by side - 25 to 30 cf | 1.00 EA | 33.99 | 1,576.68 | 1,610.67 |
| 352.  Remove & Replace Range - freestanding - gas | 1.00 EA | 18.24 | 768.91 | 787.15 |
| 353.  Remove & Replace Microwave oven - over range w/built-in hood | 1.00 EA | 27.19 | 364.24 | 391.43 |
| 354.  Detach & Reset Dishwasher | 1.00 EA | 0.00 | 0.00 | 187.58 |
| All appliances to be tested at time of reset. | | | | |
| 355.  Rough in plumbing - per fixture | 3.00 EA | 0.00 | 434.89 | 1,304.67 |
| 356.  Detach & Reset Sink - double | 1.00 EA | 0.00 | 0.00 | 108.95 |
| 357.  Detach & Reset Sink faucet - Kitchen | 1.00 EA | 0.00 | 0.00 | 82.33 |



**MOSS and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Kitchen/Nook**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 358.  Rewire - average residence - copper wiring | 190.29 SF | 0.00 | 2.91 | 553.74 |
| 359.  Remove & Replace Outlet | 5.00 EA | 4.56 | 12.51 | 85.35 |
| 360.  Remove & Replace Switch | 5.00 EA | 4.56 | 12.77 | 86.65 |
| 361.  Remove & Replace 220 volt copper wiring run, box and receptacle | 1.00 EA | 7.46 | 127.54 | 135.00 |
| 362.  Remove & Replace Ground fault interrupter (GFI) outlet | 3.00 EA | 4.09 | 24.72 | 86.43 |
| 363.  Remove & Replace Phone/low voltage outlet rough-in | 1.00 EA | 4.86 | 41.13 | 45.99 |
| 364.  Remove & Replace Phone, TV, or speaker outlet | 1.00 EA | 4.25 | 17.07 | 21.32 |
| 365.  Detach & Reset Chandelier | 1.00 EA | 0.00 | 0.00 | 106.48 |
| 366.  Detach & Reset Hanging light fixture | 3.00 EA | 0.00 | 0.00 | 122.91 |
| 367.  Remove & Replace Recessed light fixture | 6.00 EA | 10.09 | 111.90 | 731.94 |

| | | | | |
|---|---|---|---|---|
| Totals:  Kitchen/Nook | | | | 11,775.44 |



**Sitting**                                                                 **Height: 8'**

| | |
|---|---|
| 381.09  SF Walls | 192.42  SF Ceiling |
| 573.51  SF Walls & Ceiling | 192.42  SF Floor |
| 21.38  SY Flooring | 45.64  LF Floor Perimeter |
| 57.64  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **6' X 6' 8"** | **Opens into** | **FOYER_ENTRY** |
|---|---|---|---|
| **Missing Wall - Goes to Floor** | **2' X 6' 8"** | **Opens into** | **KITCHEN_NOOK** |
| **Missing Wall - Goes to Floor** | **4' X 6' 8"** | **Opens into** | **LIVING_ROOM** |

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 368.  Remove & Replace 1/2" drywall - hung, taped, ready for texture | 573.51 SF | 0.39 | 1.33 | 986.44 |
| 369.  Texture drywall - light hand texture | 573.51 SF | 0.00 | 0.40 | 229.40 |
| 370.  Seal/prime then paint the walls and ceiling (2 coats) | 573.51 SF | 0.00 | 0.72 | 412.93 |

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

**CONTINUED - Sitting**

| DESCRIPTION | QNTY | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|
| 371.  Remove & Replace Blown-in insulation - 12" depth - R30 | 192.42 SF | 0.88 | 0.89 | 340.58 |
| Assumed R-30 blown-in insulation. Actual to replaced like for like. | | | | |
| 372.  Floor protection - corrugated cardboard and tape (two installations) | 192.42 SF | 0.00 | 0.45 | 86.59 |
| 373.  Remove & Replace Baseboard - 5 1/4" w/shoe | 45.64 LF | 0.50 | 5.11 | 256.04 |
| 374.  Paint baseboard w/cap &/or shoe - two coats | 45.64 LF | 0.00 | 1.27 | 57.96 |
| 375.  Remove & Replace Casing - 2 1/4" | 88.00 LF | 0.46 | 1.49 | 171.60 |
| 376.  Paint casing - two coats | 88.00 LF | 0.00 | 1.06 | 93.28 |
| 377.  Detach & Reset Window stool & apron | 5.00 LF | 0.00 | 0.00 | 12.80 |
| 378.  Remove & Replace Window trim set (casing & stop) | 15.00 LF | 0.46 | 3.21 | 55.05 |
| 379.  Seal & paint trim - two coats | 15.00 LF | 0.00 | 1.06 | 15.90 |
| 380.  Interior window shutters (set) - Detach & reset | 1.00 EA | 0.00 | 30.28 | 30.28 |
| 381.  Remove & Replace Crown molding - 5 1/4" | 57.64 LF | 0.61 | 4.85 | 314.71 |
| 382.  Seal & paint crown molding, oversized - two coats | 57.64 LF | 0.00 | 1.22 | 70.32 |
| 383.  Rewire - average residence - copper wiring | 192.42 SF | 0.00 | 2.91 | 559.94 |
| 384.  Remove & Replace Outlet | 7.00 EA | 4.56 | 12.51 | 119.49 |
| 385.  Remove & Replace Switch | 2.00 EA | 4.56 | 12.77 | 34.66 |
| 386.  Remove & Replace Smoke detector | 1.00 EA | 10.06 | 47.19 | 57.25 |
| 387.  Detach & Reset Chandelier | 1.00 EA | 0.00 | 0.00 | 106.48 |
| 388.  Remove & Replace Recessed light fixture | 4.00 EA | 10.09 | 111.90 | 487.96 |

| | | | | |
|---|---|---|---|---|
| Totals:  Sitting | | | | 4,499.66 |
| Total: Main Level | | | | 70,880.91 |
| **Line Item Totals: 4321-MACKSEY-METAIRI** | | | | **100,454.50** |

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 4,480.00 | SF Walls | 1,614.75 | SF Ceiling | 6,094.75 | SF Walls and Ceiling |
| 1,614.75 | SF Floor | 179.42 | SY Flooring | 534.93 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 568.93 | LF Ceil. Perimeter |
| | | | | | |
| 1,614.75 | Floor Area | 1,742.36 | Total Area | 4,480.00 | Interior Wall Area |
| 1,721.75 | Exterior Wall Area | 187.12 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

## Summary

| | | | | |
|---|---|---|---|---:|
| Line Item Total | | | | 100,454.50 |
| Material Sales Tax | @ | 8.750% x | 33,591.31 | 2,939.24 |
| | | | | 103,393.74 |
| Overhead | @ | 10.0% x | 99,659.53 | 9,965.95 |
| Profit | @ | 10.0% x | 99,659.53 | 9,965.95 |
| **Replacement Cost Value** | | | | **$123,325.64** |
| **Net Claim** | | | | **$123,325.64** |

BWILLIS

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

## Recap by Room

**Estimate: 4321-MACKSEY-METAIRI**

| | | |
|---|---:|---:|
| General Requirements | 11,501.32 | 11.45% |
| HVAC | 9,425.06 | 9.38% |
| Electrical | 2,254.93 | 2.24% |
| Plumbing | 2,359.92 | 2.35% |
| Security System | 2,500.00 | 2.49% |
| Exterior Insulation | 1,532.36 | 1.53% |

**Area: Main Level**

| | | |
|---|---:|---:|
| Foyer/Entry | 1,359.53 | 1.35% |
| Living Room | 7,437.78 | 7.40% |
| Fireplace | 7,174.28 | 7.14% |
| Hallway | 3,086.47 | 3.07% |
| Bedroom 1 | 3,735.46 | 3.72% |
| Closet 1.1 | 832.80 | 0.83% |
| Closet 1.2 | 816.51 | 0.81% |
| Bedroom 2 | 3,573.67 | 3.56% |
| Closet 2 | 755.04 | 0.75% |
| Bathroom 1 | 5,752.96 | 5.73% |
| Linen Closet | 507.87 | 0.51% |
| Master Bedroom | 6,153.79 | 6.13% |
| Master Bath | 5,659.92 | 5.63% |
| Walk-in Closet | 1,414.78 | 1.41% |
| Laundry Room | 6,344.95 | 6.32% |
| Kitchen/Nook | 11,775.44 | 11.72% |
| Sitting | 4,499.66 | 4.48% |

| | | |
|---|---:|---:|
| **Area Subtotal:  Main Level** | 70,880.91 | 70.56% |
| **Subtotal of Areas** | 100,454.50 | 100.00% |
| **Total** | 100,454.50 | 100.00% |

 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| APPLIANCES | 4,825.51 | 3.91% |
| CABINETRY | 3,629.77 | 2.94% |
| CLEANING | 2,508.69 | 2.03% |
| CONTENT MANIPULATION | 1,542.00 | 1.25% |
| GENERAL DEMOLITION | 9,983.25 | 8.10% |
| DOORS | 768.85 | 0.62% |
| DRYWALL | 10,283.65 | 8.34% |
| ELECTRICAL | 11,324.97 | 9.18% |
| FLOOR COVERING - CARPET | 1,880.89 | 1.53% |
| FLOOR COVERING - STONE | 1,132.09 | 0.92% |
| FINISH CARPENTRY / TRIMWORK | 6,874.77 | 5.57% |
| FINISH HARDWARE | 36.44 | 0.03% |
| FIREPLACES | 5,332.01 | 4.32% |
| HEAT,  VENT & AIR CONDITIONING | 8,812.57 | 7.15% |
| INSULATION | 2,581.46 | 2.09% |
| LIGHT FIXTURES | 5,047.90 | 4.09% |
| LANDSCAPING | 250.00 | 0.20% |
| MARBLE - CULTURED OR NATURAL | 153.91 | 0.12% |
| PLUMBING | 9,407.07 | 7.63% |
| PAINTING | 6,795.77 | 5.51% |
| STAIRS | 291.49 | 0.24% |
| TILE | 1,515.64 | 1.23% |
| USER DEFINED ITEMS | 1,693.28 | 1.37% |
| WINDOW TREATMENT | 60.56 | 0.05% |
| **O&P Items Subtotal** | **96,732.54** | **78.44%** |

| Non-O&P Items | | Total | % |
|---|---|---|---|
| USER DEFINED ITEMS | | 3,721.96 | 3.02% |
| **Non-O&P Items Subtotal** | | 3,721.96 | 3.02% |
| O&P Items Subtotal | | 96,732.54 | 78.44% |
| Material Sales Tax | @   8.750% | 2,939.24 | 2.38% |
| Overhead | @   10.0% | 9,965.95 | 8.08% |
| Profit | @   10.0% | 9,965.95 | 8.08% |
| **Total** | | **123,325.64** | **100.00%** |



**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

1   4321-MACKSEY-METAIRI
    Date Taken: 2/3/2014
    Taken By: STEPHEN

    ADDRESS



2   4321-MACKSEY-METAIRI
    Date Taken: 2/3/2014
    Taken By: STEPHEN

    ENTRY/FOYER





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

3   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

ENTRY/FOYER



4   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

ENTRY/FOYER





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

5   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

ENTRY/FOYER



6   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

7   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE



8   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

9   4321-MACKSEY-METAIRI
    Date Taken: 2/3/2014
    Taken By: STEPHEN

    LIVINGROOM/FIREPLACE



10  4321-MACKSEY-METAIRI
    Date Taken: 2/3/2014
    Taken By: STEPHEN

    LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

11   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE



12   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

13   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE



14   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

15   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE



16   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LIVINGROOM/FIREPLACE





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

17   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     HALLWAY



18   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     HALLWAY





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

19   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY



20   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

21   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY



22   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

23   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY



24   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

HALLWAY





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

25   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1



26   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

27   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1



28   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

29    4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1



30    4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM1





## Moss and Associates

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

31  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.1



32  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

33   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.1



34   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

35   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.2



36   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET1.2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

37   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2



38   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

39   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2



40   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

41   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2



42   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

43   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BEDROOM2



44   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET 2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

45   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET 2



46   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

CLOSET 2





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

47   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     CLOSET 2



48   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

49   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1



50   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

51   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1



52   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

53   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1



54   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

55   4321-MACKSEY-METAIRI

Date Taken: 2/3/2014

Taken By: STEPHEN

BATHROOM1



56   4321-MACKSEY-METAIRI

Date Taken: 2/3/2014

Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

57   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1



58   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

59   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1



60   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

BATHROOM1





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

61   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LINEN CLOSET



62   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LINEN CLOSET





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

63   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LINEN CLOSET



64   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

65   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM



66   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

67   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM



68   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

69   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM



70   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BEDROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

71   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH



72   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

73   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH



74   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

75   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH



76   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

77   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH



78   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

79   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH



80   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

MASTER BATH





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

81   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

WALK-IN CLOSET



82   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

WALK-IN CLOSET





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

83   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

WALK-IN CLOSET



84   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

WALK-IN CLOSET



 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

85   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     WALK-IN CLOSET



86   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     LAUNDRY ROOM




**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

87   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM



88   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

89   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM



90   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

91   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM



92   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

93   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM



94   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

LAUNDRY ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

95   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     KITCHEN/NOOK



96   4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

97   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



98   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

99   4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



100  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

101  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



102  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

103  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



104  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



 **Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

105  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



106  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

107  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK



108  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

KITCHEN/NOOK





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

109  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM



110  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

111  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM



112  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

113  4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     SITTING ROOM



114  4321-MACKSEY-METAIRI
     Date Taken: 2/3/2014
     Taken By: STEPHEN

     SITTING ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

115  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM



116  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

SITTING ROOM





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

117  4321-MACKSEY-METAIRI
      Date Taken: 2/3/2014
      Taken By: STEPHEN

      EXTERIOR/ATTIC



118  4321-MACKSEY-METAIRI
      Date Taken: 2/3/2014
      Taken By: STEPHEN

      EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

119  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



120  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

121  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



122  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

123  4321-MACKSEY-METAIRI

Date Taken: 2/3/2014

Taken By: STEPHEN

EXTERIOR/ATTIC



124  4321-MACKSEY-METAIRI

Date Taken: 2/3/2014

Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

125  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



126  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

127  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



128  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

129  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



130  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





**Moss and Associates**

2101 N. Andrews Ave., Suite 300
Ft. Lauderdale, FL 33311
Toll Free: (888) 91-MOSS-USA
Main: (954) 524-5678
Fax: (954) 563-8681

131  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC



132  4321-MACKSEY-METAIRI
Date Taken: 2/3/2014
Taken By: STEPHEN

EXTERIOR/ATTIC





# Exhibit 10

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

| Bill To: |
|---|
| Toni Macksey |
| 4321 Lucerne St. |
| Metairie, LA |

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 06/06/17 | 1324 | 1 | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Deposit | Customer Deposit on Job | | 5,682.15 | 5,682.15 |
| Deposit | Customer Deposit on Job | | -5,682.15 | -5,682.15 |
| | | | Total | $0.00 |

PAID

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

Bill To:

Toni Macksey
4321 Lucerne St.
Metairie, LA

| Date | Invoice No. | P.O. Number | Terms | Project |
|------|-------------|-------------|-------|---------|
| 06/06/17 | 1325 | 2 | | |

| Item | Description | Quantity | Rate | Amount |
|------|-------------|----------|------|--------|
| 01 DEMO | 30 % due at Demo/Clean/GFA | | 32,388.30 | 32,388.30 |
| | | | Total | $32,388.30 |

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

| Bill To: |
| --- |
| Toni Macksey |
| 4321 Lucerne St. |
| Metairie, LA |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 08/11/17 | 1326 | 3 | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Cabinetry | 2nd and final payment - Prosource cabinets | | 10,121.74 | 10,121.74 |
| Plumbing | 20% mark-up JES | | 3,100.00 | 3,100.00 |
| Drywall | Insulation Drywall Hung- Milestone #2 30% | | 32,195.35 | 32,195.35 |
| | | | Total | $45,417.09 |

# J.E.S., Inc.

730 Napoleon Avenue
New Orleans, LA 70115
**PH:** 504-301-1402
**FAX:** 504-373-5104

| Bill To: |
| --- |
| Toni Macksey |
| 4321 Lucerne St. |
| Metairie, LA |

| Date | Invoice No. | P.O. Number | Terms | Project |
| --- | --- | --- | --- | --- |
| 10/23/17 | 1332 | 4 | | |

| Item | Description | Quantity | Rate | Amount |
| --- | --- | --- | --- | --- |
| Final Bill | All extras: tile, sink, labor,knobs, granite, attic door | | 35,487.00 | 35,487.00 |
| credit | hvac, appliance, carpet, alarm | | -14,198.00 | -14,198.00 |
| | | | Total | $21,289.00 |

# Exhibit 11

# Exhibit 12

# Post Remediation Verification Report

## *4321 Lucerne St., Metairie, LA 70006*

GC/Remediation Contractor:
J.E.S., Inc.

Prepared for:
Toni Macksey

HHS Inspector(s):
Shawn Macomber





**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

July 10, 2017

Toni Macksey
4321 Lucerne St
Metairie, LA 70006

RE:   Chinese Drywall PRV Report Number: Mackey_4321
      Property:   4321 Lucerne St
                  Metairie, LA 70006

Dear Mrs. Macksey:

At your request, a series of inspections of the building located at the above referenced property was performed on June 28, 2017 in order to confirm the remediation of Chinese (corrosive) drywall.  The purpose of this oversight is to confirm that the remediation meets the guidance requirements as described in the Remediation Protocol , Exhibit F to the Settlement Agreement Regarding Claims Against Knauf Defendants in MDL No. 2047 .

Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on visual inspections of the accessible materials and not an exhaustive technical evaluation.

Based on our visual observations the remediation of this property included the removal of drywall, insulation, HVAC and other associated home components identified as having been affected by Corrosive Drywall (CDW.)

Healthy Home Solutions, LLC is of the opinion that the remediation was successful.

An Environmental Consultant Certificate for this property was issued on July 10, 2017. A copy of this certificate is included with this report.

We trust that this report meets or exceeds your expectations. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance.

Sincerely,

Shawn Macomber, CDDC, CIE
For Healthy Home Solutions, LLC



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Remediation Report

## Certification of the Inspector(s)

The undersigned do hereby certify that, to the best of our knowledge and belief:

- The statements of fact contained within this report are true and correct.

- We have no present or prospective interest in the property that is the subject of this report and we have no personal interest with respect to the parties involved. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- The information in this report is based on the existing conditions of the structure's materials, documents, and information (written or verbal) supplied by contractor, the owner or their representatives, and our observations during the inspection.

- Our compensation or engagement in this assignment is not contingent upon the development or reporting of a predetermined conclusion that favors the cause of the client, the remediator, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this report.

- Any use of this report by any other parties without our expressed or written consent is prohibited. Should another individual or entity rely on this analysis or its conclusions without our consent, they shall indemnify Shawn Macomber & Healthy Home Solutions, LLC, its employees, and service providers from all damages, losses or expenses that may occur as a result of its use.

- Our report is based on information made available to us at this time. Should additional information become available, we reserve the right to determine the impact, if any, of the new information on our opinions and conclusions and to revise our opinions and conclusions if necessary and warranted by the discovery of additional information.

Shawn Macomber, CIE #1009014



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

# Purpose of The Report

The purpose of this inspection report is to provide the client with properly documented findings for the subject property as it pertains to the remediation of defective drywall.

A summary of the three (3) inspection phases is presented below.

### Demolition Inspection

Purpose of inspection: to validate and insure the home or building is HEPA cleaned in preparation for any deodorizing process. Third-party inspection to validate removal of all identified components including drywall, electrical, HVAC, gas any other components identified in Scope of Work.

### Dust Inspection

Purpose of inspection: to validate the removal of all visible dust and debris that could resemble drywall.

### Chemical/Odor Inspection

Purpose of inspection: to validate chemical/air stabilization product applications and interior conditions prior to rebuild. Building must be secured with no air movement for a minimum of 8 hours prior to odor detection inspection. No odor consistent with CDW should be detectable by inspector(s) upon 1st entry to sealed building or during any subsequent inspection of the premises.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Case Narrative

## Information Summary (Obtained from Client):

### Building Info:
**Remediation Contractor:** J.E.S., Inc.
**Remediation Completion:** June 2017
**Square Footage:** 1742
**Framing Material:** wood framing
**Number of HVAC units:** 1
**Number of Water Heaters:** 1

### Location of CDW within the home:
Upon Shawn Macomber's visit to the home on June 28, 2017 all drywall demolition had been completed. Some very limited debris was identified and addressed during the inspection process.

### Preservation of Evidence:
No preservation of evidence was performed as part of this remediation.

### Key Personnel:
**Remediation/Cleaning Contractor:** Jeremy Daigrepont (J.E.S., Inc.)

**Project Manager:** Jeremy Daigrepont (J.E.S., Inc.)

**Lead Consultant:** Shawn Macomber (for HHS, LLC)



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Scope of Work:

**Drywall:**

<u>All</u> possible problem drywall is to be removed from walls and ceilings in structure.

**Electrical:**

<u>All</u> switches and outlets are to be removed. All smoke detectors and interior breakers removed. All electrical wiring to be removed. Fixtures to be evaluated by electrical contractor and re-used if no evidence of damage are observed.

**HVAC:**

All ductwork is to be removed and replaced. HVAC unit(s) to be evaluated by HVAC contractor and replaced (as needed.)

**Plumbing:**

All copper plumbing components and fixtures to be cleaned and evaluated by plumbing contractor.  Replace, as plumbing contractor deems necessary.

**Low Voltage/Alarm System:**

All low voltage wiring should be replaced. All smoke alarms and Carbon Monoxide Detectors should be replaced throughout.

**Dust control:**

All drywall debris should be removed and discarded in an appropriate vessel. HEPA vacuums should be used as well as damp wiping to remove all dust from within demolition area.

**Anti-Microbial:**

Though not required, it is recommended that an antimicrobial product be used for damp wiping surfaces. The anti microbial should have an oxidizing effect when used with Sulfur gasses and be designed to sanitize the surface of any Sulfur Reducing Bacteria that may or may not be present after CDW removal.

**Air Stabilization:**

Once dust inspection is complete and no visible dust remains the application of an air stabilization product such as NanoScale's OdorKlenz may be applied to all surfaces that had or could have had direct contact with CDW. Other products are available and on the market, but should have data to support the effectiveness on CDW and Sulfur based gasses. In some cases, an extended "air out" period may be effective at removing residual odor.



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Inspector's Observations:

### Demolition (Replace):

**Interim Remediation Guidance for Homes with Corrosion from Problem Drywall 1 by the Consumer Product Safety Commission and the Department of Housing and Urban Development April 2, 2010**

"Where a house has been identified as having problem drywall, the scientific and practical challenges to finding individual problem sheets of drywall remain. Until such challenges are overcome, this Interim Remediation Guidance calls for the general replacement of drywall in an identified home. If a portion of the drywall in a home can be reasonably identified not to be problem drywall, because it is known to have been installed prior to the relevant time period (i.e., before 2001) and there are no other corroborating conditions, as provided in the Task Force's interim guidance on identification, indicating that the drywall is problem drywall, one option is to leave that drywall in place.

Replacement of all fire safety alarm systems, electrical components and wiring, gas service piping and fire suppression sprinkler systems should address the metal components in the home at greatest risk of being affected by drywall-induced corrosion in a way that may affect the occupants' safety."

- *DRYWALL: All drywall was removed from the walls and ceiling throughout building.*
- *INSULATION: All insulation was removed from building.*

### Demolition (Replace or Reinstall):

Several items in the scope of work were identified as "to be evaluated." Tradesmen from the respective disciplines are asked to determine the necessary steps required to return the equipment to "like new" condition.  This option for evaluation is only open to those items that do not constitute a "life safety" issue as identified by the CPSC.

- *PLUMBING: All copper components were removed to just above the slab. What remained appeared clean and free of any blackening..*
- *HVAC: The Air handling unit and were removed at the time of the inspection. Insulated flexible ductwork had been removed and discarded at time of inspection.*
- *ELECTRICAL: All, outlets and switches and wiring were removed. All electrical breakers (exterior panel) remained in panel at time of inspection.*

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com



**Healthy Home Solutions, LLC**

*You deserve a
Healthy Home*

- *FLOORING: Wood and tile flooring was protected and
  remained in place through the remediation and
  reconstruction.*

## Visual dust and debris inspection:

All known CDW remediation protocols and the scope of work as identified in this
report include the removal of all CDW as well as any associated dust and debris. As
part of this inspection all areas are carefully observed and documented. A "black
glove" may be implemented to identify white drywall dust. Compressed air may also
be used to ferret dust from small crevices.

> *On June 28, 2017 Shawn Macomber met Jeremy Daigrepont at the
> property.  Beginning at the front entry and working clockwise, all
> surfaces were observed carefully. Any dust, debris or residue was
> clearly marked. Mr. Daigrepont used a vacuum and damp cloths in
> areas of concern such that upon a second pass all marked locations
> were sufficiently cleaned and showed no visual evidence of dust or
> debris.*

## Odor associated with reactive drywall:

Though it has been reported that reactive drywall has a "rotten egg", CDW odor is
more often recognized as a "burnt match" or "fireworks" smell. This inspection should
be performed upon first entry to the home after it has been vacant and sealed with no
artificial air movement inside. No odor should be detectable in the building upon
entry or during the duration of any subsequent inspections.

> - *Windows and doors were opened on a regular basis in order to "air
>   out" the building prior to reinstalling any drywall.*
> - *At no time during the inspection period was an odor consistent
>   with CDW observed.*
> - *NanoScale Odor Klenz was applied to the bare studs and sheathing
>   in accordance to manufacturer recommendations..*



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

## Documentation

**Preservation of Evidence:**

Evidence gathered as part of the CDW remediation should be done according to MDL 2047 Pre-trial order 1(B). This evidence should then be delivered to a responsible party under the security of a Chain of Custody.

> *Healthy Home Solutions, LLC did not perform any preservation services for this building nor are we aware of any being performed.*

**Written Report:**

A written report is a record of the remediation of this property.  This report is transferred digitally and in hard copy format to the client.

> *This report contains written testimony to the completion of the remediation of the CDW from the identified property. This report is an effective way of communicating to interested parties the completion of a successful CDW remediation.*

**Photographic:**

Digital cameras are used to document the remediation process from start to finish. Photos are marked with date and titles indicating the location and job #.

> *36 photos for HHS, LLC during the course these inspections. These photos are included as photo contact sheets.*



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

## Photo Exhibit – Post Remediation Verification (PRV)



**Figure 1: All drywall removed from walls and ceilings. Wood and tile floors remained in place during remediation.**



**Figure 2: After inspection, all surfaces appeared clear of all visible drywall dust and debris.**

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com

**10**



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit – Post Remediation Verification (PRV)



**Figure 3: Finished plywood at bar was protected and remained in place through remediation.**



**Figure 4: Technicians addressed minor amounts of dust that were identified during the inspection imediately.**

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a Healthy Home*

Photo Exhibit – Post Remediation Verification (PRV)



Figure 5: Copper remained in place where it entered the slab. It appeared clean and free of blackening.



Figure 6:PVC and ABS plumbing drain lines remained in place through remediation.

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com

12



**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

Photo Exhibit – Post Remediation Verification (PRV)



**Figure 7: White haze on wood is where the Nanoscale Odor Klenz was sprayeed to neutralize and prevent odor..**



**Figure 8: Insulation, drywall and ductwork was all removed at the time of the inspection.**

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com



# Healthy Home Solutions, LLC

*You deserve a
Healthy Home*

Photo Exhibit – Post Remediation Verification (PRV)



**Figure 9: NanoScale OdorKlenz was used for odor stabilization.**



**Figure 10:Bucket with label of OdorKlenz.**

**Healthy Home Solutions, LLC**
**(985) 710-3789**
healthyhomesolutionsllc@gmail.com

**14**



## Healthy Home Solutions, LLC

*You deserve a Healthy Home*

# Conclusion

Based on our visual observations, personal experience and knowledge of the current state of the industry, Healthy Home Solutions, LLC is of the opinion that Sulfur gas producing drywall (CDW) is **not present** in the subject property.

If further information should become available concerning or relevant to the conclusions drawn herein, HHS reserves the right to review and amend this report, if appropriate.





**Healthy Home Solutions, LLC**

*You deserve a Healthy Home*

# Attachments

1. Photo Contact Sheet

2. Contractor's Certification

3. Drywall Disposal Certification

4. Environmental Consultant Certificate



**IMG_0503.JPG**

June 28, 2017 at 3:49:21 PM



**IMG_0504.JPG**

June 28, 2017 at 3:49:27 PM



**IMG_0505.JPG**

June 28, 2017 at 3:50:47 PM



**IMG_0506.JPG**

June 28, 2017 at 4:09:18 PM



**IMG_0507.JPG**

June 28, 2017 at 4:09:30 PM



**IMG_0508.JPG**

June 28, 2017 at 4:09:40 PM



**IMG_0509.JPG**

June 28, 2017 at 4:09:46 PM



**IMG_0510.JPG**

June 28, 2017 at 4:09:57 PM



**IMG_0511.JPG**

June 28, 2017 at 4:10:05 PM



**IMG_0512.JPG**

June 28, 2017 at 4:10:10 PM



**IMG_0513.JPG**

June 28, 2017 at 4:10:18 PM



**IMG_0514.JPG**

June 28, 2017 at 4:10:23 PM



**IMG_0515.JPG**

June 28, 2017 at 4:10:30 PM



**IMG_0516.JPG**

June 28, 2017 at 4:10:36 PM



**IMG_0517.JPG**

June 28, 2017 at 4:10:51 PM



**IMG_0518.JPG**

June 28, 2017 at 4:10:59 PM



**IMG_0519.JPG**

June 28, 2017 at 4:11:06 PM



**IMG_0520.JPG**

June 28, 2017 at 4:11:17 PM



**IMG_0521.JPG**

June 28, 2017 at 4:11:25 PM



**IMG_0522.JPG**

June 28, 2017 at 4:11:33 PM



**IMG_0523.JPG**

June 28, 2017 at 4:11:41 PM



**IMG_0524.JPG**

June 28, 2017 at 4:11:46 PM



**IMG_0525.JPG**

June 28, 2017 at 4:11:55 PM



**IMG_0526.JPG**

June 28, 2017 at 4:11:59 PM



**IMG_0527.JPG**

June 28, 2017 at 4:12:03 PM



**IMG_0528.JPG**

June 28, 2017 at 4:12:16 PM



**IMG_0529.JPG**

June 28, 2017 at 4:12:29 PM



**IMG_0530.JPG**

June 28, 2017 at 4:12:46 PM



**IMG_0531.JPG**

June 28, 2017 at 4:12:59 PM



**IMG_0532.JPG**

June 28, 2017 at 4:13:13 PM



**IMG_0533.JPG**

June 28, 2017 at 4:13:25 PM



**IMG_0534.JPG**

June 28, 2017 at 4:13:37 PM



**IMG_0535.JPG**

June 28, 2017 at 4:46:49 PM



**IMG_0536.JPG**

June 28, 2017 at 4:47:00 PM



**IMG_0537.JPG**

June 28, 2017 at 4:54:13 PM



**IMG_0538.JPG**

June 28, 2017 at 4:58:41 PM

Contractor Certification (Exhibit F-1-6)

## CONTRACTOR CERTIFICATION

I certify that all drywall, including all debris and visible dust, electrical wiring, fire safety and home security equipment, and copper gas lines have been removed in accordance with the

Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against the Knauf Defendants in MDL No. 2047. Completion of removal work has been confirmed by a visual inspection of all surfaces in the work area and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. Evaluation for odor was performed at first entry to the property after it had been vacant and with all windows and doors closed for a period of at least 8 hours.

Contractor Name: JES IWc.

By:
(Signature) _____         Date 6-28-17

(Print Name) Jeremy Daigrepont

(Print Title) C.E.O.

Toni Macksey
4321 Lucerne St.
Metairie, LA 70006

403784

Drywall Disposal Certification

## DRYWALL DISPOSAL CERTIFICATION

I certify that, pursuant to Section 4.3.2.3 of the Settlement Agreement Regarding Claims against the Knauf Defendants in MDL No. 2047, in disposing all drywall removed from the below listed property, I have complied with all applicable waste disposal regulations of the jurisdiction in which the property is located. Attached hereto are all documents evidencing such disposal.

Property Address: 4321 Lucerne St. Metairie, LA 70006

Contractor Name: JES

By:
(Signature) Jeremy Daigrepont     Date 6-28-17

(Print Name) Jeremy Daigrepont

(Print Title) C.E.O

409010

# Environmental Certificate

Property Address:_____

Remediation Contractor:_____

I certify that I have verified the Contractor's certification that all drywall has been removed, including all debris and visible dust, as set forth in the Remediation Protocol, Exhibit F to the Settlement Agreement Regarding Claims Against Knauf Defendants in MDL No. 2047. This certification is based upon an independent visual inspection of all surfaces in the work are and any adjacent areas (including but not limited to, floor, walls, ceiling, wall cavities, trusses, joists, studs, pipes, beams, ledges, and framing) that found no dust, debris or residue. Also there was no detectable odor of Chinese drywall at the completion of removal and cleaning work and prior to the start of new drywall installation. In addition, the atmosphere in the house was found to be representative of the atmosphere in houses built without "problem" drywall.

Inspector:_____

Consultant:
(Signature)_____     Date: _____

(Print Name) _____

(Print Title)_____

Healthy Home Solutions, LLC
ph: 985-710-3789
healthyhomesolutionsllc@gmail.com

# Exhibit 13

## OWNER DISCLOSURE AFFIDAVIT

**Toni Macksey**

Owner name: _____

Affected Property address: _____ 4321 Lucerne, Metairie, LA

Purchase date and price of Affected Property: _____

List the manufacturers of all drywall found in the Affected Property: _____

_____

_____

Move-out date: _____

Move-in date: _____

Storage expenses paid: _____

Moving expenses paid: _____

Utility expenses paid: _____

Alternative living expenses paid: _____

Total cost of construction paid: _____

Total claim: _____

General Contractor name and phone #: J.E.S., Inc. 504-301-1402 (2)

Total amount paid to general contractor: $113,643. 00/xx

Affected Property air conditioned square footage: 1614.75

Was Owner aware of the defective drywall before purchasing the Affected Property: _____

_____

_____

Please describe the remediation of the Affected Property.  If you removed and reused an item, please circle 'reused'.  In the event that you replaced an item, with another of the same material and quality please circle 'replaced'.  In the event that you replaced and upgraded an item, please note at the end of this form and leave that item blank.  Circling 'replaced' indicates that you replaced the items with one of equal value.

**Kitchen cabinets:**                    Reused          Replaced

Owner Initial _____ Contractor Initial _____

**Kitchen countertop:**                               Reused            (Replaced)

If replaced indicate material:        Formica        Corion        Tile        (Granite)

**Kitchen Plumbing Fixtures:** (Faucets, sink)        Reused        (Replaced)

**Kitchen floor:**                                    Reused            Replaced

**Appliances:**                                       Reused        (Replaced)

If replaced, please list appliance manufacture and model: _____

_____

_____

_____

**Bathroom cabinets:**                                Reused            Replaced

**Bathroom tops:**                                    Reused            Replaced

If replaced indicate material:  Formica        Cultured Marble        Tile        Granite

**Bathroom flooring:**                                Reused            Replaced

**Bathroom enclosures:**                              Reused        (Replaced)

**Bathroom lighting:**                                Reused        (Replaced)

**Bathroom Accessories** (towel bars, etc.):          Reused        (Replaced)

**Bathroom Mirrors:**                                 Reused        (Replaced)

**Tub:**                                              Reused        (Replaced)

If replaced indicate master bath tub type:    (Fiberglass)    Steel        Jacuzzi

**Plumbing fixtures** (toilets, sinks):               Reused        (Replaced)

If replaced please provide description of original manufactures:

_____

_____

**Plumbing faucets:**                                 Reused        (Replaced  .)

If replaced please provide description of original manufactures:

_Glacier Bay - Bath Faucet_
_Glacier Bay - Kitchen Faucet - Copper feed lines_

**Plumbing lines:**                                   Reused            Replaced

If replaced indicate material:        (Copper)        CPVC        (PEX)

Owner Initial _____    Contractor Initial _____

**Base boards:**                                   Reused        ⬭Replaced⬭

**Interior doors:**                        ⬭Reused⬭        Replaced

If replaced indicate:        Hollow core 6' 8" doors    Hollow core 8' doors    Solid core 8' doors

**Window wood molding:**              N/A    Reused    ⬭Replaced⬭

**Crown molding:**                    N/A    Reused    ⬭Replaced⬭

If replaced please indicate original locations:

Foyer/entry, living Room

---

**Chair Rail:**                      ⬭N/A⬭    Reused    Replaced

If replaced please indicate original locations:

---

**Tile flooring:**                    N/A    Reused    Replaced

If replaced please indicate locations of tile floors:

---

**Marble Flooring:**                  N/A    Reused    ⬭Replaced⬭

If replaced please indicate locations of marble floors:

MAtch to marble fireplace Surround, fireplace had to be removed.

**Wood Flooring Type:**          N/A    ⬭Wood⬭    Pergo/float

**Wood flooring:**               N/A    ⬭Reused⬭    Replaced

If replaced please indicate locations of wood floors:

Living Room, Dining Room, HAllWAy

---

**Carpet:**                              Reused    ⬭Replaced⬭

Owner Initial _____    Contractor Initial _____

If replaced please provide description of original manufactures:

_____

_____

If replaced please indicate locations of carpet:

*Three BedRooms.* _____

**HVAC replacement:**   (Ducts)  (Coils)  (Air handler (interior))  (Condenser(exterior))

**HVAC manufacturer:**  *goodman* _____

**Insulation:**                                    Reused        (Replaced)

**Electrical fixtures:**                       Reused        (Replaced)

**Electrical wiring:**                         Reused        (Replaced)

**Electrical fans:**

If replaced please indicate how many and which rooms:

_____

**Stair rails:**                        (N/A)        Reused        Replaced

**Window sills:**                                     Reused        Replaced

If replaced indicate original material:        Wood        Marble        Drywall

**Alarm system:**              N/A        Reused        (Replaced)

Fire suppression system:      N/A        Reused        (Replaced)

**Intercom:**                        (N/A.)        Reused        Replaced

**Surround sound:**              (N/A.)        Reused        Replaced

**Wall papers:**                    (N/A)                      Replaced

**Interior paint:**                            Total colors used: _*3*___

Additional construction related items replaced:

*Attic StAiRS* _____

_____

_____

Owner Initial _____   Contractor Initial _____

Personal items replaced:

60 " Flat Screen TV

Items that were upgraded and deducted from construction replacement cost:

The following items should have been produced given the nature of the remediation project and will help us confirm the remediation costs associated with your property. Please provide the additional supporting documents listed below:

1. Photographs and/or video images of all drywall removed from the Affected Property during remediation. If your claims are pending in *In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047, where available, such submission shall be in the form required by MDL Pretrial Order 1B. If your claims are pending in state court, such submission shall comply with the state court's rules regarding the preservation of evidence.

2. Any evidence of KPT Chinese Drywall or Non-KPT Chinese Drywall in the Affected Property prior to remediation.

3. Proof of corrosion or other evidence that the KPT Chinese Drywall was reactive.

4. Interior photographs of the Affected Property immediately prior to the commencement of, and following completion of, the remediation, including photographs and/or video images of the flooring and major components such as cabinets, moldings, doors, intercom systems, and fixtures for every room and bathroom, and, to the extent possible, security systems, appliances and audio such as surround sound.

   a. The photographs do not need to be pictures taken specifically for the litigation. For example, family photographs or photographs taken for purposes of refinancing a mortgage are acceptable in the absence of other photographs.

5. The remediation contract and an itemization from the contractor who performed the remediation work of the materials used during the remediation, including, but not limited to, manufacturer, model number, and quantity.

Owner Initial _____   Contractor Initial _____

6. An itemized invoice from the contractor who performed the remediation work ("Itemized Invoice").

7. Proof of payment of the Itemized Invoice and any other expenses, such as cancelled checks, credit card statements, etc.

8. A floor plan of the Affected Property with dimensions.

9. An Environment Certificate.

Please note that this is not a comprehensive list or final request and the Knauf Defendants may request additional documentation such as cancelled checks, receipts or photographs in the future.

Owner Initial _____ Contractor Initial _____

I declare under penalty of perjury under the laws of the United States that all of the information provided in this Owner Disclosure Affidavit is true and correct to the best of my knowledge, information and belief. I further declare that I have supplied all the documents requested in this Owner Disclosure Affidavit, to the extent that such documents are in my possession or in the possession of my lawyers. Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

Date: _____

Homeowner Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Date: _____

Contractor Signature: _____

Subscribed and sworn to before me on

_____

Notary Public

My commission expires on

Owner Initial _____ Contractor Initial _____



# MOREAU'S
## Thermal Services, Inc.

*Air Conditioning • Heating • Indoor Air Quality • Insulation*

**504-737-3600**

Fax: 985-649-8004

200 Joseph Street
Slidell, LA  70458

Commercial • Residential
Installations • Sales • Service

*"Commitment to Quality"*

www.WhySweat.com

**985-781-6333**

LA Lic#51545

SHANE MOREAU
Licensed Owner

---

J.E.S. Construction                                                                              6/7/2017
Re: Macksey Family
4321 Lucerne St, Metairie, LA

## <u>PROPOSAL</u>

Remove and dispose of the existing A/C equipment & ductwork and replace with new.
The xactimate for the replacement HVAC system cost from 2014 has changed from $8,812.57.
The changes include equipment increases, efficiency & mechanical code requirements for 2017.
The new price to replace the 5 ton electric HVAC system and ductwork is listed below.

- Goodman 5 Ton 14 seer condenser  R410 Refrigerant  Model# USX14060
- Amana 5 Ton Air Handler Model# ASPT60D
- Goodman 20kw Heater Kit  Model# HKSC20
- Ductboard Return & Supply air plenums
- Secondary drain pan & safety float switches
- Insulated copper lineset
- R-6 foil flex ductwork, ceiling boxes and grilles
- Low voltage wiring
- Honeywell programmable digital thermostat
- Bathroom & sidewall drier vent
- 10 year parts, 10 year compressor, 10 year Coil, 1 year labor

| Total Labor & Materials: | $ 10,700.00 |
|---|---|

Payment Terms:  35% due on signing for ordering of equipment and materials, 35% upon rough in, 30% upon job completion.

_____                    _____
Client Signature                                                                              Date

Moreau's Thermal Services, Inc., is not responsible for the performance, operation or condition of existing HVAC equipment, accessories or ductwork, any framing changes, plaster or concrete cutting, plumbing or electrical work that may be needed to supply the system, other than what is specified in the above quote. Any demolition or work outside of original scope will be priced as additional. This is a quote only and not an invoice.  Quotes and all pricing are valid for 30 days and are subject to change without notice, due to equipment increasing beyond our control. All prices are cash or check only.  Fees will be applied to all financing & credit card charges.

# Exhibit 14

# Plaintiff Fact Sheet

Plaintiff: _Toni G Macksey_

Property Address: _4321 Lucerne St, Metairie, LA 70006_

## Question #18 Itemization (Personal Property Damage)

| # | Description of Damaged Item | Value ($) |
|---|---|---|
| 1 | Fridgedaise 2 door Refrigerator/Freezer | 2,159 00 |
| 2 | " Dishwasher | 899 00 |
| 3 | " Gas Stove/Self Cleaning + Convection | 2,149 00 |
| 4 | " Microwave with Vent | 649 00 |
| 5 | Cuisenart Coffee Maker | 99 00 |
| 6 | " 14 cup Food Processor | 199 00 |
| 7 | 60" Smart TV Samsung | 1,200 00 |
| 8 | 32" Samsung | 200 00 |
| 9 | Maytag Steam | 800 00 |
| 10 | Maytag Top Load HE Washer | 700 00 |
| 11 | Toch Alarm System/Fire + Gas Monitor | 3,600 00 |
| 12 | BoseWave Music System | 499 00 |
| 13 | Bose Home Theater System | 999 00 |
| 14 | A/C + Heating System | 13,000 00 |
| 15 | Jacuzzi Brand Jetted Tub (Master Bath) | 2,600 00 |
| 16 | Hot Water Heater (Rheem) 50 gal (w.say) Electric | 800 |

_Professional Series_

| 17 | 5 Hunter Ceiling FANS | $800 00 |
| 18 | 3 Table Lamps | $400 00 |
| 19 | 1 Floor Lamp | $60.00 |
| 20 | 3 MIRRORS   CONSERV. AVG. $100 CA | $300 00 |
| 21 | Dell Thin/Lightweight Laptop (Inspiron) | $299 00 |
| 22 | Apple iPhone 5S | $170 10 |
| 23 | 1 Comfort-Electric Multi Position Queen Matress | $3600 00 |
| 24 | 2-1 Comfort-Pillows   Queen  $85 ea | $170 00 |
| 25 | 4 set ATFT Wireless Phone | $199 00 |
| 26 | Air Purifyer | 500 00 |
| 27 | 3 SILVER RINGS | 300 00 |
| 28 | 1 SILVER CROSS | 175 10 |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | | |
| 35 | | |

Total: $ 57,285