# Exhibit F



**Healthy Home Solutions, LLC**

You deserve a Healthy Home

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: MACKSEY_4321
      **Property: 4321 Lucerne Street, Metairie, LA 70006**

Mr. Doyle:

At your request, the owner of the above property was contacted to schedule an inspection. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

A remediation has been performed on this property already. Healthy Home Solutions, LLC was provided with the attached report from Benchmark Remediation Group, LLC that included photos of drywall. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Previously Remediated |

Healthy Home Solutions, LLC was provided the attached documentation to determine a Living Space area of 1805.07 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC



January 9, 2014


Gregory Wallance
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022



Dear Mr. Wallance,

Please let me begin by thanking you for the opportunity to work with yourself and Kaye Scholer. Attached is the documentation for the inspection done at 4321 Lucerne Street Metairie, LA.

The purpose of this Phase 1 inspection was to identify contaminated drywall within the home, indentify whether the home had any KPT drywall and identify whether the plumbing, electrical and HVAC had any corrosion.

As a summary, we <u>have</u> identified corrosion of the copper wiring throughout the home. In addition, we <u>have</u> discovered the existence of KPT Drywall in the home. Please see our detailed report for further information or contact me should you have any questions.

Ms. Macksey is the homeowner.



Sincerely,

Mr. Karell Locay
President



# Phase I        Validation Form

Page: 2

**File Number:** 12982

**Date of Inspection:** January 9, 2014

**Home Address:** 4321 Lucerne Street Metairie, LA

**Community:** n/a

**Builders:** n/a

**Owner:** Macksey, Toni

**Benchmark Personel Present:** Joel B. Holton

**Types of Drywall Found In Houses:** KPT

**Type of Home:** One Story

**Odor Present:** Yes

**Number of Rooms:** 6

**Drywall Inspected:** Living Room, Dining Room, Master Bedroom, Attic, Bedroom 2, Bedroom 3

**Square Footage:** 1,800 Sq. Ft.

**Square Footage Source:** Assessor

**Is Floor Plan Available:** No

**Occupancy:** Occupied

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 2

## Phase I      Electrical

**Was Black Surface Accumulation Observed:** Yes

**How Many Outlets/Switches Were Observed:** 1

## Phase I      Plumbing

**Type of Water Line:** Copper

**Black Surface Accumulation Water Lines:** Yes

**Plumbing Fixtures Inspected:** Yes

## Phase I      HVAC

**Number of HVAC Units:** 1

**Black Surface Accumulation:** 1

## Phase I      Drywall Discovery

**The inspector checked for drywall manufacturer markings including the following:**
knauf-tianjin china-astm c36, knauf-tianjin c, the telltale yellow and blue paper end label on the knauf-tianjin board ends, knauf plasterboard natural

**Drywall Supplier:** INEX

**Percentages Drywall Manufactures Found:** 100% - KPT

**Manufacture and Percentage of Chinese Drywall Only:** 100% - KPT

**Combined percentages from two reports:** N/A



# Findings



Address



Front Elevation

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 4



Living Room Outlet Black Surface Accumulation



Living Room Drywall KPT



Dining Room Switch Black Surface Accumulation



Dining Room Drywall KPT



Master Bedroom Outlet Black Surface Accumulation



Master Bedroom Drywall KPT



Bedroom 2 Switch Black Surface Accumulation



Bedroom 2 Drywall KPT



Bedroom 3 Switch Black Surface Accumulation



Bedroom 3 Drywall KPT



Attic Drywall KPT



Kitchen Plumbing Fixture Pitted



Master Bathroom Plumbing Fixture Pitted



Master Bathroom Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted



Bathroom 2 Plumbing Fixture Pitted

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 12



HVAC Black Surface Accumulation



Water Heater Copper

Benchmark Remediation Group LLC. 2455 East Sunrise Blvd Suite 510 Ft. Lauderdale, FL 33304
954-635-2307 fax 954-635-2400 Info@Benchmarkremediation.com

Page: 13





Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1805.07 | 1805.07 |
| GAR | Carport | 362.61 | |
| | Garage | 524.41 | 887.02 |
| P/P | Cov Porch | 192.00 | 192.00 |

| LIVING AREA BREAKDOWN | | | |
|---|---|---|---|
| Breakdown | | | Subtotals |
| First Floor | | | |
| 38.4 | x | 41.2 | 1580.16 |
| 15.3 | x | 14.7 | 224.91 |