# Exhibit G



## J.B. HOLTON
### Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452

June 10, 2017

JES Construction
4321 Lucerne St.
Metairie, LA. 7006

Dear Sir or Madam:

Please let me begin by thanking you for the opportunity to work with you. Attached is the documentation for the Phase II demolition inspection and documentation done in accordance with Pre-Trial Order No. 1(I), Preservation of Physical Evidence at 4321 Lucerne Street, Metairie, LA. 70006.

The purpose of this documentation inspection was to identify contaminated drywall within the home, identify whether the home had any KPT drywall and document the percentage of each type of drywall that is present in the house.

As a summary, we <u>have</u> discovered the existence of KPT Drywall in the home.  We have determined the percentage of KPT drywall throughout the home is 100%.

Sincerely,

Joel B. Holton
Owner

**Documentation Inspection: Validation Form**

**Date:  6/8/2017**

**Home Address: 4321 Lucerne Street, Metairie, LA. 70006**

**Community:** N/A

**Builder:**  N/A

**Owner**: JES Construction

**Personnel Present:**  Joel B. Holton of J.B. Holton and Associates, LLC

**Name & Affiliation of others present:**     Demo Crew, JES Construction

**KPT Board Present:**              <u>Yes</u>                     No

**Type of Home:**                        <u>One Story</u>        Two Story        Three Story

**Odor Present:**                        <u>Yes    </u>                    No

**Bedrooms:**                            1      2      <u>3</u>      4      5      6      7

**Square Footage:**                    1,600



J.B. HOLTON Associates, LLC    1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452

**Documentation of Drywall Discovery**

The inspector was present throughout the entire drywall demolition process. The inspector checked for drywall manufacturer markings including foreign and domestic. Digital documentation of every sheet of drywall in the home at the time of the demolition reveals the following percentages:

**Percentage and manufacturer of Drywall Found throughout Home:**

KPT                                        100%



J.B. HOLTON
& Associates, LLC
1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452

## PHOTOGRAPHIC EVIDENCE



**Address**



**Front Elevation**



J.B. HOLTON
& Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452



**KPT**



**KPT**

J.B. HOLTON
& Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452



**Plumbing Black Surface Accumulation**



**Plumbing Black Surface Accumulation**

J.B. HOLTON
& Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452



**Electrical Black Surface Accumulation**



**Electrical Black Surface Accumulation**

J.B. HOLTON
& Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452



**HVAC Supply Line Black Surface Accumulation**

J.B. HOLTON
& Associates, LLC

1100 Poydras St., Ste. 2900, New Orleans, La. 70163 | (985) 201-2452