# Exhibit H











Master

Bath

A

















B















B





Lanndry

A





















































































































































































































