# Exhibit A

# CASH SALE

St. Tammany Parish 67
Instrmnt #: 1593212
Registry #: 1676361 EEM
12/4/2006 8:30:00 AM
MB    CB X MI    UCC

BY: **DESTINY CUSTOM HOMES, L.L.C.**

TO: **RONALD T. NATAL, SR. and MARIA SALVAGGIO NATAL**

**UNITED STATES OF AMERICA**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

BE IT KNOWN, that on this 21st day of November, 2006,

BEFORE ME, the undersigned authority, a Notary Public, duly commissioned and qualified within and for the above named Parish and State, and in the presence of the undersigned competent witnesses,

PERSONALLY CAME AND APPEARED:

DESTINY CUSTOM HOMES, L.L.C. (Fed. I.D. No. 41-2109463), a Louisiana limited liability company represented herein by Robert J. Levis by virtue of a unanimous agreement of all its members recorded as Instrument #1401643, records of St. Tammany Parish, Louisiana; its mailing address being:

P. O. Box 1529
Slidell, Louisiana 70459

who declared that it does by these presents, grant, bargain, sell, convey, transfer, assign, set over and deliver, with all legal warranties and with full substitution and subrogation in and to all rights and action of warranty which it has or may have against all preceding owners and vendors unto:

RONALD T. NATAL, SR. (SS# XXX-XX-4034) and his wife, MARIA SALVAGGIO NATAL (SS# XXX-XX-0377), both of lawful age, who declared unto me, Notary, that Ronald T. Natal, Sr. has been married twice; first to Sylvia Mouledous Natal, deceased, and second to Maria Salvaggio Natal who has been married but once and then to Ronald T. Natal, Sr. with whom she is living in lawful wedlock in St. Tammany Parish, Louisiana; their mailing address being:

1489 Lakeshore Boulevard
Slidell, Louisiana 70461

here present and accepting, purchasing for themselves, their heirs, successors and assigns, and acknowledging due delivery and possession thereof, the following described property, to-wit:

ALL THAT CERTAIN LOT OR PARCEL OF LAND, together with all buildings and improvements thereon, situated in St. Tammany Parish, Louisiana, and being more fully described as follows, to-wit:

LOT 75, LAKESHORE ESTATES, PHASE 1A-2.1, St. Tammany Parish, Louisiana.

All in accordance with Plat Map No. 2026 of said subdivision on file with the Clerk of Court for St. Tammany Parish, Louisiana.

4734 jb

Being part of the property acquired by Destiny Custom Homes, L.L.C. from Levis Homes, L.L.C. by act dated October 30, 2003, recorded as Instrument #1401639, records of St. Tammany Parish, Louisiana.

MUNICIPAL NO: 1489 Lakeshore Blvd., Slidell, LA 70461

(2005 Assessment #137-138-7227 in the name of Destiny Custom Homes, LLC)

TO HAVE AND TO HOLD the above described property unto the said purchasers, their heirs, successors and assigns forever.

THIS SALE IS MADE and accepted for and in consideration of the price and sum of ONE MILLION, THREE HUNDRED THOUSAND AND 00/100 ($1,300,000.00) DOLLARS cash, which the said purchasers have well and truly paid in ready and current money to the said vendor who hereby acknowledges the receipt thereof, and grants full acquittance and discharge therefor.

ALL STATE AND PARISH TAXES up to and including the taxes due and exigible in 2005 are paid; the responsibility for the payment of taxes not yet due and payable is assumed by the purchaser hereto.

THUS DONE AND PASSED in my office in Slidell, Louisiana, on the day, month and year herein first above written, in the presence of the undersigned competent witnesses, who hereunder sign their names with the said appearers and me, Notary, after reading of the whole.

WITNESSES:

Linda DeLaughter

Joyce Branaman

DESTINY CUSTOM HOMES, L.L.C.

BY _____
Robert J. Levis

_____
Ronald T. Natal, Sr.

_____
Maria Salvaggio Natal

_____
Denise D. Lindsey, Notary Public
LA Bar Roll #8581