# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Ronald & Maria Natal |
| Address of Affected Property | 1489 Lakeshore Boulevard |
| | Slidell, LA 70461 |
| Is this Property:* | (Residential)  Commercial  Governmental |
| Name of Person Completing this Form | Ronnie Natal |
| Is above your primary residence? | (Yes)  No |
| Mailing Address (if different) | |
| Phone: | ( 985 ) 960 - 1593 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | (Owner-Occupant)  Owner Only  Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Property & Casualty Insurance Company of Hartford |
| Policy #: | 55 RBC520716 |
| Agent: | |
| Address: | 200 HOP Meadow Street |
| | Simsbury, CT 06089 |
| Phone: | ( 800 ) 423 - 0567 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Ronald Natal | 11/21/06 | / / | (M)/ F | / / | Yes (No) | Owner - Occupant |
| Maria Natal | 11/21/06 | / / | M /(F) | / / | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Driskill Environmental Consultants, LLC

1.2. When did the inspection take place? 10/27/15

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Driskill Environmental Consultants, LLC

2.2. When was this determination made? 10/27/15

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA<br>ASTM C 36 | ceiling and walls |
| | | |
| | | |

### Section VI. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 8,123 | | | |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 12'+ | Year-round | X | |
| Number of Bedrooms: | 5 | Summer | | |
| Number of Bathrooms: | 5.5 | Winter | | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | 11/21/06 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Destiny Custom Homes, LLC

Address: P.O. Box 1529
Slidell, LA 70459

Phone: ( ) -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone: ( ) -

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| [signature] | 7/23/18 | | |
| [signature] Maria P. [illegible] | 7/23/18 | | |
| | | | |

This CONTINUATION Page With the Forms And Endorsements Listed Below CONTINUES Your HOMEOWNERS POLICY.


THE HARTFORD

INSURER: PROPERTY & CASUALTY INS. COMPANY OF HARTFORD
200 HOPMEADOW STREET, SIMSBURY, CT 06089

**DECLARATIONS**
PLIC 2004 HO     POLICY NO. 55 RBC520716

Named Insured and RESIDENCE PREMISES
NATAL, RONALD T & MARIA
1489 LAKESHORE BLVD
SLIDELL          LA 70461

Policy Period 12:01 A.M. Standard Time at the Residence Premises → FROM 04-16-15 TO 04-16-16   TERM: 1 YEAR

Producer Name:                                    CODE: 553780 SK
CUSTOMER SERVICE: 1-800-423-0567   CLAIM SERVICE: 1-877-805-9918

TOTAL POLICY PREMIUM:  $ 12,832.00

COVERAGE IS PROVIDED WHERE A LIMIT OF LIABILITY IS SHOWN FOR THE COVERAGE.

| COVERAGES | LIMIT OF LIABILITY |
|---|---|
| **SECTION I** | |
| A. DWELLING | $ 1,553,000 |
| B. OTHER STRUCTURES | $ 155,300 |
| C. PERSONAL PROPERTY | $ 1,164,750 |
| D. LOSS OF USE | $ 310,600 |
| **SECTION II** | |
| E. PERSONAL LIABILITY: EACH OCCURRENCE | $ 800,000* |
| F. MEDICAL PAYMENTS TO OTHERS: EACH PERSON | $ 6,000 |

DEDUCTIBLE - SECTION I: $ 5000 DEDUCTIBLE EXCEPT FOR A CALENDAR YEAR NAMED STORM DED EQUAL TO 2% OF COVERAGE A.

RATING INFORMATION:
  1 FAMILY FRAME DWELLING BUILT IN 2006
  STATE 17 TERR. 00047 PROTECTION CLASS 3 TAX CODE 0818
  FIRE PROTECTION PROVIDER ST TAMMANY FD 1 TERR A (P)
  WITHIN 1000 FEET OF A FIRE HYDRANT AND WITHIN 3 MILES OF A FIRE STATION
  INSIDE CITY LIMITS PREMIUM GROUP 1.00 T 10

COUNTERSIGNED BY  *Susan L. Castaneda*     AUTHORIZED AGENT

----CONTINUED ON PAGE 2----

FORM H-525 (9/03)                                    2094

```
                    DECLARATIONS (CONTINUED)              POLICY NO. 55 RBC520716

               NAMED INSURED:  NATAL,RONALD T & MARIA


FORMS AND ENDORSEMENTS NOW MADE PART OF THIS POLICY:
 (ENTRIES ON ENDORSEMENTS MAY BE LEFT BLANK IF SHOWN ELSEWHERE IN THE POLICY)
    HO 00 03    10 00   SPECIAL FORM                       BASIC PREMIUM $11,578.00
    HW 01 63    10 13   SPECIAL PROVISIONS - LOUISIANA           PREMIUM       NIL
    HO 04 96    10 00   NO SECT II COV-HOME DAY CARE BUSINESS    PREMIUM       NIL
    HW 01 03    06 03   AMENDATORY ENDORSEMENT                   PREMIUM       NIL
    HW 05 44    04 05   PROTECTORPLUS ZERO DEDUCTIBLE            PREMIUM       NIL
    HW 05 72    12 09   CALENDAR YEAR NAMED STORM DED            PREMIUM  INCLUDED
    HW 05 36    02 06   SENTINEL SILVER COVERAGE                 PREMIUM  INCLUDED
                        THE PERS LIAB LMT INCLUDES AN INCR OF $300,000 *
                        THE MED  PAY  LMT INCLUDES AN INCR OF $  1,000 *
                          HO 04 90 REPLACEMENT COST CONTENTS
                          HW 05 40 ADDITIONAL LIMITS LIABILITY COVERAGE   CAP 1.50
                          HO 04 53 CREDIT CARD INCR LIMITS INCR $ 500 TOTAL $ 1,000
                          HW 04 15 REFRIGERATED PRODUCTS   AMT $ 1,000
                          HO 24 81 PERSONAL INJURY - LOUISIANA
    HO 04 16    10 00   PREMISES ALARM OR FIRE PROT. SYSTEM    CREDIT $ 2,301.00
                        20 PERCENT CREDIT
    HO 03 42    01 05   LIMITED FUNGI, ROT OR BACTERIA COV       PREMIUM       NIL
                          $10,000 PROPERTY DAMAGE     $50,000 LIABILITY
    HW 01 01    06 03   LIFETIME CONTINUATION AGREEMENT          PREMIUM       NIL
    HO 04 61    10 00   SCHED PERS PROP-ACT CASH VALUE         PREMIUM $ 3,127.00
         CL 1 JEWELRY                      AMT $  260,581  PRM $ 3,127.00
COVERAGE E OR F INCREASE                                     PREMIUM $     28.00
CITIZENS PROPERTY INSURANCE CORPORATION SURCHARGE                    $    400.00
                                          TOTAL PREMIUM              $12,832.00
                                                              ---------------------
AUTOMATED LINE  1-800-423-0567              BILLING ID 85637555

                        -  PLEASE NOTE -
05% AGE OF DWELLING CREDIT APPLIES - INCLUDED IN BASIC PREMIUM
15% AUTOMOBILE CREDIT APPLIES - INCLUDED IN BASIC PREMIUM
100% OF THE REPLC COST FOR COVERAGE A
04% RENEWAL CREDIT APPLIES - INCLUDED IN BASIC PREMIUM

                   THE FOLLOWING ITEMS ARE ENCLOSED FOR YOUR REVIEW.
    DRA-928-1         OPT-OUT NOTICE
    PLP-97-0          CITIZENS PROPERTY SURCHARGE INFO
    PLP-136-2         WINDSTORM MITIGATION LETTER
    PLP-115-4         HOMEOWNERS POLICY DISCLOSURE SUMMARY
    PLP-163-0         IMPORTANT NOTICE LIMIT OF LIABILITY
THE LIMIT OF LIABILITY FOR SECTION I COVERAGES MAY BE ADJUSTED
ANNUALLY BASED ON THE INFLATION RATE IN YOUR AREA.




FORM H-525  (Ed. 9/03)                    01-16-13  03-03-15  03-03-15      2095
```