

December 30, 2019

Jimmy Doyle
Doyle Law Firm
2100 Southbridge Pkwy. Ste. 650
Birmingham, AL 35209

RE:   Chinese Drywall Screening Report Number: NATAL_1489
**Property: 1489 Lakeshore Blvd., Slidell, LA 70461**

Mr. Doyle:

At your request, an inspection of the above property was performed on 11/4/2019. Healthy Home Solutions, LLC is pleased to submit the enclosed report. This report is a professional opinion based on a visual inspection of the accessible materials and is not an exhaustive, technical evaluation.

At the time of the inspection we were informed that a remediation of sorts had been performed to remove all or most of the drywall from the home. Healthy Home Solutions, LLC was provided copies of photos that were purported to have been taken in the home prior to the remediation. I have evaluated the photos provided and based upon the markings, I am of the opinion that these markings are consistent with the KNAUF-TIANJIN drywall that is known to be defective.

| Drywall Manufacturer Identifier | Location found in building |
|---|---|
| KNAUF-TIANJIN | Selectively remediated previously |

While on site, Healthy Home Solutions, LLC measured the property and created a sketch using Xactimate estimating software. The square footage of any garage, storage space, or unconditioned basement was then subtracted from the Total Area of 5715.77 SF to determine a Living Space area of 5279.83 SF.

If further information should become available concerning or relevant to the estimate provided herein, HHS reserves the right to review and amend this estimate, if appropriate. Please feel free to contact us should you have any questions regarding our report or if we may be of further assistance to you.

Sincerely,

Shawn Macomber
For Healthy Home Solutions, LLC

**Healthy Home Solutions, LLC**
• Phone: (985) 710-3789 •
healthyhomesolutionsllc@gmail.com

Photo Exhibit



**Figure 1: Front elevation of Property.**

**Figure 2: Address as seen from street**



**Figure 3: Markings on drywall consistent with KPT brand drywall.**



**Healthy Home Solutions, LLC**
• **Phone: (985) 710-3789** •
healthyhomesolutionsllc@gmail.com





Family Room
Master Bedroom
Living Room
Master Closet
Bar Area
Pantry
Kitchen
Chase
Foyer/Entry
Master Bath
Her Toilet
Dining Room
Butler Pantry
Bedroom 2
Shower
Powder Room
Hallway
His Toilet
Linen Closet
Closet
Bathroom 2
Master Closet 2
Laundry Room
Coat Closet
Garage
41'
19'
19' 5"
18' 9"
23' 11"
23' 9"
41' 1"

N

Main Level





Level 3




Master Bedroom 2 (1)
chase
Toilet
M. Closet 1
Chase 2
Laundry Room
Master Bedroom 2
M. Bath 2
Bathroom
Bedroom 3
Closet 3
Kitchenette
M. Closet 2
Loft
Linen Closet
chase
Stairs
Up
Office
Bedroom 4
Closet 4
chase
Bathroom 4

N

Level 2




Roof