# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Ronald S. Martinez, Jr. |
| Address of Affected Property | Catherine S. Martinez |
| | 6507 Memphis Street |
| | New Orleans, LA  70124 |
| Is this Property:* | **Residential**   Commercial   Governmental |
| Name of Person Completing this Form | Ron Martinez |
| Is above your primary residence? | **Yes**   No |
| Mailing Address (if different) | |
| Phone: | ( 504 ) 214 - 8884 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | **Owner-Occupant**   Owner Only   Renter-Occupant |
| Represented By: | Jimmy Doyle |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, #650 |
| | Birmingham, AL  35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v. Knauf |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Louisiana Citizens Property Insurance |
| Policy #: | 654698 |
| Agent: | Latter & Blum Insurance Service, Inc. |
| Address: | 2626 Canal Street, 3rd Floor |
| | New Orleans, LA  70119 |
| Phone: | ( 504 ) 525 - 9901 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Ronald S. Martinez, Jr. | 09/01/06 | / / | **M** / F | 05/15/57 | Yes  **No** | Owner - Occupant |
| Catherine S. Martinez | 09/01/06 | / / | M / **F** | / / | Yes  **No** | Owner - Occupant |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |
| | / / | / / | M / F | / / | Yes  No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **(Yes)** No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? Ronald S. Martinez

1.2. When did the inspection take place? 02/01/14

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **(Yes)** No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? Ronald S. Martinez

2.2. When was this determination made? 02/01/14

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | KNAUF TIANJIN CHINA ASTM C 36 | ceiling and walls |
| | | |
| | | |

### Section VI. Home Information

| | | | | |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1,836 | | Yes | No |
| Estimated Sq. Ft. of Drywall | ---------- | Occupied | X | |
| Height of interior Walls | 9' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | 06/01/06 | Completion Date | 09/01/06 |
|---|---|---|---|
| Move In Date: | 09/01/06 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | X | | |
| Second Floor: Any drywall replaced | | | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Greg Nieto

Address: Outdoor Bldg Center, Inc.
1936 Concord Road
Gretna, LA 70056

Phone: ( 504 ) 362 - 2956

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: ( ) -

### Section X. Drywall Supplier

Drywall Supplier's Name:
Interior Exterior Building Supply

Address: P.O. Box 4002
New Orleans, LA 70178

Phone: ( 504 ) 488 - 1998

Page 2

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed |
|---|---|
| Ron S. Martinez, Jr. | 8/9/15 |

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

Claimant's Signature / Date Signed

# Orleans Parish Assessor's Office

| | | | |
|---|---|---|---|
| **Return to Main Search Page** | | **Orleans Home** | |
| **Owner and Parcel Information** | | | |
| **Owner Name** | MARTINEZ RONALD S JR<br>MARTINEZ CATHERINE S | **Today's Date** | July 4, 2018 |
| **Mailing Address** | 6507 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | **Municipal District** | 2 |
| **Location Address** | 6507 MEMPHIS ST | **Tax Bill Number** | 206404510 |
| **Property Class** | Residential | **Special Tax District** | 2-VIEW |
| **Subdivision Name** | | **Land Area (sq ft)** | 6100 |
| **Zoning District** | Show Viewer (41009824) | **Building Area (sq ft)** | 1836 |
| **Square** | 180 | **Revised Bldg Area (sqft)** | |
| **Book** | 66 | **Lot / Folio** | 21 / 033 |
| **Line** | 012 | **Parcel Map** | Show Parcel Map |
| **Legal Description** | 1. SQ 180 LOTS 21 22 MEMPHIS<br>2. 25X122 EACH | **Assessment Area** | LAKEVIEW<br>Show Assessment Area Map |

## Value Information                                      Estimate Taxes   Tax Information

Special Assessment Treatment

| Year | Land Value | Building Value | Total Value | Assessed Land Value | Assessed Building Value | Total Assessed Value | Homestead Exemption Value | Taxable Assessment | Age Freeze | Disability Freeze | Assmnt Change | Tax Contract |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2017 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |
| 2016 | $ 109,800 | $ 141,700 | $ 251,500 | $ 10,980 | $ 14,170 | $ 25,150 | $ 0 | $ 25,150 | | | | |

Certified Values

## Sale/Transfer Information

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 06-01-2006 | $ 118,000 | GREGORY DAWN | MARTINEZ RONALD S JR | 06-19176 | 324193 |
| 06-23-2005 | $ 268,000 | | | 05-39516 | 000313154 |
| 06-23-2005 | $ 268,000 | | | 08022005 | 000313153 |
| 09-13-2001 | $ 211,000 | | | 09192001 | 000223772 |
| 01-04-1999 | $ 187,000 | | | 01071999 | 000171373 |
| 04-07-1998 | $ 176,000 | | | 04081998 | 000156811 |
| 05-22-1992 | $ 105,000 | | | 06041992 | 000052306 |
| 02-06-1992 | $ 0 | | | 02191992 | 000047740 |

### Building Sketch 1

### Building Photos  Enlarge/Show All





| **Return to Main Search Page** | **Orleans Home** |
|---|---|

The Orleans Parish Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. Website Updated: July 4, 2018

© 2009 by the Orleans Parish Assessor's Office | Website design by **qpublic.net**



COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**
FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | Policy Period To |
|---|---|---|
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |

Service Provider: LOUISIANA CITIZENS
P.O. BOX 60730
NEW ORLEANS, LA 70160
888-568-6455

**Transaction:** RENEWAL POLICY    654698

**Policy Type:** DWG-3 RESIDENCE

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| RONALD MARTINEZ AND CATHERINE MARTINEZ<br>6525 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | LATTER & BLUM INS SERVICE INC.<br>2626 CANAL STREET THIRD FLOOR<br>NEW ORLEANS, LA 70119-6410<br>Telephone: (504) 525-9901 | 3537 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address: 6507 MEMPHIS ST, NEW ORLEANS, ORLEANS, LA 70124

| Const.Type | Year Built | Terr. | Prot. Class | Graded Area# / Name | Distance to Fire Station | Feet to Hydrant | # of Families | Deductible | Occupancy |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | 1950 | 360 | 02 | 360030 NEW ORLEANS | 7 MILES OR LESS | 1000 FEET OR LESS | 1 | $2,500 | PRIMARY TENANT |

Coverage is provided where limit of liability or premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| A Dwelling | $215,000 | Fire | $1,033 |
| | | Extended Coverage | $3,030 |
| | | V&MM - Building | Included |

**Discounts and Surcharges**
All Other Perils Deductible                                                                 $-1,336
Hurricane Deductible                                                                        $-91
**Surcharges**
Condition Charges

**Additional Charges**

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

_____
Authorized Representative

Issued Date: 06/03/2013
CTZ-U-0156 (10/09)

Page 1 of 4

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |
| Service Provider: | LOUISIANA CITIZENS | |
| | P.O. BOX 60730 | |
| | NEW ORLEANS, LA 70160 | |
| | 888-568-6455 | |

**Annual Charges**

| | |
|---|---|
| Total Annual Premium: | $2,636 |
| Tax Exempt Surcharge (3%): | $79 |
| 2005 LA Fair Plan Emergency Assessment (3.74%): | $99 |
| Application Fee: | $0 |
| Total: | $2,814 |

Forms and Endorsements

- CTZ-U-0187 01 05 - Dwelling Policy Jacket
- DWG3 01 93 - Dwelling Property Special Form
- CTZ-U-0174 01 05 - Privacy Policy
- DWG-E100 09 08 - Louisiana Amendatory Endorsement
- DWG-E60 01 10 - Special Hurricane Deductible
- DWG-E290 07 04 - Limited Fungi, Wet or Dry Rot or Bacteria Coverage
- S-003 - Dwelling Fire Deductible Disclosure
- DWG-E276 01 93 - $2500 Special Loss Deductible Clause

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date: 06/03/2013
CTZ-U-0156 (10/09)

Page 2 of 4

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Claim Reporting: 877-815-5005

Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2013 | 07/18/2014 |
| | 12:01 A.M. Standard Time at the described location | |
| Service Provider: | LOUISIANA CITIZENS P.O. BOX 60730 NEW ORLEANS, LA 70160 888-568-6455 | |

Policy Interests:

| NAME | ADDRESS | INTEREST TYPE | REFERENCE# | BILL TO |
|---|---|---|---|---|
| CATHERINE MARTINEZ | 6507 MEMPHIS STREET, NEW ORLEANS, LA 70124 | CO-APPLICANT | | NO |
| JPMORGAN CHASE NA ISAOA | PO BOX 47020, DORAVILLE, GA 30362 | MORTGAGEE | 1833707401 | NO |

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date: 06/03/2013
CTZ-U-0156 (10/09)

Page 3 of 4

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Dwelling Fire Declaration

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

Service Provider: LOUISIANA CITIZENS
P.O. BOX 60730
NEW ORLEANS, LA 70160
888-568-6455

Transaction: RENEWAL POLICY   654698

Policy Type: DWG-3 RESIDENCE

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| RONALD MARTINEZ AND CATHERINE MARTINEZ<br>6525 MEMPHIS ST<br>NEW ORLEANS, LA 70124 | LATTER & BLUM INS SERVICE INC.<br>2626 CANAL STREET THIRD FLOOR<br>NEW ORLEANS, LA 70119-6410<br>Telephone:(504) 525-9901 | 3537 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address:   6507 MEMPHIS ST, NEW ORLEANS, ORLEANS, LA 70124

| Const.Type | Year Built | Terr. | Prot. Class | Graded Area# / Name | Distance to Fire Station | Feet to Hydrant | # of Families | Deductible | Occupancy |
|---|---|---|---|---|---|---|---|---|---|
| FRAME | 1950 | 360 | 02 | 360030 NEW ORLEANS | 7 MILES OR LESS | 1000 FEET OR LESS | 1 | $2,500 | PRIMARY TENANT |

Coverage is provided where limit of liability or premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A limit of liability.

| Section I Coverage | Limit of Liability | Perils Insured Against | Premiums |
|---|---|---|---|
| A Dwelling | $215,000 | Fire<br>Extended Coverage<br>V&MM - Building | $574<br>$3,798<br>Included |

**Discounts and Surcharges**
All Other Perils Deductible                                                                                                       $-1,588
Hurricane Deductible                                                                                                                  $-114
**Surcharges**
Condition Charges

**Additional Charges**

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

*[signature]*

**Authorized Representative**

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)

Page 1 of 4

Case 2:09-md-02047-EEF-MBN   Document 22572-2   Filed 02/10/20   Page 12 of 14

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

**Dwelling Fire Declaration**

| Policy Number | Policy Period From | Policy Period To |
|---|---|---|
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |

Service Provider: LOUISIANA CITIZENS
P.O. BOX 60730
NEW ORLEANS, LA 70160
888-568-6455

**Annual Charges**

| | |
|---|---|
| Total Annual Premium: | $2,670 |
| Tax Exempt Surcharge (3%): | $80 |
| 2005 LA Fair Plan Emergency Assessment (3.42%): | $91 |
| Application Fee: | $0 |
| Total: | $2,841 |

**Forms and Endorsements**

- CTZ-U-0187 01 05 - Dwelling Policy Jacket
- DWG3 01 93 - Dwelling Property Special Form
- CTZ-U-0174 01 05 - Privacy Policy
- DWG-E100 09 08 - Louisiana Amendatory Endorsement
- DWG-E60 01 10 - Special Hurricane Deductible
- DWG-E290 07 04 - Limited Fungi, Wet or Dry Rot or Bacteria Coverage
- S-003 - Dwelling Fire Deductible Disclosure
- DWG-E276 01 93 - $2500 Special Loss Deductible Clause

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)

Page 2 of 4

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:

RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

**Dwelling Fire Declaration**

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |
| Service Provider: | LOUISIANA CITIZENS P.O. BOX 60730 NEW ORLEANS, LA 70160 888-568-6455 | |

Policy Interests:

| NAME | ADDRESS | INTEREST TYPE | REFERENCE# | BILL TO |
|---|---|---|---|---|
| CATHERINE MARTINEZ | 6507 MEMPHIS STREET, NEW ORLEANS, LA 70124 | CO-APPLICANT | | NO |
| JPMORGAN CHASE NA ISAOA | PO BOX 47020, ATLANTA, GA 30362 | MORTGAGEE | 1833707401 | NO |

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2015

CTZ-U-0156 (10/09)

Page 3 of 4

COVERAGE IS PROVIDED BY:

**Louisiana Citizens Property Insurance Corporation**

FAIRPLAN
P.O. BOX 60730
NEW ORLEANS, LA 70160

Billing Information:
RONALD MARTINEZ AND CATHERINE MARTINEZ - FULL PAY

Dwelling Fire Declaration

| Policy Number | Policy Period | |
| --- | --- | --- |
| | From | To |
| 654698 | 07/18/2015 | 07/18/2016 |
| | 12:01 A.M. Standard Time at the described location | |
| Service Provider: | LOUISIANA CITIZENS P.O. BOX 60730 NEW ORLEANS, LA 70160 888-568-6455 | |

This page is left intentionally blank.

These Declarations together with the common policy conditions, coverage declarations, form(s), and endorsements, if any, issued, complete the above numbered policy.

Issued Date:   06/03/2015
CTZ-U-0156 (10/09)