UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.*<br>2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON<br><br>MAG. JUDGE WILKINSON |

**PLAINTIFFS' STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiffs Ron & Catherine Martinez, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiffs' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama on November 13, 2014, and it was transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add plaintiffs with similar claims against the Knauf Defendants.

3. Plaintiffs Ron & Catherine Martinez own a property in the State of Louisiana with a street address of: 6507 Memphis Street, New Orleans, LA 70124.

4. Plaintiffs Ron & Catherine Martinez purchased the property prior to repairs following damage caused by Hurricane Katrina.

5. Plaintiffs Ron & Catherine Martinez discovered Knauf-manufactured drywall in their home on February 1, 2014, through a self-inspection of the home.

1

6. Plaintiffs Ron & Catherine Martinez filed his claim against the Knauf Defendants in this action on January 30, 2016.

7. On January 27, 2020, this Court issued an order denying certification for the *Bennett* class action against the Knauf entities.

8. The State of Louisiana has a one-year prescription period for product liability claims.

9. Louisiana recognizes a discovery rule for product liability claims under the theory *contra non valentum agree nulla currit praescriptio* that is settled law in the product liability context.

10. Louisiana recognizes Chinese drywall as a latent defect in a home.

11. Plaintiffs Ron & Catherine Martinez completed and executed a verified Plaintiff Profile Form.

12. Plaintiffs Ron & Catherine Martinez completed and executed a verified Supplemental Plaintiff Profile Form.

13. Plaintiffs Ron & Catherine Martinez completed and executed a verified Plaintiff Fact Sheet.

14. Plaintiffs Ron & Catherine Martinez were deposed by Knauf's Counsel on May 31, 2019, in New Orleans, Louisiana.

15. Plaintiffs Ron & Catherine Martinez seek all damages available under Louisiana law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Louisiana Unfair Trade Practices and Consumer Protection Law.

3

                        Respectfully submitted by:

                        /s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*