# Exhibit A

1

STATE OF MISSISSIPPI

COUNTY OF HARRISON

FIRST JUDICIAL DISTRICT



1st Judicial District
Instrument 2006 716 D -J1
Filed/Recorded 1 30 2006 9 38 A
Total Fees 12.00
2 Pages Recorded

## WARRANTY DEED

For and in consideration of the sum of Ten Dollars ($10.00) cash in hand paid and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, we, **WILLIAM E. ARRINGTON and wife, VENNIE S. ARRINGTON**, do hereby sell, convey and warrant unto **CHARLES W. BABER**, the following described real property situated in Harrison County, First Judicial District, Mississippi, described as:

Lot 12, Square 19, TIMBER RIDGE SHORES, Unit 1-A, a subdivision of Harrison County, Mississippi, as per the official map or plat thereof on file and of record in the office of the Chancery Clerk of Harrison County, First Judicial District, Mississippi.

The above described property is conveyed subject to restrictions, reservations and easements of record.

It is agreed and understood that the taxes for the current year have been prorated as of this date on an estimated basis, and that when said taxes are actually determined, if the proration as of this date is incorrect, the parties herein agree to pay on a basis of an actual proration. All subsequent years taxes are specifically assumed by the Grantee herein.

WITNESS our signatures this 26th day of January, 2006.

_____
WILLIAM E. ARRINGTON

_____
VENNIE S. ARRINGTON