# Exhibit B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**For Internal Use Only**
File Number
Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn the responses are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

| | |
|---|---|
| Name Property Owner | Catherine Baber |
| Address of Affected Property | 121 Country Club Drive |
| | Pass Christian, MS 39571 |
| Is this Property:* | (Residential) Commercial Governmental |
| Name of Person Completing this Form | Catherine Baber |
| Is above your primary residence? | Yes (No) |
| Mailing Address (if different) | |
| Phone: | ( 228 ) 216 - 6883 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Circle one: | (Owner-Occupant) Owner Only Renter-Occupant |
| Represented By: | James V. Doyle, Jr. |
| Address: | DOYLE LAW FIRM, PC |
| | 2100 Southbridge Pkwy, Suite 650 |
| | Birmingham, AL 35209 |
| Phone: | ( 205 ) 533 - 9500 |
| Case No. /Docket Info: | Bennett v Knauf, 14-cv-2722 |

### Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | Lexington Insurance |
| Policy #: | 31733872-03 |
| Agent: | Risk Specialists Companies Insurance Agency, Inc. |
| Address: | 4000 South Sherwood Forest Blvd. |
| | Baton Rouge, LA 70816 |
| Phone: | ( 225 ) 709 - 8267 |

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | Circle One | |
| Catherine Baber | 07/11/06 | / / | M /(F) | 12/31/47 | Yes (No) | Owner - Occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

### Section IV. Inspection Information

**1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?**   Yes   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Pro-Spect Property Inspections
1.2. When did the inspection take place?   10/17/16

**2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?**   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Pro-Spect Property Inspections
2.2. When was this determination made?   10/17/16

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Plasterboard Tianjin | Knauf Tianjin China ASTM C36 | Walls & Ceiling |
| | | |
| | | |
| | | |

### Section VI. Home Information

| Approx. Sq. Ft. of House: | 2,104 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ------------ | Occupied | X | |
| Height of interior Walls | 8' | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | X | |
| Number of Bathrooms: | 2.5 | Winter | X | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | | | X |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / | Date Acquired Home | / / |

**Date Range for Renovations: (Month/Day/Year)**

| Start Date: | 02/15/06 | Completion Date | 07/09/06 |
|---|---|---|---|
| Move In Date: | 07/11/06 | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | X |
| First Floor: Full Wall of drywall replaced | | | X |
| Second Floor: Any drywall replaced | | | X |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Address:

Phone: (   )   -

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

Drywall Installer's Name:

Address:

Phone: (   )   -

### Section X. Drywall Supplier

Drywall Supplier's Name:   Keel Lumber
Address:   345 Fleitas Ave.
   Pass Christian, MS   39571

Phone: (   )   -

| Section XI. Verification of Plaintiff Profile Form | | | | |
|---|---|---|---|---|

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

*Catherine K. Baker*                    11-03-2016                                     ,
**Claimant's Signature**          **Date Signed**          **Claimant's Signature**          **Date Signed**


_____          _____   ,     _____          _____   ,
**Claimant's Signature**          **Date Signed**          **Claimant's Signature**          **Date Signed**


_____          _____   ,     _____          _____
**Claimant's Signature**          **Date Signed**          **Claimant's Signature**          **Date Signed**



* ATTACHMENT - FLOOR PLAN


Mortgagee

# LEXINGTON INSURANCE COMPANY
## HO3 Homeowner Declaration Page

**NOTE:** This insurance policy is issued pursuant to Mississippi law covering surplus lines insurance. The company issuing the policy is not licensed by the State of Mississippi, but is authorized to do business in Mississippi as a nonadmitted company. The policy is not protected by the Mississippi Insurance Guaranty Association in the event of the insurer's insolvency.

**Kevin O'Grady/Bishop Insurance Brokers, Inc**

| Policy Number: 31733872 - 04 | Renewal of Policy Number: 31733872 - 03 |
|---|---|

| Name of Insured and Mailing Address: | Broker Name and Address: |
|---|---|
| Baber, Catherine | Risk Specialists Companies Insurance Agency, Inc. |
|  | 4000 South Sherwood Forest Boulevard |
| 11371 Hidden Valley Rd | Baton Rouge, LA 70816 |
| Pass Christian, MS 39571 | 225-709-8267 |

| Policy Term: 09/21/2016 | Expiration: 09/21/2017 | 12:01 AM Standard Time at the Insured's residence premises. |
|---|---|---|

The residence premises covered by this policy is located at the above address, unless otherwise stated.
121 COUNTRY CLUB DR, PASS CHRISTIAN MS 39571-2201

Insurance is provided only with respect to those special limits of liability applicable thereto:

| Coverage Part 1 - Homeowners | | Coverage Part 2 – Personal Umbrella | |
|---|---|---|---|
| - Coverage A: Dwelling | $265,302 | - Umbrella Limit | $ 0 |
| - Coverage B: Other Structures | $0 | - Self Insured Retention | $ 0 |
| - Coverage C: Contents | $0 | **Coverage Part 3 – Excess Flood** | |
| - Coverage D: Loss of Use | $25,000 | - Building | $ 0 |
| - Loss Assessment: | $1,000 | - Contents | $ 0 |
| - Ordinance or Law: | 10% | **Coverage Part 4 – Scheduled Property** | |
| - Coverage E: Personal Liability | $100,000 | - Total Scheduled Property | $ 0 |
| - Coverage F: Medical Payments to Others | $5,000 | | |

| | Annual Premium: | $1,682.00 |
|---|---|---|

| Homeowner Deductibles | | | Lexington Policy Premium: | $ | 1,682.00 |
|---|---|---|---|---|---|
| All Other Perils: | $1,000 | | Inspection Fee: | $ | 50.00 |
| Wind Hail: | Excluded | | Administration Fee: | $ | 125.00 |
| Earthquake: | Excluded | | Premium Tax: | $ | 74.28 |
| | | | Stamping Fee: | $ | 4.64 |
| Special: None | $N/A | | Non-Admitted Fee: | $ | 55.71 |
| Special: None | $N/A | | | | |
| | | | Total Policy Premium: | $ | 1,991.63 |

| Minimum Earned Premium: $0 | Sub Broker Information | |
|---|---|---|
| **Homeowners Rating Information** | Name: | Bishop Insurance Brokers, Inc |
| Territory: 06 Protection Class: 6 | Addr 1: | 517 West North Street Ste A |
| County: HARRISON-MS EQ Zone: NA | Addr 2: | |
| Construction: Veneer Masonry Yr Built: 1994 | City, State, Zip: | Pass Christian, MS 39571 |

**Forms and Endorsements made part of this policy at time of issuance:**

This declaration page with policy provisions and endorsements, if any, issued to form a part, thereof, completes the above numbered homeowner's policy.

| Countersignature Date: 09/23/2016 | Countersignature: |
|---|---|
| | Authorized Representative: *[signature]* |
| *LexElite 11/00* | |

**Policy Number:** 31733872 - 04
**Insured:** Baber, Catherine

IN WITNESS WHEREOF, the Insurance Company identified on the Declarations has caused this policy to be signed by its President, Secretary and a duly authorized representative of the Insurance Company.

|                                    |                                    |
| ---------------------------------- | ---------------------------------- |
| **PRESIDENT**                      | **SECRETARY**                      |

| Mortgage 1                              | Mortgage 2 |
| --------------------------------------- | ---------- |
| The First ANBA Insurance Service Center |            |
| P.O. Box 863329                         |            |
| Plano, TX 75086                         |            |
| Loan #:                                 |            |
| **Mortgage 3**                          |            |
|                                         |            |

Page 2 of 2

Main File No. TJD111-12 Page #21

## Building Sketch

| Borrower/Client | Charles Baber | | | | |
|---|---|---|---|---|---|
| Property Address | 121 Country Club Dr | | | | |
| City | Pass Christian | County | Harrison | State MS | Zip Code 39571 |
| Lender | The First, ANBA | | | | |



### Area Calculations Summary

**Living Area**
| | |
|---|---|
| First Floor | 2103.76 Sq ft |
| Total Living Area (Rounded): | 2104 Sq ft |

**Non-living Area**
| | |
|---|---|
| Enclosed Porch | 822.8 Sq ft |
| Covered Porch | 26.4 Sq ft |
| 2 Car Attached | 561.73 Sq ft |

Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE