# Exhibit G

# Last Will & Testament
## of Charles Wallace Baber

I, Charles Wallace Baber, whose address is 11371 Hidden Valley Road, Pass Christian, Mississippi, 39571, declare that this is my Last Will and Testament and I revoke all previous wills.

My marital status is Married to Catherine Knight Baber on January 7, 1967.

I give all of my property whether real or personal, wherever located to Catherine Knight Baber, my wife.

I appoint Catherine Knight Baber, my wife of forty-six years as EXECUTRIX, to serve without bond. If not surviving or otherwise unable to serve, I appoint Lisa Baber Lofton, my daughter, as Alternate Executrix, also to serve without bond. In addition to any powers, authority, and Discretion granted by law, I grant such Executrix or Alternate Executrix any and all powers to perform any acts, in her sole discretion and without court approval, for the management and distribution of my estate, including independent administration of my estate.

I sign this Last Will and Testament, consisting of ___ on October 18, 2013, and declare that I do so freely, for the purposes expressed, under no constraint or undue influence, and that I am of sound mind and of legal age.

_Charles W. Baber_
Signature of Testator

_Charles Wallace Baber_
PRINTED Name of Testator

Page 1 of 2     EXHIBIT A     Testator's initials _CWB_

Last Will and Testament
Charles Wallace Baber
Page 2 of 2 pages   Testator's initials CWB

On October 18, 2013, in the presence of all of us, the above-named Testator signed this Last Will and Testament, and then at Testator's request, and in Testator's presence, and in each other's presence, we all signed below as witnesses, and we declare, that to the best of our knowledge, the Testator signed this instrument freely, under no constraint or undue influence, and is of sound mind and legal age.

Witness #1 (Daughter)

*Lysa Baber Lofton*
LYSA BABER LOFTON
107 Lynwood Court
Canton, Mississippi 39046

Witness #2 (Son)

*Charles Brandon Baber*
CHARLES BRANDON BABER
142 Forest
Pass Christian, Mississippi 39571

Witness #3 (Daughter)

*Darla Baber Brown*
DARLA BABER BROWN
22a Turtle Lane
Brandon, Mississippi 39042

# LETTERS OF TESTAMENTARY

FILED
MAY 14 2018
John McAdams Chancery Clerk
_____ D.C.

## IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI

### FIRST JUDICIAL DISTRICT

Cause Number: 16-265(2)

**WHEREAS,** Charles W. Baber, deceased, late of said County, made in his lifetime his Last Will and Testament, which on the 3rd day of February, 2016, was proved, approved and admitted to record in said Court, and probate thereof granted to **Lisa Lofton**, Successor Executrix thereof and therein appointed **Lisa Lofton**, and the said **Lisa Lofton**, having complied with the provision of the statute in such cases made and provided.

**THEREFORE,** to the intent that the said Will may be well and truly performed, we do give, grant and commit unto the said **Lisa Lofton**, the administration of all and singular the goods and chattels, rights and credits, of and belonging to the estate of said testator with full power to take the same unto her hands and possession, and to ask, levy, recover and receive the same, wherever they may be in this State; hereby requiring and enjoining upon the said **Lisa Lofton**, to make a true and perfect inventory of all and singular the goods and chattels, rights and credits which have or shall come to her hands, possession or knowledge, or unto the hands or possession of any other person or persons, for him to exhibit the said inventory to our Court within the time limited by law to well and truly administer the said goods and chattels, rights and credits, according to law; to make a just and true account of her actings and doings therein, when thereto required by our said Court; and to well and truly pay and deliver all the legacies contained and specified in the said Will, so far as the said goods and chattels, rights and credits, will extend and the law charge **Lisa Lofton** hereby confirming the said Successor Executrix, with full and ample authority to dispose of all and singular the said goods and chattels, rights and credits, according to the tenor of the said Last Will and Testament, and the true intent and meaning of the said testatrix, by virtue of these presents.

**WITNESS** the Honorable Jennifer Schloegel, Chancellor of the Eighth Chancery Court District, this the ____ day of May, A.D., 2018, and the seal of Court hereunto affixed.

JOHN McADAMS, CHANCERY CLERK

By _____ D.C.

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE OF
CHARLES W. BABER, DECEASED

FILED MAY -2 2018
JOHN McADAMS, CHANCERY CLERK
D.C.

NO. 16-265(2)

### ORDER TO SUBSTITUTE EXECUTOR

THIS day this cause came to be heard on the Motion to Substitute Executor filed by the Petitioner, Lisa Lofton, and the Court hereby finds as follows:

I.

That this Court has personal and subject matter jurisdiction.

II.

The Court finds that Charles W. Baber departed this life on September 19, 2015 and at the time of his death was a resident citizen of Harrison County, Mississippi.

III.

The Court finds that the decedent owned an estate at the time of his death as hereafter reported and that it became necessary that his estate be administered and that Catherine K. Baber, Executrix, filed her Petition to Probate Will and Appoint Executrix and the Chancery Court rendered its Judgment Admitting Will to Probate and Appointing Executrix on February 3, 2016, duly appointing Catherine K. Baber as Executrix and Letters Testamentary were issued on February 10, 2016, evidencing the appointment and qualification of Catherine K. Baber as Executrix of the Estate of Charles W. Baber.

IV.

The Court finds that the Executrix died on April 10, 2018 and the Court hereby appoints Lisa Lofton as the Successor Executrix, per the terms of the Last Will and Testament of Charles W. Baber. It is therefore,

**ORDERED AND ADJUDGED** that Lisa Lofton is hereby substituted as Successor Executrix of the Estate of Charles W. Baber and that upon the filing of the Oath, Letters Testamentary shall issue to Lisa Lofton and bond is waived until further Order per the Last Will and Testament of Charles W. Baber.

**SO ORDERED AND ADJUDGED,** this the 2nd day of May, 2018.

_____
CHANCELLOR

SUBMITTED:

_____
TIMOTHY L. MURR
Perry, Murr, Teel & Koenenn
P. O. Box 7158
Gulfport, MS 39506

A TRUE COPY
JOHN McADAMS
Clerk Chancery Court
Harrison County, Miss.
1st Judicial District

By _____



MAY 25 2018

## LETTERS OF ADMINISTRATION

John McAdams Chancery Clerk

By _Kelli C. Hits_ D.C.

IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI

FIRST JUDICIAL DISTRICT

Cause No: 18-1114(1)

**WHEREAS**, Catherine K. Baber, deceased, late of said County, died intestate, as we are informed, having whilst she lived, and at the time of her death, divers goods and chattels, rights and credits, within this State; and we, desiring that the said goods and chattels, rights and credits, may be well and truly administered, converted and disposed of, do hereby grant unto **Lisa Lofton** full power, by the tenor of these presents, to administer the goods and chattels, rights and credits, which to the said deceased in her lifetime, and at the time of her death, did belong; to ask, levy, recover, and receive same, and pay the debts in which the deceased stood bound, so far as the goods, chattels, rights, credits, lands, tenements, and hereditaments of the said deceased will extend, according to their rate and the order of the law; to make a true and perfect inventory of said goods and chattels, rights and credits, and the same to exhibit in the office of the Clerk of this Court, at or before the expiration of sixty days from the date hereof, and to render a just account of the said administration when there unto legally required; and the said **Lisa Lofton** is hereby ordained Administratrix of all and singular the goods and chattels, rights and credits, of the said deceased.

**WITNESS** the Honorable Sandy Steckler, Chancellor of the Eighth District, this 25th day of May, A.D. 2018, and the seal of said Court hereunto attached.

JOHN McADAMS, CHANCERY CLERK

_Kelli C. Hits_ D.C.

A TRUE COPY
JOHN McADAMS
Chancery Court Clerk
Harrison County, Miss.
1st Judicial District

By _Kelli C. Hits_ D.C.

## IN THE CHANCERY COURT OF HARRISON COUNTY, MISSISSIPPI

### FIRST JUDICIAL DISTRICT

IN THE MATTER OF THE ESTATE OF
CATHERINE K. BABER, DECEASED

NO. 18-1114(1)

LISA LOFTON                                                                 PETITIONER

FILED MAY 16 2018
JOHN M. ADAMS, CHANCERY CLERK
BY: _____ D.C.

### ORDER GRANTING LETTERS OF ADMINISTRATION

Coming on this day to be heard, the Petition of Lisa Lofton, adult resident citizen of Canton, Mississippi for Granting of Letters of Administration on the Estate of Catherine K. Baber, Deceased, and the Court finds as follows, to-wit:

I.

That Catherine K. Baber, a widow, departed this life on the 10th day of April, 2018, and said Decedent had at the time of her death, a fixed place of residence in the First Judicial District of Harrison County, Mississippi, and was an adult resident citizen of the First Judicial District, Harrison County, Mississippi.

II.

The Court finds that Catherine K. Baber had no Last Will and Testament, so far as said Petitioner knows or believes after a diligent search and inquiry.

III.

The Court finds that said Decedent was a widow and left surviving her the following putative heirs at law and next of kin:

| | | | |
|---|---|---|---|
| 1. | Laurie Baber | (Daughter - deceased as an infant) | |
| 2. | Lisa Lofton | (Daughter) | |
| 3. | Darla Brown | (Daughter) | |
| 4. | Brandon Baber | (Son) | |

IV.

The Court finds that the Estate should be immediately administered for the proper management thereof and for the prompt collection of all assets.

V.

The Court find that said Petitioner is over the age of eighteen (18) years, is of sound mind and has not been convicted of a felony.

VI.

The Court finds that it is in the best interest of the estate that the Petitioner, Lisa Lofton, be granted Letters of Administration upon the Estate of the Decedent as said Petitioner is ready, willing and able to serve as Administratrix.

VII.

The Court finds that the assets of the estate of the Decedent consist primarily of real property and of personal property of an unknown value. The Court hereby finds that bond shall be waived at this time, but shall be reviewed upon the filing of the inventory of the decedent's assets, both real and personal. It is therefore,

**ORDERED AND ADJUDGED** that the Court hereby grant Letters of Administration to Lisa Lofton upon her taking the Oath as prescribed by law, and the Petitioner is hereby immediately ordered to gather, and protect any and all personal assets of the Decedent, including automobiles, financial papers and statements of bank accounts and to file an inventory within thirty (30) days of this Order. Further, that the Administratrix shall be authorized to list the decedent's real property for sale, but any contracts for the sale of real property shall be approved by the Court.

SO ORDERED AND ADJUDGED on this the 16th day of May, 2018.

_____
CHANCELLOR

SUBMITTED:

_____
TIMOTHY L. MURR
Perry, Murr, Teel & Koenenn
P. O. Box 7158
Gulfport, MS  39506

4cc