UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Elizabeth Bennett, et al. v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.* <br> 2:14-cv-02722-EEF-JCW | JUDGE ELDON FALLON <br><br> MAG. JUDGE WILKINSON |

**PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiff Estate of Catherine Baber, by and through the undersigned counsel of record, submit this Statement of Uncontested Material Facts in support of Plaintiff' Opposition to Defendant Knauf's Motion for Summary Judgment:

1. The original *Bennett* Complaint was filed in the Northern District of Alabama and transferred to MDL-2047 via Conditional Transfer Order issued by the Judicial Panel on Multidistrict Litigation. (R. Doc. 18181).

2. The *Bennett* Complaint was amended five times, primarily to add Plaintiff with similar claims against the Knauf Defendants.

3. Plaintiff Estate of Catherine Baber owned a property in the State of Mississippi with a street address of: 121 Country Club Drive, Pass Christian, MS 39571.

4. Husband of the decedent, Charles Baber, purchased the affected property and lived there for several years with his wife of over forty years, Catherine Baber.

5. Charles Baber passed away on September 19, 2015.

6. Catherine Baber, the surviving spouse, received the Affected Property from Charles Baber via his last will and testament.

1

7. Catherine Baber placed the Affected Property for sale and found Chinese drywall as a result of an inspection conducted prior to a sale on October 27, 2016.

8. Catherine Baber filed a claim in *Bennett* on November 21, 2016.

9. Catherine Baber passed away on April 10, 2018, and Lisa Lofton was appointed the Administratrix of the Estate.

10. The Estate of Catherine Baber was substituted for Plaintiff Catherine Baber in this case.

11. The State of Mississippi has a three-year statute of limitations for product liability claims.

12. Plaintiff Catherine Baber completed and executed a verified Plaintiff Profile Form.

13. Plaintiff Catherine Baber completed and executed a verified Supplemental Plaintiff Profile Form.

14. Plaintiff Estate of Catherine Baber completed and executed a verified Plaintiff Fact Sheet.

15. Lisa Lofton, on behalf of the Estate of Catherine Baber was deposed by Knauf's Counsel on December 2, 2019, in Flowood, Mississippi.

16. Plaintiff Estate of Catherine Baber seek all damages available under Mississippi law outlined in the Fifth Amended Class Action Complaint, including, but not limited to, the full cost of remediation, living expenses, personal property loss, loss of use and enjoyment, statutory attorney's fees and all compensatory and punitive damages appropriate under the Mississippi Consumer Protection Act.

3

Respectfully submitted by:

/s/ *James V. Doyle, Jr.*

James V. Doyle, Jr.
DOYLE LAW FIRM, PC
2100 Southbridge Pkwy., Suite 650
Birmingham, AL 35209
Tele: 205-533-9500
Fax: 844-638-5812
jimmy@doylefirm.com

*Attorney for Plaintiff*

3