# Exhibit A

CONVEYANCE OFFICE
GASPER J. SCHIRO

C. Richard Gerage, Esq.
3021 35th Street
Metairie, LA 70001
(504) 834-7171

| | |
|---|---|
| CASH SALE OF PROPERTY | |
| BY | UNITED STATES OF AMERICA |
| KATHLEEN VOGT ROBERT WIFE OF/AND KEARNY Q. ROBERT, III | STATE OF LOUISIANA |
| | PARISH OF JEFFERSON |
| TO | |
| NATHAN J. JUNIUS | |

BE IT KNOWN, that on this 1ST day of FEBRUARY, 2006,

BEFORE ME, the undersigned, a Notary Public, duly commissioned and qualified, and in the presence of the witnesses hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

KATHLEEN VOGT ROBERT (SS#XXX-XX-8801) WIFE OF/AND KEARNY Q. ROBERT, III (SS#XXX-XX-5035), both persons of the full age of majority and residents of the State of Louisiana, who declared unto me, Notary, under oath, that they have been married but once and then to each other and that they are presently living and residing together, and their mailing address is 103 Live Oak Lane, Luling, LA 70070,

hereinafter referred to collectively as "VENDOR", who declares that said vendor does by these presents grant, bargain, sell, convey, transfer, assign, set over, abandon and deliver with all legal warranties (except only as expressly provided below) and with full substitution and subrogation in and to all the rights and actions of warranty which said vendor has or may have against all preceding owners and vendors, unto:

NATHAN J. JUNIUS (SS#XXX-XX-5876), a person of the full age of majority and a resident of the State of Louisiana, who declared unto me, Notary, under oath, that he is not now, nor has he ever been married, and his mailing address is 3608 18th Street, Suite 200, Metairie, LA 70002,

hereinafter referred to collectively as "PURCHASER", here present accepting, and purchasing for purchaser, and purchaser's successors, heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

all of vendor's right, title and interest in and to:

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the SECOND DISTRICT of the CITY OF NEW ORLEANS, PARISH OF ORLEANS, STATE OF LOUISIANA, in that part thereof known as LAKEVIEW, in SQUARE 182, bounded by Marshall Foch Street, Porteous Street (formerly Twiggs Street), Argonne Street and Lane Street, said lots are designated by the Lots 13 & 14, measuring each 25.0 feet front on Marshall Foch Street, same width in the rear, by a depth of 122.0 feet between equal and parallel lines. Said above described lots are situated and located on an alley 15.00 feet wide, common to these and other lots.

THE IMPROVEMENTS THEREON BEAR THE MUNICIPAL NUMBER 6537 MARSHALL FOCH STREET, NEW ORLEANS, LOUISIANA 70124.

Page 6

Being the same property acquired by Mr. & Mrs. Kearny Q. Robert, III by purchase from Deux Amies, Inc., in act dated June 3, 2002, before Carl J. Little, N.P., registered in COI# 238357 records of Orleans Parish, Louisiana.

This act is made, executed and accepted subject to the following:

1. Encroachments, boundary disputes, overlaps, rights of parties in possession, party walls, servitudes and other adverse matters, if any, as would be disclosed on a current accurate survey and inspection of the subject property.

2. ny and all restrictive covenants, reservations, easements, conditions, rights and servitudes contained in public records.

Parties herein dispense with the production of a current survey and relieve and release me, Notary, and the Law Office of C. Richard Gerage from any responsibility or liability which may result in connection therewith.

"As-Is, Where-Is" Clause. Purchaser specifically waives the implied warranty provided for by Louisiana Law, including all warranties against vices or defects latent or apparent, or fitness for any particular purpose. This express waiver is declared by both Vendor and Purchaser to be a material and integral consideration of this act of transfer and sale. It is specifically understood that Purchaser assumes the risk of all defects, including latent defects not discoverable upon simple inspection, including those which, if known, would deter Purchaser from making the purchase at all or paying the price paid. Purchaser also waives any present or future right in the nature of redhibition, quanti minoris and/or concealment, or based on any other theory of law. Accordingly, Vendor and Purchaser stipulate and agree that this sale of the above-described property is made "AS-IS", in its present condition, and without representation of any kind as to kind, quality and condition, and without recourse and without warranty as to kind, quality, and condition. The parties agree that the only warranty of Vendor is a warranty of title. Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Article 2475, any other applicable state or federal law and the jurisprudence thereunder. Purchaser also waives any rights it may have in redhibition or to a reduction of purchase price pursuant to Louisiana Civil Code Articles 2520 through 2548, inclusive, in connection with the property.

Purchaser represents and warrants to the seller that (A) purchaser has fully inspected the property and the property's component parts and is completely satisfied with the property's current condition (B) purchaser is fully aware that the property has suffered damages a result of hurricanes Katrina and Rita and their effects.

By its signature, Purchaser expressly acknowledges all such waivers. Purchaser acknowledges that this provision has been called to his attention and explained to him. PURCHASER HAS PLACED HIS INITIALS NEXT TO THIS CLAUSE INDICATING HIS KNOWLEDGE, UNDERSTANDING, AND ACCEPTANCE THEREOF. *KS*

To have and to hold the above described property unto the said purchaser, and purchaser's successors, heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of TWO HUNDRED FORTY FIVE THOUSAND AND NO/100 ($245,000.00) DOLLARS Cash, which the said purchaser has well and truly paid, in ready and current money to the said vendor, who hereby acknowledges the receipt thereof and grants full acquittance and discharge therefor.

All State, City and Parish taxes up to and including the taxes for 2005 are paid as per research the annexed hereto.

Whenever used herein, the singular number shall include the plural, the plural the singular, and the

Page 7

use of any gender shall be applicable to all genders.

By reference to the certificates of the Register of Conveyances and the Recorder of Mortgages in and for the Parish of Orleans annexed hereto, it does not appear that said property has been heretofore alienated by the vendor or that it is subject to any encumbrance whatever, except that as shown on the Mortgage Certificate, which encumbrances are being duly cancelled by appropriate act of vendor. Vendor further declared under oath to me, Notary, that there are no other liens, privileges, judgments, mortgages or encumbrances of any kind whatsoever against said property that have not been disclosed.

The parties to this act are aware of the fact that the Mortgage and Conveyance Certificates herein referred to are open, undated and unsigned and relieve and release me, Notary, from all responsibility and liability in connection therewith.

THUS DONE AND PASSED, in duplicate originals in Metairie, Louisiana, in the presence of the undersigned competent witnesses, who hereunto subscribe their names, together with said appearers and me, Notary, after due reading of the whole.

WITNESSES:

_____  
Robert W. Esteves, Jr.

_____  
Regine A. Gerage

_____  
KATHLEEN VOGT ROBERT

_____  
KEARNY Q. ROBERT, III

_____  
NATHAN J. JUNIUS

_____  
C. RICHARD GERAGE  
Louisiana State Bar Association No. 6023  
NOTARY PUBLIC

P:\REAL ESTATE\CASHSALE\junius.wpd

Page 8