# Exhibit C

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

> **For Internal Use Only**
> File No. _____
>
> **Date Received:**
> _____

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In re:  Chinese Manufactured Drywall
Products Liability Litigation

This Document Relates to:

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

*Elizabeth Bennett v. Gebrueder Knauf Verwaltungsgesellschaft, KG, et al.,* Civil Action No.: 14-cv-2722-EEF-JCW (E.D.La)

This Supplemental Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation against the manufacturer of Chinese Drywall,  Knauf Plasterboard Tianjin      , using one form per Property. In completing this Supplemental Profile Form, you are under oath and must provide all information within your knowledge, custody and control that is true and correct to the best of your knowledge.  If you have already submitted a Plaintiff Profile Form, this Supplemental Plaintiff Profile Form will be in addition to and supplement the prior Profile Form submitted.  You have an affirmative obligation to search for all documents, electronically stored information, and tangible things responsive to this questionnaire.  You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The responses contained within this Supplemental Plaintiff Profile Form are made without waiving any rights or objections as to relevance or privilege and are made without any abrogation of legal defenses, including those of the Collateral Source Doctrine.

The questions and requests for production contained within this Supplemental Profile Form are non-objectionable and shall be answered without objection. By answering this Supplemental Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts if provided for by applicable law, and are subject to all protections afforded by law.  Failure to fully complete this Supplemental Profile Form and provide the appropriate documents may result in a motion filed against you pursuant to Rule 37 of the Federal Rules of Civil Procedure, which could include a request for dismissal of the action in whole or in part.

All photographs produced in response to this form shall be in color.

### Section I. Claimant and Property Information

Name of Claimant: Nathan                      J      Junius
First Name                          M.I.    Last Name                                    Suffix

Co-Claimant First Name (if applicable)   M.I.    Last Name                          Suffix

Business/Entity Name (if applicable)

1

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Address of Property in this Lawsuit ("Property"):

| | |
|---|---|
| 6537 Marshall Foch Street | |
| Address 1 | Address 2 |
| New Orleans | LA | 70124 |
| City | State | Zip Code |

Is the Property residential or commercial?   Residential

Name of Person
Completing this Form:   Nathan          J     Junius
                        First Name       M.I.  Last Name          Suffix

Mailing Address (if different):

| | |
|---|---|
| 4 Thrush Street | |
| Address 1 | Address 2 |
| New Orleans | LA | 70124 |
| City | State | Zip Code |

Phone Number of Person Completing This Form: ( 504 ) 228 - 8356

---

***Section II. Purchase, Sale and/or Transfer of Ownership of a Property and Assignments of Claims***

When did you acquire the Property? Month/Day/Year: 2 / 1 / 2006

When was Chinese drywall installed in the Property (to the best of your knowledge)?

Month/Day/Year: 6 / 1 / 2006

When you acquired the Property, were you aware that it contained Chinese drywall?  ☐ Yes  ☑ No

If you were not aware, at the time you acquired the Property, that the Property contained Chinese drywall, when did you first become aware that the Property contained Chinese drywall?

Month/Year: 1 / 2016

If you believe Chinese drywall was installed after you acquired the Property, when and how did you first become aware that the Property contained Chinese drywall?

I attempted to sell the property in 2015. The buyer's inspector informed me of the possibility that they home contained Chinese drywall, so I had my own inspection performed.

If you acquired the Property knowing that the Property contained Chinese drywall, have you expressly acquired an assignment or other personal right of action that allows you to pursue a claim for damages?
☐ Yes  ☐ No

If Yes, attach a copy of the document assigning any right or claim to you.

If Yes, did you acquire the assignment with the purchase of the Property or at some later time?

---

Have you sold or transferred ownership of the Property since you acquired it?  ☑ Yes  ☐ No

If No, go to Section III.

If Yes, on what date did you sell or transfer ownership of the Property?

Month/Day/Year: 7 / 25 / 2016

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

If you have sold or transferred ownership of the Property, did you at the time of sale assign to anyone any right of action for damages relating to the Property?  ☐ Yes  ☑ No

If you have sold or transferred ownership of the Property, did you expressly retain a personal right of action to allow you to pursue damages?  ☑ Yes  ☐ No

If you answered Yes to either of the two prior questions, attach a copy of any documents relating to your sale or transfer of ownership of the Property and to the assignment of a right of action for damages.

### Section III.  Product Identification and Evidence Retention

Did you provide evidence of Chinese drywall in the Property to the Plaintiffs' Steering Committee to be placed in the PSC FileCloud Database?  ☑ Yes  ☐ No

If Yes, do you have any additional evidence of Chinese drywall in the Property that you have not provided to the Plaintiffs' Steering Committee?  ☐ Yes  ☑ No

If No, go to Section IV.  If Yes, **attach** all additional evidence of Chinese drywall in the Property that you have not already provided to the Plaintiffs' Steering Committee.

### Section IV. Bankruptcy, Foreclosure or Short Sale

Do you contend that you entered personal bankruptcy as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If you entered personal bankruptcy, identify the case number and docket information of the filing.

Court filed in: _____

Date of filing: _____/_____/_____
                  Month      Day        Year

Docket No.: _____

Present Status: _____

Attach your bankruptcy petition and documents filed therewith, including (1) the schedule of assets and liabilities; (2) the schedule of income and expenditures; (3) the statement of financial affairs; (4) the schedule of executory contracts and unexpired leases; (5) the list of creditors and amount and nature of claims; (6) the source, amount, and frequency of the debtor's income; (7) the list of all the debtor's property; and (8) the detailed list of the debtor's monthly living expenses.

Do you contend that a foreclosure or short sale occurred as a result of damage to your Property from defective Chinese Drywall?  ☐ Yes  ☑ No

If Yes, answer the following questions:

If the Property was the subject of a foreclosure or short sale, identify the following:

Foreclosure or Short Sale?  _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Lender's name: _____

Loan Number: _____

Original Loan/Mortgage Amount: $_____

Date of Original Loan/Mortgage: _____/_____/_____
                                        Month    Day    Year

At the Date of Foreclosure or Short Sale,
the amount owed on the Loan/Mortgage: $_____

Date of Foreclosure or Short Sale: _____/_____/_____
                                          Month    Day    Year

Short Sale Price (if applicable): $_____

Attach all loan/mortgage documentation and documentation pertaining to the acquisition of the property.

Attach all documents relating to any foreclosure or short sale, including but not limited to any financial statements provided to the lender, a seller's hardship letter, tax returns, W-2 forms, payroll stubs, and bank statements provided to the lender, and comparative market analyses of comparable sales provided to the lender.

**Section V. Already Remediated Property**

Has the Property been partially or completely remediated? _Completed remediated_

If completely or partially remediated, answer the following questions. If No, go to Section VI.

Please identify the dates during which the remediation took place:
January 2016 through July 2016

Please identify who performed the work to remediate the property (for example: self, name of contractor, name of remediation service): C&J General Contractors, LLC

If the Property has been partially remediated, identify the rooms of the Property that were remediated, the current condition and status of the remediation and the amount of work remaining to be remediated:

Attach any documents supporting any work that you or others performed for remediation of the Property.

If the Property has been partially or completely remediated, what was the total cost to date for the remediation of the Property?
$ 210,523.00

Attach all invoices and documents to support the total cost of remediation to date.

4

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Attach all invoices, purchase receipts and documents supporting the total cost or value of any appliances, fixtures or other electronics that you claim were damaged by Chinese drywall.

Attach all invoices, purchase receipts and documents supporting the total cost or value of any other movables (property or possessions, not including land or buildings) that you claim were damaged by Chinese drywall.

If the Property has been completely remediated, what was the date the remediation was completed? Month/Year: _7_ / _2016_

Have you preserved at least two samples (of ten inches by ten inches (10" x 10") in size if possible) of every different drywall brand or marking removed from the Property?  ☑ Yes  ☐ No

If you have preserved samples, where are the samples located?
Office Of Healthy Home Solutions LLC

Have you preserved at least one sample of each type of drywall endtape, if any, that was found during inspection, repair or removal of drywall in or from the Property?  ☑ Yes  ☐ No

If you have preserved samples, where are the samples located?
Office Of Healthy Home Solutions LLC

Have you photographed the backside of each Chinese-manufactured drywall board removed from the Property immediately after it was removed, and have you documented on a floor plan or other similar diagram the location of each full or partial Chinese-manufactured drywall board and its photograph?
☑ Yes  ☐ No

If you have photographed and documented each Chinese-manufactured board, please attach the photograph(s) and floor plan.

Have you photographed the HVAC coil, at least one (1) plumbing component and three (3) electrical components that you allege were damaged by Chinese drywall?  ☑ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

Have you photographed any other building materials, components, or other personal property for which you intend to seek recovery?  ☑ Yes  ☐ No

If you have photographed these materials, please attach the photographs.

## Section VI. Prior Payments

Have you received any payments, including but not limited to settlement payments, payments from homebuilders, and insurance payments, related to damages you claim to have suffered caused by defective Chinese drywall in the Property or related to any other harm caused by defective Chinese drywall?  ☐ Yes  ☑ No

If Yes, identify the source(s) and state the amount of payment(s) you received?

Source: _____

Amount of payments received: $ _____

5

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Source: _____

Amount of payments received:  $ _____

Source: _____

Amount of payments received:  $ _____

If you received payments from the Knauf settlement, state the percentage of the Chinese Drywall that was identified as "KPT Chinese Drywall" as described in section 1.27 of the Knauf Settlement Agreement: _____%

Attach documents reflecting the total amount you received from the source(s).

### Section VII. Other Damages

If you incurred alternative living expenses as a result of Chinese Drywall, identify the total moving cost and/or alternative living expense you incurred.
$ 5,445.00 _____

Attach all receipts and documents supporting the total moving cost and/or alternative living expense you incurred.

If you experienced any loss of use and/or loss of enjoyment of the Property as a result of Chinese Drywall, identify the total amount of such loss.
$ 250,000.00 _____

Attach all documentation to support the total amount claimed for the loss.

If you claim a diminution in value of the Property as a result of Chinese Drywall, identify the total amount of such diminution of value being claimed.
$ 133,500.00 _____

Attach all documentation to support the total amount claimed for diminution of value, including documents showing that the Property's previous value.

### Section VIII. "Under Air" Square Footage

Has the under air square footage of the Property changed at any time since installation of the Chinese drywall?   ☐ Yes   ☑ No

If the square footage has changed, please identify the date(s) and change(s) to under air square footage, and attach all documentation that relates to each change:

Date: _____

Change: _____

Date: _____

Change: _____

Supplemental Plaintiff Profile Form – Residential and Commercial Properties

Date: _____

Change: _____

---

*Section IX. Verification of Supplemental Plaintiff Profile Form*

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that I am the claimant identified in this Supplemental Plaintiff Profile Form and that all information provided in this Supplemental Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

I further declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information previously provided by me in my original Plaintiff Profile Form continues to be true and correct and has been updated to the best of my knowledge.

_____    4/3/2018
Claimant's signature                                 Date signed

Name:      Nathan Junius
           _____

Address:   4 Thrush Street
           _____
           Address 1                    Address 2
           New Orleans            LA        70124
           _____
           City                   State     Zip Code

Phone No.: ( 504  ) 228   - 5356
           _____

Email:     njunius@lhjunius.com
           _____

7

# **Exhibit**

(See Section II)

Documents Related to Assignment of Claim or Transfer of Ownership

Crescent Title, LLC
7037 Canal Blvd., Suite 203
New Orleans, LA 70124
File No.: 162033

---

# CASH SALE

### Sale of Property

### by:

### Nathan J. Junius

### to:

### Amy Schwehm Chauffe and
### Paul Benjamin Chauffe, II

---

## *United States of America*
## *State of Louisiana*
## *Parish of Orleans*

**BE IT KNOWN** That on this 25th day of July, 2016

**BEFORE ME,** Jason P. Hernandez, the undersigned notary public, duly commissioned and qualified, in and for the Parish of Jefferson and in the presence of the witnesses hereinafter named and undersigned.
### *Personally Came and Appeared,*

**Nathan J. Junius (SS#XXX-XX-5876),** a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who declared before me, Notary, that he has been married but once and then to Sarah Junius, with whom she lives and resides.

**MAILING ADDRESS:     4 Thrust Street, New Orleans, LA 70124**

Who declare that they do by these presents, grant, bargain, sell, convey, transfer, assign, setover, abandon and deliver, with all legal warranties as to title only, but with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, except as provided herein, unto,

**Amy Schwehm Chauffe (SS# XXX-XX-3565) and Paul Benjamin Chauffe, II (SS# XXX-XX-1889),** both persons of the full age of majority and residents of the Parish of Orleans, State of who declared before me, Notary, that they have been married but once and then to each other with whom they live and reside.

**MAILING ADDRESS:     6537 Marshall Foch Street, New Orleans, LA 70124**

here present, accepting and purchasing for themselves, their heirs and assigns, and acknowledging due delivery and possession thereof, all and singular the following described property, to-wit:

### *"Description of Property"*

TWO CERTAIN LOTS OF GROUND, together with all the buildings and improvements thereon, and all of the rights, ways, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Second District of the City of New Orleans, Parish of Orleans, State of Louisiana, in that part thereof known as Lakeview, in Square 182, bounded by Marshall Foch Street, Porteous Street (formerly Twiggs Street), Argonne Street and Lane Street, said lots are designated by the Lots 13 & 14, measuring each 25.0 feet front on Marshall Foch Street, same width in the rear, by a depth of 122.0 feet between equal and parallel lines. Said above described lots are situated and located on an alley 15.00 feet wide, common to

Hon. Dale N. Atkins
CLERK OF CIVIL DISTRICT COURT
INST #: 2016-30242  07/27/2016  09:44:28 AM
TYPE: S 5 PG(S)

CIN#: 603272
COPY

these and other lots.

The improvement thereon bear the Municipal Number 6537 Marshall Foch Street, New Orleans, La 70124.

Being the same property acquired by Nathan J. Junius by act dated February 1, 2006, registered at CIN 317986, Orleans Parish, La.

**PURCHASER(S)** herein declared that all future notices of ad valorem tax bills and special assessments for the above described property presently for the tax year of 2017 bearing Tax Assessment No. are to be forwarded to:

Amy Schwehm Chauffe and Paul Benjamin Chauffe, II
6537 Marshall Foch Street, New Orleans, LA 70124

**THIS ACT IS MADE, EXECUTED AND ACCEPTED SUBJECT TO THE FOLLOWING:**

1.  Any and all restrictions, overlaps, overhangs, servitudes and/or easements, rights of ways and outstanding rights of record which might be shown on a current survey of the property.

2.  Purchasers acknowledge that this sale excludes any and all rights and interests to litigation involving contaminated drywall affecting the subject property and that the Sellers reserve all rights to pursue such litigation and shall be entitled to any and all recovery of just compensation, damages, attorneys' fees, costs and any other relief awarded in such litigation.



THE PARTIES HERETO TAKE COGNIZANCE THAT NO SURVEY ON THE HEREIN DESCRIBED PROPERTY IN CONNECTION WITH THE ACT OF SALE HAS BEEN MADE NOR HAS ONE BEEN PRODUCED OR ATTACHED AND THE PARTIES DO HEREBY RELIEVE AND RELEASE ME, NOTARY, FROM ANY AND ALL LIABILITY, RESPONSIBILITY OR DAMAGE INCLUDING COURT COSTS AND ATTORNEYS FEES IN CONNECTION THEREWITH.

*See WAIVER OF WARRANTY and REDHIBITION RIGHTS ADDENDUM attached hereto and made a part hereof.*

To have and to hold the above described property unto the said purchaser(s) themselves, their heirs and assigns forever.

This sale is made and accepted for and in consideration of the price and sum of Four Hundred Sixtenn Thousand Five Hundred And No/100 Dollars ($416,500.00) which the said purchaser(s) have well and truly paid, in ready and current money to the said vendors who hereby acknowledge the receipt thereof and grant full acquittance and discharge therefore.

All State and City taxes up to and including the taxes due and exigible for the current tax year are paid as per a research of the tax rolls for the year 2016. The 2016 taxes have been prorated to the date of this act of sale. Payment for all future taxes is assumed by purchaser herein.

By reference to the certificates of the Conveyance and Mortgage records in and for the Parish of Orleans annexed hereto, it does not appear that said property has been heretofore alienated by the Vendor or that it is subject to any unpaid encumbrances whatsoever.

The parties to this act are aware of the fact that the mortgage, and conveyance certificates herein referred to are open, being not yet dated or signed, and relieve and release me, Notary, from all responsibility and liability in connection therewith. Vendor is bound and obligated to have cancelled and erased immediately any inscriptions that may appear on the open certificates that would adversely affect the title to the herein described property.



## WAIVER OF WARRANTY AND REDHIBITION RIGHTS ADDENDUM

It is expressly agreed that the immovable property herein conveyed and all improvements and component parts, plumbing, electrical systems, mechanical equipment, heating and air conditioning systems, built-in appliances, and all other items located hereon are conveyed by Seller and accepted by Purchaser "AS IS, WHERE IS," without any warranties of any kind whatsoever, even as to the metes and bounds, zoning, operation, or suitability of the property for the use intended by the Purchaser, without regard to the presence of apparent or hidden defects and with the Purchaser's full and complete waiver of any and all rights for the return of all or any part of the purchase price by reason of any such defects.

Purchaser acknowledges and declares that neither the Seller nor any party, whomsoever, acting or purporting to act in any capacity whatsoever on behalf of the Seller has made any direct, indirect, explicit or implicit statement, representation or declaration, whether by written or oral statement or otherwise, and upon which the Purchaser has relied, concerning the existence or non-existence of any quality, characteristic or condition of the property herein conveyed.  Purchaser has had full, complete and unlimited access to the property herein conveyed for all tests and inspections which Purchaser, in Purchaser's sole discretion, deems sufficiently diligent for the protection of Purchaser's interests.

Purchaser expressly waives the warranty of fitness and the warranty against redhibitory vices and defects, whether apparent or latent, imposed by Louisiana Civil Code Articles 2520 through 2548, inclusive, and any other applicable state or federal law and the jurisprudence thereunder.

Purchaser also waives any rights Purchaser may have in redhibition to a return of the purchase price or to a reduction of the purchase price paid pursuant to Louisiana Civil Code Articles 2520 to 2548, inclusive, in connection with the property hereby conveyed to Purchaser by Seller.  By Purchaser's signature, Purchaser expressly acknowledges all such waivers and Purchaser's exercise of Purchaser's right to waive warranty pursuant to Louisiana Civil Code Article 2520 and 2548, inclusive.

_____          _____
Nathan J. Junius                                          Amy Schwehm Chauffe

                                                                   _____
                                                                   Paul Benjamin Chauffe, II

PGR-415 (R6/04)

*Thus Done and Passed*, in my office in New Orleans, Louisiana in the presence of the competent witnesses, who hereunto sign their names with the said appearers, and me, Notary, after reading the whole.

WITNESSES:

SIGN
PRINT   Marguerite Felbach

SIGN
PRINT   Tine Pame

SELLER(S):                              PURCHASER(S):

_____        _____
Nathan J. Junius                        Amy Schwehm Chauffe

                                        _____
                                        Paul Benjamin Chauffe, II


_____
Jason P. Hernandez
Bar Roll/ID No.:  29518
Notary Public

Title Ins. Prod.:  Crescent Title, LLC
Address:  7037 Canal Blvd., Suite 203, New Orleans,
LA 70124
Prod. Lic #:  300974
Title Ins. Underwriter:  Fidelity National Title
Insurance Company
Title Opinion by:  Jason P. Hernandez
La Bar Roll #:      29518

Certified to be a True Copy of
The Original Act or Document.



'1340 Poydras Street, 4th Floor
New Orleans, Louisiana 70112

Telephone (504) 407-0005

Chelsey Richard Napoleon
Chief Deputy Clerk

Land Records Division

# Hon. Dale N. Atkins
## Clerk of Court and Ex-Officio Recorder
Parish of Orleans

## DOCUMENT RECORDATION INFORMATION

Instrument Number: 2016-30242

Recording Date: 7/27/2016 09:44:28 AM

Document Type: SALE

Addtl Titles Doc Types:

Conveyance Instrument Number: 603272

Filed by: CRESCENT TITLE LLC
7037 CANAL BLVD
SUITE 203
NEW ORLEANS, LA 70124

THIS PAGE IS RECORDED AS PART OF YOUR DOCUMENT AND
SHOULD BE RETAINED WITH ANY COPIES.

# **Exhibit**

(See Section V)

Documents Related to Already Remediated Properties

## 6537 Marshall Foch Street - Chinese Drywall Renovation

| ITEM | DESC. | COST |
|---|---|---|
| Insurance | | $1,800.00 |
| Drywall Inspector | Healthy Home Solutions | $825.00 |
| Building Permit | | $368.82 |
| Dumpster Permit CNO | | $502.00 |
| Dumpster | | $1,155.00 |
| Demo | | $8,385.00 |
| Electrical/Plumbing/AC-PREP | Superior Services | $3,825.00 |
| Electrical/Plumbing/AC-INSTALL | Superior Services | $14,750.00 |
| Audio/Visual/Low Voltage | Crimeteck | $3,583.00 |
| Insulation | Builders Insulation | $5,170.00 |
| Kitchen cabinets | Classic Kitchens | $24,865.78 |
| Cabinet install | Byron | $1,400.00 |
| Granite | Classic Kitchens | $6,494.14 |
| Appliances | Classic Kitchens | $15,025.50 |
| Drywall | Ahlstedt Drywall | $18,700.00 |
| RJ Champagne | | $5,423.50 |
| Paint | AHL Interiors | $13,978.00 |
| Flooring/Stairs/Carpet | Toca | $11,683.32 |
| Flooring/Stairs/Carpet | Toca | $13,019.16 |
| Doors/trim | Dash Lumber | $7,508.97 |
| Trim install | Deposit | $6,339.50 |
| Cleaning | | $2,200.00 |
| Replace sod/yard | | $3,600.00 |
| termite retreat open walls | | $688.00 |
| hardware | | $39.64 |
| molding | | $563.90 |
| mdf base | | $59.00 |
| faucet | | $206.33 |
| misc smoke | | $451.11 |
| faucet | | -$96.58 |
| faucet | | $168.54 |
| faucet | | $73.75 |
| hardware | | $42.47 |
| roll hardware | | $940.50 |
| door casing | | $142.56 |
| door casing | | $347.63 |
| Kitchen Faucet | | $218.40 |
| Wall Sconce | | $193.12 |
| Vanity Light | | $196.02 |
| Lighting | | $607.68 |

| | | |
|---|---|---|
| SUBTOTAL | | $175,443.76 |
| Contractor OH&P | | $35,088.75 |
| **TOTAL** | | **$210,532.51** |



# BUILDERS' INSULATION

**(985) 327-7049**

Offices in: *Appleton, Atlanta, Charlotte, Chicago, Greensboro, Jacksonville, Madison, Memphis, Milwaukee, Minneapolis, Nashville, Orlando, Raleigh, Richmond, Tampa, Virginia Beach, Washington DC*

| | |
|---|---|
| **C&J GENERAL CONT** | Phone (504) 228-8356    Date 04/08/2016 |
| **6537 MARSHALL FOCH ST** | Job Name / Location |
| **NEW ORLEANS**    LA   70124-3921 | **6537 MARSHEL FOCH** <br> **NEW ORLEANS**     **LA** |
| | Contact NATHAN JUNIUS    Job Number   5061 |

*We hereby submit specifications and estimates for:*

| | |
|---|---|
| SOUND MASTER BED ROOM + A/C CLOSET | R-11 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| EXTERIOR WALLS | R-13 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| EXTERIOR WALLS | R-19 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| CEILINGS | R-30 KRAFT FACED FORMALDEHYDE FREE FIBERGLASS BATTS |
| FOAM ALL WINDOWS, DOORS, AND ATTIC PENETRATIONS | POLYURETHANE INSULATING FOAM |

*We Propose hereby to furnish material and labor,  complete in accordance with the above specifications, for the sum of:*    **$2,766.00**

| Options:    *(Options are priced in addition to base proposal price above)* | | Accepted: |
|---|---|---|
| **SPIDER IN EXTERIOR WALLS** | **$1,102.00** | ☐ |
| **OPEN CELL FOAM IN EXTERIOR WALLS** | **$2,131.00** | ☐ |
| **R38 BATTS IN CEILING** | **$273.00** | ☐ |

**Payment to be made as follows:**
PAYMENT IN FULL DUE WITHIN 30 DAYS FROM THE DATE OF THE INVOICE. ALL AMOUNTS NOT PAID WITHIN SUCH 30 DAYS SHALL ACCRUE INTEREST AT A RATE OF 18% PER ANNUM (1.5% PER MONTH). IN ADDITION,  BUILDERS' INSULATION    SHALL HAVE THE RIGHT TO RECOVER REASONABLE ATTORNEY'S FEES AND EXPENSES ASSOCIATED WITH THE COLLECTION OF INVOICES NOT PAID IN FULL WITHIN SUCH 30 DAY PERIOD.

| | |
|---|---|
| All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owners to carry fire, tornado and other necessary insurances. Our workers are fully covered by Workmen's Compensation Insurance. | Authorized By:    **RONALD SILVA** <br><br> Cell:    **(985) 273-1220** <br> E-Mail: Ronald.Silva@insulation-holdings.com |
| **Acceptance of Proposal in accordance with the above prices,** specifications, and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above. | Note: This proposal may be withdrawn by us if not accepted within **60** days. <br><br> Signature_____ Date _____ |

**Upon acceptance please fax or return signed copy:**    72375 INDUSTRY PARK ST     COVINGTON , LA  70435  FAX:



# Toca Flooring, L.L.C.
## 2809 Jefferson Hwy.
## Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/5/2016 | 3027 |

| Bill To |
|---------|
| Ben Chauffe<br>6537 Marshall Foch<br>New Orleans, LA 70124 |

| Terms | Project Number |
|-------|----------------|
|       |                |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2,004 | RE:  6537 Marshall Foch<br><br>We propose to furnish all materials, labor, and equipment to complete the following scope of work for the above referenced project.<br><br>HARDWOOD<br>Provide French Quarter Boudin Maple<br><br>CARPET<br><br>STAIRS<br><br>TILE | 5.83 | 11,683.32 |

| | Total | $11,683.32 |
|---|-------|-----------|
| | Payments/Credits | $0.00 |
| | Balance Due | $11,683.32 |

All prices above are LABOR ONLY, unless specified above.

Labor Terms: 50% down, 40% at substantial completion, and 10% on final completion.  Credit Card Add 3%.

Material Terms: 100% of materials Paid In Full prior to ordering.  No Refunds or Exchanges. Credit Card Add 3%.

Should the customer default in any payment, past due balances are subject to finance charges of 1 1/2% per month plus attorney fees of 30% of principle and interest plus lien fees.

The above work, prices, and terms have been discussed and agreed upon by both buyer and seller.

| Web Site | Phone # | Fax # | E-mail |
|----------|---------|-------|--------|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |



**Toca Flooring, L.L.C.**
2809 Jefferson Hwy.
Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/21/2016 | 3096 |

| Bill To |
|---------|
| Ben Chauffe<br>6537 Marshall Foch<br>New Orleans, LA 70124 |

| | Terms | Project Number |
|---|-------|----------------|
| | | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| | RE:  6537 Marshall Foch | | |
| | We propose to furnish all materials, labor, and equipment to complete the following scope of work for the above referenced project. | | |
| | HARDWOOD | | |
| 1,829 | Provide labor only to install engineered hardwood on first floor and landing. | 2.45 | 4,481.05T |
| 13 | Provide Adhesive | 115.23 | 1,497.99 |
| 1 | Transitions | 175.00 | 175.00 |
| | CARPET | | |
| 87 | Provide labor and materials to install Activate and pad. | 28.00 | 2,436.00 |
| | STAIRS | | |
| 1 | Provide labor and materials to install stair treads and sand, stain, and finish with 3 coats of polyurethane. | 3,749.12 | 3,749.12T |
| | TILE | | |
| 1 | Provide labor only to install Tile in Laundry | 350.00 | 350.00 |
| | | **Total** | |
| | | **Payments/Credits** | |
| | | **Balance Due** | |

| Web Site | Phone # | Fax # | E-mail |
|----------|---------|-------|--------|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |



**Toca Flooring, L.L.C.**
2809 Jefferson Hwy.
Jefferson, LA 70121

# Invoice

| Date | Invoice # |
|---|---|
| 7/21/2016 | 3096 |

| Bill To |
|---|
| Ben Chauffe<br>6537 Marshall Foch<br>New Orleans, LA 70124 |

| Terms | Project Number |
|---|---|
|  |  |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 6 | Provide labor and patch to fix foyer. | 55.00 | 330.00 |

| | |
|---|---|
| **Total** | $13,019.16 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,019.16 |

All prices above are LABOR ONLY, unless specified above.

Labor Terms: 50% down, 40% at substantial completion, and 10% on final completion.  Credit Card Add 3%.

Material Terms: 100% of materials Paid In Full prior to ordering.  No Refunds or Exchanges. Credit Card Add 3%.

Should the customer default in any payment, past due balances are subject to finance charges of 1 1/2% per month plus attorney fees of 30% of principle and interest plus lien fees.

The above work, prices, and terms have been discussed and agreed upon by both buyer and seller.

| Web Site | Phone # | Fax # | E-mail |
|---|---|---|---|
| www.tocaflooring.com | (504) 464-7878 | (504) 831-7688 | sales@tocaflooring.com |

**Ahlstedt Drywall LLC**
**PO Box 6155**
**Metairie, LA 70009**

| Invoice | |
| --- | --- |
| Date | Invoice # |
| 5/11/2016 | 3834 |

| Bill To |
| --- |
| C & J General Contractors<br>6537 Marshall Foch St<br>New Orleans, LA 70124 |

| Project | | P.O. No. | Due Date |
| --- | --- | --- | --- |
| 16097 - 6537 Marshall Foch St | | | 5/18/2016 |

| Description | Amount |
| --- | --- |
| Material | 5,949.00 |
| Hang | 6,228.00 |
| Finish | 6,523.00 |
| | |

| | | |
| --- | --- | --- |
| | **Total** | $18,700.00 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | **$18,700.00** |

*Classic Kitchens Etc., Ltd.*
*Featuring*
*"All Wood Cabinetry"*

4306 Waverly Street
Metairie, La. 70006

Ph: 504-456-1000
Fax: 504-456-1017

May 16, 2016

### CONTRACT

Purchaser:   Ben Chauffe
             6537 Marshall Foch St.
             New Orleans, LA 70124

Job Site:    Same

### GRANITE TOP

Kitchen & Island Counter Top, Flat Edge, Under Mount Sink, No Splash, Installed

3cm Alaska White                                    $5,903.75

                    10% Sales Tax:    $590.38
                          Total:    $6,494.13

### CONDITIONS

Final pricing will be based on field measurements. Owner must be present when measurements are taken.

### DELIVERY TIME FRAME

1 to 2 weeks from installation of cabinets.

### TERMS

50% downpayment with acceptance of contract. Balance due on completion of installation.

# Classic Kitchens Etc., Ltd.
## Featuring
## "All Wood Cabinetry"

**4306 Waverly Street**                              **Ph: 504-456-1000**
**Metairie, La. 70006**                             **Fax: 504-456-1017**

April 25, 2016

### CONTRACT

Client:       Ben Chauffe
              6537 Marshall Foch St.
              New Orleans, LA 70124

### KITCHEN
### CABINET SPECIFICATIONS

| | |
|---|---|
| Manufacturer: | Dynasty Cabinetry |
| Series: | Plainfield |
| Styling: | 2 ¼" Stile & Rail Frame with Reversed ¾" Raised Panel, 5 pc. drawer front, Beaded Inset Overlay |
| Box Design: | Framed, All-wood |
| Drawer Suspension: | Full Extension Under-mount/Soft Close Feature on drawers & doors |
| Exterior Finish: | Maple Pearl |
| Interior Finish: | White Melamine |
| Cabinets: | Cabinets As Per Plans, Plus Molding |

Kitchen                                                  $23,795.00

| | |
|---|---|
| Subtotal: | $23,795.00 |
| 5% off discount: | -$1,189.75 |
| New total: | $22,605.25 |
| 10% Sales Tax: | $2,260.53 |
| TOTAL: | $24,865.78 |

### DELIVERY TIME FRAME
Four to Five weeks from date of order confirmation by factory.

### TERMS
50% down payment with acceptance of contract.  Balance due on delivery.

### CONDITIONS

Final pricing is based on field measurement and acceptance of final drawing. Final alignment and adjustments of door and drawers and any touch up of dents and nicks are the responsibility of the cabinet installer. All claims of damage must be reported prior to installation and within three working days of delivery.

ACCEPTANCE OF CONTRACT

The above prices, specification, and conditions are satisfactory and hereby are accepted. I have read and do understand the specifications and time frames of
delivery as outlined above.

Accepted By:

Ben Chauffe                                                    Date

Witness:

Tara W. Bertoniere                                           Date

Deposit due to order - $12,432.89
Balance on delivery

---

*Classic Kitchens Etc., Ltd.*

*Featuring*

*"All Wood Cabinetry"*

**4306 Waverly Street**
**Metairie, La. 70006**

**Ph: 504-456-1000**
**Fax: 504-456-1017**

---

May 16, 2016

CONTRACT

Client:    Ben Chauffe
           6537 Marshall Foch St.
           New Orleans, LA 70124

## DACOR APPLIANCES

1-Model # DRT366S/NG, 36" Distinctive Range-top Stainless steel w/ stainless steel
knobs -Natural Gas                                            $2,799.00

1- Model # RDW24S, 24" Dishwasher - stainless                 $500.00

1 - Model #DTO230S, Distinctive 30" Double Oven w/ Epicure handle - stainless steel
                                                              $3,999.00

1 - Model #DTF36FCS, 36" French Door Refrigerator - stainless steel
                                                              $2,999.00

## VENT-A-HOOD

1-Model # PDH14-236, 600 CFM Hood, 36" stainless steel & duct cover extension for 10'
ceilings                                                      $2,908.00

Subtotal: $13,205.00
Appliance Delivery:    $500.00
10% Sales Tax:    $1,320.50
Total:    $15,025.50

## DELIVERY TIME FRAME

2-3 weeks from date of order.

## CONDITIONS

All appliances must be delivered at one time to avoid additional delivery charges.

ACCEPTANCE OF CONTRACT

The above prices, specification, and conditions are satisfactory and hereby are accepted. I have read and do understand the specifications and time frames of delivery as outlined above.

Accepted By:

_____          _____
Ben Chauffe                                                        Date

Witness:

_____          _____
Tara W. Bertoniere                                              Date

**Deposit needed to order - $7,512.75**
**Balance due on delivery - $7,512.75**

**Crimetek Integrated Security Systems**

P.O. Box 595
Belle Chasse, LA  70037 US
(504) 247-0024
mike@crimetek.net
www.crimetek.net



# INVOICE

| | |
|---|---|
| **INVOICE #** | 126477 |
| **DATE** | 04/25/2016 |
| **DUE DATE** | 05/10/2016 |
| **TERMS** | Net 15 |

**BILL TO**
Ben Chauffe
6537 Marshal Foch
New Orleans, LA  70124

**SHIP TO**
Ben Chauffe
6537 Marshal Foch
New Orleans, LA  70124

Please detach top portion and return with your payment.

---

**SHIP DATE**
04/19/2016

**SHIP VIA**
Chris, Pat & James

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Cable**<br>Cable locations with RG-6 cable (2  in equipment area closet,  in master, 1 in kitchen & 3 in upstairs bedrooms) | 7 | 55.00 | 385.00 |
| **Phone**<br>Phone locations with cat5 cable (in equipment area closet) | 1 | 45.00 | 45.00 |
| **Misc.**<br>45' HDMI cable, cat6 cable, IR wire & wall plates for living room TV's | 2 | 122.00 | 244.00 |
| **Materials**<br>Cat6 cable, data connectors & access point for WiFi | 1 | 165.00 | 165.00 |
| **Labor**<br>Pre-wire & install access point | 1 | 125.00 | 125.00 |
| Sound | | | |
| **Pre-Wire Sound**<br>Pre-wire for home theater in living room for 5 ceiling speakers & 1 sub woofer | 1 | 125.00 | 125.00 |
| **Materials**<br>Pre-construction speaker brackets | 5 | 9.00 | 45.00 |
| **C620**<br>One pair of Proficient Audio 6.5" ceiling speakers with 100 watt power handling | 2.50 | 129.00 | 322.50 |
| **Labor**<br>Install speakers | 1 | 75.00 | 75.00 |
| **Pre-Wire Sound 2**<br>Pre-wire for sound station on back patio | 1 | 100.00 | 100.00 |
| **AW525wht**<br>One pair of Proficient Audio outdoor speakers with 125 watt power handling | 1 | 145.00 | 145.00 |
| **VC60i**<br>Proficient Audio impedance-balancing volume control | 1 | 65.00 | 65.00 |
| **Labor**<br>Install speakers & volume control | 1 | 90.00 | 90.00 |

PAID

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Alarm System**<br>Install a 2GIG smart system with 2 touch screen keypads, 1 Verizon Cell unit, 1 wired motion detector & takeover kit (also go through all existing wires & contacts) | 1 | 715.00 | 715.00 |
| **Materials**<br>Z-wave thermostat (Delivered 6/2/16 by Will) | 2 | 125.00 | 250.00 |
| **Monitoring 3**<br>Third quarter monitoring (8/3/16-10/1/16) | 1.90 | 25.00 | 47.50 |
| **Extras**<br>Onkyo receiver refurbished | 1 | 250.00 | 250.00 |
| **Extras**<br>Logitech remote | 1 | 64.00 | 64.00 |
| **Labor**<br>Installation & programming | 2 | 75.00 | 150.00 |
| **Materials**<br>Wall mount with tilt for 40"-80" TV | 0 | 39.00 | 0.00 |
| **Labor**<br>Install TV | 1 | 100.00 | 100.00 |
| **Heat Detectors**<br>Install heat detectors | 1 | 75.00 | 75.00 |

Thank you for your business.

| | |
|---|---|
| PAYMENT | 3,583.00 |
| BALANCE DUE | **$0.00** |



**dash**

*70 YEARS STRONG*

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555  fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 6/09/16 | 110646 |
| 1 | PAGE   1 |

SHIP TO:
BEN CHAUFFE
6537 MARSHALL FOCH
504-289-6211
NEW ORLEANS, LA 70124

SHIP VIA: DASH TRUCK
DATE WANTED:  6/09/16
13199-00000
ACCOUNT #
P.O. #

SOLD TO: CASH CUSTOMER

| Y ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | SW-2PNL24LSC10XL | 1.000 | 186.8700/ EACH | 186.87 |
| | | | | 2468 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| | | | | PO#84924 SD | | | |



RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| ALES PERSON | DATE SHIPPED | | | |
|---|---|---|---|---|
| OTT KUHN | 6/09/16 | | | |

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| SUB TOTAL | 186.87 |
| TAX | 18.68 |
| TOTAL | 205.55 |

ORDER # P87713      QUOTE #

/16A 8:41:25A     EK

ERED BY _____   CK. BY _____   DATE _____   RECEIVED BY _____   DATE _____



**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555  fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 6/07/16 | 110512 |
| 1 | PAGE   1 |

SHIP TO:
BEN CHAUFFE
6537 MARSHALL FOCH
289-6211
NEW ORLEANS, LA 70124

SHIP VIA: DASH TRUCK
DATE WANTED:  6/07/16
13199-00000
ACCOUNT #
P.O. #

SOLD TO: CASH CUSTOMER

| / ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | | EXTD. PRICE |
|---|---|---|---|---|---|---|---|---|
| 221 | 221 | | EA | SS-00000 | 221.000 | 1.4300/ | EA | 316.03 |
| | | | | DELETED ITEM | | | | |
| | | | | CC | | | | |



RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

| **LES PERSON** | **DATE SHIPPED** | | | |
|---|---|---|---|---|
| OTT KUHN | 6/07/16 | | | |

MERCHANT COPY   TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| **SUB TOTAL** | 316.03 |
| **TAX** | 31.60 |
| **TOTAL** | 347.63 |

ORDER # P07509    QUOTE # 45086

/16A 8:41:17A     EK

ERED BY _____    CK. BY _____    DATE _____    RECEIVED BY _____    DATE _____



**dash**
**70 YEARS STRONG**
community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 5/31/16 | 110053 |
| 1 | PAGE  1 |

SHIP TO:
BEN CHAUFFE

504-289-6211

SOLD TO: CASH CUSTOMER

SHIP VIA: DASH TRUCK
DATE WANTED:  5/31/16
13199-00000
ACCOUNT #
P.O. #

| / ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---|---|---|---|---|---|---|---|
| 160 | 160 | | EA | SW-WM500 | 160.000 | 2.0500/ EACH | 328.00 |
| | | | | 6-5/16" MDF COVE TLC#500 | | | |
| 32 | 32 | | LF | SW-WM1024 | 32.000 | 2.2500/ EACH | 72.00 |
| | | | | 7-1/4 PRIMED WINDOW STOOL | | | |
| | | | | PO# 84772 K | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

LES PERSON
OTT KUHN

DATE SHIPPED
5/31/16

ORDER # P86999    QUOTE #

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| SUB TOTAL | 400.00 |
| TAX | 40.00 |
| TOTAL | 440.00 |

/16A 8:41:13A    EK

ERED BY _____   CK. BY _____   DATE _____   RECEIVED BY _____   DATE _____



**dash**

*70 YEARS STRONG*

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555  fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 5/17/16 | I09218 |
| 1 | PAGE   1 |

SHIP TO:
BEN CHAUFFE

289-6211

SOLD TO:
CASH CUSTOMER

SHIP VIA: DASH TRUCK
DATE WANTED:  5/17/16
ACCOUNT #  13199-00000
P.O. #

| QTY ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | | EXTD. PRICE |
|---|---|---|---|---|---|---|---|---|
| 16 | 16 | | LF | SW-WM1024 | 16.000 | 2.2500/ | LF | 36.00 |
| | | | | 7-1/4 PRIMED WINDOW STOOL | | | | |
| 48 | 48 | | FT | FN-PWS | 48.000 | 1.5900/ | LF | 76.32 |
| | | | | 6-1/4" PRIMED WINDOW STOOL WM-1022 F/J | | | | |
| 928 | 928 | | FT | FN-M754 | 928.000 | 1.1900/ | LF | 1,104.32 |
| | | | | 9/16X7-1/4" #754 MDF BASE PRIMED | | | | |
| 432 | 432 | | EA | SW-WM500 | 432.000 | 2.0500/ | EA | 885.60 |
| | | | | 6-5/16" MDF COVE TLC#500 | | | | |
| 204 | 204 | | EA | SS-00000 | 204.000 | 1.4300/ | EA | 291.72 |
| | | | | DELETED ITEM | | | | |
| | | | NC | | | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

ALES PERSON      DATE SHIPPED
OTT KUHN         5/17/16

ORDER # P86079   QUOTE # 45689

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| SUB TOTAL | 2,393.96 |
|---|---|
| TAX | 239.40 |
| TOTAL | 2,633.36 |

/16A 8:40:49A      EK

ERED BY _____   CK. BY _____   DATE _____   RECEIVED BY _____   DATE _____



**dash**

**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555 fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|---|---|
| 5/13/16 | I09063 |
| 1 | PAGE 1 |

SHIP TO:
BEN CHAUFFE

504-289-6211

SOLD TO:
CASH CUSTOMER

SHIP VIA: WILL CALL
DATE WANTED: 5/13/16
13199-00000
ACCOUNT #
P.O. #

| Y ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXTD. PRICE |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | EA | SW-2PNL26L510XL | 1.000 | 192.4000/ EACH | 192.40 |
| | | | | 2668 2-PNL SQ SMTH S/C LH 5"P JAMB 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-2PNL24RSC10XL | 1.000 | 186.8700/ EACH | 186.87 |
| | | | | 2468 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| 4 | 4 | | EA | SW-2PNL28RSC10XL | 4.000 | 176.8000/ EACH | 707.20 |
| | | | | 2868 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-PR2PNL12BCSC10XL | 1.000 | 312.6500/ EACH | 312.65 |
| | | | | PR1268 2PNL SQ SMTH S/C 4-9/16"P 10XL STN NKL BC | | | |
| 1 | 1 | | EA | SW-PR2PNL20BCSC10XL | 1.000 | 325.0000/ EACH | 325.00 |
| | | | | PR2068 2PNL SQ SMTH S/C 4-9/16"P 10XL STN NKL BC | | | |
| 2 | 2 | | EA | SW-2PNL26LSC10XL | 2.000 | 182.0000/ EACH | 364.00 |
| | | | | 2668 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 5 | 5 | | EA | SW-2PNL20LSC10XL | 5.000 | 176.8000/ EACH | 884.00 |
| | | | | 2068 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 1 | 1 | | EA | SW-2PNL28LSC10XL | 1.000 | 193.3700/ EACH | 193.37 |
| | | | | 2868 2-PNL SQ SMTH S/C LH 4-9/16"P 10XL STN NKL | | | |
| 2 | 2 | | EA | SW-2PNL26RSC10XL | 2.000 | 182.0000/ EACH | 364.00 |
| | | | | 2668 2-PNL SQ SMTH S/C RH 4-9/16"P 10XL STN NKL | | | |
| | | | | PO#04406 SSI | | | |

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

LES PERSON
OTT KUHN

DATE SHIPPED
5/13/16

ORDER # P85903    QUOTE #

MERCHANT COPY    TAX 10.000%
NOT VALID FOR RETURNS OR EXCHANGES
CASH

| | |
|---|---|
| SUB TOTAL | 3,529.49 |
| TAX | 352.94 |
| TOTAL | 3,882.43 |

/16A 8:40:39A    EK

ERED BY _____    CK. BY _____    DATE _____    RECEIVED BY _____    DATE _____



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BVD
METAIRIE, LA 70002    (504) 780-0114

- SALE -

SALES# S1054C01 1937540    TRANS#: 05406907 07-25-16

308834 SATIN NICKEL HINGE PIN DO      10.24
                 8 @      2.28
308850 SATIN NICK SQUARE RIGID D      17.66
                 6 @      2.96

                 SUBTOTAL:      36.12
                 TAX:           3.52
INVOICE 23965    TOTAL:         39.64
                 M/C:           39.64

M/C:XXXZXXXXXXXX2619 AMOUNT:39.64 AUTHCD:19399P
       CHIP REF ID:10542305/902 07/25/16 17:40:05
       APL: MasterCard   TVR: 0000008000
       AID: A0000000041010   TSI: E800

STORE: 1054   TERMINAL: 23   07/25/16 17:40:42
# OF ITEMS PURCHASED:      14
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

****************************************************
*        YOUR OPINIONS COUNT!                     *
*     REGISTER FOR A CHANCE TO BE                 *
*   ONE OF FIVE $300 WINNERS DRAWN MONTHLY!       *
*    ¡REGISTRESE EN EL SORTEO MENSUAL             *
*  PARA SER UNO DE LOS CINCO GANADORES DE $300!   *
*                                                 *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey      *
*      Y O U R   I D #  23965 1054 207            *
*                                                 *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.        *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
****************************************************
STORE: 1054   TERMINAL: 23   07/25/16 17:40:42



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BVD
METAIRIE, LA 70002    (504) 780-0114

- SALE -

SALES# S1054PJ1 1727379    TRANS#: 05035479 07-07-16

615254 PP PFJ SHOE WH129 30-PC     194.40
                 2 @     97.20
14627 PFJSHOE129 11/16-1RX7/16-    50.40
                10 @      5.04
479779 KON ERMN FLCM 1.28- 2P (-  269.00

                 SUBTOTAL:     513.80
                 TAX:          50.10
INVOICE 23859    TOTAL:        563.90
                 M/C:          563.90

M/C:XXXXXXXXXXXX2618 AMOUNT:563.90 AUTHCD:77760P
       CHIP REF ID:105423051272 07/07/16 18:50:44
       APL: MasterCard   TVR: 0000008000
       AID: A0000000041010   TSI: E800

STORE: 1054   TERMINAL: 23   07/07/16 18:51:35
# OF ITEMS PURCHASED:      13
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

****************************************************
*        YOUR OPINIONS COUNT!                     *
*     REGISTER FOR A CHANCE TO BE                 *
*   ONE OF FIVE $300 WINNERS DRAWN MONTHLY!       *
*    ¡REGISTRESE EN EL SORTEO MENSUAL             *
*  PARA SER UNO DE LOS CINCO GANADORES DE $300!   *
*                                                 *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*   WITHIN ONE WEEK AT: www.lowes.com/survey      *
*      Y O U R   I D #  23859 1054 189            *
*                                                 *
*   NO PURCHASE NECESSARY TO ENTER OR WIN.        *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
****************************************************
STORE: 1054   TERMINAL: 23   07/07/16 18:51:35



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: S1054SK5 ZT15061     TRANS#: 05594330 08-07-16

45735 MDI DSE 5-1/2 10X17/16 IN        53.76
3 @        17.92

SUBTOTAL:        53.76
TAX:        5.24
INVOICE 23381  TOTAL:        59.00
M/C:        59.00

M/C:XXXXXXXXXXXX2610  AMOUNT:59.00 AUTHCD:62050P
CHIP REFID:105423062303 08/07/16 13:25:20
APL: MasterCard   TVR: 0000000000
AID: A0000003041010   TSI: E800



STORE: 1054   TERMINAL: 23   08/07/16 13:25:54
# OF ITEMS PURCHASED:        3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*********************************************
*        YOUR OPINIONS COUNT!        *
*        REGISTER FOR A CHANCE TO BE        *
*        ONE OF FIVE $300 WINNERS DRAWN MONTHLY!        *
*        ¡REGISTRESE EN EL SORTEO MENSUAL        *
*        PARA SER UNO DE LOS CINCO GANADORES DE $300!        *
*        *
*        REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY        *
*        WITHIN ONE WEEK AT: www.lowes.com/survey        *
*        Y O U R   I D #  23381 1054 220        *
*        *
*        NO PURCHASE NECESSARY TO ENTER OR WIN.        *
*        VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.        *
*        OFFICIAL RULES & WINNERS AT: www.lowes.com/survey        *
*********************************************

STORE: 1054   TERMINAL: 23   08/07/16 13:25:54



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -
SALES#: FSTLANE4 13   TRANS#: 19121392 06-28-16

229448 PFISTER SELIA CHROME WS (        188.00
2 @        94.00

SUBTOTAL:        188.00
TAX:        18.33
INVOICE 10408  TOTAL:        206.33
MERCH/GIFT CARDS :        96.58
M/C:        109.75

SWIPED MERCH/GIFT CARD  9827  AUTHCODE        0
BEGIN BAL        TRANSACTION AMT        ENDING BAL
96.58        96.58        0.00
-----------------------------------------------
M/C:XXXXXXXXXXXX2618 AMOUNT:109.75 AUTHCD:04591P
CHIP REFID:105410029285 06/28/16 08:43:51
APL: MasterCard   TVR: 0000008000
AID: A0000000041010   TSI: E800
-----------------------------------------------
STORE: 1054 TERMINAL: 10 06/28/16 08:44:24
# OF ITEMS PURCHASED:        2
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*********************************************
*        YOUR OPINIONS COUNT!        *
*        REGISTER FOR A CHANCE TO BE        *
*        ONE OF FIVE $300 WINNERS DRAWN MONTHLY!        *
*        ¡REGISTRESE EN EL SORTEO MENSUAL        *
*        PARA SER UNO DE LOS CINCO GANADORES DE $300!        *
*        *
*        REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY        *
*        WITHIN ONE WEEK AT: www.lowes.com/survey        *
*        Y O U R   I D #  10408 1054 180        *
*        *
*        NO PURCHASE NECESSARY TO ENTER OR WIN.        *
*        VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER.        *
*        OFFICIAL RULES & WINNERS AT: www.lowes.com/survey        *
*********************************************
STORE: 1054 TERMINAL: 10 06/28/16 08:44:24



*Moshell Foch*

**LOWE'S®**

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002    (504) 780-0114

- SALE -
SALES#: ST054KGT 1079733   TRANS#: 59914567 07-07-16

304196 BRK AC/DC ION SMOKE ALARM      29.94
            2 @   14.97
108174 UT WIRED CHIME 2 NOTE RO       39.96
            2 @   19.98
56670 HALO 6-IN UNT COIL BFFL S       17.94
            2 @   8.97
59022 HALO 6-IN EYEBALL SATIN U       15.92
30805B SATIN KICK SQUARE RIGID D       2.98
64340 6-12 ADJSTBLE SIDEWALL/CL      192.20
            11 @  17.48
66181 6-6 4-WAY SIDEWALL/CEILIN        7.97
66224 6-8 4-WAY SIDEWALL/CEILEN       57.60
            5 @   11.52
65906 15-10 4-WAY SIDEWALL/CEIL       46.44
            3 @   15.48

            SUBTOTAL:        411.03
            TAX:              40.08
INVOICE 26939   TOTAL:       451.11
            H/C:             451.11

H/C:XXXXXXXXXXXX2618 AMOUNT:451.11 AUTHCD:66248P
CHIP REFID:105426093166 07/07/16 13:00:17
APL: MasterCard   TVR: 0000008000
    AID: A0000000041010   TSI: E800



STORE: 1054   TERMINAL: 26   07/07/16 13:03:19
# OF ITEMS PURCHASED:      28
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:   BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.



**LOWE'S®**

LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- RETURN 16692 -
SALES#:R ST054KEZ 2160520   TRANS#: 65120936 06-28-16

RET  749779 PEERLESS TEMPO 2H CH CS C      44.00-
    ORIG. STORE: 1877  DATE:062716   INV:13247
RET  749779 PEERLESS TEMPO 2H CH CS C      44.00-
    ORIG. STORE: 1877  DATE:062716   INV:13247

            SUBTOTAL:          88.00-
            TAX:                8.50-
            TOTAL RETURN:      96.50-
            MERCH/GIFT CARDS:  96.50-
    SWIPED MERCH/GIFT CARD 9027 AUTHCODE  9650
    BEGIN BAL.   TRANSACTION AMT   ENDING BAL
    0.00             96.50           96.50

STORE: 1054   TERMINAL: 16   06/28/16 08:36:19

STORE MANAGER:   BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

++++++++++++++++++++++++++++++++++++++++++++++++
+          YOUR OPINIONS COUNT!                  +
+      REGISTER FOR A CHANCE TO BE               +
+   ONE OF FIVE $500 WINNERS DRAWN MONTHLY!      +
+     ¡REGISTRESE EN EL SORTEO MENSUAL           +
+   PARA SER UNO DE LOS CINCO GANADORES DE $500! +
+                                                +
+  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY +
+      WITHIN ONE WEEK AT: www.lowes.com/survey  +
+      Y O U R   I D #  16692 1054 180           +
+                                                +
+   NO PURCHASE NECESSARY TO ENTER OR WIN.       +
+ VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. +
+ OFFICIAL RULES & WINNERS AT: www.lowes.com/survey +
++++++++++++++++++++++++++++++++++++++++++++++++
    STORE: 1054   TERMINAL: 16   06/28/16 08:36:19



LOWE'S HOME CENTERS, LLC
121 JEFFERSON HIGHWAY
JEFFERSON, LA 70121   (504) 832-7100

— SALE —
SALES#: FSTLANE1 13   TRANS#: 13067931 06-27-16

304196 BRK AC/DC ION SM ALM CT6      65.57
749779 PEERLESS TEMPO 2H CH CS (     88.00
                          2 @   44.00

                   SUBTOTAL:        153.57
                        TAX:         14.97
        INVOICE 13247  TOTAL:        168.54
                        M/C:         168.54

M/C:XXXXXXXXXXXX2618 AMOUNT:168.54 AUTHCD:98196P
CHIP REFID:187713028668 06/27/16 17:50:57
APL: MasterCard   TVR: 0000008000
AID: A0000000041010  TSI: E800
STORE: 1877 TERMINAL: 13 06/27/16 17:52:49
# OF ITEMS PURCHASED:          3
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: TIFFANY HUFFERD

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*****************************************************
*          YOUR OPINIONS COUNT!                     *
*       REGISTER FOR A CHANCE TO BE                 *
*    ONE OF FIVE $300 WINNERS DRAWN MONTHLY!        *
*     ¡REGISTRESE EN EL SORTEO MENSUAL              *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!    *
*                                                   *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey      *
*      Y O U R   I D #  13247 1877 179              *
*                                                   *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.       *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*****************************************************
STORE: 1877 TERMINAL: 13 06/27/16 17:52:49



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BLVD
METAIRIE, LA 70002   (504) 780-0114

— SALE —
SALES#: S1054CH2 21/3577   TRANS#: 59244620 06-29-16

316900 16-16 1100LU OLGC PROMO 4    67.20
           42 @   1.60

                   SUBTOTAL:         67.20
                        TAX:          6.55
        INVOICE 26393  TOTAL:        73.75
                        M/C:         73.75

M/C:XXXXXXXXXXXX2618 AMOUNT:73.75 AUTHCD:05525P
CHIP REFID:10542C065349 06/29/16 16:56:56
APL: MasterCard   TVR: 0000008000
AID: A0000000041010  TSI: E800

STORE: 1054  TERMINAL: 26   06/29/16 16:57:22
# OF ITEMS PURCHASED:         42
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS



THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER: BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*****************************************************
*          YOUR OPINIONS COUNT!                     *
*       REGISTER FOR A CHANCE TO BE                 *
*    ONE OF FIVE $300 WINNERS DRAWN MONTHLY!        *
*     ¡REGISTRESE EN EL SORTEO MENSUAL              *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!    *
*                                                   *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey      *
*      Y O U R   I D #  26393 1054 181              *
*                                                   *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.       *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*****************************************************
STORE: 1054  TERMINAL: 26   06/29/16 16:57:22



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002   (504) 780-0114

- SALE -

SALE : ST054KS2 2095053   TRANS#: 2700   04-02-16

| | | |
|---|---|---|
| 421970 12-PACK IMPATIENS 466893 | | 9.98 |
| 352481 OST 60U (43U) A | | 4.18 |
| 40U B10C DL C | | 6.49 |
| 638199 14-OZ AN B-SON | | 0.98 |
| 188763 ELMER'S PROBON | | 6.48 |
| 773960 31-FL OZ SGN EGG B-US AC | | 14.96 |

| | |
|---|---|
| SUBTOTAL: | 43.07 |
| TAX: | 4.20 |
| INVOICE 21620 TOTAL: | 47.27 |
| N/C: | 47.27 |

XXXXXXXXXXXX2618 AMOUNT:47.27 AUTHCD:66545P
CHIP REFID:105421000330 04/02/16 09:24:54
APL: MasterCard   TVR: 0000008000
AID: A0000000041010   TSI: E800

STORE: 1054   TERMINAL: 21   04/02/16 09:26:04
# OF ITEMS PURCHASED:        6
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

||||||||||||||||||||||||||||||||||||

... YOU FOR SHOPPING LOWE'S,
...ERSE SIDE FOR RETURN POLICY.
...ORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
...U FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
...       ...ORE FOR DETAILS.

********** ...      ... **********************
*       YOUR ...       ...!                *
*  REGI...   ...FOR A CHANCE TO WIN A      *
*       $5...    ...    GIFT CARD!         *
* ¡REGISTRESE PARA TEN... LA OPORTUNIDAD DE GANAR UNA *
*    TARJETA DE REGALO DE LOWE'S DE $5000! *
*                                          *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey *
*       Y O U R   I D # 21620 1054 093     *
*                                          *
*     NO PURCHASE NECESSARY TO ENTER OR WIN. *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*************************************************

STORE: 1054   TERMINAL: 21   04/02/16 09:26:04

RJ Champagne Construction LLC

# Estimate

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Estimate # |
|------|-----------|
| 4/28/2016 | 447 |

| Name / Address |
|----------------|
| Ben Chauffe<br>6537 Marshall Foch<br>New Orleans, LA 70161 |

| Project |
|---------|
|         |

| Description | Qty | Rate | Total |
|-------------|-----|------|-------|
| Interior Trim Package:<br>Basic tirm package price includes; hang all doors - hang case openings - install base board - window stools and aprons - shoe molding - door hardware - bath hardware | 3,200 | 1.25 | 4,000.00 |
| Labor to full wrap x 10 windows | 10 | 75.00 | 750.00 |
| Labor to install all crown molding; upstairs hallway -  1st floor kitchen area - living area - dining area - foyer area and hallway area | 377 | 1.50 | 565.50 |
| Labor to install crown moilding above stairway | 36 | 3.00 | 108.00 |
|  |  | 0.00 | 0.00 |
|  |  |  |  |
| Labor t install crown upstairs |  | 0.00 | 0.00 |
| Labor to install basr cap on stairs |  | 0.00 | 0.00 |

| **Total** | |
|-----------|--|
| | $5,423.50 |

**Superior Services A/C, Electric and Plumbing**
2514 Front St
Slidell, LA 70458 US
(985) 781-0418
superioracelectric@yahoo.com
superiorservicesla.com



# ESTIMATE

**ADDRESS**
C & J General Contractors
6537 Marshall Foch Street
New Orleans, LA 70124

**ESTIMATE #** 4074
**DATE** 03/24/2016
**EXPIRATION DATE** 03/31/2016

**P.O. NUMBER**
6537 Marshall Foch

**CONTACT PHONE NUMBER**
504-228-8356

| DESCRIPTION | AMOUNT |
|---|---|
| **Electric-Remodel**<br>Option #1: Completely replace all wiring downstairs to NEC specifications. | 8,900.00 |
| **Electric-Remodel**<br>Option #2: Replace 40 circuit 200 amp indoor panel, relocate 5 recess cans, move electric and plumbing from wall that is being moved. | 2,450.00 |
| **A/C - Remodel / Change Out**<br>Replace all flex duct upstairs and downstairs, vacuum return air plenums and run fog through system to kill any existing mold. | 3,400.00 |

We appreciate the opportunity to bid your project. Thank you!          TOTAL          **$14,750.00**

Accepted By                                    Accepted Date



# BID DATE: 1/12/2016

| To:  C&J General Contractors | Project:  **6537 Marshall Foch** |
|---|---|
| Attn:  Nathan Junius | |
| Email: njunius@cjgeneralcontractors.com | |

We propose to furnish all labor, materials, taxes and insurance necessary to complete the following scope of work in accordance with plans and specs.

**<u>Base Bid Includes:</u>**

**Exterior Paint Options:**
- **Option 1:**                                                                  Bid Amount: $3,478.00
- Price includes prep work and paint of soffit and ceiling if hardi is installed.
- **Option 2:**                                                                  Bid Amount: $4,148.00
- Price includes prime coat and two (2) finish coats on all exterior stucco.

**Interior Paint:**                                                        Bid Amount: $13,978.00
- Price includes prime coat and two (2) finish coats on all walls, ceilings, doors and trim.

## Total Bid Amount: $13,978.00**

If you have any questions concerning this quotation, please do not hesitate to contact me.
Thank You,

Brad Comeaux



LOWE'S HOME CENTERS, LLC
3640 VETERANS MEMORIAL BOU
METAIRIE, LA 70002    (504) 780-0114

*************************************************

ORDER INFORMATION
TO OBTAIN A STATUS OF YOUR ORDER VISIT
WWW.LOWES.COM/STATUS
*************************************************

- SOS SALE -
SALES#: S1054QB1 2020352   TRANS#: 31630220 09-11-16


98007 LVROLL                              855.00
34 7/8-IN X 85 1/2-IN ROL
        5 @    171.00
        [DIRECT DELIVERY]


PO #: 37302927
INVOICE 86412 SUBTOTAL:          855.00
          SUBTOTAL:              855.00
               TAX:               85.50
       BALANCE DUE:              940.50
               M/C:              940.50

M/C:XXXXXXXXXXXX2618 AMOUNT:940.50 AUTHCD:62497P
KEYED REFID:105414019750 09/11/16 16:45:28



STORE: 1054   TERMINAL: 14   09/11/16 16:45:36

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  BILL EASTERLING

WE HAVE THE LOWEST PRICES, GUARANTEED!
IF YOU FIND A LOWER PRICE, WE WILL BEAT IT BY 10%.
SEE STORE FOR DETAILS.

*************************************************
*        YOUR OPINIONS COUNT!                   *
*      REGISTER FOR A CHANCE TO BE              *
*  ONE OF FIVE $300 WINNERS DRAWN MONTHLY!      *
*      ¡REGISTRESE EN EL SORTEO MENSUAL         *
*   PARA SER UNO DE LOS CINCO GANADORES DE $300!*
*                                               *
* REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY
*    WITHIN ONE WEEK AT: www.lowes.com/survey   *
*       Y O U R   I D #  14152 1054 255         *
*                                               *
*     NO PURCHASE NECESSARY TO ENTER OR WIN.    *
* VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
* OFFICIAL RULES & WINNERS AT: www.lowes.com/survey *
*************************************************

# Carruth Brothers Lumber Co. Inc.

600 S. Olympia St.
NEW ORLEANS, LA 70119
Phone: (504) 522-1113

| Page: 1 of 1 | PAID INVOICE | Order/Invoice: **01-767982-00** |
|---|---|---|

| Sold To: **Cash Customer** | Ship To: **Cash Customer** |
|---|---|
| | **SELF HAUL** |
| | **NEW ORLEANS, LA** |

CINVOICE

| Special Instructions | Order Date: 05/24/2016 11:27:04 |
|---|---|
| | Invoice Date: 05/24/2016 11:27:04 |
| Order rep: ERIC C    Last updated by: ERIC C | Ship Date: 05/24/2016 |
| Customer: CASH | |

| | SHIP | ORDER | U/M | ITEM | DESCRIPTION | PRICE | PRICE UNIT | EXT |
|---|---|---|---|---|---|---|---|---|
| 1 | 32 | 32 | LF | CPP1X6 | 1X 6X PRIMED F/J PINE | 0.99 | LF | $ 31.68 |
| 2 | | | | | 2 -> 16 | | | |
| 3 | | | | | cut to 9' | | | |
| 4 | 48 | 48 | LF | CPP1X6 | 1X 6X PRIMED F/J PINE | 0.99 | LF | $ 47.52 |
| 5 | | | | | 6 -> 8 | | | |
| 6 | 80 | 80 | LF | CPP1X4 | 1X 4X PRIMED F/J PINE | 0.63 | LF | $ 50.40 |
| 7 | | | | | 5 -> 16 | | | |
| 8 | | | | | cut to 10' | | | |

PAID

| AMEX 2008 | 142.56 | | | | |
|---|---|---|---|---|---|
| | | FILLED BY   CHECKED BY   DATE SHIPPED   DRIVER | | Sales total | 129.60 |
| | | SHIP VIA | | Sales tax | 12.96 |
| Total Tendered: | 142.56 | | Taxable 129.60 | TOTAL | $142.56 |
| | | | Non-taxable 0.00 | | |
| Amount Applied: | 142.56 | | | | |

1 - CUSTOMER COPY

| BALANCE | $ 0.00 |
|---|---|



**Carruth Brothers Lumber Co. Inc.**

600 S. Olympia St.
NEW ORLEANS, LA  70119
(504) 522-1113

| Page: 1 of 2 | Credit Card Authorization | Order/Invoice: **01-767982-00** |
|---|---|---|

Sold To:      Customer: CASH                                            05/24/2016 11:27:04

**Cash Customer**

| | SHIP | ORDER U/M | ITEM | DESCRIPTION | PRICE | EXT |
|---|---|---|---|---|---|---|
| 1 | 32.00 | 32.00 LF | CPP1X6 | 1X 6X  PRIMED F/J PINE | 0.99 | $ 31.68 |
| 2 | | | | 2 -> 16 | | |
| 3 | | | | cut to 9' | | |
| 4 | 48.00 | 48.00 LF | CPP1X6 | 1X 6X  PRIMED F/J PINE | 0.99 | $ 47.52 |
| 5 | | | | 6 -> 8 | | |
| 6 | 80.00 | 80.00 LF | CPP1X4 | 1X 4X  PRIMED F/J PINE | 0.63 | $ 50.40 |
| 7 | | | | 5 -> 16 | | |
| 8 | | | | cut to 10' | | |

|  | Sales total: | 129.60 |
|---|---|---|
|  | Sales tax: | 12.96 |

**TOTAL:**          **$ 142.56**





**70 YEARS STRONG**

community. building. delivered!

9100 Chef Menteur Hwy.
New Orleans, LA 70127
phone (504) 241-3555  fax (504) 241-0256
www.dashlumber.com

PLEASE REMIT TO:
P.O. BOX 871715
NEW ORLEANS, LA 70187

| DATE | INVOICE # |
|------|-----------|
| 6/07/16 | 110512 |
| | PAGE   1 |

SHIP TO:   BEN CHAUFFE
6537 MARSHALL FOCH
209-6211
NEW ORLEANS, LA 70124

SHIP VIA: DASH TRUCK
DATE WANTED:  6/07/16
13199-00000

SOLD TO:   CASH CUSTOMER

ACCOUNT #
P.O. #

| QTY ORD | QTY SHP | QTY B/O | U/M | ITEM NO. & DESCRIPTION | UNITS | PRICE/UNIT | EXT. PRICE |
|---------|---------|---------|-----|------------------------|-------|------------|------------|
| 221 | 221 | | EA | SW-4CPRB  13-1754 | 221.000 | 1.4300/ EA | 316.03 |
| | | | | 4" FJ CASING PRIMED | | | |
| | | | CC | | | | |

PO# 84877 G

SOA

7        8        1:55

RETURNS ACCEPTED ONLY WITHIN 30 DAYS
ALL SPECIAL ORDERS ARE FINAL SALE

pd. CC

| | | | |
|---|---|---|---|
| | | TAX 10.000% | SUB TOTAL   316.03 |
| | | | TAX          31.60 |
| | | | TOTAL       347.63 |

**SALES PERSON**   CLERK1 ADMN        **DATE SHIPPED**  6/07/16

BUYER'S COPY
MUST BE PRESENT FOR RETURNS OR EXCHANGES

ORDER # P07509    QUOTE # 45006        CASH

6/07/16A10:49:53A    EK

DELIVERED BY _____   CK. BY _____   DATE 6/9/16   RECEIVED BY P Chauff   DATE _____

Gmail - Fwd: Your Order is in Process

 **Gmail**

Ben Chauffe <benchauffe@gmail.com>

---

## Fwd: Your Order is in Process
1 message

| | |
|---|---|
| Amy Chauffe <amychauffe@gmail.com><br>To: benchauffe@gmail.com | Sun, Jun 5, 2016 at 10:16 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Lowe's Home Improvement <CustomerCare@lowes.com>
> **Date:** June 5, 2016 at 8:25:21 PM CDT
> **To:** <amychauffe@gmail.com>
> **Subject: Your Order is in Process**

Your Account



# Your Order Is in Process
View details below.

Dear Ben,

Thank you for placing your order with Lowe's. Your order is now in process.

- Check your order status
- Once your order has shipped, your Shipment Notification will include your tracking number
- For Store Pickup items, we will notify you when your order is ready for pickup
- Additional information about Lowes.com orders

Thank you for shopping at Lowe's

Sincerely,
Lowe's Customer Care

**Order Summary**

| | |
|---|---|
| **Order Date:** | 06/05/2016 |
| **Order #:** | 323974797 |
| **Invoice #:** | |
| **Order Total:** | $218.40 |

**Need Help?**

✉ **Email Customer Care**

📞 **Call 1-800-445-6937**

Our Customer Care team is available Monday — Saturday 8 a.m. — 10 p.m. (ET), and Sunday 8 a.m. — 9 p.m. (ET).

Store Pickup

**Give a Lowe's Gift Card**

Gmail - Your Order is in Process

Products Ordered Unit Price Qty Total

**Trask Chrome 1-Handle Pull-Down Kitchen Faucet**
Item #:535200 Model #: 19933-SD-DST     $199.00   1 $199.00

Choose from more than 200,000 items in-store and on Lowes.com.
View Gift Card Options ▸

Pickup Location     Estimated Pickup Date

LOWE'S OF METAIRIE, LA.
Store #: 1054
3640 VETERANS MEMORIAL BOULEVARD
METAIRIE, LA 70002     06/05/2016
Store Phone: (504) 780-0114

### Subscribe to News & Specials



Sign up for exclusive emails on special offers, project ideas and more.
Subscribe Now ▸

Payment and Billing

Sold To

### Buy Online. Pick Up In Store



SHOP. CLICK. PICK UP.

Ben Chauffe     (504) 239-4240
amychauffe@gmail.com

Place your order on Lowes.com and pick it up in the store.
Get Details ▸

Tender Information     Billing Summary

Master Card 2618:    $218.40

| | |
|---|---|
| Subtotal: | $199.00 |
| Shipping/Delivery: | $0.00 |
| Total Tax: | $19.40 |
| Total: | $218.40 |

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any questions about your order, please call Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com.

 **Gmail**

Ben Chauffe <benchauffe@gmail.com>

---

## Your Order is in Process
1 message

---

**Lowe's Home Improvement** <CustomerCare@lowes.com>
To: benchauffe@gmail.com

Tue, May 17, 2016 at 9:45 PM

Your Account

---



# Your Order Is in Process
View details below.

Dear Paul,

Thank you for placing your order with Lowe's. Your order is now in process.

- Check your order status
- Once your order has shipped, your Shipment Notification will include your tracking number
- For Store Pickup items, we will notify you when your order is ready for pickup
- Additional information about Lowes.com orders

Thank you for shopping at Lowe's

Sincerely,
Lowe's Customer Care

### Order Summary

| | |
|---|---|
| **Order Date:** | 05/17/2016 |
| **Order #:** | 323345383 |
| **Invoice #:** | 74761 |
| **Order Total:** | $193.12 |

### Need Help?

✉ **Email Customer Care**

☎ **Call 1-800-445-6937**

Our Customer Care team is available Monday — Saturday 7 a.m. — 1 a.m. (ET), and Sunday 8 a.m. — 9 p.m. (ET).

Direct Delivery

Products Ordered Unit Price Qty Total

**Tulio 6-in W 1-Light Chrome Candle Hardwired Wall Sconce**
Item #: 677711 Model #: LS-16366

$87.78   2 $175.56

---

**Give a Lowe's Gift Card**



Choose from more than 200,000 items in-store and on Lowes.com. View Gift Card Options ▸

| Ship To | Shipping Information | Arrival Date |
|---|---|---|

Paul Chauffe
5701 Memphis St
New Orleans, LA
70124
(504) 289-6211

Shipping Method:
Parcel Shipping

05/29/2016



Subscribe to News & Specials

Sign up for exclusive emails on special offers, project ideas and more.
Subscribe Now ▸

Items delivered via Factory-Direct Shipping are sent straight from the factory to your location. Expedited shipping isn't available for this option.

You can track your Special Order here. We will notify you when your Special Order has been shipped.

For more information, see Special Orders.

Buy Online. Pick Up In Store



Place your order on Lowes.com and pick it up in the store.
Get Details ▸

Payment and Billing

Sold To

Paul Chauffe

(504) 289-6211
benchauffe@gmail.com

Tender Information

Billing Summary

M/C 2618: $193.12

| | |
|---|---|
| Subtotal: | $175.56 |
| Shipping/Delivery: | $0.00 |
| Total Tax: | $17.56 |
| Total: | $193.12 |

Charges will apply to your credit card at time of fulfillment. Picked up or shipped orders will be charged when pickup or shipping processes begin. Lowe's delivery orders will charge up to 48 hours before your scheduled delivery. For installation projects, see contract for details. If any part of your order is canceled prior to fulfillment, your pending charges will be adjusted. If you have any questions about your order, please call Customer Care at 1-800-44-LOWES (56937) or email customercare@lowes.com.

You can track your Special Order here. We will notify you when your Special Order arrives at the store for pickup.

For more information, see Special Orders.

Lowe's Customer Care (CON8) 1605 Curtis Bridge Rd. Wilkesboro, NC 28697. View our Privacy and Security Statement.
Lowe's and the gable design are registered trademarks of LF, LLC.

Lowe's Consumer Credit Terms and Conditions

 Gmail

Ben Chauffe <benchauffe@gmail.com>

## Your Order is in Process
1 message

**Lowe's Home Improvement** <CustomerCare@lowes.com>      Mon, May 16, 2016 at 9:59 PM
To: benchauffe@gmail.com

Your Account



# Your Order Is in Process
View details below.

Dear Paul,

Thank you for placing your order with Lowe's. Your order is now in process.

- Check your order status
- Once your order has shipped, your Shipment Notification will include your tracking number
- For Store Pickup items, we will notify you when your order is ready for pickup
- Additional information about Lowes.com orders

Thank you for shopping at Lowe's

Sincerely,
Lowe's Customer Care

### Order Summary

| | |
|---|---|
| **Order Date:** | 05/16/2016 |
| **Order #:** | 323316846 |
| **Invoice #:** | 97294 |
| **Order Total:** | $196.02 |

### Need Help?

 **Email Customer Care**

 **Call** 1-800-445-6937

Our Customer Care team is available Monday — Saturday 7 a.m. — 1 a.m. (ET), and Sunday 8 a.m. — 9 p.m. (ET).

Direct Delivery

| Products Ordered | Unit Price | Qty | Total |
|---|---|---|---|
| **Status Polished Chrome Standard Bathroom Vanity Light** <br> Item #: 675070 Model #: P2060-15 | $89.10 | 2 | $178.20 |

Give a Lowe's Gift Card



Choose from more than 200,000 items in-store and on Lowes.com. View Gift Card Options ▸

Ship To      Shipping Information      Arrival Date

Paul Chauffe
5701 Memphis St
New Orleans, LA
70124
(504) 289-6211

Shipping Method:
Parcel Shipping

05/18/2016



Subscribe to News & Specials

Sign up for exclusive emails on
special offers, project ideas and
more.
Subscribe Now ▸

Items delivered via Factory-Direct Shipping are sent straight from the
factory to your location. Expedited shipping isn't available for this
option.

You can track your Special Order here. We will notify you when your
Special Order has been shipped.

For more information, see Special Orders.

Buy Online. Pick Up In Store



SHOP. CLICK.
PICK UP.

Place your order on Lowes.com and
pick it up in the store.
Get Details ▸

Payment and Billing

Sold To

Paul Chauffe

(504) 289-6211
benchauffe@gmail.com

Tender Information

Billing Summary

M/C 2618: $196.02

| | |
|---|---|
| Subtotal: | $178.20 |
| Shipping/Delivery: | $0.00 |
| Total Tax: | $17.82 |
| Total: | $196.02 |

Charges will apply to your credit card at time of fulfillment. Picked up
or shipped orders will be charged when pickup or shipping processes
begin. Lowe's delivery orders will charge up to 48 hours before your
scheduled delivery. For installation projects, see contract for details.
If any part of your order is canceled prior to fulfillment, your pending
charges will be adjusted. If you have any questions about your order,
please call Customer Care at 1-800-44-LOWES (56937) or email
customercare@lowes.com.

You can track your Special Order here. We will notify you when your
Special Order arrives at the store for pickup.

For more information, see Special Orders.

Lowe's Customer Care (CON8) 1605 Curtis Bridge Rd. Wilkesboro, NC 28697. View our Privacy and Security Statement.
Lowe's and the gable design are registered trademarks of LF, LLC.

Lowe's Consumer Credit Terms and Conditions

https://mail.google.com/mail/?ui=2&ik=6fc27e9f8e&view=pt&q=lowe%27s&qs=true&search=query&th=154bca7ce44a8c6e&siml=154bca7ce44a8c6e    2/2

# Armstrong's

*Lighting Your Life*

A Division of Armstrong's Supply Co., Inc.

**Showroom:**
3600 Orleans Ave.
New Orleans, LA 70119
(504) 486-0094

**Warehouse:**
4753 River Road
Jefferson, LA 70121
(504) 734-2042

# INVOICE

**Customer Copy**

| | |
|---|---|
| Number | 098883 |
| Date | 07/06/16 |
| Page | 1 |

| Bill To: CASH-HOM | HOME BUILDING CONTRACTORS | Ship To: SAME | HOME BUILDING CONTRACTORS |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| | 07/06/16 | PCD DARES, P. | CASH SALE | LAORL | 297880 | 04 | PREPAID | COUNTER PICK-UP |

| Item | Description | Ordered | Shipped | Backordrd | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| AFX NLLP14WH | 14" LED UNDERCABINET 90CRI | 2 | 2 | 0 | EA | 69.45 | EA | 138.90 |
| AFX NLLP40WH | 40" LED UNDERCABINET 90CRI | 1 | 1 | 0 | EA | 147.06 | EA | 147.06 |
| AFX NLLP22WH | 22" LED UNDERCABINET 90CRI | 2 | 2 | 0 | EA | 80.75 | EA | 161.50 |
| AFX NLLP32WH | 32" LED UNDERCABINET 90CRI | 1 | 1 | 0 | EA | 104.98 | EA | 104.98 |
| | M/C PAUL CHAUFFE II 2618 | | | | | | | |

| | Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|---|
| | 552.44 | .00 | .00 | 55.24 | .00 | 607.68 |

NO RETURNS after 30 days -or- on special orders

**Superior Services A/C, Electric and Plumbing**
2514 Front St
Slidell, LA  70458 US
(985) 781-0418
superioracelectric@yahoo.com
superiorservicesla.com



# INVOICE

**BILL TO**
C & J General Contractors
6537 Marshall Foch Street
New Orleans, LA  70124

**INVOICE #** 6247
**DATE** 04/15/2016
**DUE DATE** 04/15/2016
**TERMS** Due on receipt

**P.O. NUMBER**
6537 MARSHALL FOCH

| DESCRIPTION | AMOUNT |
| --- | --- |
| Electric-Misc<br>Replaced (1) 40 circuit 200amp indoor panel and breakers. Removed all electric devices, relocated recess cans, relocated wiring in wall being moved, chipped slab for circuit and added 8/3 wire for double oven. | 2,950.00 |
| Plumbing - Remodel<br>Relocated vent stack, 1" water line, capped off all stubouts, gas lines, and reattached supply boxes to joist. | 875.00 |

Thank you for your business. Have a great day!!

BALANCE DUE

# $3,825.00

RJ Champagne Construction LLC

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2016 | 389 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Interior Trim Package 1st Draw: | | |
| 1 | Labor Draw for install doors - base - window stools on basic trim package. Total $4000.00  Draw $2000.00  and Leave $2000.00 to be collected upon completion. | 2,000.00 | 2,000.00 |
| 393 | Labor to install corwn molding. 393 linear feet have been installed downstairs. Crown install for upstairs to be collected at end of job. | 1.50 | 589.50 |
| 10 | Labor to full wrap windows. Total 10 windows $750.00 Partial draw $600.00 balance collected at end of job | 60.00 | 600.00 |

| | **Total** | $3,189.50 |
|--|-----------|-----------|

RJ Champagne Construction LLC

**Invoice**

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Invoice # |
|------|-----------|
| 8/8/2016 | 397 |

Bill To

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Interior Trim package 2nd Draw | | |
|  | Construction Draw: Trim package | 1,500.00 | 1,500.00 |

| | **Total** | **$1,500.00** |
|--|------------|---------------|

RJ Champagne Construction LLC

# Invoice

38300 Pat Downey Road
Pearl river, LA 70452
985-285-3985
randychampagne@att.net

| Date | Invoice # |
|------|-----------|
| 8/8/2016 | 398 |

**Bill To**

Ben Chauffe
6537 Marshall Foch
New Orleans, LA 70161

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          |       |         |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Final Draw Interior trim package | | |
|  | Total trim package | 5,423.50 | 5,423.50 |
|  | Labor: 1st Draw | -3,189.50 | -3,189.50 |
|  | Labor: 2nd Draw | -1,500.00 | -1,500.00 |
| 36 | Labor to install Crown Molding above stairway | 3.00 | 108.00 |
|  |  | 1.50  105 LF | 157 |
|  | Labor to install Crown upstairs Hallway | 0.00 | 0.00 |
|  | Labor to install Base cap on Stairway | 0.00 | 0.00 |
|  |  |  | 150 |

**Total**   ~~$842.00~~   $1,149.50

**Nathan Junius**

| | |
|---|---|
| **From:** | Nathan Junius <njunius1@yahoo.com> |
| **Sent:** | Tuesday, April 03, 2018 6:12 PM |
| **To:** | Nathan Junius |
| **Subject:** | Fwd: Transaction Receipt from CNO ONE STOP SHOP for 368.82 (USD) |

Begin forwarded message:

**From:** "Auto-Receipt" <noreply@mail.authorize.net>
**Date:** February 26, 2016 at 8:16:52 AM CST
**To:** "Nathan Junius" <njunius1@yahoo.com>
**Subject: Transaction Receipt from CNO ONE STOP SHOP for 368.82 (USD)**
**Reply-To:** "One Stop Shop" <rjhoutman@nola.gov>

| Order Information | |
|---|---|
| Description: | Online payment to City of New Orleans One Stop Shop by - Nathan Junius on 2/26/2016 |
| Invoice Number: | 19323 |

**Billing Information**                     **Shipping Information**
Nathan Junius
6537 Marshall Foch St
New Orleans, LA 70124
njunius1@yahoo.com
504.833.5300

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|---|---|---|---|---|---|---|
| PrmtFee-994802 | TypeID: 1 | Permit # 16-05206-RNVNFee: Building | 1 | N | 360.00 (USD) | 360.00 (USD) |
| 2.45% Convenience Fee | Surcharge | Online Transaction convenience fee | 1 | N | 8.82 (USD) | 8.82 (USD) |

**Total:  368.82 (USD)**

| Payment Information | |
|---|---|
| Date/Time: | 26-Feb-2016 6:16:52 PST |
| Transaction ID: | 8017672504 |
| Payment Method: | MasterCard xxxx3384 |
| Transaction Type: | Purchase |
| Auth Code: | 096133 |

| Merchant Contact Information |
|---|
| CNO ONE STOP SHOP |
| NEW ORLEANS, LA 70112 |
| US |
| rjhoutman@nola.gov |

POST-CONSTRUCTION
Approved by the Louisiana Structural Pest Control Commission
Louisiana Department of Agriculture and Forestry

PEST CONTROL COMPANY __H & M TERMITE & PEST CONTROL CORPORATION__
ADDRESS __4345 N NAPOLEON AVE., METAIRIE__                                  ZIP: __70001__
TELEPHONE NO.( )___                                    STRUCTURAL PEST CONTROL LICENSE NO: __M-29__
CUSTOMER __NATHAN JUNIUS__                             STATE: __LA__          ZIP: __70001__
MAILING ADDRESS __6537 MARSHALL FOCH__                 HOME PHONE NO.: __(504) 228-8356__
CITY __NEW ORLEANS__                                   BUS. PHONE NO.( )___
PROPERTY ADDRESS OF STRUCTURE(S) TREATED: __6537 MARSHALL FOCH__
CITY __NEW ORLEANS__                                   STATE: __LA__          ZIP: __70124__
BUILDING(S) TREATED __MAIN STRUCTURE__
                                                       LOUISIANA               ZIP: __70124__
One building per contract (no fences, detached garages or out-buildings at above treatment addresses are included in this agreement unless specified in writing in this agreement)

TREATMENT FOR: Write in selection from below: __NATIVE SUBTERRANEAN-RETICULITERMES/FORMOSAN-COPTOTERMES__
**Native Subterranean Termites-Reticulitermes and Formosan Termites-Coptotermes  Other (Specify)**
**Drywood Termites-Kalotermes and Cryptotermes                  Powder Post Beetles-Lyctidae, Bostrichidae, Anobidae**

I fully understand and agree that this contract pertains to the treatment of the insects indicated above only.  I fully understand and agree to the terms and conditions in this
contract as indicated on the front and reverse sides.

Customer Initials _____                              Date __6/19/16__

FOR THE SUM OF:$ __680.00__
STATE FEE:$ __8.00__                    ATTACHMENTS WHICH MAY FORM PART OF THIS AGREEMENT:
TOTAL:$ __688.00__                         WAIVER OF THE STATE SPECIFICATIONS
                                           OTHER (SPECIFY)                          (SEE ATTACHED)
                                        CONTRACT DATE - BEGINNING: __4-22-16__

CUSTOMER TO PAY AS FOLLOWS:      UPON COMPLETION
*Buildings not meeting or treated in accordance to minimum (treatment) specifications as per rules and regulations of the Louisiana Structural Pest Control Commission
must have a waiver of minimum state specifications.

ARBITRATION
The Customer and the Company agree that any controversy or claim between them arising out of or relating to the interpretation, performance, or breach of this agreement or to the treatment of or rendering of services to the identified property in anyway, whether by virtue of contract, tort, or otherwise, shall be settled exclusively and finally by arbitration.  The arbitration shall be conducted in accordance with the Louisiana Binding Arbitration Law, La. Rev. Stat. 9:4201 et seq. The arbitrator shall be a neutral third party mutually chosen by the Customer and the Company to hear their claims and render a decision.  The arbitrator shall be bound by rules of substantive law and shall not be bound by the rules of evidence, whether or not set out by statute, except for provisions relating to privileged communications.  The arbitrator shall give effect to any and all waivers, releases, disclaimer, limitations and other terms and conditions of this Contract.  Furthermore, the award shall not, and the arbitrator shall not have the power or authority to, hold Your Company Name responsible for (I) the repair or replacement of any termite damage to the identified property other than new termite damage as defined in this Contract (ii) loss of anticipated rents and/or profits (iii) indirect, special, incidental, consequential, exemplary or punitive damages.  Each party shall be responsible for paying any attorneys' fees, expert witness fees and other expenses it incurs in connection with the arbitration, plus one half the arbitrator's fee and one half of any expenses incurred by the arbitrator, and the award shall assess the arbitrator's fees and expenses accordingly.  Any award of damages pursuant to such arbitration shall be included in a written decision which shall state the reasons upon which the award was based, including all the elements involved in the calculation of any award of damages.  Neither party shall sue the other party with respect to any matter in dispute between the parties other than for enforcement of this arbitration provision or of the arbitrator's decision and a party violating this provision shall pay the other party's costs, including but not limited to, attorneys' fees, with respect to such suit and the arbitration award shall so provide.  I certify that I have read and understand the arbitration clause described above.      Customer Initials _____

GENERAL CONDITIONS
THE PEST CONTROL COMPANY (HEREAFTER REFERRED TO AS THE "COMPANY") WARRANTS ITS WORK PERFORMED AT THE ADDRESS LISTED ABOVE FOR NO LESS THAN ONE YEAR.  THE OWNER, LESSEE, MANAGER OR AGENT (HEREAFTER REFERRED TO AS THE "CUSTOMER") OF THE ADDRESS RECEIVING THE TREATMENT RETAINS THE EXCLUSIVE OPTION TO RENEW THIS CONTRACT AND WARRANTY FOR ONE YEAR AFTER THE EXPIRATION OF THE FIRST YEAR'S WARRANTY.  THE RENEWAL FEE DUE AT THE EXPIRATION OF THE FIRST YEAR OF THE CONTRACT SHALL BE $175  DUE AND PAYABLE ON OR BEFORE THE ANNIVERSARY DATE OF THIS AGREEMENT.  THEREAFTER THE COMPANY MAY ADJUST THE ANNUAL RENEWAL FEE.  THIS AGREEMENT MAY BE RENEWED ANNUALLY AFTER THE EXPIRATION OF THE SECOND ANNIVERSARY DATE BY THE MUTUAL CONSENT OF BOTH PARTIES.
THE COMPANY AND CUSTOMER AGREE TO THE FOLLOWING TERMS AND CONDITIONS:
1.   PERFORMING THE WORK
     The Company agrees to treat the building(s) in complete compliance with applicable laws, rules and regulations of the Louisiana Structural Pest Control Commission and to inspect the property annually prior to the expiration of this agreement.  The Company will exercise care while performing any work hereunder to try to avoid damaging any part of the property, plants or animals.  Under no circumstances or conditions shall the Company be responsible for damage caused by the Company at the time the work is performed except those damages resulting from gross negligence on the part of the Company.
2.   DEFINITIONS - SEE REVERSE
3.   INFESTATION
     Should an active infestation (meaning the presence of live insects of the wood destroying insects covered by this agreement occur in any portion of the building(s) covered by this agreement, the Company agrees to treat such infested portions within thirty (30) days of discovery of such infestation at the Customer's request at no additional charge to the Customer, except as otherwise noted within this agreement.
4.   COPTOTERMES (FORMOSAN TERMITES)
     To obtain control of Formosan termites it may be necessary to have walls, ceilings, and other parts of the structure dismantled in order to locate and destroy the infestation.  Fumigation may be necessary to obtain control where the removal of the infestation is not possible or aerial infestation is probable.  The Customer warrants full cooperation and is responsible for any additional costs associated with dismantling and/or fumigation, which may be necessary should soil treatment alone be ineffective.
5.   DRY-WOOD TERMITES (Kalotermes and Cryptotermes), POWDER POST BEETLES (Lyctidae, Bostrichidae, Anobidae) or OTHER WOOD-BORING INSECTS.  If these insects are covered by this agreement, the Company cannot be held liable for any damage to the structure or its contents caused by these insects since fumigants used to treat a property for control of these insects are non-residual and any liquid treatments which may be applied are only spot treatments.
6.   CONDITIONS CONDUCIVE TO INFESTATION
     The Customer warrants full cooperation with the Company during the term of this agreement, and agrees to maintain the area(s) treated free from any factors contributing to infestation, such as wood, trash, lumber, direct wood-soil contact, standing water under pier type structure, or as noted in item 13.  The Customer also agrees to notify the Company of and to eliminate faulty plumbing, leaks and dampness from drains, condensation or leaks from the roof or otherwise into, onto or under said area(s) treated.  Failure of the Customer to fully correct the above conditions may result in the nullification of this service agreement, Failure of the Company to note any of the above conditions to the Customer does not alter the Customer's responsibility under this paragraph.
7.   ADDITIONS OR ALTERATIONS
     This agreement covers the building(s) identified herein as of the date of the initial treatment.  In the event the building(s) are structurally modified, altered, or otherwise changed, or if soil is removed or added around the foundation, the Customer will immediately notify the Company in writing.  Failure to notify the Company in writing prior to any additions or alterations may terminate this agreement.  Additional services because of any alteration may be provided by the Company at the Customer's expense, and can require an adjustment of the renewal fee.
8.   INSPECTION DIAGRAM
     The Company neither implies nor guarantees that any area(s) shown to be infested or damaged, and indicated on an inspection graph completed at the time this agreement is entered into, represents all of the infestation or damage existing at that time.  Likewise, the failure of a graph to indicate infestation or damage is not a warranty or guarantee that there is not infestation or damage at the time the inspection is made.
9.   LOUISIANA STRUCTURAL PEST CONTROL COMMISSION
     The Customer maintains the right to contact the Structural Pest Control Commission of the Louisiana Department of Agriculture and Forestry to arrange for an inspection of the property treated by Company as provided for by this contract.
10.  CHANGE IN LAW - SEE REVERSE
11.  NON-PAYMENT
     The Customer agrees that upon default of any payment due by the Customer, the Company is relieved from further obligation under this agreement.  The Customer also agrees to pay all reasonable collection fees, including attorney's fees, incurred by the Company in the event of any Customer's default.
12.  DAMAGE
     THE CUSTOMER UNDERSTANDS THAT DUE TO VARIOUS CONDITIONS PRESENT IN CONSTRUCTION EXISTING AT THE TIME THIS AGREEMENT IS MADE, AND THE POSSIBILITIES OF INFESTATION AND DAMAGE WHICH MAY OR MAY NOT BE VISIBLE TO THE COMPANY, THE COMPANY CANNOT BE HELD LIABLE FOR ANY PAST, PRESENT OR FUTURE DAMAGE TO STRUCTURE(S) OR ITS CONTENTS COVERED BY THIS AGREEMENT, CAUSED BY WOOD-DESTROYING INSECTS.
13.  SPECIAL OR ADDITIONAL COMMENTS __RE TREAT ONLY__
14.  ENTIRE AGREEMENT - SEE REVERSE

By signing this agreement, I the customer, certify that I have read the provisions above and on the reverse side and agree to all terms and conditions outlined therein.

__4-22-16__
Date                      Customer                              Company

                                                  HERMAN K MANCUSO
LPCA - 2A                                                              Revised 03/15

# EXHIBIT

[See Section VII of SPPF]

Related to:
Alternative Living Expenses,
Loss of Use/Loss of Enjoyment,
or Diminution of Value

# ESTIMATED COST OF SERVICES

**LPSC 5237B**

## HUG-CONDON MOVING & STORAGE CO., INC.

632 TIME SAVER AVE., HARAHAN, LA 70123, PHONE 504-733-1483 FAX 504-733-1457

| | | | | |
|---|---|---|---|---|
| NAME | Sarah Junius | PHONE | 985-713-7950 | OTHER |
| ADDRESS | 6537 Marshall Foch Street | | ATTN | |
| CITY | New Orleans | STATE | LA. | ZIP |
| DESTINATION | # 4 Thrush St. New Orleans  LA. | | | ZIP |
| PACKING DATE | | LOADING | DELIVERY | PHONE |

**IMPORTANT NOTICE::** This estimate covers only the articles and services listed. It is not a guarantee that the actual charges will not exceed the amount of the estimate. Common carriers are required by law to collect transportation and other incidental charges computed on the basis of rates shown in their lawfully published tariffs, regardless of prior rate quotations or estimates made by the carrier or its agents. Exact charges for loading, transporting, and unloading are based upon the weight of the goods transported, and such charges may not be determined prior to the time the goods are loaded on the van and weighed. Charges for additional services will be added to the transportation charges.

| | | | | | |
|---|---|---|---|---|---|
| Linehaul Est. Wt. | | LBS. | MILES | PER 100LBS | |
| Extra Pickup or Delivery | | | | | |
| Flight Carry | | Long Carry | Elevator | | |
| Bulky Articles | Packing large Flat/ + two mounted Screens | | | | 380.00 |
| Appliance Service | Origin | 165.00 | Destination | 165.00 | 330.00 |
| Valuation: Transportation | $ | | X | | |
| Containers and Packing Labor(See Below) | | | | | 1,885.70 |
| Unpacking (See Below) | | | | | |
| Crating Specific Items | | | | | |
| Pickup For or Delivery from Storage | | | | | |
| Warehouse Handling | In | | Out | | |
| Storage-Monthly Weight | | # X | | CWT | Month(s) | |
| Storage-Valuation Monthly | $ | X | | Per M | Month(s) | |
| Other Services | Packing large picture frames into Art Boxes | | | | 150.00 |
| Local or Office Moves Below: | | | | | |
| Number | 1 Vans | 4.00 Men: For | 18.00 Hours X | 150.00 Per Hour | 2,700.00 |
| Number | Hour Service Charge Included in Hourly Estimate | | X | Per Hour | |
| Other Services | | | | | |

**TOTAL ESTIMATED COST   $**                           5,445.70

| ESTIMATED COST OF CONTAINERS, PACKING AND UNPACKING SERVICES | Containers and Packing | | | Unpacking | | |
|---|---|---|---|---|---|---|
| | ESTIMATED NUMBER | PER EACH | TOTAL | ESTIMATED NUMBER | PER EACH | TOTAL |
| BARREL, dish pack | 13.00 | 37.00 | 481.00 | | | |
| TRI WALLS | | | | | | |
| TAPE | | | | | | |
| WHITE PAPER | | | | | | |
| CARTONS: 1.5 Cu.Ft. | 30.00 | 8.75 | 262.50 | | | |
| 3.0 Cu.Ft. | 25.00 | 13.40 | 335.00 | | | |
| 4.5 Cu.Ft. | 23.00 | 16.80 | 386.40 | | | |
| 6.0 Cu.Ft. | 5.00 | 18.50 | 92.50 | | | |
| 8.0 Cu.Ft. | | | | | | |
| WARDROBE CARTON | 5.00 | | | | | |
| Crib Mattress Carton | 1.00 | 10.50 | 10.50 | | | |
| Mattress Carton(Single) | 4.00 | 14.50 | 58.00 | | | |
| Mattress Carton(Double) | | | | | | |
| Mattress Carton(King/Queen) | 3.00 | 27.40 | 82.20 | | | |
| Mirror or Picture Cartons | 6.00 | 29.60 | 177.60 | | | |
| Office Cartons | | | | | | |
| Paper Pads | | | | | | |
| | Estimated Costs | 1885.70 | | Estimated Costs | Total | 1885.70 |

Remarks

Signature and Title of Estimator                    Date

 

For exclusive use of REALTORS®
REALTOR® Boards provide this form as an aid,
and not as legal advice. REALTOR® members
assume no responsibility for unauthorized use.

The Standard Form (revised 5/13) of:
New Orleans Metropolitan Association of REALTORS®, Inc.

# COUNTER OFFER

1  __4:45__  (A.M.) (P.M.) __11/15/2015__  (Date)
2  The undersigned hereby makes the following Counter Offer to the Louisiana Residential
3  Agreement to Buy or Sell (the "Agreement") dated __11/14/2015__
4  concerning Property at : __6537 Marshall Foch St__
5  in __New Orleans__  City; __Orleans__  Parish;
6  Louisiana between __Nathan Junius__  as Seller(s)
7  and __David Theard and Brandi Theard__  as Buyer(s).
8
9  *REFERENCE LINE NUMBERS FOR EACH COUNTER POINT FROM AGREEMENT*
10  Selling firm is Keller Williams Realty 455-0100
11  Listing Agent is Amy A Burke  504-234-3001  504-455-0100  504-455-0322  amyaburke@gmail.com
12  Line 35 to read: Five hundred fifty thousand and 00/100
13  Line 36 to read: $550,000.00
14  Line 39 to read:  Act of Sale to take place on or before January 8, 2016
15  Line 47 to read:  This sale is contingent on the sale of the buyers other property located at 6223 Memphis St.
16  If sellers receive an offer from another buyer, sellers will give buyers 24 hrs to either remove
17  contingency and move toward Act of Sale or deem current contract null and void and receive deposit back in full.
18  Line 148 to read:  There is no new home addendum
19  Line 157 to read:  Inspection period to be 15 days starting 24 hrs after acceptance of offer
20  Line 199 to read:  There is no private septic system servicing the primary residence
21
22
23
24
25
26
27
28
29
30
31
32  All other terms and conditions of the Agreement shall remain in effect except as
33  modified by this Counter Offer.
34
35  This Counter Offer is void if not accepted in writing on or before __12pm__  (A.M.)(P.M.)
36  (Noon) (Midnight) on __11/18/2015__  (Date).
37
38
39  X _Nathan Junius_  11/17/15 4:44PM EST  Sign (Seller)(Purchaser) Full Name (First,Middle,Last)
       OFSQ42VC-CXN7-57WTJ
40  Sign(Seller)(Purchaser)FullName(First,Middle,Last)
41
42  Nathan Junius
43  Print (Seller)(Purchaser) Full Name  Print (Seller)(Purchaser) Full Name
44
45  Received by: _____
46  Designated Agent Signature   agent's printed name if they want
47  at _____ (A.M.) (P.M.) on _____ (Date).
48
49  **RESPONSE TO COUNTER OFFER**
50
51  The above Counter Offer is hereby:
52  ☒ ACCEPTED  ☐ REJECTED  ☐ REPLACED WITH NEW COUNTER OFFER FORM
53  at __11:30__  (A.M.)(P.M.) on __11 / 18 / 15__  (Date).
54
55
56  X _David Theard_  _Brandi Theard_
57  Sign (Seller)(Purchaser)FullName(First,Middle,Last)  Sign (Seller)(Purchaser)FullName(First,Middle,Last)
58
59  _David Theard_  _Brandi Theard_
60  Print (Seller)(Purchaser) Full Name  Print (Seller)(Purchaser) Full Name

Northshore Area Board of REALTORS®          and not as legal advice. REALTOR® members
Saints Board of REALTORS®                    assume no responsibility for unauthorized use.

| 6537 Marshall Foch St | New Orleans | LA | 70124 |
|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP |

## CONTINGENCY ADDENDUM
## TO LOUISIANA RESIDENTIAL AGREEMENT TO BUY OR SELL

1. The following paragraphs are added to the Louisiana Residential Agreement
2. to Buy or Sell (the "Agreement") between BUYER and SELLER attached
3. hereto:
4.
5. It is hereby understood and agreed that the attached Agreement is
6. conditioned and contingent upon the sale of the BUYER'S property located at
7. 6223 Memphis St  New Orleans, LA 70124
8. on or prior to 12/04/2015
9.
10. It is further understood and agreed that SELLER, through his designated
11. agent will continue to market the Property to prospective purchasers until
12. such time as BUYER, by written notification receipt of which is acknowledged
13. by SELLER, removes the above stated contingency as a condition for
14. performance of the Agreement.  During the period that the Property remains
15. on the market, should SELLER receive an offer, acceptable to the SELLER,
16. the SELLER'S designated agent shall notify the BUYER's designated agent in
17. writing and notify SELLER of same.  SELLER shall grant BUYER a 24 hr
18.                          period from receipt of SELLER's notification to BUYER within
19. which BUYER must remove the contingency in writing or to release in writing
20. all rights under this Agreement and have his Deposit returned in full.  The
21. hour period will commence upon receipt of SELLER's written notice by either
22. BUYER or BUYER's designated agent or the designated agent's broker or
23. manager.
24.
25. If the contingency is removed by BUYER, all financing contingencies of this
26. Agreement are automatically removed and all other terms of this Agreement
27. remain in full force and effect.
28.
29. Failure of BUYER to remove the contingency in writing within the time
30. allotted in Line 17 hereof shall cause the entire Agreement to be null and
31. void with no obligation or liability for performance or repayment of any of
32. BUYER's expense by SELLER except SELLER shall return the Deposit to
33. BUYER.
34.
35.
36. _David Theard_                              _Brandi Theard_
37. Sign Buyer's Full Name (First, Middle, Last)   Sign Buyer's Full Name (First, Middle, Last)
38.
39. David Theard                                _Brandi Theard_
40. Print Buyer's Full Name                     Print Buyer's Full Name
41.
42.
43. Day  Date  Time  AM/PM  MIDNIGHT/NOON      Day  Date  Time  AM/PM  MIDNIGHT/NOON
44. _Nathan Junius_   [digitally verified stamp]
45.
46. Sign Seller's Full Name (First, Middle, Last)  Sign Seller's Full Name (First, Middle, Last)
47.
48. Nathan Junius
49. Print Seller's Full Name                    Print Seller's Full Name

# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | |
| Closing Date | 07/25/2016 |
| Disbursement Date | 07/25/2016 |
| Settlement Agent | Crescent Title, LLC |
| File # | 162033 |
| Property | 6537 Marshall Foch Street
New Orleans, LA 70124 |
| | |
| Sale Price | $416,500 |

## Transaction Information

| | |
|---|---|
| Borrower | Amy Schwehm Chauffe and Paul Benjamin Chauffe, II
6537 Marshall Foch Street
New Orleans, LA 70124 |
| Seller | Nathan J. Junius
4 Thrush Street
New Orleans, LA 70124 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| M. Due to Seller at Closing | | $419,695.56 |
|---|---|---|
| 01 Sale Price of Property | | $416,500.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| Adjustments for Items Paid by Seller in Advance | | |
| 09 City taxes | 07/25/16 to 01/01/17 | $3,195.56 |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| N. Due from Seller at Closing | $336,059.09 |
|---|---|
| 01 Excess Deposit | |
| 02 Closing Costs Paid at Closing (J) | $1,100.75 |
| 03 Existing Loan(s) Assumed or Taken Subject to | |
| 04 Payoff of First Mortgage Loan to Standard Mortgage Co | $334,958.34 |
| 05 Payoff of Second Mortgage Loan | |
| 06 | |
| 07 | |
| 08 Seller Credit | |
| 09 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| Adjustments for Items Unpaid by Seller | |
| 14 City/Town Taxes | |
| 15 County Taxes | |
| 16 Assessments | |
| 17 | |
| 18 | |
| 19 | |

### CALCULATION

| Total Due to Seller at Closing (M) | $419,695.56 |
|---|---|
| Total Due from Seller at Closing (N) | -$336,059.09 |
| Cash [ ] From [x] To Seller | $83,636.47 |

## Contact Information

### REAL ESTATE BROKER (B)

| Name | |
|---|---|
| Address | |
| LA License ID | |
| Contact | |
| Contact LA License ID | |
| Email | |
| Phone | |

### REAL ESTATE BROKER (S)

| Name | |
|---|---|
| Address | |
| LA License ID | |
| Contact | |
| Contact LA License ID | |
| Email | |
| Phone | |

### SETTLEMENT AGENT

| Name | Crescent Title, LLC |
|---|---|
| Address | 7037 Canal Blvd., Suite 203
New Orleans, LA 70124 |
| LA License ID | 300974 |
| Contact | Tina Rome |
| Contact LA License ID | |
| Email | tinarome@crescenttitle.com |
| Phone | 5044840700 |

## Confirm Receipt

Nathan J. Junius

CLOSING DISCLOSURE

# Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01  % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01  Appraisal fee to Dale R. Fleishmann Appraisal Services | | | |
| 02  Credit report fee to CBC Innovis | | | |
| 03  Flood cert fee to Corelogic flood services lls | | | |
| 04  Inspection fee to Dale R. Fleishmann Appraisal Services | | | |
| 05  Tax service fee to CoreLogic Tax Services LLC | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01  Title - Abstract to Louisiana Abstracting and Exam, LLC | | | |
| 02  Title - ALTA Endorsement 8.1 (Environmental Protection Lien) to Crescent Title, LLC | | | |
| 03  Title - Closing Protection Letter to Fidelity National Title Insurance Company | | | |
| 04  Title - Exam to Louisiana Abstracting and Exam, LLC | | | |
| 05  Title - Fee to cancel Mortgage to Crescent Title, LLC | | $120.00 | |
| 06  Title - Fee to procure certificates to Crescent Title, LLC | | $120.00 | |
| 07  Title - Lender's Title Insurance to Crescent Title, LLC | | | |
| 08  Title - Mortgage/Conveyance certificates to Louisiana Abstracting and Exam, LLC | | $181.00 | |
| 09  Title - Overnight Payoff to Crescent Title, LLC | | $19.75 | |
| 10  Title - Overnight/Wire fee to Crescent Title, LLC | | $25.00 | |
| 11  Title - Recording Services to Crescent Title, LLC | | | |
| 12  Title - Settlement Fee to Crescent Title, LLC | | $275.00 | |
| 13  Title - Tax research to Louisiana Abstracting and Exam, LLC | | $35.00 | |

CLOSING DISCLOSURE

# Closing Cost Details

| Other Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **E. Taxes and Other Government Fees** | | | |
| 01  Recording Fees - Cash Sale | Deed:        Mortgage: | | |
| 02  Document Transaction Tax to City of New Orleans | | $325.00 | |
| 03  Recording Fees - Mortgage to Clerk of Court | | | |
| 04 | | | |
| **F. Prepaids** | | | |
| 01  Homeowner's Insurance Premium (   mo.) | | | |
| 02  Mortgage Insurance Premium (   mo.) | | | |
| 03  Prepaid Interest (        per day from          to        ) | | | |
| 04  Property Taxes (   mo.) | | | |
| 05  Flood Insurance (   mo.) | | | |
| 06  Hurricane Insurnance (   mo.) | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01  Homeowner's Insurance | | | |
| 02  Mortgage Insurance | | | |
| 03  Property Taxes | | | |
| 04  City Taxes | | | |
| 05  Flood Insurance | | | |
| 06  Wind/Storm Insurnace | | | |
| 07 | | | |
| 08  Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01  Home Warranty | | | |
| 02  Listing Agent Commission | | | |
| 03  Pest Inspection | | | |
| 04  Selling Agent Commission | | | |
| 05  Survey/Flood Elevation | | | |
| 06  Title - Owner's Title Insurance (optional) to Crescent Title, LLC | | | |
| 07 | | | |
| 08 | | | |
| | | | |
| **J. TOTAL CLOSING COSTS** | | $1,100.75 | |

Section VII.  Loss of Use / Loss of Enjoyment

$250,000.00 in loss of use / loss of enjoyment damages is appropriate and
consistent with past verdicts in the Chinese drywall litigation, based on the number
of years I and my family have owned and/or lived in the home containing defective
Chinese-manufactured sheetrock produced by the Knauf Defendants.